## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to All Actions

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  An initial status conference is scheduled for **April 19, 2021 at 10:00 a.m.**  One hour has been reserved for the conference; if any party anticipates requiring additional time, it shall advise the Courtroom Deputy in advance. The parties shall submit a joint proposed agenda listing items for discussion on or before **April 15, 2021**.  Counsel are expected to familiarize themselves with the procedures applicable to multi-district litigation and be prepared at the initial conference to suggest measures that will facilitate the expeditious, economical, and just resolution of this litigation.

Each party represented by counsel shall appear at the initial scheduling conference through the attorney who will have primary responsibility for the party's interest in this litigation.  To minimize costs and facilitate a manageable initial status conference, parties with similar interests may agree, to the extent practicable, to have an appearing attorney represent their interests at the conference. A party, by designating an attorney to represent the party's interest at the initial status conference, will not be precluded from personally participating or selecting other representation during the course of this litigation, nor will appearance at the conference waive objections to jurisdiction, venue, or service.

CASE NO. 21-2989-MDL-ALTONAGA/Torres

The hearing will be held via video conference, with instructions to follow. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of April, 2021.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2