# EXHIBIT 3

### Robinhood (AAL, AMC, BB, BBY, GME) Loss Chart
### Sales on or after January 28, 2021

| Name | Security | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cody Todd | AMC | 1/27/2021 | 500 | ($19.50) | ($9,750.00) | 1/29/2021 | 350 | $12.61 | $4,413.50 | | | |
| | AMC | 1/27/2021 | 450 | ($21.48) | ($9,666.00) | 1/29/2021 | 500 | $11.90 | $5,950.00 | | | |
| | AMC | 1/27/2021 | 25 | ($15.51) | ($387.75) | 2/1/2021 | 125 | $12.15 | $1,518.75 | | | |
| | AMC | | 975 | | ($19,803.75) | | 975 | | $11,882.25 | 0 | 0 | ($7,921.50) |
| | GME | 1/27/2021 | 51 | ($314.60) | ($16,044.60) | 1/28/2021 | 51 | $335.50 | $17,110.50 | 0 | 0 | |
| | GME | 1/29/2021 | 5 | ($374.51) | ($1,872.55) | 2/1/2021 | 5 | $186.68 | $933.40 | | | |
| | GME | | 56 | | ($17,917.15) | | 56 | | $18,043.90 | 0 | 0 | $126.75 |
| | BB | 1/29/2021 | 65 | ($17.80) | ($1,157.00) | 1/29/2021 | 65 | $13.77 | $895.05 | 0 | 0 | ($261.95) |
| | TOTAL | | | | | | | | | | | ($8,056.70) |