UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to:

21-21333-CIV-ALTONAGA
21-21335-CIV-ALTONAGA
21-21338-CIV-ALTONAGA
21-21340-CIV-ALTONAGA
21-21341-CIV-ALTONAGA
21-21343-CIV-ALTONAGA

## THIRD ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT

**THIS CAUSE** is before the Court *sua sponte*.  The above-styled cases are consolidated in

MDL proceeding 21-2989-MDL for all pretrial purposes, and the parties are directed to submit all

filings in the MDL action.  It light of the consolidation of all cases in the MDL action, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases

as **CLOSED** for administrative purposes only:

21-21333-CIV-ALTONAGA
21-21335-CIV-ALTONAGA
21-21338-CIV-ALTONAGA
21-21340-CIV-ALTONAGA
21-21341-CIV-ALTONAGA
21-21343-CIV-ALTONAGA

All pending motions in the above-listed cases are **DENIED WITHOUT PREJUDICE**.

CASE NO. 21-2989-MDL-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 8th day of April, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record; *pro se* parties

2