

SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Amir Alimehri, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Amir Alimehri |
| State Bar Number | NY 5631262 |
| Firm Name | Klafter Lesser LLP |
| Mailing Address | 2 International Drive, Suite 350, Rye Brook, NY 10573 |
| Telephone Number | (914) 934-9200 |
| Email Address | amir.alimehri@klafterlesser.com |

Attorney Signature: _____.   Date: April 7, 2021

# KLAFTER|LESSER

Two International Drive • Suite 350 • Rye Brook, NY 10573
914-934-9200 • www.klafterlesser.com • #klafter

April 7, 2021

**VIA FEDEX OVERNIGHT**
United States District Court
Southern District of Florida
Attn: MDL Clerk
400 North Miami Avenue
Miami, FL 33128

      Re:    *In re: January 2021 Short Squeeze Trading Litigation*
                Case No. 21-2989-MDL-ALTONAGA/Torres

Dear Sir or Madam:

      We are one of the attorneys representing Plaintiffs Patryk Krasowski and Nick Parker in the above-referenced matter.

      Pursuant to Judge Altonaga's directive, set forth in the Pretrial Order # 1 dated April 7, 2021, enclosed please find my and Amir Alimehri's completed Certificates of Understanding for filing.

      We thank the Court for your kind courtesy and consideration.

                                        Respectfully yours,

                                        Jeffrey A. Klafter

Enclosures



ORIGIN ID:CTXA     (914) 934-9200
JEFFREY KLAFTER
KLAFTER LESSER LLP
TWO INTERNATIONAL DRIVE
SUITE 350
RYE BROOK, NY 10573
UNITED STATES US

SHIP DATE: 07APR21
ACTWGT: 1.00 LB
CAD: 100221147/INET4340

BILL SENDER

TO  **ATTN: MDL CLERK**
**US DIST CT-SOUTHERN DISTRICT OF FL**
**400 NORTH MIAMI AVE**

**MIAMI FL 33128**
(305) 523-5100         REF: ROBINHOOD-MDL
INV:
PO:                    DEPT:



THU - 08 APR 10:30A
PRIORITY OVERNIGHT

TRK# 0201  7733 8197 8513

**XH MPBA**

33128
FL-US   MIA



RT 458    1 10:30 E
FZ 459         8513
               04.08

Extremely Urgent

◄ Insert shipping