UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

Case No. 21-2989-MDL-ALTONAGA/Torres

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Angela D. Daker from the law firm of White & Case LLP hereby gives notice of appearance as counsel for Defendant Apex Clearing Corporation in the above-styled case. All parties are requested to forward copies of all pleadings, motions, orders, and other correspondence to the undersigned counsel.[1]

Dated:  April 8, 2021

Respectfully submitted,

/s/  Angela D. Daker
Angela D. Daker
Florida Bar No. 681571
adaker@whitecase.com

WHITE & CASE LLP
200 S. Biscayne Blvd., Suite 4900
Miami, FL  33131
Tel.:    (305) 371-2700
Fax:    (305) 358-5744

*Counsel for Defendant Apex Clearing Corp.*

---

[1] Apex Clearing Corporation has not yet responded to the Complaint in this matter.  In filing this Notice, Apex Clearing Corporation does not waive, and instead expressly preserves, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon the lack of personal jurisdiction over it.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Angela D. Daker*
Angela D. Daker