SCHEDULE B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-2989-MDL-ALTONAGA/Torres

FILED BY_____D.C.

APR 09 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, _____Rachel Meese_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of _____Louisiana_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Rachel Meese |
| State Bar Number | 25457 |
| Firm Name | SIRI & GLIMSTAD LLP |
| Mailing Address | 200 Park Avenue, 17th Floor, New York, NY 10166 |
| Telephone Number | (212) 532-1091 |
| Email Address | rmeese@sirillp.com |

Attorney Signature: _____     Date: _____April 8, 2021_____

# FedEx ®

## Express

Extremely Urgent

ORIGIN ID:JHCA     (212) 532-1001
AARON SIRI
SIRI & GLIMSTAD LLP
200 PARK AVENUE
17TH FLOOR
NEW YORK, NY 10166
UNITED STATES US

SHIP DATE: 08APR21
ACTWGT: 0.50 LB
CAD: 103291120/INET4340

BILL SENDER

TO **MDL CLERK**
**US DISTRICT COURT, S. DIST. FL**
**400 NORTH MIAMI AVENUE**

**MIAMI FL 33128**
(000) 000-0000                      REF WEB/LL
INV
PO                                  DEPT



FedEx
Express

**E**

FRI - 09 APR 10:30A
PRIORITY OVERNIGHT

TRK# 
0201  **7733 9553 3178**

**XH MPBA**        33128
FL-US       **MIA**



R1 **458**      1        E
F2 **459**    10:30      3178
                         04.09

◄ Insert shipping
  document here.