SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

FILED BY SAS D.C.

APR 08 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, _____Steven N. Williams_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of ___Northern District of California___.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Steven N. Williams |
| State Bar Number | 175489 |
| Firm Name | Joseph Saveri Law Firm, Inc. |
| Mailing Address | 601 California St., Suite 1000, San Francisco, California 94108 |
| Telephone Number | (415) 500-6800 |
| Email Address | swilliams@saverilawfirm.com |

Attorney Signature: _Steve Williams_           Date: April 8, 2021

FedEx First Overnight

FRI - 09 APR 8:00A
FIRST OVERNIGHT

TO: CLERK OF COURT
WILKIE D. FERGUSON U.S. COURTHOUSE
400 N. MIAMI AVENUE
MIAMI FL 33128
(305) 523-5100

TRK# 7733 9566 7146

X1 MPBA

33128 MIA
FL-US

USMS INSPECTED

