**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the undersigned attorney as co-counsel for Defendants Morgan Stanley Smith Barney LLC, E*TRADE Financial Holdings, LLC, E*TRADE Securities, LLC and E*TRADE Financial Corporation. Counsel agrees to represent these Defendants in the above-captioned matter for trial and all related proceedings in the District Court for the Southern District of Florida. All parties are requested to take notice of said appearance and serve copies upon the undersigned of any and all pleadings, motions, notices, filings, memoranda and/or other documents and papers of any kind or nature in these proceedings, whether filed by the Court or any other party in interest.

1

HomeR BonneR Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

Respectfully submitted:

**Homer Bonner**

Attorneys for Morgan Stanley and E*Trade
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Tel: (305) 350-5100

By: /s/ *Peter W. Homer*
Peter W. Homer, Esq.
Email: phomer@homerbonner.com
Florida Bar No. 291250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Peter W. Homer*
Peter W. Homer, Esq.