## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

JANUARY 2021 SHORT SQUEEZE       Case No. 21-2989-MDL-
TRADING LITIGATION      ALTONAGA/Torres

_____/

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Lena Mirilovic of the law firm of Roberts Tate, LLC, hereby gives notice of appearance as counsel for Plaintiff Matthew M. Lavin in the above-styled case. All parties are requested to forward copies of all pleadings, motions, orders, and other correspondence to the undersigned counsel.

Dated: April 12, 2021

                                         Respectfully submitted,

                                         _/s/  Lena Mirilovic_
                                         Lena Mirilovic
                                         Florida Bar No. 92492
                                         lmirilovic@robertstate.com
                                         ROBERTS TATE, LLC
                                         2487 Demere Road, Suite 400
                                         St. Simons Island, GA 31522
                                         Tel.:    912.638.5200
                                         Fax:    912.638.5300
                                         Email: lmirilovic@robertstate.com
                                         *Counsel for Plaintiff Matthew M. Lavin*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Lena Mirilovic*
Lena Mirilovic