SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Samuel W. Stelk_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of ___New York_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Samuel W. Stelk |
| State Bar Number | 5467089 |
| Firm Name | Dechert LLP |
| Mailing Address | Three Bryant Park, 1095 Avenue of the Americas, New York, NY 10036 |
| Telephone Number | (212) 698 3500 |
| Email Address | samuel.stelk@dechert.com |

Attorney Signature: _____ Date: __4/8/21__



Dechert
LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**SAMUEL STELK**

samuel.stelk@dechert.com
+1 212 641 5661 Direct
+1 212 698 0428 Fax

April 8, 2021

Attn: MDL Clerk
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re: *In re: January 2021 Short Squeeze Trading Litigation*
Case No: 21-2989-MDL-ALTONAGA/Torres

Dear Sir or Madam:

I am one of the attorneys representing Defendant Interactive Brokers LLC in the above-referenced matter. Pursuant to Judge Altonaga's Pretrial Order #1, dated April 7, 2021, enclosed please find my signed Certificate of Understanding to be filed on the docket.

Thank you very much for your attention to this matter.

Sincerely,

Samuel W. Stelk

Enclosure




FedEx shipping label (shown upside down):

- SH MPBA
- 33128 FL-US MIA
- MON - 12 APR 10:30A
- PRIORITY OVERNIGHT
- TRK# 7734 0720 6276 0201
- MIAMI FL 33128
- (650) 461-5600
- REF 020437 00051 016127
- TO: ATTN: MDL CLERK, US DISTRICT COURT
- SOUTHERN DISTRICT OF FLORIDA,
- 400 NORTH MIAMI AVENUE
- UNITED STATES US
- PALO ALTO, CA 94303
- ORIGIN ID:HGTA  (650) 461-5600
- OFFICE SERVICES
- SULLIVAN & CROMWELL LLP
- 1870 EMBARCADERO ROAD
- SHIP DATE: 09APR21
- ACTWGT: 0.50 LB
- CAD: 4067302/INET4340
- BILL SENDER