SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

FILED BY ___ D.C.
APR 12 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Steven Bizar__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __Pennsylvania__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Steven Bizar |
| State Bar Number | 68316 |
| Firm Name | Dechert LLP |
| Mailing Address | 2929 Arch Street, Philadelphia, Pennsylvania 19104 |
| Telephone Number | (215) 994 4000 |
| Email Address | steven.bizar@dechert.com |

Attorney Signature: _[signature]_     Date: 4/8/2021



# Dechert
LLP

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**STEVEN BIZAR**

steven.bizar@dechert.com
+1 215 994 2205 Direct
+1 215 655 2205 Fax

April 9, 2021

Attn: MDL Clerk
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re:  *In re: January 2021 Short Squeeze Trading Litigation*
     Case No: 21-2989-MDL-ALTONAGA/Torres

Dear Sir or Madam:

I am one of the attorneys representing Defendant Interactive Brokers LLC in the above-referenced matter. Pursuant to Judge Altonaga's Pretrial Order #1, dated April 7, 2021, enclosed please find my signed Certificate of Understanding to be filed on the docket.

Thank you very much for your attention to this matter.

Sincerely,

Steven Bizar

Enclosure

