UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

FILED BY_____D.C.

APR 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Belinda S Lee, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Belinda S Lee
State Bar Number: CA 199635
Firm Name: Latham & Watkins LLP
Mailing Address: 505 Montgomery Street, Suite 2000, San Francisco, CA 94111
Telephone Number: (415) 391-0600
Email Address: belinda.lee@lw.com

Attorney Signature: _____ Date: 4/8/2021

