## SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/



FILED BY _____ D.C.
APR 12 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Phillip Kim_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __New York_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Phillip Kim |
| State Bar Number | NY 4145397 |
| Firm Name | The Rosen Law Firm, P.A. |
| Mailing Address | 275 Madison Avenue, 40th Floor, New York, NY 10016 |
| Telephone Number | (212) 686-1060 |
| Email Address | pkim@rosenlegal.com |

Attorney Signature: _/s/ Phillip Kim_____   Date: __4/9/2021_____



## The Rosen Law Firm
INVESTOR COUNSEL

Phillip Kim
pkim@rosenlegal.com

April 9, 2021

**VIA FEDEX**
United States District Court
Southern District of Florida
Attn: MDL Clerk
400 North Miami Avenue
Miami, FL 33128

Re:  *In re: January 2021 Short Squeeze Trading Litigation*
Case No. 21-2989-MDL-ALTONAGA/Torres

Dear Sir or Madam:

I am an attorney representing Plaintiffs Damon Muncy and Cody Todd in the above-referenced matter.

Pursuant to Judge Altonaga's April 7, 2021 Pretrial Order #1 (Dkt. No. 46), enclosed please find my completed Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida.

Thank you for your assistance in this matter.

Respectfully,

Phillip Kim

Enclosures

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827

FedEx shipping label

ORIGIN ID:JRAA (212) 686-1060
PHILLIP KIM
THE ROSEN LAW FIRM, P.A.
275 MADISON AVE
FL 40
NEW YORK, NY 10016
UNITED STATES US

SHIP DATE: 09APR21
ACTWGT: 0.20 LB
CAD: 100245897/INET4340

BILL SENDER

TO: ATTN: MDL CLERK
US DIST CT SOUTHERN DISTRICT OF FL
400 NORTH MIAMI AVENUE
MIAMI FL 33128
(305) 523-5100
REF: ROBINHOOD

MON - 12 APR 10:30A
PRIORITY OVERNIGHT
TRK# 7734 0073 4643
0201

SH MPBA
33128
FL-US MIA

Extremely Urgent