# SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres


FILED BY _____ D.C.
APR 12 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __R Tamara de Silva__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __Illinois__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name         R Tamara de Silva
State Bar Number   6244445
Firm Name       Law Offices of R Tamara de Silva, LLC
Mailing Address    980 N Michigan Avenue, Suite 1400, Chicago, IL 60611
Telephone Number   (312) 810-8100
Email Address     rtamaradesilva@gmail.com, tamara@desilvalawoffices.com

Attorney Signature: _____   Date: 4/9/21

ORIGIN ID:NBUA (312) 810-8100
R TAMARA DE SILVA
LAW OFFICES OF R. TAMARA DE SILVA
3240 N. LAKE SHORE DRIVE #2A

CHICAGO, IL 60657
UNITED STATES US

SHIP DATE: 09APR21
ACTWGT: 0.50 LB
CAD: 9153779/INET4340

BILL SENDER

TO CLERK OF COURT
US DISTRICT COURT, S. DIST. FLORIDA
WILKIE D. FERGUSON U.S. COURTHOUSE
400 N MIAMI AVENUE
MIAMI FL 33128
(312) 810-8100 REF
INV:
PO: DEPT:

56DJ2/5EF2/FE4A

FedEx Express

E

RT 458
FZ 459

1
10:30
E
9606
04.12

MON - 12 APR 10:30A
PRIORITY OVERNIGHT

TRK# 0201 7734 0741 9606

33128
MIA

SH MPBA

MON - 12 APR AA
PRIORITY OVERNIGHT

FedEx TRK# 0201 7734 0741 9606

SH MPBA

33128
FL-US
MIA

FID 801230 09APR21 NBUA 560C2/5EF2/05A2

Insert shipping document here.

