## SCHEDULE B

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres



FILED BY_____D.C.

APR 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Marc De Leeuw_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __New York_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Marc De Leeuw |
| State Bar Number | 2542942 |
| Firm Name | Sullivan & Cromwell LLP |
| Mailing Address | 125 Broad Street, New York, NY 10004 |
| Telephone Number | (212) 558-4219 |
| Email Address | deleeuwm@sullcrom.com |

Attorney Signature: __Marc De Leeuw_____   Date: __April 8, 2021__

