FILED BY _OW_ D.C.
APR 12 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Shari Ross Lahlou__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of ____the District of Columbia____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name            Shari Ross Lahlou
State Bar Number    476630
Firm Name       Dechert LLP
Mailing Address     1900 K Street NW, Washington DC 20006
Telephone Number    202 261 3300
Email Address       shari.lahlou@dechert.com

Attorney Signature: _____    Date: __4/9/21__



1900 K Street, NW
Washington, DC 20006-1110
+1 202 261 3300 Main
+1 202 261 3333 Fax
www.dechert.com

**SHARI ROSS LAHLOU**

shari.lahlou@dechert.com
+1 202 261 7923 Direct
+1 202 261 3333 Fax

April 9, 2021

Attn: MDL Clerk
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re: *In re: January 2021 Short Squeeze Trading Litigation*
    Case No: 21-2989-MDL-ALTONAGA/Torres

Dear Sir or Madam:

We are two of the attorneys representing Defendant Interactive Brokers LLC in the above-referenced matter. Pursuant to Judge Altonaga's Pretrial Order #1, dated April 7, 2021, enclosed please find two signed Certificates of Understanding to be filed on the docket, one for Shari Ross Lahlou and one for Jonathan Greengarden.

Thank you very much for your attention to this matter.

Sincerely,

Shari Ross Lahlou

Enclosures



