SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

FILED BY _____ D.C.

APR 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Thomas G. Haskins, Jr.__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __Texas__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Thomas G. Haskins, Jr. |
| State Bar Number | 24087681 |
| Firm Name | Barnes & Thornburg LLP |
| Mailing Address | 2121 N Pearl Street, Ste 700, Dallas, TX 75201 |
| Telephone Number | 214-258-4200 |
| Email Address | 214-258-4199 |

Attorney Signature: _____    Date: 4/8/2021

**FedEx Express Shipping Label**

ORIGIN ID: KIPA  (317) 231-7825
THOMAS HASKINS
BARNES & THORNBURG LLP
2121 NORTH PEARL STREET
SUITE 700
DALLAS, TX 75201
UNITED STATES US

SHIP DATE: 08APR21
ACTWGT: 0.50 LB
CAD: 250157017/WSXI3400

BILL SENDER

TO: USDC SOUTHERN DISTRICT OF FLORIDA
ATTN: MDL CLERK
400 N MIAMI AVE
MIAMI FL 33128
(972) 467-5615    REF 67747 8-3259
INV
PO                DEPT

TRK# 7857 4063 3710
0201

FRI - 09 APR 10:30A
PRIORITY OVERNIGHT

XH MPBA
FL-US  33128 MIA

RT 458   1  10:30  E  3710 04.12
FZ 469