**SCHEDULE B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Alexander G. Cabeceiras, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name  Alexander G. Cabeceiras, Esq.
State Bar Number  5502794
Firm Name  Derek Smith Law Group, PLLC
Mailing Address  One Penn Plaza, Suite 4905, New York, NY 10119
Telephone Number  (212) 587-0670
Email Address  alexc@dereksmithlaw.com

Attorney Signature: _____  Date: 4/9/21

FILED BY ___ D.C.
APR 12 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**PRIORITY MAIL 2-DAY®**

$7.95
04/09/21
0831100340-17

0 Lb 1.80 Oz

1004

C075

EXPECTED DELIVERY DAY: 04/12/21

SHIP TO:
400 N MIAMI AVE
Miami FL 33128-1801

USPS TRACKING® #
9505 5108 3814 1099 3735 13

TRACKED ■ INSURED

FLAT ONE RATE

FROM:
Labere, ras
60 Jupiter Point Rd.
East Groton CT 06340

TO: Clerk of Court
Wilkie D. Ferguson US Court
400 N. Miami Avenue
Miami, FL 33128

property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. ay be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.