FILED BY_____D.C.

APR 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Jonathan E. Greengarden__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __the District of Columbia__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Jonathan E. Greengarden |
| State Bar Number | 1697282 |
| Firm Name | Dechert LLP |
| Mailing Address | 1900 K Street NW, Washington DC 20006 |
| Telephone Number | (202) 261 3300 |
| Email Address | jonathan.greengarden@dechert.com |

Attorney Signature: _____  Date: __4/8/2021__



1900 K Street, NW
Washington, DC 20006-1110
+1 202 261 3300 Main
+1 202 261 3333 Fax
www.dechert.com

**SHARI ROSS LAHLOU**

shari.lahlou@dechert.com
+1 202 261 7923  Direct
+1 202 261 3333  Fax

April 9, 2021

Attn: MDL Clerk
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re:  *In re: January 2021 Short Squeeze Trading Litigation*
     Case No: 21-2989-MDL-ALTONAGA/Torres

Dear Sir or Madam:

We are two of the attorneys representing Defendant Interactive Brokers LLC in the above-referenced matter. Pursuant to Judge Altonaga's Pretrial Order #1, dated April 7, 2021, enclosed please find two signed Certificates of Understanding to be filed on the docket, one for Shari Ross Lahlou and one for Jonathan Greengarden.

Thank you very much for your attention to this matter.

Sincerely,

Shari Ross Lahlou

Enclosures


