

## SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Maya Ginsburg__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __Appellate Division of the Supreme Court of New York, First Judicial Division and Supreme Court of__ New Jersey

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Maya Ginsburg
State Bar Number: NY - 5128152 & NJ - 902622012
Firm Name: Lowenstein Sandler LLP
Mailing Address: 1251 Avenue of the Americas, New York, NY 10020
Telephone Number: (212) 419-5873
Email Address: mginsburg@lowenstein.com

Attorney Signature: __/s/ Maya Ginsburg__     Date: __04/12/2021__

FedEx Express shipping label

From: Paula Sequin-Rosier, Lowenstein Sandler, One Lowenstein Drive, Roseland, NJ 07068, (973) 597-2500
To: MDL Clerk, US Dist. Court, Southern Dist. Fla., 400 N Miami Ave, Miami FL 33128, (202) 753-3776
Ref: 36125.105
Tracking #: 7858 0368 0194
Priority Overnight — Mon 12 Apr AA
Extremely Urgent