FILED BY _____ D.C.

APR 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, ___Zarema A. Jaramillo___, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of ___District of Columbia Court of Appeals and Appellate Division of the Supreme Court of New York, Third Judicial Dep't___

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Zarema A. Jaramillo
State Bar Number: DC - 500507 & NY - 4436838
Firm Name: Lowenstein Sandler LLP
Mailing Address: 2200 Pennsylvania Avenue, NW, Washington, DC 20037
Telephone Number: (202) 753-3830
Email Address: zjaramillo@lowenstein.com

Attorney Signature: _____     Date: __04/12/2021__



FedEx shipping label to MDL Clerk, US Dist. Court, Southern Dist. Fla., 400 N Miami Ave, Miami FL 33128. Priority Overnight, Mon – 12 Apr AA. Tracking # 7858 0368 0194. From Lowenstein Sandler, Paula Seguin-Rosier, One Lowenstein Drive, Roseland NJ 07068. Marked "Extremely Urgent".