UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian S. Weinstein of the law firm Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, (212) 450-4000, for purposes of appearance as co-counsel on behalf of defendants Morgan Stanley Smith Barney LLC ("Morgan Stanley"), and E*TRADE Financial Holdings, LLC, E*TRADE Securities LLC, and E*TRADE Financial Corporation (collectively "E*TRADE") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brian S. Weinstein to receive electronic filings in this case, and in support thereof states as follows:

1. Brian S. Weinstein is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of New York and is admitted to practice in the United States District Court for the Southern District of New York.

1

2. Movant, Peter W. Homer, Esquire, of the law firm of Homer Bonner Jacobs Ortiz, P.A., 1200 Four Seasons Tower, 1441 Brickell Ave., Miami Florida 33131, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Brian S. Weinstein has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Brian S. Weinstein, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian S. Weinstein at email address brian.weinstein@davispolk.com.

WHEREFORE, Peter W. Homer moves this Court to enter an Order authorizing Brian S. Weinstein to appear before this Court on behalf of Morgan Stanley and E*TRADE, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian S. Weinstein.

Date: April 12, 2021 Respectfully submitted,

*/s/ Peter W. Homer*

Peter W. Homer
Florida Bar No.: 291250
Email: phomer@homerbonner.com
**Homer Bonner Jacobs Ortiz, P.A.**
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5139
Facsimile: (305) 372-2738

*Attorneys for Morgan Stanley Smith Barney LLC; E*TRADE Financial Holdings, LLC; E*TRADE Securities LLC; E*TRADE Financial Corporation*