UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____

*THIS DOCUMENT RELATES TO:*

SAGI CEZANA, on behalf of himself and all
others similarly situated,

    Plaintiff,

                                        Case No.: 1:21-cv-21315-CMA

v.

ROBINHOOD FINANCIAL LLC, *et al.,*

    Defendants.
_____/

## NOTICE OF ATTORNEY APPEARANCE

    PLEASE TAKE NOTICE that Rachel Wagner Furst from the law firm of Grossman Roth Yaffa Cohen, P.A., hereby gives notice of appearance as co-counsel for Plaintiff Sagi Cezana, on behalf of himself and all others similarly situated, in the above-styled case and requests that copies of all motions, notices, pleadings, orders, and other correspondence be forwarded to the undersigned counsel.

    **Dated**: April 12, 2021.

                                                              Respectfully submitted,

                                                              GROSSMAN ROTH YAFFA COHEN, P.A.
                                                              Co-Counsel for Plaintiff
                                                               2525 Ponce de Leon Blvd., Suite 1150
                                                               Coral Gables, Florida  33134
                                                               Tel.:  (305) 442-8666
                                                               Fax:  (305) 285-1668

By: /s/ Rachel W. Furst
RACHEL W. FURST
Fla. Bar No. 45155
rwf@grossmanroth.com
sdp@grossmanroth.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By: /s/ Rachel W. Furst
RACHEL W. FURST