UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE
Court Administrator • Clerk of Court



Apr 13, 2021

United States District Court

Eastern District of New York

RE:  MDL No.    2989 - In Re: January 2021 Short Squeeze Trading Litigation

Our Case No.   1:21-md-02989-CMA

Your Case No.  1:21-00677 Dechirico et al v. Ally Financial Inc. et al

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable Cecilia M. Altonaga.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** 1) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

ANGELA E. NOBLE
Clerk of Court

By:  s/ Maria Cruz
     MDL Clerk

Encl.

☒ 400 N. Miami Avenue
Room 8N09
Miami, FL 33128
305-523-5100

☐ 299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
954-769-5400

☐ 701 Clematis Street
Room 202
W. Palm Beach, FL 33401
561-803-3400

☐ 301 Simonton Street
Room 130
Key West, FL 33040
305-295-8100

☐ 300 S. Sixth Street
Ft. Pierce, FL 34950
772-595-9691