UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Janet Jones-Duffey, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Janet Jones-Duffey, may appear and participate in this action on behalf of defendants Morgan Stanley Smith Barney LLC, E*TRADE Financial Holdings, LLC, E*TRADE Securities LLC, and E*TRADE Financial Corporation. The Clerk shall provide electronic notification of all electronic filings to Janet Jones-Duffey, at janet.jones-duffey@davispolk.com.

DONE AND ORDERED in Chambers at Miami, Florida, this___day of April, 2021.

1

_____
Cecilia M. Altonaga
United States District Judge

cc: All Counsel of Record