UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

## ORDER

**THIS CAUSE** came before the Court on Brian S. Weinstein's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 101]. On April 7, 2021, the Court entered Pretrial Order #1 [ECF No. 46], permitting attorneys not admitted to practice in the United States District Court for the Southern District of Florida to electronically file and receive service of documents in this January 2021 Short Squeeze Trading Litigation only. (*See id.* 5). To do so, the Court directed such attorneys to file a Certificate of Understanding, attached as Schedule B to Pretrial Order #1 [ECF No. 46-2]. Accordingly, it is

**ORDERED AND ADJUDGED** that Brian S. Weinstein's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing **[ECF No. 101]** is **DENIED as moot**. Mr. Weinstein may instead file a Certificate of Understanding, as described in the Court's Pretrial Order #1.

**DONE AND ORDERED** in Miami, Florida, this 13th day of April, 2021.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record; *Pro Se* Plaintiffs