UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, _____Jason J. Mendro_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of the District of Columbia, California, and New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Jason J. Mendro
State Bar Numbers: 482040 (DC); 220842 (CA); 5423710 (NY)
Firm Name: Gibson, Dunn & Crutcher LLP
Mailing Address: 1050 Connecticut Ave. NW, Washington, DC 20036
Telephone Number: (202) 887-3726
Email Address: jmendro@gibsondunn.com

Attorney Signature: /s/ Jason J. Mendro      Date: 4/9/2021

PRESS FIRMLY TO SEAL

1007

33128

U.S. POSTAGE PAID
PME 1-Day
WASHINGTON, DC
20036
APR 12, 21
AMOUNT
**$0.00**
R2304W120881-91

U.S. POSTAGE
ZIP 77002 $ 026.35⁰
02 4W
0000375897 APR 12 2021

UNITED STATES POSTAL SERVICE

**PRIORITY® MAIL EXPRESS**

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 258 795 999 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE 202 9550583
Robert Batista
Gibson Dunn Crutcher
1050 Connecticut Ave NW 300
WASHINGTON DC 20036

DELIVERY OPTIONS (Customer Use Only)

SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE
US District Court for the Southern District
of Florida Clerk of Court c/o
Maria Cruz
W. D. Ferguson, Jr. US Courthouse
400 North Miami Ave Miami, FL
ZIP + 4® (U.S. ADDRESSES ONLY)
33128

USMS INSPECTED

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 20037 | 4/13/21 | $ 26.35 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 04/12/21 | ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON | $ | $ |
| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 4:41 ☐ AM ☒ PM | $ | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☒ Flat Rate | Acceptance Employee Initials | | |
| lbs. 22 ozs. | AW | $ 26.35 | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PEEL FROM THIS CORNER

PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

This envelope is made from post-consumer waste. Please recycle - again.

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
+ Money Back Guarantee for U.S. destinations only.
× For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.