## SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-2989-MDL-ALTONAGA/Torres



In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Gregory M. Boyle, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Illinois.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Gregory M. Boyle
State Bar Number: 6242559
Firm Name: Jenner & Block LLP
Mailing Address: 353 N. Clark Street, Chicago, IL 60654
Telephone Number: 312-923-2651
Email Address: gboyle@jenner.com

Attorney Signature: _____   Date: 4/12/21

Case 1:21-md-02989-CMA   Document 120   Entered on FLSD Docket 04/13/2021   Page 2 of 2





**Window Envelope**

Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper.

Serving you for more than 100 years
United Parcel Service

https://www.campusship.ups.com/cship/create?ActionOriginPair=default__PrintWindow...  4/12/2021

---

MELISSA FEDORNAK
312.840.7806
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO IL 60654-3456

**1.0 LBS LTR**   **1 OF 1**

SHIP TO:
ATN: MDL CLERK
US DISTRICT COURT, S. DIST. FL
400 NORTH MIAMI AVENUE
**MIAMI FL 33128-1801**

FL 330 9-25

**UPS NEXT DAY AIR**   **1**
TRACKING #: 1Z 613 438 01 9350 4284

BILLING: P/P

Client Matter Number: 55101-10067

CS 22.0.13.   WNTNV50 42.0A 01/2021

---

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

- Visit ups.com® or to schedule a pic

**Domestic Shipments**
- To qualify for the Letter correspondence, urge weigh 8 oz. or less, those listed or weigh

**International Shipments**
- The UPS Express Envelope value. Certain countries ups.com/importexp
- To qualify for the Letter UPS Express Envelope

**Note:** Express Envelope containing sensitive p or cash equivalent.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195103  4/14  PAC  United Parcel Service