**SCHEDULE B**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

FILED BY _____ D
APR 1 4 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I, __Marina Lev_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __the State of California__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Marina Lev |
| State Bar Number | 321647 |
| Firm Name | Quinn Emanuel Urquhart & Sullivan, LLP |
| Mailing Address | 865 South Figueroa St., 10th Floor, Los Angeles, CA 90017 |
| Telephone Number | (213) 443-3000 |
| Email Address | marinalev@quinnemanuel.com |

Attorney Signature: _____     Date: __April 9, 2021__





FedEx xpress

Extremely Urgent

PS|Ship - FedEx Label

Page 1 of 2

Insert shipping document here.

(rotated 180°) FedEx label:
- XH MPBA
- MIA FL-US 33128
- TRK# 7858 7934 2281 0201
- PRIORITY OVERNIGHT
- WED - 14 APR 10:30A
- REF: 07053 00008-975234
- MIAMI FL 33128
- (305) 523-5100
- TO: ATTN: MDL CLERK
- WILKIE D. FERGUSON COURTHOUSE
- 400 N MIAMI AVE
- UNITED STATES US
- LOS ANGELES, CA 90017
- 865 S. FIGUEROA ST 19TH FLR
- QUINN EMANUEL TRIAL LAWYERS
- MARRIO FONSECA
- ORIGIN ID:LBPA  (213) 443-3000
- SHIP DATE: 13APR21
- ACTWGT: 0.50 LB
- CAD: 252961000/WSXI03400
- BILL SENDER

RT 458
FZ 469
1
10:30
E
2281
04/14