**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

**CERTIFICATION OF BRIAN S. WEINSTEIN**

Brian S. Weinstein, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of New York and admitted to practice in the United States District Court for the Southern District of New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

/s/ Brian S. Weinstein
Brian S. Weinstein
