## SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



FILED BY _____ D.C.

APR 14 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Justina K. Sessions_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __California_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name : Justina K. Sessions
State Bar Number : 270914
Firm Name : Wilson Sonsini Goodrich & Rosati
Mailing Address: One Market Plaza, 1 Market St #3300, San Francisco, CA 94105
Telephone Number: 202.436.6565
Email Address : 415.947.2197

Attorney Signature: _____/s/_____   Date: __04/12/2021__

400 North Miami Ave
Attn: MDL Clerk
Miami, FL 33128

ORIGIN ID:ARTA (202) 815-6253
WILSON SONSINI GOODRICH ROSATI
1700 K ST NW STE 500

WASHINGTON, DC 20006
UNITED STATES US

TO WILKIE D FERGUSON JR US
COURTHOUSE. ATTN:MDL CLERK
400 N MIAMI AVE

MIAMI FL 33128

SHIP DATE: 13APR21
ACTWGT: 0.15 LB
CAD: E993708/SSFE2201

BILL THIRD PARTY

REF: 1060.0.90

TRK# 7859 2458 0115

XH MPBA

WED - 14 APR 10:30A
PRIORITY OVERNIGHT

33128
FL-US MIA