

**SCHEDULE B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, ___Dennis C. Reich_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of _Texas_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name   Dennis C. Reich
State Bar Number  16739600
Firm Name   Reich & Binstock, LLP
Mailing Address  4265 San Felipe, Ste. 1000, Houston, TX 77027
Telephone Number  (713) 622-7271
Email Address  dreich@reichandbinstock.com

Attorney Signature: _____   Date: ___04/12/2021_____



https://www.fedex.com/shipping/html/en/PrintIFrame.html

ORIGIN ID:HOUA (713) 622-7271
REICH BINSTOCK
REICH & BINSTOCK
4265 SAN FELIPE
SUITE 1000
HOUSTON, TX 77027
UNITED STATES US

SHIP DATE: 13APR21
ACTWGT: 0.10 LB
CAD: 10293487/INET4340

BILL SENDER

TO SOTHERN DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT
400 NORTH MIAMI AVENUE
Attn: MDL Clerk
MIAMI FL 33128
(713) 622-7271              REF:
INV:
PO:                         DEPT:

FedEx Express

E

TRK#  7734 3427 1219
0201

WED - 14 APR 10:30A
PRIORITY OVERNIGHT

XH MPBA                    33128
                    FL-US   MIA

Extremely Urgent

Firefox

RT 458    1    E
FZ 459   10:30  1219
                01.14

Insert shipping
document here.