UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Jeffrey Evan Kwatinetz, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of the State of California and the Central District of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted pro hac vice status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Jeffrey Evan Kwatinetz
California State Bar Number: 158932
Firm Name: The Law Office of Jeffrey Kwatinetz P.C.
Mailing Address:
15821 Ventura Blvd, Suite 370
Encino, CA 91436
Telephone Number: (312) 607-8662
Email Address: JEK@Prospectpk.com

Attorney Signature: _____ Date: April 14, 2021