# **EXHIBIT A**

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Aaron Fassinger, declare as follows:

1. I have reviewed the Class Action Complaint and have authorized its filing.

2. I did not purchase any of the securities that are the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition or trial, if necessary.

4. My purchase history is attached hereto as Exhibit A.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to class representations, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day Apr 5, 2021.

Signature: Aaron Fassinger (Apr 5, 2021 17:41 EDT)

Aaron Fassinger

## **Exhibit A**

| Naked Brand Group | 149 Shares |
|---|---|

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Eric Quat, declare as follows:

1. I have reviewed the Class Action Complaint and have authorized its filing.

2. I did not purchase any of the securities that are the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition or trial, if necessary.

4. My purchase history is attached hereto as Exhibit A.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to class representations, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this day __Apr 5, 2021__.

Signature: _Eric Quat (Apr 5, 2021 15:12 PDT)_

Eric Quat

**Exhibit A**

| | |
|---|---|
| Sundial Growers Inc. | 309 Shares |
| Nokia | 75 Shares |
| AMC Entertainment | 50 Shares |
| | |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Tenzin Woiser, declare as follows:

1. I have reviewed the Class Action Complaint and have authorized its filing.

2. I did not purchase any of the securities that are the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition or trial, if necessary.

4. My purchase history is attached hereto as Exhibit A.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to class representations, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this day  Apr 5, 2021.

Signature: *tenzin*
tenzin (Apr 5, 2021 18:23 EDT)

Tenzin Woiser

## **Exhibit A**

| Nokia | 648 Shares |
|---|---|

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Igor Kravchenko, declare as follows:

1. I have reviewed the Class Action Complaint and have authorized its filing.

2. I did not purchase any of the securities that are the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition or trial, if necessary.

4. My purchase history is attached hereto as Exhibit A.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to class representations, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day April 9, 2021.

Signature: *Igor Kravchenko*
Igor Kravchenko (Apr 9, 2021 14:17 CDT)

Igor Kravchenko

## **Exhibit A**

| GME | 150 Shares |
|---|---|

# **CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

I, Michael McFadden, declare as follows:

1. I have reviewed the Class Action Complaint and have authorized its filing.

2. I did not purchase any of the securities that are the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition or trial, if necessary.

4. My purchase history is attached hereto as Exhibit A.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to class representations, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day April 9, 2021.

Signature: *Michael McFadden*
Michael McFadden (Apr 12, 2021 11:15 PDT)

Michael McFadden

## Exhibit A

| AMC  | 42.823663 Shares |
|------|------------------|
| SNDL | 100 Shares       |

## **CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

I, Mike Ross, declare as follows:

1. I have reviewed the Class Action Complaint and have authorized its filing.

2. I did not purchase any of the securities that are the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition or trial, if necessary.

4. My purchase history is attached hereto as Exhibit A.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to class representations, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day April 9, 2021.

Signature: *Mike Ross (Apr 9, 2021 18:55 EDT)*

Mike Ross

## **Exhibit A**

| Bed Bath & Beyond | 22 Shares |
|---|---|