UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

This Document Relates to: All Actions Involving Federal Securities Laws

## [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Before the Court is Proposed Lead Plaintiffs Eric Quat, Aaron Fassinger, Mike Ross, Igor Kravchenko, Michael McFadden, and Tenzin Woiser's (collectively "Movants") Motion to appoint them as Lead Plaintiffs and approve their selection of counsel, Bursor & Fisher, P.A., pursuant to 15 U.S.C. § 78u-4.  After review of the motion and accompanying memorandum of law, and exhibits thereto, as well as oral argument, if any, Movants' Motion to Appoint them as Lead Plaintiffs and Approve Their Selection of Counsel is **GRANTED.**

**IT IS HEREBY ORDERED** that Movants are appointed as Lead Plaintiffs for the Class pursuant to 15 U.S.C. § 78u-4, and have sole authority to bring claims under federal securities laws as it relates to the subject matter of the cases involved in the present multidistrict litigation;

**IT IS FURTHER ORDERED** that Movants' selection of counsel, Bursor & Fisher, P.A., is hereby approved, and Bursor & Fisher, P.A. is hereby appointed Lead Counsel with sole authority to prosecute the claims under federal securities laws as it relates to the subject matter of the cases involved in the present multidistrict litigation, this includes sole authority to do the following:

1. Determine and present to the Court and opposing parties the position of the Lead Plaintiffs and class members on all matters arising under the federal securities laws, including preparing all pleadings and briefing and arguing of motions;
2. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation;
3. Coordinate the initiation and conduct of discovery on behalf of Lead Plaintiffs and class members consistent with the requirements of the Federal Rules of Civil Procedure;
4. Hire expert witnesses and consultants on behalf of the Lead Plaintiffs and putative class members, as needed to prepare for class certification or trial, and advance other costs that may be reasonable and necessary to the conduct of the litigation;
5. Conduct settlement negotiations on behalf of the Lead Plaintiffs and the class, and, if appropriate, to enter into a settlement that is fair, reasonable, and adequate on behalf of the class members;
6. Monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and
7. Perform such other duties as may be incidental to the proper prosecution and coordination of activities on behalf of Lead Plaintiffs and class members or authorized by further order of this Court.

**SO ORDERED**

Date: _____

                                                   _____
                                                   HON. CECILIA M. ALTONAGA
                                                   UNITED STATES DISTRICT JUDGE