UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

This Document Relates to All Actions

NOTICE OF FILING JOINT PROPOSED AGENDA

The Parties,[1] pursuant to the Court's Order [DE 20] entered April 2, 2021, and Pretrial

Order #1 [DE 46] entered April 7, 2021, conferred, and hereby submit a Joint Proposed Agenda,

attached as **Exhibit A**, for the Initial Conference scheduled on April 19, 2021 at 10:00 a.m.

Dated:  April 14, 2021                          Respectfully submitted,

s/ *Rachel Wagner Furst*                    s/*Natalia Salas*
Rachel Wagner Furst (FLBN 45155)       Natalia Salas (FLBN 44895)
rwf@grossmanroth.com                     nms@ferrarolaw.com
**GROSSMAN ROTH YAFFA COHEN, P.A.**     James L. Ferraro (FLBN 381659)
2525 Ponce de Leon Blvd Ste 1150         jlf@ferrarolaw.com
Coral Gables, FL 33134-6040              James L. Ferraro Jr (FLBN 107494)
                                         jjr@ferrarolaw.com
                                         **THE FERRARO LAW FIRM, P.A.**
                                         600 Brickell Avenue, 38th Floor
                                         Miami, Florida 33131
                                         Telephone: (305) 375-0111
                                         Facsimile: (305) 379-6222

_____

[1] Plaintiffs' counsel in all known *January 2021 Short Squeeze Trading Litigation* cases organized and engaged in telephone conferences, together and with Defendants' counsel of record.  Undersigned counsel authorized Natalia M. Salas and Rachel W. Furst to submit the attached proposed agenda.

| | |
|---|---|
| Roy T. Willey, IV<br>roy@akimlawfirm.com<br>Eric M. Poulin<br>eric@akimlawfirm.com<br>Blake Abbott<br>blake@akimlawfirm.com<br>**ANASTOPOULO LAW FIRM**<br>32 Ann Street, Unit B<br>Charleston, SC 29403<br>843-614-8888 | William M. Audet (CA SBN 117456)<br>waudet@audetlaw.com<br>"David" Ling Y. Kuang (CA SBN 296873)<br>lkuang@audetlaw.com<br>Kurt D. Kessler (CA SBN 327334)<br>kkessler@audetlaw.com<br>**AUDET & PARTNERS, LLP**<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556 |
| Heather Lea Blaise<br>hblaise@blaisenitschkelaw.com<br>Thomas Key<br>thomask@blaisenitschkelaw.com<br>Lana Bajes Nassar<br>lnassar@blaisenitschkelaw.com<br>**BLAISE AND NITSCHKE PC**<br>123 North Wacker Drive Suite 250<br>Chicago, IL 60606<br>312-448-6602 | Keith Joseph Wesley<br>kwesley@bgrfirm.com<br>**BROWN GEORGE ROSS OBRIEN<br>ANNAGUEY & ELLIS LLP**<br>44 Montgomery Street, Suite 1280<br>San Francisco, CA 94104<br>415-391-7100 |
| Matthew L. Venezia<br>mvenezia@bgrfirm.com<br>**BROWNE GEORGE ROSS O'BRIEN<br>ANNAGUEY & ELLIS LLP**<br>2121 Avenue of the Stars, #2800<br>Los Angeles, CA 90067<br>310-274-7100 | Lawrence Timothy Fisher<br>ltfisher@bursor.com<br>**BURSOR & FISHER, P.A.**<br>1990 N. California Blvd., Suite 940,<br>Walnut Creek, CA 94596<br>925-300-4455 |
| Andrew Obergfell<br>aobergfell@bursor.com<br>**BURSOR & FISHER, P.A.**<br>888 Seventh Avenue<br>New York, NY 10019<br>646-837-7150 | Sean A. Burstyn<br>sean.burstyn@burstynlaw.com<br>**BURSTYN LAW FIRM PLLC**<br>355 Lexington Avenue, 8th Floor<br>New York, New York 10017 |

| | |
|---|---|
| Gary Richard Carlin<br>gary@garycarlinlaw.com<br>steven@garycarlinlaw.com<br>**CARLIN & BUCHSBAUM, LLP**<br>301 East Ocean Boulevard Suite 1550<br>Long Beach, CA 90802<br>562-432-1656 | Solomon B. Cera<br>scera@cerallp.com<br>Pamela Ann Markert<br>pmarkert@cerallp.com<br>**CERA LLP**<br>595 Market Street, Suite 1350<br>San Francisco, CA 94105-2835<br>415-777-2230 |
| Stuart Neil Chelin<br>stuart@chelinlaw.com<br>**CHELIN LAW FIRM**<br>1801 Century Park East Suite 2500<br>Los Angeles, CA 90076<br>310-776-6500 | Michael James McMullen<br>Michael@floridajusticefirm.com<br>**COHEN & MCMULLEN, P.A.**<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316<br>(954) 523-7774 |
| Anuj Kapur<br>anuj@dmillerlaw.com<br>Andy Rubenstein<br>andy@dmillerlaw.com<br>**D. MILLER & ASSOCIATES, PLLC**<br>2610 W. Sam Houston Parkway Suite<br>200 Houston, Texas 77042<br>713-850-8600 | Dario Diaz<br>dariofed@dariodiazlaw.com<br>**DARIO DIAZ LAW**<br>1101 N Armenia Ave<br>Tampa, Florida 33607<br>813-259-1017 |
| Nathaniel N. Peckham<br>nathaniel@dereksmithlaw.com<br>**DEREK SMITH LAW GROUP PLLC**<br>US Bank Tower<br>633 West 5th Street, Suite 3250<br>Los Angeles, CA 90071<br>310-602-6050 | Caroline Hope Miller<br>caroline@dereksmithlaw.com<br>**DEREK SMITH LAW GROUP PLLC**<br>1835 Market Street<br>Suite 2950<br>Philadelphia, PA 19103<br>215-391-4790 |
| Alexander Gabriel Cabeceiras<br>alexc@dereksmithlaw.com<br>Ishan Dave<br>Ishan@dereksmithlaw.com<br>Abraham Z. Melamed<br>abe@dereksmithlaw.com<br>**DEREK SMITH LAW GROUP PLLC**.<br>1 Penn Plaza, Suite 49th Floor<br>New York, NY 10011<br>212-587-0670 | David A. Domina<br>ddomina@dominalaw.com<br>dad@dominalaw.com<br>**DOMINA LAW GROUP**<br>2425 South 144th Street<br>Omaha, NE 68144<br>402-858-9212 |

| | |
|---|---|
| Marc H. Edelson<br>medelson@edelson-law.com<br>Eric Lechtzin<br>elechtzin@edelson-law.com<br>Eviealle Dawkins<br>edawkins@edelson.com<br>cdore@edelson.com<br>**EDELSON LECHTZIN LLP**<br>3 Terry Drive, Ste 205<br>Newtown, PA 18940<br>844-696-7492 | Eve-Lynn Rapp<br>erapp@edelson.com<br>**EDELSON PC**<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>312-589-6370 |
| Lily Hough<br>lhough@edelson.com<br>**EDELSON PC**<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>415-212-9300 | Stuart J. Guber<br>stuart@ewlawllc.com<br>**EVANGELISTA WORLEY, LLC**<br>500 Sugar Mill Road, Bldg. A, Suite 245<br>Atlanta, GA 30350<br>404-963-8481 |
| William Rey Ogden<br>bill@fbtrial.com<br>**FARRAR BALL LLP**<br>1117 Herkimer Street<br>Houston, TX 77008<br>713-221-8300 | Joshua H. Grabar<br>jgrabar@grabarlaw.com<br>**GRABAR LAW OFFICE**<br>One Liberty Place<br>1650 Market Street Suite 3600<br>Philadelphia, PA 19103<br>267-507-6085 |
| Jason Alec Zimmerman<br>jason.zimmerman@gray-robinson.com<br>Savannah Clifton<br>Savannah.Clifton@gray-robinson.com<br>**GRAYROBINSON, P.A.**<br>301 East Pine Street<br>Orlando, FL 32803<br>407-843-8880 | Robert S. Green<br>rsg@classcounsel.com<br>Evan Sumer<br>ems@classcounsel.com<br>**GREEN & NOBLIN, P.C.**<br>2200 Larkspur Landing Cir., #101<br>Larkspur, CA 94939<br>415-477-6700 |

| | |
|---|---|
| Adrian Gucovschi<br>adrian@gucovschi-law.com<br>**GUCOVSCHI LAW PLLC**<br>630 Fifth Avenue, Suite 2000<br>New York City, NY 10111<br>212-884-4230 | Daniel Gustafson<br>dgustafson@gustafsongluek.com<br>David Goodwin<br>dgoodwin@gustafsongluek.com<br>Daniel Hedlund<br>dhedlund@gustafsongluek.com<br>Kaitlyn Denis<br>kdennis@gustafsongluek.com<br>**GUSTAFSON GLUEK PLLC**<br>120 S. 6th St.,<br>Minneapolis, MN, 55402<br>612-333-8844 |
| Frank Schirripa<br>FSchirripa@hrsclaw.com<br>Eugene Zaydfudim<br>ezaydfudim@hrsclaw.com<br>Kathryn Hettler<br>khettler@hrsclaw.com<br>Daniel Rehns<br>drehns@hrsclaw.com<br>**HACH ROSE SCHIRRIPA & CHEVERIE LLP**<br>112 Madison Ave<br>New York, New York 10016<br>212-213-8311 | Kevin Scott Hannon<br>khannon@hannonlaw.com<br>**HANNON LAW FIRM, LLC**<br>1641 Downing Street<br>Denver, CO 80218<br>303-861-8800 |
| Ibrahim Ahmed<br>i.ahmed@ibrahimalaw.com<br>Fayyaz Ahmed<br>f.hamed@ibrahimalaw.com<br>**IBRAHIM AHMED LAW GROUP, P.C.**<br>4105 US-1 South, Suite 2<br>Monmouth Junction, NJ 08852<br>609-235-7820 | Joseph R. Saveri<br>jsaveri@saverilawfirm.com<br>Steven Noel Williams<br>swilliams@saverilawfirm.com<br>Christopher Kar-Lun Young<br>cyoung@saverilawfirm.com<br>Anupama Reddy<br>areddy@saverilawfirm.com<br>**JOSEPH SAVERI LAW FIRM, INC.**<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>415-500-6800 |

| | |
|---|---|
| Chad A. Justice<br>chad@getjusticeforjustice.com<br>**JUSTICE FOR JUSTICE**<br>1205 N. Franklin St. Suite 326<br>Tampa, FL 33602<br>813-544-7616 | Ryan McDevitt<br>rmcdevitt@kellerrohrback.com<br>Gretchen Freeman Cappio<br>gcappio@kellerrohrback.com<br>Maxwell Goins<br>mgoins@kellerrohrback.com<br>Jeffrey Lewis<br>jlewis@kellerrohrback.com<br>Rachel Morowitz<br>rmorowitz@kellerrohrback.com<br>**KELLER ROHRBACK LAW OFFICES LLP**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>206-623-1900 |
| Paul R. Kiesel<br>kiesel@kiesel.law<br>Jeffrey A. Koncius<br>koncius@kiesel.law<br>Cherisse Heidi Alcantara Cleofe<br>cleofe@kiesel.law<br>Jessica Mendez<br>jmendez@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>(310) 854-4444 | Jeffrey A. Klafter<br>jak@klafterlesser.com<br>Amir Alimehri<br>amir.alimehri@klafterlesser.com<br>**KLAFTER LESSER, LLP**<br>Two International Drive Suite 350<br>Rye Brook, NY 10573<br>914-934-9200 |
| Jeffrey E. Kwatinetz<br>jek@prospectpk.com<br>15821 Ventura Blvd. Suite 370<br>Encino, CA 91436-2909 | Jonathan D. Lubin<br>jonathan@lubinlegal.com<br>**LAW OFFICE OF JONATHAN LUBIN**<br>8800 Bronx Ave Suite 100H<br>Skokie, IL 60077<br>773-945-2608 |
| Joshua Bradford Kons<br>joshuakons@konslaw.com<br>**LAW OFFICES OF JOSHUA B. KONS, LLC**<br>939 West North Avenue, Suite 750<br>Chicago, IL 60642<br>312-757-2272 | R. Tamara de Silva<br>rtamaradesilva@gmail.com<br>**LAW OFFICES OF<br>R. TAMARA DE SILVA, LLC**<br>980 N Michigan Avenue Suite 1400<br>Chicago, IL 60611<br>866-566-1849 |

| | |
|---|---|
| Robert K. Shelquist<br>rkshelquist@locklaw.com<br>Karen Hanson Riebel<br>khriebel@locklaw.com<br>Rebecca A. Peterson<br>rapeterson@locklaw.com<br>Stephen M. Owen<br>smowen@locklaw.com<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue S., Suite 2200<br>Minneapolis, MN 55401-2159<br>612-339-6900 | Alexander N. Loftus<br>alex@loftusandeisenberg.com<br>David Eisenberg<br>david@loftusandeisenberg.com<br>**LOFTUS & EISENBERG, LTD.**<br>161 N. Clark St. 16th Floor<br>Chicago, IL 60601<br>312-899-6625 |
| Charles Marshall<br>cdm@marshall-law-firm.com<br>**MARSHALL LAW FIRM**<br>2121 Northern California Blvd.,<br>Suite 290<br>Walnut Creek, California 94596 | Matthew Powell<br>matt@mattlaw.com<br>**MATTLAW**<br>304 S Plant Ave,<br>Tampa FL, 33606<br>813-222-2222 |
| Evan Selik<br>eselik@mccathernlaw.com<br>Christine C. Zaouk<br>czaouk@mccathernlaw.com<br>**MCCATHERN, SHOKOUHI, EVANS, GRINKE**<br>523 W Sixth Street Suite 830<br>Los Angeles, CA 90014<br>213-225-6150 | Gabriel Amin Assaad<br>gassaad@mcdonaldworley.com<br>Matthew Yezierski<br>matt@mcdonaldworley.com<br>McDonald Worley<br>don@mcdonaldworley.com<br>**MCDONALD WORLEY, P.C.**<br>1770 St. James Place, Suite 100<br>Houston, TX 77056<br>713-523-5500 |
| Michael C. McKay<br>mckay@mckay.law<br>mmckay@mckaylaw.us<br>**MCKAY LAW LLC**<br>5635 North Scottsdale Road, Suite 170<br>Scottsdale, AZ 85250<br>480-681-7000 | Selin Demir<br>sdemir@classlawdc.com<br>**MIGLIACCIO & RATHOD LLP**<br>639 N Broadway, Apt. 513<br>Los Angeles, CA 90012<br>301-412-0299 |

| | |
|---|---|
| Nicholas A. Migliaccio<br>nmigliaccio@classlawdc.com<br>Jason S. Rathod<br>jrathod@classlawdc.com<br>**MIGLIACCIO & RATHOD, LLP**<br>412 H. Street, N.E., Suite 302<br>Washington, DC 20002<br>202-470-3520 | Nicholas R. Farnolo<br>nfarnolo@napolilaw.com<br>**NAPOLI SHKOLNIK PLLC**<br>400 Broadhollow Road Melville, NY 11747<br>(212) 397-1000 Office |
| Maurice David Pessah<br>maurice@pessahgroup.com<br>Michael Joseph Morris-Nussbaum<br>mmnussbaum@pessahgroup.com<br>Summer Elizabeth Benson<br>sbenson@pessahgroup.com<br>Jason Sunshine<br>jsunshine@pessahgroup.com<br>Nick Melvin<br>nmelvin@pessahgroup.com<br>**PESSAH LAW GROUP PC**<br>661 North Harper Avenue Suite 208<br>West Hollywood, CA 90048<br>310-772-2261 | Dennis C. Reich<br>dreich@reichandbinstock.com<br>Shreedhar R. Patel<br>spatel@reichandbinstock.com<br>Robert Binstock<br>bbinstock@reichandbinstock.com<br>**REICH & BINSTOCK LLP**<br>4265 San Felipe, Ste. 1000<br>Houston, TX 77027<br>713-622-7271 |
| Richard C. Dalton<br>rick@rickdaltonlaw.com<br>**RICHARD C. DALTON, LLC**<br>1343 West Causeway Approach<br>Mandeville, LA 70471<br>985-778-2215 | Parker J. Lavin<br>plavin@robertstate.com<br>Lena Mirilovic<br>lmirilovic@robertstate.com<br>**ROBERTS TATE, LLC**<br>2487 Demere Road, Suite 400<br>St. Simons Island, GA 31522<br>Tel: 912.638.5200<br>Fax: 912.638.5300 |

| | |
|---|---|
| Joseph G. Sauder<br>jgs@sstriallawyers.com<br>Joseph B. Kenney<br>jbk@sstriallawyers.com<br>Sonjay Singh<br>scs@sstriallawyers.com<br>**SAUDER SCHELKOPF –**<br>**ATTORNEYS AT LAW**<br>1109 Lancaster Avenue<br>Berwyn, Pennsylvania 19312<br>888-711-9975 | Scott Hirsch<br>scott@scotthirschlawgroup.com<br>**SCOTT HIRSCH LAW GROUP**<br>6810 N. State Road 7<br>Coconut Creek, FL 33073<br>561-569-7062 |
| Michael S. Taaffe<br>mtaaffe@shumaker.com<br>Brandon M. Taaffe<br>btaaffe@shumaker.com<br>Jeremy Halpern<br>jhalpern@shumaker.com<br>Michael Bressan<br>mbressan@shumaker.com<br>**SHUMAKER, LOOP & KENDRICK**<br>240 S Pineapple Avenue<br>PO Box 49948<br>Sarasota, FL 34230-6948<br>941-364-2720 | Elizabeth Ann Brehm<br>ebrehm@sirillp.com<br>Rachel Meese<br>rmeese@sirillp.com<br>Aaron Siri<br>aaron@sirillp.com<br>Mason Barney<br>mbarney@sirillp.com<br>**SIRI & GLIMSTAD LLP**<br>200 Park Avenue, 17th Floor<br>New York, NY 10166<br>212-532-1091 |
| Stephan E. Seeger<br>sseeger@lawfirmsjc.com<br>**STEPHAN E. SEEGER - ATTORNEY AT**<br>**LAW**<br>810 Bedford Street, Suite #3<br>Stamford, CT  06901<br>203-325-4338 | Laurence Rosen<br>lrosen@rosenlegal.com<br>Phillip Kim<br>pkim@rosenlegal.com<br>Erica Stone<br>estone@rosenlegal.com<br>**THE ROSEN LAW FIRM P.A.**<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>212-686-1060 |

| | |
|---|---|
| Tom Thrash<br>tomthrash@sbcglobal.net<br>William Crowder<br>willcrowder@thrashlawfirmpa.com<br>**THRASH LAW FIRM, P.A.**<br>1101 Garland St.<br>Little Rock, AR 72201<br>501-374-1058 | Michael Fuller<br>michael@underdoglawyer.com<br>**UNDERDOG LAW OFFICE**<br>US Bancorp Tower<br>111 SW 5th Ave., Suite 3150<br>Portland, Oregon 97204<br>503-222-2000 |
| Janet Robards Varnell<br>jvarnell@vandwlaw.com<br>Brian William Warwick<br>bwarwick@vandwlaw.com<br>Erica Willis<br>ewillis@varnellandwarwick.com<br>Matthew Peterson<br>mpeterson@varnellandwarwick.com<br>**VARNELL AND WARWICK, P.A.**<br>P. O. Box 1870<br>Lady Lake, FL 32158<br>352-753-8600 | Ronald Peter Weil<br>rweil@weillawfirm.net<br>Marguerite Clare Racher Snyder<br>msnyder@weillawfirm.net<br>Luke Jacobs<br>luke@weillawfirm.net<br>**WEIL SNYDER & RAVINDRAN, PA**<br>200 South Biscayne Boulevard<br>Suite 900<br>Miami, FL 33131<br>305-372-5352 |
| Brandon J Hill<br>bhill@wfclaw.com<br>Luis A. Cabassa<br>lcabassa@wfclaw.com<br>**WENZEL FENTON CABASSA, P.A.**<br>1110 North Florida Avenue, Suite 300<br>Tampa, FL 33602<br>813-337-7992 | |
| ***Plaintiffs' Counsel*** ||

| | |
|---|---|
| Antony L. Ryan<br>aryan@cravath.com<br>Kevin J. Orsini<br>korsini@cravath.com<br>Brittany L. Sukiennik<br>bsukiennik@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Counsel for Defendants Robinhood*<br>*Financial LLC, Robinhood Securities, LLC,*<br>*and Robinhood Markets, Inc.* | Marc De Leeuw<br>deleeuwm@sullcrom.com<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>Adam S. Paris<br>parisa@sullcrom.com<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br><br>*Counsel for Defendant Ally Financial, Inc.* |

| | |
|---|---|
| Justina K. Sessions<br>jsessions@wsgr.com<br>**WILSON SONSINI GOODRICH & ROSATI**<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2197<br>Facsimile: (415) 947-2099<br><br>Kenneth R. O'Rourke<br>korourke@wsgr.com<br>Brendan J. Coffman<br>bcoffman@wsgr.com<br>**WILSON SONSINI GOODRICH & ROSATI**<br>1700 K Street NW, 5th Floor<br>Washington, DC 20006<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br><br>*Counsel for Defendant Open to the Public Investing, Inc.* | Christopher D. Kercher<br>christopherkercher@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor,<br>New York, New York, 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Marina E. Lev<br>marinalev@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Adam L. Hoeflich<br>adam.hoeflich@bartlitbeck.com<br>Dawson Robinson<br>dawson.robinson@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>54 W. Hubbard St., Ste. 300<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br>Facsimile: (312) 494-4440<br><br>*Counsel for Defendants Citadel Enterprise Americas, LLC and Citadel Securities LLC* |

| | |
|---|---|
| Daniel J. Kramer<br>DKramer@paulweiss.com<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br><br>*Counsel for Defendant Point72 Asset Management, L.P.* | Harry A. Olivar, Jr.<br>harryolivar@quinnemanuel.com<br>Korinna S. Anderson<br>korinnaanderson@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Linda J. Brewer<br>lindabrewer@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Counsel for Defendant Sequoia Capital Operations LLC* |
| Jason J. Mendro<br>jmendro@gibsondunn.com<br>Russell B. Balikian<br>rbalikian@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Ave., NW<br>Washington, DC 20036<br>Telephone: (202) 887-3726<br><br>*Counsel for Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; and The Charles Schwab Corporation* | Steven Bizar<br>steven.bizar@dechert.com<br>**DECHERT LLP**<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Telephone: (215) 994 4000<br>Facsimile: (215) 994 2222<br><br>Shari Ross Lahlou<br>shari.lahlou@dechert.com<br>**DECHERT LLP**<br>1900 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 261-3300<br>Facsimile: (202) 261-3333<br><br>*Counsel for Defendant Interactive Brokers LLC* |

| | |
|---|---|
| Robin Nunn<br>robin.nunn@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-3001<br><br>*Counsel for Defendant Stash Financial, Inc.* | Thomas E. Redburn, Jr.<br>tredburn@lowenstein.com<br>Maya Ginsburg<br>mginsburg@lowenstein.com<br>**LOWENSTEIN SANDLER LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Facsimile: (973) 597-2457<br><br>Zarema Arutyunova Jaramillo<br>zjaramillo@lowenstein.com<br>**LOWENSTEIN SANDLER LLP**<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 753-3800<br>Facsimile: (202) 753-3838<br><br>*Counsel for Defendants Melvin Capital*<br>*Management LP and Candlestick Capital*<br>*Management L.P.* |

| | |
|---|---|
| Peter W. Homer (Florida Bar No. 291250)<br>phomer@homerbonner.com<br>**HOMER BONNER JACOBS ORTIZ, P.A.**<br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 350-5139<br>Facsimile: (305) 372-2738<br><br>Brian S. Weinstein<br>brian.weinstein@davispolk.com<br>Gina Cora<br>gina.cora@davispolk.com<br>Janet Jones-Duffey<br>janet.jones-duffey@davispolk.com<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5972<br><br>*Counsel for Defendants Morgan Stanley*<br>*Smith Barney LLC, E\*TRADE Financial*<br>*Corporation, E\*TRADE Securities LLC and*<br>*E\*TRADE Financial Holdings, LLC* | Brett De Jarnette<br>bdejarnette@cooley.com<br>Patrick Gibbs<br>pgibbs@cooley.com<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>*Counsel for Defendant M1 Finance, LLC* |

Thomas G. Haskins, Jr.
thaskins@btlaw.com
Allison Gerard
allison.gerard@btlaw.com
**BARNES & THORNBURG LLP**
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Telephone: (214) 258-4200
Facsimile: (214) 258-4199

Kevin Rising
krising@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park E, Suite 300
Los Angeles, CA 90067-2904
Telephone: (310) 284-3888
Facsimile: (310) 284-3894

Paul Olszowka
paul.olszowka@btlaw.com
**BARNES & THORNBURG LLP**
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 214-5612
Facsimile: (312) 759-5646

*Counsel for Defendants Dough, LLC and
tastyworks, Inc.*

Jack E. Pace III
jpace@whitecase.com
Bryan D. Gant
bgant@whitecase.com
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

J. Mark Gidley
mgidley@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC  20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Angela Daker
adaker@whitecase.com
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131-2352
Telephone: (305) 995-5297
Facsimile: (305) 358-5744

*Counsel for Defendant Apex Clearing Corp.*

Alfred C. Pfeiffer, Jr.
al.pfeiffer@lw.com
Belinda S Lee
belinda.lee@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendants Square, Inc. and
Cash App Investing LLC*

Richard D. Owens
richard.owens@lw.com
Lawrence E. Buterman
lawrence.buterman@lw.com
Lilia B. Vazova
lilia.vazova@lw.com
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Counsel for Defendant Barclays Bank PLC*

| | |
|---|---|
| Leiv H. Blad, Jr.<br>lblad@lowenstein.com<br>Allison M. Vissichelli<br>avissichelli@lowenstein.com<br>**LOWENSTEIN SANDLER LLP**<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 753-3800<br>Facsimile: (202) 753-3838<br><br>H. Gregory Baker<br>hbaker@lowenstein.com<br>**LOWENSTEIN SANDLER LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Facsimile: (973) 597-2457<br><br>*Counsel for Defendants Alpaca Securities LLC, eToro USA Securities Inc., WeBull Financial LLC and Fumi Holdings, Inc.* | Gregory M. Boyle<br>gboyle@jenner.com<br>**JENNER & BLOCK, LLP**<br>353 North Clark Street<br>Chicago, Illinois 60654-3456<br>Telephone: (312) 923-2651<br><br>*Counsel for Defendants The Depository Trust & Clearing Corporation; The Depository Trust Company* |
| **Defendants' Counsel** ||

17

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2021, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By: s/ *Rachel Wagner Furst*　　　
　　　Rachel Furst