**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to All Actions

**JOINT PROPOSED AGENDA**

    I.    GROUPING OF RELATED CASES AND ISSUES

    II.    ORGANIZATION OF COUNSEL

    III.    AMENDMENT OF PLEADINGS / CONSOLIDATED COMPLAINTS

    IV.    BRIEFING SCHEDULE FOR ANY RESPONSES TO THE CONSOLIDATED AMENDED COMPLAINTS

    V.    DISCOVERY PLAN

    VI.    MODES OF TRIAL

    VII.    OTHER PRELIMINARY CASE-SPECIFIC MOTION PRACTICE

        A.  Stays of Litigation for Actions Subject to Arbitration

        B.  Pending and Anticipated Motions to Remand

        C.  Pending Report and Recommendation in *Siruk v. Robinhood Financial LLC, et al.*