FILED BY _____ D.C.

APR 15 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

### CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Lilia B. Vazova__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __New York__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Lilia B. Vazova
State Bar Number: 4829206
Firm Name: Latham & Watkins LLP
Mailing Address: 885 Third Avenue, New York, NY 10022
Telephone Number: (212) 906-1200
Email Address: lilia.vazova@lw.com

Attorney Signature: _____  Date: 4/13/2021



```
ORIGIN ID:PAOA   (650) 328-4600        SHIP DATE: 14APR21
DONNY KONG                             ACTWGT: 0.50 LB
LATHAM & WATKINS LLP                   CAD: 250111063/WSXI3400
140 SCOTT DRIVE

MENLO PARK, CA 94025                   BILL SENDER
UNITED STATES US
TO  ATTN: MDL CLERK
    WILKIE D. FERGUSON, JR.
    U.S. COURTHOUSE
    400 NORTH MIAMI AVENUE
    MIAMI FL 33128
    (305) 523-5100        REF: 039259.0733 59123
```

THU - 15 APR 4:30P
STANDARD OVERNIGHT

TRK# 7859 7736 1872

XH MPBA        33128
               FL-US  MIA

4/14/2021

◄ Insert shipping document here.