SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

FILED BY _____ D.C.
APR 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Lawrence E. Buterman__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __New York__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Lawrence E. Buterman |
| State Bar Number | 3996154 |
| Firm Name | Latham & Watkins LLP |
| Mailing Address | 885 Third Avenue, New York, NY 10022 |
| Telephone Number | (212) 906-1200 |
| Email Address | lawrence.buterman@lw.com |

Attorney Signature: _L But_                        Date: 4/14/21



FedEx Express

ORIGIN ID:PAOA   (650) 328-4600
DONNY KONG
LATHAM & WATKINS LLP
140 SCOTT DRIVE

MENLO PARK, CA 94025
UNITED STATES US

SHIP DATE: 14APR21
ACTWGT: 0.50 LB
CAD: 250111063/WSXI3400

BILL SENDER

TO  ATTN: MDL CLERK
    WILKIE D. FERGUSON, JR.
    U.S. COURTHOUSE
    400 NORTH MIAMI AVENUE
    MIAMI FL 33128
(305) 523-5100   REF: 039259.0733 59123

THU - 15 APR 4:30P
STANDARD OVERNIGHT

TRK# 7859 7736 1872

XH MPBA         33128
                FL-US  MIA

