**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

**NOTICE OF STRIKING DOCKET ENTRIES 134 AND 135**

Defendants Morgan Stanley Smith Barney LLC ("Morgan Stanley"), and E*TRADE Financial Holdings, LLC, E*TRADE Securities LLC, and E*TRADE Financial Corporation (collectively "E*TRADE") in the above-styled case only, hereby give notice of striking Docket Entries 134 and 135, which were filed in error.  E*TRADE intended to file Certificates of Understanding for Brian S. Weinstein and Janet Jones-Duffey but inadvertently filed Certifications no longer intended for use in this matter.  The Certificates of Understanding for Brian S. Weinstein and Janet Jones-Duffey will be separately re-filed with the correct event and title as per the Clerk's Notice to Filer, [Docket Entry 146].

Date: April 15, 2021                              Respectfully submitted,

/s/ Peter W. Homer

Peter W. Homer
Florida Bar No.: 291250
Email: phomer@homerbonner.com
**Homer Bonner Jacobs Ortiz, P.A.**
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5139
Facsimile: (305) 372-2738

*Attorneys for Morgan Stanley Smith Barney LLC; E*TRADE Financial Holdings, LLC; E*TRADE Securities LLC; E*TRADE Financial Corporation*