UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Russell B. Balikian of Gibson, Dunn & Crutcher LLP hereby gives notice of appearance as counsel for Defendants Charles Schwab & Co., Inc., TD Ameritrade, Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corporation, and The Charles Schwab Corporation ("Schwab/TDA Defendants") in the above-captioned matter.  All parties are requested to forward copies of all pleadings, motions, orders, and other correspondence to the undersigned.[1]

---

[1] The Schwab/TDA Defendants have not yet responded to any Complaint in this matter.  In filing this Notice, the Schwab/TDA Defendants do not waive, and instead expressly reserve, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon lack of personal jurisdiction.

Dated: April 15, 2021

Respectfully submitted,

/s/ Russell B. Balikian
Russell B. Balikian
G‌IBSON, D‌UNN & C‌RUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Phone: (202) 955-8535
Fax: (202) 530-9542
rbalikian@gibsondunn.com

*Counsel for Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; and The Charles Schwab Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2021, I electronically filed a copy of the foregoing through the Court's CM/ECF system, which will send notifications of the filing to all counsel of record.

/s/ Russell B. Balikian
Russell B. Balikian