# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to:

JULIE FOX and PREENON HUQ,
Individually and on behalf of all others
similarly situated,

      Plaintiffs,

                                  Case No.: 0:21-cv-00689-SRN-DTS
v.                               Transfer Case No.: 1:21-cv-21478

ALLY FINANCIAL, INC., *et al*.,

      Defendants.

_____/

## NOTICE OF APPEARANCE OF SCOTT D. HIRSCH

Please take notice that Scott D. Hirsch from the law firm of Scott Hirsch Law Group, PLLC, hereby enters his appearance as co-counsel in the above-captioned matter on behalf of Plaintiffs Julie Fox and Preenon Huq, both individually and on behalf of all others similarly situated, and requests that copies of all motions, notices, pleadings, orders, and other correspondence be forwarded to the undersigned counsel.

      Dated April 16, 2021.

                               Respectfully Submitted,

                               */s/Scott D. Hirsch*
                               Scott D. Hirsch

Florida Bar No. 50833
SCOTT HIRSCH LAW GROUP, PLLC
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-7062
Email: scott@scotthirschlawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April

16, 2021 with the Clerk of Court using CM/ECF which caused a copy to be served on all counsel of record.


*/s/ Scott D. Hirsch*
Scott D. Hirsch
*Co-Counsel for Plaintiffs*