UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to All Actions

## NOTICE OF APPEARANCE

María Castellanos Alvarado of the law firm Hunton Andrews Kurth LLP hereby serves notice of her appearance as counsel for defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. in the above-styled action. All parties are requested to take notice of said appearance and serve copies upon the undersigned of any and all pleadings, motions, notices, filings, memoranda, or other documents and papers of any kind or nature in these proceedings, whether filed by the Court or any other party in interest.

Dated: April 16, 2021.

Respectfully submitted,

/s/ María Castellanos Alvarado
María Castellanos Alvarado (FBN 116545)
HUNTON ANDREWS KURTH LLP
Wells Fargo Center
333 SE 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
E-mail: mcastellanos@HuntonAK.com

Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
CRAVATH, SWAINE & MOORE LLP
825 8th Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000
Fax: (212) 474-3700
E-mail: aryan@cravath.com
       korsini@cravath.com
       bsukiennik@cravath.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's ECF System.

/s/ María Castellanos Alvarado
María Castellanos Alvarado (FBN 116545)