UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **Jennifer A. McLoone, Esq.** of the law firm Shook, Hardy & Bacon L.L.P., hereby enters her appearance as counsel of record on behalf of Defendant, Ally Financial, Inc.

Dated: April 16, 2021.

Respectfully submitted,

By: */s/ Jennifer A. McLoone*
Jennifer A. McLoone (Fla. Bar No. 0029234)
E-mail: jmcloone@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Citigroup Center Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-358-5171

-and-

Adam S. Paris
E-mail: parisa@sullcrom.com
**SULLIVAN & CROMWELL, LLP**
1888 Century Park East Suite 2100
Los Angeles, California 90067
Telephone: 310-712-6600

1
Shook, Hardy & Bacon L.L.P.
Citigroup Center, Suite 3200 | 201 S. Biscayne Blvd. | Miami, Florida 33131-4332 | **t** 305.358.5171

4839-8389-5526 v1

Case No: 21-2989-MDL-ALTONAGA/Torres

Kyle Allen Niemi
E-mail: niemik@sullcrom.com
**SULLIVAN & CROMWELL, LLP**
1870 Embarcadero Road
Palo Alto, California 94303
Telephone 650-461-5600

Marc DeLeeuw
E-mail: deleeuwm@sullcromcom
**SULLIVAN & CROMWELL, LLP**
125 Broad street
New York, NY 10004
Telephone: 212-558-4219

*Counsel for Ally Financial, Inc.*

2
Shook, Hardy & Bacon L.L.P.
Citigroup Center, Suite 3200 | 201 S. Biscayne Blvd. | Miami, Florida 33131-4332 | **t** 305.358.5171

4839-8389-5526 v1