UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

**NOTICE OF APPEARANCES**

PLEASE TAKE NOTICE that Paul T. Llewellyn and Evangeline A.Z. Burbidge of the law firm Lewis & Llewellyn LLP hereby enter their appearances as counsel of record on behalf Defendant FF Trade Republic Growth LLC.

Dated: April 16, 2021

Respectfully submitted,

By: /s/ Paul T. Llewellyn
Paul T. Llewellyn (Calif. Bar No. 216887)
Email: pllewellyn@lewisllewellyn.com
**LEWIS & LLEWELLYN LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 800-0590
Fax: (415) 390-2127

-and-

By: /s/ Evangeline A.Z. Burbidge
Evangeline A.Z. Burbidge (Calif. Bar No. 266966)
Email: eburbidge@lewisllewellyn.com
**LEWIS & LLEWELLYN LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 800-0590
Fax: (415) 390-2127

*Counsel for Defendant FF Trade Republic Growth LLC*