# SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-2989-MDL-ALTONAGA/Torres



FILED BY _____ D.C.
APR 16 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____ /

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Marc H. Edelson, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Pennsylvania.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name  Marc H. Edelson
State Bar Number  PA 51834
Firm Name  Edelson Lechtzin LLP
Mailing Address  3 Terry Drive, Suite 205, Newtown, PA 18940
Telephone Number (215) 867-2399
Email Address  medelson@edelson-law.com

Attorney Signature: _/s/ Marc H. Edelson_          Date: April 15, 2021

# EDELSON LECHTZIN LLP

ATTORNEYS AT LAW
3 TERRY DRIVE, SUITE 205
NEWTOWN, PENNSYLVANIA 18940

215-867-2399
FAX 267-685-0676
WWW.EDELSON-LAW.COM

**MARC H. EDELSON**[*]
medelson@edelson-law.com

**ERIC LECHTZIN**[***]
elechtzin@edelson-law.com

**LIBERATO VERDERAME**[**]
lverderame@edelson-law.com

**SATI GIBSON**[****]
sgibson@edelson-law.com

[*]MEMBER PA & NY BARS
[**]MEMBER PA & NJ BARS
[***]MEMBER PA, NJ & CA BARS
[****]MEMBER PA BAR

April 15, 2021

United States District Court
Southern District of Florida
Attn: MDL Clerk
400 North Miami Avenue
Miami, FL 33128

Re: *In re: January 2021 Short Squeeze Trading Litigation,*
Case No. 21-2989-MDL-ALTONAGA/Torres

Dear Sir or Madam:

We are one of the attorneys representing Plaintiffs Sabrina Clapp and Denise Redfield in the above referenced matter.

Pursuant to Judge Altonga's directive, set forth in Pretrial Order #1 dated April 7, 2021, enclosed please find my completed Certificate of Understanding for filing.

We thank the Court for your kind courtesy and consideration. Stay safe.

~~Very truly~~ yours,

Marc H. Edelson, Esq.

