**SCHEDULE B**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**



FILED BY _____ D.C.

APR 16 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Kenneth R. O'Rourke, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of the District of Columbia and the State Bar of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Kenneth R. O'Rourke
DC Bar Number: 1613849
CA State Bar Number: 120144
Firm Name: Wilson Sonsini Goodrich & Rosati
Mailing Address: 1700 K Street, NW, Fifth Floor, Washington, DC 20006
Telephone Number: 202.973.8800
Email Address: korourke@wsgr.com

Attorney Signature: _____   Date: 4/15/21

**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation
1700 K Street NW
Fifth Floor
Washington, D.C. 20006-3817

O: 202.973.8800
F: 202.973.8899

KENNETH R. O'ROURKE
Internet:   KOROURKE@wsgr.com
Direct dial: 202.973.8889; 202.880.4511

April 15, 2021

Attn: MDL Clerk
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

    Re:    ***In re: January 2021 Short Squeeze Trading Litigation***
            Case No: 21-2989-MDL-ALTONAGA/Torres

Dear Sir or Madam:

    I am one of the attorneys representing Defendant Open to the Public Investing, Inc. in the above-reference matter. Pursuant to Judge Altonaga's Pretrial Order #1, dated April 7, 2021, enclosed please find my signed Certificate of Understanding to be filed on the docket.

    Please let me know if further information would be helpful.

                                    Sincerely,

                                    Kenneth R. O'Rourke
                                    **Wilson Sonsini Goodrich & Rosati**
                                    1700 K Street NW, 5th Floor
                                    Washington, DC 20006
                                    Telephone:  (202) 973-8889
                                    Mobile:       (202) 880-4511
                                    Facsimile:   (202) 973-8899
                                    Email: korourke@wsgr.com

                                    *Counsel for Defendant Open to the Public*
                                    *Investing, Inc.*



100% Recycled fiber
80% Post-Consumer

Visit **theupsstore.com** or call **1-800-PICK-UPS®** (1-800-742-5877) to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Env
containing sensiti
or cash equivalen

KEN O ROURKE
(808) 430-2400
THE UPS STORE #0045
ASHBY BLDG
1350 BEVERLY RD
MCLEAN VA 22101-3961

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 15 APR 2021

SHIP TO: MDL CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 N MIAMI AVE

MIAMI FL 33128-1801

FL 330 9-25

UPS NEXT DAY AIR 1

TRACKING #: 1Z 230 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 4466

BILLING: P/P

REF #1: 04152021 C.O.

ISH 13.00F ZZP 450 42.5V 01/2021

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited. RRD R 0121

**Apply shipping documents on**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to le
about our Print & Business

Serving you for more than 100 years
United Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195101 4/14 United Parc


