UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

NOTICE OF STRIKING DOCKET ENTRY 136

Defendants Morgan Stanley Smith Barney LLC ("Morgan Stanley"), and E*TRADE Financial Holdings, LLC, E*TRADE Securities LLC, and E*TRADE Financial Corporation (collectively "E*TRADE") in the above-styled case only, hereby give notice of striking Docket Entry 136, which was filed in error.  E*TRADE intended to file a Certificate of Understanding for Gina Cora but filed with an electronic signature. The Certificate of Understanding for Gina Cora was re-filed, on April 16, 2021 [Docket Entry 183], with the correct handwritten signature as per the Clerk's Notice to Filer, [Docket Entry 136].

Date: April 16, 2021

Respectfully submitted,

*/s/ Peter W. Homer*

Peter W. Homer
Florida Bar No.: 291250
Email: phomer@homerbonner.com
**Homer Bonner Jacobs Ortiz, P.A.**
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5139
Facsimile: (305) 372-2738

*Attorneys for Morgan Stanley Smith Barney
LLC; E\*TRADE Financial Holdings, LLC;
E\*TRADE Securities LLC; E\*TRADE
Financial Corporation*