UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to: 1:21-cv-21266-CMA

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Consol Plaintiffs Taylor Perri, Ryan Heitz, and Kevin Sheehan (collectively "Plaintiffs"), on behalf of themselves and those similarly situated, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants ROBINHOOD MARKETS, INC., ROBINHOOD FINANCIAL LLC, and ROBINHOOD SECURITIES, LLC (collectively "Defendants"). Plaintiffs have not previously dismissed any state or federal court action based on or including the same claims against the Defendants. Defendants have not filed an answer or motion for summary judgment.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2021, a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system which will send such notification to all ECF attorneys of record.

Respectfully submitted,

SHUMAKER, LOOP & KENDRICK, LLP
By: _s/ Michael S. Taaffe_
Michael S. Taaffe (Fla. Bar # 490318)
mtaaffe@shumaker.com
SHUMAKER, LOOP & KENDRICK, LLP
240 S. Pineapple Ave., Suite 1000
Sarasota, FL 34236
Telephone: (941) 366-6660
Facsimile: (941) 366-3999