UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE: JANUARY 2021 SHORT
SQUEEZE TRADING LITIGATION

NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Marc H. Edelson shall appear as counsel of record for Plaintiffs Sabrina Clapp and Denise Redfield in this case.

Dated: April 16, 2021

s/   *Marc H. Edelson*

Marc H. Edelson (PA BAR 51834)
**EDELSON LECHTZIN LLP**
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel: 215-867-2399
Medelson@edelson-law.com

*Attorneys for Plaintiffs' Sabrina Clapp and Denise Redfield*

1