**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

**NOTICE OF STRIKING DOCKET ENTRIES 141 AND 142**

Defendants Morgan Stanley Smith Barney LLC ("Morgan Stanley"), and E*TRADE Financial Holdings, LLC, E*TRADE Securities LLC, and E*TRADE Financial Corporation (collectively "E*TRADE") in the above-styled case only, hereby give notice of striking Docket Entries 141 and 142, which were filed in error.  E*TRADE intended to file Certificates of Understanding for Brian S. Weinstein and Janet Jones-Duffey but filed each with an electronic signature.  The Certificates of Understanding for Brian S. Weinstein, [Docket Entry 180] and Janet Jones-Duffey, [Docket Entry 181] were re-filed on April 16, 2021 with the correct hand written signature as per the Clerk's Notice to Filer, [Docket Entry 188].

Date: April 16, 2021

Respectfully submitted,

*/s/ Peter W. Homer*

Peter W. Homer
Florida Bar No.: 291250
Email: phomer@homerbonner.com
**Homer Bonner Jacobs Ortiz, P.A.**
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5139
Facsimile: (305) 372-2738

*Attorneys for Morgan Stanley Smith Barney LLC; E\*TRADE Financial Holdings, LLC; E\*TRADE Securities LLC; E\*TRADE Financial Corporation*