UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to All Actions

## NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTIONS

Pursuant to Local Rule 3.8, Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. ("Robinhood Defendants") file this Notice of Pending, Refiled, Related, or Similar Actions and state:

1. Local Rule 3.8 provides that there "shall be the continuing duty of the attorneys of record in every action or proceeding to bring promptly to the attention of the Court and opposing counsel the existence of other actions or proceedings as described in Section 2.15.00 of the Court's Internal Operating Procedures, as well as the existence of any similar actions or proceedings then pending before another court." S.D. Fla. L. R. 3.8.

2. Section 2.15.00 of the Court's Internal Operating Procedures provides for transfer of actions that "involve[] subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court" or that might otherwise "entail unnecessary duplication of judicial labor if head by a different Judge." S.D. Fla. Internal Op. P. § 2.15.00.

3. Robinhood Defendants hereby provide notice that this action "involves subject matter which is a material part of the subject matter of another action or proceeding," *see id.*, specifically the action styled *D'Agostino v. Ally Financial Inc., et al.*, No. 21-21458-GAYLES,

which was filed in the U.S. District Court for the Southern District of Florida on April 15, 2021, and is currently pending before the Honorable Darrin Gayles.

Dated: April 18, 2021.  Respectfully submitted,

/s/ María Castellanos Alvarado
Samuel A. Danon (FBN 892671)
Gustavo J. Membiela (FBN 513555)
María Castellanos Alvarado (FBN 116545)
HUNTON ANDREWS KURTH LLP
Wells Fargo Center
333 SE 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
E-mail: sdanon@HuntonAK.com
       gmembiela@HuntonAK.com
       mcastellanos@HuntonAK.com

Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
CRAVATH, SWAINE & MOORE LLP
825 8th Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000
Fax: (212) 474-3700
E-mail: aryan@cravath.com
       korsini@cravath.com
       bsukiennik@cravath.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's ECF System.

/s/ María Castellanos Alvarado
María Castellanos Alvarado (FBN 116545)
