UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to All Actions

## NOTICE OF FILING CASE LIST

To aid discussion and assist the Court during the Initial Conference, scheduled to be held on April 19, 2021 at 10:00 a.m., undersigned counsel hereby submits the attached chart, listing the cases centralized and pending before Court, the parties, and Plaintiffs' counsel.

Dated: April 18, 2021

Respectfully submitted,

s/ *Rachel Wagner Furst*
Rachel Wagner Furst
Fla. Bar No. 45155
rwf@grossmanroth.com
**GROSSMAN ROTH YAFFA COHEN, P.A**.
2525 Ponce de Leon Blvd Ste 1150
Coral Gables, FL 33134-6040
Telephone: (305) 442-8666
Facsimile: (305) 285-1668

*Co-counsel for Plaintiff Sagi Cezana*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2021, I electronically filed the forgoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By: */s/ Rachel Wagner Furst*
         Rachel Wagner Furst