| <th colspan="5">Short Squeeze MDL 2989 Case List</th> |
|---|---|---|---|---|
| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
| Cezana v. Robinhood et al. | 1:21-cv-21315-CMA | Robinhood Markerts, Inc.; Robinhood Financial, LLC; Robinhood Securities, LLC | William M. Audet (SBN 117456) waudet@audetlaw.com "David" Ling Y. Kuang (SBN 296873) lkuang@audetlaw.com Kurt D. Kessler (SBN 327334) kkessler@audetlaw.com AUDET &PARTNERS, LLP 711 Van Ness Avenue, Suite 500 San Francisco, CA 94102-3275 Telephone: (415) 568-2555 Facsimile: (415) 568-2556<br><br>Rachel Wagner Furst Grossman Roth Yaffa Cohen, P.A. 2525 Ponce de Leon Boulevard Suite 1150 Coral Gables, FL 33134 305-442-8666 Email: rwf@grossmanroth.com | State Law |
| Cheng v. Ally Financial et al. | 1:21-cv-21318-CMA | Ally Financial Inc.; Alpaca Securities LLC; Cash App Investing LLC; Square Inc.; Dough LLC; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; WeBull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation | Joseph R. Saveri (State Bar No. 130064) Steven N. Williams (State Bar No. 175489) Christopher K.L. Young (State Bar No. 318371) Anupama K. Reddy (State Bar No. 324873) JOSEPH SAVERI LAW FIRM, INC. 601 California Street, Suite 1000 San Francisco, California 94108 Telephone: (415) 500-6800 Facsimile: (415) 395-9940 Email: jsaveri@saverilawfirm.com swilliams@saverilawfirm.com cyoung@saverilawfirm.com areddy@saverilawfirm.com | Antitrust State Law |
| Krasowski v. Robinhood et al. | 1:21-cv-21313-CMA | Robinhood Markerts, Inc.; Robinhood Financial, LLC; Robinhood Securities, LLC; Citadel Securities LLC; Citadel Enterprise Americas LLC F/K/A Citadel LLC | SOLOMON B. CERA (Bar No. 099467) PAMELA A. MARKERT (Bar No. 203780) CERA LLP 595 Market St. Suite 1350 San Francisco, CA 94105 Telephone: +1 (415) 777-2230 Fax: +1 (415) 777-5189 Email: scera@cerallp.com Email: pmarkert@cerallp.com<br><br>JEFFREY A. KLAFTER AMIR ALIMEHRI KLAFTER OLSEN & LESSER LLP 2 International Drive, Suite 350 Rye Brook, New York Telephone: +1 (914) 934-9200 Fax: +1 (914) 934-9220 Email: jak@klafterolsen.com Email: amir.alimehri@klafterolsen.com | State Law |
| Courtney v. Robinhood Financial LLC et al | 0:21-cv-60220-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Michael James McMullen Cohen & McMullen, P.A. 1132 SE 3rd Avenue Fort Lauderdale, FL 33316 (954) 523-7774 Email: Michael@floridajusticefirm.com | State Law |

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| Fray v. Robinhood Financial LLC et al | 0:21-cv-60226-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Caroline Hope Miller<br>Derek Smith Law Group PLLC<br>1835 Market Street<br>Suite 2950<br>Philadelphia, PA 19103<br>2153914790<br>Fax: 2158935288<br>Email: caroline@dereksmithlaw.com<br><br>Alexander Cabeceiras<br>Derek Smith Law Group, PLLC.<br>One Penn Plaza, Ste. 4905<br>New York, NY 10119<br>(212) 587-0760<br>Email: alexc@dereksmithlaw.com | State Law |
| Juncadella v. Robinhood Financial LLC et al | 1:21-cv-20414-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC; Citadel LLC doing business as Citadel Securities and; Point72 Asset Management, L.P. | Natalia Salas (FLBN 44895)<br>nms@ferrarolaw.com<br>James L. Ferraro (FLBN 381659)<br>jlf@ferrarolaw.com<br>James L. Ferraro Jr (FLBN 107494)<br>jjr@ferrarolaw.com<br>Mathew Daniel Gutierrez<br>mdg@ferrarolaw.com<br>THE FERRARO LAW FIRM, P.A.<br>600 Brickell Avenue, 38th Floor<br>Miami, Florida 33131<br>Telephone: (305) 375-0111<br>Facsimile: (305) 379-6222<br><br>Sean A. Burstyn<br>sean.burstyn@burstynlaw.com<br>BURSTYN LAW FIRM PLLC<br>355 Lexington Avenue, 8th Floor<br>New York, New York 10017<br><br>Jeffrey E. Kwatinetz<br>jek@prospectpk.com<br>15821 Ventura Blvd. Suite 370<br>Encino, CA 91436-2909 | Antitrust<br>State Law |
| Daniels v. Robinhood Financial, LLC et al | 1:21-cv-21261-CMA | Robinhood Securities LLC; Robinhood Financial LLC; Robinhood Markets, Inc.; Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; WeBull Financial LLC; Interactive Brokers LLC; Citadel Securities, LLC; Open to the Public Investing, Inc. | Kevin Scott Hannon<br>Hannon Law Firm, LLC<br>1641 Downing Street<br>Denver, CO 80218<br>303-861-8800<br>Fax: 861-8855<br>Email: khannon@hannonlaw.com | Securities<br>State Law |
| Diamond v. Robinhood Financial, LLC et al | 1:21-cv-21263-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Janet Robards Varnell<br>jvarnell@vandwlaw.com<br>Brian William Warwick<br>bwarwick@vandwlaw.com<br>Erica Willis<br>ewillis@ vandwlaw.com<br>Matthew Peterson<br>mpeterson@ vandwlaw.com<br>VARNELL AND WARWICK, P.A.<br>1101 E. Cumberland Ave., Suite 201H-105<br>Tampa, FL 33602<br>352-753-8600 | Antitrist<br>Securities<br>State Law |

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| Schaff v. Robinhood Markets, Inc. et al | 1:21-cv-21264-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Chad A. Justice<br>Justice for Justice LLC<br>1205 N Franklin Street<br>Suite 326<br>Tampa, FL 33602<br>813-566-0550<br>Fax: 813-566-0770<br>Email: chad@getjusticeforjustice.com<br><br>Brandon J Hill<br>bhill@wfclaw.com<br>Luis A. Cabassa<br>lcabassa@wfclaw.com<br>WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue, Suite 300<br>Tampa, FL 33602<br>813-337-7992<br><br>Michael C. McKay<br>mckay@mckay.law<br>mmckay@mckaylaw.us<br>MCKAY LAW LLC<br>5635 North Scottsdale Road, Suite 170<br>Scottsdale, AZ 85250<br>480-681-7000 | State Law |
| Schaff v. TD Ameritrade, Inc. | 1:21-cv-21265-CMA | TD Ameritrade, Inc. | Chad A. Justice<br>Justice for Justice LLC<br>1205 N Franklin Street<br>Suite 326<br>Tampa, FL 33602<br>813-566-0550<br>Fax: 813-566-0770<br>Email: chad@getjusticeforjustice.com<br><br>Brandon J Hill<br>bhill@wfclaw.com<br>Luis A. Cabassa<br>lcabassa@wfclaw.com<br>WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue, Suite 300<br>Tampa, FL 33602<br>813-337-7992 | State Law |
| Gossett et al v. Robinhood Financial, LLC et al | 1:21-cv-21293-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Maurice David Pessah<br>maurice@pessahgroup.com<br>Michael Joseph Morris-Nussbaum<br>mmnussbaum@pessahgroup.com<br>Summer Elizabeth Benson<br>sbenson@pessahgroup.com<br>Jason Sunshine<br>jsunshine@pessahgroup.com<br>Nick Melvin<br>nmelvin@pessahgroup.com<br>PESSAH LAW GROUP PC<br>661 North Harper Avenue Suite 208<br>West Hollywood, CA 90048<br>310-772-2261<br><br>STUART CHELIN (SBN: 320357)<br>stuart@chelinlaw.com<br>CHELIN LAW FIRM<br>1801 Century Park East, Suite 2500<br>Los Angeles, CA 90076<br>Tel. (310) 556-9664 | Securities<br>State Law |

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| Nordeen et al v. Robinhood Financial LLC et al | 1:21-cv-21294-CMA | ROBINHOOD FINANCIAL LLC,; ROBINHOOD SECURITIES, LLC; ROBINHOOD MARKETS, INC; THE INTERACTIVE BROKERS GROUP INC.; INTERACTIVE BROKERS CORP; IBG, LLC; IBG HOLDINGS, LLC; MERRILL LYNCH, PIERCE, FENNER SMITH, and Subsidiaries; MERRILL EDGE; THE CHARLES SCHWAB CORPORATION, and Subsidiaries; TD AMERITRADE HOLDING CORP; TD AMERITRADE, INC.; WEBULL FINANCIAL, LLC; TRADE REPUBLIC; E TRADE FINANCIAL CORP; E TRADE ASSET MANAGEMENT, INC.,; FIRSTRADE SECURITIES, INC; POINT72 ASSET MANAGEMENT, L.P.; DI CAPITAL PARTNERS, L.P.; MELVIN CAPITAL MANAGEMENT, L.P.; CANDLESTICK CAPITAL; MANAGEMENT, L.P.; MAPLE LANE CAPITAL, LLC; and CITADEL, EFT, INC. | Gary Richard Carlin<br>Law Offices of Carlin & Buchsbaum, LLP<br>301 East Ocean Boulevard<br>Suite 1550<br>Long Beach, CA 90802<br>562-432-1656<br>Email: gary@garycarlinlaw.com | State Law |
| BAIRD v. ROBINHOOD FINANCIAL LLC et al | 1:21-cv-21295-CMA | Robinhood Markerts, Inc.;<br>Robinhood Financial Securities, LLC;<br>Robinhood Securities, LLC | Jason Alec Zimmerman<br>jason.zimmerman@gray-robinson.com<br>Savannah Clifton<br>Savannah.Clifton@gray-robinson.com<br>GRAYROBINSON, P.A.<br>301 East Pine Street<br>Orlando, FL 32803<br>407-843-8880 | State Law |
| Kayali et al v. Robinhood Financial, LLC et al | 1:21-cv-21297-CMA | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.;<br>Melvin Capital Management, LP; The Depository Trust Company; The Depository Trust & ClearingCorporation | Heather Lea Blaise<br>hblaise@blaisenitschkelaw.com<br>Thomas Key<br>thomask@blaisenitschkelaw.com<br>Lana Bajes Nassar<br>lnassar@blaisenitschkelaw.com<br>Blaise & Nitschke, P.C.<br>123 N. Wacker Drive<br>Suite 250<br>Chicago, IL 60606<br>(312) 448-6602 | Antitrust<br>State Law |
| Lagmanson et al v. Robinhood Markets, Inc. et al | 1:21-cv-21298-CMA | Robinhood Markerts, Inc.;<br>Robinhood Financial Securities, LLC;<br>Robinhood Securities, LLC<br>TD Ameritrade, Inc.<br>E*Trade Financial Group | Jonathan D. Lubin<br>Attorney at Law<br>8800 Bronx Ave<br>Suite 100H<br>Skokie, IL 60077<br>773 945-2608<br>Email: jonathan@lubinlegal.com<br><br>R. Tamara de Silva<br>rtamaradesilva@gmail.com<br>LAW OFFICES OF<br>R. TAMARA DE SILVA, LLC<br>980 N Michigan Avenue Suite 1400<br>Chicago, IL 60611<br>866-566-1849 | Antitrust<br>Securities |
| Hiscock v. TD Ameritrade, Inc. | 1:21-cv-21300-CMA | TD AMERITRADE, INC | Joshua Bradford Kons<br>Law Offices Of Joshua B. Kons, Llc<br>939 West North Avenue, Suite 750<br>Chicago, IL 60642<br>(312) 757-2272<br>Email: joshuakons@konslaw.com<br><br>Alexander N. Loftus<br>alex@loftusandeisenberg.com<br>David Eisenberg<br>david@loftusandeisenberg.com<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark St. 16th Floor<br>Chicago, IL 60601<br>312-899-6625 | State Law |

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| Zybura v. Robinhood Financial LLC et al | 1:21-cv-21305-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | ALEXANDER GABRIELCABECEIRAS<br>DEREK SMITH LAW GROUP, PLLC<br>30 BROAD STREET<br>35TH FLOOR<br>NEW YORK, NY 10004<br>860-978-7710<br>Email: alexc@dereksmithlaw.com<br><br>CAROLINE HOPE MILLER<br>DEREK SMITH LAW GROUP LLC<br>701 BRICKELL AVENUE<br>SUITE 1310<br>MIAMI, FL 33131<br>305-946-1884<br>Fax: 215-893-5288<br>Email: caroline@dereksmithlaw.com | State Law |
| MUNCY v. ROBINHOOD SECURITIES, LLC et al | 1:21-cv-21307-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Laurence Rosen<br>lrosen@rosenlegal.com<br>Phillip Kim<br>pkim@rosenlegal.com<br>Erica Stone<br>estone@rosenlegal.com<br>THE ROSEN LAW FIRM P.A.<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>212-686-1060 | Securities |
| Days v. Robinhood et al. | 1:21-cv-21310-CMA | Robinhood Markerts, Inc.; Robinhood Financial, LLC; Robinhood Securities, LLC | Matthew L. Venezia<br>mvenezia@bgrfirm.com<br>Dennis S. Ellis<br>dellis@bgrfirm.com<br>Katherine Murray<br>kmurray@bgrfirm.com<br>Browne George Ross LLP<br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, CA 90067<br>310-274-7100<br>Fax: 310-275-5697<br><br>Keith Joseph Wesley<br>BROWNE GEORGE ROSS OBRIEN ANNAGUEY & ELLIS LLP<br>44 Montgomery Street, Suite 1280<br>San Francisco, CA 94104<br>(415) 391-7100<br>Fax: (415) 391-7198<br>Email: kwesley@bgrfirm.com<br><br>Carl Alan Roth<br>Browne George Ross O'Brien Annaguey & Ellis LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>(310) 2747100<br>Email: croth@bgrfirm.com | Securities<br>State Law |
| Dalton v. Robinhood et al. | 1:21-cv-21311-CMA | Robinhood Markerts, Inc.; Robinhood Financial, LLC; Robinhood Securities, LLC | RICHARD C. DALTON, LLC<br>Richard C. Dalton (Cal. Bar No.)<br>P.O. Box 358<br>Carencro, Louisiana 70520<br>Telephone: (337) 371-0375<br>E-Mail: rick@rickdaltonlaw.com<br>Counsel for Plaintiff and the Putative Class<br><br>Paul R. Kiesel<br>Jeffrey A. Koncius<br>Cherisse H. Cleofe<br>KIESEL LAW LLP<br>8648 Wilshire Blvd,<br>Beverly Hills, CA 90211<br>kiesel@kiesel.law<br>koncius@kiesel.law<br>cleofe@kiesel.law | State Law |

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| NOORZAIE v. ROBINHOOD MARKETS, INC. et al | 1:21-cv-21316-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Ibrahim Ahmed<br>i.ahmed@ibrahimalaw.com<br>Fayyaz Ahmed<br>f.hamed@ibrahimalaw.com<br>IBRAHIM AHMED LAW GROUP, P.C.<br>4105 US-1 South, Suite 2<br>Monmouth Junction, NJ 08852<br>609-235-7820 | State Law |
| Nelson v. Robinhood Financial LLC et al | 1:21-cv-21333-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Alexander Gabriel Cabeceiras<br>Seamus Barrett<br>Derek Smith Law Group, PLLC<br>1 Penn Plaza, Suite 49th Floor<br>New York, NY 10011<br>212-587-0760<br>Fax: 212-587-4169<br>Email: alexc@dereksmithlaw.com<br>Email: sbarrett@spbarrettlaw.com<br><br>CAROLINE HOPE MILLER<br>DEREK SMITH LAW GROUP LLC<br>701 BRICKELL AVENUE<br>SUITE 1310<br>MIAMI, FL 33131<br>305-946-1884<br>Fax: 215-893-5288<br>Email: caroline@dereksmithlaw.com | State Law |
| Williams v. Webull Financial LLC | 1:21-cv-21335-CMA | Webull Financial LLC | Elizabeth Ann Brehm<br>ebrehm@sirillp.com<br>Rachel Meese<br>rmeese@sirillp.com<br>Aaron Siri<br>aaron@sirillp.com<br>Mason Barney<br>mbarney@sirillp.com<br>SIRI & GLIMSTAD LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10166<br>212-532-1091 | State Law |
| Ross et al v. Robinhood Financial, LLC et al | 1:21-cv-21338-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; The Charles Schwab Corporation; Webull Financial LLC | William Rey Ogden<br>Farrar Ball LLP<br>1117 Herkimer Street<br>Houston, TX 77008<br>713-221-8300<br>Fax: 713-221-8301<br>Email: bill@fbtrial.com<br><br>Gabriel Amin Assaad<br>gassaad@mcdonaldworley.com<br>Matthew Yezierski<br>matt@mcdonaldworley.com<br>McDonald Worley<br>don@mcdonaldworley.com<br>MCDONALD WORLEY, P.C.<br>1770 St. James Place, Suite 100<br>Houston, TX 77056<br>713-523-5500 | Antitrust<br>State Law |
| Curiel-Ruth v. Robinhood et al. | 1:21-cv-21340-CMA | Robinhood Securities LLC; Robinhood Financial LLC; Robinhood Markets, Inc.; Charles Schwab & Co., Inc.; Charles Schwab Corporation; TD Ameritrade, Inc.; WeBull Financial LLC; E*Trade Financial Corporation; Interactive Brokers LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management LP | William M. Audet (SBN 117456)<br>waudet@audetlaw.com<br>"David" Ling Y. Kuang (SBN 296873)<br>lkuang@audetlaw.com<br>Kurt D. Kessler (SBN 327334)<br>kkessler@audetlaw.com<br>AUDET &PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556<br><br>Rachel Wagner Furst<br>Grossman Roth Yaffa Cohen, P.A.<br>2525 Ponce de Leon Boulevard<br>Suite 1150<br>Coral Gables, FL 33134<br>305-442-8666<br>Email: rwf@grossmanroth.com | Antitrust<br>State Law |

6

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| Feeney v Robonhood et al. | 1:21-cv-21341-CMA | Robinhood Markerts, Inc.;<br>Robinhood Financial Securities, LLC;<br>Robinhood Securities, LLC | Nicholas A. Migliaccio<br>nmigliaccio@classlawdc.com<br>Jason S. Rathod<br>jrathod@classlawdc.com<br>MIGLIACCIO & RATHOD, LLP<br>412 H. Street, N.E., Suite 302<br>Washington, DC 20002<br>202-470-3520<br><br>Selin Demir<br>Migliaccio & Rathod LLP<br>639 N Broadway, Apt. 513<br>Los Angeles, CA 90012<br>301-412-0299<br>Email: sdemir3794@gmail.com | State Law |
| Krumenacker v. Robinhood et al. | 1:21-cv-21343-CMA | Robinhood Markerts, Inc.;<br>Robinhood Financial Securities, LLC;<br>Robinhood Securities, LLC;<br>Charles Schwab & Co., Inc. | BURSOR & FISHER, P.A.<br>L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>BURSOR & FISHER, P.A.<br>Andrew J. Obergfell*<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-Mail: aobergfell@bursor.com | Securities<br>State Law |
| Moody v. Robinhood et al. | 1:21-cv-21349-CMA | Robinhood Markerts, Inc.;<br>Robinhood Financial, LLC;<br>Robinhood Securities, LLC;<br>Citadel Securities LLC;<br>Citadel Enterprise Americas LLC F/K/A Citadel LLC | Eric M. Poulin<br>CA State Bar No. 298476<br>Roy T. Willey, IV<br>Blake G. Abbott<br>ANASTOPOULO LAW FIRM, LLC<br>32 Ann Street<br>Charleston, SC 29403<br>P: (843) 614-8888<br>F: (843) 494-5536<br>Email: eric@akimlawfirm.com<br>roy@akimlawfirm.com<br>blake@akimlawfirm.com | State Law |
| Ng et al v. Robinhood Financial, LLC et al | 1:21-cv-21350-CMA | Robinhood Markerts, Inc.;<br>Robinhood Financial Securities, LLC;<br>Robinhood Securities, LLC | Dennis C. Reich<br>dreich@reichandbinstock.com<br>Shreedhar R. Patel<br>spatel@reichandbinstock.com<br>Robert Binstock<br>bbinstock@reichandbinstock.com<br>REICH & BINSTOCK LLP<br>4265 San Felipe, Ste. 1000<br>Houston, TX 77027<br>713-622-7271 | State Law |
| Lavin v. Robinhood Financial LLC et al | 1:21-cv-21351-CMA | ROBINHOOD FINANCIAL, LLC<br>ROBINHOOD SECURITIES, LLC<br>ROBINHOOD MARKETS, INC.,<br>CITADEL SECURITIES, LLC,<br>CITADEL ENTERPRISE, AMERICAS LLC, and<br>MELVINCAPITAL MANAGEMENT, LP, | Parker J. Lavin<br>plavin@robertstate.com<br>Lena Mirilovic<br>lmirilovic@robertstate.com<br>ROBERTS TATE, LLC<br>2487 Demere Road, Suite 400<br>St. Simons Island, GA 31522<br>Tel: 912.638.5200<br>Fax: 912.638.5300 | Antitrust<br>State Law |

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| MINNICK et al v. ROBINHOOD FINANCIAL LLC et al | 1:21-cv-21353-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | NATHANIEL N. PECKHAM<br>DEREK SMITH LAW GROUP, PLLC<br>1835 MARKET STREET<br>SUITE 2950<br>PHILADELPHIA, PA 19103<br>215-391-4790<br>Fax: 215-893-5288<br>Email: nathaniel@dereksmithlaw.com<br>ATTORNEY TO BE NOTICED<br><br>ALEXANDER G. CABECEIRAS<br>DEREK SMITH LAW GROUP PLLC<br>ONE PENN PLAZA SUITE 4905<br>NEW YORK, NY 10119<br>212-587-0760<br>Email: alexc@dereksmithlaw.com | State Law |
| Ziegler v. Robinhood Financial LLC et al | 1:21-cv-21359-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Alexander Gabriel Cabeceiras<br>Derek Smith Law Group, PLLC<br>One Penn Plaza<br>Suite 4905<br>New York, NY 10119<br>860-978-7710<br>Email: alexander.cabeceiras@gmail.com | State Law |
| Fresa v. Robinhood Financial LLC et al | 1:21-cv-21367-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Stephan Erich Seeger<br>Law Offices S.J. Carriero, LLC<br>Attorney at Law<br>810 Bedford St.<br>Suite 3<br>Stamford, CT 06906<br>203-273-5170<br>Fax: 203-357-0608<br>Email: seegerkid2@aol.com | State Law |
| Wieg v. Robinhood et al. | 1:21-cv-21378-CMA | Robinhood Markerts, Inc.; Robinhood Financial, LLC; Robinhood Securities, LLC | DEREK SMITH LAW GROUP, PLLC<br>Ishan Dave, State Bar No. 307420<br>Alexander G. Cabeceiras, Esq.<br>Abraham Z. Melamed, State Bar No. 326607<br>633 West 5th Street, Suite 3250<br>Los Angeles, CA 90071<br>Telephone: (310) 602-6050<br>Facsimile: (310) 602-6350<br>Email: Ishan@dereksmithlaw.com<br>alexc@dereksmithlaw.com<br>abe@dereksmithlaw.com<br><br>Robert S. Green<br>Green & Noblin, P.C.<br>2200 Larkspur Landing Circle<br>Suite 101<br>Larkspur, CA 94939<br>415-477-6700<br>Fax: 415-477-6710<br>Email: gnecf@classcounsel.com | State Law |
| Quat et al v. Robinhood Financial LLC et al | 1:21-cv-21404-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Sarah N. Westcot (FBN: 1018272)<br>701 Brickell Avenue, Suite 1420<br>Miami, FL 33131<br>Telephone: (305) 330-5512<br>Facsimile: (305) 676-9006<br>E-Mail: swestcot@bursor.com<br>BURSOR & FISHER, P.A.<br>Andrew J. Obergfell*<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-Mail: aobergfell@bursor.com | Securities |
| Kelley et al v. Robinhood Markets Inc et al | 1:21-cv-21428-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC<br>TD Ameritrade, Inc.<br>E*Trade Financial Group | Tom Thrash<br>tomthrash@sbcglobal.net<br>William Crowder willcrowder@thrashlawfirmpa.com<br>THRASH LAW FIRM, P.A.<br>1101 Garland St.<br>Little Rock, AR 72201<br>501-374-1058 | Antitrust<br>State Law |

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| Daniluk v. Robinhood Financial, LLC et al | 1:21-cv-21430-CMA | ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES, LLC ROBINHOOD MARKETS, INC. CITADEL, LLC, d/b/a Citadel Securities, POINT72 ASSET MANAGEMENT, L.P., | Charles David Marshall<br>Marshall Law Firm<br>2121 N. California Blvd., Suite 290<br>Walnut Creek, CA 94596<br>925-575-7105<br>Fax: 855-575-7105<br>Email: cdm@marshall-law-firm.com<br><br>Robert S. Green<br>rsg@classcounsel.com<br>Evan Sumer<br>ems@classcounsel.com<br>GREEN & NOBLIN, P.C.<br>2200 Larkspur Landing Cir., #101<br>Larkspur, CA 94939<br>415-477-6700 | Antitrust State Law |
| Saliba v. Robinhood et al. | 1:21-cv-21432-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Crypto, LLC | Evan Selik (SBN 251039)<br>Christine Zaouk (SBN 251355)<br>McCATHERN LLP<br>523 West Sixth Street, Suite 830<br>Los Angeles, California 90014<br>(213) 225-6150 / Fax (213) 225-6151<br>eselik@mccathernlaw.com<br>czaouk@mccathernlaw.com | State Law |
| Clapp et al. v. Ally Financial et al. | 1:21-cv-21441-CMA | ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION | Eric Lechtzin (State Bar No. 248958)<br>Marc H. Edelson (Pro Hac Vice to be applied for)<br>EDELSON LECHTZIN LLP<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>Telephone: (215) 867-2399<br>Facsimile: (267) 685-0676<br>Email: elechtzin@edelson-law.com<br>medelson@edelson-law.com<br><br>Joshua Grabar (Pro Hac Vice to be applied for)<br>GRABAR LAW OFFICE<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (267) 507-6085<br>Facsimile: (267) 507-6048<br>Email: jgrabar@grabarlaw.com | Antitrust State Law |
| Lybrook v. Robinhood Financial et al. | 1:21-cv-21442-CMA | Robinhood Markerts, Inc.; Robinhood Financial, LLC; Robinhood Securities, LLC | Ryan McDevitt<br>rmcdevitt@kellerrohrback.com<br>Gretchen Freeman Cappio<br>gcappio@kellerrohrback.com<br>Maxwell Goins<br>mgoins@kellerrohrback.com<br>Jeffrey Lewis<br>jlewis@kellerrohrback.com<br>Rachel Morowitz<br>rmorowitz@kellerrohrback.com<br>KELLER ROHRBACK LAW OFFICES LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br><br>Joseph G. Sauder<br>jgs@sstriallawyers.com<br>Joseph B. Kenney<br>jbk@sstriallawyers.com<br>Sonjay Singh<br>scs@sstriallawyers.com<br>SAUDER SCHELKOPF – ATTORNEYS AT LAW<br>1109 Lancaster Avenue<br>Berwyn, Pennsylvania 19312<br>888-711-9975 | State Law |

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| Petrosyan v. Robinhood Financial LLC et al | 1:21-cv-21444-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Robert K. Shelquist, MN #21310X<br>Karen H. Riebel, MN #0219770<br>Rebecca A. Peterson, CA #241858<br>Stephen M. Owen, MN #0399370<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>rkshelquist@locklaw.com<br>khriebel@locklaw.com<br>rapeterson@locklaw.com<br>smowen@locklaw.com | State Law |
| Zelewski et al v. Robinhood Markets, Inc. et al | 1:21-cv-21445-CMA | Robinhood Markets, Inc.; Robinhood Securities, LLC; Robinhood Financial, LLC | Dario D. Diaz<br>Law Office of Dario Diaz, PA<br>1101 N Armenia Ave<br>Tampa, FL 33607<br>813/259-1017<br>Fax: 813/259-3790<br>Email: dariofed@dariodiazlaw.com<br><br>Matthew D. Powell<br>Matthew D. Powell, PA<br>304 S Plant Ave<br>Tampa, FL 33606-2326<br>813/222-2222<br>Fax: 813-254-2226<br>Email: matt@mattlaw.com | State Law |
| Milhouse v. Robinhood et. al. | 1:21-cv-21446-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Eve-Lynn Rapp<br>erapp@edelson.com<br>Christopher L. Dore<br>cdore@edelson.com<br>Éviealle Dawkins<br>edawkins@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>312-589-6370<br><br>Lily Hough<br>lhough@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>415-212-9300 | State Law |
| Odeh v. TD Ameritrade | 1:21-cv-21447-CMA | TD Ameritrade | Alexander Nicholas Loftus<br>Loftus & Eisenberg, Ltd.<br>161 N. Clark St.<br>16th Floor<br>Chicago, IL 60601<br>(312) 899-6625<br>Email: alex@loftusandeisenberg.com | State Law |
| Siruk et al v. Robinhood Financial LLC et al | 1:21-cv-21448-CMA | Robinhood Financial LLC; Robinhood Securities LLC; Robinhood Markets, Inc. | Petro Siruk<br>Marina Siruk<br>12410 Rollin g Ridge Rd<br>Becker, MN 55308<br>763-262-5046<br>PRO SE | State Law |

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| Shaeffer v. TD Ameritrade | 1:21-cv-21450-CMA | TD Ameritrade, Inc. | David A. Domina<br>DOMINA LAW GROUP<br>2425 South 144th Street<br>Omaha, NE 68144-3267<br>(402) 493-4100<br>Fax: (402) 493-9782<br>Email: ddomina@dominalaw.com<br><br>Stuart J. Guber<br>stuart@ewlawllc.com<br>David Worley<br>david@ewlawllc.com<br>James Evangelista<br>jim@ewlawllc.com<br>Krisit McGregor<br>kristi@ewlawllc.com<br>Leslie Toran<br>leslie@ewlawllc.com<br>EVANGELISTA WORLEY, LLC<br>500 Sugar Mill Road, Bldg. A, Suite 245<br>Atlanta, GA 30350<br>404-963-8481 | State Law |
| Dechirico et al v. Ally Financial Inc. et al | 1:21-cv-21451-CMA | ALLY FINANCIAL INC., ALPACA SECURITIES LLC, CASH APP INVESTING LLC, SQUARE INC., MORGAN STANLEY SMITH BARNEY LLC, E*TRADE SECURITIES LLC, E*TRADE FINANCIAL CORPORATION, E*TRADE FINANCIAL HOLDINGS, LLC, ETORO USA SECURITIES, INC., FREETRADE, LTD., INTERACTIVE BROKERS LLC, M1 FINANCE, LLC, OPEN TO THE PUBLIC INVESTING, INC., ROBINHOOD FINANCIAL, LLC, ROBINHOOD MARKETS, INC., ROBINHOOD SECURITIES, LLC, IG GROUP HOLDINGS PLC, TASTYWORKS, INC., TD AMERITRADE, INC., THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., FF TRADE REPUBLIC GROWTH, LLC, TRADING 212 LTD., TRADING 212 UK LTD., WEBULL FINANCIAL LLC, FUMI HOLDINGS, INC., STASH FINANCIAL, INC., BARCLAYS BANK PLC, CITADEL ENTERPRISE AMERICAS, LLC, CITADEL SECURITIES LLC, MELVIN CAPITAL MANAGEMENT LP, SEQUOIA CAPITAL OPERATIONS LLC, APEX CLEARING CORPORATION, THE DEPOSITORY TRUST & CLEARING CORPORATION, | Frank Schirripa<br>FSchirripa@hrsclaw.com<br>Eugene Zaydfudim<br>ezaydfudim@hrsclaw.com<br>Kathryn Hettler<br>khettler@hrsclaw.com<br>Daniel Rehns<br>drehns@hrsclaw.com<br>HACH ROSE SCHIRRIPA & CHEVERIE LLP<br>112 Madison Ave<br>New York, New York 10016<br>212-213-8311 | Antitrust<br>State Law |
| Norvell v. Robinhood Markets Inc. | 1:21-cv-21453-CMA | Robinhood Markets, Inc. | Michael R. Fuller<br>OlsenDaines<br>US Bancorp Tower<br>111 SW 5th Ave., Suite 3150<br>Portland, OR 97204<br>503-222-2000<br>Fax: 503-362-1375<br>Email: Michael@UnderdogLawyer.com | State Law |
| Fox. V. Ally Financial LLC et al. | 1:21-cv-21478-CMA | ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC; E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL, LLC; ROBINHOOD MARKETS, INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC ; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; & THE DEPOSITORY TRUST & CLEARING CORPORATION | Daniel Gustafson<br>dgustafson@gustafsongluek.com<br>David Goodwin<br>dgoodwin@gustafsongluek.com<br>Daniel Hedlund<br>dhedlund@gustafsongluek.com<br>Kaitlyn Denis<br>kdennis@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>120 S. 6th St.,<br>Minneapolis, MN, 55402<br>612-333-8844<br><br>Scott Hirsch<br>scott@scotthirschlawgroup.com<br>SCOTT HIRSCH LAW GROUP<br>6810 N. State Road 7<br>Coconut Creek, FL 33073<br>561-569-7062 | Antitrust<br>State Law |

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| Memic et al v. Robinhood et al | 1:21-cv-21479-CMA | Robinhood Markerts, Inc.; Robinhood Financial, LLC; Robinhood Securities, LLC | Anuj Kapur<br>Andy Rubenstein<br>D. Miller & Associates, PLLC<br>2610 W. Sam Houston Parkway Suite 200<br>Houston, Texas 77042<br>713-850-8600 Office<br>713-366-3460 Facsimile<br>anuj@dmillerlaw.com<br>andy@dmillerlaw.com<br><br>Nicholas R. Farnolo<br>Napoli Shkolnik PLLC<br>400 Broadhollow Road<br>Melville, NY 11747<br>(212) 397-1000 Office<br>(646) 843-7619 Facsimile<br>nfarnolo@napolilaw.com | State Law |
| Scalia v. Robinhood Financial, LLC et al | 9:21-cv-80238-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Ronald Peter Weil<br>rweil@weillawfirm.net<br>Marguerite Clare Racher Snyder<br>msnyder@weillawfirm.net<br>Luke Jacobs<br>luke@weillawfirm.net<br>WEIL SNYDER & RAVINDRAN, PA<br>200 South Biscayne Boulevard<br>Suite 900<br>Miami, FL 33131<br>305-372-5352 | State Law |
| Thompson v. Robinhood Financial LLC<br><br>(objected to transfer, seeking remand to CA State Court) | N/A | Robinhood Financial LLC | Paul R Kiesel<br>Kiesel Law LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>310-854-4444<br>Fax: 310-854-0812<br>Email: kiesel@kiesel.law<br><br>David S Markun<br>Markun Zusman and Compton LLP<br>17383 West Sunset Boulevard Suite A380<br>Pacific Palisades, CA 90272<br>310-454-5900<br>Fax: 310-454-5970<br>Email: dmarkun@mzclaw.com<br><br>Edward Zusman<br>ezusman@mzclaw.com<br>MARKUN ZUSMAN FRENIERE COMPTON LLP<br>65 California Street, Suite 401<br>San Francisco, California 94104<br>415-438-4515 | State Law |
| Cherry v. Robinhood Financial LLC et al<br>(Not a class action) | 1:21-cv-21299-CMA | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Larry Cherry<br>16623 S. Thornton Ave.<br>South Holland, IL 60473<br>773-306-3377<br>Email: larrycherry22@gmail.com<br>PRO SE | State Law |
| Gatz v. Robinhood Financial, LLC<br>(Not a class action) | 1:21-cv-21296-CMA | Robinhood Financial, LLC | Richard Joseph Gatz<br>1104 N. Mill St<br>Unit 212<br>Naperville, IL 60563<br>6304453187<br>Email: richardgatz@gmail.com<br>PRO SE | State Law |

12

| Case Name | SD FL Case No. | Defendants | Plaintiff's Attorneys/Firms | Nature of Claims |
|---|---|---|---|---|
| <td colspan="3">**DISMISSED CASES**</td> | | | | |
| Kadin v. Robinhood et. al. | | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Adrian Gucovschi<br>Gucovschi Law, PLLC<br>630 Fifth Avenue<br>Suite 2000<br>New York, NY 10111<br>212-884-4230<br>Email: adrian@gucovschi-law.com | Securities<br>State Law |
| Perri v. Robinhood et al | | Robinhood Markerts, Inc.; Robinhood Financial Securities, LLC; Robinhood Securities, LLC | Michael S. Taaffe<br>Florida State Bar No. 490318<br>Michael D. Bressan<br>Florida State Bar No. 11092<br>Brandon M. Taaffe<br>Florida State Bar No. 118932<br>Jeremy M. Halpern<br>Florida State Bar No. 85942<br>Shumaker, Loop & Kendrick, LLP<br>240 South Pineapple Ave., 10th Floor<br>Sarasota, Florida 34236<br>Telephone: (941) 366-6660<br>Facsimile: (941) 366-3999<br>E-Mail: mtaaffe@shumaker.com<br>E-Mail: mbressan@shumaker.com<br>E-Mail: btaaffe@shumaker.com<br>E-Mail: jhalpern@shumaker.com | State Law |