UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**
_____/

This Document Relates to:   21-cv-21266-CMA

# ORDER

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) as to Consol Plaintiffs, Taylor Perri, Ryan Heitz, and Kevin Sheehan, filed on April 16, 2021 [ECF No. 194]. Being fully advised, it is

**ORDERED AND ADJUDGED** that Consol Plaintiffs Taylor Perri, Ryan Heitz, and Kevin Sheehan are dismissed from this action without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 16th day of April, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record; *pro se* Plaintiff(s)