SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY____PG____D.C.

APR 19 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Korinna S. Anderson, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name Korinna S. Anderson
State Bar Number 335508
Firm Name Quinn Emanuel Urquhart & Sullivan, LLC
Mailing Address 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90015
Telephone Number 213-443-3000
Email Address korinnaanderson@quinnemanuel.com

Attorney Signature: /s/ Korinna S. Anderson    Date: 04/15/2021

Page 1 of 2

ORIGIN ID:JBPA (213) 443-3000
KORINNA ANDERSON
QUINN EMANUEL TRIAL LAWYERS
865 S. FIGUEROA ST 10TH FLR

LOS ANGELES, CA 90017
UNITED STATES US

SHIP DATE: 16APR21
ACTWGT: 0.50 LB
CAD: 252981004/WSXI3400

BILL SENDER

TO **ATTN: MDL CLERK**
**USDC SO. DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(415) 875-6600        REF: 08901.00008-007540
INV:
PO:                    DEPT:



REL# 3785346

**MON - 19 APR 10:30A**
**PRIORITY OVERNIGHT**

TRK# 7860 6442 2170
0201

**SH MPBA**          33128
                FL-US  MIA



PS|Ship - FedEx Label