UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Daniel J. Kramer of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby gives notice of appearance as counsel of record for Defendant Point72 Asset Management, L.P. in the above-captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>April 19, 2021 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|  | /s/ Daniel J. Kramer<br>Daniel J. Kramer<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Tel.: (212) 373-3020<br>Fax: (212) 492-0020<br>Email: dkramer@paulweiss.com |
|  | *Counsel for Defendant Point72 Asset Management, L.P.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19, 2021, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Daniel J. Kramer
Daniel J. Kramer