SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

FILED BY __PG__ D.C.

APR 19 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Linda J. Brewer, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name Linda J. Brewer
State Bar Number 217730
Firm Name Quinn Emanuel Urquhart & Sullivan, LLC
Mailing Address 50 California Street, 22nd Floor, San Francisco, CA 94111
Telephone Number 415-875-6600
Email Address lindabrewer@quinnemanuel.com

Attorney Signature: /s/ Linda J. Brewer     Date: 04/15/2021
Linda J. Brewer

Page 1 of 2

ORIGIN ID:JBPA (213) 443-3000
KORINNA ANDERSON
QUINN EMANUEL TRIAL LAWYERS
865 S. FIGUEROA ST 10TH FLR

LOS ANGELES, CA 90017
UNITED STATES US

SHIP DATE: 16APR21
ACTWGT: 0.50 LB
CAD: 252981004/WSXI3400

BILL SENDER

TO **ATTN: MDL CLERK**
**USDC SO. DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(415) 875-6600         REF: 08901.00008-007540
INV:
PO:                    DEPT:




FedEx Express

REL# 3785346

**MON - 19 APR 10:30A**
TRK# 7860 6442 2170     **PRIORITY OVERNIGHT**
0201

**SH MPBA**          33128
                FL-US   MIA



PS|Ship - FedEx Label