UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

## ORDER

**THIS CAUSE** came before the Court at the April 19, 2021 Initial Conference [ECF No. 202] regarding case management matters. Among other topics, the parties discussed potential groupings of related actions, the briefing schedule, and procedures for appointment of lead counsel. For the reasons stated in open court and to better manage the orderly progress of the case, it is

**ORDERED** as follows:

1. With respect to the federal securities actions, the Court has pending before it two motions to appoint Lead Plaintiffs and Lead Counsel [ECF Nos. 26, 144], in accordance with the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B). Any responses in opposition to those motions shall be filed on or before **April 26, 2021**, and replies are due on or before **May 3, 2021**.

2. With respect to the non-federal securities actions, if the parties reach an agreement regarding lead counsel, they will file a single motion to appoint lead counsel, detailing the agreed-upon organization and structure of counsel, on or before **April 23, 2021**.

CASE NO. 21-2989-MDL-ALTONAGA/Torres

3. If the parties involved in the non-federal securities actions fail to reach an agreement, they will proceed as follows:

    a. A party seeking to be appointed lead counsel shall submit its application (**10 pages maximum**) by **1:00 p.m. EST on April 26, 2021** to attorney **Rachel Wagner Furst** of the law firm Grossman Roth Yaffa Cohen, P.A., who will consolidate all applications in one single filing to be submitted to the Court that same day.

    b. Each applicant shall submit its supporting exhibits by separately filing them on the docket. The exhibits shall be properly labeled and identified on the Court's electronic case management system.

    c. No response memoranda to the consolidated leadership applications are permitted.

4. Following the Court's resolution of these issues and appointment of leadership counsel, the Court will set a status conference to address the filing of amended and/or consolidated complaint(s) and the progress of the case.

5. No discovery is permitted until the amended complaint(s) are filed. Any request by Defendants to stay discovery propounded after amended pleadings are filed must be made by motion and jointly filed by Defendants wishing to join the motion.

**DONE AND ORDERED** in Miami, Florida, this 19th day of April, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record;
     *Pro Se* Plaintiffs