UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION



### CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, **RICHARD C. DALTON**, the undersigned do hereby certify that:

1. I am a member of good standing of the Bar of Northern District of California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any times without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | RICHARD C. DALTON |
| State Bar Numbers: | LA 23017, TX 24033539, CA 268598 |
| Firm Name: | RICHARD C. DALTON, LLC |
| Mailing Address: | P.O. BOX 358 |
| | CARENCRO, LA 70520 |
| Telephone Number: | (337) 371-0375 |
| Email Address: | rick@rickdaltonlaw.com |

Attorney Signature: _____     Date: April 11, 2021

