SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

## CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Peter Safirstein__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __New York__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Peter Safirstein |
| State Bar Number | 2044550 |
| Firm Name | Safirstein Metcalf LLP |
| Mailing Address | 1345 Avenue of the Americas, 2nd fl, New York, NY 10105 |
| Telephone Number | (212) 201-2845 |
| Email Address | psafirstein@safirsteinmetcalf.com |

Attorney Signature: _____   Date: __4/19/21__



Peter Safirstein
Direct Dial: 212-201-2845
psafirstein@safirsteinmetcalf.com

April 19, 2021

United States District Court
Southern District of Florida
Attention: MDL Clerk
400 N. Miami Ave.
Miami, FL 33128

    Re:    *IN RE: January 2021 Short Squeeze Trading Litigation 1:21-md-02989-CMA*

Dear Clerk:

    Pursuant to Judge Altonaga's April 7, 2021 Pretrial Order/1 (Dkt.No.46), enclosed please find a Certificate of Understanding for Peter Safirstein who is filing on behalf of Plaintiff Michael Oberlin in **IN RE: January 2021 Short Squeeze Trading Litigation 1:21-md-02989-CMA**.

    Thank you for your assistance in this matter.

    Name  Peter Safirstein
    State Bar Number  (NY) 2044550
    Firm Name  Safirstein Metcalf LLP
    Mailing Address  1345 Avenue of the Americas, 2nd fl, New York, NY 10105
    Telephone Number  (212) 201-2845
    Email Address  psafirstein@safirsteinmetcalf.com.

    Respectfully,

    */s/ Peter Safirstein*
    Peter Safirstein
    Safirstein Metcalf LLP



100% Recycled fiber
80% Post-Consumer

Visit **theupsstore.com** to find a location near you.

**Extremely Urgent**

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain ...

... electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

PETER SAFIRSTEIN
(917) 952-9458
780 NORMAN DRIVE
RIDGEWOOD NJ 07450

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 19 APR 2021

SHIP TO: MDL CLERK
US DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 N MIAMI AVE

MIAMI FL 33128-1801

FL 330 9-25

UPS NEXT DAY AIR 1

TRACKING #: 1Z 84Y 07W 01 4566 1204

BILLING: P/P

ISH 13.00F ZZP 450 42.5U 01/2021

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convent... the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. ...

Serving you for more than 1...
United Parce...