# SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



FILED BY __PG__ D.C.

APR 20 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Blake G. Abbott__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __South Carolina__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Blake G. Abbott
104423
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, SC 29403
(843) 614-8888
blake@akimlawfirm.com

Attorney Signature: _/s/ Blake G. Abbott_ Date: 4/13/2021

TOLL FREE: 1 (800) 313-2546
FACSIMILE: (843) 494-5536

REPLY TO ANN STREET OFFICE
ROY@AKIMLAWFIRM.COM

# ANASTOPOULO
# LAW FIRM

AKIM A. ANASTOPOULO (SC)
ERIC M. POULIN (SC)(NC)(GA)(CA)
ROY T. WILLEY, IV (SC)

BLAKE ABBOTT (SC)
JONATHAN N. ALKIS (SC)
CONSTANCE ANASTOPOULO (SC)*
GUS ANASTOPOULO (SC)
M. STEPHEN BLEVINS, JR. (SC)
STEFAN B. FEIDLER (SC)(GA)
MATTHEW T. FOSS (SC)
IVEY B. FRANKLIN (SC)
HERB F. GLASS (SC)(GA**)
THOMAS J. GODFREY (SC)(NC)
JUSTIN S. HEMLEPP (FL)
TRAVIS D. HILKA (SC)(NC)
J. CAMDEN HODGE (SC)
LANE D. JEFFERIES (SC)
JOSHUA E. JONES (SC)
BYRON V. LEARY, II (SC)
BRIAN P. KERLEY (SC)
ALEXIS W. MCCUMBER (SC)
MATTHEW L. NALL (SC)(KY)
INDIA D. SHAW (SC)(DC)
R. CASEY VAN VALKENBURGH (SC)(IL)(MO)
P. HEATH WARD (SC)
D. LEE WILLARD, JR. (SC)
L. CRAYTON WILLIAMS (SC)
JARRETT E. WITHROW (SC)

*OF COUNSEL.
** PROVISIONAL LICENSE

April 13, 2021

**VIA U.S. Mail**
Attn: Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

RE:   *In re: January 2021 Short Squeeze Trading Litigation,*
       *Case No. 1:20-cv-md-02989-CMA*

Dear Sir or Madam:

I am one of the attorneys representing Plaintiffs David Moody and Julie Moody in the above-referenced matter. Pursuant to Judge Altonaga's Pretrial Order #1, dated April 7, 2021, enclosed please find a signed Certificate of Understanding to be filed on the docket for attorney Blake G. Abbott.

Very truly yours,

Blake G. Abbott

Enclosure

**MAILING: 32 Ann Street, Charleston, South Carolina 29403**
**North Charleston:** 2170 Ashley Phosphate Road, 3rd Floor, North Charleston, South Carolina 29406 * **Greenville:** 418 River Street, Greenville, SC 29601
**Florence:** 150 W. Evans Street, Florence, South Carolina 29501 * **Myrtle Beach:** 2411 N. Oak Street, Suite 407, Myrtle Beach, South Carolina 29577
**Columbia:** 1201 Main Street, Suite 1100, Columbia, South Carolina 29201 * **Charlotte, NC:** 525 N. Tryon Street, Suite 1600, Charlotte, NC 28202
**Wilmington, NC:** Appointment Only

**ANASTOPOULO LAW FIRM**
32 Ann Street
Charleston, SC 29403

Clerk of U.S. District Ct.
Southern District of Fla. - Miami
400 North Miami Ave.
Miami, FL 33128

33128-771699

CHARLESTON SC 294
14 APR 2021 PM

Mailed From 29403
04/13/2021
032A 0061821351
US POSTAGE
$00.51
First-Class