UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to:   21-cv-21511-CMA

# ORDER

**THIS CAUSE** came before the Court upon the Notice of Voluntary Dismissal Without Prejudice as to Consol Plaintiff, Daniel S. Kadin, filed in case number 21-21511-CIV [ECF No. 7], on April 13, 2021.   Being fully advised, it is

**ORDERED AND ADJUDGED** that Consol Plaintiff Daniel S. Kadin is dismissed from this action without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 20th day of April, 2021.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record; *pro se* Plaintiff(s)