FILED BY _____ D.C.

APR 20 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**SCHEDULE B**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, __Kathryn A. Hettler_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of ___New York_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name  Kathryn A. Hettler
State Bar Number 5126065
Firm Name  Hach Rose Schirripa & Cheverie LLP
Mailing Address 112 Madison Ave., 10th Floor, New York, NY 10016
Telephone Number 212-213-8311
Email Address kh@hrsclaw.com

Attorney Signature: _Kathryn A. Hettler_____          Date: _4-19-21_____



**FedEx** ®

## Express

ORIGIN ID:JRAA      (646) 968-9734
KATHRYN HETTLER
HACH ROSE SCHIRRIPA & CHEVERIE
112 MADISON AVE., 10TH FL

NEW YORK, NY 10016
UNITED STATES US

SHIP DATE: 19APR21
ACTWGT: 1.00 LB
CAD: 104586833/INET4340

BILL SENDER

TO MDL CLERK
US DISTRICT COURT - SDFL
400 NORTH MIAMI AVENUE

MIAMI FL 33128
(305) 523-5100      REF:
INV
PO                        DEPT:

Extremely Urgent



**FedEx** Express

**E**

TUE - 20 APR 4:30P
STANDARD OVERNIGHT

TRK#
0201   7734 8379 6681

## XH MPBA

33128
FL-US   MIA



RT **458**
FZ **467**

1
16:30
E

insert shipping
document here.