**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____ /

This Document Relates to All Actions

**NOTICE OF CHANGE OF ADDRESS**

**NOTICE IS HEREBY GIVEN** that effective immediately, Eve-Lynn Rapp, counsel for Plaintiff Mark Milhouse in the above-captioned case, has changed her address, telephone number, and fax number to:

EDELSON PC
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720-741-0076
Fax: 720-741-0081

Her email address remains unchanged.

Dated: April 20, 2021                               Respectfully submitted,

                                                    /s/ Eve-Lynn Rapp
                                                    Eve-Lynn Rapp
                                                    erapp@edelson.com
                                                    EDELSON PC
                                                    2101 Pearl Street
                                                    Boulder, Colorado 80302
                                                    Tel: 720-741-0076
                                                    Fax: 720-741-0081

                                                    *Counsel for Plaintiff Mark Milhouse*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's ECF System.

/s/ Eve-Lynn Rapp
Eve-Lynn Rapp
