**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to All Actions

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Blake G. Abbott of Anastopoulo Law Firm, LLC hereby gives notice of appearance as counsel of record for Plaintiffs David Moody and Julie Moody in the above captioned matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 21, 2021 | /s/ *Blake G. Abbott* <br> Blake G. Abbott <br> ANASTOPOULO LAW FIRM, LLC <br> 32 Ann Street <br> Charleston, SC 29403 <br> Tel.: (843) 614-8888 <br> Fax.: (843) 494-5536 <br> Email: blake@akimlawfirm.com <br><br> Counsel for Plaintiffs David Moody <br> and Julie Moody |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of April, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Blake G. Abbott*
Blake G. Abbott