## SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

FILED BY_____ D.C.
APR 2 1 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Joshua H. Grabar, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Pennsylvania.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name  Joshua H. Grabar
State Bar Number  PA #82525
Firm Name  Grabar Law Office
Mailing Address  One Liberty Place, 1650 Market Street, Suite 3600, Philadelphia, PA 19103
Telephone Number  267-507-6085
Email Address  jgrabar@grabarlaw.com

Attorney Signature: _____  Date: April 15, 2021



One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 267-507-6085
Fax: 267-507-6048
www.GrabarLaw.com

Joshua H. Grabar, Esq.
E-Mail: jgrabar@grabarlaw.com

April 15, 2021

**Via U.S. Mail**
United States District Court
Southern District of Florida
Attn: MDL Clerk
400 North Miami Avenue
Miami, FL 33128

Re: *In re: January 2021 Short Squeeze Trading Litigation,* Case No. 21-2989-MDL-ALTONAGA/Torres

Dear Clerk:

I am one of the attorneys representing Plaintiffs Sabrina Clapp and Denise Redfield in the above referenced matter.

Pursuant to Judge Altonaga's directive as set forth in Pretrial Order #1, dated April 7, 2021, enclosed please find my completed Certificate of Understanding Regarding Electronic Filing in the Southern District of Florida.

Thank you for your kind attention to this submission.

Sincerely,

Joshua H. Grabar

**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103

PHILADELPHIA PA 190
15 APR 2021 PM 5 L

33128-160199

United States District Court
Southern District of Florida
Attn: MDL Clerk
400 North Miami Avenue
Miami, FL 33128

USMS
INSPECTED
RECEIVED
APR 21 2021
12:02 PM