UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE: JANUARY 2021 SHORT     :
SQUEEZE TRADING LITIGATION    :
_____  :

This Document Relates to All Actions

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua H. Grabar of Grabar Law Office hereby gives notice of appearance as counsel of record for Plaintiffs Sabrina Clapp and Denise Redfield in the above-captioned matter.

Dated: April 21, 2021

/s/ Joshua H. Grabar
Joshua H. Grabar (PA Bar No. 82525)
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 267-507-6085
Fax: 267-507-6048
jgrabar@grabarlaw.com