SCHEDULE B

FILED BY __PG__ D.C.

APR 21 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Adrian Gucovschi, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name Adrian Gucovschi
State Bar Number 5565031
Firm Name Gucovschi Law, PLLC
Mailing Address 630 FIFTH AVENUE, SUITE 2000 NEW YORK, NY 10111
Telephone Number (212) 884-4230
Email Address adrian@gucovschi-law.com

Attorney Signature: _[signed]_   Date: 04/20/2021

Align top of FedEx Express® shipping label here.

ORIGIN ID:SXYA (516) 754-3526
GUCOVSCHI LAW
630 5TH AVE
NEW YORK, NY 10111
UNITED STATES US

SHIP DATE: 20APR21
ACTWGT: 0.45 LB
CAD: 6997583/SSFD2201

BILL CREDIT CARD

TO  MDL CLERK
US DIST COURT SOUTHERN DIST OF FL
400 N MIAMI AVE

MIAMI FL 33128
(504) 239-7727   REF:

U.S.M.S. INSPECTED BY:



FedEx Express
E

TRK# 7861 9964 3355
0201

WED - 21 APR 10:30A
PRIORITY OVERNIGHT

XH MPBA

33128
FL-US  MIA

