**SCHEDULE B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

```
FILED BY_____PG__D.C.

APR 22 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, _____Leiv Blad_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of _California & The District of Columbia_.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name   Leiv Blad
State Bar Number  California- 151353 & District of Columbia- 434450
Firm Name  Lowenstein Sandler LLP
Mailing Address 2200 Pennsylvania Avenue NW, Washington, DC 20037
Telephone Number  202-753-3820
Email Address  lblad@lowenstein.com

Attorney Signature: _____          Date: _4/20/2021_____

ORIGIN ID:QNYA   (212) 262-6700
GERILYN COPPOLA
LOWENSTEIN SANDLER
1251 AVENUE OF THE AMERICAS

NEW YORK, NY 10020
UNITED STATES US

SHIP DATE: 20APR21
ACTWGT: 1.00 LB
CAD: 250511358/WSXI3400

BILL SENDER

TO **MDL CLERK**

**US DIST COURT, SOUTHERN DIST OF FLA**

**400 N MIAMI AVE**

**MIAMI FL 33128**

(201) 741-9936    REF 351543
INV:
PO:          DEPT

PS|Ship - FedEx Label



**FedEx** Express

**E**

REL#
3785346

**WED - 21 APR 4:30P**

**STANDARD OVERNIGHT**

TRK#
0201  **7862 0645 1732**

# XH MPBA

33128
FL-US  **MIA**

4/20/2021