SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

FILED BY __PG__ D.C.

APR 22 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, __Michael A. Cohen__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __New York__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Michael A. Cohen |
| State Bar Number | 5320221 |
| Firm Name | The Rosen Law Firm, P.A. |
| Mailing Address | 275 Madison Avenue, 40th Floor, New York, NY 10016 |
| Telephone Number | (212) 686-1060 |
| Email Address | mcohen@rosenlegal.com |

Attorney Signature: __/s/ Michael Cohen__     Date: __4/21/2021__

```
ORIGIN ID:QNYA  (914) 330-7977         SHIP DATE: 21APR21
MICHAEL,ALEX COHEN                     ACTWGT: 0.50 LB
THE ROSEN LAW FIRM                     CAD: 6991986/SSFQ2201
275 MADISON AVENUE, 40 FL

NEW YORK, NY 10016                     BILL CREDIT CARD
UNITED STATES US
```

TO **ATTN: MDL CLERK**
**US DIST CT SOUTHERN DISTRICT OF FL**
**400 NORTH MIAMI AVENUE**

**MIAMI FL 33128**
(999) 999-9999          REF:
THU:
PO:                     DEPT:



FedEx Express

REL# 3785346

TRK# 7862 6336 5375     THU - 22 APR 10:30A
0201                    PRIORITY OVERNIGHT

**XH MPBA**           33128
                      FL-US  MIA



