**SCHEDULE B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

FILED BY ___AG___ D.C.

APR 22 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____ /

**CERTIFICATE OF UNDERSTANDING REGARDING**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, __Erica L. Stone_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __New York_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Erica L. Stone |
| State Bar Number | 5225321 |
| Firm Name | The Rosen Law Firm, P.A. |
| Mailing Address | 275 Madison Avenue, 40th Floor, New York, NY 10016 |
| Telephone Number | (212) 686-1060 |
| Email Address | estone@rosenlegal.com |

Attorney Signature: _Erica L. Stone_____          Date: __4/21/2021_____

ORIGIN ID:QNYA  (914) 330-7977
MICHAEL ALEX COHEN
THE ROSEN LAW FIRM
275 MADISON AVENUE, 40 FL

NEW YORK, NY 10016
UNITED STATES US

SHIP DATE: 21APR21
ACTWGT: 0.50 LB
CAD: 6991986/SSFO2201

BILL CREDIT CARD

TO **ATTN: MDL CLERK**
**US DIST CT SOUTHERN DISTRICT OF FL**
**400 NORTH MIAMI AVENUE**

**MIAMI FL 33128**
(000) 000-0000
THU!
PO!                    REF:
                       DEPT:



**FedEx**
Express

**E**

REL#
3786346

TRK#
0201  **7862 6336 5375**

**THU – 22 APR 10:30A**
**PRIORITY OVERNIGHT**



**XH MPBA**

**33128**
FL-US  **MIA**

