SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, __Evan Selik_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __California_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

    Name   Evan Selik
    State Bar Number  251039
    Firm Name  McCATHERN, LLP
    Mailing Address  523 w. Sixth St., LA, CA 90014
    Telephone Number  213-225-6150
    Email Address  ESelik@mccathernlaw.com

Attorney Signature: ___*Evan Selik*_____    Date: ___April 19, 2021___

# McCATHERN

April 19, 2021

Attention: MDL Clerk
400 North Miami Avenue
Miami, Florida 33128

      RE:   **In Re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION - CASE NO. 21-2989-MDL**

To Whom It May Concern:

Please see enclosed Certificate of Understanding. I hereby request username and password for attorney Evan Selik for the above referenced matter.

Thanks

Respectfully,

McCATHERN

KRISHNA K. ANDERSON
Paralegal/Senior Litigation Secretary

kka
Enclosure

**MCCATHERN**
523 WEST SIXTH STREET, SUITE 830
LOS ANGELES, CALIFORNIA 90014

MCCATHERN

Attention: MDL Clerk
400 North Miami Avenue
Miami, Florida 33128

