**SCHEDULE B**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-2989-MDL-ALTONAGA/Torres

FILED BY __PG__ D.C.

APR 23 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, __Jason S. Rathod__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __the District of Columbia__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Jason S. Rathod |
| State Bar Number | DCB# 100082 |
| Firm Name | Migliaccio & Rathod |
| Mailing Address | 412 H St. NE, Ste. 302 |
| Telephone Number | 202-470-3520 |
| Email Address | jrathod@classlawdc.com |

Attorney Signature: _____  Date: 4-21-21

Align top of FedEx Express® shipping label here.

ORIGIN ID:VJIA (202) 509-5951
JASON RATHOD

764 HARVARD ST NW

WASHINGTON, DC 20001
UNITED STATES US

SHIP DATE: 21APR21
ACTWGT: 0.10 LB
CAD: 6992952/SSF02201

BILL CREDIT CARD

TO ATTN: MDL CLERK
US DISTRICT COURT-SOUTHERN
400 N MIAMI AVE

MIAMI FL 33128
(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx
Express

E

REL#
3765346

FRI - 23 APR 10:30A
MORNING 2DAY

TRK# 0201 7862 6434 9927

SH MPBA

33128
FL-US MIA


