UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to:

FRANCIS SHAEFFER, individually, and On behalf of all others similarly situated,

    Plaintiffs,

v.

                            Case No.: Case No. 8:21-cv-00093

TD AMERITRADE, INC.

    Defendants.

_____/

**NOTICE OF APPEARANCE OF KRISTI STAHNKE MCGREGOR**

      Please take notice that Kristi Stahnke McGregor from the law firm of Evangelista Worley LLC, hereby enters her appearance as counsel in the above-captioned matter on behalf of Plaintiff Francis Shaeffer, both individually and on behalf of all others similarly situated, and requests that copies of all motions, notices, pleadings, orders, and other correspondence be forwarded to the undersigned counsel.

      Dated April 23, 2021.

                                                    Respectfully Submitted,

                                                    /s/ Kristi Stahnke McGregor
                                                    Kristi Stahnke McGregor

Florida Bar No. 0732931
EVANGELISTA WORLEY LLC
500 Sugar Mill Road, Suite 245A
Atlanta, Georgia 30350
Tel: (404) 205-8400
Email: kristi@ewlawllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 23, 2021 with the Clerk of Court using CM/ECF which caused a copy to be served on all counsel of record.

*/s/ Kristi Stahnke McGregor*
Kristi Stahnke McGregor
*Counsel for Plaintiffs*