**SCHEDULE B**

FILED BY __PG__ D.C.

APR 26 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, __Rachel E. Morowitz__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __Washington__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name   Rachel E. Morowitz
State Bar Number   53371
Firm Name   Keller Rohrback L.L.P.
Mailing Address   1201 Third Ave., Suite 3200, Seattle, WA 98101
Telephone Number   206-623-1900
Email Address   rmorowitz@kellerrohrback.com

Attorney Signature: *Rachel Morowitz*   Date: 4-21-21