UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____

*THIS DOCUMENT RELATES TO:*

SHANE CHENG AND TERELL STERLING,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

Case No.: 1:21-cv-21318-CMA

ALLY FINANCIAL, INC., *et al.*,

    Defendants.
_____/

## NOTICE OF FIRM NAME CHANGE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the law firm of Joseph Saveri Law Firm, Inc. has changed its name to Joseph Saveri Law Firm, LLP, effective April 13, 2021. The contact information for Joseph R. Saveri, Steven N. Williams, Christopher K. L. Young, and Anupama K. Reddy, counsel for Plaintiffs Shang Cheng and Terell Sterling in the above-captioned action, is now:

1

Joseph R. Saveri
Steven N. Williams
Christopher K.L. Young
Anupama K. Reddy
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swillliams@saverilawfirm.com
cyoung@saverilawfirm.com
areddy@saverilawfirm.com

Dated: April 26, 2021  **JOSEPH SAVERI LAW FIRM, LLP**

By: ___/s/ Joseph R. Saveri___
   Joseph R. Saveri

Joseph R. Saveri (CA Bar No. 130064)
Steven N. Williams (CA Bar No. 175489)
Christopher K.L. Young (CA Bar No. 318371)
Anupama K. Reddy (CA Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swillliams@saverilawfirm.com
cyoung@saverilawfirm.com
areddy@saverilawfirm.com

*Attorneys for Plaintiffs Shane Cheng and Terell Sterling*