**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to All Actions

## NOTICE OF FILING LEADERSHIP APPLICATIONS OF PLAINTIFFS' ATTORNEYS

Pursuant to the Court's Order [DE 209] entered April 19, 2021, attached for the Court's consideration are the leadership applications submitted to the undersigned counsel by the attorneys listed below. As instructed by the Court, the applicants may submit their supporting exhibits, if any, by separately filing them on the docket.

Exhibit 1 - Assaad, Gabriel A.

Exhibit 2 - Ellis, Dennis S.

Exhibit 3 – Furst, Rachel

Exhibit 4 - Klafter, Jeffrey A.

Exhibit 5 – Oberlin, Michael

Exhibit 6 - Pessah, Maurice

Exhibit 7 - Salas, Natalia

Exhibit 8 - Saveri, Joseph

Exhibit 9 - Schirripa, Frank

Exhibit 10 - Willey, IV,  Roy T.

Dated:  April 26, 2021

Respectfully submitted,

s/ *Rachel Wagner Furst*
Rachel Wagner Furst
Fla. Bar No. 45155
rwf@grossmanroth.com
**GROSSMAN ROTH YAFFA COHEN, P.A**.
2525 Ponce de Leon Blvd Ste 1150
Coral Gables, FL 33134-6040
Telephone: (305) 442-8666
Facsimile: (305) 285-1668

*Co-counsel for Plaintiff Sagi Cezana*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I electronically filed the forgoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By: */s/ Rachel Wagner Furst*
Rachel Wagner Furst