UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

CASE NO. 21-2989-MDL-
ALTONAGA/Torres

IN RE: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

NOTICE OF FILING OF EXHIBITS IN SUPPORT OF
APPLICATION OF PLAINTIFF MICHAEL OBERLIN FOR
LEADERSHIP POSITION AND SELECTION OF COUNSEL

PLEASE TAKE NOTICE that the attached Exhibits comprised of Exhibit A (Firm

Resume of Safirstein Metcalf LLP) and Exhibit B (Firm Resume of Kantrowitz Goldhamer &

Graifman, P.C.) are filed pursuant to the Court's ORDER (ECF Doc. 209) requiring Exhibits to

the Application for Appointment of Lead Plaintiff ("Application") to be filed separately on the

Docket.  The Application has been submitted to Rachel Wagner Furst in accordance with the

Court's ORDER.

Dated:  April 26, 2021

SAFIRSTEIN METCALF LLP

*/s/ Peter Safirstein*
Peter Safirstein
Elizabeth S. Metcalf
1345 Avenue of the Americas
2nd Floor
New York, NY  10105
Tel: (212) 201-5845
psafirstein@safirsteinmetcalf.com
emetcalf@safirsteinmetcalf.com
*Pro Hac Vice Admission requested*

**KANTROWITZ, GOLDHAMER  
& GRAIFMAN, P.C.**  
Gary S. Graifman  
Melissa R. Emert  
135 Chestnut Ridge Road  
Montvale, NJ 07645  
Tel: (201) 391-7000  
ggraifman@kgglaw.com  
memert@kgglaw.com  
*Pro Hac Vice Admission requested*

***Attorneys for Plaintiff  
Michael Oberlin***