# Exhibit A

# SAFIRSTEIN METCALF LLP

## Antitrust · Securities Fraud · Consumer Fraud
## Class Action Litigation

Attorney & Professional Staff Résumé



## SAFIRSTEIN METCALF LLP'S LITIGATION PRACTICE

Safirstein Metcalf LLP's attorneys have extensive experience representing plaintiffs in derivative, antitrust, securities, commodities, and consumer class actions. Our specialized team has been intensively involved in legal actions related to various antitrust, securities, and corporate wrongdoing, as well as in the development of individualized legal strategies to offset our clients' losses. Our lawyers have played prominent roles in important class actions including the mammoth IPO Securities litigation that settled for more than $500 million.

Our clients' cases have involved antitrust violations, financial fraud, challenges to unfair mergers and tender offers, failed corporate governance, and customer/brokerage firm arbitration proceedings. We have successfully challenged drug price-fixing, won compensation for consumers injured by debilitating products, and achieved significant, long term corporate governance changes at public companies.

Firm Co-Founders, Peter Safirstein and Elizabeth Metcalf, have been actively involved in prosecuting numerous cases, including:

- *In re McKesson Corp. Shareholder Derivative Litig.*, No. 4:17-cv-1850-CW (N.D. Cal.) (settled derivative matter regarding breaches by McKesson Corp.'s board of directors and senior officers in abdicating their fiduciary duty of oversight with respect to the company's sale of opioid drugs and controlled substances – settled For $175 million and significant corporate governance changes); *City of Monroe Employees' Retirement System v. Rupert Murdoch, et al*. C.A. No. 0833-AGB (Del. Ch. Nov. 20, 2017) (asserting breach of fiduciary duty claims regarding the systematic, decades-long culture of sexual harassment, racial discrimination, and retaliation

SAFIRSTEIN METCALF LLP
1345 Avenue of the Americas, 2nd Floor New York, NY 10105  ph:1-800-221-0015 · 212-201-2855
www.safirsteinmetcalf.com

that led to a hostile work environment at FOX News Channel - settled for $90 million and significant corporate governance changes);

- *Reynolds v. Dow Chemical Co.*, C.A. No. 2017-0203-JRS (Del. Ch.) (settled derivative matter alleging the improper reporting of payment for significant amounts of personal expenses incurred by the company's CEO)

- *In re Namenda Indirect Purchaser Antitrust Litig.*, Nos. 15 Civ. 6549 (S.D.N.Y) (appointed co-lead counsel);

- *Torus Capital LLC v. Bank of Nova Scotia, New York Agency et al.*, No. 1:16-cv-05437 (S.D.N.Y) (antitrust matter alleging a conspiracy to rig the market for securities sold by the U.S. Department of the Treasury);

- *In re Disposable Contact Lens Antitrust Litig.*, No. 3:15-md-02626 (M.D. Fla.); *In re Packaged Seafood Products Antitrust Litig.*, No. 15-MD-2670 JLS (MDD) (S.D.Cal.);

- *In re Aggrenox Antitrust Litig.*, No. 14-md-2516 (D. Conn.); *In re Lidoderm Antitrust Litig.*, No. 14-md-2521(N.D. Cal.); *In Re: Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litig.*, No. 1:18-md-02819 (E.D.N.Y.); *In Re: Zetia (Ezetimibe) Antitrust Litig.*, No 2:18-md-02836 (E.D.Va.); and

- several anti-trust matters alleging conspiracies to increase the prices of various generic medications including (all currently pending in E.D. Pa.):  *SBA v. Endo Int'l. plc et al.*, No. 2:17-cv-01986) (amitriptyline); *SBA v. Taro Pharm. Industries, Ltd. et al.*, No 2:17-cv-01759) (lidex); *SBA v. Fougera Pharm., Inc. et al.*, No. 2:17-cv-01755 (desonide);  *SBA v. Actavis Elizabeth*, LLC et al., 2:17-cv-01771) (propranolol); and *SBA v. Fougera Pharm. Inc. et al.*, No. 2:17-cv-01753) (clobetasol).

• • •

The attorneys at Safirstein Metcalf LLP have also litigated or are litigating several other class and derivative matters, including: *Diep v. Sather*, C.A. No. 12760-VCL (Del. Ch.) (asserting insider trading claims against certain El Pollo Loco Holdings, Inc. insiders); *Kocen et al. v. Deepak Chopra et al.*, C.A. No. 11291-VCL (Del. Ch.)/*In re OSI Sys., Inc. Deriv. Litig.* No. 2:14-cv-02910-MWF (C.D. Cal.) (settled derivative matter which asserted breach of fiduciary claims regarding the hiding of problems with the company's body and baggage scanners and the failure to create a federal regulations compliance program); *Jeffery Kocen and Michael Riley v. Deepak Chopra et al.* No. 2:18-cv-03371-FMO (co-lead counsel in pending derivative matter challenging alleged corruption); *In re Gateway Plaza Residents' Litig.*, No. 651023/2014 (Sup Ct, New York County) (co-lead counsel in settled class action alleging uninhabitable conditions at Gateway Plaza in New York's Battery Park City - settled for benefits totaling an excess of $42 million); *Reid et al v. Unilever United States, Inc.* 1:12-cv-06058 (N.D. Ill.) (co-lead counsel in settled consumer action on behalf of purchasers and users of a Suave brand hair treatment that allegedly causes unwanted, significant hair loss); *Kayce v. Patriot National, Inc. et al.*, 1:17-cv-07164-ER (active class action under the Securities Exchange Act of 1934 for securities fraud and stock manipulation; partial settlement); and *Iowa Public Employees' Retirement System et al v. Bank of America Corp. et al.*, No. 1:17-cv-06221 (S.D.N.Y.) (active class action alleging five banks colluded to prevent modernization of the $1.7 trillion stock loan market to prevent losing out on massive fees).

## Peter Safirstein

Peter primarily represents plaintiffs in securities, antitrust, commodities and consumer class actions and also represents whistleblowers before the SEC.

Prior to entering private practice, Peter served in the Enforcement Division of the Securities Exchange Commission and in the United States Attorneys' Offices for the Southern District of New York and the Southern District of Florida where he concentrated on prosecuting white collar crime.

He has played a prominent role in important class actions including the mammoth IPO Securities litigation that settled for more than $500 million.  He served as co-lead counsel in *Blessing v. Sirius XM Radio, Inc.*, No. 09 CV 10035 (HB) (S.D.N.Y.), an antitrust case that settled for $180 million, and served in prominent roles in such other antitrust matters as *In re Disposable Contact Lens Antitrust Litigation*, No. 3:15-md-02626 (M.D. Fla.) and *In re Korean Air Lines Co., Ltd Antitrust Litigation*, No. 07-cv-05107 (C.D. Cal.).  In addition, Peter's practice includes Human Rights Litigation and Peter successfully represented Nigerian children allegedly victimized by Pfizer's improper medical experiments involving the drug Trovan.  Peter was also part of the team that represented consumers in an antitrust case against Sirius XM Radio which was resolved for $180 million.

Peter serves on ABA Committees.  He has lectured on class actions before various professional associations.



**psafirstein@safirsteinmetcalf.com**
**(212) 201-2845 (direct)**

**Education:**

B.A., George Washington University, 1978

M.A., Georgetown University, 1980

J.D., Brooklyn Law School, 1985

**Bar Admissions:**

United States Supreme Court

United States Court of Appeals, Second Circuit

United States Court of Appeals, Third Circuit

United States District Court, Southern District of New York

United States District Court, Eastern District of New York

United States District Court, District of New Jersey

New York State Bar

New Jersey State Bar

## Elizabeth S. Metcalf

Elizabeth focuses her practice on antitrust, consumer, and securities class actions and shareholder derivative litigation.  Elizabeth is currently involved in the prosecution of several antitrust actions including *Iowa Public Employees' Retirement System et al v. Bank of America Corp. et al.*, No. 1:17-cv-06221 (S.D.N.Y.), a class action alleging five banks colluded to prevent modernization of the $1.7 trillion stock loan market to prevent losing out on massive fees.

Elizabeth also represents whistleblowers before the SEC and in *qui tam* matters.  Past litigation includes *In re Massey Energy Co. Derivative & Class Action Litigation*, which followed the 2010 mining disaster, and *Reid et al v. Unilever United States, Inc.*, a class action on behalf of purchasers and users of a Suave brand hair treatment that allegedly causes unwanted, significant hair loss.  She serves as a member of the teams prosecuting: generic drug price fixing; derivative actions including those against the Boards of Directors of McKesson Corporation and El Pollo Loco Holdings, Inc.; and a class action on behalf of Gateway Plaza residents in New York's Battery Park City.

Prior to law school, Elizabeth worked as a financial research analyst at a class action securities fraud law firm. During law school, she was a member of the *Fordham International Law Journal*, and she served as a legal intern at the Securities Arbitration Clinic of Fordham University School of Law, obtaining a punitive damages award before an arbitration panel under the Financial Industry and Regulatory Authority.



emetcalf@safirsteinmetcalf.com
(212) 201-2843 (direct)

**Education:**

B.A., Colorado College, 1992

J.D., Fordham University School of Law, 2008

**Bar & Court Admissions:**

United States District Court, Southern District of New York

New York State Bar

**Sheila Feerick**
**Financial Analyst Director of Client Communications**

Sheila has fifteen years of law firm experience. She performs extensive investigative financial analysis for potential class action lawsuits, identifying and analyzing potential cases for antitrust and securities class action litigation. Once those cases are filed, Sheila provides detailed financial analysis assisting in the prosecution of those matters.

In addition, Sheila is responsible for communicating with individuals, health and welfare funds and institutional investors about antitrust and securities class actions. Prior to joining Safirstein Metcalf LLP, she managed the Shareholder Services Department at a large New York-based securities litigation firm.

Sheila earned a BA in English from Villanova University and an MBA in Finance from Stern School of Business at NYU (2000).



sfeerick@safirsteinmetcalf.com
(212) 201-2856 (direct)