# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-2989-MDL ALTONAGA/Torres

In re: JANUARY 2021 SHORT SQUEEZETRADING LITIGATION

**EXHIBITS TO APPLICATION OF MAURICE D. PESSAH ON BEHALF OF PESSAH LAW GROUP, PC FOR APPOINTMENT TO PLAINTIFF'S LEADERSHIP COMMITTEE**

Dated: April 26, 2021                    Respectfully submitted,

                                        **PESSAH LAW GROUP, PC**

                                        By: */s/ Maurice D. Pessah*
                                        **Maurice D. Pessah**
                                        *maurice@pessahgroup.com*
                                        **Summer E. Benson**
                                        *sbenson@pessahgroup.com*
                                        **Jason H. Sunshine**
                                        *jsunshine@pessahgroup.com*
                                        **Michael Morris-Nussbaum**
                                        *mmnussbaum@pessahgroup.com*
                                        **Stuart N. Chelin (Of Counsel)**
                                        *stuart@chelinlaw.com*
                                        **Attorneys for Plaintiffs**
                                        Josh Gossett
                                        James LaPlant
                                        Danielle Perreault
                                        Maurice Scarborough
                                        Scott Schiller

**Master Chronological Index to Exhibits for Application of Maurice Pessah to Become Lead Counsel**

| Exh. No. | Description |
|---|---|
| A | First Amended Complaint for *Josh Gossett, et al. v. Robinhood Financial, et al.* [2:21-cv-00837] before the Central District of California |
| B | Biography of Pessah Law Group and Chelin Law Firm Attorneys |
| C | Screenshot of PessahLawGroup.com website with MDL resources |
| D | Spreadsheet of Cases Submitted to the JPML |