# EXHIBIT B

*(Biography of Pessah Law Group and Chelin Law Firm Attorneys)*



### Maurice D. Pessah
Founder

**Phone:**
310-772-2261

**Email:**
maurice@pessahgroup.com

**Practice Areas :**
Commercial Litigation
Class Actions
Employment
Intellectual Property

### Education

- University of California, San Diego
  B.A. Political Science/International Relations

- Institut d'Etudes Politiques de Paris (Sciences-Po)
- Diplôme International

- Southwestern Law School
  J.D., 2010 (SCALE Program)
  Trial Advocacy Honors Program
  Moot Court Honors Program
  (First Place Oralist and Best Alternate Writer)

### Awards and Honors

- Super Lawyers, California Rising Star  (2013-2021)
- Top Employment Lawyers (eBoss Watch 2012)

Maurice D. Pessah is the founder of Pessah Law Group, PC. Maurice is a highly sought-after counselor and litigator whose legal acumen and personal style have earned him the gratitude of clients, the respect of adversaries, and recognition in the Los Angeles legal community.

For the past ten years, Maurice has served his clients with equal skill in the courtroom and around the negotiating table. For eight consecutive years (2013 - 2021), Maurice has been named as a Super Lawyer Rising Star, a peer-based award reserved only for the top 2% of lawyers under 40 in Southern California.

Early in his career, Maurice was particularly noted for his effective representation of a media company and an amateur art collector in a dispute with the estate of late nature photographer, Ansel Adams. The case involved several novel intellectual property issues and received widespread media attention in the Wall Street Journal, New York Times, Los Angeles Times, and in various international media outlets such as CNN and BBC.  Just two years into his legal career, Maurice was selected by his predecessor firm to argue a case before the Ninth Circuit Court of Appeal.

In 2017, Maurice was invited to join a group of powerful plaintiff's attorneys pursuing claims against Wells Fargo bank on behalf of a class of aggrieved employees who refused to participate in the bank's opening of unauthorized accounts. The case received widespread coverage (https://www.law.com/americanlawyer/almID/1202775869542/).

In 2019, Maurice secured a settlement on behalf of a class of employees pursuing claims against one of the largest consumer goods distributors in North America.

Recently, PLG was one of the first firms in California to pursue claims against Robinhood Financial for its decision to restrict trading of certain securities like Gamestop (GME), AMC Entertainment Holdings (AMC), Blackberry (BB), Nokia (NOK) and American Airlines (AAL). (https://money.yahoo.com/california-class-action-lawsuit-against-130000392.html).

Maurice is admitted to practice before all California state and federal courts, the Ninth Circuit Court of Appeals, and the District of Colorado.

During law school, Maurice was a member of both the Trial Advocacy and Moot Court honors programs and was named First Place Oralist and Best Alternate Writer.

Prior to law school, Maurice lived in Paris where he pursued a post-baccalaureate degree in International Relations at the prestigious Institut d'Etudes Politiques, more commonly known as Sciences-Po. Upon completing his studies in Paris, Maurice worked at an NGO where he served as a political liaison and accompanied multiple European Union delegations to the Middle East.

Maurice is fluent in French, Farsi and Spanish.



### Summer E. Benson
**Lawyer**

**Phone:**
310-772-2261

**Email:**
sbenson@pessahgroup.com

**Practice Areas:**

Consumer Class Actions and Multi-District Litigation
Commercial Litigation
Intellectual Property and Entertainment Litigation
Employment Litigation

### Education

- University of Florida
  B.S. Public Relations,(2014)

- American University Washington
  College of Law
  Juris Doctor (2018)
  Glushko-Samuelson Intellectual
  Property Law Clinic
  Program on Information Justice and
  Intellectual Property

### Bar and Court Admissions

- 2019, California

### Representative Matters

- In re January 2021 Short Squeeze Litigation
- In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation
- In re Ford Motor Co. DPS6 Powershift Transmission Product Liability Litigation

Summer Benson is an associate attorney at Pessah Law Group, PC. Summer's practice reflects her passion for advocacy and problem-solving. Summer pursued her legal education at American University Washington College of Law where she served as a student attorney for the Glushko-Samuelson Intellectual Property Law Clinic, and as a dean's fellow for the Program on Information Justice and Intellectual Property.

Prior to joining PLG, Summer worked as a litigation associate for a large consumer protection law firm, where she handled all aspects of civil litigation.

Summer recently secured a complete dismissal for a high-profile PLG client in a contentious film financing dispute. Summer is admitted to practice in California and before all Federal District courts in this state.

CONTACT US >



## Stuart Chelin
### Of Counsel

**Phone:**
310-772-2261

**Email:**
schelin@pessahgroup.com

**Practice Areas:**
Commercial Litigation
Breach of Fiduciary Duty
Business Torts

### Education

- McGill University Faculty of Law

Stuart Chelin is Of Counsel at Pessah Law Group.

Prior to being admitted to practice in California, Stuart was a litigator in Toronto, Canada.

Immediately after being called to the bar in 1993, Stuart joined the law firm of Solmon Rothbart Goodman LLP ("SRG") in Toronto, Canada as an associate, eventually becoming a partner in the firm. He spent over a decade with SRG engaged in a practice that emphasized corporate/commercial litigation that often involved highly sophisticated matters. Stuart's experience includes acting for both plaintiffs and defendants in banking disputes, creditor/debtor and mortgage litigation, breaches of fiduciary duty, partnership and shareholder disputes, corporate oppression remedies, fraud, receivership and bankruptcy matters, injunctive relief, employment law cases and defamation.

Generally, Stuart's practice with SRG involved small or medium sized clients, often embroiled in corporate/commercial disputes with larger institutional opponents. Engaging in the court system against much larger adversaries, and against much larger law firms, his practice required developing sound and aggressive strategies and the deployment of available rule-permitted tactics. Stuart's litigation career has involved his acting on behalf of clients against top global banks, a leading global insurance company, top international accounting firms, a national public broadcaster of radio and television (CBC), Canada's highest weekly circulation newspaper, a major European luxury automobile manufacturer and a national police force (the RCMP).

Stuart was a top ten graduate (6th overall) in 1991 from the prestigious Faculty of Law at McGill University (ranked in 2018 as the 13th best school for the study of law worldwide by Times Higher Education: World University Rankings). He graduated with the distinction of Upper Second Class Honors. In the Province of Ontario, Canada, law graduates are required to spend a year in an apprenticeship, called articling, before being called to the bar. Stuart's articling experience, across a variety of practice areas, was with a major law firm now known as Fasken, with over 700 lawyers and international offices in Canada, Europe, Asia and Africa. He was called to the bar as a member of the Law Society of Ontario in 1993. Early in his career, Stuart also spent time as Associate General In-House Counsel with Cott Corporation, a multi-national, publicly trade company.

Stuart was admitted to practice in California in 2018, after passing the California Bar Exam on his first attempt. His practice focuses on commercial litigation.



## Jason H Sunshine
Lawyer

**Phone:**
310-772-2261

**Email:**
jsunshine@pessahgroup.com

**Practice Areas:**
Consumer Class Actions and MDLs
Litigation

### Education

- Columbia College, Columbia University in the City of New York
  B.A. Philosophy

- Columbia Law School
  J.D., 2018
  Columbia Journal of Law and Social Problems
  Environmental Law Clinic

### Bar and Court Admissions

- 2019, New York
- 2021, California

### Representative Matters

- In Re January 2021 Short Squeeze Litigation, MDL No. 2989
- In Re National Prescription Opioid Litigation, MDL No. 2804
- In Re Roundup Products Liability Litigation, MDL No. 2741

Mr. Sunshine joined Pessah Law Group in 2021 after serving as a litigation associate in the New York office of one of the largest consumer law firms in the world.

Jason has a deep passion for taking on powerful and entrenched interests that have wronged everyday people. He is a litigator with diverse practice experience and a particular focus on complex litigation.

Jason is extensively involved in litigation against Robinhood for the January "short squeeze" that caused untold losses to thousands of retail investors (In re January 2021 Short Squeeze Trading Litigation, MDL No 21-2989).

Prior to joining PLG, Jason practiced at a nationwide law plaintiffs' firm, where he litigated product liability cases and mass torts. In that role, Jason had a front-row seat to some of the most widely publicized cases of the decade. (In Re National Prescription Opiate Litigation, MDL No. 2804)(In Re Roundup Products Liability Litigation, MDL No. 2741).

Upon completing his undergraduate studies at Columbia University, Jason served as a Special Assistant at the New York State Department of Financial Services, where he investigated LIBOR manipulation by several large banks. The investigation ended with a historic settlement, earning a much-needed windfall for the state's coffers. In law school, Jason spent his first-year summer at the New York County District Attorney's Office assisting in the investigation and prosecution of felony drug crimes. He got his first taste of plaintiff's work as a summer associate at the New York-based civil rights firm of Emery Celli Brinckerhoff & Abady, LLP. There, he participated in a range of civil rights cases, from helping an undocumented minor secure legal status to investigating a wrongful murder conviction.

Jason graduated from Columbia University, cum laude, in 2014 with a Bachelor of Arts in Philosophy. He went on to Columbia Law School, where he joined the Environmental Law Clinic and the Columbia Journal of Law and Social Problems, receiving his Juris Doctor in May 2018. A recent transplant to Los Angeles, Jason was born and raised in New York City. In addition to his job, Jason is a voracious reader with wide-ranging interests and a passion for learning.

Jason is admitted to practice in both California and New York.



## Michael Morris-Nussbaum

Lawyer

**Phone:**
310-772-2261

**Email:**
mmnussbaum@pessahgroup.com

**Practice Areas:**
Employment Litigation
Commercial Litigation
Intellectual Property and Entertainment Litigation

### Education

- University of Southern California
  B.A. Philosophy, Politics &
  Law, cum laude
  Presidential Scholarship
  Vice President, Phi Alpha Delta
  Pre-Law Fraternity

- UCLA School of Law
  J.D., 2017 Dean's Scholarship
  Research Assistant, Prof. Sung
  Hui Kim (2015); Prof. Daniel
  Bussel (2015-2016)

### Bar and Court Admissions

- 2017, California

Michael Morris-Nussbaum has been an associate attorney at Pessah Law Group, PC since June 2019. At PLG, Michael has obtained substantial settlements on behalf of numerous clients, including A-list entertainers, in a variety of intellectual property and employment disputes. Prior to joining Pessah Law Group, Michael practiced criminal law and civil litigation at The Altman Law Group, where his cases achieved record-setting verdicts under California's Song-Beverly
Act. (Nolan v. Ford Motor Co., Case no. RIC1307491 achieved a verdict of $8.2 million, one of the highest consumer law verdicts in the state).

Michael graduated cum laude with a B.A. in Philosophy, Politics & Law from the University of Southern California. At USC, Mr. Morris-Nussbaum served as Vice President of the Alpha Delta chapter of Phi Alpha Delta, the country's largest professional law fraternity. He then attended the UCLA School of Law on a Dean's Scholarship, where he worked as a research assistant to Professors Sung Hui Kim and Daniel Bussel. Michael's research contributions have been credited in multiple national publications such as the American Bankruptcy Institute Law Review and the Fordham Law Review.