# EXHIBIT C
*(Screenshot of PessahLawGroup.com website with MDL resources)*

PLG
PESSAH LAW GROUP

Home   About   Professionals   Robinhood Lawsuit   MDL Resources   Contact   News   Robinhood Class Action >

# January 2021 Short Squeeze MDL Resources

The following resources are being made available by PLG for the convenience of esteemed Plaintiffs' counsel currently participating in the January 2021 Short Squeeze Multi-District Litigation. Of course, these resources may also prove helpful for other attorneys engaged in MDL litigation across the United States.



**01**

Manual for Complex Litigation, Fourth

Download



**02**

Standards and Best Practices for Large and Mass Tort MDLs (Duke Law Center for Judicial Studies, 2014)

Download



**03**

Sample Motion to Appoint Co-Lead Counsel From SDFL: In Re Monat Hair Care Products Marketing/Sales Practices and Products Liability Litigation

Download



**04**

April 2, 2021 Pre-Trial Order (21-md-02989-CMA)

Download



**05**

April 19, 2021 Pre-Trial Order (21-md-02989-CMA)

Download



**06**

Southern District of Florida Local Rules

Download

## Please let us know if there are any resources we should include?

Submit


Transmission of the information contained or available through this website is not intended to create, and receipt does not constitute an attorney-client relationship. If you seek legal advice or representation by Pessah Law Group, PC 661 N Harper Ave, Suite 208 West Hollywood, CA 90048 (the "Firm"), you must first enter a formal agreement. All information contained in any transmission is confidential and the Firms agree to protect information against unauthorized use, publication or disclosure. This site is regulated by the California Rules of Professional Conduct.

This website is a legal advertisement.