# EXHIBIT D

*(Spreadsheet of Cases Submitted to JPML)*

| VENUE | CASE NUMBER | NAMED PLAINTIFF | DEFENDANT(S) | JUDGE | DATE FILED |
|---|---|---|---|---|---|
| **Central District of California** | | | | | |
| | 2:21-cv-00843 | Levi Cobos | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Virginia A. Phillips | 1/29/2021 |
| | 2:21-cv-00837 | Josh Gossett; James LaPlant; Danielle Perreault; Maurice Scarborough; Scott Schiller | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Virginia A. Phillips | 1/29/2021 |
| | 2:21-cv-00835 | Hanna Kayali; Mohammed Doleh | Robinhood Financial, L LC; Robinhood Securities , LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; Melvin Capital Management, LP; TD Ameritrade, Inc.; The Charles Schwab Corporation ; Charles Schwab and Co. Inc.; The Depository Trust & Clearing Corp. | Honorable Virginia A. Phillips | 1/28/2021 |
| **Northern District of California** | | | | | |
| | 3:21-cv-00693 | David Wieg | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Laurel Beeler (Magistrate) | 1/28/2021 |
| | 4:21-cv-00696 | Robert Days | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Yvonne Gonzalez Rogers | 1/28/2021 |
| | 4:21-cv-00697 | Christian Dalton | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Kandis A. Westmore (Magistrate) | 1/28/2021 |
| | 4:21-cv-00758 | Sagi Cezana | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Jon S. Tiger | 1/29/2021 |
| | 4:21-cv-00829 | Patryk Krasowski; Nick Parker | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC f/k/a Citadel, LLC | Honorable Jon S. Tiger | 1/29/2021 |
| | 3:21-cv-00781 | Shane Cheng; Terrell Sterling | Ally Financial, Inc.; Alpaca Securities LLC; Cash App Investing, LLC; Square, Inc.; Dough, LLC; Morgan Stanley Smith Barney, LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers, LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC ; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; WeBull Financial, LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities, LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trusy & Clearing Corporation | Honorable Maxine M. Chesney | 2/1/2021 |
| | 5:21-cv-00833 | Mark Feeney; Jason Fossella | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Susan van Keulen | 2/2/2021 |
| | 4:21-cv-00829 | Elvia Curiel-Ruth | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc..; Citadel Securities, LLC; Charles Schwab & Co., Inc.; Charles Schwab Corporation; TD Ameritrade, Inc.; Webull Financial, LLC; E*Trade Financial Corporation; Interactive Brokers LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management LP | Honorable Haywood S. Gilliam, Jr. | 2/2/2021 |
| | 3:21-cv-00861 | David Moody; Julie Moody | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel, LLC d/b/a Citadel Securities; Citadel Enterprise Americas, LLC f/k/a Citadel, LLC | Honorable Joseph C. Spero (Magistrate) | 2/3/2021 |
| | 3:21-cv-00896 | Sabrina Clapp; Denise Redfield | Ally Financial, Inc.; Alpaca Securities LLC; Cash App Investing, LLC; Square, Inc.; Dough, LLC; Morgan Stanley Smith Barney, LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers, LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC ; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities, LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trusy & Clearing Corporation | Honorable Vince Chhabria | 2/4/2021 |
| | 4:21-cv-00838 | Jordan Krumenacker | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Charles Schwab & Co, Inc. | Honorable Yvonne Gonzalez Rogers | 2/2/2021 |
| **Southern District of California** | | | | | |
| | 3:21-cv-00167 | Timothy Nordeen; Aaron Kolysko | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc..; The Interactive Brokers Group, Inc.; Interactive Brokers Corp.; IBG, LLC; IBG Holdings, LLC; Merrill Lynch, Pierce, Fenner, Smith; Merrill Edge; TD Ameritrade Holdings Corp.; Trade Republic; E*Trade Asset Management, Inc.; Firstrade Securities, Inc.; Point72 Asset Management, L.P.; D1 Capital Partner L.P.; Candlestick Capital Management L.P.; Maplelane Capital, LLC; Citadel, EFT, Inc.; The Charles Schwab Corporation; TD Ameritrade, Inc.; Webull Financial, LLC; E*Trade Financial Corp.; Melvin Capital Management, LP | Honorable Marilyn L. Huff | 1/28/2021 |
| **Colorado District Court** | | | | | |
| | 1:21-cv-00290 | Chance Daniels | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; Citadel Securities, LLC; Charles Schwab & Co., Inc.; Interactive Brokers, LLC; Open to the Public Investing, Inc.; Webull Financial, LLC | Honroable Scott T. Varholak (Magistrate) | 1/28/2021 |
| **Connecticut District** | | | | | |
| | 3:21-cv-00123 | Zachary Ziegler | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Vanessa L. Bryant | 1/28/2021 |
| | 3:21-cv-00134 | Marc Fresa | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Alfred V. Covello | 1/30/2021 |
| **Florida Middle District** | | | | | |
| | 8:21-cv-00216 | Austin Schaff | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Thomas P. Barber | 1/28/2021 |
| | 8:21-cv-00222 | Austin Schaff | TD Ameritrade, Inc. | Honorable Mary S. Scriver | 1/29/2021 |
| | 8:21-cv-00234 | Taylor Perri; Ryan Heitz; Kevin Sheehan | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Mary S. Scriver | 1/29/2021 |
| | 6:21-cv-00207 | Jonathan Diamond | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honroable Wendy W. Berger | 1/29/2021 |
| **Florida Northern District** | | | | | |
| | 4:21-cv-00061 | Steven Baird | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable William Stafford | 1/29/2021 |
| **Florida Southern District** | | | | | |
| | 0:21-cv-60220 | Andrew Courtney | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Anuraag H. Singhal | 1/28/2021 |
| | 0:21-cv-60226 | Peter Fray | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Rodolfo A. Ruiz, II | 1/28/2021 |
| | 1:21-cv-20414 | Andrea Juncadella; Patrick Young; Omar Alsaedi; Ethan Arellano; Travis Elliot; Jessica Hines; Michelle de Valle; Michael Ridpath; Charles Fellows; Bryan Joyner; Christine Bukowski; Caroly Collier; Amanda Giuliani; Chastity Woodward; Matt Scime; William Urrutia | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel, LLC d/b/a Citadel Securities; Point72 Asset Management, LP | Honorable Cecilia M. Altonaga | 1/30/2021 |
| | 9:21-cv-80238 | Michael Scalia | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Donald M. Middlebrooks | 2/2/2021 |
| **Illinois Northern District** | | | | | |
| | 1:21-cv-00574 | Larry Cherry | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Matthew F. Kennelly | 2/1/2021 |
| | 1:21-cv-00490 | Richard Joseph Gatz | Robinhood Financial, LLC | Honorable Robert W. Gettleman | 1/28/2021 |
| | 1:21-cv-00510 | Hanna Kayali; Mohammed Doleh | Robinhood Financial, L LC; Robinhood Securities , LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; Melvin Capital Management, LP; TD Ameritrade, Inc.; The Charles Schwab Corporation ; Charles Schwab and Co. Inc.; The Depository Trust & Clearing Corp. | Honorable Matthew F. Kennelly | 1/28/2021 |
| | 1:21-cv-00624 | James Hiscock | TD Ameritrade, Inc. | Honorable John Z. Lee | 2/3/2021 |
| | 1:21-cv-00541 | Marcus Lagmanson; Anthony R. Reyes; Brian Belderrain | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; E*Trade Financial Corp. | Honorable Robert W. Gettleman | 1/29/2021 |
| **New Jersey District Court** | | | | | |
| | 2:21-cv-01348 | Bartosz Zybura | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Kevin McNulty | 1/28/2021 |
| | 3:21-cv-01361 | Asad Noorzaie | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Brian R. Martinotti | 1/29/2021 |
| | 2:21-cv-01729 | Damon Muncy | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Claire C. Cecchi | 2/2/2021 |
| **New York Southern District** | | | | | |
| | 1:21-cv-00799 | Royal Williams | Webull Financial, LLC | Honorable Denise L. Cote | 1/28/2021 |
| | 1:21-cv-00777 | Brendon Nelson | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Jesse M. Furman | 1/28/2021 |
| **New York Eastern District** | | | | | |
| | 1:21-cv-00677 | Dan Dechirico; Angel Guzman; Joshua Palmer | Ally Financial, Inc.; Alpaca Securities LLC; Cash App Investing, LLC; Square, Inc.; Dough, LLC; Morgan Stanley Smith Barney, LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers, LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC ; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; Webull Financial, LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities, LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trusy & Clearing Corporation | Honorable LaShann DeArcy Hall | 2/8/2021 |
| **Pennsylvania Eastern District** | | | | | |
| | 2:21-cv-00489 | Steven Minnick; Jhanna White | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Mark A. Kearney | 2/2/2021 |
| **Pennsylvania Western District** | | | | | |
| | 3:21-cv-00013 | Brian Omahne | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Stephanie L. Haines | 1/28/2021 |
| **Texas Southern District** | | | | | |
| | 4:21-cv-00292 | Ryan Zachary Ross; Drew Hunnicutt; Erika Mercado; C. Louis Bunya Brian NG; Chetan Patel; Anuj Kapur; Jayesh Shah; Summit Thakral | Robinhood Financial, L LC; Robinhood Securities , LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; The Charles Schwab Corporation ; Webull Financial, LLC; Ally Financial, Inc.; Alpaca Securities, LLC; Cash App Investing, LLC; Square, LLC; Dough, LLC; Morgan Stanely Smith Barney, LLC; E*Trade Securities, LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; Etoro USA Securities, LLC; Free Freetrade, LTD; Interactive Brokers, LLC; M1 Finance, LLC; Open to the Public Investing, Inc., IG Group Holdings PLC; Tastyworks, Inc.; Charles Schwab & Co., Inc.; FF Trade Republic Growth, LLC; Trading 212 LTD; Trading 212 UK LTD; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLG; Citadel Enterprise Americas, LLC; Citadel Securities, LLC; D1 Capital Partners, L.P.; Melvin Capital Managment LP; Maplelane Capital, LLC; Point72 Asset Management, LP; Sequoia Capital Operations, LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation | Honorable Keith P. Ellison | 1/29/2021 |
| | 4:21-cv-00311 | | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Kenneth M. Hoyt | 1/30/2021 |
| **Virginia Eastern District** | | | | | |
| | 1:21-cv-00115 | Matthew Lavin | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities, LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management, LP | Honorable Claude M. Hilton | 1/29/2021 |
| **Arkansas Eastern District** | | | | | |
| | 4:21-cv-00093 | Kevin Kelley, Zachary Kelley | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; E*Trade Financial Corporation; TD Ameritrade, Inc. | Honorable D.P. Marshall, Jr. | 2/4/2021 |

| VENUE | CASE NUMBER | NAMED PLAINTIFF | DEFENDANT(S) | JUDGE | DATE FILED |
|---|---|---|---|---|---|
| **Central District of California** | | | | | |
| | 2:21-cv-00843 | Levi Cobos | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Virginia A. Phillips | 1/29/2021 |
| | 2:21-cv-00837 | Josh Gossett; James LaPlant; Danielle Perreault; Maurice Scarborough; Scott Schiller | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Virginia A. Phillips | 1/29/2021 |
| **Northern District of California** | | | | | |
| | 3:21-cv-00693 | David Wieg | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Laurel Beeler (Magistrate) | 1/28/2021 |
| | 4:21-cv-00696 | Robert Days | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Yvonne Gonzalez Rogers | 1/28/2021 |
| | 4:21-cv-00697 | Christian Dalton | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Kandis A. Westmore (Magistrate) | 1/28/2021 |
| | 4:21-cv-00758 | Sagi Cezana | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Jon S. Tiger | 1/29/2021 |
| | 4:21-cv-00829 | Patryk Krasowski; Nick Parker | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC f/k/a Citadel, LLC | Honorable Jon S. Tiger | 1/29/2021 |
| | 5:21-cv-00833 | Mark Feeney; Jason Fossella | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Susan van Keulen | 2/2/2021 |
| | 3:21-cv-00861 | David Moody; Julie Moody | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel, LLC d/b/a Citadel Securities; Citadel Enterprise Americas, LLC f/k/a Citadel, LLC | Honorable Joseph C. Spero (Magistrate) | 2/3/2021 |
| **Connecticut District** | | | | | |
| | 3:21-cv-00123 | Zachary Ziegler | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Vanessa L. Bryant | 1/28/2021 |
| | 3:21-cv-00134 | Marc Fresa | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Alfred V. Covello | 1/30/2021 |
| **Florida Middle District** | | | | | |
| | 8:21-cv-00216 | Austin Schaff | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Thomas P. Barber | 1/28/2021 |
| | 8:21-cv-00234 | Taylor Perri; Ryan Heitz; Kevin Sheehan | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Mary S. Scriver | 1/29/2021 |
| | 6:21-cv-00207 | Jonathan Diamond | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honroable Wendy W. Berger | 1/29/2021 |
| **Florida Northern District** | | | | | |
| | 4:21-cv-00061 | Steven Baird | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable William Stafford | 1/29/2021 |
| **Florida Southern District** | | | | | |
| | 0:21-cv-60220 | Andrew Courtney | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Anuraag H. Singhal | 1/28/2021 |
| | 0:21-cv-60226 | Peter Fray | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Rodolfo A. Ruiz, II | 1/28/2021 |
| | 1:21-cv-20414 | Andrea Juncadella; Patrick Young; Omar Alsaedi; Ethan Arellano; Travis Elliot; Jessica Hines; Michelle de Valle; Michael Ridpath; Charles Fellows; Bryan Joyner; Christine Bukowski; Caroly Collier; Amanda Giuliani; Chastity Woodward; Matt Scime; William Urrutia | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel, LLC d/b/a Citadel Securities; Point72 Asset Management, LP | Honorable Cecilia M. Altonaga | 1/30/2021 |
| | 9:21-cv-80238 | Michael Scalia | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Donald M. Middlebrooks | 2/2/2021 |
| **Illinois Northern District** | | | | | |
| | 1:21-cv-00574 | Larry Cherry | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Matthew F. Kennelly | 2/1/2021 |
| | 1:21-cv-00490 | Richard Joseph Gatz | Robinhood Financial, LLC | Honorable Robert W. Gettleman | 1/28/2021 |
| **New Jersey District Court** | | | | | |
| | 2:21-cv-01348 | Bartosz Zybura | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Kevin McNulty | 1/28/2021 |
| | 3:21-cv-01361 | Asad Noorzaie | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Brian R. Martinotti | 1/29/2021 |
| | 2:21-cv-01729 | Damon Muncy | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Claire C. Cecchi | 2/2/2021 |
| **New York Southern District** | | | | | |
| | 1:21-cv-00777 | Brendon Nelson | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Jesse M. Furman | 1/28/2021 |
| **Pennsylvania Eastern District** | | | | | |
| | 2:21-cv-00489 | Steven Minnick; Jhanna White | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Mark A. Kearney | 2/2/2021 |
| **Pennsylvania Western District** | | | | | |
| | 3:21-cv-00013 | Brian Omahne | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Stephanie L. Haines | 1/28/2021 |
| **Texas Southern District** | | | | | |
| | 4:21-cv-00311 | Brian NG; Chetan Patel; Anuj Kapur; Jayesh Shah; Summit Thakral | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Honorable Kenneth M. Hoyt | 1/30/2021 |
| **Virginia Eastern District** | | | | | |
| | 1:21-cv-00115 | Matthew Lavin | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities, LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management, LP | Honorable Claude M. Hilton | 1/29/2021 |

| VENUE | CASE NUMBER | NAMED PLAINTIFF | DEFENDANT(S) | JUDGE | DATE FILED |
|---|---|---|---|---|---|
| **Central District of California** | | | | | |
| | 2:21-cv-00835 | Hanna Kayali; Mohammed Doleh | Robinhood Financial, L LC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; Melvin Capital Management, LP; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab and Co. Inc.; The Depository Trust & Clearing Corp. | Honorable Virginia A. Phillips | 1/28/2021 |
| **Northern District of California** | | | | | |
| | 3:21-cv-00781 | Shane Cheng; Terrell Sterling | Ally Financial, Inc.; Alpaca Securities LLC; Cash App Investing, LLC; Square, Inc.; Dough, LLC; Morgan Stanley Smith Barney, LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers, LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; WeBull Financial, LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities, LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trusy & Clearing Corporation | Honorable Maxine M. Chesney | 2/1/2021 |
| | 4:21-cv-00829 | Elvia Curiel-Ruth | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities, LLC; Charles Schwab & Co., Inc.; Charles Schwab Corporation; TD Ameritrade, Inc.,; Webull Financial, LLC; E*Trade Financial Corporation; Interactive Brokers, LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management LP | Honorable Haywood S. Gilliam, Jr. | 2/2/2021 |
| | 4:21-cv-00838 | Jordan Krumenacker | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Charles Schwab & Co, Inc. | Honorable Yvonne Gonzalez Rogers | 2/2/2021 |
| | 3:21-cv-00896 | Sabrina Clapp; Denise Redfield | Ally Financial, Inc.; Alpaca Securities LLC; Cash App Investing, LLC; Square, Inc.; Dough, LLC; Morgan Stanley Smith Barney, LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers, LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities, LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trusy & Clearing Corporation | Honorable Vince Chhabria | 2/4/2021 |
| **Southern District of California** | | | | | |
| | 3:21-cv-00167 | Timothy Nordeen; Aaron Kolysko | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.,; The Interactive Brokers Group, Inc.; Interactive Brokers Corp.; IBG, LLC; IBG Holdings, LLC; Merrill Lynch, Pierce, Fenner, Smith; Merrill Edge; TD Ameritrade Holdings Corp.; Trade Republic; E*Trade Financial Holdings, LLC; Firstrade Securities, Inc.; Point72 Asset Management, L.P.; D1 Capital Partner L.P.; Candlestick Capital Management L.P.; Maplelane Capital, LLC; Citadel, EFT, Inc.; The Charles Schwab Corporation; TD Ameritrade, Inc.; Webull Financial, LLC; E*Trade Financial Corp.; Melvin Capital Management, LP | Honorable Marilyn L. Huff | 1/28/2021 |
| **Colorado District Court** | | | | | |
| | 1:21-cv-00290 | Chance Daniels | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; Citadel Securities, LLC; Charles Schwab & Co., Inc.; Interactive Brokers, LLC; Open to the Public Investing, Inc.; Webull Financial, LLC | Honroable Scott T. Varholak (Magistrate) | 1/28/2021 |
| **Florida Middle District** | | | | | |
| | 8:21-cv-00222 | Austin Schaff | TD Ameritrade, Inc. | Honorable Mary S. Scriver | 1/29/2021 |
| **Illinois Northern District** | | | | | |
| | 1:21-cv-00510 | Hanna Kayali; Mohammed Doleh | Robinhood Financial, L LC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; Melvin Capital Management, LP; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab and Co. Inc.; The Depository Trust & Clearing Corp. | Honorable Matthew F. Kennelly | 1/28/2021 |
| | 1:21-cv-00624 | James Hiscock | TD Ameritrade, Inc. | Honorable John Z. Lee | 2/3/2021 |
| | 1:21-cv-00541 | Marcus Lagmanson; Anthony R. Reyes; Brian Belderrain | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; E*Trade Financial Corp. | Honorable Robert W. Gettleman | 1/29/2021 |
| **New York Southern District** | | | | | |
| | 1:21-cv-00799 | Royal Williams | Webull Financial, LLC | Honorable Denise L. Cote | 1/28/2021 |
| **New York Eastern District** | | | | | |
| | 1:21-cv-00677 | Dan Dechirico; Angel Guzman; Joshua Palmer | Ally Financial, Inc.; Alpaca Securities LLC; Cash App Investing, LLC; Square, Inc.; Dough, LLC; Morgan Stanley Smith Barney, LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers, LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; WeBull Financial, LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities, LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trusy & Clearing Corporation | Honorable LaShann DeArcy Hall | 2/8/2021 |
| **Texas Southern District** | | | | | |
| | 4:21-cv-00292 | Ryan Zachary Ross; Drew Hunnicutt; Erika Mercado; C. Louis Bunya | Robinhood Financial, L LC; Robinhood Securities, LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; The Charles Schwab Corporation; Webull Financial, LLC; Ally Financial, Inc.; Alpaca Securities, LLC; Cash App Investing, LLC; Square, LLC; Dough, LLC; Morgan Stanely Smith Barney, LLC; E*Trade Securities, LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; Etoro USA Securities, LLC; Free Freetrade, LTD; Interactive Brokers, LLC; M1 Finance, LLC; Open to the Public Investing, Inc., IG Group Holdings PLC; Tastyworks, Inc.; Charles Schwab & Co., Inc.; FF Trade Republic Growth, LLC; Trading 212 LTD; Trading 212 UK LTD; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLG; Citadel Enterprise Americas, LLC; Citadel Securities, LLC; D1 Capital Partners, L.P.; Melvin Capital Managment LP; Maplelane Capital, LLC; Point72 Asset Management, LP; Sequoia Capital Operations, LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation | Honorable Keith P. Ellison | 1/29/2021 |
| **Arkansas Eastern District** | | | | | |
| | 4:21-cv-00093 | Kevin Kelley, Zachary Kelley | Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; E*Trade Financial Corporation; TD Ameritrade, Inc. | Honorable D.P. Marshall, Jr. | 2/4/2021 |