UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

**NOTICE OF FILING EXHIBITS IN SUPPORT OF
LEADERSHIP APPLICATION OF NATALIA M. SALAS**

The Ferraro Law Firm, P.A., pursuant to the Court's Order [ECF No. 209], hereby submits the following supporting exhibits for the Leadership Application of Natalia M. Salas: (1) List of Law Firms and Plaintiffs' Lawyers Supporting Application of Natalia M. Salas, **Exhibit A** hereto; CV of Natalia M. Salas and The Ferraro Law Firm, P.A., **Exhibit B** hereto; and CV of Bruce S. Rogow, **Exhibit C** hereto.

Dated: April 26, 2021                                              Respectfully submitted,

 s/ *Sean Burstyn*                                                      s/ *Natalia Maria Salas*
Sean A. Burstyn (NY Bar No: 5533120)          Natalia Salas (FL Bar No. 44895)
Sean.Burstyn@BurstynLaw.com                     nms@ferrarolaw.com
**BURSTYN LAW FIRM PLLC**                         James L. Ferraro (FL Bar No. 381659)
355 Lexington Ave, Floor 8                              jlf@ferrarolaw.com
New York, NY 10017                                        James L. Ferraro Jr (FL Bar No. 107494)
Telephone: (917) 810-8450                              jjr@ferrarolaw.com
                                                                         **THE FERRARO LAW FIRM, P.A.**
                                                                         600 Brickell Avenue, 38th Floor
                                                                         Miami, Florida 33131
                                                                         Telephone: (305) 375-0111
                                                                         Facsimile: (305) 379-6222

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By: s/ *Natalia M. Salas*
Natalia M. Salas
