# EXHIBIT A
## LIST OF LAW FIRMS AND PLAINTIFFS' LAWYERS
### SUPPORTING NATALIA M. SALAS AS LEAD COUNSEL

1. **BLAISE AND NITSCHKE PC**
   Lanna Nassar, Esq., Heather Blaise, Esq., and Thomas Key, Esq.
   123 North Wacker Drive, Suite 250
   Chicago, IL 60606

2. **BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP**
   Dennis S. Ellis, Esq. and Matthew Venezia, Esq.
   2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA 90067

3. **BURSTYN LAW FIRM PLLC**
   Sean Burstyn, Esq.
   355 Lexington Ave, Floor 8
   New York, NY 10017-660

4. **CHELIN LAW FIRM**
   Stuart Chelin, Esq.
   1801 Century Park East, Suite 2500
   Los Angeles, CA 90076

5. **COHEN & MCMULLEN, P.A.**
   Bradford Cohen, Esq. and Michael James McMullen, Esq.
   1132 SE 3rd Avenue
   Fort Lauderdale, FL 33316

6. **DARIO DIAZ LAW**
   Dario Diaz, Esq.
   1101 N Armenia Ave
   Tampa, FL 33607

7. **DEREK SMITH LAW GROUP, PLLC**
   Abraham Melamed, Esq., Alexander Cabeceiras, Esq. and Ishan Dave, Esq.
   633 West 5th Street, Suite 3250
   Los Angeles, CA 90071

8. **D. MILLER & ASSOCIATES, PLLC**
   Anuj Kapur, Esq. and Andy Rubenstein, Esq.
   2610 W. Sam Houston Parkway, Suite 200
   Houston, TX 77042

9. **DOMINA LAW GROUP**
   David A. Domina, Esq.
   2425 South 144th Street
   Omaha, NE 68144

10. **EVANGELISTA WORLEY, LLC**
    Kristi McGregor, Esq. and Stuart J. Guber, Esq.
    500 Sugar Mill Road, Bldg. A Suite 245
    Atlanta, GA 30350

11. **FARRAR BALL LLP**
    William Rey Ogden, Esq.
    1117 Herkimer Street
    Houston, TX 77008

12. **GRAY ROBINSON, P.A.**
    Savannah Clifton, Esq. and Jason Zimmerman, Esq.
    301 East Pine Street
    Orlando, FL 32803

13. **GUCOVSCHI LAW PLLC**
    Adrian Gucovschi, Esq.
    630 Fifth Avenue, Suite 2000
    New York City, NY 10111

14. **HACH ROSE SCHIRRIPA & CHEVERIE LLP**
    Frank Schirripa, Esq. and Kathryn Hettler, Esq.
    112 Madison Ave
    New York, NY 10016

15. **JUSTICE FOR JUSTICE, LLC**
    Chad A. Justice, Esq.
    1205 N. Franklin St., Suite 326
    Tampa, FL 33602

16. **JEFFREY E. KWATINETZ, ESQ.**
    15821 Ventura Blvd., Suite 370
    Encino, CA 94136

17. **LAW OFFICES OF GARY R. CARLIN, APC**
    Gary Richard Carlin, Esq.
    301 East Ocean Boulevard, Suite 1550 Long Beach, CA 90802

18. **LAW OFFICES OF JONATHAN LUBIN**
    Jonathan D. Lubin, Esq.
    8800 Bronx Ave, Suite 100H
    Skokie, IL 6077

19. **LAW OFFICES OF R. TAMARA DE SILVA, LLC**
    R. Tamara de Silva, Esq.
    980 N Michigan Avenue, Suite 1400
    Chicago, IL 60611

20. **LAW OFFICES OF STEPHEN J. CARRIERO**
    Stephan E. Seeger, Esq.
    810 Bedford Street, Suite #3
    Stamford, CT  06901

21. **MATTLAW**
    Matthew Powell, Esq.
    304 S Plant Ave
    Tampa, FL 33606

22. **MCCATHERN, SHOKOUHI, EVANS, GRINKE**
    Evan Selik, Esq. and Christine C. Zaouk, Esq.
    523 W Sixth Street, Suite 830
    Los Angeles, CA 90014

23. **MCDONALD WORLEY, P.C**.
    Gabriel Amin Assaad, Esq.
    1770 St. James Place, Suite 100
    Houston, TX 77056

24. **MCKAY LAW LLC**
    Michael C. McKay, Esq.
    5635 North Scottsdale Road, Suite 170
    Scottsdale, AZ 85250

25. **NAPOLI SHKOLNIK PLLC**
    Paul Napoli, Esq. and Hunter Skholnik, Esq.
    400 Broadhollow Road
    Melville, NY 11747

26. **OLSENDAINES**
    Michael Fuller, Esq.
    111 SW 5th Ave., Suite 3150
    Portland, OR 97204

27. **PESSAH LAW GROUP PC**
    Maurice Pessah, Esq.
    661 North Harper Avenue, Suite 208
    West Hollywood, CA 90048

28. **REICH & BINSTOCK LLP**
    Shreedhar R. Patel, Esq.
    4265 San Felipe, Ste. 1000
    Houston, TX 77027

29. **SIRI & GLIMSTAD LLP**
    Elizabeth Ann Brehm, Esq., Rachel Meese, Esq., Aaron Siri, Esq., and Mason Barney, Esq.
    200 Park Avenue, 17th Floor
    New York, NY 10166

30. **VARNELL AND WARWICK, P.A**.
    Janet Robards Varnell, Esq. and Matthew Peterson, Esq.
    1101 E. Cumberland Ave, Suite 201H, #105
    Tampa Bay, FL 33062

31. **WEIL SNYDER & RAVINDRAN, PA**
    Ronald Weil, Esq. and Marguerite Clare Racher Snyder, Esq.
    200 South Biscayne Boulevard, Suite 900
    Miami, FL 33131

32. **WENZEL FENTON CABASSA, P.A.**
    Brandon J Hill, Esq.
    1110 North Florida Avenue, Suite 300
    Tampa, FL 33602