**EXHIBIT B**
**Resume of The Ferraro Law Firm, P.A. and Natalia M. Salas, Esq.**

As a leading plaintiffs' firms for mass torts and serious injury cases, The Ferraro Law Firm has the resources and expertise to argue and win even the most challenging cases, securing billions of dollars in recovery for its clients.  With offices in Miami, Florida, Washington, D.C., and an affiliated office, Kelley & Ferraro, located in Cleveland, Ohio, the Firm has earned its place as one of the top five law firms in the United State in the areas of product liability, asbestos, and environmental toxic tort lawsuits. The Firms have the highest rating (AV) from Martindale-Hubbell, the leading rating service for law firms.

Aside from product liability, The Ferraro Law Firm has continuously expanded into other fields, some of which involve working alongside the federal government to recover money owed to the U.S. taxpayer.  Nearly a decade ago The Ferraro Law Firm began pursuing tax whistleblower claims via the IRS Whistleblower Program and currently have over $100 billion in active IRS whistleblower submissions, making The Ferraro Law Firm the largest law firm in this field.

## Recent Jury Verdicts and Results

The Ferraro Law Firm has over three decades of experience in mass tort litigation.  We also have a strong track record in the Florida District Courts of Appeal and Florida Supreme Court.  Over the past five years, our firm has won more Florida verdicts of at least seven figures than any other plaintiff mass tort firm. Representative results of such verdicts in recent years include the following:

- *Font v. Union Carbide Corp.* (Miami-Dade County 2021) - $14,000,000
- *Moure-Cabrera v. Johnson & Johnson* (Miami-Dade County 2020) - $9,000,000
- *Thornton v. GAE Mechanical US* (Miami-Dade County 2019) - $70,102,000
- *Moore v. John Crane Inc.* (Broward County 2017) - $6,785,000
- *Batchelor v. Bechtel* (Miami-Dade County 2016) - $22,000,000
- *Britt v. Northrup Grumman Systems* (Miami-Dade County 2016) - $9,000,000
- *Taylor v. Georgia-Pacific LLC* (Miami-Dade County 2015) - $17,175,000
- *Monroe v. R.J. Reynolds Tobacco Co.* (Gadsden County 2015) - $11,000,000
- *Hampton v. Pneumo Abex LLC* (Hillsborough County 2014) - $36,984,800
- *Hubbird v. R.J. Reynolds Tobacco Co.* (Miami-Dade County 2014) - $28,000,000
- *CuCulino v. R.J. Reynolds Tobacco Co.* (Miami-Dade County 2014) - $12,500,000
- *Fernandez v. Florida Power & Light Co.* (Miami-Dade County 2014) - $5,670,000
- *Delisle v. Lorillard Tobacco Co.* (Broward County 2013) - $8,000,000

## Significant Appellate Results

The Ferraro Law Firm appellate team is led by Leslie B. Rothenberg, the former chief judge of Third District Court of Appeal.  The Ferraro Law Firm has successfully argued at the Florida Supreme Court and various appellate courts dozens of significant decisions. All appellate matters are handled in-house, irrespective of the size or complexity of the matter.  Representative appeals in recent years include the following:

- *Total Asset Recovery Services, LLC, on behalf of the State of New York v. Metlife, Inc., et al.*, No. 2019-3806 (N.Y. Sup. Ct. Dec. 10, 2021)
- *Efron v. UBS Fin. Services Inc. of Puerto Rico* (Fla. 3d DCA 2020)
- *Delisle v. Crane Co.*, 258 So. 3d 1219 (Fla. 2018)
- *Aubin v. Union Carbide Corp.*, 177 So. 3d 489 (Fla. 2015)
- *R.J. Reynolds Tobacco Co. v. Hubbird*, 194 So. 3d 502 (Fla. 3d DCA 2016)
- *Philip Morris USA, Inc. v. CuCulino*, 165 So. 3d 36 (Fla. 3d DCA 2015)
- *Castillo vs. E.I. Du Pont de Nemours & Co.*, 854 So. 2d 1264 (Fla. 2003)

## **NATALIA MARIA SALAS**

*Education*: Natalia M. Salas received her Bachelor of Arts in Public Policy and Spanish, and Policy Journalism and Media Studies Certificate, *cum laude*, from Duke University, and her Juris Doctorate, *magna cum laude*, from the University of Miami School of Law as a Dean's Merit Scholar recipient. While in law school, she served as a member of the Moot Court Board and the University of Miami Law Review and worked in the Securities Department of Baker & McKenzie LLP and a judicial intern for the Constitutional Court (U.S. Supreme Court equivalent) in Madrid, Spain. Ms. Salas also participated in study abroad programs in Oxford, England and Florence, Italy, and was selected for Duke in the Arts & Media in New York, where she studied dance at Tisch University and worked as an intern at NBC Universal, Inc.

*Experience*: Natalia M. Salas is a Partner at The Ferraro Law Firm and is responsible for growing the Firm's class action and MDL practice, which spans all levels of state and federal courts nationwide. She also provides the Firm's trial lawyers with support on novel issues, as one of the Firm's most persuasive writers and thorough researchers. Recent notable cases include a racial discrimination lawsuit against McDonald's on behalf of 77 former Black McDonald's franchisees and a putative class action on behalf of all current Black McDonald's franchisees for violation of 42 U.S.C. § 1981, among other things, key briefing in a *qui tam* tax action valued in the billions currently pending in New York, and related tortious interference and declaratory judgment cases pending in the Southern Districts of Florida and New York, respectively.

Prior to joining The Ferraro Law Firm, Ms. Salas served as Assistant General Counsel for the University of Miami, providing legal counsel to a wide variety of departments within the University and its health system, including the privacy and data protection office, athletics, and research. Ms. Salas oversaw data privacy and regulatory compliance investigations, FDA approvals and patent disputes, all intellectual property matters, and corporate finance and tax issues. She was responsible for drafting and negotiating complex, high-stakes agreements, including mergers & acquisitions, exclusive license agreements, and joint venture agreements. She also oversaw litigation and interfaced with opposing and outside counsel for preventive functions.

From 2012 to 2018, Ms. Salas was Senior Counsel at one of the largest multi-national defense firms in the country (Am Law 50). In that capacity, she represented clients in high-stakes corporate litigation, with a particular emphasis on intellectual property, contractual and partnership disputes, federal securities law claims, and high-stakes litigation. Her clients included Fortune 50 corporations, financial institutions, large online platforms, hospital systems, brokerage firms, developers, and manufacturers.

Ms. Salas served as the dedicated MDL judicial law clerk to The Honorable James Lawrence King in the United States District Court for the Southern District of Florida. As the MDL clerk, Ms. Salas researched and analyzed contested arbitration, class action waiver, motion to dismiss, Rule 23, and settlement issues

directly pertinent to this MDL. Ms. Salas was responsible for written and oral case recommendations, drafting proposed opinions for publication, and overseeing the management of an MDL of over 80 cases involving over 30 defendants. During her clerkship, Ms. Salas oversaw all cases pending in Key West, Florida, including a complex admiralty case involving financial fraud and several Fair Labor Standards Act (FLSA) collective actions. Ms. Salas also expanded her role to include a complex, securities class action that went to trial, taking primary responsibility for advising on all pre- and post-trial motions.

Ms. Salas began her career in the litigation boutique, Coffey Burlington, P.A., as one of two associates, gaining invaluable firsthand courtroom and trial experience, taking and defending 20 depositions in her first year, successfully second-chairing a jury trial by her third year, briefing her own appeals, and arguing a winning $26 million summary judgment motion on behalf of a financial institution by her fourth year.

*Case Results*
- Successfully represented a former executive of a Florida-based, publicly traded corporation in lawsuits brought by the SEC, the corporation, and its shareholders involving alleged securities fraud that caused a $2 billion loss in market capitalization.
- Obtained dismissal of numerous putative class action lawsuits filed by stockholders of a Florida-based, publicly traded company accused of engaging in securities fraud.
- Successfully represented a defense corporation in a lawsuit under the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) alleging that the corporation leaked toxic sludge from its industrial property, causing over $200 million in natural resource damage.
- Tried a case to jury and obtained a multi-million jury verdict against one of the largest developers.
- Successfully briefed and argued *Daubert* motions that led to a nuisance value settlement of an environmental tort action with exposure of over $50 million.
- Obtained dismissal of a lawsuit filed against a publicly-traded health insurance company alleging violations of the Employee Retirement Income Security Act of 1974 (ERISA).
- Successfully represented a corporate conglomerate in a first-of-its-kind "double derivative" action brought by shareholders of the conglomerate's subsidiaries alleging that the conglomerate's principals unlawfully diverted over $100 million in assets.
- Obtained summary judgment and affirmance before the Florida Third District Court in litigation involving the sale of commercial property in Miami Beach, Florida valued at close to $100 million.
- Successfully obtained dismissal on behalf of the world's largest crowdfunding platform.
- Negotiated favorable settlement for prominent Mexican publishing executive in a licensing dispute.
- Mediated and negotiated favorable settlement in architectural design copyright dispute.
- Served as in-house counsel to a global health insurance client during a 6-month secondment.

*Recognitions*
- Florida Super Lawyers Rising Stars, 2021 and 2011
- Lawyers of Distinction, 2021
- Legal Department of the Year Daily Business Review, 2018
- Top 40 Under 40 Outstanding Lawyers of South Florida, 2015

*Bar Admissions*
- Florida, 2007
- United States District Court for the Southern, Middle, and Northern Districts of Florida
- United Stated District Court for the Northern District of Illinois