**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 21-md-2989-ALTONAGA/Torres**

**IN RE: JANUARY 2021 SHORT**
**SQUEEZE TRADING LITIGATION**

**THIS DOCUMENT RELATES TO:**
**ALL ACTIONS**

**DECLARATION OF FRANK R. SCHIRRIPA IN SUPPORT OF APPLICATION**
**TO BE APPOINTED TO A LEADERSHIP POSITION**

I, Frank R. Schirripa, an attorney duly admitted to practice law before the courts of the State of New York, hereby declare as follows:

1.       I am a partner at the law firm Hach Rose Schirripa & Cheverie LLP, counsel for Plaintiffs in the member case captioned *Dechirico et al., v. Ally Financial, et al.*, No. 1:21-cv-21451-CMA, currently pending before this Court. I am fully familiar with all the facts and circumstances herein.

2.       I submit this declaration, together with the attached exhibits, in support of my application to be appointed to a leadership position.

3.       Attached hereto as **Exhibit 1** is a true and correct copy of Hach Rose Schirripa & Cheverie LLP's Curriculum Vitae.

4.       Attached hereto as **Exhibit 2** is a true and correct copy of a Chart of Counsel Support for the Salas-Ellis-Schirripa leadership slate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Dated: April 26, 2021

                                        Respectfully submitted,

                                        */s/ Frank R. Schirripa*

Frank R. Schirripa
**HACH ROSE SCHIRRIPA &**
      **CHEVERIE LLP**
112 Madison Ave, 10th Floor
New York, NY 10016
Telephone: (212) 213-8311

*Attorneys for Plaintiffs Dan Dechirico, Angel*
*Guzman and Joshua Palmer and Proposed Class*
*Counsel for the Putative Class*