# EXHIBIT A



## About Us



*Browne George Ross O'Brien Annaguey & Ellis LLP* is considered one of the nation's most trusted litigation firms by offering a unique brand of creative and aggressive representation to resolve high end disputes nationwide. Recognized by the *National Law Journal* as one of the nation's top ten litigation boutique firms, BGR has earned a reputation for uncompromised integrity and legal ethics to its lawyering and advocacy. Helmed by the well-known Eric George and the celebrated trial lawyer Peter Ross, the firm has amassed an enviable track record over 30 years of practice.

BGR is unapologetically dedicated to building a firm that wins cases for its clients. In 2020, the firm expanded by adding widely respected veteran lawyers Tom O'Brien, Maribeth Annaguey, and Dennis Ellis as name partners. *Browne George Ross O'Brien Annaguey & Ellis LLP* has a distinguished, highly accomplished group of first-chair trial lawyers with experience comparable to any lawyer at any AmLaw 50 law firm. BGR attorneys effortlessly reflect the diverse communities in which they practice.

BGR represents clients in federal and state courts, arbitrations, mediations, and administrative tribunals. Its clients range from Fortune 500 businesses, entrepreneurs, professionals, and consumers.

© Copyright 2020 Browne George Ross O'Brien Annaguey & Ellis LLP All Rights Reserved.

Privacy Policy

 Automated page speed optimizations for fast site performance



# Practice Areas



BGR represents clients in federal and state courts, arbitrations, mediations, and administrative tribunals. BGR clients range from Fortune 500 businesses to entrepreneurs to professionals to consumers, whether plaintiffs or defendants.

BGR's practice spans the full scope of business disputes, including:

- Business disputes
- Intellectual property
- Entertainment
- Class actions
- Defamation
- False advertising
- Professional liability
- Real estate
- White Collar Criminal and Regulatory Defense
- Data Privacy and Cyber Security
- Internal Corporate Investigations
- Employment

We literally have written the book on business litigation in California (an attorney guide published by the Continuing Education of the Bar), which we update annually to reflect legal developments in Unfair Competition, Trade Secrets, Antitrust, Trademark, Copyright, Patents, Business Torts, Bad Faith Insurance, Employment, Intellectual Property Rights and Unfair Competition on the Internet.

© Copyright 2020 Browne George Ross O'Brien Annaguey & Ellis LLP All Rights Reserved.

Privacy Policy

 Automated page speed optimizations for fast site performance

8:39:11 AM 4/26/2021