# EXHIBIT B



News & Features    Lawyer Limelight    Guides    The Magazine    Lawdragon Press    About

# THE 2020 LAWDRAGON 500 LEADING PLAINTIFF FINANCIAL LAWYERS

By Katrina Dewey    |    August 25, 2020    |    Guides, News & Features

We're delighted to present the Lawdragon 500 Leading Plaintiff Financial Lawyers in America for 2020.

These 500 lawyers specialize in representing plaintiffs in securities and other business litigation, antitrust, and whistleblower claims. We suspect 2020 is yielding a bumper crop in each of those categories. And while some of the business litigators occasionally play defense, the heart and soul of this list takes on the plight of plaintiffs who often can't afford to go to court for the wrong they've been done. In many cases, these firms will shoulder the risk and take the cases on contingency.

Plaintiff financial litigation is the provenance of a handful of powerhouse firms, led once again by the one and only Susman Godfrey. It's been a year of change, with founder and Lawdragon Hall of Famer **Steve Susman passing away in July**, and star L.A. trial lawyer Kalpana Srinivasan joining Houston's Neal Manne as managing partner.

Susman Godfrey is joined by other heavyweights including Robbins Geller; Quinn Emanuel; Motley Rice; Lieff Cabraser; Labaton Sucharow; Cohen Milstein; Hausfeld; and Reid Collins.

We're proud to recognize each and every member of this group, which is 31 percent female and more than 10 percent inclusive.

**500 LEADING PLAINTIFF FINANCIAL LAWYERS**

**LAWDRAGON 2020**

| 1-100 | 101-200 | 201-300 | 301-400 | 401-500 |

| Name | Firm | Location |
| --- | --- | --- |
| Michael Absmeier | Gibbs & Bruns | Houston |
| Anthony Alden | Quinn Emanuel | Los Angeles |
| Fields Alexander | Beck Redden | Houston |
| Joseph M. Alioto Jr. | Alioto Law Firm | San Francisco |
| Jeff  Almeida | Grant & Eisenhofer | Wilmington |
| X. Jay Alvarez | Robbins Geller | San Diego |

| | | |
|---|---|---|
| Parvin Aminolroaya | Seeger Weiss | New York |
| Naumon Amjed | Kessler Topaz | Radnor, Pa. |
| Jeffrey Angelovich | Nix Patterson | Austin |
| Michael Angelovich | Nix Patterson | Austin |
| Maribeth Annaguey | Browne George | Los Angeles |
| Seth Ard | Susman Godfrey | New York |
| Gregory Arenson | Kaplan Fox | New York |
| Gregory Asciolla | Labaton Sucharow | New York |
| A. Rick Atwood Jr. | Robbins Geller | San Diego |
| Aelish Marie Baig | Robbins Geller | San Francisco |
| Sean Baldwin | Selendy Gay | New York |
| Lauren Guth Barnes | Hagens Berman | Cambridge, Mass. |
| Alexander Barnett | Cotchett | New York |
| Barry Barnett | Susman Godfrey | Houston |
| Randall Baron | Robbins Geller | San Diego |
| David Barrett | Boies Schiller | New York |
| Michael Barry | Grant & Eisenhofer | Wilmington |
| Fred Bartlit | Bartlit Beck | Denver |
| James Barz | Robbins Geller | Chicago |
| Samuel Baxter | McKool Smith | Marshall, Texas |
| David Beck | Beck Redden | Houston |
| Phil Beck | Bartlit Beck | Chicago |
| Bradley Beckworth | Nix Patterson | Austin |
| Matthew Behncke | Susman Godfrey | Houston |
| Eric Belfi | Labaton Sucharow | New York |
| Katherine Lubin Benson | Lieff Cabraser | San Francisco |
| Daniel Berger | Berger Montague | Philadelphia |
| Daniel Berger | Grant & Eisenhofer | New York |
| Max Berger | Bernstein Litowitz | New York |
| Norman Berman | Berman Tabacco | Boston |
| Steve Berman | Hagens Berman | Seattle |
| Stuart Berman | Kessler Topaz | Radnor, Pa. |
| Alexandra Bernay | Robbins Geller | San Diego |
| Matthew Berry | Susman Godfrey | Seattle |
| Julia Beskin | Quinn Emanuel | New York |

| | | |
|---|---|---|
| Vineet Bhatia | Susman Godfrey | Houston |
| Michael Blatchley | Bernstein Litowitz | New York |
| Jeffrey Block | Block & Leviton | Boston |
| David Bocian | Kessler Topaz | Radnor, Pa. |
| David Boies | Boies Schiller | Armonk, N.Y. |
| Swathi Bojedla | Hausfeld | Washington, D.C. |
| Craig Boneau | Reid Collins | Austin |
| Amanda Bonn | Susman Godfrey | Los Angeles |
| Rebecca Boon | Bernstein Litowitz | New York |
| Jeniphr Breckenridge | Hagens Berman | Seattle |
| John Briody | McKool Smith | New York |
| Daniel Brockett | Quinn Emanuel | New York |
| Davida Brook | Susman Godfrey | Los Angeles |
| Luke Brooks | Robbins Geller | San Diego |
| Benjamin Brown | Cohen Milstein | Washington, D.C. |
| Deborah Brown | Quinn Emanuel | New York |
| John Browne | Bernstein Litowitz | New York |
| Devon Bruce | Power Rogers | Chicago |
| Joshua Bruckerhoff | Reid Collins | Austin |
| Gustavo Bruckner | Pomerantz | New York |
| David Buchanan | Seeger Weiss | New York |
| Jacob Buchdahl | Susman Godfrey | New York |
| Michael Buchman | Motley Rice | New York |
| Christopher Burke | Scott + Scott | San Diego |
| Spencer Burkholz | Robbins Geller | San Diego |
| Warren Burns | Burns Charest | Dallas |
| Elaine Byszewski | Hagens Berman | Pasadena, Calif. |
| Elizabeth Cabraser | Lieff Cabraser | San Francisco |
| Diane Cafferata | Quinn Emanuel | Los Angeles |
| Peter Calamari | Quinn Emanuel | New York |
| Regina Calcaterra | Calcaterra Pollack | New York |
| Ophelia Camina | Susman Godfrey | Houston |
| Melinda Campbell | Kaplan Fox | New York |
| Jeffrey Campisi | Kaplan Fox | New York |
| Michael Canty | Labaton Sucharow | New York |

| Robert Carey | Hagens Berman | Phoenix |
| Michael Carlinsky | Quinn Emanuel | New York |
| Bill Carmody | Susman Godfrey | New York |
| George Carpinello | Boies Schiller | Albany, N.Y. |
| Shanon Carson | Berger Montague | Philadelphia |
| Johnny Carter | Susman Godfrey | Houston |
| Laura Kissel Cassidy | Gibbs & Bruns | Houston |
| Gregory Castaldo | Kessler Topaz | Radnor, Pa. |
| Ryan Caughey | Susman Godfrey | Houston |
| Lin Chan | Lieff Cabraser | San Francisco |
| Daniel Charest | Burns Charest | Dallas |
| Peter Wilson Chatfield | Phillips & Cohen | Washington, D.C. |
| Darren Check | Kessler Topaz | Radnor, Pa. |
| Daniel Chiplock | Lieff Cabraser | New York |
| Michael Ciresi | Ciresi Conlin | Minneapolis |
| Joy Clairmont | Berger Montague | Philadelphia |
| Deborah Clark-Weintraub | Scott + Scott | New York |
| Mary Louise Cohen | Phillips & Cohen | Washington, D.C. |
| David Colapinto | Kohn, Kohn & Colapinto | Washington, D.C. |
| Scott Cole | McKool Smith | Austin |
| P. Jason Collins | Reid Collins | Austin |
| Todd Collins | Berger Montague | Philadelphia |
| Erin Green Comite | Scott + Scott | Colchester, Conn. |
| Jan Conlin | Ciresi Conlin | Minneapolis |
| Nathan Cook | Block & Leviton | Wilmington |
| Melinda Coolidge | Hausfeld | Washington, D.C. |
| Joseph Cotchett | Cotchett | Burlingame, Calif. |
| Patrick Coughlin | Robbins Geller | San Diego |

*Share the knowledge!*

PREVIOUS POST
KAREN DYER OF BOIES

NEXT POST





SCHILLER SHARES TOP
TRIAL LAWYER INSIGHTS

M&A ATTORNEY CHAD WILLIAMS RETURNS TO
SAUL EWING'S CORPORATE PRACTICE

## LAWDRAGON

Lawdragon Inc.

New York

Los Angeles

**CONTACT US**

We want to hear from you! Find the right contact here.

**DISCLAIMER**

Copyright © 2005-2021 Lawdragon Inc. Information displayed on Lawdragon is for general informational purposes only, the information is not legal advice and is not an endorsement or recommendation of any law firm, judge, or attorney. Lawdragon does not represent or warrant that the listings, evaluations, or other information found on Lawdragon will be correct, accurate, timely, or otherwise reliable. Do not act upon information found on Lawdragon as a replacement for legal advice provided by a professional attorney in good standing and licensed to practice in your jurisdiction. By visiting Lawdragon.com, you agree to these Terms of Use.

Copyright © Lawdragon Inc. 2005-2018. All rights reserved. Designed by Elfatrany.

Google Chrome                    90.0.4430.85                    10:35:59 AM 4/26/2021                    Windows 10 Pro 64-bit Build 19042



News & Features | Lawyer Limelight | Guides | The Magazine | Lawdragon Press | About

## THE 2020 LAWDRAGON 500 LEADING PLAINTIFF FINANCIAL LAWYERS

By Katrina Dewey  |  August 25, 2020  |  Guides, News & Features

We're delighted to present the Lawdragon 500 Leading Plaintiff Financial Lawyers in America for 2020.

These 500 lawyers specialize in representing plaintiffs in securities and other business litigation, antitrust, and whistleblower claims. We suspect 2020 is yielding a bumper crop in each of those categories. And while some of the business litigators occasionally play defense, the heart and soul of this list takes on the plight of plaintiffs who often can't afford to go to court for the wrong they've been done. In many cases, these firms will shoulder the risk and take the cases on contingency.

Plaintiff financial litigation is the provenance of a handful of powerhouse firms, led once again by the one and only Susman Godfrey. It's been a year of change, with founder and Lawdragon Hall of Famer **Steve Susman passing away in July**, and star L.A. trial lawyer Kalpana Srinivasan joining Houston's Neal Manne as managing partner.

Susman Godfrey is joined by other heavyweights including Robbins Geller; Quinn Emanuel; Motley Rice; Lieff Cabraser; Labaton Sucharow; Cohen Milstein; Hausfeld; and Reid Collins.

We're proud to recognize each and every member of this group, which is 31 percent female and more than 10 percent inclusive.

**500 LEADING PLAINTIFF FINANCIAL LAWYERS**

**LAWDRAGON 2020**

| 1-100 | 101-200 | 201-300 | 301-400 | 401-500 |

| Name | Firm | Location |
| --- | --- | --- |
| Eric Cramer | Berger Montague | Philadelphia |
| Gary Cruciani | McKool Smith | Dallas |
| Sam Cruse III | Gibbs & Bruns | Houston |
| Andrew Curley | Berger Montague | Philadelphia |
| Patrick Dahlstrom | Pomerantz | Chicago |
| Patrick Daniels | Robbins Geller | San Diego |

| | | |
|---|---|---|
| Merrill Davidoff | Berger Montague | Philadelphia |
| Stuart Davidson | Robbins Geller | Boca Raton |
| Mark Dearman | Robbins Geller | Boca Raton |
| Timothy DeLange | Wollmuth Maher | Carlsbad, Calif. |
| Michael Dell'Angelo | Berger Montague | Philadelphia |
| Marisa DeMato | Labaton Sucharow | New York |
| Lawrence Deutsch | Berger Montague | Philadelphia |
| Nicholas Diamand | Lieff Cabraser | New York |
| Jeffrey W. Dickstein | Phillips & Cohen | Miami |
| Kirk Dillman | McKool Smith | Los Angeles |
| Kathleen Donovan-Maher | Berman Tabacco | Boston |
| Diane Doolittle | Quinn Emanuel | Redwood Shores, Calif. |
| Mike Dowd | Robbins Geller | San Diego |
| Travis Downs III | Robbins Geller | San Diego |
| Michelle Drake | Berger Montague | Minneapolis |
| Daniel Drosman | Robbins Geller | San Diego |
| Thomas Dubbs | Labaton Sucharow | New York |
| Suzanne Dugan | Cohen Milstein | Washington, D.C. |
| Andrew Dunlap | Selendy Gay | New York |
| Karen Dunn | Paul Weiss | Washington, D.C. |
| Karen Dyer | Boies Schiller | Orlando |
| Amy Easton | Phillips & Cohen | Washington, D.C. |
| Jay Edelson | Edelson | Chicago |
| Jay Eisenhofer | Grant & Eisenhofer | New York |
| Robert Eisler | Grant & Eisenhofer | Wilmington |
| Dennis Ellis | Browne George | Los Angeles |
| Deborah Elman | Grant & Eisenhofer | New York |
| David Elsberg | Selendy Gay | New York |
| Michael Eisner | Motley Rice | Mt. Pleasant, S.C. |
| Candice Enders | Berger Montague | Philadelphia |
| John Eubanks | Motley Rice | Mt. Pleasant, S.C. |
| Donna Evans | Cohen Milstein | New York |
| Eric Fastiff | Lieff Cabraser | San Francisco |
| Leonid Feller | Quinn Emanuel | Chicago |
| Mark Ferguson | Bartlit Beck | Chicago |

| | | |
|---|---|---|
| Kenneth Fetterman | Kellogg Hansen | Washington, D.C. |
| Julie Fieber | Cotchett | Burlingame, Calif. |
| Reid Figel | Kellogg Hansen | Washington, D.C. |
| Edward Filusch | Kasowitz | New York |
| Steven Fineman | Lieff Cabraser | New York |
| Rachel Fleishman | Reid Collins | New York |
| Jodi Westbrook Flowers | Motley Rice | Mt. Pleasant, S.C. |
| Parker Folse | Susman Godfrey | Seattle |
| Jason Forge | Robbins Geller | San Diego |
| Christine Fox | Labaton Sucharow | New York |
| Frederic Fox | Kaplan Fox | New York |
| David Frederick | Kellogg Hansen | Washington, D.C. |
| William Fredericks | Scott + Scott | New York |
| Michael Fritz | McKool Smith | Dallas |
| Qianwei Fu | Zelle | San Francisco |
| Benjamin Galdston | Berger Montague | San Diego |
| Reena Gambhir | Hausfeld | Washington, D.C. |
| Jonathan Gardner | Labaton Sucharow | New York |
| Karin Garvey | Labaton Sucharow | New York |
| Faith Gay | Selendy Gay | New York |
| Paul Geller | Robbins Geller | Boca Raton |
| Eric George | Browne George | Los Angeles |
| Adam Gerchen | Keller Lenkner | Chicago |
| Eric Gibbs | Gibbs Law Group | Oakland, Calif. |
| Robin Gibbs | Gibbs & Bruns | Houston |
| Carol Gilden | Cohen Milstein | Chicago |
| Danielle Gilmore | Quinn Emanuel | Los Angeles |
| Emma Gilmore | Pomerantz | New York |
| Maria Ginzburg | Selendy Gay | New York |
| Karma Giulianelli | Bartlit Beck | Denver |
| Brendan Glackin | Lieff Cabraser | San Francisco |
| Jacob Goldberg | The Rosen Law Firm | Jenkintown, Pa. |
| Jordan Goldstein | Selendy Gay | New York |
| Larry Golston | Beasley Allen | Montgomery, Ala. |
| Benny Goodman III | Robbins Geller | San Diego |

| Melissa Goodman | Ciresi Conlin | Minneapolis |
|---|---|---|
| Sathya Gosselin | Hausfeld | Washington, D.C. |
| David Grable | Quinn Emanuel | Los Angeles |
| Elise Grace | Robbins Geller | San Diego |
| Nicholas Gravante | Boies Schiller | New York |
| Salvatore Graziano | Bernstein Litowitz | New York |
| Eli Greenstein | Kessler Topaz | San Francisco |
| Justin Griffin | Quinn Emanuel | Los Angeles |
| Joseph Grinstein | Susman Godfrey | Houston |
| Tor Gronborg | Robbins Geller | San Diego |
| Marc Gross | Pomerantz | New York |
| Stanley Grossman | Pomerantz | New York |
| Michael Grunfeld | Pomerantz | New York |
| Joseph Guglielmo | Scott + Scott | New York |
| Aundrea Gulley | Gibbs & Bruns | Houston |
| Michael Guzman | Kellogg Hansen | Washington, D.C. |
| Olav Haazen | Grant & Eisenhofer | New York |
| Jennifer Duncan Hackett | Zelle | Washington, D.C. |
| Serena Hallowell | Labaton Sucharow | New York |
| Sean Handler | Kessler Topaz | Radnor, Pa. |
| Michael Hanin | Kasowitz | New York |
| Drew Hansen | Susman Godfrey | Seattle |
| Mark Hansen | Kellogg Hansen | Washington, D.C. |
| Erica Harris | Susman Godfrey | Houston |
| Geoffrey Harrison | Susman Godfrey | Houston |
| James Harrod | Bernstein Litowitz | New York |
| Anne Hayes Hartman | Constantine Cannon | San Francisco |
| Dean Harvey | Lieff Cabraser | San Francisco |
| Stephen Hasegawa | Phillips & Cohen | San Francisco |
| Michael Hausfeld | Hausfeld | Washington, D.C. |
| Eric Havian | Constantine Cannon | San Francisco |

Share the knowledge!





**PREVIOUS POST**
**KAREN DYER OF BOIES SCHILLER SHARES TOP TRIAL LAWYER INSIGHTS**

**NEXT POST**
**M&A ATTORNEY CHAD WILLIAMS RETURNS TO SAUL EWING'S CORPORATE PRACTICE**

## LAWDRAGON

Lawdragon Inc.

New York

Los Angeles

**CONTACT US**

We want to hear from you! Find the right contact here.

**DISCLAIMER**

Copyright © 2005-2021 Lawdragon Inc. Information displayed on Lawdragon is for general informational purposes only, the information is not legal advice and is not an endorsement or recommendation of any law firm, judge, or attorney. Lawdragon does not represent or warrant that the listings, evaluations, or other information found on Lawdragon will be correct, accurate, timely, or otherwise reliable. Do not act upon information found on Lawdragon as a replacement for legal advice provided by a professional attorney in good standing and licensed to practice in your jurisdiction. By visiting Lawdragon.com, you agree to these Terms of Use.

Copyright © Lawdragon Inc. 2005-2018. All rights reserved. Designed by Elfatrany.



News & Features    Lawyer Limelight    Guides    The Magazine    Lawdragon Press    About

## THE 2020 LAWDRAGON 500 LEADING PLAINTIFF FINANCIAL LAWYERS

By Katrina Dewey    |    August 25, 2020    |    Guides, News & Features

We're delighted to present the Lawdragon 500 Leading Plaintiff Financial Lawyers in America for 2020.

These 500 lawyers specialize in representing plaintiffs in securities and other business litigation, antitrust, and whistleblower claims. We suspect 2020 is yielding a bumper crop in each of those categories. And while some of the business litigators occasionally play defense, the heart and soul of this list takes on the plight of plaintiffs who often can't afford to go to court for the wrong they've been done. In many cases, these firms will shoulder the risk and take the cases on contingency.



Plaintiff financial litigation is the provenance of a handful of powerhouse firms, led once again by the one and only Susman Godfrey. It's been a year of change, with founder and Lawdragon Hall of Famer **Steve Susman passing away in July**, and star L.A. trial lawyer Kalpana Srinivasan joining Houston's Neal Manne as managing partner.

Susman Godfrey is joined by other heavyweights including Robbins Geller; Quinn Emanuel; Motley Rice; Lieff Cabraser; Labaton Sucharow; Cohen Milstein; Hausfeld; and Reid Collins.

We're proud to recognize each and every member of this group, which is 31 percent female and more than 10 percent inclusive.

| 1-100 | 101-200 | **201-300** | 301-400 | 401-500 |

| Name | Firm | Location |
| --- | --- | --- |
| Lexi Hazam | Lieff Cabraser | San Francisco |
| Christopher Heffelfinger | Berman Tabacco | San Francisco |
| Richard Heimann | Lieff Cabraser | San Francisco |
| Robert Henssler Jr. | Robbins Geller | San Diego |
| Rick Hess | Susman Godfrey | Houston |
| Jay Himes | Labaton Sucharow | New York |

| | | |
|---|---|---|
| Derek Ho | Kellogg Hansen | Washington, D.C. |
| Kathryn Hoek | Susman Godfrey | Los Angeles |
| Lester Hooker | Saxena White | Boca Raton |
| Lisa Houssiere | McKool Smith | Houston |
| Mary Inman | Constantine Cannon | San Francisco |
| Phil Iovieno | Boies Schiller | Albany, N.Y. |
| William Isaacson | Paul Weiss | Washington, D.C. |
| Uri Itkin | Kasowitz | New York |
| Shauna Itri | Seeger Weiss | Philadelphia |
| James Jaconette | Robbins Geller | San Diego |
| Geoffrey Jarvis | Kessler Topaz | Radnor, Pa. |
| Mathew Jasinski | Motley Rice | Hartford, Conn. |
| Rachel Jensen | Robbins Geller | San Diego |
| Brent Johnson | Cohen Milstein | Washington, D.C. |
| Chad Johnson | Robbins Geller | New York |
| Christopher P. Johnson | McKool Smith | New York |
| Geoffrey Johnson | Scott + Scott | Cleveland Heights, Ohio |
| James Johnson | Labaton Sucharow | New York |
| Kristen Johnson | Hagens Berman | Cambridge, Mass. |
| Randy Johnston | Johnston Tobey | Dallas |
| Megan Jones | Hausfeld | San Francisco |
| Jennifer Joost | Kessler Topaz | San Francisco |
| Avi Josefson | Bernstein Litowitz | New York |
| Michael Kane | Berger Montague | Philadelphia |
| David Kaplan | Saxena White | San Diego |
| Robert Kaplan | Kaplan Fox | New York |
| Stacey Kaplan | Kessler Topaz | San Francisco |
| Marc Kasowitz | Kasowitz | New York |
| Beth Kaswan | Scott + Scott | New York |
| Elana Katcher | Kaplan Fox | New York |
| Ashley Keller | Keller Lenkner | Chicago |
| Christopher Keller | Labaton Sucharow | New York |
| Gregory Keller | Shahmoon Keller | Great Neck, N.Y. |
| Michael Kellogg | Kellogg Hansen | Washington, D.C. |
| Cindy Caranella Kelly | Kasowitz | New York |

| Erika Kelton | Phillips & Cohen | San Francisco |
| Jeannine Kenney | Hausfeld | Philadelphia |
| David Kessler | Kessler Topaz | Radnor, Pa. |
| Jean Kim | Constantine Cannon | New York |
| Phillip Kim | The Rosen Law Firm | New York |
| Marlon Kimpson | Motley Rice | Mt. Pleasant, S.C. |
| Gayle Klein | McKool Smith | New York |
| Jeffrey Kodroff | Spector Roseman | Philadelphia |
| Richard Koffman | Cohen Milstein | Washington, D.C. |
| Michael Kohn | Kohn, Kohn & Colapinto | Washington, D.C. |
| Stephen Kohn | Kohn, Kohn & Colapinto | Washington, D.C. |
| Lena Konanova | Selendy Gay | New York |
| Sheron Korpus | Kasowitz | New York |
| Mathew Korte | Ciresi Conlin | Minneapolis |
| Marlene Koury | Constantine Cannon | New York |
| Robert Kry | MoloLamken | Washington, D.C. |
| Nancy Kulesa | Bleichmar Fonti | New York |
| Edward Labaton | Labaton Sucharow | New York |
| Brent Landau | Hausfeld | Philadelphia |
| Chanler Langham | Susman Godfrey | Houston |
| Laurie Largent | Robbins Geller | San Diego |
| Nicole Lavallee | Berman Tabacco | San Francisco |
| Arthur Leahy | Robbins Geller | San Diego |
| Mark Lebovitch | Bernstein Litowitz | New York |
| Christopher Lebsock | Hausfeld | San Francisco |
| Lewis LeClair | McKool Smith | Dallas |
| Lawrence Lederer | Berger Montague | Philadelphia |
| Sharon Lee | Lieff Cabraser | New York |
| Katie Crosby Lehmann | Ciresi Conlin | Minneapolis |
| Michael Lehmann | Hausfeld | San Francisco |
| Sarah Gibbs Leivick | Kasowitz | New York |
| Travis Lenkner | Keller Lenkner | Chicago |
| Emmy Levens | Cohen Milstein | Washington, D.C. |
| Richard Levine | Labaton Sucharow | Washington, D.C. |
| Jason Leviton | Block & Leviton | Boston |

| Dan Levy | McKool Smith | New York |
| --- | --- | --- |
| Roberta Liebenberg | Fine Kaplan | Philadelphia |
| Jeremy Lieberman | Pomerantz | New York |
| Michael Lifrak | Quinn Emanuel | Los Angeles |
| Mimi Liu | Motley Rice | Washington, D.C. |
| Thomas Loeser | Hagens Berman | Seattle |
| Kyle Lonergan | McKool Smith | New York |
| Jordan Lurie | Pomerantz | Los Angeles |
| Christine Mackintosh | Grant & Eisenhofer | Wilmington |
| Eric Madden | Reid Collins | Dallas |
| Robert Manley | McKool Smith | Dallas |
| Neal Manne | Susman Godfrey | Houston |
| Jeanne Markey | Cohen Milstein | Philadelphia |
| James Robertson Martin | Zelle | Washington, D.C. |
| Scott Martin | Hausfeld | New York |
| Timothy Mathews | Chimicles | Haverford, Pa. |
| Sean Matt | Hagens Berman | Seattle |
| Colette Matzzie | Phillips & Cohen | Washington, D.C. |
| Eric Mayer | Susman Godfrey | Houston |
| Zachary Mazin | McKool Smith | New York |
| Margaret Mazzeo | Kessler Topaz | Radnor, Pa. |
| Sean McCaffity | Sommerman Quesada | Dallas |
| Niall McCarthy | Cotchett | Burlingame, Calif. |
| Daniel McCualg | Cohen Milstein | Washington, D.C. |
| Christopher McDonald | Labaton Sucharow | New York |
| Heather McElroy | Ciresi Conlin | Minneapolis |
| Kyle McGee | Grant & Eisenhofer | Wilmington |
| Sean X. McKessy | Phillips & Cohen | Washington, D.C. |
| Mike McKool | McKool Smith | Dallas |
| Ashley McMillian | Susman Godfrey | Houston |
| Brian Melton | Susman Godfrey | Houston |
| Joseph Meltzer | Kessler Topaz | Radnor, Pa. |

*Share the knowledge!*





**PREVIOUS POST**
KAREN DYER OF BOIES
SCHILLER SHARES TOP
TRIAL LAWYER INSIGHTS

**NEXT POST**
**M&A ATTORNEY CHAD WILLIAMS RETURNS TO
SAUL EWING'S CORPORATE PRACTICE**

## LAWDRAGON

Lawdragon Inc.

New York

Los Angeles

**CONTACT US**

We want to hear from you! Find the right contact here.

**DISCLAIMER**

Copyright © 2005-2021 Lawdragon Inc. Information displayed on Lawdragon is for general informational purposes only, the information is not legal advice and is not an endorsement or recommendation of any law firm, judge, or attorney. Lawdragon does not represent or warrant that the listings, evaluations, or other information found on Lawdragon will be correct, accurate, timely, or otherwise reliable. Do not act upon information found on Lawdragon as a replacement for legal advice provided by a professional attorney in good standing and licensed to practice in your jurisdiction. By visiting Lawdragon.com, you agree to these Terms of Use.

Copyright © Lawdragon Inc. 2005-2018. All rights reserved. Designed by Elfatrany.

https://www.lawdragon.com/2020/08/25/the-2020-lawdragon-500-leading-plaintiff-financial-lawyers/
Google Chrome 90.0.4430.85
10:38:18 AM 4/26/2021
Windows 10 Pro 64-bit Build 19042



## THE 2020 LAWDRAGON 500 LEADING PLAINTIFF FINANCIAL LAWYERS

By Katrina Dewey | August 25, 2020 | Guides, News & Features

We're delighted to present the Lawdragon 500 Leading Plaintiff Financial Lawyers in America for 2020.

These 500 lawyers specialize in representing plaintiffs in securities and other business litigation, antitrust, and whistleblower claims. We suspect 2020 is yielding a bumper crop in each of those categories. And while some of the business litigators occasionally play defense, the heart and soul of this list takes on the plight of plaintiffs who often can't afford to go to court for the wrong they've been done. In many cases, these firms will shoulder the risk and take the cases on contingency.



Plaintiff financial litigation is the provenance of a handful of powerhouse firms, led once again by the one and only Susman Godfrey. It's been a year of change, with founder and Lawdragon Hall of Famer **Steve Susman passing away in July**, and star L.A. trial lawyer Kalpana Srinivasan joining Houston's Neal Manne as managing partner.

Susman Godfrey is joined by other heavyweights including Robbins Geller; Quinn Emanuel; Motley Rice; Lieff Cabraser; Labaton Sucharow; Cohen Milstein; Hausfeld; and Reid Collins.

We're proud to recognize each and every member of this group, which is 31 percent female and more than 10 percent inclusive.

| 1-100 | 101-200 | 201-300 | 301-400 | 401-500 |
|-------|---------|---------|---------|---------|

| Name | Firm | Location |
|------|------|----------|
| Tom Methvin | Beasley Allen | Montgomery, Ala. |
| Michael Miarmi | Lieff Cabraser | New York |
| Christopher Micheletti | Zelle | San Francisco |
| Donald Migliori | Motley Rice | Mt. Pleasant, S.C. |
| Dee Miles | Beasley Allen | Montgomery, Ala. |
| David Mitchell | Robbins Geller | San Diego |

| | | |
|---|---|---|
| Dan Mogin | MoginRubin | San Diego |
| Steven Molo | MoloLamken | New York |
| Mark Molumphy | Cotchett | Burlingame, Calif. |
| Laddie Montague Jr. | Berger Montague | Philadelphia |
| Kristin Moody | Berman Tabacco | San Francisco |
| Stephen Morrissey | Susman Godfrey | Seattle |
| Anne Marie Murphy | Cotchett | Burlingame, Calif. |
| Matthew Mustokoff | Kessler Topaz | Radnor, Pa. |
| Ayesha Najam | Gibbs & Bruns | Houston |
| Hae Sung Nam | Kaplan Fox | New York |
| William Narwold | Motley Rice | Hartford, Conn. |
| Robert Nelson | Lieff Cabraser | San Francisco |
| Isaac Nesser | Quinn Emanuel | New York |
| Stephen Neuwirth | Quinn Emanuel | New York |
| Joshua Newcomer | McKool Smith | Houston |
| Steven Nicholas | Cunningham Bounds | Mobile, Ala. |
| Luke Nikas | Quinn Emanuel | New York |
| Sharan Nirmul | Kessler Topaz | Radnor, Pa. |
| Nanci Nishimura | Cotchett | Burlingame, Calif. |
| Crystal Nix-Hines | Quinn Emanuel | Los Angeles |
| Ellen Noteware | Berger Montague | Philadelphia |
| Brian O'Mara | Robbins Geller | San Diego |
| Steve Olen | Cunningham Bounds | Mobile, Ala. |
| Harry Olivar Jr. | Quinn Emanuel | Los Angeles |
| Jennifer Oliver | MoginRubin | San Diego |
| Lance Oliver | Motley Rice | Mt. Pleasant, S.C. |
| Meghan S.B. Oliver | Motley Rice | Mt. Pleasant, S.C. |
| Johanna Ong | Quinn Emanuel | Los Angeles |
| Laureen McMillen Ormsbee | Bernstein Litowitz | New York |
| David Orta | Quinn Emanuel | Washington, D.C. |
| Jennifer Pafiti | Pomerantz | Los Angeles |
| Nathaniel Palmer | Reid Collins | Austin |
| Aaron Panner | Kellogg Hansen | Washington, D.C. |
| Phyllis Maza Parker | Berger Montague | Philadelphia |
| Kathy Patrick | Gibbs & Bruns | Houston |

| C. Cary Patterson | Nix Patterson | Texarkana, Texas |
| Russell Paul | Berger Montague | Philadelphia |
| Trey Peacock | Susman Godfrey | Houston |
| Michael Pendell | Motley Rice | Hartford, Conn. |
| John Phillips | Phillips & Cohen | Washington, D.C. |
| Jonathan Pickhardt | Quinn Emanuel | New York |
| Kit Pierson | Cohen Milstein | Washington, D.C. |
| Frank Pitre | Cotchett | Burlingame, Calif. |
| Barbara Podell | Berger Montague | Philadelphia |
| Janine Pollack | Calcaterra Pollack | New York |
| Christopher Porter | Quinn Emanuel | Houston |
| Laura Posner | Cohen Milstein | New York |
| Warren Postman | Keller Lenkner | Washington, D.C. |
| John Quinn | Quinn Emanuel | Los Angeles |
| Shawn Rabin | Susman Godfrey | New York |
| Willow Radcliffe | Robbins Geller | San Francisco |
| Sascha Rand | Quinn Emanuel | New York |
| Sami Rashid | Quinn Emanuel | New York |
| Brian Ratner | Hausfeld | Washington, D.C. |
| Shawn Raymond | Susman Godfrey | Houston |
| Barrett Reasoner | Gibbs & Bruns | Houston |
| William T. Reid IV | Reid Collins | Austin |
| Julie Goldsmith Reiser | Cohen Milstein | Washington, D.C. |
| Jack Reise | Robbins Geller | Boca Raton |
| Justin Reliford | Kessler Topaz | Radnor, Pa. |
| Joseph Rice | Motley Rice | Mt. Pleasant, S.C. |
| Robert Rivera Jr. | Susman Godfrey | Houston |
| John Rizio-Hamilton | Bernstein Litowitz | New York |
| Darren Robbins | Robbins Geller | San Diego |
| Robert Robbins | Robbins Geller | Boca Raton |
| Sharon Robertson | Cohen Milstein | New York |
| Jeremy Robinson | Bernstein Litowitz | New York |
| Valerie Roddy | Quinn Emanuel | Los Angeles |
| Laurence Rosen | The Rosen Law Firm | New York |
| Hannah Ross | Bernstein Litowitz | New York |

| Peter Ross | Browne George | Los Angeles |
| Jonathan Rubin | MoginRubin | Washington, D.C. |
| Samuel Rudman | Robbins Geller | Melville, N.Y. |
| David Rudolph | Lieff Cabraser | San Francisco |
| Lee Rudy | Kessler Topaz | Radnor, Pa. |
| Joseph Russello | Robbins Geller | Melville, N.Y. |
| Taline Sahakian | Constantine Cannon | New York |
| Scott Saham | Robbins Geller | San Diego |
| Daniel Salinas-Serrano | Quinn Emanuel | Washington, D.C. |
| Hollis Salzman | Robins Kaplan | New York |
| Katie Sammons | Susman Godfrey | Houston |
| Ex Kano Sams II | Glancy Prongay | Los Angeles |
| Joseph Saveri | Saveri Law Firm | San Francisco |
| Sherrie Savett | Berger Montague | Philadelphia |
| Maya Saxena | Saxena White | Boca Raton |
| Shana Scarlett | Hagens Berman | Berkeley, Calif. |
| Robert Scheef | McKool Smith | New York |
| Irving Scher | Hausfeld | New York |
| Hilary Scherrer | Hausfeld | Washington, D.C. |
| Gregory Schwegmann | Reid Collins | Austin |
| Judy Scolnick | Scott + Scott | New York |
| Daryl Scott | Scott + Scott | Colchester, Conn. |
| David Scott | Scott + Scott | Colchester, Conn. |
| Jennifer Scullion | Seeger Weiss | Ridgefield Park, N.J. |



Share the knowledge!



PREVIOUS POST
KAREN DYER OF BOIES SCHILLER SHARES TOP TRIAL LAWYER INSIGHTS

NEXT POST
M&A ATTORNEY CHAD WILLIAMS RETURNS TO SAUL EWING'S CORPORATE PRACTICE

LAWDRAGON

Lawdragon Inc.
New York
Los Angeles

**CONTACT US**

We want to hear from you! Find the right contact here.

**DISCLAIMER**

Copyright © 2005-2021 Lawdragon Inc. Information displayed on Lawdragon is for general informational purposes only, the information is not legal advice and is not an endorsement or recommendation of any law firm, judge, or attorney. Lawdragon does not represent or warrant that the listings, evaluations, or other information found on Lawdragon will be correct, accurate, timely, or otherwise reliable. Do not act upon information found on Lawdragon as a replacement for legal advice provided by a professional attorney in good standing and licensed to practice in your jurisdiction. By visiting Lawdragon.com, you agree to these Terms of Use.

Copyright © Lawdragon Inc. 2005-2018. All rights reserved. Designed by Elfatrany.

https://www.lawdragon.com/2020/08/25/the-2020-lawdragon-500-leading-plaintiff-financial-lawyers/
Google Chrome 90.0.4430.85
10:39:13 AM 4/26/2021
Windows 10 Pro 64-bit Build 19042



News & Features | Lawyer Limelight | Guides | The Magazine | Lawdragon Press | About

## THE 2020 LAWDRAGON 500 LEADING PLAINTIFF FINANCIAL LAWYERS

By Katrina Dewey | August 25, 2020 | Guides, News & Features

We're delighted to present the Lawdragon 500 Leading Plaintiff Financial Lawyers in America for 2020.

These 500 lawyers specialize in representing plaintiffs in securities and other business litigation, antitrust, and whistleblower claims. We suspect 2020 is yielding a bumper crop in each of those categories. And while some of the business litigators occasionally play defense, the heart and soul of this list takes on the plight of plaintiffs who often can't afford to go to court for the wrong they've been done. In many cases, these firms will shoulder the risk and take the cases on contingency.

Plaintiff financial litigation is the provenance of a handful of powerhouse firms, led once again by the one and only Susman Godfrey. It's been a year of change, with founder and Lawdragon Hall of Famer **Steve Susman passing away in July**, and star L.A. trial lawyer Kalpana Srinivasan joining Houston's Neal Manne as managing partner.

Susman Godfrey is joined by other heavyweights including Robbins Geller; Quinn Emanuel; Motley Rice; Lieff Cabraser; Labaton Sucharow; Cohen Milstein; Hausfeld; and Reid Collins.

We're proud to recognize each and every member of this group, which is 31 percent female and more than 10 percent inclusive.

| 1-100 | 101-200 | 201-300 | 301-400 | **401-500** |

| Name | Firm | Location |
|---|---|---|
| Todd Seaver | Berman Tabacco | San Francisco |
| Christopher Seeger | Seeger Weiss | New York |
| Jennifer Selendy | Selendy Gay | New York |
| Philippe Selendy | Selendy Gay | New York |
| Daniel Seltz | Lieff Cabraser | New York |
| Marc Seltzer | Susman Godfrey | Los Angeles |

| | | |
|---|---|---|
| Maaren Shah | Quinn Emanuel | New York |
| Carol Shahmoon | Shahmoon Keller | Great Neck, N.Y. |
| Anthony Shapiro | Hagens Berman | Seattle |
| Allison Sheedy | Constantine Cannon | Washington, D.C. |
| Stephen Sheller | Sheller | Philadelphia |
| Steven Shepard | Susman Godfrey | New York |
| Manisha Sheth | Quinn Emanuel | New York |
| Jessica Shinnefield | Robbins Geller | San Diego |
| Roman Silberfeld | Robins Kaplan | Los Angeles |
| Gerald Silk | Bernstein Litowitz | New York |
| Joshua Silverman | Pomerantz | Chicago |
| Katherine Sinderson | Bernstein Litowitz | New York |
| Linda Singer | Motley Rice | Washington, D.C. |
| Steven Singer | Saxena White | White Plains, N.Y. |
| Steven Sklaver | Susman Godfrey | Los Angeles |
| Daniel Small | Cohen Milstein | Washington, D.C. |
| Elizabeth Smith | Motley Rice | Washington, D.C. |
| Thomas Sobol | Hagens Berman | Cambridge, Mass. |
| Aliki Sofis | Quinn Emanuel | Boston |
| Sylvia Sokol | Scott + Scott | New York |
| Mark Solomon | Robbins Geller | San Diego |
| David Sorensen | Berger Montague | Philadelphia |
| John Sparacino | McKool Smith | Houston |
| Ronnie Seidel Spiegel | Hagens Berman | Seattle |
| Kalpana Srinivasan | Susman Godfrey | Los Angeles |
| Courtney Statfeld | McKool Smith | New York |
| Karl Stern | Quinn Emanuel | Houston |
| Leslie Stern | Berman Tabacco | Boston |
| Murielle Steven Walsh | Pomerantz | New York |
| Michael Stevenson | Labaton Sucharow | Washington, D.C. |
| David Straite | Kaplan Fox | New York |
| Joel Strauss | Kaplan Fox | New York |
| Silvija Strikis | Kellogg Hansen | Washington, D.C. |
| Arun Subramanian | Susman Godfrey | New York |
| Lawrence Sucharow | Labaton Sucharow | New York |

| | | |
|---|---|---|
| Jason Sultzer | The Sultzer Law Group | Poughkeepsie, N.Y. |
| Harry Susman | Susman Godfrey | Houston |
| Lynn Swanson | Jones Swanson | New Orleans |
| Stephen Swedlow | Quinn Emanuel | Chicago |
| Bonny Sweeney | Hausfeld | San Francisco |
| Claire Sylvia | Phillips & Cohen | San Francisco |
| Joseph Tabacco Jr. | Berman Tabacco | San Francisco |
| Ariana Tadler | Tadler Law | New York |
| Kevin Teruya | Quinn Emanuel | Los Angeles |
| Jordan Thomas | Labaton Sucharow | New York |
| Ed Timlin | Bernstein Litowitz | New York |
| Robert Tobey | Johnston Tobey | Dallas |
| Marc Topaz | Kessler Topaz | Radnor, Pa. |
| Catherine Torell | Cohen Milstein | New York |
| Hector Torres | Kasowitz | New York |
| Joseph Trautwein | Sheller | Philadelphia |
| Max Tribble | Susman Godfrey | Houston |
| Melissa Troutner | Kessler Topaz | Radnor, Pa. |
| Lisa Tsai | Reid Collins | Austin |
| Matthew Tuccillo | Pomerantz | New York |
| Martin Twersky | Berger Montague | Philadelphia |
| Jonathan Uslaner | Bernstein Litowitz | Los Angeles |
| Austin Van | Pomerantz | New York |
| Jeroen van Kwawegen | Bernstein Litowitz | New York |
| Gregory Varallo | Bernstein Litowitz | Wilmington |
| Irina Vasilchenko | Labaton Sucharow | New York |
| Carol Villegas | Labaton Sucharow | New York |
| David Wales | Bernstein Litowitz | New York |
| Genevieve Wallace | Susman Godfrey | Seattle |
| Timothy Warren | Labaton Sucharow | Chicago |
| Mark Wawro | Susman Godfrey | Houston |
| Tamar Weinrib | Pomerantz | New York |
| Stephen Weiss | Seeger Weiss | New York |
| Michael Wernke | Pomerantz | New York |
| Keith Wesley | Browne George | Los Angeles |

| Lexie White | Susman Godfrey | Houston |
| Joseph White III | Saxena White | Boca Raton |
| Conlee Whiteley | Kanner & Whiteley | New Orleans |
| Tyler Whitmer | Quinn Emanuel | Washington, D.C. |
| Adam Wierzbowski | Bernstein Litowitz | New York |
| K. Craig Wildfang | Robins Kaplan | Minneapolis |
| David Williams | Kline & Specter | Philadelphia |
| Shawn Williams | Robbins Geller | San Francisco |
| Steven Williams | Saveri Law Firm | San Francisco |
| Mark Willis | Labaton Sucharow | Washington, D.C. |
| Mary Jane Wilmoth | Kohn, Kohn & Colapinto | Washington, D.C. |
| Randy Wilson | Susman Godfrey | Houston |
| Robert Wilson | Labaton Sucharow | Washington, D.C. |
| Robin Winchester | Kessler Topaz | Radnor, Pa. |
| David Wissbroecker | Robbins Geller | San Diego |
| Terry Wit | Quinn Emanuel | San Francisco |
| Adam Wolfson | Quinn Emanuel | Los Angeles |
| Kara Wolke | Glancy Prongay | Los Angeles |
| Harvey Wolkoff | Quinn Emanuel | Boston |
| William Wood | McKool Smith | Houston |
| Debra Wyman | Robbins Geller | San Diego |
| Michael Yoder | Reid Collins | Dallas |
| Eric Young | McEldrew Young | Philadelphia |
| Steve Zack | Boies Schiller | Miami |
| Judith Zahid | Zelle | San Francisco |
| Adam Zapala | Cotchett | Burlingame, Calif. |
| Jessica Zeldin | Andrews & Springer | Wilmington |

*Share the knowledge!*





PREVIOUS POST
KAREN DYER OF BOIES SCHILLER SHARES TOP TRIAL LAWYER INSIGHTS

NEXT POST
M&A ATTORNEY CHAD WILLIAMS RETURNS TO SAUL EWING'S CORPORATE PRACTICE



## LAWDRAGON

Lawdragon Inc.

New York

Los Angeles

**CONTACT US**

We want to hear from you! Find the right contact here.

**DISCLAIMER**

Copyright © 2005-2021 Lawdragon Inc. Information displayed on Lawdragon is for general informational purposes only, the information is not legal advice and is not an endorsement or recommendation of any law firm, judge, or attorney. Lawdragon does not represent or warrant that the listings, evaluations, or other information found on Lawdragon will be correct, accurate, timely, or otherwise reliable. Do not act upon information found on Lawdragon as a replacement for legal advice provided by a professional attorney in good standing and licensed to practice in your jurisdiction. By visiting Lawdragon.com, you agree to these Terms of Use.

Copyright © Lawdragon Inc. 2005-2018. All rights reserved. Designed by Elfatrany.

LOS ANGELES & SAN FRANCISCO

# Daily Journal

www.dailyjournal.com

WEDNESDAY, OCTOBER 21, 2020

# Litigation boutique highlights star partners with new name

**By Kamila Knaudt**
*Daily Journal Staff Writer*

With the elevation of three partners, Browne George Ross LLP has changed its name to Browne George Ross O'Brien Annaguey and Ellis LLP.

The firm announced the elevation of Thomas P. O'Brien, Maribeth Annaguey and Dennis S. Ellis to named partner on Wednesday.

"The three partners, who we're adding to the name, exemplify not only the expansion of our practices, but just the quality of our lawyers, and we thought: 'What better way to celebrate this next chapter of the firm and its history and also where we're going than to place their name on the door?" said Keith J. Wesley, managing partner of the firm.

The elevations are not only a celebration of the attorneys' accomplishments, but acknowledgment of their leadership in and outside of the firm, Wesley said.

O'Brien, Annaguey and Ellis joined the firm during the past three years.

"They're not only exceptional people and exceptional lawyers, but truly remarkable partners, who bring phenomenal work ethic, complete integrity and great loyalty," said name partner Eric M. George. O'Brien, the U.S. attorney for the Central District of California from 2007 to 2009, joined the firm in 2018 from Paul Hastings LLP, where he headed the West Coast white collar defense practice and chaired the Los Angeles litigation department.

He leads the firm's downtown Los



*Justin Stewart / Special to the Daily Journal*
From left, Peter W. Ross, Maribeth Annaguey, Eric M. George, Thomas P. O'Brien and Dennis S. Ellis

Angeles office and represents clients in government investigations and prosecutions related to the federal and state False Claims Act, the Foreign Corrupt Practices Act, health care fraud and corporate compliance.

Like O'Brien, Ellis joined from Paul Hastings, arriving this March. He is the former global chair of the complex litigation arbitration group at Paul Hastings and specializes in complex litigation, consumer class actions, unfair competition disputes, business torts and breach of contract actions. His clients are from the manufacturing, retail and most recently the cosmetics industry.

A seasoned litigator, Annaguey joined the firm in 2017 from Liner LLP, where she practiced for about nine years.

She focuses on complex business and entertainment litigation and advises clients on matters including class action defense and disputes related to the Talent Agencies Act, real estate and partnerships.

Founded in 1985 by Allan Browne, the firm has offices in Century City, Los Angeles, San Francisco and New York City.

The firm last underwent a name change 12 years ago when it became Browne George Ross.

"This is really an exciting chapter for us, where we have the ability to take on cases and do so with lawyers that have incredible expertise and with a geographical reach that up until now, we haven't been able to do," said George. "I'd say in this next chapter, the best is yet to come."

*kamila_knaudt@dailyjournal.com*

Reprinted with permission from the *Daily Journal*. ©2020 Daily Journal Corporation. All rights reserved. Reprinted by ReprintPros 949-702-5390

Lawyer Profiles & Legal News                                    Oct. 22, 2020

# LAWDRAGON

## O'Brien, Annaguey & Ellis Signal Expansion of Browne George Ross



*Photo of Tom O'Brien, Maribeth Annaguey and Dennis Ellis by Amy Cantrell.*

*By Katrina Dewey*

Browne George Ross has made the seemingly retro move of adding three new name partners – Tom O'Brien, Maribeth Annaguey and Dennis Ellis – to become Browne George Ross O'Brien Annaguey & Ellis.

Firm leader Eric George sees the issue as a look ahead, rather than to the past. "Maribeth, Dennis and Tom have the gifts that define an extraordinary lawyer – excellence, integrity, scholarship, common sense, creativity, grit. Clients love them, and the bench and bar respects them. It's time for our letterhead to reflect their current and future leadership of the firm," George said.

Copyright Lawdragon Inc. 2020                                              1

Browne George has long been considered one of L.A.'s hottest litigation firms – and it's just getting hotter. Helmed by the well-known and much-admired George alongside celebrated trial lawyer Pete Ross, the firm has amassed an enviable track record in courts nationwide. In the last year alone, the firm's stable of trial work has been second to none - ranging from defending the City of L.A.'s Water and Power Department in high profile litigation, to taking on Senator Richard Burr for insider stock trades at the onset of Covid, to representing Nicki Minaj in copyright litigation, to procuring $15 million in judgments against now-disgraced attorney Michael Avenatti.

That's no accident. While Los Angeles' historic market-leading firms clambered to become international contenders, they forfeited some of the very attributes that drew top lawyers to them in the first place. "We've focused exclusively on top litigation matters, and on building a firm that wants to win for their clients, not just bill them," said managing partner Keith Wesley.

Annaguey, O'Brien and Ellis are BigLaw veterans who have become major players in Southern California.

Annaguey was the first to join, in 2017, after building a successful client base over nearly nine years as a partner at Liner Law. As Liner was acquired by DLA, one of the world's largest firms, Annaguey assessed what type of practice would best serve her clients – and someone suggested she reconnect with George. "I couldn't believe I hadn't thought of it myself," she said, having watched as George built a "very sophisticated, high-stakes, high-profile practice."

O'Brien followed less than a year later. After serving as U.S. Attorney for the Central District of California, O'Brien spent nine years as a partner at Paul Hastings, where he headed the West Coast white-collar practice as well as the Los Angeles litigation department. He met the connected George while doing the rounds to become the region's top federal prosecutor in 2007, "and I just fell in love with the guy immediately," he said. George beat the drum on O'Brien joining, and "a couple of years ago, I thought, 'Let's go ahead and try this.' And it's been fantastic. Maybe not for Eric, but for me."

"It's been a real breath of fresh air for me in practice," he added. "I'm going to say what Maribeth said, which is so key on the practice of law. You can do it in a gentlemanly and a gentlewomanly manner."

Ellis' journey to Browne George's door began – as it seems all roads do – with dinner at Dan Tana's with George. "And I quickly transitioned into asking Eric what he thought of the judicial appointment secretary [and now a San Diego Superior Court judge] Sharon Majors-Lewis," said Ellis. "And he says, 'Oh, I love her. She's great. She's very thoughtful in her approach and everything else.' And I said, 'Good answer, because that's my mother.'"

There was no going back. Over a decade of friendship, George watched Ellis score one victory after another as a trial lawyer. "Simply put," said George of Ellis, "I have never met a

better trial lawyer." The two found themselves talking on a weekly basis about law and strategy in their cases - the two refer to the other as his "best friend in the law" - when George confronted Ellis about his legacy, asking him what more he wanted after an extraordinary career in which Ellis had risen through the ranks to become global chair of complex litigation and arbitration at Paul Hastings. It was only a matter of time before the answer to George's "Wouldn't it be great to work together?" became "Yes."

Asked for his reaction to his name being added to the firm's, Ellis offered: "I think it shows dramatically that you can find good quality lawyers, deserving lawyers and build diversity in a law firm, in a practice and have a firm that matches the mosaic of our country, our society and in particular the area where we practice in Los Angeles."

He added: "It is not lost on me the time in which this is happening and I do believe that it shows that in all of the situations that are going on that there still are some positive things taking place and that some firms, some corporations and some companies realize the important role that people of color play in our society and how they can affect not only society generally, but individual companies as they strive to meet the needs of a diverse marketplace."

That's been a huge selling point for the numerous top-tier lawyers who have chosen to switch rather than fight the current era of BigLaw. All three newly-named partners remember watching at the beginning of the pandemic as BigLaw almost in unison began to defer compensation and lay off staff. "And we were sitting around here saying, 'Wow. No one wants to wish anything like that on anyone,'" said O'Brien. "But that's how they have to react because it's about balance sheets now."

Meanwhile, they looked around Browne George and saw they were busy and getting busier. "There's a brotherhood-sisterhood camaraderie feeling. I certainly feel it at this firm, that these people have your back," said O'Brien.

At the end of the day, Ellis said, we are "nothing if we don't achieve for our clients - and achieve in an exceptional way." Ellis recalled the joy he felt as a young lawyer, with the circulation of kudos memos after notching a litigation win. "They always ended, 'Needless to say, the client is ecstatic.'"

"I've never lost that sense of satisfaction. That's what this is all about," said Ellis.

"I believe we're building a juggernaut," concluded O'Brien, "that is going to be absolutely head to toe competitive with every single law firm in Los Angeles, California, and across the country."

Copyright Lawdragon Inc. 2020                                                                    3



ABOUT US    ATTORNEYS    PRACTICE AREAS    COMMUNITY OUTREACH    CONSULTING    NEWS    **CONTACT US**

# News

## BGR Team Recognized by Litigation Daily in Litigator of the Week Column

DECEMBER 11, 2020

Litigation Daily's prestigious and recurring column Litigator of the Week recognizes the accomplishments of litigators in state and federal courts across the country.  This week, Litigation Daily lauded a team of Browne George Ross O'Brien Annaguey & Ellis litigators who represented the California Restaurant Association in its successful challenge to Los Angeles County's outdoor dining ban.

As Litigation Daily wrote:

> *A team at **Browne George Ross O'Brien Annaguey & Ellis** including **Dennis Ellis**, **Katherine Murray**, and **Richard Schwartz** landed runner-up honors for their work on a high profile suit brought on behalf of California Restaurant Association challenging Los Angeles County's outdoor dining ban. The team convinced L.A. Superior Court Judge James Chalfant to bar the county from extending the ban unless and until it conducts "an appropriate risk-benefit analysis." The judge found that the county health department's restaurant closure order was "an abuse of the Department's emergency powers, is not grounded in science, evidence, or logic, and should be adjudicated to be unenforceable as a matter of law."*

The paywalled article can be found here.

© Copyright 2020 Browne George Ross O'Brien Annaguey & Ellis LLP All Rights Reserved.

Privacy Policy



OPTIMIZED BY
NitroPack.io   Automated page speed optimizations for fast site performance

8:42:38 AM 4/26/2021

# LAWDRAGON

News & Features    Lawyer Limelight    Guides    The Magazine    Lawdragon Press    About

## LAWYER LIMELIGHT: DENNIS ELLIS

By Katrina Dewey    |    December 14, 2020    |    BGR Features, Lawyer Limelights



Photo by Amy Cantrell.

Dennis Ellis knew his mother was proud of his football career. She came to all his games. She cheered. But the look of gratification on her face when her son successfully defended General Electric from a claim that its full-body scanners were defective was one he had never seen before.

Ellis couldn't resist asking her about it afterward, he recalls.

"She said pretty succinctly, 'You know, when I watched your football games, I thought you were doing good, because you were out there all the time, but I didn't really know for sure what was going on. But this, I know. I do this, I know how hard it is, and I know what I saw, and you were as good as I have ever seen.'"

It was an exhilarating moment for Ellis, who as a scholarship student athlete at California State University Fullerton, had once dreamed of a gridiron career but opted to pursue the law instead. He mirrored his mother, Sharon Majors-Lewis, a single parent who earned her law degree in night school and went on to become a deputy district attorney in San Diego; judicial appointments secretary to Gov. Arnold Schwarzenegger; and now a Superior Court judge.

At early points in his legal career, their respective victories seemed almost synced. In 2002, the San Diego Union-Tribune covered the $92-million verdict that a Paul Hastings team including Ellis won against investment firm William Simon & Sons in the same week that Majors-Lewis earned a conviction in a high-profile murder trial.

Later, Ellis was named attorney of the year by California Lawyer magazine after he captured a $2.87-billion judgment for Chinese telecom giant New World. Just about the same time, his mother was chosen to become the judicial appointments secretary, the first woman and African-American to hold the position.

"In some way, there was this symbiotic connection with my mom all the way through," he said. The law "wasn't a path I initially sought out, because I was trying to be successful as an athlete. But when I decided to move forward into practicing law, I benefited from having seen my mom do it at such a high level for so long, first as a kid watching her go to law school when I was in high school and then, the early stages of her career as a prosecutor."

Ellis has recently made headlines protecting restaurants desperately trying to survive, winning a ruling that L.A. County acted arbitrarily in shutting down all outdoor dining.

**Lawdragon:** Dennis, can you tell us how you got involved in the restaurant lawsuit? I know Browne George Ross O'Brien Annaguey & Ellis routinely is hired by private and governmental powerbrokers in L.A.

**Dennis Ellis:** Depth of practice. We have some of the most talented, experienced and well-versed litigators and trial lawyers in the industry, and as a result we are always in demand by all clients in both the private and public sector. What we are building here is going to be disruptive to the industry, because we will stand alone as a litigation firm that can operate equally on either side of the "v." as both a Plaintiff and a Defendant in nearly any type of case.

**LD:** What has been your pandemic dining regime? I know you have a new baby, Townsend, so did that impact your routine? And what does this lawsuit mean to you?

**DE:** Well, first of all, my regimen has been changed dramatically with the birth of my first son in September. My wife Ashleigh, who has been a tremendous supporter during this transition to my new firm, and a tireless mother to our son Townsend, has shouldered most of the load at home

leaving me to continue to develop my practice on this new platform. However, because I am and have always been an early riser, I handle the 4:00 a.m. feedings for Townsend. After that, I head to my office in our home to begin my day.

One of the few days I had to miss my feeding shift, was the day we first appeared before Judge [James] Chalfant seeking to challenge the L.A. County order prohibiting outdoor dining. I had to be at Court with the ex parte papers so early that Ashleigh had to finish pumping and then take my turn feeding Townsend. She must have been up the whole night.

That began what led to a landmark decision for our client the California Restaurant Association. CRA's President, Jot Condie, and I were staffers together in Sacramento as twenty-something year olds, and we have remained friends throughout the past 30 years. But we never really had an occasion to do much work for them other than a couple of research projects. The decision is a landmark – Chalfant followed the rule of law and confirmed that the decision process of County Public Health Departments is not free from judicial scrutiny. While their decisions are entitled to great deference, their ability to act is not unbridled. Their decisions must be supported by evidence and rationally related to the interest they seek to protect – public health. In our case, there was no evidence supporting an increased risk of COVID transmission through outdoor dining at restaurants, and thus the Court rightfully issued an order prohibiting the L.A. County order.

This all comes full circle too. The verdict that I was a part of against William E. Simon and Sons, was before Chalfant also. He took that jury verdict away with a similar lengthy order. It feels much better to be on the other side of one of his carefully-reasoned decisions.

**LD:** Can we take it back to the beginning – you were playing football throughout undergrad, right? Go Titans!

**DE:** I played in college, but then that was the end. I do still watch football. I'm not a fan of any particular team, but I'm a fan of the game. I'll always love the game. It's hard to say, because I've been a football player more of my life than I was a football player, but I still view myself as an athlete, a football player. It's hard for me to look at myself differently.

**LD:** By the time you went to Howard, to law school, where was your head at? After watching your mom progressing as a lawyer, what kind of lawyer did you think you'd be?

**DE:** I had just left the state legislature, where I had worked for San Diego area Assemblywoman Carol Bentley after college; that's who Jot and I worked for. When I was going to law school and going to Howard, I thought – like a lot of Howard students do – that it was my time to be a social engineer and to work on things that are affecting our society. My thought was that I would have a different approach and be a different, balancing voice for a conservative viewpoint. This was also during the time that Supreme Court Justice Clarence Thomas was going through the confirmation process.

**LD:** That's an interesting context for figuring out your future.

**DE:** I was 24 years old and trying to figure out what my path was going to be. I thought, "Maybe I'll come back and be a legislator or do something along those lines." I wanted to be a prosecutor, like my mom. There were a lot of things going through my mind, but I definitely thought I was more likely to be in public service in some capacity – federal prosecutor, district attorney, or one day running for public office.

Despite my feelings that I had a very balanced view of the world and could be a good voice of reason for others, for Blacks and conservatives in 1992, watching the Clarence Thomas proceedings and other things that were going on in the country at that time, I was a little concerned that my voice would never be heard. Being misunderstood based for my conservative views definitely concerned me.

So I started thinking about other things to do. Although I thought being a U.S. attorney could still be really good, I wound up performing much better in my first year of law school than I anticipated and finished fourth in my class. That gave me the opportunity to take advantage of going to a big firm, which I had never even considered. There was also an importance in interviewing and showcasing some of the good students at Howard – and the diversity at Howard, in mind, body, and ability. The professors there impressed upon me that even if I didn't desire to go to a law firm, I should at least consider the process and think about it and interview.

**LD:** I always find it so interesting where the inflection point occurs in legal education where we focus on joining a law firm, for many different reasons.

**DE:** A professor at the time, a former dean, sat me down and said, "You've just got to do it. We need you to do it. We need you to interview, we need employers to see there are people like you here. For the people that come on campus from these firms, this is a place where they say, "OK, let's go interview so we can do our due diligence to say that we tried to bring in people of color for our law firm."

Now they can see that there's a broad swath of people that come from different experiences, they're talented and good. I did it and I was still in the back of my mind thinking, "I will never take these jobs." But man, with the challenge they presented and the people I met, I came out of that feeling like I had to try to be the best and practice at the highest level, something I was never able to accomplish as a football player.

**LD:** Be still your competitive heart.

**DE:** As a football player, I relished those opportunities when we played big teams. My philosophy of life was that I wanted to play on the biggest stage and perform well. At Howard, I was getting this opportunity to go to the biggest firms and I got an offer from one of the top law firms in the country at that time, Coudert Brothers. They were a big New York firm and I think at the time they were paying more than anybody else.

Paul Hastings also made me an offer, as did Fulbright & Jaworski. I met a guy named Kelvin Westbrook, a Black attorney who had just made partner at Paul Hastings, and he knew how to speak to me. He said, "It won't be easy. This is a different type of practice." He knew the challenge would resonate with me. It did, and I decided to go to Paul Hastings. It was a great decision because it really helped me to become the lawyer I am today.

**LD:** And here you are after attaining partnership at Paul Hastings and rising to its global chair of complex litigation and arbitration, your name has recently been added to Browne George Ross O'Brien Annaguey & Ellis in recognition of your amazing accomplishments.

**DE:** There were all these times over the years that I was like, "OK, is now the time to go be a U.S. attorney? I just never did it. It even went so far as having an offer to join the U.S. Attorney's Office in San Diego and go back home since I am from San Diego, and I was really thinking of doing it. One of the partners I worked for was a former U.S. attorney, one of the true gentlemen of the legal profession and just a great mentor and trainer. His name was Nick DeWitt. He was a paraplegic, and a great attorney in the U.S. Attorney's Office in the Central District. He passed away, oh I guess now it's been about 8 years ago.

He just had this great perspective on life: If you're 15 and they tell you that they're going to operate on you and it'll save your life but it'll make you paralyzed, you have to live that way. He just always lived like every day as a blessing. He never let all the pressure and all that goes with practicing in a big firm or practicing law generally get to him, he was always better than that. He never let anybody drag him into the petty fighting that can happen in litigation. He taught me never to do that either, to have the tools that were needed, to always be prepared, to understand that it's just litigation and you'll figure it out.

Because of all of that, I always feel like I had this unique perspective coming to Paul Hastings because I had Nick on the one hand and a guy named Alan Steinbrecher who was a former F4 fighter pilot during the Vietnam war, a very strict military-type guy. He was the kind of father figure who would be very stern and provide discipline and structure, and Nick was like the big brother who would hug when it was over and say, "It'll be OK." I had that great balance. While I didn't see that path, I'm glad that path came to me because it certainly put me in a good place to do well in my legal career.

**LD:** Mentors are so crucial to career success, especially in terms of providing balanced perspective and clueing you in about how the system works. Tell me about some of your early cases.

**DE:** The first time I was the first chair at a trial was in Sonoma County. We represented a company called MRV Communications in a civil case brought on behalf of a company called Broadlink. My second chair was a young associate, a woman named Gillian Garrett who had never tried a case before. Being Black, I always thought it was important to try to give diverse lawyers an opportunity. Which is what I did in this case, albeit with a young female attorney. So there was this big guy, me, and she was this demure, small petite woman. The guy who was the lead plaintiff witness was my size. I thought, "OK, if I cross-examine this guy and I draw with him, it would just be like two big bulls hitting at each other. But if she cross-examines him and even comes close to getting him, we'll look like the winner."

So I gave up the most critical witness in the case to her, and she cross-examined him. He was one of two witnesses I gave her, and she did great. Not only did she come close, she got him good. Made him admit a critical fact for our side during cross-examination – that he had never sent a termination notice regarding the contract.

Then the first trial I did as a partner was VitaScan vs GE Healthcare. I've had some great successes throughout my career but the most difficult, most significant victory of my career – regardless of the numbers but in terms of what was at stake for me as a lawyer – was VitaScan. I think it's my best performance and my most difficult challenge.

This was during the period of time in 2006 when a lot of private companies had bought full-body scanners from General Electric. There was this whole notion about doing a full-body scan to determine whether you had a risk of heart attack, which would allow you to get preventative care. Oprah Winfrey had a program about this. VitaScan had bought these scanners and they were, according to VitaScan, temperamental, so they made this massive lost-profit claim for $24 million, saying that their business failed because GE's scanners didn't work. There were people across the country making similar allegations. It wound up that this case that we believed to be a challenging case was the first one to go to trial.

**LD:** No pressure.

**DE:** Here I was, a partner, newly minted, and I was going to try the first case on the matter for one of our longtime legacy clients, GE. One of the legacy partners at Paul Hastings was representing them, and the pressure was on. The second chair was an associate who was up for partner. It was a big case. Only $24 million was at issue in the matter, but if we lost, there were like 10 to 20 more cases out there.

**LD:** Right, it could cascade.

**DE:** At one point in time, I heard GE say the problem could be an $800 million problem. On that case alone, it was 57 trial days, with essentially my whole career on the line. I remember at one point in time, I went to the lead relationship partner in our firm for GE, Kurt Hansson, and said, "I get it. If I lose this case, it'll be the shortest partnership in history." I always laughed and joked after the fact that he didn't say, "No, it'll be OK." He just was like, "OK, as long as you know …."

But we went through that trial, basically three months, and we won. A complete defense verdict.

There was an article in one of the Santa Barbara papers talking about GE versus a small company and the David vs. Goliath dynamics. It was entitled, 'Goliath Wins.' Even though I felt like the underdog up there, I always took it, since I'm such a big guy, it's like Goliath did win, finally. Wilt Chamberlain always says, "Nobody roots for Goliath." The person that's supposed to win doesn't get a lot of support.

**LD:** That's really incredible. You were such a young partner when you accomplished all that and then you just never looked back.

**DE:** There's some truth to that, but when you have those kinds of accomplishments, what happens next? Does it keep going up like a V-shaped curve or is there a plateau, followed by a smoother progression? In my career, it was more of a smoother progression over a couple of years where I was doing fine. But when you have the kind of start that I had, fine is not what is expected. So I had those issues like every other partner has: Concern, self-doubt. This is hard stuff. Nobody just says, 'This is it, I made it, I don't need to do anything else."

**LD:** What drove you to make the switch from successful partner at Paul Hastings to Brown George?

**DE:** It was a process, really. One of the critical things that happened to me was that in 2016, I got really sick; I got a staph infection. I had sepsis, and it was really scary. I was working on a case in Hong Kong, and I got a really bad pain in my shoulder, so I went and got acupuncture. We cannot be sure, but that is what we think might have gave me the infection. How the sepsis affected me was that my knees got infected, and I had to have 4 knee surgeries over an 8 day period. There was a time amputation was not being dismissed. In any event, the great doctors at Cedars-Sinai got me back in good health and I began the lengthy rehabilitation process.

When I got better, I did an arbitration that I won and then I had one more trial left for L'Oréal that was coming up that I thought would be my last case. I was tired, and thought I would retire. We lost that trial, and it was my first real trial lost ever. It hurt then, it hurts now, but it also inspired me to keep going.

Who knows if I would be at Browne George had we won that trial, but we didn't. There was no way I could leave the profession on that note. There's no way I would live with that being my last case. That made me think about what I wanted to do and one of the things that came out of that was with the Paul Hastings model, you might try a case every couple of years if you were lucky like I was, but then you could go long stretches without doing any of them. I needed to be back in court before juries more often was my conclusion.

**LD:** Sometimes it's the low moments that really focus us.

**DE:** I wanted a new model where I could be in the courtroom using the skills that I have as a trial lawyer because that's where I believe my real value lies. I wound up considering some other big national firms, and I discovered that in the in the end, this was the move that was right for me. I'm very, very pleased that I did it, and it's freed up a lot of time for trial work. Once we get back to a more normal world, you'll see the effects as we get more and more into the courtroom.

**LD:** You've talked a little about your experiences as a Black man and an attorney. What have the events of 2020, the resurgence of the Black Lives Matter movement, meant to you professionally and personally?

**DE:** I think every Black person in this country right now is wondering, "Where are we going to go from here? Is this going to be another time where there's been attention on a point but then it just dissipates?" We're also always wondering, "How can we help with that? How can we help with these things?"

In my case, I was blessed to be offered these unique opportunities, but I'm certainly not so vain as to believe that I was the only one to deserve them or that I was the only one who could have leveraged them. If you really think about it, this kid from the inner city who was raised by a single mother going to night school winds up being taken under the wing by a professor at Cal State Fullerton who helps him get a job with the legislature in Sacramento, who then works for an assemblywoman who helps him with the experience and credentials he needs to get into law school. He winds up getting a scholarship to Howard, one of the most prestigious schools in our country, and gets all the training that he could need to do well and gets the guidance to go pursue this path when he doesn't even expect to go into practice at a major international law firm.

It doesn't have to be in the practice of law, either. What if somebody who was a sales manager got that opportunity, what would he deliver? That's really what we need, the opportunities, and we need to be seen as agents for change and agents for success, not as criminals who might rob or hurt you. I myself have been that guy in a car who got arrested for no reason but my race. I've had officers come into my home holding their guns, and that happened while I was a Paul Hastings partner.

So despite what I've accomplished, there have been these moments where I could have been George Floyd. What would my universe look like if any of them had gone the wrong way? They didn't and so I am here.  But there are many people just like me that weren't as blessed.  What would they be today?

*Share the knowledge!*



PREVIOUS POST
TRIAL LAWYER MICHAEL KELLY ON CULTIVATING THE NEXT GENERATION



NEXT POST
PAUL WEISS: CONGRESS TO EXPAND DISCLOSURE REQUIREMENTS AS PART OF THE 2021 NDAA

# LAWDRAGON

Lawdragon Inc.
New York
Los Angeles

**CONTACT US**

We want to hear from you! Find the right contact here.

**DISCLAIMER**

Copyright © 2005-2021 Lawdragon Inc. Information displayed on Lawdragon is for general informational purposes only, the information is not legal advice and is not an endorsement or recommendation of any law firm, judge, or attorney. Lawdragon does not represent or warrant that the listings, evaluations, or other information found on Lawdragon will be correct, accurate, timely, or otherwise reliable. Do not act upon information found on Lawdragon as a replacement for legal advice provided by a professional attorney in good standing and licensed to practice in your jurisdiction. By visiting Lawdragon.com, you agree to these Terms of Use.

Copyright © Lawdragon Inc. 2005-2018. All rights reserved. Designed by Elfatrany.

 

8:41:17 AM 4/26/2021