# EXHIBIT D

**BGR | BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP**   ABOUT US   ATTORNEYS   PRACTICE AREAS   COMMUNITY OUTREACH   CONSULTING   NEWS   **CONTACT US**



### Katherine F. Murray
Partner
Century City
kmurray@bgrfirm.com

**DOWNLOAD BIO**

**DOWNLOAD VCARD**

**Katherine F. Murray** is a partner in the Century City office of Browne George Ross O'Brien Annaguey & Ellis LLP. Ms. Murray concentrates her practice on complex business litigation matters. Ms. Murray has significant experience litigating consumer class actions spanning a range of industries, with an emphasis on food, cosmetic and consumer electronics. Ms. Murray has also litigated real estate, patent infringement, trade secret and business tort cases. Ms. Murray has extensive experience trying jury trials through verdict. She is a co-author of the treatise entitled Enforcement of Judgments: A Practitioner's Guide to Recovery, published by ALM Media LLC in July 2016.

**Recent Representations**

- Representing major food, cosmetics and consumer electronics companies in nationwide and state class action lawsuits brought under various states' consumer protection statutes, including California's Business and Professions Code Sections 17200, 17500 and the Consumer Legal Remedies Act.
- Secured dismissal of nationwide class action filed against major cosmetics company and valued by Plaintiff at $100 million following class certification briefing.
- Successfully defeated class certification in an action brought under California's Song-Beverly Credit Card Act, California Civil Code Section 1747.08, which prohibits retailers from requiring or requesting personal identification information from customers as a condition to accepting a credit card as payment. In denying plaintiff's motion for class certification, the trial court held that a request for personal identification information violates the Credit Card Act only if a consumer would perceive the store's request for information as a condition for the use of the credit card.
- Represented Claimant in a confidential JAMS arbitration after Respondents failed to pay their agreed portion of response costs related to an enforcement action brought by the Regional Water Quality Control Board. The panel of three retired judges ordered Respondents to pay their full portion of response costs in the amount of $2,045,279.40 and an additional $651,638.81 in prejudgment interest. The panel also found that Claimant was the prevailing party and entitled to attorneys' fees in excess of $2,000,000.
- Represented the City of Rialto in numerous consolidated state and federal court actions under the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), the Resource Conservation and Recovery Act (RCRA), and various analogous state court statutes and common law doctrines arising from the contamination of the former Rialto Ammunition Backup Storage Point in Rialto, California.
- Secured judgments exceeding $2.8 billion on behalf of a Hong Kong conglomerate in multiple breach of contract and fraud cases.
- Won summary judgment on behalf of a multinational conglomerate in a breach of contract and fraud case based on negotiations for medical device patents.
- Advised and represented major lending institutions in connection with judicial foreclosures and receiverships.
- Defended several Taiwanese original equipment manufacturers in patent infringement actions across the country, including the Eastern District of Texas, the District of Delaware, and the Western District of Wisconsin.
- Served as the primary drafter on post-trial briefs that resulted in the reduction of a $52 million verdict to $6 million (the $6 million judgment was subsequently reversed on appeal, resulting in a full defense verdict).
- Member of team that prepared U.S. Supreme Court briefs arguing that the Ex Post Facto Clause of the U.S. Constitution prohibited the retroactive application of U.S. Sentencing Guidelines that increase the recommended sentencing range, which had resulted in an unfair sentence for our client. Ruling 5-4 in favor of our client, the Supreme Court overturned the ruling of the Court of Appeal.

**Accolades and Recognitions**

- Selected as a "Rising Star" and "Top Women Attorneys in Southern California" by Southern California Super Lawyers in 2013, 2014 and 2015.
- Awarded KIND's (Kids In Need of Defense) Pro Bono Attorney of the Month in connection with representation of a minor in removal proceedings. The proceedings resulted in a favorable ruling for the minor, who recently received lawful permanent resident status.
- Awarded ACLU's Homeless Rights Advocacy Award in connection with her work on *Glover v. City of Laguna Beach*, a class action lawsuit which challenged Laguna Beach's ineffective and discriminatory homelessness program.

**Speaking Engagements and Publications**

- The Ninth Circuit Relies On Reasonable Consumers' Experiences to Dismiss a Cosmetics False Advertising Case – March 29, 2016.
- Panelist for "Strategically Limiting Discovery in Class Litigation" – Strafford Publications

- Webinar, February 10, 2016.
- Panelist for "Ethical Considerations Regarding Litigation Matters and Investigations," Paul Hastings LLP MCLE Event, January 13, 2016.
- Ninth Circuit Comes Around on CAFA, Law360, April 14, 2015.
- Panelist for "Bifurcated Discovery in Class Litigation: Navigating the Blurred Lines Before and After Certification: Evaluating Merits Discovery vs. Class Discovery, Addressing Damages Issues, Preparing Defendants for Depositions When Bifurcation is Permitted" – Strafford Publications Webinar, June 11, 2014.
- Panelist for "False Advertising Consumer Class Actions: Navigating Complex Issues of Standing, Damages, CAFA Removal and More – Plaintiff and Defense Strategies for Class Certification, Summary Judgment, Settlement and Trial" – Strafford Publications Webinar, July 8, 2014.
- *POM Wonderful LLC v. Coca Cola Company*: Have the Tides Turned in the Legal Food Fight? – July 1, 2014.
- No Damages or Injury, No Predominance and No Class – Law360, August 20, 2013.
- The Untolled Tale: American Pipe Tolling in the Wake of *Dukes v. Wal-Mart* – BNA Class Action Litigation Reporter, March 30, 2013.
- Expert Testimony Admissibility after *Wal-Mart v. Dukes* – American Bar Association's Pretrial Practice & Discovery E-Newsletter, Fall 2012.
- The Safe Cosmetics Act of 2011 (H.R. 2359): Implications for the Cosmetics Industry, May 18, 2012.
- Standing Requirements in California UCL Cases Brought in Federal Court in the Wake of Tobacco II and Kwikset – The Recorder, February 21, 2012.
- Bifurcated Discovery in Class Actions: An Effective Strategy To Prevent the Continuation of the Unmeritorious Lawsuit – BNA – Class Action Litigation Reporter, August 26, 2011.
- Retailers in California Face New Scrutiny of Credit Card Transactions in Light of *Pineda v. Williams-Sonoma Stores, Inc.*, 51 Cal. 4th 524 (2011), March 14, 2011.
- *Kwikset Corp. v. Superior Court* Clarifies UCL Standing Requirements, February 3, 2011.

**Professional and Community Involvement**

- Native Spanish speaker
- Served on the Board of Directors of the Serra Project, one of Southern California's largest providers of low-cost housing for people living with HIV/AIDS.
- Served on the Board of Directors of the Law School Fund for Northwestern University School of Law.
- Ongoing alumni interviewer for Northwestern University School of Law
- Co-chair of Fundraising for Northwestern University School of Law's Class of 2000.
- Admitted to practice in all courts in California, the United States District Courts for the Central District of California, the Northern District of California, the Northern District of Illinois and the District of Colorado, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Ninth Circuit, the Federal Circuit Court of Appeals and the United States Supreme Court.

**Bar Admissions**

- State Bar of California
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit, Sixth Circuit and Federal Circuit
- United States District Court, Central and Northern Districts of California

**Education**

- Northwestern University School of Law
- University of Pennsylvania

© Copyright 2020 Browne George Ross O'Brien Annaguey & Ellis LLP All Rights Reserved.

Privacy Policy

   Automated page speed optimizations for fast site performance

8:48:21 AM 4/26/2021