# EXHIBIT E

**BGR | BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP**

ABOUT US    ATTORNEYS    PRACTICE AREAS    COMMUNITY OUTREACH    CONSULTING    NEWS    CONTACT US



**Carl Alan Roth**
Partner
Downtown Los Angeles
croth@bgrfirm.com

DOWNLOAD BIO

DOWNLOAD VCARD

Carl Alan Roth's practice involves a wide range of large-scale and complex sports, media and entertainment, banking, insurance, intellectual property, real estate, product liability, bankruptcy, environmental, and securities disputes. In the course of that work, Mr. Roth has argued in state and federal appellate and trial courts, and participated in large and small case trials, examining both lay and expert witnesses, and presenting complex arguments to juries. Mr. Roth also prepared and filed legal memoranda in state and federal appellate courts, including the California, Texas and United States Supreme Courts.

Mr. Roth's notable representations include:

- defending the NFL, NFL Properties, the NBA and NBA Properties in significant antitrust, contract and fiduciary duty claims in state and federal trial and appellate courts;
- defending numerous major film studios on various antitrust and state commercial law matters;
- defending major film studios in various disputes with Hollywood talent, including writers, directors and actors, over participation in and accounting associated with major Hollywood films;
- defending the largest and controlling shareholder in a battle for control over one of the seven major film studios;
- defending a major film studio regarding the ownership of and financial accounting concerning "Gone With the Wind";
- defending a major Southern California toy company in multibillion-dollar copyright and state law claims asserted in federal district court;
- defending a major Southern California pharmaceutical company in a multibillion-dollar trade secret claim;
- prosecuting a multimillion-dollar trade secret claim on behalf of a California-based wearable technology company;
- representing one of the nation's largest natural gas transmission companies in antitrust claims asserted in Alabama and Georgia federal courts, including filing briefs on behalf of that company in the Eleventh Circuit and the United States Supreme Court;
- defending the underwriters of more than $15 billion of WorldCom, Inc. debt securities in class actions brought by bondholders throughout the United States;
- defending the world's largest car manufacturing company in state and federal product liability cases;
- defending the trustees of the Hearst Family Trust on claims regarding the interpretation of the will and related documents of William Randolph Hearst as they relate to the operation of the Hearst Corporation; and
- defending three international corporations in evidentiary proceedings connected to bankruptcy proceedings pending in California, Illinois and Delaware bankruptcy courts.

**Bar Admissions**

- State Bar of California

**Education:**

- Harvard Law School, J.D., 1990
- University of California, Berkeley, A.B., 1986

© Copyright 2020 Browne George Ross O'Brien Annaguey & Ellis LLP All Rights Reserved.

Privacy Policy

 OPTIMIZED BY NitroPack.io | Automated page speed optimizations for fast site performance

https://bgrfirm.com/attorneys/carl-alan-roth/    8:52:06 AM 4/26/2021
Google Chrome 90.0.4430.85                      Windows 10 Pro 64-bit Build 19042