UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to All Actions

**NOTICE OF FILING EXHIBIT IN SUPPORT OF APPLICATION OF RACHEL FURST**

Pursuant to the Order (D.E. 209), attached for the Court's consideration is the *curriculum vitae* of undersigned counsel, Rachel Furst of Grossman Roth Yaffa Cohen, PA. This exhibit is filed in support of my application to be appointed Liaison Counsel, included among the consolidated leadership applications filed earlier today (D.E. 243-3).

Dated: April 26, 2021

Respectfully submitted,

s/ *Rachel Wagner Furst*
Rachel Wagner Furst
Fla. Bar No. 45155
rwf@grossmanroth.com
**GROSSMAN ROTH YAFFA COHEN, P.A**.
2525 Ponce de Leon Blvd Ste 1150
Coral Gables, FL 33134-6040
Telephone: (305) 442-8666
Facsimile: (305) 285-1668

*Co-counsel for Plaintiff Sagi Cezana*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I electronically filed the forgoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By: */s/ Rachel Wagner Furst*
Rachel Wagner Furst