

PLEASE REPLY TO: CORAL GABLES

Stuart Z. Grossman
Neal A. Roth
Andrew B. Yaffa
Gary M. Cohen
Natasha Cortes
Rachel W. Furst
Eric T. Halsey
William P. Mulligan
Julian J. Catala
Alex Arteaga Gomez
Ryan J. Yaffa

OF COUNSEL
Robert C. Gilbert
Richard S. Masington

INVESTIGATORS
Scott McCarthy
Marling Santiago
Jill A. Dobrinsky, R.N.
Diana L. Tershakovec, A.R.N.P.
Kathryn H. Baker, R.N.
Karen Elkin
Marlene B. Perez
Joi F. Spokony, R.N., B.S.N., M.H.L.
Rudy M. Toth
Ralph Gracia
Dan Roth (1948-1999)

Donna M. Burroughs (Ret.)

CORAL GABLES
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, Florida 33134
T 305.442.8666
F 305.285.1668

BOCA RATON
225 NE Mizner Boulevard
Suite 200
Boca Raton, Florida 33432
T 561.367.8666
F 561.367.0297

1.800.206.4004
www.grossmanroth.com

**RACHEL WAGNER FURST**

**Curriculum Vitae**

Rachel W. Furst is a Partner at Grossman Roth Yaffa Cohen ("GRYC"), a law firm established in Miami, Florida, in 1988, and dedicated to plaintiffs' representation and trial practice. GRYC handles wrongful death, personal injury, professional malpractice cases, mass torts, class actions, and commercial litigation on behalf of plaintiffs. Ms. Furst joined the firm in 2013. She plays an instrumental role in the firm's class action and mass tort work. Ms. Furst also handles appeals and provides trial support and litigation support on dispositive motions and complex issues on behalf of GRYC and other firms.

Prior to joining GRYC, Ms. Furst practiced for nearly five years in the commercial litigation department of international law firm, White & Case LLP, where she defended corporations against complex claims, including a multi-district product liability class action, professional malpractice claims, and Securities & Exchange Commission investigations.

Ms. Furst served as a law clerk to United States District Court Judge Ursula Ungaro, Southern District of Florida. She worked as a summer associate at Skadden, Arps, Slate, Meagher & Flom LLP in New York and for a year as a public interest fellow and clerk at the Manhattan District Attorney's Office.

**Education:**   Princeton University, B.A. (2003)  *magna cum laude*

University of Florida, Levin College of Law, J.D. (2007) *magna cum laude*, *Florida Law Review*, Symposium Editor

**Recent Recognitions:**

40 Under 40, Outstanding Lawyers of South Florida, (2016)
Super Lawyers Recognition, (2019 – Present)
Rising Stars Recognition, (2016 – 2017)

**Bar Admissions:**

Florida Bar
United States District Court, Southern District of Florida
United States District Court, Middle District of Florida
United States Court of Appeals for the Eleventh Circuit

**Civic & Professional Engagements:**
Florida Bar Federal Court Practice Committee Member
Federal Bar Association, South Florida Chapter, Executive Board Member
Legal Services of Greater Miami, Board of Directors Member
Lotus House, Board of Directors Member
City of Miami Sports and Exhibition Authority, Board Member
Miami-Dade County Department of Cultural Affairs, Grant Panelist
Florida Justice Association, *Daubert* Committee Chair
Morningside Civic Association, President
Magistrate Judge Selection and Merit Retention Panels, Southern District of Florida (2018, 2019, 2021)

What follows is a sampling of class action and mass tort cases relevant to her and the firm's ability to work on the *January 2021 Short Squeeze Trading Litigation*:

- ***In Re Allergan Viocell Textured Breast Implant Products Liability Litig.***, Case No. 2:19-md-2921 (D. N.J.): Serving alongside co-counsel, who serves on the Plaintiffs' Executive Committee, in pending multi-district litigation and class action; Ms. Furst shares in the responsibility for their dozens of collective cases.

- ***Tershakovec v. Ford Motor Co.***, Case No. 17-cv-21087 (S.D. Fla.): Representing a putative class of car owners in case alleging claims for statutory fraud and consumer protection, breaches of warranty, and unjust enrichment; Ms. Furst has taken a lead role in developing the merits of this case.

- ***Vazquez v. Gen. Motors, LLC***, Case No. 17-22209-CIV (S.D. Fla.): Representation of putative class of car owners in case alleging breaches of warranty and violations of under the Florida Deceptive and Unfair Trade Practices Act; Ms. Furst worked to develop the merits of this case.

- ***Gevaerts v. TD Bank, N.A.***, Case No. 11:14-CV-20744-RLR (S.D. Fla.): Representation of class of investors in case against TD Bank arising from a viatical life insurance scheme; Ms. Furst made substantial contributions to the successful resolution of this case, including by preparing the pleading and dispositive motion briefing.

- ***Bowe v. Pub. Storage***, Case No. 1:14–cv–21559–UU (S.D. Fla.): Representation of certified class of consumers against a self-storage company for deceptive practices involving the sale of self-storage insurance, including

RICO and consumer fraud claims; Ms. Furst contributed to the developing the merits of this case and to the dispositive and class certification motions.

- ***In re Checking Account Overdraft Litig.***, Case No. 1:09–MD–02036–JLK; MDL No. 2036 (S.D. Fla.): GRYC attorneys served on plaintiffs' executive committee in representation of classes of individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest;

- ***In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010***, Case No. MDL No. 2179 (E.D. La.): Service as co-chair of the Insurance Work Group in litigation arising out of the BP Gulf of Mexico oil spill;

- ***In re: American Airlines Jamaica Crash***, 10-CV-20131-Lenard (S.D. Fla.): Serving on the Plaintiffs' Steering Committee in the lawsuit arising from the crash of American Airlines Flight 331 in Jamaica in 2009;

- ***Richmond Manor Apts., et al. v. Certain Underwriters at Lloyd's London***, Case No.: 09- CV-60976-Altonaga (S.D. Fla.): Settlement of claims of a class of Florida property owners seeking return of assessed hurricane deductibles from major multinational insurer;

- ***Soper v. Tire Kingdom, Inc.*, Case No. 07-8453** (Fla. Cir. Court): Certification of a class of customers of a major tire and auto retailer under the Florida Deceptive and Unfair Trade Practices Act;

- ***Dept. of Agriculture & Consumer Services, et al v. Bogorff*, 35 So. 3d 84 (Fla. 4th DCA 2010);** ***Florida Dept. of Agr. and Consumer Services v. City of Pompano Beach*, 829 So. 2d 928 (Fla. 4th DCA 2002);** ***Patchen v. Florida Dept. of Agr. and Consumer Services*, 906 So. 2d 1005 (Fla. 2005);** ***Florida Dept. of Agric. & Consumer Services v. Lopez-Brignoni***, 114 So. 3d 1138 (Fla. 3d DCA 2012): Service as Plaintiffs' Co-Lead Counsel in Certification, non-jury liability trials, multi-million dollar jury verdicts, and in numerous successful appeals, on behalf of 100,000 Florida homeowners in claims for unconstitutional taking of private property;

- ***In re Air Crash Near Cali*, Colombia on December 20, 1995, MDL No. 1125** (S.D. Fla.): Serving on the Plaintiffs' Steering Committee in the lawsuit arising from the crash of American Airlines Flight 965.