UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to All Actions

### EXHIBITS TO APPLICATION FOR APPOINTMENT OF ROY T. WILLEY, IV

PLEASE TAKE NOTICE that the attached Exhibits comprised of Declaration of Roy T. Willey, IV and Career Highlights of William M. Audet are filed pursuant to the Court's Order issued April 19, 2021 (ECF No. 209).

Dated: April 26, 2021

Respectfully submitted,

/s/ *Roy T. Willey, IV*
Roy T. Willey, IV
Eric M. Poulin
Blake G. Abbott
**ANASTOPOULO LAW FIRM, LLC**
32 Ann Street
Charleston, SC 29403
Tel.: (843) 614-8888
Fax.: (843) 494-5536
Email: roy@akimlawfirm.com
eric@akimlawfirm.com
blake@akimlawfirm.com

**Counsel for Plaintiffs Julie and David Moody and the Proposed Class**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of April, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Roy T. Willey, IV*
     Roy T. Willey, IV