**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to All Actions

## <u>DECLARATION OF ROY T. WILLEY, IV</u>

I, Roy T. Willey, IV, declare as follows:

1.   I am a licensed attorney and counsel for Plaintiffs Julie and David Moody in the above-captioned matter.

2.   I have personal knowledge of the facts stated below.  If called upon to do so, I could and would competently testify thereto.

3.   I am making this Declaration in support of Application for Appointment of Roy T. Willey, IV as Interim Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(3) in this matter.

4.   I have served as lead counsel in hundreds of complex cases, and maintain an active practice actually trying cases to verdict.  Attached as "Exhibit A" is a copy of my firm's resume.

5.   Due to my experience, I am asked to be a frequent lecturer and lawyer educator in the areas of complex litigation, civil procedure, e-discovery and ethics.  My presentations have ranged from Certification issues in Collective and Class Actions to a state trial lawyers conference including sitting members of the judiciary, to top trial strategies and top ethics challenges involving duties to prospective clients as a nationally available CLE.  For all of my experience and efforts, I

have been named among *America's Top 100 High Stakes Litigators*, a *Super Lawyers Rising Star*, *National Top 10 Under 40*, and have been repeatedly recognized for both my community and professional involvement.

6.  Anastopoulo Law Firm is headquartered in Charleston, South Carolina.  Our firm Focuses solely on civil litigation and in 2019, alone, recovered approximately $60,000,000 on behalf of our clients.

7.  Anastopoulo Law Firm currently employs over 100 dedicated professionals, including more than 25 attorneys who are collectively licenses to practice in over a dozen and state and federal bars across the country.

8.  In addition, Anastopoulo Law Firm is among the remaining few firms nationally that regularly tries cases to verdict.  For this purpose, our firm employs four full time investigators and maintains an internal mock trial program that allow us to test and develop theories and case strategies from the outset.

9.  We also have the in-house capability to arrange and conduct external focus groups which we do on a regular basis.

10. Specific to the instant litigation, our firm has assembled an in-house team of four lawyers, together with dedicated support staff, and our firm has set aside the resources necessary to grow this team as needed.  Collectively, the team has already spent hundreds of hours on research, drafting, and filings specific to the January Short Squeeze litigation.

11. Anastopoulo Law Firm filed among the first lawsuits related to the January Short Squeeze anywhere in the nation on February 3, 2021.

12. Our firm has never utilized third party litigation funding and is committed to self

funding all of its cases on behalf of its clients.  Anastopoulo Law Firm is willing to commit whatever resources are necessary to adequately represent the class in this matter.

13. I have personally done the following with respect to the above-captioned case:

a.  Investigated potential legal claims arising from the January Short Squeeze;

b.  Reviewed and analyzed numerous articles describing the Defendants' challenged conduct;

c.  Reviewed and analyzed Defendants' apps and websites;

d.  Reviewed Defendants' Customer Agreements;

e.  Conferred with potential consulting experts regarding the technical aspects of Defendants' conduct;

f.  Reviewed and analyzed Plaintiffs Julie and David Moody's payment records relating to the January Short Squeeze;

g.  Investigated the nature of the challenged conduct by reviewing social media, message boards, websites, and through interview affected consumers;

h.  Reviewed and analyzed the public comments and statements made by Defendants related to the challenged conduct at issue;

i.  Investigated the adequacy of Plaintiffs Julie and David Moody to represent the putative class;

j.  Drafted and filed a Class Action Complaint;

k.  Participated in creating the proposed litigation tranche structure;

l.  Participated in the April 19, 2021 Status Conference;

m.  Cooperated with Opposing Counsel to Create the Joint Agenda for the April 19, 2021 Status Conference;

n.  Organized dozens of calls and Zoom meeting with other Plaintiffs' counsel, including organizing and moderating two, hour-long, Zoom conferences with approximately 70 attorneys to attempt to establish a consensus leadership structure; and

o.  Drafted the present application for appointment of Interim Class Counsel.

14. I am well-positioned to served as Interim Class Counsel in view of my extensive experience successfully litigation and trying complex cases like this one.

15. If I am appointed Interim Class Counsel, I will work efficiently with the other representing Plaintiffs in this matter to ensure there is no duplication of effort.

16. For the reasons stated above, I submit that appointment of myself as Interim Class Counsel in the best interest of the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of April 2021 at Charleston, South Carolina.

/s/ Roy T. Willey, IV
Roy T. Willey, IV
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, SC 29403
Phone: (843) 614-8888

4

# EXHIBIT A

**Anastopoulo Law Firm, LLC**
**Firm Resume**

# ANASTOPOULO
# LAW FIRM

## IN RE JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

| North Carolina | South Carolina | California |
|---|---|---|
| Wilmington, Charlotte | Charleston, N. Charleston Columbia, Greenville Florence, Myrtle Beach | Los Angeles |

# Firm Statement Relevant to This Litigation

Anastopoulo Law Firm does not hope simply to push these cases towards a quick settlement, but will prosecute the actions on behalf of the Class as if they are going to trial, and will be prepared to take them to trial if resolution is not proposed on fair terms to the student consumers.  This case will get specialized attention, and be fully funded.  No stone will be left unturned.

# Statement of Firm Resources

In 2019 alone, the Anastopoulo Law Firm recovered over $60,000,000 on behalf of its clients. The Anastopoulo Law Firm employs over 100 dedicated legal professionals, including 25+ attorneys.  In addition, the Anastopoulo Law Firm is among the remaining few firms nationally that regularly tries cases to verdict. For this purpose, the Firm employs four full time investigators, and maintains an internal focus group and mock trial program that allow it to test and develop theories and case strategies from the outset.

The Anastopoulo Law Firm has never utilized third party litigation funding and is committed to self-funding all of its cases on behalf of its clients.  Anastopoulo Law Firm is willing to commit whatever resources are necessary to adequately represent the Class in this matter.

# Class and Mass Action Experience

The Firm's founding member, Akim Anastopoulo, has been representing Plaintiffs for the majority of his over 30 years of practice, and has extensive experience in mass and class actions.

Anastopoulo Law Firm represented over 500 potential claimants in the In Re: Vioxx Products Liability Litigation, 2:05-md-01657-EEF-DEK.   Likewise, the Firm represented over 1,000 claimants in the In Re Baycol Prods.. Liab.. Litig., MDL No. 1431, Case No. 02-0160 (MJD/SRN) and State Actions Consolidated Under THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT Master File No.: 2002-CP-43-1041, where Mr. Anastopoulo served as lead counsel on two state bellwether cases.

Mr. Anastopoulo also served as joint lead counsel on multiple state cases that were eventually consolidated to a state class action regarding In Re OxyContin Products Liability Class Action, and served as sole lead counsel in South Carolina's first opioid state action, Ken Love, et al Civil Action No.: O1-CP-38-1059 (SC) vs. Purdue Pharma A, L.P, et. al.

Mr. Anastopoulo also served on the Daubert Submissions committee for the Thimerosal Litigation MDL and represented hundreds of individual clients in In Re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig., 2000 U.S. Dist. LEXIS 12275, *47-48 (D. Pa. 2000).

# **Anastopoulo Law Firm's Roster of Attorneys**

The leadership team representing Anastopoulo Law Firm in this action leads the nation's trial bar in areas as diverse as insurance contract law and professional negligence, having recovered over $58 million for clients in the last year alone. The team also serves in various national, state, and local leadership positions in an effort to give back to their communities.

Recognized among *America's Top 100 High Stakes Litigators,* by *Super Lawyers* and receiving top verdicts year after year in their respective jurisdictions, the attorneys of

Anastopoulo Law Firm are respected legal advocates who are known for aggressive and compassionate representation and who leave no stone unturned on behalf of their clients.



### Eric M. Poulin

Email: Eric@akimlawfirm.com

**Education**
Presbyterian College, B.S.
Charleston School of Law, J.D., *magna cum laude*

Eric Poulin is the Director of Litigation at Anastopoulo Law Firm, responsible for managing all litigation practice groups. Eric also serves as co-chair of the firm's College University Litigation Team, where he brings his leadership style known for aggressive representation and creative litigation solutions to bear for clients across the country.

Eric has tried multiple cases to verdict, resulting in over $60,000,000 in single event personal injury jury verdicts. Licensed in California, Georgia, North Carolina, and South Carolina, together with many Federal District Courts, Eric has litigated hundreds or thousands of cases through settlement or verdict and has recovered over $100,000,000 for his clients over the course of his career. Eric has also handled appellate cases in the South Carolina Court of Appeals, the South Carolina Supreme Court, and the 4th Circuit Court of Appeals.

In 2016, Eric was tapped by the South Carolina Supreme Court to record a video CLE on insurance law as part of the State Bar's "Essentials" series that is required viewing for all new admittees to the Bar.

Eric is a member of the South Carolina Association of Justice and the American Association of Justice. Eric has been featured in South Carolina Lawyers Weekly's yearly top 10 verdicts and settlements profile for 3 of the last 4 years. In 2014, Eric was featured in the U.S. Verdicts' "Top 100" national verdicts report. Eric is a Super Lawyers' Rising Star, a National Trial Lawyers' Top 40 Under 40 recipient, and two-time National Academy of Professional Injury Attorneys' Top 10 Under 40 recipient.

Eric is also a leading innovator and strong advocate for utilizing technology to further the practice of law and better represent his clients. Eric has written and lectured on the topic of utilizing technology at trial to present stronger cases to juries and has led

his Law Firm's push to "go digital."  This has resulted in increased efficiency across the board, lower costs, and better results for clients.

**Bar Admissions**

- State Bar of California
- State Bar of Georgia
- State Bar of North Carolina
- State Bar of South Carolina

- District of South Carolina
- Eastern District of North Carolina
- Middle District of North Carolina
- Western District of North Carolina
- Central District of California
- Northern District of California
- Northern District of New York
- District of Colorado
- Northern District of Illinois General Bar
- Western District of Texas
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- 4th Circuit Court of Appeals
- 8th Circuit Court of Appeals
- 11th Circuit Court of Appeals

**Practice Areas**

- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

**Cases Pending in MDL**

- Incretin Mimetics MDL (Southern District of California)

- Xarelto MDL (Eastern District of Louisiana)
- Talcum Powder MDL (District of New Jersey)
- Roundup MDL (Northern District of California)

**Selected Professional Awards & Recognition**

| | |
|---|---|
| 2014 | TOP 100 U.S. VERDICTS |
| 2016-18 | SC LAWYERS WEEKLY - TOP 10 JURY VERDICTS / SETTLEMENTS |
| 2017 | SC LAWYERS WEEKLY - MOST IMPORTANT COURT OPINIONS |
| 2016-17 | NAT'L ACADEMY OF PERSONAL INJURY ATTYS TOP 10 UNDER 40 |
| 2019 | NAT'L TRIAL LAWYERS TOP 40 UNDER 40 |
| 2018-20 | SUPER LAWYERS RISING STAR |

**Presentations and Professional Education Programs**

December 2017  Advanced Trial Tactics
December 2016  Advanced Trial Tactics

Eric is most proud of the results he has garnered for his clients, including several significant seven-figure jury verdicts, more than $60,000,000.00 in single event personal injury jury verdicts, and more than $100,000,000.00 recovered for clients.



### Roy T. Willey IV

Email: Roy@akimlawfirm.com

**Education**
Harvard College, B.A.
Charleston School of Law, J.D., *cum laude*

Roy has been named among America's Top 100 High Stakes Litigators, a Super Lawyers Rising Star, and in the National Top 10 Under 40, and he is well known for his community and professional involvement.  He has **achieved record results for his clients** and is **fond of encouraging all at the firm to treat each client like family**.

Nationally recognized as a **leader in complex, contract based, and high stakes litigation**, Roy is the Chairman of the Insurance Law Section for the American Association of Justice (AAJ), a national co-chair of AAJ's Business Interruption Litigation Taskforce, and the state Chairman of South Carolina Equality (which is responsible for

winning legalization of same-sex marriage in South Carolina).  On the local level he serves on the executive board of his local Charleston County Bar Association and a host of other non-profit boards and committees.

In recoveries for clients he has had a jury verdict named among the largest verdicts in the nation, is a multi-year winner of top verdicts in South Carolina where he regularly tries complex cases, and he is regularly called on by political leadership for advice on complex issues.  He is a known **problem solver, with a servant's heart.**

**Bar Admissions**

- State Bar of South Carolina
- Commonwealth Bar of Kentucky

- District of South Carolina
- District of Colorado
- Northern District of Illinois General Bar
- Northern District of New York
- Western District of Texas
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- 4th Circuit Court of Appeals
- 9th Circuit Court of Appeals
- 11th Circuit Court of Appeals

**Practice Areas**

- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

**Cases Pending in MDL**

- Incretin Mimetics MDL (Southern District of California)
- Xarelto MDL (Eastern District of Louisiana)

- Talcum Powder MDL (District of New Jersey)
- Roundup MDL (Northern District of California)

**Professional and Philanthropic Involvement**

- AMERICAN ASSOC. FOR JUSTICE (AAJ) - INSURANCE SECTION
  Chairman, National Executive Board

- AAJ BUSINESS INTERRUPTION LITIGATION TASKFORCE
  National Co-Chair

- SOUTH CAROLINA EQUALITY
  Chairman of the Board

- CHARLESTON COUNTY BAR ASSOCIATION
  Executive Committee Member

**Selected Professional Awards & Recognition**

| | |
|---|---|
| 2014 | TOP 100 U.S. VERDICTS |
| 2016-18 | SC LAWYERS WEEKLY - TOP 10 JURY VERDICTS / SETTLEMENTS |
| 2017 | SC LAWYERS WEEKLY - MOST IMPORTANT COURT OPINIONS |
| 2016-17 | NAT'L ACADEMY OF PERSONAL INJURY ATTYS TOP 10 UNDER 40 |
| 2018-19 | AMERICA'S TOP 100 HIGH STAKES LITIGATORS |
| 2018-20 | SUPER LAWYERS RISING STAR |

**Professional Education Programs Presented**

- South Carolina Association of Justice Annual Conference
  Topic: FLSA and Collective Actions – Focusing on Certification
- South Carolina Small Firm Business Luncheon
  Topic: FLSA and Collective Actions – Focusing on Your Practice (March 2015)
- Wrongful Death Litigation Start to Finish CLE
  Topic: Upholding Ethical Standards in Wrongful Death Cases (February 2017)
- Ultimate Guide to Evidence CLE
  Topic: Using Motions to Exclude Evidence & Legal Ethics of Evid. (August 2017)
- Advanced Trial Tactics CLE - Topic: Ethics (December 2017)
- Legal Ethics: Top Challenges CLE
  Topic: Online Ethics & Duties to Prospective Clients (February 2018)
- Top Trial Strategies the Pros Use to Win Their Cases CLE

Topic: Effective Exhibits and Courtroom Technology (November 2018)
- Webinar: Navigating Pre-Litigation Business Interruption Bad Faith Claims CLE Moderator (May 2020)

---



## Akim A. Anastopoulo

Email: Akim@akimlawfirm.com

**Education**
University of Louisville
University of South Carolina, J.D.

Akim has been practicing law for more than 30 years, representing tens of thousands of consumers and individuals who have been injured due to corporate malfeasance and negligence.  He is the founder and chair of Anastopoulo Law Firm, a national law firm that has represented clients across the United States during that time.

**Bar Admissions**

- State Bar of South Carolina
- District of South Carolina
  (List Not Inclusive of *Pro Hac Vice* Admissions)

**Practice Areas**

- Complex Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

---



## Constance A. Anastopoulo

Email: Constance@akimlawfirm.com

**Education**
University of Virginia, B.A.
University of North Carolina School of Law, J.D.

Constance Anastopoulo was the **2018 Democratic Nominee for SC Attorney General and won more votes than any other woman in SC history, including former Gov. Nikki Haley.** She currently serves as an associate professor at the Charleston School of Law, where she lectures on torts, insurance law, and professional responsibility. She has been named "Professor of the Year" and an honoree of the Black Law Students' Association for "Commitment to Bringing About Meaningful Legal and Political Change." She is currently of counsel at Anastopoulo Law Firm, where she is a trusted mentor and advisor to the firm's lawyers, including the firm's College and University Litigation Team.

**Bar Admissions**

- State Bar of South Carolina

- District of South Carolina
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- United States Federal Court of Claims
- 4th Circuit Court of Appeals

**Practice Areas**

- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Catastrophic Injury Litigation

10

- Bad Faith Insurance Litigation

**Litigation Leadership**

> In Re: Oxycontin, Plaintiffs' Class Counsel Committee (2005-2008)

> Gaskins v. Southern Farm Bureau, 354 S.C. 416 (2003)
> Top ten most important decisions by SC Lawyers Weekly for 2003

**Professional and Philanthropic Involvement**

- JAMES L. PETIGRU AMERICAN INN OF COURT
  Member
- INSTITUTE OF INTERNATIONAL AND COMPARATIVE LAW at STETSON UNIV.
  Visiting Professor
- THE RILEY INSTITUTE AT FURMAN UNIVERSITY
  Diversity Fellow
- LEAGUE OF WOMEN VOTERS CHARLESTON AREA
  Vice President, Board
- COLLEGE OF CHARLESTON WOMEN AND GENDER STUDIES
  Chair, Board of Advisors

**Professional Education Publications and Programs**

- *A New Twist on Remedies:  Judicial Assignment of Bad Faith Claims*
  Indiana L. Rev., Vol. 50, No. 3 (2017)

- *Taking No Prisoners:  Captive Insurance as an Alternative to Traditional or Commercial Insurance* - 8 Ohio St. Entrepren. Bus. L.J. 209 (2013)

- *Race and Gender on the Bench:  How Best to Achieve Diversity in Judicial Selection*
  8 Nw. J. L. & Soc. Pol'y. 174 (2013).

- *Where's the Outrage: "Outrageous" Conduct in Analyzing the Tort of Intentional Infliction of Emotional Distress in the Wake of Snyder v. Phelps*
  19 Tex. Wesleyan L. Rev. 667 (2013)

- *Bad Faith: Building a House of Straw, Sticks, or Bricks* - Memphis L. Rev., Vol. 43, Bk. 3 (2012)

- *Teaching Privacy in the Age of Octomom –Enhancing Case/Socratic Method with Structured Class Discussion,* 44 Val. U. L. Rev. 391 (2010)

- *Bad Faith in South Carolina Insurance Contracts:  From <u>Tyger River Pine Co. v. Maryland Cas. Co.</u> to <u>Mitchell v. Fortis Ins. Co.</u>* - 22 S.C. Law. 18 (July 2010).

- *Bad Faith in North Carolina Insurance Contracts: A Growing Part of Insurance Practice* - Published in June 2010 Issue of North Carolina Bar Journal.

- *How Judicial Selection Impacts the Criminal Justice System*
        *<u>Presenter</u> February 25, 2013*

- *The State of the Judiciary:  From Research to Reality <u>Organizer and Moderator</u>* of Panel presented at conclusion of the League of Women Voters of South Carolina's two-year study of the judicial selection process in South Carolina. University of South Carolina School of Law, Columbia, SC.  *August 10, 2012*

- *Insurance Law – Advanced Uninsured Motorist/Underinsured Motorist Law Seminar*
        *<u>Ethics Presenter</u>* -  Presenting on "Ethical Traps to Avoid"

- *Insurance Law –"Ethical Considerations" <u>Presenter</u> - December 6, 2011*

- *Judicial Selection in South Carolina*  Coastal Carolina University <u>*Moderator*</u> of panel consisting of Justice Kaye Hearn, S.C. Supreme Court; Counselor Leslie Caggiolla, counsel to Commission on Judicial Conduct; Rep. George Hearn, S.C. House of Representatives; Solicitor Ernest Finney, III;  and Judge Jennifer Wilson.

- *The Impact of the Judicial Process on Citizens; Why Does Judicial Diversity and Independence Matter* Francis Marion University <u>*Panelist/Presenter*</u>

- *Ensuring Judicial Independence and Diversity in South Carolina <u>Organizer and moderator</u>* of Forum.  *October 2010*

- *State Constitutional Reform in the New South  <u>Panelist/moderator</u>* discussing judicial selection process in South Carolina with panelists including Chief Justice Jean H. Toal, Judge Alex Sanders, Rep James Smith, S.C. House of Representatives.

● *Judicial Selection in South Carolina – Ensuring Quality, Diversity, and Independence*

---



### Blake G. Abbott

Email: blake@akimlawfirm.com

**Education**
Illinois State University, B.S., Biology
Charleston School of Law, J.D., *cum laude*

Blake is an associate attorney that is currently involved in class action litigation. Eager to begin practicing, Blake graduated from Charleston School of Law in two years' time, and was a recipient of the Presidential Honors Scholarship. In addition to law school, Blake interned at the Medical University of South Carolina, served as the Sergeant at Arms on the Charleston School of Law Moot Court Board, and instructed as a Legal Research and Writing Fellow.

Prior to law school, Blake was a collegiate baseball player as well as a high school valedictorian.

**Bar Admissions**

- State of South Carolina
- State of North Carolina

- District of South Carolina
- Northern District of New York
- District of Colorado
  (List not Inclusive of *Pro Hac Vice* Admissions)

**Honors**
- **Presidential Honors**
- **Charleston School of Law Dean's List**
- **CALI Award: Pleadings & Practice**
- **Moot Court Board Sergeant at Arms**
- **Phi Delta Phi Honors Society**



### Jonathan N. Alkis

Email: jonathan@akimlawfirm.com

**Education**
University of South Carolina, B.A., English
Charleston School of Law, J.D.

Jonathan is a supervising attorney at the Anastopoulo Law Firm where he has successfully resolved thousands of personal injury cases, collecting over $50,000,000 for his clients. He is a strong, intuitive, and compassionate advocate for his clients. By focusing his area of representation on individuals who have been harmed by the negligent acts of others, he has become a master at his craft.

In addition to managing his caseload, Jonathan supervises an associate attorney and acts in a senior leadership role within his department.

**Bar Admission**

- State of South Carolina

**Professional Memberships**

- South Carolina Bar Association
- Charleston County Bar Association
- American Bar Association

---



### M. Stephen Blevins, Jr.

Email: Stephen@akimlawfirm.com

**Education**
Charleston Southern University, B.S.
Columbia International University, M.A.
Charleston School of Law, J.D.

Stephen is an attorney at Anastopoulo Law Firm. Stephen was raised in the Lowcountry and obtained both his undergraduate degree and law degree in Charleston. After taking the SC Bar, Stephen began working for a solo practitioner in Charleston, SC representing clients in all areas of civil litigation until transitioning to Anastopoulo Law Firm. He is currently focusing his practice solely on personal injury, representing clients in every phase of a personal injury matter.

As a member of the South Carolina Bar, Stephen serves as Co-Chair of the 2020 Backpack Drive Committee and the Charleston Coordinator for the 2020 Special Olympics Committee. Stephen is also an active member in the ABA YLD, serving as Director of the Public Service Project Team. He has previously served in various capacities in both the SC and ABA YLD.

Stephen is a passionate supporter in giving back to his state and community. He is a First Lieutenant in the South Carolina State Guard, where he serves as a JAG Officer; regularly speaks at local libraries, community colleges, and churches on Landlord Tenant issues, Personal Injury, and Estate Planning; and is very active in his church, Cathedral. Stephen is the proud father of a beautiful girl and boy under the age of three.

**Bar Admissions**

South Carolina

**Practice Areas**

- Automobile Torts
- Premises Liability
- Commercial Litigation
- Real Estate
- Landlord Tenant Law

**Selected Professional Memberships**

- South Carolina Young Lawyers
- South Carolina Pro Bono Board
- South Carolina Association for Justice
- South Carolina State Guard
- American Bar Association Young Lawyers Division
- James L. Petigru American Inn of Court

**Presentations and Publications**

- *Real Estate/Landlord-Tenant Law*, The Law School for Non-Lawyers, May 2017
- *Landlord/Tenant Law,* YLD Disaster Legal Services CLE, April 2017
- *Landlord/Tenant Law Issues*, South Carolina Bar Clinic/Seminar, October 2016

**Selected Professional Awards & Recognition**
> SC YLD STAR OF THE QUARTER, five-time recipient
> SUPER LAWYERS RISING STAR South Carolina 2018, 2019, 2020
> SC BAR PRO BONO HONOR ROLL, performed 50 hours or more
>    of pro bono legal assistance

---



## Stefan B. Feidler

Email: Stefan@akimlawfirm.com

**Education**
University of South Carolina, B.A.
Charleston School of Law, J.D.

Mr. Feidler is an experienced trial attorney who brings with him a passion for justice with a proven track record in the areas of medical malpractice, professional negligence liability, products liability, and personal injury litigation. Mr. Feidler is a zealous advocate with a compassion for his clients who seldom have a voice.

After law school, Mr. Feidler clerked for Circuit Court Judge Roger M. Young, Sr. It was during this experience that he realized his passion for trial litigation. Shortly after his clerkship, he began working for a boutique law firm focused on construction litigation and business disputes. Mr. Feidler quickly realized his knowledge and expertise was better suited for victims of professional liability. That is when he joined Anastopoulo Law Firm. Since joining Anastopoulo Law Firm, Mr. Feidler has developed a very successful professional negligence department covering several states.

**Bar Admissions**

- State of Georgia
- State of South Carolina
- U.S. Court of Federal Claims
- U.S. District Court of South Carolina
- U.S. Court of Appeals Federal Circuit

**Cases Pending in MDL**

Incretin Mimetics MDL (Southern District of California)
Talcum Powder MDL (District of New Jersey)

**Practice Areas**

- Professional Negligence
- Medical Malpractice
- Real Property
- Automobile Torts

**Professional Associations**

- Professional Negligence Section of the AAJ, Chair, 2019 - Present
- Professional Negligence Section of the AAJ, Chair Elect, 2018 - 2019
- Professional Negligence Section of the AAJ, Editor-in-Chief, 2017 - 2018
- South Carolina Bar Wellness Committee, Committee Member, 2016 – Present
- South Carolina Young Lawyers Division, Member, 2014 – Present
- South Carolina Bar Elder Law Committee Member, 2016 - Present
- Charleston County Bar Association, Member, 2016 – Present
- South Carolina Bar Association, Member, 2014 – Present
- Horry County Bar Association, Member, 2015-2016

**Volunteer Service**

- Charleston County Public Defender's Office, 2011-2013
- Mauli Ola Foundation - East Coast Chapter, Volunteer
- S.C. DNR Oyster Restoration and Enhancement, Volunteer
- Brazilian Jiu-Jitsu youth instructor for ages 5-12, Assistant Coach
- National Wild Turkey Federation and Ducks Unlimited, Member and Volunteer
- Certified: Abuse in Later Life: Cross-Training for Service Providers in S.C.
- Wheels to Surf and Adaptive Surf Project, Volunteer
- Surfrider Foundation, Pro Bono Attorney



## Matthew T. Foss

Email: Foss@akimlawfirm.com

**Education**
Coastal Carolina University, B.A.
Charleston School of Law, J.D.

A zealous advocate for victims of personal injury, Matt brings a new energy and vision to achieve favorable results for clients.

Matt worked as a law clerk at Anastopoulo Law Firm for three years prior to graduating from Charleston School of Law. During this time, his passion for justice was cultivated in a fast-paced legal environment centered around the firm's core belief, "helping others who cannot help themselves." Due to his desire to provide outstanding legal representation, Matt moved to Greenville, South Carolina in September of 2019 to reach a new geographical area of clients. Matt tried his first case less than a month after becoming a practicing attorney that resulted in a $303,000 verdict. Since then, he has filed several lawsuits, taken numerous depositions, and settled cases all over South Carolina.

During law school, Matt focused scholastic attention on pharmaceutical research and preemption, and he continues to monitor the progression of the opioid litigation through his involvement with the firm's pharmaceutical litigation team.

**Bar Admissions**

- State of South Carolina

**Practice Areas**

- Civil Litigation
- Personal Injury Litigation
- Motor Vehicle Litigation
- Landlord Tenant Law



## Herbert F. Glass

Email: Herb@akimlawfirm.com

### Education

State University of New York at Albany, B.A.
Charleston School of Law, J.D.

Herb is a Senior Associate at Anastopoulo Law Firm and concentrates his practice in the areas of personal injury, general negligence, and products liability cases. Herb has successfully represented thousands of injured South Carolinians and recovered millions of dollars on their behalf due to the negligence of others, large corporations, and government entities. Herb recently recovered over $350,000.00 for a client who was rear ended by a careless driver.

Over the past five years, Herb has been an active member of the Charleston County Bar. Prior to joining Anastopoulo Law Firm, Mr. Glass worked at boutique civil litigation firm and represented people and small businesses throughout South Carolina.

### Bar Admissions

- State of South Carolina

### Honors and Associations

- Charleston School of Law Dean's List
- CALI Award for Future Excellence-Business Associations
- Finalist for the National Football Foundation National Scholar-Athlete of the Year Award presented by Fidelity Investments (2011)
- Semi-Finalist for the William V. Campbell Trophy (2011)
- Academic All-Conference (2008-2011)

### Selected Publications and Presentations

*Workouts - The Various Tools in the Toolbox for Working out Troubled Real Estate Loans*, January 2014, NBI (Assisted Senior Partner in drafting/uncredited)



## Tom Godfrey

Email: Tom@akimlawfirm.com

**Education**
> Limestone College, B.A.
> Charleston School of Law, J.D.

**Bar Admissions**

- State of South Carolina
- (North Carolina UBE transfer is pending)

**Honors**

- Charleston School of Law Presidential Scholar
- Cali Award—Wills, Trusts, and Estates
- Member, Moot Court Board
- Graduate of the Honors Program
- Lee Davis Lodge Award for Prose 2015
- Academic All-American (Men's Soccer) 2014
- NSCAA First-Team All-Region 2014/15



## Lane D. Jefferies

Email: Lane@akimlawfirm.com
**Education**
Charleston School of Law, J.D, *summa cum laude*
College of Charleston, B.S. in Biology, *summa cum laude*
St. Andrews Presbyterian College, B.A. in Business Administration

Prior to becoming an attorney, Lane spent twenty years in business, during which he founded, built, and ultimately sold several businesses in the hospitality and yachting industries. At the Anastopoulo Law Firm, Lane leads the firm's Commercial and Construction Liability Division where he takes on the nation's largest corporations and construction firms.

**Bar Admissions**

- State of South Carolina
- District of South Carolina

**Honors/Achievements**

- 2013 National Tax Moot Court 1st Place team
- 2013 National Tax Moot Court Best Oralist
- 2014 National Tax Moot Court 1st Place team
- 2014 National Tax Moot Court Best Oralist
- 15 CALI Excellence for the Future Awards

---



## Joshua E. Jones

Email: Josh@akimlawfirm.com

**Education**
> University of South Carolina, B.A.
> Charleston School of Law, J.D.

Josh graduated from the University of South Carolina with a degree in Criminal Justice before beginning his legal studies at Charleston School of Law. During law school, he began working at Anastopoulo Law Firm as a law clerk while also completing pro bono work with the Charleston County Probate Court. Since passing the South Carolina Bar and being sworn in, he has been an associate attorney with the firm, assisting in cases involving auto incidents, premises liability, medical malpractice, and general negligence.

**Bar Admissions**
- State of South Carolina



## Brian P. Kerley, Jr.

Email: Kerley@akimlawfirm.com

**Education**
> University of South Carolina, B.A. in Criminal Justice
University of South Carolina School of Law, J.D.

Brian Kerley began his law career as an intern for the Richland County Public Defender in May of 2017 and has since gone on to

21

work as a legal assistant for Kerley, Walsh, Matera, Cinquemani, P.C. Brian is an avid sports fan, particularly when it comes to football, and an American history buff.

---

## Byron V. Leary, II

Email: Brent@akimlawfirm.com

**Education**

      Charleston School of Law, J.D.
      University of South Carolina, B.A.

      Hailing from Charleston, South Carolina, Brent is a formidable advocate for Anastopoulo clients. He is a Senior Associate in the Pre-Litigation Division and has successfully negotiated millions of dollars in recovery for injured South Carolinians. When not pursuing justice, Brent devotes his efforts to being a loving husband and sharing the Lowcountry with his beautiful wife.

**Bar Admissions**

- South Carolina

**Practice Areas**

- Personal Injury Litigation
- Premises Liability

## Alexis Wimberly McCumber

Email: Alexis@akimlawfirm.com

**Education**

      University of Georgia, B.F.A.
      Charleston School of Law, J.D.

      Alexis is a trial attorney who is passionate about representing clients in the courtroom. Her practice is dedicated to representing catastrophically injured individuals and families who've lost loved ones, as well as

insurance bad faith. She believes insurance companies and corporations should be held accountable for their bad acts, especially when they put their profits over the safety of people. Over the course of her young career, Alexis has recovered millions for her clients in settlements and judgments. She has tried numerous jury trials, most recently successfully litigating a case against a police agency when one of their officers acted above the law, catastrophically injuring an innocent bystander. Her dedication to justice and advocacy in the courtroom secured a solid seven-figure verdict in favor of her client.

Alexis currently serves on the Board of the South Carolina Bar Foundation. She is an active member of the South Carolina Young Lawyers Division, currently serving as co-chair of the Bar Foundation Committee. She is an active member of the South Carolina Association for Justice and currently serves as Editor of the Charleston County Bar Newsletter. She was recently selected by her peers as a South Carolina Super Lawyers Rising Star, a distinction reserved for 2.5% of attorneys practicing across the state.

**Bar Admissions**

- South Carolina
- U.S. District Court, District of South Carolina

**Professional Associations & Activities**

- South Carolina Bar Foundation – Member of Board of Directors, Ambassador
- South Carolina Bar Young Lawyers Division –Bar Foundation Committee Chair
- South Carolina Association for Justice

## Matthew L. Nall

Email: Matt@akimlawfirm.com

**Education**

University of Louisville, B.A.
Charleston School of Law, J.D.

Matt is the Chair of the Litigation Department's Legal Writing Division. Growing up in a Western Kentucky family, Matt learned the value of hard work early on. Along with a talented staff of writers, Matt ensures his clients receive the best representation possible, whether it be presuit settlement offers or post trial briefs.

**Bar Admissions**

- State of South Carolina
- Commonwealth of Kentucky

- United States District Court, State of South Carolina
- United States Court of Federal Claims

**Cases Pending in MDL**

- Xarelto MDL (Eastern District of Louisiana)
- Roundup MDL (Northern District of California)

**Volunteer and Professional Organizations**

- Super Lawyers Rising Star, 2019-2020
- Charleston County Bar Association
- Charleston County Pro Bono Legal Services
- Honorable Order of the Kentucky Colonels

---

## India Shaw



Email: India@akimlawfirm.com

**Education**
> North Carolina A&T State University, B.A.
> North Carolina Central University, J.D.

Dual licensed in the District of Columbia and South Carolina. India has been at Anastopoulo Law Firm in Charleston, SC since 2017. India grew up in Charleston, SC, where her desire to practice law began. She graduated from North Carolina Central University School of Law with a Certification in Taxation. Her time at the firm has involved helping clients navigate through traumatic incidents in civil litigation, as well as through financial and lien negotiations. Her goal with every client is to ensure they are on the right path to attaining justice. She also has a passion for serving the underserved, is a devoted runner, and is an active member of her church.

**Bar Admissions**

- District of Columbia

24

- State of South Carolina

---

## P. Heath Ward

### Education

Charleston School of Law, J.D.
University of Georgia, M.P.A
University of Georgia, A.B.

Health serves as Anastopoulo Law Firm's Director of Pre-Litigation. In that role, he supervises a team of over a dozen lawyers and over thirty legal professionals. In nearly six years with the firm, Heath has supervised over $125 million in total settlements, and he has been instrumental in numerous high value case resolutions. In 2019, Heath's team sustained an average above 60 cases resolved each week, and he oversaw a total of $38.5 million in total case value for the firm's clients by the end of the year. Heath specializes in client communications, settlement negotiation strategy, and complex dispute resolution. He is also one of the supervising lawyers entrusted with reviewing and vetting every prospective incoming case. Heath also plays an integral role in the day-to-day HR functions of the firm.

Prior to joining the firm, Heath worked for the 15th Circuit Office of the Solicitor in Georgetown, South Carolina; he often draws from that experience in zealously representing the interests of his injured clients against major insurance corporations. He also continues to handle a variety of criminal law matters on a pro bono basis. As part of his current role with the firm. Heath is also well versed in workers compensation, probate and estate administration, annuity formation, and legal ethics.

### Admissions

- State of South Carolina

### Honors / Highlights / Memberships

- South Carolina Bar Association, Member
- Charleston County Bar Association, Member
- South Carolina Association of Justice, Member
- Outstanding Pro Bono Service Award (CSOL, 2011)

- Dean's List
- AmeriCorps Alum/Segal AmeriCorps Education Award

**Selected Writing / Presentations**

MALABU Maritime Law Journal, Contributing Editor (2010)

---

## Lee Willard

Email: Lee@akimlawfirm.com

**Education**

University of South Carolina, BA, *magna cum laude*
Charleston School of Law, J.D., *summa cum laude*

Lee fights for individuals who have suffered harm from the negligence of others and has a passion for justice on behalf of victims of private, corporate, and government wrongdoing. His work has spanned personal injury and product liability litigation, but he is particularly experienced in cases involving motor vehicle accidents.

Lee is a *summa cum laude* graduate of Charleston School of Law.  He earned CALI awards in Torts, Workers Compensation, Criminal Law and Legal Research, Analysis & Writing.  During law school, Lee was selected to join the Charleston Law Review and the Charleston School of Law Moot Court Board.  Lee competed in multiple, national moot court competitions including the ABA National Appellate Advocacy Competition, wherein his team received the honor of Best Brief and Regional Champions of the Washington, D.C. Regional.

**Bar Admissions**

- South Carolina

**Practice Areas**

- Personal Injury Litigation
- Product Liability



# L. Crayton Williams

**Education**

College of Charleston (Honor's College), B.S., *cum laude*
Charleston School of Law, J.D., *magna cum laude*

Crayton Williams has devoted his entire practice to the representation of injured plaintiffs and diligently fighting to advance their interests.  Initially, he focused his efforts in the area of health insurance subrogation, working to maximize the recovery amounts for personal injury clients by negotiating and managing the liens of various health insurers. Currently, Crayton is a Plaintiffs' attorney who seeks justice and compensation for his injured clients in their actions against various tortfeasors, focusing primarily on motor vehicle accidents and premises liability cases.  He prides himself on being both a compassionate and zealous advocate, and he is grateful to have the opportunity to represent his individual clients in their fights against both individual wrongdoers and the largest of insurers and corporations.

In law school, Crayton was an active member of the Charleston Law Review, Honor Council, and the Student-Faculty Committee.  Additionally, he pursued his interest in civil liberties, serving as an extern for the American Civil Liberties Union of South Carolina, where he participated in a court observation and data collection project sponsored by the National Association of Criminal Defense Lawyers and the ACLU.

**Bar Admissions**

- State of South Carolina

**Honors**

- CALI Excellence for the Future Award Recipient
  - Legal Research, Analysis, and Writing I
  - Legal Research, Analysis, and Writing II
- Charleston Law Review member
- Honor Council (Vice Chair of Public Relations)
- Student-Faculty Committee (Co-Chair)
- Member of Presidential Honors Program

**Publications**

CofC bachelor's essay "Attachment Style in College Students: Family Origins and Mental Health Correlates" selected for publication in *Chrestomathy: Annual Review of Undergraduate Research*



## Jarrett Walker Withrow

**Email:** Jarrett@akimlawfirm.com

### Education

West Virginia University, B.A.

Charleston School of Law, J.D.

Jarrett is an associate attorney currently involved in class action litigation.  A proud Mountaineer, she earned her BA in Political Science from West Virginia University, with an area of emphasis in Pre-Law and Legal Studies. Prior to attending Charleston School of Law, Jarrett was chosen to intern in the West Virginia Governor's Office and, later, worked for the Clerk of Court at the Supreme Court of Appeals of West Virginia.  While in law school, Jarrett received a CALI award for Contemporary Issues of Freedom of Speech and Press and participated in the Adult Guardianship Program through the Charleston County Probate Court, where she also completed her pro bono work.  She spent three years as a law clerk for Anastopoulo Law Firm in pre-litigation before passing and being sworn into the South Carolina Bar.

**Bar Admissions**

- State of South Carolina