# **EXHIBIT 1**
**Career Highlights of William M. Audet,** *J.D., LL.M, LL.D.*

# Career Highlights of William M. Audet, *J.D., LL.M., LL.D*.

## Education & Professional Background

Golden Gate School of Law, San Francisco, CA (1984); Juris Doctor, J.D., graduated *summa cum laude* (top 1% of class)

U.W. School of Law, Madison, WI (1987); Masters in Law (LL.M) (authored published law review and law related articles, and prepared case course material regarding constitutional and civil rights of inmates, mental health patients and immigration rights of Mariel Cubans).

Golden Gate School of Law, Doctorate of Law (LL.D) (hc) (2013)

Professor of Law (Clinical) at U.W. School of Law, Madison, Wisconsin (1984-1987)

Staff Attorney at Legal Assistance to Institutional Program (U.W. School of Law) (supervised law students in clinical program representing at risk populations and families in civil and civil rights cases, created manuals and other material to assist attorneys in immigration proceedings filed against immigrants and petitioning for asylum requests)

Law Clerk for the United States Ninth Circuit Court of Appeals (S.F. Division) (1987 to 1989)

Law Clerk for the Honorable Fern M. Smith, United States District Court (N.D. Cal.) (1989)

Law Clerk for the Honorable Alphonso Zirpoli, United States District Court (N.D. Cal.) (1989 to 1990)

Associate/Partner at Lieff Cabraser Law Firm (SF Office) (1990 to 1998)

Partner, Alexander & Audet, LLP (1998 to 2006)

Managing Partner, Audet & Partners, LLP (2006 to present)

## Notable Law School & Community Service:

Golden Gate University School of Law, Law Review (Author and Managing Editor)

Student Representative on Admissions Committee, G.G.U.

Graduation Speaker of the G.G.U, School of Law, Class of 1984

Panel Speaker/Moderator (1994 and onward) – moderated and/or presented a variety of topics including class actions, mass torts & medical device preemption

Awarded 'Attorney of the Year' in 2012 by Bar Association of San Francisco

Keynote Speaker at Golden Gate Law School, Class of 2013

Served on Bar Association of San Francisco Judicial Review Committee (2013 to 2016)

Recipient of multiple American Jurisprudence Awards in contract, property rights and constitutional law

**Notable Unique Cases:**

*Richard X., v. State of Wisconsin* (1986) Milwaukee County, Wisconsin Court. Successfully filed first of its kind case in the United States obtaining early release of inmate serving 10 years sentence based on his HIV status (file sealed due to privacy)

*Elidio Capela, et. el, v. BP, et al.*, (2012 and ongoing) – Serving as class counsel in first class action ever filed in Mexico under new statutory regime and first case certified under Mexico's recently enacted Class Action statute

*Homeless Coalition v. California Department of Transportation* (1994) (Oakland Superior Court). Filed and resolved first case of its kind relating to property rights of homeless (statewide consent decree and injunctive relief still in force).

*Spoiled Pet Food Clients v. Chinese Pet Food Production Company*, San Francisco (1999) - First class action case filed in the United States asserting violation of Chinese Constitution against Chinese based pet food manufacturer (dismissed on immunity grounds)

**Class Action/Mass Tort Appointments of Note:**

- ***In re Navistar MaxxForce Engines Mktg., Sales Pracs. and Prods. Liab. Litig.***, Case No. 1:14-cv-10318, Northern District of Illinois – Mr. Audet served as Co-Lead Counsel in a lawsuit brought on behalf truck purchasers alleging defectively designed vehicles diesel engines.  Settlement announced in May 2019 awarding $135 million to the Class.

- ***In re Cosco Busan Oil Spill Litig.(xxx)*** Mr. Audet was appointed and served as Co-Lead Counsel in both the State and Federal litigation representing seafood processors, Native American tribes, fisheries and small fisherman. Audet successfully sought on an emergency bases the seizure of the *Cosco Busan*, a ship responsible for colliding with the San Francisco Bay Bridge, and obtained a significant post OPA settlement fund.
- ***Galanti v. Goodyear Tire & Rubber Company***, Case No. 03-209, District of New Jersey – Mr. Audet served as Class Counsel in case resulting in an groundbreaking multinational class wide $324 million settlement involving a defective radiant heating system.
- ***In re Santa Barbara Oil Spill of 2015 (Refugio Beach),*** 2:16-cv-03157-PSG-JEM   United States District Court, Central District California.  Mr. Audet serves as Co-Lead Counsel in a class action case (certified) involving economic impact of 2015 Oil Spill in Santa Barbara, California.
- ***In Zyprexa Litigation***, MDL No. 1596, Eastern District of New York – Mr. Audet and his firm represented over 300 clients who allegedly developed diabetes after ingesting Zyprexa. Mr. Audet was appointed a member of the Plaintiffs Executive Committee.
- ***In re: Depakote Litigation***, Northern District of Illinois – Mr. Audet represented individuals that suffered birth defects as a result of parental ingestion of the drug Depakote. After a number of initial trials on the 'courthouse steps', Abbot resolved all claims of the Firms' clients. .

**<u>Publications of Note</u>**:

Audet, Fanady & Kuang, *Handling Federal Discovery* (James Publishing) (24th Ed./Rev.)

Published Journal of recently enacted *Class Action Procedure in Mexico*, a primer for Law Clerks, Judges and Practitioners in Mexico (2014)

Co-Author of Case Course Material for 3rd year law students at U.W. School of Law (Madison) (entitled: *Civil and Constitutional Rights of Institutional Persons*)

Prepared CLE material as moderator/speaker on a variety of legal topics (class actions, mass torts, FDA preemption)

**<u>Notable Community Activities:</u>**

*Pequeños Pasos de Luz* (Audet & Partners, LLP, a family funded program providing shoes, food, books and educational material and annual *Día de Los Reyes* party for underprivileged families and Orphans in Baja, Mexico)