UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/
*THIS DOCUMENT RELATES TO: ALL ACTIONS*

NOTICE OF FILING IN SUPPORT OF
PLAINTIFFS SHANE CHENG AND TERELL STERLING'S
MOTION TO APPOINT JOSEPH R. SAVERI AS INTERIM LEAD COUNSEL

PLEASE TAKE NOTICE that the attached are filed in support of Plaintiffs Shane Cheng and Terell Sterling's Motion to Appoint Joseph R. Saveri as Interim Lead Counsel (MDL ECF No. 243-8):

(1) Declaration of Joseph R. Saveri and Exhibit A (Firm Resume of Joseph Saveri Law Firm, LLP), Exhibit B (JSLF Team Member Biographies), and Exhibit C (Proposed Time-Keeping and Expense Protocols) attached thereto;

(2) Declaration of Anupama K. Reddy;

(3) Declaration of Christopher K.L. Young;

(4) Declaration of Catherine K. Smith; and

(5) Declaration of Austin B. Cohen.

Dated: April 26, 2021

**JOSEPH SAVERI LAW FIRM, LLP**

By: /s/ Joseph R. Saveri
  Joseph R. Saveri

Joseph R. Saveri (CA Bar No. 130064)
Steven N. Williams (CA Bar No. 175489)
Christopher K.L. Young (CA Bar No. 318371)
Anupama K. Reddy (CA Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
swillliams@saverilawfirm.com
cyoung@saverilawfirm.com
areddy@saverilawfirm.com

*Counsel for Plaintiffs Shane Cheng and Terell Sterling*