# Exhibit A



**SAN FRANCISCO, CA     NEW YORK, NY**                    2021

Joseph Saveri Law Firm, LLP

Firm Resume

JOSEPH SAVERI
LAW FIRM

**FIRM HISTORY AND BACKGROUND**

The Joseph Saveri Law Firm, LLP is one of the country's most acclaimed and successful boutique firms. It achieves ground-breaking results for plaintiffs in antitrust law, class actions, complex business disputes, securities litigation, consumer protection, intellectual property, and *qui* tam/whistleblower cases, in federal and state courts throughout the United States and across the globe.

JOSEPH SAVERI
L A W   F I R M

The Firm was founded in 2012 by Joseph Saveri. Since then, it has led several groundbreaking and precedent-setting cases. It has served as lead and co-counsel on a variety of cases involving: challenges to price-fixing; monopolization; illegal reverse payments; "pay-for-delay" agreements involving the drugs Cipro, Lidoderm, Restasis, and Opana ER; and "no-poach" agreements restricting hiring and recruiting at major corporations. These cases cover diverse industries including pharmaceuticals, high-technology, electronics, banking and financial services, transportation, and sports leagues.

The Firm is widely regarded as one of the nation's leading law firms; it has established a track record leading and prosecuting some of the most significant cases across the United Sates. Its attorneys have recovered over $4 billion in settlements and successful resolutions for their clients, and the Firm has received many honors, including:

 ★ **Firm Awards** ★



**AMERICAN ANTITRUST INSTITUTE**

In 2020, Anupama Reddy was recognized by the American Antitrust Institute for "Outstanding Antitrust Litigation Achievement by a Young Lawyer" (for work performed in *In re Capacitors Antitrust Litigation*). In 2017, the Firm was an Honoree for "Outstanding Antitrust Litigation Achievement in Private Law Practice" for its success in *In re Cipro Cases I and II*. In 2015, the Firm was a Finalist for this award for its success in *In re High-Tech Employee Antitrust Litigation*. The awards are part of the American Antitrust Institute's Antitrust Enforcement Awards, which recognize achievements in antitrust litigation by legal practitioners and economists.

**BENCHMARK LITIGATION**

In the practice area of "competition/antitrust," the Firm was recognized as one of the top five in California. Partners Joseph Saveri and Steven Williams were honored in the same field as "National Practice Area Stars" and "Local Litigation Stars." (2020)

Benchmark Litigation, based in the United Kingdom, New York City, and Hong Kong, researches and ranks law firms and lawyers based on transactional advice. Research is conducted through extensive interviews with litigators, dispute resolution specialists, and their clients to identify the leading litigators and firms. During these interviews, it examines recent casework handled by law firms and ask individual litigators to provide their professional opinions on peers and practitioners within their jurisdiction or practice area. Each annual research process culminates in the publication of law firm rankings, individual lawyer ratings, and firm editorial content.

JOSEPH SAVERI
L A W   F I R M

 **Firm Awards** *Con't*





Joseph Saveri Law Firm, Inc.

**BEST LAWYERS/U.S. NEWS & WORLD REPORT**
Since 2013, the Firm has been annually selected for inclusion in *Best Law Firms*, an annual publication by *U.S. News & World Report* and *Best Lawyers*. It is ranked among the top tiers in "Litigation—Antitrust" nationally, and "Litigation—Antitrust" and "Mass Tort Litigation/Class Actions" in San Francisco. Firms included in the *Best Law Firms* list are recognized for professional excellence with persistently impressive ratings from clients and peers. Achieving a tiered ranking signals a unique combination of quality law practice and breadth of legal expertise. To be eligible for a ranking, a firm must have a lawyer selected by *Best Lawyers* to *The Best Lawyers in America*, a publication which recognizes the top five percent of practicing attorneys in the United States. Joseph Saveri and Steven Williams have been meritoriously selected.

**CHAMBERS AND PARTNERS**
Chambers and Partners has ranked The Firm "Band 1" (highest ranking) in its "Antitrust: Mainly Plaintiff—California" category: currently the only firm in California to receive this honor. Chambers recognized the Firm as "esteemed for securing significant victories in monopolization, price-fixing and pay-for-delay cases." It found it to be "among the top plaintiffs' firms in the country; a very well-known firm that shows up in important cases."

Firm partners Joseph Saveri and Steven Williams are currently ranked "Band 1" attorneys by Chambers in its "Antitrust: Plaintiff—USA—Nationwide" and "Antitrust: Mainly Plaintiff—California" categories. Their dual "Band 1" rankings make the Firm the only one nationwide to contribute multiple "Band 1" designees to these categories. Joseph Saveri has been ranked a "Band 1" attorney in these categories since 2014. Chambers commended him for "leading class action litigation against industry giants in the tech, pharmaceutical and manufacturing sectors" and his "market-leading expertise in price-fixing, monopolization and conspiracy claims." His legal peers described him as "a tenacious attorney who turns difficult cases into good cases." Steven Williams has been ranked "Band 1" or "Band 2" in one or both categories since 2015. He has been praised for his "deft representation of plaintiffs across an array of anticompetitive issues in federal and state court" and his "strong track record leading large plaintiff classes in industry-significant price-fixing litigation."

London-based Chambers ranks law firms and individual lawyers in bands from 1-6, with 1 being the best. The qualities on which rankings are assessed include technical legal ability, client service, commercial vision and business understanding, diligence, value for money (cost-effective staffing and organization), depth of team, professional conduct, and other factors important to clients.

**DAILY JOURNAL (CALIFORNIA)**
The Firm was recognized as one of the "Top Boutiques in California 2018," a contest that selected and reported on the top 20 boutique law firms in California. The profile highlighted the Firm's recent growth, the addition of partner Steven Williams, and its advancement of antitrust law on prominent cases such as *In re Cipro Cases I and II*. The Firm also received this award in 2016. Joseph Saveri and Steven Williams have received several *Daily Journal* "Top in California" individual awards in various categories.

The Daily Journal Corporation, a Los Angeles-based publishing and technology company, features Interview-based profiles covering judicial philosophy, representative decisions, and recent cases.



★ **Firm Awards** *Con't*











### LAWDRAGON

Joseph Saveri and Steven Williams have been selected 2019-present for Lawdragon legal media company's "500 Leading Plaintiff Financial Lawyers" online guide. The guide, first published in 2007, presents Lawdragon's recognition of the best of the U.S. plaintiff bar. The 500 lawyers selected bring their cases as individual matters as well as in class actions that are increasingly going global. Lawdragon, based in New York City, provides free online news and editorial features—including its well-known guides to the nation's leading lawyers—as well as content, marketing, and branding services for lawyers and firms.

### THE LEGAL 500

In 2019-present, the Firm was one of a select few nationwide recognized for excellence in the United Kingdom-based research and ranking service's "United States Antitrust Civil Litigation/Class Actions: Plaintiff" category. The Legal 500 assesses the strengths of law firms in over 150 jurisdictions. Its rankings are based on feedback from 300,000 clients worldwide, detailed submissions from law firms, interviews with leading private practice lawyers, and a team of researchers with unrivaled experience in the legal market.

### MARTINDALE HUBBELL

Two Firm partners have achieved Martindale Hubbell's highest rating—"AV Preeminent." Joseph Saveri has achieved this ranking since 2008; Steven Williams has done likewise since 2002. Martindale-Hubbell's Peer Review Ratings are an objective indicator of a lawyer's high ethical standards and professional ability. Attorneys receive Peer Review Ratings based on evaluations by other members of the bar and the judiciary in the United States and Canada.

### SUPER LAWYERS

Several of the Firm's attorneys have been recognized by *Super Lawyers*, part of Thomson Reuters, which rates outstanding lawyers from more than 70 practice areas who have attained a high-degree of peer recognition, professional achievement, and excellence. The *Super Lawyers* list recognizes no more than five percent of attorneys in each state. Partner Joseph Saveri has been rated a "Super Lawyer" annually since 2006 and was named to the "Top 100 Northern California Super Lawyers" in 2015-2016 and 2019-present. Partner Steven Williams has been annually rated a "Super Lawyer" since 2005 and was named to the "Top 100 Northern California Super Lawyers" in 2016-present. Associate Kyle Quackenbush was rated a "Rising Star" in 2020.

### WHO'S WHO LEGAL/GLOBAL COMPETITION REVIEW

Firm partners Joseph Saveri and Steven Williams were selected as two of the top plaintiffs' attorneys worldwide in *Who's Who Legal: Competition 2020*, a publication of Who's Who Legal and Global Competition Review. Mr. Saveri was praised as "a distinguished antitrust practitioner on the plaintiff side." Mr. Williams was commended as a "top-notch competition lawyer" and a "highly intelligent strategic thinker." Mr. Saveri was previously selected for this honor in 2015-2019, as was Mr. Williams in 2014-2019. In 2019-present, Joseph Saveri and Steven Williams were also profiled in *Thought Leaders: Competition*, a publication of Who's Who Legal.

Who's Who Legal, a prestigious United Kingdom-based legal ranking service, has identified the foremost legal practitioners and consulting experts in business law based upon comprehensive, independent research. It is dedicated to identifying the world's leading lawyers across multiple practice areas and publishes a series of guides throughout the year. Global Competition Review provides a subscription-based news and resource service (both online and print) and yearly hosts several live events.

**JOSEPH SAVERI**
L A W   F I R M

# $4B+

In settlements and resolutions for our clients

# 100+

Combined Years of Civil Litigation Experience

# 17

Leadership Positions in Cases Nationwide

With 30 years of civil litigation experience, Mr. Saveri has handled cases involving numerous industries, including: banking and financial services, insurance, energy, pharmaceuticals, agricultural products, computer hardware, computer software, manufacturing inputs, travel and transportation, paper products, cosmetics, and consumer electronics. He has established himself as one of the country's top litigators in the antitrust field.

Mr. Saveri has investigated, prosecuted, and successfully resolved numerous antitrust class actions and other complex cases. He has served both as a court-appointed leader of such efforts and as a valued member of the teams operating under the leadership of others. As lead or co-lead counsel in many of these cases, he has taken a personal leadership role in organizing litigation, setting strategy, establishing and directing teams of lawyers, and assigning specific tasks to teams of attorneys in a way that ensures the efficient use of resources and maximizes the talents of the litigation team. Throughout these cases, he has displayed the energy, vision, and commitment that leadership requires, combined with the ability to listen, share, and work cooperatively so that the litigation team operates equitably, efficiently, and without friction.

Mr. Saveri and the Firm serve or have served as lead counsel in many high-profile cases, including most recently *Capacitors, Titanium Dioxide, High-Tech Employees,* and California's *Cipro* litigation. Over the past decade, his fellow partner Steven Williams has played a lead role in many of the most prominent antitrust class cases and been named lead or co-lead counsel more often than perhaps any other attorney in the United States. Overall, the Firm's attorneys are accomplished and successful in all phases of litigation and have been awarded by the American Antitrust Institute, Chambers and Partners, Martindale Hubbell, The Legal 500, Who's Who Legal, and *Super Lawyers* for their distinguished leadership. They lecture and write on many topics, are actively involved in numerous legal organizations, and are multi-lingual and from diverse backgrounds.

The Firm has a strong commitment to *pro bono* representation. It frequently works with the Northern District of California's Federal *Pro Bono* Project, which operates in conjunction with the Bar Association of San Francisco's Justice and Diversity Center. The JDC provides *pro bono* services to underserved San Francisco residents and communities, and the organizations that serve them. Many Firm attorneys participate in this project and have received Court praise for their successful results achieved for their clients.

JOSEPH SAVERI
LAW FIRM

**CASE PROFILES**

The Firm has been a successful leader in cases covering antitrust, class actions, complex business disputes, consumer protection, and other practice areas, on behalf of national and international consumers, purchasers, and employees across diverse industries.

The Firm handles antitrust cases, class actions, and complex litigation in federal and state courts throughout the United States. Prominent past and current cases in which the Firm or Mr. Saveri serves or has served include:



### IN RE CAPACITORS ANTITRUST LITIGATION
No. 3:14-cv-03264-JD, 3:17-md-02801-JD (N.D. Cal.)

The Firm is **sole Lead Counsel** for a class of direct purchasers of capacitors used in electronic devices. Plaintiffs allege that Defendants—over twenty corporations and corporate families—formed a cartel and conspired to fix, raise, and stabilize prices in the multi-billion-dollar market for aluminum, tantalum, and film capacitors. The Firm represents the class as Plaintiffs in a civil class action. **Settlements totaling $439.55 million** have been reached with most Defendants. Trial against Defendants who have not settled will occur in 2021. In the criminal case, **eight capacitors manufacturers and two individual executives have pleaded guilty and been sentenced** for violating federal antitrust laws.



### IN RE CIPRO CASES I AND II
J.C.C.P. Nos. 4154, 4220 (San Diego County Sup. Ct.)

The Firm is **Co-Lead Counsel** for consumers who purchased Cipro, a blockbuster antibiotic drug. Plaintiffs alleged that Bayer Corporation, Barr Laboratories, two other generic drug companies, and other Defendants entered into an unlawful agreement to keep a generic version of the drug off the market, which allowed Bayer to sell Cipro at inflated prices. In 2013, the California Superior Court for the County of San Diego approved a **$74 million class action settlement** between Bayer and the Class. In 2015, the California Supreme Court reversed the judgment of the Court of Appeal and remanded the case for further proceedings. In that decision, the California Supreme Court ruled in Plaintiffs' favor and adopted a "structured" rule of reason as the standard for adjudicating reverse payment antitrust cases. Following remand to the Superior Court, Plaintiffs reached a **$100 million settlement** agreement with Defendants Hoechst Marion Roussel, The Rugby Group, Inc., and Watson Pharmaceuticals, which the Court approved in 2016. In 2017, on the eve of trial, Plaintiffs **settled** with Barr, the sole remaining Defendant, **for $225 million**, bringing the **total Class recovery to $399 million: a record for this type of case**.

CASE PROFILES

JOSEPH SAVERI
LAW FIRM



### SCOLA V. FACEBOOK, INC.
**No. 18CIV05135 (San Mateo County Sup. Ct.)**

The Firm is co-counsel in an action against Facebook alleging that a Plaintiff Class of content moderators responsible for viewing and removing offensive and disturbing content from Facebook users are suffering from post-traumatic stress disorder and other trauma-related injuries because they were not being properly protected by the social media company. In 2020, the Class reached a ground-breaking **preliminary settlement for $52 million and workplace improvements**. The settlement provides significant relief to over 10,000 content moderators who worked for Facebook's vendors in California, Arizona, Texas, and Florida.



### IN RE HIGH-TECH EMPLOYEES ANTITRUST LITIGATION
**No. 5:11-cv-02509-LHK (N.D. Cal.)**

The Firm served as **Co-Lead Class Counsel** for a class of over 60,000 employees of leading technology companies against their employers for their alleged agreements to restrict recruiting to suppress wages. Three Defendants agreed to **settlements totaling $20 million**. Following the Court's denial of their motions for summary judgment, the remaining Defendants agreed to a **settlement totaling $415 million**.



### IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION
**No. 1:10-cv-00318-RDB (D. Md.)**

The Firm served as **Co-Lead Counsel** to a class of direct purchasers of titanium dioxide who alleged that several primary suppliers engaged in an unlawful conspiracy to raise, maintain, or stabilize prices for titanium dioxide in the United States. The case produced a **$163.5 million settlement.**

JOSEPH SAVERI
LAW FIRM



### IN RE RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION
**MDL No. 2819-NG-LB (E.D.N.Y.)**

The Firm is **Co-Lead Counsel** for End-Payer Plaintiffs in an antitrust class action filed against Allergan, Inc. for an alleged scheme to delay generic competition to Allergan's blockbuster Restasis drug (used primarily for the treatment of chronic dry eyes). The Firm brought suit on behalf of its client and named class representative, the Self-Insured Schools of California, a Joint Powers Authority providing health benefits to over 300,000 public school district employees and their family members. Plaintiffs allege that Allergan unlawfully extended its monopoly in the market for Restasis through a series of fraudulent and anticompetitive acts. The suit is currently part of a multidistrict litigation pending in the United States District Court for the Eastern District of New York. Class certification has been granted. A late 2021 trial date is likely.



### IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION
**No. 20-MD-02966-LHK (S.D.N.Y.)**

The Firm represents Plaintiff, purchaser Self-Insured Schools of California, in a multi-district litigation antitrust suit in which it serves on the **Plaintiffs' Steering Committee**. Plaintiff and a potential class of other purchasers are insurers, health and welfare plans, and consumers seeking relief from indirectly paying for and/or providing reimbursement for purchases of Xyrem (an oral narcolepsy drug) at supra-competitive prices. Facing the impact of competitive market forces, Defendant Jazz (Xyrem manufacturer) allegedly turned to an anticompetitive scheme to delay generic entry and maintain its monopoly. Plaintiffs seek class certification, damages, and other injunctive and equitable relief.



### IN RE LIDODERM ANTITRUST LITIGATION
**No. 3:14-md-02521-WHO (N.D. Cal.)**

The Firm served as End-Payors' **Liaison Counsel** in a class action lawsuit brought by indirect purchasers of Lidoderm against Endo Pharmaceuticals, Teikoku, and Actavis Inc. Plaintiffs claimed that Defendants entered into an illegal reverse payment agreement in which Endo provided nearly $100 million worth of branded Lidoderm and additional consideration to Actavis to keep generic lidocaine patches off the market. Plaintiffs alleged that the agreement delayed generic competition and caused Plaintiffs to pay higher prices. In 2017, the Court granted Plaintiffs' motion to certify a class of Lidoderm End-Payors. The **case settled** in early 2018, shortly before trial, **for $105 million.**

**JOSEPH SAVERI**
LAW FIRM



## IN RE OPANA ER ANTITRUST LITIGATION
### No. 1:14-cv-10150 (N.D. Ill.)

The Firm represents Plaintiffs in a proposed class action brought by indirect purchasers against brand and generic manufacturers of Opana ER. Plaintiffs allege that Defendants Endo Pharmaceuticals Inc. and Impax Laboratories entered an illegal "pay-for-delay" or reverse payment agreement whereby Endo provided Impax over $100 million in cash, as well as other valuable consideration, in exchange for Impax's promise to keep generic versions of Opana ER off the market. Plaintiffs allege that this prevented generic competition and resulted in higher prices.



## MEIJER V. ABBOTT LABORATORIES
### Nos. 4:07-cv-5470, 4:07-cv-5702, 4:07-cv-5985 (N.D. Cal.)

Mr. Saveri served as **Liaison Counsel** on behalf of the class of Direct Purchaser Plaintiffs in the Norvir Antitrust Litigation. The case involved claims under Section One and Section Two of the Sherman Act in connection with the sale, marketing, and pricing of the bundled drugs Norvir and Kaletra by Abbott Laboratories. Mr. Saveri participated in all phases of the litigation, including trial. Among other highlights, his work during jury selection of the case resulted in the landmark decision by the Ninth Circuit Court of Appeals in *SmithKline Beecham Corp. v. Abbott Laboratories*, 740 F.3d 471 (9th Cir. 2014), confirming that equal protection prohibits discrimination based on sexual orientation in jury selection and that the Supreme Court's decision in *Batson v. Kentucky*, 476 U.S. 79 (1986), applies in civil cases. Following jury selection, the Direct Purchasers **settled their claims in full for $52 million**.



## CUNG LE V. ZUFFA, LLC
### No. 2:15-cv-01045-RFB-PAL (D. Nev.)

The Firm is **Co-Lead Counsel** for Professional Mixed Martial Arts (MMA) Fighters in a class action against MMA promoter Ultimate Fighting Championship ("UFC") and its parent company Zuffa LLC. Plaintiffs allege that the UFC illegally acquired and maintained monopoly power in the market for promoting Professional MMA Bouts and monopsony power in the market for Professional MMA Fighters' Services and used that monopoly and monopsony power to suppress compensation for MMA fighters who fought for the UFC. The Court denied Defendants' motion to dismiss. In December 2020, the Court certified the class.

JOSEPH SAVERI
LAW FIRM



### JONES V. VARSITY BRANDS
#### No. 2:20-cv-02892 (W.D. Tenn.)

The Firm represents a class of competitive cheer families against Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashion & Supplies, LLC; U.S. All Star Federation, Inc.; and other co-conspirators. Plaintiffs allege Defendants have abused Varsity's market power to raise, fix, and stabilize the prices charged and associated with competitive cheer. As a result, cheer athletes, together with their parents, friends, and families, have been overcharged by the Defendants, who have obtained millions of dollars in supracompetitive illegal profits.



### GIORDANO V. SAKS INCORPORATED
#### No. 1:20-cv-00833-MKB-CLP (E.D.N.Y.)

The Firm is **Co-Lead Class Counsel** in a "no-poach" class action, alleging that Defendants Saks Incorporated; Saks & Company LLC; Saks Fifth Avenue LLC; Louis Vuitton USA Inc.; Fendi North America, Inc.; Loro Piana & C. Inc.; Gucci America, Inc.; Prada USA Corp.; and Brunello Cucinelli, USA, Inc. agreed not to hire one another's luxury retail employees. Plaintiffs are former sales professionals who sought employment opportunities with other Defendants. Plaintiffs allege the illegal agreements restrain competition for luxury retail employees working for Defendants. Plaintiffs seek damages and injunctive relief.



### JESSICA ROBINSON V. JACKSON HEWITT, INC. AND TAX SERVICES OF AMERICA, INC.
#### No. 2:19-cv-9066 (D. N.J.)

The Firm is **Interim Co-Lead Counsel** for Plaintiffs in an antitrust class action against Defendants Jackson Hewitt, Inc. and Tax Services of America, Inc. Plaintiffs are individuals who work or have worked for Jackson Hewitt, a tax preparation services provider and franchisor, and for franchise locations of Jackson Hewitt. From approximately January 2000 through December 2018, Defendants and other co-conspirators agreed not to compete for employees and potential employees, including agreements not to solicit, recruit, or hire without prior approval each other's personnel. Plaintiffs seek injunctive relief and recovery of damages arising from Defendants' violations of Section 1 of the Sherman Act.

**CASE PROFILES**

JOSEPH SAVERI
LAW FIRM



### JANE DOE V. YOUTUBE, INC.
#### No. 20-CIV-04023 (San Mateo County Sup. Ct.)

The Firm represents Plaintiff and a nation-wide class of content moderators. The suit alleges that content moderators responsible for viewing and removing offensive and disturbing videos and images posted by YouTube users are suffering from psychological trauma and post-traumatic stress disorder, and are not being protected properly by the social media company. Plaintiffs seek workplace improvements and compensation for exposure to objectionable content on YouTube's platform.



### IN RE 2021 SHORT SQUEEZE TRADING LITIGATION
#### No. 3:21-cv-00781 (N.D. Cal.), No. 1:21-md—02989 (S.D. Fla.)

The Firm has filed suit on behalf of a proposed class of retail investors against Robinhood Markets, Inc. and various brokerages, investment funds, and other co-conspirators who allegedly entered into an illegal scheme designed to shield themselves from massive industry losses they had incurred due to their highly speculative short selling strategies. Plaintiffs allege that they and other retail investors continue to be injured due to a large, overarching conspiracy among Defendants to stop them from buying stocks in open and fair public securities markets. Plaintiffs seek damages recovery and injunctive relief. In April 2021, this suit and several similar ones were centralized and moved to the Southern District of Florida.



### IN RE DENTAL SUPPLIES ANTITRUST LITIGATION
#### No. 1:16-cv-00696-BMC-GRB (E.D.N.Y.)

The Firm serves as a **member of the Plaintiffs' Executive Committee** in a class action of direct purchasers against the primary dental product distributors in the United States. Plaintiffs allege that Patterson Companies, Inc., Henry Schein, Inc., and Benco Dental Supply Company illegally boycotted competitor dental product distributors to maintain and extend their dominant position in the market for dental supplies and equipment. As a result, Plaintiffs (and similarly situated dental practices) paid inflated prices for important dental products, including imaging devices, dental chairs, high-tech equipment, sterilization products, and other related materials. **Final judgment and a Court order granting an $80 million settlement** was reached in 2019.

JOSEPH SAVERI
LAW FIRM



### IN RE EPIPEN MARKETING, SALES PRACTICES, AND ANTITRUST LITIGATION
**MDL No. 2785, No. 17-md-02785-DDC-TJJ (D. Kan)**

The Firm is on the **Plaintiffs' Steering Committee** in this multidistrict litigation case alleging that Mylan, Pfizer, and their related companies engaged in federal and state antitrust violations, RICO violations, and violations of state consumer protection laws with regard to the EpiPen autoinjector drug device. Defendants raised their prices by hundreds of percent and forced consumers to buy two EpiPens at a time instead of one in order to maximize their profits. In August 2018, the Court denied Defendants' motions to dismiss as to the vast majority of Plaintiffs' claims. Discovery is proceeding. Trial is anticipated late 2021-early 2022.



### PASKENTA BAND OF NOMLAKI INDIANS V. CROSBY
**No. 2:15-cv-00538-MCE-CMK (E.D. Cal.)**

The Firm is **Co-Lead Counsel** in a suit in which it represents the Paskenta Band of Nomlaki Indians pursuing the recovery of tens of millions of dollars converted by former tribal officials. The Tribe brings civil RICO and various state law claims alleging that these formal tribal officials—with a number of associated individuals, banks, and benefit providers—operated a RICO Enterprise that facilitated the looting of tribal moneys. These former tribal officials spent the Tribe's funds on luxury homes, expensive cars, private jet travel, exclusive entertainment and vacations, and their personal expenses.



### IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
**No. 2:16-md-02724-CMR (E.D. Pa.)**

The Firm is on the **Plaintiffs' Steering Committee** for End-Payor Plaintiffs and its client, the Self-Insured Schools of California, and similarly situated U.S. consumers and insurers, against dozens of generic drug manufacturers in this broad multidistrict litigation. The antitrust suit charges the Defendants with conspiring to fix and raise prices for over 30 different generic pharmaceutical drugs, forcing consumers to pay inflated prices for medication to treat a wide variety of illnesses and diseases.

JOSEPH SAVERI
LAW FIRM



## SPRADLING V. SURGICAL CARE AFFILIATES, LLC
### No. 21-cv-01324 (N.D. Ill.)

The Firm represents Plaintiff Allen Spradling and a potential Class of senior-level employees in an antitrust suit filed against Defendants Surgical Care Affiliates, United Surgical Partners International, and at least one other unnamed healthcare service provider. Plaintiffs allege Defendants entered into "no-poach" agreements not to compete for senior-level employees in the United States. These agreements allegedly accomplished their purpose by reducing competition for Defendants' senior-level employees and suppressing Defendants' senior-level employees' compensation below competitive levels. They also denied their senior-level employees access to job opportunities, restricted their mobility, and deprived them of significant information that they could have used to negotiate for better compensation and employment terms. Plaintiffs seek to damages recovery and injunctive relief to prevent Defendants from retaining the benefits of their alleged antitrust violations.



## IN RE JUUL LABS, INC. ANTITRUST LITIGATION
### 3:20-cv-02345-WHO (N.D. Cal.)

The Firm is **Interim Lead Counsel** for Direct Purchaser Plaintiffs in e-cigarette antitrust lawsuits against Altria Group, Inc. (Altria) and Juul Labs, Inc. (JLI) on behalf of individuals and businesses who purchased JUUL e-cigarette devices directly from JLI. Plaintiffs and the Class seek damages recovery for violations of the Sherman and Clayton Acts. The e-cigarette antitrust claims stem from an allegedly anticompetitive agreement between Altria and JLI, whereby Altria agreed to acquire an ownership interest in JLI in exchange for over $12 billion. Altria also allegedly agreed not to compete with JLI and to provide JLI valuable retail shelf space in the e-cigarette market. Through this agreement, JLI was able to maintain its dominance in the e-cigarette market and earn monopoly profits. Altria then shared these profits through its ownership stake in JLI.



## FOND DU LAC BUMPER EXCHANGE INC. V. JUI LI ENTERPRISE COMPANY LTD.
### No. 2:09-cv-00852-LA (E.D. Wisc.)

The Firm represents a class of auto parts distributors who allege that Taiwanese manufacturers of aftermarket sheet metal auto parts colluded to artificially raise prices and eliminate competition. The Court has granted final approval to **settlements by two Defendants totaling $25 million** and has granted Plaintiffs' motion for class certification.

CASE PROFILES

JOSEPH SAVERI
L A W   F I R M



### CHIP TECH, LTD. V. AVX CORP.
**No. 3:15-cv-03820-JD (N.D. Cal.)**

The Firm is counsel for a putative class of direct purchasers of resistors used in electronic devices. Plaintiffs allege that Defendants formed a cartel and conspired to fix, raise, and stabilize prices in the multi-billion-dollar market for resistors.



### MICROSOFT PRIVATE ANTITRUST LITIGATION

Representing businesses and consumers, Mr. Saveri prosecuted multiple private antitrust cases against Microsoft Corporation in state courts across the country, including Florida, New York, North Carolina, and Tennessee. Plaintiffs alleged that Microsoft engaged in anticompetitive conduct and/or violated state deceptive and unfair business practices statutes to harm competition and monopolize the markets for Intel-compatible, personal computer operating system software, as well as word processing and spreadsheet software. In 2006, the New York Supreme Court granted final approval to a **settlement that made available up to $350 million in benefits** for New York businesses and consumers. In 2004, the Court in the North Carolina action granted final approval to a **settlement valued at over $89 million**, and the Court in the Tennessee action granted final approval to a **$64 million settlement**. In 2003, in the Florida Microsoft litigation, the Court granted final approval to a **$202 million settlement**, one of the largest antitrust settlements in Florida history. Mr. Saveri served as **Co-Lead Counsel** in the New York, North Carolina, and Tennessee cases, and held leadership roles in the Florida case.



### IN RE LUPRON MARKETING AND SALES PRACTICES LITIGATION
**MDL No. 1430 (D. Mass.)**

In 2005, the Court approved a **settlement** of a class action brought by patients, insurance companies, and health and welfare benefit plans that paid for Lupron, a prescription drug used to treat prostate cancer, endometriosis, and precocious puberty. The **settlement requires the Defendants** Abbott Laboratories, Takeda Pharmaceutical Company Limited, and TAP Pharmaceuticals **to pay $150 million** to persons or entities that paid for Lupron from January 1, 1985 through March 31, 2005. Plaintiffs charged that the Defendants conspired to overstate the drug's average wholesale price, which resulted in Plaintiffs paying more for Lupron than they should have paid. Mr. Saveri served as **Co-Lead Plaintiffs' Counsel**.



### IN RE BUSPIRONE ANTITRUST LITIGATION
**MDL No. 1413 (S.D.N.Y.)**

In 2003, Mr. Saveri obtained a **$90 million cash settlement** for individual consumers, consumer organizations, and third-party payors that purchased BuSpar, a drug prescribed to alleviate symptoms of anxiety. Plaintiffs alleged that Bristol-Myers Squibb Co. ("BMS"), Danbury Pharmacal, Inc., Watson Pharmaceuticals, Inc., and Watson Pharma, Inc. entered into an unlawful agreement in restraint of trade under which BMS paid a potential generic manufacturer of BuSpar to drop its challenge to BMS's patent and refrain from entering the market.



### CALIFORNIA VITAMIN CASES
**J.C.C.P. No. 4076 (San Francisco County Sup. Ct.)**

Mr. Saveri served as **Co-Liaison Counsel and Co-Chairman of the Plaintiffs' Executive Committee** on behalf of a class of California indirect vitamin purchasers (in every level of the chain of distribution) against vitamin manufacturers alleged to have engaged in price fixing of particular vitamins. In 2002, the Court granted final approval of a **$96 million settlement** with certain vitamin manufacturers. In 2006, the Court granted final approval to over **$8.8 million in additional settlements**.



### PHARMACEUTICAL CASES I, II, AND III
**J.C.C.P. Nos. 2969, 2971, and 2972 (San Francisco County Sup. Ct.)**

Mr. Saveri served as **Co-Lead and Co-Liaison Counsel** representing a certified class of indirect purchasers (consumers) on claims against the major pharmaceutical manufacturers for violations of the Cartwright Act and the Unfair Competition Act. The class alleged that Defendants unlawfully fixed discriminatory prices on prescription drugs to retail pharmacists in comparison with the prices charged to certain favored purchasers, including HMOs and mail order houses. In 1999, the Court approved a **settlement providing $148 million in free, brand-name prescription drugs** to health agencies that serve California's poor and uninsured. In 2001, the Court approved a **settlement** with the remaining Defendants in the case, which provided **an additional $23 million in free, brand-name prescription drugs** to these agencies.

**JOSEPH SAVERI**
LAW FIRM



### IN RE BRAND NAME PRESCRIPTION DRUGS
**MDL No. 997 (N.D. Ill.)**

Mr. Saveri served as **Class Counsel** for a class of tens of thousands of retail pharmacies against the leading pharmaceutical manufacturers and wholesalers of brand name prescription drugs for alleged price-fixing from 1989 to 1995 in violation of the federal antitrust laws. Class Plaintiffs charged that Defendants engaged in price discrimination against retail pharmacies by denying those discounts provided to hospitals, health maintenance organizations, and nursing homes. In 1996 and 1998, the Court approved **settlements** with certain manufacturers **totaling $723 million**.



### IN RE ELECTRICAL CARBON PRODUCTS ANTITRUST LITIGATION
**MDL No. 1514 (D.N.J.)**

Mr. Saveri represented the City and County of San Francisco and a class of direct purchasers of carbon brushes and carbon collectors on claims that producers fixed the price of carbon brushes and carbon collectors in violation of the Sherman Act.



### IN RE TRAVEL AGENCY COMMISSION ANTITRUST LITIGATION
**MDL No. 1058 (D. Minn.)**

Mr. Saveri served as **Co-Lead Counsel** for a certified class of U.S. travel agents on claims against the major U.S. air carriers, who allegedly violated the federal antitrust laws by fixing the commissions paid to travel agents. In 1997, the Court approved an **$82 million settlement.**



JOSEPH SAVERI
LAW FIRM

Judicial Praise for the
Joseph Saveri Law Firm

**JOSEPH SAVERI**
LAW FIRM

" Through my extensive observations of counsel, I am assured that they are well qualified to litigate this class action…. I have no hesitation that these lawyers will 'fairly and adequately represent the interests of the class.'"

**JUDGE NINA GERSHON,**
*In Re Restasis (Cyclosporine Opthalmic Emulsion) Antitrust Litigation,*
**Master File No. 1:17-cv-06684 (E.D.N.Y. 2020)**

" The MDL litigation has been hard-fought by both sides and required an enormous amount of work to collect evidence in the United States and several overseas countries, bring and defend complex motions, and prepare a sprawling case for a jury trial. Class Counsel prosecuted the case with skill and vigor, and achieved strongly positive results. The Court also appreciated the professionalism and spirit of cooperation that Class Counsel brought to the proceedings."

**JUDGE JAMES DONATO,**
*In re Capacitors Antitrust Litigation,* **Master File No. 3:14-cv-03264-JD (N.D. Cal. 2020)**

" The docket and the procedural history in this case demonstrate Counsel's expertise and the Direct Purchaser Plaintiffs' success to date. Counsel have done much to effectively prosecute the Class's claims, and to do so efficiently. Counsel have not come by their success in this litigation easily. Defendants—including the Settling Defendants—have hired the best antitrust counsel money can buy to defend them against the Direct Purchaser Plaintiffs' Sherman Act claims."

**JUDGE JAMES DONATO,**
*In re Capacitors Antitrust Litigation,* **Master File No. 3:14-cv-03264-JD (N.D. Cal. 2017)**

" Direct Purchaser Plaintiffs' Counsel vigorously and effectively pursued the Direct Purchasers' claims. These efforts included factual investigation, drafting complaints, briefing and arguing motions to dismiss and for summary judgment, reviewing and analyzing documents, interviewing witnesses and taking dozens of depositions in the United States and abroad, negotiating the terms of the settlements, and preparing the settlement documents."

**JUDGE MARIANNE O. BATTANI,**
*In re Automotive Parts Antitrust Litigation/In re Wire Harness Cases,* **Master File No. 12-md-02311 (E.D. Mich. 2017)**



**JUDICIAL PRAISE**



The Joseph Saveri Law Firm invested a great deal of time and effort to investigate and develop the potential claims in this action, and it filed the first complaint in this case as a result. . . . The Joseph Saveri Law Firm also has the support of many of the plaintiffs' counsel, which the Court does find to be a significant factor in the Saveri Firm's favor [for appointment to Interim Lead Class Counsel]."

**JUDGE JAMES DONATO,**
*In re Capacitors Antitrust Litigation,* **Master File No. 3:14-cv-03264-JD (N.D. Cal. 2014)**



As noted by the Plaintiffs: 'Since their initial appointment, [the Joseph Saveri Law Firm and other interim co-lead and liaison counsel, and the Plaintiffs' Executive Committee] . . . have devoted substantial time and resources to this case, including complex legal matters on a variety of motions, case management, discovery planning, and extensive meetings and conferrals with Defendants regarding ongoing discovery. Moreover, proposed Class Counsel have demonstrated their extensive experience and expertise prosecuting antitrust, class action, and complex civil litigation cases and have successfully litigated antitrust class actions and other similar cases in courts throughout the United States.' Defendants do not object or disagree with the Plaintiffs' characterization of their representation. This Court has reviewed the [Federal Rules of Civil Procedure] Rule 23(g)(1) requirements, and concludes that Plaintiffs' proposed co-lead counsel are well qualified to represent the Class in this case."

**JUDGE RICHARD D. BENNETT,**
*In re Titanium Dioxide Antitrust Litigation,* **284 F.R.D. 328 (D. Md. 2012), amended, 962 F. Supp. 2d 840 (D. Md. 2013)**

JOSEPH SAVERI
LAW FIRM

**OUR TEAM**

The Firm's attorneys are well-regarded for their integrity, experience, and success in all phases of litigation. They have received multiple awards from the American Antitrust Institute, Chambers and Partners, Martindale Hubbell, The Legal 500, Who's Who Legal, and *Super Lawyers*. Partners Joseph Saveri and Steven Williams are recognized as two of the country's top lawyers and leaders in federal antitrust and class action litigation.

**JOSEPH SAVERI**
LAW FIRM

# Joseph R. Saveri



**PRACTICE AREAS**
Antitrust
Class Actions
Complex Business Disputes
Commercial Litigation
Intellectual Property
*Qui Tam* and Whistleblower

**ADMISSIONS**
State of California
US Supreme Court
US Court of Appeals – Federal Circuit
US Court of Appeals – First Circuit
US Court of Appeals – Second Circuit
US Court of Appeals – Fourth Circuit
US Court of Appeals – Fifth Circuit
US Court of Appeals – Seventh Circuit
US Court of Appeals – Eighth Circuit
US Court of Appeals – Ninth Circuit
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Northern District of Illinois
US District Court – Eastern District of Michigan
US District Court – Eastern District of Wisconsin

**EDUCATION**
University of Virginia Law School, J.D.
University of California, Berkeley, B.A. History
and Economics (double major), with Honors



Joseph R Saveri



Mr. Saveri began his career performing general litigation work at the San Francisco law firm of McCutchen, Doyle, Brown & Enersen. In 1992, he joined the plaintiffs' firm Lieff Cabraser Heimann & Bernstein ("LCHB"), where he was the firm's Managing Partner and established its antitrust and intellectual property practice, which was recognized in 2012 as one of the top five practice groups in California. He left LCHB in May 2012 to start his own firm.

Mr. Saveri has performed virtually every aspect of complex and class action litigation, including factual and economic analysis of market conditions and pricing practices, drafting of pleadings, law and motion matters, organizing e-discovery, creating a discovery plan, administering and directing on-line review of documents requiring coordination of dozens of lawyers fluent in English and foreign languages, propounding written discovery, taking and defending percipient and expert witness depositions, organizing the factual record, briefing and arguing summary judgment, and leading trial and appellate work.

From 2010 through 2013, Mr. Saveri was chosen to serve as a Lawyer Representative for the United States District Court for the Northern District of California and the Ninth Circuit Court of Appeals. He has served and serves on several court committees charged with developing rules and programs regarding complex litigation, e-discovery, and a variety of other matters. He was chosen to serve as a member of the Northern District's Civil Rules Advisory Committee from 2009-2012, the committee to establish rules and procedures for expedited trials (which the Court adopted as General Order No. 64, "Expedited Trial Procedures"), and the committee which crafted new e-discovery rules and procedures later adopted by the Court. He is a member of the American Bar Association and the Bar Association of San Francisco.

Mr. Saveri is also a frequent author of articles on antitrust and complex litigation issues, and a frequent lecturer on a variety of matters, including antitrust, complex litigation, class action practice, and discovery. He serves as an author of *California Antitrust and Unfair Competition Law*, the legal treatise published by the State Bar of California's Antitrust and Unfair Competition Section. He is also a member of the Advisory Board of the American Antitrust Institute and a Fellow of the Litigation Counsel of America. In 2019, he was a speaker at the U.S. Department of Justice Antitrust Division's public roundtable to discuss the Antitrust Criminal Penalty Enhancement & Reform Act.

Mr. Saveri has received numerous **ACCOLADES** from an array of legal entities, including:

**Benchmark Litigation:** Honored as National Practice Area Star" and "Local Litigation Star" in competition/antitrust (2020)

**Best Lawyers:** *Best Lawyers in America* (2012-present)

**Chambers and Partners:** Band 1 (top-ranked) plaintiffs' antitrust attorney for California and nationwide (2014-present)

*con't* Joseph R. Saveri



**Daily Journal (California):** Top Plaintiff Lawyers in California (2018-present); Top 100 Lawyers in California (2016, 2018-2019); Top Antitrust Lawyers in California (2020); CLAY Award—California Lawyer Attorney of the Year (2016); One of California's Leading Labor & Employment Lawyers (2014)

**Law 360:** Titan of the Plaintiffs' Bar for his leadership and vision in extending the reach of antitrust cases into new areas such as pharmaceutical reverse payments and "no-poach" agreements by high-tech employers (2014)



**Lawdragon:** 500 Leading Plaintiff Financial Lawyers (2019-present)

**Martindale-Hubbell:** AV Preeminent rating—Top Rated Lawyers (2008-present)



**National Law Journal:** Trailblazers—Mergers & Acquisitions and Antitrust (2015)

**Super Lawyers:** *Super Lawyers Northern California*—Antitrust Litigation (2006-present); *Super Lawyers* Top 100 Northern California (2015-2016, 2019-present)

**Who's Who Legal:** One of the top plaintiffs' attorneys worldwide via *Who's Who Legal:* Competition (publication of Who's Who Legal and Global Competition Review (2015-present)); profiled in *Thought Leaders: Competition*, a publication of Who's Who Legal (2019-present)







# Steven N. Williams



**PRACTICE AREAS**
Antitrust
Class Actions
Commercial Litigation
Consumer Protection
*Qui Tam*

**ADMISSIONS**
State of California
State of New Jersey
State of New York
US Supreme Court
US Court of Appeals – Second Circuit
US Court of Appeals – Third Circuit
US Court of Appeals – Fifth Circuit
US Court of Appeals – Sixth Circuit
US Court of Appeals – Ninth Circuit
US Court of Appeals – District of Columbia Circuit
US District Court – Eastern District of California
US District Court – Central District of California
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Eastern District of Michigan
US District Court – District of New Jersey
US District Court – Eastern District of New York
US District Court – Southern District of New York

**EDUCATION**
Fordham University School of Law, J.D.
New York University, B.A., Russian & Slavic Studies





In over twenty-five years of practice, Mr. Williams has handled successfully and with distinction all aspects of litigation and trial in state and federal courts and in private arbitration.

Mr. Williams has played a lead role in many of the most prominent antitrust class cases litigated in the United States over the last decade, including *In re Automotive Parts Antitrust Litigation*, *In re Static Random Access Memory Litigation*, *Precision Associates v. Panalpina World Transport, and In re Transpacific Air Transportation Litigation*. Over the last decade he has been named lead or co-lead counsel in more antitrust cases than perhaps any other attorney in the United States. He has helped recover more than $2 billion and has been responsible for new law including ground-breaking decisions narrowing the scope of the Filed Rate Doctrine and permitting civil damage claims in *E. & J. Gallo Winery v. EnCana Corp.*, 503 F.3d 1027 (2007) and *Wortman v. All Nippon Airways*, 854 F.3d 606 (2017), and a ruling that "umbrella damages" are available under California state law. *County of San Mateo v. CSL, Ltd.,* 2014 U.S. Dist. LEXIS 116342 (N.D. Cal. Aug. 20, 2014).

Mr. Williams—previously a long-time partner at Cotchett, Pitre & McCarthy, LLP—practices in the fields of litigation, trial, and client counseling, with an emphasis on representation of civil plaintiffs in antitrust matters. He has served in leadership positions in more than a dozen antitrust class cases throughout the United States. During his career, he has represented claimants in cases involving memory chips, pharmaceuticals, air passenger transportation, air cargo transportation, cathode ray tubes, capacitors, resistors, flash memory, lithium-ion batteries, financial products and services, poultry, and water. He has been appointed to represent both classes and individuals. In non-class cases he has represented the Chief Justice of California, the Judicial Council of California, Consumers Union of United States, Inc., the United Farm Workers, Dolores Huerta, public pension funds, private investment funds, many cities and counties of California, public utilities including water districts, and individual consumers.

Among other cases, Mr. Williams currently represents a Plaintiff Class of content moderators, responsible for viewing and removing offensive and disturbing content from Facebook users, who are allegedly suffering from PTSD and other trauma-related injuries because they were not being properly protected by the social media company. In 2020, the Class reached a ground-breaking preliminary settlement for $52 million and workplace improvements.

Mr. Williams has written and lectured on various topics including antitrust, multidistrict litigation, complex litigation, e-discovery, MTBE litigation, regulatory developments in environmental law, contractual issues in environmental cleanups, and habeas corpus. He has spoken at many venues, including the American Bar Association Antitrust Section Spring Meeting, the California State Bar Antitrust, UCL and Privacy Section, the New York State Bar Association Antitrust Section, and yearly presentations on civil discovery topics to the Consumer Attorneys of California.

Mr. Williams is the author or co-author of several publications, including: "A Practitioner's Perspective: Why The Supreme Court Should Not Overturn *Illinois Brick* in *Apple v. Pepper*," *Competition*, The Journal of the Antitrust and Unfair Competition Law Section of the California Lawyers Association; "Should United States Courts Defer to Foreign Governments?," Chambers and

*con't* Steven N. Williams











Partners's *Cartels 2019* global practice guide; "'Apple v. Pepper' Will Enhance Private Antitrust Enforcement by Confirming Bright-Line Rule of 'Illinois Brick,'" May 2019 *The Recorder;* "'Pepper' as a Back Door to 'Illinois Brick' (and 'ARC America')?" and "Should 'Hanover Shoe' and 'Illinois Brick' Be Discarded?," August 2018 *The Recorder; Antitrust Law Developments (Eighth)*, American Bar Association; "Federal and State Class Antitrust Actions Should Not Be Tried in a Single Trial," *The Journal of the Antitrust and Unfair Competition Law Section of the State Bar of California,* Fall 2014; "Recoveries for Violations of Federal and California Antitrust Statutes Should Not Be Apportioned," *Competition*, Antitrust and Unfair Competition Law Section, California State Bar, Fall 2014; "Antitrust Whistleblowers Get Clarity," Los Angeles and San Francisco *Daily Journal*, 2013; "Courts Rein in the Cost of E-Discovery When Lawyers and Their Clients Won't," *California Lawyer*, April 2012; and *California's 2009 E-Discovery Laws, Text and Analysis*, LexisNexis 2009.

Mr. Williams was appointed by the Consumer Attorneys of California as a member of the California Discovery Subcommittee for revision of California discovery rules and statutes relating to e-discovery and electronically stored information, 2007-2008. He is currently in leadership for the American Bar Association Antitrust Section and is a member of the International Cartel Task Force and the Executive Committee of the Committee to Support the Antitrust Laws. He is an advisor to the Executive Committee of the California Lawyers Association Section on Antitrust, Unfair Competition Law, and Privacy Law, and was chair of the 2017 Golden State Antitrust Institute. He is a Board Member of Public Justice and past Chairman of the Board of Community Gatepath, an organization dedicated to serving the needs of developmentally disabled children and adults. He received the Justice & Diversity Center (JDC) of the Bar Association of San Francisco's Federal *Pro Bono* Project 2020 Crystal Award for "Outstanding Volunteer of the Year," and in 2018, the JDC recognized him as an "Outstanding Volunteer."

Mr. Williams has received numerous professional **ACCOLADES**, including:

**American Antitrust Institute:** Honoree for Antitrust Enforcement Awards for "Outstanding Antitrust Litigation Achievement in Private Law Practice" for his key role in *In re Automotive Parts Antitrust Litigation* (2019)

**Benchmark Litigation:** Honored as National Practice Area Star" and "Local Litigation Star" in competition/antitrust (2020)

**Best Lawyers:** *Best Lawyers in America* (2020)

**Chambers and Partners:** Band 1 or Band 2 plaintiffs' antitrust attorney for California (2015-present) and nationwide (2017-present)

**Daily Journal (California):** Top Plaintiff Lawyers in California (2018-present); Top Antitrust Lawyers in California (2020)

**Lawdragon:** 500 Leading Plaintiff Financial Lawyers (2019-present)

**Martindale-Hubbell:** AV Preeminent rating—Top Rated Lawyers (2002-present)

JOSEPH SAVERI
LAW FIRM

*con't* Steven N. Williams



**Super Lawyers:** *Super Lawyers Northern California*—Antitrust Litigation Super Lawyer (2005-present); *Super Lawyers* Top 100 Northern California (2016-present)

**Who's Who Legal:** One of the top plaintiffs' attorneys worldwide via *Who's Who Legal:* Competition (publication of Who's Who Legal and Global Competition Review (2014-present)); profiled in *Thought Leaders: Competition*, a publication of Who's Who Legal (2019-present)

JOSEPH SAVERI
LAW FIRM

# Katharine Malone



**PRACTICE AREAS**
Class Action
Complex Business Disputes

**ADMISSIONS**
State of California
US Court of Appeals – Ninth Circuit
US District Court – Northern District of California

**EDUCATION**
University of California, Hastings College of the
Law, J.D.; CALI Award, Cyberlaw; Albert G.
Evans Scholarship in Enterprise Award

George Washington University, B.A., Political
Science, Journalism; National Merit Scholar;
Atlantic-10 Conference Student-Athlete Honor
Roll (varsity crew team)

Ms. Malone joined the Firm in 2020. Her career practice has focused on commercial and class action litigation, representing both plaintiffs and defendants in matters related to information privacy, contract, fraud, breach of fiduciary duties, and employee mobility issues. She has experience litigating in state and federal trial and appellate courts and state supreme courts.

Ms. Malone has a well-established, successful track record as an associate at two San Francisco law firms. She has litigated and advised clients in complex commercial matters—including business disputes, consumer litigation, and employment matters—for public and private companies, from pre-litigation counseling through trial and appeals. She has extensive experience in all phases of motion practice, discovery, and trial procedure, up to and including preparing testifying witnesses for direct and cross-examination at trial. Among her many highlights, she briefed and argued *Lil' Man in the Boat v. Auk Ta Shaa* before the United States Court of Appeals (Ninth Circuit) to uphold a district court dismissal of a contract dispute, prevailing on both procedural and substantive grounds for a corporate client.

Ms. Malone regularly writes and comments on various legal affairs. Her publications include: "Welcome to New York It's Been Waiting for You . . . But Is Your Business Ready for the New York SHIELD Act?," *CPO Magazine* (April 1, 2020); "Data Privacy: The Current Legal Landscape 2018 Reviewed," *Troutman Sanders Insights* (January 15, 2019); "Did the General Contractor on the Death Star Have to Build the Second Death Star for Free?," *The Legal Geeks* (February 2, 2018); and "Think Twice Before Denying Requests for Admissions," California *Daily Journal* (September 24, 2015).

Prior to her career as an associate, Ms. Malone was an associate legal editor for the California *Daily Journal*. During law school at Hastings College of the Law, she was editor-in-chief of the *Hastings Communications & Entertainment Law Journal*, where she authored "Parody or Identity Theft: The High-Wire Act of Digital Doppelgangers in California," 34 *Hastings Comm. & Ent. L.J.* 275.

Ms. Malone is a member of the Bar Association of San Francisco.

# Ryan Louie Manuel



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California

**EDUCATION**
University of San Francisco School of Law, J.D.,
Student Bar Association Award

University of California Santa Barbara, B.S.,
Political Science and Global Studiesand Minor in
Asian American Studies

**LANGUAGES**
Tagalog (native)
French (conversational)

Mr. Manuel specializes in antitrust and class action litigation, and approaches his practice with compassion, perseverance and hard work. He has experience in all stages of litigation, including propounding and responding to discovery requests, coordinating and conducting document discovery, taking depositions, and successfully completing trial-related tasks.

Mr. Manuel's professional qualifications are exemplified by his invaluable work on the Firm's Capacitors trial. He is heavily involved in providing essential support and preparation for trial, including drafting the exhibit list, assisting in preparing trial witnesses, and daily management of trial logistics.

Prior to joining the Firm, Mr. Manuel was a post-bar law clerk for a boutique San Mateo, California litigation firm. He researched legal matters relating to construction defects, contract formation, and defenses to the enforceability of a contract. He assisted counsel by preparing law and motion legal memoranda used by counsel in drafting an opposition to demurrer, settlement demand letters, and motions for summary judgment. He also assisted counsel with case management and strategy, and meeting day-to-day case deadlines.

As a former intern for the California Public Utilities Commission (CPUC), Mr. Manuel researched legal and legislative law as part of the CPUC's Public Advocates Office branch, and addressed the CPUC's responsibilities in implementing Time of Use rate changes and applicability and enforcement of bill protection. He also prepared memoranda on the enforcement of a California judgment upon an out-of-state defendant located in New York and Florida, and researched and prepared internal memos pertaining to the CPUC's investigatory authority over non-parties and/or non-utility actors who transact business with a public utility affecting rate-payer's interests.

Mr. Manuel is a former judicial extern for the San Francisco County Superior Court probate department, where he drafted bench memos addressing diverse procedural and substantive matters, reviewed and summarized documentary evidence, and observed court proceedings.

While at the University of San Francisco School of Law, Mr. Manuel participated in the Intense Advocacy Program and was a legal clinician-student attorney at its Internet and Intellectual Property Clinic. He was the symposium editor of the University of San Francisco Law Review and was president of the Asian Pacific American Law Student Association, Co-Chair President of the Pilipino American Law Society, and Media Chair for the Environmental Law Student and Alumni Society.

Prior to law school, Mr. Manuel was a case administrator for a prestigious Bay Area law firm, at which he monitored, supported and managed case docket and staffing for various cases.

Mr. Manuel is a member of the Filipino Bar Association of Northern California, Bay Area Lawyers for Individual Freedom, Asian American Bar Association, Gay Asian Pacific Alliance (GAPA), and National Filipino American Lawyers Association (NFALA).

# Kyle Quackenbush



**PRACTICE AREAS**
Antitrust
Consumer Protection

**ADMISSIONS**
State of California
US Court of Appeals – Second Circuit
US Court of Appeals – Ninth Circuit
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Northern District of California

**EDUCATION**
University of Washington School of Law, J.D.

Santa Clara University, B.S., Political Science;
B.A., Spanish Studies

**LANGUAGES**
Spanish (conversational)



Mr. Quackenbush specializes in class actions and other complex civil litigation, with a focus on antitrust. He has participated in all stages of litigation, including drafting pleadings, coordinating document discovery, taking depositions, filing dispositive motions, and attending trials. He is particularly interested in the interplay between antitrust and intellectual property law in the pharmaceutical industry as well as market concentration within the payor and provider networks in the United States' healthcare industry.

Mr. Quackenbush currently volunteers with the Federal *Pro Bono* Project of the Bar Association of San Francisco. He represents a Plaintiff who alleges employees at Salinas Valley State Prison were deliberately indifferent to the Plaintiff's serious medical needs, in violation of the Eighth Amendment.

During law school, Mr. Quackenbush was a Summer Honors Legal Intern at the Federal Trade Commission's San Francisco office, and a Legal Extern at the Washington State Attorney General's Office. While at the Federal Trade Commission, he co-authored "The Efficiencies Defenestration, Are Regulators Throwing Valid Healthcare Efficiencies Out The Window?" *Competition*, The Journal of the Antitrust and Unfair Competition Law Section of the California Lawyers Association, Winter 2017-18.

Mr. Quackenbush also volunteered with the Immigrant Families Advocacy Project and the Street Youth Legal Advocates of Washington, and helped immigrants apply for citizenship at Citizenship Workshops.

Mr. Quackenbush was named a Northern California "Rising Star" in 2020 by Thomson Reuters's *Super Lawyers* publication. He is a member of the American Bar Association and the Bar Association of San Francisco. He also actively participates in the Barristers Association of San Francisco, working with the *pro bono* committee to provide information and resources to lawyers who are in their first 10 years of practice.

# Kevin Rayhill



**PRACTICE AREAS**
Antitrust
Class Actions

**ADMISSIONS**
State of California
US Court of Appeals – Ninth District
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California

**EDUCATION**
University of California Hastings College of the Law, J.D.

Oberlin College, B.A., Religion

Berklee College of Music, Professional Diploma

Mr. Rayhill specializes in antitrust class actions and other complex litigation. He advocates for the rights of workers, taking on some of the biggest employers in professional sports, social media, defense contracting, and luxury retail to fight for competitive wages and safe working conditions. He also fights on behalf of consumers, bringing antitrust claims against manufacturers of pharmaceuticals, laptop computers, car parts, and titanium dioxide, among others. To date, these cases have resulted in settlements exceeding $300 million.

Prior to joining the Firm, Mr. Rayhill worked as a Legal Research Attorney at the Superior Court of San Francisco (Criminal Division). While in law school, he held internships at the California Attorney General's Office (Environment, Land Use, and Natural Resources Division) and the San Francisco City Attorney's Office (Energy and Telecommunications Team), and an externship with Justice Stuart R. Pollak of the California Court of Appeal (First District).

Mr. Rayhill  is a member of the American Bar Association and the Bar Association of San Francisco.

**JOSEPH SAVERI**
LAW FIRM

# Anupama Reddy



**PRACTICE AREAS**
Antitrust
*Qui Tam*

**ADMISSIONS**
State of California
US District Court – Northern District of California
US District Court – Northern District of Illinois

Bar Council of India, Maharashtra & Goa

**EDUCATION**
University of California, Berkeley, School of Law, LL.M.

Symbiosis Law School, Pune, Maharashtra, India (B.B.A. LL.B), J.D. Equivalent

Institute of Company Secretaries of India, New Delhi, India, Qualified Company Secretary

**LANGUAGES**
Hindi (reading and writing)
Marathi (speaking)
Telugu (speaking)



Ms. Reddy's practice focuses primarily on antitrust class actions alleging anticompetitive conduct such as price-fixing and monopolization. She represents businesses and individuals in complex civil litigation throughout the country. In addition to her antitrust practice, she has represented whistleblowers in *qui tam* matters and False Claims Act litigation against companies that have committed fraud against the government. She approaches her practice with diversity of thought, enthusiasm, and diligence.

Ms. Reddy's professional qualifications are exemplified by her invaluable work on the *Capacitors* case and trial. She was heavily involved in pre-trial matters, including drafting pre-trial filings and arguing pre-trial motions. She had an active role in trial strategy, trial stagecraft, preparing and examining witnesses, and presenting evidence to the jury. Prior to trial, she drafted and argued dispositive motions in relation to summary judgment, attorney costs and fees, and opt-out matters.

In addition to her duties for the Firm, Ms. Reddy volunteers for the Federal *Pro Bono* Project of the Bar Association of San Francisco. She currently represents a Plaintiff in a wrongful termination matter against a multinational corporation, in the Northern District of California.

Ms. Reddy graduated from Berkeley Law with a specialization in intellectual property law. She was an associate editor of the *Berkeley Technology Law Journal*, and the promoter and social co-chair of the student-led organization, Women in Tech Law. At Symbiosis Law School in India, she was awarded the American jurisprudence equivalent award for the Law of Evidence.

Prior to joining the Firm, Ms. Reddy was a Law Clerk in the Antitrust Section of the California Department of Justice, Office of the Attorney General (San Francisco), where she reviewed documents, conducted legal research, and drafted memoranda for investigations and litigation involving pharmaceutical and oil and gas companies. In Mumbai, India, she was Legal Counsel for Cipla Limited, where she specialized in contracts and mergers and acquisitions.

Ms. Reddy is a member of the American Bar Association and the Bar Association of San Francisco. She serves by appointment on the Executive Committee, and as Vice Chair of the Diversity Committee, of the California Lawyers Association, Antitrust and Privacy Section. She is a co-author of "AI and Interdependent Pricing: Combination Without Conspiracy?" *Competition: The Journal of the Antitrust, UCL and Privacy Section* (August 2020).

In 2020, Ms. Reddy was recognized by the American Antitrust Institute for "Outstanding Antitrust Litigation Achievement by a Young Lawyer" (for work performed in *In re Capacitors Antitrust Litigation*).

**JOSEPH SAVERI**
LAW FIRM

# Christopher Young



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Northern District of Illinois

**EDUCATION**
UCLA School of Law, J.D. (specialization in International and Comparative Law)

University of Minnesota Law School (first-year coursework), Dean's List, Dean Distinguished Scholarship, Richardson Scholarship

UCLA, B.A., Economics and Sociology

**LANGUAGES**
Cantonese (conversational)
French (basic)
German (basic)

Mr. Young specializes in antitrust and class action litigation. He approaches his practice with a diligent and creative attitude while providing clients with high-quality legal representation.

Mr. Young's professional qualifications are exemplified by his invaluable work on the 2020 *In Re Capacitors Antitrust Litigation* trial. He was heavily involved in pre-trial matters, including drafting pre-trial filings and conducting pre-trial depositions. He has also been actively involved in the trial, including providing essential support and preparation for the examination of key witnesses and presenting evidence to the jury.

In addition to his duties for the Firm, Mr. Young volunteers for the Federal *Pro Bono* Project of the Bar Association of San Francisco. He currently represents a Plaintiff in a lawsuit asserting both federal and state causes of actions against park rangers seeking civil recovery for alleged violations of several of the Plaintiff's constitutional rights by the Defendant park rangers. The Plaintiff asserts, among other claims, violations of his Fourth and Fifth Amendment rights against unreasonable searches and seizures and the use of excessive force.

Before joining the Firm, Mr. Young was a law clerk for Associate Justice Lamar W. Baker of the California Second District Court of Appeal, Division Five, where he drafted opinions on various issues. In addition, he cite-checked and record-checked drafts and separate opinions for circulation to other chambers, proofread opinions prior to filing, and observed oral arguments to assist Justice Baker in making decisions. Prior to this, he was a post-bar fellow at the Los Angeles County Public Defender's Office, where he drafted motions, conducted legal research, interviewed clients, and assisted with trial efforts.

While attending law school at UCLA, Mr. Young was an Associate Editor of the *UCLA Law Review* and participated in the 2016 American Red Cross Clara Barton International Humanitarian Law Competition, where his team was awarded "Best Overall Team Research and Writing." In addition, he worked as a certified legal intern for the San Diego County Public Defender's Office and focused on complex securities fraud cases, represented clients at arraignment, and participated heavily in a trial, including examination of witnesses.

Mr. Young is a member of the American Bar Association, the Bar Association of San Francisco, and the Los Angeles County Bar Association. He also volunteers his time for the local San Francisco community. He has given talks with local organizations to youth interested in a future legal career and has volunteered as an essay reviewer for students currently applying to colleges.

**JOSEPH SAVERI**
LAW FIRM

# Elissa A. Buchanan



**PRACTICE AREAS**
Antitrust
Intellectual Property

**ADMISSIONS**
State of California

**EDUCATION**
University of San Francisco School of Law, J.D.

Mills College, B.A., French Studies

**LANGUAGES**
French (conversational reading and speaking)

Ms. Buchanan's legal expertise focuses on antitrust, construction defect, and corporate securities and shareholder litigation. She plays an active role in deposition and trial preparation and manages a team of document reviewers tasked with analyzing and organizing extensive e-discovery. She works primarily on antitrust drug cases involving pay-for-delay, PBM (pharmacy benefit management or manager) kickbacks, and generic drug company collusion. She takes pride in providing positive outcomes for consumers and overall fairness in the healthcare system.

Ms. Buchanan also has taken the lead role in forming the Firm's "Green Team," a group of employees who have organized personnel and implemented policy changes to ensure that the Firm is environmentally responsible. They have successfully achieved the Firm's designation as a Certified Green Business by the San Francisco Green Business Program.

Prior to joining the Firm, Ms. Buchanan worked as a contract attorney on construction defect litigation and antitrust and personal injury class actions. During law school, she interned at California Lawyers for the Arts, where she worked with clients to find solutions to copyright and trademark issues. She also was a technical editor for the *Journal of Law and Social Justice* and volunteered for Law in Motion, a program that provides opportunities for the law school community to reflect on issues of social justice and access to equal justice through various activities and events.

Ms. Buchanan is a member of the American Bar Association.

JOSEPH SAVERI
LAW FIRM

# Julie Han



**PRACTICE AREAS**
Antitrust
Class Actions

**ADMISSIONS**
State of California

**EDUCATION**
University of the Pacific, McGeorge School of Law, J.D.

San Francisco State University, B.S., Business Administration (concentration in International Business)

Chung-Ang University (Seoul), B.A., Architectural Engineering

**LANGUAGES**
Japanese (professional level)
Korean (native level)

Ms. Han focuses on antitrust and consumer class actions, while representing plaintiffs through each phase of antitrust litigation from pre-trial investigation, discovery, dispositive motions, witness selection and interviews, to trial preparation. She understands the goals that need to be reached beyond the complex disputes over antitrust matters. Focused on serving her clients in the best way possible, she aggressively approaches every issue developed during litigation and effectively tackles it to grant her clients a successful resolution.

Prior to joining the Firm, Ms. Han was a project managing attorney for a major international law firm in the San Francisco Bay Area, where she supervised discovery review teams and assisted the firm's intellectual property litigation.

During law school, as a legal intern at the Office of Legislation and Policy of the California Department of Corporations, Ms. Han reviewed legislation proposals on California finance and mortgage lending law and drafted analysis of the state lending issues.

Ms. Han is a member of the American Bar Association and the Bar Association of San Francisco.

**JOSEPH SAVERI**
LAW FIRM

# Sean Bockover



**PRACTICE AREAS**
Antitrust
Class Action
Intellectual Property

**ADMISSIONS**
State of California

**EDUCATION**
Indiana University Mauerer School of Law, J.D., *cum laude*

Cornell-Heidelberg Exchange, Universität Heidelberg, Germany

Cornell University, B.A., Biology and German Literature, Dean's List

**LANGUAGES**
German (fluent)
Japanese (basic)

Mr. Bockover specializes in antitrust, class action, and intellectual property. He uses his excellent English and German communication abilities and attention to detail to efficiently process evidence in complex litigation. Then, using analytical skill earned in the sciences, plus tenacity and a thirst for justice honed in public defender work, he turns those insights into action.

For his junior year of college, Mr. Bockover studied at the University of Constance in southwestern Germany, where he became fluent in German. After receiving a B.A. from Cornell University, he returned to Germany for a non-degree year at the University of Heidelberg. After attending the Indiana University Mauerer School of Law (where he was active in the *Indiana Law Journal)* he spent two years as an associate at a boutique Indiana-based firm, practicing mostly criminal law in indigent defense cases. Mr. Bockover then left Indiana for a career in e-discovery (in English and German) in the Bay Area. For more than a dozen years, he has been reviewing documents for top-tier firms, preparing depositions, reviewing contracts, and other tasks in German for intellectual property and commercial law cases and investigations covering pharmaceuticals, semiconductor, co-location, software, and automotive disputes.

Mr. Bockover is a member of the American Bar Association.

JOSEPH SAVERI
LAW FIRM

# Heather Du



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
US District Court – Northern District of California

**EDUCATION**
University of San Francisco School of Law, J.D.

University of San Francisco, B.A., Politics, *cum laude*

**LANGUAGES**
Vietnamese (reading and writing)
Cantonese (basic)

Ms. Du specializes in antitrust and class action litigation. She has more than 10 years of e-discovery experience that focuses on complex discovery and document review projects using a variety of e-discovery technologies. She also assists in other aspects litigation, including legal research, interview/deposition preparation, and other analytical assignments to support the Firm in providing the best representation to the clients.

Before joining the Firm, Ms. Du was a contract attorney/document reviewer at several San Francisco top tier law firms, where she reviewed documents in securities, patent litigation, class action, civil investigation, and other related practice areas.

Previously, Ms. Du served as a volunteer attorney for the Volunteer Homeless Advocacy Project ("HAP"), where she provided limited scope representation at court-mandated settlement conferences and assisted with trial preparation. She assisted individuals and families at the Volunteer Legal Service Program of the Bar Association of San Francisco. She was a law clerk for the Asian Pacific Islander Legal Outreach and performed a clinical internship for the San Francisco-based Eviction Defense Collaborative. She also interned at the San Francisco based Court House Project and HAP.

Ms. Du is a member of the American Bar Association and the Bar Association of San Francisco.

JOSEPH SAVERI
LAW FIRM

# Nanci Murdock



**PRACTICE AREAS**
Antitrust
Class Action
Complex Business Disputes

**ADMISSIONS**
State of California
State of New York
State of Massachusetts
US Supreme Court
US Court of Appeals – Ninth Circuit
US District Court – Central District of California

**EDUCATION**
Loyola University Law School, J.D., Dean's List

University of Southern California, B.A.,
English/Humanities

Ms. Murdock specializes in class action, antitrust, and business litigation. She brings her extensive litigation experience to her current position with the Firm where she performs an integral role in analyzing probative documents of clients and participants to identify merits of claims, potential witnesses, and key evidence in complex class actions.

Prior to joining the Firm, Ms. Murdock was a litigator at two major law firms and of counsel at a Los Angeles boutique litigation firm. She has a successful appellate and business litigation background and has crafted winning motions and appeals throughout her career. Her respondents' brief for United States Supreme Court case *Musick, Peeler & Garrett v. Employers Insurance of Wausau*, 508 U.S. 286 (1993), was affirmed in favor of her clients. Another appeal was also affirmed with the California Court of Appeal, which adopted, in entirety, the arguments proffered in her respondent's brief. She won an appeal in a case that had been ongoing for nine years and had been before the California Supreme Court three times. And she had a new trial motion and a judgment notwithstanding the verdict motion granted, overturning a $3.7 million verdict in a case of first impression interpreting a California statute.

Ms. Murdock also has a substantial intellectual property background. As an IP associate, she worked on various copyright matters and won a partial summary judgment in the Ninth Circuit in a "work for hire" case involving a major rock star. She had a temporary restraining order granted in a trademark dispute involving a well-known leisure-wear manufacturer, and successfully opposed a preliminary injunction in a trade secrets/submission of ideas case before the Second Circuit.

While attending law school, Ms. Murdock was named to the Moot Court Team and won both the Moot Court Best Brief Award and the West Publishing Company Award for Outstanding Brief Writing. She thereafter honed her writing skills clerking for Presiding Justice Joan Dempsey Klein of the California Court of Appeal. Although she originally had a one-year clerkship, after seven months she was asked to stay on as senior attorney and became one of the most junior attorneys ever selected for that position.

Prior to attending law school, Ms. Murdock worked in the Mayor's Office of Los Angeles and the City Community Development Department. In those positions she researched and analyzed city ordinances and federal HUD proposals; authored reports for proposed city legislation; and made legislation recommendations to the city council.

Ms. Murdock is a member of the American Bar Association.

JOSEPH SAVERI
LAW FIRM

# Esther Oh



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of New York

**EDUCATION**
University of the District of Columbia, David A. Clark School of Law, J.D., Dean's Fellow

New York University, B.S., Social Work

**LANGUAGES**
Korean (native level)

Ms. Oh specializes in class actions and other complex civil litigation, with a focus on antitrust. She enjoys working on complex litigation through the process of uncovering facts underneath the evidence presented, and then advocating those facts on behalf of disadvantaged purchasers and consumers.

Ms. Oh uses her knowledge of both information technology and legal processes to analyze clients' electronically stored data to identify merits of claims, potential witnesses, and relevant facts and issues relative to litigation. She also conducts legal research and performs other duties to ensure that clients receive the best and most cost-effective legal solutions.

Prior to joining the Firm, Ms. Oh clerked for the Honorable Gerald Lebovits of the New York State Supreme Court and was a trial attorney at a boutique New York City law firm. Throughout law school, she was a judicial intern to the Honorable Richard Ringell, Karen Howze, Andrea Harnett, and Marisa Demeo of the Superior Court of the District of Columbia. She was also a student attorney at the Took Crowell Institute for At-Risk Youth Clinic in Washington, D.C.

Ms. Oh is a member of the American Bar Association and the Bar Association of San Francisco.

JOSEPH SAVERI
LAW FIRM

# Randy S. Salenfriend



**PRACTICE AREAS**
Antitrust
Class Action
Complex Business Disputes

**ADMISSIONS**
State of California
US Court of Appeals – Ninth Circuit
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Southern District of California

**EDUCATION**
Thomas Jefferson School of Law, J.D./B.S.L.

**LANGUAGES**
Spanish (conversing, reading and writing)

Mr. Salenfriend specializes in antitrust, class action, business litigation, and research. His passion for assisting those in need of outstanding legal representation is what drove him to pursue a law career. As a result, he is guided by the principles of ethics, confidentiality, compassion, and loyalty in the practice of law.

In his current role with the Firm, Mr. Salenfriend has played an integral role in analyzing critically important documents, including the communications of participants and others in complex class action cases against dozens of generic drug manufacturers who are accused of fixing the prices of numerous generic drugs.

Mr. Salenfriend has practiced law for several years in the San Francisco Bay Area before countless Federal and State Courts, in both the Northern District and Southern District. He specializes in antitrust, class action, and complex business disputes.

Before joining the Firm, Mr. Salenfriend served as counsel for Attorneys in Motion, working on various legal matters ranging from law and motion hearings, workers' compensation, and status and settlement conferences to taking and defending depositions. He accumulated extensive document review experience as a contract attorney for Fronteo, a publicly traded global technology and services company, and assorted legal staffing agencies.

For many years, Mr. Salenfriend was General Counsel and Vice-President & Manager of Legal Affairs for CrossCheck, Inc. (Petaluma, California), a check approval and financial services corporation, and its subsidiary, Optio Solutions. Prior to that, he worked in civil practice for various Bay Area firms and made regular appearances before numerous California courts.

While in law school, Mr. Salenfriend was a Graduate Legal Intern in the Correctional Law Section of the California Attorney General's Office, where he conducted extensive research and drafted memoranda and appellate briefs on behalf of the People of California. In his first year of law school, he also earned the prestigious American Jurisprudence Award for Contracts.

Mr. Salenfriend is a member of the Bar Association of San Francisco. While a resident of San Francisco, he was appointed President of the San Francisco Drug Abuse Advisory Board by unanimous vote of the Board of Supervisors.

Prior to working in law, Mr. Salenfriend was a sportswriter for the *Atlanta Journal-Constitution* and other publications.

JOSEPH SAVERI
LAW FIRM

# Joshua P. Davis, *Of Counsel*



**PRACTICE AREAS**
Antitrust
Class Action
Consumer Protection
Legal Ethics

**ADMISSIONS**
State of California
US District Court – Northern District of California
Numerous other federal and state jurisdictions

**EDUCATION**
Georgetown University, LLM
New York University School of Law, J.D., Order of the Coif
Brown University, B.A.

**LANGUAGES**
French (conversational)
Spanish (conversational)
Hebrew (basic)
Japanese (basic)

Professor Davis has been involved in class actions in general and in antitrust class actions for over twenty years. He was a partner at Lieff Cabraser Heimann & Bernstein LLP until he joined the law faculty of the University of San Francisco School of Law, where he is currently the Director of its Center for Law and Ethics after serving 2013-2017 as Associate Dean for Academic Affairs.

Professor Davis is one of the foremost scholars in the country on private antitrust enforcement and class certification in antitrust cases. He has done award-winning original empirical and theoretical analysis of private antitrust cases, and his scholarship has been cited by federal appellate and trial courts. He has published dozens of law review articles on such topics as private antitrust enforcement, class certification, legal ethics, jury instructions, and injunctive relief, as well as on free speech doctrine, jurisprudence, and artificial intelligence and the law.

Professor Davis has been retained by plaintiffs' counsel to brief and argue before federal appellate courts in antitrust cases. He has also briefed and argued motions to dismiss, for class certification, to exclude expert testimony, and for summary judgment in *Magnetic Iron Oxide Antitrust Litigation*, *Truck Card Antitrust Litigation*, *In re Lidoderm Antitrust Litigation*, *In re Capacitors Antitrust Litigation*, *In re Restasis Antitrust Litigation*, and *Le v. Zuffa*, among other cases.

Professor Davis regularly presents at academic conferences on civil procedure, class certification, legal ethics, class action ethics, antitrust litigation, and artificial intelligence and the law. He has made presentations, among other places, at the Northern District of California Judicial Conference, the U.S. Department of Justice Antitrust Division, the California Department of Justice, the American Bar Association, the American Antitrust Institute, the Bar Association of San Francisco, the Federal Bar Association, the Practicing Law Institute, the Pound Institute, the International Legal Ethics Conference, and various law schools.

Professor Davis regularly provides legal commentary in print, radio and television media. He helped organize the 2019 and 2020 releases of the *Antitrust Report: Class Action Filings in Federal Court*, issued by The Huntington National Bank and the University of San Francisco School of Law, which surveyed the antitrust field of recent years. In 2019, he also spoke at the University of Haifa's (Israel) 3rd International Conference: Dispute Resolution of Consumer Mass Disputes, Collective Redress, Class Action, and ADR. He has testified before Congress on civil procedure and was the reporter for the task force and committee that drafted the California Supreme Court rules governing multijurisdictional practice. He also serves on the Board of the American Antitrust Institute.

Professor Davis serviced as a law clerk to Patrick Higginbotham of the U.S. Court of Appeals for the Fifth Circuit. During law school at New York University, he received the Frank H. Sommer Award for top general scholarship and achievement in class and was Senior Articles Editor of the *New York University Law Review*.