# Exhibit B

**Joseph Saveri Law Firm, LLP**[1]

## Leadership Team Members



**Joseph R. Saveri**: With 30 years of civil litigation experience, Joseph R. Saveri is widely-recognized as one of the country's top litigators in the antitrust field and has investigated, prosecuted, and successfully resolved numerous antitrust class actions and other complex cases. These include cases involving drug pricing, international price-fixing cartels, "no-poach" cases, sports and other types of cases. As lead or co-lead counsel, he has served as lead trial counsel and has taken a personal leadership role in organizing litigation, setting strategy, establishing and directing teams of lawyers, and resolving cases efficiently and consistent with the interests of justice. He has served as a Lawyer's Representative for the Northern District of California and the Ninth Circuit. He participated in the court-appointed committees responsible for drafting the Northern District's ESI Guidelines and for summary jury trial. He was Managing Partner of Lieff Cabraser Heimann & Bernstein, LLP before founding Joseph Saveri Law Firm in 2012.

## Litigation Team Members



**Steven N. Williams**: In over twenty-five years of practice, partner Steven N. Williams has successfully handled with distinction all aspects of litigation and trial in state and federal courts and in private arbitration, and has served in leadership positions in more than a dozen antitrust class cases throughout the United States. Over the last decade he has been named lead or co-lead counsel in more antitrust cases than perhaps any other attorney in the United States, recovering more than $2 billion for his clients and receiving groundbreaking rulings in federal and state courts that have expanded the rights of claimants to bring antitrust claims. He has become one of the premier thought leaders in private antitrust enforcement in the nation. Mr. Williams is a participant in the Northern District of California's Federal *Pro Bono* project. He received the Justice & Diversity Center (JDC) of the Bar Association of San Francisco's Federal *Pro Bono* Project 2020 Crystal Award for "Outstanding Volunteer of the Year," and was recognized by the JDC in 2018 as an "Outstanding Volunteer."

---

[1] https://saverilawfirm.com/attorneys/



**Joshua P. Davis**: Joshua P. Davis is Of Counsel at the Joseph Saveri Law Firm and is Professor and Director of the Center for Law and Ethics at the University of San Francisco School of Law, where he was Associate Dean for Academic Affairs from 2013-2017. He is a former partner of Lieff Cabraser Heimann & Bernstein, LLP. Joshua is one of the foremost scholars in the country on private antitrust enforcement and class certification in antitrust cases. He has done award-winning original empirical and theoretical analysis of private antitrust cases, and his scholarship has been cited by federal appellate and trial courts. He has also briefed and argued motions to dismiss, for class certification, to exclude expert testimony, and for summary judgment in *Magnetic Iron Oxide Antitrust Litigation*, *Truck Card Antitrust Litigation*, *In re Lidoderm Antitrust Litigation*, *In re Capacitors Antitrust Litigation*, *In re Restasis Antitrust Litigation*, and *Le v. Zuffa*, among other cases.



**Anupama Reddy**: Anupama Reddy's practice focuses on antitrust class actions alleging anticompetitive conduct such as price-fixing and monopolization. She has extensive trial and pretrial experience including trial strategy, preparing and examining expert witnesses, coordinating discovery, and presenting evidence to the jury. Ms. Reddy is a participating attorney in the Northern District of California's Federal *Pro Bono* project. *See James v. Tempur Sealy Int'l, Inc.*, No. 18-CV-07130-SI, (N.D. Cal.) and *FTC v. Grisham, et al.*, No. 20-cv-06919-VC (N.D. Cal.). She serves by appointment on the Executive Committee, and as Vice Chair of the Diversity Committee, of the California Lawyers Association, Antitrust and Unfair Competition Section. She received the American Antitrust Institute's Outstanding Antitrust Litigation Achievement by a Young Lawyer award in 2020. She immigrated to the United States in 2016, prior to which she practiced law in India.



**Christopher Young**: Christopher Young specializes in antitrust and class action litigation. He has extensive experience in pre-trial and trial matters, including drafting pre-trial filings, arguing dispositive motions, conducting pre-trial depositions, coordinating discovery, and presenting evidence to a jury. Before joining the Firm, he clerked for Justice Lamar W. Baker of the Second Appellate District of the California Court of Appeals. Mr. Young is a participating attorney in the Federal *Pro Bono* project. *See Paul v. Millhench, et al.* No. 17-CV-07197-SI (N.D. Cal.). He is a second generation American and was the first person in his immediate family to earn an advanced degree.