UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

*THIS DOCUMENT RELATES TO: ALL ACTIONS*

DECLARATION OF CATHERINE K. SMITH
IN SUPPORT OF *CHENG* PLAINTIFFS' MOTION TO APPOINT
JOSEPH R. SAVERI AS INTERIM LEAD COUNSEL

I, Catherine K. Smith, declare as follows:

1.      I am a member of the firm of Gustafson Gluek PLLC. My firm serves as counsel for Plaintiff Julie Fox in this litigation. I submit this declaration in support of *Cheng* Plaintiffs' Motion to Appoint Joseph R. Saveri as Interim Lead Counsel. I make this declaration based on my own personal knowledge, and if called as a witness, I could and would competently testify to the matters stated herein. I make this Declaration pursuant to 28 U.S.C. § 1746.

2.      I have extensive experience prosecuting antitrust class actions and other complex litigation. I have served on leadership committees and have participated in all phases of the prosecution of these cases. *See, e.g.*, *Greater Chautauqua Federal Credit Union v. KMart Corp. et al.*, 15-cv-02228 (N.D. Ill.) (appointed to plaintiffs' steering committee); *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 07-1827 (N.D. Cal.) (solely responsible for managing Korean review team and member of the Trial Team); *In re Cathode Ray Tube Antitrust Litig.*, 07-cv-05944 (N.D. Cal.) (same); *In re Lithium Ion Batteries*, 4:13-md-02420 (N.D. Cal.) (solely responsible for managing Korean review team and discovery issues); *In re Aspartame Antitrust Litig.*, 06-CV-1732

(E.D. Pa) (managed foreign language review). Having served in leadership roles, and having served at the direction of others, I understand the importance of efficiency, transparency, and collaboration in achieving redress for our clients.

3.      The *Cheng* complaint was one of the first complaints filed alleging antitrust claims and served as a model for the complaint my firm filed.

4.      I serve as a member of the litigation team representing direct purchaser plaintiffs in *In re Juul Labs, Inc. Antitrust Litigation*, Case No. 3:20-cv-02345-WHO (N.D. Cal.) ("*Juul Antitrust*"). Joseph Saveri Law Firm, LLP ("JSLF") is appointed lead counsel in *Juul Antitrust*. In setting up the litigation team, Joseph Saveri and JSLF prioritized the creation of a diverse and inclusive team to work on the case.

5.      Joseph Saveri and JSLF have run the *Juul Antitrust* case efficiently and have been inclusive of others in making assignments. JSLF has assigned work in alignment with the skills and experience level of attorneys and has instituted efficient procedures for reporting time and expenses incurred by attorneys.

6.      Having worked with Joseph Saveri and JSLF in another complex case, my firm and I believe they would be an excellent choice to lead *In re January 2021 Short Squeeze Trading Litigation* (MDL No. 2989).

7.      JSLF has made no promises nor accommodations to my firm in exchange for my support for their appointment. I trust that, if the Court appoints JSLF, that work would be assigned efficiently, and I hope to work with them in this matter.

2

I declare under penalty of perjury that the foregoing statements are true and correct, executed on April 26, 2021 at Minneapolis, MN.

/s/ *Catherine K. Smith*
Catherine K. Smith