UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

This Document Relates to: All Actions Involving Federal Securities Laws

**<u>DECLARATION OF SARAH N. WESTCOT IN OPPOSITION TO THE MOTION OF
PLAINTIFF CODY TODD TO APPOINT LEAD PLAINTIFF AND SELECTION OF
LEAD COUNSEL</u>**

I, Sarah N. Westcot, declare as follows:

1. I am a partner at Bursor & Fisher, P.A. ("Bursor & Fisher"). I am an attorney at law licensed to practice in the State of Florida, and I am a member of the bar of this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto. I make this declaration in support of the motion of Plaintiffs Eric Quat, Aaron Fassinger, Mike Ross, Igor Kravchenko, Michael McFadden, and Tenzin Woiser to Appoint Lead Plaintiffs and Approve their Selection of Lead Counsel.

2. My office is located in Miami, Florida. I am very familiar with this Court's rules and procedures having litigated and appeared before this Court.

3. Attached hereto as **Exhibit A** is a true and correct copy of the loss chart for Plaintiff Tenzin Woiser.

I declare under the penalty of perjury under the law of the State of Florida that the foregoing is true and correct, executed on April 26, 2021 at Miami, Florida.

By: _____/s/ Sarah N. Westcot_____
Sarah N. Westcot