**EXHIBIT A**

**EXHIBIT A**

| Plaintiff | Purchase Date | Stock Purchase Price | Sale Date/Price | Sale Price | Losses |
|---|---|---|---|---|---|
| Woiser | Jan. 27, 2021<br><br>648 NOK | $4,728.68<br><br>Average share price of $7.30/share | Feb. 8, 2021<br><br>1,800 shares sold | $7,740.18<br><br>Average share price of $4.30/share | $1,942.28 |