IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

*THIS DOCUMENT RELATES TO:*

**RYAN ZACHARY ROSS, ERIKA MERCADO, C. LOUIS BUNYA, AND DREW HUNNICUTT,** on behalf of themselves and all others similarly situated,

        Plaintiffs,                      Case No. 4:21-cv-00292

        v.

**ROBINHOOD FINANCIAL LLC,** *et. al.,*

        **Defendants**

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW, William R. Ogden of Farrar & Ball, LLP, licensed to practice law in the State of Texas and Federal court, and hereby appears as counsel of record for Ryan Zachary Ross, Erika Mercado, C. Louis Bunya, and Drew Hunnicutt, Plaintiffs in this case.

Counsel makes request for receipt of all notices pertaining to these matters.

*{signature on following page}*

Respectfully submitted,

**FARRAR & BALL, LLP**

WILLIAM R. OGDEN
Texas State Bar No. 24073531
Federal Bar No. 2202355
1117 Herkimer St.
Houston, Texas 77008
713.221.8300 Telephone
713.221.8301 Fax
Email: bill@fbtrial.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this document upon each attorney of record via electronic filing on this 27th day of April 2021.

William R. Ogden