

FILED BY_____D.C.

APR 27 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE: January 2021 Short Squeeze  | MDL No. 2989
Trading Litigation | Case No. 21-2989-MDL

## Certificate of Understanding

I, the undersigned, do certify that:

1. I am a member in good standing of the Bars of Nebraska, Missouri, Michigan, & New York.

2. I studied, understand, and will abide by the Local Rules with Southern District of Florida.

3. I studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if have been granted pro hac vice status in another case in the Southern District of Florida. **However,** I have filed a Certificate of Understanding in MDL 20-MD-2924, *In Re: Zantac (Ranitidine) Products Liability Litigation* and do request continuing permission to make filings in that MDLand cases within that MDL in which I am counsel of record.

5. I understand and agree that any misuse of this electronic privilege will be brought to the attention of the Hon. Cecilia M. Altonaga, Judge, and this privilege may be revoked at anytime without notice.

6. If any of the information below changes during the course of this action, I shall notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures:

David A. Domina, #11043NE
Domina Law Group pc llo
2425 S 144th St., Omaha, NE 68144-3267
(402) 493-4100
ddomina@dominalaw.com
kmiller@dominalaw.com

April 2 /, 2021

David A. Domina
2425 S. 144th St.
Omaha NE, 68144
402 493 4100
ddomina@dominalaw.com

**DOMINALAW Group pc llo**

dominalaw.com

2425 S. 144th St.
Omaha NE 68144-3267

(402) 493-4100

David A. Domina
Brian E. Jorde
Christian T. Williams

NE NY MI MO
MI NE IA WI
IA NE

April 21, 2021

United States District Court -
Southern District of Florida
Attn: MDL Clerk
400 North Miami Avenue
Miami Florida 33128

Re:  IN RE: January 2021 Short Squeeze Trading Litigation
     MDL No. 2989
     Case No. 21-2989-MDL

MDL Clerk:

1. Enclosed please find the following document for filing with the Court:

    1.1   Original Certificate of Understanding, signed by David A. Domina.

2. If you have any questions regarding the enclosed document, please do not hesitate to contact our office.

3. Thank you.

Respectfully,

*Mark S. Hunt*
Mark S. Hunt
Archivist
mhunt@dominalaw.com

MSH
Enc:  As Noted.

**Trial Practice. Not Just Talk.**℠

10J0557    This document prepared exclusively in the USA

**DominaLaw Group** pc llo
dominalaw.com

2425 S. 144th St.
Omaha, NE 68144

OMAHA NE 680
22 APR 2021 PM

United States District Court
Southern District of Florida
Attn: MDL Clerk
400 North Miami Avenue
Miami, Florida 33128

33128-771659

USMS
INSPECTED
RECEIVED

02 1P
0002758924
MAILED FROM ZIP CODE 68144
APR 21 2021
$ 000.51⁰
PITNEY BOWES
UNITED STATES POSTAGE