UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, _____Theodore J. Boutrous, Jr._____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of California, New York, and the District of Columbia.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Theodore J. Boutrous, Jr. |
| State Bar Numbers | 132099 (CA); 5518550 (NY); 420440 (DC) |
| Firm Name | Gibson, Dunn & Crutcher LLP |
| Mailing Address | 333 South Grand Avenue, Los Angeles, CA 90071 |
| Telephone Number | (213) 229-7804 |
| Email Address | tboutrous@gibsondunn.com |

Attorney Signature: _____[signature]_____   Date: __April 21, 2021__



**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

U.S. District Court for the Southern District of Florida
Clerk of Court
c/o Maria Cruz
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, FL 33128