SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres



FILED BY _____ D.C.
APR 27 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Kevin S. Hannon, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bars of Colorado, District of Columbia, Missouri, New Hampshire, Wisconsin, and Wyoming.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Kevin S. Hannon
Bar #: 16015 (CO)
The Hannon Law Firm, LLC
1641 Downing Street
Denver, CO 80218
(303) 861-8800
khannon@hannonlaw.com

Attorney Signature: _____                    Date: 4/26/2021




FedEx Express

ORIGIN ID:QBFA  (303) 861-8800
THE HANNON LAW FIRM, LLC
1641 DOWNING STREET
DENVER, CO 80218
UNITED STATES US

SHIP DATE: 26APR21
ACTWGT: 0.10 LB
CAD: 2626711/INET4340

BILL SENDER

TO  ATTENTION: MDL CLERK
US DIST CT SOUTHERN DISTRICT OF FL
400 N MIAMI AVENUE

MIAMI FL 33128
(305) 523-5100                   REF: 00032

TUE - 27 APR 4:30P
STANDARD OVERNIGHT

TRK# 7735 5202 7160
0201

XH MPBA                   FL-US  33128 MIA

◄ Insert shipping document here.