UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to All Actions

**NOTICE OF FILING UPDATED EXHIBIT A IN SUPPORT OF
LEADERSHIP APPLICATION OF NATALIA M. SALAS**

The Ferraro Law Firm, P.A. hereby files **Updated Exhibit A,** which lists the law firms supporting the Leadership Application of Natalia M. Salas [ECF No. 243-7] and replaces ECF Nos. 246-1, 247-2, and 248-7. Updated Exhibit A further supersedes the lists previously attached to the Declarations of Frank Schirripa and Dennis S. Ellis.[1]

Dated: April 28, 2021                                  Respectfully submitted,

s/ *Sean A. Burstyn*                              s/ *Natalia Maria Salas*
Sean A. Burstyn (NY Bar No: 5533120)              Natalia Salas (FLBN 44895)
Sean.Burstyn@BurstynLaw.com                       nms@ferrarolaw.com
**BURSTYN LAW FIRM PLLC**                         James L. Ferraro (FLBN 381659)
355 Lexington Ave, Floor 8                        jlf@ferrarolaw.com
New York, NY 10017                                James L. Ferraro, Jr (FLBN 107494)
Telephone: (917) 810-8450                         jjr@ferrarolaw.com
                                                  **THE FERRARO LAW FIRM, P.A.**
                                                  600 Brickell Avenue, 38th Floor
                                                  Miami, Florida 33131
                                                  Telephone: (305) 375-0111
                                                  Facsimile: (305) 379-6222

---

[1] Frank Schirripa and Dennis S. Ellis have been apprised of and consented to this filing.

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 28, 2021, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

                                                   By: s/ *Natalia M. Salas*
                                                        Natalia M. Salas