UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-2989-MDL-ALTONAGA/TORRES

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

THIS DOCUMENT RELATES TO: Case No. 6:21-cv-00207-WWB-DCI

NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, JONATHAN DIAMOND, individually and on behalf of a class of persons similarly situated, by counsel, pursuant to F.R.C.P. 41(a)(1)(A)(i), and hereby files this Notice of Voluntary Dismissal without prejudice against Defendants, ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES, LLC, ROBINHOOD MARKETS, INC. and JOHN DOES 1-10, as Defendants have not filed or served an Answer or Motion for Summary Judgment in this action.

Dated:   April 28, 2021

VARNELL & WARWICK, P.A.

BY:/S/ JANET R. VARNELL
Janet R. Varnell; FBN:   0071072
Brian W. Warwick; FBN:   0605573
Matthew T. Peterson, FBN: 1020720
Erika Willis, FBN: 100021
1101 E. Cumberland Ave., Suite 201H, #105
Tampa, Florida 33602

1

Telephone: (352) 753-8600
Facsimile:   (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
mpeterson@varnellandwarwick.com
ewillis@varnellandwarwick.com
kstroly@varnellandwarwick.com

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notice of electronic filing to all counsel of record.

Janet R. Varnell

Janet R. Varnell