UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to: 21-cv-21263-CMA

**ORDER**

**THIS CAUSE** came before the Court upon the Notice of Voluntary Dismissal as to Consol Plaintiff, Jonathan Diamond, filed [ECF No. 271], on April 28, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that Consol Plaintiff Jonathan Diamond is dismissed from this action without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 28th day of April, 2021.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record; *pro se* Plaintiff(s)