UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

This Document Relates to All Actions

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that H. Gregory Baker of Lowenstein Sandler LLP hereby gives notice of appearance as counsel for Defendants Alpaca Securities LLC, Etoro USA Securities, Inc., Fumi Holdings, Inc., and Webull Financial, LLC in the above-captioned matter. All parties are requested to forward copies of all pleadings, motions, orders, and other correspondence to the undersigned.

Dated: April 29, 2021

Respectfully submitted,

By: _____
H. Gregory Baker
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700
hbaker@lowenstein.com

*Counsel for Defendants, Alpaca Securities LLC, Etoro USA Securities, Inc., Fumi Holdings, Inc., & Webull Financial, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this document upon each attorney of record via electronic filing on this 29th day of April 2021.

By: /s/ H. Gregory Baker
H. Gregory Baker