UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to
*Siruk v. Robinhood Financial LLC, et al.*, No. 1:21-cv-21448-CMA

## Notice of Filing Robinhood's Response to Plaintiffs' Objection to the Report and Recommendation

Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. (collectively, "Robinhood") hereby file this notice submitting the attached response to *pro se* Plaintiffs Petro Siruk and Marina Siruk's ("Plaintiffs") Objection to Report and Recommendation (the "Objection"), which was originally filed in *Siruk v. Robinhood Financial LLC, et al.*, No. 0:21-cv-00415-PJS-DTS (D. Minn.) (ECF No. 9).

Dated: April 29, 2021

Respectfully submitted,

/s/ Samuel A. Danon
Samuel A. Danon (FBN 892671)
Gustavo J. Membiela (FBN 513555)
María Castellanos Alvarado (FBN 116545)
HUNTON ANDREWS KURTH LLP
Wells Fargo Center
333 SE Second Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
E-mail: sdanon@HuntonAK.com
         gmembiela@HuntonAK.com
         mcastellanos@HuntonAK.com

Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019-7475
Tel.: (212) 474-1000
Fax: (212) 474-3700
E-mail: aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

2