UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____ /

This Document Relates to All Actions

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Theodore J. Boutrous, Jr. of Gibson, Dunn & Crutcher LLP hereby gives notice of appearance as counsel for Defendants Charles Schwab & Co., Inc., TD Ameritrade, Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corporation, and The Charles Schwab Corporation ("Schwab/TDA Defendants") in the above-captioned matter. All parties are requested to forward copies of all pleadings, motions, orders, and other correspondence to the undersigned.[1]

---

[1] The Schwab/TDA Defendants have not yet responded to any Complaint in this matter. In filing this Notice, the Schwab/TDA Defendants do not waive, and instead expressly reserve, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon lack of personal jurisdiction.

| | |
|---|---|
| Dated: April 30, 2021 | Respectfully submitted,<br><br>/s/ Theodore J. Boutrous, Jr.<br>Theodore J. Boutrous, Jr.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Phone: (213) 229-7804<br>Fax: (213) 229-6804<br>tboutrous@gibsondunn.com<br><br>*Counsel for Charles Schwab & Co., Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; and The Charles Schwab Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2021, I electronically filed a copy of the foregoing through the Court's CM/ECF system, which will send notifications of the filing to all counsel of record.

/s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.