UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/TORRES

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**
_____/
This Document Relates to All Actions

**NOTICE OF CHANGE OF ADDRESS FOR LAWRENCE E. BUTERMAN**

**PLEASE TAKE NOTICE** that Lawrence E. Buterman, counsel of record for Barclays Bank PLC, has changed his mailing address for service of notices and documents. His new contact information is:

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

The undersigned requests that the Court and parties amend their records to reflect this new address.

Dated:  May 3, 2021

                Respectfully submitted,

                LATHAM & WATKINS LLP

                By */s/ Lawrence E. Buterman*
                    Lawrence E. Buterman

                Richard D. Owens (*pro hac vice*)
                Lawrence E. Buterman (*pro hac vice*)
                Lilia B. Vazova (*pro hac vice*)

1

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
richard.owens@lw.com
lawrence.buterman@lw.com
lilia.vazova@lw.com

Colleen E. Heyler (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street Ste. 2000
San Francisco, CA 94111
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
colleen.heyler@lw.com

*Attorneys for Defendant
Barclays Bank PLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

By */s/ Lawrence E. Buterman*
Lawrence E. Buterman