## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-2989-MDL-ALTONAGA/TORRES

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

### <u>NOTICE OF CHANGE OF ADDRESS FOR RICHARD D. OWENS</u>

**PLEASE TAKE NOTICE** that Richard D. Owens, counsel of record for Barclays Bank

PLC, has changed his mailing address for service of notices and documents. His new contact

information is:

> Richard D. Owens
> LATHAM & WATKINS LLP
> 1271 Avenue of the Americas
> New York, NY 10020
> Tel: (212) 906-1200
> Fax: (212) 751-4864
> richard.owens@lw.com

The undersigned requests that the Court and parties amend their records to reflect this

new address.

Dated:  May 3, 2021

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Richard D. Owens*
   Richard D. Owens

Richard D. Owens (*pro hac vice*)
Lawrence E. Buterman (*pro hac vice*)
Lilia B. Vazova (*pro hac vice*)

1

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
richard.owens@lw.com
lawrence.buterman@lw.com
lilia.vazova@lw.com

Colleen E. Heyler (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street Ste. 2000
San Francisco, CA 94111
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
colleen.heyler@lw.com

*Attorneys for Defendant*
*Barclays Bank PLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing with the

Clerk of the Court for the United States District Court for the Southern District of Florida by

using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

By */s/ Richard D. Owens*
Richard D. Owens

2