**EXHIBIT A**

## EXHIBIT A

| Plaintiff | Stock Purchase Date/Price | Sale Date/Price | Losses |
|---|---|---|---|
| McFadden | Jan. 27: 4.994512 shares AMC ($81.91)<br><br>Jan. 27: 35.829151 shares AMC ($600.00)<br><br>Jan. 27: 2 shares AMC ($31.49)<br><br><br>Total: 42.823663 shares AMC ($713.40) | Jan 28: 42.823663 AMC shares sold ($633.79) | $79.61 |