UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

**This Document Relates to All Actions**

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted and authorized to practice in this court, and I appear in this case as counsel for Maplelane Capital, LLC.

May 6, 2021

RICHARD S. GELLER, ESQUIRE
Florida Bar No. 106940
FISHBACK DOMINICK
1947 Lee Road
Winter Park, FL 32789
rgeller@fishbacklaw.com
Phone: 407-262-8400
Fax: 407-262-8402
*Attorneys for Maplelane Capital, LLC*

S:\RSG\CLIENTS\Maplelane\adv. Nordeen, Timothy, et al. M786-25554\Pleadings\Notice of Appearance for RSG 05 04 21 kc.docx