UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

**ORDER**

In the May 5, 2021 Case Management Order [ECF No. 286], the Court set forth the interview schedule for leadership applicants on May 17, 2021. Attendees may access the interview conference at the following link:

https://www.zoomgov.com/j/1618670566?pwd=VUZtUHR5eGMyeWFudFIzSkdFSnMzUT09.

The Meeting ID for the conference is 161 867 0566, and the Passcode is 982808. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**DONE AND ORDERED** in Miami, Florida, this 12th day of May, 2021.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record; *pro se* Plaintiffs