UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
                                                                      /

This Document Relates to All Actions

**WRITTEN DISCLOSURES OF FRANK R. SCHIRRIPA,**
**APPLICANT FOR PLAINTIFFS' LEADERSHIP**

1.  Do you represent any present parties or claimants in this litigation whom you have represented in any other capacity or in any other court (either currently or within the past 3 years)? If so, please describe.

    **Response:** No

2.  Do you have any financial interest or financial relationship, including but not limited to as an investor, officer, director, employee, or contractor, in or with any party or client/claimant involved in this MDL (other than a written retainer or engagement agreement for a client in these consolidated actions)? If so, please describe.

    **Response:** No

3.  Do you have any financial interest (direct or indirect) in any Short Squeeze claims or lawsuits filed or registered by any other counsel in this MDL, other than the co-counsel relationships disclosed in the case chart (*see* [ECF No. 200-1])? If so, please describe.

    **Response:** No

4.  Do you have any personal relationship (including but not limited to familial or financial/business) with any party, client, claimant, counsel, or vendor involved in this MDL? If so, please describe.

    **Response:** Neither applicant nor his Firm have any such relationship which he believes would constitute a conflict of interest or the appearance of a conflict of interest. Notwithstanding, applicant is familiar with persons who invest with Robinhood given the fact that Robinhood's

        **age demographic is comparable to that of the Firm.  However, neither applicant nor his Firm represent said persons or have any such financial relationship with them with respect to their use of Robinhood.**

5. Do you or your firm have any financing that is contingent upon this litigation?

    **Response:**   No

6. The applicant shall disclose any other relationship or fact that he or she believes, if known, would be material to the Court with respect to either an actual conflict of interest or the appearance of a conflict of interest that the applicant has not already disclosed to the Court.

    **Response:**   None

Dated: May 14, 2021

Respectfully submitted,

*/s/ Frank R. Schirripa*
Frank R. Schirripa
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028

*Attorneys for Plaintiffs Dan Dechirico, Angel Guzman and Joshua Palmer and Proposed Class Counsel for the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2021, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

*/s/ Frank R. Schirripa*