UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to All Actions

**WRITTEN DISCLOSURES FOR PLAINTIFFS'**
**LEADERSHIP APPLICANT NATALIA M. SALAS**

Pursuant to this Honorable Court's May 5, 2021 Order [ECF No. 286], applicant for Plaintiffs' leadership Natalia M. Salas, Esq. hereby submits the following written disclosures:

1. Do you represent any present parties or claimants in this litigation whom you have represented in any other capacity or in any other court (either currently or within the past 3 years)? If so, please describe.

   **Response:**   No

2. Do you have any financial interest or financial relationship, including but not limited to as an investor, officer, director, employee, or contractor, in or with any party or client/claimant involved in this MDL (other than a written retainer or engagement agreement for a client in these consolidated actions)? If so, please describe.

   **Response:**   No

3. Do you have any financial interest (direct or indirect) in any Short Squeeze claims or lawsuits filed or registered by any other counsel in this MDL, other than the co-counsel relationships disclosed in the case chart (*see* [ECF No. 200-1])? If so, please describe.

   **Response:**   No

4. Do you have any personal relationship (including but not limited to familial or financial/business) with any party, client, claimant, counsel, or vendor involved in this MDL? If so, please describe.

   **Response:**   No

5. Do you or your firm have any financing that is contingent upon this litigation? If yes, the following questions shall be answered:

    Does the litigation funder have any control (direct or indirect, actual or apparent or implied) over the decision to file or the content of any motions or briefs, or any input into the decision to accept a settlement offer?

    Does the financing (1) create any conflict of interest for counsel, (2) undermine counsel's obligation of vigorous advocacy, (3) affect counsel's independent judgment, (4) give to the lender any control over litigation strategy or settlement decisions (as to either the common benefit work done by counsel or work for individual retained clients), or (5) affect party control of settlement?

    **Response:**    No

6. The applicant shall disclose any other relationship or fact that he or she believes, if known, would be material to the Court with respect to either an actual conflict of interest or the appearance of a conflict of interest that the applicant has not already disclosed to the Court.

    **Response:**    None

Dated: May 14, 2021

Respectfully submitted,

/s/ Natalia M. Salas
Natalia M. Salas
Florida Bar No.: 44895
James L. Ferraro
Florida Bar No.: 381659
James L. Ferraro, Jr.
Florida Bar No.: 107494
**THE FERRARO LAW FIRM, P.A.**
600 Brickell Avenue, 38th Floor
Miami, Florida 33131
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
Email: nms@ferrarolaw.com
         jlf@ferrarolaw.com
         jjr@ferrarolaw.com

**AND**

Sean A. Burstyn
New York Bar No. 5533120
**BURSTYN LAW FIRM PLLC**
355 Lexington Avenue, Floor 8
New York, NY 10017
Telephone: (917) 810-8450
Email: sean.burstyn@burstynlaw.com

*Counsel for Plaintiffs Juncadella, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I electronically filed the forgoing document with the Clerk of the Court using the electronic case filing system (CM/ECF). I also certify that the foregoing is being served this day on all counsel of record in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By: */s/ Natalia M. Salas*
      Natalia M. Salas, Esq.