UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

This Document Applies To All Actions

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tamara Rozina of Seward & Kissel, LLP hereby gives notice of appearance as counsel of record for Defendant Maplelane Capital, LLC in the above-captioned matter.

Dated: May 14, 2021

Respectfully submitted,

SEWARD & KISSEL LLP

/s/ Tamara Rozina
Tamara Rozina
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1215
Fax: (212) 480-8421
rozina@sewkis.com

*Counsel for Defendant Maplelane Capital, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Tamara Rozina*
Tamara Rozina