**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to All Actions

**PETER SAFIRSTEIN'S WRITTEN DISCLOSURES IN FURTHER SUPPORT OF**
**THE APPLICATION FOR APPOINTMENT TO A LEADERSHIP POSITION**

Pursuant to the Court's May 5, 2021 Order (ECF No. 286) requiring each applicant for a leadership position in the MDL to provide written responses to certain questions, Peter Safirstein, on behalf of Safirstein Metcalf LLP hereby responds as follows:

1. **Do you represent any present parties or claimants in this litigation whom you have represented in any other capacity or in any other court (either currently or within the past 3 years)? If so, please describe.**

   No.

2. **Do you have any financial interest or financial relationship, including but not limited to as an investor, officer, director, employee, or contractor, in or with any party or client/claimant involved in this MDL (other than a written retainer or engagement for a client in these consolidated actions)? If so, please describe.**

   No.

3. **Do you have any financial interest (direct or indirect) in any Short Squeeze claims or lawsuits filed or registered by any other counsel in this MDL, other than the co-counsel relationships disclosed in the case chart (see [ECF No. 200-1])? If so, please describe.**

   No.

4. **Do you have any personal relationship (including but not limited to familial or financial/business) with any party, client, claimant, counsel, or vendor involved in this MDL?  If so, please describe.**

   No.

5. **Do you or your firm have any financing that it contingent upon this litigation?**

   No.

6. **The applicant shall disclose any other relationship or fact that he or she believes, if known, would be material to the Court with respect to either an actual conflict of interest or the appearance of a conflict of interest that theapplicant has not already disclosed to the Court.**

   No relationship or fact to disclose.

**Dated:  May 14, 2021**                                Respectfully submitted,

**SAFIRSTEIN METCALF LLP**

/s/Peter Safirstein
1345 Avenue of the Americas
2nd Floor
New York, New York 10105
Telephone: (212) 201-2845
Email:
psafirstein@safirsteinmetcalf.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record by theCM/ECF system today.

Dated: May 14, 2021                                /s/Peter Safirstein