**SCHEDULE B**

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-2989-MDL-ALTONAGA/Torres**



In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, James M. Evangelista, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of **Georgia.**

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name James M. Evangelista
State Bar Number 707807
Firm Name Evangelista Worley, LLC
Mailing Address 500 Sugar Mill Rd., Bldg. A, Suite 245, Atlanta, GA 30350
Telephone Number 404-205-8400
Email Address jim@ewlawllc.com

Attorney Signature: [signature]

Date: 5/10/2021

Evangelista Woley
500 Sugar Mill Rd
Ste. 245A
Atlanta, Ga. 30350

MDL Clerk
400 N. Miami Avenue
Miami, FL
33128

33128-180199

USMS INSPECTED

RECEIVED

ATLANTA METRO 301
12 MAY 2021 PM 6 L

