SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___PG___ D.C.

MAY 18 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Heather L. Blaise, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of Illinois and California.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Heather L. Blaise
IL 6298241, CA 261619
Blaise & Nitschke, P.C.
123 N. Wacker Drive Suite 250
Chicago, IL 60606
312-448-6602
hblaise@blaisenitschkelaw.com

Attorney Signature: _____    Date: 5/6/2021



$0.51⁰ US POSTAGE FIRST-CLASS FROM 60606 MAY 12 2021 stamps endicia

062S0012343477

CAROL STREAM IL 601
14 MAY 2021 PM 3

Wilkie D. Ferguson, Jr. U.S. Courthouse
Attn: MDL Clerk
400 North Miami Avenue
Miami FL 33128-1801

33128-180199




MAY 18 2021
1:11 PM

USMS
INSPECTED   RECEIVED

Blaise & Nitschke, P.C.
123 N Wacker Dr, Ste 250
Chicago, IL 60606