UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

**ORDER**

In the April 19, 2021 Case Management Order [ECF No. 209], the Court invited attorneys involved in the non-federal securities actions to submit applications for Plaintiffs' lead counsel by April 26, 2021. (*See id.* 2). Thereafter, the Court followed the procedure outlined in that Order and entered a Case Management Order [ECF No. 310], establishing Plaintiffs' claim and leadership structure; appointing counsel to designated leadership roles in this multidistrict litigation; and assigning Plaintiffs' leadership duties. (*See generally* May 18, 2021 Order). Relevant here, the Court appointed Mr. Dennis S. Ellis of Browne George Ross O'Brien Annaguey & Ellis to the Steering Committee. (*See id.* 3).

Presently, Mr. Ellis apprises the Court he "respectfully decline[s] the appointment[,]" stating he "typically reserves that level of commitment to acting in a first-chair capacity in high-stakes commercial litigation matters[.]" (Appl. Replace Mr. Ellis with Matthew L. Venezia on Pls.' Steering Committee [ECF No. 312] 1 (alterations added)). Mr. Ellis asks the Court "[a]s an alternative, . . . that Mr. [Matthew L.] Venezia replace [him] on the [Steering Committee]." (*Id.* 2 (alterations added)). In addition, Jason S. Rathod of Migliaccio & Rathod LLP submitted an Application [ECF No. 313] for the "vacated seat" on the Steering Committee (Rathod's Appl. 2),

CASE NO. 21-2989-MDL-ALTONAGA/Torres

and Melissa R. Emert submitted a Renewed Application [ECF No. 314] for a Steering Committee position.

The Court declines to entertain *new* applicants seeking appointment to the Steering Committee. The Committee has not expressed a need to fill Mr. Ellis's previously held position.

Accordingly, the Court **ACCEPTS** Dennis S. Ellis's resignation. The Steering Committee shall be comprised of those attorneys previously appointed:

| | |
|---|---|
| Committee Chair: | Roy T. Willey, IV<br>Anastopoulo Law Firm, LLC<br>32 Ann Street<br>Charleston, South Carolina 29403 |
| Committee Members: | Gabriel A. Assaad<br>McDonald Worley, PC 1770<br>St. James St., Suite 100<br>Houston, Texas 77056 |
| | Jeffrey A. Klafter<br>Klafter Lesser LLP<br>2 International Drive, Suite 350<br>Rye Brook, New York 10573 |
| | Maurice D. Pessah<br>Pessah Law Group, PC<br>661 N Harper Avenue, Suite 208<br>West Hollywood, California 90048 |

**DONE AND ORDERED** in Miami, Florida, this 21st day of May, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record; *pro se* Plaintiffs