SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

FILED BY ___PG___ D.C.

MAY 24 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Daniel B. Rehns, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of ___New York___.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name Daniel B. Rehns
State Bar Number 4399606
Firm Name  Hach Rose Schirripa & Cheverie LLP
Mailing Address 112 Madison Ave., 10th Floor, New York, NY 10016
Telephone Number 212-213-8311
Email Address drehns@hrsclaw.com

Attorney Signature: _____    Date: 5-20-2021

```
ORIGIN ID:JRAA      (646) 968-9734        SHIP DATE: 20MAY21
KATHRYN HETTLER                            ACTWGT: 0.50 LB
HACH ROSE SCHIRRIPA & CHEVERIE             CAD: 104586833/INET4340
112 MADISON AVE., 10TH FL

NEW YORK, NY 10016                         BILL SENDER
UNITED STATES US
```

TO

**UNITED STATES DISTRICT COURT - SDFL**
**400 NORTH MIAMI AVENUE**

**MIAMI FL 33128**
(305) 523-5100          REF
INV
PO                      DEPT




FedEx Express

---

MON - 24 MAY 4:30P
** 2DAY **

TRK# 7737 7607 9550
0201

**SH MPBA**          33128
                FL-US  MIA

