**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to: 1:21-cv-21451-CMA

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Daniel B. Rehns of Hach Rose Schirripa & Cheverie, LLP hereby gives notice of appearance as counsel of record for Plaintiffs Dan Dechirico, Angel Guzman and Joshua Palmer in the above-captioned matter.

Dated: May 25, 2021

Respectfully submitted,

HACH ROSE SCHIRRIPA &
    CHEVERIE LLP

*/s/ Daniel B. Rehns*
Daniel B. Rehns
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028
drehns@hrsclaw.com

*Attorneys for Plaintiffs Dan Dechirico, Angel Guzman and Joshua Palmer*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Daniel B. Rehns