UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to:

21-21478-CIV-ALTONAGA
21-21451-CIV-ALTONAGA
21-21441-CIV-ALTONAGA
21-21338-CIV-ALTONAGA
21-21318-CIV-ALTONAGA

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF BARCLAYS BANK PLC**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs dismiss the above listed actions[1] with regard to Defendant Barclays Bank PLC without prejudice. Defendant Barclays Bank PLC has not filed an answer or motion for summary judgment.

---

[1] Interim Co-Lead Counsel have secured the consent of counsel of record for the listed actions to file on their behalf.

1

Dated: May 26, 2021          **JOSEPH SAVERI LAW FIRM, LLP**

By:    */s/ Joseph R. Saveri*
           Joseph R. Saveri

Joseph R. Saveri (CA Bar No. 130064)
Steven N. Williams (CA Bar No. 175489)
Christopher K.L. Young (CA Bar No. 318371)
Anupama K. Reddy (CA Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         cyoung@saverilawfirm.com
         areddy@saverilawfirm.com

**HACH ROSE SCHIRRIPA & CHEVERIE LLP**

By:    */s/ Frank R. Schirripa*
           Frank R. Schirripa

Frank R. Schirripa
Daniel B. Rehns
Kathryn A. Hettler
Eugene Zaydfudim
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
Telephone: (212)-213-8311
Email:   fschirripa@hrsclaw.com
         drehns@hrsclaw.com
         kh@hrsclaw.com
         ezaydfudim@hrsclaw.com

*Interim Co-Lead Counsel for Plaintiffs*