UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to:

21-21478-CIV-ALTONAGA
21-21451-CIV-ALTONAGA
21-21441-CIV-ALTONAGA
21-21338-CIV-ALTONAGA
21-21318-CIV-ALTONAGA

## ORDER

**THIS CAUSE** came before the Court upon the Notice of Voluntary Dismissal as to Defendant Barclays Bank PLC without prejudice [ECF No. 318], filed on May 26, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendant Barclays Bank PLC is dismissed from this action without prejudice as to the above listed actions.

**DONE AND ORDERED** in Miami, Florida, this 27th day of May, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record; *pro se* Plaintiff(s)