# SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres



In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Selin Demir__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __California__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Selin Demir |
| State Bar Number | CA Bar #331418 |
| Firm Name | Migliaccio & Rathod |
| Mailing Address | 412 H St. NE, Ste. 302 |
| Telephone Number | 202-470-3520 |
| Email Address | sdemir@classlawdc.com |

Attorney Signature: _____  Date: 5/19/21

100% Recycled fiber
80% Post-Consumer

Visit **theupsstore.com** to find a location near you.

**Domestic Shipm-**

- To qualif- ... rate, UPS Express Envelopes may only contain co- ... 'ocuments, and/or electronic media, and must ... press Envelopes containing items other than ... e than 8 oz. will be billed by weight.

e used only for documents of no commercial ... lectronic media as documents. Visit ... our shipment is classified as a document.

press Envelope must weigh 8 oz. or less. ... an 8 oz. will be billed by weight.

ed for shipments of electronic media ... eakable items. Do not send cash

N... co... or ca...

WILKIE D. FERGUSON JR. COURTHOU
400 N MIAMI AVE
RM 8N09
MIAMI FL 33128

P:BLACK1 S: TBROWN I:102
122-3272
12 1WF 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 9704
X

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

SELIN DEMIR
(301) 412-0219
THE UPS STORE #5728
5268-G NICHOLSON LN.
KENSINGTON MD 20895

0 1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 25 MAY 2021

SHIP CLERK OF COURT
TO: WILKIE D. FERGUSON JR. COURTHOUSE
RM 8N09
400 N MIAMI AVE
MIAMI FL 33128-1805

FL 330 9-25

UPS 2ND DAY AIR 2

TRACKING #: 1Z 1WF 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 9704

BILLING: P/P

ISH 13.00F ZZP 460 45.6A 04/2021

...ving you for more than 100 years
United Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709 11/18 United Parcel Service

