# Short Squeeze MDL 2989 Case List
*Updated for June 2, 2021 Filing*

|    | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|----|-----------|-------------------|--------------|-------------------------------|---------|
| 1. | *Courtney v. Robinhood Financial LLC, et al.* | 0:21-cv-60220-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **COHEN & MCMULLEN, P.A.**<br>Michael James McMullen<br>Michael@floridajusticefirm.com<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316<br>954-523-7774 | Robinhood |
| 2. | *Fray v. Robinhood Financial LLC, et al.* | 0:21-cv-60226-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **DEREK SMITH LAW GROUP, PLLC**<br>Caroline Hope Miller<br>caroline@dereksmithlaw.com<br>701 Brickell Ave, Suite 1310<br>Miami, FL 33131<br>305-946-1884<br><br>Alexander Gabriel Cabeceiras<br>alexc@dereksmithlaw.com<br>1 Penn Plaza, Suite 4905<br>New York, NY 10119<br>212-587-0670 | Robinhood |
| 3. | *Juncadella, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-20414-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. Citadel LLC<br>5. Point72 Asset Management, L.P. | **THE FERRARO LAW FIRM, P.A.**<br>Natalia M. Salas<br>James L. Ferraro<br>James L. Ferraro Jr<br>Sean A. Burstyn<br>nms@ferrarolaw.com<br>jlf@ferrarolaw.com<br>jjr@ferrarolaw.com<br>sab@ferrarolaw.com<br>600 Brickell Ave., 38th Floor<br>Miami, FL 33131<br>305-375-0111<br><br>**Jeffrey E. Kwatinetz**<br>jek@prospectpk.com<br>15821 Ventura Blvd., Suite 370<br>Encino, CA 91436 | Antitrust, Robinhood |
| 4. | *Scalia v. Robinhood Financial LLC, et al.* | 9:21-cv-80238-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **WEIL SNYDER & RAVINDRAN, PA**<br>Ronald Peter Weil<br>Marguerite Clare Racher Snyder<br>Luke Jacobs<br>rweil@weillawfirm.net<br>msnyder@weillawfirm.net<br>luke@weillawfirm.net<br>200 South Biscayne Boulevard<br>Suite 900<br>Miami, FL 33131<br>305-372-5352 | Robinhood |

## Short Squeeze MDL 2989 Case List
*Updated for June 2, 2021 Filing*

|   | **Case Name** | **SD FL Case Number** | **Defendant(s)** | **Plaintiff's Attorneys / Firms** | **Tranche** |
|---|---|---|---|---|---|
| 5. | *Daniels v. Robinhood Financial LLC, et al.* | 1:21-cv-21261-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. TD Ameritrade, Inc.<br>5. Citadel Securities, LLC<br>6. Charles Schwab & Co., Inc.<br>7. Interactive Brokers, LLC<br>8. Open to the Public Investing, Inc<br>9. Webull Financial, LLC | **HANNON LAW FIRM, LLC**<br>Kevin Scott Hannon<br>khannon@hannonlaw.com<br>1641 Downing Street<br>Denver, CO 80218<br>303-861-8800 | Securities, Robinhood, Other Broker |
| 6. | *Schaff v. Robinhood Financial LLC, et al.* | 1:21-cv-21264-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **WENZEL FENTON CABASSA, P.A.**<br>Brandon J Hill<br>Luis A. Cabassa<br>bhill@wfclaw.com<br>lcabassa@wfclaw.com<br>1110 North Florida Avenue<br>Suite 300<br>Tampa, FL 33602<br>813-337-7992<br><br>**JUSTICE FOR JUSTICE, LLC**<br>Chad A. Justice<br>chad@getjusticeforjustice.com<br>1205 N. Franklin St. Suite 326<br>Tampa, FL 33602<br>813-544-7616<br><br>**MCKAY LAW LLC**<br>Michael C. McKay<br>mckay@mckay.law<br>mmckay@mckaylaw.us<br>5635 North Scottsdale Road Suite 170<br>Scottsdale, AZ 85250<br>480-681-7000 | Robinhood |
| 7. | *Schaff v. TD Ameritrade, Inc.* | 1:21-cv-21265-CMA | TD Ameritrade, Inc. | **WENZEL FENTON CABASSA, P.A.**<br>Brandon J Hill<br>Luis A. Cabassa<br>bhill@wfclaw.com<br>lcabassa@wfclaw.com<br>1110 North Florida Avenue<br>Suite 300<br>Tampa, FL 33602<br>813-337-7992<br><br>**JUSTICE FOR JUSTICE, LLC**<br>Chad A. Justice<br>chad@getjusticeforjustice.com<br>1205 N. Franklin St. Suite 326<br>Tampa, FL 33602<br>813-544-7616 | Other Broker |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

|  | **Case Name** | **SD FL Case Number** | **Defendant(s)** | **Plaintiff's Attorneys / Firms** | **Tranche** |
|---|---|---|---|---|---|
| 8. | *Kayali, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21291-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. Citadel Enterprise<br>5. Melvin Capital Management, LP<br>6. TD Ameritrade, Inc.<br>7. Charles Schwab Corporation<br>8. Charles Schwab & Co., Inc.<br>9. The Depository Trust Company<br>10. The Depository Trust & Clearing Corporation | **BLAISE AND NITSCHKE PC**<br>Heather Blaise<br>Lanna Nassar<br>Thomas Key<br>hblaise@blaisenitschkelaw.com<br>lnassar@blaisenitschkelaw.com<br>thomask@blaisenitschkelaw.com<br>123 North Wacker Drive<br>Suite 250<br>Chicago, IL 60606<br>312-448-6602 | Antitrust, Robinhood, Other Broker |
| 9. | *Gossett, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21293-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **PESSAH LAW GROUP PC**<br>Maurice Pessah<br>Michael Morris-Nussbaum<br>Summer Benson<br>Jason Sunshine<br>maurice@pessahgroup.com<br>mmnussbaum@pessahgroup.com<br>sbenson@pessahgroup.com<br>jsunshine@pessahgroup.com<br>661 North Harper Avenue<br>Suite 208<br>West Hollywood, CA 90048<br>310-772-2261<br><br>**CHELIN LAW FIRM**<br>Stuart Chelin<br>stuart@chelinlaw.com<br>1801 Century Park East<br> Suite 2500<br>Los Angeles, CA 90076<br>310-776-6500 | Securities, Robinhood |
| 10. | *Nordeen, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21294-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. The Interactive Brokers Group Inc and Subsidiaries<br>5. Interactive Brokers Corp<br>6. IBG, LLC<br>7. IBG Holdings, LLC<br>8. Merrill Lynch, Pierce, Fenner, Smith, and Subsidiaries<br>9. Merrill Edge<br>10. The Charles Schwab Corporation<br>11. TD Ameritrade Holding Corp<br>12. TD Ameritrade, Inc.<br>13. Webull Financial, LLC<br>14. Trade Republic<br>15. E*Trade Financial Corp<br>16. E*Trade Asset Management<br>17. Firstrade Securities, Inc.<br>18. Point72 Asset Management, L.P.<br>19. D1 Capital Partners, L.P.<br>20. Melvin Capital Management, L.P.<br>21. Candlestick Capital Management L.P.<br>22. Maplelane Capital, LLC<br>23. Citadel, EFT, Inc. | **LAW OFFICES OF GARY R. CARLIN, APC**<br>Gary Richard Carlin<br>Steven Romeyn<br>gary@garycarlinlaw.com<br>steven@garycarlinlaw.com<br>301 East Ocean Boulevard<br>Suite 1550<br>Long Beach, CA 90802<br>562-432-1656 | Robinhood, Other Broker |

# Short Squeeze MDL 2989 Case List
*Updated for June 2, 2021 Filing*

|  | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
| 11. | *Baird v. Robinhood Financial LLC, et al.* | 1:21-cv-21295-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **GRAYROBINSON, P.A.**<br>Jason Alec Zimmerman<br>Savannah Clifton<br>jason.zimmerman@gray-robinson.com<br>Savannah.Clifton@gray-robinson.com<br>301 East Pine Street<br>Orlando, FL 32803<br>407-843-8880 | Robinhood |
| 12. | *Gatz v. Robinhood Financial LLC*<br><br>*(non-class action)* | 1:21-cv-21296-CMA | Robinhood Financial LLC | Pro Se<br>richardgatz@gmail.com<br>1104 N. Mill St.<br>Unit 212<br>Naperville, IL 60563 | Securities, Robinhood |
| 13. | *Kayali, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21297-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. Citadel Enterprise Americas, LLC<br>5. TD Ameritrade, Inc.<br>6. The Charles Schwab Corporation<br>7. Charles Schwab & Co., Inc.<br>8. Melvin Capital Management, LP<br>9. The Depository Trust Company<br>10. The Depository Trust & Clearing Corporation | **BLAISE AND NITSCHKE PC**<br>Heather Blaise<br>Lana Nassar<br>Thomas Key<br>hblaise@blaisenitschkelaw.com<br>lnassar@blaisenitschkelaw.com<br>thomask@blaisenitschkelaw.com<br>123 North Wacker Drive<br>Suite 250<br>Chicago, IL 60606<br>312-448-6602 | Antitrust, Robinhood, Other Broker |
| 14. | *Lagmanson v. Robinhood Financial LLC, et al.* | 1:21-cv-21298-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. TD Ameritrade, Inc.<br>5. E*Trade Financial Corp. | **LAW OFFICES OF R. TAMARA DE SILVA, LLC**<br>R. Tamara de Silva<br>rtamaradesilva@gmail.com<br>980 N Michigan Avenue<br>Suite 1400<br>Chicago, IL 60611<br>866-566-1849<br><br>**LAW OFFICE OF JONATHAN LUBIN**<br>Jonathan D. Lubin<br>jonathan@lubinlegal.com<br>8800 Bronx Ave<br>Suite 100H<br>Skokie, IL 60077<br>773-945-2608 | Securities, Antitrust |
| 15. | *Cherry, v. Robinhood Financial LLC, et al.*<br><br>*(non-class action)* | 1:21-cv-21299-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **Pro se**<br>larrycherry22@gmail.com<br>P.O. Box 1677<br>South Holland, IL 60473 | Robinhood |

# Short Squeeze MDL 2989 Case List
*Updated for June 2, 2021 Filing*

|  | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
| 16. | *Hiscock v. TD Ameritrade, Inc.* | 1:21-cv-21300-CMA | TD Ameritrade, Inc. | **LOFTUS & EISENBERG, LTD**.<br>Alexander N. Loftus<br>David Eisenberg<br>alex@loftusandeisenberg.com<br>david@loftusandeisenberg.com<br>161 N. Clark St. 16th Floor<br>Chicago, IL 60601<br>312-899-6625<br><br>**LAW OFFICES OF JOSHUA B. KONS, LLC**<br>Joshua Bradford Kons<br>joshuakons@konslaw.com<br>939 West North Avenue<br>Suite 750<br>Chicago, IL 60642<br>312-757-2272 | Other Broker |
| 17. | *Zybura v. Robinhood Financial LLC, et al.* | 1:21-cv-21305-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **DEREK SMITH LAW GROUP, PLLC**<br>Alexander Gabriel Cabeceiras<br>alexc@dereksmithlaw.com<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>212-587-0670<br><br>Caroline Hope Miller<br>caroline@dereksmithlaw.com<br>701 Brickell Ave, Suite 1310<br>Miami, FL 33131<br>305-946-1884 | Robinhood |
| 18. | *Muncy v. Robinhood Financial LLC, et al.* | 1:21-cv-21307-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **THE ROSEN LAW FIRM P.A.**<br>Laurence Rosen<br>Phillip Kim<br>Erica Stone<br>lrosen@rosenlegal.com<br>pkim@rosenlegal.com<br>estone@rosenlegal.com<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>212-686-1060 | Securities |
| 19. | *Days v. Robinhood Financial LLC, et al.* | 1:21-cv-21310-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP**<br>Matthew Venezia<br>Dennis S. Ellis<br>Katherine Murray<br>Keith Wesley<br>kwesley@bgrfirm.com<br>mvenezia@bgrfirm.com<br>dellis@bgrfirm.com<br>kmurray@bgrfirm.com<br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, CA 90067 | Robinhood |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

| | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
| | | | | 310-274-7100<br>Carl Alan Roth<br>croth@bgrfirm.com<br>801 South Figueroa<br>Suite 2000<br>Los Angeles, CA 90017<br>213-258-4710 | |
| 20. | *Dalton v. Robinhood Financial LLC, et al.* | 1:21-cv-21311-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **KIESEL LAW LLP**<br>Jeffrey Koncius<br>Cherisse Cleofe<br>Paul Kiesel<br>Jessica Mendez<br>koncius@kiesel.law<br>cleofe@kiesel.law<br>kiesel@kiesel.law<br>jmendez@kiesel.law<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>310-854-4444<br><br>**RICHARD C. DALTON LLC**<br>Richard Dalton<br>rick@rickdaltonlaw.com<br>1343 West Causeway Approach<br>Mandeville, LA 70471<br>985-778-2215 | Robinhood |
| 21. | *Krasowski, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21313-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Citadel Securities, LLC<br>4. Citadel Enterprise Americas, LLC | **KLAFTER LESSER LLP**<br>Amir Alimehri<br>Jeffrey Klafter<br>amir.alimehri@klafterlesser.com<br>jak@klafterlesser.com<br>Two International Drive<br>Suite 350<br>Rye Brook, NY 10573<br>914-934-9200<br><br>**CERA LLP**<br>Pamela Markert<br>Solomon Cera<br>pmarkert@cerallp.com<br>scera@cerallp.com<br>595 Market Street<br>Suite 1350<br>San Francisco, CA 94105<br>415-777-2230 | Robinhood |
| 22. | *Cezana v. Robinhood Financial LLC, et al.* | 1:21-cv-21315-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **GROSSMAN ROTH YAFFA COHEN, P.A.**<br>Rachel Wagner Furst<br>rwf@grossmanroth.com<br>2525 Ponce de Leon Blvd<br>Ste 1150<br>Coral Gables, FL 33134<br>305-442-8666 | Robinhood |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

|  | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
| 23. | *Noorzaie v. Robinhood Financial LLC, et al.* | 1:21-cv-21316-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **IBRAHIM AHMED LAW GROUP, P.C.**<br>Ibrahim Ahmed<br>Fayyaz Ahmed<br>i.ahmed@ibrahimalaw.com<br>f.hamed@ibrahimalaw.com<br>4105 US-1 South, Suite 2<br>Monmouth Junction, NJ 08852<br>609-235-7820 | Robinhood |
| 24. | *Cheng, et al. v. Ally Financial Inc., et al.* | 1:21-cv-21318-CMA | 1. Ally Financial Inc.<br>2. Alpaca Securities, LLC<br>3. Cash App Investing LLC<br>4. Square Inc.<br>5. Dough LLC<br>6. Morgan Stanley Smith Barney LLC<br>7. E*Trade Securities LLC<br>8. E*Trade Financial Corp<br>9. E*Trade Financial Holdings, LLC<br>10. eToro USA Securities, Inc.<br>11. Freetrade, Ltd.<br>12. Interactive Brokers, LLC<br>13. M1 Finance, LLC<br>14. Open to the Public Investing, Inc.<br>15. Robinhood Financial LLC<br>16. Robinhood Markets, Inc.<br>17. Robinhood Securities, LLC<br>18. IG Group Holdings PLC<br>19. Tastyworks, Inc.<br>20. TD Ameritrade, Inc.<br>21. The Charles Schwab Corporation<br>22. Charles Schwab & Co., Inc.<br>23. FF Trade Republic Growth, LLC<br>24. Trading 212 Ltd.<br>25. Trading 212 UK Ltd.<br>26. Webull Financial, LLC<br>27. Fumi Holdings, Inc.<br>28. Stash Financial, Inc.<br>29. Barclays Bank PLC<br>30. Citadel Enterprise Americas, LLC<br>31. Citadel Securities, LLC<br>32. Melvin Capital Management, LP<br>33. Sequoia Capital Operations LLC<br>34. Apex Clearing Corporation<br>35. The Depository Trust & Clearing Corporation | **JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri<br>Steven Noel Williams<br>Christopher K.L Young<br>Anupama Reddy<br>jsaveri@saverilawfirm.com<br>swilliams@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>areddy@saverilawfirm.com<br><br>601 California Street<br>Suite 1000<br>San Francisco, CA 94108<br>415-500-6800 | Antitrust, Robinhood, Other Broker |
| 25. | *Nelson, et al v. Robinhood Financial LLC, et al.* | 1:21-cv-21333-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc | **DEREK SMITH LAW GROUP, PLLC**<br>Alexander Gabriel Cabeceiras<br>alexc@dereksmithlaw.com<br>Seamus Barrett<br>sbarrett@spbarrettlaw.com<br>One Penn Plaza<br>Suite 4905<br>New York, NY 10119<br>212-587-0670 | Robinhood |

## Short Squeeze MDL 2989 Case List
*Updated for June 2, 2021 Filing*

|     | **Case Name** | **SD FL Case Number** | **Defendant(s)** | **Plaintiff's Attorneys / Firms** | **Tranche** |
| --- | --- | --- | --- | --- | --- |
|     |     |     |     | Caroline Hope Miller<br>caroline@dereksmithlaw.com<br>701 Brickell Ave, Suite 1310<br>305-946-1884<br>Miami, FL 33131 |     |
| 26. | *Williams v. Webull Financial, LLC* | 1:21-cv-21335-CMA | Webull Financial, LLC | **SIRI & GLIMSTAD LLP**<br>Elizabeth Ann Brehm<br>Rachel Meese<br>Aaron Siri<br>Mason Barney<br>ebrehm@sirillp.com<br>rmeese@sirillp.com<br>aaron@sirillp.com<br>mbarney@sirillp.com<br>200 Park Avenue, 17th Floor<br>New York, NY 10166<br>212-532-1091 | Other Broker |
| 27. | *Ross et al. v. Ally Financial Inc., et al.* | 1:21-cv-21338-CMA | 1. Ally Financial, Inc.<br>2. Alpaca Securities, LLC<br>3. Cash App Investing LLC<br>4. Square, LLC<br>5. Dough LLC<br>6. Morgan Stanley Smith Barney, LLC<br>7. E*Trade Securities LLC<br>8. E*Trade Financial Corp<br>9. E*Trade Financial Holdings, LLC<br>10. eToro USA Securities, Inc.<br>11. Free Freetrade, Ltd.<br>12. Interactive Brokers, LLC<br>13. M1 Finance, LLC<br>14. Open to the Public Investing, Inc.<br>15. Robinhood Financial LLC<br>16. Robinhood Markets, Inc.<br>17. Robinhood Securities, LLC<br>18. IG Group Holdings PLC<br>19. Tastyworks, Inc.<br>20. TD Ameritrade, Inc.<br>21. The Charles Schwab Corporation<br>22. Charles Schwab & Co., Inc.<br>23. FF Trade Republic Growth, LLC<br>24. Trading 212 Ltd.<br>25. Trading 212 UK Ltd.<br>26. Webull Financial, LLC<br>27. Fumi Holdings, Inc.<br>28. Stash Financial, Inc.<br>29. Barclays Bank PLC<br>30. Citadel Enterprise Americas, LLC<br>31. Citadel Securities, LLC<br>32. D1 Capital Partners, L.P.<br>33. Melvin Capital Management, LP<br>34. Maplelane Capital, LLC<br>35. Point72 Asset Management, L.P.<br>36. Sequoia Capital Operations LLC<br>37. Apex Clearing Corporation<br>38. The Depository Trust & Clearing Corporation | **MCDONALD WORLEY, P.C.**<br>Gabriel Amin Assaad<br>Matthew Yezierski<br>McDonald Worley<br>gassaad@mcdonaldworley.com<br>matt@mcdonaldworley.com<br>don@mcdonaldworley.com<br>1770 St. James Place Suite 100<br>Houston, TX 77056<br>713-523-5500<br><br>**FARRAR BALL LLP**<br>William Rey Ogden<br>bill@fbtrial.com<br>1117 Herkimer Street<br>Houston, TX 77008<br>713-221-8300 | Antitrust, Robinhood, Other Brokers |

## Short Squeeze MDL 2989 Case List
*Updated for June 2, 2021 Filing*

|  | **Case Name** | **SD FL Case Number** | **Defendant(s)** | **Plaintiff's Attorneys / Firms** | **Tranche** |
|---|---|---|---|---|---|
| 28. | *Curiel-Ruth v. Robinhood Financial LLC, et al.* | 1:21-cv-21340-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. The Charles Schwab Corporation<br>5. Charles Schwab & Co., Inc.<br>6. TD Ameritrade, Inc.<br>7. Webull Financial, LLC<br>8. E*Trade Financial Corp<br>9. Interactive Brokers, LLC<br>10. Citadel Enterprise Americas, LLC<br>11. Melvin Capital Management, LP | **GROSSMAN ROTH YAFFA COHEN, P.A.**<br>Rachel Wagner Furst<br>rwf@grossmanroth.com<br>2525 Ponce de Leon Blvd.<br>Ste 1150<br>Coral Gables, FL 33134<br>305-442-8666 | Antitrust, Robinhood, Other Broker |
| 29. | *Feeney, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21341-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **MIGLIACCIO & RATHOD LLP**<br>Jason Rathod<br>Nicholas Migliaccio<br>jrathod@classlawdc.com<br>nmigliaccio@classlawdc.com<br>412 H. Street, N.E.<br>Suite 302<br>Washington, DC 20002<br>202-470-3520<br><br>Selin Demir<br>sdemir@classlawdc.com<br>639 N Broadway<br>Apt. 513<br>Los Angeles, CA 90012<br>301-412-0299 | Robinhood |
| 30. | *Krumenacker v. Robinhood Financial LLC, et al.* | 1:21-cv-21343-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. Charles Schwab & Co., Inc. | **BURSOR & FISHER, P.A.**<br>Andrew Obergfell<br>aobergfell@bursor.com<br>888 Seventh Avenue<br>New York, NY 10019<br>646-837-7150<br><br>Lawrence Timothy Fisher<br>ltfisher@bursor.com<br>1990 N. California Blvd.<br>Suite 940<br>Walnut Creek, CA 94596<br>925-300-4455 | Securities, Robinhood, Other Broker |
| 31. | *Moody, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21349-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. Citadel Securities, LLC<br>5. Citadel Enterprise Americas, LLC | **ANASTOPOULO LAW FIRM**<br>Roy T. Willey, IV<br>Eric M. Poulin<br>Blake Abbott<br>roy@akimlawfirm.com<br>eric@akimlawfirm.com<br>blake@akimlawfirm.com<br>32 Ann Street<br>Charleston, SC 29403<br>843-614-8888 | Robinhood |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

|     | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|-----|-----------|-------------------|--------------|-------------------------------|---------|
| 32. | *Ng et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21350-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **REICH & BINSTOCK LLP**<br>Dennis C. Reich<br>Shreedhar R. Patel<br>Robert Binstock<br>dreich@reichandbinstock.com<br>spatel@reichandbinstock.com<br>bbinstock@reichandbinstock.com<br>4265 San Felipe, Ste. 1000<br>Houston, TX 77027<br>713-622-7271 | Robinhood |
| 33. | *Lavin v. Robinhood Financial LLC, et al.* | 1:21-cv-21351-CMA | 1. Robinhood Financial, LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. Citadel Securities, LLC<br>5. Citadel Enterprise Americas, LLC<br>6. Melvin Capital Management, LP | **ROBERTS TATE LLC**<br>Lena Marguerite Mirilovic<br>Parker James Lavin<br>lmirilovic@robertstate.com<br>plavin@robertstate.com<br>2487 Demere Rd., Suite 400<br>St. Simons Island, GA 32802<br>912-638-5200 | Antitrust, Robinhood |
| 34. | *Minnick v. Robinhood Financial LLC, et al.* | 1:21-cv-21353-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **DEREK SMITH LAW GROUP, PLLC**<br>Nathaniel N. Peckham<br>nathaniel@dereksmithlaw.com<br>1835 Market Street, Suite 2950<br>Philadelphia, PA 19103<br>215-391-4790<br><br>Alexander Gabriel Cabeceiras<br>alexc@dereksmithlaw.com<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>212-587-0670 | Robinhood |
| 35. | *Ziegler v. Robinhood Financial LLC, et al.* | 1:21-cv-21359-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **DEREK SMITH LAW GROUP, PLLC**<br>Alexander Cabeceiras<br>alexc@dereksmithlaw.com<br>1 Penn Plaza, Suite 49th Floor<br>New York, NY 10011<br>212-587-0670 | Robinhood |
| 36. | *Fresa v. Robinhood Financial LLC, et al.* | 1:21-cv-21367-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **LAW OFFICES OF STEPHEN J. CARRIERO**<br>Stephan E. Seeger<br>sseeger@lawfirmsjc.com<br>810 Bedford Street, Suite #3<br>Stamford, CT 06901<br>203-325-4338 | Robinhood |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

|  | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
| 37. | *Wieg v. Robinhood Financial LLC, et al.* | 1:21-cv-21378-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **DEREK SMITH LAW GROUP, PLLC**<br>Abraham Melamed<br>Alexander Cabeceiras<br>Ishan Dave<br>abe@dereksmithlaw.com<br>alexc@dereksmithlaw.com<br>Ishan@dereksmithlaw.com<br>633 West 5th Street Suite 3250<br>Los Angeles, CA 90071<br>310-602-6050 | Robinhood |
| 38. | *Quat, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21404-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **BURSOR & FISHER, P.A.**<br>Sarah N. Westcot<br>swestcot@bursor.com<br>701 Brickell Ave, Suite 1420<br>Miami, FL 33131<br><br>Andrew Obergfell<br>aobergfell@bursor.com<br>888 Seventh Avenue<br>New York, NY 10019<br>646-837-7150 | Securities |
| 39. | *Kelley, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21428-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. TD Ameritrade, Inc.<br>5. E*Trade Financial Corp | **THRASH LAW FIRM, P.A.**<br>Tom Thrash<br>William Crowder<br>tomthrash@sbcglobal.net<br>willcrowder@thrashlawfirmpa.com<br>1101 Garland St.<br>Little Rock, AR 72201<br>501-374-1058 | Antitrust, Robinhood, Other Broker |
| 40. | *Daniluk v. Robinhood Financial LLC, et al.* | 1:21-cv-21430-CMA | 1. Robinhood Financial LLC<br>2. Robinhood Securities, LLC<br>3. Robinhood Markets, Inc.<br>4. Citadel LLC<br><br>Voluntary Dismissal Point72 Asset Management, L.P. (2/15/21) | **GREEN & NOBLIN, P.C.**<br>Robert S. Green<br>Evan Sumer<br>rsg@classcounsel.com<br>ems@classcounsel.com<br>2200 Larkspur Landing Cir., #101<br>Larkspur, CA 94939<br>415-477-6700<br><br>**MARSHALL LAW FIRM**<br>Charles Marshall<br>cdm@marshall-law-firm.com<br>2121 Northern California Blvd.<br>Suite 290<br>Walnut Creek, CA 94596 | Antitrust, Robinhood |
| 41. | *Saliba v. Robinhood Financial LLC, et al.* | 1:21-cv-21432-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc.<br>Robinhood Crypto, LLC | **MCCATHERN, SHOKOUHI, EVANS, GRINKE**<br>Evan Selik<br>Christine C. Zaouk<br>eselik@mccathernlaw.com<br>czaouk@mccathernlaw.com<br>523 W Sixth Street<br>Suite 830<br>Los Angeles, CA 90014<br>213-225-6150 | Robinhood |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

|  | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
| 42. | *Clapp v. Ally Financial Inc., et al.* | 1:21-cv-21441-CMA | 1. Ally Financial, Inc.<br>2. Alpaca Securities, LLC<br>3. Cash App Investing LLC<br>4. Square, LLC<br>5. Dough LLC<br>6. Morgan Stanley Smith Barney, LLC<br>7. E*Trade Securities LLC<br>8. E*Trade Financial Corp<br>9. E*Trade Financial Holdings, LLC<br>10. eToro USA Securities, Inc.<br>11. Freetrade, Ltd.<br>12. Interactive Brokers, LLC<br>13. M1 Finance, LLC<br>14. Open to the Public Investing, Inc.<br>15. Robinhood Financial LLC<br>16. Robinhood Markets, Inc.<br>17. Robinhood Securities, LLC<br>18. IG Group Holdings PLC<br>19. Tastyworks, Inc.<br>20. TD Ameritrade, Inc.<br>21. The Charles Schwab Corporation<br>22. Charles Schwab & Co., Inc.<br>23. FF Trade Republic Growth, LLC<br>24. Trading 212 Ltd.<br>25. Trading 212 UK Ltd.<br>26. Webull Financial, LLC<br>27. Fumi Holdings, Inc.<br>28. Stash Financial, Inc.<br>29. Barclays Bank PLC<br>30. Citadel Enterprise Americas, LLC<br>31. Citadel Securities, LLC<br>32. Melvin Capital Management, LP<br>33. Sequoia Capital Operations LLC<br>34. Apex Clearing Corporation<br>35. The Depository Trust & Clearing Corporation | **EDELSON LECHTZIN LLP**<br>Marc H. Edelson<br>Eric Lechtzin<br>medelson@edelson-law.com<br>elechtzin@edelson-law.com<br>3 Terry Drive, Ste 205<br>Newtown, PA 18940<br>844-696-7492<br><br>**GRABAR LAW OFFICE**<br>Joshua H. Grabar<br>jgrabar@grabarlaw.com<br>One Liberty Place<br>1650 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>267-507-6085 | Antitrust, Robinhood, Other Broker |
| 43. | *Lybrook, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21442-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **KELLER ROHRBACK LAW OFFICES LLP**<br>Ryan McDevitt<br>Gretchen Freeman Cappio<br>Maxwell Goins<br>Jeffrey Lewis<br>Rachel Morowitz<br>rmcdevitt@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>mgoins@kellerrohrback.com<br>jlewis@kellerrohrback.com<br>rmorowitz@kellerrohrback.com<br>1201 Third Avenue<br>Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br><br>**SAUDER SCHELKOPF LLC**<br>Joseph G. Sauder<br>Joseph B. Kenney<br>Sonjay Singh<br>jgs@sstriallawyers.com<br>jbk@sstriallawyers.com | Robinhood |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

|   | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
|   |   |   |   | scs@sstriallawyers.com<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>888-711-9975 |   |
| 44. | *Petrosyan v. Robinhood Financial LLC, et al.* | 1:21-cv-21444-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>Robert K. Shelquist<br>Karen Hanson Riebel<br>Rebecca A. Peterson<br>Stephen M. Owen<br>rkshelquist@locklaw.com<br>khriebel@locklaw.com<br>rapeterson@locklaw.com<br>smowen@locklaw.com<br>100 Washington Avenue S.<br>Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900 | Robinhood |
| 45. | *Zelewski, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21445-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **MATTLAW**<br>Matthew Powell<br>matt@mattlaw.com<br>304 S Plant Ave<br>Tampa, FL 33606<br>813-222-2222<br><br>**DARIO DIAZ LAW**<br>Dario Diaz<br>dariofed@dariodiazlaw.com<br>1101 N Armenia Ave<br>Tampa, FL 33607<br>813-259-1017 | Robinhood |
| 46. | *Milhouse v. Robinhood Financial LLC, et al.* | 1:21-cv-21446-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **EDELSON PC**<br>Eve-Lynn Rapp<br>erapp@edelson.com<br>2101 Pearl Street<br>Boulder, CO 80302<br>720-741-0076<br><br>Eviealle Dawkins<br>edawkins@edelson.com<br>350 North LaSalle Street<br>14th Floor<br>Chicago, Illinois 60654<br>312-589-6370<br><br>Lily Hough<br>Christopher Dore<br>lhough@edelson.com<br>cdore@edelson.com<br>150 California Street 18th Floor<br>San Francisco, CA 94111<br>415-212-9300 | Robinhood |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

|  | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
| 47. | *Odeh v. TD Ameritrade, Inc.* | 1:21-cv-21447-CMA | 1. TD Ameritrade, Inc.<br><br>Respondents in Discovery<br><br>2. Citadel Securities Americas, LLC<br>3. Citadel Enterprise Americas, LLC<br>4. Citadel Execution Services, Inc. | **LOFTUS & EISENBERG, LTD.**<br>Alexander N. Loftus<br>David Eisenberg<br>alex@loftusandeisenberg.com<br>david@loftusandeisenberg.com<br>161 N. Clark St. 16th Floor<br>Chicago, IL 60601<br>312-899-6625 | Other Broker |
| 48. | *Shaeffer v. TD Ameritrade, Inc.* | 1:21-cv-21450-CMA | TD Ameritrade, Inc. | **DOMINA LAW GROUP**<br>David A. Domina<br>ddomina@dominalaw.com<br>dad@dominalaw.com<br>2425 South 144th Street<br>Omaha, NE 68144<br>402-858-9212<br><br>**EVANGELISTA WORLEY, LLC**<br>Stuart J. Guber<br>David Worley<br>James Evangelista<br>Kristi McGregor<br>Leslie Toran<br>stuart@ewlawllc.com<br>david@ewlawllc.com<br>jim@ewlawllc.com<br>kristi@ewlawllc.com<br>leslie@ewlawllc.com<br>500 Sugar Mill Road, Bldg. A Suite 245<br>Atlanta, GA 30350<br>404-963-8481 | Other Broker |
| 49. | *Dechirico, et al. v. Ally Financial Inc., et al.* | 1:21-cv-21451-CMA | 1. Ally Financial, Inc.<br>2. Alpaca Securities, LLC<br>3. Cash App Investing LLC<br>4. Square, LLC<br>5. Morgan Stanley Smith Barney, LLC<br>6. E*Trade Securities LLC<br>7. E*Trade Financial Corp<br>8. E*Trade Financial Holdings, LLC<br><br>eToro USA Securities, Inc. TERMINATED 2/24/2021<br><br>9. Freetrade, Ltd.<br>10. Interactive Brokers, LLC<br>11. M1 Finance, LLC<br>12. Open to the Public Investing, Inc.<br>13. Robinhood Financial LLC<br>14. Robinhood Markets, Inc.<br>15. Robinhood Securities, LLC<br>16. IG Group Holdings PLC<br>17. Tastyworks, Inc.<br>18. TD Ameritrade, Inc.<br>19. The Charles Schwab Corporation<br>20. Charles Schwab & Co., Inc<br>21. FF Trade Republic Growth, LLC | **HACH ROSE SCHIRRIPA & CHEVERIE LLP**<br>Frank Schirripa<br>Eugene Zaydfudim<br>Kathryn Hettler<br>Daniel Rehns<br>FSchirripa@hrsclaw.com<br>ezaydfudim@hrsclaw.com<br>khettler@hrsclaw.com<br>drehns@hrsclaw.com<br>112 Madison Ave<br>New York, NY 10016<br>212-213-8311 | Antitrust, Robinhood, Other Broker |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

| | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
| | | | 22. Trading 212 Ltd.<br>23. Trading 212 UK Ltd.<br>24. Webull Financial, LLC<br>25. Fumi Holdings, Inc.<br>26. Stash Financial, Inc.<br>27. Barclays Bank PLC<br>28. Citadel Enterprise Americas, LLC<br>29. Citadel Securities, LLC<br>30. Melvin Capital Management, LP<br>31. Sequoia Capital Operations LLC<br>32. Apex Clearing Corporation<br>33. The Depository Trust & Clearing Corporation | | |
| 50. | *Norvell, et al. v. Robinhood Markets, Inc* | 1:21-cv-21453-CMA | Robinhood Markets, Inc | **OLSENDAINES**<br>Michael Fuller<br>michael@underdoglawyer.com<br>US Bancorp Tower<br>111 SW 5th Ave., Suite 3150<br>Portland, OR 97204<br>503-222-2000 | Robinhood |
| 51. | *Fox, et al. v. Ally Financial, Inc., et al.* | 1:21-cv-21478-CMA | 1. Ally Financial Inc.<br>2. Alpaca Securities, LLC<br>3. Cash App Investing LLC<br>4. Square, LLC<br>5. Dough LLC<br>6. Morgan Stanley Smith Barney, LLC<br>7. E*Trade Securities LLC<br>8. E*Trade Financial Corp<br>9. E*Trade Financial Holdings, LLC<br>10. eToro USA Securities, Inc.<br>11. Freetrade, Ltd.<br>12. Interactive Brokers, LLC<br>13. M1 Finance, LLC<br>14. Open to the Public Investing, Inc.<br>15. Robinhood Financial LLC<br>16. Robinhood Markets, Inc.<br>17. Robinhood Securities, LLC<br>18. IG Group Holdings PLC<br>19. Tastyworks, Inc.<br>20. TD Ameritrade, Inc.<br>21. The Charles Schwab Corporation<br>22. Charles Schwab & Co., Inc.<br>23. FF Trade Republic Growth, LLC<br>24. Trading 212 Ltd.<br>25. Trading 212 UK Ltd.<br>26. Webull Financial, LLC<br>27. Fumi Holdings, Inc.<br>28. Stash Financial, Inc.<br>29. Barclays Bank PLC<br>30. Citadel Enterprise Americas, LLC<br>31. Citadel Securities, LLC<br>32. Melvin Capital Management, LP<br>33. Sequoia Capital Operations LLC<br>34. Apex Clearing Corporation<br>35. The Depository Trust & Clearing Corporation | **GUSTAFSON GLUEK PLLC**<br>Daniel Gustafson<br>David Goodwin<br>Daniel Hedlund<br>Kaitlyn Denis<br>dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>kdennis@gustafsongluek.com<br>120 S. 6th St.,<br>Minneapolis, MN, 55402<br>612-333-8844<br><br>**SCOTT HIRSCH LAW GROUP**<br>Scott Hirsch<br>scott@scotthirschlawgroup.com<br>6810 N. State Road 7<br>Coconut Creek, FL 33073<br>561-569-7062 | Antitrust, Robinhood, Other Broker |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

|  | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
| 52. | *Memic et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21479-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **D. MILLER & ASSOCIATES, PLLC**<br>Anuj Kapur<br>Andy Rubenstein<br>anuj@dmillerlaw.com<br>andy@dmillerlaw.com<br>2610 W. Sam Houston Parkway<br>Suite 200<br>Houston, TX 77042<br>713-850-8600<br><br>**Napoli Shkolnik PLLC**<br>Nicholas R. Farnolo<br>nfarnolo@napolilaw.com<br>400 Broadhollow Road<br>Melville, NY 11747<br>212-397-1000 | Robinhood |
| 53. | *Best, et al. v. Robinhood Financial LLC, et al.* | 1:21-cv-21534-CMA | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **GUCOVSCHI LAW PLLC**<br>Adrian Gucovschi<br>adrian@gucovschi-law.com<br>630 Fifth Avenue, Suite 2000<br>New York City, NY 10111<br>212-884-4230 | Securities, Robinhood |
| 54. | *Oberlin v. TD Ameritrade, Inc* | 1:21-cv-21600-CMA | TD Ameritrade, Inc. | **SAFIRSTEIN METCALF LLP**<br>Peter Safirstein<br>Elizabeth S. Metcalf<br>psafirstein@safirsteinmetcalf.com<br>emetcalf@safirsteinmetcalf.com<br>1345 Avenue of the Americas<br>2nd Floor<br>New York, NY 10105<br>212-201-5845<br><br>**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**<br>Gary S. Graifman, Esq.<br>Jay I. Brody, Esq.<br>ggraifman@kgglaw.com<br>jbrody@kgglaw.com<br>135 Chestnut Ridge Road<br>Montvale, NJ 07645<br>201-391-7000 | Other Broker |
| 55. | *Eisen v. Apex Clearing Corporation, et al.* | 1:21-cv-21665-CMA | Apex Clearing Corporation; Interactive Brokers, LLC | **GUCOVSCHI LAW PLLC**<br>Adrian Gucovschi<br>adrian@gucovschi-law.com<br>630 Fifth Avenue, Suite 2000<br>New York City, NY 10111<br>212-884-4230 | Securities |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

| | Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|---|
| | **OTHER** | **NON-MDL/OTHER CASES** | | | |
| | *Thompson v. Robinhood Financial LLC* | CAC/2:21-cv-02230 3/11/2021<br><br>Mot.to Remand to LA Superior Court; Objection to Transfer to MDL | Robinhood Financial LLC | **KIESEL LAW LLP**<br>Paul R. Kiesel<br>Jeffrey A. Koncius<br>Cherisse Heidi Alcantara Cleofe<br>Jessica Mendez<br>kiesel@kiesel.law<br>koncius@kiesel.law<br>cleofe@kiesel.law<br>jmendez@kiesel.law<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>310-854-4444<br><br>**RICHARD C. DALTON LLC**<br>Richard Dalton<br>rick@rickdaltonlaw.com<br>1343 West Causeway Approach<br>Mandeville, LA 70471<br>985-778-2215<br><br>**MARKUN ZUSMAN FRENIERE COMPTON LLP**<br>David S. Markun<br>dmarkun@mzclaw.com<br>17383 W. Sunset Blvd.-Suite A380<br>Pacific Palisades, CA  90272<br>310-454-5900<br><br>Edward S. Zusman<br>ezusman@mzclaw.com<br>465 California Street, Suite 401<br>San Francisco, CA 94104<br>415-438-4515 | Robinhood |
| | *D'agostino v. Ally Financial Inc., et al.* | SDFL/1:21-cv-21458-DPG | 1. Ally Financial Inc.<br>2. Alpaca Securities LLC<br>3. Cash App Investing LLC<br>4. Square Inc.<br>5. Dough LLC<br>6. Morgan Stanley Smith Barney LLC<br>7. ETrade Securities LLC<br>8. ETrade Financial Corporation<br>9. ETrade Financial Holdings, LLC<br>10. eToro USA Securities, Inc.<br>11. Freetrade Ltd.<br>12. Interactive Brokers LLC<br>13. M1 Finance LLC<br>14. Open To The Public Investing, Inc.<br>15. Robinhood Financial LLC<br>16. Robinhood Securities, LLC<br>17. Robinhood Markets, Inc.<br>18. IG Group Holdings PLC<br>19. Tastyworks, Inc.<br>20. TD Ameritrade, Inc.<br>21. The Charles Schwab Corporation<br>22. Charles Schwab & Co., Inc. | **COLSON HICKS EIDSON**<br>Patrick Shanan Montoya<br>patrick@colson.com<br>255 Alhambra Circle Penthouse<br>Coral Gables, FL 33134<br>305-476-7400<br><br>**LEVIN, SEDRAN & BERMAN LLP**<br>Austin B. Cohen<br>ACohen@lfsblaw.com<br>Daniel C. Levin<br>dlevin@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>215-592-1500 | Antitrust, Robinhood, Other Broker |

**Short Squeeze MDL 2989 Case List**
*Updated for June 2, 2021 Filing*

| Case Name | SD FL Case Number | Defendant(s) | Plaintiff's Attorneys / Firms | Tranche |
|---|---|---|---|---|
| | | 23. FF Trade Republic Growth, LLC<br>24. Trading 212 Ltd.<br>25. Trading 212 UK Ltd.<br>26. Webull Financial, LLC<br>27. Fumi Holdings, Inc.<br>28. Stash Financial, Inc.<br>29. Citadel Enterprise Americas, LLC<br>30. Citadel Securities, LLC<br>31. Melvin Capital Management, LP<br>32. Sequoia Capital Operations LLC<br>33. Apex Clearing Corporation<br>34. The Depository Trust & Clearing Corporation | | |
| *Kadin v. Robinhood Financial LLC* | NYS/1:21-cv-02566<br>3/5/2021<br><br>Voluntary Dismissal, 4/13/2021 | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **GUCOVSCHI LAW PLLC**<br>Adrian Gucovschi<br>adrian@gucovschi-law.com<br>630 Fifth Avenue<br>Suite 2000<br>New York City, NY 10111<br>212-884-4230 | Securities, Robinhood |
| *Perri et al v. Robinhood Financial LLC* | FLM/8:21-cv-00234<br>1/29/2021<br>Voluntary Dismissal, 4/16/21 | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **SHUMAKER, LOOP & KENDRICK**<br>Michael S. Taaffe<br>Brandon M. Taaffe<br>Jeremy Halpern<br>Michael Bressan<br>mtaaffe@shumaker.com<br>btaaffe@shumaker.com<br>jhalpern@shumaker.com<br>mbressan@shumaker.com<br>240 S Pineapple Avenue<br>Sarasota, FL 34230<br>941-364-2720 | Robinhood |
| *Diamond v. Robinhood Financial LLC* | FLM/6:21-cv-00207<br>1/29/2021<br>1:21-cv-21263<br><br>Voluntary Dismissal, 4/28/2021 | Robinhood Financial, LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | **VARNELL AND WARWICK, P.A.**<br>Janet Robards Varnell<br>Brian William Warwick<br>Erica Willis<br>Matthew Peterson<br>jvarnell@vandwlaw.com<br>bwarwick@vandwlaw.com<br>ewillis@vandwlaw.com<br>mpeterson@vandwlaw.com<br>1101 E. Cumberland Ave<br>Suite 201H, #105<br>Tampa Bay, FL 33062 | Securities, Antitrust, Robinhood |
| *Siruk, et al v. Robinhood Financial LLC* | MN/0:21-cv-00415<br>2/12/2021<br>1:21-cv-21448-CMA<br><br>Order of Dismissal re: R/R, 5/4/2021 | Robinhood Financial LLC<br>Robinhood Securities, LLC<br>Robinhood Markets, Inc. | Petro Siruk<br>Marina Siruk<br>Pro Se<br>2410 Rollin g Ridge Rd<br>Becker, MN 55308<br>763-262-5046 | Robinhood |