UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Non-Federal Securities Actions

## [PROPOSED] FIRST SCHEDULING ORDER

**THIS CAUSE** came before the Court on the Joint Status Report [ECF No. \_\_], filed on June 2, 2021. Plaintiffs and Defendants in the non-federal securities cases met and conferred regarding procedural and/or other next steps the Court should take to ensure the just and efficient disposition of this multidistrict litigation. (*See id.*) Accordingly, Plaintiffs and Defendants in the non-federal securities cases shall adhere to the following pleadings schedule:

| Event | Deadline |
| --- | --- |
| Consolidated Complaints | July 30, 2021 (Friday)[1] |
| Responsive Motions | September 24, 2021 (Friday) |
| Oppositions to Responsive Motions | November 19, 2021 (Friday) |
| Replies in support of Responsive Motions | December 17, 2021 (Friday) |
| Hearing on Motions | TBD (at Court's convenience)[2] |

**DONE AND ORDERED** in Chambers at Miami, Florida this \_\_ day of _____, 2021.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

---

[1] Co-Lead Counsel for the Antitrust Tranche is slated to go to trial on either August 16, 2021 or November 29, 2021, and reserves the right to amend the schedule, subject to the Court's approval, if a trial is set for November 29, 2021.
[2] The parties anticipate they will request oral argument regarding the dispositive motions consistent with Local Rule 7.1(b)(2).