UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to the Non-Federal Securities Actions

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Status Report [ECF No. 322], filed on June 2, 2021. The parties met and conferred "regarding proposed procedural and other next steps the Court should take to ensure the just and efficient disposition of the non-federal securities cases in this multidistrict litigation[.]" (Joint Status Report 1 (alteration added)). The parties have jointly proposed deadlines for the filing of master complaints and a briefing schedule for Defendants' anticipated motions to dismiss with respect to the Antitrust, Robinhood, and the Other Broker Tranches. (*See generally id.*). The Court has considered the parties' positions and, being fully advised, directs the parties to adhere to the following schedule:

1. Plaintiffs shall file a single master complaint per Tranche on or before **July 12, 2021**.

2. Defendants in each Tranche shall file a joint motion to dismiss on or before **August 16, 2021**; the three motions shall be no more than 40 pages each.

3. Plaintiffs' responses in opposition to Defendants' joint motions to dismiss shall be filed by **September 7, 2021** and shall be no more than 40 pages each.

4. Defendants' replies to Plaintiffs' responses shall be filed by **September 21, 2021** and shall be no more than 20 pages each.

CASE NO.  21-2989-MDL-ALTONAGA/Torres

5. These deadlines do not apply to the federal securities actions.  The Court will issue a separate scheduling order to govern the master complaint and briefing schedule for the federal securities actions following appointment of Lead Plaintiff(s) and Lead Counsel in accordance with the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B).

6. The parties have previewed their arguments regarding a stay of discovery.  Records already produced by Defendants to Congress and other government entities shall be produced to Plaintiffs upon request.  These materials shall not be shared with or provided to counsel for Plaintiffs in the Federal Securities Tranche.  All other discovery is stayed pending resolution of the forthcoming motions to dismiss.

7. Proposed case management orders concerning (1) privileged material, (2) the production of electronically stored information, and (3) a protective order governing confidential information and materials shall be filed by **July 9, 2021**.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of June, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record;
*Pro Se* Plaintiffs