UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that John O'Sullivan of Quinn Emanuel Urquhart & Sullivan LLP hereby gives notice of appearance as counsel for Consol Defendants Citadel Securities LLC and Citadel Enterprise Americas LLC ("Citadel Defendants") in the above-captioned matter. All parties are requested to forward copies of all pleadings, motions, orders, and other correspondence to the undersigned.

Respectfully submitted,

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154
Quinn Emanuel Urquhart & Sullivan LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL  33134
Telephone:  (305) 439-5008
johnosullivan@quinnemanuel.com
Secondary:  olgagarcia@quinnemanuel.com

*Counsel for Citadel Securities LLC and
Citadel Enterprise Americas LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154