UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to All Actions

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Jason D. Sternberg of Quinn Emanuel Urquhart & Sullivan LLP hereby gives notice of appearance as counsel for Consol Defendants Citadel Securities LLC and Citadel Enterprise Americas LLC ("Citadel Defendants") in the above-captioned matter.  All parties are requested to forward copies of all pleadings, motions, orders, and other correspondence to the undersigned.

                                                Respectfully submitted,

                                                By:  */s/ Jason D. Sternberg*
                                                Jason D. Sternberg
                                                Fla. Bar No. 72887
                                                Quinn Emanuel Urquhart & Sullivan LLP
                                                2525 Ponce de Leon Blvd., 9th Floor
                                                Coral Gables, FL  33134
                                                Telephone:  (561) 213-5635
                                                jasonsternberg@quinnemanuel.com
                                                Secondary:  olgagarcia@quinnemanuel.com

                                                *Counsel for Citadel Securities LLC and*
                                                *Citadel Enterprise Americas LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887