**SCHEDULE B**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

FILED BY __PG__ D.C.

JUN 23 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, _____Rachel Maimin_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __New York and the 2nd Circuit Court of__ Appeals.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name  **Rachel Maimin**
State Bar Number  **4334603**
Firm Name  **Lowenstein Sandler LLP**
Mailing Address  **1251 Avenue of the Americas, 17th Fl. New York, NY 10020**
Telephone Number  **(212) 262-6700**
Email Address  **rmaimin@lowenstein.com**

Attorney Signature: _____  Date: 6/21/2021

