SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

FILED BY **PG** D.C.

JUL 02 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

**CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, Zachary J. Watters, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of State of Illinois.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name Zachary J. Watters
State Bar Number 6310675
Firm Name Vedder Price P.C.
Mailing Address 222 N. LaSalle St., Suite 2300, Chicago, IL 60601
Telephone Number 312-609-7594
Email Address zwatters@vedderprice.com

Attorney Signature: *Zachary J. Watters*   Date: July 1, 2021

Page 1 of 2

ORIGIN ID:CHIA (312) 609-7500
ZACHARY WATTERS
VEDDER PRICE P.C.
222 NORTH LASALLE STREET
SUITE 2400
CHICAGO, IL 60601
UNITED STATES US

SHIP DATE: 01JUL21
ACTWGT: 0.50 LB
CAD: 251907768/WSXI3400

BILL SENDER

TO: ATTN: CLERK OF THE MDL DOCKET
WILKIE D. FERGUSON, JR.
U.S. COURTHOUSE
400 NORTH MIAMI AVE
MIAMI FL 33128
(312) 609-5001
REF 00000 10 6920, WATTERS
INV
PO
DEPT

FedEx Express

REL# 3785346

FRI - 02 JUL 10:30A
PRIORITY OVERNIGHT

TRK# 0201 2810 2708 9478

XH MPBA

33128
FL-US MIA

PS|Ship - FedEx Label