**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Non-Federal Securities Actions

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 11.1(d)(3), I, Zachary J. Watters, hereby move this Court for an order granting permission to withdraw my appearance as counsel for Defendants Robinhood Financial, LLC; Robinhood Securities, LLC; and Robinhood Markets, Inc. as I no longer represent these Defendants and should be removed from the Court's service list with respect to the above-captioned action. Attorney Antony L. Ryan of Cravath Swaine & Moore LLP, among other attorneys, has an appearance on behalf of the above-referenced Defendants, and is familiar with this matter, the posture of the case, and its current status on the calendar.

By way of this filing, the undersigned respectfully requests the Court issue an order granting this motion to withdraw appearance.

Dated: July 2, 2021

Respectfully submitted,

By: */s/ Zachary J. Watters*
Zachary J. Watters
Bar ID Number 6310675
zwatters@vedderprice.com
Vedder Price P.C.
222 N. LaSalle Street, Suite 2400
Chicago, IL 60601
Telephone: (312) 609-7594
Facsimile: (312) 609-5005

**ATTORNEY FOR ROBINHOOD FINANCIAL, LLC; ROBINHOOD SECURITIES, LLC; ROBINHOOD MARKETS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Zachary J. Watters*