UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to the Non-Federal Securities Actions

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Motion for Extension of Time [ECF No. 334], for a 14-day extension of the schedule set forth in the June 3, 2021 Order [ECF No. 323] for filing master complaints and joint motions to dismiss in the Robinhood, Other Broker, and Antitrust Tranches of this multidistrict litigation. The Court has reviewed the Motion and being fully advised, it is

**ORDERED AND ADJUDGED** that for good cause shown, the Unopposed Motion is **GRANTED** as follows:

1. The deadline for Plaintiffs to file master complaints is extended to **July 26, 2021**.

2. Defendants' joint motions to dismiss are due on **August 30, 2021**.

3. Plaintiffs' responses in opposition to Defendants' joint motions to dismiss are due on **September 21, 2021**.

4. Defendants' replies to Plaintiffs' responses are due on **October 5, 2021**.

CASE NO. 21-2989-MDL-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 8th day of July, 2021.

                                                                          _____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        *pro se* parties