**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to All Actions

**NOTICE OF CHANGE OF ADDRESS AND E-MAIL ADDRESS**

PLEASE TAKE NOTICE that Jason D. Sternberg of Quinn Emanuel Urquhart & Sullivan LLP hereby gives notice of change of address and e-mail address, as counsel for Consol Defendants Citadel Securities LLC and Citadel Enterprise Americas LLC ("Citadel Defendants") in the above-captioned matter. All parties are requested to forward copies of all pleadings, motions, orders, and other correspondence to the undersigned.

                                                   Respectfully submitted,

                                                   By:  */s/ Jason D. Sternberg*
                                                      Jason D. Sternberg
                                                      Fla. Bar No. 72887
                                                      Quinn Emanuel Urquhart & Sullivan LLP
                                                      2601 South Bayshore Drive, Suite 1550
                                                      Miami, FL  33133
                                                      Telephone:  (561) 213-5635
                                                      jasonsternberg@quinnemanuel.com
                                                      Secondary:  olgagarcia@quinnemanuel.com

                                                      *Counsel for Citadel Securities LLC and*
                                                      *Citadel Enterprise Americas LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887