UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:
**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

This Document Relates to: 1:21-cv-21446-CMA

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Consol Plaintiff Mark Milhouse, on behalf of himself and those similarly situated, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants ROBINHOOD MARKETS, INC., ROBINHOOD FINANCIAL LLC, and ROBINHOOD SECURITIES, LLC (collectively "Defendants"). Plaintiff has not previously dismissed any state or federal court action based on or including the same claims against the Defendants. Defendants have not filed an answer or motion for summary judgment.

Dated: July 13, 2021

Respectfully submitted,

/s/ Eve-Lynn J. Rapp

Eve-Lynn J. Rapp
erapp@edelson.com
EDELSON PC
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720-741-0076
Fax: 720-741-0081

Counsel for Plaintiff Mark Milhouse

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 13, 2021, a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system which will send such notification to all ECF attorneys of record.

              /s/ Eve-Lynn J. Rapp
              Eve-Lynn J. Rapp