**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to the Non-Federal Securities Actions

## ORDER

**THIS CAUSE** came before the Court upon the Motions of Attorneys Thomas P. Cimino, Jr., and Zachary J. Watters to Withdraw Appearance [ECF Nos. 332, 333] as counsel for Defendants, Robinhood Financial, LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motions are **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of July, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record