UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to:

21-21446-CIV-ALTONAGA

## ORDER

**THIS CAUSE** came before the Court upon Consol Plaintiff Mark Milhouse's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) as to Defendants Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC without prejudice [ECF No. 343], filed on July 13, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendants Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC are dismissed without prejudice as to the above listed action.

**DONE AND ORDERED** in Miami, Florida, this 14th day of July, 2021.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record; *pro se* Plaintiff(s)