SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres



FILED BY __PG__ D.C.

JUL 1 6 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____ /

### CERTIFICATE OF UNDERSTANDING REGARDING
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, _Andrew K. Garden_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of _the Commonwealth of Pennsylvania_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

    Name  Andrew K. Garden
    State Bar Number  314708
    Firm Name  Conrad O'Brien PC
    Mailing Address 1500 Market Street, Suite 3900W, Philadelphia, PA 19102
    Telephone Number (215) 864-9600
    Email Address agarden@conradobrien.com

Attorney Signature: _____  Date: July 15, 2021

| | |
|---|---|
| ORIGIN ID:MUVA (215) 864-9600<br>ANDREW K. GARDEN<br>CONRAD OBRIEN, PC<br>1500 MARKET STREET<br>WEST TOWER, SUITE 3900<br>PHILADELPHIA, PA 19102<br>UNITED STATES US | SHIP DATE: 15JUL21<br>ACTWGT: 1.00 LB<br>CAD: 102685569/INET4340<br><br>BILL SENDER |

TO **ATTN: CLERK OF THE MDL DOCKET**
**U.S. COURTHOUSE**
**400 NORTH MIAMI AVENUE**

**MIAMI FL 33128**
(305) 523-5100   REF:
INV:
PO:   DEPT:




REL#
3785346

FRI - 16 JUL 4:30P
**STANDARD OVERNIGHT**

TRK# 7742 7083 8145
0201

**XH MPBA**   33128
FL-US   MIA

