# SCHEDULE B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres



In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, _____**Ana Jara**_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of **The District of Columbia & Maryland**.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name **Ana Jara**
State Bar Number **District of Columbia: 1023086; District Ct of Columbia: 023086; Maryland: 1312180041; District of Maryland: 19915**
Firm Name **Lowenstein Sandler LLP**
Mailing Address **2200 Pennsylvania Avenue NW, Washington, DC 20037**
Telephone Number **(202) 753-3800**
Email Address **ajara@lowenstein.com**

Attorney Signature: _____    Date: __7/14/2021__

```
ORIGIN ID:QNYA    (212) 262-6700        SHIP DATE: 14JUL21
GERILYN COPPOLA                         ACTWGT: 1.00 LB
LOWENSTEIN SANDLER                      CAD: 250511359/WSXI3400
1251 AVENUE OF THE AMERICAS

NEW YORK, NY 10020                      BILL SENDER
UNITED STATES US

TO  MDL CLERK
    US DIST COURT, SOUTHERN DIST OF FLA
    400 N MIAMI AVE

    MIAMI FL 33128
    (201) 741-9936
```



FedEx

REL# 3785346

FRI - 16 JUL 4:30P
** 2DAY **

TRK# 2814 5315 8734
0201

SH MPBA                    33128
                    FL-US  MIA

