UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE

TRADING LITIGATION

_____/

This Document Relates to All Actions

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), I, Andrew K. Garden, hereby move this Court for an order granting permission to withdraw my appearance as counsel for Defendants Robinhood Financial LLC; Robinhood Securities, LLC; and Robinhood Markets, Inc. as I no longer represent these Defendants in this MDL and should be removed from the Court's service list with respect to the above captioned action. Attorney Antony L. Ryan of Cravath, Swaine & Moore LLP, among other attorneys, has an appearance on behalf of the above-referenced Defendants, and is familiar with this matter, the posture of the case, and its current status on the calendar.

By way of this filing, the undersigned respectfully requests the Court issue an order granting this motion to withdraw appearance.

Respectfully submitted,

Dated: July 16, 2021  **By:** /s/ Andrew K. Garden
Andrew K. Garden (PA No. 314708)
**CONRAD O'BRIEN PC**
Centre Square West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
Phone: (215) 864-9600
Fax: (215) 864-9620
Email: agarden@conradobrien.com

*Attorney for Defendants Robinhood Financial LLC; Robinhood Securities, LLC; and Robinhood Markets, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Respectfully submitted,

Dated: July 16, 2021  **By:** /s/ Andrew K. Garden
Andrew K. Garden (PA No. 314708)
**CONRAD O'BRIEN PC**
Centre Square West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
Phone: (215) 864-9600
Fax: (215) 864-9620
Email: agarden@conradobrien.com

*Attorney for Defendants Robinhood Financial LLC; Robinhood Securities, LLC; and Robinhood Markets, Inc.*