**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

**ORDER**

**THIS CAUSE** came before the Court upon the Motions of Attorneys Robert N. Feltoon and Andrew K. Garden to Withdraw Appearance [ECF Nos. 349, 350] as counsel for Defendants, Robinhood Financial, LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motions are **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of July, 2021.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record