UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-md-02989-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

### MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

Please take notice that Howard Gregory Baker is no longer associated with Lowenstein Sandler LLP. As such, the undersigned respectfully requests that Mr. Baker be withdrawn as counsel of record for Alpaca Securities LLC; eToro USA Securities, Inc.; Fumi Holdings, Inc.; & WeBull Financial, LLC ("Defendants") and should be removed from the Court's service list with respect to the above-captioned matter.

Lowenstein Sandler LLP will continue to represent the aforementioned Defendants in this matter.

Rachel Maimin hereby enters her appearance and all future notices and filings relating to the above-entitled matter should be sent to her at rmaimin@lowenstein.com.

Date: July 20, 2021

Respectfully submitted,

*/s/ Rachel Maimin*
**LOWENSTEIN SANDLER LLP**
Rachel Maimin
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700
rmaimin@lowenstein.com
*Counsel for Defendants Alpaca Securities LLC, eToro USA Securities, Inc., Fumi Holdings, Inc. & WeBull Financial, LLC*

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_ day of _____, 2021.

_____
HON. CECILIA M. ALTONAGA
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to: All Counsel of Record (*via ECF*)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                    */s/ Rachel Maimin*