## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLOIRDA

| | |
|---|---|
| In re:<br><br>JANUARY 2021 SHORT SQUEEZE<br>TRADING LITIGATION | Case No. 1:21-md-02989<br>ALTONAGA/Torres |

### NOTICE OF ATTORNEY APPEARANCE

**PLEASE TAKE NOTICE** that Ana Jara, of Lowenstein Sandler LLP, hereby gives notice of appearance as counsel for Defendants, Alpaca Securities LLC, eToro USA Securities, Inc., Fumi Holdings, Inc., and Webull Financial, LLC in the above-referenced case. All parties are requested to forward copies of all pleadings, motions, orders and other correspondence to the undersigned counsel.

DATED: July 20, 2021

**LOWENSTEIN SANDLER LLP**

By: */s/ Ana Jara*
Ana Jara
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 753-3800
ajara@lowenstein.com

*Counsel for Defendants Alpaca Securities LLC, eToro USA Securities, Inc., Fumi Holdings, Inc. & WeBull Financial, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                           */s/ Ana Jara*