UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to All Actions

**ORDER**

**THIS CAUSE** came before the Court upon Attorney Howard Gregory Baker's Motion to Withdraw and Substitution of Counsel [ECF No. 352]. Mr. Baker seeks to withdraw his appearance as counsel for Defendants, Alpaca Securities LLC, eToro USA Securities, Inc., Fumi Holdings, Inc., and WeBull Financial, LLC. Mr. Baker advises he is no longer associated with the law firm Lowenstein Sandler LLP, but his former firm will continue to represent the cited Defendants in this matter. Mr. Baker further requests Rachel Maimin be substituted as counsel of record. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of July, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record