**EXHIBIT A**

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Abe Kurdi, declare as follows:

1. I have reviewed a complaint in this matter and authorize Bursor & Fisher, P.A. to file a complaint on my behalf.

2. I did not purchase any of the securities that are the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition or trial, if necessary.

4. My purchase history is attached hereto as Exhibit A.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day 07/23/2021.

Signature: *Abe Kurdi*
Abe Kurdi (Jul 23, 2021 13:16 EDT)

Abe Kurdi

# EXHIBIT A

**BURSOR & FISHER CLASS DEFINITION:**

| Plaintiff | Stock Purchase Date/Price | Sale Date/Price | Losses |
|---|---|---|---|
| Abe Kurdi | 1/27: 0.162208 shares GME ($52.00)<br><br>1/27: 2.689873 shares GME ($850.00)<br><br>1/27: 0.474683 shares GME ($150.00)<br><br>1/27: 3 shares GME ($948.00)<br><br>1/27: 0.06632 shares GME ($23.28)<br><br>1/27: 0.000028 shares GME ($0.01)<br><br>1/27: 0.209945 shares GME ($73.69)<br><br>1/27: 0.435934 shares GME ($153.02)<br><br>1/27: 1 share GME ($354.49)<br><br>1/27: 0.002538 shares GME ($0.90)<br><br>1/27: 0.131383 shares GME ($46.69)<br><br>1/27: 0.275541 shares GME ($97.92)<br><br>1/27: 1.999078 shares GME ($499.21)<br><br>1/27: 0.003165 shares GME ($0.79)<br><br>1/27: 0.929368 shares GME ($250.00)<br><br>1/27: 1.858736 shares GME ($500.00)<br><br>1/27: 1.528369 shares GME ($459.00)<br><br>1/27: 2 shares GME ($536.00)<br><br>Total: 16.767169 shares GME ($4,995.00) | 2/03: 0.767169 shares GME ($89.61)<br><br>2/09: 16 shares GME ($810.56)<br><br>Total: 16.767169 shares GME ($900.17) | Total Losses -$4,094.83 |

|   |   |   |   |
|---|---|---|---|
|   |   |   |   |

### ROSEN LAW FIRM CLASS DEFINITION

| Plaintiff | Stock Purchase Date/Price | Sale Date/Price | Losses |
|---|---|---|---|
| Abe Kurdi | 1/27: 0.162208 shares GME ($52.00) <br><br> 1/27: 2.689873 shares GME ($850.00) <br><br> 1/27: 0.474683 shares GME ($150.00) <br><br> 1/27: 3 shares GME ($948.00) <br><br> 1/27: 0.06632 shares GME ($23.28) <br><br> 1/27: 0.000028 shares GME ($0.01) <br><br> 1/27: 0.209945 shares GME ($73.69) <br><br> 1/27: 0.435934 shares GME ($153.02) <br><br> 1/27: 1 share GME ($354.49) <br><br> 1/27: 0.002538 shares GME ($0.90) <br><br> 1/27: 0.131383 shares GME ($46.69) <br><br> 1/27: 0.275541 shares GME ($97.92) <br><br> 1/27: 1.999078 shares GME ($499.21) <br><br> 1/27: 0.003165 shares GME ($0.79) <br><br> 1/27: 0.929368 shares GME ($250.00) <br><br> 1/27: 1.858736 shares GME ($500.00) | 2/03: 0.767169 shares GME ($89.61) <br><br> 2/09: 18 shares GME ($911.87) <br><br> 2/09: 107 shares GME ($5,419.63) <br><br> 2/09: 5 shares GME ($253.29) <br><br> 2/02: 350 shares AMC ($2,358.94) |   |

|  | | | |
|---|---|---|---|
| | 1/27: 1.528369 shares GME ($459.00) | | |
| | 1/27: 2 shares GME ($536.00) | | |
| | 2/01: 3 shares GME ($714.00) | | |
| | 2/02: 7 shares GME ($787.68) | | |
| | 2/02: 10 shares GME ($1,131.50) | | |
| | 2/02: 1 share GME ($111.40) | | |
| | 2/02: 8 shares GME ($876.00) | | |
| | 2/02: 1 share GME ($115.00) | | |
| | 2/02: 7 shares GME ($804.23) | | |
| | 2/02: 1 share GME ($115.56) | | |
| | 2/02: 2 shares GME ($183.59) | | |
| | 2/02: 4 shares GME ($359.66) | | |
| | 2/02: 21 shares GME ($1,859.12) | | |
| | 2/02: 2 shares GME ($164.80) | | |
| | 2/02: 11 shares GME ($890.92) | | |
| | 2/02: 5 shares GME ($414.50) | | |
| | 2/03: 1 share GME ($113.96) | | |
| | 2/04: 1 share GME ($82.68) | | |
| | 2/04: 5 shares GME ($431.45) | | |
| | 2/04: 14 shares GME ($1,301.16) | | |
| | 2/04: 2 shares GME ($185.64) | | |
| | 2/05: 6 shares GME ($447.00) | | |
| | 2/05: 1 share GME ($69.82) | | |

| | | | |
|---|---|---|---|
| | 2/08: 1 share GME ($60.81) | | |
| | 2/02: 8 shares AMC ($61.76) | | |
| | 2/02: 101 shares AMC ($777.50) | | |
| | 2/02: 120 shares AMC ($941.96) | | |
| | 2/02: 1 share AMC ($7.84) | | |
| | 2/02: 120 shares AMC ($946.79) | | |
| | Total: 130.767169 shares GME ($16,215.48) | Total: 130.767169 shares GME ($6,674.40) | |
| | Total: 350 shares AMC ($2,735.85) | Total: 350 shares AMC ($2,358.94) | **Total Losses** -$9,917.98 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Teodoro Russell Pueyrredon, declare as follows:

1. I have reviewed a complaint in this matter and authorize Bursor & Fisher, P.A. to file a complaint on my behalf.

2. I did not purchase any of the securities that are the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition or trial, if necessary.

4. My purchase history is attached hereto as Exhibit A.

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this day  7/26/2021  .

Signature: _____

Teodoro Russell Pueyrredon

# EXHIBIT A

**BURSOR & FISHER CLASS DEFINITION:**

| Plaintiff | Stock Purchase Date/Price | Sale Date/Price | Losses |
|---|---|---|---|
| Teodoro Russell | 1/27: 0.204131 shares GME ($70.61)<br><br>1/27: 14 shares GME ($4,891.41)<br><br>1/27: 0.109374 shares GME ($37.98)<br><br>Total: 14.313505 shares GME ($5,000.00) | 2/17: 14 shares GME ($666.80)<br><br>2/17: 0.301046 shares GME ($14.34)<br><br>2/17: 0.012459 shares GME ($0.59)<br><br>Total: 14.313505 shares GME ($681.73) | Total Losses -$4,318.27 |

**ROSEN LAW FIRM CLASS DEFINITION:**

| Plaintiff | Stock Purchase Date/Price | Sale Date/Price | Losses |
|---|---|---|---|
| Teodoro Russell | 1/27: 0.204131 shares GME ($70.61)<br><br>1/27: 14 shares GME ($4,891.41)<br><br>1/27: 0.109374 shares GME ($37.98)<br><br>1/29: 25 shares KOSS ($2,209.25)<br><br>1/29: 1 share AMC ($13.17)<br><br>2/01: 8 shares AMC ($113.74)<br><br>2/01: 2 shares AMC ($28.24) | 2/17: 14 shares GME ($666.80)<br><br>2/17: 0.301046 shares GME ($14.34)<br><br>2/17: 0.012459 shares GME ($0.59)<br><br>2/16: 25 shares KOSS ($345.00)<br><br>2/01: 8 shares AMC ($109.93)<br><br>2/01: 2 shares AMC ($28.54)<br><br>2/01: 1 share AMC ($14.16) | |

| | | | |
|---|---|---|---|
| | 2/01: 196 shares NOK ($952.54) | 2/12: 148 shares NOK ($615.94) | |
| | | 2/12: 48 shares NOK ($199.92) | |
| | Total: 14.313505 shares GME ($5,000.00) | Total: 14.313505 shares GME ($681.73) | |
| | Total: 25 shares KOSS ($2,209.25) | Total: 25 shares KOSS ($345.00) | |
| | Total: 11 shares AMC ($155.15) | Total: 11 shares AMC ($152.63) | |
| | Total: 196 shares NOK ($952.54) | Total: 196 shares NOK ($815.86) | Total Losses -$6,321.72 |