UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF BLUE LAINE-BEVERIDGE TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE SELECTION OF LEAD COUNSEL

Laurence M. Rosen, hereby declares under penalty of perjury:

1. I am the Managing Partner of The Rosen Law Firm, P.A. ("Rosen Law"), Proposed Lead Counsel for Lead Plaintiff Movant Blue Laine-Beveridge ("Movant"). I make this Declaration in support of the Movant's motion to: (1) appoint Lead Plaintiff; and (2) approve the selection of Rosen Law as Lead Counsel. I am an attorney duly licensed to practice in the State of Florida and before this Court. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Movant's PSLRA Certification.

4. Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing Movant's financial interest.

5. Attached hereto as Exhibit 4 Rosen Law's firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: July 27, 2021

                                        **THE ROSEN LAW FIRM, P.A.**

                                        /s/Laurence M. Rosen
Laurence M. Rosen, Esq., Fla. Bar No. 0182877

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 27, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen