# EXHIBIT 1



# Rosen Law Announces Updated Lead Plaintiff Deadline in Securities Class Action Lawsuits on Behalf of Investors Unable to Execute Trades and Who Sold and/or Purchased Certain Securities on the Robinhood Trading Platform on or Around January 28, 2021

May 28, 2021 01:48 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces the updated **July 27, 2021 lead plaintiff deadline** in the class action lawsuits filed on behalf of those who were unable to execute trades, sold, and/or purchased certain securities including American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG) (collectively, the "Affected Securities") on the Robinhood Trading Platform on or around January 28, 2021. The lawsuits variously seek to recover damages for those affected by Robinhood's alleged market manipulation in violation of Sections 9(a) and 10(b) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78i(a) and 78(j)(b), and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission (17 C.F.R. § 240.10b-5)).

The lawsuits are consolidated into the multidistrict litigation, *In re January 2021 Short Squeeze Trading Litigation*, 1:21-md-02989, pending before the Honorable Cecilia M. Altonaga in the United States District Court for the Southern District of Florida. Investors who wish to contact the court for copies of the complaints can contact the Clerk's office at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128 or call (305) 523-5100. This notice is disseminated pursuant to Judge Altonaga's Order signed on May 17, 2021. You may also contact your own counsel for copies of the complaints or the Rosen Law Firm below.

The relevant securities actions consolidated in the multidistrict litigation in the Southern District of Florida are individually styled as: *Daniels v. Robinhood Financial, LLC, et al.*, No. 21-cv-21261; *Days v. Robinhood Markets, Inc., et al.*, No. 21-cv-21310; *Lagmanson, et al. v. Robinhood Markets, Inc., et al.*, No. 21-cv-21298; *Gossett, et al. v. Robinhood Financial, LLC, et al.*, No. 21-cv-21293; *Muncy v. Robinhood Securities, LLC, et al.*, No. 21-cv-21307; *Krumenacker v. Robinhood Financial LLC, et al.*, No. 21-cv-21343; *Quat, et al. v. Robinhood Financial, LLC, et al.*, No. 21-cv-21404; and *Best, et al. v. Robinhood Financial, LLC, et al.*, No. 21-cv-21534. These actions assert largely similar allegations but are brought on behalf of different classes and include different securities. We urge investors to review the different complaints and classes.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU ARE NOT REQUIRED TO RETAIN COUNSEL. YOU MAY REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF OR RETAINING COUNSEL AT THIS TIME.

According to the lawsuits, Robinhood engaged in illegal market manipulation by restricting trading of some or all of the Affected Securities. The manipulation depressed the value of the Affected Securities causing substantial losses to investors. On the other hand, the alleged manipulation bestowed significant benefits to those who had short positions on the Affected Securities, including hedge funds.

pursuant to the Private Securities Litigation Reform Act of 1995 [15 U.S.C. § 78u-4(a)(3)(A)(i)]. If you wish to serve as **lead plaintiff, you must move the Court no later than July 27, 2021**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation

To discuss your rights or interests regarding this class action, you are free to consult counsel of your choosing.

You may also contact Phillip Kim, Esq. of the Rosen Law Firm toll-free at 866-767-3653 or via email pkim@rosenlegal.com or cases@rosenlegal.com or to join the Robinhood class action, go to http://www.rosenlegal.com/cases-register-2029.html

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors. Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com

## #Hashtags

#NOK   #EXPR   #GME   #NAKD   #AMC   #TR   #KOSS   #Robinhood   #BB

#SNDL   #BBBY   #AAL   #TRVG