# EXHIBIT 3

**Robinhood (AAL, AMC, BB, BBBY, GME, EXPR, KOSS, NAKD, NOK, SNDL, TR, TRVG) Loss Chart**
**Sales on or after January 28, 2021**

| Name | Security | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blue Laine-Beveridge | AMC | 1/20/2021 | 3,275 | ($3.05) | ($9,988.75) | 2/3/2021 | 15,000 | $8.34 | $125,100.00 | | | |
| | AMC | 1/22/2021 | 5,573 | ($3.58) | ($19,951.34) | 6/15/2021 | 18 | $58.85 | $1,059.30 | | | |
| | AMC | 1/27/2021 | 6,000 | ($15.89) | ($95,340.00) | 6/15/2021 | 360 | $59.05 | $21,258.00 | | | |
| | AMC | 1/27/2021 | 530 | ($18.29) | ($9,693.70) | | | | | | | |
| | AMC TOTAL | | 15,378 | | ($134,973.79) | | 15,378 | | $147,417.30 | 0 | $0.00 | $12,443.51 |
| | NOK | 1/27/2021 | 15,000 | ($6.72) | ($100,800.00) | 2/22/2021 | 35,000 | $4.00 | $140,000.00 | | | |
| | NOK | 1/27/2021 | 6,900 | ($6.82) | ($47,058.00) | 3/9/2021 | 3,000 | $3.99 | $11,970.00 | | | |
| | NOK | 1/27/2021 | 9,100 | ($6.98) | ($63,518.00) | 3/9/2021 | 6,500 | $3.99 | $25,935.00 | | | |
| | NOK | 1/27/2021 | 350 | ($6.92) | ($2,422.00) | 4/14/2021 | 250 | $4.12 | $1,030.00 | | | |
| | NOK | 1/27/2021 | 13,400 | ($7.46) | ($99,964.00) | | | | | | | |
| | NOK TOTAL | | 44,750 | | ($313,762.00) | | 44,750 | | $178,935.00 | 0 | $0.00 | ($134,827.00) |
| | **TOTAL** | | **60,128** | | **($448,735.79)** | | **60,128** | | **$326,352.30** | **0** | **$0.00** | **($122,383.49)** |