UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Federal Securities Actions

## ORDER

**THIS CAUSE** came before the Court upon the Motion of Movants Abe Kurdi and Teodoro Russell Pueyrredon [ECF No. 365] and the Motion of Movant Blue Laine-Beveridge to: (1) Appoint Lead Plaintiff; and (2) Approve Selection of Lead Counsel [ECF No. 366], in accordance with the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B). To better manage the orderly progress of the case, it is

**ORDERED AND ADJUDGED** that, pursuant to Local Rule 7.1(c)(1), any responses in opposition to those motions shall be filed on or before **August 10, 2021**, and replies are due on or before **August 17, 2021**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of July, 2021.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record;
      *Pro Se* Plaintiffs