UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/TORRES

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____ /

This Document Relates to
ALL ANTITRUST ACTIONS

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned, Michael P. Matthews, Esq., of the law firm of Foley & Lardner LLP, as counsel for Defendant SoFi Securities LLC in this proceeding. All future pleadings, hearing notices, motions, correspondence, and other documents pertaining to this litigation should be directed to the undersigned as counsel for Defendant SoFi Securities LLC.

Dated: August 6, 2021

Respectfully submitted,

FOLEY & LARDNER LLP
Michael P. Matthews
Florida Bar No. 63988
mmatthews@foley.com
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Telephone: (813) 225-4131

By: */s/ Michael P. Matthews*
    Michael P. Matthews
    *Counsel for Defendant SoFi Securities LLC*

4829-9436-5429