AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-md-02989-CMA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Electronic Transaction Clearing, Inc.
was received by me on *(date)* 07/30/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lyanne Gares, Litigation Management Services Ldr. , who is designated by law to accept service of process on behalf of *(name of organization)* The Company Corporation, 251 Little Falls Dr., Wilmington, DE 19808 at 3:22PM (EDT) on *(date)* 07/30/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/30/2021

*Server's signature*
Sharlene Brooks, Process Server
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

*Plaintiff(s)*

v.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 21-2989-MDL-ALTONAGA/Torres

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Electronic Transaction Clearing, Inc., c/o The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2021



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts