# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT STATE OF FLORIDA SOUTHERN DISTRICT  DOC/INDEX# 21-2989-MDL-ALTONAGA/TORRES  Purchased 7/27/2021

IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

SoFi SECURITIES, LLC C/O CORPORATION SERVICE COMPANY

**PLAINTIFF / PETITIONER ATTORNEY** JOSEPH R. SAVERI LAW FIRM, INC

**DEFENDANT / RESPONDENT**

I, ANGELA ROY, being first duly sworn, deposes and says: that I reside in the State of New York and that I am over the age of 18 years and not a party to this action and that within the boundaries of the state where services were effected, I was authorized by law to perform said service. "DEPONENT HAS NO DIRECT OR PERSONAL INTEREST IN THE MATTER"

**PAPER TYPE** SUMMONS IN A CIVIL ACTION; CONSOLIDATED CLASS ACTION COMPLAINT; CLAIMS FOR RELIEF COUNT ONE, CONSPIRACY TO RESTRAIN TRADE IN VIOLATION OF SECTION 1 OF THE SHERMAN ACT 15 U.S.C. 1; JURY TRIAL DEMANDED

**Service:** I served SoFi SECURITIES, LLC C/O CORPORATION SERVICE COMPANY
Name Of Person/Entity Being Served
**Person Served** "John Doe" Name refused, Authorized Agent of CSC.
**On** 8/2/21 at 8:45 AM
○ Residence  ● Business  80 STATE STREET, ALBANY, NY, 12207-2543
Address  City / State / Zip

Thereafter copies of the documents were mailed by prepaid First Class Mail ON: 7/29/2021

**Manner of Service:**
Personal: By personally delivering copies
Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
● Service at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person who stated he/she was authorized to accept service of the process.
Posting: By posting in a conspicuous manner to the front door of the person/entity being served.

**"X" if Applies FOR MILITARY & NON-SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or of the State New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State of of the United States as that term is defined in either the State or Federal Statutes. A check of the Department of Defense Manpower Data Center revealed negative results.

Non-Service: after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

"X" if Applies
Unknown At Address    Moved, Left No Forwarding    Service Cancelled By Litigant
Unable To Serve In A Timely Fashion    Address Does Not Exist    Other

Service Attempts: Service was attempted on (1) (2) (3) (4) (5) (6)

**DESCRIPTION:** Sex M  Race White  Age 35  Height 5'11"  Weight 200lb.  Hair Brown
"X" if Applies  Mustache  Beard  Glasses  Tattoo(s)  OTHER

Subscribed and Sworn to before me this 8/2/21

BRADLEY J. ROY
Notary Public, State of New York
Qualified in Albany Co., No. 01RO6242471
Commission Expires May 31, 2023

ANGELA ROY

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION )
)
*Plaintiff(s)* )
v. ) Civil Action No. 21-2989-MDL-ALTONAGA/Torres
)
)
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SoFi Securities LLC, c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jul 27, 2021



Angela E. Noble
Clerk of Court

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts