IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 21-2989-MDL-ALTONAGA/TORRES

IN RE:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to

ALL ANTITRUST ACTIONS

_____

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of the undersigned, Ana Romes, Esq., of the law firm of Foley & Lardner LLP, as counsel for Defendant SoFi Securities LLC in this proceeding. All future pleadings, hearing notices, motions, correspondence, and other documents pertaining to this litigation should be directed to the undersigned as counsel for Defendant SoFi Securities LLC.

Dated:  August 16, 2021

Respectfully submitted,

**FOLEY & LARDNER LLP**
Michael P. Matthews
Florida Bar No. 63988
mmatthews@foley.com
Foley & Lardner LLP
Ana Romes, Esq.
Florida Bar No. 101179
aromes@foley.com
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131

By: */s/ Ana Romes*
　　　Ana Romes
　　　*Counsel for Defendant SoFi Securities LLC*

4822-7874-4054.1