**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to the Non-Federal Securities Actions

**PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF AN ORDER TO LIFT THE DISCOVERY STAY FOR LIMITED PURPOSE**

Plaintiffs in the non-federal securities actions ("Plaintiffs") by and through their undersigned counsel, respectfully move for the entry of an Order, in the form filed herewith, lifting the discovery stay for the limited purpose of issuing a subpoena pursuant to Fed. R. Civ. P. 45 ("Rule 45") commanding The Depository Trust & Clearing Corporation ("DTCC") to produce records within the scope of the Court's June 3, 2021 Order [ECF No. 323] (the "Motion").

**I.    FACTUAL AND PROCEDURAL HISTORY**

On June 3, 2021, the Court ordered that "[r]ecords already produced by Defendants to Congress and other government entities shall be produced to Plaintiffs upon request" and stayed all other discovery pending resolution of the forthcoming motions to dismiss. June 3, 2021 Order [ECF No. 323], at 2. That same day, Plaintiffs requested that Defendants, including DTCC, produce records to Plaintiffs consistent with the Court's June 3, 2021 Order. DTCC asserted immunity from party discovery until a ruling on its anticipated motion to dismiss raising its immunity defense and declined to produce any records to Plaintiffs. Plaintiffs and DTCC met and conferred in good faith but were unable to resolve the issue.

On July 27, 2021, Plaintiffs in the Antitrust Tranche, the Robinhood Tranche and the Other Broker Dealer Tranche filed their respective consolidated class action complaints, neither of which name DTCC as a party. [ECF Nos. 358, 359]. As a result, DTCC is no longer a party to this multidistrict litigation.

## II.   ARGUMENT

Given that DTCC is no longer a party, the immunity from party discovery that DTCC previously asserted is no longer at issue. As such, Plaintiffs respectfully request an Order lifting the discovery stay to allow Plaintiffs to issue a Rule 45 subpoena to DTCC commanding the production of records that were ordered to be produced pursuant to the Court's June 3, 2021 Order [ECF No. 323].

DTCC has informed Plaintiffs that it takes no position with respect to the instant motion nor does DTCC take a position with respect to a lift of the discovery stay. In other words, DTCC does not object to Plaintiffs issuing non-party document discovery as to DTCC, while reserving all rights under the Federal Rules of Civil Procedure with respect to that discovery. Correspondingly, Plaintiffs reserve all rights with respect to that discovery as well.

Further, Plaintiffs' request is limited to the materials the Court has ordered to be produced by the parties to the litigation. Plaintiffs seek to lift the discovery stay solely to issue a Rule 45 subpoena commanding the production of documents from DTCC within the scope of the Court's June 3, 2021 Order [ECF No. 323].

## III.   CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request the entry of an Order lifting the discovery stay for the limited purpose of issuing a Rule 45 subpoena commanding DTCC to produce records within the scope of the Court's June 3, 2021 Order [ECF No. 323].

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A) and (B), Plaintiffs' Co-Lead Counsel for the Antitrust Tranche hereby certifies that on August 10, 2021, and August 13, 2021, it attempted to confer via email with all counsel of record for Defendants and with counsel for non-party DTCC, who may be affected by the relief sought in this Motion. In a good faith effort to resolve the issues raised herein, Plaintiffs' Co-Lead Counsel for the Antitrust Tranche circulated drafts of this Motion and requested that counsel advise as to their client's position by 2:00 p.m. EST August 16, 2021. Counsel for Defendant SoFi Securities LLC and counsel for non-party DTCC responded that their clients take no position with respect to the requested relief. Counsel for the remaining Defendants did not respond or raise any opposition to the Motion.

Dated: August 17, 2021

Respectfully submitted,

*/s/ Joseph R. Saveri*
**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (CA SBN 130064)
Steven N. Williams (CA SBN 175489)
Anupama K. Reddy (CA SBN 324873)
Christopher K.L Young (CA SBN 318371)
601 California Street, Suite 1000
San Francisco, CA 94108
Tel: (415) 500-6800
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
areddy@saverilawfirm.com
cyoung@saverilawfirm.com

*/s/ Frank R. Schirripa*
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
Frank Schirripa (NY SBN 4103750)
Kathryn Hettler (NY SBN 5126065)
Seth Pavsner (NY SBN 4969689)
Eugene Zaydfudim (NY SBN 5204334)
112 Madison Ave, 10th Floor
New York, New York 10016
Tel: (212) 213-8311
fschirripa@hrsclaw.com
khettler@hrsclaw.com
SPavsner@hrsclaw.com
ezaydfudim@hrsclaw.com

/s/ Peter Safirstein
**SAFIRSTEIN METCALF LLP**
Peter Safirstein (NY SBN 2044550)
1345 Avenue of the Americas, 2nd Floor
New York, NY 10105
Tel: (212) 201-5845
psafirstein@safirsteinmetcalf.com

/s/ Natalia Salas
**THE FERRARO LAW FIRM, P.A.**
Natalia M. Salas (FBN 44895)
James L. Ferraro (FBN 381659)
James Ferraro, Jr. (FBN 107494)
Bruce S. Rogow (FBN 067999)
Sean A. Burstyn (FBN 1028778)
600 Brickell Avenue, Suite 3800
Miami, FL 33131
Tel: (305) 375-0111
nms@ferrarolaw.com
jlf@ferrarolaw.com
jjr@ferrarolaw.com
bsr@ferrarolaw.com
sab@ferrarolaw.com

*Plaintiffs' Lead Counsel*

/s/ Rachel W. Furst
**GROSSMAN ROTH YAFFA COHEN, P.A.**
Rachel W. Furst (FBN 45155)
2525 Ponce de Leon Blvd., Ste 1150
Coral Gables, FL 33134-6040
Tel: 305-442-8666
rwf@grossmanroth.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 17, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system. I further certify that this motion was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

By: */s/ Rachel W. Furst*

Rachel Wagner Furst