UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Non-Federal Securities Actions

**[PROPOSED] ORDER LIFTING THE DISCOVERY STAY FOR LIMITED PURPOSE**

**THIS CAUSE** came before the Court upon Plaintiffs' Motion to Lift the Discovery Stay for the Limited Purpose of issuing The Depository Trust & Clearing Corporation ("DTCC") a subpoena pursuant to Fed. R. Civ. P. 45 ("Rule 45") commanding the production of records within the scope of the Court's June 3, 2021 Order [ECF No. 323] (the "Motion"). The Court having considered the Motion, finding good cause for the requested relief, and being otherwise duly advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that:

The stay of discovery in the non-federal securities actions is lifted for the limited purpose of allowing Plaintiffs to issue DTCC a Rule 45 subpoena commanding the production of records within the scope of the Court's June 3, 2021 Order [ECF No. 323].

**DONE AND ORDERED** in Miami, Florida, on this _____ day of _____, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record