UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Non-Federal Securities Actions

### ORDER LIFTING THE DISCOVERY STAY FOR LIMITED PURPOSE

**THIS CAUSE** came before the Court upon Plaintiffs' Motion and Memorandum of Law in Support of an Order to Lift the Discovery Stay for Limited Purpose [ECF No. 384]. The Court having considered the Motion, finding good cause for the requested relief, and being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The stay of discovery in the non-federal securities actions is lifted for the limited purpose of allowing Plaintiffs to issue DTCC a Rule 45 subpoena commanding the production of records within the scope of the Court's June 3, 2021 Order [ECF No. 323].

**DONE AND ORDERED** in Miami, Florida, this 17th day of August, 2021.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record