UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to:

ALL ANTITRUST ACTIONS

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE**, that Plaintiffs in the Antitrust Tranche, by and through their Counsel, hereby voluntarily dismiss Defendant, tastyworks, Inc. from this action *without prejudice* pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The dismissal is without costs to any party and this notice may be filed with the Clerk of the Court without further notice.

Dated: August 24, 2021

By: */s/ Joseph Saveri*
Joseph R. Saveri

By: */s/ Frank Schirripa*
Frank R. Schirripa

| | |
|---|---|
| Joseph R. Saveri (CA SBN 130064) | Frank Schirripa (NY SBN 4103750) |
| Steven N. Williams (CA SBN 175489) | Kathryn Hettler (NY SBN 5126065) |
| Christopher K.L. Young (CA SBN 318371) | Seth Pavsner (NY SBN 4969689) |
| Anupama K. Reddy (CA SBN 324873) | Eugene Zaydfudim (NY SBN 5204334) |
| **JOSEPH SAVERI LAW FIRM, LLP** | **HACH ROSE SCHIRRIPA & CHEVERIE LLP** |
| 601 California Street, Suite 1000 | 112 Madison Ave, 10th Floor |
| San Francisco, California 94108 | New York, New York 10016 |
| Telephone: (415) 500-6800 | Telephone: (212) 213-8311 |
| Facsimile: (415) 395-9940 | fschirripa@hrsclaw.com |
| jsaveri@saverilawfirm.com | khettler@hrsclaw.com |
| swilliams@saverilawfirm.com | spavsner@hrsclaw.com |
| cyoung@saverilawfirm.com | ezaydfudim@hrsclaw.com |
| areddy@saverilawfirm.com | |

*Co-lead Counsel for the Antitrust Tranche*