**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to:

ALL ANTITRUST ACTIONS

**ORDER**

**THIS CAUSE** came before the Court upon the Antitrust Tranche Plaintiffs' Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No. 391], filed on August 24, 2021. The Antitrust Tranche Plaintiffs seek to voluntarily dismiss Defendant, Ally Financial, Inc., from this action without prejudice. Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendant, Ally Financial, Inc., is dismissed without prejudice as to the above listed actions.

**DONE AND ORDERED** in Miami, Florida, this 24th day of August, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record; *pro se* Plaintiff(s)