# Exhibit 3



https://www.google.com/finance/quote/GME:NYSE?window=MAX (accessed on August 30, 2021)