# Exhibit 4



https://www.google.com/finance/quote/AMC:NYSE?window=1Y (accessed on August 30, 2021)