UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Non-Federal Securities Actions

### ORDER SETTING STATUS CONFERENCE

**THIS CAUSE** is set for a status conference on **September 23, 2021 at 8:30 a.m.** The conference will be held via video conference, with instructions to follow. The parties should be prepared to discuss case management and scheduling issues, particularly with respect to Plaintiffs' recently-filed Amended Consolidated Class Action Complaints [ECF Nos. 409, 410].

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**DONE AND ORDERED** in Miami, Florida, this 21st day of September, 2021.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record;
*Pro Se* Plaintiffs