UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to:

ALL ANTITRUST ACTIONS

**NOTICE OF STRIKING**

Plaintiffs herby submit this notice of striking in regard to ECF No. 411. This document was filed in error. Plaintiffs request ECF No. 411 be removed from the public docket. A correct version of the filing will follow soon hereafter.

| | |
|---|---|
| Respectfully Submitted, | Dated: September 22, 2021 |
| By: /s/ *Joseph R. Saveri* <br> Joseph R. Saveri | By: /s/ *Frank R. Schirripa* <br> Frank R. Schirripa |
| Joseph R. Saveri (CA SBN 130064) <br> Steven N. Williams (CA SBN 175489) <br> Christopher K.L. Young (CA SBN 318371) <br> Anupama K. Reddy (CA SBN 324873) <br> **JOSEPH SAVERI LAW FIRM, LLP** <br> 601 California Street, Suite 1000 <br> San Francisco, California 94108 <br> Telephone: (415) 500-6800 <br> Facsimile: (415) 395-9940 <br> jsaveri@saverilawfirm.com <br> swilliams@saverilawfirm.com <br> cyoung@saverilawfirm.com <br> areddy@saverilawfirm.com | Frank R. Schirripa (NY SBN 4103750) <br> Kathryn Hettler (NY SBN 5126065) <br> Seth Pavsner (NY SBN 4969689) <br> Eugene Zaydfudim (NY SBN 5204334) <br> **HACH ROSE SCHIRRIPA & CHEVERIE LLP** <br> 112 Madison Ave, 10th Floor <br> New York, New York 10016 <br> Tel: (212) 213-8311 <br> fschirripa@hrsclaw.com <br> khettler@hrsclaw.com <br> spavsner@hrsclaw.com <br> ezaydufim@hrsclaw.com |

*Co-Lead Counsel for the Antitrust Tranche*

1
