UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to the Non-Federal Securities Actions

**ORDER**

**THIS CAUSE** came before the Court at a September 23, 2021 Status Conference [ECF No. 417]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant Apex Clearing Corporation's Rule 12 Motion to Dismiss Plaintiffs' Consolidated Robinhood and Other Broker Tranche Class Action Complaint **[ECF No. 405]** and Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC's Motion to Dismiss the Robinhood Tranche Complaint **[ECF No. 406]** are **DENIED as moot.**

2. With respect to the Robinhood and Other Broker Tranches, the parties shall adhere to the following amended briefing schedule:

   a. Defendants in each Tranche shall file a joint motion to dismiss on or before **October 15, 2021**; the two motions shall be no more than 50 pages each.

   b. Plaintiffs' responses in opposition to Defendants' joint motions to dismiss shall be filed by **November 5, 2021** and shall be no more than 50 pages each.

CASE NO. 21-2989-MDL-ALTONAGA/Torres

        c. Defendants' replies to Plaintiffs' responses shall be filed by **November 19, 2021** and shall be no more than 30 pages each.

3. With respect to the Antitrust Tranche, Defendants' reply remains due on **October 5, 2021**.

4. These deadlines do not apply to the federal securities actions. The Court will issue a separate scheduling order to govern the master complaint and briefing schedule for the federal securities actions following appointment of Lead Plaintiff(s) and Lead Counsel in accordance with the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B).

**DONE AND ORDERED** in Miami, Florida, this 23rd day of September, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record;
*Pro Se* Plaintiffs

2