SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

FILED BY __PG__ D.C.

OCT 21 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Rebecca A. Peterson__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __California and Minnesota__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name  Rebecca A. Peterson
State Bar Number  241858 (CA); 392663 (MN)
Firm Name  Lockridge Grindal Nauen P.L.L.P.
Mailing Address  100 Washington Ave. S., Suite 2200, Minneapolis, MN 55401
Telephone Number  612-339-6900
Email Address  rapeterson@locklaw.com

Attorney Signature: /s/  Date: 10-20-21

Align top of FedEx Express® shipping label here.

ORIGIN ID:GPZA (612) 596-4062
BARBARA GILLES
LOCKRIDGE GRINDAL NAUEN
100 WASHINGTON AVENUE SOUTH
SUITE 2200
MINNEAPOLIS, MN 55401
UNITED STATES US

SHIP DATE: 19OCT21
ACTWGT: 1.00 LB
CAD: 109088162/INET4400

BILL SENDER

TO CLERK OF COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVE.

MIAMI FL 33128
(305) 523-5100
INV:
PO:

REF: 07664-0002

DEPT:

56DJ3/14BA/FE4A

FedEx Express

E

J212021070581uv

FedEx

TRK# 0201 2851 1490 6154

WED - 20 OCT 4:30P
THU - 21 OCT AA
STANDARD OVERNIGHT

XH MPBA

33128
FL-US
MIA

381@217 20Oct2021 MICA 56DG3/14BA/1B23

