SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY **PG** D.C.

OCT 21 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, _____Robin Bronzaft Howald_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of _____New York and California_____.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

      Name                 Robin Bronzaft Howald
      State Bar Number  2682953 (NY), 110280 (CA)
      Firm Name        The Rosen Law Firm, P.A.
      Mailing Address   275 Madison Avenue, 40th Floor, New York, NY 10016
      Telephone Number (212) 686-1060
      Email Address     rhowald@rosenlegal.com

Attorney Signature: __Robin Bronzaft Howald__     Date: __Oct 20, 2021__

ORIGIN ID:JRAA (212) 686-1060 SHIP DATE: 20OCT21
JACOB A. ROSEN CAD: 100245897/INET4400
THE ROSEN LAW FIRM, P.A.
275 MADISON AVE
FL 40
NEW YORK, NY 10016
UNITED STATES US

BILL SENDER

TO **MDL CLERK**
**USDC SOUTHERN DISTRICT OF FL**
**400 NORTH MIAMI AVENUE**

**MIAMI FL 33128**
(212) 686-1060          REF: ROBINHOOD
INV:
PO:                     DEPT




THU - 21 OCT 10:30A
TRK# 7749 8050 5855    **PRIORITY OVERNIGHT**
0201

**XH MPBA**           33128
                FL-US  MIA

