SCHEDULE B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___PG___ D.C.

OCT 21 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING REGARDING
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, __Robert K. Shelquist__, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of __Minnesota__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name | Robert K. Shelquist |
| State Bar Number | 21310X |
| Firm Name | Lockridge Grindal Nauen P.L.L.P. |
| Mailing Address | 100 Washington Ave. S., Suite 2200, Minneapolis, MN 55401 |
| Telephone Number | 612-339-6900 |
| Email Address | rkshelquist@locklaw.com |

Attorney Signature: [signature]         Date: Oct 19, 2021

Align top of FedEx Express® shipping label here.

ORIGIN ID:GPZA (612) 596-4062
BARBARA GILLES
LOCKRIDGE GRINDAL NAUEN
100 WASHINGTON AVENUE SOUTH
SUITE 2200
MINNEAPOLIS, MN 55401
UNITED STATES US

SHIP DATE: 19OCT21
ACTWGT: 1.00 LB
CAD: 109088162/INET4400

BILL SENDER

TO CLERK OF COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVE.

MIAMI FL 33128
(305) 523-5100
INV:
PO:
REF: 07664-0002
DEPT:

56DJ3/14BA/FE4A

FedEx Express

E

FedEx
TRK# 0201 2851 1490 6154

WED 20 OCT 4:30P
THU - 21 OCT AA
STANDARD OVERNIGHT

XH MPBA

33128
FL-US
MIA

3810217 20Oct2021 MICA 56DG3/14BA/1823

