**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 21-2989-MDL-ALTONAGA/TORRES**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

**MOTION TO WITHDRAW APPEARANCE**

     Pursuant to Local Rule 11.1(d)(3), I, Janet Jones-Duffey, hereby move this Court for an order granting permission to withdraw my appearance as counsel for Defendants, E*TRADE Securities LLC, E*TRADE Financial Corporation, E*TRADE Financial Holdings, LLC, and Morgan Stanley Smith Barney LLC, as I no longer represent these Defendants in this MDL and should be removed from the Court's service list with respect to the above-captioned action. Attorney Brian S. Weinstein of Davis Polk & Wardwell LLP and local counsel Peter W. Homer of HomerBonner, among other attorneys, have an appearance on behalf of the above-referenced Defendants, and are familiar with this matter, the posture of the case, and its current status on the calendar.

     By way of this filing, the undersigned respectfully requests the Court to issue an order granting this motion to withdraw appearance.

   .

Date: October 22, 2021    Respectfully submitted,

/s/ Janet Jones-Duffey

Janet Jones-Duffey
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5972
brian.weinstein@davispolk.com
gina.cora@davispolk.com
janet.jones-duffey@davispolk.com

*Counsel for Defendants E*TRADE Securities LLC and E*TRADE Financial Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Peter W. Homer

Peter W. Homer