**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 21-2989-MDL-ALTONAGA/TORRES

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

**[PROPOSED] ORDER**

    **THIS CAUSE** came before the Court upon the Motion of Attorney Janet Jones-Duffey to Withdraw Appearance [ECF No. ___ ] as counsel for Defendants, E*TRADE Securities LLC, E*TRADE Financial Corporation, E*TRADE Financial Holdings, LLC, and Morgan Stanley Smith Barney LLC. Being fully advised, it is

    **ORDERED AND ADJUDGED** that the Motion to Withdraw Appearance is **GRANTED**. Janet Jones-Duffey's *pro hac vice* appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida, this ___ day of _____, 2021.

                                                            **CECILIA M. ALTONAGA**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record.