UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

## ORDER

**THIS CAUSE** came before the Court upon Attorney Janet Jones-Duffey's Motion to Withdraw Appearance [ECF No. 426]. Ms. Jones-Duffey seeks to withdraw her appearance as counsel for Defendants, E*TRADE Securities LLC, E*TRADE Financial Corporation, E*TRADE Financial Holdings, LLC, and Morgan Stanley Smith Barney LLC. Ms. Jones-Duffey advises she no longer represents these Defendants in the MDL, but that Attorney Brian S. Weinstein of Davis Polk & Wardwell LLP and local counsel Peter W. Homer of HomerBonner will continue to represent the cited Defendants in this matter. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of October, 2021.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record