**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

**This Document Relates to the Federal Securities Action**

**JOINT STATUS REPORT AND [PROPOSED] SCHEDULING ORDER**

WHEREAS, on October 15, 2021, the Court entered an Order appointing Blue Laine-Beveridge as Lead Plaintiff and approving the selection of The Rosen Law Firm, P.A. as Lead Counsel in the Federal Securities Tranche (ECF No. 420) (the "Lead Plaintiff Order");

WHEREAS, the Court's Lead Plaintiff Order required Lead Counsel in the Federal Securities Tranche to confer and file a joint status report on or before October 22, 2021, "proposing procedural and/or other next steps the Court should take to ensure the just and efficient disposition of the federal securities cases in this MDL" (ECF No. 420);

WHEREAS, Lead Counsel has conferred with counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC (together, "Robinhood");

NOW, THEREFORE, Lead Counsel and Counsel for Robinhood hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1. Lead Plaintiff shall file an amended complaint on or before November 30, 2021.

2. Robinhood shall move to dismiss, answer or otherwise respond to Lead Plaintiff's amended complaint on or before January 7, 2022.

3. If Robinhood moves to dismiss the amended complaint, Lead Plaintiff shall file his

opposition to the motion to dismiss on or before February 4, 2022, and Robinhood shall file its reply brief in support of its motion to dismiss on or before February 18, 2022.

Respectfully submitted,

/s/ Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (FBN 0182877)
Phillip Kim, Esq.
Robin Howald, Esq.
Erica Stone, Esq.
Michael Cohen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
rhowald@rosenlegal.com
estone@rosenlegal.com
mcohen@rosenlegal.com

  *Counsel for Lead Plaintiff*

/s/ Samuel A. Danon
**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
Gustavo Javier Membiela (FBN 513555)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2 Avenue, Suite 2400 Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@huntonak.com
gmembiela@huntonak.com
mcastellanos@hunton.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC*

**SO ORDERED** this ___ day of _____, 2021.

_____
**The Honorable Cecilia M. Altonaga
Chief United States District Judge**