UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to the Federal Securities Actions

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Status Report [ECF No. 428], filed on October 22, 2021. The parties met and conferred regarding "propos[ed] procedural and other next steps the Court should take to ensure the just and efficient disposition of the federal securities cases in this MDL[.]" (Joint Status Report 1 (alterations added; quotation marks and citation omitted)). The parties have jointly proposed deadlines for the filing of a master complaint and a briefing schedule for Defendants' anticipated motion to dismiss with respect to the Federal Securities Tranche. (*See generally id.*). The Court has considered the parties' positions and, being fully advised, directs the parties to adhere to the following schedule:

1. The Lead Plaintiff shall file a master complaint on or before **November 30, 2021**.

2. Defendants shall file responses to the Lead Plaintiff's master complaint on or before **January 7, 2022**. If Defendants file a motion to dismiss, it shall be a combined motion that shall not exceed 40 pages.

3. If Defendants file a motion to dismiss, the Lead Plaintiff's response in opposition shall be filed by **January 28, 2022** and shall be no more than 40 pages.

4. Defendants' reply to Lead Plaintiff's response shall be filed by **February 11, 2022** and shall be no more than 20 pages.

CASE NO. 21-2989-MDL-ALTONAGA/Torres

5. Proposed case management orders concerning (1) privileged material, (2) the production of electronically stored information, and (3) a protective order governing confidential information and materials shall be filed by **November 23, 2021**.

**DONE AND ORDERED** in Miami, Florida, this 25th day of October, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record;
*Pro Se* Plaintiffs