SCHEDULE B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.
OCT 26 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

## CERTIFICATE OF UNDERSTANDING REGARDING
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, _Alexander N. Loftus_____, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of _Illinois__.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable Cecilia M. Altonaga and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall file a notice of such change in the MDL action, and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

    Name : Alexander N. Loftus
    State Bar Number : 6303484
    Firm Name : Loftus & Eisenberg, LTD.
    Mailing Address: 161 N. Clark, Suite 1600
    Telephone Number: 312-772-5396
    Email Address : alex@loftusandeisenberg.com

Attorney Signature: _____          Date: _10-19-21_



BUSINESS TRIAL LAWYERS

161 North Clark Street
Suite 1600
Chicago, Illinois 60601

LoftusandEisenberg.com

Office: 312.899.6625

DIRECT DIAL
312.576.0898
alex@loftusandeisenberg.com

October 19, 2021

Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

Re:   *JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION* CASE NO. 21-2989-MDL

To Whom It May Concern:

Enclosed please find my executed Certificate of Understanding for filing in the above captioned matter.

Very truly yours,

Alexander N. Loftus

Loftus & Eisenberg, Ltd
161 N. Clark, Suite 1600
Chicago, Illinois 60601

CAROL STREAM IL 601
20 OCT 2021 PM 9 L



33126-180549

Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, FL 33128

USMS
INSPECTED   RECEIVED



OCT 26 2021
12:01 PM