**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to:

ALL ANTITRUST ACTIONS

**ORDER**

**THIS CAUSE** came before the Court on the Antitrust Plaintiffs' Motion to Strike Defendant Citadel Securities LLC's Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss the Antitrust Tranche Complaint [ECF No. 433], filed on November 4, 2021. Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . .  At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

*Id*. (alterations and emphasis added).  The Rule further states that "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction . . . ." *Id.* (alterations added).  The Antitrust Plaintiffs have failed to certify that they conferred or made reasonable efforts to confer with Defendant.  Therefore, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 433]** is **DENIED WITHOUT PREJUDICE**.

CASE NO. 21-2989-MDL-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 5th day of November, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:  counsel of record