# EXHIBIT 1

| From: | rcrain@dtcc.com [rcrain@dtcc.com] |
|---|---|
| Sent: | 1/28/2021 11:39:42 AM |
| To: | cjonesii@dtcc.com; dparady@dtcc.com; tsoftye@dtcc.com |
| Subject: | Conversation #55800850 |

| Sent Time (PST) | Network Message ID | From | Message |
|---|---|---|---|
| 2021-01-28T08:39:42-0800 | | | Conversation started. |
| 2021-01-28T08:39:42-0800 | | rcrain@dtcc.com | Joined conversation. |
| 2021-01-28T08:39:42-0800 | | tsoftye@dtcc.com | Joined conversation. |
| 2021-01-28T08:39:45-0800 | | dparady@dtcc.com | Joined conversation. |
| 2021-01-28T08:39:56-0800 | | cjonesii@dtcc.com | Joined conversation. |
| 2021-01-28T08:39:59-0800 | | tsoftye@dtcc.com | hello |
| 2021-01-28T08:40:38-0800 | | tsoftye@dtcc.com | opened a group chat w Dong, Calvin and Robert |
| 2021-01-28T08:40:49-0800 | | cjonesii@dtcc.com | hello |
| 2021-01-28T08:40:52-0800 | | dparady@dtcc.com | hello |
| 2021-01-28T08:41:29-0800 | | tsoftye@dtcc.com | Apex exposure i going down |
| 2021-01-28T08:46:50-0800 | | rcrain@dtcc.com | are we ready to speak with robinhood |
| 2021-01-28T08:47:14-0800 | | rcrain@dtcc.com | i know there is a call at 1:30 but seems they want to speak now |
| 2021-01-28T08:47:32-0800 | | rcrain@dtcc.com | For Apex, there is a call taking place now with senior management |
| 2021-01-28T08:47:43-0800 | | rcrain@dtcc.com | all C-suite |
| 2021-01-28T08:48:08-0800 | | dparady@dtcc.com | ok got it, thank you for the update. we'll monitor apex |
| 2021-01-28T08:54:40-0800 | | tsoftye@dtcc.com | providing TC w detail on Apex |
| 2021-01-28T08:55:45-0800 | | tsoftye@dtcc.com | TH |
| 2021-01-28T08:56:29-0800 | | rcrain@dtcc.com | I will call Zach at Robinhood |
| 2021-01-28T09:08:07-0800 | | tsoftye@dtcc.com | i am on with Robinhood |
| 2021-01-28T09:23:10-0800 | | cjonesii@dtcc.com | Left conversation. |

| | | |
|---|---|---|
| 2021-01-28T09:23:10-0800 | **dparady@dtcc.com** | Left conversation. |
| 2021-01-28T09:23:10-0800 | **tsoftye@dtcc.com** | Left conversation. |
| 2021-01-28T09:23:10-0800 | | Conversation ended. |

CONFIDENTIAL
DTCC_MDL_00000327