# EXHIBIT 2

 William Capuzzi 



## William Capuzzi

CEO Apex; Partner PEAK6; Husband & Father of 4

New York City Metropolitan Area · 500+ connections

Join to Connect

## About

I am proud to run a company that offers digital clearing and custody to Fintech disrupters, global banks, RIAs and others advisory firms, online trading platforms, community banks, and credit unions. But here's what I'd really like you to know about me: When I boot up my laptop every morning, it's not just to grow earnings.

I come to work to change the world.

Sounds pretentious, I know, but I mean this from the heart: I am privileged to be in the right place (in the middle of Fintech world), at the right time (the dawn of digitization), and working with the right people (brilliant and devoted), to make a difference to millions of investors. All of which is possible because I am stationed at the right lever of investing's massive machinery: operations. In equipping firms built on manual processes to enter an all-digital future, my teammates and I allow them to create the streamlined financial experiences that rising generations of investors will demand.

My measure of personal success uses the same expansive metric: It's not the size of my bank account that nourishes my self-esteem – it's the number of those for whom I've made a difference in some way.

Beyond the office (which today means upstairs) I am a grateful husband, devoted father of four, and longtime triathlete with a couple of Ironman races under my belt. What book would I want with me if I was stranded on a desert island? The same one that sits on my nightstand: Greg McKeown's Essentialism. At a time when many of us commit reflexively to doing more – taking more meetings, mentoring more people, sitting on more boards, etc. – this brilliant volume celebrates "the disciplined pursuit of less."




William Capuzzi

Words to live by.

## View William's full profile

- See who you know in common
- Get introduced
- Contact William directly

Join to view full profile



1 other named William Capuzzi is on LinkedIn

See others named **William Capuzzi**

## Add new skills with these courses

 Behavioral Finance Foundations

 Managing Your Personal Investments

 Finance Foundations: Risk Management

See all courses

## William's public profile badge

Include this LinkedIn profile on other websites

 William Capuzzi
CEO Apex; Partner PEAK6; Husband & Father of 4



William Capuzzi



View profile badges

LinkedIn © 2021

| | |
|---|---|
| Accessibility | About |
| Privacy Policy | User Agreement |
| Copyright Policy | Cookie Policy |
| Guest Controls | Brand Policy |
| Language | Community Guidelines |