# EXHIBIT 3

    

| | Home | My Network | Jobs |

 **William Brennan**
Chief Administrative Officer at Apex Clearing Corporation

More | Message

# William Brennan · 3rd

Chief Administrative Officer at Apex Clearing Corporation

- Apex Clearing Corporation
- University of Illinois at Urbana-Champaign

Summit, New Jersey, United States · Contact info

**500+** connections

Message | More

## About

C-level financial services executive with broad management experience in the financial services industry. Successful in helping clients by empowering innovation. Leverage leadership, vision, and business acumen to build high performing business

## Activity

900 followers

 **Well done. Great turnout!**
William commented

 **Collaborative, passionate and motivated. These are a few traits**

  

Home   My Network   Jobs

 **William Brennan**
Chief Administrative Officer at Apex Clearing Corporation

More   Message

we look for in each of our employees. Sound like a good fit?…

William shared this

5 Reactions

Don't miss out on a great opportunity. We're growing and searching for extraordinary individuals to join our team. Visit…

William shared this

10 Reactions

See all activity

## Experience

**Apex Clearing Corporation**
5 yrs 7 mos

**Chief Administrative Officer**
Sep 2019 – Present · 2 yrs 3 mos
Greater New York City Area

**Chief Operating Officer & Chief Financial Officer**
May 2016 – Present · 5 yrs 7 mos
Dallas, TX

**Chief Operating Officer**
Prophecy Asset Management, L.P.
Jul 2014 – Apr 2016 · 1 yr 10 mos
Greater New York City Area

 **Managing Director**
Goldman Sachs Execution and Clearing
2008 – 2012 · 4 yrs
New York and London

 **Goldman Sachs Execution and Clearing**
7 yrs

 

 **William Brennan**
Chief Administrative Officer at Apex Clearing Corporation

More   Message

2000 – 2004 · 4 yrs

 **Senior Vice President & Treasurer of Man Financial, Inc**
ED&F Man
1994 – 1999 · 5 yrs
Greater Chicago Area

## Education

 **University of Illinois at Urbana-Champaign**
Bachelor of Science (B.S.), Accounting

Passed Illinois CPA Exam

**IIT - Chicago Kent College of Law**
Doctor of Law (J.D.)

Passed Illinois Bar Examination

## Skills & endorsements

**Hedge Funds** · 31

Endorsed by **Steve Fuchs and 3 others who are highly skilled at this**

**Accounting** · 24

**Ravi M. and 23 connections** have given endorsements for this skill

**Business Development** · 16

**Ravi M. and 15 connections** have given endorsements for this skill