**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to the Antitrust Actions

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED**
**MOTION FOR EXTENSION OF TIME**

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Extension of Time [ECF No. 444], filed on November 29, 2021.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Motion [ECF No. 444] is **GRANTED**. The deadline for Plaintiffs to file an amended complaint in the Antitrust Tranche of this Multidistrict Litigation is hereby extended to January 20, 2022.

**DONE AND ORDERED** in Miami, Florida, this _____ day of November, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record
    *pro se* Plaintiffs