UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

This Document Relates to the Antitrust Actions

## ORDER

**THIS CAUSE** came before the Court on the Antitrust Plaintiffs' Unopposed Motion for Extension of Time [ECF No. 444], filed on November 29, 2021.  On November 17, 2021, the Court granted Defendants' Motion to Dismiss the Antitrust Tranche Complaint [ECF No. 408] and set a December 20, 2021 deadline for Plaintiffs to file their final amended complaint.  (*See* Order [ECF No. 438] 50).  The Antitrust Plaintiffs now seek a 30-day extension of time to file their amended complaint because co-lead counsel, the Joseph Saveri Law Firm, is engaged in a four-week trial that began on November 29, 2021.  (*See* Mot. 1).  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 444]** is **GRANTED**.  Plaintiffs shall file their amended complaint in the Antitrust Tranche by **January 20, 2022**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of November, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:  counsel of record
     *pro se* Plaintiffs