# Exhibit A

## CERTIFICATION

Abraham Huacuja (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A..

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____  11/29/2021

_____
629FD8A3A937489...
Abraham Huacuja

## SCHEDULE A

### ABRAHAM HUACUJA

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| AMC | 1/27/2021 | 1,000 | ($19.09) | AMC | 1/28/2021 | 71 | $13.00 |
| AMC | 1/27/2021 | 15 | ($18.24) | AMC | 1/28/2021 | 100 | $13.00 |
| AMC | 1/27/2021 | 105 | ($17.86) | AMC | 1/28/2021 | 45 | $13.00 |
| AMC | 1/27/2021 | 100 | ($17.85) | AMC | 1/28/2021 | 100 | $13.00 |
| AMC | 1/27/2021 | 100 | ($17.85) | AMC | 1/28/2021 | 30 | $13.00 |
| AMC | 1/27/2021 | 100 | ($17.85) | AMC | 1/28/2021 | 40 | $13.00 |
| AMC | 1/27/2021 | 100 | ($17.85) | AMC | 1/28/2021 | 25 | $13.00 |
| AMC | 1/27/2021 | 300 | ($17.85) | AMC | 1/28/2021 | 6 | $13.00 |
| AMC | 1/27/2021 | 95 | ($17.85) | AMC | 1/28/2021 | 6 | $13.00 |
| AMC | 1/27/2021 | 150 | ($16.35) | AMC | 1/28/2021 | 600 | $13.00 |
| AMC | 1/27/2021 | 5 | ($16.25) | AMC | 1/28/2021 | 15 | $13.00 |
| AMC | 1/27/2021 | 50 | ($16.35) | AMC | 1/28/2021 | 12 | $13.00 |
| AMC | 1/27/2021 | 1 | ($15.25) | AMC | 1/28/2021 | 250 | $13.00 |
| AMC | 1/27/2021 | 9 | ($15.39) | AMC | 1/28/2021 | 25 | $13.00 |
| AMC | 1/27/2021 | 70 | ($15.15) | AMC | 1/28/2021 | 22 | $13.00 |
| NOK | 1/27/2021 | 100 | ($7.68) | AMC | 1/28/2021 | 15 | $13.00 |
| NOK | 1/27/2021 | 100 | ($7.68) | AMC | 1/28/2021 | 27 | $13.00 |
| NOK | 1/27/2021 | 1,000 | ($7.53) | AMC | 1/28/2021 | 100 | $13.00 |
| NOK | 1/27/2021 | 774 | ($7.27) | AMC | 1/28/2021 | 3 | $13.00 |
| NOK | 1/27/2021 | 100 | ($7.27) | AMC | 1/28/2021 | 708 | $13.00 |
| NOK | 1/27/2021 | 51 | ($7.27) | NOK | 1/28/2021 | 43 | $4.86 |
| NOK | 1/27/2021 | 75 | ($7.27) | NOK | 1/28/2021 | 288 | $4.86 |
| NOK | 1/27/2021 | 900 | ($7.18) | NOK | 1/28/2021 | 200 | $4.86 |
| NOK | 1/27/2021 | 100 | ($7.18) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 60 | ($6.73) | NOK | 1/28/2021 | 85 | $4.86 |
| NOK | 1/27/2021 | 50 | ($6.73) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 26 | ($6.73) | NOK | 1/28/2021 | 115 | $4.86 |
| NOK | 1/27/2021 | 100 | ($6.73) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 64 | ($6.73) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 25 | ($6.73) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 100 | ($6.73) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 18 | ($6.73) | NOK | 1/28/2021 | 15 | $4.86 |
| NOK | 1/27/2021 | 41 | ($6.73) | NOK | 1/28/2021 | 35 | $4.86 |
| NOK | 1/27/2021 | 16 | ($6.73) | NOK | 1/28/2021 | 75 | $4.86 |
| | | | | NOK | 1/28/2021 | 5 | $4.86 |
| | | | | NOK | 1/28/2021 | 10 | $4.86 |
| | | | | NOK | 1/28/2021 | 1,000 | $4.86 |
| | | | | NOK | 1/28/2021 | 1,229 | $4.86 |

DocuSign Envelope ID: 15E0497C-6331-4936-91CF-32C6CB0A80A2

# CERTIFICATION

Ava Bernard (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A..

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____11/29/2021_____        _____Ava Bernard_____
                                                                                         Ava Bernard

DocuSign Envelope ID: 15E0497C-4331-4936-91CF-32C6CB0A80A2

## SCHEDULE A

### AVA BERNARD (ASSIGNED FROM COLLEEN COOKE)

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| AMC | 1/27/2021 | 500 | ($16.29) | AMC | 2/02/2021 | 500 | $8.90 |
| AMC | 1/27/2021 | 500 | ($16.10) | AMC | 2/03/2021 | 500 | $9.32 |

DocuSign Envelope ID: 15E0497C-4331-4936-91CF-32C6CB0A80A2

## ASSIGNMENT

Colleen Cooke, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Ava Bernard all rights, title, ownership and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations of the U.S. federal securities laws in connection with the Assignor's transactions in the securities of AMC Entertainment Holdings, Inc. Further, the Assignor hereby appoints Ava Bernard as her true and lawful attorney-in-fact for the purpose of exercising all owners relating to such causes of action.

Ava Bernard has agreed to remit any proceeds received as a result of this Assignment to the Assignor.

This Assignment may not be revoked without the written consent of Ava Bernard.

This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

Executed on _11/29/2021_ _____.

DocuSigned by:

*Colleen Cooke*
6A7EE66D872E435
_____

Colleen Cooke

# CERTIFICATION

Brandon Martin (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.     Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.     Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____11/29/2021_____          _____
                                                                                CD9A4962A8FB44E...
                                                                         Brandon Martin

## SCHEDULE A

### BRANDON MARTIN

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| AMC | 1/27/2021 | 45.663354 | ($16.42) | AMC | 1/28/2021 | 45.663354 | $8.98 |
| GME | 1/27/2021 | 5 | ($324.84) | GME | 1/28/2021 | 5 | $170.00 |
| GME | 1/27/2021 | 0.819605 | ($316.01) | GME | 2/2/2021 | 0.819605 | $130.00 |

# CERTIFICATION

Brendan Clarke (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____  11/30/2021

_____
Brendan Clarke

## SCHEDULE A

### BRENDAN CLARKE

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| GME | 1/27/2021 | 3.584445 | ($306.88) | GME | 2/2/2021 | 6.642439 | $103.59 |
| GME | 1/27/2021 | 1.139977 | ($368.43) | | | | |
| GME | 1/27/2021 | 0.97842 | ($367.94) | | | | |
| GME | 1/27/2021 | 0.939597 | ($329.93) | | | | |

## CERTIFICATION

Brian Harbison (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____          _____
11/29/2021
Brian Harbison

DocuSign Envelope ID: E9048354-5514-4414-8831-822C73EF49B6

## SCHEDULE A

### BRIAN HARBISON

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| AMC | 1/27/2021 | 200 | ($15.98) | AMC | 1/28/2021 | 200 | $12.99 |

DocuSign Envelope ID: F997DB07-95F6-4BC4-B186-040942EE9B61

## CERTIFICATION

Cecilia Rivas (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ____11/23/2021____        _____
                                       *Cecilia Rivas*
                                       BE8C3CC38F554C8
                                       Cecilia Rivas

DocuSign Envelope ID: F997DB07-95F6-4BC4-B186-040942EE9B61

## SCHEDULE A

### CECILIA RIVAS

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| GME | 1/27/2021 | 1 | ($290.00) | GME | 1/27/2021 | 1 | $345.00 |
| GME | 1/27/2021 | 1 | ($305.00) | GME | 2/4/2021 | 1 | $57.22 |

# CERTIFICATION

Garland Ragland Jr. (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.     Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.     Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____     11/30/2021

_____

F10D2152351B45F...

Garland Ragland Jr.

DocuSign Envelope ID: 6AC4B1DF-4575-433A-0480-516099060EB2

## SCHEDULE A

### GARLAND RAGLAND JR.

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| AMC | 1/27/2021 | 3 | ($18.46) | AMC | 1/28/2021 | 3 | $8.01 |
| NOK | 1/27/2021 | 10 | ($6.85) | NOK | 1/28/2021 | 10 | $4.70 |

# CERTIFICATION

Joseph Gurney (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A..

2.     Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.     Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____   11/23/2021

_____
DocuSigned by:
7A0FC3BEB5A2401...
Joseph Gurney

## SCHEDULE A

### JOSEPH GURNEY

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| BB | 1/27/2021 | 24.83321 | ($26.98) | BB | 1/28/2021 | 41 | $17.00 |
| BB | 1/27/2021 | 7 | ($26.83) | BB | 1/28/2021 | 0.0936681 | $17.00 |
| BB | 1/27/2021 | 0.076022 | ($26.83) | | | | |
| BB | 1/27/2021 | 0.377351 | ($26.82) | | | | |
| BB | 1/27/2021 | 4 | ($23.12) | | | | |
| BB | 1/27/2021 | 0.411764 | ($23.12) | | | | |
| BB | 1/27/2021 | 1.999684 | ($22.19) | | | | |
| BB | 1/27/2021 | 0.253775 | ($22.15) | | | | |
| BB | 1/27/2021 | 1.995353 | ($21.48) | | | | |
| BB | 1/27/2021 | 0.036962 | ($21.43) | | | | |
| BB | 1/27/2021 | 0.096552 | ($21.43) | | | | |
| BB | 1/27/2021 | 0.013001 | ($21.43) | | | | |

# CERTIFICATION

Santiago Gil Bohórquez (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A..

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___11/29/2021___

DocuSigned by:

*Santiago Gil*

92B08210D54A4CC...

Santiago Gil Bohórquez

## SCHEDULE A

### SANTIAGO GIL BOHÓRQUEZ

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| EXPR | 1/27/2021 | 300 | ($9.9481) | EXPR | 1/28/2021 | 200 | $6.1100 |
| EXPR | 1/27/2021 | 312 | ($9.6862) | EXPR | 1/29/2021 | 173 | $6.2219 |
| EXPR | 1/27/2021 | 176 | ($8.3000) | EXPR | 1/29/2021 | 229 | $5.6000 |
| EXPR | 1/28/2021 | 14 | ($4.8790) | EXPR | 2/1/2021 | 200 | $5.1619 |
| NOK | 1/27/2021 | 200 | ($5.1137) | NOK | 1/28/2021 | 200 | $4.9300 |
| BB | 1/27/2021 | 200 | ($20.8998) | BB | 1/28/2021 | 100 | $16.9100 |
| | | | | BB | 1/29/2021 | 100 | $14.0501 |

## CERTIFICATION

Trevor Tarvis (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A..

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___11/23/2021___          _____
                                                                              Trevor Tarvis
                                                                              3BEAF4F7CAD4437...
                                                                              Trevor Tarvis

## SCHEDULE A

### TREVOR TARVIS

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| BB | 1/27/2021 | 4 | ($22.28) | BB | 1/28/2021 | 4.48833 | $15.18 |
| BB | 1/27/2021 | 0.48833 | ($22.28) | NOK | 1/28/2021 | 69 | $4.76 |
| NOK | 1/27/2021 | 28.97965 | ($6.88) | NOK | 1/28/2021 | 0.099259 | $4.76 |
| NOK | 1/27/2021 | 0.090909 | ($6.88) | | | | |
| NOK | 1/27/2021 | 0.781804 | ($6.49) | | | | |
| NOK | 1/27/2021 | 23.54788 | ($6.35) | | | | |
| NOK | 1/27/2021 | 0.074015 | ($6.35) | | | | |
| NOK | 1/27/2021 | 15.625 | ($6.40) | | | | |