**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-2989-MDL-ALTONAGA/TORRES**

In re:

JANUARY 2021 SHORT SQUEEZE
**TRADING LITIGATION**

_____/

**MOTION TO WITHDRAW APPEARANCE**

  Pursuant to Local Rule 11.1(d)(3), I, Rachel Morowitz, hereby move this Court for an order granting permission to withdraw my appearance as counsel for Plaintiffs Spencer Lybrook, Alec English, Michael Watson and Cody Hill, as I no longer represent these Plaintiffs in this MDL and should be removed from the Court's service list with respect to the above-captioned action. Attorneys Gretchen Freeman Cappio, Ryan McDevitt, Maxwell Goins, and Jeffrey Lewis have entered appearances on behalf of the above-referenced Plaintiffs, and are familiar with this matter, the posture of the case, and its current status on the calendar. By way of this filing, the undersigned respectfully requests the Court to issue an order granting this motion to withdraw appearance. RESPECTFULLY SUBMITTED this 20th day of December, 2021.

      By /s/ Rachel E. Morowitz
       Rachel E. Morowitz (*appearance pro hac vice*)
       Gretchen Freeman Cappio
       (*appearance pro hac vice*)
       Ryan McDevitt (*appearance pro hac vice*)
       Maxwell Goins (*appearance pro hac vice*)
       KELLER ROHRBACK L.L.P.
       1201 Third Avenue, Suite 3200
       Seattle, WA 98101-3052
       Phone: (206) 623-1900
       Fax: (206) 623-3384
       rmorowitz@kellerrohrback.com
       gcappio@kellerrohrback.com
       rmcdevitt@kellerrohrback.com
       mgoins@kellerrohrback.com

Jeffrey Lewis (SBN 66587)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Phone: (519) 463-3900
Fax: (510) 463-3901
jlewis@kellerrohrback.com

***Attorneys for Plaintiffs***
Spencer Lybrook, Alec English,
Michael Watson and Cody Hill

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Rachel Morowitz*
Rachel Morowitz
4857-7057-2807, v. 1