UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-2989-MDL-ALTONAGA/TORRES

In re:

JANUARY 2021 SHORT SQUEEZE
**TRADING LITIGATION**
_____/

## PROPOSED ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

**THIS CAUSE** came before the Court upon the Motion of Attorney Rachel Morowitz to Withdraw Appearance [ECF No._____] as counsel for Plaintiffs Spencer Lybrook, Alec English, Michael Watson and Cody Hill. Being fully advised, it is

**ORDER AND ADJUDGED** that the Motion to Withdraw Appearance is **GRANTED**. Rachel Morowitz's *pro hac vice* appearance in this matter is withdrawn.

DONE AND ORDERED in Miami, Florida, this ___ day of _____, 202_.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

1