**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  21-2989-MDL-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to All Actions

**ORDER**

**THIS CAUSE** came before the Court upon Attorney Rachel Morowitz's Motion to Withdraw Appearance [ECF No. 447].  Ms. Morowitz seeks to withdraw her appearance as counsel for Plaintiffs, Spencer Lybrook, Alec English, Michael Watson, and Cody Hill.  Ms. Morowitz advises she no longer represents these Plaintiffs in the MDL, but that Attorneys Gretchen Freeman Cappio, Ryan McDevitt, Maxwell Goins, and Jeffrey Lewis will continue to represent the cited Plaintiffs in this matter.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 20th day of December, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record