UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Antitrust Actions

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  On January 20, 2022, Plaintiffs filed their final Amended Consolidated Class Action Complaint [ECF No. 451].  The Court directs the parties to adhere to the following briefing schedule:

1.      Defendants shall file responses to the Amended Consolidated Class Action Complaint on or before **February 18, 2022**.  If Defendants file a motion to dismiss, it shall be a combined motion that shall not exceed 40 pages.

2.      If Defendants file a motion to dismiss, Plaintiffs' response in opposition shall be filed by **March 11, 2022** and shall be no more than 40 pages.

3.      Defendants' reply to Plaintiff's response shall be filed by **March 25, 2022** and shall be no more than 20 pages.

**DONE AND ORDERED** in Miami, Florida, this 24th day of January, 2022.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record;
        *Pro Se* Plaintiffs