## Exhibit A

**Comparison of Alleged Communications Between Citadel Securities and Robinhood
Between the DAC (ECF No. 416) and the AAC (ECF No. 451)**

| Dismissed Complaint | Current Complaint | Comparison |
|---|---|---|
| 296. "The Market Maker Defendants were able to communicate with the brokerages swiftly and effectively because of their pre-existing relationships. Indeed, high-level executives of Citadel Securities regularly communicated with and coordinated with high-level executives of Robinhood and others in the lead up to, during and after the restrictions imposed on or around January 28, 2021." | 226. "Citadel Securities was able to communicate with Robinhood swiftly and effectively because of their pre-existing relationship. Indeed, high-level executives of Citadel Securities regularly communicated with and coordinated with high-level executives of Robinhood in the lead up to, during and after the restrictions imposed on or around January 28, 2021." | 225.  Citadel Securities was able to communicate with ~~the brokerages~~Robinhood swiftly and effectively because of their pre-existing ~~relationships~~relationship. Indeed, high-level executives of Citadel Securities regularly communicated with and coordinated with high-level executives of Robinhood ~~and others~~ in the lead up to, during and after the restrictions imposed on or around January 28, 2021. |
| 297. "For example, on January 20, 2021, [●], Head of Execution Services for Citadel Securities, and Josh Drobnyk, the newly hired Vice President of Corporate Relations and Communications for Robinhood, agreed to communicate.  [●] and Drobnyk had a prior relationship through Drobnyk's employment at FINRA when [●] served on FINRA's board." | 227. "For example, on January 20, 2021, [●], Head of Execution Services for Citadel Securities, and Josh Drobnyk, the newly hired Vice President of Corporate Relations and Communications for Robinhood, agreed to communicate.  [●] and Drobnyk had a prior relationship through Drobnyk's employment at FINRA when [●] served on FINRA's board." | Same. |

| Dismissed Complaint | Current Complaint | Comparison |
|---|---|---|
| 298. "During this communication, [●] extended a proposition to Drobnyk. Drobnyk discussed with Dan and Lucas, likely Daniel Gallagher and Lucas Moskowitz, Robinhood's chief legal officer and deputy general counsel respectively and agreed to revert to [●] 'by early next week at the latest.'" | 228. "During this communication, [●] extended a proposition to Drobnyk. Drobnyk discussed with Dan and Lucas, likely Daniel Gallagher and Lucas Moskowitz, Robinhood's chief legal officer and deputy general counsel respectively and agreed to revert to [●] 'by early next week at the latest.'" | Same. |
| 299. "[●] responded it was 'good to reconnect and very happy that we will be working together.' Additionally, [●] responded for Drobnyk to 'just let us know if interested and who the main contact should be.'" | 229. "[●] responded it was 'good to reconnect and very happy that we will be working together.' Additionally, [●] responded for Drobnyk to 'just let us know if interested and who the main contact should be.'" | Same. |
| 300. "On Monday, January 25, 2021, Drobnyk emails [●] and says '[w]e are on board.' Drobnyk says Lucas Moskowitz, Robinhood's deputy general counsel, would be the main point of contact." | 230. "On Monday, January 25, 2021, Robinhood, through Drobnyk emails [●]: 'We are on board.' Drobnyk says Lucas Moskowitz, Robinhood's Deputy General Counsel, Moskowitz, would be the main point of contact for Robinhood." | 229. 300On Monday, January 25, 2021, **Robinhood, through** Drobnyk ema~~ils [●] and says~~ "~~[w]~~e**:** "**We** are on board." Drobnyk says Lucas Moskowitz, Robinhood's ~~deputy general counsel~~**Deputy General Counsel, Moskowitz**, would be the main point of contact **for Robinhood**. |
| 301. "[●] in turn extends an invitation to Moskowitz to 'chat' and expressed that 'we obviously have a strong relationship between the two firms.'" | 231. "[●] in turn extends an invitation to Moskowitz to 'chat' and expressed that 'we obviously have a strong relationship between the two firms.'" | Same. |

| Dismissed Complaint | Current Complaint | Comparison |
|---|---|---|
| 302. "[●] and Moskowitz then arranged a call for 11 a.m. Eastern time on January 26, 2021." | 232. "[●] and Moskowitz then arranged a call for 11 a.m. EST on January 26, 2021." | 231. ▮ ~~3~~and Moskowitz then arranged a call for 11 a.m. ~~Eastern time~~EST on January 26, 2021. |
| 303. "While the details of these communications have not been disclosed, it is clear that these representatives of Citadel Securities and Robinhood reached an agreement on January 25, 2021, and each took affirmative steps in furtherance of the illicit scheme." | 233. "While the details of these communications have not yet been disclosed, it is clear that these high-level representatives of Citadel Securities and Robinhood reached an explicit agreement on January 25, 2021, and each took affirmative steps in furtherance of the illicit scheme." | 232. ~~303~~While the details of these communications have not yet been disclosed, it is clear that these high-level representatives of Citadel Securities and Robinhood reached an explicit agreement on January 25, 2021, and each took affirmative steps in furtherance of the illicit scheme. |
| 304. "On January 27, 2021, the day before the restrictions were implemented, high level employees of Citadel Securities and Robinhood had numerous communications with each other that indicate that Citadel applied pressure on Robinhood." | 235. "On January 27, 2021, the day before the restrictions were implemented, high level employees of Citadel Securities and Robinhood had numerous communications with each other that indicate that Citadel Securities applied pressure on Robinhood." | 234. ~~304~~On January 27, 2021, the day before the restrictions were implemented, high level employees of Citadel Securities and Robinhood had numerous communications with each other that indicate that Citadel Securities applied pressure on Robinhood. |

3

| **Dismissed Complaint** | **Current Complaint** | **Comparison** |
|---|---|---|
| 305. "In an internal Slack chat conversation, Gretchen Howard, Robinhood's Chief Operating Officer, informs Vlad Tenev that 'Dan and I are joining Jim at 5pm on a call with Citadel.' Dan and Jim likely refer to Dan Gallagher and Jim Swartwout, President and Chief Operating Officer of Robinhood Securities. Citadel Securities had requested to speak that evening. Howard indicated that she believed Citadel Securities would make demands on limiting payment for order flow." | 237. "In an internal Slack chat conversation, Gretchen Howard, Robinhood's Chief Operating Officer, informs Vlad Tenev that 'Dan and I are joining Jim at 5pm on a call with Citadel.' Dan and Jim likely refer to Dan Gallagher and Jim Swartwout, President and Chief Operating Officer of Robinhood Securities. Citadel Securities had requested to speak that evening. Howard indicated that she believed Citadel Securities would make demands on limiting payment for order flow." | Same. |
| 307. "Tenev muses that 'Maybe this would be a good time for me to chat with Ken griffin [sic]' and tells Howard, 'You guys can mention that.'" | 239. "Tenev muses that 'Maybe this would be a good time for me to chat with Ken griffin [sic]' and tells Howard, 'You guys can mention that.'" | Same. |
| 309. "Swartwout responds that 'everyone is. you wouldnt [sic] believe the convo we had with Citadel. total mess.'" | 241. "Swartwout responds that 'everyone is. you wouldnt [sic] believe the convo we had with Citadel. total mess.'" | Same. |

| **Dismissed Complaint** | **Current Complaint** | **Comparison** |
|---|---|---|
| 310. "At 8:16 p.m., Swartwout emails [●] at Citadel Securities looking for 'new Citadel numbers.' [●] informs Swartwout at 9:31 p.m. that the numbers were '[f]irming up right now in light of the follow up conversation between Gallagher and [●].'" | 242. "At 8:16 p.m., Swartwout emails [●] at Citadel Securities looking for 'new Citadel numbers.' [●] informs Swartwout at 9:31 p.m. that the numbers were '[f]irming up right now in light of the follow up conversation between Gallagher and [●].'" | Same. |
| 311. "At 8:29 p.m., [●], Citadel Securities's Vice President of Business Development, emailed Robinhood personnel including Swartwout that [●], 'whom Vlad has met before, is available until 10pm EST to speak to Vlad.' [●] offers to set up a call." | 243. "At 8:29 p.m., [●], Citadel Securities's Vice President of Business Development, emailed Robinhood personnel including Swartwout that [●], 'whom Vlad has met before, is available until 10pm EST to speak to Vlad.' [●] offers to set up a call." | Same. |
| 312. "Swartwout, in turn responds minutes later, 'Because of our partnership, Vlad would like to have a discussion with Ken [Griffin] at some point, just given our relationship. Not specific to this crazy issue.'" | 244. "Swartwout, in turn responds minutes later, 'Because of our partnership, Vlad would like to have a discussion with Ken [Griffin] at some point, just given our relationship. Not specific to this crazy issue.'" | Same. |

| Dismissed Complaint | Current Complaint | Comparison |
|---|---|---|
| 313. "Swartwout later cryptically tells [●], 'I have to say I am beyond disappointed in how this went down. It's difficult to have a partnership when these kind of things go down this way.'" | 245. "Swartwout later cryptically tells [●], 'I have to say I am beyond disappointed in how this went down. It's difficult to have a partnership when these kind of things go down this way.'" | Same. |
| 332. "In order to disguise their illegal agreement after the restrictions on or around January 28, 2021, high-level executives and communications professionals at Citadel Securities and Robinhood communicated between each other to coordinate their messaging." | 257. "In order to disguise their illegal agreement after the restrictions on or around January 28, 2021, high-level executives and communications professionals at Citadel Securities and Robinhood communicated to coordinate their messaging." | 255. ~~332~~ In order to disguise their illegal agreement after the restrictions on or around January 28, 2021, high-level executives and communications professionals at Citadel Securities and Robinhood communicated ~~between each other~~ to coordinate their messaging. |
| 333. "On January 30, 2021, Citadel Securities's [●] sent an email to Josh Drobnyk, Robinhood's Vice President of Corporate Communications. In this email, [●] introduced Drobnyk to [●], who [●] described as the person 'running point on this narrative for us.' [●] indicated he 'wanted to generally coordinate messaging.' Additionally, [●] cc'd two individuals he described as 'our GCs' 'for privilege.'" | 258. "On January 30, 2021, Citadel Securities's [●] sent an email to Josh Drobnyk, Robinhood's Vice President of Corporate Communications. In this email, [●] introduced Drobnyk to [●], who [●] described as the person 'running point on this narrative for us.' [●] indicated he 'wanted to generally coordinate messaging.' Additionally, [●] cc'd two individuals he described as 'our GCs' 'for privilege.'" | Same. |
| 335. "[●] called Drobnyk twice after the flight landed." | 260. "[●] called Drobnyk twice after the flight landed." | Same. |

| Dismissed Complaint | Current Complaint | Comparison |
|---|---|---|
| N/A | 320. "Indeed, communications between executives and high-level employees of Robinhood and Citadel Securities demonstrates [sic] Robinhood and Citadel's PFOF relationship was precisely a topic of discussion during the week of January 25, 2021, and on the eve of the trading restrictions on the Relevant Securities." | |
| 309. "Swartwout responds that 'everyone is. you wouldnt [sic] believe the convo we had with Citadel. total mess.'" 310. "At 8:16 p.m., Swartwout emails [●] at Citadel Securities looking for 'new Citadel numbers.' [●] informs Swartwout at 9:31 p.m. that the numbers were '[f]irming up right now in light of the follow up conversation between Gallagher and [●].'" 311. "At 8:29 p.m., [●], Citadel Securities's Vice President of Business Development, emailed Robinhood personnel including Swartwout that [●], 'whom Vlad has met before, is available until 10pm | 321. "In the evening of January 27, 2021, the night before Robinhood enacted restrictions, Robinhood's Gretchen Howard indicated to Vlad Tenev that she and Jim Swartwout were going to have a call with Citadel wherein she believed that 'they [Citadel] will make some demands on limiting PFOF across the board.' Later that evening, Swartwout indicated that the conversation was a 'total mess.' Robinhood's Dan Gallagher and Citadel's [●] also had discussions, which as Citadel Securities's [●] noted to Robinhood's Swartwout, altered certain 'Citadel numbers' that required '[f]irming up.' Robinhood's Swartwout later emailed Citadel Securities's [●] that he was 'beyond disappointed in how this went down,' and that '[i]t's difficult | |

| Dismissed Complaint | Current Complaint | Comparison |
|---|---|---|
| EST to speak to Vlad.' [●] offers to set up a call."<br><br>312. "Swartwout, in turn responds minutes later, 'Because of our partnership, Vlad would like to have a discussion with Ken [Griffin] at some point, just given our relationship. Not specific to this crazy issue.'"<br><br>313. "Swartwout later cryptically tells [●], 'I have to say I am beyond disappointed in how this went down. It's difficult to have a partnership when these kind of things go down this way.'" | to have a partnership when these kind of things go down this way.'" | |
| 453. "Additionally, Robinhood's Drobnyk appeared to accept Citadel Securities's [●] proposition made on January 20, 2021." | N/A | |
| 456. "For example, Citadel Securities's [●] connected Citadel Securities's [●] and Robinhood's Drobnyk to coordinate the narrative in response to the January 28, 2021 trading restrictions." | N/A | |