UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to the Robinhood Tranche

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Andrea Juncadella, Edward Goodan, William Makeham, Mark Sanders, Jaime Rodriguez, Patryck Krasowski, Cody Hill, Sammy Gonzalez, Joseph Daniluk, Jonathan Cornwell, Paul Prunean, and Julie Moody (collectively, "Plaintiffs"), on behalf of themselves and others similarly situated, appeal to the United States Court of Appeals for the Eleventh Circuit from the final Order entered on January 27, 2022 [ECF No. 453], which grants Defendants Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC's Motion to Dismiss the Robinhood Tranche Complaint [ECF No. 421], and dismisses Plaintiffs' Amended Consolidated Class Action Complaint [ECF No. 409] with prejudice. A copy of the Order is attached as Exhibit "A" hereto.

Dated:  February 28, 2022

Respectfully submitted,

/s/ Natalia M. Salas
**THE FERRARO LAW FIRM, P.A.**
Natalia M. Salas (FBN 44895)
James L. Ferraro (FBN 381659)
James Ferraro, Jr. (FBN 107494)
Mathew Gutierrez (FBN 107494)
Sean A. Burstyn (FBN 1028778)
600 Brickell Avenue, Suite 3800
Miami, FL 33131
Tel: (305) 375-0111

Email: nsalas@ferrarolaw.com
jferraro@ferrarolaw.com
james@ferrarolaw.com
mgutierrez@ferrarolaw.com
sean.burstyn@burstynlaw.com

*Plaintiffs' Lead Counsel for the Robinhood Tranche*

/s/ *Rachel W. Furst*
**GROSSMAN ROTH YAFFA COHEN, P.A.**
Rachel W. Furst (FBN 45155)
2525 Ponce de Leon Blvd., Ste 1150
Coral Gables, FL 33134-6040
Tel: 305-442-8666
rwf@grossmanroth.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I electronically filed the forgoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By: /s/ *Rachel Wagner Furst*
Rachel Wagner Furst