UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

March 07, 2022

For rules and forms visit
www.ca11.uscourts.gov

Sean Alexander Burstyn
Burstyn Law PLLC
1111 BRICKELL AVE STE 1550
MIAMI, FL 33131

James L. Ferraro
The Ferraro Law Firm, PA
600 BRICKELL AVE STE 3800
MIAMI, FL 33131

James Louis Ferraro Jr.
The Ferraro Law Firm, PA
600 BRICKELL AVE STE 3800
MIAMI, FL 33131

Rachel W. Furst
Grossman Roth Yaffa Cohen, PA
2525 PONCE DE LEON BLVD STE 1150
CORAL GABLES, FL 33134

Mathew Daniel Gutierrez
The Ferraro Law Firm, PA
600 BRICKELL AVE STE 3800
MIAMI, FL 33131

Jeffrey E. Kwatinetz
The Law Office of Jeffrey Kwatinetz pC
15821 VENTURA BLVD STE 370
ENCINO, CA 91436

Natalia Maria Salas
The Ferraro Law Firm, PA
600 BRICKELL AVE STE 3800
MIAMI, FL 33131

Appeal Number: 22-10669-F
Case Style: Andrea Juncadella, et al v. Robinhood Financial LLC, et al

District Court Docket No: 1:21-md-02989-CMA
Secondary Case Number: 1:21-cv-20414-CMA

Please use the appeal number for all filings in this court.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Civil Appeal Statement
Appellants and Cross-Appellants must file a Civil Appeal Statement, which is available on the Court's website, within 14 days after this letter's date. See 11th Cir. R. 33-1(a).

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b). Attorney Natalia M. Salas, you must complete the application for admission to the this Court's Bar.

Defaults
Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed after 14 days and without further notice** unless the following default(s) have been corrected:

Transcript Information Form
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a Transcript Information Form,

which is available on the Court's website. See FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after **March 2, 2022**. See 11th Cir. R. 12-1 and 31-1.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this court of any changes to the party's or attorney's addresses during the pendency of the case in which the party or attorney is participating. See 11th Cir. R. 25-7.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

This Document Relates to the Robinhood Tranche

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Andrea Juncadella, Edward Goodan, William Makeham, Mark Sanders, Jaime Rodriguez, Patryck Krasowski, Cody Hill, Sammy Gonzalez, Joseph Daniluk, Jonathan Cornwell, Paul Prunean, and Julie Moody (collectively, "Plaintiffs"), on behalf of themselves and others similarly situated, appeal to the United States Court of Appeals for the Eleventh Circuit from the final Order entered on January 27, 2022 [ECF No. 453], which grants Defendants Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC's Motion to Dismiss the Robinhood Tranche Complaint [ECF No. 421], and dismisses Plaintiffs' Amended Consolidated Class Action Complaint [ECF No. 409] with prejudice. A copy of the Order is attached as Exhibit "A" hereto.

Dated:  February 28, 2022

Respectfully submitted,

*/s/ Natalia M. Salas*
**THE FERRARO LAW FIRM, P.A.**
Natalia M. Salas (FBN 44895)
James L. Ferraro (FBN 381659)
James Ferraro, Jr. (FBN 107494)
Mathew Gutierrez (FBN 107494)
Sean A. Burstyn (FBN 1028778)
600 Brickell Avenue, Suite 3800
Miami, FL 33131
Tel: (305) 375-0111