UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | Case No.: 21-MDL-2989-ALTONAGA/Torres |

This Document Relates to All Actions

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 11.1(d)(3), the undersigned hereby respectfully moves to withdraw the appearance of Amir Alimehri as one of the attorneys of record for the Plaintiffs, Nick Parker and Patryk Krasowski, in the above-captioned proceeding. Amir Alimehri will no longer be associated with the firm of Klafter Lesser LLP effective March 25, 2022. Plaintiffs will continue to be represented by the undersigned of Klafter Lesser LLP.

WHEREFORE, the undersigned respectfully request that Plaintiffs be granted their motion to withdraw the appearance of Amir Alimehri in this matter.

Dated: March 25, 2022

Respectfully submitted

By: /s/ Jeffrey A. Klafter
Jeffrey A. Klafter
Amir Alimehri
KLAFTER LESSER LLP
2 International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 9334-9200
Facsimile: (914) 934-9220
E-mail: jak@klafterlesser.com
         amir.alimehri@klafterlesser.com

*Attorneys for Plaintiffs, Nick Parker and Patryk Krasowski*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: /s/ *Jeffrey A. Klafter*
Jeffrey A. Klafter