# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **IN RE:**<br><br>**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION** | **Case No.: 21-MDL-2989-ALTONAGA/Torres** |

This Document Relates to All Actions

### [PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL FOR PLAINTIFFS

**THIS CAUSE** came before the Court upon the Motion of Attorney Amir Alimehri to Withdraw Appearance [ECF No. _____] as one of the counsels for Plaintiffs Nick Parker and Patryk Krasowski. All other counsel of record for the Plaintiffs shall continue to serve as counsel for the Plaintiffs.

**IT IS HEREBY ORDERED** that the Motion of Attorney Amir Alimehri to Withdraw Appearance is **GRANTED**, and that Mr. Alimehri's appearance in this matter is withdrawn.

Date: March ___, 2022

_____
Hon. Cecilia M. Altonaga
Chief United States District Judge