UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**
_____/

This Document Relates to All Actions

## ORDER

**THIS CAUSE** came before the Court upon the Motion of Attorney Amir Alimehri to Withdraw Appearance [ECF No. 461] as one of the attorneys for Plaintiffs, Nick Parker and Patryk Krasowski. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Mr. Alimehri's appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida, this 24th day of March, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record