UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), the undersigned hereby respectfully moves to withdraw the appearance of Luke T. Jacobs and requests an order permitting him to withdraw as counsel for Michael D. Scalia ("Scalia"). Scalia will continue to be represented by other attorneys at Weil Snyder Ravindran P.A., meaning that Scalia's representation will continue unhindered.

Dated: March 31, 2022                         Respectfully submitted,

**WEIL LAW FIRM, LLP**
201 S. Biscayne Blvd., Suite 720
Miami, Florida 33131
Tel: (305) 372-5352
Fax: (305) 372-5355

By: */s/ Marguerite Snyder*
Marguerite Snyder (FBN 1024787)
Email: msnyder@weillawfirm.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: */s/ Marguerite Snyder*
Marguerite Snyder