UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** comes before the Court upon Motion of Luke Jacobs to Withdraw Appearance as counsel of record for Michael D. Scalia. All other counsel of record for the Plaintiffs shall continue to serve as counsel for the Plaintiffs.

**IT IS HEREBY ORDERED** that the Motion of Attorney Luke Jacobs to Withdraw Appearance is **GRANTED**, and that Mr. Jacobs' appearance in this matter is withdrawn.

_____
THE HONORABLE CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Date: March __, 2022

Copies furnished to:
Counsel of Record