UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

**ORDER**

THIS CAUSE came before the Court upon the Motion of Luke Jacobs to Withdraw Appearance as counsel of record for Michael D. Scalia [ECF No. 464]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Mr. Jacobs' appearance in this matter is withdrawn, and all other counsel of record for the Plaintiffs shall continue to serve as counsel for the Plaintiffs.

**DONE AND ORDERED** in Miami, Florida, this 1st day of April, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record