UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to:

ALL ANTITRUST ACTIONS

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), I, Anupama K. Reddy, hereby move this Court for an order granting permission to withdraw my appearance as counsel for the Antitrust Tranche, as I no longer represent these Plaintiffs in this MDL and should be removed from the Court's service list with respect to the above-captioned action. Attorneys Joseph R. Saveri, Steven N. Williams, and Christopher K.L. Young have entered appearances on behalf of the above-referenced Plaintiffs, and are familiar with this matter, the posture of the case, and its current status on the calendar. By way of this filing, the undersigned respectfully requests the Court to issue an order granting this motion to withdraw appearance.

RESPECTFULLY SUBMITTED this 5th day of April, 2022.

Respectfully submitted,

/s/ *Anupama K. Reddy*
**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (CA SBN 130064)
Steven N. Williams (CA SBN 175489)
Christopher K.L. Young (CA SBN 318371)
Anupama K. Reddy (CA SBN 324873)
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
cyoung@saverilawfirm.com
areddy@saverilawfirm.com

*Co-Lead Counsel for the Antitrust Tranche*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, I electronically filed the foregoing document with the Clerk for the United States District Court, Southern District of Florida. The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By:   /s/ *Anupama K. Reddy*
Anupama K. Reddy

**JOSEPH SAVERI LAW FIRM, LLP**
Anupama K. Reddy (CA SBN 324873)
601 California Street, Suite 1000
San Francisco, California 94108

*Co-Lead Counsel for the Antitrust Tranche*