UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to:

ALL ANTITRUST ACTIONS

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

**THIS CAUSE** came before the court upon the Motion for Attorney Anupama K. Reddy to Withdraw Appearance [ECF No. _____ ] as Counsel for the Antitrust Tranche. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Withdraw Appearance is **GRANTED**. Anupama K. Reddy's *pro hac vice* appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida this __ day of _____, 2022.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE