UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Motion of Attorney Anupama K. Reddy to Withdraw Appearance [ECF No. 466]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Anupama K. Reddy's *pro hac vice* appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida, this 6th day of April, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record