UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), I, Gustavo J. Membiela, hereby move this Court for an Order granting permission to withdraw my appearance as counsel on behalf of Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. in the above styled action because after today I will no longer be a member of Hunton Andrews Kurth LLP and should be removed from the Court's service list. Attorneys Samuel A. Danon and Maria Castellanos Alvarado of Hunton Andrews Kurth LLP have entered appearances on behalf of Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. and are familiar with this matter, the posture of the case, and its current status on the calendar. By way of this filing, the undersigned respectfully requests the Court to issue an order granting this motion to withdraw appearance.

RESPECTFULLY submitted this 5th day of May, 2022.

> _/s/ Gustavo J. Membiela_
> HUNTON ANDREWS KURTH LLP
> Gustavo J. Membiela (FBN 513555)
> Samuel A. Danon (FBN 892671)
> María Castellanos Alvarado (FBN 116545)
> 333 S.E. 2nd Avenue, Suite 2400
> Miami, FL  33131
> Telephone: (305) 810-2500
> Facsimile (305) 810-2460
> gmembiela@huntonak.com

sdanon@huntonak.com  
mcastellanos@huntonak.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's ECF System.

Dated:  May 5, 2022

/s/ Gustavo J. Membiela  
Gustavo Javier Membiela (FBN 513555)