UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

This Document Relates to All Actions

### PROPOSED ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

THIS CAUSE came before the court upon the Motion for Attorney Gustavo J. Membiela to Withdraw Appearance [ECF No. _____] as counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. in the above styled action. Being fully advised it is

ORDERED AND ADJUDGED that the Motion to Withdraw Appearance is GRANTED. Gustavo J. Membiela's appearance in this matter is withdrawn.

DONE AND ORDERED in Miami, Florida, this ___ day of _____, 2022.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE