UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

### ORDER

**THIS CAUSE** came before the Court on the Motion to Withdraw Appearance, filed by Attorney Gustavo J. Membiela [ECF No. 468]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Gustavo J. Membiela's appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida, this 9th day of May, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record