UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to the Robinhood Tranche

**NOTICE OF FILING ORDER BY ELEVENTH CIRCUIT
COURT OF APPEALS GRANTING PLAINTIFF'S MOTION TO
AMEND THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Plaintiffs, Andrea Juncadella, Cody Hill, Edward Goodan, Jaime Rodriguez, Jonathan Cornwell, Joseph Daniluk, Mark Sanders, Patryk Krasowski, William Makeham, Sammy Gonzalez, Paul C. Prunean, and Julie Moody (collectively, "Plaintiffs"), hereby file notice of an order ("Order") issued by the United States Court of Appeals for the Eleventh Circuit on May 13, 2022, which granted Plaintiffs' motion to amend the amended complaint to cure defective jurisdictional allegations.

The Order is attached hereto as **Exhibit A**.

The now operative Second Amended Complaint is attached hereto as **Exhibit B**.

Dated:  May 19, 2022

Respectfully submitted,

*/s/ Natalia M. Salas*
**THE FERRARO LAW FIRM, P.A.**
Natalia M. Salas (FBN 44895)
James L. Ferraro (FBN 381659)
James Ferraro, Jr. (FBN 107494)
Sean A. Burstyn (FBN 1028778)
Daniel J. DiMatteo (FBN 114914)
600 Brickell Avenue, Suite 3800

Miami, FL 33131
Tel: (305) 375-0111
nsalas@ferrarolaw.com
jferraro@ferrarolaw.com
james@ferrarolaw.com
sburstyn@ferrarolaw.com
ddimatteo@ferrarolaw.com

*Plaintiffs' Lead Counsel for the Robinhood Tranche*

*/s/ Rachel W. Furst*
**GROSSMAN ROTH YAFFA COHEN, P.A.**
Rachel W. Furst (FBN 45155)
2525 Ponce de Leon Blvd., Ste 1150
Coral Gables, FL 33134-6040
Tel: 305-442-8666
rwf@grossmanroth.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, I electronically filed the forgoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By: */s/ Natalia M. Salas*
    Natalia M. Salas