

**STUART N. CHELIN**
Attorney at Law

16133 Ventura Boulevard
Suite 700
Encino, CA 91436

Office   310.556.9664
Cell      310.776.6500

stuart@chelinlaw.com

FILED BY _PG_ D.C.

MAY 23 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**VIA US MAIL**

May 16, 2022

WILKIE D. FERGUSON, Jr. U.S. COURTHOUSE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**ATTENTION: CLERK OF COURT**
400 NORTH MIAMI AVENUE, ROOM 8N09
MIAMI, FL 33218

**RE:**     **NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION/ CASE NO. 21- 02989-MDL-ALTONAGA/Torres/In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

Dear Clerk of Court

     I, Sturt Chelin of Chelin Law Firm have been admitted to this Court only for the purposes of Case No. 21-02989-MDL-ALTONAGA/Torres, captioned as In re: January 2021 Short Squeeze Trading Litigation.

Please be advised that my mailing address has changed to:

     **CHELIN LAW FIRM**
     **Attention: Stuart N. Chelin**
     **16133 Ventura Boulevard, Suite 700**
     **Encino, CA 91436**

     All of my other contact information (email and phone) remains the same as the information currently on file with the Court.

Sincerely,

*[signature]*

Stuart N. Chelin
Attorney at Law

CHELIN LAW FIRM
16133 VENTURA BOULEVARD
SUITE 700
ENCINO, CA 91436

WILKIE D. FERGUSON, Jr. U.S. COURTHOUSE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**ATTENTION: CLERK OF COURT**
400 NORTH MIAMI AVENUE, ROOM 8N09
MIAMI, FL 33218



$0.53
US POSTAGE
FIRST-CLASS
062S0009564450
91436