**Edelson Lechtzin**

MARC H. EDELSON, Partner
medelson@edelson-law.com
MEMBER PA & NY BARS

May 24, 2022



Wilkie D. Ferguson, Jr. U.S. Courthouse
United States District Court
Southern District Of Florida
**Attention: Clerk of Court**
400 North Miami Avenue, Room 8N09
Miami, FL 33218

Re: **Notice of Change of Address and Contact Information/Case No. 21-02989-MDL-ALTONAGA/Torres/**In re: January 2021 Short Squeeze Trading Litigation

Dear Clerk of Court:

I, Marc H. Edelson of Edelson Lechtzin LLP have been admitted to this Court only for the purposes of Case No. 21-02989-MDL-ALTONAGA/Torres, captioned as In re: January 2021 Short Squeeze Trading Litigation.

Please be advised that my mailing address has changed to:

EDELSON LECHTZIN LLP
Attention: Marc H. Edelson
411 S. State Street, Suite N-300
Newtown, PA 18940

All of my other contact information remains the same as the information currently on file with the Court.

Very truly yours,

Marc H. Edelson, Esq.

Ere:MHE

**Edelson Lechtzin LLP**
411 S. State Street | Suite N-300 | Newtown, PA 18940

PHILADELPHIA PA 190
24 MAY 2022 PM 6 L

Wilkie D. Ferguson, Jr. U.S. Courthouse
United States District Court
Southern District Of Florida
**Attention: Clerk of Court**
400 North Miami Avenue, Room 8N09
Miami, FL 33218

33128-160549