UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to:

22-21747-CIV-ALTONAGA

## ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT

**THIS CAUSE** is before the Court *sua sponte*. The above-styled case is consolidated in MDL proceeding 21-2989-MDL for all pretrial purposes, and the parties are directed to submit all filings in the MDL action. It light of the consolidation of this case in the MDL action, it is

**ORDERED** that the Clerk of the Court shall mark the following case as **CLOSED** for administrative purposes only:

22-21747-CIV-ALTONAGA

All pending motions in the above-listed case are hereby **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of June, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record