UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to the Actions in the
Other Broker Tranche

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On June 2, 2022, the Judicial Panel on Multidistrict Litigation (JPML) entered a Transfer Order [ECF No. 475] transferring the action styled *Chavez v. Apex Clearing Corporation*, No. 1:22-cv-01233 (S.D.N.Y. 2022), to this Court for consolidated pretrial proceedings. (*See* Transfer Order 3). As the JPML observed, the Court previously entered an Order dismissing an action involving the same claims and same parties as the transferred case. (*See id.* 2; Jan. 10, 2022 Order [ECF No. 450]). Collectively, those parties and claims comprised the "Other Broker Tranche" previously created by the Court to facilitate pretrial proceedings. (*See* May 18, 2021 Order [ECF No. 310] 1–2).

Accordingly, it is **ORDERED** that the newly transferred action (*Chavez v. Apex Clearing Corporation*, No. 1:22-cv-21747 (S.D. Fla. 2022)) shall again comprise the "Other Broker Tranche," with the parties and attorneys therein assuming the same positions that they occupied prior to the January 10, 2022 Order [ECF No. 450] dismissing the case without prejudice. The parties and attorneys are required to comply with all previously entered Orders on the MDL docket (Civil Action No. 21-md-02989). Plaintiffs, Erik Chavez and Peter Jang, shall file their

CASE NO. 21-2989-MDL-ALTONAGA/Torres

Complaint[1] on the MDL docket on or before **June 10, 2022**. Defendant, Apex Clearing Corporation shall file its response to the Complaint on or before **June 17, 2022**. If Defendant files a motion to dismiss, the parties shall brief the motion in accordance with the requirements of, including the time limits set by, the Local Rules.

**DONE AND ORDERED** in Miami, Florida, this 8th day of June, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record;
*Pro Se* Plaintiffs

---

[1] The Complaint is currently on file in the member case. (*See Chavez v. Apex Clearing Corp.*, No. 1:22-cv-21747, Compl. [ECF No. 4] filed Feb. 15, 2022 (S.D. Fla. 2022)).