UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to the Other Broker Tranche

**ORDER**

        **THIS CAUSE** came before the Court on Defendant, Apex Clearing Corporation's Motion for Expansion of Page Limitations for Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Class Action Complaint [ECF No. 480], filed on June 13, 2022.  After Defendant filed its Motion, the Court issued an Order [ECF No. 481] noting jurisdictional defects in the Complaint and directing Plaintiffs to file an amended complaint curing those defects.  (*See generally id*.).  Accordingly, it is

        **ORDERED AND ADJUDGED** that Defendant, Apex Clearing Corporation's Motion for Expansion of Page Limitations for Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Class Action Complaint **[ECF No. 480]** is **DENIED as moot**.

        **DONE AND ORDERED** in Miami, Florida, this 15th day of June, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record