UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

## **NOTICE OF CHANGE OF ADDRESS**

**NOTICE IS HEREBY GIVEN** that effective immediately, Peter Safirstein, counsel for Plaintiffs Erik Chavez and Peter Jang in the above-captioned case, has changed law firm, address, telephone number, and email to:

Safirstein Law LLC 45 N.
Broad Street Suite 100
Ridgewood, NJ  07450
917-952-9458
psafirstein@safirsteinlaw.com

Dated:  June 15, 2022

                                         Respectfully submitted,

                                         /s/ Peter Safirstein
                                         Peter Safirstein
                                         Safirstein Law LLC
                                         45 N. Broad Street
                                         Suite 100
                                         Ridgewood, NJ  07450
                                         917-952-9458
                                         psafirstein@safirsteinlaw.com

                                         *Counsel for Plaintiffs Erik Chavez
                                         and Peter Jang*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's ECF System.

/s/ Peter Safirstein
Peter Safirstein