UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

This Document Relates to the Other Broker Tranche.

**[PROPOSED] ORDER GRANTING DEFENDANT APEX CLEARING CORPORATION'S MOTION FOR EXPANSION OF PAGE LIMITATIONS FOR BRIEFING ON ITS MOTION TO DISMISS PLAINTIFFS CHAVEZ AND JANG'S AMENDED CLASS ACTION COMPLAINT**

**THIS CAUSE** came before the Court upon Defendant Apex Clearing Corporation's Motion for Expansion of Page Limitations for Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Amended Class Action Complaint [ECF No. _____], filed on June 15, 2022.

**THE COURT** has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Motion [ECF No. ____] is **GRANTED**. Defendant's opening memorandum of law in support of its Motion to Dismiss and Plaintiffs' opposition memorandum will be limited to 50 pages each, and Defendant's reply brief will be limited to 30 pages.

**DONE AND ORDERED** in Miami, Florida, this ____ day of June, 2022.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc: counsel of record