UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Other Broker Tranche

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On June 15, 2022, Plaintiffs, Erik Chavez and Peter Jang filed their Amended Complaint [ECF No. 483]. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant, Apex Clearing Corporation has until **June 22, 2022** to file its response. If Defendant files a motion to dismiss, the parties shall brief the motion in accordance with the requirements of, including the time limits set by, the Local Rules.

**DONE AND ORDERED** in Miami, Florida, this 16th day of June, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record