UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Other Broker Tranche

## ORDER

**THIS CAUSE** came before the Court on Defendant, Apex Clearing Corporation's Motion for Expansion of Page Limitations for Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Amended Class Action Complaint [ECF No. 487]. The Court being fully advised, it is

**ORDERED AND ADJUDGED** that Defendant, Apex Clearing Corporation's Motion for Expansion of Page Limitations for Briefing on its Motion to Dismiss Plaintiffs Chavez and Jang's Amended Class Action Complaint **[ECF No. 487]** is **GRANTED**. Any motion to dismiss shall not exceed 50 pages. Plaintiffs' response to that motion shall not exceed 50 pages. Defendant's reply shall not exceed 25 pages.

**DONE AND ORDERED** in Miami, Florida, this 16th day of June, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record