# Exhibit 5



https://www.google.com/finance/quote/KOSS:NASDAQ?window=MAX (accessed on August 30, 2021)