# Exhibit 6



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

+1 202 736 8471
NSULLIVAN@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

March 22, 2021

**CONFIDENTIAL TREATMENT REQUESTED BY APEX CLEARING CORPORATION AND ANY OF ITS AFFILIATES AND/OR SUBSIDIARIES PURSUANT TO NEW JERSEY OPEN PUBLIC RECORDS ACT, N.J. STAT. § 47:1A ET SEQ. AND N.J. ADMIN. CODE § 13: 47A-14.2**

*By Email (KopletonA@dca.njoag.gov)*

Amy Kopleton
Deputy Bureau Chief
Bureau of Securities
New Jersey Office of the Attorney General
Division of Consumer Affairs
153 Halsey Street
6th Floor
Newark, NJ 07102

Re:   Request Letter of February 4, 2021 re Trading Restrictions

Dear Amy:

On behalf of Apex Clearing Corporation (CRD# 13071) ("Apex" or "Firm"), this letter supplements our response letter dated February 9, 2021 ("Response Letter") to your request letter of February 4, 2021 ("Request Letter") to Apex seeking certain information and documentation regarding potential trading restrictions Apex imposed on its Clients (defined below) related to the securities identified in the Request Letter.

The Initial Response described the Restricted Period as being in effect from approximately 10:30 a.m. Eastern until 1:55 p.m. Eastern. We now understand that the Restricted Period was in effect from approximately 10:30 a.m. *Central* until 1:55 p.m. *Central*, or 11:30 a.m. Eastern until 2:55 p.m. Eastern. In addition, we wanted to clarify that the term "clients" used in the Response Letter means (i) a small number of direct customers of Apex and (ii) correspondent introducing brokers and customers introduced to Apex by those introducing brokers.

This letter is being provided to the New Jersey Attorney General's Office, Bureau of Securities ("Securities Bureau") as part of the Securities Bureau's investigation of this matter, with the understanding that Apex believes that business confidentiality pertains to this letter and all of the enclosures hereto. Apex requests confidential treatment for these documents under N.J. Stat. § 47:1A *et seq.*, N.J. Admin. Code § 13: 47A-14.2, and other applicable provisions of law governing the non-disclosure of information. Such materials are considered to be confidential and/or private documents that are commercially valuable, and, as such, constitute or contain trade secrets, the disclosure of which may violate proprietary rights and would grant our competitors an unfair advantage. In addition, Apex believes some or all of this information is

Confidential Treatment Requested
by Apex Clearing Corp.

APEX-TXAG-01-00005828

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

APEX-MDL00006018

# SIDLEY

Amy Kopleton
March 22, 2021
Page 2

confidential, personal, and/or private information, the disclosure of which may represent an invasion of personal privacy. If the Securities Bureau is not satisfied that the materials are exempt from disclosure, Apex stands ready to supply further particulars, and request the opportunity to do so.

The information is produced with the further request that:

(i) you will keep it strictly confidential and will not disclose or provide it to any other party, unless (a) you determine that disclosure should be made to the SEC or another governmental or self-regulatory organization ("SRO"), in which case you will immediately notify us prior to initiating such disclosure and will use your best efforts to obtain confirmation from the SEC or SRO that the information will be afforded confidential treatment; or (b) you receive a subpoena or other compulsory order seeking production of the information, in which case you will notify us immediately and provide us an opportunity to prove that this letter and the enclosures qualify for an exemption from public disclosure;

(ii) Apex will be immediately notified of any other requests for the provided information and be given an opportunity to object to such disclosure; and

(iii) providing the above information does not constitute any authorization, consent or waiver by us, express or implied, entitling the Securities Bureau or any other agency or person to have access to any additional documents or information in our possession or a waiver of any objections to a subpoena or other process.

This letter is submitted with the further request that it be kept in a non-public file and that access to it by any third party that is not a member of the Securities Bureau or its staff be denied.

Sincerely,

Neal E. Sullivan

Confidential Treatment Requested
by Apex Clearing Corp.

APEX-TXAG-01-00005829

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                APEX-MDL00006019