# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

June 23, 2022

For rules and forms visit
www.ca11.uscourts.gov

FILED BY KP D.C.
Jun 23, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Kathryn Hettler
Hach Rose Schirripa & Cheverie, LLP
112 MADISON AVE FL 10
NEW YORK, NY 10016

Seth Pavsner
Hach Rose Schirripa & Cheverie, LLP
112 MADISON AVE FL 10
NEW YORK, NY 10016

Joseph Saveri
Joseph Saveri Law Firm, LLP
601 CALIFORNIA ST STE 1000
SAN FRANCISCO, CA 94108

Frank R. Schirripa
Hach Rose Schirripa & Cheverie, LLP
112 MADISON AVE FL 10
NEW YORK, NY 10016

Steven Noel Williams
Joseph Saveri Law Firm, LLP
601 CALIFORNIA ST STE 1000
SAN FRANCISCO, CA 94108

Christopher Kar-Lun Young
Joseph Saveri Law Firm, LLP
601 CALIFORNIA ST STE 1000
SAN FRANCISCO, CA 94108

Appeal Number: 22-11873-F
Case Style: Angel Guzman, et al v. Robinhood Markets, Inc., et al
District Court Docket No: 1:21-md-02989-CMA

Please use the appeal number for all filings in this court.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Civil Appeal Statement
Appellants and Cross-Appellants must file a Civil Appeal Statement, which is available on the Court's website, within 14 days after this letter's date. See 11th Cir. R. 33-1(a).

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Defaults
Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed after 14 days and without further notice** unless the following default(s) have been corrected:

Transcript Information Form
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a Transcript Information Form, which is available on the Court's website. See FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after **June 3, 2022**. See 11th Cir. R. 12-1 and 31-1.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this court of any changes to

the party's or attorney's addresses during the pendency of the case in which the party or attorney is participating. See 11th Cir. R. 25-7.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to:

ALL ANTITRUST ACTIONS

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Angel Guzman, Burke Minahan, Christopher Miller, and Terell Sterling (collectively, "Plaintiffs"), on behalf of themselves and others similarly situated, appeal to the United States Court of Appeals for the Eleventh Circuit from the final Order entered on May 13, 2022 [ECF No. 470], which grants Defendants Robinhood Markets, Inc., Robinhood Financial LLC, Robinhood Securities, LLC and Citadel Securities LLC's Motion to Dismiss the Amended Antitrust Tranche Complaint [ECF No. 456], and dismisses Plaintiffs' Amended Consolidated Class Action Complaint [ECF No. 451] with prejudice. A copy of the order is attached as Exhibit A hereto.