UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

**NOTICE OF CHANGE OF ADDRESS**

**NOTICE IS HEREBY GIVEN** that effective immediately, Sean A. Burstyn, counsel for Plaintiffs Andrea Juncadella, Patrick Young, Omar Alsaedi, Ethan Arellano, Travis Elliot, Jessica Hines, Michelle Del Valle, Michael Ridpath, Charles Fellows, Bryan Joyner, Christine Bukowski, Carolyn Collier, Amanda Giuliani, Chasity Woodward, Matt Scime and William Urrutia, in the above-captioned case, has changed his address and telephone number to:

**1101 Brickell Avenue, Suite S700**

**Miami, FL 33131**

**Tel: (305) 204-9808**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 28, 2022, the foregoing was electronically filed via CM/ECF, which will serve it via electronic mail to all counsel of record.

> **BURSTYN LAW PLLC**
> 1101 Brickell Avenue, Suite S700
> Miami, FL 33131
> Tel: (305) 204-9808
> Sean.Burstyn@BurstynLaw.com
>
> By:   /s/ *Sean A. Burstyn*
> SEAN A. BURSTYN
> Florida Bar No. 1028778