UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

This Document Relates to All Claims Included
In the Other Broker Tranche

**DECLARATION OF PETER SAFIRSTEIN IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO APEX'S RULE 12 MOTION TO DISMISS
FILED JUNE 22, 2022**

I, PETER SAFIRSTEIN, hereby declare under the penalty of perjury, as follows:

1. I am an attorney duly authorized to practice law in the States of New York and New Jersey and filed a Certificate of Understanding in this Court on April 20, 2021. (Doc. No. 212). I am a Partner in the law firm of Safirstein Law LLC, counsel for Plaintiffs in the above captioned matter and appointed Lead Counsel in the Other Broker Tranche pursuant to this Court's Order dated May 18, 2021 (Doc. No. 310). I submit this Declaration in support of Plaintiffs' Opposition to Apex's Rule 12 Motion to Dismiss Files Jun3 22, 2022. I am familiar with the facts set forth herein, based on my personal knowledge of the material referenced herein.

2. Attached hereto as Exhibit 1 is the SEC's "Staff Report on Equity and Options Market Structure Conditions in Early 2021" dated October 14, 2021 ("SEC Report") *available at* https://www.sec.gov/files/staff-report-equity-options-market-struction-conditions-early-2021.pdf

1

3. Attached hereto as Exhibit 2 is a true and correct copy of a document produced in this litigation by DTCC (DTCC_MDL_00000326-7). This document is referenced in ¶ 82 of Plaintiffs' Complaint.

4. "Apex Clearing Corporation is a member of the following: Financial Industry Regulatory Authority "FINRA", Securities Investor Protection Corporation "SIPC", New York Stock Exchange, NYSE Area, Inc., CBOE BYX Exchange, Inc., CBOE BZX Exchange, Inc., BOX Options Exchange LLC, CBOE 2 Exchange, Inc., CBOE Exchange, Inc., CBOE EDGA Exchange, Inc., CBOE EDGX Exchange, Inc., Nasdaq ISE LLC, Nasdaq BX Inc., Nasdaq PHLX, LLC., Nasdaq Stock Market, Investors' Exchange LLC, MIAX Pearl Exchange llC, Chicago Stock Exchange, Miami International Securities Exchange LLC, Options Clearing Corporation, National Securities Clearing Corporation, Depository Trust Company, Fixed Income Clearing Corporation, Mortgage Backed Securities Clearing Corporation, Government Securities Clearing Corporation, National Futures Association, Euroclear, Commodities Futures Trading Commission, and Municipal Securities Rulemaking Board.pex is a member of the New York Stock Exchange and a member of the NASD." Apex Clearing Corporation 2019 Annual Report Filed on Form X-17A-5. Apex membership confirmed for 2021 and 2022 on New York Stock Exchange and NASDAQ websites available at https://www.nyse.com/markets/nyse-american/membership#directory and http://www.nasdaqtrader.com/Trader.aspx?id=Membership.

5. The common stock of AMC Entertainment Holdings Inc. (ticker: AMC) is listed on the New York Stock Exchange. The common stock of GameStop Corporation (ticker: GME) is listed on the New York Stock Exchange. New York Stock Exchange Listings are available for review at https://www.nyse.com/listings_directory/stock. The New York Stock Exchange is located at 11 Wall Street, New York, NY 10005.

6. The common stock of Koss Corporation (ticker: KOSS) Entertainment Holdings Inc. (ticker: AMC) is listed on NASDAQ. This NASDAQ listing is available for review at https://www.nasdaq.com/market-activity/stocks/koss. NASDAQ, Inc.'s principal executive offices are located at 151 W. 42nd Street, New York, New York 10036.

7. The Depository Trust & Clearing Corporation ("DTCC") is headquartered at 55 Water Street, New York, NY 10041. See: https://www.bloomberg.com/profile/company/ 592256Z:US.

Declared, pursuant to 28 U.S.C. §1746, under the penalty of perjury, this 6th day of July, 2022 in Ridgewood, New Jersey.

/s/ *Peter Safirstein*
Peter Safirstein