**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

| | |
|---|---|
| In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |

**[PROPOSED] SCHEDULING ORDER RE:**
**AMENDMENT OF COMPLAINT**

WHEREAS, the motion of Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC ("Defendants") to dismiss the Consolidated Class Action Complaint ("Complaint") filed by Lead Plaintiff Blue Laine-Beveridge on behalf of a proposed investor Class ("Plaintiffs") is under submission;

WHEREAS, prior to filing the Complaint, pursuant to the statutory discovery stay imposed by the Private Securities Litigation Reform Act of 1995, Plaintiffs had no access to various defendants' documents provided to the plaintiffs in the other MDL tranches;

WHEREAS on June 24, 2022, the U.S. House of Representatives Committee on Financial Services issued a Majority Staff Report entitled: "GAME STOPPED: How the Meme Stock Market Event Exposed Troubling Business Practices, Inadequate Risk Management, and the Need for Regulatory and Legislative Reform" ("Report"); and

WHEREAS the 138-page Report reproduces or references a broad range of evidence, obtained by Congress during the House Financial Services Committee's extensive 16-month investigation, that Plaintiffs have never seen and believe are relevant to their claims in this action;

For good cause shown, it is hereby **ORDERED** that:

1. Plaintiffs, through Lead Counsel, shall provide to Defendants a copy of the proposed

   First Amended Complaint ("FAC") by August 5, 2022.

2.  Defendants shall advise Lead Counsel by August 12, 2022, whether they consent to the filing of the FAC.

3.  If Defendants consent to the filing of the FAC, Plaintiffs will file the FAC no later than August 17, 2022; Defendants shall file a motion to dismiss the FAC by September 14, 2022; Lead Plaintiff shall file an opposition to the motion to dismiss by October 12, 2022; and Defendants shall file their reply in further support of the motion to dismiss by October 26, 2022.

4.  If Defendants do not consent to the filing of the FAC, Plaintiffs shall file a motion for leave to file the FAC by August 19, 2022, Defendants shall file their opposition brief by August 26, 2022, and Plaintiffs shall file a reply brief by September 2, 2022.

Dated: _____, 2022      _____

                   CECILIA M. ALTONAGA
                   CHIEF UNITED STATES DISTRICT JUDGE