UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

**This Document Relates to: All Actions Involving the Federal Securities Laws**

**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF PLAINTIFFS'
MOTION REQUESTING ENTRY OF A SCHEDULING ORDER RE:
AMENDMENT OF COMPLAINT**

I, Laurence M. Rosen, hereby declare as follows:

1. I am the Managing Partner of The Rosen Law Firm, P.A. ("Rosen Law"), court-appointed Lead Counsel herein. I make this Declaration in support of Plaintiffs' "Motion Requesting Entry of a Scheduling Order re: Amendment of Complaint," served and filed herewith.

2. I am an attorney duly licensed to practice in the State of Florida and before this Court. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

3. Attached hereto as Exhibit A is a true and correct copy of a report issued on or about June 24, 2022, prepared by the Majority Staff of the Committee on Financial Service, U.S. House of Representatives. The title of the report is "Game Stopped: How the Meme Stock Market Event Exposed Troubling Business Practices, Inadequate Risk Management, and the Need for Regulatory and Legislative Reform."

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct and that this declaration is executed this 12th day of July, 2022, at New York, New York.

/s/Laurence M. Rosen
Declarant
Laurence M. Rosen, Fla. Bar No. 0182877

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen