UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In Re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**
_____/

This Document Relates to All Actions

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective immediately, Kantrowitz, Goldhamer & Graifman P.C., co-counsel for Plaintiffs Erik Chavez and Peter Jang in the above-captioned action, has changed its office location to:

> KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C
> 135 Chestnut Ridge Road, suite 200
> Montvale, New Jersey 07645

Please update your records accordingly and serve all future pleadings, notices and other papers upon us at our new address.

Dated:  July 20, 2022

> Yours, etc.
> **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
> By: /s/ Gary S. Graifman
>     Gary S. Graifman, Esq.
>     *Attorneys for Plaintiffs*
>     135 Chestnut Ridge Road, suite 200
>     Montvale, New Jersey 07645
>     (201) 391-7000
>     ggraifman@kgglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2022, the foregoing was electronically filed via CM/ECF, which will serve it via electronic mail to all counsel of record.

        Yours, etc.
        **KANTROWITZ, GOLDHAMER**
        **& GRAIFMAN, P.C.**
        By: /s/ Gary S. Graifman
            Gary S. Graifman, Esq.
            *Attorneys for Plaintiffs*
            135 Chestnut Ridge Road, suite 200
            Montvale, New Jersey 07645
            (201) 391-7000
            ggraifman@kgglaw.com