UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

### NOTICE OF CHANGE OF ADDRESS

**NOTICE IS HEREBY GIVEN** that, effective immediately, Siri & Glimstad LLP, counsel for Plaintiff Royal Williams in the above-captioned action, has changed its office location to:

> 745 Fifth Avenue, Suite 500
> New York, NY 10151

Please update your records accordingly and serve all future pleadings, notices and other papers upon us as at our new address.

Dated: August 1, 2022

SIRI & GLIMSTAD LLP

By:   */s/ Elizabeth A. Brehm*
      Elizabeth A. Brehm
      745 Fifth Avenue, Suite 500
      New York, NY 10151
      (212) 532-1091
      ebrehm@sirillp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2022, the foregoing was electronically filed via CM/ECF, which will serve it via electronic mail to all counsel of record.

SIRI & GLIMSTAD LLP

By: */s/ Elizabeth A. Brehm*
Elizabeth A. Brehm
745 Fifth Avenue, Suite 500
New York, NY 10151
(212) 532-1091
ebrehm@sirillp.com