**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 21-MD-2989-ALTONAGA/TORRES**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
                                      /

This Document Relates to the Federal Securities Tranche

**ROBINHOOD'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' FEDERAL SECURITIES TRANCHE COMPLAINT**

Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC (collectively, "Robinhood"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully submit this unopposed motion for an extension of time to file an Answer to Plaintiffs' Federal Securities Tranche Complaint [ECF No. 446]. In support thereof, Robinhood states:

1. Plaintiffs filed their Federal Securities Tranche Complaint on November 30, 2021.

2. Robinhood filed its Motion to Dismiss [ECF No. 449] on January 7, 2022.

3. On August 10, 2022, this Court issued its Order on Robinhood's Motion to Dismiss [ECF No. 503], dismissing Plaintiffs' Count I in part and allowing the action to proceed.

4. In the same Order, this Court gave Plaintiffs until August 22, 2022 to file a notice indicating whether they would like to proceed with their Motion Requesting Entry of a Scheduling Order Re: Amendment of Complaint [ECF No. 495].

5. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Robinhood now has until August 25, 2022 to respond to the remaining counts in Plaintiffs' Federal Securities Tranche Complaint.

6. Robinhood requests an extension of its deadline to file an Answer to the Federal Securities Tranche Complaint through and including September 12, 2022 so that it may further evaluate Plaintiffs' allegations, analyze relevant documents, formulate a proper response, and not waste judicial resources responding to allegations that may be amended by Plaintiffs.

7. This motion is not sought for the purposes of delay, but rather to facilitate the efficient and effective use of judicial resources.

8. This is Robinhood's first request for an extension of time to file an Answer to the Federal Securities Tranche Complaint.

9. Plaintiffs do not oppose the relief sought herein.

WHEREFORE, Robinhood respectfully requests an extension of time through and including September 12, 2022 to file an Answer to the Federal Securities Tranche Complaint.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that, on August 17 and 18, 2022, counsel for Robinhood conferred via email with Plaintiffs' counsel regarding the relief sought in this motion. Plaintiffs do not oppose this motion.

| | |
|---|---|
| Dated:  August 19, 2022 | /s/ Samuel A. Danon |

**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@HuntonAK.com
mcastellanos@HuntonAK.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Counsel for Defendants Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*