UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to the Federal Securities Tranche

### [PROPOSED] ORDER GRANTING ROBINHOOD'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' FEDERAL SECURITIES TRANCHE COMPLAINT

THIS CAUSE came before the court upon Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC's (collectively, "Robinhood") Unopposed Motion for Extension of Time to File an Answer to Plaintiffs' Federal Securities Tranche Complaint, filed on August 19, 2022. Being fully advised, it is

**ORDERED AND ADJUDGED** that Robinhood's motion is GRANTED. The deadline for Robinhood to file an Answer to Plaintiffs' Federal Securities Tranche Complaint is hereby extended to September 12, 2022.

**DONE AND ORDERED** in Miami, Florida, this ___ day of _____, 2022.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE