UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

This Document Relates to: All Actions Involving the Federal Securities Laws

NOTICE OF INTENT NOT TO PROCEED WITH THE MOTION REQUESTING A
SCHEDULING ORDER RE: AMENDMENT OF THE CONSOLIDATED CLASS
ACTION COMPLAINT

## NOTICE

Lead Plaintiff Blue Laine-Beveridge, named Plaintiffs Abraham Huacuja, Ava Bernard, Brandon Martin, Brendan Clarke, Brian Harbison, Cecilia Rivas, Garland Ragland Jr., Joseph Gurney, Santiago Gil Bohórquez, and Trevor Tarvis (collectively "Plaintiffs"), hereby file notice in accordance with the Court's Order granting in part and denying in part the motion to dismiss the Consolidated Class Action Complaint. Dkt. No. 503.

In the conclusion of the Court's Order, the Court instructed Plaintiffs to "file a notice indicating whether they would like to proceed with their Motion Requesting Entry of a Scheduling Order Re: Amendment of Complaint." *Id*. at 52.

In light of the Court's Order allowing several of Plaintiffs' claims to move forward, Plaintiffs do not intend to proceed with their motion requesting a scheduling order for filing an amended complaint. Plaintiffs intend to stand on the operative complaint and proceed on the claims that have survived the Court's Order on the motion to dismiss.

Dated: August 22, 2022                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, FBN# 0182877
Robin Bronzaft Howald
Michael A. Cohen
By: /s/Laurence M. Rosen
Laurence M. Rosen, Esq.
275 Madison Avenue 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Blue Laine-Beveridge and Named Plaintiffs Abraham Huacuja, Ava Bernard, Brandon Martin, Brendan Clarke, Brian Harbison, Cecilia Rivas, Garland Ragland Jr., Joseph Gurney, Santiago Gil Bohórquez, and Trevor Tarvis*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on August 22, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen