UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Securities Tranche

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs' Motion Requesting Entry of a Scheduling Order Re: Amendment of Complaint [ECF No. 495], filed on July 12, 2022. On August 22, 2022, Plaintiffs filed a Notice [ECF No. 505] indicating that they no longer wish to proceed with the Motion. (*See generally* Notice).

For the foregoing reason, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion Requesting Entry of a Scheduling Order Re: Amendment of Complaint **[ECF No. 495]** is **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of August, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record