UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:21-md-02989

In Re:

January 2021 Short Squeeze
Trading Litigation
_____/

This Document Relates to All Actions

## NOTICE OF CHANGE OF LAW FIRM, ADDRESS, AND EMAIL

PLEASE TAKE NOTICE that effective immediately **Patrick S. Montoya** is now with the law firm of Milberg Coleman Bryson Phillips & Grossman, PLLC and gives notice that his new emails are:

Primary: **Pmontoya@milberg.com**

Secondary: **estanton@milberg.com**

Counsel's new address is **2701 S. LeJeune Road, 10th Floor, Coral Gables, FL 33134.**

Counsel requests all further papers and pleadings in this action and the served upon him at the above emails.

Respectfully submitted on this 23rd day of August, 2022.

| | |
|---|---|
| Dated: August 23, 2022 | Respectfully submitted,<br><br>By: */s/ Patrick S. Montoya*<br>Patrick S. Montoya<br>**Milberg Coleman Bryson Phillips & Grossman, PLLC**<br>2701 S. LeJeune Road, 10th Floor<br>Coral Gables, FL 33134<br>Tel.: (866) 252-0878<br>Fax: (919) 600-5035<br>Email: Pmontoya@milberg.com<br>estanton@milberg.com |