UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Federal Securities Tranche

**ORDER**

THIS CAUSE came before the court upon Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC's Unopposed Motion for Extension of Time to File an Answer to Plaintiffs' Federal Securities Tranche Complaint [ECF No. 504], filed on August 19, 2022. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline for Robinhood to file an Answer to Plaintiffs' Federal Securities Tranche Complaint is extended to **September 12, 2022**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of August, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record