**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Torres**

**IN RE:**

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to All Actions

## MOTION TO WITHDRAW APPERANCE

Pursuant to Local Rule 11.1(d)(3), I, Abraham Z. Melamed, Esq., hereby move this Court

for an Order granting permission to withdraw my appearance as counsel for David Wieg in the

above styled action because I am no longer a member of the Derek Smith Law Group, PLLC and

no longer represent Plaintiff David Wieg, and should therefore be removed from the Court's service

list. Attorney Alexander Gabriel Cabeceiras, on behalf of the Derek Smith Law Group, PLLC,

has entered an appearance on behalf of David Wieg and is familiar with this matter, the posture

of the case, and its current status on the calendar.   By way of this filing, the undersigned

respectfully requests that the Court issue an order granting this motion to withdraw.

RESPECTFULLY submitted this 30th day of September 2022.

DEREK SMITH LAW GROUP, PLLC

_/s/ Abraham Melamed_____
Abraham Z. Melamed, Esq.
One Penn Plaza, 4905
New York, NY 10119
abe@dereksmithlaw.com
(212) 587-0760
_Attorneys for Plaintiff David Wieg_

**CERTIFICATE OF SERVICE**

I, Caroline H. Miller, Esq. hereby certify that a true and correct copy of the foregoing

document was electronically filed with the Clerk of Court and served upon all counsel of record

via the Court's ECF System. Dated:  September 30, 2022