## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to All Actions

### <u>PROPOSED ORDER GRANTING MOTION TO WITHDRAW APPEARANCE</u>

THIS CAUSE came before the court upon the Motion of Abraham Z. Melamed, Esq. to Withdraw Appearance [ECF No. _____] as counsel for Plaintiff David Wieg in the above styled action. Being fully advised it is ORDERED AND ADJUDGED that the Motion to Withdraw Appearance is GRANTED.

Abraham Z. Melamed, Esq.'s appearance in this matter is withdrawn.

DONE AND ORDERED in Miami, Florida, this ____day of _____, 2022.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE