UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to the Securities Tranche

## ROBINHOOD'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

HUNTON ANDREWS KURTH LLP

Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@HuntonAK.com
mcastellanos@HuntonAK.com

CRAVATH, SWAINE & MOORE LLP

Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
825 Eighth Avenue New
York, NY 10019
Telephone: (212) 474-1000
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Attorneys for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's September 22, 2022 Order Requiring Scheduling Report and Certificates of Interested Parties (ECF 511), and Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certify as follows:

Defendants Robinhood Financial LLC and Robinhood Securities, LLC are wholly owned subsidiaries of Robinhood Markets, Inc. (NASDAQ: HOOD), and no publicly-traded corporation has a 10% or greater ownership interest in Robinhood Financial LLC, Robinhood Securities, LLC or Robinhood Markets, Inc.

The following is a complete list, in alphabetical order, of interested persons:

1. Bernard, Ava
2. Bohórquez, Santiago G.
3. Castellanos Alvarado, Maria
4. Clarke, Brendan
5. Cohen, Michael A.
6. Cravath, Swaine & Moore LLP
7. Danon, Samuel A.
8. Gurney, Joseph
9. Harbison, Brian
10. Howald, Robin B.
11. Huacuja, Abraham
12. Hunton Andrews Kurth LLP
13. Huynh, Andrew D.
14. Laine-Beveridge, Blue
15. Martin, Brandon
16. Orsini, Kevin J.
17. Ragland Jr., Garland

18. Rivas, Cecilia
19. Robinhood Financial LLC
20. Robinhood Markets, Inc.
21. Robinhood Securities, LLC
22. Rosen, Laurence M.
23. The Rosen Law Firm, P.A.
24. Ryan, Antony L.
25. Sukiennik, Brittany L.
26. Tarvis, Trevor

DATED: October 6, 2022

Respectfully submitted,

/s/ Samuel A. Danon
HUNTON ANDREWS KURTH LLP
Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@HuntonAK.com
mcastellanos@HuntonAK.com

CRAVATH, SWAINE & MOORE LLP
Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Attorneys for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED: October 6, 2022

*/s/ Samuel A. Danon*
Samuel A. Danon (FBN 892671)

## SERVICE LIST

All counsel of record, via ECF