UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

**This Document Relates to: All Actions Involving the Federal Securities Laws**

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's September 22, 2022 Order Requiring Scheduling Report and Certificates of Interested Parties (Dkt. No. 511), Lead Plaintiff Blue Laine-Beveridge, named Plaintiffs Abraham Huacuja, Ava Bernard, Brandon Martin, Brendan Clarke, Brian Harbison, Cecilia Rivas, Garland Ragland Jr., Joseph Gurney, Santiago Gil Bohórquez, and Trevor Tarvis (collectively "Plaintiffs"), respectfully file their Certificate of Interested Parties and Corporate Disclosure Statement.

**Interested Parties**

To the best of Plaintiffs' knowledge, the following are the names of all persons, associated persons, firms, partnerships, or corporations that have, or may have, a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Blue Laine-Beveridge – Lead Plaintiff
2. Abraham Huacuja – named Plaintiff
3. Ava Bernard – named Plaintiff
4. Colleen Cooke – assignor to Ava Bernard

1

5. Brandon Martin – named Plaintiff

6. Brendan Clarke – named Plaintiff

7. Brian Harbison – named Plaintiff

8. Cecilia Rivas – named Plaintiff

9. Garland Ragland, Jr. – named Plaintiff

10. Joseph Gurney – named Plaintiff

11. Santiago Gil Bohórquez – named Plaintiff

12. Trevor Tarvis – named Plaintiff

13. Robinhood Financial, LLC – Defendant

14. Robinhood Securities, LLC – Defendant

15. Robinhood Markets, Inc. – Defendant

16. The Rosen Law Firm, P.A. – Plaintiffs' law firm

17. Laurence M. Rosen – Plaintiffs' counsel

18. Hunton Andrews Kurth LLP – Defendants' law firm

19. Cravath, Swaine & Moore LLP – Defendants' law firm

## Corporate Disclosure Statement

Plaintiffs are individuals, as such there is no corporate ownership at issue.

Dated: October 6, 2022                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, FBN# 0182877
Robin Bronzaft Howald
Michael A. Cohen
By: /s/Laurence M. Rosen
Laurence M. Rosen, Esq.
275 Madison Avenue 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Blue Laine-Beveridge and Named Plaintiffs Abraham Huacuja, Ava Bernard, Brandon Martin, Brendan Clarke, Brian Harbison, Cecilia Rivas, Garland Ragland Jr., Joseph Gurney, Santiago Gil Bohórquez, and Trevor Tarvis*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence M. Rosen*