UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

**ORDER**

THIS CAUSE came before the Court upon the Motion of Abraham Z. Melamed to Withdraw Appearance [ECF No. 512]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Abraham Z. Melamed's appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida, this 7th day of October, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record