**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 11.1(d)(3), the undersigned hereby respectfully moves to withdraw

the appearance of Marguerite Snyder and requests an order permitting her to withdraw as counsel

for Michael D. Scalia ("Scalia"). Scalia will continue to be represented by other attorneys at Weil

Law Firm, P.A., meaning that Scalia's representation will continue unhindered.

Dated: October 15, 2022                    Respectfully submitted,

                                           **WEIL LAW FIRM, P.A.**
                                           201 S. Biscayne Blvd., Suite 720
                                           Miami, Florida 33131
                                           Tel: (305) 372-5352
                                           Fax: (305) 372-5355

                                           By: */s/ Ronald P. Weil*
                                           Ronald P. Weil (FBN 169966)
                                           Email: rweil@weillawfirm.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2022, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: <u>*/s/ Ronald P. Weil*</u>
    Ronald P. Weil