UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____ /

This Document Relates to the Securities Tranche

# TIMOTHY A. NORDEEN AND AARON KOLYSKO'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

LAW OFFICES OF GARY R. CARLIN

Gary R. Carlin (44945)
Alexander Zaimi (330866)
301 E. Ocean Blvd., Suite 1550
Long Beach, CA 90802
Telephone: (562) 432-8933
Facsimile: (562) 435-1656
gary@garycarlinlaw.com
alex@garycarlinlaw.com

*Attorneys for Plaintiffs Timothy A. Nordeen, and Aaron Kolysko*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's September 22, 2022 Order Requiring Scheduling Report and Certificates of Interested Parties (ECF 511), and Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certify as follows:

The following is a complete list, in alphabetical order, of interested parties:

1. Kolysko, Aaron

2. Nordeen, Timothy A.; and

3. All persons similarity situated who expressed an interest in joining the class action.

DATED: October 6, 2022                     Respectfully submitted,

                                           /s/ Gary R. Carlin

                                           LAW OFFICES OF GARY R. CARLIN
                                           Gary R. Carlin (44945)
                                           Alexander Zaimi (330866)
                                           301 E. Ocean Blvd., Suite 1550
                                           Long Beach, CA 90802
                                           Telephone: (562) 432-8933
                                           Facsimile: (562) 435-1656
                                           gary@garycarlinlaw.com
                                           alex@garycarlinlaw.com

                                           *Attorneys for Plaintiffs Timothy A. Nordeen, and Aaron Kolysko*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECG. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED: October 6, 2022

        /s/ Gary R. Carlin
Gary R. Carlin (44945)

## SERVICE LIST

All counsel of record, via ECF