**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-2989-MDL-ALTONAGA/Damian**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to the Federal Securities
Tranche

**[PROPOSED] ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Robert A. Meyer, Esq. of JAMS on
May 17, 2023, at 9:00 am in New York, New York.

ENTERED this ___ day of _____, 20 ___.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished:
All counsel of record