UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Robert A. Meyer, Esq. of JAMS on May 17, 2023, at 9:00 a.m. in New York, New York. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Miami, Florida, this 31st day of October, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record