# EXHIBIT A

DocuSign Envelope ID: 73438956-245A-4G70-8C98-ACA7969284GF

# CERTIFICATION

Abraham Huacuja (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A..

2.     Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.     Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____     11/29/2021

_____
Abraham Huacuja

**SCHEDULE A**

**ABRAHAM HUACUJA**

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| AMC | 1/27/2021 | 1,000 | ($19.09) | AMC | 1/28/2021 | 71 | $13.00 |
| AMC | 1/27/2021 | 15 | ($18.24) | AMC | 1/28/2021 | 100 | $13.00 |
| AMC | 1/27/2021 | 105 | ($17.86) | AMC | 1/28/2021 | 45 | $13.00 |
| AMC | 1/27/2021 | 100 | ($17.85) | AMC | 1/28/2021 | 100 | $13.00 |
| AMC | 1/27/2021 | 100 | ($17.85) | AMC | 1/28/2021 | 30 | $13.00 |
| AMC | 1/27/2021 | 100 | ($17.85) | AMC | 1/28/2021 | 40 | $13.00 |
| AMC | 1/27/2021 | 100 | ($17.85) | AMC | 1/28/2021 | 25 | $13.00 |
| AMC | 1/27/2021 | 300 | ($17.85) | AMC | 1/28/2021 | 6 | $13.00 |
| AMC | 1/27/2021 | 95 | ($17.85) | AMC | 1/28/2021 | 6 | $13.00 |
| AMC | 1/27/2021 | 150 | ($16.35) | AMC | 1/28/2021 | 600 | $13.00 |
| AMC | 1/27/2021 | 5 | ($16.25) | AMC | 1/28/2021 | 15 | $13.00 |
| AMC | 1/27/2021 | 50 | ($16.35) | AMC | 1/28/2021 | 12 | $13.00 |
| AMC | 1/27/2021 | 1 | ($15.25) | AMC | 1/28/2021 | 250 | $13.00 |
| AMC | 1/27/2021 | 9 | ($15.39) | AMC | 1/28/2021 | 25 | $13.00 |
| AMC | 1/27/2021 | 70 | ($15.15) | AMC | 1/28/2021 | 22 | $13.00 |
| NOK | 1/27/2021 | 100 | ($7.68) | AMC | 1/28/2021 | 15 | $13.00 |
| NOK | 1/27/2021 | 100 | ($7.68) | AMC | 1/28/2021 | 27 | $13.00 |
| NOK | 1/27/2021 | 1,000 | ($7.53) | AMC | 1/28/2021 | 100 | $13.00 |
| NOK | 1/27/2021 | 774 | ($7.27) | AMC | 1/28/2021 | 3 | $13.00 |
| NOK | 1/27/2021 | 100 | ($7.27) | AMC | 1/28/2021 | 708 | $13.00 |
| NOK | 1/27/2021 | 51 | ($7.27) | NOK | 1/28/2021 | 43 | $4.86 |
| NOK | 1/27/2021 | 75 | ($7.27) | NOK | 1/28/2021 | 288 | $4.86 |
| NOK | 1/27/2021 | 900 | ($7.18) | NOK | 1/28/2021 | 200 | $4.86 |
| NOK | 1/27/2021 | 100 | ($7.18) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 60 | ($6.73) | NOK | 1/28/2021 | 85 | $4.86 |
| NOK | 1/27/2021 | 50 | ($6.73) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 26 | ($6.73) | NOK | 1/28/2021 | 115 | $4.86 |
| NOK | 1/27/2021 | 100 | ($6.73) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 64 | ($6.73) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 25 | ($6.73) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 100 | ($6.73) | NOK | 1/28/2021 | 100 | $4.86 |
| NOK | 1/27/2021 | 18 | ($6.73) | NOK | 1/28/2021 | 15 | $4.86 |
| NOK | 1/27/2021 | 41 | ($6.73) | NOK | 1/28/2021 | 35 | $4.86 |
| NOK | 1/27/2021 | 16 | ($6.73) | NOK | 1/28/2021 | 75 | $4.86 |
| | | | | NOK | 1/28/2021 | 5 | $4.86 |
| | | | | NOK | 1/28/2021 | 10 | $4.86 |
| | | | | NOK | 1/28/2021 | 1,000 | $4.86 |
| | | | | NOK | 1/28/2021 | 1,229 | $4.86 |

# CERTIFICATION

Ava Bernard (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

 Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A..

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____11/29/2021_____          _____
                                                                              Ava Bernard
                                                                              056C5047159B454...
                                                                              Ava Bernard

## SCHEDULE A

### AVA BERNARD (ASSIGNED FROM COLLEEN COOKE)

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| AMC | 1/27/2021 | 500 | ($16.29) | AMC | 2/02/2021 | 500 | $8.90 |
| AMC | 1/27/2021 | 500 | ($16.10) | AMC | 2/03/2021 | 500 | $9.32 |

# CERTIFICATION

Brendan Clarke (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

 Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.     Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.     Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____11/30/2021_____                    _____
                                                                                             Brendan Clarke

DocuSign Envelope ID: 894I7886-EF9D-4DDD-A47B-1C6B438GBC58

## SCHEDULE A

### BRENDAN CLARKE

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| GME | 1/27/2021 | 3.584445 | ($306.88) | GME | 2/2/2021 | 6.642439 | $103.59 |
| GME | 1/27/2021 | 1.139977 | ($368.43) | | | | |
| GME | 1/27/2021 | 0.97842 | ($367.94) | | | | |
| GME | 1/27/2021 | 0.939597 | ($329.93) | | | | |

## CERTIFICATION

Brian Harbison (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____     11/29/2021

_____
94E0A52C4EA14BC...
Brian Harbison

DocuSign Envelope ID: E9048354-5541-414A-8831-022C73EF49B6

## SCHEDULE A

### BRIAN HARBISON

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| AMC | 1/27/2021 | 200 | ($15.98) | AMC | 1/28/2021 | 200 | $12.99 |

## CERTIFICATION

Cecilia Rivas (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____11/23/2021_____          _____

DocuSigned by:

*Cecilia Rivas*

BE8C3CC38F554C8

Cecilia Rivas

DocuSign Envelope ID: F997D897-95F6-4BC4-B186-040942EE9B61

## SCHEDULE A

### CECILIA RIVAS

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| GME | 1/27/2021 | 1 | ($290.00) | GME | 1/27/2021 | 1 | $345.00 |
| GME | 1/27/2021 | 1 | ($305.00) | GME | 2/4/2021 | 1 | $57.22 |

# CERTIFICATION

Doi Nguyen (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___1/13/2023_____          _____

                                        Doi Nguyen

DocuSign Envelope ID: 7F041945-5E79-4DF9-9715-581235ACE994

## SCHEDULE A

**DOI NGUYEN**

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| | AMC Minimum opening position 30 shares BB minimum opening position 929.8394 | | | AMC | 2/1/2021 | 79 | $15.02 |
| | | | | AMC | 2/1/2021 | 3 | $15.02 |
| | | | | BB | 1/29/2021 | 929.8394 | $16.04 |
| AMC | 1/29/2021 | 52 | ($14.51) | | | | |

*Share totals rounded to the fourth decimal.

## CERTIFICATION

Joseph Gurney (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A..

2.     Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.     Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____   11/23/2021

_____
Joseph Gurney

## SCHEDULE A

### JOSEPH GURNEY

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| BB | 1/27/2021 | 24.83321 | ($26.98) | BB | 1/28/2021 | 41 | $17.00 |
| BB | 1/27/2021 | 7 | ($26.83) | BB | 1/28/2021 | 0.0936681 | $17.00 |
| BB | 1/27/2021 | 0.076022 | ($26.83) | | | | |
| BB | 1/27/2021 | 0.377351 | ($26.82) | | | | |
| BB | 1/27/2021 | 4 | ($23.12) | | | | |
| BB | 1/27/2021 | 0.411764 | ($23.12) | | | | |
| BB | 1/27/2021 | 1.999684 | ($22.19) | | | | |
| BB | 1/27/2021 | 0.253775 | ($22.15) | | | | |
| BB | 1/27/2021 | 1.995353 | ($21.48) | | | | |
| BB | 1/27/2021 | 0.036962 | ($21.43) | | | | |
| BB | 1/27/2021 | 0.096552 | ($21.43) | | | | |
| BB | 1/27/2021 | 0.013001 | ($21.43) | | | | |

DocuSign Envelope ID: 6FB5FBD9-E54A-4F5D-B876-2182E172DF3F

# CERTIFICATION

Marcel Poirier (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.     Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5.     Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___1/9/2023_____        _____
                                           Marcel Poirier

## SCHEDULE A

### MARCEL POIRIER

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| | Minimum | | | BB | 1/28/2021 | 5,000 | $16.03 |
| | opening | | | BB | 1/29/2021 | 3,000 | $14.21 |
| | position | | | BB | 2/1/2021 | 5,000 | $14.77 |
| | 15,000 | | | BB | 2/2/2021 | 4,000 | $11.58 |
| | shares | | | | | | |
| BB | 1/28/2021 | 8,000 | ($19.49) | | | | |

*Rounded to the nearest cent.
**May include averaged prices.

## CERTIFICATION

Sandy Ng (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___1/11/2023___          _____
                                            Sandy Ng

## SCHEDULE A

### SANDY NG
### ACCOUNT 1

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| | Minimum opening position 75 shares | | | GME | 2/4/2021 | 55 | *Transfer Out* |
| GME | 1/28/2021 | 55 | ($264.00) | GME | 2/4/2021 | 75 | *Transfer Out* |

### ACCOUNT 2

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| | Minimum opening position 1,560 shares | | | GME | 2/4/2021 | 1,633 | $56.89 |
| GME | 2/4/2021 | 18 | ($78.50) | | | | |
| GME | 2/4/2021 | 55 | *Transfer In* | | | | |
| GME | 2/4/2021 | 75 | *Transfer In* | | | | |

*Rounded to the nearest cent.
**Does not account for the July 22, 2022 4:1 stock split.

# CERTIFICATION

Santiago Gil Bohórquez (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the Affected Securities which include American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), Express (NYSE: EXPR), Koss Corporation (NASDAQ: KOSS), Naked Brand Group (NASDAQ: NAKD), Nokia Corporation (NYSE: NOK), Sundial Growers, Inc. (NASDAQ: SNDL), Tootsie Roll Industries (NYSE: TR), and Trivago NV (NASDAQ: TRVG).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A..

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in the Affected Securities for which Plaintiff seeks redress pursuant to the claims set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____11/29/2021_____

DocuSigned by:

_Santiago Gil_
_____
92B08210D54A4CC...
Santiago Gil Bohórquez

DocuSign Envelope ID: 5482EE69-G8FC-47B3-8B9B-C2B8615122A5

## <u>SCHEDULE A</u>

### SANTIAGO GIL BOHÓRQUEZ

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| EXPR | 1/27/2021 | 300 | ($9.9481) | EXPR | 1/28/2021 | 200 | $6.1100 |
| EXPR | 1/27/2021 | 312 | ($9.6862) | EXPR | 1/29/2021 | 173 | $6.2219 |
| EXPR | 1/27/2021 | 176 | ($8.3000) | EXPR | 1/29/2021 | 229 | $5.6000 |
| EXPR | 1/28/2021 | 14 | ($4.8790) | EXPR | 2/1/2021 | 200 | $5.1619 |
| NOK | 1/27/2021 | 200 | ($5.1137) | NOK | 1/28/2021 | 200 | $4.9300 |
| BB | 1/27/2021 | 200 | ($20.8998) | BB | 1/28/2021 | 100 | $16.9100 |
| | | | | BB | 1/29/2021 | 100 | $14.0501 |

# CERTIFICATION

Thomas Cash (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___1/12/2023_____          _____

DocuSigned by:

*Thomas Cash*

BD44DA7314904A6...

Thomas Cash

DocuSign Envelope ID: 7E4CA659-9AEB-420B-8659-4335BCD3C53B

## SCHEDULE A

**THOMAS CASH**

| PURCHASES | | | SALES | | | |
|---|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | | **DATE** | **SHARES** | **PRICE** |
| Minimum opening position 500 shares | | | GME | 1/28/2021 | 500 | $132.00 |

*Rounded to the nearest cent.
**Does not account for the July 22, 2022 4:1 stock split.