UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Other Broker Tranche

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Peter Jang and Erik Chavez (collectively, "Plaintiffs"), on behalf of themselves and others similarly situated, appeal to the United States Court of Appeals for the Eleventh Circuit from the final Order entered on January 9, 2023 [ECF No. 525], which granted Defendant Apex Clearing Corporation's Motion to Dismiss [ECF No. 491], and dismissed Plaintiffs' Amended Consolidated Class Action Complaint [ECF No. 483] with prejudice. A copy of the Order is attached as Exhibit "A" hereto.

Dated:  February 6, 2023

Respectfully submitted,

*/s/ Peter Safirstein*
**SAFIRSTEIN LAW LLC**
Peter Safirstein
45 N. Broad Street
Suite 100
Ridgewood, NJ 07450
Tel: 917-952-9458
Email: psafirstein@safirsteinlaw.com

*Plaintiffs' Lead Counsel for the*
*Other Broker Tranche*

        Gary Steven Graifman
        **Kantrowitz Goldhamer & Graifman, P.C.**
        16 Squadron Blvd. #106
        New City, NY 10956
        845-406-9892
        Fax: (845) 356-4335
        Email: ggraifman@kgglaw.com

        *Plaintiffs' Additional Counsel for*
        *the Other Broker Tranche*


        */s/ Rachel W. Furst*
        **GROSSMAN ROTH YAFFA COHEN, P.A.**
        Rachel W. Furst (FBN 45155)
        2525 Ponce de Leon Blvd., Ste 1150
        Coral Gables, FL 33134-6040
        Tel: 305-442-8666
        rwf@grossmanroth.com

        *Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2023, I electronically filed the forgoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

        By: */s/ Rachel Wagner Furst*
             Rachel Wagner Furst