UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED BY ____PE____ D.C.

Feb 23, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN RE: JANUARY 2021 SHORT SQUEEZE TRADING
LITIGATION                                                                             MDL No. 2989

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –6)**

On April 1, 2021, the Panel transferred 35 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2021). Since that time, 19 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Cecilia M. Altonaga.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Altonaga.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 1, 2021, and, with the consent of that court, assigned to the Honorable Cecilia M. Altonaga.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 22, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION                                                              MDL No. 2989

### SCHEDULE CTO−6 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |

CALIFORNIA CENTRAL

| CAC | 2 | 23−00626 | Ryan Wong et al v. Robinhood Financial LLC et al |
| CAC | 2 | 23−00633 | Jimmy Lomax et al v. Robinhood Financial LLC et al |

CALIFORNIA NORTHERN

| CAN | 3 | 23−00403 | Hollenback et al v. Robinhood Financial LLC et al |
| CAN | 3 | 23−00405 | Shah v. Robinhood Financial LLC |