UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

### NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Pursuant to Local Rules 11.1(g), the undersigned counsel hereby gives notice to this Court and all counsel of her change of firm and address, effective immediately. All pleadings and documents directed to the undersigned should be sent to:

**RACHEL WAGNER FURST**
**MADERAL BYRNE & FURST, PLLC**
2800 Ponce de Leon Blvd., Suite 1100
Coral Gables, Florida 33134
Tel.: (305) 520-5690
Fax: (305) 520-5698
e-mail address: rachel@maderalbyrne.com

By: _/s/ Rachel Wagner Furst_
**RACHEL WAGNER FURST**
Fla. Bar No. 45155
rachel@maderalbyrne.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF system on March 1, 2023, on all counsel or parties of record.

By: _/s/ Rachel Wagner Furst_
Rachel Wagner Furst
Fla. Bar No. 45155