UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-2989-MDL-ALTONAGA/DAMIAN

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

This Document Relates to the Securities Tranche

## ORDER FOLLOWING DISCOVERY HEARING

THIS CAUSE is before the Court on Defendants, Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC's (collectively, "Robinhood" or "Defendants"), Discovery Memorandum Regarding Defendants' Requests for Production Directed to Plaintiffs (the "Memorandum"), filed February 27, 2023. [ECF No. 532].

THIS COURT has considered the Memorandum, the Response thereto [ECF No. 538], and the pertinent portions of the record and is otherwise fully advised in the premises. The Court also heard from the parties, through their counsel, at a Zoom Discovery Hearing on March 10, 2023.

For the reasons stated on the record at the hearing, it is hereby

ORDERED AND ADJUDGED that the relief requested in Robinhood's Memorandum [ECF No. 532] is **GRANTED IN PART AND DENIED IN PART** as follows:

1. As to Request for Production Number 4 of Robinhood's First Set of Requests for Production, Defendants' request is **GRANTED IN PART**. Plaintiffs shall produce documents responsive to Request Number 4 with regard to all named Plaintiffs, including the newly added Plaintiffs, for the Relevant Time Period (*i.e.*, December 1, 2020 to March 5,

2021), and, as to the newly added Plaintiffs, shall also produce responsive documents for the four-month period starting one month prior to the newly added Plaintiffs' joining this action and three months thereafter. Robinhood's request is otherwise **DENIED** as to Request Number 4.

2. As to Request for Production Number 11 of Robinhood's First Set of Requests for Production, Defendants' request is **GRANTED**, and Plaintiffs shall produce all documents responsive to Request Number 11 within the Relevant Time Period.

3. As to Request for Production Number 12 of Robinhood's First Set of Requests for Production, Defendants' request is **GRANTED** as to Schedules B and D of Plaintiffs' federal tax returns for the years 2020 and 2021, and, pursuant to the parties' agreement, otherwise **DENIED**.

4. The production of documents, as set forth above, shall be subject to the parties' Stipulated Protective Order entered on November 23, 2021 [ECF No. 443].

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of March 2023.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record