UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-md-02989-ALTONAGA/Torres

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/

This Document Relates to All Actions



FILED BY____PE____D.C.

MAR 1 4 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(3)(A), Joel A. Mullin, Stephen H. Galloway and Stoel

Rives LLP (hereinafter "Stoel Counsel") hereby move this Court for an Order granting

permission to withdraw as counsel for Defendant Robinhood Markets, Inc. in the above-

captioned matter.

Under the United States District Court, District of Oregon, Case No. 3:21-cv-00319-YY,

Stoel Counsel was retained to act as local counsel for the law firm Cravath, Swaine & Moore

LLP.

On April 15, 2021, the Oregon case was transferred to the above-captioned MDL based

in the Southern District of Florida.

As this case is no longer in the District of Oregon, Stoel Counsel is no longer local

counsel and should be removed from the Court's service list.

Attorneys from the law firm of Cravath Swaine and Moore LLP continue to be counsel

for Defendant Robinhood Markets, Inc.

1

By way of this filing, the undersigned respectfully request that the Court issue an order granting this Motion to Withdraw as Counsel.

RESPECTFULLY submitted this 13th day of March, 2023.

Joel A. Mullin
Stephen H. Galloway
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
stephen.galloway@stoel.com
(503) 224-3380
*Attorneys for Defendant Robinhood Markets, Inc.*

## CERTIFICATE OF SERVICE

I, Stephen H. Galloway, hereby certify that a true and correct copy of the foregoing document will be sent electronically by the clerk of Court and served upon all counsel of record via the Court's ECVF system.

DATED:  March 13, 2023.

2

118656061.1 0074496-00001