UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MDL-02989-ALTONAGA/Damian

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

## NOTICE OF APPEARANCE

Tom K. Schulte of the law firm Hunton Andrews Kurth LLP hereby serves notice of his appearance as counsel for Defendants Robinhood Financial LLC; Robinhood Securities, LLC; and Robinhood Markets, Inc. in the above-styled action. All parties are requested to take notice of said appearance and serve copies upon the undersigned of any documents and papers of any kind or nature in these proceedings, whether filed by the Court or any other party in interest.

Dated: March 21, 2023

Respectfully submitted,

/s/ Tom K. Schulte
Tom K. Schulte (FBN 1025692)
HUNTON ANDREWS KURTH LLP
333 S.E. 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
Email: tschulte@huntonak.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 21, 2023, I electronically filed a true and correct copy of the foregoing via CM/ECF, which will send notice to all counsel of record.

/s/ Tom K. Schulte
Tom K. Schulte (FBN 1025692)