**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:21-md-02989-ALTONAGA/Torres**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to All Actions

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 11.1(d)(3)(A), Gregory M. Boyle, Brian Hauck, and Jenner & Block LLP (collectively "Jenner Counsel") hereby move this Court for an Order granting permission to withdraw as counsel for The Depository Trust & Clearing Corporation and The Depository Trust Company (collectively "DTCC") in the above-captioned matter.

Jenner Counsel was retained to represent DTCC in several cases that were ultimately transferred to the above-captioned MDL, including: Case No. 1:21-cv-00510 (N.D. Ill.); Case No. 2:21-cv-00835 (C.D. Cal.); Case No. 3:21-cv-00781 (N.D. Cal.); Case No. 3:21-cv-00896 (N.D. Cal.); Case No. 1:21-cv-00677 (E.D.N.Y.); Case No. 4:21-cv-00292 (S.D. Tex.); Case No. 0:21-cv-00689 (D. Minn.); and Case No. 1:21-cv-21458 (S.D. Fla.). Starting on April 1, 2021 these cases were transferred to the above-captioned MDL based in the Southern District of Florida.

MDL Plaintiffs filed complaints in the Antitrust, Robinhood, and Other Broker Tranches on July 27, 2021, and in the Federal Securities Tranche on November 30, 2021. None of the MDL complaints or subsequent amended complaints named DTCC as a defendant.

As DTCC is no longer a party to this litigation, Jenner Counsel should be removed from the Court's service list.

By way of this filing, the undersigned respectfully request that the Court issue an order granting this Motion to Withdraw as Counsel.

Dated: March 23, 2023                          By: /s/ Gregory M. Boyle

>                          Gregory M. Boyle
>                          Jenner & Block LLP
>                          353 North Clark Street
>                          Chicago, IL 60654
>                          Telephone: (312) 923-2651
>                          GBoyle@jenner.com
>
>                          Brian Hauck
>                          Jenner & Block LLP
>                          455 Market Street, Suite 2100
>                          San Francisco, CA 94105
>                          Telephone: (628) 267-6824
>                          BHauck@jenner.com
>
>                          *Counsel for The Depository Trust & Clearing Corporation and The Depository Trust Company*

## CERTIFICATE OF SERVICE

I, Gregory M. Boyle, hereby certify that a true and correct copy of the foregoing document was served via CM/ECF to the parties registered to the Court's CM/ECF system.

DATED: March 23, 2023

>                          /s/ Gregory M. Boyle
>                          Gregory M. Boyle