UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-md-02989-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to All Actions

### PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the court upon the Motion of Gregory M. Boyle, Brian Hauck, and Jenner & Block LLP to Withdraw as Counsel [ECF No. ____] for The Depository Trust & Clearing Corporation and The Depository Trust Company in the above-styled action. Being fully advised, it is

ORDERED AND ADJUGED that the Motion to Withdraw as Counsel is GRANTED.

Gregory M. Boyle, Brian Hauck, and Jenner & Block LLP's appearance in this matter is withdrawn.

DONE AND ORDERED in Miami, Florida, this ____ day of ____, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE