UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-02989-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

## ORDER

THIS CAUSE came before the Court upon the Motion of Gregory M. Boyle, Brian Hauck, and Jenner & Block LLP to Withdraw as Counsel [ECF No. 544] for The Depository Trust & Clearing Corporation and The Depository Trust Company. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Gregory M. Boyle, Brian Hauck, and Jenner & Block LLP's appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida, this 24th day of March, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record