IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-MDL-02989-Altonaga/Torres

IN RE: JANUARY 2021 SHORT
SQUEEZE TRADING LITIGATION

_____/

**MOTION TO WITHDRAW APPEARANCE[1]**

The undersigned hereby respectfully moves to withdraw the appearance of Marguerite Snyder and requests an order permitting her to withdraw as counsel for Michael D. Scalia ("Scalia"). Scalia will continue to be represented by other attorneys at Weil Law Firm, P.A., meaning that Scalia's representation will continue unhindered.

Dated: April 3, 2023                    Respectfully submitted,

                                        **WEIL LAW FIRM, P.A.**
                                        201 S. Biscayne Blvd., Suite 720
                                        Miami, Florida 33131
                                        Tel: (305) 372-5352
                                        Fax: (305) 372-5355

                                        By: */s/ Ronald P. Weil*
                                        Ronald P. Weil (FBN 169966)
                                        Email: rweil@weillawfirm.net

---

[1] This Motion was previously, erroneously filed without the submission of a proposed Order, and thereafter, denied for that reason. *See* ECF 518, 524.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: */s/ Ronald P. Weil*
Ronald P. Weil