UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

| | |
|---|---|
| In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION FOR EXPANSION OF PAGE LIMITATIONS FOR BRIEFING ON THE MOTION FOR CLASS CERTIFICATION TO BE FILED APRIL 28, 2023**

THIS CAUSE came before the Court upon Plaintiffs' Expedited Motion for Expansion of Page Limitations for Briefing on the Motion for Class Certification to be Filed April 28, 2023.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised, it is

ORDERED and ADJUDGED that the Motion is **GRANTED**. Plaintiffs' opening memorandum of law in support of the motion for class certification will be limited to 30 pages, Defendants' response will be limited to 40 pages, and Plaintiffs' reply will be limited to 30 pages.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2023.

_____
The Honorable Cecilia M. Altonaga
Chief United States District Judge

1