UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-md-02989-ALTONAGA/Torres

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

_____/



FILED BY _____ D.C.
APR 2 1 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

This Document Relates to All Actions

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(3)(A), Joel A. Mullin, Stephen H. Galloway and Stoel Rives LLP (hereinafter "Stoel Counsel") hereby move this Court for an Order granting permission to withdraw as counsel for Defendant Robinhood Markets, Inc. in the above-captioned matter.

Under the United States District Court, District of Oregon, Case No. 3:21-cv-00319-YY, Stoel Counsel was retained to act as local counsel for the law firm Cravath, Swaine & Moore LLP.

On April 15, 2021, the Oregon case was transferred to the above-captioned MDL based in the Southern District of Florida.

As this case is no longer in the District of Oregon, Stoel Counsel is no longer local counsel and should be removed from the Court's service list.

Attorneys from the law firm of Cravath Swaine and Moore LLP continue to be counsel for Defendant Robinhood Markets, Inc.

By way of this filing, the undersigned respectfully request that the Court issue an order granting this Motion to Withdraw as Counsel.

RESPECTFULLY submitted this 20th day of April, 2023.

_____
Joel A. Mullin
Stephen H. Galloway
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205
stephen.galloway@stoel.com
(503) 224-3380
*Attorneys for Defendant Robinhood Markets, Inc.*

## CERTIFICATE OF SERVICE

I, Stephen H. Galloway, hereby certify that a true and correct copy of the foregoing document will be sent electronically by the clerk of Court and served upon all counsel of record via the Court's ECF system.

DATED: April 20, 2023.

_____

**Extremely Urgent**

MAILROOM
(503) 224-3380
STOEL RIVES LLP
760 SW 9TH AVENUE
PORTLAND OR 97205

0.5 LBS    LTR    1 OF 1

SHIP TO:
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
400 NORTH MIAMI AVENUE
MIAMI FL 33128

U.S.M.S
INSPECTED
BY:



FL 330 6-03

UPS NEXT DAY AIR    1
TRACKING #: 1Z 786 854 01 6323 1152

BILLING P/P

REF 1:0074496.00001

WS  26.0.6 Zebra  ZP 450 10.0A 04/10/23

This envelope is for use with the followi...

Do not use this en...

**Stoel Rives** LLP

760 SW Ninth Ave
Por

(Stephen H. Galloway)    0074

**VIA UPS 2-DAY DELIVERY**

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE
MIAMI FL 33128

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.