UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-md-02989-ALTONAGA/Torres

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

This Document Relates to All Actions

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the court upon the Motion of Joel A. Mullin, Stephen H. Galloway and Stoel Rives LLP with Withdraw as Counsel [ECF No. _____] for Defendant Robinhood Markets, Inc. in the above-styled action. Being fully advised it is

ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel is GRANTED.

Joel A. Mullin, Stephen H. Galloway, and Stoel Rives LLP's appearance in this matter is withdrawn.

DONE AND ORDERED in Miami, Florida, this _____ day of _____, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

118656535.1 0074496-00001