UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MD-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions Involving the Federal Securities Laws

## ORDER

THIS CAUSE came before the Court on Plaintiffs' Expedited Motion for Expansion of Page Limitation for Briefing on the Motion for Class Certification to be Filed on April 28, 2023 [ECF No. 549]. Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendants have until April 25, 2023, to file their response in opposition; the reply is due April 26, 2023.

**DONE AND ORDERED** in Miami, Florida, this 24th day of April, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record