UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MD-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

## ORDER

THIS CAUSE came before the Court upon the Motion of Joel A. Mullin, Stephen H. Galloway and Stoel Rives LLP to Withdraw as Counsel [ECF No. 550] for Defendant Robinhood Markets, Inc.  Being fully advised it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Joel A. Mullin, Stephen H. Galloway, and Stoel Rives LLP's appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida, this 24th day of April, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record