UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MD-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

## ORDER

**THIS CAUSE** came before the Court based on electronic mail ("e-mail") titled, "Case: 2:23-cv-02622-FLA-PD---Conditional Transfer Order by JPML to MDL No. 2989 In Re: January 2021 Short Squeeze Trading Litigation Case No. 1:21-md-02989-CMA," received on April 24, 2023, from Stuart N. Chelin. Southern District of Florida Local Rule 7.7 provides:

> Unless invited or directed by the presiding Judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by an attorney, except when necessary as an exhibit when seeking relief from the Court.

*Id.* Accordingly, the Court disregards the contents of the e-mail.

**DONE AND ORDERED** in Miami, Florida, this 25th day of April, 2025.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record