UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions Involving the Federal Securities Laws

**ORDER**

**THIS CAUSE** came before the Court on Plaintiffs' Expedited Motion for Expansion of Page Limitations for Briefing on the Motion for Class Certification [ECF No. 549], filed on April 21, 2023. Defendants Robinhood Markets, Inc.; Robinhood Financial, LLC; and Robinhood Securities, LLC filed a Response [ECF No. 556], to which Plaintiffs filed a Reply [ECF No. 557].

Absent the Court's prior permission, a motion and its opposition may not exceed 20 pages; a reply is limited to 10 pages. *See* S.D. Fla. L.R. 7.1(c)(2). With respect to their motion for class certification to be filed on April 28, 2023, Plaintiffs request page limits of 30 pages for the motion, 40 pages for the response, and 30 pages for the reply. (*See* Mot. 2).[1] Defendants concur that the default page limits should be expanded, but they disagree that the page limit for a motion and a reply should be the same. (*See* Resp. 2). Instead, Defendants propose 40 pages for the motion, 40 pages for the response, and 20 pages for the reply. (*See id.* 3). Defendants are concerned that Plaintiffs will "avoid staking out positions on the issues" in their motion and instead do that in the reply; thereby depriving Defendants of a "meaningful chance to respond." (*Id.*). Plaintiffs imply they will "make their best affirmative arguments in the opening brief and leave for reply the matters [Defendants] choose[] to raise." (Reply 2 (alterations added)).

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

Having considered the parties' positions, it is

**ORDERED** that Plaintiffs' Expedited Motion for Expansion of Page Limitations for Briefing on the Motion for Class Certification **[ECF No. 549]** is **GRANTED in part**. Plaintiffs' motion for class certification shall not exceed 25 pages. Defendants will have 35 pages to respond to the motion. Plaintiffs' reply shall not exceed 25 pages. Plaintiffs are reminded that the Court will not consider any arguments raised for the first time in the reply. *See SEC v. Keener*, No. 1:20-cv-21254, 2020 WL 4736205, at *6 n.4 (S.D. Fla. Aug. 14, 2020) ("It is improper to raise an argument for the first time in a reply." (citations omitted)).

**DONE AND ORDERED** in Miami, Florida, this 26th day of April, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record