# EXHIBIT 2



HOME    MORE ▾    RANKINGS ▾    BILLIONAIRES    TOP COMPANIES    BEST CEOS    PUBLICATION    WRITE FOR US



CEOWORLD magazine - Latest - CEO Insider - Why Robinhood Should Have Just Told the Truth



CEO INSIDER

# Why Robinhood Should Have Just Told the Truth

Joey Klein    CEO Insider    February 22, 2021



*Three lessons for CEOs facing crises, scandals, and disasters.*

The free day-trading app Robinhood is back in the news after sparking a January trading frenzy that blew up the value of GameStop, AMC, and other stocks. Although the many financial details can be confusing, at its core, this story is a great reminder of the importance of transparency from the top down.

Robinhood's motto is "Investing for Everyone." The company promises day traders "commission-free investing, plus the tools you need to put your money in motion."

Yet despite its focus on opening up trading to everyone and democratizing markets, the company in January made some heavy-handed moves that drew scorn from users, lawmakers at opposite ends of the political spectrum, and the Securities and Exchange Commission.

It started when a group of retail traders on Reddit's WallStreetBets message board started buying up GameStop stock in a frenzy that sent the stock's value soaring 14,300% at one point. Robinhood slammed the brakes on trading, but only later revealed that it did not have enough money on hand to cover the trades as required by law.

As investors poured into the market and started buying up stock, Robinhood had to figure out how to raise capital very quickly to cover themselves. But instead of explaining their cash situation when they restricted trading, they doubled down and said that they were doing nothing wrong. This drew criticism from their customer base that toppled out of control when it went viral. Elon Musk even got involved.

The company announced the next day it was restoring "limited buys" for the restricted stocks, but the damage to its reputation was done.

| Discover related topics | |
|---|---|
| Day Trade | › |
| Day Trading | › |
| Robinhood Investing | › |
| Robinhood Trading | › |
| Investment Trading | › |

As the dust settled, it became clear that Robinhood simply didn't have the cash to cover requirements from the DTCC (Depository Trust & Clearing Corporation). That message, although frustrating, may have set this whole story on a completely different trajectory — if the company had shared it sooner. Instead, its actions angered users who felt Robinhood was siding with hedge-fund short-sellers.

Now Robinhood faces a tough time winning back the trust of its community, and will need to rethink its business model to remain innovative while meeting its obligations. There is an opportunity here, not only to inform and educate "the every day trader," but also to set an example of what great leadership in the face of adversity looks like.

Transparency, even when it's not great news, is paramount. Bad news sucks, but it's a lot better to be open about what's going on than leaving stakeholders feeling lied to or kept in the dark.



Part of my work with CEOs is teaching them the tools they need to effectively face change, disruption, and crises such as this one. From that perspective, here are:

3 Steps to Turn Crisis Into Opportunity

1. Focus on the outcome, not the problem. That may sound counter-intuitive, but focusing on the crisis leaves no room for inspiration or innovation to come out the other side and support those affected. Oftentimes when a crisis hits, we end up focusing on a lot of non-essential things that are byproducts of the crisis, which takes us further away from the solution. Instead, be creative around addressing the right thing — not "How do we solve the problem?" but "How do we hit the outcome that we need to hit? If the threat or problem were solved, what would the outcome look like?" Then start to name how you can hit this mark, given your current reality.

2. Collaborate with smart people around you. Don't try to figure it all out on your own. Often CEOs or owners of businesses think they have to be the one to figure it out because it's their business, yet they are surrounded by very competent, highly talented individuals. So get together with your highest-talent people as soon as possible and create a strategy.

3. Transparency is paramount. Even though I don't recommend approaching challenges from a problem/solution mindset as a leader, it is important to address what others — your employees, clients, stakeholders, the public — are feeling and specifically what challenges they may face due to the oversight or mistake. It's important to tell people where you fell short, acknowledge the impact that caused for them, and then name what you are doing about it to mitigate that impact now and in the future. Honesty, transparency, and accountability go a long way.

Focusing on the solution and the mark you want to hit is not being ignorant of the things that are going on, but instead puts energy towards a solution. Pair that with transparency and accountability, and you're going to find the best way not only to answer the crisis and hopefully pull through it, but also to position yourself for the next steps after that.

---

Written by Joey Klein. Have you read?
Best Countries For Business In Europe For Non-European Investors.
Most Startup Friendly Countries.
Best Countries For Quality of Life.
Most Trendiest Countries.

---

Add CEOWORLD magazine to your Google News feed.

---

**Follow CEOWORLD magazine headlines on:** Google News, LinkedIn, Twitter, and Facebook.

---

**Thank you for supporting our journalism. Subscribe here.**

---

For media queries, please contact: info@ceoworld.biz

MG 1/100 Buster Gundam by Bandai
Ad  USA Gundam Store

Jordan's Divorce Makes History
Ad  familythis.com

"Goldback" Dethrones US Dollar
Ad  Sovereign Gold Group

The Beautiful Twins Grew Up
Ad  ParentMood

100% Real Followers
Ad  Kicksta

Brad's Daughter Is Gorgeous
Ad  MDRNToday

Enroll for 2023
Ad  Gate Hill Day Camp

Buy HP® Color Inks at Staples
Ad  Staples

30 Athletes Reveal Everything
Ad  TheFunPost

Get A Job in Criminal Justice
Ad  Rate The Stuff

Ywuria Plush Only Plush
Ad  Makeship Store

Learn The Basic Options
Ad  OptionBeast.com

Dragonlance: Shadow of the Dragon Queen Deluxe Edition (D&D) - Beadle & Grimm's
Ad  beadleandgrimms.com

CEOWORLD magazine - Latest - CEO Insider - Why Robinhood Should Have Just Told the Truth

DO SUMMER LIKE A CANADIAN
Book now >

Tags : Chief Research And Development Officer Insider    Chief Research Officer Insider    Chief Revenue Officer Insider    Chief risk officer Insider    Chief sales officer Insider    Chief science officer Insider    Chief security officer Insider

SHARE ON FACEBOOK    SHARE ON TWITTER    SHARE ON LINKEDIN

Joey Klein

**Joey Klein** is the founder and CEO of Inner Matrix Systems, a personal mastery training system for high achievers. He is the author of "The Inner Matrix: Leveraging the Art & Science of Personal Mastery to Create Real Life Results." He has been interviewed by Self Magazine, INC.com, Yahoo Finance and NBC. Klein has coached leaders from some of the world's top companies, including IBM, Coca Cola and the World Health Organization. Joey Klein is an opinion columnist for the CEOWORLD magazine. Follow him on LinkedIn and his personal Website.

VIEW ALL POSTS

How Digital Displays Have Changed in the Age of Covid-19: A Roadmap for CEOs

Women account for just 6% of FTSE 100 CEOs and are paid far less

## UP NEXT



## COMPANY INFO

**CEOWORLD magazine**
5th Avenue, New York, NY 10001, United States
Phone: +1 3479835101 / + 1 6465831414
Email: info@ceoworld.biz

## RESEARCH

About Us

Editorial Staff

External Advisory Board (EAB)

Editorial Values And Standards

Contribute | Write For Us

Social Media Advisory

Linking And Reprinting Policy

Publication

Subscription

Our Partners

Inclusion And Diversity At CEOWORLD Magazine

## PUBLICATION

Big Picture

Stats Gate

CEO Insider

CEO Spotlight

C-Suite Agenda

C-Suite Advisory

CEO Insights

C-Suite Travel

Critical Thinking

Future Of Work

C-Suite Insider

Executive Education

Wealth Management

C-Suite Lifestyle

Business Transformation

## CURRENT ISSUE



OUR PARTNERS

FIND US ON SOCIALS