# EXHIBIT 4

# CERTIFICATION

Ava Bernard (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___4/4/2023___

_ABernard_
056C56471598454...
AVA BERNARD

## SCHEDULE A

### AVA BERNARD (ASSIGNED FROM COLLEEN COOKE)

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| | AMC minimum opening position 1,000 shares | | | AMC | 2/2/2021 | 500 | $8.99 |
| | | | | AMC | 2/3/2021 | 1 | $8.75 |
| | | | | AMC | 2/3/2021 | 9 | $8.75 |
| | | | | AMC | 2/3/2021 | 17 | $8.75 |
| | | | | AMC | 2/3/2021 | 72 | $8.75 |
| | NOK minimum opening position 100 ADSs | | | AMC | 2/3/2021 | 401 | $8.70 |
| | | | | AMC | 2/3/2021 | 499 | $8.70 |
| | | | | AMC | 2/3/2021 | 100 | $8.95 |
| | | | | AMC | 2/3/2021 | 100 | $8.95 |
| | | | | AMC | 2/3/2021 | 100 | $8.95 |
| | | | | AMC | 2/3/2021 | 100 | $8.95 |
| AMC | 2/3/2021 | 100 | ($8.88) | AMC | 2/3/2021 | 100 | $8.95 |
| AMC | 2/3/2021 | 29 | ($8.88) | AMC | 2/3/2021 | 800 | $8.91 |
| AMC | 2/3/2021 | 100 | ($8.88) | AMC | 2/3/2021 | 500 | $9.14 |
| AMC | 2/3/2021 | 71 | ($8.88) | AMC | 2/3/2021 | 500 | $9.26 |
| AMC | 2/3/2021 | 100 | ($8.88) | AMC | 2/3/2021 | 500 | $9.07 |
| AMC | 2/3/2021 | 100 | ($8.88) | AMC | 2/3/2021 | 377 | $9.15 |
| AMC | 2/3/2021 | 800 | ($8.87) | AMC | 2/3/2021 | 10 | $9.15 |
| AMC | 2/3/2021 | 500 | ($9.10) | AMC | 2/3/2021 | 3 | $9.15 |
| AMC | 2/3/2021 | 1000 | ($9.33) | AMC | 2/3/2021 | 100 | $9.15 |
| AMC | 2/3/2021 | 500 | ($9.15) | AMC | 2/3/2021 | 10 | $9.15 |
| AMC | 2/3/2021 | 500 | ($9.24) | AMC | 2/3/2021 | 500 | $9.21 |
| AMC | 2/3/2021 | 500 | ($9.17) | AMC | 2/3/2021 | 500 | $9.17 |
| AMC | 2/3/2021 | 500 | ($9.26) | AMC | 2/3/2021 | 500 | $9.25 |
| AMC | 2/3/2021 | 500 | ($9.28) | AMC | 2/3/2021 | 500 | $9.27 |
| AMC | 2/3/2021 | 500 | ($9.32) | NOK | 2/3/2021 | 100 | $4.65 |
| AMC | 2/3/2021 | 1 | ($9.64) | | | | |

## ASSIGNMENT

Colleen Cooke, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Ava Bernard ("Assignee") all rights, title, ownership and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations of the U.S. federal securities laws by ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the Assignor's transactions in the securities of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Further, the Assignor hereby appoints Ava Bernard as her true and lawful attorney-in-fact for the purpose of exercising all owners relating to such causes of action.

Ava Bernard has agreed to remit any proceeds received as a result of this Assignment to the Assignor.

This Assignment may not be revoked without the written consent of Ava Bernard.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

Executed on ___4/4/2023___

DocuSigned by:
*Colleen Cooke*
6A7FE66D872E435...
COLLEEN COOKE

# CERTIFICATION

Blue Laine-Beveridge (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___4/27/2023___

DocuSigned by:
3C6FCE2F96F24C9...

BLUE LAINE-BEVERIDGE

## SCHEDULE A

## BLUE LAINE-BEVERIDGE

| PURCHASES | SALES | | | |
|---|---|---|---|---|
| | | DATE | SHARES | PRICE* |
| AMC minimum opening position as of January 27, 2021 15,000 shares | AMC | 2/3/2021 | 15,000 | $8.34 |

\* This was a single sale order for 15,000 shares that Robinhood broke into over 1,000 separate lots for trade execution. The above lists the average price received for the single 15,000 share sale order.

# CERTIFICATION

Brian Harbison (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 4/11/2023

DocuSigned by:
94E0A52C4EA14BC...

BRIAN HARBISON

## SCHEDULE A

## BRIAN HARBISON

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| AMC minimum opening position 201 shares | | | AMC | 1/28/2021 | 1 | $15.08 |
| | | | AMC | 1/28/2021 | 100 | $13.02 |
| | | | AMC | 1/28/2021 | 100 | $13.02 |

# CERTIFICATION

Joseph Gurney (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ____4/7/2023____          _____
                                                          7A0EC3BEB5A2401
                                                           JOSEPH GURNEY

## SCHEDULE A

### JOSEPH GURNEY

| PURCHASES | | | SALES | | | |
|---|---|---|---|---|---|---|
| DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| AMC minimum opening position 21.271952 shares | | | AMC | 1/28/2021 | 21.271952 | $8.01 |
| | | | BB | 1/28/2021 | 41 | $17.00 |
| | | | BB | 1/28/2021 | 0.093681 | $17.00 |
| BB minimum opening position 41.093681 shares | | | | | | |

# CERTIFICATION

Santiago Gil Bohórquez (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___4/17/2023___

*Santiago Gil*
92B08210D54A4CC...
SANTIAGO GIL BOHÓRQUEZ

## SCHEDULE A

## SANTIAGO GIL BOHÓRQUEZ

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| AMC minimum opening position 400 shares | | | | AMC | 1/28/2021 | 183 | $12.13 |
| | | | | AMC | 1/28/2021 | 100 | $12.21 |
| | | | | AMC | 1/28/2021 | 17 | $12.38 |
| | | | | AMC | 1/29/2021 | 100 | $14.40 |
| | | | | AMC | 1/29/2021 | 81 | $15.10 |
| BB minimum opening position 200 shares | | | | AMC | 2/1/2021 | 100 | $12.37 |
| | | | | AMC | 2/2/2021 | 150 | $9.99 |
| | | | | BB | 1/28/2021 | 100 | $16.91 |
| | | | | BB | 1/29/2021 | 100 | $14.05 |
| EXPR minimum opening position 788 shares | | | | EXPR | 1/28/2021 | 200 | $6.11 |
| | | | | EXPR | 1/29/2021 | 173 | $6.22 |
| | | | | EXPR | 1/29/2021 | 229 | $5.60 |
| | | | | EXPR | 2/1/2021 | 186 | $5.16 |
| | | | | EXPR | 2/1/2021 | 14 | $5.16 |
| NOK minimum opening position 200 ADSs | | | | NOK | 1/28/2021 | 200 | $4.93 |
| AMC | 1/28/2021 | 81 | ($16.02) | | | | |
| AMC | 1/29/2021 | 100 | ($12.81) | | | | |
| AMC | 2/1/2021 | 150 | ($15.20) | | | | |
| EXPR | 1/28/2021 | 14 | ($4.88) | | | | |

*May reflect pre- and post-market transactions.
**Rounded to the nearest cent.

## CERTIFICATION

Thomas Cash (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __4/11/2023__

_Thomas Cash_ (DocuSigned)
Thomas Cash

## SCHEDULE A

## THOMAS CASH

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| GME | Minimum opening position 500 shares 1/28/2021 | 5 | ($280.00) | GME | 1/28/2021 | 500 | $132.00 |
| | | | | GME | 2/3/2021 | 5 | $90.13 |

*Rounded to the nearest cent.
**Does not account for the July 22, 2022 4:1 stock split.