# EXHIBIT 7

01/27/2021 20:12:00

pCOing things that are expiring

01/27/2021 20:12:06

or make them pay the fee

01/27/2021 20:12:09

lol

01/27/2021 20:12:14

very anti rh view

01/27/2021 20:12:15

the problem with this is we're like >10% of the market

01/27/2021 20:12:19

so if we PCO we could move the market

01/27/2021 20:12:31

that's the argument to not even do position limits, but we have to because of capital concerns

01/27/2021 20:12:38

we also move the market by letting them do it :smile:

RHMDL00077158