# EXHIBIT 8

Explore

Settings

# Tweet

**Pomp** @APompliano

There is no free market.

There is only a manipulated market that is built to enrich hedge funds.

The "capitalists" on Wall Street are being exposed as a bunch of cry babies who aren't actually that smart.

If they were so good, why not compete in the free market??

8:46 AM · Jan 28, 2021

**3,483** Retweets **159** Quotes **14.9K** Likes **132** Bookmarks

**Layah Heilpern** @LayahHeilpern · Jan 28, 2021
tellll 'em pomp

1 2 25

Show replies

**MAX** @Pilsner_Maxwell · Jan 28, 2021
D E C E N T R A L I Z E

3

**BeInCrypto** @beincrypto · Jan 28, 2021
This is why we need #DeFi and #DEX and other #decentralised solutions like #crypto, the system is too centralised and in the controlled by the hands of the few. The shift in the system is happening before our very eyes.

1 8

Show replies

**Dorian** ♍ @Dorian_Cu · Jan 28, 2021
Well said Pomp!

**$ Money Lobster 🦞 #Maine ...** @MoneyLobst... · Jan 28, 2021
Exactly PTD rules are total bullshit. Also, why TF can't I trade on $ that was held over night but I can day trade to infinity?

**DivXMaN** @crypto_div · Jan 28, 2021
The market is rigged in their favor to make the rich richer. They also need no risk management because they're used to being bailed out. Everyone is finally realizing it. Tried to tell my friends new to investing about this shit and they thought I was a conspiracy theorist.

1 10 93

Show replies

**Colin McCavitt** @colinmccavitt · Jan 28, 2021
"Financial Supremacists"

**Brent KT** @brent_kt · Jan 28, 2021

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Pomp** @APompliano Follow
Entrepreneur, investor, and lifelong learner. I write a daily letter to 235,000+ investors at pompletter.com

## What's happening

NHL · This morning
**Islanders at Hurricanes**

Politics · Trending
**#CareNOTCuts**

Politics · Trending
**Devin Nunes**
7,513 Tweets

Entertainment · Trending
**Ezra Miller**
16.4K Tweets

Trending in United States
**Florida Gov**
9,760 Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

Don't miss what's happening
People on Twitter are the first to know.
Log in Sign up





Explore

Settings

1

**Benti** @MBentivoglio · Jan 28, 2021
@RobinhoodApp what a shame.

**shane.stars** @shan3v · Jan 28, 2021
@starsdefi +1

**Destin** ⚡ @Deztin · Jan 28, 2021
The real Robinhood would've never bent the knee!
1

**Dan Go** @FitFounder · Jan 28, 2021
Parents called the principle. Now everyone gets participation medals.
1 10

**M_Brae** @MBrae3 · Jan 28, 2021
This is like cheating in GTA San Andreas back then and tell eveyone how sick you win in this game
1

**James Watson | LinkedIn King** 👑 @linkedin_king · Jan 28, 2021
they don't want you to be rich

**DSP** @itsDSPawer · Jan 29, 2021
Manipulated markets ✅

If they're smart, why play on a level playing field when they don't need too. No one said they have any integrity.

**James Meece** @JamesNeilMeece · Jan 29, 2021
I would much rather have a Fair Market than a Free Market. How about you?

**Jose Silva** @silva_jose_15 · Jan 28, 2021
Sounds like you're becoming an Ethereum guy @APompliano 😉
2

**Juan Hernandez** @spunky1_81 · Jan 28, 2021
Exactly screw robinhood too they stopped a ton of my buys the last couple days
2

**Edward Gorbis** @edward_gorbis · Jan 28, 2021
The elite want to stay elite.

History always proves that they will be overthrown, in public @APompliano
2

**Life Maxi** @kaysoze1 · Jan 28, 2021
the wealth of whole industry of finance was built on access to asymmetric information. now its gone.

Don't miss what's happening
People on Twitter are the first to know.
Log in Sign up

🐦 Twitter

# Explore

⚙ Settings

**Tamidge** @asdf512tx · Jan 28, 2021
@stoolpresidente @narmacnetworth

💬          🔁          ♡ 1          📊          ⬆

**earlybird** @misterearlybird · Jan 28, 2021
The Answer build on Ethereum!

💬          🔁          ♡ 2          📊          ⬆

**#Bitcoin** @bitcoin_oo · Jan 28, 2021
Why is Ethereum likely to continue growing?

> 📰          surpluses.net
>                 Why is Ethereum likely to continue growing?
>                 According to a report published by the blockchain
>                 analytics firm IntoTheBlock, the second-largest ...

💬          🔁          ♡          📊          ⬆

**Nick Papagiorgio** @thefirstMeech · Jan 28, 2021
This whole stock market shenanigans and restrictions seems like it's
shaping up to be a giant campaign ad for $BTC

💬          🔁          ♡ 4          📊          ⬆

**CryptoOwl** @trustowl2crypto · Jan 28, 2021
Yep

💬          🔁          ♡          📊          ⬆

**tiberiu** @TIBERIU · Jan 28, 2021
True that Pomp !

💬          🔁          ♡          📊          ⬆

**King Bateman** @D40five · Jan 28, 2021
Buy #Bitcoin💰!

💬          🔁          ♡          📊          ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up

Pomp 🌱 on Twitter: "There is no free market. There is only a manipulated market that is built to enrich hedge funds. The "capitali…



**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up