# EXHIBIT 9

01/28/2021 06:24:22

All Hands today is going to be interesting.

01/28/2021 06:24:28

I have seen tweets from som people with large following telling people to leave scary :frowning:

(Edited)

> **Original**
>
> I have seen tweets from som people with large following telling people to leave

01/28/2021 06:24:40

I'm not sure how to explain this, but when there is market volatility + inexperienced investors that can spell trouble. We'd hate to have someone blow their life savings on GameStop and AMC due to the hype. God forbid they do that and then harm themselves

01/28/2021 06:25:23

if we have one with the backlog....

01/28/2021 06:26:59

Portnoy going hard

01/28/2021 06:29:03

I am interested to hear more about the rationale beyond 'market volatility' and how this decision aligns with our mission. I don't believe we should act as the arbiter of the free market over exchanges and regulators. Feels like we have sold out the retail investor and It is playing out very poorly from a reputational standpoint. https://twitter.com/search?q=%22Free%20Market%22&src=trend_click&vertical=trends

> "Free Market" - Twitter Search
>
> **"Free Market" - Twitter Search** (twitter.com)
> 42m ago @APompliano tweeted: "There is no free market. There is only.." - read what others are saying and join the conversation.

01/28/2021 06:29:37

By driving the price down, we are doing it for them

01/28/2021 06:29:55

Oof