UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**
_____/

**This Document Relates to:**

**Austin Schaff v. Robinhood Markets, Inc., et al.**
**Case No: 1:21-cv-21264-CMA**
_____/

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR NAMED PLAINTIFF

This case having come before the Court on Justice for Justice, LLC's, and Chad Justice's Motion to Withdraw as Counsel for Named Plaintiff. This matter having been considered, it is hereby

ORDERED AND ADJUDGED as follows:

1. Chad Justice, together with the firm Justice for Justice, LLC, is permitted to withdraw as attorney for Named Plaintiff, Austin Schaff.

2. All future pleadings will be mailed to Plaintiff at his address below:

   Austin Schaff
   225 2nd St. NW, Apt. 1203
   Canton, Ohio 44702

DONE AND ORDERED in Chambers in Miami, Florida on this ___ day of _____ 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Counsel of record;

*Pro Se* Plaintiffs