UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to the Federal Securities Tranche

**MEDIATION REPORT**

Pursuant to the Court's October 11, 2022 and October 31, 2022 Orders requiring mediation and scheduling a mediation conference (*see* Dkt. Nos. 517, 523), the Parties respectfully and jointly submit this status report.

On May 17, 2023, counsel for Lead Plaintiff Blue Laine-Beveridge and the plaintiffs named in the Amended Consolidated Class Action Complaint (collectively, "Plaintiffs"), and defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC (collectively, "Defendants"), met for an in-person mediation session with Robert A. Meyer, Esq. of JAMS. The Parties failed to reach an agreement.

Dated: May 24, 2023

Respectfully submitted,

/s/ Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (FBN 0182877)
Phillip Kim, Esq.
Robin Howald, Esq.
Jonathan Stern, Esq.
Brent LaPointe, Esq.
Michael Cohen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
rhowald@rosenlegal.com
jstern@rosenlegal.com
blapointe@rosenlegal.com
mcohen@rosenlegal.com

*Counsel for Lead Plaintiff*

/s/ Samuel A. Danon
**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon, Esq. (FBN 892671)
María Castellanos Alvarado, Esq. (FBN 116545)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@huntonak.com
mcastellanos@hunton.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan, Esq.
Kevin J. Orsini, Esq.
Brittany L. Sukiennik, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Attorneys for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC*