UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MD-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to:

Austin Schaff v. Robinhood Markets, Inc., *et al.*
Case No: 1:21-cv-21264-CMA

## ORDER

THIS CAUSE came before the Court on the Motion to Withdraw as Counsel for Named Plaintiff [ECF No. 560]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Brandon J. Hill, Luis A. Cabassa, and Amanda E. Heystek, together with the firm Wenzel Fenton Cabassa P.A., are permitted to withdraw as attorneys for Plaintiff, Austin Schaff.

**DONE AND ORDERED** in Miami, Florida, this 24th day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record