**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Damian**

| | |
|---|---|
| In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE AND DISCONTINUING THE NOTICED LEAD PLAINTIFF PROCESS AS MOOT**

Lead Plaintiff Blue Laine-Beveridge, and named Plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash (collectively, "Plaintiffs") moved this Court for an order: (1) consolidating a putative federal securities class action transferred to this Court by the JMDL Panel, styled *Maurice Scarborough et al v. Robinhood Financial LLC et al.*, No. 23-02622, with the other cases in the Federal Securities Laws Tranche; and (2) discontinuing the noticed lead plaintiff process with respect to the *Scarborough* action as moot.

Having considered all papers filed with respect to this motion, the arguments of counsel, and all other matters presented to this Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2023.

 

_____
The Honorable Cecilia M. Altonaga
Chief United States District Judge