# EXHIBIT A

From: Jeff Klafter <jak@klafterlesser.com>
Sent: Friday, March 31, 2023 4:46 PM
To: Laurence Rosen <lrosen@rosenlegal.com>
Cc: Stuart Chelin <stuart@chelinlaw.com>; maurice@pessahgroup.com
Subject: Robinhood Securities Tranche and Upcoming Mediation

**[EXTERNAL EMAIL]**

Larry – Maurice Pessah and I are members off the Steering Committee (and Stuart Chelin is of counsel to Maurice's firm). We are writing to set up a call with you Monday morning to discuss the Securities case and plan for the upcoming mediation. Would you be available for a call at noon EDT?


Jeffrey A. Klafter
**KLAFTER LESSER LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200 x 301
Fax: (914) 934-9220
jak@klafterlesser.com