# EXHIBIT E

# Notice of Filing of Securities Class Action Against Robinhood Markets, Inc. - HOOD

NEWS PROVIDED BY
**Klafter Lesser LLP** →
10 Apr, 2023, 11:26 ET

RYE BROOK, N.Y., April 10, 2023 /PRNewswire/ -- Klafter Lesser LLP, a highly experienced class action law firm, announces that it has filed a class action lawsuit, together with Pessah Law Group, PC and Chelin Law Firm, in the United States District Court for the Central District of California, Case No. 2:23-cv-02622, seeking to represent investors who held call options on the Robinhood Trading Platform as of the close on January 27, 2021 to purchase any of the following stocks: American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), or Nokia Corporation (NYSE: NOK) (the "Affected Options"), sold such options or such options expired, during the period January 28, 2021 through and including February 19, 2021 (the "Class Period"), and thereby suffered a loss.

**WHAT THIS CASE IS ABOUT:** The lawsuit alleges that, on January 28, 2021, Robinhood Markets, Inc. and two of its wholly owned subsidiaries, Robinhood Financial, LLC and Robinhood Securities, LLC (collectively, Robinhood) prohibited purchases of the stocks underlying the Affected Options on its platform and also prohibited purchases or the exercise of the Affected Options, and thereby only allowed the closing out of such positions.  The lawsuit further alleges that during the period January 29, 2021, through February 4, 2021, Robinhood imposed significant limits on any such purchases and continued to prevent the exercise of Affected Options on its trading platform.  Consequently, the value of the Affected Options dropped dramatically and remained depressed through at least February 19, 2021, and individual retail investors holding Affected Options suffered significant losses.  It is alleged that by virtue of these purchase and exercise prohibitions and limitations. Robinhood engaged in market manipulation in violation of Sections 9(a) and 10(b) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78i(a) and 78(j)(b), and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission (17 C.F.R. § 240.10b-5)).  By this lawsuit, Plaintiffs seek to recover damages for those holders of the Affected Options who suffered losses resulting from this alleged market manipulation.

**THE LEAD PLAINTIFF PROCESS:** The Private Securities Litigation Reform Act of 1995 permits any investor who held Affected Options on the Robinhood trading platform as of the close on January 27, 2021, who sold such options, or such options expired, during the Class Period to seek appointment as lead plaintiff in this class action lawsuit. A lead plaintiff is generally the movant with the greatest financials interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing a class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the class action lawsuit.  Pursuant to the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(a)(3)(A)(i)(II)), **if you wish to serve as lead plaintiff, you must move the Court that this action is pending in no later than June 9, 2023**. While this action is currently pending in the United States District Court for the Central District of California, it may be transferred and consolidated into the

multidistrict litigation, *In re January 2021 Short Squeeze Trading Litigation*, 1:21-md-02989, pending before the Honorable Cecilia M. Altonaga in the United States District Court for the Southern District of Florida, before whom a securities fraud class action only concerning investors in the stocks listed above (and others) is pending. You can contact the Clerk of the Northern District of California, at 450 Golden Gate Avenue, San Francisco, CA 94102-3489, or by calling (415) 522-2000, to find out if this lawsuit has been transferred to the Southern District of Florida and also for a copy of the Complaint.

No class has yet been certified in the above action. Until a class is certified, you are not represented by counsel unless you retain one, but you are not required to retain counsel. You may remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff or retaining counsel at this time.

To discuss your rights or interests regarding this class action, you are free to consult counsel of your choosing.

You may also contact Nancy Velasquez of the Klafter Lesser LLP law firm at (914) 934-9200 or via email at nancy.velasquez@klafterlesser.com, or Pessah Law Group, PC at (310) 772-2261 or via email at info@pessahgroup.com or Stuart Chelin at (310) 556-9664 or via email at stuart@chelinlaw.com.

Klafter Lesser LLP has extensive experience in prosecuting class actions and the founding partners of the firm, who have extensive class action experience, have recovered over $1 billion for the benefit of classes in numerous cases. Please visit our website for more information about the Firm.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact:
Jeffrey Klafter
KLAFTER LESSER LLP
2 International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200
SOURCE Klafter Lesser LLP

SOURCE Klafter Lesser LLP