# Exhibit 13

## Analysis in Response to Werner Rebuttal Report Table-7

## Applying Dr. Werner's Binomial Test Using Days with News with New, Potentially Value-Relevant Information[1]
### 1/21/21 – 1/27/21

| Affected Company | Days with News with New, Potentially Value-Relevant Information | Statistically Significant Days with News with New, Potentially Value-Relevant Information[2] | Binomial Test P-Value[3] | Cumulative Distribution P-Value[4] |
|---|---|---|---|---|
| AMC | 4 | 4 | 0.00% | 0.00% |
| BB | 2 | 1 | 9.50% | 9.75% |
| BBBY | 3 | 1 | 13.54% | 14.26% |
| EXPR | 0 | 0 | - | - |
| GME | 0 | 0 | - | - |
| NOK | 4 | 2 | 1.35% | 1.40% |
| TRVG | 1 | 0 | 95.00% | 100.00% |

Source: Grenadier Report, Figure 7; Werner Rebuttal Report, Exhibit 4, Table 7

Note:
[1] "Days with News with New, Potentially Value-Relevant Information" refer to days that are marked as "News Identified in Grenadier Report" in the Werner Rebuttal Report, Exhibit 4.
[2] Significant days are based on the Grenadier Report. The significant days in Table 7 in the Werner Rebuttal Report match the significant days in the Grenadier Report.
[3] The "Binomial Test P-Value" tests the probability that *exactly* "X" days are significant out of a total of "Y" days. Dr. Werner includes this test in Table 7 of his rebuttal report.
[4] The "Cumulative Distribution" tests the probability that *at least* "X" days are significant out of a total of "Y" days.

EXHIBIT 288 PENGAD 800-631-6989

# Analysis in Response to Werner Rebuttal Report Table-7

## Applying Dr. Werner's Binomial Test Using Days without News with New, Potentially Value-Relevant Information[1]
### 1/21/21 – 1/27/21

| Affected Company | Days without News with New, Potentially Value-Relevant Information | Statistically Significant Days without News with New, Potentially Value-Relevant Information[2] | Binomial Test P-Value[3] | Cumulative Distribution P-Value[4] |
|---|---|---|---|---|
| AMC | 1 | 0 | 95.00% | 100.00% |
| BB | 3 | 2 | 0.71% | 0.73% |
| BBBY | 2 | 2 | 0.25% | 0.25% |
| EXPR | 5 | 4 | 0.00% | 0.00% |
| GME | 5 | 4 | 0.00% | 0.00% |
| NOK | 1 | 0 | 95.00% | 100.00% |
| TRVG | 4 | 1 | 17.15% | 18.55% |

Source: Grenadier Report, Figure 7; Werner Rebuttal Report, Exhibit 4, Table 7

Note:
[1] "Days without News with New, Potentially Value-Relevant Information" refer to days that are not marked as "News Identified in Grenadier Report" in the Werner Rebuttal Report, Exhibit 4.
[2] Significant days are based on the Grenadier Report. The significant days in Table 7 in the Werner Rebuttal Report match the significant days in the Grenadier Report.
[3] The "Binomial Test P-Value" tests the probability that *exactly* "X" days are significant out of a total of "Y" days. Dr. Werner includes this test in Table 7 of his rebuttal report.
[4] The "Cumulative Distribution" tests the probability that *at least* "X" days are significant out of a total of "Y" days.

# Analysis in Response to Werner Rebuttal Report Table-7

## Applying a Fisher Exact Test Using Days with and without News with New, Potentially Value-Relevant Information[1]
### 1/21/21 – 1/27/21

| Affected Companies | Days with News with New, Potentially Value-Relevant Information | | | Days without News with New, Potentially Value-Relevant Information | | | Fisher's Exact Test P-Value[3] |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Total Days | Statistically Significant Days[2] | % of Significant Days | Total Days | Statistically Significant Days[2] | % of Significant Days | |
| AMC, BB, BBBY, EXPR, GME, NOK, TRVG | 14 | 8 | 57.14% | 21 | 13 | 61.90% | 100.00% |

Source: Grenadier Report, Figure 7; Werner Rebuttal Report, Exhibit 4, Table 7

Note:
[1] "Days with and without News with New, Potentially Value-Relevant Information" refer to days that are marked (or are not marked) as "News Identified in Grenadier Report" in the Werner Rebuttal Report, Exhibit 4.
[2] Significant days are based on the Grenadier Report. The significant days in Table 7 in the Werner Rebuttal Report match the significant days in the Grenadier Report.
[3] Fisher's Exact Test p-values are statistically significant at the 95% confidence level if they are less than 5%.