# Exhibit 15

https://thefranklinnewspost.com/isnt-this-a-bubble/article_3c269d5e-072e-5e7f-85c4-52a07ceb4a38.html

# Isn't this a bubble?

Jan 21, 2021

It sure is.

There's an argument that GameStop was undervalued, but hardly anyone believes that GameStop, BlackBerry, Macy's, AMC, or any of the other companies that WSB is promoting have fundamentals to support these surging stock prices. At some point, reality has to set in.

But that's the problem with bubbles — get out too early, and you lose at a chance to cash out on top. So GameStop keeps surging ... until it won't anymore.

The GameStop saga is a battle of new school vs. old school, amateur vs. professional, rebels vs. the establishment.

At the moment, the kids are winning. But, like all bubbles, this one's going to burst at some point.

—*CNN Business' David Goldman and Paul R. La Monica contributed to this report.*