# Exhibit 18

www.benzinga.com /news/21/01/19312882/blackberry-tells-regulator-it-has-no-clue-why-the-stock-is-surging

# Unknown Title

Neer Varshney : : 1/25/2021



# BlackBerry Tells Regulator It Has No Clue Why The Stock Is Surging

Powered By

00:08/01:24

10 Sec

56.4K

3

Vital Stability For All: Subversive's Food Security ETF, KCAL

Next

Stay



**Be Smarter Than Your Friends:** Benzinga members get 3 trade opportunities & the hot takes on the economy every single week. Stop Missing Out!

*Advertorial*

**BlackBerry Ltd.**



BB -2.26% + Free Alerts

in a response to the Investment Industry Regulatory Organization of Canada on Monday said it could not pin the recent stock surge to any particular event.

The cybersecurity software company said it isn't "aware of any material, undisclosed corporate developments and has no material change in its business or affairs that has not been publicly disclosed that would account for the recent increase in the market price or trading volume of its common shares."

BlackBerry shares surged above 40% in intraday trading in New York on Monday before retreating somewhat to close 28.4% higher at $18.03 — posting gains for the seventh consecutive session.

There was no company-specific news associated with BlackBerry but the veteran technology company may be benefitting from the interest it has been seeing on the WallStreetBets community on Reddit, which also drove a massive surge in the stock price of **GameStop Corp.**



GME +5.75% + Free Alerts

.

The stock of the once-popular smartphone maker has surged about 172% year-to-date and about 46% since previous Monday's close.

**Price Action:** BlackBerry shares jumped another 10.1% to $19.86 in the after-hours session on Monday.