# Exhibit 19

# Princess Nokia to Release Two Albums This Week

rollingstone.com/music/music-news/princess-nokia-everything-is-beautiful-everything-sucks-green-eggs-and-ham-practice-music-video-957952

February 25, 2020

Skip to main content

Music

Rapper dropped the singles "Green Eggs & Ham" and "Practice," will perform on 'Corden' this Wednesday





Princess Nokia will release 'Everything Is Beautiful' and 'Everything Sucks' this week. *Youtube*

Princess Nokia made a surprise album announcement this week: She'll be releasing not one, but two LPs on Wednesday, February 25th, coinciding with a performance on *The Late Late Show With James Corden*.

The two albums will be titled *Everything Is Beautiful* and *Everything Sucks,* and the New York-born singer and rapper has shared two lead singles from each half of the double project. The first, "Green Eggs & Ham," comes with a whimsical *Matilda*-inspired music video.

"Have you told your parents that you loved them lately?/I look like my mama in the 1980s," Nokia raps bittersweetly over a piano line. "If I been bad, well, please forgive me/I remember when my granny use to hit me."

On the flipside, "Practice," which got an audio-only release, sees Nokia dissing the hip-hop industry that has doubted her from the get-go: "No major deals, but I finesse Coachella/Bitches with clout love to think that they better/Accomplished shit that you bitches could never/Who cares if you bad 'cause I'm smart and I'm clever."



Watch Video At: https://youtu.be/71R9hIzJEtU

Princess Nokia's last major release was her 2017 album, *1992 Deluxe.* This past November, she released the stand-alone single "Balenciaga" and starred in the coming-of-age film *Angelfish*, in her feature-length debut role.

- Music
- Music News

## More News

Read more

**Subscribe and save 25%.**

**Get unlimited access to RollingStone.com or the iconic print magazine.**

See My Options
ALREADY A SUBSCRIBER? LOG IN

Rolling Stone is a part of Penske Media Corporation. © 2023 Rolling Stone, LLC. All rights reserved.

Powered by WordPress.com VIP

Penske Media Corporation (PMC) uses first and third-party technologies to enable PMC and third-parties to collect information about you and your interactions with our sites and services (including clicks, cursor movements and screen recordings). Learn more HERE. By continuing to use our sites or services, you agree to our Terms of Use (including the class action waiver and arbitration provisions) and Privacy Policy, which have recently changed.