# Exhibit 20

# Blackberry Twp. woman out of $600 in missing laptop scheme

🛜 **shawlocal.com**/2020/07/29/blackberry-twp-woman-out-of-600-in-missing-laptop-scheme/ajrgd3x

Brenda Schory

By **Brenda Schory**

July 30, 2020 at 5:04 am CDT



(Morguefile)

ST. CHARLES TOWNSHIP – A resident of the 43W600 block of Marian Circle South, Blackberry Township, reported losing $600 in a scam, according to Kane County Sheriff's reports.

The resident had lost her Apple laptop computer and when using the "Find My" app, she spoke to a man on the phone who said he could help her locate the laptop, the report stated.

He told her he needed iTunes gift cars to cover processing fees that are state-mandated, the report stated.

So she went to Walgreens and other stores and purchased $600 worth of iTunes gift cards, then gave the scratch-off serial numbers to the man, the report stated.

She told deputies she was under the impression that she would get a portion of the amount back once the missing laptop was located, the report stated.

The deputy advised her that the man on the phone was running a scam and did not work for Apple. The deputy showed her the correct "Find My iPhone" app direct from Apple to use in the future and how to contact the company if needed.

She said she wanted the incident documented, the report stated.

#crime



## Around the Web





**Movies That Are Considered to Be Almost Flawless**

Taco Relish



**Why You Should Add Baking Soda to Your Toilet Tank**

HealthyGem



**Rumors About Air Force One Are Finally Confirmed**

Brake For It



**20 Normal Things Millennials Are Refusing to Buy**

Money Pop



**46 Things Northerners Do That Drive Southerners Crazy**

Give It Love



**20 Dog Breeds That Will Guard You with Their Life, Ranked in Order**

Give It Love



**If You Can Name 10 of These 70's Bands, You Might Be a Music History Genius**

Bleacher Breaker



5/5

## 30 Manager Notes That Left Employees Confused

Daily Funny