# Exhibit 21

# The Limited Times

*Now you can see non-English news...*

Home | News | Business | Sports | Life | Tech | Presidents | Elections

Ad by CRITEO

Report this ad

Ad choices

# Blackberry and GameStop: Two companies in ruins multiply their stock market value by a group of Reddit trolls

1/27/2021, 9:19:31 PM

Thanks for your feedback.

Ad choices



The stock in the video game store went from $ 17 to $ 325 per forum. They made speculators lose 1.6 billion dollars How to turn a cell phone or tablet into a second screen for the PC

FEATURED VIDEOS                                    Powered by [primis]



Ad by CRITEO

Report this ad



01/27/2021 11:59 AM

- Clarín.com

- Technology

Updated 01/27/2021 7:58 PM

The story is so

**unusual**

that it became the topic of conversation in the

*tech scene*

.

A group of users of the

**Reddit**

digital forum

(a sort of US Taringa) made this Monday that the shares of the video game store

**GameStop soared up to 144%**

only to

**troll**

the analysts who predicted that there was going to be a drop in share value.

And this spread to Blackberry, which was also an industry behemoth.

First of all, GameStop is a chain that sells physical video games in the United States.

Due to the boom in the sale of digital games in recent years, added to the coronavirus pandemic that decreased face-to-face sales in stores, it is in decline and many anticipate its disappearance: they

**speak of "the next Blockbuster"**

, referring to the already defunct movie rental store.

For this reason, the action of GameStop (

**GME**

) became very popular in

**what is called "short"**

, that is, betting that it will fall.

Faced with the number of "vulture" shareholders who bought under this modality, dozens of users of a "subreddit" (subforum) called Wall Street Bets (Wall Street bets) reacted: they

**began to furiously buy shares of GameStop,**

which came to trade at almost $ 160 per share amid high trading volume and having started the year at just $ 17.

And during the afternoon of this Wednesday he

**reached $ 300:**



GameStop stock, at $ 325.

Photo Google Finance

In this way, the stock, which was known among market experts for its bearish potential and many had bought put options, a bet that was

**"squashed" with the recent rises.**

It happens that a first rise in the shares due to an unexpected increase in the volume of purchase forces those in the short options market to reduce losses by buying the securities on which they are betting on the downside,

**which further boosts the share price.**

"WSB is bringing Wall Street down on its own. Power to the damn people.

**I am very proud of all of you illiterate**

retards," wrote one of the forum users this Monday, linking to a news item that explained that "sellers short "GameStop lost $ 1.6 billion.

The tremendous rise of the firm forced the New York Stock Exchange

**to paralyze its listing**

- a tool to cope with volatility - up to nine times before it plummeted and closed the day at almost $ 77 per share.

The issue captured the attention of the tech scene in the United States but began to spread throughout the world.

Of course, Elon Musk did not want to be left out and tweeted the Reddit sub to publicize the action,

**for a kind of personal revenge**

: one of the main shareholders of GameStop "in short" is Melvin Capital, from where they bet that Tesla would fall in value and relevance.

Gamestonk !!

https://t.co/RZtkDzAewJ

- Elon Musk (@elonmusk) January 26, 2021

And, how could it be otherwise, the memes in the Reddit sub did not wait:

When you read fake news on CNBC that Melvin supposedly closed out from r / wallstreetbets

6 days ago: "If GME reaches 200 by end of year I will get this tattooed on my ass" - / u / Camel-Kid from r / wallstreetbets

WE LIKE THE STOCK from r / wallstreetbets

Everyone tomorrow when the market opens.

AKA GME.

from r / wallstreetbets

r / WallStreetBets also "saved" Blackberry

cinema chain

, the

**Blackberry**

phone company

or the retailer

**Bed Bath & Beyond.**

Always challenging the arguments of analysts.

"What has happened to the GameStop action is a reminder of

**how times are changing**

. A new army of 'traders' not focused on valuations, but on momentum opportunities that they see on Reddit's Wall Street Bets, YouTubers, TikTok or Robinhood (a brokerage app), "opined analyst Ed Moya, from the firm Oanda.



Blackberry went through the same situation.

Reuters photo

The case of BlackBerry is revealing: it saw its value tripled in a few days, going from

**$ 6.68 on January 1, 2021 to $ 18.81 today**

.

And it is the same case of GameStop: the rise in the stock is not supported by company announcements, as is often the case with big tech, but by the collective action of this Reddit forum.

For its part, Melvin Capital, the company that had the most shares of this type, is projected to go

**bankrupt**

for next week: "According to sources, Melvin Capital will go bankrupt next week," they explained from a specialist website on

**Wall Street .**

Melvin Capital, to file bankruptcy as soon as next week according to sources.

The bailout they received yesterday from Citadel and Point72 went "poof" today as the GameStop ($ GME) momentum continued.

Another case that reflected the new behavior of investors, especially the youngest, took place a few days ago when Tesla founder Elon Musk recommended on Twitter the messaging application Signal and an action

**that had nothing to do called Signal Advance it shot**

up to 1,100% the next two days.

But without a doubt the case of

**GameStop**

and now Blackberry reflects how a coordinated action can have effects, something little new.

But that may be the first time that

**it has been done from an internet forum.**

*With information from EFE*

Look also



Steam and 7 video game companies fined: 9.4 million dollars for regional blockade



Argentina is the most expensive country to enter the new generation of video games: Xbox Series S sells for $ 810

Source: *clarin*

All tech articles on 2021-01-28