# Exhibit 22

Menu　　　　Search　　　　News　　　　Sports　　　　AE　　　　Weather

# THE SPOKESMAN-REVIEW

Washington　　Education　　Business　　Idaho

NEWS > BUSINESS

## The Dirt: Panda Express to occupy former White Elephant site on Division Street

Sun., Dec. 20, 2020



An elephant statue on a trailer wears a wrap that reads "Final Days" during White Elephant's final day of business July 26, 2020. The beloved local surplus store, which sold toys, hunting and fishing supplies closed in July after 74 years of operation. (Libby Kamrowski/ THE SPOKESMAN-REVIEW)   Buy this photo

Turn off your ad blocker or subscribe for just 99¢
Already a subscriber? Activate or Log in

Subscribe

By Amy Edelen 🔗
amye@spokesman.com
(509) 459-5581

A site on Division Street formerly occupied by The White Elephant could be transformed into a Panda Express restaurant, according to a preliminary application filed with the city.

H.C. Klover Architect, of Lenexa, Kansas, filed the application on behalf of Panda Express Inc. to change use of the site at 1730 N. Division St. from retail to a restaurant with indoor and outdoor seating, in addition to a drive-thru.

The project is estimated to cost $750,000, according to the application.

Panda Express was founded in 1983 in Glendale, California. The restaurant chain has grown to more than 2,200 locations nationwide. It has 11 locations in the Spokane area and one in Post Falls.

Construction is estimated to start in July, according to documents filed with the city.

White Elephant closed its Division Street and Spokane Valley stores in July after more than 74 years of operation.

## $6 million Kenworth facility in Post Falls

The truck manufacturer Kenworth applied in November for a permit to build a $6 million facility in Post Falls.

The facility is slated to span 32,000 square feet and be located at 4374 W. Expo Parkway. It will offer parts, sales, service, leasing and a body shop, according to a company spokesperson.

The company currently operates a facility in a Spokane Valley and is also planning a $20 million project on the West Plains.

The Post Falls planning department is in the process of reviewing the company's site plan

Turn off your ad blocker or subscribe for just 99¢
Already a subscriber? Activate or Log in
✖

STCU intends to remodel its second-floor downtown branch at 207 N. Wall St.

While work is underway, the credit union will close for about six weeks starting Jan. 11, according to STCU spokesman Dan Hansen. Nearby ATMs – one facing the skywalk and one facing the sidewalk on the ground level – will continue to operate during and after the remodel.

The work will mostly focus on adding space within the branch's existing footprint for STCU Connect, a video option for members to connect with an STCU lending specialist who may be better able to answer their questions and offer assistance, particularly when branch staff are busy, Hansen said.

Rocket Bakery will continue to operate below the STCU branch, at street-level downstairs.

STCU has 29 branch locations, $3.9 billion in total assets and 211,000 members, Hansen said.

## Post Falls storage facility

Flippens Secured Self Storage has applied to build seven buildings for a new facility at 208 Creative Way in Post Falls.

The largest of the buildings will be more than 38,000 square feet and cost nearly $559,000 to build, according to building permits issued last month.

Other buildings will range in size and cost, with the smallest planned to be 2,400 square feet at a price of $35,000.

Storage units will be available in three sizes – 768 square feet, 420 square feet and 200 square feet – when the facility opens in March, according to the Flippens website.

**The Spokesman-Review**

Turn off your ad blocker or subscribe for just 99¢

Already a subscriber? Activate or Log in