Exhibit 23

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/2021-biggest-stories-11639580417

U.S. JOURNAL REPORTS: YEAR IN REVIEW

# What Was News: 2021's Biggest Stories

A timeline of the year, told through The Wall Street Journal's coverage

Dec. 15, 2021 10:04 am ET

## January

Jan. 6

Mob Storms Capitol

A pro-Trump riot forces the evacuation of the House and Senate and delays Congress's certification of Joe Biden's election win into the overnight hours.



Rioters at the U.S. Capitol. PHOTO: VICTOR J. BLUE/BLOOMBERG NEWS

Jan. 13

Trump Is Impeached Over Riot

The House votes to impeach President Trump, alleging that he encouraged the Jan. 6 mob to storm Congress as part of an effort to overturn his election defeat; the Senate will acquit him in

February.



Members of the National Guard find a place to rest in the Capitol complex as the House prepares to vote on impeaching President Trump. PHOTO: SARAH SILBIGER/BLOOMBERG NEWS

Jan. 21

Pandemic Push

On his first full day in office, President Biden signs 10 executive orders to combat the coronavirus, seeking to jump-start the U.S. response.

Jan. 27

Meme-Stock Mania

Share prices soar for GameStop, AMC and BlackBerry—companies once left for dead—in a rally that pits day-trading amateurs against Wall Street shorts.



Keith Gill helped drive the GameStop stock mania. PHOTO: KAYANA SZYMCZAK FOR THE WALL STREET JOURNAL

Jan. 28

GDP Decline

The U.S. economy shrank in 2020 for the first time since the financial crisis, the Commerce Department says.

# February

Feb. 2

Russia Sentences Navalny

A Russian court sentences opposition leader Alexei Navalny to 3½ years in prison for violating parole while he was recovering from a near-fatal poison attack in 2020.

Feb. 2

Bezos Steps Back

Amazon founder Jeff Bezos says he will leave the CEO post later this year.

Feb. 4

Chip Crunch at Auto Makers

Ford says it plans to reduce production of its F-150 pickup truck—the nation's top-selling vehicle—because of the global chip shortage.

 

New Ford F-150 pickup trucks sit in a Detroit lot awaiting chip deliveries so they can be finished and shipped to dealers. President Biden speaks before signing an executive order aimed at addressing the global chip shortage. PHOTOS: JIM WEST/ZUMA PRESS; JONATHAN ERNST/REUTERS

Feb. 7

Brady's Bunch of Rings

The Tampa Bay Buccaneers win the Super Bowl, giving Tom Brady his seventh title in his first season after leaving New England.

Feb. 12

Back to School

Federal officials urge the nation's elementary and secondary schools to reopen safely as soon as possible under new CDC guidelines.

Feb. 15

Deep Freeze and Power Outage in Texas

Millions of Texans are left without electricity as a winter storm boosts demand and crimps supplies, the start of outages that would last for days.



Alex Johnson and his 4-month-old daughter on their way to a relative's house in Austin, Texas, amid the freeze. PHOTO: JULIA ROBINSON FOR THE WALL STREET JOURNAL



A house in Waco, Texas, with a power cord and one light on. PHOTO: MATTHEW BUSCH/AGENCE FRANCE-PRESSE/GETTY IMAGES

## March

March 11

Covid Stimulus

President Biden signs into law a $1.9 trillion Covid-19 stimulus package and urges states to make all adults eligible for vaccination by May 1.

March 11

NFTs Arrive

The artist known as Beeple sells a digital collage at Christie's for $69 million, launching the art world's craze for nonfungible tokens.

March 18

Supply-Chain Troubles

Honda and Toyota say they will halt production at plants in North America as shortages and transportation bottlenecks disrupt global manufacturing.

March 23

Ship Blocks Suez Canal

The container ship Ever Given gets stuck sideways in the Suez Canal, blocking traffic for nearly a week.



The Ever Given is lodged sideways in the Suez Canal. PHOTO: MAXAR TECH/AGENCE FRANCE-PRESSE/GETTY IMAGES

March 24

Border Crossings Jump

Men looking for work drive a surge in illegal crossings at the southern U.S. border.



Migrants from Central America walk along the bank of the Rio Grande after crossing into the U.S. from Mexico.
PHOTO: ADREES LATIF/REUTERS

# April

April 1

Take a Few of Us Out to the Ballgame

Major League Baseball opens its 2021 season with limited numbers of spectators in attendance for the first time in a year.



The New York Yankees play the Toronto Blue Jays on opening day in the Bronx with limited attendance. PHOTO: BRAD PENNER/USA TODAY SPORTS/REUTERS

April 14

Biden Sets Afghanistan Withdrawal

President Biden says he'll withdraw all U.S. troops from Afghanistan by Sept. 11, winding down the war there two decades after it began.

April 16

SPACs' Hot Streak Cools

SEC scrutiny of special-purpose acquisition companies has cut the flood of new issues to a trickle and sent share prices dropping.

April 20

Murder Conviction in George Floyd Case

Former Minneapolis police officer Derek Chauvin is found guilty of murder in the May 2020 death of George Floyd, which sparked racial-justice protests around the world.



People outside the Minneapolis building where Derek Chauvin was tried react to the guilty verdict against him.
PHOTO: STEPHANIE KEITH/ZUMA PRESS



People gather in front of Cup Foods in Minneapolis to mark the verdict at the site of George Floyd's death. PHOTO: SAMUEL CORUM/CNP/ZUMA PRESS

April 20

European 'Super League' Collapses

A plan to create a European "Super League" of the world's most powerful soccer clubs collapses amid intense backlash less than 48 hours after it was announced

April 27

Archegos Collapse

The damage to Wall Street banks from the collapse of Archegos Capital Management—the biggest single-firm meltdown since the financial crisis—tops $10 billion after UBS and Nomura report hits

## May

May 7

Cyberattack Cuts Off Key Gasoline Supply

The main pipeline carrying gasoline and diesel fuel to the U.S. East Coast is shut down due to a cyberattack, an outage that will last nearly a week.



A line of cars waiting to fuel up at a Shell station in Sumter, S.C., amid shortages caused by a pipeline shutdown.
PHOTO: MICAH GREEN/BLOOMBERG NEWS

May 12

Changes in Trade With China

U.S. tariffs have led to a sharp decline in Chinese imports and big changes in the types of goods Americans buy from China, a Journal analysis shows.

May 12

Higher Inflation Rattles Markets

Consumer prices jumped 4.2% in April from a year earlier, the biggest rise in any 12-month period since 2008, the Labor Department says.

May 13

CDC Eases Safety Guidance for Vaccinated People

Fully vaccinated people don't need to wear a mask or physically distance during most outdoor or indoor activities, the CDC says.



Fully vaccinated customers gather at the bar inside Risky Business in North Hollywood, Calif., as restrictions ease.
PHOTO: PATRICK T. FALLON/AGENCE FRANCE-PRESSE/GETTY IMAGES

May 19

Texas Abortion Law

Texas Gov. Greg Abbott signs a bill **banning most abortions** after six to eight weeks of pregnancy.

May 20

Jobless Numbers Drop

The numbers of workers seeking and receiving unemployment benefits **reach pandemic lows.**

## June

June 2

Netanyahu Out in Israel

Benjamin Netanyahu's rivals agree to form **a coalition government** that will dislodge Israel's longest-serving leader.



Outgoing Prime Minister Benjamin Netanyahu in the Knesset before members return for a key vote on the new government replacing him. PHOTO: MARCUS YAM/LOS ANGELES TIMES/GETTY IMAGES

June 9

End of the Pipeline

The Keystone XL oil pipeline's developers say they are **scuttling the project** after years of controversy.

June 21

College Athletes and Compensation

The Supreme Court rules that strict NCAA limits on compensating college athletes **violate U.S. antitrust law**, a decision that could have broad ramifications for college sports.

June 22

Home Prices Jump

U.S. home prices in May experienced their **biggest annual increase** in more than two decades, an industry group reports.

June 24

Florida Condo Collapse

A 12-story section of the Champlain Towers South condominium complex in Surfside, Fla., **collapses**, leaving at least 99 people unaccounted for and one person dead.



Search and rescue personnel work in the rubble of the Champlain Towers South condo. PHOTO: JOE RAEDLE/GETTY IMAGES



A memorial site for victims of the condo collapse. PHOTO: ANNA MONEYMAKER/GETTY IMAGES

June 27

Back to the Movies

The "Fast & Furious" franchise's ninth installment gives Hollywood its best opening-weekend box office since December 2019.



Moviegoers in Hollywood spread out with Covid-19 safety precautions in effect. PHOTO: ALLEN J. SCHABEN /LOS ANGELES TIMES/GETTY IMAGES

June 30

Cosby Is Freed

Bill Cosby is released from prison after the Pennsylvania Supreme Court overturns his conviction for sexual assault.

## July

July 1

Delta Wave Delays Return to Normal

The fast spread of the Covid-19 Delta variant is thwarting many countries' plans to lift lockdowns and reopen economies.



A volunteer undertaker prepares a body bag for a suspected Covid-19 victim in West Java, Indonesia. PHOTO: MUHAMMAD FADLI FOR THE WALL STREET JOURNAL

July 1

High Court Upholds State Voting Restrictions

The Supreme Court upholds a pair of Arizona voting rules against claims of discrimination, likely making it harder to challenge a wave of laws around the country tightening election regulations.

July 2

Jobs Recovery Accelerates

Employers in the U.S. added 850,000 jobs in June, the biggest gain in 10 months, and wages rose briskly, the government says.

July 8

The Games Will Go On, Without Spectators

Organizers of the Tokyo Olympics, opening July 23, ban spectators from the Games as Covid-19 cases surge.



Czech gymnast Aneta Holasova performs on the parallel bars to empty stands In Tokyo. PHOTO: PAUL KURODA/ZUMA PRESS

July 11

Branson Takes Flight

Richard Branson reaches the edge of space and safely returns to Earth, beating Amazon founder Jeff Bezos by nine days.



Richard Branson during his trip to the edge of space. PHOTO: VIRGIN GALACTIC/ZUMA PRESS

July 16

U.S. Warns Businesses on Hong Kong

The Biden administration is warning American businesses about the increasing risks of operating in Hong Kong amid China's crackdown on the city.

July 18

OPEC and Allies to Boost Oil Output

OPEC and its Russia-led oil-producing allies agree to increase oil output, restoring all the cuts they made at the start of the pandemic.

July 21

Drop in Life Expectancy

Life expectancy in the U.S. fell by 1.5 years in 2020, the biggest decline since at least World War II, CDC data shows

July 27

Back to Masking

The CDC, citing the spread of the Delta variant, recommends that vaccinated people resume masking indoors in some parts of the country.



Visitors wearing masks at the Aquarium of the Pacific in Long Beach, Calif. PHOTO: BING GUAN/BLOOMBERG NEWS

July 27

Tech Titans' Profits Soar

Apple, Google parent Alphabet, and Microsoft all report booming earnings, underscoring how the pandemic has shifted life and work online.

July 29

Federal Vaccine Mandate

President Biden says federal employees must get vaccinated against Covid-19 or wear a mask on the job and be tested regularly.



A healthcare worker in New York prepares to administer Pfizer's vaccine. PHOTO: MARY ALTAFFER/ASSOCIATED PRESS

# August

Aug. 10

Cuomo to Step Down

Andrew Cuomo says he is resigning as New York's governor, following a report by the state's attorney general that found he harassed multiple women who worked for him.



Ana Liss, one of Andrew Cuomo's accusers whom the attorney general's report found credible. PHOTO: LIBBY MARCH FOR THE WALL STREET JOURNAL

Aug. 15

The Taliban Takes Over

Afghanistan's government falls as Taliban fighters take over the capital; a U.S.-led military airlift begins to evacuate Western diplomats and others.



Taliban fighters drive through a Kabul neighborhood as they and their comrades sweep through the city and take power. PHOTO: VICTOR J. BLUE FOR THE WALL STREET JOURNAL

Aug. 23

Crypto's Surge Puts Regulators on Alert

The cryptocurrency industry is getting so big and enabling so much risk-taking that governments around the globe are taking notice.

Aug. 24

Covid Wave in Asia

A wave of Covid-19 cases in Asia is threatening supply chains around the world and adding to inflationary pressure.

Aug. 29

Hurricane Hits Louisiana

Hurricane Ida makes landfall near New Orleans on the 16th anniversary of Hurricane Katrina, with winds of 150 miles an hour and life-threatening storm surges.



Damaged power lines in Reserve, La., after Hurricane Ida. PHOTO: MATT SLOCUM/ASSOCIATED PRESS

Aug. 30

America's Longest War Ends

The last U.S. troops in Afghanistan withdraw, ending nearly 20 years of fighting but leaving more than 100 Americans and tens of thousands of America's Afghan allies to an uncertain future.

## September

Sept. 14

The Facebook Files

Facebook knows Instagram is toxic for teenage girls, its research shows, but the company plays down the issue in public.



Facebook whistleblower Frances Haugen. PHOTO: STEPHEN VOSS FOR THE WALL STREET JOURNAL

Sept. 22

FDA Clears Vaccine Boosters

The FDA approves Covid-19 vaccine booster shots for people 65 and older and other adults at high risk of severe illness.



A patient receives his third dose of the Moderna vaccine in White Plains, N.Y. PHOTO: DESIREE RIOS FOR THE WALL STREET JOURNAL

Sept. 27

Children's Instagram on Hold

Facebook says it is suspending plans for a children's Instagram, after lawmakers and others voiced concerns about the platform's impact on young people's mental health.

Oct. 6

Malaria Vaccine

The World Health Organization recommends the widespread deployment of the world's first malaria vaccine, which has been decades in the making.

Oct. 8

Global Corporate-Tax Overhaul

Nearly 140 countries agree to the biggest overhaul of global tax rules in a century, a move that aims to set a minimum 15% corporate tax rate.

# October

Oct. 10

Southwest Meltdown

Southwest Airlines cancels more than 1,800 flights over the weekend, citing bad weather and air-traffic-control problems.

Oct. 11

Oil Surge

U.S. crude closes above $80 a barrel for the first time since 2014, bringing its climb since October 2020 to 125%.

Oct. 11

Xi Reshaping China's Economy

Chinese officials are scrutinizing state banks' ties with big private-sector players as part of President Xi's push to curb capitalist forces in the economy.



President Xi, left, arrives for an event at the Great Hall of the People in Beijing. PHOTO: ROMAN PILIPEY/SHUTTERSTOCK



Youngsters at a Lu'An, China, residential complex built by Evergrande, a financially troubled developer. PHOTO: RAUL ARIANO FOR THE WALL STREET JOURNAL

Oct. 13

L.A. Port Goes 24/7

The Port of Los Angeles says it will begin operating around the clock to ease cargo bottlenecks that have led to shortages and higher consumer costs.



Trucks haul shipping containers at the Port of Los Angeles during nighttime operations. PHOTO: MARIO TAMA/GETTY IMAGES

Oct. 25

Tesla Zooms Ahead

Tesla's market value surpasses $1 trillion as Hertz orders 100,000 vehicles a few days after the EV maker reported record earnings.

Oct. 28

Economy Slows

The U.S. economy, hurt by the virus surge and supply bottlenecks, grew at a 2% annual rate in the third quarter, the slowest pace since the recovery began in mid-2020, the Commerce Department says.

Oct. 28

Beyond Facebook

Facebook CEO Mark Zuckerberg says the company is changing its name to Meta Platforms to reflect opportunities in online digital realms known as the metaverse.



A sign with Meta's logo outside company headquarters in Menlo Park, Calif. PHOTO: LIU GUANGUAN/CHINA NEWS SERVICE/GETTY IMAGES

Oct. 31

Delta Wave Subsides

The Delta wave of the pandemic is past its peak in the U.S., with new cases, hospitalizations and deaths declining in most states.

## November

Nov. 3

Fed Dials Back Stimulus

The Fed closes a chapter on its pandemic-driven stimulus, approving plans to begin scaling back its bond-buying program.

Nov. 8

Grand Reopening

U.S. borders reopen to citizens of 33 countries who were barred by Covid-19 restrictions for more than 18 months.



Paul Campbell greets his fiancée, Patricia Bittag, as she arrives in Boston on Nov. 8. The pair was apart for nearly two years. PHOTO: BRIAN SNYDER/REUTERS

Nov. 9

GE Divided by Three

General Electric, once a symbol of U.S. manufacturing might, says it will split into three companies focusing on healthcare, energy and aviation

Nov. 13

Climate-Change Agreement

More than 190 nations reach a deal at the United Nations climate summit that aims to accelerate greenhouse-gas-emissions cuts across the world, but leaves big questions over how governments will follow through.



Greta Thunberg, Swedish environmentalist, speaks during a demonstration at the climate summit in Glasgow, Scotland. PHOTO: JONNE RORIZ/BLOOMBERG NEWS

Nov. 15

Infrastructure Week

President Biden signs into law a roughly $1 trillion **infrastructure package** with spending on roads, bridges, rail and more.



President Biden signs the infrastructure bill on the South Lawn of the White House. PHOTO: EVAN VUCCI/ASSOCIATED PRESS

Nov. 19

Covid-19 Boosters for Adults

The FDA clears Covid-19 **vaccine boosters** from **Pfizer-BioNTech** and Moderna for all adults.

Nov. 26

Covid Variant Sends Stocks Lower

The WHO identifies a new coronavirus strain as a global "variant of concern," and the Dow Jones average suffers its worst trading day of the year.



A woman receives a Covid vaccination in Johannesburg. The new Omicron variant was first detected in South Africa.
PHOTO: SHIRAAZ MOHAMED/ASSOCIATED PRESS

Dec. 9

For Jobless Claims, a 52-Year Low

Weekly jobless claims fell to the lowest level in more than half a century, the Labor Department says.

Dec. 10

Inflation Accelerates

U.S. inflation hit a nearly four-decade high in November, the Labor Department says, as strong consumer demand collided with pandemic-related supply constraints.

Dec. 10

Tornado Outbreak

Tornadoes rip through Kentucky and five other states, killing scores of people and leveling entire towns.



A home in Mayfield, Ky., after the town was badly damaged by a tornado. PHOTO: BRANDON BELL/GETTY IMAGES

Dec. 19

Manchin Opposes 'Build Back Batter' Bill

Sen. Joe Manchin (D., W.Va.) says he will oppose his party's roughly $2 trillion education, healthcare and climate package, likely dooming the centerpiece of President Biden's economic agenda as currently written.

Dec. 20

Omicron's Rapid Spread

The Omicron variant, first identified in November in Africa, has caused more than 70% of recent Covid-19 cases in the U.S. and more than 90% of cases in many parts of the country, the CDC says.

---

**Next in Journal Reports: Year in Review**