# Exhibit 27

6/7/23, 4:36 PM
These Five Most Popular Stocks Have Something in Common: GameStop Mania By Investing.com
Case 1:21-md-02989-CMA   Document 566-27   Entered on FLSD Docket 06/07/2023   Page 2 of 5

# These Five Most Popular Stocks Have Something in Common: GameStop Mania


© Reuters

| BB | GME | AMTD | KOSS | EXPR | XRT |
|---|---|---|---|---|---|
| -2.26% | +5.75% | 0.00% | +3.14% | +5.07% | +2.02% |

By Liz Moyer

Investing.com -- The five most popular searches on Investing.com right now have one thing in common: the short squeeze people can't stop talking about.

GameStop Corp (NYSE:GME), AMC Entertainment Holdings Inc (NYSE:AMC), BlackBerry Ltd (NYSE:BB), Express Inc (NYSE:EXPR), ad Koss Corporation (NASDAQ:KOSS) are up double, or even triple, digits this year, skyrocketing higher in the last couple of days as retail traders battle professional short sellers in a drama that is the talk of Wall Street.

It's all happening on a Reddit online forum called "WallStreetBets," where investors chat about investing ideas in casual, often rowdy way. As of this week, it had 2.9 million participants, who call themselves "degenerates." On the other side are funds like Citron and Melvin, which had to exit their short positions in GameStop after heavy losses. Covering the short positions by selling other long positions could have contributed to Wednesday's drop in the broad market.

In a statement late Wednesday, the Securities and Exchange Commission said it was "aware of and actively monitoring" ongoing market volatility in options and equities markets.

The five shares soared again on Wednesday, pushing the SPDR® S&P Retail (NYSE:XRT) up 11% to a 52-week high.

GameStop surged 126%, AMC rose 293%, BlackBerry rose 34%, Express rose 200% and Koss jumped 560%.

6/7/23, 4:31 PM
These Five Most Popular Stocks Have Something in Common: GameStop Mania By Investing.com
Case 1:21-md-02989-CMA   Document 566-27   Entered on FLSD Docket 06/07/2023   Page 3 of 5

Massive trading volume in these stocks caused disruptions on online platforms such as TD Ameritrade (NASDAQ: AMTD ) and Schwab. Some brokers have put trading restrictions on the shares, and the exchanges have halted some of them for trading multiple times because of volatility.

## Related Articles

**Comments** (21)



**Hello World**
Jan 28, 2021 8:37AM ET

Short selling turns markets into gambling casinos. Let the short seller beware. It's good to see funds which have artificially drive markets down by selling short, and then release their often erroneous negative 'thoughts' about those companies with the in... Show more

Reply   3   0                                                                                                                    Report



**Art Fire**
Jan 28, 2021 3:33AM ET

Wallstreets argument literally: buying stock is bad, for you lol. How about you be smarter than to overshort and get played?

Reply   2   0                                                                                                                    Report



**Thomas Meyer**
Jan 27, 2021 9:28PM ET

Amc nok to occupy mar with elon!

Reply   3   0                                                                                                                    Report



**Thomas Meyer**
Jan 27, 2021 9:28PM ET

Mars*

Reply   1   0                                                                                                                    Report



**YesomiteSam**
Jan 27, 2021 8:14PM ET

No one knows where these stocks would land when dust settles but for me it is so immensely satisfying to see those professional shorts get crushed. They have caused nothing but pain to so many retail investors. Thank you fellow Redditors. Great job.

Reply   35   1                                                                                                                   Report



**Luis Angulo**
Jan 27, 2021 8:14PM ET

Agree

Reply   1   0                                                                                                                    Report



**dd dog**
Jan 27, 2021 7:04PM ET

my bbby calls are up 400%

Reply  👍 8  👎 0                                                                                                                                                                 ⓘ Report


**Daniel Morel**
Jan 27, 2021 6:34PM ET

Here's a short investing lesson for people who have been in the market for the last 10 minutes : bulls make money bears Make money and pigs well the poor little piggies they get slaughter - sad story - the end !

Reply  👍 0  👎 1                                                                                                                                                                 ⓘ Report


**Daniel Morel**
Jan 27, 2021 6:31PM ET

Here is a short lesson for the people who have been in the market for a week or so( I've been in the market for 35 years) and I learned that bulls make money bears make money and the pigs the retail pigs they get slaughter isn't that a sad story.

Reply  👍 0  👎 1                                                                                                                                                                 ⓘ Report


Jan 27, 2021 5:55PM ET

the constant halting should be criminal. F<kk those short sellers

Reply  👍 32  👎 1                                                                                                                                                                ⓘ Report


**Francesco Lucchesi**
Jan 27, 2021 5:46PM ET

those who bought will all lose. most of them

Reply  👍 9  👎 16                                                                                                                                                                ⓘ Report


**Jacob Steinschlag**
Jan 27, 2021 5:46PM ET

not this time. its fundamentally different from a normal pump and dump. the people keeping their shorts open or opening them are going to be bankrupt soon. still 10B+ shorts in usd in GME

Reply  👍 15  👎 0                                                                                                                                                                ⓘ Report


**Joseph Sherwood**
Jan 27, 2021 5:27PM ET

All dumpster companies slowly lagging toward bankruptcy. Irrational exhuberance on display as the worst of the worst surge.

Reply  👍 5  👎 9                                                                                                                                                                 ⓘ Report


**falec**
Jan 27, 2021 5:27PM ET

No worries Joseph, your money (cash) is being used to bailout all these companies. But, no worries, it's still the same amount in the bank.

Reply  👍 4  👎 0                                                                                                                                                                 ⓘ Report


**Stacy Starner**
Jan 27, 2021 5:27PM ET

Fabio falec that was great

Reply 👍 1 👎 0 ⚠ Report