# Exhibit 1

Page 1

1             IN THE UNITED STATES DISTRICT COURT

              FOR THE SOUTHERN DISTRICT OF FLORIDA

2

3             CASE NO: 1:21-MD-2989-CMA

4

5

6    IN RE:  JANUARY 2021 SHORT SQUEEZE

7    TRADING LITIGATION

8    _____/

9

10

11            Zoom Teleconference

              Hollywood, FL

12            Wednesday, April 5, 2023

              10:05 a.m. - 4:36 p.m.

13

14

15

16        VIDEOTAPED DEPOSITION OF AVA BERNARD

17

18       Taken remotely before MARIA E. FERNANDEZ, RPR,

19       FPR-C and Notary Public for the State of

20       Florida at Large, pursuant to Notice of Taking

21       Deposition filed in the above cause.

22

23

24

25

Page 2

```
 1          APPEARANCES:
 2          On behalf of the Plaintiffs:
 3          THE ROSEN LAW FIRM
            275 Madison Avenue, 40th Floor
 4          New York, NY 10016
            BY:  PHILLIP KIM, ESQ.
 5               pkim@rosenlegal.com
            BY:  MICHAEL COHEN, ESQ.
 6               mcohen@rosenlegal.com
            BY:  LAURENCE M. ROSEN, ESQ.
 7               lrosen@rosenlegal.com
 8
 9
10          On behalf of the Defendants:
11          HUNTON ANDREWS KURTH
            200 Park Avenue
12          New York, NY 10166
            BY:  SAMUEL A. DANON, ESQ.
13               sdanon@HuntonAK.com
            BY:  TOM SCHULTE, ESQ
14               tschulte@HuntonAK.com
15          AND
16          CRAVATH, SWAINE & MOORE, LLP
            825 Eighth Avenue
17          New York, NY 10019
            BY:  CHARLOTTE LEPIC, ESQ.
18               clepic@cravath.com
19
20          ALSO PRESENT:
21          Danny Holguin, Videographer
            Veritext Legal Solutions
22
23          REPORTED BY:
24          Maria Fernandez, RPR, FPR-C
            Veritext Legal Solutions
25
```

Page 3

1                       I N D E X

2

3    Ava Bernard                        Page

4    Direct   By Mr. Danon              5

5

6         EXHIBITS MARKED FOR IDENTIFICATION

7

8    Exhibit 5    Amended Complaint     56

9    Exhibit 31   Request for           174

10               Production

11   Exhibit 99   P00001313             29

12   Exhibit 100  Bernard Certification 64

13   Exhibit 101  New Certification     88

14   Exhibit 102  New Assignment        93

15   Exhibit 103  1-26-21 Tweet         127

16   Exhibit 104  1-27-21 Tweet         134

17   Exhibit 105  RHMDL97429.001        141

18   Exhibit 106  rhmdl96959            141

19   Exhibit 107  1-28-21 Tweet         157

20   Exhibit 108  1-28-21 Tweet         160

21   Exhibit 109  1-28-21 Tweet         161

22   Exhibit 110  1-28-21 Tweet         163

23   Exhibit 111  2-1-21  Tweet         167

24   Exhibit 112  2-1-21  Tweet         170

25

```
                                          Page 4

 1           THE VIDEOGRAPHER:  Good morning.  We are now

 2      on the record at 10:05 a.m. on April 5, 2023.

 3      Please note that this deposition is being

 4      conducted virtually.

 5           Quality of recording depends on the quality

 6      of camera and internet connection of

 7      participants.  What is seen from the witness and

 8      heard on screen is what will be recorded.  Audio

 9      and video recording will continue to take place

10      unless all parties agree to go off the record.

11           This is media unit one of the video-recorded

12      deposition of Ava Bernard in the matter of In Re:

13      January 2021 Short Squeeze Trading Litigation.

14           My name is Danny Holguin representing

15      Veritext.  I am the videographer.  The court

16      reporter is Maria Fernandez Reeder from the firm,

17      Veritext.

18           Will the court reporter please swear in the

19      witness, and then counsel may proceed.  Thank

20      you.

21   Thereupon:

22                     AVA BERNARD,

23      A witness named in the notice heretofore filed,

24   being of lawful age and having been first duly

25   sworn, testified on her oath as follows:
```

                                                    Page 5

1           THE WITNESS:  Yes.  I do, the whole truth.
2                     DIRECT EXAMINATION
3    BY MR. DANON:
4        Q    Good morning, Ms. Bernard.  And am I saying
5    that correctly, Bernard?
6        A    Yes, that's correct.
7        Q    My name is Sam Danon, and I'm with the law
8    firm of Hunton, Andrews, Kurth, and I'm actually also
9    sitting here in Miami, downtown Miami, so nearby.
10            We are one of the firms representing
11   Robinhood in this matter.  Just to start off on the
12   record, could you please state your full name and
13   spell it for the court reporter?
14       A    Yes.  Full name is -- do you want my middle
15   name, too?
16       Q    Yes.
17       A    Okay.  It is Ava, A-V-A, Amanda middle name,
18   A-M-A-N-D-A, and my last name is Bernard,
19   B-E-R-N-A-R-D.
20       Q    Thank you.
21       A    You're welcome.
22       Q    I noticed you are sitting in ███████████.
23   Could you just tell us for the record your address,
24   your residence address?
25       A    Yes.  So it's ████████████████████████████

Page 6

1      ████████████████████████████████

2          Q     Thank you.

3                I just wanted to start off with some basics

4      of what a deposition is.  I will ask you:  Have you

5      ever sat through a deposition before?

6          A     No.

7          Q     Okay.  This is your first time?

8          A     That's correct.

9          Q     Have you ever provided any testimony in

10     court or in any other proceeding?

11         A     No.

12         Q     Okay.  So today I'll be asking you a series

13     of questions about the lawsuit, and I'll ask you if

14     you don't at any time understand my questions, or you

15     need me to repeat them, or I need to say something

16     clearer, particularly with the video aspect of here,

17     if you can't listen clearly, whatever, just speak up,

18     let us know, then I'll repeat the question and get

19     back to you.  I want to make sure you understand the

20     questions as clear as possible.

21                If there's any technical issue with sound or

22     video, or anyone is frozen, please also speak up.  As

23     you saw during this, this is being recorded and will

24     be used in the courts, so we want to make sure that

25     you are able to hear clearly and see, at least myself,

1    and what's going on with the proceeding.  Okay?

2         A    Okay.

3         Q    And if at any time during the deposition

4    here you need a break, either, you know, glass of

5    water, go to the bathroom, whatever it is, just --

6    also just raise your hand, speak up, and we'll

7    accommodate you on that, okay?

8         A    Okay.

9         Q    Now, you understand you've just given an

10   oath to testify truthfully?

11        A    Yes, I do.

12        Q    Okay.  And is there any reason that you're

13   aware of today that you would be unable to testify

14   truthfully or completely and answer my questions as

15   completely as possible?

16        A    Could you repeat that?  I'm sorry.

17        Q    Yeah.  Is there any reason that you know of

18   as to -- that would prohibit you from testifying today

19   truthfully and completely?

20        A    No.

21        Q    And we ask that just to get a sense of

22   whether there's any -- are you on any medication?  Are

23   you not feeling well?  Is there anything that would

24   stop you, or, you know, hinder your ability to

25   understand my questions and answer truthfully?

```
 1          MR. ROSEN:  When you are talking about
 2      medication, is she taking any type of medication
 3      that would interrupt her mental acuity?
 4          MR. DANON:  That's exactly -- that was my
 5      question.
 6  BY MR. DANON:
 7      Q    Anything that you are taking, or anything
 8  that you are feeling today or anything that would
 9  somehow, you know, impact your ability to testify?
10      A    No.
11      Q    Okay.  Thank you.  Thank you.
12          As you -- just to understand, we have a
13  court reporter here that's going to be taking down --
14  she is creating a transcript of the questions and the
15  answers.  The videographer who introduced himself is
16  taking a video here through the Zoom process, so there
17  will be a video also created of that.  Do you
18  understand that?
19      A    Yes, I understood.
20      Q    So, one of the things that I would ask you,
21  when we go through here, too, is to try to keep your
22  responses verbal.  So because there's a transcript
23  being created, we would like to make sure that, you
24  know, the court reporter can record something.  So
25  nodding or, you know, shaking your head that we all --
```

Page 9

1   you know, I fall into that, too, it can happen.  That

2   can't be recorded, so we try to keep the answers

3   verbal.

4           I may ask you that as a follow-up, your

5   counsel may also say something during the course to

6   make sure it's verbal.

7           Okay, like I said, if you need a break at

8   any time.

9           So let me start off on -- did you undertake

10  any preparation for your deposition today?

11      A    Yes, I did.

12      Q    Okay.  What did you do to prepare for today?

13      A    I reviewed documents that were sent in.  I

14  received updates about the case.  I took -- I met with

15  my attorneys.  I -- yes, so I reviewed the notes, and

16  I -- basically I reviewed the notes, documents that

17  were sent to me.

18      Q    And just following up on that, you said you

19  met with counsel.  When did you meet with counsel,

20  your counsel?

21      A    Yesterday.

22      Q    And is that Mr. Rosen who you met with?

23      A    That's correct.

24      Q    Okay.  Anyone else other than Mr. Rosen?

25      A    Yes.  So Mr. Cohen and Kim.

```
                                                    Page 10

 1        Q     And other than meeting with them yesterday,

 2   did you meet before yesterday in order to prepare for

 3   the deposition?

 4        A     Yes, that's correct.

 5        Q     You met -- let me just rephrase that.

 6              How long did you say you met with your

 7   attorneys to prepare for the deposition?

 8        A     Two hours.

 9        Q     Two hours.

10        A     Two hours, give and take -- give or take at

11   that time.

12        Q     Got it.

13              And you met with them only once for two

14   hours in preparation?

15        A     Yes.  That was -- then I met with my -- I

16   met before -- I believe it was last week, Saturday.

17        Q     So you met with them twice --

18        A     That's correct.

19        Q     -- for preparation.  Once last week and once

20   yesterday.  Okay.

21              You said you had received some documents

22   from them?

23        A     That's correct.

24        Q     Okay.  And you also mentioned notes.  Are

25   there notes that you have and that you reviewed in
```

Page 11

1   preparation for the deposition, that are separate or

2   different from the documents that you're talking

3   about?

4       A    Could you repeat?  I'm sorry.

5       Q    You mentioned that you had reviewed notes.

6   And then you also mentioned you had reviewed

7   documents.  So I'm trying to -- my question really is,

8   are those two separate sets of documents, notes on the

9   one hand and documents on the other?

10      A    Yes.

11      Q    Yes, okay.

12           When you're talking about notes, are these

13  handwritten notes that you maintained or are they

14  typed-out notes that you had?

15      A    Handwritten.

16      Q    Handwritten.  Okay.

17      A    That's correct.

18      Q    And do you know those -- when did you --

19  when did you prepare those handwritten notes?

20      A    I prepared them yesterday.

21      Q    Yesterday.  Okay.  So those notes did not

22  exist before yesterday?

23      A    That's correct.

24      Q    Okay.  And would these be notes of your

25  conversations with your lawyers yesterday?

```
                                              Page 12
 1        A     Yes.

 2        Q     Okay.  Did you speak to anyone other than

 3   your lawyers in preparation for your deposition today?

 4        A     No.

 5        Q     Did you speak to Ms. Cooke at all in

 6   preparation for your deposition today?

 7        A     No.

 8        Q     The documents that you reviewed in

 9   preparation for this deposition, do you know if those

10   documents were documents that were collected and

11   produced in this case?  I don't know if you understand

12   what I mean by "produced."  It's just one of the words

13   we use.  In other words, documents that you collected

14   in response to a request for documents that Robinhood

15   provided to you.

16        A     Can you clarify?

17        Q     Yeah.  So you testified -- you said that you

18   reviewed some documents, right?

19        A     That's correct.

20        Q     That these documents were provided to -- by

21   your lawyers.  Do you know if those documents, as part

22   of this case, were provided to Robinhood, copies of

23   them or these --

24        A     Yes.

25        Q     They were?
```

```
                                              Page 13

  1        A    Yes.

  2        Q    So all the documents that you reviewed in

  3    preparation for today, at least your understanding,

  4    are documents that were provided to Robinhood as part

  5    of this proceeding?

  6        A    That's correct.

  7        Q    Okay.

  8             And do you remember -- you know, if you

  9    could just identify off the top of your head what

 10    those documents were?

 11             MR. ROSEN:  Objection.  Mr. Danon, I'm not

 12        sure you are entitled to know what documents she

 13        discussed with her lawyers prior to the

 14        deposition.  It seems to me that would be covered

 15        by privileged work product sort of thing, so on,

 16        so I will ask her not to discuss what she

 17        discussed with her lawyers.

 18             MR. DANON:  Okay.

 19    BY MR. DANON:

 20        Q    Without discussing --

 21             MR. DANON:  And I appreciate that,

 22        Mr. Rosen.  I'm not asking her for what she

 23        discussed with you.  I'm just asking for the --

 24             MR. ROSEN:  You are asking what documents

 25        she discussed.
```

```
                                                Page 14
 1           MR. DANON:  Not the discussions.  It's --
 2      just to be clear, I'm asking for documents that
 3      she would have reviewed in preparation for the
 4      deposition.  I -- without revealing or discussing
 5      any of the specific discussions that you had with
 6      your lawyers.
 7           MR. ROSEN:  So Ms. Bernard, you can tell him
 8      what documents, if you recall which documents
 9      we -- you looked at yesterday during our meeting,
10      you can tell -- identify them to the extent that
11      you are able, but don't discuss exactly the
12      nature of our conversations.
13           THE WITNESS:  Okay, so the document that I
14      recalled is the Complaint filed.
15 BY MR. DANON:
16      Q    Okay.  The Complaint.  Any other documents
17 that you recall?
18      A    I don't recall at this moment.
19      Q    Okay.  Was there, for instance, an account
20 statement?
21      A    No, I don't recall.
22      Q    Okay.  Any certification that would have
23 been attached to the Complaint?
24      A    I don't recall.
25      Q    Okay.  But you do recall the Complaint in
```

```
                                                    Page 15
1    the case, right?
2         A    That's correct.
3         Q    Okay.  Prior to yesterday, had you seen that
4    Complaint?
5         A    Yes, that's correct.
6         Q    When had you seen the Complaint prior to
7    that, if you recall?
8         A    As I recall initially, it was in 2021, and
9    then they amended it, so -- but initially, 2021.
10        Q    Okay.  And other than the Complaint itself,
11   you have no recollection of other documents that you
12   looked at yesterday in preparation?
13        A    I don't recall at this moment.
14        Q    Have -- we talked a little bit about -- or I
15   had asked you before if you had ever been deposed, and
16   you said you had not been deposed, right?
17        A    That's correct.
18        Q    Okay.  Have you ever been a party in a
19   lawsuit?
20        A    No.
21        Q    So you've never been sued or filed a lawsuit
22   on your behalf?
23        A    No.
24        Q    Okay.  And I'm going to take that also that
25   you've never -- or I'll ask it.  I won't make the
```

Page 16

1    conclusion myself.

2              I ask, have you ever been or attempted to be

3    a class representative in a class action lawsuit?

4         A    Never, no.

5         Q    What is your understanding of what it means

6    to be a class representative in a class action

7    lawsuit?

8         A    Well, I would oversee the class action.  I

9    would look out for the interests of the other class

10   members, and work with other -- work with my attorney

11   to maximize their recovery, just working with the

12   attorney and giving them whatever they need from me,

13   and whatever the defendants might need.

14        Q    Okay.  Do you --

15        A    Yeah, and make sure the class members are

16   treated equally, fairly.

17        Q    And what is your understanding as to what

18   you will receive if you're successful in this lawsuit?

19        A    I believe that's up to -- could you repeat

20   that?  I'm sorry.

21        Q    Yeah.  What is your understanding of what

22   you will receive if you are successful in this

23   lawsuit?

24              MR. ROSEN:  Objection.  Vague.  If you

25         understand the question, you can answer.

```
                                          Page 17

 1    BY MR. DANON:

 2         Q     You can answer.

 3         A     I don't -- can you restate it?

 4         Q     Well, you understand that you are serving as

 5    a class -- a named class representative in a class

 6    action, right?

 7         A     That's correct.

 8         Q     And you understand a class action is a

 9    lawsuit, right?

10         A     That's correct.

11         Q     And you understand that, as a lawsuit, that

12    that lawsuit is seeking relief for a monetary relief

13    from defendant Robinhood, right?

14         A     That's correct.

15         Q     Okay, so my question is:  What do you

16    understand, individually, what is your understanding

17    as to what you will receive, personally, if the

18    lawsuit is successful?

19         A     It would depend on the judge, but hopefully,

20    it would be what was -- basically what was lost from

21    the manipulation of Robinhood, the restrictions,

22    basically -- let's see.  So basically it would be

23    the -- sorry about that.  So basically --

24         Q     That's okay.  If you don't know, that's

25    okay.
```

```
                                                    Page 18
```

 1       A    -- what was lost.  The damages that occurred

 2   due to the restrictions imposed by Robinhood.

 3       Q    And what do you understand are those

 4   damages?

 5            MR. ROSEN:  Objection.  Calls for a legal

 6       conclusion.

 7   BY MR. DANON:

 8       Q    You can go ahead and answer.

 9       A    Can you repeat?  I'm sorry.

10       Q    What do you understand those damages to be.

11       A    Okay.  Can you repeat it again?  I'm sorry.

12       Q    Yeah, no -- that's no problem.  No problem.

13            What do you understand those damages to be.

14   And let me just say, you said that your understanding

15   is that what would occur if the lawsuit is successful

16   is that you would be awarded damages.  So I'm trying

17   to understand, or my question is:  What is your

18   understanding of what those damages are?

19            MR. ROSEN:  Objection.  Vague.  Are you

20       asking for the dollar amount of her personal

21       claim, or are you stating the method of

22       calculating --

23            MR. DANON:  I will ask you, Mr. Rosen to

24       just --

25            MR. ROSEN:  Because it is vague.

                                                    Page 19

1              MR. DANON:  I think you are limited to make
2         an objection.  State the objection, and then she
3         can answer it, if she can answer it to the best
4         of her ability.  If she cannot answer it, then
5         she can tell me that.
6              (Simultaneous speaking.)
7              MR. ROSEN:  You asked her this open-ended
8         question that confuses her.  So the question is,
9         are you asking her about her personal claim?
10             MR. DANON:  Mr. Rosen, please -- you know
11        the rules.
12             MR. ROSEN:  I know the rules, but I am
13        asking that you make the question clear.
14             MR. DANON:  You know the rules on
15        deposition.  I would appreciate it if you would
16        just allow her to answer the questions.
17             MR. ROSEN:  I am going to instruct the
18        witness now.  Let me.
19             So, Ms. Bernard, if you don't understand his
20        question, you are allowed to say to him, "Please
21        tell me what you want."
22             MR. DANON:  Mr. Rosen --
23             MR. ROSEN:  You are allowed to say that --
24        you are allowed to ask --
25             (Simultaneous speaking.)

                                                  Page 20

1            MR. ROSEN:  I'm instructing my witness.  You

2       will quiet down and let me instruct my witness.

3       When I am done instructing you can reask your

4       question.

5            MR. DANON:  You cannot coach the witness.

6            MR. ROSEN:  I am not coaching the witness.

7            MR. DANON:  Yes, you are.

8            MR. ROSEN:  But she has a right to a clear

9       question.  And so I'm instructing her that if she

10      doesn't understand what he means -- this

11      gentleman means, you are entitled to ask him to

12      specify exactly so that you do understand it,

13      because we want a clear record, and we want

14      answers to questions that are understood.

15           MR. DANON:  And I would appreciate --

16           MR. ROSEN:  So if you understand the

17      question, you can answer it, otherwise --

18           MR. DANON:  Talking over each other is not

19      going to work.  That's exactly what I went

20      through at the very beginning on the background

21      rules.  I asked her if she didn't understand what

22      I said, if she --

23           MR. ROSEN:  You don't have to tell me what

24      you said --

25           (Simultaneously speaking.)

```
                                              Page 21
 1           MR. DANON:  I think you need to let her
 2      answer the question.
 3           MR. ROSEN:  I told her, she can answer the
 4      question.  And if she doesn't understand it, she
 5      can ask it to be more clear in how you ask the
 6      question so she can understand it.
 7           MR. DANON:  And I can tell her that
 8      repeatedly.  So I think we need to proceed.
 9  BY MR. DANON:
10      Q    Ms. Bernard, you mentioned that your
11  understanding is if this lawsuit was successful, that
12  the result would be that you would receive damages.
13           My question is:  When you said, on the
14  record, that your understanding is that you would
15  receive damages, what do you understand "damages" to
16  be?
17      A    To be the price of the stocks that I
18  purchased, the restricted stocks, minus the price of
19  the stocks that I sold.
20      Q    Okay.  So the -- your testimony would be the
21  difference between what you purchased and what you
22  sold the stocks; is that what you are saying?
23      A    That's correct.  The stocks that were
24  restricted by Robinhood, that's correct.
25      Q    And is there a specific time frame as far as
```

Page 22

1    dates, that you understand to be the time frame that

2    is at issue in this case?

3         A    When the stocks were sold?

4         Q    Yes, purchased and sold.  Purchased and

5    sold, yeah.

6         A    Any stocks that were held on the -- January

7    the 27th, 2021, and any stocks -- the restricted

8    stocks that were sold between January 28 through

9    February the 4th, 2021.

10        Q    Okay.  And do you understand -- is there any

11   time limits on when you would own the stocks on

12   January 27, 2021?

13             MR. ROSEN:  Objection.  Vague.

14   BY MR. DANON:

15        Q    You can answer the question if you

16   understand or if you know.

17        A    Can you repeat again?

18        Q    Do you understand whether or not there were

19   any time restrictions on when you would own stocks on

20   January 27, 2021?  In other words, did you have to own

21   the stocks at the close of the trading day, if you

22   understand that, or could you own them at any time

23   that day?

24        A    Yes, you could own them overnight, or you

25   can sell them before the market closed.

```
                                            Page 23
```

1       Q    And what is your understanding of when the

2   market closes?

3       A    I believe it closes after 4.  I believe.

4   Eastern time.

5       Q    Eastern?

6       A    Eastern time, that's correct.

7       Q    And just to be clear on the record, is it

8   your understanding -- you said that -- your testimony

9   is that it closes after 4.

10      A    No, I believe it's closed.  I don't know if

11  it's 4:30 or 4:00 but I believe that's when it

12  officially closes, but it's after-hours trading.

13      Q    Okay.  So your understanding is that there

14  is a time, whether it's 4:00 or 4:30, that the market

15  closes, but that there is after-hours trading; is that

16  right?

17      A    That's correct.

18      Q    Okay.

19           Are you currently employed?

20      A    Yes, I am.

21      Q    Okay.  And what is your job?

22      A    Pharmacy technician.

23      Q    And where do you work as a pharmacy

24  technician?

25      A    Walgreens.

Page 24

1    Q    Is there a specific --

2    A    Walgreens.

3    Q    Is there a specific Walgreens store or is

4  it -- does it move around?

5    A    It's -- there is a store number, but it's

6  not at a physical location.

7    Q    Okay.  And how does that -- if it's a store

8  number, is it an online store or -- I'm just trying to

9  understand, yeah, if it is not a physical location,

10  where --

11    A    I believe it's the shipping of medications

12  and delivery of medications and online support for

13  customers.  So it's basically work at home, so to

14  speak.

15    Q    So you, I guess what we'll call today, you

16  work remotely from home --

17    A    That's correct.

18    Q    -- for Walgreens?

19    A    That's correct.

20    Q    And how long have you been a pharmacy tech,

21  technician for Walgreens?

22    A    Since November of 2021.

23    Q    And prior to November of 2021, were you

24  employed anywhere?

25    A    No, I was attending college.

```
                                            Page 25
 1        Q    Okay.  And where did you attend college?

 2        A    Miami Dade College.

 3        Q    And what campus of Miami Dade Community --

 4   and just to be correct, is that Miami Dade Community

 5   College?

 6        A    That's correct.

 7        Q    Okay, what campus of Miami Dade Community

 8   College?

 9        A    North campus.

10        Q    Okay.  And what -- did you graduate with --

11        A    Yes, I did.

12        Q    -- a degree from Miami Dade Community

13   College?

14        A    Can you repeat that?  I'm sorry.

15        Q    Did you graduate with a degree from Miami

16   Dade Community College?

17        A    That's correct.

18        Q    And when did you graduate, and what degree

19   did you earn?

20        A    I graduated in 2020.  That would be the

21   associate degree in business.

22        Q    Is that in -- what time frame in 2020 did

23   you graduate?

24        A    At the beginning, January --

25        Q    January?
```

Page 26

1      A    -- I believe that is correct.

2      Q    And between your graduation and November of

3   2021, did you -- were you employed?

4      A    During the time, I believe there was a

5   virus, there was some -- no, I wasn't employed.  No.

6      Q    You weren't employed, okay.

7           And your work for Walgreens, is that

8   currently at the same address that you provided at the

9   beginning of this deposition, ███████████████████

10     A    That's correct.

11     Q    And is this a full-time position?

12     A    That's correct.

13     Q    And as full-time, are you -- any -- is there

14  any specific hours during the day that you are on, I

15  guess on call or working with them?

16     A    That's correct.

17     Q    I was -- is there -- in other words, is it a

18  certain period of time, beginning and end?  Is it 9 to

19  5, is it 8 to 4, you know, is it -- what's the workday

20  like for you as far as when it begins and when it

21  ends?

22     A    It begins at 12:30 p.m., noontime,

23  basically, and ends at 11 p.m., and that's four days a

24  week.

25     Q    Four days a week.  Okay.  Got it.

1            And does your position as a pharmacy

2    technician require any certifications or -- is it --

3    what's the certification or license that you have?

4        A    Pharmacy tech license.

5        Q    Okay.  And is that a license obtained from

6    the county or the state?

7        A    I believe it's the state.

8        Q    Okay.  Is there any testing or -- yeah, any

9    testing involved with that, obtaining that

10   certification -- that license?

11       A    Yes, that's correct.

12       Q    There is.  Okay.

13           And what is the test?  Is it a full day, is

14   it something the state administers?  What is that test

15   like?

16       A    I believe it's something the states

17   administer.  It's not a full day.  It's -- basically

18   they give you questions and answers that you would

19   have to know the answers to the questions that they

20   provided, so that's --

21       Q    And how long did you have to sit for the

22   test?  How long was the test?  A few hours, a day?

23   How long was it?

24       A    My recollection is that -- I believe it was

25   one and a half hours.

```
                                              Page 28
 1        Q     Okay.  All right.

 2              I believe, as part of the production in this

 3   case, you provided Robinhood with what would be a copy

 4   of a resume?

 5        A     That's correct.

 6        Q     Do you recall?

 7              MR. DANON:  And I just wanted to mark

 8        that -- I think we're going to mark it as

 9        Exhibit 99?

10              Mr. Rosen, is that okay with you?  That's

11        the sequential numbering that's been going on?

12              MR. ROSEN:  Yeah, I'm looking at Exhibit

13        Share, and I don't see any file folders for this

14        deposition, so I'm not sure how we're going to

15        view these.

16              MR. DANON:  If you hold on one second, we'll

17        figure that out.

18              MR. ROSEN:  All right.

19              MR. DANON:  One second.  I guess, if that's

20        okay, Mr. Rosen, we'll go off the record while

21        we're figuring this out.

22              Okay.

23              THE VIDEOGRAPHER:  Off the record at

24        10:36 a.m.

25              (Recess was taken.)
```

```
                                                    Page 29

 1              (Exhibit 99 marked.)

 2              THE VIDEOGRAPHER:  We are back on the record

 3       at 10:58 a.m.

 4  BY MR. DANON:

 5       Q    So, Ms. Bernard, I just want to confirm, you

 6  have access now to the exhibit, the shared-exhibit

 7  folder?

 8       A    That's correct.

 9       Q    Okay.  And just to get some logistics

10  questions, are you currently using a laptop or a

11  computer?

12       A    Yes, a laptop for the Zoom, and then I'm

13  able to access the -- the documents is on my phone.

14       Q    So you're accessing the documents on your

15  phone.  Okay.  And are you also using the phone for

16  the audio portion of the Zoom meeting?

17       A    No.  No.

18       Q    Okay.

19       A    Just the documents.

20       Q    Just the documents?

21       A    For the time.

22       Q    All right.  So what we're going to mark as

23  Exhibit 99, and what has been uploaded into the share

24  folder is titled:  Resume, Ava Bernard, Hollywood

25  Florida, 33024, the first three lines of the document.
```

```
                                                    Page 30

 1              Do you see that?

 2        A    Exhibit 0099.

 3        Q    Yes.

 4        A    Yes, I do.

 5        Q    And is this -- and it's -- I don't know if

 6   you can see this, but on the bottom right there are

 7   some numbers, letters and numbers starting with

 8   P00001313, and each page is numbered, that it's on the

 9   bottom right.  Do you see that?

10        A    Yes, I do.

11        Q    Okay.  And this is a three-page document, so

12   those numbers go from 00001313 to 00001315.

13              Do you see that?

14        A    Yes, I do see that.

15        Q    So is this -- is this a document that you

16   prepared?

17        A    Yes, that's correct.

18        Q    Okay.  And when did you prepare this

19   document?  I may have missed it, but when I looked at

20   it, I did not see a date of preparation.  It's got

21   what you are doing currently and your AA, but when did

22   you prepare this document, date-wise?

23        A    I believe it was last year, but I don't

24   recall.  I believe it was last year.

25        Q    Okay.  You don't recall a specific date --
```

```
                                               Page 31
```

1          A      That's correct.

2          Q      -- or a time frame?

3                 Okay.  In the exhibit that you are looking

4     at.  There is an area that is all in black.  It's out

5     right under the "Hollywood, Florida, 33024."

6                 Do you see that?

7          A      Yes, that's correct.  Yes.

8          Q      Do you know what was contained in there and

9     what was taken out?

10         A      No, I don't.  It could be -- I don't know

11    what that is.

12         Q      Okay.  You don't recall if there was -- I

13    guess I was just asking:  Was there any specific

14    language or type in there that then has been blocked

15    off?

16         A      No.  It could be something with the

17    document, but I can't really say.

18         Q      Okay.  Was there any specific reason you

19    prepared your resume here that's shown as Exhibit 99?

20         A      Yes, I believe it was something that

21    Robinhood, the defendants, had requested.

22         Q      Okay.  And they -- and what was the request?

23    Do you understand?  Was it as part of this case, or

24    was it as part of something else?

25         A      I believe it was part of the case.  They

```
                                           Page 32
 1    needed certain documents, and I --
 2         Q    Okay.
 3         A    -- that's correct.
 4         Q    So you understood, as part of the case,
 5    there was a request for documents that Robinhood had
 6    provided, and as part of that, you prepared this
 7    document, which is Exhibit 99, which is your resume?
 8         A    That's correct.
 9         Q    And then you provided that to your counsel
10    who then provided it to Robinhood in this matter; is
11    that your understanding?
12         A    That's correct.
13         Q    Okay.  Thank you.
14              Looking through it, is everything that you
15    have listed on the resume still accurate and current?
16         A    I think it is.
17         Q    Okay.  Thank you.
18         A    You're welcome.
19         Q    ████████████████████████████████████████
20         A    ████████████████████████████████████████
21    ████████████████████████████████████████████████.
22         Q    And, again, based on the four days a week,
23    the 12:30 to 11 time frame that you're -- that is your
24    work schedule; is that right?
25         A    Could you repeat that?  I'm sorry.
```

```
                                          Page 33
 1        Q    I said, as I understood your work schedule
 2    that you identified, it was 12:30 p.m. to 11 p.m.,
 3    four days a week?
 4        A    That's correct.
 5        Q    Are those four days sequential?  Is it like
 6    Monday through Thursday?  Does it change on a weekly
 7    or monthly basis?
 8        A    It can change, because every -- every three
 9    months or four months they change it that you would
10    have to change your schedule, but currently it's --
11    it's -- what's the word -- it's the same, the same --
12    the same days, the same hours.  Nothing has changed.
13    So it's Sunday, Monday, Tuesday, Thursday.
14        Q    Okay.  And as part of what you described,
15    you know, you were doing this, when was it -- was
16    the -- filling out prescriptions for mail order; is
17    that correct?  Or how did you -- yeah, how would you
18    describe what your day -- day-to-day activities are?
19        A    Well, the patients call in.  They want to
20    get their medications filled, so I would take the
21    medications that they want to be filled, I put in a
22    request for it to be filled by the pharmacist.  I
23    would ensure that their information is correct, their
24    address, their name, date of birth.  I also assist
25    them with website issues they might be having with the
```

```
                                          Page 34
```

1    Walgreens website.  If they have account issues.

2            They -- if other tasks that I'm able to do,

3    then I would assist.

4        Q    Okay.  So is it fair that during the day you

5    are on the phone with customers, and you are assisting

6    them with their prescription orders by phone?

7        A    That's correct.

8        Q    Do you also assist them through any chat

9    function or any e-mail or kind of using the website,

10   the Walgreens website?

11       A    No, just the phone.

12       Q    Okay.  Do you have -- as a pharmacy

13   technician, do you have access to the customers'

14   records or files online through a Walgreens portal?

15       A    That's correct.

16       Q    Okay.  And is that something that you would

17   be required to do when they are asking, you have to

18   search exactly what their prescription is, and make

19   sure that you are filling it correctly to the -- or

20   that it's being filled correctly with the pharmacist?

21           Let me just backtrack on that.  That was bad

22   on my part.

23           I am saying, as part of -- as part of when

24   you are talking to them, you would have to have some

25   access to their Walgreens account, and you have that

```
                                          Page 35
 1   access online, on this; is that right?
 2        A    That's correct.
 3        Q    Okay.  And is the computer that you use for
 4   working for Walgreens, is it the same one that you are
 5   currently using for this deposition?
 6        A    No.
 7        Q    No.  Okay.
 8             So do you have a separate computer that is
 9   for the Walgreens job?
10        A    That's correct.
11        Q    Okay.  And is that a laptop?
12        A    A desktop.
13        Q    A desktop.  Okay.
14        A    That's correct.
15        Q    So do you know -- well, you understand that
16   in this case you have an assignment from Colleen
17   Cooke; do you understand that?
18        A    That's correct.
19        Q    Okay.  Who is Colleen Cooke?
20        A    That's my mother.
21        Q    Okay.  And does she live with you, or do you
22   live with her?
23        A    Yes, we -- yes, that's correct, I live with
24   her.
25        Q    So you live together at ███████████████
```

```
                                                Page 36
```

1    ███████████████████████████████████

2        A    That's correct.

3        Q    Okay.

4             And how long have you lived -- well, I will

5    ask you:  How long have you lived in that apartment

6    with your mother?

7        A    I believe since last year, June.  I don't

8    remember if it's June or July, but last year.

9        Q    Okay, since last year.  Before that, before

10   June, July of 2022, were you living -- where were you

11   living?

12       A    I was living at a different address, the

13   ████████████████████████████████████████████.

14       Q    Okay.  And how long did you live at the

15   █████████████████████████████

16       A    I believe it was 2013.  I don't know the

17   exact month, but it was 2013.

18       Q    So, from about 2013 to 2022, so that would

19   be almost nine years at the other address?

20       A    I think so.

21       Q    And your mother, Ms. Cooke, how long has she

22   lived at the  ████████████████████████

23       A    The same time frame, which is either July or

24   June of last year.

25       Q    Okay.  And prior to that, do you know what

```
                                              Page 37
```

1   her address was prior to June, July 2022?

2        A    Could you repeat that?  I'm sorry.

3        Q    Prior to June or July of 2022, what was your

4   mother's address where she lived?

5        A    It was the same address, the same time

6   frame, 2013 to 2022.

7        Q    Okay.  And I just want to be clear, that

8   address, it's ███████████████████████████?

9        A    That's correct.

10       Q    And during that time frame from 2013 to June

11  or July of 2022, were you living -- were the two of

12  you living together in that residence, both lived

13  there?

14       A    Could you repeat that?  I'm sorry.

15       Q    During the time frame of 2013 to June, July

16  of 2022, did you both live at the ████████████████

17  ████████████████████?

18       A    That's correct.

19       Q    During that time, did you live at -- did you

20  yourself, individually, live in any other location?

21       A    No.

22       Q    Okay.

23            Did you -- did you discuss this lawsuit with

24  your mother, Ms. Cooke?

25       A    No.

```
                                              Page 38
```

 1       Q     You didn't have any discussions with your

 2   mother about this lawsuit?

 3       A     That's correct.  She only knows there's a

 4   lawsuit and a deposition.  That much, basically.

 5       Q     Did you discuss the lawsuit with her prior

 6   to the assignment that was signed?

 7       A     I'm sorry, could you repeat that?

 8       Q     Did you discuss this lawsuit and the

 9   Complaint that was filed with your mother prior to the

10   assignment of the claim that was signed?

11            MR. ROSEN:  You mean, did she notify her

12        about it, or did she have in-depth discussions?

13        You have to be precise in your questioning.

14   BY MR. DANON:

15       Q     You can answer the question, Ms. Bernard.

16       A     Do you mean if I --

17       Q     Did you have discussions with her?

18       A     If it was okay to go ahead with the lawsuit,

19   to sign on with the Rosen law firm?

20       Q     Any -- any discussions, whether it was --

21   whether it was okay to approve, or what you -- any of

22   the issues in the case.  Any discussions with her

23   about the lawsuit?

24       A     She basically was okay with going -- she

25   trusts my judgment, so she -- she allowed me to go

                                                            Page 39

1    ahead with that, the lawsuit -- going on and signing

2    with the Rosen, if that's what you mean.

3         Q    Did you have any discussions with her, and

4    that is -- I appreciate that.  That's definitely one

5    of the things I was wondering.

6         A    Okay.

7         Q    But as part of the question, too, did you

8    have any discussions with her about the shares that

9    were at issue, about Robinhood, about any of the

10   allegations that are in the Complaint?

11            Do you understand what the allegations of

12   the Complaint are?  Let me -- let me -- let me start

13   again.

14            So you understand the Complaint makes

15   certain assertions or describes certain events, right?

16   That's what the pages of the Complaint are.  There are

17   a number of paragraphs, and it talks about -- it makes

18   out -- those are called allegations of the Complaint,

19   what it says happened and what it claims against

20   Robinhood.

21            Did you -- so my question is, did you

22   discuss with your mother any of those allegations that

23   are presented in the Complaint?

24        A    She did know that we lost money, but in

25   regards to -- my mother really -- really is not

Page 40

1    interested in stocks, but I just basically asked

2    her -- I had to get her permission to go ahead and --

3    and to work with the Rosen law firm.  But she doesn't

4    really -- so if I discussed -- so I don't recall any

5    deep discussion or anything regarding the case to all

6    that.  Just lost money, the Robinhood, and would like

7    to -- to work with the Rosen law firm to see what we

8    can recover from the manipulation.

9         Q    How did you learn of the Rosen law firm?

10        A    I went online.  I was looking to see if I

11   could find a law firm.  If there was -- so not

12   anything that was definite, but I was just looking to

13   see if there is a law firm that I could contact to see

14   if they could assist.

15        Q    And when you went online, was it with a

16   specific purpose of finding a law firm in connection

17   with the short squeeze and the purchase and sale of

18   the stocks in 2021?

19             MR. ROSEN:  Objection.  You used the term

20        "short squeeze."  There's nothing in the record

21        about what a short squeeze is.  So that assumes

22        facts not in evidence.  So you may want to

23        rephrase that to be proper.

24             MR. DANON:  Mr. Rosen, again, under the

25        rules, you can object, and you can object to

1          form, but you are not permitted to deal or expand

2          that, you know, in a way that coaches the

3          witness.  So I would just appreciate it --

4               MR. ROSEN:  Nobody is coaching the witness.

5          I'm asking you to try to formulate correct

6          questions that are not compound, that are precise

7          and --

8               (Simultaneously speaking.)

9               MR. DANON:  You can object to form, and it's

10         preserved.  So -- anyway.

11   BY MR. DANON:

12        Q    Ms. Bernard, when you said that you went

13   online to look for a law firm, what time frame -- what

14   time of year, and what year was that?

15        A    It was 2021.  I don't remember the month.

16   It was 2021.

17        Q    And you understand this Complaint -- or do

18   you understand that this Complaint alleges, or the

19   allegations of this Complaint are based in a time

20   period which is in January of 2021 to early February?

21        A    That's correct.

22        Q    And you yourself had stated earlier that you

23   understood that the time frame for the sale or

24   purchase and sale of the securities was January 27,

25   2021, and up to February 3rd of 2021; is that right?

Page 42

1         A    Can you repeat?

2              MR. ROSEN:  I'm not sure that's what she

3         said, actually.

4              MR. DANON:  You can object, again,

5         Mr. Rosen, but I don't think you can make a

6         statement.

7              MR. ROSEN:  Objection.  Mischaracterizes the

8         testimony.

9              MR. DANON:  She can correct me if I am --

10             MR. ROSEN:  Just that --

11             MR. DANON:  -- if I am not right.

12             MR. ROSEN:  -- I just objected.

13             MR. DANON:  Just object, and that's it.

14    BY MR. DANON:

15        Q    Ms. Bernard?

16        A    Okay.

17        Q    You understand you had previously stated

18    that you understood that to be in the class period in

19    this case was the shares that were held on January 27,

20    2021, and then sold up to -- after that date, up to

21    February 3, 2021.

22             Did you understand that, February 4?

23        A    Yes, February the 4th, that's correct.

24        Q    So you understand that time frame, what

25    we're talking about, date-wise, is January 27, 2021,

```
                                            Page 43
```

1    through February 4th of 2021.  Do you understand that?

2        A    Yes.  Twenty-seven for when the -- yes,

3    that's correct.

4        Q    So when you went online to find counsel,

5    were you looking for counsel to help you in connection

6    with anything that related to your transaction with

7    stock during that time period of January 27, 2021 to

8    February 4th of 2021?

9        A    I mostly went there to see how I can recover

10   the damages, the loss -- from the loss that -- the

11   loss that I -- from the stocks that the -- the loss

12   from the stocks that Robinhood restricted, the loss --

13   so I went in to recover those losses, so that was my

14   main reason for seeking out a law firm.

15       Q    And had you read anything online prior to

16   seeking out the Rosen law firm, about any potential

17   lawsuits or any active lawsuits against Robinhood,

18   regarding any sales of securities during the time

19   period of January 28 through February 4, 2021?

20       A    No, that I don't recall now.

21       Q    Had you contacted anyone else about your

22   attempt to seek recovery of losses prior to reaching

23   out to the Rosen law firm?

24       A    No.

25       Q    Had you discussed with your mother the

1   intention of seeking out counsel prior to reaching out

2   to the Rosen law firm?

3       A    Yes, that's correct.

4       Q    Now, is your mother involved in investing in

5   stocks?

6       A    No.

7       Q    Do you discuss with her on -- do you discuss

8   with her any investments in stocks?

9       A    No.

10      Q    Have you ever discussed with her any

11  investments in stocks?

12      A    No.  She is not really interested in any

13  stock -- stocks.

14      Q    So she is not interested in --

15      A    Learning about it and -- I mean, she's okay

16  with it but, yes, that's correct.

17      Q    Just so that I can understand.  She is not

18  interested in the investment in stocks?

19      A    In terms of what it takes to select stocks,

20  just the concept, I guess, to -- yeah, she's not --

21  you know, yeah, that's correct, she's not, you know.

22      Q    I think you finished the answer.  I just

23  want to make sure you finished the answer,

24  Ms. Bernard.

25      A    Oh, yes, I'm finished.

```
                                               Page 45

 1         Q     Okay.

 2               These -- so these -- so the shares that you

 3    have identified in this case, the AMC and Nokia

 4    shares, and those transactions in the Robinhood

 5    account, did your mother, Ms. Cooke, have any

 6    involvement in a decision of when to purchase or sell

 7    any of those stocks?

 8         A     No.

 9         Q     Prior to ordering any purchases of the

10    shares that you've identified in your certification,

11    did you have any discussions with your mother?

12         A     No.

13         Q     Prior to ordering any sell or sale of the

14    securities identified in your certification, did you

15    have any conversations with your mother?

16         A     No.

17         Q     Okay, so it's fair to say that you did not

18    have any discussions with her on the decision of

19    whether to buy or sell any stocks that were in your

20    Robinhood account?

21         A     That's correct.

22         Q     Now, you are -- you're seeking to be a class

23    representative in this case.  We talked about that

24    earlier.  And that you had looked at the Complaint

25    prior to it being filed.
```

```
                                               Page 46
 1            Do you recall the stocks that are involved
 2    in this lawsuit and identified in the Complaint?
 3        A    Yes, that's correct.
 4        Q    Okay.  And do you recall them or is it --
 5    can you recall them off the top of your head?
 6        A    Yes, I can.
 7        Q    Okay.  What are those stocks?
 8        A    Nokia, GameStop, AMC, BlackBerry, the
 9    Bartlein (phonetic), Tootsie Roll, Trivago, and -- am
10    I missing one?  Let's see.
11        Q    That's very good.
12        A    Okay.
13        Q    Now, in connection with the claims that you
14    are asserting on behalf of your mother, what are the
15    stocks that you are basing your claims in this case
16    on?
17        A    That would be Nokia and AMC.
18        Q    Okay.  And just to be clear, other than
19    Nokia and AMC, there are no other shares or stocks
20    that you're making any claims in this case on; is that
21    correct?
22            MR. ROSEN:  Personally?
23            THE WITNESS:  I'm sorry, can you repeat
24        that?
25
```

Page 47

1    BY MR. DANON:

2         Q     On behalf of your mother --

3         A     Okay.

4         Q     -- you're not asserting claims based on any

5    other stocks; is that correct?

6         A     Those are the only two stocks.

7         Q     Do you have any claims individually that you

8    would seek to assert in this lawsuit?

9              MR. ROSEN:  Apart from her mother's claims

10        that she's --

11             MR. DANON:  Again, Mr. Rosen, if you have an

12        objection, you can state it.

13             MR. ROSEN:  Well, that's my objection.  I

14        don't understand.

15             MR. DANON:  You can use the word

16        "objection."  You can say "objection."

17             MR. ROSEN:  Yeah.  But when you ask

18        imprecise questions, you get answers to questions

19        that you don't ask, and then --

20             MR. DANON:  You can object.

21             MR. ROSEN:  And then usually --

22             MR. DANON:  You can object and preserve the

23        record.

24             MR. ROSEN:  I'm trying to help you formulate

25        it.

```
                                          Page 48

 1              MR. DANON:  And I appreciate that.  I really

 2        do.

 3              (Simultaneously speaking.)

 4              MR. ROSEN:  Do your best.  Okay.  Thank you.

 5              MR. DANON:  And you follow the rules and the

 6        practice on depositions.  State your objection,

 7        it's preserved, and then we can proceed.

 8   BY MR. DANON:

 9        Q    Ms. Bernard, are you asserting any

10   individual claims on your behalf, other than on behalf

11   of your mother, in connection with any of the stocks

12   that you have identified?

13        A    Just on behalf of my mother.

14        Q    Do you have any accounts in your name,

15   any --

16        A    No.

17        Q    -- trading accounts or investment accounts

18   in your name?

19        A    No.

20        Q    Do you own any stocks in your own individual

21   name?

22        A    No.

23        Q    Have you ever purchased or sold any stocks

24   in your individual name?

25        A    No.
```

```
                                          Page 49
 1          Q     So the only stocks or investment that you
 2    have undertaken are on behalf of your mother and
 3    her -- and within her account?
 4          A     That's correct.
 5          Q     And understanding she's your mother so you
 6    probably have conversations with her, but do you have
 7    any formal authorization from your mother to act on
 8    her account?
 9          A     Verbal.
10          Q     Right.  Okay.
11                When you -- or let's say, do you know, in
12    opening the account at Robinhood, did you assist her
13    with that, or did she do that on her own?
14          A     She gave me the okay to open it for her.
15    She -- yes, that's correct.
16          Q     So you opened the account for her?
17          A     That's correct.
18          Q     Did you fill out all the account-opening
19    information yourself?
20          A     I don't recall what they gave me to open --
21    to open the account, so I don't recall what --
22          Q     Do you recall when you open an account, you
23    have to provide, right, name, address, some sort of
24    personal details, right?
25          A     I don't recall.  It could have been, but I
```

```
                                        Page 50
 1    don't recall.

 2         Q    Okay.  I didn't want to cut you off.

 3         A    No, that's okay.

 4         Q    Okay.  But you -- do you remember opening an

 5    account at Robinhood in your mother's name?

 6         A    Yes, but I -- yes, that's correct.

 7         Q    So you do remember opening an account in her

 8    name?

 9         A    That's correct.

10         Q    Okay.  And what I was trying to ask is if

11    you remember, at the time you were opening the

12    account, what type of information had to be provided

13    in order to open the account.  Do you remember any of

14    that?

15         A    No, I don't recall.

16         Q    But to the extent any information was

17    provided, that was provided by you; is that correct?

18         A    I don't recall if there's anything that she

19    needed to have done.  I don't recall if she played a

20    part in that.  I don't recall what was required at the

21    time.

22         Q    So you don't know whether or not she

23    provided any of the information that was required?

24         A    That's correct, I don't recall.

25         Q    And when was the account opened, do you
```

```
                                            Page 51
 1   recall?
 2        A    I do believe it was in 2020.  I don't
 3   remember the month, but it was 2020, the later stage.
 4   I believe it was either November or October.
 5        Q    Of what year?  I'm sorry, Ms. Bernard.
 6        A    2020.
 7        Q    2020.  Have you -- let me start again.
 8             Does your mother have accounts, investment
 9   accounts, with any other firm?
10        A    That would be Stash.  That's correct.
11   Stash.
12        Q    And did you also help with opening that
13   account?
14        A    Yes, that's correct.
15        Q    Okay.  Did she participate in providing the
16   information that was necessary to open the account at
17   Stash?
18        A    It could be the same thing.  I don't recall
19   what was required or what input she had.  I don't
20   recall.
21        Q    When opening the Robinhood account, do you
22   recall if all the information was provided online, or
23   did you have to provide any information in writing
24   through the mail?
25        A    Could you repeat that?  I'm sorry.
```

1      Q    I said, in opening the Robinhood account, do

2    you recall if all the information was provided online,

3    you know, through computers, or was it -- or was there

4    any information that you provided through the mail?

5      A    I want to say online, but I don't really

6    recall.  I believe it's online, but I don't know if

7    they sent documents through the mail, so I -- it's

8    2020.  I don't recall.  I believe it was online.

9      Q    And as part of the Robinhood account, did

10   you create a -- I'd say, an account details, like a

11   user name and a password in order to access your

12   account -- your mother's account, I'm sorry?

13     A    Yes, you would have to have a log-in to

14   access the account.

15     Q    And when you created that log-in, was your

16   mother involved in creating that log-in?

17     A    No.  I usually create the log-ins.  No.

18     Q    So you created the log-in yourself?

19     A    I usually do that for my mother's account,

20   whether it be anything, because that way I could set

21   up the passwords and so she can easily remember them.

22     Q    Does she know the user name and password for

23   the Robinhood account?

24     A    Like I said, she's not interested in the

25   passwords or the investing, so it's something that she

Page 53

```
 1   is not really interested in.
 2        Q    So she doesn't know the log-in details?
 3        A    No.  It's something that she doesn't want to
 4   know, but if she wanted to, she would have access to
 5   all the information, all the log-in information.
 6        Q    But from your understanding, she doesn't
 7   know, at this point.  She has not asked you for it?
 8        A    No, it is something that she's not
 9   interested in.
10        Q    Question:  How old is your mother?
11        A    She is 63 years old.
12        Q    Okay.  And is she employed?
13        A    That's correct.
14        Q    And what does she do?
15        A    Certified nursing assistant.  Caregiver.
16        Q    How long has she been a certified nurse
17   assistant?
18        A    I believe it's since 2013.
19        Q    2013, okay.
20        A    That's correct.
21        Q    And where -- where does she work?  Is it a
22   hospital or a facility?
23        A    It's a private -- private home, private --
24   she works private for an individual that needs -- an
25   individual that needed her father to be taken care of,
```

```
                                           Page 54
```

 1    so she is currently working private.

 2         Q     So it's a private house, and a caregiver, an

 3    assistant for somebody, right, privately, one person?

 4         A     That's correct.

 5         Q     It takes special people to do that, so I

 6    respect that a lot.

 7         A     Okay.

 8         Q     Is -- so she's been doing that since 2013?

 9         A     That's correct.

10         Q     Okay.  With the same family?

11         A     No.  No, different.

12         Q     Different.  Is -- when she is looking for

13    families that need assistance, is this -- does she

14    work with an agency?  Is she part of a group?  Or is

15    it just really kind of an individual basis?

16         A     Previously, it was with an agency, but now

17    it's private.

18         Q     Okay.  "Private" being just herself, right?

19         A     Yes, that's correct.  She works for an

20    individual person.  She doesn't have to go through an

21    agency.

22         Q     And prior to 2013, what is it that she --

23    was she employed and what did she do?

24         A     Prior to that, I wouldn't say she was a

25    certified nurse, but she basically was there to look

```
                                              Page 55
```

1    after, like, take care of a household.  So there was

2    this elderly lady that she -- she basically was there

3    to keep her company, and look after the home, so it

4    wasn't really healthcare like being certified, so she

5    just did that for part time.

6         Q    Okay, part time.

7              And how long did she do that prior to 2013?

8         A    I believe it was either one and a half years

9    or two years.

10        Q    Okay.  And before that, did she work

11   somewhere else in healthcare?  Was she a nurse?

12        A    No, she worked at -- let's see -- school, I

13   believe, a school in terms of preparing lunches for

14   students.  Yeah.

15        Q    In Miami?  What school was it?

16        A    No, it wasn't in Miami.  It was in --

17        Q    Oh, okay.

18        A    Yeah, that's right.

19        Q    Was that in Pennsylvania?

20        A    No.

21        Q    Oh, where was it?

22        A    It was in Kingston, Jamaica.

23        Q    Got it.  Okay.

24        A    Okay.

25        Q    Okay.  And in -- just to wrap this up, in

```
                                              Page 56
 1    the depo I know you mentioned 2013.  Did she come from
 2    Jamaica in 2013 or before that?
 3         A    2010.
 4         Q    2010, okay.
 5              (Premarked Exhibit 5.)
 6    BY MR. DANON:
 7         Q    Let me show you as an exhibit -- and I think
 8    it has previously been marked as Exhibit 5, which is
 9    the Complaint.  And I know you are using your phone to
10    look through this, right, so, it might be a little
11    challenging for you, Ms. Bernard, but -- is it up?
12    Okay.
13              Is -- do you recall seeing this document?  I
14    know you testified earlier that you had seen it, but I
15    just want to make sure for the record.  You recall
16    seeing this document that has been marked as
17    Exhibit 5?
18         A    Okay, waiting for it to pop up.
19         Q    Okay.  You may need to refresh the screen in
20    order to have it recognize the new exhibit.
21         A    Yes, I do see it.
22         Q    Okay, good.
23              And do you recognize this Exhibit 5 as the
24    Amended Consolidated Class Action Complaint in this
25    matter?
```

```
                                                     Page 57

 1        A     That's correct.

 2        Q     Okay.  And I think previously you said you

 3   had looked at this yesterday, at least yesterday.

 4   Prior to yesterday, had you seen this document?  Do

 5   you recognize or does it refresh your recollection as

 6   to having seen it before?

 7        A     That's correct.

 8        Q     Okay.  If I can direct your attention to --

 9   you notice how all the paragraphs are numbered,

10   correct?

11        A     That's correct.

12        Q     If you go to page 69, paragraph 128, if you

13   can look at paragraph 128.  And do you understand this

14   paragraph to --

15        A     I'm sorry, could you repeat that?

16        Q     Yeah.  Paragraph 128, on page 69 of the

17   document?

18        A     It's currently black, so I'm just waiting on

19   the screen to pop up.

20        Q     Yeah, it probably has to load up.  Right.

21             MR. ROSEN:  Yeah, it's going slow.  It's

22        also taking awhile for me to pull it up.

23             MR. DANON:  Okay.

24             MR. ROSEN:  Paragraph 25, you said?

25             MR. DANON:  128.  128 on page 69.
```

```
                                                    Page 58
```

 1              THE WITNESS:  It is still loading.

 2              MR. DANON:  Okay.

 3              THE WITNESS:  It is loading one page at a

 4         time so...

 5              MR. DANON:  So it's taking --

 6              MR. ROSEN:  Can she look at the paper copy?

 7         Maybe she has the paper copy.

 8              MR. DANON:  If she has the paper copy,

 9         that's okay, if that's okay with you, Mr. Rosen.

10              MR. ROSEN:  Yeah, it will save us some time

11         and make it easier.

12              MR. DANON:  Yeah.

13              THE WITNESS:  Okay.  You said page 69?

14    BY MR. DANON:

15         Q    Page 69, paragraph 128.

16         A    Okay.

17         Q    Do you -- I don't know if you want to read

18    it, or do you recall reading that paragraph?

19         A    I don't recall exactly what it said, but I

20    read every paragraph.

21         Q    Okay.

22         A    Every --

23         Q    Do you want to -- well, do you understand

24    that paragraph to be the paragraph that identifies the

25    stocks by name and by code symbol?

```
                                             Page 59
 1        A     That's correct.

 2        Q     Identify the stocks that are at issue in the

 3   case; is that right?

 4        A     That's correct.

 5        Q     And you did mention, I think, all but one,

 6   so good job on remembering there.

 7        A     Thank you.

 8        Q     So the shares and the stocks and symbols are

 9   identified.

10              In this paragraph, you understand that

11   there -- the words there are collectively -- they are,

12   "the Affected Stocks."

13              Do you see that?  Right in the middle of the

14   page?

15        A     Yes, I do.

16        Q     So I just point that out so that going

17   forward, when I mention or use the word "Affected

18   Stocks" during the deposition, you would understand

19   that the stocks we're talking about are the stocks

20   identified by name and symbol on paragraph 128.

21        A     Okay.

22        Q     Is that fair?

23        A     Yes, that is fair.

24        Q     And as -- as -- and in this paragraph, it

25   also describes the class or who would be part of the
```

```
                                            Page 60
```

 1   class that you are seeking to represent; is that

 2   right?

 3        A     Could you repeat that?  I'm sorry.

 4        Q     You understand that, as part of a named

 5   class, you are seeking to file this case on behalf of

 6   a class of people, a group of people; is that right?

 7        A     That's correct.

 8        Q     And you understand that that class has to

 9   have a definition which is a description of who would

10   fall into that class; is that right?

11        A     That's correct.

12        Q     Okay.  And do you understand paragraph 128

13   as describing who would be a member of the class?

14        A     That's correct.

15        Q     Okay.  And do you understand that to be a

16   member of the class, as explained in paragraph 128

17   here, the person has had to have held shares in these

18   Affected Stocks that are identified by name and symbol

19   at the close of trading on January 27, 2021?

20        A     Could you repeat that?  I'm sorry.

21        Q     Do you understand that to be a member of the

22   class as described in paragraph 128 of this Complaint,

23   a person has to have held shares in the Affected

24   Stocks, the ones that are identified by name and

25   symbols in paragraph 128, at the close of trading as

Page 61

1    of January 27, 2021; is that correct?

2        A    Yes, that's correct.

3        Q    Okay.  And then you -- do you also

4    understand that to be a member of this class that's

5    described in paragraph 128, a person would have had to

6    have sold the shares in the Affected Stocks at a loss

7    between January 28 and February 4 of 2021; is that

8    correct?

9        A    Yes, I understand that -- could you repeat

10   that?  I'm sorry.

11       Q    Do you understand that to be a member of the

12   class, as described in paragraph 128 of this

13   Complaint, a person would have had to have sold shares

14   in the Affected Stocks -- so the stocks that are

15   listed here by name and symbol in paragraph 128 --

16   would have sold those shares at a loss between

17   January 28 and February 4th of 2021?

18       A    Yes, that's correct.  That's correct.

19       Q    Thank you.

20            So if you turn to -- you have the paper

21   copy, and on the paper copy, do you see on the top

22   right -- oh, you also have Exhibit A, the Complaint,

23   in paper copy?

24       A    I believe so.  Let's see.

25            I do have it, but I would have to look for

```
                                              Page 62
 1    it.

 2          Q     Okay.  Good.

 3          A     Okay, what am I looking for?  Can you --

 4          Q     Exhibit A to what was the Complaint.  And I

 5    wanted to direct you to -- do you see at the top right

 6    there's in blue, or there should be page numbers, page

 7    4 of 23.  I don't know if you have a filed copy or

 8    not.

 9                And what I'm --

10                MR. ROSEN:  She may not have the exhibit.  I

11          don't know if she has the exhibit.

12                (Simultaneous speaking.)

13                MR. DANON:  I just want to make sure she has

14          it right.  Mr. Rosen, do you want to --

15                MR. ROSEN:  You want her to look at the

16          certification?

17                MR. DANON:  Exactly.

18                MR. ROSEN:  She should have a copy of the

19          certification form somewhere.

20                THE WITNESS:  Do you mean Exhibit 1 or --

21                MR. DANON:  So attached to that --

22                MR. ROSEN:  Yeah, it would be Exhibit 1.  It

23          would be labeled Exhibit 1 that we sent to you.

24                THE WITNESS:  I understand.

25                MR. ROSEN:  It's your mother's -- it's your
```

Page 63

```
 1        certification form, and then your mother's
 2        assignment.  The first version of it that was
 3        filed with the court.
 4             THE WITNESS:  Okay, so I do see the Exhibit
 5        1.  I was looking for Exhibit A.  I do see
 6        Exhibit 1.
 7   BY MR. DANON:
 8        Q    All right, so do you -- do you have in front
 9   of you what is certification -- and it's:  "Ava
10   Bernard, the plaintiff, authorizes the Rosen law firm
11   to file an action or amend a current action in the
12   federal securities laws," et cetera.
13             Is that what you are looking at?
14        A    That's correct.
15        Q    And it is executed on the bottom, it has a
16   date, execution date of 11/29/2021?
17        A    That's correct.
18             MR. DANON:  We would like to mark that
19        certification dated 11/29 -- 11/29/2021, as
20        Exhibit 100.
21             Mr. Rosen, are you okay -- we're going to
22        upload it, but are you okay if she's looking at
23        the paper copy that she has?
24             MR. ROSEN:  Yeah, as long as she got the
25        right document.
```

```
                                                  Page 64
 1           MR. DANON:  Exactly.  That's why I want to
 2       make sure we have the right one in front of her.
 3           MR. ROSEN:  Sounds like that is her original
 4       certification form.  As you know, she served --
 5       or we served amended certification form and
 6       amended assignment yesterday, I think.
 7           MR. DANON:  We received it yesterday
 8       afternoon.
 9           MR. ROSEN:  All right.
10           MR. DANON:  Yep.  I want to mark as Exhibit
11       100 the 11/29/2021 certification.
12           (Exhibit 100 marked.)
13   BY MR. DANON:
14       Q    I just want to make sure, Ms. Bernard --
15   what you have in front of you, you can look at it now.
16   It's in the shared exhibit folder, but I want to make
17   sure that what you have in front of you as a paper
18   copy is the certification that you signed on
19   November 29, 2021.
20       A    Okay, I do have that.
21       Q    Okay.  That is in front of you?
22       A    That's correct.
23       Q    And if you turn to the second page of that
24   certification, that's Schedule A, said:  "Ava Bernard
25   assigned from Colleen Cooke."  Do you see that?
```

```
                                               Page 65

 1              Ms. Bernard, somehow you got on mute.  So I
 2    don't know if you --
 3         A    I'm sorry about that.
 4         Q    That's all right.  That's all right.
 5              So do you see that as far as Schedule A --
 6         A    That's correct, I do.
 7         Q    -- do you see that document?  I'm sorry, I
 8    was -- I don't know if it -- I didn't hear.
 9         A    Yes, I do see it.
10         Q    Okay, perfect.
11              And on this document it includes purchases,
12    AMC -- two AMC purchases of 500 shares on January 27,
13    2021; is that correct?
14         A    Could you repeat that?  I'm sorry.
15         Q    I'm saying what Schedule A of this
16    certification executed on November 29 of 2021, what it
17    first lists on Schedule A are purchases.  It has AMC,
18    the date 1/27/2021.  And shares, it has got 500 or two
19    purchases of 500 shares; is that correct?
20         A    That's correct.
21         Q    Okay.  And then on the sales, it has one
22    sale on February 2, 2021, of 500 shares, and a second
23    sale on February 3, 2021, of 500 shares; is that
24    correct?
25         A    That's correct.
```

```
                                              Page 66

 1        Q     The time you executed this certification,

 2   the only stocks or shares that you identified that

 3   were part of the claim you were asserting on behalf of

 4   your mother, was the AMC shares; is that right?

 5        A     That's correct.

 6        Q     Okay.  And this schedule that lists the

 7   shares, is that a schedule that you prepared, or did

 8   your attorneys prepare it?

 9        A     I'm sorry, could you repeat that?

10        Q     The schedule that is shown on your

11   certification --

12              MR. ROSEN:  The list of purchases and sales?

13              THE WITNESS:  I gave them that information.

14   BY MR. DANON:

15        Q     Okay.  Did you prepare the schedule, or did

16   the lawyers prepare the schedule?

17        A     When you say "prepare the schedule" --

18        Q     Actually drafted the schedule.  Put it

19   together.

20        A     My attorneys drafted the schedule, but I

21   gave them the information with the purchases and

22   sales.

23        Q     And did you identify these two purchases and

24   these two sales, or did you provide them with account

25   statements, and they selected the purchases and shares
```

```
                                              Page 67
 1   to list on Schedule A?
 2        A     I believe both.
 3        Q     Can you explain that?
 4        A     Ah, yes, so they asked what --
 5              MR. ROSEN:  Objection.  Objection.  I'm
 6        sorry, you can't -- you can't tell them what we
 7        asked you.
 8              MR. DANON:  Yeah, I don't want to --
 9              MR. ROSEN:  It is attorney-client privilege.
10   BY MR. DANON:
11        Q     Yeah, I don't want to know your
12   conversations with them.  I just want to know as to
13   how this document was created and how those four
14   transactions were identified.
15              Did you identify those four specific
16   transactions, or did you provide an account statement,
17   and the attorneys identified the four transactions?
18        A     I identified those transactions.
19        Q     Did you highlight them in your account
20   statement, or did you provide them verbally?
21        A     Can you --
22              MR. ROSEN:  Objection.  Objection.  Look,
23        you are not -- these are conversations with her
24        lawyer.  I let you go way too far here.  She has
25        testified that we prepared the schedules.  And
```

Page 68

1     that's about as far as you are going to go as far

2     as her conversations and interactions with her

3     lawyers on this.  All right?

4          MR. DANON:  I do not -- I do not want to get

5     into the conversations that she had with lawyers.

6     I do want to know about how the document was

7     provided.  And she signed it, so I would like to

8     know how -- you know, what input she had in the

9     document --

10          MR. ROSEN:  She told you -- she told you she

11     gave us the information.  We prepared the

12     schedules.

13          MR. DANON:  Okay.  Thank you.

14   BY MR. DANON:

15     Q    If you go to the first page, the

16   certification, this certification, is this something

17   that was provided for you to sign or did you draft the

18   document, paragraphs 1 through 6?

19     A    Could you repeat that again?  I'm sorry.

20     Q    Okay.  The front portion of this

21   certification includes paragraphs 1 through 6.

22          Do you see that?

23     A    That's correct.

24     Q    And then at the bottom you signed it,

25   executed on 11/29/2021; that's your signature, right?

```
                                          Page 69
```

 1       A     Yes, that's correct.

 2       Q     And you DocuSigned it, right, so you signed

 3   it electronically?

 4       A     Yes, that's correct.

 5       Q     Did you draft this certification, or was it

 6   a document that was provided to you by counsel, and

 7   you signed it?

 8       A     Provided to me by counsel, and I signed it.

 9   I viewed it and signed it.

10       Q     Okay.

11             Then there's a -- if I put this sequentially

12   on the exhibit, there's an assignment form that comes

13   after Schedule A, right?

14       A     Could you repeat that?

15       Q     If -- we're just making sure that the

16   exhibits match here.  There should be a third page

17   that is the assignment.  It's titled "Assignment."  It

18   says, "Colleen Cooke, the undersigned, assignor,

19   hereby transfers, et cetera."  It's executed also on

20   November 29, 2021, and signed, DocuSigned Colleen

21   Cooke; do you see that?

22       A     Yes, I do see that.

23       Q     We're looking at the same document?

24       A     Yes, I do see that.

25       Q     Okay.  What do you understand this document

```
                                              Page 70
 1   to be?
 2        A    I understand that -- exactly what the
 3   document says.  It assigns, transfers and sends over
 4   to me all rights, title, ownership, and interest of my
 5   mother, and any and all claims, demands, and causes of
 6   action of any kind whatsoever.
 7             So basically what the document says.
 8        Q    Okay.  And this document, is this a document
 9   that was prepared by your attorneys and you signed it,
10   or did you draft the document?
11        A    It was prepared by my attorneys.  I reviewed
12   it, and my mother signed it.
13        Q    Okay.  Is -- is your understanding that this
14   assignment gives you any ownership over the stocks
15   themselves?
16             MR. ROSEN:  Objection.  Calls for a legal
17        conclusion.
18   BY MR. DANON:
19        Q    You can go ahead.
20             MR. ROSEN:  And it mischaracterizes the
21        document.
22             THE WITNESS:  I'm sorry, could you repeat?
23   BY MR. DANON:
24        Q    Do you understand whether or not this
25   assignment gave you any ownership over the shares or
```

```
                                        Page 71

 1    the stocks themselves?

 2         A     No.

 3         Q     Okay.  So your understanding is that this

 4    assignment only involves any claims or causes --

 5    demands or causes of actions.  So something like just

 6    the lawsuit; is that your understanding?

 7         A     That's correct.

 8         Q     Okay.  So the shares, the actual stocks are

 9    still held or will always be held in the name of

10    Colleen Cooke, your mother, right?

11         A     That's my understanding.

12         Q     Okay.  And the trades that are -- let me

13    start over.

14              The purchases and sales that are identified

15    on Schedule A, did your mother have any involvement in

16    ordering the purchases or sales that are identified in

17    Schedule A of the certification that you signed and

18    the assignment -- or in connection with the assignment

19    that she signed?

20         A     I'm sorry, could you repeat that again?

21         Q     Yeah, I know, that was long.

22              So the certification that you signed --

23         A     Okay.

24         Q     -- when we talked about the schedule that is

25    on the second page of that certification, with that
```

```
                                              Page 72
 1    schedule identifies two purchases and two sales.  You

 2    got that?

 3         A    I'm sorry.

 4         Q    Yeah.

 5         A    Did you say two purchases?

 6         Q    Yeah, you're looking at -- just to make sure

 7    we're looking at the same thing, Schedule A --

 8         A    Okay.

 9         Q    -- which is the second page of the

10    certification.  It identifies two purchases of AMC,

11    right?

12         A    That's correct.

13         Q    And right to the right of it, two sales of

14    AMC, right?

15         A    That's correct.

16         Q    Right.  And I just want to confirm, as far

17    as -- as far as you are aware, your mother did not

18    have any involvement in ordering the purchases or

19    sales of these AMC shares that are listed on Schedule

20    A?

21         A    That's correct.

22         Q    Are you the only individual that was making

23    any of the trades on your mother's Robinhood account

24    or in -- I'm sorry -- in her account?

25         A    Could you repeat that?
```

```
 1          Q     Are you the only individual that was making
 2     the decisions on any of the trades that were
 3     undertaken in your mother's Robinhood account?
 4          A     That's correct, yes.  I was the only one.
 5          Q     You were the only one.
 6                Does -- and by that, no one else had log-in
 7     information or the ability to make any instructions on
 8     that account, on your mother's account in Robinhood?
 9          A     That's correct.  No one was able to.
10          Q     And do you know whether she authorized
11     anyone, other than you, to make any investment
12     decisions relating to that Robinhood account?  Or was
13     that all you?  You were the only one authorized by
14     her?
15          A     I was --
16          Q     Yeah, so you were the only one that she --
17     or that you are aware of, you are the only one that
18     she has authorized to make any of the trades in the
19     Robinhood account, right?
20          A     That's correct.
21          Q     Now, how did -- how did it come about that
22     you are undertaking her trades in the Robinhood
23     account?  Did she ask you to do that?  Did you ask to
24     do that?
25          A     Could you repeat that?
```

```
                                              Page 74
 1        Q     Yeah, how did it come about that you are

 2   making the trades in your mother's name in the

 3   Robinhood account?

 4        A     Could you clarify the question?

 5        Q     Sure.

 6        A     Okay.

 7        Q     Let me ask you:  Did you ask her to open a

 8   Robinhood account so that you could trade on her

 9   behalf?

10        A     That's correct.

11        Q     Okay.  And she did not ask you to open up a

12   Robinhood account to trade on her behalf.  You are the

13   one who asked her?

14        A     That's correct.

15        Q     Did she ask you about any of the shares or

16   the stocks and the companies, you know, involved

17   before you made any orders to purchase a specific

18   stock?

19        A     Can you repeat that again?

20        Q     Sure.  So for instance, with AMC stock, did

21   your mother ever talk to you about buying AMC stock?

22        A     Like I said before, she's not really

23   interested in it, in looking into companies or

24   trading.

25        Q     So it's fair then to say that before any of
```

```
                                            Page 75
 1    the transactions in the Robinhood account in her name,

 2    that you did not have any discussions about the stocks

 3    that were being purchased and sold?

 4         A    That's correct.

 5         Q    Okay.  And that includes the fact that you

 6    didn't have any discussions with her about any

 7    specific company that was part of the shares that you

 8    were purchasing and selling?

 9         A    Could you repeat that again?

10         Q    And that would include the fact that you

11    were not talking to her about any of the companies?

12         A    That's correct.

13         Q    In -- okay -- in the shares that you were

14    buying, right?

15         A    Yes.

16         Q    So, for instance, if you were buying AMC,

17    you did not have any discussions with her about AMC

18    and -- right?

19         A    That's correct.

20         Q    Yeah.  And the fact that you made all the

21    decisions and orders in her Robinhood account, is that

22    for the entire period of time that the account was

23    open until today?

24         A    Can you repeat that?

25         Q    So are you the one that made all the
```

```
                                              Page 76
 1    investment decisions in your mother's Robinhood
 2    account since the time that it was opened until today?
 3         A     That's correct.
 4         Q     And you did not discuss with her any of the
 5    investment decisions from the time the account was
 6    opened till today?
 7         A     That's correct.
 8         Q     And that would include specifically any of
 9    the transactions or trades in your mom's Robinhood
10    account in January and February of 2021?
11         A     That's correct.
12         Q     When did you first hear about a lawsuit
13    against Robinhood regarding any of the shares of these
14    Affected Stocks?
15         A     Could you repeat that?
16         Q     When did you first hear about this lawsuit
17    or a lawsuit against Robinhood in connection with the
18    shares, the affected shares?
19         A     When I went onto the Rosen law website.
20    Like I said, I was just looking in regards to a law
21    firm that -- in regard to recovery, but that's -- when
22    I -- when I officially learned, it could be 2021.
23         Q     In 2021.  Do you remember what time period
24    in 2021?
25         A     No, I don't recall.
```

                                        Page 77

1          Q    Okay.  And at the time that you saw the

2     website, was there a lawsuit already filed, or were

3     there statements about the potential for a lawsuit?  I

4     think I --

5          A    I don't recall what I saw on the website.  I

6     do recall there was a form that I -- yes, I don't

7     recall what I filled out, but I do know I -- I reached

8     out to them.

9          Q    Just exploring that.  You said you filled

10    out something.  Do you know what you filled out?  Was

11    that something online?

12         A    That's correct.  To get more information.

13    So I recall I wanted more information, and I clicked

14    on the form.  And, yes, but I don't recall what day,

15    what month or -- yeah, so, I don't recall.

16         Q    And the click, the box that you clicked, how

17    did you find that?  Was that an advertisement on

18    something that you were on, or how did you come to

19    click on something for more information?

20         A    I don't recall.

21         Q    Could it have been an advertisement?

22         A    I don't recall.

23         Q    And what you clicked on for more

24    information, if I'm understanding correctly, you

25    correct me, is that it was not the Rosen firm, it was

                                                          Page 78

1    another law firm, or was it the Rosen firm that you

2    had clicked for more information?

3        A    Yeah, it could be the Rosen law firm.  I

4    don't recall a third-party site, I don't believe.  So,

5    yes, I do recall dealing with the Rosen law -- the

6    Rosen law firm.

7        Q    Prior to that, I guess, clicking on that

8    website for more information, had you seen any other

9    information online regarding this lawsuit or the

10   potential for a lawsuit?

11       A    Not that I can recall.

12       Q    And at the time that you communicated

13   through this website, do you know if the lawsuit -- a

14   lawsuit had been filed already or not?

15       A    Could you -- I'm sorry, is there a way I can

16   take a bathroom break?

17       Q    Oh, absolutely.  You know what --

18   absolutely.  Absolutely.

19            MR. DANON:  You know, it's 12:15.  I don't

20       know if we want to break here for 45 minutes or

21       something for lunch.  I just propose that out

22       there.  If that would --

23            MR. ROSEN:  Yeah, that's fine.

24            MR. DANON:  Okay.

25            THE VIDEOGRAPHER:  We are off the record at

```
                                                    Page 79
 1         12:15 p.m.

 2              (Recess was taken.)

 3              THE VIDEOGRAPHER:  We're back on the record

 4         at 1:02 p.m.

 5    BY MR. DANON:

 6         Q    Ms. Bernard, I think we were talking about

 7    the beginning of the lawsuit before we were -- or how

 8    you got involved in the lawsuit before we broke for

 9    lunch.

10              So -- and you recall that about reaching out

11    to the Rosen law firm, right?

12         A    Could you repeat that again?  I'm sorry.

13         Q    I said, before we left on the break, I think

14    what we were discussing is how you first got involved

15    or became aware of the lawsuit, and some of the

16    contact that you had, at least the ability to reach

17    out online to the Rosen law firm.  Do you remember

18    that?

19         A    I do know we were discussing the -- getting

20    in contact with the Rosen law firm.

21         Q    Yeah, and that's what I was -- we were

22    talking about you getting -- was that -- when you

23    reached out to them, was that the first time you

24    became aware of a potential lawsuit against Robinhood

25    in connection with the Affected Stocks?
```

                                            Page 80

1        A     So I was looking at the -- I saw it on their

2   website.  I believe I saw it.  I don't really recall

3   if -- could you clarify the question again?

4        Q     Yeah, I was just saying, before we went on

5   the break, we were talking, I believe, right, we were

6   talking about how -- about awareness of the lawsuit.

7   And you were saying that you had gone online and had

8   asked for more information from the Rosen law firm.

9        A     That's correct.

10       Q     Okay.  Did -- did your mother ask you to

11  reach out to the Rosen law firm for more information,

12  or is that something you did on your own?

13       A     If she -- can you repeat that?  I'm sorry.

14       Q     Did your mother ask you to reach out to the

15  Rosen law firm for more information regarding a

16  potential claim against Robinhood?

17       A     I let her know that I was going to reach

18  out.

19       Q     Okay.  So is it fair to say that she did not

20  ask you to do that?

21       A     No.

22       Q     Did -- did your mother express any interest

23  to participate in the lawsuit?

24       A     She didn't disapprove.  She was okay with

25  it.

Page 81

1      Q    But did she want to individually participate

2  in it?

3      A    If she wanted to be a part of it, or if she

4  wanted -- if she is okay if I did it on her behalf?

5      Q    So, that's a good follow-up.

6           Did she -- was she interested in being a

7  plaintiff in the lawsuit?

8      A    Not personally.  She was okay with -- if I

9  did it --

10     Q    Okay.

11     A    -- on her behalf.

12     Q    She was okay if you proceeded on her behalf,

13  but she did not want to participate in the lawsuit?

14     A    That's correct.

15     Q    Okay.  Did she tell you why not?

16     A    She -- it's something that she is not

17  interested in, and she didn't -- she didn't purchase

18  those stocks, so I did that on her behalf.  She's not

19  interested in stock purchases or -- yeah, she's just

20  not interested.

21     Q    And she -- so in addition to not being

22  interested in stock purchases or investing, she was

23  not interested in being a named plaintiff in a class

24  action?

25     A    As well as purchasing the stocks itself, so,

```
                                        Page 82

 1   yes.

 2        Q    For instance, she was not interested -- as

 3   far as you are aware, she was not interested in doing

 4   what you're doing today, which is sitting for a

 5   deposition in the case, right?

 6        A    That's correct.

 7        Q    Okay.  Now, we talked -- Exhibit 100 was the

 8   certification assignment that your mom had provided to

 9   you.  What -- what are you individually getting in

10   exchange for pursuing these claims?

11        A    I'm not getting anything personally.

12        Q    So if there's any money awarded in this

13   case, you are not getting anything individually?

14        A    That's correct.

15        Q    The assignment that's attached to or

16   included in Exhibit 100, whose idea was it to assign

17   your mother's claim to you?

18        A    Could you repeat that?

19        Q    So you've acknowledged that in Exhibit 1

20   there's an assignment where your mother signed, right,

21   assigning the claims to you, right?

22        A    That's correct.

23        Q    Okay.  Whose idea was it to assign the

24   claims to you?

25        A    Could you clarify that question?
```

1       Q    Well, did you come up with the idea of your

2    mother assigning the claims to you?

3       A    I believe I did.  It wasn't her idea to --

4    like I said, she's not interested in -- yes, so I

5    would have to say -- so, yes.

6            MR. ROSEN:  And before we go any further,

7         Mr. Danon, please don't invade the

8         attorney-client privilege with any questions that

9         are either directly or indirectly intended to

10        elicit the substance of any communications

11        between Ms. Bernard and her attorneys.

12            MR. DANON:  I -- as I've said repeatedly, I

13        am not going to ask anything into -- that would

14        invade the attorney-client privilege, and I don't

15        believe the question I asked actually invaded the

16        attorney-client privilege.

17            MR. ROSEN:  I didn't say you did, but --

18            MR. DANON:  I think if you want to tell

19        her --

20            MR. ROSEN:  Your follow-up question may go

21        there, so I'm just asking you to --

22            MR. DANON:  Okay, you are anticipating.

23        Come on.

24            MR. ROSEN:  Correct.

25            MR. DANON:  Let me get the question out.

```
                                          Page 84

 1    BY MR. DANON:

 2         Q    So my question really is, you know, how did

 3    it -- how did the idea of an assignment come about?

 4    Was that something that you asked -- you proposed to

 5    your mother, and she was okay for it?  Is that

 6    something --

 7              MR. ROSEN:  Objection.  She just answered

 8         that question.  She just answered that question.

 9         How many times do you want to ask the same

10         question?

11    BY MR. DANON:

12         Q    Can you answer the question, please?

13         A    Yes, so I would have to get her permission,

14    and since I was the one who traded on her behalf

15    and...

16         Q    I just want to make sure you finished the

17    response.

18         A    Yes, I'm finished.

19         Q    And, by that, you are saying you proposed

20    the assignment to her; is that right?  That's what I

21    am trying to understand.

22         A    That's correct.

23         Q    Okay.  Had you ever before signed or had her

24    assign over to you any claims?

25         A    No.
```

```
                                                      Page 85
 1        Q    So prior to this certification and
 2   assignment that was signed on November 29, 2021, she
 3   had not assigned any rights or claims to you in any
 4   other matter or dispute?
 5        A    That's correct; no, she never had before.
 6        Q    And prior to that assignment being assigned
 7   on November 29, 2021, had you ever read about any
 8   assignments of claims or had an understanding that she
 9   could assign any claims to you?
10        A    I don't recall, but I -- I don't recall.
11        Q    Okay, so you don't recall ever hearing of
12   any assignment of claims, outside of this context,
13   before the November 29, 2021 assignment?
14        A    Could you repeat?  Sorry.
15        Q    I just want to make sure, based on your
16   testimony, you had never heard or had not been aware
17   of an assignment or the ability to have someone assign
18   claims to someone else before you signed this
19   assignment?
20             MR. ROSEN:  She didn't sign -- she didn't
21        sign it.  Somebody else signed it.
22             MR. DANON:  That's right.
23   BY MR. DANON:
24        Q    Your mom signed it.  Here's the question:
25   Before she signed this assignment, you asked her about
```

```
                                        Page 86
 1   it.   Had you ever heard of an assignment of claims?
 2        A     No.
 3        Q     So this is the first time, you know, you
 4   were ever involved in an assignment of claims, where
 5   she had assigned to you certain claims, right?
 6        A     That's correct.
 7        Q     Okay.  And you said you asked her about it,
 8   and I was just trying to ask you about where you got
 9   the idea to ask her --
10             MR. ROSEN:  Objection.  Look, this is the
11        fifth time she answered this question.  You keep
12        trying to get to some attorney-client privileged
13        information.  So --
14             MR. DANON:  Mr. Rosen --
15             MR. ROSEN:  No.
16             MR. DANON:  -- I'm not getting into
17        attorney-client privilege.
18             MR. ROSEN:  You are.  You are.
19             MR. DANON:  No, if she can say -- if she can
20        answer around it --
21             (Simultaneously speaking.)
22             MR. DANON:  -- talking over each other is
23        not going to work.  You can't -- if you want to
24        instruct her not to answer, instruct her not to
25        answer.
```

Page 87

1           MR. ROSEN:  I'm instructing you.  I'm

2      instructing you, Mr. Danon.

3           MR. DANON:  You are not instructing me at

4      all, Mr. Rosen, you really aren't.  You can

5      instruct her not to answer, based on privilege,

6      if you have that assertion.  If she can answer

7      the question without disclosing any privilege,

8      she can do that, and you can't interrupt and stop

9      her on that.

10  BY MR. DANON:

11      Q    Sorry about that, Ms. Bernard.

12           So the question is, prior -- or how did you

13  come up with the idea to ask your mother to sign this

14  assignment?

15      A    So what happened was I reached out to -- I

16  did let her know that I was going to reach out to --

17  to the Rosen law firm.  And so I didn't know much in

18  regards to the legal aspect of it, so I did -- I

19  did -- spoke to someone at the law firm, but that's

20  client privilege, I believe.

21      Q    You cannot tell me what you spoke --

22      A    That's correct, so I can't really --

23      Q    Okay, that's fair.

24           So can you -- and here's my follow-up, just

25  to be clear on the record.  You cannot answer that

```
                                             Page 88
```

 1   question without getting into conversations that you

 2   had with your lawyer; is that right?

 3        A    That's correct.

 4        Q    Okay, thank you very much.  Thank you.

 5             So now I would like to mark what's Exhibit

 6   101, which is a certification that was signed

 7   yesterday.

 8             Are you aware that -- you are, you said

 9   already, you signed a certification yesterday, right?

10        A    That's correct.

11        Q    Okay.  And that also included an assignment,

12   correct, that your mom signed, not you.  That your mom

13   signed a new assignment?

14        A    That's correct.

15        Q    Okay.  And that is on the Exhibit Share, so

16   refresh, or unless you have a hard copy, and Mr. Rosen

17   confirms that that's the hard copy, and she can look

18   at it.  I'm okay with that too.

19        A    I'm able to see it on the website.

20             (Exhibit 101 marked.)

21   BY MR. DANON:

22        Q    Okay.  Good.

23             Do you know -- just if you can point me to

24   what is different about the first page of Exhibit 101,

25   from the certification that was Exhibit 100, that was

Page 89

1    dated November 29, 2021?

2        A    One of the differences is Nokia stock was

3    added.

4        Q    Okay, and that would have been added to the

5    schedule that's attached -- or the second page of the

6    exhibit, right?

7        A    Could you repeat that?  I'm sorry.

8        Q    That is added to Schedule A, which is the

9    second page of Exhibit 101; is that correct?

10       A    That's correct.

11       Q    Is there anything in the written portion of

12   the certification that's on page 1, that you recall

13   was different in the April 4th, 2023 certification

14   from the November 29 --

15           MR. ROSEN:  Do you have that document in

16       front of you, Ms. Bernard, the other document?

17       Because he is asking you to compare one document

18       to the other, and you can see what the

19       differences are.

20           MR. DANON:  This is -- I'm asking her

21       questions and you interrupting and coaching her

22       is not going to be helpful.

23           MR. ROSEN:  No, I just think if you ask her

24       to compare two documents, ask her what the

25       difference is between two documents, she should

Page 90

```
 1        have the two documents in front of her.
 2               (Simultaneously speaking.)
 3               MR. ROSEN:  Are you going to let me speak?
 4        If you are not going to let me speak, we can't go
 5        forward.
 6               MR. DANON:  We can go forward --
 7               MR. ROSEN:  If you are going to ask her to
 8        compare two documents, put the two documents in
 9        front of her.  It's that simple.  Otherwise, she
10        can't -- how is she going to remember what the
11        document says?
12               MR. DANON:  I think you are very familiar
13        with the rules on depositions, and I think that
14        you know that if you --
15               MR. ROSEN:  I just told you what I would
16        like to see --
17               (Simultaneous speaking.)
18               MR. DANON:  And you are -- you are not in
19        compliance with the rules.
20               MR. ROSEN:  I don't care what you think.  I
21        want her to have available the documents that you
22        are questioning her about.  You are questioning
23        her about the documents.  She should have that in
24        front off her.  And she should have those
25        available.  That's all.
```

```
                                           Page 91
 1   BY MR. DANON:

 2       Q    Ms. Bernard, do you recall any specific

 3   changes to the words of the certification that you

 4   signed yesterday, DocuSigned, and any words that were

 5   different from the document that you signed on

 6   November 29, 2021?

 7       A    I don't recall any differences in the

 8   wording.

 9       Q    Okay.  Can you turn to paragraph 4.  And now

10   I'd like you to look at paragraph 4 of Exhibit 101,

11   and you can read that to yourself.  And you'll let me

12   know when you are finished on paragraph 4 of the one

13   you signed yesterday.

14       A    When you say "paragraph 4," do you mean

15   number 4 that's listed?

16       Q    Yes, paragraph number 4, that's right.

17       A    Okay.

18       Q    Yeah.  It reads:  "The following is a list

19   of all of the transactions plaintiff has made in the

20   Affected Stocks during the class period set forth in

21   the consolidated Complaint."

22            And then colon, "see Schedule A."  Do you

23   see that?

24       A    Yes, I do see that.

25       Q    And did I read that accurately?
```

```
                                            Page 92
 1        A    Yes, that's correct.
 2        Q    Okay, now, if you go back to the November 29
 3   certification that's dated -- or that was Exhibit 1,
 4   and you go to the same paragraph, is the -- is there
 5   any language that is different, upon reading paragraph
 6   number 4 of the November 29, 2021 certification?
 7        A    Yes, I do see a difference, how it's worded.
 8        Q    So you -- okay.  And do you have any
 9   understanding as to why that language was changed?
10        A    Why it was changed?
11        Q    Yeah, do you know?
12             MR. ROSEN:  Objection.  I'm not going to --
13        I am going to tell her not to say anything about
14        the conversation she had with her lawyer who
15        drafted the certification for her.  So she's not
16        going to discuss those conversations or
17        understandings that she got from her lawyers in
18        those discussions.
19   BY MR. DANON:
20        Q    And just to be clear, I don't want you to
21   answer anything that would come from your
22   conversations with the lawyers.
23        A    Okay.
24        Q    My question is:  Do you -- you know, do you
25   know why that language changed, and if you can't
```

```
                                               Page 93
 1    answer that without divulging what your lawyers had
 2    told you, then let me know that, and we'll move on.
 3         A     Okay.  Client privilege.
 4         Q     Okay.  Now, on the -- comparing the
 5    schedules that were on Exhibit 1 and Exhibit 2, the
 6    schedules that identify the purchases and sales are
 7    different, right?
 8         A     That's correct.
 9         Q     Yeah.  And you can confirm the difference is
10    that there's more information about purchases and
11    sales of the AMC stock, and there's the addition of a
12    sale of Nokia stock; is that correct?
13         A     That's correct.
14         Q     Okay.  And same question that I asked before
15    about what was your understanding as to why the
16    schedule was changed, and the same, you know, caveat
17    on the condition of -- you know, do not testify as to
18    anything that your lawyers have told you.
19         A     Okay.  Client privilege.
20         Q     Okay.  Now, I think we have to mark it as
21    Exhibit 102, which is an assignment signed by your
22    mother on April 4, 2023.  That's yesterday.  And
23    that's going to be uploaded and maybe you have to
24    refresh to see it.
25               (Exhibit 102 marked.)
```

```
                                           Page 94
```

1   BY MR. DANON:

2        Q    Let me know when it's up and you can see it.

3        A    Okay, I'm still waiting on the page.

4        Q    You're still waiting?  Okay.

5        A    That's correct.

6        Q    Yeah, it should be up.  I don't know.  Do

7   you have a hard copy of the new assignment?  I think

8   there was one there earlier.

9        A    Okay, so I do see it.

10       Q    Okay, perfect.  Perfect.

11            And you recognize this as the assignment

12  that was signed yesterday and provided to us; is that

13  correct, Exhibit 102?

14       A    That's correct.

15       Q    Okay.  And in this updated assignment, your

16  mom is now assigning all claims related to a number of

17  additional stocks other than AMC.  So there's Bed Bath

18  & Beyond, BlackBerry Express, Inc., GameStop, Koss

19  Corp, Tootsie Roll Industries, or Nokia and Trivago.

20            Do you see that?

21       A    Yes, I do see that.

22       Q    And other than AMC Holdings, those other

23  stocks identified there and symbols, they were not

24  part of the first assignment, correct?

25       A    Are you asking me if they are different from

                                    Page 95

1   the previous certification?

2        Q    Correct.

3             MR. ROSEN:  Yeah.

4   BY MR. DANON:

5        Q    Yeah, the previous assignment that was part

6   of Exhibit --

7             MR. ROSEN:  It's on the back of the first

8        certification.  There is a first certification

9        and the first assignment, and the second

10       certification and second assignment from

11       yesterday.

12            THE WITNESS:  Okay, so I do see the

13       difference.

14  BY MR. DANON:

15       Q    Okay.  And the difference being the

16  additional stocks that are listed, right?

17       A    And the -- removed.  I would say removed.

18       Q    From the assignment?  Okay.

19            What did -- what do you believe from the

20  stocks was removed from the original assignment that

21  was in the second assignment?  And just so you know,

22  I'm missing that.  That's why.  My question -- let me

23  rephrase the question.

24            The first assignment only included the AMC

25  entertainment holdings.  That's the November 29, 2021

```
                                                    Page 96
 1    assignment.
 2              The assignment that your mom signed
 3    yesterday included AMC, and then additional stocks,
 4    including Bed Bath & Beyond, BlackBerry, GameStop,
 5    Koss, Tootsie Roll, Nokia, and Trivago; is that
 6    correct?
 7        A    Can you clarify the question?  Clarify the
 8    question.
 9        Q    Sure, sure.
10              The assignment that your mother signed on
11    April 4, 2023, included more stocks than the
12    assignment she signed on November 29, 2021; is that
13    correct?
14        A    Do you mean the -- the stocks that -- do you
15    mean the -- the "note" that was added to the AMC, or
16    do you mean the --
17        Q    Let me help you a second.
18        A    Okay.
19        Q    We're looking at just the assignment, right?
20        A    Okay.
21              MR. ROSEN:  Are you back to Exhibit 102 now?
22              MR. DANON:  102, just the language of the
23         assignment, Exhibit 102.  Not the schedule.  We
24         already talked --
25              THE WITNESS:  Okay.
```

                                                    Page 97

1    BY MR. DANON:

2         Q    So the question is, in that assignment, and

3    in the language of the assignment, which is in Exhibit

4    102, which is the one that was signed yesterday, that

5    in addition to AMC, it also identifies and lists Bed

6    Bath & Beyond, BlackBerry, Express, Inc., GameStop

7    Corp, Koss Corp, Tootsie Roll Industries, Nokia, and

8    Trivago; is that correct?

9         A    That's correct.

10        Q    Okay, and so those stocks were added from

11   the prior assignment, which was in Exhibit 1, which

12   only listed AMC.

13        A    That's correct.

14        Q    Okay.  But when you look at Schedule A of

15   Exhibit 101, and I just want to make clear, that your

16   claims, your mother's claims in this case, only have

17   to do with AMC and Nokia stock.  Is that your

18   understanding?

19        A    Could you clarify that?

20        Q    Is it your understanding that the only two

21   stocks that are asserted as part off your mother's

22   claim here are the AMC and Nokia stock?

23        A    That's correct.

24        Q    And do you know why the Nokia stock and the

25   Nokia claims were not included in the November 29,

```
                                          Page 98
 1   2021 assignment?
 2        A    Client privilege.  I discussed it with the
 3   attorneys.
 4        Q    At the time that you signed the
 5   certification in November of 2021, and that your mom
 6   signed the first assignment, did you and your mom
 7   discuss the assignment of Nokia shares, the -- any
 8   claims regarding the transactions over Nokia claims?
 9        A    I don't recall.  We don't -- I don't recall
10   discussing much in regards to trades made.  I don't
11   recall that discussion.
12        Q    You testified earlier that you are the one
13   that logs into your mother's Robinhood account; is
14   that right?
15        A    That's correct.
16        Q    And when you're logging into her account, do
17   you use the Robinhood app?
18        A    That's correct.
19        Q    Okay.  And can you tell me what features of
20   the Robinhood app that you use?  And do you understand
21   what I mean by "features"?  Any sort of lists that
22   they provide, any company-specific information, any
23   news, do you use any of those?
24             MR. ROSEN:  Is there a time frame for this
25        question?
```

```
                                      Page 99
```

1   BY MR. DANON:

2       Q    At the time that you were making any trades

3   on your mother's Robinhood account.

4       A    I don't recall.

5       Q    Have you ever used it?  You don't -- just to

6   be clear, you don't recall ever looking or using any

7   of the features in the Robinhood account?

8       A    I mostly -- I don't recall.  I do know the

9   buy and the sell button, that's what I mostly recall,

10  but I don't recall where I scrolled, where I looked on

11  the app in terms of features that they might have on

12  there, I just don't recall.

13      Q    Okay.  So -- okay.  And just to be clear on

14  that answer, you don't recall what features -- well,

15  let me ask you.

16           Do you recall here, sitting here today, any

17  of the specific features on the app?

18      A    That's correct, I don't recall.

19      Q    You don't recall?

20      A    That's correct.

21      Q    Do you know whether on the app you can

22  obtain any news or specific information about a

23  company before you order a transaction on a share?

24      A    Could you repeat that?

25      Q    Do you know, sitting here today, whether or

```
                                            Page 100
```

1   not there is any information on the app about a

2   company or about any news about a company prior to you

3   putting in any orders, any buy-sell orders?

4        A    I don't remember.  I -- like I said, I

5   mostly just know about the buy and sell button.  I

6   might have but I don't -- I just don't remember.  I

7   just don't.

8        Q    Okay.

9        A    That's correct.

10       Q    You also identify that your mother had a

11   Stash account, right?

12       A    That's correct.

13       Q    And, similarly, you are the individual who

14   logs into that account?

15       A    Yes, that's correct.

16       Q    And did you make any trades on or in that

17   Stash account during January or February of 2021?

18       A    I don't recall.  I barely used the account.

19   I don't recall.  I might have did the sell, but I

20   don't recall.  It's mostly for long-term, so I don't

21   recall.

22       Q    And what you are saying, mostly what you are

23   saying that account is long-term, you are not active

24   on the account on a regular basis?

25       A    That's correct.

Page 101

```
 1        Q    Did -- did your mother have any other
 2   brokerage accounts other than these two --
 3        A    No.
 4        Q    -- that we identified, the Robinhood and the
 5   Stash?
 6        A    No.
 7        Q    And I think you said this before, but you
 8   didn't have any investment accounts in your own name,
 9   ever, right?
10        A    That's correct.
11        Q    And when the Stash account was opened, did
12   you also fill out the account-opening information and
13   provide the information that was necessary, on behalf
14   of your mother?
15        A    Could you repeat that?
16        Q    For the opening of the Stash account, did
17   you also provide the account-opening information that
18   was required?
19        A    I don't remember that -- what happened when
20   I was opening the account or what was required, or --
21   but I was involved.  I do know that.
22        Q    You were involved.  You are just not --
23        A    Yeah.
24        Q    -- you don't recall what specifically it
25   took --
```

Page 102

1      A    That's correct.

2      Q    -- or what you had to do.

3           But do you recall whether your mother got

4    online and filled out the information, or was that

5    really you that filled out the information?

6      A    Could you repeat that?

7      Q    I'm saying, you don't recall specifically

8    what information was provided or the specific

9    information, but when you opened the account, was that

10   something that you did yourself, or did your mother

11   do, open the account herself?

12     A    I do know that I assisted.  I don't know how

13   much of a part she played, if it was just the

14   information I took from her, or what was -- so I don't

15   know exactly what role she played in opening the

16   account, if I needed -- I just don't recall what I --

17   what information I got from her, or what she -- she --

18   in signing up for the account.

19     Q    Thanks.

20          Has -- has your mother ever hired an

21   investment advisor or a financial advisor to assist

22   with any trades?

23     A    No.

24     Q    Have you hired any investment advisor or

25   financial advisor to provide assistance or any

```
                                              Page 103
```

1  services in connection with any trades that you

2  directed on her behalf?

3       A    No.

4       Q    So, Ms. Bernard, how much -- how much time

5  do you spend investing and in decisions on buying and

6  selling shares?  And let's try to put it into like a

7  daily, weekly, or monthly category.

8       A    Maybe daily.  Do you mean back then or do

9  you mean --

10      Q    Well, I was going to ask you generally

11 now --

12      A    Oh, generally.

13      Q    -- and then any between now and January,

14 February of 2021.

15      A    I don't remember in regards to 2021, how

16 often I traded.  Presently, I don't -- it might have

17 been daily, but I do skip days, so it's not -- it

18 doesn't have to be every day.  But I do trade.

19      Q    Okay.  So -- and when you're -- currently,

20 let's say, when you do invest, does it take up, you

21 know, more than a couple of hours, three hours?  How

22 much in the day do you -- does it take?

23      A    I don't recall how long.  I just know that I

24 traded.

25      Q    Okay.

Page 104

```
1        A    I don't really calculate.

2        Q    How long?

3        A    That's correct.

4        Q    And is that different from the level of

5   activity that you had trading in January of 2021?

6        A    No, I don't recall.  I don't know.  I don't

7   recall.

8        Q    In January of 2021, were you more active?

9   Were you trading every day for a period of time?  Or

10  would you say it's the same as maybe every other day

11  or --

12       A    I don't recall.  I do know that I was

13  trading -- I don't know how much I -- I don't recall,

14  honestly.

15       Q    Okay.

16       A    I don't.

17       Q    Would it -- would you, in trying to kind of

18  remember, was it more active in January of 2021?

19            MR. ROSEN:  Mr. Danon -- Mr. Danon, she has

20       answered this question about eight times.

21            (Simultaneously speaking.)

22            MR. ROSEN:  Let me explain to you --

23       Mr. Danon, may I speak?

24            MR. DANON:  If you have an objection you can

25       assert the objection.
```

Page 105

1              MR. ROSEN:  So you asked --

2              MR. DANON:  But coaching, no.

3              MR. ROSEN:  This is not a coaching session.

4        This is an explanation to you.

5              First, you shouldn't ask the same question

6        ten times, which you've done.  Right?

7              Number two, your client has access to every

8        key stroke that she has made in that Robinhood

9        account since the day she opened it.

10             MR. DANON:  Now you are testifying,

11       Mr. Rosen, so I am going --

12             (Simultaneously speaking.)

13             MR. ROSEN:  -- or harass her.  She answered

14       the question ten times, so I will ask you to try

15       to be professional.  You have been doing this for

16       a long time.  You should know better.

17             MR. DANON:  You know --

18             MR. ROSEN:  Don't ask her the same question

19       ten times.

20             MR. DANON:  The person who needs some

21       professionalism here is on your part on how you

22       interrupt improperly.  So let's leave it at that.

23    BY MR. DANON:

24       Q    Ms. Bernard, you understood the question.

25    Do you recall whether you were more active in your

                                        Page 106

1    activities on trading in that Robinhood account of

2    your mom's in January of 2021, than you are currently?

3         A    I don't recall.

4         Q    Okay.  When you do invest, do you undertake

5    any research in the specific share that you are

6    looking to put in an order, either purchase or sale

7    on?  Do you undertake any research?

8         A    Do you mean today or back then?

9         Q    Well, let's talk about both.  Today, when

10   you are looking to buy or sell any stock, do you

11   undertake any research into the company?

12        A    Personally, yes, I do.  I try my best to --

13   that's correct, I do.

14        Q    And what is it that you do?  What do you

15   typically do for research?

16        A    I mostly look at news, business news on a

17   company, like if there is any news, positive news

18   that -- out there in regards to a company, it could be

19   whether they have any product out or -- so based on

20   positive news.  So that's what I mostly seek out.

21        Q    And is there any specific news source that

22   you like to look at?

23        A    I don't recall much of -- I do, when I

24   search -- Yahoo -- maybe Yahoo business, but another

25   website is the FDA website.  So I -- maybe other

Page 107

1  websites, but I don't recall any at this moment.

2      Q    Okay.  Now -- yeah, go ahead.

3      A    Oh, yes.  Other website that might have news

4  on companies that does news -- has news of the

5  companies, whether they maybe partake in a trial, or a

6  buyout, stuff like -- just news that comes in with

7  regards to a company.

8      Q    And the news that comes in would be -- this

9  is mainly online searches?

10     A    Can you clarify?  Sorry about that.

11     Q    You said you searched online.  Did you do

12 any searches, or were you reading Yahoo Finance?

13     A    So I might have searched in, like, FDA

14 approvals in the search browsers or in a particular

15 site where they give you the news that comes in in

16 regards to different businesses, and news, whether

17 good or bad.  And that's about it.

18     Q    And going now to January of 2021, and the

19 beginning of February of 2021, did you undertake any

20 specific news search regarding any of the investment

21 decisions that you were taking in your mom's account?

22     A    So I was pretty new at the time, but I -- so

23 I don't recall what I did, what I might have looked

24 for.  I don't know where I went to.  I don't know what

25 I -- what -- I don't recall what I did at the time.

1      Q     Okay.  And so in connection with the AMC

2   stock or the Nokia stock that -- and the purchase and

3   sales that are identified in the new certification

4   that's Exhibit 101, you do not recall any specific

5   research that you undertook prior to any of those

6   orders for purchases or sales; is that right?

7      A     Can you repeat?

8      Q     I'm saying, when going specifically to the

9   list of purchases and sales on Schedule A of Exhibit

10  101, do you understand what Exhibit 101 -- do you

11  remember what that was?  That was the certification

12  that you signed yesterday.

13     A     That's correct.

14     Q     Okay.  And you know that in that schedule

15  there are a list of purchases and a list of sales,

16  correct?

17     A     That's correct.

18     Q     Okay.  And so based on what you testified,

19  and that's what I just want to get clarification on,

20  based on what you testified, you do not have any

21  recollection of any research that you undertook before

22  ordering any of the purchases or sales that are shown

23  on Schedule A of Exhibit 101?

24     A     Yes, I don't recall what information I might

25  have received, or what I searched.  I just don't

Page 109

```
 1   recall.  I just know that I'm familiar with the
 2   companies.  They were popular at the time.  And I --
 3   but I don't know what I searched for, or what
 4   information I had at the time.  I don't recall.
 5        Q    Do you recall seeing any statements from the
 6   companies?  In other words, any of their websites, or
 7   anything that they may have filed publicly, talking
 8   about any of their sales history, products?
 9        A    I don't recall.
10        Q    When you search, and -- going back to your,
11   like, currently -- when you do some of this research,
12   do you retain any copies of the research?
13        A    No.
14        Q    That was "no"?
15        A    That's correct.
16        Q    Okay.  Did you -- do you recall during --
17   going back to January 2021 and early February -- do
18   you recall, at any time during the January 2021 or
19   February 2021 period, discussing with your mother any
20   research regarding AMC or Nokia?
21        A    No.  No, we didn't discuss.  No.
22        Q    Do you, when you're making a decision on an
23   order, do you look at how the stock price has moved
24   within any specific period of time?
25             MR. ROSEN:  Objection.  Vague.
```

Page 110

1   BY MR. DANON:

2       Q    You can answer.

3       A    Could you repeat?

4       Q    Do you, when you're making a decision to put

5   an order for purchase or sale, do you look at the

6   stock price of that company and that symbol and

7   whether it has moved up or down over time?

8       A    Could you clarify?

9            MR. ROSEN:  Up and down over what period of

10          time?  The day, the week, the year?  Obviously,

11          stock prices move up and down, Mr. Danon.

12           MR. DANON:  Mr. Rosen, again, if you have an

13          objection, you can state it.

14           MR. ROSEN:  My objection is to the way you

15          ask questions.

16           MR. DANON:  You can state --

17           MR. ROSEN:  That's my objection.

18           MR. DANON:  -- your objection and we'll move

19          on.  Okay?  You can state your objection and

20          we'll move on.

21   BY MR. DANON:

22       Q    Ms. Bernard, when you are making a decision

23   on ordering a purchase or sale, do you look at what --

24   how the price of the stock in which you are making

25   that order has moved, whether it has increased or

```
                                          Page 111
```

1    decreased over any period of time prior to your order?

2        A    I don't recall doing that.  I don't recall.

3        Q    Okay, you don't recall ever looking at the

4    history of the price of a stock immediately --

5        A    That's correct.

6        Q    -- prior to your order; is that right?

7        A    That's correct.  That's correct.  I don't

8    recall.

9        Q    Do you know how you could find that

10   information if you wanted it?

11       A    Could you repeat that?

12       Q    Do you know how you could find the price

13   history of a specific stock prior to your decision to

14   place an order, if you wanted that information?

15       A    I believe it to be online, but I don't

16   recall if I even searched online.  I don't recall if I

17   did that.  I don't.

18       Q    And whether you recall you did it

19   specifically for this stock or not, I guess my

20   question is more general.

21            Do you know where you would go online to get

22   that price history?

23       A    It should be able to search in the search

24   engine, and you should be able to have a -- reputable

25   websites that may give you that information.  I don't

                                                    Page 112

1    have a specific website in mind or a specific place,

2    but it should be there.

3         Q    And do you recall ever doing that for any

4    stock, not the specific stocks I mentioned, but do you

5    ever recall looking for price history for any stock?

6         A    I don't recall.

7         Q    Do you look at any, or follow any social

8    media about any specific stock immediately prior to

9    you placing an order to purchase or sell?

10        A    I don't recall.  Do you mean today or

11   previous to 2021?

12        Q    Let's start with 2021, January or February

13   of 2021.

14        A    I don't recall.

15        Q    Okay, and what about currently?

16        A    Currently, there's only one that I might

17   follow, just one account.  It's...

18        Q    And what account is that?

19        A    Well, it would be a moon market, I believe,

20   that's -- but I don't really -- I just follow.  I

21   don't really look at the Twitter, its Twitter feed.

22   So I just -- I might look now and then, but it doesn't

23   really have much influence on me.

24        Q    So it doesn't have much importance to you --

25        A    That's correct.

Page 113

1        Q     -- but you follow it?

2        A     That's correct.

3        Q     And other than Yahoo news, is there any

4    other, let's say, periodical, news source that you

5    look at for information regarding the stock market,

6    any newspaper, for instance, or magazines, anything

7    along those lines?

8        A     No newspaper.  It would have to be online.

9    I don't remember the website.  I do remember there are

10   a couple of websites, but I don't recall any of them.

11       Q     Okay.  Like Wall Street Journal.  CNBC.

12   Anything along those lines?

13       A     Well, they could pop up in -- but I don't

14   recall.

15       Q     Do you maintain any apps on your phone of

16   news -- news sources that are on the stock market?

17       A     No.

18       Q     And I'm going to -- just to clarify the

19   record, based on that, you don't subscribe to any

20   financial magazines or other periodicals that --

21       A     No.

22       Q     -- provide information online?

23       A     No, I don't subscribe to any.

24       Q     What was that again?

25       A     No, I don't subscribe to any.

Page 114

1      Q    Okay, thank you.
2           Do you follow any specific podcasts that you
3  would listen to, either about the stock market and/or
4  investing?
5      A    I don't listen to any podcast.
6      Q    Any podcast whatsoever?
7      A    That's correct.
8      Q    All right.  Any television shows on the
9  stock market or investing.  Do you watch any of those,
10 any specific one?
11     A    No, I only watch -- I am aware that they are
12 there, but I don't watch them.
13     Q    Okay.
14          Now, you are or you do use Twitter, right?
15     A    That's correct.
16     Q    And your handle is at -- is ███████ is
17 that correct?
18     A    That's correct.
19     Q    Are you also on social media, like Facebook,
20 Reddit, Instagram, TikTok?
21     A    Do you mean currently or previously?
22     Q    Both.  Are you currently on any, and then
23 were you on any in -- well, let's start with that
24 first.  Let's break it down so it's not together.
25          Currently, are you on any other social

Page 115

```
1   media, other than Twitter?
2        A     Only YouTube and Twitter.
3        Q     Only YouTube and Twitter.
4              Back in January of 2021, and February of
5   2021, you were on Twitter, right?
6        A     That's correct.
7        Q     Okay.  Other than Twitter, were you on any
8   other social media back in 20 -- in January and
9   February of 2021?
10       A     No, only Twitter.
11       Q     And did you -- during January and February
12  of 2021, did you follow any other social media
13  platform other than -- other than Twitter for any
14  information regarding your investments?
15       A     Could you repeat that?
16       Q     Other than --
17       A     Okay --
18       Q     -- Twitter back in January of 2021 and
19  February of 2021, did you follow any other social
20  media?
21       A     No, just Twitter.
22       Q     Just Twitter, okay.
23             Have you ever traded any options?
24       A     Hmm --
25       Q     Yeah, whether you -- do you do any trading
```

Page 116

1    other than the purchase and sale of stocks?

2        A    You mean, apart from the stocks?  Maybe

3    crypto currency, but I don't know if anything else.

4    That's the stocks that I know that I traded mostly.

5        Q    Okay.  And these, the crypto is also traded

6    on behalf of your mother in her account?

7        A    That's correct.

8             MR. ROSEN:  So we've been going about an

9        hour.  Can we take a break at a logical stopping

10       point?

11            MR. DANON:  We can stop right now.

12            MR. ROSEN:  Okay.

13            MR. DANON:  We can take a --

14            MR. ROSEN:  All right.

15            MR. DANON:  We can do five, ten minutes?

16            MR. ROSEN:  Yes.  So we'll come back at

17       2:10.

18            MR. DANON:  2:10.  Sounds good.

19            THE VIDEOGRAPHER:  Okay.  Off the record at

20       2:01 p.m.

21            (Recess was taken.)

22            THE VIDEOGRAPHER:  We are back on the record

23       at 2:12 p.m.

24            MR. DANON:  Thank you.

25

```
                                            Page 117
```

 1    BY MR. DANON:

 2        Q    Ms. Bernard, do you still today use the

 3    Robinhood app to --

 4        A    Yes, I do.

 5        Q    Okay.  And have you continued to use the

 6    Robinhood app from January, February 2021 through

 7    today on a regular basis?

 8        A    That's correct.

 9        Q    And you had mentioned YouTube as one of the

10    other social media sources.  Do you post anything on

11    YouTube?

12        A    No.  No, I don't.

13        Q    Do you have a YouTube account or handle?

14        A    I didn't have any YouTube in 2021 -- 2021,

15    but currently I do.  I don't have that information,

16    that handle.

17        Q    Do you recall when you established that

18    handle on YouTube?

19        A    I believe it was 2022.

20        Q    Sometime in 2022 --

21        A    That's correct.

22        Q    -- do you recall the time frame?  Okay.

23        A    I only watch videos.  I don't post.

24        Q    You watch the videos on YouTube, is what you

25    are saying?

Page 118

1      A    Yes, that's correct.  Animal videos.

2   Nothing in regards to -- yes, that's correct.

3      Q    Okay.  When you're in -- investing, what is

4   your goal in investing?  What is your ultimate goal?

5      A    To gain from the stock I purchased, gain

6   money from it.  That's the main goal, to gain, not to

7   necessarily lose.  That's the main...

8      Q    And are you familiar with the company called

9   GameStop?  That's one of the Affected Stocks listed in

10  the Complaint.

11     A    Yes, I do.

12     Q    When you're -- going back to that, when

13  you're looking at, obviously, your ultimate goal to

14  earn money, do you look at any levels of risk with the

15  investment that you're making?

16     A    Could you clarify?

17     Q    Well, do you consider, when you're making

18  the investment to purchase or sell any stock, what the

19  risk might be of you ultimately losing money on that

20  stock?

21     A    Yes, there's always the option that that

22  could happen.

23     Q    Okay.  And do you take that risk into

24  consideration when you are deciding to purchase a

25  stock?

```
                                          Page 119

1        A     That's correct.

2        Q     Okay.  And what considerations do you look

3   into, or take into account in order to make sure that

4   that is a level of risk that you're willing to take

5   when you purchase a stock?

6        A     Could you clarify?

7        Q     Yes.  So what you're saying, you understand

8   there is a risk when you purchase a stock, right?

9        A     That's correct.

10       Q     Do you do any sort of analysis, by looking

11  at information, to determine whether a stock is a

12  risky investment for you individually or your mom

13  individually, right?  Because you're investing for

14  your mom.

15       A     You mean today or back in 2021?

16       Q     Well, let's talk first about 2021, 2022.

17  Did you do any sort of analysis to analyze the level

18  of risk associated with the purchase of any stock?

19       A     I don't recall.  I generally don't recall.

20  I might have done that, but I don't -- I can't say,

21  yes, I 100 percent remember.  I just don't recall.

22       Q     And what about currently?  Do you do

23  anything to weigh the level of risk associated with

24  the purchase of the stock today?

25       A     What specifically I do?  I'm sure there's
```

                                              Page 120

1    not a company that's -- I don't even -- can you

2    rephrase -- rephrase the question?

3         Q    Sure.  Do you under -- currently, right,

4    we're currently, do you undertake any analysis to

5    evaluate the risk associated with your decision to

6    purchase any specific stock?

7         A    Can you clarify again?  I do apologize.

8         Q    You -- like we talked about it, you agree

9    there's a level of risk that goes with a purchase of a

10   stock, right?

11        A    That's correct.

12        Q    And there are -- I'm trying to see what you

13   do, if anything, to analyze the level of risk that you

14   see when you're making a decision to purchase a stock.

15        A    Do you mean what I do to ensure that the --

16   that the loss might -- to ensure that I don't lose

17   money --

18        Q    Well --

19        A    -- on a stock?

20        Q    -- that you do not to lose money, what you

21   do today.

22        A    I try to ensure that -- well, I try to my

23   best to make sure it's a good company I'm investing

24   in, that -- their potential of growth.  I do believe

25   that's a part of it.

Page 121

1          Q     And just going back to this, I understand,

2     right, you just said it, you're making these decisions

3     with the ultimate goal of earning some money.  You're

4     not looking to lose money.

5          A     That's correct.

6          Q     So since you're not looking to lose money,

7     my question was:  What was it that you do, if

8     anything, to, you know, analyze whether that risk

9     associated with, you know, the potential to lose money

10    is something that is acceptable to you in making that

11    decision?

12         A     I look to see -- well, basically to ensure

13    it's a good company, with positive perspectives.  I

14    can see how their investors wanted to buy stock in,

15    and it's not something that might -- might drop in

16    price because it's a -- it's a good company and -- for

17    the most part, so that's what I --

18         Q     Okay.  And that's what you do currently,

19    right, to make sure we have it in the same time frame?

20         A     That's correct, currently.

21         Q     Back in January of 2021, 2022, did you do

22    anything that would be -- that was similar to what you

23    are doing currently, or was it a different approach?

24         A     I don't recall what I did, what I looked at,

25    what I -- I just don't remember, recall.

Page 122

1        Q    And now, you know, what you've said about

2    what you do currently in trying to identify what, you

3    had said, one is if other investors were investing.

4    How do you -- how do you find out if other investors

5    are investing?

6        A    Well, like the potential to see that others

7    might be interested, like, for instance, like if --

8    like, for instance, like if there's a virus or so, and

9    there's a -- and vaccines are needed, then you will

10   know that there will be a demand for testing kits, or

11   stuff like that, so you know it could drop popularity

12   from other traders, because there will be a demand for

13   the product.  So stuff like that, I look at, things I

14   know that -- consumers would be drawn to and other

15   stockholders would be thinking the same way like I am

16   thinking with regards to the company will do well

17   because they created a product that is desperately

18   needed, and -- so that's...

19       Q    That's what you undertake?  I just want to

20   make sure the answer was completed.  I didn't want to

21   cut you off.

22       A    No, that's okay.  I'm finished.

23       Q    Okay.  And that type of information about a

24   product and the potential demand for a product, is

25   that what you obtained from Yahoo Finance or are there

                                        Page 123

1   other sources that you used to get that information?

2        A    It could be Yahoo, or like just, like I

3   said, websites that give news on companies, what

4   they -- whether it be positive, or good news, what

5   they are up to.  Just news on companies and --

6        Q    Okay.

7        A    -- basically.

8        Q    Any specific news source you are referring

9   to there other than Yahoo Finance?

10       A    I don't have the name at the moment.  No.

11       Q    And you also said you like to make sure that

12  it's a good company, that's one of the factors that

13  you look at.

14       A    Yes.

15       Q    You undertake the same type of search, I

16  would say, by what you -- online or any other sources

17  that you use for the -- for that portion of the

18  analysis as to whether it's a good company or not;

19  it's the same undertaking?

20       A    Could you clarify?

21       Q    You mentioned two things.  You said that you

22  look to see if investors are also investing in it; and

23  two, to make sure that it's a good company.

24            And I'm just trying to follow up and find

25  out how do you go about making your decision on

Page 124

1    whether it's a good company that you're willing to

2    invest in.

3        A    A good company?  It's established.  It's a

4    known company.  It's been around for a long time.

5    That would make it a good company.  It does -- it's

6    producing stuff that consumers would need, or -- so

7    all I know is that other persons would purchase the

8    stock.  Maybe I don't really know, but I guess I -- if

9    I can see why they would be interested in certain

10   stocks because there's a demand for what they

11   provided.

12       Q    And just to follow.  The statement of other

13   people wanting to purchase the stock, is that based on

14   any news source that you look at, or is that based on

15   your personal evaluation of information, that you

16   believe other investors would purchase?

17       A    I assume that they would want to -- I don't

18   have the facts if they will do it.  I assume that they

19   would because there's a demand by the consumers, and

20   people tend to react good to positive news.

21       Q    And in order to, let's say, confirm your

22   fact that there would be consumer demand for their

23   products, do you look at any sources of information to

24   evaluate the consumer demand?

25       A    I don't recall of any.

```
                                        Page 125
```

```
 1        Q    Okay.  And when you're following up on the

 2   good company regarding the products that they make or

 3   sell, do you look at any company information to

 4   confirm your decision?

 5             In other words, do you go to that company's

 6   website, or do you look for news stories about that

 7   company?

 8        A    Do you mean now or back then?

 9        Q    I think we are talking about now, yeah.

10        A    Okay, now.  Yes, I don't know how often I do

11   it, but I do know that I do go on the website now and

12   then, but I don't know how often I actually go on the

13   company's website.

14        Q    Now, going back to February or January 2021

15   and February of 2021, did you undertake any of the

16   searches that you just described that you do currently

17   in connection with any of the orders on AMC stock?

18        A    I don't recall.

19        Q    And did you undertake any of these research

20   activities that you just previously described back in

21   January, 2021 and February of 2021 in connection with

22   the Nokia stock?

23        A    I don't recall.

24        Q    Now, I was mentioning GME.  Are you familiar

25   with a company called GameStop?
```

Page 126

```
 1       A     I know of them but I don't really know a lot
 2   about them, but I do know of them.
 3       Q     And you do recognize it as one of the stocks
 4   that we call the Affected Stocks that are in this --
 5   mentioned in the Complaint, right?
 6       A     That's right.
 7       Q     Okay.  Have you ever done any research into
 8   GameStop as a potential investment?
 9       A     I don't recall.
10       Q     I think you had said that you're not -- you
11   don't recall knowing anything specific about GameStop
12   as a company, right?
13       A     I do know they are games, and I see them at
14   their stores.  That much I know, and I do know that
15   fans of games and so forth, they buy there.  But I
16   don't know -- I don't really know, like, much about
17   them.
18       Q     Okay.
19       A     I don't buy their stuff, I don't --
20       Q     Yeah, that's my question.  Have you ever
21   been on their website and looked at their -- any of
22   their filings regarding their business plans or
23   anything along those lines?
24       A     I don't recall, but I doubt it.  I just
25   don't recall.
```

Page 127

1      Q    Back in January of 2021, do you recall

2  seeing or hearing any news about GameStop?

3      A    I don't recall.

4      Q    You don't recall.

5           Do you recall any news regarding any of the

6  activity within its stock and its stock price on the

7  market back in January of 2021?

8      A    I don't recall.

9      Q    I'm going to show you what is Exhibit 102 --

10  or 103.  I apologize.

11           (Exhibit 103 marked.)

12  BY MR. DANON:

13      Q    Exhibit 103, and I think if you can refresh

14  Exhibit 103, is a copy of a tweet or a re-tweet on

15  January 27, 2021, at 11:12 p.m.

16  BY MR. DANON:

17      Q    And let me know when you are able to see

18  that, Ms. Bernard.

19           MR. ROSEN:  What is the date of the tweet?

20           MR. DANON:  January 27, 2021.

21           THE WITNESS:  Okay.

22  BY MR. DANON:

23      Q    Do you recall seeing this tweet in

24  January 27, 2021, and re-tweeting it?

25      A    No, I don't recall.

Page 128

1       Q    But you can confirm that this is your
2    re-tweet of the -- because the original tweet is from
3    Donald Trump, Junior; is that right?
4       A    It shows that it's from him, based on the
5    picture that I see.
6       Q    That is from you, right?
7       A    I don't recall, but if you say that it is,
8    but I don't recall.
9       Q    You don't recall specifically re-tweeting
10    it, but you do acknowledge that the tweet itself says
11    that Ava re-tweeted it, right?
12       A    That's correct.  I see that.
13       Q    Can you read the tweet -- the original tweet
14    from Donald Trump, Junior?
15       A    Where he says, "He's not wrong.  They just
16    aggregated enough small retail investors in an open
17    forum to move markets, just like the big guys.  It's
18    actually amazing to watch."
19       Q    And how does he end it?
20       A    GME, "GME to the moon."
21       Q    Right.  And reading this tweet, do you
22    recall what you understood what Mr. Trump, Junior was
23    referring to?  What is GME?
24       A    I believe it's GameStop.
25       Q    And what did you understand "GME to the

Page 129

```
 1   moon" to mean?
 2        A    Just that the price -- that -- well, what I
 3   understood -- understand by reading this, it could
 4   mean that at the time people assumed that mostly small
 5   investors were trying to -- basically that it would
 6   open back up.
 7        Q    Hoping that the --
 8             (Simultaneously speaking.)
 9        A    Right, that the price would open up, that's
10   correct.
11        Q    Yeah.  And do you recall -- does this
12   refresh your recollection as to being aware of
13   activity in connection with a GameStop price in
14   January of 2021?
15             MR. ROSEN:  Objection.  Vague, confusing,
16        and compound.
17   BY MR. DANON:
18        Q    You can answer if you understand the
19   question.
20        A    Could you restate it?
21        Q    Does reading this tweet, does it refresh
22   your recollection regarding any news or information
23   related to a price of GameStop back in January of
24   2021?
25        A    No, I really don't recall.  I don't even
```

Page 130

```
1    have a stake in GameStop.  I -- I'm sorry, I don't

2    recall.

3         Q    Okay.  Do you recall -- does this refresh

4    your recollection regarding any of -- or any market

5    activity related to the price of GameStop stock back

6    in January of 2021?

7         A    No, I don't recall.  I don't even recall the

8    tweet, this particular tweet.  I just don't recall.

9         Q    Got it.

10             Have you ever heard of the term short

11   squeeze?

12        A    If I learned -- if I learned about it back

13   then or do you mean now?

14        Q    Back then, back in January of 2021, had you

15   heard --

16        A    No.

17        Q    -- of the term short squeeze?

18        A    No.

19        Q    Does the tweet from Donald Trump, Junior

20   refresh your recollection of having read anything or

21   discussed anything regarding a possible short squeeze

22   of GameStop?

23        A    I don't know.

24        Q    Do you understand what short squeeze -- or

25   what is your understanding of the term Short Squeeze
```

Page 131

1    now, today --

2         A    Umm --

3         Q    -- if you have an understanding?

4         A    Yeah, I've -- I've come -- I guess my

5    knowledge has increased since back then.  Currently,

6    I'd say, this year, I might have -- I learned more

7    about that in regards to -- I believe it's in regards

8    to getting the price of a stock to go up, and

9    that's -- that's what I believe.

10        Q    Okay, and that's what your understanding is?

11        A    Yeah, that's correct.  I don't really know

12   much about it.  You know, I don't really have an

13   interest in it, actually.

14        Q    You don't have an interest in it, is that

15   what you are saying?

16        A    Yeah, I don't know what it's about, I don't

17   really --

18        Q    Okay.

19        A    -- know that much about it.

20        Q    Okay.  Now, AMC is the stock and the symbol

21   that's identified in your certification; is that

22   right?

23        A    That's correct.

24        Q    What do you know about AMC as a company?

25        A    I do know that they are in the movie theater

Page 132

1    business.  They provide entertainment movies for

2    people to see.  I know they've been around a while.

3    So that's what I know about them, so that's what I

4    know.

5          Q    And back in January of 2021, did you -- what

6    did you know about -- do you recall, what did you know

7    about AMC?  Is it any different from what you know

8    now?

9          A    It's what I've known before.  Movie theater

10   company.  They've been around a while.  And, yes, so

11   I -- yeah, that's the same thing that I know.  They

12   are in -- yeah.

13         Q    Have you -- are you -- or do you recall

14   being aware of anything regarding AMC, any news

15   regarding AMC back in January of 2021?

16         A    I don't recall.

17         Q    And do you recall undertaking any sort of

18   searches to understand if they were undertaking any

19   new products, any new developments, any new

20   strategies?

21         A    I don't recall.

22         Q    Do you recall hearing any news whatsoever

23   back in January of '21 that -- 2021 -- that would

24   impact the value of the AMC stock?

25         A    Could you repeat that?

Page 133

1      Q    Do you recall hearing or reading any news

2    that would impact the value of AMC stock back in

3    January 2021?

4      A    I don't recall.

5      Q    During the time that you made the decisions

6    to order -- to order the purchase and sell orders of

7    AMC stock that are identified in your certification,

8    was there any significant movements in the stock price

9    of AMC stock that you were familiar with, back in

10   January of --

11     A    Could you repeat that?

12     Q    Okay, going back to the purchases and the

13   sells that you ordered, as represented in the

14   certification, right, which is Exhibit 101, right?  So

15   now we're talking about January 27, right, 2021

16   through February 4, 2021, do you remember seeing any

17   news or any reports any statements regarding the

18   movement of the stock price of AMC stock?

19     A    Could you repeat it again or --

20     Q    Do you remember seeing any news, back in

21   2021, that made you think that the stock was going to

22   increase in price?

23     A    I don't recall.

24     Q    Do you recall hearing or seeing any news

25   about the potential or a potential short squeeze

Page 134

1    regarding AMC stock back in January of 2021?

2         A    I don't -- I don't know what the short

3    squeeze was, so I don't even recall if I have seen

4    anything in regards to a short squeeze.

5              (Exhibit 104 marked.)

6    BY MR. DANON:

7         Q    Okay.  Let me show you what we're going to

8    mark as Exhibit 104.  Go ahead and refresh.  And once

9    you've seen that, please let me know.

10        A    Okay, I do see it.

11        Q    Okay, you see that --

12        A    Yes.

13        Q    -- and you recognize this as a tweet dated

14   January 27, 2021 at 7:06 p.m., correct?

15        A    That's correct.

16        Q    And there is a reply that you sent; is that

17   right?

18        A    That's correct.

19        Q    That's your handle that we had talked about

20   before, right?

21        A    That's correct.

22        Q    ████████████████████

23             So can you read Mr. Harsanyi's tweet?

24        A    Yes.  He says, "What are some of the other

25   heavily shorted companies?  Asking for a friend."

Page 135

1      Q    Okay.  And what did you respond?

2      A    AMC.  AMC.

3      Q    And so what was -- what did you know about

4   AMC on January 27, 2021, that allowed you to respond

5   or reply to Mr. Harsanyi's e-mail with AMC?

6      A    So I do know that the price was going up.

7   At the time I didn't know what "shorted" was, so I

8   could have misunderstood what that meant, so I did say

9   AMC.  I do know the price was going up.

10      Q    And how did you know that the price was

11   going up?

12      A    I knew -- it was there.  I could see it on

13   Robinhood.

14      Q    So you could see it on the Robinhood app

15   that the price was going up, right?

16      A    That's correct.

17      Q    Okay.  Was there any other information that

18   you were aware of regarding AMC, other than that the

19   price was going up?

20      A    Could you repeat that?

21      Q    Were you aware of any other information

22   regarding the AMC stock, other than the stock price

23   was going up?

24      A    I don't recall what else I saw in regards to

25   it --

Page 136

1        Q     So your --

2        A     -- at that time.

3        Q     So your reply -- sorry -- to -- your reply

4   to him was based on the fact that you had seen in the

5   Robinhood app that the stock price for AMC had been

6   going up?

7        A     I don't recall at the time, but I do know

8   that the price was going up and -- at that time.  So

9   that's -- yeah, so I do know that the price was going

10  up.

11       Q     Okay.

12       A     And that meant people were interested in it,

13  so I...

14       Q     But you weren't aware of any specific

15  initiatives or company statements or anything along

16  those lines.  You just knew the price was going up,

17  right?

18       A     Could you restate that?

19       Q     I'm okay, let me just go on.

20       A     Okay.

21       Q     The other stock that you identify in your

22  certification is Nokia, right, with the symbol NOK?

23       A     That's correct.

24       Q     And do you know what type of company Nokia

25  is, and their product?

                                          Page 137

1        A     Yes.   Mobile phones.   They create -- they

2   are in the telecommunications sector, something like

3   that.

4        Q     And back in 2021, in connection with these,

5   the sale transaction that you identified in the -- in

6   the certification, did you undertake any research into

7   Nokia as a potential investment?

8        A     Could you repeat that?

9        Q     In 20 -- January of 2021 and February of

10  2021, did you undertake any research regarding the

11  finances or profits of Nokia in order to --

12       A     No.

13       Q     -- the decision on the sale transaction

14  indicated on your certification?

15       A     I don't recall.

16       Q     Do you recall hearing or reading about any

17  news regarding Nokia in January of 2021 that would

18  have impacted the transaction as indicated within the

19  certification that you had submitted in connection

20  with this case?

21       A     Could you repeat that?

22       Q     Back in January of 2021, do you recall

23  reading any news or any announcements from the

24  company, Nokia, regarding its operations or business

25  in connection with --

```
                                              Page 138
 1        A    Go ahead, I'm sorry.  I don't recall.

 2             (Simultaneously speaking.)

 3        Q    Do you recall seeing any YouTube videos

 4   about Nokia in January of 2021?

 5        A    I didn't use YouTube back then.

 6        Q    You didn't even pull it up and look at

 7   anything?

 8        A    I don't recall.  No, I don't know.  No.

 9        Q    And do you recall any tweets or anyone else

10   posting anything on Twitter in January of 2021

11   regarding Nokia?

12        A    I don't recall.

13        Q    Give me just one second here.  Just one

14   second.

15             Ms. Bernard, have you heard of the term,

16   "day trader"?

17        A    If I knew about it back then or today?

18        Q    Let's start with back in January,

19   February 2021, were you familiar with the term "day

20   trader"?

21        A    No.

22        Q    Okay.  Are you familiar with that term

23   today?

24        A    Yes.  I believe I am.

25        Q    And what is your understanding of what the
```

Page 139

1    term "day trader" means?

2         A    I believe they buy and sell the same day.

3    They don't leave it overnight.  They just take the

4    profits or, I guess, the loss, and just exit.

5         Q    Okay.  Do you consider yourself a day trader

6    now, based on the understanding that you have?

7         A    I don't think so, no.

8         Q    No.  Okay.  Why not?

9         A    Because I built overnight a lot, so I don't

10   think I'm a day trader.

11        Q    Looking back at your trades in January '21,

12   and February of 2021, would you consider yourself a

13   day trader back then?

14        A    I don't think so.  I don't recall, but I do

15   believe I might have sold overnight.  I don't know if

16   I sold before the market closed.  I don't recall.

17        Q    When executing or operating trades or

18   ordering trades under your mom's account back in

19   January of 2021, were there any times where you made

20   multiple trades in one day?

21        A    Could you repeat that?

22        Q    When trading in your mother -- on behalf of

23   your mother back in January of 2021, were there any

24   days in which you executed a significant number of

25   trades in one particular day, on one particular

Page 140

```
 1   security?  Let's say, ten or more.
 2        A    It's possible; I just don't recall.  It's
 3   possible.  I believe I did, but I can't say I -- I
 4   believe I did, but I...
 5        Q    Okay.  Is that something that -- let's say,
 6   in your current investing that you would also do,
 7   which is buy and sell one specific security, you know,
 8   more than ten times in one day?
 9        A    I'm not sure.  I don't recall.  Maybe I --
10   I'm not sure.  Currently, I don't think I do, I just
11   don't -- I don't think so.  I don't know.
12        Q    Going back to -- and I guess, going back to
13   January of 2021, do you recall that AMC was the stock
14   that you had ordered purchases and sales in one day of
15   more than ten -- more than ten purchases and sales in
16   one day?
17        A    Yes, I believe.  Yes.
18        Q    Okay.  And why would -- why would you do
19   that?  As an investor, why would you do that many
20   trades in one stock on that one day?
21        A    I don't recall my thinking at that time.  I
22   really don't know why I would do that.  I just don't
23   recall what I was thinking at the time.  I really
24   don't.
25        Q    Let me show you what we're going to mark as
```

Page 141

1    Exhibit 105.

2              (Exhibit 105 marked.)

3    BY MR. DANON:

4        Q    Again, let us know once you see that.  And I

5    will represent to you that it's a spreadsheet of the

6    trades on your mother's account.

7        A    Okay, I do see it.

8        Q    Okay.  And do you see on the left column,

9    all the way on the left side, it has got an account

10   number, which I can represent to you is your mom's

11   account number.  But do you recognize it as that

12   account number?

13       A    Do I recognize the number?  No, I don't

14   recognize the number.  I -- yeah, I don't --

15       Q    Let me show you the January account

16   statement.  We can mark that as Exhibit 6, just so you

17   can --

18       A    Okay.

19       Q    -- confirm the account numbers.  So we're

20   going to post that as Exhibit 6 --

21            MR. ROSEN:  106.

22            MR. DANON:  106.  Sorry.

23            (Exhibit 106 marked.)

24   BY MR. DANON:

25       Q    Is that Exhibit 106 up?

```
                                                    Page 142
 1        A     (Shaking head.)
 2        Q     No?
 3              I think, Ms. Bernard, you are on mute, so I
 4   don't --
 5        A     Do you know how many pages there are for
 6   this document?
 7        Q     Yeah, 167, I think.
 8        A     Yeah, that's why it's probably loading --
 9   not loading.
10        Q     What I would direct you to is the first page
11   on the top right where it's got Colleen Cooke account
12   number.  And I just wanted you to be able to confirm
13   that that is your mom's account --
14        A     Okay.
15        Q     -- and her account statement, and then that
16   the account number ████████ is the account number
17   showing on Exhibit 105.
18        A     I think it is not loading because there's a
19   lot of pages.  Not even the first page is loading.
20        Q     Not even.  Okay, I think what we might do,
21   just to expedite some things, if we screen share on
22   those, the first page, so you can look at that.  If
23   that's --
24              MR. DANON:  Mr. Rosen, are you okay with
25         that?
```

```
                                             Page 143

 1             MR. ROSEN:  What do you want to do, screen
 2        share on this?
 3             MR. DANON:  The exhibit.
 4             MR. ROSEN:  Yeah.
 5             MR. DANON:  The first page of Exhibit 106,
 6        so we can --
 7             MR. ROSEN:  Yeah.
 8   BY MR. DANON:
 9        Q    So, Ms. Bernard, this is what we marked as
10   Exhibit 106, which is the account statement dated
11   ████████████████████████████████████████████████
12   █████████████████████████████████
13        A    Is there any way it can be bigger?
14        Q    How's that?
15        A    I see 415.
16        Q    Are you able to --
17        A    Yes, I can see it.
18        Q    Okay.  And I noticed here that, again,
19   Colleen Cooke, and the account number, the address is
20   ██████████████████████████████████  That's the address you
21   had identified earlier?
22        A    That's correct.
23        Q    And was that the address where you were
24   living in January of 2021?
25        A    That's correct.
```

                                        Page 144

1          Q     Okay.  And you will see that that account

2     number is the account number for your mom's account at

3     Robinhood, correct?

4          A     I don't know the number.  I --

5          Q     Okay.

6          A     Is there any other way that you want me to

7     confirm?

8          Q     No, just by looking at the account

9     statement.  Is this something -- is the account

10    statement something that you would see or look at and

11    review?

12         A     That's correct.  I do see it has her name

13    and address and account summary.

14         Q     Okay.  So you -- and that's what -- we just

15    want to make sure you don't have any reason to doubt

16    that this is your mom's account number.  And that this

17    is a copy of the account statement.

18         A     Yeah, I have no doubt.

19         Q     Okay.  And so when we go back to Exhibit

20    105, I just wanted to make sure that you knew, and

21    also that we can confirm, that the account number, all

22    the way on the left column, is the same, ██████████.

23         A     I can barely see the screen.

24         Q     Okay.  Maybe we'll make that larger.  How is

25    that?

Page 145

1      A    Yeah, I do see that.

2      Q    Can you see that that's the same account

3  number as the account number shown on the account

4  statement, which is your mother's account at

5  Robinhood?

6      A    I would have to write down the number first

7  and then go back to the previous screen.

8      Q    Okay, we can do that.

9      A    Okay.

10     Q    Let's go to the previous screen.  And, yeah,

11  move it over.  Yeah.

12     A    Okay.

13     Q    And then we'll switch now back to 105.  Can

14  you see that?  Is that large enough, or should we zoom

15  in?

16     A    Could you make it bigger?

17     Q    Yeah, sure.

18     A    Okay.  Thank you.

19          Okay, it matches.

20     Q    Okay, good.

21          Now, if we turn -- and we'll do the screen

22  share -- if we turn to -- this January of --

23  January 21, 2021 -- or we're going to go to -- let's

24  just go to January 27 on page 4.  I'm going to show

25  you this, Exhibit 105.

```
 1              When we -- you'll see, as we go through this
 2     chart, I hope it's large enough where you can see.  It
 3     starts with the account number, and then there's a
 4     symbol.  Can you see the symbol as AMC?
 5          A    The screen is blurry.  It probably needs to
 6     be bigger, I think.
 7          Q    Let's see if we can make that bigger.
 8          A    Okay.
 9          Q    How's that?
10          A    The same.
11          Q    You can't see it?
12          A    It's bigger, but it's blurry.
13          Q    Does that help?
14          A    No.
15          Q    No?
16          A    No.
17          Q    If you open it in your -- I guess you're
18     doing the share on your phone, right?
19          A    Here, on the laptop?
20          Q    Okay.  No, no, we're doing the screen share
21     now on your laptop, and you can't -- you cannot see
22     the exhibit well enough?
23          A    That's correct.  It is sort of blurry on my
24     end.
25              MR. ROSEN:  Why don't you e-mail it to her.
```

Page 147

```
 1        Maybe if you e-mail it to her, it may make it
 2        easier.  We can try that.
 3             MR. DANON:  If she can open it.  Okay.
 4             Why don't we take a -- or just go off the
 5        record while we're doing this.
 6             THE VIDEOGRAPHER:  Off the record at
 7        3:02 p.m.
 8             (Recess was taken.)
 9             THE VIDEOGRAPHER:  We're back on the record
10        at 3:06 p.m.
11   BY MR. DANON:
12        Q    Thanks.  Ms. Bernard, you are able to see
13   what has been marked as Exhibit 105 now; is that
14   right?
15        A    Yes, that's correct.
16        Q    Good.  And you see the account number is on
17   the left column.  The second column has the stock
18   symbol; is that correct?  Do you see that?
19        A    That's correct.
20        Q    And then -- and then there is "order type,"
21   "order side."  Do you see "order side"?
22        A    That's correct.
23        Q    Order price, order quantity, and then
24   there's an order created at UTC which is the time that
25   the order was made.
```

Page 148

1           Now, I'll ask you if you could -- so, we

2     know from your prior testimony, these trades as this

3     document, as I represented to you, indicates all the

4     trades that were made in this account on AMC and other

5     stocks, but focusing on AMC first, those trades were

6     made by you on behalf of your mother, right?

7           A     That's correct.

8           Q     And if you look at pages 2 through 6 of this

9     exhibit, so starting on page 2, and you can see a

10    little bit just halfway down, you start seeing trades

11    that occur on January 27, 2021.  Do you see that?

12          A     Could you repeat that?

13          Q     Yeah, if you look almost halfway down on

14    page 2, you will see a buy order for 1,000 shares of

15    AMC, and it is dated 2021 dash 01 dash 27, do you see

16    that?

17          A     I see three of them, I believe.

18          Q     Okay.  Well, if you continue down that

19    page --

20          A     Okay.

21          Q     -- to -- through page 3, all the way to page

22    6, those represent trades that were done throughout

23    the day of January 1 -- I'm sorry, January 27, 2021.

24                Do you see that?

25          A     That's correct.

Page 149

1          Q     Do you recall making that many trades in AMC
2    during that time period?
3          A     I don't recall, but it's there on the paper,
4    but it means I made it, but I don't recall my...
5          Q     Do you recall why you made so many trades of
6    AMC on the 27th of January, 2021?
7          A     No, I don't recall the reason why I made
8    those -- so many of those.  I don't recall.
9          Q     Looking at this spreadsheet, does it refresh
10   your recollection regarding any specific news or
11   information that you had seen or read about AMC back
12   in January 27, 2021?
13         A     No.
14         Q     And looking at this document, does it
15   refresh your recollection of whether you were aware of
16   the movement of the stock price of AMC on January 27?
17         A     Could you repeat that?
18         Q     Were you, looking at this document and the
19   trades, the number of trades for that day, does it
20   refresh your recollection as to whether you were aware
21   of any price movement in the price of AMC stock on
22   January 27, 2021?
23         A     I honestly don't remember -- recall.
24         Q     Looking at the orders, was the price
25   increasing?  You can look at the order price, right?

```
                                             Page 150
 1        A     Let's see.
 2              MR. ROSEN:  What day are you talking about?
 3              MR. DANON:  The 27th of January.
 4              THE WITNESS:  Yes, the prices looked like
 5        they were increasing.
 6   BY MR. DANON:
 7        Q     Okay.  And, again, looking at that, and
 8   recognizing that, does it jog your memory at all as
 9   to -- whether you were aware of it at the time, and
10   whether that was influencing your decisions to order
11   any transactions on the AMC stock?
12        A     I see it, but I don't recall it.
13        Q     Is an increase in the stock price like what
14   you see here occurring on January 27, 2021, is that
15   something that you would look at in order to make a
16   decision to buy or sell a specific stock back in 2021?
17        A     Could you repeat that?  I'm sorry.
18        Q     Knowing that a stock price is increasing,
19   similar to what you see occurring on January 27, 2021
20   on AMC, is that a factor that you would consider in
21   making a decision to buy or sell a specific stock on
22   that day?
23        A     Do you mean currently or 2021?
24        Q     In 2021.
25        A     I don't recall.
```

1      Q    What about currently?

2      A    Currently, it might go up, but it doesn't

3  mean that -- it doesn't influence -- I don't think it

4  does.  I don't recall currently if it does.  Just

5  because it goes up doesn't mean it will stay there, so

6  I don't really -- I don't recall doing that now.

7      Q    You don't recall doing that now, right?

8      A    That's correct.

9      Q    Back in 2021, you have no recollection as to

10  how an increase in the specific price of a stock would

11  influence your decision?

12      A    That's correct, I don't recall.  That's

13  correct.

14      Q    And if you look at page 6, and just for ease

15  of convenience, there is a number all the way on the

16  bottom right.  It may be small, what you are looking

17  at, but there is a number on the bottom right that you

18  may look at.  So page 6, in the fourth entry is an

19  order -- a buy order of 500 AMC shares at 1629.

20          Do you see that?

21      A    On the 27th of January, 2021?

22      Q    Yes.

23      A    Yes, I do see it.

24      Q    And you'll notice under the date where it

25  says "order created," there's a timestamp -- I'll

Page 152

1   represent to you that's a timestamp, 22:16:15.

2          Do you see that?

3      A    Could you repeat that?

4      Q    Okay.  That line, number 4, in the column

5   that is identified as order created at UTC, do you

6   understand what UTC is?  That's the timestamp.

7      A    Yes, I see it.

8      Q    Okay.  And you see that there's an order for

9   500, the order price is 1629, 16.29?

10     A    That's correct.

11     Q    Yeah, and the time is 22:16:15.  Do you see

12  that?

13     A    That's correct.

14     Q    Okay.  And looking -- again, I just want to

15  clarify.  At the time that this order is made, do you

16  recall being aware of any news regarding AMC stock?

17     A    No, I don't recall.

18          MR. ROSEN:  Objection.

19  BY MR. DANON:

20     Q    You do recall --

21          MR. ROSEN:  That's the 30th time you have

22      asked that question in various iterations.

23          (Simultaneously speaking.)

24  BY MR. DANON:

25     Q    You did re-tweet -- or reply to a tweet on

Page 153

1    AMC on that date, right?

2        A    Where they asked -- the one that you showed

3    earlier?

4        Q    Yes.  Yeah.  So now seeing the documents

5    regarding the trade, the time of the trades, and the

6    activity, and also seeing the tweet regarding AMC,

7    does that refresh your recollection as to any

8    information that you had about the stock price of AMC

9    during that day?

10       A    I see it, but I don't recall it.  I

11   understood.

12       Q    I'm just -- I'm just confirming,

13   Ms. Bernard, if any of the documents that we see now

14   refresh your memory.

15           MR. ROSEN:  We've been going a little over

16       an hour.  Maybe we can take a break shortly.

17           MR. DANON:  I think I can wrap this up in

18       five minutes, if that's okay, this line.

19           MR. ROSEN:  Okay.

20           MR. DANON:  Or do you want to -- yep.

21   BY MR. DANON:

22       Q    The -- so --

23           MR. DANON:  You know what, let's take the

24       break now, okay?

25           MR. ROSEN:  Okay.

Page 154

1          Come back in ten minutes.

2          MR. DANON:  Okay.

3          THE VIDEOGRAPHER:  Off the record at

4     3:17 p.m.

5          (Recess was taken.)

6          THE VIDEOGRAPHER:  We're back on the record

7     at 3:27 p.m.

8  BY MR. DANON:

9     Q    Ms. Bernard, I know you've stated earlier,

10  when I talked about the Complaint in the case and

11  damages that there were -- part of the claim is about

12  trading restrictions that Robinhood had placed on some

13  stocks; is that right?

14    A    Could you repeat that?

15    Q    Okay.  Earlier in the deposition when we

16  talked about the Complaint and your awareness of the

17  Complaint, you acknowledged that part of the

18  allegations of the Complaint have to do with trading

19  restrictions that Robinhood had implemented in certain

20  stocks?

21    A    That's correct.

22    Q    Okay.  So in January 2021 and February 2021,

23  when did you first hear about any trading restrictions

24  that Robinhood had placed on stocks?

25    A    I believe that's the night of January the

Page 155

1    27th.

2         Q    And how did you hear about the restrictions?

3         A    I believe it was on social media, I believe.

4    I don't recall exactly where, but I believe it was

5    social media.

6         Q    You don't recall which social media?

7         A    Twitter.  I just don't remember this one.

8         Q    The specific -- okay.

9              If you -- we had marked this earlier, which

10   was the Complaint, which was Exhibit 5 from previous

11   depositions, and I think you've had a hard copy there,

12   and we looked at paragraph 128.

13             If you can look at paragraph 52 on pages 23

14   and 24.

15        A    Could you repeat that?

16        Q    Yeah.  If you could look at the hard copy of

17   the Complaint, and -- which is marked as Exhibit 5 on

18   the continual exhibits, and go to paragraph 52 of the

19   Complaint, paragraph number 52 of the Complaint, which

20   is on page 23 of the Complaint, and let me know when

21   you see that.

22             MR. ROSEN:  Which paragraph?

23             MR. DANON:  Paragraph 52.

24             THE WITNESS:  Okay.  I do see it.

25

Page 156

1  BY MR. DANON:

2       Q    If you see on paragraph 52, going over to

3  the next page, there is a post that says, "Robinhood

4  announces you can no longer open GME/AMC positions for

5  Friday."

6            Do you see that?

7       A    On page 24?

8       Q    Yes.  It's on page 24.  Do you see that?

9       A    That's correct.

10      Q    Okay.  Did you see this Reddit post?  Do you

11 recall seeing that?

12      A    Was it on Reddit?

13      Q    Well, let's say it's posted --

14      A    I don't recall.  I've never --

15      Q    I don't recall -- it's posted on Twitter --

16      A    Okay.

17      Q    -- is what that says here, at 1:03 a.m.  Do

18 you see on paragraph 52, I misspoke there, posted at

19 1:03 a.m. on Twitter.

20      A    I don't recall seeing this.

21      Q    Okay.  Do you recall seeing any other

22 message, either on Twitter or any social media or from

23 Robinhood, regarding the restrictions on any stock

24 positions?

25      A    I don't recall.  I don't recall.

Page 157

1          Q     Okay, but you were -- you do recall being
2     aware of the restrictions?
3          A     That's correct.  I was.  That's correct.
4          Q     But you don't recall the source of how you
5     became aware of it.
6          A     That's correct.
7          Q     If you look at paragraph 62 of the Complaint
8     on page 29, where paragraph 62 talks about a note that
9     Robinhood sent on the morning of January 28.
10              Do you see that?
11          A     Yes, I do see it.
12          Q     Do you -- did you recall seeing that on
13    January 28 of 2021?
14          A     I don't recall if I saw it on the 28th.  I
15    don't recall.
16              MR. DANON:  Okay.  Let me now mark
17         Exhibit 107.
18              (Exhibit 107 marked.)
19              THE WITNESS:  I do know that they sent an
20         e-mail, but I don't recall.
21    BY MR. DANON:
22          Q     Okay.  So you recall that Robinhood sent an
23    e-mail, but you just don't recall the specifics of the
24    e-mail --
25          A     That's correct.

Page 158

1      Q     -- when you saw it?

2            But you do recall having knowledge of

3      restrictions on AMC stock?

4      A     Yes, knowledge about the restrictions.  I

5      just don't remember the source.

6      Q     And what was your understanding of what

7      those restrictions were?

8      A     I didn't understand what was going on, but

9      it didn't feel right at the time.  It just didn't --

10     thought it was a platform that we could trade.  So at

11     the time I didn't know exactly what was going on.

12     Q     When -- in -- when you say you didn't know

13     what was going on, did you -- did you understand what

14     the restrictions were on what you could do regarding

15     your mom's Robinhood account?

16     A     You can only sell.  You can't -- you

17     couldn't buy in the beginning.  And then at a certain

18     point they made it that you could buy a limited amount

19     in particular stocks.  So that's my understanding.

20     Q     Okay.  So you understood that you could sell

21     at any time, but the restrictions were on the

22     purchase?

23     A     That's correct.

24     Q     And as far as you understood, that applied

25     to the AMC stock that you identified in the

```
                                          Page 159
```

 1   certification as well as the Nokia stock that you

 2   identified in the certification; is that right?

 3        A     That's correct.

 4        Q     Okay, is it up?

 5              So if you -- let us know once you can see

 6   Exhibit 107.

 7              Were you able to open that one?

 8        A     I'm still waiting.

 9        Q     You're still waiting?

10        A     Okay, I do see it.

11        Q     Okay.  And this is a copy of a tweet on

12   January 28, 2021, at 8:29 a.m.

13        A     That's correct.

14        Q     The original tweet is from Robby Starbuck

15   and it says, "Ava re-tweeted."  Do you recall seeing

16   this tweet back in January --

17        A     I don't recall seeing it.

18        Q     And do you recall why you re-tweeted?

19        A     No, but like I said, at the time I didn't

20   know what was going on.

21        Q     You didn't know what was going on, but you

22   did understand that there were restrictions in place

23   on the sale --

24        A     That's correct.

25        Q     -- of the AMC, Nokia, right?

```
                                         Page 160

 1        A    That's correct.

 2        Q    I'm sorry, correction.

 3             You understood there was a restriction on

 4   the sale -- no restrictions on the sale of the stock?

 5        A    That's correct, only on the buy -- buying of

 6   the stocks.

 7        Q    Okay, so -- all right.  Next exhibit, 108.

 8   Wait.  I'm going -- wait.  And we'll post that one.

 9   Let us know when you are able to see it.

10             (Exhibit 108 marked.)

11        A    I'm still waiting.

12        Q    Okay.  Let us know.  I'm sure it takes --

13   it's been taking a few minutes here.

14        A    Okay, I do see it.

15        Q    Okay.  And let me know if you recognize

16   Exhibit 108 as a tweet that you re-tweeted on

17   January 28, 2021.

18        A    That's correct.

19        Q    Okay.  How did you come to open this tweet?

20   Were you following this individual, or did you have

21   any filters set to pull up any specific information?

22        A    I don't recall following this person.  I

23   don't recall how I stumbled upon this tweet.  But I do

24   know I didn't know what was going on, and I don't

25   know -- I don't know in regards to this person.
```

Page 161

1    Q    Do you recall why you re-tweeted this

2   specific tweet?

3    A    I think it's in regards to the first

4   sentence.  I guess they didn't allow -- I guess I was

5   just re-tweeting.  I really didn't know what was going

6   on.

7            MR. DANON:  Let me mark Exhibit 109.  And

8        again, let us know when that appears on the share

9        file.

10           (Exhibit 109 marked.)

11           THE WITNESS:  Okay, I do see that.

12   BY MR. DANON:

13   Q    Okay, good.  And you see that as a copy of a

14  tweet, and you are replying to it.  And that's dated

15  January 28, 2021 at 11:16 a.m.?

16   A    That's correct.  I do see it.

17   Q    And that is your reply to a tweet by Dave

18  Portnoy; is that correct?

19   A    That's correct.

20   Q    Did you follow Dave Portnoy or how is it

21  that you came across this tweet?

22   A    I believe I follow him.

23   Q    And can you read his tweet and then your

24  reply?

25   A    Okay, it says, "And as a reminder, everybody

```
                                           Page 162
```

1    who sells, you are doing exactly what the scumbags at

2    Robinhood app and Citadel wants you to do.  I'd rather

3    die."

4            I say, "I'm staying too" -- not the dying

5    part, but...

6        Q    But you say, "I'm staying too," correct?

7        A    That's correct.  Yeah, I was going to stay.

8    If I had -- if I had sold I would have been at a loss,

9    so I just wanted -- yes, so I stayed.

10       Q    And in -- in Mr. Portnoy's tweet, when he

11   says, "sells," did you understand that to mean that

12   you could sell the shares at that time?

13       A    That's correct.

14       Q    Okay.  And did you understand or have an

15   understanding as to what securities or what stock he

16   was referring to in this tweet that you had

17   re-tweeted?

18       A    I don't think I knew all of the stocks.  But

19   it has to do with maybe the AMC, Nokia.  I don't

20   recall all of the stocks, so it could have been

21   anything.  Any one of the stocks --

22       Q    As far as your understanding, it applies --

23       A    -- correction.

24       Q    -- it refers to the stocks that you held at

25   AMC and Nokia?

Page 163

1      A    Or any other stocks that were restricted.

2      Q    Okay.

3           And what did you mean by replying that you

4   were staying too?

5      A    That I am not selling at a loss.  I guess I

6   was hoping that the price would go up or something,

7   but at the time I had already lost, I had lost, so I'm

8   just -- I would have -- not selling, basically.

9      Q    And when you wrote, "I'm staying too," as

10   the "too" part, were you referring to you and others?

11   Was there a group of people that you were referring to

12   at that point?

13      A    No, just myself.

14      Q    Did you think at the time that you sent this

15   that Robinhood or Citadel were hoping you would sell

16   your shares?

17      A    I didn't know what was going on.  There were

18   so many rumors going on out there.  I guess because I

19   did not hear much of why Robinhood did what they did.

20   I guessed this was just speculation of what might have

21   occurred.

22      Q    Okay.

23           MR. DANON:  Let me mark Exhibit 110.  And

24       let us know when that pops up.

25           (Exhibit 110 marked.)

Page 164

```
 1              THE WITNESS:  I'm still waiting.
 2              MR. DANON:  Okay, I figured.  You tell us
 3         when -- you tell us when it hits.
 4              MR. ROSEN:  What you might want to do is
 5         just e-mail to her the various tweets so that she
 6         can just open it up in her e-mail rather than
 7         wait for this to load, if you want to save time.
 8              MR. DANON:  Yeah, I think it would be
 9         faster.  That's a good call.
10              Can we just go off the record for five
11         minutes and let's organize them in e-mail.  It
12         will be faster than each one loading.
13              THE VIDEOGRAPHER:  Sure.  Off the record at
14         3:49 p.m.
15              (Recess was taken.)
16              THE VIDEOGRAPHER:  We're on the record at
17         3:57 p.m.
18    BY MR. DANON:
19         Q    Ms. Bernard, we have now e-mailed, and I
20    understand that you now have a copy of Exhibit 110?
21         A    That's correct.
22         Q    And that is a tweet from -- or a re-tweet of
23    a Dave Portnoy tweet on January 28, 2021, at
24    13:30 a.m.
25              Do you -- do you recall seeing this tweet
```

Page 165

1    and re-tweeting it?

2        A    I don't recall tweeting or re-tweeting it,

3    but it looks like I did.

4        Q    Okay.  So you did re-tweet.  You just don't

5    recall, at the time, reading this or why you

6    re-tweeted it?

7        A    I don't recall the reason why I re-tweeted

8    it.

9        Q    Okay.  When Mr. Portnoy is saying, "Now

10   speculating is a huge issue," what did you understand

11   "speculating" to mean?

12       A    Making an assumption of something without

13   facts.

14       Q    And how do you think that understanding of

15   "speculating" applies to any of the purchase and sales

16   of the stocks?

17       A    Can you repeat that?

18       Q    When I asked you about speculating as a huge

19   issue, what is your understanding of how speculating

20   is a huge issue, meant to the price of any of the

21   Affected Stocks, the stocks we're talking about in

22   this case?

23           MR. ROSEN:  Objection.  Vague.  Calls for

24       speculation.

25

Page 166

1    BY MR. DANON:

2        Q    You can answer my question, which is, what's

3    your understanding of what Mr. Portnoy's tweet was

4    regarding speculating in connection with the stocks,

5    the Affected Stocks, as identified in the Complaint?

6        A    I can't really speculate in regards to that.

7        Q    Well, I'm not asking you to speculate.  I'm

8    asking you whether you know what --

9             MR. ROSEN:  You're asking him -- you are

10        asking her what Mr. Portnoy meant?

11             MR. DANON:  No, I'm asking her if she had an

12        understanding of it, not to speculate.

13    BY MR. DANON:

14        Q    You re-tweeted it, so you re-tweeted for a

15    reason, right?  I'm trying to understand the reason

16    behind re-tweeting it and when you re-tweeted, you

17    understand you were conveying?

18        A    The only thing I can say in regards to the

19    tweet is the speculation maybe Robinhood was -- was

20    doing it for -- for -- doing it for -- on behalf of

21    someone or something.  Like I said, I don't know the

22    reason why they did what they did, and maybe I

23    shouldn't have re-tweeted that at the time.  I don't

24    remember why I did.  Just that I wasn't -- I don't

25    know what was going on at the time, and so I don't

Page 167

1    know what to -- what's in regards to this tweet.

2              MR. DANON:  Okay.  Let me now go to what

3         we're going to mark as 111, and I think that was

4         just sent or will be sent right now.

5              (Exhibit 111 marked.)

6              THE WITNESS:  Will it be to my e-mail or

7         the --

8              MR. DANON:  Your e-mail.

9              THE WITNESS:  Okay.

10   BY MR. DANON:

11        Q    I hope that's working faster.  Did you get

12   the e-mail?

13        A    I'm still waiting.

14             Okay, I do see the e-mail.

15        Q    Okay, good.  Thank you.

16        A    You're welcome.

17        Q    Let me know when you've gotten a chance to

18   see the tweet that we marked as Exhibit 111.  Right?

19   Yep.

20        A    Okay, I do see it.

21        Q    Okay.  And this, again, is a tweet that you

22   re-tweeted on February 1, 2021 at 12:03.

23             Do you see that?

24        A    Yes, I do see it.

25        Q    And Brandon Hoffman, is that someone that

```
                                              Page 168
 1    you follow, or did you have any sort of search filters
 2    or messaging filters to pick up his tweet?
 3         A    I don't recall why I saw his tweet.  I don't
 4    even recall following him but it looks like I
 5    re-tweeted it.
 6         Q    Okay.  And do you know, or do you recall as
 7    to what Mr. Hoffman was replying to at Robinhood app
 8    that you re-tweeted?
 9         A    I don't know at the time.  I don't know now
10    in regards to what --
11         Q    What it was?
12         A    That's correct.
13         Q    And do you see on the picture in the tweet
14    on the right-hand or where it says, "Are you winning,
15    Son?" and then it says, "It's not about winning, it's
16    about sending a message," right?  And those emojis?
17         A    Yes, I do see it.
18         Q    Do you recall why you re-tweeted this?
19         A    No, I don't recall.
20         Q    What were you trying to say when you
21    re-tweeted this in connection with "It's not about
22    winning, it's about sending a message"?
23         A    I don't recall.
24              MR. ROSEN:  Objection.
25
```

Page 169

1    BY MR. DANON:

2        Q    You don't know.  What was your understanding

3    on what -- what it means by the meme, "It's not about

4    winning, it's about sending a message"?

5        A    I don't recall my thinking at the time, the

6    meme.  I just don't recall what it meant at the time.

7        Q    How about now, reading it now?

8        A    I don't want to guess what it means now.  I

9    don't -- it could be different from what I thought

10   initially.  I don't want to --

11       Q    Does "winning" mean, in this context, making

12   money on an investment?

13       A    I don't know.  I honestly don't know.

14       Q    And was the message that you were seeking to

15   send a message to Robinhood?

16            MR. ROSEN:  Objection.  Misstating facts not

17       on the record.

18   BY MR. DANON:

19       Q    You can answer the question.

20       A    Can you repeat that?

21       Q    Yeah, by re-tweeting this, what was the

22   message that you wanted to send?  Were you sending a

23   message to Robinhood?

24       A    I don't recall the reason why I re-tweeted

25   it.  I don't recall.

```
                                            Page 170
 1              MR. DANON:  Let's -- now we're doing to send
 2         you Exhibit 112.  Let us know when you get
 3         Exhibit 112.
 4         A    Okay.
 5              (Exhibit 112 marked.)
 6              THE WITNESS:  I'm still waiting.
 7              MR. DANON:  Okay, I think it is a little bit
 8         faster than the upload, but not much, maybe a
 9         minute.
10              THE WITNESS:  Okay, I do see it.  Hold on
11         one moment.
12    BY MR. DANON:
13         Q    Let me know after you've seen it.
14         A    Okay, I do see it.
15         Q    Okay.  And this Exhibit 112 is a tweet, and
16    then a reply that you sent to Robinhood at 12:17 p.m.
17    on February 1, 2021; is that right?
18         A    Can you repeat that?
19         Q    This is a tweet that you sent on -- at
20    12:17 p.m. on February 1, 2021, which is replying to
21    Robinhood, right?
22         A    That's correct.
23         Q    And can you just read what your reply to
24    Robinhood's tweet was?
25         A    I thought you had money issues.
```

Page 171

1      Q    Okay.

2      A    It is spelled wrong, but it's issues.

3      Q    Okay.  "Issues" is what you meant to say?

4      A    That's right.

5      Q    What did you mean when you said, "I thought

6  you had money issues" when you sent this response?

7      A    I don't recall why I sent that.  I really

8  don't know.

9      Q    Do you recall thinking that Robinhood had

10  money issues?

11      A    I could, but I just don't recall why I --

12  what prompted me to say -- to tweet that at the time.

13  I don't know what I saw or I just don't know what -- I

14  don't recall.

15      Q    Now, going back to the Complaint in this

16  case.  You understand that you are a named plaintiff,

17  right?

18      A    That's correct.

19      Q    And what does that -- what does that mean to

20  you, or what do you understand -- let me strike that

21  and start again.

22          MR. DANON:  Sorry, Maria.

23  BY MR. DANON:

24      Q    What do you understand are your

25  responsibilities in that role as a named plaintiff?

Page 172

1          A     Well, I would look out for the best interest

2     of the other -- of the class members, oversee the

3     case, basically the class action.  I would work with

4     the lawyers to -- like I said, maximize the recovery,

5     just doing my part to ensure that the case is

6     successful.

7          Q     And do you have any understanding as to

8     whether you will receive any compensation for your

9     involvement in this case?

10         A     No, I won't be receiving anything.

11         Q     And as we said, based on the assignment, you

12    understand that any recovery in this case would be

13    going to your mother; is that the agreement that you

14    had?

15         A     That's correct.

16         Q     And how much time do you expect to spend on

17    the lawsuit, as a named plaintiff?

18         A     A lot of hours.  I don't know the exact

19    hours, but a lot of hours, but I don't have the exact

20    hours, but a lot of time.

21         Q     Other than the deposition time today, how

22    much time have you spent on this case, acting as a

23    potential named representative?

24         A     Could you repeat that?

25         Q     Yeah.  Other than today --

Page 173

1      A     Okay.

2      Q     -- how much time have you spent on issues or

3   dealing with this lawsuit in connection with being

4   potentially a named class representative?

5      A     I don't have the exact hours, but it's a lot

6   of time.

7      Q     Has it been more than one full day?

8      A     It could be.  I do know there's a lot of

9   time.  It seemed like a lot of time.  Yes, it could be

10  more.

11     Q     Yeah, and what is that included, that is --

12     A     Whether it be sending out the documents

13  requested, reading the documents sent to us by the --

14  sent to me by our lawyers.  You know, going to

15  meetings with the attorneys, and other plaintiffs,

16  basically that's for the most part.

17          MR. DANON:  Let me mark what we're going to

18      mark as Exhibit 113, which is -- which is the

19      request -- Defendant's First Set of Requests For

20      The Production of Documents and Electronically

21      Stored Information Directly To plaintiffs.

22  BY MR. DANON:

23     Q     So this is both posted on the -- I guess

24  they are both -- all the exhibits have been posted on

25  the Exhibit Share and will be e-mailed.

Page 174

```
 1      A     Okay.  Thank you.

 2            I'm still waiting on the --

 3      Q     This one is a little bit longer.

 4      A     Okay.  I'm still waiting.

 5      Q     Yeah, I apologize for that.

 6      A     That's okay.

 7            Okay, I do see it.

 8      Q     Okay, good.

 9            Have you seen this document before?

10      A     I have to click on it first, hold on.

11      Q     Yes.  Okay.  Okay.  And this is Exhibit 113.

12   I'm sorry, I'm being corrected.  That is Exhibit 31

13   from prior depositions, just to be clear on the

14   record.

15            MR. ROSEN:  Oh, so it's not being marked as

16        Exhibit 113.  It's --

17            MR. DANON:  No, it is Exhibit 31 from prior

18        depositions, right.  So I'm not marking it as

19        113, just so we're all clear.

20            THE WITNESS:  Can you restate, repeat the

21        question?

22            (Premarked Exhibit 31.)

23   BY MR. DANON:

24      Q     The question is:  Have you seen this

25   document before?
```

Page 175

1      A    Yes, that's correct.

2      Q    Okay.

3           And you were provided a copy of this

4   document.  Do you know when you saw it?

5      A    When I saw this?

6      Q    Yes.

7      A    I believe it was either this year or last

8   year.  I believe it was this year.

9      Q    Okay.  But it was before this deposition and

10  before yesterday?

11     A    Can you repeat that?

12     Q    You saw this document sometime either

13  earlier this year or last year, but it was before

14  today's deposition and yesterday's preparation for

15  your deposition?

16     A    That's correct.

17     Q    And when you received this -- let me start

18  over here.

19          You understand Exhibit 31 to be a request

20  for documents from you; is that correct?

21     A    That's correct.

22     Q    Okay.  And did you undertake any search for

23  documents in connection with this document request?

24     A    That's correct.

25     Q    Yeah, what did you do?

```
                                        Page 176
```

1       A     I went to the places where I know they were.

2   So that could be on the search on the Robinhood

3   website, to my e-mails, my Twitter feed, you know,

4   that's what I did.

5       Q     Any other places where you could have

6   documents?  Do you print out any documents and hold

7   hard copies of anything?

8       A     Like the tax return, but, yes.  The Section

9   D that was requested?

10      Q     Right.

11      A     Schedule D, sorry.

12      Q     Okay, but other than the tax return,

13  everything else was on computer, on your e-mails or

14  Twitter or other sort of communications by e-mail?

15      A     Yes, on the phone, that's where I mostly go

16  online, on the phone.

17      Q     Did you search any of your mother's records,

18  or computers, or phones to see if there was any

19  information that would be relevant?

20      A     There wouldn't be any on there.

21      Q     Does she have an e-mail account?

22      A     She does, yes.

23      Q     Does she have a computer?

24      A     No.

25      Q     She uses -- does she use one of your

Page 177

1    computers?

2         A    No.

3         Q    Or does she use e-mail through her phone?

4         A    Her phone.

5         Q    Okay.  So she has a phone and e-mail

6    account; is that right?

7         A    That's correct.

8         Q    Is your mom on social media?

9         A    No.

10        Q    And have you -- have you preserved any of

11   the documents that were related or that were asked for

12   in this document request, that were related to any of

13   the transactions in January and February of 2021?

14        A    Could you repeat that?

15        Q    Have you done anything to make sure that the

16   documents and information you have are not deleted or

17   discarded?

18        A    That's correct.  Not deleting it.

19   Preserved, that's correct.

20        Q    That's what I was asking.  So you yourself

21   know what -- what to not delete, is that what it is,

22   that's what you are doing yourself?

23        A    That's correct.

24        Q    Does anyone else have access to your in-box

25   or your Twitter account?

Page 178

```
 1       A     No.
 2       Q     Do you have -- what is your e-mail account?
 3       A     ████████████████████████████████████
 4     ████████████.
 5       Q     And other than the Yahoo.com email address,
 6     do you have another e-mail address that you use?
 7       A     Yes, I have a work e-mail address.
 8       Q     And in the work e-mail address, did you have
 9     any documents or communications regarding any of the
10     activities within the Robinhood account of your
11     mother?
12       A     No, we're not allowed to use the work e-mail
13     for personal.
14       Q     And you -- we've talked about a Twitter
15     handle and Twitter account, and you mentioned YouTube,
16     and I believe what you said is that YouTube was at
17     some point last year, 2022; is that right?
18       A     That's correct.
19       Q     And other than Twitter in 2021 or 2022, did
20     you have any other accounts at any social media app or
21     with any social media app?
22       A     Could you repeat that?  I'm sorry.
23       Q     Other than Twitter, did you have any other
24     account or handle with any social media?
25       A     In 2021?
```

Page 179

1      Q    Yes, January, February, 2021.

2      A    Just the Twitter.

3      Q    Just the Twitter.  Okay.

4           Do you -- do you receive any -- or do you

5      preserve any hard copies of the account statements you

6      received from Robinhood?

7      A    No, it's just electronically.

8      Q    And what about the account statements from

9      Stash?

10     A    Electronically, also.

11     Q    What kind of smart phone -- do you have a

12     smart phone?  And what type is it?

13     A    When you say type.

14     Q    Well, is it obviously an iPhone, is it --

15     A    Okay.

16     Q    Yeah, Android or --

17     A    Android.  It's an Android.

18     Q    Okay.  Do you use WhatsApp?

19     A    Yes, I do.

20     Q    Did you search any of your messages in

21     WhatsApp in connection with the documents that were

22     requested in Exhibit 31?

23     A    I wouldn't have to go there because it's not

24     a place that I go to for investments or anything.

25     It's just to communicate.

```
                                              Page 180

 1      Q     And what about any communications regarding

 2   investments?

 3      A     Could you repeat that?

 4      Q     What about any communications regarding the

 5   investments, any texts, e-mails between you and others

 6   regarding any of the market activity or any of the

 7   investments during January and February of 2021?

 8      A     No, I never discussed it with everyone, so,

 9   no.  It is mostly social.

10      Q     Did you -- did you search your text messages

11   in connection for -- with any documents regarding your

12   AMC or Nokia at Robinhood?

13      A     I never really had anyone to text, so I

14   don't really -- it's only for social text messaging,

15   so no.

16      Q     But you did not search it, right?  That's

17   what the answer -- you didn't search it.  You are

18   explaining how you didn't have any reason to -- I'm

19   just trying to figure out what you searched.  So you

20   didn't search texts, you didn't search WhatsApp,

21   right?

22      A     Can you give me a moment while I put in my

23   charger?

24      Q     Yes.  Absolutely.  Absolutely.

25      A     Thank you.
```

```
                                         Page 181

 1           THE WITNESS:  Okay, sorry about that.  Could

 2       you repeat the --

 3           MR. DANON:  Got to make sure you are

 4       charging.

 5   BY MR. DANON:

 6       Q    I think I was saying, I just wanted to

 7   confirm, from what I understand, that you did not

 8   undertake any searches in WhatsApp or your text

 9   messages?

10       A    That's correct, because it is only family

11   members, and we don't text stocks or anything, so I

12   didn't have any reason to search.

13       Q    And the same would hold true as far as you

14   didn't search any of your mom's texts?

15       A    That's correct.

16       Q    Okay.

17           When you did search your e-mails, how did

18   you go about searching?  Did you put in specific

19   terms, or did you have a special folder where you had

20   preserved messages?

21       A    The only reason why I searched the e-mail

22   was because I knew that Robinhood had sent a message

23   one time, so I just wanted to retrieve that particular

24   message.  And I just searched "Robinhood" or -- and I

25   looked throughout the e-mails to see if there's
```

                                               Page 182

1    anything, so I texted most -- I searched "Robinhood"
2    and maybe "stock," but...
3         Q    As far as the terms that you put into the
4    search --
5         A    Yeah, I don't recall what else I placed in,
6    but I believe those are the two main ones that I typed
7    in.  I don't recall the rest, if I typed anything
8    else.
9         Q    You said that -- you said Robinhood had sent
10   you an e-mail?  Did you personally receive an e-mail
11   from Robinhood?
12        A    No.
13        Q    So then when you mentioned about an e-mail
14   being received and searching for it, was that an
15   e-mail sent to your mother?
16        A    An e-mail sent to her?
17        Q    Yeah, the e-mail that you said that they
18   sent, and you were searching for in the box --
19        A    Oh, yeah.
20        Q    -- who was that email sent to?
21             (Simultaneously speaking.)
22        A    Yes, they sent it to her e-mail.
23        Q    So in addition to searching her e-mails, did
24   you search your own personal e-mails?
25        A    There wasn't anything sent to my e-mail.

Page 183

1    Plus an e-mail that she doesn't really use.  It is

2    mostly for trading.  That's where mostly -- so it's

3    not her personal.  It is for trading and getting

4    information.  So she has a separate personal e-mail.

5         Q    Okay.  Just so I can be clear.  Your mother

6    has, what you are saying, is two e-mail accounts?

7         A    That's correct.  She has a personal one, and

8    the other one that I get the messages from Robinhood,

9    that's the one I get for messages for Robinhood.

10        Q    And what are those e-mail addresses?

11        A    The e-mail address that Robinhood sent it to

12   is the ███████████████████████  As for her

13   personal one, I don't have it right now on me, but...

14        Q    Okay.  But you can provide that

15   subsequently?

16        A    That's correct.

17        Q    And then you have your own personal e-mail

18   address, right?

19        A    Yes, that's correct.

20        Q    Okay.  So when you did the search in

21   connection with this request, I just want to get a

22   clear understanding as to which e-mail in-boxes you

23   searched.  You searched your mother's e-mail that you

24   just gave us, the Yahoo one?

25        A    That's correct.

Page 184

1        Q     Did you search her personal e-mail?

2        A     It couldn't have been on her personal

3    e-mail.  That's something that Robinhood doesn't have,

4    or any stock information.  That's just on that e-mail.

5        Q     So just the record is clear, you did not

6    undertake a search of her personal in-box?

7        A     No, it wouldn't have been there.

8        Q     And did you undertake a search of your

9    personal in-box?

10       A     My personal?  They wouldn't have my e-mail.

11       Q     So you did not search your personal in-box,

12   either, right?

13       A     I don't normally have anything in regards to

14   stock.  Only exchanges between my attorneys and

15   myself, but nothing else.

16       Q     But, again, my question -- just to be clear,

17   you didn't search it.  Regardless of whether you think

18   there is no information in there or not, you did not

19   search it?

20       A     Ah, no.

21       Q     And when you did search your mother's

22   in-box, the search you ran was "Robinhood" and --

23       A     I don't recall exactly what, but I do know I

24   typed in "Robinhood," and maybe "stock," but I don't

25   recall the exact terms that I used.

                                                  Page 185

1          Q     Did you limit any -- the search by any time

2     frame?

3          A     No.  I don't recall there being limits; I

4     don't recall.

5          Q     And do you know whether or not your mom's

6     e-mail in-box is also being preserved?

7          A     Could you repeat that?

8          Q     Do you know whether or not your mom's e-mail

9     in-box or e-mail box is being preserved in connection

10    with events alleged in this lawsuit?

11         A     Do you mean if they are not being deleted,

12    the e-mails?

13         Q     Yes.

14         A     Yes, they are still there.

15              MR. DANON:  All right.  If you give me a

16         couple of minutes, I think we're going to wrap

17         up, Ms. Bernard.  Just give me one -- I think we

18         don't even have to go off the record, if you can

19         just give me one minute here.

20              THE WITNESS:  Okay.

21              (Recess was taken.)

22    BY MR. DANON:

23         Q     Thanks, Ms. Bernard.

24              I have one other question that would go back

25    to Exhibit 101, which is the certification that you

Page 186

1    signed yesterday.  And then if you could quickly look

2    up Schedule A in that certification.

3         A    Okay.

4         Q    I don't know if you were able to pull it up

5    from before.  You have a hard copy.  I'm not sure.

6    Whatever is easier.

7         A    I don't have a hard copy.  I just have it on

8    the phone.  Let's see if I can --

9         Q    That's good.

10        A    Is there a way that you can resend it?

11        Q    Yeah, that's the certification that you

12   signed yesterday.

13        A    Okay.

14        Q    Yeah, that's Exhibit 101.  We can resend

15   right now.  Yeah.

16        A    Okay.  Thank you.

17        Q    And then we'll resend both and load the

18   e-mail.  It is already loaded.  Yeah.

19             Did you get it?

20        A    Yes, I do see it.  I'm going to click.

21        Q    So my question goes to Schedule A of Exhibit

22   101, which is the certification dated 4/4/2023.  Do

23   you see that in the -- there's two columns.  In the

24   purchases column you have transactions dated

25   February 3, 2021.  There's a series of transactions on

Page 187

1    AMC.  Do you see that?

2        A    That's correct.

3        Q    Okay.  And on the second column to the

4    right, under "Sales," there are a series of

5    transactions identified starting February 2, 2021, and

6    ending with a Nokia transaction dated February 3,

7    2021.

8            Do you see those?

9        A    That's correct.

10       Q    And I just want to confirm that during the

11   time that you placed these orders, you were aware of

12   the restrictions that Robinhood had in place regarding

13   AMC and Nokia stock, correct?

14       A    That's correct.

15           MR. DANON:  Okay.  Thank you.

16           Mr. Rosen, with that, we are wrapped up.

17           MR. ROSEN:  Okay.  Great.  I don't have any

18       questions.

19           Thank you very much, Ms. Bernard, for your

20       time.

21           MR. DANON:  Thank you, Ms. Bernard.  Thank

22       you very much.  And have a good rest of your day.

23           THE VIDEOGRAPHER:  This concludes the video

24       recorded deposition of Ms. Ava Bernard.  We are

25       off the record at 4:36 p.m.  Thank you very much.

```
                                              Page 190

  1    LAURENCE M. ROSEN, ESQ.

  2    LRosen@rosenlegal.com

  3                        April 13, 2023

  4    RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

  5        4/5/2023, Ava Bernard (#5849883)

  6        The above-referenced transcript is available for

  7    review.

  8        Within the applicable timeframe, the witness should

  9    read the testimony to verify its accuracy. If there are

 10    any changes, the witness should note those with the

 11    reason, on the attached Errata Sheet.

 12        The witness should sign the Acknowledgment of

 13    Deponent and Errata and return to the deposing attorney.

 14    Copies should be sent to all counsel, and to Veritext at

 15    cs-ny@veritext.com.

 16

 17        Return completed errata within 30 days from

 18    receipt of testimony.

 19        If the witness fails to do so within the time

 20    allotted, the transcript may be used as if signed.

 21

 22                    Yours,

 23                    Veritext Legal Solutions

 24

 25
```