# Exhibit 2

Page 1

1

2               IN THE UNITED STATES DISTRICT COURT

           FOR THE SOUTHERN DISTRICT OF FLORIDA

3                 CASE NO. 1:21-MD-2989-CMA

4    IN RE:                        :

                                   :

5    JANUARY 2021 SHORT           :

     SQUEEZE TRADING               :

6    LITIGATION                    :

                                   :

7    ------------------------    :

8

9                  ** CONFIDENTIAL **

10         VIDEOTAPE DEPOSITION VIA ZOOM OF:

11              SANTIAGO GILL BOHORQUEZ

12              FRIDAY, APRIL 28, 2023

13

14

15

16

17

18

19

20

21

22

23

24   REPORTED BY:

25   SILVIA P. WAGE, CCR, CRR, RPR

```
                                              Page 2

 1

 2                                    April 28, 2023

 3                                    3:08 p.m. Serbian

 4

 5               Videotape deposition via Zoom of

 6    SANTIAGO GILL BOHORQUEZ, pursuant to agreement

 7    before SILVIA P. WAGE, a Certified Shorthand

 8    Reporter, Certified Realtime Reporter, Registered

 9    Professional Reporter, and Notary Public for the

10    States of New Jersey, New York and Pennsylvania.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1
 2   A P P E A R A N C E S:
 3
     THE ROSEN LAW FIRM
 4   Attorneys for Plaintiffs
     275 Madison Avenue, 40th Floor
 5   New York, New York  10016
     (212) 686-1060
 6   PKim@rosenlegal.com
     BY:  PHILLIP KIM, ESQ.
 7
 8   CRAVATH SWAINE & MOORE LLP
     Attorneys for Defendants
 9   825 Eighth Avenue
     New York, New York  10019
10   (212) 474-1000
     SCohen@cravath.com
11   MVincent@cravath.com
     BY:  SCOTT COHEN, ESQ.
12   BY:  MEGAN VINCENT, ESQ.
13
14   A L S O   P R E S E N T:
15
     MARK FRIEDMAN
16   VIDEOGRAPHER
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2                         I N D E X
 3   WITNESS:  SANTIAGO GILL BOHOROQUEZ              PAGE
 4   EXAMINATION BY MR. COHEN                        9
 5
                         E X H I B I T S
 6
      NO.                  DESCRIPTION               PAGE
 7   Exhibit 268    copy of Mr. Gill's curriculum    19
                    vitae
 8   Exhibit 269    copy of Mr. Gill's December      45
                    2020 account statement for
 9                  CredicorpCapital P00002761 to
                    P00002763 marked Confidential
10   Exhibit 270    copy of Mr. Gill's December      50
                    2020 account statement for
11                  Grupo Bancolumbia Capital
                    P00002776 to P00002780 marked
12                  Confidential
     Exhibit 271    copy of Mr. Gill's December      84
13                  2020 account statement for TD
                    Ameritrade P00002114 to
14                  P00002119 marked Confidential
     Exhibit 272    Exhibit A Mr. Gill's            95
15                  Certification dated 11/29/21
                    and attachment
16   Exhibit 273    Exhibit A Mr. Gill's            97
                    Certification dated 4/17/23
17                  and attachment
     Exhibit 274    copy of Mr. Gill's January      104
18                  2021 account statement for TD
                    Ameritrade P00002120 to
19                  P00002127 marked Confidential
     Exhibit 275    Twitter thread P00001326 &      117
20                  P00001327 marked Confidential
     Exhibit 276    different Twitter threads       136
21                  with no Bates
     Exhibit 277    Ameritrade announcement         144
22                  entitled, "Security Impacts
                    Related to Market
23                  Conditions,"
     Exhibit 278    copy of Mr. Gill's February     160
24                  2021 account statement for
                    Ameritrade P00002128 to
25                  P00002135 marked Confidential
```

Page 5

1

2                     E X H I B I T S

3    NO.                 DESCRIPTION                PAGE

4   Exhibit 279   copy of Mr. Gill's March 2021    167
                  account statement for
5                 Ameritrade P00002136 to
                  P00002142 marked Confidential
6   Exhibit 280   history of playlist of           193
                  YouTube videos produced by
7                 Mr. Gill

8

                 PREVIOUSLY MARKED EXHIBITS

9

     NO.                 DESCRIPTION                PAGE

10

    Exhibit 2     2/27/23 letter from The Rosen     27
11                Law Firm to the Cravath Law
                  Firm and attachment

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

```
 1
 2                              -   -   -
 3                  DEPOSITION SUPPORT INDEX
 4                              -   -   -
 5
 6    Direction to Witness Not to Answer
      Page Line
 7
       99        23
 8    103        11
      122        18
 9
10    Request for Production of Documents
      Page Line
11
12
13    Stipulations
      Page Line
14
15
16    Question Marked
      Page Line
17
18
19    Reservation
      Page Line
20
21
22    Motion to Strike
      Page Line
23
24
25
```

```
                                            Page 7
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                  THE VIDEOGRAPHER:  Good morning.  We
 3      are going on the record at 3:08 p.m. local Serbia
 4      time on Friday, April 28, 2023.
 5                  Please note that this deposition
 6      success conducted virtually.  Quality of the
 7      camera -- quality of the recording depends on the
 8      quality of the camera and Internet connections of
 9      all participants.
10                  What is heard from the witness and
11      seen on the screen is what will be recorded.
12                  Audio and video recording will
13      continue to take place, unless all parties agree
14      to go off the record.
15                  This is Media Unit 1 of the video
16      recorded deposition of Santiago Gill in the
17      matter of January 2021 Short Squeeze Trading
18      Litigation.
19                  This case is filed in the United
20      States District Court, Southern District of
21      Florida, Case No. 1:21-MD-2989-CMA.
22                  My name is Marc Friedman.  I'm the
23      your Certified Video Legal Specialist.  Your
24      Court Reporter is Silvia Wage.  And we are both
25      from the firm of Veritext Legal Solutions.
```

```
                                                    Page 8
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                  I am not related to any parties in
 3      this action, nor financially interested in the
 4      outcome.  If there are any objections to these
 5      proceedings, please state them at the time of
 6      your appearance.
 7                  Counsel will now state their
 8      appearances and affiliations for the record
 9      beginning with the noticing attorney.
10                  MR. COHEN:  Scott Cohen from Cravath
11      Swaine & Moore on behalf of the Defendants.  And
12      I'm joined here by Megan Vincent also of Cravath.
13                  MR. KIM:  This is Phillip Kim, Rosen
14      Law Firm, Counsel for Mr. Gill and other
15      Plaintiffs.
16                  THE VIDEOGRAPHER:  Would the Court
17      Reporter please swear in our witness and we can
18      proceed.
19                  THE STENOGRAPHER:  Mr. Gill, if you
20      can please raise your right hand.
21      SANTIAGO GILL BOHOROQUEZ,
22         ██████████████████████████████  after having
23         been duly sworn, was examined and testified
24         as follows:
25                  THE STENOGRAPHER:  Thank you.
```

```
                                                    Page 9
```

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2                You may proceed.

 3     EXAMINATION BY MR. COHEN:

 4          Q.  Good morning, sir.

 5          A.  Good morning.

 6          Q.  My name is Scott Cohen.  I'm an

 7     attorney from Cravath Swaine & Moore and we

 8     represent the Defendants in this case.

 9                Could you please state your full name

10     for the record?

11          A.  Santiago Gill Bohorquez.

12          Q.  Okay.  And just a few minutes before

13     you said that you preferred to be called Mr. Gill

14     or Gill is your preferred last name?

15          A.  Yes.

16          Q.  And what is your current address, Mr.

17     Gill?

18          A.  ████████████████████████████████████████

19     ██████████████████████████████████████████████████

20     ██████████████████████████████

21          Q.  And you speak English fluently?

22          A.  Yes, I do.

23          Q.  Have you ever been deposed before?

24          A.  No, I haven't.

25          Q.  Okay.  In that case, I'm just going

```
                                              Page 10
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    to go over a few preliminary matters before we
 3    get to things.
 4         A.   Correct.
 5         Q.   Do you understand you've been sworn
 6    in and the testimony that you are giving today is
 7    given under oath?
 8         A.   Yes, for sure.
 9         Q.   Is there any reason you cannot give
10    complete truthful testimony today?
11         A.   No, not at all.
12         Q.   Do you have any condition that would
13    prevent you from having an accurate recollection
14    or from giving true and complete testimony today?
15         A.   No, not at all.
16              I have a thing in my lung, so I might
17    cough during the deposition, but it's like
18    normal; just in case.
19         Q.   Okay.  Do you have any memory
20    problems?
21         A.   No.
22         Q.   The Court Reporter is taking down
23    everything we say.  So it's important that you
24    provide verbal responses to any questions you're
25    asked.
```

```
                                              Page 11
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2               Do you understand?
 3          A.  Yeah, for sure.
 4          Q.  So say yes or no rather than nodding
 5     or shaking your head.
 6          A.  Yes.
 7          Q.  Also, during the course of the
 8     deposition, your Counsel might object to the form
 9     of a question that I ask.  That objection is just
10     for the record and you should proceed to answer
11     the question, if you can.  Unless your Counsel
12     instructs you, specifically, not to answer the
13     question on the basis of privilege.
14               Do you understand?
15          A.  Yes.
16          Q.  And if you don't understand the
17     question I ask, please just let me know and I'll
18     rephrase or clarify so that you can understand
19     it.
20               Does that make sense?
21          A.  Yes.
22          Q.  And if you don't hear a question
23     fully, same thing, ask me to repeat myself and I
24     will be happy to do so.
25          A.  Perfect.
```

```
                                            Page 12

 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2              Q.  Also, if you would please allow me to

 3      finish the questions I ask before you start

 4      answering.  I'll be sure to let you finish your

 5      answer before I ask the next question and that's

 6      just so that the record remains clear.

 7              Does that make sense?

 8              A.  Yes.

 9              Q.  And if you need to take a break at

10      anytime, just let me know and we'll try to make

11      that happen.  And I only ask that you don't ask

12      to take a break while there is a question still

13      pending.

14              A.  Yes.

15              Q.  So you said you're in Serbia right

16      now?

17              A.  Yes.

18              Q.  But you're from Columbia, right?

19              A.  I am from Columbia, yes.

20              Q.  Have you ever been to the United

21      States?

22              A.  Yes.

23              Q.  When?

24              A.  I've been many times.  I've been --

25      since I was a little kid, I've been going, at
```

```
                                              Page 13
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     least, twice a year.
 3          Q.   Where do you usually come?
 4          A.   To Miami, actually, most of the time.
 5          Q.   To visit family?
 6          A.   Just to sometimes to see family,
 7     sometimes to see friends, sometimes just visiting
 8     around, sometimes business.
 9          Q.   When you made your stock trades, are
10     you usually in Columbia?
11          A.   Yes, most of the time.
12          Q.   Is there anybody else in the room
13     with you, by the way?
14          A.   No.
15          Q.   And are you in a hotel room?
16          A.   I'm in an apartment I rented.
17          Q.   And are you communicating with
18     Counsel electronically in any way right now?
19          A.   No.
20          Q.   Did you take any steps to prepare for
21     your deposition today?
22          A.   Can you repeat that question?
23          Q.   Did you take any steps to prepare for
24     your deposition?
25          A.   Yes, sure.
```

```
                                              Page 14
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.   What did you do?
 3          A.   I had a meeting with my lawyers two
 4     times in the week.  I saw some documents, yeah,
 5     the ones in the case and, basically, that's it.
 6          Q.   So who did you meet with?
 7          A.   I was meeting with Phil and another
 8     two guys from the firm.
 9          Q.   And you said you met twice earlier
10     this week?
11          A.   Yes.
12          Q.   Do you remember which days?
13          A.   Yesterday and the day before.
14          Q.   So Wednesday and Thursday?
15          A.   Yes.
16          Q.   And about how long were those
17     meetings?
18          A.   Like two hours, an hour, two hours,
19     more or less.
20          Q.   So was anybody else in the meeting
21     with you besides yourself and Counsel?
22          A.   No, you know, just us.
23          Q.   And you said that you reviewed
24     documents, right?
25          A.   Uh-huh.
```

```
                                             Page 15
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           Q.   And that was to just make sure that
 3      your memory was correct about the events relevant
 4      to this case?
 5                MR. KIM:  Objection, vague.
 6           A.   Yeah, I saw the documents on the
 7      case, yeah, just to see the general things about
 8      the case.
 9           Q.   And did that jog your memory about
10      the events of this case?
11           A.   Yeah, it helped.
12           Q.   Okay.  Do you know which specific
13      documents those were?
14           A.   Mostly the complaint.  Yeah, we saw
15      the other documents but mostly the complaint.
16      The Certification we saw as well.
17           Q.   Okay.  And that's the Certification
18      that was served that shows the trades you made
19      during the stock period?
20           A.   Yes.
21           Q.   Did you speak with anybody else at
22      anytime in preparing for this deposition?
23           A.   No, not at all.
24           Q.   Did you take any other preparatory
25      steps for this deposition?
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          A.   The other matters are attorney

3     privilege with The Rosen Law Firm.

4          Q.   Yeah, to be clear, I'm not asking you

5     what you discussed with your attorneys.

6               I'm asking, for instance, did you

7     read any deposition transcripts from previous

8     depositions?

9          A.   No.

10         Q.   Did you speak with other named

11    Plaintiffs about their depositions?

12         A.   No.

13         Q.   Have you discussed this lawsuit at

14    all with anybody else other than your lawyers?

15         A.   No.

16         Q.   You said you've never been deposed

17    before; is that in any proceeding or just in an

18    American proceeding?

19         A.   No, not at all.  Not in Columbia, not

20    in the US.

21         Q.   Have you ever been involved in a

22    legal proceeding in any way?

23         A.   Not that I recall.

24         Q.   So, for example, were you ever a

25    plaintiff suing somebody else?

```
                                         Page 17
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2             A.   No, not that I recall.
 3             Q.   Have you ever been sued?
 4             A.   Not that I recall.
 5             Q.   Have you ever acted as a witness in a
 6     case that you weren't either suing someone or
 7     being sued?
 8             A.   No, not that I recall.
 9             Q.   So it stands to reason that you've
10     never been a class representative before,
11     correct?
12             A.   That's correct.
13             Q.   And could you please just tell me
14     about your background and education please?
15             A.   Sure.  I work with IT.  I have
16     studies in IT in Columbia.  I did a Bachelor's
17     and the Master's for IT.  And I did Master's as
18     well in innovation, yeah.  And I have around
19     17 years of experience in IT.
20             Q.   Okay.  And where did you receive
21     those degrees?
22             A.   The three main ones in Columbia and
23     the second Master in Spain, in Barcelona.
24             Q.   Okay.  So, in Columbia, it was at Los
25     Andes University?
```

```
                                            Page 18
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           A.   Yes.
 3           Q.   And your main educational background
 4    is in something called a systems engineer?
 5           A.   Yes.
 6           Q.   And is that the same thing as IT?
 7           A.   Yes.  Yes, that's how it is called in
 8    Columbia, in that university, specifically.
 9           Q.   So what is it that a systems engineer
10    does?
11           A.   Basically, we design IT systems,
12    yeah, in all the phases that it has and all the
13    kind of different systems that there exists.
14           Q.   And so you first received your
15    Bachelor's in 2005?
16           A.   Uh-huh, yes.
17           Q.   And then you received your Master's
18    in systems engineering in 2009?
19           A.   Yes.
20           Q.   And your Master's in innovation
21    strategy and entrepreneurship in Barcelona, as
22    you were saying, in 2014?
23           A.   Yes.
24           Q.   And what was that Master's?
25           A.   Hum?  What was the question?
```

```
                                              Page 19
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.  I'm sorry, yes.
 3               What was that Master's degree?
 4          A.  It is about techniques for innovation
 5     and entrepreneurship.  It included a project on
 6     entrepreneurship.
 7               MR. COHEN:  Okay.  Let's mark Tab 4.
 8          Q.  Are you set up with Exhibit Share?
 9          A.  Can you repeat the question?  What is
10     that?
11               MR. KIM:  Yeah, he's -- Santiago,
12     you've got that Exhibit Share link, right, where
13     they're going to show you documents?
14               THE WITNESS:  Yes, I have it.
15               MR. KIM:  They just put something in
16     the -- in your folder, an exhibit called 268.
17               Is that right, Scott?
18               THE WITNESS:  Yes, I'm seeing it.
19               (Deposition Exhibit 268, copy of Mr.
20     Gill's curriculum vitae, was marked for
21     identification.)
22          Q.  Okay.  And what is this document?
23          A.  I'll take a look.
24               That is my CV.  Well, a version of my
25     CV, of course.
```

```
                                                   Page 20
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.  Is this the most updated version of
 3    your CV?
 4          A.  Let me take a look.
 5              It's very close to that.  I have made
 6    some minor adjustments but, yes.
 7          Q.  Okay.  Could you tell me what has
 8    changed from your previous --
 9          A.  I think things with the details of
10    the deduction and the way it's written.
11              THE STENOGRAPHER:  Can you say that
12    again I'm sorry.
13          A.  Details some changes regarding how it
14    is written, some things that are in the CV.
15          Q.  So they're non-substantive?
16          A.  Non-substantive, yeah.
17          Q.  And other than those few minor
18    changes, this fairly and accurately represents
19    your education and work experience?
20          A.  Yes.
21          Q.  Okay.  Do you have any education in
22    finance or economics?
23          A.  Yes.
24          Q.  And what is that?
25          A.  I -- I started finance, everything
```

```
                                               Page 21

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     related to finance in 2020 and I have made three
 3     courses on finances and I operate the markets
 4     since 2020, around three years, two years and a
 5     half.
 6          Q.  And when in 2020 was that that you
 7     started this company [sic]?
 8          A.  In April.
 9          Q.  April 2020.
10               And what do you do when you say you
11     "operate the markets"?
12          A.  Okay.  I invest in the markets.  I
13     invest in both the Columbian market, the
14     Columbian Stock Exchange and the US Stock
15     Exchange.
16          Q.  Okay.  Do you know what "market
17     efficiency" means?
18          A.  I have an idea, yes, of the term.
19          Q.  What is your understanding of that
20     term?
21          A.  It's that the market, like, it puts
22     on the price what is happening on the reality.
23     That's like a rough idea I have.
24          Q.  And by "reality," do you mean
25     information --
```

1       CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2       A.  Yes.

3       Q.  -- about a company?

4       A.  Information regarding the macro

5  economics, the companies and et cetera.

6       Q.  And what do you mean by "et cetera"?

7       A.  Well, there are many things, like,

8  that impact the market, like all the --

9  macroeconomics drops in the market, all the

10  indicators, other indicators, yeah, other

11  equities that are being negotiated and the things

12  happening in the reality, yes.

13       Q.  And you said since April 2020, when

14  you started this company [sic], you educate

15  people on --

16       A.  No, I don't educate.  I just took

17  some courses.  But I'm not a trainer.

18       Q.  Where did you take those courses?

19       A.  One of them, the first one was in a

20  school -- yeah, a firm in Columbia called Arena

21  Alpha, which is an education institution in

22  Columbia.  I took another course in the Columbian

23  Stock Exchange.  They offered courses, yeah.  I

24  took other course in Udemy, yeah, about the US

25  stock market.  And that's, basically, it.

```
                                        Page 23
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.  And this document also notes that
 3    from July 2020 to the present you have been
 4    employed by SuperNat Retail in Bogota.
 5          A.  Yes.
 6          Q.  Is that still correct?
 7              THE STENOGRAPHER:  I think he froze.
 8          A.  Can you repeat the question please?
 9          Q.  Do you still work for SuperNat
10    retail?
11          A.  Yes.
12          Q.  And your job title is Analytics
13    Architect and Financial Operations?
14          A.  Yes.
15          Q.  And what do you do for that?
16          A.  So, basically -- well, it's a company
17    retailer.  We sell natural products and I -- my
18    responsibility is to design the information
19    system so that we have accurate information about
20    the financials of the company.  And then I
21    operate and standardize the process to operate
22    everything related to the financials of the
23    company.
24          Q.  If you look at the second page of
25    your résumé, would you say that the description
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     of your role at SuperNat Retail is correct?
 3          A.  It is correct, yeah.  I will note
 4     that this is CV oriented for IT position.  So all
 5     the description there, under the descriptions
 6     there, are focused on the things related to IT
 7     mostly.
 8          Q.  And so you do things unrelated to IT,
 9     but that's not on this résumé?
10          A.  Let me see again the résumé.
11              I do some other things for them
12     besides what it is written.  It is focused -- the
13     résumé is focused on the IT things.
14          Q.  Do you do anything financed based for
15     them?
16          A.  Yes.  We -- it's -- I go, like,
17     supervise the financial operations of the
18     company, yeah, like the day-to-day activities.
19          Q.  Such as the accounting activity?
20          A.  Yes.
21          Q.  And what does that entail?
22          A.  So we have a group of people, yeah,
23     that run the company.  And, specifically, my team
24     is -- includes the accounting team, yeah.  So,
25     basically, we -- I with the team supervise the
```

Page 25

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     activities are done accordingly to standards.
3          Q.  Do you do any investing on behalf of
4     this company?
5          A.  No.
6          Q.  Okay.  And before you were at
7     SuperNat Retail, you were a digital architecture
8     manager at T&AS?
9          A.  Yes, that was the name of the unit.
10    It was in -- you can see it up, the name of the
11    company is Everis, which it was -- it is part of
12    Entity Data.
13         Q.  And is the description below that an
14    accurate description of your role there?
15         A.  Yes.
16         Q.  And prior to that in 2016 through
17    2019, you were employed as a CTO Architect and
18    co-founder of Wide Sports?
19         A.  Yes, that is correct.
20         Q.  What did you do at Wide Sports?
21         A.  I was, basically, leading the company
22    technically from the IT point of view and I was
23    the co-founder for that.  So I with the team, we
24    designed the architecture for that platform and
25    developed and put it to operation.

Page 26

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1

2      Q.  And why did you start this business?

3      A.  Well, basically, because I saw an

4  opportunity on that.  That business is now

5  stopped.  I actually -- I stopped it because of

6  the pandemics; so no events.

7      Q.  You stopped this in 2019?

8      A.  No, in 2020, when the pandemic start.

9      Q.  Okay.  Who are your other

10  co-founders?

11      A.  A friend in Columbia.

12      Q.  And your résumé says that your hobby

13  include being an independent investor?

14      A.  Yes, I am.

15      Q.  What do you mean by that?

16      A.  That I invest in the markets, yeah,

17  and follow the markets, yes.

18      Q.  And it's a hobby, so you enjoy doing

19  that?

20      A.  I enjoy doing that, yes.

21      Q.  How did you first learn about

22  investing?

23      A.  I first learned from some courses I

24  took in Columbia and the courses I told you

25  before.

```
                                                Page 27

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2            Q.   With the Arena Alpha?
 3            A.   Arena Alpha, yes, and the Stock
 4     Market Exchange in Columbia and another course in
 5     Udemy.
 6            Q.   I want to show you what's been
 7     previously marked in this case as Exhibit 2.
 8                 (Deposition Exhibit 2, 2/27/23 letter
 9     from The Rosen Law Firm to the Cravath Law Firm
10     and attachment, was previously marked for
11     identification.)
12                 MR. KIM:  Is it in there yet?  I
13     don't see it.
14                 THE WITNESS:  I don't see it either.
15                 MR. KIM:  Oh, there we go.
16            Q.   Do you have that up, sir?
17            A.   Let me review it please.
18                 I don't have that document, but it
19     has some information that I send to the -- to my
20     lawyers, yeah, about my, yeah, social media
21     accounts.
22            Q.   But you've never seen this document
23     before?
24            A.   I don't recall.
25            Q.   Did your Counsel ever reach out to
```

```
                                                   Page 28
  1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
  2     you to ask you which social media platforms you
  3     were on?
  4              A.   Yes.
  5              Q.   And so, if you would turn to your
  6     name, do you see on Page 2?
  7              A.   Yes.
  8              Q.   Are these the only social media
  9     accounts you have now?
 10              A.   Yes.
 11              Q.   And it looks like it also goes on to
 12     Page 3.
 13              A.   Yes.
 14              Q.   Are these the only social media
 15     accounts you've ever had?
 16              A.   Yes.
 17              Q.   So your YouTube account is
 18     ██████████████████?
 19              A.   Yeah, the thing is that ID is
 20     automatically generated.  So I don't know it by
 21     hard.  The YouTube account is associated with the
 22     -- with my e-mail, the e-mail you have been using
 23     to reaching me out.
 24              Q.   And what e-mail is that?
 25              A.   It's ██████████████████████████
```

```
                                              Page 29
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.   Okay.  So is your YouTube account
 3    private, as far as you know?
 4          A.   Yes.
 5          Q.   And how frequently do you use it?
 6          A.   Everyday.
 7          Q.   And have you been using it everyday
 8    since, at least, December 2020?
 9          A.   Yes.
10          Q.   And what do you use it for?
11          A.   I use it to watch videos -- videos.
12          Q.   About in particular?
13          A.   Well, about everything, basically,
14    about sports, about hobbies, about investments.
15    Yeah, that's it.
16          Q.   Do you ever delete anything off of
17    YouTube?
18          A.   Not that I recall.  I usually don't
19    do it.
20          Q.   And going to the next one, is this
21    your Twitter handle?
22          A.   Yes.
23          Q.   ███████████████
24          A.   Yes.
25          Q.   And is that your only Twitter
```

```
                                                    Page 30
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      account?
 3              A.   Yes.
 4              Q.   About how frequently do you use it?
 5              A.   I basically -- I would say everyday
 6      or every two days, I watch Twitter.
 7              Q.   And for about how long?
 8              A.   It's difficult to say; about an hour.
 9      I see, basically, news on that.
10              Q.   And had you been engaging on Twitter
11      everyday or twice a day since around
12      December 2020?
13              MR. KIM:  Objection, vague.
14              A.   I mainly watch Twitter.  I don't post
15      that much, yeah.  So but, yeah, I use it for
16      reading.
17              Q.   And you used it for reading going
18      back to, at least, December 2020?
19              A.   Mostly for reading.  I post from time
20      to time but not much.
21              Q.   When you post, would you say it's for
22      something more important?
23              A.   No.  I don't post because I don't
24      have the time and I don't use it for any specific
25      purpose.  But sometimes I like to comment.
```

```
                                                       Page 31

 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    That's it.  But not views in particular, no
 3    objective in particular.
 4         Q.  Alright.  The next one down is your
 5    Facebook account, right?
 6         A.  Yes.
 7         Q.  And this is the accurate --
 8         A.  Yes.
 9         Q.  -- address?
10             How often do you use Facebook?
11         A.  I would say, yeah, everyday, every
12    two days depending on the things I need.
13         Q.  And that account is private too,
14    correct?
15         A.  Yes, it's private.
16         Q.  Do you ever delete posts off your
17    Facebook account?
18         A.  Not that I recall, no.
19         Q.  Did you ever delete any -- sorry.
20         A.  Maybe, but not that I recall.
21    Nothing that I recall, to be honest.
22         Q.  Do you ever delete anything off your
23    Twitter?
24         A.  Not that I recall.  I don't post much
25    and I don't -- well, I don't delete as well
```

```
                                          Page 32
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    either.
 3            Q.  Do you ever post on Twitter or
 4    Facebook about investing?
 5            A.  Not much.  Sometimes I comment.  Some
 6    people post things about investing, but, yeah,
 7    not much, yeah.  I don't have the time to do it.
 8            Q.  When you do your reading on Twitter,
 9    do you look at investment information ever?
10            A.  Yeah, sometimes I look for investment
11    like a status of the market, mostly information
12    and news.  But that's, like, the main idea of it,
13    besides news on the -- mostly in Columbia.
14            Q.  And this last account is your
15    Instagram, right?
16            A.  Yes.
17            Q.  And that's your handle is ████████████
18            A.  Yes.
19            Q.  How often do you use that?
20            A.  More or less the same frequency as
21    the other; everyday or every two days.
22            Q.  And that was the same in
23    December 2020 as it is now?
24            A.  I think, yes, as I recall.
25            Q.  Do you ever delete posts off of that?
```

```
                                        Page 33

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          A.   No.  And I don't post much at all,
 3     maybe a couple but nothing, nothing much.
 4          Q.   And you said you never had any social
 5     media accounts other than these, correct?
 6          A.   Not that are active, as I recall.
 7          Q.   What about accounts that are no
 8     longer active but that you had before?
 9          A.   Hmm.  I have to -- I don't recall.
10     For example, I had something like on Messenger,
11     but that's inactive; long time ago.  But I don't
12     recall.
13          Q.   That's Facebook Messenger?
14          A.   No, that's the Microsoft Messenger.
15          Q.   Did you ever have a Reddit account?
16          A.   No.
17          Q.   No TikTok account?
18          A.   No.
19          Q.   Or Twitch?
20          A.   (No response.)
21          Q.   Okay.
22               THE STENOGRAPHER:  I'm sorry, your
23     answer?  I didn't hear an answer.
24          A.   Sorry; no.
25          Q.   We noted before that your résumé said
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     that one of your hobbies was as an independent
 3     investor, correct?
 4          A.  Yes.
 5          Q.  And, generally speaking, how would
 6     you describe your level of experience in
 7     investing?
 8          A.  From one to ten, I would say six.
 9          Q.  When did you first start investing in
10     the stock market?
11          A.  In April 2020.
12          Q.  And how did you first start
13     investing?
14          A.  I started and I took some courses,
15     some institutions in Columbia with the Arena
16     Alpha.  That's one of the courses I took.  The
17     stock market exchange, I took another course
18     there and another one in Udemy.
19          Q.  And did you sign up with a brokerage
20     at that time?
21          A.  Yes.  The first brokers I started
22     using were in Columbia, in Columbia in the stock
23     market in Columbia, which were Valores
24     Bancolumbia and CredicorpCapital.  Later I
25     started with TD Ameritrade.
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.   Why did you open up three different
 3     accounts?
 4          A.   Well, basically, the accounts in
 5     Columbia just trade the stock market in Columbia.
 6     But there are some products that work in the US
 7     market, but I don't like to use them.  But mostly
 8     they operate in the stock market in Columbia.
 9     And TD Ameritrade I use it for, yeah, operating
10     the US market.
11          Q.   Do you invest in a company called
12     Avianca?
13          A.   Yes.
14          Q.   Is that one of your larger holdings?
15          A.   It's a -- it was, yeah, at that time.
16          Q.   At what time?
17          A.   Around the 2020, as I recall.
18          Q.   Do you remember how big your position
19     in Avianca was?
20          A.   It was big, as I recall.  But I don't
21     remember the specifics.
22          Q.   Okay.  Were -- is that a publically
23     traded company?
24          A.   It was at that time, yes.  Right now
25     I don't know, because they were sold to another
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     company.  I haven't followed much Avianca since
 3     then.
 4          Q.  Okay.  About how much time today do
 5     you spend investing?
 6          A.  It depends on the day.  But I would
 7     say one hour daily, something around that.  But
 8     it depends on the day.
 9          Q.  And what about in December 2020 and
10     January 2021?
11          A.  Around that, maybe a bit more.  I
12     would say two hours, three hours.  It all depends
13     on the market.
14          Q.  What made you interested in starting
15     to invest in 2020?
16          A.  Well, basically, I started because of
17     the pandemic.  My thinking was that even before
18     going -- starting in investing, my feeling was
19     that there was a lot of opportunities brought by
20     the pandemic, in terms of the stock market.  So
21     that was my feeling before starting.  So I
22     started with that.  That made me start with the
23     courses and all the things I have told you
24     before.
25          Q.  And what were the opportunities you
```

```
                                            Page 37
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     saw in the stock market during the pandemic?
 3          A.  Well, basically, that was my -- my
 4     feeling before starting.  When I started
 5     investing, I started investing in the Columbian
 6     market and many companies were very undervalued.
 7     So that's why -- well, I got into investing.
 8              The companies that were interesting
 9     were Avianca, as you mentioned, and other in
10     Columbia.
11          Q.  What do you mean by, "they were
12     undervalued"?
13          A.  The price that was in the stock
14     market was lower than the real value of the
15     companies I was seeing.
16          Q.  What did you base the "real value of
17     the companies" on?
18          A.   I, basically, do all my investing
19     based on value investing, yeah.  I see the
20     financials and I see as well the real operation
21     of the company.  I mean, where they are located
22     and all the things happening in the real world
23     besides the statements and the indicators.
24          Q.  So, when you think that a company is
25     "undervalued," you're thinking that the stock
```

```
                                                  Page 38
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    market price does not correctly reflect the
 3    information that's publically available about the
 4    company's financials and its operations?
 5              MR. KIM:  Objection, vague.
 6          A.  Yeah, I do an analysis to see the --
 7    how it is the price compared to its valuation.
 8    And if I see an opportunity that the price will
 9    go up, I invest in it.  I do a plan for that
10    investment and I invest on it.
11          Q.  And do you base your perception of
12    the value of a company on anything except
13    publically available information?
14          A.  Yeah, about the information I see
15    about the news and about the -- all the
16    information regarding the company, yes.
17          Q.  And it's only publically available
18    information that you base your idea of the value
19    of the company on?
20          A.  Yes.
21              MR. KIM:  Objection.
22          Q.  You said, "yes"?
23          A.  Yes.
24          Q.  Is that how you would describe your
25    investment philosophy for all stocks you
```

```
                                             Page 39

 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2    purchase?

 3              A.  It's difficult to say that it's "for

 4    all," also.  But that's like my general view of

 5    the stock market.

 6              Q.  Is there any particular industry you

 7    invest in?

 8              A.  No, not any particular.

 9              Q.  You invest in Columbian stocks and

10    American stocks you said, correct?

11              A.  Yes.

12              Q.  And what type of Columbian traded

13    companies do you invest in?

14              A.  I don't recall the specifics.  But,

15    as you mentioned, Avianca, that's one of them.

16    Another one is like Cementos Argos, Grupo Argos,

17    which are companies related to construction, you

18    know, Ecopetrol, a petrol company and, yeah, some

19    others, but I don't recall the specifics.

20              Q.  How would you describe your risk

21    tolerance?

22              A.  I would say medium.

23              Q.  Are there times when you're mostly

24    trusting your intuition when investing in a

25    stock?
```

Page 40

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2              MR. KIM:  Objection, vague.
 3          A.  I would say I do my analysis and I
 4     trust my analysis, yeah, and that's how I try to
 5     operate.
 6          Q.  And what do you mean when you say
 7     that your risk tolerance is "medium" when you're
 8     investing?
 9          A.  Yeah, sometimes the positions go low
10     and I tolerate some level of going down, yeah.
11     And if it's going down -- even though I did the
12     valuation and did the technicals, yeah, sometimes
13     I tolerate that it's going down.  But I -- like,
14     sometimes I prefer to trigger a stop loss, yeah,
15     for that.  But I don't do it on extremes.  If
16     it's going too much, I don't go to extremes.
17          Q.  What factors do you consider when
18     evaluating the riskiness of a certain stock?
19          A.  Well, I see mainly fundamentals.  I
20     see the company, what the company is doing, yeah.
21     And I see news about the company.  And I do
22     technical analysis as well.  I do all these
23     analysis and I analyze the market conditions as
24     well.  Based on this mix I make the decisions.
25          Q.  Do you only invest in stocks?
```

```
                                          Page 41
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2             A.   No.
 3             Q.   Do you also invest in options?
 4             A.   No, I don't invest in options.
 5             Q.   What else?
 6             A.   I invest in real estate.  I have an
 7     investment in Columbian real estate and I invest
 8     in another company that is outside of the stock
 9     market in Columbia.
10             Q.   What kind of real estate do you
11     invest in?
12             A.   Oh, apartments.
13             Q.   So residential?
14             A.   Residential, yes.  Actually, at the
15     moment I only have one apartment.
16             Q.   Have you ever invested on someone
17     else's behalf?
18             A.   No.
19             Q.   For example --
20                  THE STENOGRAPHER:  I didn't catch the
21     answer.
22                  MR. KIM:  He said, "no."
23             A.   No.
24                  THE STENOGRAPHER:  I thought he said
25     something along with that.
```

```
                                              Page 42
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          A.  Yeah, not that I recall.
 3          Q.  Has anybody ever invested on your
 4     behalf?
 5          A.  No.
 6          Q.  Have you ever hired an investment or
 7     a financial adviser?
 8          A.  No.
 9          Q.  Do you talk about investing with
10     friends?
11          A.  Actually, no.  My friends don't
12     invest in the stock market.  I speak about
13     investments that are outside the stock market
14     with friends.
15          Q.  Like --
16          A.  Like real estate -- like real estate,
17     for example.
18          Q.  And now you use multiple brokerages
19     to invest?
20          A.  Yes.
21          Q.  And you use one of them more for the
22     Columbian-listed companies?
23          A.  Yes.
24          Q.  And the other one you use for
25     American-listed companies?
```

```
                                            Page 43
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          A.   Yes, exactly that.
 3          Q.   Which brokerages do you use again?
 4          A.   One is called Valores Bancolumbia,
 5    CredicorpCapital and TD Ameritrade.
 6          Q.   How do you fund these accounts?
 7          A.   With my personal savings.
 8          Q.   Just what you made from your
 9    occupation?
10          A.   Exactly.
11          Q.   And you became an American -- an
12    Ameritrade customer in April 2020?
13          A.   I think it was after, but I don't
14    recall the detail.
15          Q.   So you first became -- you first
16    opened up a brokerage account with the brokerages
17    in which you traded Columbian stocks?
18          A.   Yes, that's correct.
19          Q.   And about how long after that did you
20    open up your Ameritrade account in which you
21    trade American stocks?
22          A.   I don't remember specifics.  I would
23    say around a year, but I don't remember
24    specifics.
25          Q.   And you opened up your Columbian
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     brokerages in April 2020 you said?
 3          A.  Yes.
 4          Q.  So would you agree that you opened up
 5     your Ameritrade account at the end of 2020?
 6          A.  Yeah, around those dates, yes.
 7          Q.  So December 2020?
 8          A.  Around those dates.  I -- I don't
 9     remember the specifics.
10          Q.  And why did you start using
11     Ameritrade?
12          A.  Well, basically, I did an evaluation
13     of different brokers in the US.  And after the
14     evaluation, I decided that TD Ameritrade was the
15     best for my interests.
16          Q.  Do you still use that account?
17          A.  Yes.
18          Q.  How frequently?
19          A.  It depends on the market and it
20     depends on my investments that I have active but
21     daily, twice -- every two days.
22          Q.  And you said you became associated
23     with CredicorpCapital around April 2020?
24          A.  That's correct.
25          Q.  Why did you --
```

```
                                         Page 45
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          A.   I don't remember the exact date I
 3     opened the account with them but around those
 4     dates.
 5          Q.   And you decided to open that when you
 6     first became interested in investing during the
 7     pandemic?
 8          A.   Yes, that's correct.
 9          Q.   How frequently do you use that
10     account?
11          A.   Right now I don't -- I don't use it.
12          Q.   And the late 2020 did you use it?
13          A.   Yes.
14          Q.   About how frequently?
15          A.   Around more or less the same.  It
16     depends on the investments I had; sometimes
17     everyday, sometimes every two days.
18               MR. COHEN:  Let's mark Tab 3.
19               (Deposition Exhibit 269, copy of Mr.
20     Gill's December 2020 account statement for
21     CredicorpCapital P00002761 to P00002763 marked
22     Confidential, was marked for identification.)
23          Q.   Mr. Gill, in your folder you should
24     be seeing Exhibit 269.
25               MR. COHEN:  And, for the record, the
```

Page 46

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    beginning Bates Number of this document is

3    P00002761.

4               MR. KIM:  Is there a question?

5               MR. COHEN:  I'm waiting for Mr. Gill

6    to tell me that he's opened up the document.

7          A.   Yes, I opened, okay, the document.

8          Q.   Do you recognize this document?

9          A.   Yes.

10         Q.   This is a copy of your

11   CredicorpCapital account statement from

12   December 1st, 2020 through December 31st, 2020?

13         A.   Yes, that is correct.

14         Q.   And, according to this page, you had

15   ████████████████████████████████████

16     ██████████████████████████████████

17     ████████████████████████████████████████████

18   ███████████████████████████████

19     ████████████████

20     ████████████████████████████████████████████

21   ████████████████████████████████████

22         A.   Yes, that is correct.

23         Q.   Let's look at the second page?

24         A.   Uh-huh.

25         Q.   Am I correct on December 14th, 2020,

```
                                              Page 47
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      you sold 1200 shares of AO Grupo Argos for 13,400
 3      pesos?
 4              A.   Yes.
 5              Q.   This is a company in the construction
 6      industry?
 7              A.   Yes.  It's a holding --
 8              Q.   Why did you --
 9              A.   (INAUDIBLE DUE TO CROSS-TALK.)
10              THE STENOGRAPHER:  I didn't catch the
11      answer.  I'm sorry.
12              A.   It's a holding company.
13              Q.   And why did you invest in this
14      company?
15              A.   Because -- well, I don't remember the
16      specifics.  It's around two years ago.  But,
17      basically, I used the same thesis, which is I
18      thought it was undervalued based on the
19      fundamentals and the operations of the company.
20      But I don't remember the specifics.
21              Q.   And on December 22nd, 2020, you sold
22      4,756 shares of Ecopetrol?
23              A.   Yes.
24              Q.   And that was for 2,259 pesos per
25      share?
```

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2           A.   Yes, that is correct.

3           Q.   This is a petroleum company, correct?

4           A.   It's correct.

5           Q.   And why did you invest in this?

6           A.   Well, I don't remember the specifics,

7     but it is the same thesis for investment.  I

8     thought it was undervalued at that time and --

9     yes, so I saw an opportunity on that.

10          Q.   And why did you sell at this time?

11          A.   I don't remember the specifics.

12          Q.   Do you usually sell when you perceive

13    that a company is now being valued at what you

14    think it should be valued at?

15               MR. KIM:  Objection, vague.

16          A.   I don't remember the specifics, but I

17    take into consideration a lot of things from the

18    market.  But the specifics are I don't know.  I

19    don't remember.

20          Q.   In general, what are the

21    considerations from the market that you take into

22    account when selling a stock?

23               MR. KIM:  Objection, asked and

24    answered.

25          A.   I see the market, the direction of

```
                                          Page 49
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     the market and the news related to the market and
 3     to the company and based in that, I do an
 4     analysis and I decide the strategy on that.
 5             Q.   And on each trade, it looks like you
 6     pay a commission, right?
 7             A.   Yes, that is correct.
 8             Q.   You also have a Bancolumbia account?
 9             A.   It is called Valores Bancolumbia but,
10     yes.
11             Q.   And you said "Valores"?
12             A.   Valores Bancolumbia, that's the name
13     of the broker.
14             Q.   Thank you.
15                  When did you first open your Valores
16     Bancolumbia account?
17             A.   Around those days, around
18     April/May 2020.
19             Q.   And why did you start using Valores
20     Bancolumbia?
21             A.   Basically, I did an analysis of the
22     brokers in Columbia and it was -- the
23     characteristics of both CredicorpCapital and
24     Valores Bancolumbia were the best for my needs.
25             Q.   Do you also only invest in Columbian
```

Page 50

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     stocks on Valores Bancolumbia?
 3          A.  Yes, as I recall.
 4          Q.  And about how frequently do you use
 5     that now?
 6          A.  Right now I don't use it much.  I see
 7     through it every once a month.  That is because
 8     the characteristics of the market in Columbia
 9     right now.
10          Q.  What's going on in Columbia?
11          A.  Basically, we have a President that
12     it goes in another line different to mine.  So
13     he's impacting the stock market.  So I prefer not
14     to invest because -- because of that.
15          Q.  Is that one of the reasons why you
16     said before that you don't trade Columbian-traded
17     stocks as much now?
18          A.  Yes, that is the reason.  Yeah, it is
19     because politics and the impact of the stock
20     market more than the price, because, actually,
21     there are plenty of opportunities in Columbia.
22     But the risk is too high.
23               MR. COHEN:  Let's mark Tab 4.
24               (Deposition Exhibit 270, copy of Mr.
25     Gill's December 2020 account statement for Grupo
```

```
                                            Page 51
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      Bancolumbia Capital P00002776 to P00002780 marked
 3      Confidential, was marked for identification.)
 4              MR. KIM:  Scott, we've been going
 5      about an hour.  I mean, if you got just a couple
 6      more minutes on this document, maybe after we
 7      could take a break or we can take a break now.
 8      Whatever you want to do, five minutes.
 9              THE WITNESS:  I agree.
10              MR. COHEN:  Yeah, let's take a break
11      now.
12              MR. KIM:  Alright, sounds good; five
13      minutes, 10:10?
14              MR. COHEN:  Perfect.
15              THE WITNESS:  Perfect, sounds good.
16              MR. COHEN:  Alright.
17              THE VIDEOGRAPHER:  Stand by please.
18              The time is 4:05 p.m.  We are going
19      off the record.  This will end Media Unit 1.
20              One second please.  And we are off
21      the record.
22              (Recess taken 4:05 to 4:16 p.m.
23      Serbian time.)
24              THE VIDEOGRAPHER:  The time is
25      4:16 p.m.  We are back on the record.  This will
```

```
                                                Page 52
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    be start of Media Unit No. 2.
 3              Counsel.
 4         Q.  Mr. Gill, in your folder, you should
 5    be seeing Exhibit 270.
 6         A.  Yes, I see it.
 7         Q.  Do you recognize this document?
 8         A.  Yes.  This is -- yes, sorry.  Sorry
 9    about that.
10         Q.  No, no.  Go on, please.
11         A.  It is a statement of Valores
12    Bancolumbia, that broker.
13         Q.  And this statement shows your account
14    activity from December 1st, 2020 through
15    December 31st, 2020?
16         A.  Yes, that is correct.
17              MR. COHEN:  And for the record the
18    beginning Bates Number is P00002776.
19         Q.  Did you use your Bancolumbia account
20    from January through March 2021?
21         A.  Yes.  But I don't remember the
22    specifics.
23         Q.  Did you make further trades from this
24    account after that time?
25         A.  Yes.
```

```
                                              Page 53
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2            MR. KIM:  Which time, January or
 3    December?
 4            MR. COHEN:  The time period from
 5    January 2021 through March 2021.
 6        A.  I don't remember the specifics.
 7        Q.  In which stocks do you generally
 8    invest using this account?
 9        A.  I invest in the Columbian market.  So
10    stocks that are listed in the Columbian market
11    mainly but not one in particular.
12        Q.  And what's your portfolio value in
13    this account today?
14        A.  Today, I don't remember the
15    specifics.  ███████████████████████████████
16    ███████████████████████
17        Q.  Let's look at the summary of your
18    portfolio listed on this first page.  In the
19    column that says -- I'm sorry, the row that says,
20    "acciones."
21        A.  Yes.
22        Q.  Do you see that?
23        A.  Yes.
24        Q.  It notes that your balance as of
25    ███████████████████████████████████████████████
```

Page 54

1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2         ██████████████

3              A.   Yes.

4              Q.   And your balance a month later as of

5    December 31st, 2020 was 20,224,000 Columbia

6    pesos, correct?

7              A.   That's correct.

8              Q.   So, according to the next block over,

9    that was a drop of 46.284 percent in value?

10             A.   That's -- that's correct.  That's

11   what the statement is saying.

12             Q.   Was that a significant loss for you?

13             A.   I don't remember the specifics.  But

14   I don't think that is a loss.  That is just

15   mostly stocks that were sold and are not there

16   anymore.  So I don't think it's a loss.  But I

17   don't remember the specifics at that time.

18             Q.   So, when you sell a stock, do you

19   take the money out of your account?

20             A.   No.

21             MR. KIM:  Objection, vague.

22             A.   I, typically, don't do it.

23             Q.   Do you, typically, leave the money

24   you get for selling your stocks in the brokerage

25   account, correct?

```
                                              Page 55

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2                   A.  Yes, that's correct, typically.  But
3       I don't remember the specifics at that time.
4                   Q.  ████████████████████████████████
5       █████████████████████████████████████████████
6       ███████████████████████████████████████████
7       █████████████████████
8                   MR. KIM:  Objection to form, vague.
9                   A.  Actually, not really, yeah.  I would
10      see the total, yeah.  That's the last column of
11      that table, yeah.  That's the total, yeah, in the
12      account, yeah.  And I would see the totals that
13      were taken out from the account.  So I wouldn't
14      say those were losses.  But I have -- I don't
15      remember the specifics and I would have to see,
16      specifically, this document.
17                  Q.  Let's go to the page ending 2777 at
18      the bottom.
19                      Do you see that?
20                  A.  I'm going there.
21                      Which page again in the document?
22                  Q.  It's the second page of the document
23      and on the bottom right-hand corner it -- the
24      last four numbers will be 2777.
25                  A.  Yes.  I'm seeing that.
```

```
                                              Page 56
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.  So it looks like you primarily bought
 3     and sold petroleum-related securities in
 4     December 2020; is that right?
 5          A.  Yeah, that's what the document says,
 6     yes.
 7          Q.  Is this your usual trading strategy
 8     in this brokerage account?
 9               MR. KIM:  Objection, vague.
10               I mean, what -- are you saying his
11     usual trading strategy in buying oil stocks or
12     buying and selling stocks or something else?
13          Q.  Is purchasing petroleum stocks, your
14     general target industry in this Bancolumbia
15     account?
16               MR. KIM:  Objection.  It's vague,
17     compound question but...
18          A.  I don't -- I don't trade in
19     particular industry, yeah.  Even in this
20     statement, you can see different types of
21     companies.  You see petrol companies.  That is
22     Terpel.  Actually, Terpel is not a petrol
23     company, as it is it commercializes petrol.  But
24     it is like a gas station company, but it's not a
25     petrol company.
```

```
                                              Page 57
```

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                   You see Ecopetrol, which is a petrol

3       company.  You see Suramericana, which is a

4       holding; Grupo Argos, which is a holdings.  So

5       you see many different titles of companies.  So I

6       don't trade in a particular industry, no.

7            Q.  And, Mr. Gill, I want to make sure

8       that the video captures your face the whole time.

9       Could you pull your screen down or adjust your

10      screen?

11           A.  I'm sorry.  I was watching the

12      document.

13           Q.  No problem.

14                   So, according to this page, most of

15      your purchases in December 2020 were made on

16      December 3rd, correct?

17                   MR. KIM:  Objection.  The document

18      speaks for itself.

19           A.  Yes, they were -- if that's what the

20      document says, it is.  It is like that.

21           Q.  And that same day you also made two

22      purchases in AO Grupo Argos?

23                   MR. KIM:  What day?  What day are you

24      talking about?

25                   MR. COHEN:  That same day.  The

```
                                             Page 58
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2   previous question was about December 3rd, Phil.
 3          A.  Yes.  That is what is stated on the
 4   document.
 5          Q.  Is there any reason you made most of
 6   your purchases on December 3rd, 2020?
 7          A.  Yes, that is what is stated in the
 8   document.
 9          Q.  Was there a reason that you made all
10   of your purchases on a single day?
11          A.  I don't remember the specifics now.
12          Q.  And you also made purchases on
13   December 22nd, correct?
14          A.  That's correct, according to this
15   document, yes.
16          Q.  And these are all Columbian
17   companies?
18          A.  Yes, they are.  Basically --
19   actually, there is one -- the last one is a Cemex
20   LatAm Holding.  It's a holding company.  It's
21   foreign company, but is -- it's being traded in
22   the Columbian stock market.  Cemex is a
23   multinational.
24              MR. KIM:  It's a cement company;
25   isn't it?
```

```
                                                    Page 59
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                    THE WITNESS:  Yeah, it's a holding
 3     company, yeah, that has presence in Columbian.
 4                    MR. KIM:  I see.
 5            Q.  So it looks like you purchased these
 6     same -- the stock in the same company multiple
 7     times in the same day.
 8                    Do you see that?
 9            A.  Yes, that is what is stated in the
10     company -- in the document, sorry.
11            Q.  On December 3rd, 2020, for example,
12     you purchased AO Ecopetrol stock at four
13     different points in that day, correct?
14            A.  Yeah, that's correct.  That's what
15     the -- it's stated in the document.
16            Q.  Is that common for you to do?
17                    MR. KIM:  Well, I mean, look, we all
18     know that these document show when the trades
19     were made, you know, when the purchases were
20     made.  It doesn't necessarily show that there
21     were multiple trades, right.  You could make one
22     trade that could be filled with multiple
23     purchases.
24                    And, you know, I don't read Spanish.
25     So I don't know what this document shows.  So I
```

Page 60

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     don't think you can assume that, you know, these
 3     Ecopetrol transactions was each a trade rather
 4     than one trade or two trades, you know, filled
 5     with multiple transactions.
 6               MR. COHEN:  Phil, this is not your
 7     deposition.  I'm sorry.  But could you please let
 8     Mr. Gill answer the questions that are asked of
 9     him?
10               MR. KIM:  I am.  I'm just trying to
11     clear the record so that we get to the facts, not
12     speculation and, you know, testimony based on
13     assumptions.  That's all.
14               MR. COHEN:  Well, testimony from a
15     lawyer --
16               MR. KIM:  It's not testimony from a
17     lawyer.  I'm just clarifying the record.
18               So let's, you know, let's see what
19     Mr. Gill has to say about this.
20          A.  The statement is showing purchases,
21     yeah, of one company, yeah, on the same day.  And
22     the purchases -- it doesn't mean that it's a
23     trade or not or -- it's a purchase.  That's what
24     is in the document.
25               And, basically, what it shows is that
```

Page 61

1      CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2    the purchases were done in different -- in
3    independent orders.  But that doesn't mean it's
4    like different strategies, different trades.
5    That just means that I first bought as a portion
6    of the company, some stocks of the company and
7    then I added some stocks of the company.
8    Sometimes how the system puts the same order, it
9    breaks it in different prices.
10              Actually, when you see the specific
11   price for each of the -- of the part of the
12   stock, you can see it in the -- where it says
13   that's our price column, you see a very very
14   similar price, yeah, as you can see there.  So
15   it's like the same purchase.  It's just broke
16   down in different prices, yeah.  That's like
17   typical from the stock market.
18        Q.  Okay.  Would that have been your
19   response before Mr. Kim chimed in?
20        A.  Yes.  I'm just reading the document.
21        Q.  Okay.  I appreciate that, Mr. Gill.
22   I'm just trying to signal to Mr. Kim that you're
23   capable of answering questions on your own.
24        A.  Okay, thank you.
25        Q.  Do you ever make multiple purchases

Page 62

1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2    of stock in the same company on the same day?
3           A.  It's difficult to generalize.  But
4    sometimes I do, sometimes I don't.  Sometimes I
5    -- when I do, which could be -- I think it's a
6    natural process.  It's because I needed -- I want
7    to have a bigger position for that company.  So
8    sometimes I do.  Sometimes I don't do it.  But I
9    would say it's part of the natural process of the
10   stock market, of operating the stock market.
11          Q.  So, if you see information about the
12   company in between your first purchase of the
13   stock, that could potentially cause you to buy or
14   sell that same stock later on in the day?
15              MR. KIM:  Objection, incomplete
16   hypothetical, calls for speculation.
17          A.  I -- I agree it's "speculation."
18   It's, like, you can do that for a lot of reasons,
19   yeah.  You can -- you can do it because you are
20   waiting for a price and it's met.  You can do it
21   because you change your portfolio and want to
22   have a bigger position, yeah.  It can change as
23   well because you sold the position and then you
24   have the available money to increase your
25   position.  It can be many ways.  It calls for

```
                                                       Page 63

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2       "speculation."
 3              Q.  Other than your Ameritrade,
 4       CredicorpCapital and Bancolumbia accounts, do you
 5       have any other brokerage accounts?
 6              A.  No, no.  I now have another
 7       Ameritrade account that is very recent.
 8              Q.  Within the last year?
 9              A.  I don't remember the specifics but,
10       yes.
11              Q.  Okay.  What type of stocks do you
12       trade on that newest account?
13              A.  I -- it's a TD Ameritrade account and
14       I trade the US market.
15              Q.  Do you do anything differently
16       between your two TD Ameritrade accounts?
17              A.  One account, the newest is longer
18       term, like, yeah, very long term, like years,
19       yeah, and the other one is a bit shorter term,
20       three or six months.
21              Q.  Did you open up your newest
22       Ameritrade account in order to pursue longer term
23       strategy just for that account?
24              A.  I just open it to have a separation.
25       That's all.  It's management of the capital, just
```

Page 64

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     that.
3           Q.  About how frequently do you use that
4     account?
5           A.  It's difficult to say.  But I would
6     say, yeah, every two days, every day, depending
7     on the market.
8           Q.  And what's your portfolio value?
9           A.  ████████████████████████████████
10    ████████████████████████
11          Q.  Do you keep up to date on news of
12    stocks and companies?
13          A.  Yes, I do.
14          Q.  And is there any particular manner of
15    education for how you keep up to date with these
16    stocks and companies?
17          A.  I -- what I do now, I basically see
18    sites for news related to the market like
19    Investing.com.  I see YouTube videos for market
20    recaps, yeah.  And I see news in different media,
21    in Twitter as well.
22          Q.  Is that also how you kept up to date
23    on stock and industry news in December 2020 and
24    January 2021?
25          A.  Yeah, I don't remember exactly how I

                                                    Page 65

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     was following the market during those days, but I
 3     would guess it's similar, maybe with different
 4     YouTube channels and sites.  In my opinion, my
 5     investing strategies have evolved everything
 6     else.
 7              Q.  How have they "evolved" since 2020?
 8              A.  As I recall, I follow now different
 9     channels, which are following indicators, macro
10     indicators, which is -- have been very good.
11              Q.  So back in 2020 you didn't follow
12     these channels that showed macro indicators?
13              A.  They showed the indicators but in a
14     different way.
15              Q.  What types of videos do you watch?
16              A.  I -- right now I watch market recap,
17     yeah, for the -- a weekly recap or daily recaps
18     and are mostly on technical and fundamentals
19     analysis.
20              Q.  Did you watch those videos back in
21     December 2020, January 2021 as well?
22              A.  I would say different channels.
23              Q.  What channels -- go on.
24              A.  But they -- but the idea was more or
25     the less the same, to see the recap, the summary

Page 66

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2    of the market.
3              Q.  Do you describe to any newsletter
4    about investing?
5              A.  I mostly watch the media that we have
6    discussed, which is YouTube and Twitter, and --
7    yeah, more or less that but no newsletters, no.
8              Q.  What about podcasts?
9              A.  Podcasts, no, I don't use podcasts.
10             Q.  What about regular broadcast
11   television shows?
12             A.  I -- mostly YouTube and different
13   channels and stuff but mostly YouTube.
14             Q.  Okay.  And all of these videos and
15   social media and other ways in which you followed
16   these stock market in December 2020 and
17   January 2021, did you hear about a possible short
18   squeeze of certain companies?
19             A.  I was following the market at that
20   time, yes.
21             Q.  Can you explain what a "short
22   squeeze" is?
23             A.  A "short squeeze" is like -- is part
24   of the market, of the market dynamics.  It's when
25   a lot of people is short on a stock, yeah, and as

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    you know, the -- when someone is short is
 3    borrowing a stock, right, from the broker.  And
 4    then when a "short squeeze" is when the price is
 5    going up for those stocks and then taking the
 6    stock back to the broker will mean a lot of
 7    losses for a lot of people.  So that causes the
 8    short squeeze that is the price to go up based on
 9    those dynamics, but that's part of the dynamics
10    of the market.
11         Q.  So a short squeeze, according to your
12    understanding, affects the price of a stock?
13         A.  Yes, it does.
14         Q.  And, according to your understanding,
15    does a short squeeze affect the price of a stock
16    even in situations where there is no new
17    information about the company's financials?
18              MR. KIM:  Objection, vague.
19         A.  It is vague.  A short squeeze can
20    happen for many reasons, very different reasons,
21    the same reasons that for a stock price to go
22    down or up but many reasons can affect the price.
23         Q.  Reasons other than information about
24    the company itself?
25         A.  The reasons --
```

```
                                               Page 68

 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2                MR. KIM:  Objection, vague.

 3         A.  Yeah, the reasons are -- anything can

 4    happen in the market and at the end is the market

 5    is just supply and demand.

 6         Q.  And what did you hear about the short

 7    squeeze in late 2020/early 2021?

 8         A.  Well, basically, I saw the news,

 9    yeah, and I was following the markets.  So I saw

10    the happenings in the market.

11         Q.  What did you see happening in the

12    market?

13         A.  Well, basically, I -- as you already

14    know, I do value investing.  I was investing in

15    companies that were affected by the pandemic.

16    For example, cinema chains, yeah, and other

17    similar stocks like airlines and et cetera.  So I

18    was -- I saw what was happening with AMC, yeah,

19    and -- well, all the news and everything that I

20    saw that was related to my investments because of

21    that.

22         Q.  So you invested in companies that you

23    saw had stocks that were being affected by the

24    short squeeze, correct?

25                MR. KIM:  Objection.  That's not what
```

```
                                                  Page 69
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     he said.
 3            A.  Yeah, exactly, it's not what I said.
 4                It's -- I -- my investment strategy
 5     is based on the fundamentals and I was -- I -- my
 6     hypothesis was that the stocks -- the companies
 7     that were affected were -- for the pandemic -- by
 8     the pandemic were going to recover.  I mean, in
 9     this sense, the stock price of those companies
10     would be higher.
11            Q.  In December 2020 and January 2021,
12     according to the news that you were consuming at
13     that time, which companies were being affected by
14     the short squeeze?
15            A.  Well, the companies I know, yeah,
16     were AMC, which I was investing on that company
17     even much much before, I saw about the GameStop,
18     yeah and others that I don't recall.
19            Q.  Okay.  And you invested in GameStop
20     as well?
21            A.  Yes.
22            Q.  And you invested in that at what
23     time?
24            A.  I don't remember the specifics.
25            Q.  What was your opinion about the short
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     squeeze?

3               MR. KIM:  Objection, vague.

4               Are you talking about now, then,

5     yesterday?  What are we talking about?

6          Q.  While it was going on in

7     December 2020 and January 2021, what was your

8     opinion about the short squeeze?

9               MR. KIM:  Well, I object.  It hasn't

10    been established that it was actually going on,

11    right.  So I'm objecting to the question because

12    it's vague, assumes facts and it's not clear to

13    me.

14         Q.  During 2020 and 2021 -- during

15    December 2020 and 2021, you saw news and other

16    media that expressed the belief that there was a

17    short squeeze occurring in GameStop and AMC,

18    correct?

19         A.  Correct.

20         Q.  And at that time, what was your

21    opinion of what was happening regarding that

22    supposed short squeeze?

23         A.  I think it's all aligned to my

24    strategy initial.  So I was investing in

25    companies that were, like, undervalued because of

Page 71

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     -- they were affected by the pandemic, yeah, and
 3     many people was short of that -- on that, on
 4     them.  And then, typically, what the market does
 5     when it -- when everybody is thinking one way,
 6     the market does the other way around.  That's how
 7     the market goes in many many cases in most of the
 8     case.  So that's my opinion.  That plus the fact
 9     that there is a value in those companies.
10               So I think, yeah, as an opportunity
11     they were undervalued companies to my
12     understanding, my analysis at that time.  So that
13     was my analysis.
14          Q.  Have you heard the term "meme stock"
15     before?
16          A.  Yes, I do.
17          Q.  And what does that mean to you?
18          A.  "Meme" is a cartoon.  But the term
19     mean -- what the term says is that it's -- those
20     are cartoon stocks, yeah.  I don't agree with the
21     term, because, for example, saying that AMC,
22     which is one of the biggest cinema chains in the
23     world, to be a cartoon, that is -- it's not fair
24     to me.  It's like a bureaucratic term.  It's like
25     a bad term, in my opinion.  But that's how people
```

```
                                            Page 72
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     call several stocks.
 3          Q.   And by "cartoon," do you mean that it
 4     was a joke?
 5          A.   That's what the term is, yeah.  I
 6     didn't invent the term.
 7          Q.   Where did you hear the term?
 8          A.   I heard the term in the news.
 9          Q.   And on social media?
10          A.   Yeah, I -- I saw a lot -- news mostly
11     on YouTube and the platform I use for trading,
12     which is TD Ameritrade.  And in TD Ameritrade,
13     there is the component for news.  So I saw -- I
14     saw the term over there.
15          Q.   Which stocks did the term "meme
16     stock" apply to?
17              MR. KIM:  When?
18          Q.   When you first learned about this
19     term "meme stock," Mr. Gill, to what stocks did
20     you see that it was being applied?
21          A.   (INAUDIBLE DUE TO CROSS-TALK.)
22              MR. KIM:  The we -- the we -- I'm
23     trying to get the timing clear.  I don't think
24     it's been established when he first learned of
25     the term.  Has it?
```

```
                                              Page 73
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2         Q.   When did you first learn of the term
 3    "meme stock"?
 4         A.   Around that time.  I don't remember
 5    the specifics; around that time.
 6         Q.   And by "around that time," you're
 7    referring to December 2020?
 8         A.   Yes.
 9         Q.   Okay.  According to what you saw in
10    December 2020, which stocks were being referred
11    to as "meme stocks"?
12         A.   As I recall, GME and AMC.  But, as I
13    told you before, I don't agree with the term.
14         Q.   Have you ever heard of Reddit?
15         A.   Yes, I've heard.
16         Q.   And you said that you never had a
17    Reddit account, right?
18         A.   That's correct.
19         Q.   Have you ever visited Reddit?
20         A.   I have, yes.
21         Q.   On what occasions?
22         A.   Oh, sometimes I look things on Google
23    for anything and sometimes Google takes me to
24    Reddit.  Sometimes there are threads there that
25    are, like, good but nothing in particular -- in
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     particular.
3          Q.   When you say you're Googling things,
4     do you mean you're researching things?
5          A.   Yeah, I research not only in the
6     stock market, but, actually, I research a lot on
7     technology.  As you know, I work with IT.
8          Q.   But sometimes when you would research
9     the stock market, it would -- Google would take
10    you to Reddit, correct?
11         A.   Yeah, that's correct.
12         Q.   And then have you ever from there
13    gone to Wall Street Bets?
14         A.   No.  I saw the term but, no, not
15    really.
16         Q.   And Wall Street Bets is a sub-Reddit;
17    is that correct?
18         A.   Without seeing it that it is part of
19    Reddit, it's an account there but nothing else.
20         Q.   And have you ever interacted with
21    Wall Street Bets in any way?
22         A.   Not that I recall.
23         Q.   You never posted on a different
24    social media platform a message that was also
25    posted on Wall Street Bets?

```
                                                   Page 75

  1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

  2                 MR. KIM:  Objection, vague.

  3            A.   I basically use -- the social media I

  4       use is mainly Twitter, as you know.  And in

  5       Twitter, you find a lot of things, yeah, not a

  6       lot of news.  I use it for information.  So

  7       that's information I consume.  It's good to be

  8       informed on what is going on in the market and in

  9       life.  So that's how I use the social media.  And

 10       that's how I use Twitter, yeah.  And I reply

 11       sometimes but really not that much.

 12            Q.   And sometimes on Twitter you reply to

 13       Wall Street Bets' posts, correct?

 14                 MR. KIM:  Objection, vague.

 15            A.   I don't recall the specifics, to be

 16       honest.  Maybe I did, but I don't recall the

 17       specifics.

 18            Q.   Are you familiar with a company

 19       called GameStop?

 20            A.   Yes, I am.

 21            Q.   We were just talking about it before,

 22       correct?

 23            A.   Uh-huh.

 24            Q.   What kind of company is it?

 25            A.   It is a company selling --
```

```
1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2       distributing games, physical games.
3              Q.  Have you done any research into
4       GameStop?
5              A.  I did the research during that time.
6       But I don't recall much, to be honest.  I did my
7       studies for those investments over that time, but
8       I don't recall the specifics.
9              Q.  Did you start looking into GameStop
10      around December 2020 and January 2021?
11             A.  I think before that as well, but I
12      don't recall the specifics.
13             Q.  Have you ever looked into the SEC
14      filings associated with GameStop?
15             A.  Sometimes when I do the research, I
16      go through the filings.  But I don't remember,
17      specifically, if I saw the filings for GameStop.
18      I cannot recall.  But I -- it's the type of
19      information I use for evaluation.
20             Q.  And do you recall looking at press
21      releases put out by GameStop at that time?
22             A.  I don't recall the specifics.
23             Q.  In January 2021, do you recall any
24      company announcements that GameStop made?
25             A.  I don't remember specifics.  I was
```

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2      following the news on the market and I was

3      following the news with the channels and media I

4      have told you, on YouTube, on Twitter, on the TD

5      Ameritrade platform in the news component.  But I

6      don't remember specifics what were the news.

7           Q.   Have you ever been to a GameStop?

8           A.   Yes, I have.

9           Q.   Are you familiar with a company

10     called AMC?

11          A.   Yes.

12          Q.   And that's the AMC movie theater

13     chain that you referenced before, correct?

14          A.   That is correct.

15          Q.   And what type of research had you

16     done into AMC when you first started purchasing

17     AMC stock?

18          A.   Well, I did the research.  The

19     research I do for the investments I do and,

20     basically, I do -- I check what the company is

21     doing, the fundamentals, the ratios.  I mainly

22     use the information in the Thinkorswim platform,

23     the value that is there.  And based on that and

24     the technical analysis, I make my decisions and

25     invest.

```
                                              Page 78
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.   Did you hear any news about AMC in
 3     December 2020 and January 2021?
 4          A.   Yes, I was following the news on that
 5     time.  But I don't remember a specific news for
 6     AMC.
 7          Q.   Can you -- do you recall generally
 8     the type of news coverage that AMC was getting
 9     around that time?
10          A.   Generally speaking, about the -- all
11     these happenings regarding the short squeeze that
12     you mentioned and I -- I remember all these, all
13     these happenings, yes, and the situation that was
14     not easy for the movie chains during that period.
15     Yeah, I remember.  But I don't remember
16     specifics.
17          Q.   And you saw other people posting on
18     social media about AMC at that time?
19          A.   I saw -- I was following the news and
20     the market and the media that we have been
21     discussing on Twitter and on YouTube.  And, yeah,
22     I saw postings.  I saw news.  I saw all kind of
23     information, which is part of the investment
24     process.
25          Q.   That news included people discussing
```

```
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      the price spike in AMC due to a purported short
 3      squeeze, correct?
 4            A.   Well, they were describing the
 5      situation, the general news on that.  Yeah, those
 6      were the news I was following.  Nothing as
 7      specific I recall.  I cannot recall.
 8            Q.   Are you familiar with a company
 9      called BlackBerry?
10            A.   Yes.
11            Q.   What kind of company is that?
12            A.   It does devices, mobile devices.
13      Actually, I like a lot of the devices they do --
14      they do.
15            Q.   Do you own any BlackBerry devices?
16            A.   Right now, no.  But I used to own.  I
17      had, at least, three or four.
18            Q.   When was that?
19            A.   I cannot recall.
20            Q.   Was it before 2020?
21            A.   It was before 2020, yes.
22            Q.   Had you ever done any research into
23      BlackBerry as a company?
24            A.   Well, I -- I was -- I invested once
25      in BlackBerry and I did more or less the same
```

```
                                           Page 80
1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     research I do for the companies.  I check news on
3     the company.  I check the fundamentals.  I check
4     the price, the technicals.  And based on that, I
5     do my decisions.  I make my decisions.
6          Q.  And in December 2020 and
7     January 2021, do you recall that BlackBerry was
8     discussed as among the meme stocks such as
9     GameStop and AMC?
10          MR. KIM:  Objection to form.
11          A.  I was following the markets and I saw
12    in general what was going on there with this part
13    of the investment process to follow the markets
14    and to see what is going on but, yes -- but I
15    don't remember, specifically, something.
16          Q.  Do you recall generally that
17    BlackBerry was being referred to as a meme stock?
18          A.  I don't remember specifics.  But I
19    think I saw on that group of stocks.
20          Q.  Okay.  And are you familiar with a
21    company called Express Inc.?
22          A.  I am familiar, yes.
23          Q.  What kind of company is that?
24          A.  It's a retailer for fashion.
25          Q.  Do you own any Express items?
```

```
                                         Page 81
```

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2           A.   No, but I've seen friends, yeah.

 3           Q.   Have you ever done any research into

 4      Express as a company?

 5           A.   Well, basically, the same research

 6      that I have been doing when I did investing.  I

 7      follow news.  I go through the fundamentals.  I

 8      see the technicals and based on that, I do the --

 9      I make my decisions.

10           Q.   Okay.  And, in January 2021, do you

11      recall any company announcements from Express?

12           A.   No, I don't recall the specifics.

13           Q.   Do you recall encountering any news

14      about Express that caused you to want to invest

15      in it in January 2021?

16           A.   My basic analysis, yeah, for all the

17      stocks are more or less the same.  If I see that

18      the companies are undervalued, that they are like

19      below the value, I think, the stock should have

20      and I see the things going on in the market, what

21      is maybe the participants and what the people is

22      stating and I see -- and if I see an opportunity

23      in technicals as well, I make me decision to buy.

24      That's more or less the analysis that I saw for

25      Express as well.

```
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           Q.  Is this analysis similar to what is
 3      called "beating the market"?
 4               MR. KIM:  Objection to form, vague.
 5           A.  Yeah, I don't know what exactly is
 6      "beating the market."
 7               What I know about "beating the
 8      market" is to simply be more -- that your income,
 9      your profitability in the market is better than
10      the S&P 500.  That is "beating the market," to my
11      understanding.  But it's very vague, the concept,
12      and be very different in many context.
13           Q.  And are you familiar with a company
14      called Nokia?
15           A.  Yes.
16           Q.  And what kind of company is that?
17           A.  For devices as well.  I have owned
18      many Nokia devices, of course.  I like them a
19      lot.
20           Q.  Have you ever looked into Nokia as a
21      company?
22           A.  Yes.  Basically, I did an analysis
23      for the company, as I did with the others.  So,
24      basically, I see the news on the company.  I see
25      the fundamentals, yeah, for the company.  And
```

```
                                             Page 83
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      with this and the technicals, I make my decisions
 3      to invest in the company.  That's more or less
 4      the analysis that I was doing.
 5              Q.  Do you recall encountering any news
 6      in January 2021 about Nokia?
 7              A.  It's more or less what we have been
 8      discussing, yeah.  I was following the market.  I
 9      was following the news and, yeah, it was a
10      mention as well at that time.
11              Q.  And it was mentioned in the same
12      conversation as GameStop and AMC and BlackBerry,
13      correct?
14              A.  They were all in the same group,
15      yeah.
16              Q.  Okay.  And did you hear any news that
17      would -- that did affect your desire to purchase
18      shares of Nokia at that time in 2021?
19              A.  Well, basically, for my decision,
20      yeah, I was doing the same analysis.  So I saw
21      the fundamentals of Nokia, saw the news around
22      Nokia, yeah, and I was thinking it was
23      undervalued.  It was under demand.  So, based on
24      all the factors, I saw an opportunity to invest
25      in the company.
```

```
                                           Page 84
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2               MR. COHEN:  Okay.  Let's mark Tab 2.
 3               (Deposition Exhibit 271, copy of Mr.
 4      Gill's December 2020 account statement for TD
 5      Ameritrade P00002114 to P00002119 marked
 6      Confidential, was marked for identification.)
 7          Q.  Mr. Gill, in your folder in a few
 8      seconds, you'll see Exhibit 271.
 9               MR. COHEN:  And, for the record, the
10      beginning Bates Number is P00002114.
11          A.  Uh-huh.
12          Q.  Is this your TD Ameritrade statement
13      from December 1st, 2020 through December 31st,
14      2020?
15          A.  Yes.
16          Q.  And this catalogs all the trades made
17      through your TD Ameritrade account in
18      December 2020, correct?
19          A.  Yes, it does.
20          Q.  Okay.  Let's go to the page with the
21      Bates Number ending 2116.
22          A.  Yes.
23          Q.  In the lower left-hand corner, do you
24      see where it says, "cash activity summary"?
25          A.  I'm looking.  I'm looking.
```

```
                                                Page 85
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2            Q.   And it notes there that you purchased
 3    ████████████████████████████████████████████████
 4    on this brokerage account, correct?
 5            A.   Yeah, can you repeat exactly where on
 6    the page?  I'm looking for the specific place
 7    that you were mentioning.
 8            Q.   It's at the bottom.  Depending on
 9    your orientation of the page, it should be --
10            MR. KIM:  It's the third page.  It's
11    the third page of the PDF.  And it's on the
12    bottom left-hand corner.
13            "Cash activity summary," do you see
14    that?
15            THE WITNESS:  Yes.
16            Q.   So it notes in that box beneath the
17    words, "opening balance," that in D████████████
18    ██████████████████████████████████████████████
19    ████████████████████████████████
20            A.   Yes, that is correct.  That is what
21    is in the document.
22            Q.   Is that a typical amount for you to
23    trade in a month?
24            MR. KIM:  Objection, vague.
25            A.   It's vague and it's typical -- it's
```

```
                                                      Page 86
```

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2      difficult to remember specifics.  Yeah, I don't

3      keep track of that number.  Sometimes it's

4      higher.  Sometimes it's lower.  It can vary from

5      month to month.

6           Q.  If you look to the next column over

7      to the right, do you see where it says ████████

8      ████████████████████████████████████████████

9      ████████████████████████████

10          A.  Yes, I see it.  It's in the document.

11          Q.  So, in December of 2020, you

12     purchased about a third of all securities

13     purchased that year on your TD Ameritrade

14     account, correct?

15          A.  Well, that's what the document says,

16     yes.

17          Q.  Do you have a reason to doubt that

18     the document is correct here?

19          A.  No, not at all.

20          Q.  So why did you purchase an outsize

21     share of your stock on TD Ameritrade in December?

22               MR. KIM:  Objection to form.

23          A.  I don't -- I don't remember the

24     specifics.  And I don't know if that analysis

25     that you're doing is correct is because probably

```
                                           Page 87
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     I was not using this account from the whole year,
 3     yeah.  So -- but I don't remember the specifics
 4     of that, of that year.  I don't remember it being
 5     more than usual, to be honest.
 6          Q.  Okay.  ████████████████████████████
 7     ██████████████████████████████████████████████
 8              MR. KIM:  Objection to form, asked
 9     and answered.
10          A.  It's -- it's subjective, but I don't
11     see like a very big difference.  Actually, I
12     think I am trading more now.
13          Q.  Okay.  Let's go to the next page.
14          A.  Uh-huh, yes.
15          Q.  And do you see that the document
16     notes that on December 2nd, 2020 you decided to
17     purchase 1,325 AMC shares for a price of $4.14
18     per share?
19          A.  Yes.
20          Q.  And you -- had you previously
21     purchased AMC?
22          A.  I don't remember when was my first
23     purchase of AMC.  I think it was before this
24     time.  But I don't recall the specifics, yeah.
25              My general strategy for investing
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    this type of stocks was the recovery from the
 3    pandemic.  As you can see in the document, there
 4    is an AMC and you can see as well there is
 5    American Airlines, Norwegian Cruise Line,
 6    Cinemark Holdings, yeah, which are all companies
 7    that are affected by the pandemic.  So I think it
 8    was -- by my strategy in that sense is that they
 9    were recovering and then the price of the stock
10    was going up because they were recovering.  That
11    was my investment thesis, as I recall, yeah.
12              And it doesn't apply only to AMC but
13    for the other companies as well.  So that's what
14    is -- that's -- those general aspects of the
15    investment strategy I recall.
16         Q.  While you were making these trades,
17    did you see other people on social media and the
18    news discussing the AMC stock?
19         A.  Well, I see the news and I see
20    general comments on the stock market as well as
21    specific comments on different stocks.  But it's
22    part of the investment strategy.  At the end the
23    decision to make an investment or not, it's
24    completely mine.
25         Q.  So what I asked you, Mr. Gill, is if
```

```
                                            Page 89
  1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
  2    at that time you saw people posting about the AMC
  3    stock on social media and talking about the AMC
  4    stock on TV.
  5          A.   I was following the news on those
  6    dates.  So, yes, I saw the AMC stock in the news,
  7    yes.
  8          Q.   And you saw that other people were
  9    purchasing AMC stock for reasons other than the
 10    fundamental value analysis that you were engaging
 11    in, correct?
 12              MR. KIM:  Objection, calls for
 13    speculation.
 14          A.   I don't know what are the other --
 15    the reasons for other people to buy the stock.
 16    My reasons are the ones I am stating to you, that
 17    the fundamentals and there is a recovery that
 18    they will go on for the company and that was my
 19    investment strategy at that time.
 20          Q.   Did you observe --
 21          A.   I didn't know --
 22          Q.   Go ahead.
 23          A.   Sorry?
 24          Q.   No, go ahead please.
 25          A.   So I don't know the thesis for other
```

Page 90

                              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
1    investors.  I don't know.  And my strategy is to
2    follow my thesis.  That's how I do the
3    investment.
4
5             Q.  Did you observe that other people
6    were talking about investing in AMC stock for
7    reasons other than the fundamental analysis that
8    you engaged in?
9             A.  I saw --
10                MR. KIM:  Objection, vague.
11            A.  I saw the news during those dates and
12   what was going on with the AMC stock.  But, yeah,
13   I don't -- I didn't base my investment strategy
14   on that.  I based my strategy on the fundamentals
15   and their recovery of the stock.
16            Q.  And two days later, if you look back
17   at the chart, you purchased 664 shares of AMC for
18   $3.71 per share, correct?
19            A.  That's the last row of this page,
20   right?
21            Q.  Correct.
22            A.  Yes, I saw it -- see it in the
23   document.
24            Q.  And what was your reason for
25   purchasing more of the stock four days later?

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2              A.   I don't remember the specific of

3       those specific orders, yeah, but it was aligned

4       to my main thesis.  That's what I can recall,

5       like, there is an opportunity for the company

6       because it's -- it has a value.  It's

7       undervalued, yeah, and the price will go up

8       because -- well, the general -- what was going on

9       in the market and about the company.  It is

10      aligned to that.  But I don't recall specifics

11      for that order, in particular.

12              Q.   If you turn to the next page of the

13      document, do you see on December 15th, 2020 you

14      purchased 800 more AMC shares for $2.87 a share?

15              A.   Yes, I see it.

16              Q.   And the price had fallen for AMC

17      stock since the last time you purchased it,

18      correct?

19              A.   I don't remember, specifically, the

20      -- how the market was going and if I sold any in

21      between.  I -- I can't recall the specifics.

22              Q.   Well, you can see on the chart here

23      all of the stock purchases and sales that you

24      made during January and during -- I'm sorry,

25      during December --

```
                                               Page 92
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                 MR. KIM:  December.
 3            Q.  -- 2020 in chronological order.
 4            A.  Yeah.
 5            Q.  So would you agree that after your
 6    purchase of AMC stock on December 4, 2020, the
 7    next time you purchased AMC stock was
 8    December 15, 2020?
 9            A.  Yes.
10            Q.  And would you agree that the purchase
11    price in December 15, 2020 was lower than the
12    purchase price of AMC stock in December 4, 2020?
13            A.  Yes, I agree.
14            Q.  Okay.  But you purchased it anyway
15    because you assumed the price would go up?
16            A.  Yes.  Well, basically, if something
17    is cheaper, yeah, it's better to buy, right?  It
18    applies to stocks and it applies to a house or
19    electronics or whatever, I mean.
20            Q.  And based on what you saw on the news
21    and social media, were other people saying that
22    they believed the stock price of AMC would go up?
23            A.  Well, my process was exactly the
24    same.  Basically, I was seeing the news, what was
25    going on in the market.  And I did my analysis
```

Page 93

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1       CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2       for the company.  I thought it was undervalued so
3       I saw an opportunity.  That's more or less the
4       reasoning behind it.
5               Q.  Okay.  So, at that time, you believed
6       the company was "undervalued" and that the stock
7       price would eventually go up, correct?
8               A.  That was my hypothesis, yes.
9               Q.  Then why on December 17, 2020 did you
10      sell so many shares of AMC?
11              A.  I don't remember the specifics, yeah.
12      But if there is a sale, I -- it was aligned to my
13      risk tolerance that we spoke about at the
14      beginning of the deposition.  So, basically it's
15      that.  But that's like a normal process in
16      investing.
17              Q.  And you sold all of the AMC shares
18      you bought earlier in December on December 17,
19      2020, correct?
20              A.  I don't know if they are "all," but
21      it's -- but they are more or less they add.  But
22      I don't remember the specifics on why I did that
23      sale or the specifics of the strategy there,
24      yeah, if I wanted to come in the trade have a
25      better position afterwards or -- I cannot recall

```
                                            Page 94
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      the specifics, honestly.
 3                 MR. KIM:  So, Scott, we've been going
 4      about an hour.  I don't know if you're done with
 5      the document.  But maybe when you're done, it
 6      might be a good point to take another, you know,
 7      five or ten-minute break.
 8                 MR. COHEN:  It's good for me.
 9                 MR. KIM:  Are you done with this
10      or...
11                 MR. COHEN:  Yes.  Yeah, we can set
12      this aside.
13                 MR. KIM:  Alright.
14                 THE VIDEOGRAPHER:  Stand by please.
15                 The time is 5:20 p.m.  We are going
16      off the record.  And this will end media unit
17      No. 2.
18                 And we are off the record.
19                 (Recess taken 5:20 to 5:34 p.m.
20      Serbian time.)
21                 THE VIDEOGRAPHER:  The time is
22      5:34 p.m.  We are back on the record.  This is
23      the start of Media Unit No. 3.
24          Q.  Mr. Gill, in your folder, you'll see
25      Exhibit 272; if you could pull that up please.
```

Page 95

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                  (Deposition Exhibit 272, Exhibit A

3      Mr. Gill's Certification dated 11/29/21 and

4      attachment, was marked for identification.)

5               A.   Sure.

6               Q.   And this is the certification you

7      signed authorizing The Rosen Law Firm to file

8      this action on your behalf?

9               A.   Yes, it is.

10              Q.   And if you look at Paragraph 4, the

11     Certification lists, "All of the purchases and

12     sales Plaintiff has made in the affected

13     securities for which Plaintiff seeks redress

14     pursuant to the claims set forth in the

15     consolidated complaint."

16              A.   Yes.

17              Q.   And you're the "Plaintiff" that this

18     refers to?

19              A.   Yes.

20              Q.   You signed this declaration on

21     November 29th, 2021, correct?

22              A.   Yes, that is correct.

23              Q.   Alright.  Let's look at the next

24     page.

25              A.   Yes.

```
                                              Page 96
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2            Q.   Does this accurately display your
 3      trading information at issue in this action?
 4            A.   Yes.
 5            Q.   Does this exhaustively display your
 6      trading information at issue in this action?
 7            A.   This is -- this certification was
 8      made by my lawyer, of course, and I reviewed the
 9      document and signed it.  So, yes, it includes the
10      transactions I made on this stock under the scope
11      of this certification.
12            Q.   And, according to Paragraph 4 that I
13      just read, you are seeking redress for Express,
14      Nokia and BlackBerry stock purchases, correct?
15            A.   That is correct.
16            Q.   And you're not seeking redress for
17      other stocks, according to this certification,
18      correct?
19                 MR. KIM:  Well, I mean, I think, you
20      know, we're getting into the realm of, you know,
21      attorney-client privilege.
22                 But, you know, as you know, we
23      amended the Certification and -- to include
24      additional trades that were accidentally not
25      included.  So I think, to that extent, you know,
```

```
                                                    Page 97
```

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2      maybe you should ask him about the amended
3      certification.
4               MR. COHEN:  I'm glad that's --
5           A.  Yeah, I -- there is -- there are
6      details discussed with the attorney-client
7      privilege.  But the technical work, it's done by
8      my attorneys.  And I trust what all the technical
9      work and the legal knowledge of my attorneys.
10              So I was advised to make a new
11     version of this Certification that was having
12     another scope, yeah.  And, as you mentioned, it
13     includes additional trades.  That is correct.
14          Q.  Okay.  And let's take a look at that
15     later Certification.
16              MR. COHEN:  It's Tab 23.
17          Q.  And you should see that come up as
18     Exhibit 273.
19              (Deposition Exhibit 273, Exhibit A
20     Mr. Gill's Certification dated 4/17/23 and
21     attachment, was marked for identification.)
22          A.  I'm not watching it.  I'm not
23     (INAUDIBLE).
24          Q.  So this was the later Certification
25     to which you were referring, correct?

Page 98

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2              A.  Let me see.

3                  Yes, that is correct.

4          Q.  And this was produced to us signed by

5     you on April 17, 2023?

6              A.  Yes, that is correct.

7          Q.  And like the previous certification

8     we looked at this, this Certification lists,

9     quote, "all of the transactions Plaintiff has

10    made in the affected stocks during the class

11    period set forth in the consolidated complaint."

12             A.  Yes, that is correct.

13         Q.  And you're the Plaintiff to which

14    this document refers?

15             A.  Yes.  Yes, I am.

16         Q.  If we take a look at the next page,

17    we see that additional detail that you were

18    mentioning, correct?

19             A.  That is correct.

20         Q.  And what was your explanation for why

21    this additional detail was added?

22             MR. KIM:  Well, I'm going to -- I

23    think we're sort of treading into attorney-client

24    communications.

25             So I think, you know, Mr. Gill, can

```
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      you answer the question, if you can without
 3      revealing the substance of our communications
 4      relating to this corrected Certification.  So, to
 5      the extent that you can answer the question
 6      without revealing the substance and content of
 7      our communications relating to it, you can.  But
 8      if you can't, then say you can't and then I would
 9      direct you not to answer the question.
10           A.   Basically, the two Certifications are
11      having a different scope.  So both certifications
12      are correct having a different scope.  That's
13      what I can say about the certifications.  And the
14      reasons are technical and legal and are under
15      attorney-client privilege, as stated before.
16           Q.   And, to be clear, I would not ask you
17      to divulge the contents of your communications
18      with your attorney.  So I thank you for your
19      answer.
20                Can you tell me what the different
21      "scope" is of this second document than the first
22      Certification we saw?
23                MR. KIM:  [INSTRUCTION] Well I'm
24      going to direct Mr. Gill not to answer that
25      question, as it will reveal attorney-client
```

```
                                         Page 100
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     communications.
 3              What I will say, though, this is the
 4     corrected and operative Certification in the
 5     case.
 6          A.  Yeah, basically, the two
 7     certifications are different in the way that the
 8     scope of the document is different.  And the
 9     differences are because of technicalities and
10     legal terms.  So I prefer not to disclose any
11     other information because of client attorney
12     privilege.
13          Q.  Okay.  So, just the pure drafting of
14     this was done by your attorney?
15          A.  That is correct.
16          Q.  Could you look at the left-hand box
17     under "Purchases"?
18          A.  Yes.
19          Q.  What is -- what are -- what's the
20     information beneath "date" before you get to AMC
21     in the fourth last row?
22          A.  I'm reviewing the document.
23          Q.  Take your time.
24              MR. KIM:  It's the fourth last row?
25     You mean AMC 128282021; is that what you're
```

Page 101

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      referring to.
 3              MR. COHEN:  The information above
 4      that is what I'm asking about.
 5              MR. KIM:  Ah.
 6          A.  My view of the document is that it's
 7      related to the NOK shares, yeah, and that's
 8      referring to the Nokia shares.
 9          Q.  So my question is all of the
10      information from where it says, "date," down to
11      the fourth last row, what is that?
12          A.  The table shows a summary of the
13      transactions during those times.
14          Q.  Okay.  So what dies "AMC minimum
15      opening position 400 shares" mean?
16          A.  So, basically, it's -- what it states
17      is that before that there was a position on AMC
18      with that number of shares.
19          Q.  When you say, "before," do you mean
20      --
21          A.  Before the period of the class.
22          Q.  Okay.  And so, for the next one down,
23      the "BB opening position 200 shares" is referring
24      to a position you held in BlackBerry before the
25      beginning of the class period?
```

Page 102

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2           A.   That's what I understand on the -- on

3      the document.

4           Q.   And "Express minimum opening position

5      788 shares" refers to the position you held in

6      Express prior to the beginning of the class

7      period?

8           A.   That is what is in the file, yeah.

9           Q.   And then finally Nokia or "NOK

10     minimum opening position 200-ADSS" that refers to

11     the position you held in Nokia stock prior to the

12     beginning of the stock price -- the class period?

13          A.   That's what's in the document.

14          Q.   What is "ADSS" mean?

15          A.   As I understand it, the Nokia as it

16     is a company that is based outside the United

17     States, it is being listed in the US as ADR,

18     yeah, so that is what it is referring to.

19          Q.   That makes sense.

20               This Certification also lists

21     purchases of AMC stock, correct?

22          A.   Yes, that is correct.

23          Q.   And do you know why it lists --

24          A.   So, basically -- sorry to interrupt.

25          Q.   No, no.  Please go ahead.

```
                                              Page 103

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2           A.   Basically, the Certification states

 3      about the transactions held during those periods,

 4      during that period.

 5           Q.   And the previous certification did

 6      not include AMC; is that correct?

 7           A.   Well, the two certifications are

 8      having a different scope, yeah, and, basically,

 9      the reasons to having a different scope I prefer

10      not to reveal because of client-attorney

11      privilege [INSTRUCTION].  That was worked out

12      with the my lawyers, yes.

13           Q.   Is one of these Certifications the

14      current and correct certification for this

15      lawsuit?

16           A.   This is --

17                MR. KIM:  Well, Scott, I think as I

18      noted before, this is -- you know, when we served

19      it, this is the operative Certification.  So, you

20      know, I don't want to reveal communications.  But

21      this is the corrected one.  This is the operative

22      one.

23                The prior one, obviously, didn't have

24      AMC in it, right.  The document speaks for

25      themselves.
```

```
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                 So, I think, it's just getting hard
 3     to, you know -- we're approaching on
 4     attorney-client sort of communications.  And I'm
 5     very, you know, cautious about that.  That's why
 6     I'm interposing myself.  But I think, you know,
 7     we'll just leave it at that.  And if you have
 8     different questions, you know, unrelated to the
 9     reasons or like that, I think, we should, you
10     know, move along.
11                 MR. COHEN:  No.  Thank you, Phil.  I
12     was just trying to ask, as you said, if this was
13     the "operative" one.  So you did answer that
14     question.
15                 MR. KIM:  Okay.
16                 MR. COHEN:  Let's mark Tab 10.
17                 (Deposition Exhibit 274, copy of Mr.
18     Gill's January 2021 account statement for TD
19     Ameritrade P00002120 to P00002127 marked
20     Confidential, was marked for identification.)
21          Q.  So you'll see in your folder
22     Exhibit 274.
23          A.  Yes, I'm seeing.
24          Q.  Is this your Ameritrade account
25     statement for the month of January 1st, 2021
```

```
                                                    Page 105
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     through January 31st, 2021?
 3          A.  Yes, it is.
 4          Q.  And do you recognize this document?
 5          A.  Yes.
 6          Q.  Let's go to the page with the Bates
 7     Number ending 2124.
 8          A.  I'm on that page.
 9          Q.  It looks like from January 4th to
10     January 26th you continued to purchase stocks
11     related to ships and airlines; is that correct?
12          A.  That is correct.
13          Q.  And you didn't purchase any of the
14     stocks listed in your operative certification
15     until January 25th, 2021 in January, correct?
16               MR. KIM:  Well, it's kind of vague,
17     right, cause -- I mean, GameStop isn't listed.
18               Like, what -- you mean not -- it's
19     not listed as Schedule A, but, you know, you're
20     talking about one of the relevant securities,
21     right?
22               MR. COHEN:  Yeah, I mean, any of --
23     any of the affected stocks but, specifically,
24     those listed in his certification in Schedule A.
25               MR. KIM:  Well...
```

Page 106

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                    MR. COHEN:  I don't see why that

3      matters.

4                    MR. KIM:  Well, I just want it to be

5      clear.  Let me just -- sorry, I just -- let me

6      just look at the document again.

7            A.  Can you repeat the question please?

8                    MR. KIM:  Well, GameStop isn't listed

9      in Schedule A.  That's why and the first tray

10     that you're talking about is GameStop, right.  So

11     I just wanted to...

12                    MR. COHEN:  Right.  So there is going

13     to be another question about the affected stocks,

14     in particular.

15                    MR. KIM:  Oh, okay.  Alright,

16     alright.  So maybe I jumped ahead.

17                    Can you just re-read the question so

18     we -- sorry about that.

19                    MR. COHEN:  Sure.  And I'll -- I

20     guess if it makes it clearer, I'll just skip to

21     that.

22            Q.  Do you understand, Mr. Gill, what I

23     refer to when I say, "the affected stocks"?

24            A.  Yes, the ones that are inside of this

25     case, are part of this case.

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          Q.  So would you agree that from the

3     beginning of January 2021 through January 24th,

4     2021, you did not buy or sell any of the affected

5     stocks in this case?

6          A.  Well, that is what is in the

7     statement so, yes.

8          Q.  Then on January 25th, 2021 you

9     purchased 81 shares of GameStop stock, correct?

10          A.  That is correct.

11          Q.  And that was for $69.38 per share?

12          A.  Yes, that is correct.

13          Q.  Can you walk us through why on that

14     day you chose to purchase GameStop stock?

15          A.  Basically, my process for investing

16     is more or the less as the ones that have been

17     discussed.  Basically, I analyzed the company

18     news.  I analyzed the company valuation, yeah.  I

19     went through a technical analysis as well.  And

20     based on that, I did -- I bought and did the

21     investment, yeah.

22               That's really the process I,

23     typically, do.  And that's the process I did in

24     this case.  But I don't remember any other

25     specifics for that case.

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2           Q.  Would you agree that this is the

3    first time you ever purchased GameStop stock?

4           A.  I don't remember if I bought it

5    before.

6           Q.  But you didn't buy it before in

7    January 2021, correct?

8           A.  Before in January, no.  That isn't

9    what is in the statement, yes.

10          Q.  And you don't recall seeing it in

11   your December 2020 statement correct?

12          A.  That is correct.  But before that, I

13   don't recall, to be honest.

14          Q.  And the only brokerage at this time

15   in which you traded American stocks was this

16   Ameritrade account?

17          A.  Yes, that is correct.

18          Q.  So it stands to reason that you

19   likely did not purchase GameStop stock prior to

20   January 25th, 2021, correct?

21          A.  Well, there is a possibility.  But I

22   would have to check the details.

23          Q.  Okay.  On January 25th, 2021 or

24   thereabouts, did you see the concentration of

25   attention on GameStop in the news and in other

```
                                            Page 109
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     media?
 3              MR. KIM:  Objection, vague.
 4          A.  I was following the news on those
 5     dates, yeah, following the news on the
 6     Thinkorswim platform, and the media we have
 7     discussed before.  And, yes, I saw about the --
 8     what was happening around this group of stocks.
 9          Q.  And what brought -- strike that.
10              Isn't it true that it was that media
11     and social media attention that brought GameStop
12     stock to your attention on January 25th, 2021?
13          A.  I see the news daily to follow the
14     markets and I see what is going on and all
15     around.  But, in general, the conclusions and the
16     decisions to make an investment is completely
17     mine.
18          Q.  So did you read anything on the Wall
19     Street Bets sub-Reddit about GameStop around this
20     time?
21          A.  I cannot recall, yeah.
22          Q.  But it's possible?
23              MR. KIM:  Objection to form.
24          A.  I don't recall.  I, typically, use it
25     in the media that we have discussed, which is the
```

```
                                              Page 110
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     Thinkorswim platform, YouTube videos and Twitter

3     and that's like my normal -- it's the normal

4     information that I use for investing.  And it's

5     difficult because I don't remember all the

6     details exactly what I read during those times.

7          Q.   Looking at the next page, we can see

8     that you sold all of your GameStop stock the next

9     day on January 26th, 2021, correct?

10         A.   That is correct.

11         Q.   And you sold it at $115.4575 per

12    share?

13         A.   That is what it is stated in the

14    document, yes.

15         Q.   So you made a profit from that sale,

16    correct?

17         A.   That is what is stated in the

18    document, yes.

19         Q.   Why did you chose to sell GameStop

20    after one day?

21         A.   It's difficult to remember the

22    specifics on why and which indicators were there.

23    It's difficult to know the specifics.  But I was

24    following the market.  I was following the news.

25    And I was following, you know, what was going on

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2       in that period.  And the decision is what is in

3       the statement.  So I decided to sell.

4              Q.  Is it fair to say that you sold

5       because you weren't certain that the price would

6       continue to go up?

7                   MR. KIM:  Objection to form.

8              A.  I, honestly, don't know, don't know

9       if it was going be up or down.  I just yeah,

10      decided to sell based on what the market was

11      telling me, what was going on in the market and

12      in the news.

13             Q.  As a general matter, if you believe

14      that a stock price is going to go up and you hold

15      that security, would you continue to hold onto

16      it?

17                  MR. KIM:  Objection.

18             A.  Well, it's difficult to say because,

19      you know, all the strategy and all the things

20      depend on a lot of information.  So generalizing

21      is complicated.  I wouldn't go to any conclusion

22      or based conclusion.  It depends on the case, you

23      know, from case to case.

24             Q.  At this time do you recall seeing any

25      news attention about a stock squeeze with respect

```
                                        Page 112
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    to GameStop stock?
 3          A.   I was watching the news, as you
 4    probably heard, and I was -- I was aware of what
 5    was going on in the market.
 6          Q.   Okay.  Going back to the previous
 7    page, you see that on January 26, 2021 you
 8    deposited $2800 into this Ameritrade account?
 9          A.   Yes.  That is what is in the
10    statement, yes.
11          Q.   Do you recall why you deposited that
12    money in your account at that time?
13          A.   Sorry.  I was closing a window that
14    was like -- I'll get back to it.
15               Basically, no, I wanted to -- I had a
16    payment from something, what I recall, or maybe I
17    was like doing rebalancing from the accounts from
18    -- that I was having in Columbian and I put some
19    money into TD Ameritrade.  The specific reasons I
20    don't know.  I think I was -- I wanted to invest
21    in the market, which, of course, is the objective
22    of TD Ameritrade.
23          Q.   Do you recall on January 26, 2021
24    when you made that deposit that you anticipated
25    to make a significant investment in certain
```

```
                                             Page 113

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      stocks in the near future?
 3                MR. KIM:  Objection, vague.
 4           A.  Yeah, I don't -- I don't remember the
 5      specifics of why I did that decision and what was
 6      I was going to do with that money.  Of course,
 7      the decision was to put it into the TD Ameritrade
 8      account to invest, but I don't know exactly the
 9      strategy or what I was going to do afterwards.
10           Q.  We briefly touched on the social
11      media sources that you were engaging in before.
12                And do you recall what you said the
13      social media sources you were viewing in
14      January 2021 are?
15                MR. KIM:  Objection --
16           A.  I wasn't --
17                MR. KIM:  -- asked and answered.
18           A.   I was -- I was given the same
19      information I was -- I had been telling you,
20      which is the news on TD Ameritrade in the
21      Thinkorswim platform, YouTube videos.  I do -- I
22      see information on the recaps for the market and
23      I see Twitter.  I follow Twitter for news.
24      That's what I do, typically.
25           Q.  And you mention something called
```

Page 114

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    Arena Alpha?

3           A.  I, typically, follow, yeah, this

4    account, yes.

5           Q.  And what is Arena Alpha again?

6           A.  Arena Alpha is an institution.  They

7    do education on investments.  It's very good.

8           Q.  And they have a presence on social

9    media?

10          A.  They have a presence in social media,

11   yes.

12          Q.  Do you know what platforms?

13          A.  They, typically, use YouTube and,

14   typically, use Twitter as well mainly.

15          Q.  Is there a person associated with

16   Arena Alpha who is posting that you're aware of?

17          A.  Yes, basically, it is an institution

18   and the person that knows more about the

19   advancement in this institution is -- it was a

20   professor I was with when I did the course with

21   them years before.

22          Q.  Oh, it's your professor.

23          A.  It was my professor at that time,

24   which is it was like a year before or something

25   like that.

```
                                             Page 115
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           Q.  So did you first learn about Arena
 3      Alpha's social media engagement when you were
 4      being educated at Arena Alpha?
 5                MR. KIM:  Objection, vague.
 6           A.  I started in the investment world
 7      with both Arena Alpha and courses from the stock
 8      market exchange in Columbian.  Those were my
 9      first learnings, yeah.  And Arena Alpha, it's a
10      good source of information for investment.  They
11      do -- their base is value investing.
12           Q.  Do you trust that source of
13      information?
14           A.  Well, it's like --
15                MR. KIM:  Objection, vague.
16           A.  It's like any other type of
17      information.  It's like you listen what they say.
18      They provide some information regarding that.
19      But all the decisions are personal, yeah.
20           Q.  Are you a paid subscriber to any
21      Arena Alpha accounts?
22           A.  I been a -- I been a -- I used
23      courses in the past, as I was -- had told you and
24      I was a paid subscriber as well for some time.
25           Q.  And --
```

Page 116

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          A.   Not anymore.

3          Q.   What weighs the name of this

4     professor?

5          A.   Let me recall.   It's called Sebastian

6     Toro.

7          Q.   Could you spell that?   I'm sorry.

8          A.   Sebastian Toro, S-E-B-E-S-T-I-N-I --

9     I'll put it in the...

10              He works for Arena Alpha.

11              (The witness typed out the name in

12     Zoom chat as S-E-B-A-S-T-I-A-N  T-O-R-O.)

13          Q.   And do you watch most of the content

14     that Professor Toro puts out on Arena Alpha's

15     platforms?

16              MR. KIM:  Objection, vague.

17          A.   I watch some content from them.   All

18     it's all like very difficult to know.   They

19     operate both the Columbian market and the US

20     stock market as well; mostly Columbian market.

21     But they have good content, but that's not the

22     only source of information.

23          Q.   Do you listen Arena Alpha's podcasts?

24          A.   They -- I don't know if they do

25     podcasts.   I don't hear much podcasts.   But I see

```
                              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 1
 2        the videos on YouTube.  They -- they post videos
 3        on YouTube.
 4              Q.  Do you ever ask Professor Toro's
 5        advice on investment matters?
 6              A.  Sometimes I ask things, but it's not
 7        that common.
 8                    MR. COHEN:  Okay.  Let's mark Tab 5
 9        please.
10                    (Deposition Exhibit 275, Twitter
11        thread P00001326 & P00001327 marked Confidential,
12        was marked for identification.)
13              Q.  Mr. Gill, in your folder, you'll soon
14        see, I believe, Exhibit 275.
15                    Do you recognize this document?
16              A.  I have -- I have seen, yes, some of
17        the tweets.  Yes, some things I remember posting,
18        yeah.  I don't post much.
19              Q.  Okay.  And, for the record, you
20        produced this to us with the beginning Bates No.
21        P00001326.
22              A.  Okay.
23              Q.  Now, these are your tweets, correct?
24              A.  Yes.
25              Q.  And did you create this document that
```

```
                                                   Page 118

 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      you see in front of you?
 3            A.   I don't recall "creating" it, but
 4      these are the tweets, yes.
 5            Q.   Do you recall finding these tweets so
 6      that this document could be created?
 7            A.   Yes.
 8            Q.   And how did you find these tweets?
 9            A.   I go -- I went, basically, to my
10      account and looked for in the history in Twitter.
11            Q.   And what were you looking for in your
12      history?
13            A.   I don't recall the specific key
14      words.  But I was looking for -- by different
15      searches and this is what I found.
16            Q.   Okay.  Let's look at the first page
17      of this document.
18                 And this top tweet has a comment on
19      it, correct?
20            A.   Yes.
21            Q.   That you made?
22            A.   Yes.
23            Q.   And that was on January 26, 2021?
24            A.   The date I see in the first comment,
25      it's January 27th.
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.  If you look below that, sir, do you
 3     see on January 26, 2021 --
 4          A.  On the second one?
 5              MR. KIM:  Are you talking about at
 6     the Arena Facol one; is that the one?
 7              MR. COHEN:  Yes.
 8              MR. KIM:  Okay.
 9          A.  Okay, I see it.
10          Q.  So that is -- you're tweeting at
11     Arena Alpha, correct?
12          A.  Yeah, that is correct.
13          Q.  And I'm going to read what it says
14     here in English.  And you'll let me know if I've
15     translated this correctly.
16              "Doc, what do you think about the
17     GameStop issue about the legality of what is
18     happening?  What do you think?  As a retailer,
19     can you get into trouble excluding, of course,
20     the risks of trading?"
21          A.  The translation is correct.
22          Q.  So when you say, "Doc, are you
23     referring to your professor Professor Toro?
24          A.  Yes.
25          Q.  So this tweet is to ask Professor
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2   Toro advice about investing, correct?
 3             MR. KIM:  Objection to form.  I think
 4   it's more like a question.
 5        A.  I don't see the advice on investing.
 6   I see his opinion.  I am seeking his opinion on
 7   the topic, which I think by seeing on the tweet
 8   -- I don't recall any answer or anything.
 9   Actually, the account that is listed, which is
10   Arena Alpha Facol, is the one that is for the
11   paid service, specifically, in Columbia.  The
12   call is for Columbia.  So my guess is I didn't
13   have any answer, but I don't recall the
14   specifics.
15        Q.  What did you mean by "tema del
16   GameStop?"
17             That means GameStop issue, correct?
18        A.  The topic.  "Tema" is topic as well.
19        Q.  Okay.  And what did you mean by
20   "GameStop topic"?
21        A.  I cared what was going around.
22        Q.  What was going around about the
23   GameStop price spike?
24        A.  The GameStop topic, all the news
25   surrounding GameStop.
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          Q.  Could you be more specific about what

3     you meant about "GameStop topic"?

4          A.  It's difficult to recall specifics on

5     that matter.  Because I don't know the -- exactly

6     what were, specifically, the happenings on that

7     date and everything.  It's January 26th.  So it's

8     before -- even it's before the period of this

9     class.  So I don't -- I don't know exactly what

10    is the context of that tweet, of that message.

11    But it's around the topic of GameStop, which is

12    literally what is stated there in the tweet.

13         Q.  You said the GameStop topic involves

14    several different attributes of what was going on

15    with GameStop at that time?

16         A.  Yeah, it's like the literal question

17    states, "what do you think about the topic around

18    GameStop," which is very vague.

19         Q.  Did the "topic around GameStop" at

20    that time include the GameStop stock price spike

21    at that time?

22         A.  It's -- I'm assuming -- it's

23    difficult to assume and I don't remember the

24    specifics or what was going on January 26th or

25    before, which was before all the matters of this

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    class.  But it's difficult to recall specifics.
 3          Q.  In general, did the GameStop topic
 4    have to do with trading GameStop stock?
 5          A.  There was -- it's like it's very
 6    vague, yeah, I mean, that topic.  And that topic
 7    involves many things, yeah.  And -- but it was
 8    referring -- that tweet was referring in general
 9    to that topic, not to something in particular.
10          And I can only judge -- I can only
11    answer for what it's in the tweet.  More from
12    that it's more like speculation.
13          Q.  Well, please speculate.  Tell me --
14          MR. KIM:  No, he's not going to
15    speculate.  We're not here to -- you know, come
16    on.  You're not asking a witness to speculate
17    about something that happened a couple of years
18    ago.  [INSTRUCTION] He's not going to answer that
19    question.
20          Q.  Mr. Gill, is it your testimony under
21    oath that you don't recall anything about what
22    the "GameStop topic" was when you asked your
23    professor?
24          A.  Well, the "GameStop topic," yeah,
25    what I recall is that there was a demand for a
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     group of stocks.  The stocks that the -- called

3     the meme stock, there was demand for that.  There

4     was many people short on those stocks and there

5     was a lot of news about this topic, yeah, about

6     these stocks.  That's what I recall.

7              And -- but, specifically, what was

8     going on on that day and what was like taking me

9     to ask this person about it, I don't -- I don't

10    remember the specifics.  The generalities it's

11    like -- it's what we know about the case.

12         Q.  And, in general, this also refers to

13    the purported coordinated trading of GameStop

14    stock, right?

15              MR. KIM:  Objection, assumes facts.

16         A.  I don't -- I don't know about any

17    coordinated attack or -- I don't know anything

18    about if people were getting involved with each

19    other.  I don't know, yeah.  I just saw the news

20    and I saw the news on the media that we have been

21    discussing, which is the Thinkorswim platform,

22    the YouTube videos I watch for the market recap

23    videos and the Twitter.  That's what I can see.

24    And I cannot state anything about any coordinated

25    attack.  I have --

```
                                              Page 124
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2            Q.   And what did you -- what did you
 3      think might be illegal then if you look at your
 4      tweet?
 5            A.   I don't -- I don't know and I don't
 6      remember.   That's speculation.
 7            Q.   But you don't deny that you are
 8      asking about the legality of what was happening
 9      with regard to GameStop, correct?
10            A.   Well, that's the question.   Of
11      course, I cannot deny that.   That's for sure.
12                 But exactly what I was referring to
13      is -- honestly, I don't recall it, specifically.
14            Q.   Were you worried that your investment
15      in GameStop the day before this could potentially
16      be a legal problem?
17            A.   That's speculation as well.   But it
18      was related to that, of course.
19            Q.   And is that because you -- no, go
20      ahead.
21            A.   So -- but the details are
22      speculation.
23            Q.   Were you worried that you believed
24      what was going on with GameStop stock was market
25      manipulation?
```

```
 1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                   MR. KIM:  Objection to form.
 3         A.  I don't know.  I was not worried for
 4    that.  That's -- that's -- that's what I
 5    remember, not for that specific reason for sure,
 6    but as you can see in the tweet, I was worried.
 7    But I cannot recall exactly the reason.
 8         Q.  You refer to retail traders, correct?
 9         A.  Yeah, saying that there are, like,
10    big groups of traders or investors, yeah,
11    institution and retail.  So we are all the
12    retail.  If we are in the market, we are all the
13    retail.
14         Q.  And you're asking can retailers like
15    you get into trouble regarding the GameStop stock
16    topic, correct?
17         A.  That's what the tweet says, yes.
18         Q.  Are you normally worried about the
19    legality of your stock trades?
20                   MR. KIM:  Objection, form.
21         A.  I am like -- of course, when you do
22    an investment, you do the research and you do it
23    in order, of course, to make the best of the
24    investment.  That's what we all do when we
25    invest, not only in the stock market but in
```

Page 126

1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     general.  So that's part of the process.
3              Q.  Have you ever asked Professor Toro
4     before about the legality of your stock trades?
5              A.  I have asked several things to this
6     guy, to Sebastian, definitely.
7              Q.  About whether your stock trades could
8     be illegal?
9              A.  No.  It's like -- I have asked
10    generalities, yeah.  It's like -- I would say
11    when we are students of somebody and then you
12    trusted somebody, it's good to ask his view on
13    these things.  But at the end all the decisions,
14    the final decisions are completely mine.  That is
15    just one opinion, as watching one news or
16    watching one video.  They have their views.  They
17    have their saying on any topic and then you say
18    -- you see many opinions, yeah, many news and
19    then you make your own decision.  But decisions
20    are personal.
21              By the way, he's not a financial
22    advisor in any case.
23              Q.  You mean he's --
24              A.  He's just in education.
25              Q.  Right, I understand that.

Page 127

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                    So, just as a general matter, based

3       on your trades in GameStop stock the day before,

4       you are asking your professor about the possible

5       illegality surrounding the GameStop topic?

6                    MR. KIM:  Objection.  I think you're

7       mischaracterizing the document.  The document

8       speaks for itself so...

9            A.  Yeah, it's what the tweet was about

10      and nothing else, yeah.  It's like nothing as

11      specific on that topic, yeah.  And I don't recall

12      if there was an answer or not or what was the

13      answer.  It's like -- it's like that.  It's

14      what's in the document.

15           Q.  And it's your testimony here today

16      that you have no idea what you were talking about

17      when you said the, legality of the GameStop

18      topic?

19                   MR. KIM:  I mean, you don't need to

20      raise your voice at the client.  So I'd ask you

21      to refrain from raising your voice to the client.

22                   But I think to the extent that you

23      can answer the question, you can, Mr. Gill.

24           A.  Well, I remember what I am telling

25      you, yeah, that I was seeing the news, yeah, and

Page 128

1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     what was going on in the market surrounding these

3     stocks and the other part of the market, which

4     is, of course, very big and what's going on with

5     the whole market.  And I had -- I had questions

6     and so I reached out to the professor.  But the

7     specifics why, I cannot recall, to be honest.

8            Q.  And this was the same time that you

9     purchased GameStop stock, correct?

10           A.  I don't remember if it was before or

11     after.  But it was around that date, as we saw on

12     the statement.

13           Q.  Okay.  When we looked at your trades

14     before, we noted that you made a profit in

15     selling the GameStop that day, correct?

16           A.  Yeah, that is correct.

17           Q.  And you made the profit after only

18     holding GameStop for one day, correct?

19           A.  Yes, that is correct.  That is what

20     is in the document.

21           Q.  Do you remember tweeting this before

22     or after you sold that stock?

23           A.  I don't remember if it was --

24                THE STENOGRAPHER:  He froze.

25           A.  -- before or after or there was this

```
                                        Page 129
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     tweet.
 3               THE VIDEOGRAPHER:  He's frozen.
 4          A.  I don't remember -- am I back again?
 5               I don't remember if I tweeted this
 6     before or after, but I tweeted it and it was
 7     around that date.
 8          Q.  Let's go back to your Ameritrade
 9     January 2021 account statement.  I believe it is
10     Exhibit 274?
11               MR. KIM:  Hey, Scott, I just want to
12     flag we've been going an hour.  So, I mean, if
13     you got a few more minutes, you know, that would
14     be good.  But, you know, whenever you want to
15     take a break.
16               MR. COHEN:  Okay.  Let's go a few
17     more minutes.
18               MR. KIM:  Okay.
19          A.  Okay.
20          Q.  Alright.  We noted before that, you
21     deposited more funds into your account on
22     January 26th, correct?
23          A.  Let me go back to that page.  Yes,
24     correct.
25          Q.  And we can also see that on
```

Page 130

```
1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2    January 27th you decided to deposit more funds
3    into your account, correct?
4           A.  Yes, that is correct.
5           Q.  And that was for $1400?
6           A.  Yes, that is correct.
7           Q.  And that was the day after the tweet
8    we were just looking at regarding the legality of
9    the GameStop topic, correct?
10              MR. KIM:  I'd just object to the form
11   insofar that it assumes that's when the deposits
12   were made.  I don't know -- you know, it just
13   says, funds deposited, wire received.  I mean, I
14   don't know how long to do a wire to be reflected
15   in a brokerage account.  I mean, I guess, it's
16   possible that it might have been a day other than
17   those days.  So, to that extent, I object.
18              But you can answer the questions if
19   you can.
20          A.  It was around those dates.
21          Q.  Okay.  And, just to be clear, you see
22   that on January 27, 2021 you made -- you took the
23   action to deposit -- to make your wire transfer
24   and on that same day, that transaction settled,
25   correct?
```

```
 1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2              A.   I don't remember the duration of the
 3         -- of those transfer and those dates.  Right now
 4         it's like in the same day.  But in two years ago,
 5         I'm not pretty sure.  I think it takes one day
 6         or, at least, half a day depending on the time.
 7         But it was around those dates.
 8              Q.   Why did you deposit more funds around
 9         that date?
10              MR. KIM:  Objection, asked and
11         answered.  I mean, didn't we go over this when we
12         were looking at this document earlier?
13              MR. COHEN:  No.  Actually, we went
14         over the deposit of the January 26th funds.  This
15         is a new deposit.
16              MR. KIM:  Oh, okay.  Alright.  Well,
17         my attention is not as good as yours.
18              A.   Basically, yeah, I put some money in
19         the account, yeah, because I wanted to invest.
20         But the specifics of how to invest it and stuff
21         is -- it's difficult to know.  I don't recall the
22         details.
23              Q.   Okay.  And you put this money in the
24         account on that day because you wanted to invest
25         more in GameStop, specifically, correct?
```

Page 132

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          A.  That is speculation.  I don't know.

3          Q.  Alright.  Well, let's --

4          A.  I don't know.  And as I -- I don't

5     recall it, specifically, what -- why -- what did

6     I buy with those funds.  I don't recall.  But,

7     yeah, it's the information that is in the

8     statements where we can see the details.

9          Q.  Let's turn to the next page, sir,

10    ending 2125.

11         A.  I am in this page.

12         Q.  On January 27, 2021, do you see that

13    you purchased AMC, BlackBerry, Nokia and Express

14    stock?

15         A.  Yes, it's in there.

16         Q.  And these were all stocks that you

17    had heard at the time were being affected by the

18    short squeeze, correct?

19              MR. KIM:  Objection to form.

20         A.  If those were stocks that were in the

21    news, yeah, I agree completely.  They were in the

22    news during those days and that's why I did the

23    process for investing in this company and the

24    process was to the same one that I typically use,

25    yeah.

```
                                            Page 133
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                 So I see the news around them.  I see
 3       the fundamentals.  I see the technicals and based
 4       on all the information, I make a decision, yeah.
 5       And that's the process I have done with all the
 6       stocks I, typically, trade.
 7            Q.   You had previously purchased AMC
 8       stock in December 2020, correct?
 9            A.   Yes, that is correct.
10            Q.   And why did you decide to buy more
11       AMC stock on this specific day?
12            A.   Well, basically -- I don't know the
13       specifics of the trading strategy.  But what I
14       can see is that, basically, I was right on the
15       initial strategy, yeah, and the initial strategy
16       is exactly aligned to what I'm telling you.  It's
17       company that is undervalued, yeah, based on the
18       analysis I did and now the price is going higher.
19       So that's like the analysis that was done before.
20       You can see it in the price action.  So it's part
21       of the process.
22            Q.   Did you believe at that time that the
23       increase in share price in AMC at the time was
24       solely due to the market realizing the
25       fundamental value of the company?
```

```
                                             Page 134
  1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
  2                 MR. KIM:  Objection to form, vague.
  3            A.  It's always difficult to know why a
  4       stock is going up in value or why it's going down
  5       in value.  It's very difficult to know from the
  6       market and from the news it's like that's the day
  7       to day of every person that is on the market.
  8       And that's what happens with these stocks as
  9       well, yeah.
 10                 And, basically, what my personal
 11       process is the one that I have been speaking
 12       about is I see the company.  I see the
 13       fundamentals.  I see the news.  Based on that, I
 14       do the decisions to buy the stocks, yeah.  That's
 15       more or less the process.
 16                 And when you see the price is going
 17       down -- going up, you validate your analysis that
 18       -- the analysis that you have done.  So it
 19       actually don't make sense, yeah.  And that's more
 20       or less the process that I was going through
 21       those days.
 22            Q.  This was the first time you had ever
 23       purchased BlackBerry stock, right?
 24            A.  I cannot -- I cannot recall.  But I
 25       think so...
```

```
                                                   Page 135

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           Q.  And this was the first time you had
 3      ever purchased Nokia stock, right?
 4           A.  I don't recall, but I think so...
 5           Q.  And this was the first time you had
 6      ever purchased Express stock, right?
 7           A.  I don't recall the specifics, but I
 8      would say so...
 9                MR. COHEN:  Alright.  You want to
10      take a break now?
11                MR. KIM:  Sure, sure.
12           A.  Sure.
13                THE VIDEOGRAPHER:  Stand by.  One
14      second please.  Stand by.
15                The time is 6:35 p.m.  We're going
16      off the record.  This will end Media Unit No. 3.
17      We're off the record.
18                (Recess taken 6:35 to 6:52 p.m.
19      Serbian time.)
20                THE VIDEOGRAPHER:  The time is
21      6:52 p.m.  We are back on the record.  This will
22      be the start of Media Unit No. 4.
23           Q.  Mr. Gill, when you were making those
24      trades on January 27th, 2021, you were also
25      viewing news and social media about the market in
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    general, correct?

3          A.   Yeah, that is correct.

4          Q.   And in viewing that news, you saw

5    items regarding the so-called meme stocks?

6          A.   I saw news in the market including

7    those stocks, yes.

8          Q.   And were you reading anything

9    specific?

10          A.   I don't remember the specific.  But,

11   yes, I was watching the news, including that

12   group of stocks.

13          Q.   Were you watching YouTube at all?

14          A.   Yes, for sure.

15          Q.   And you were on Twitter?

16          A.   On Twitter, yes.

17          Q.   I want to show you Exhibit 276, if

18   you can pull that up.

19               (Deposition Exhibit 276, different

20   Twitter threads with no Bates, was marked for

21   identification.)

22          A.   Sure.

23          Q.   And these are more of your tweets,

24   correct?

25          A.   I'm taking -- yes.

Page 137

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1

2          Q.  Let's go to the last page of this

3    document.

4          A.  Last page?

5          Q.  The last page, right.

6          A.  Yes.

7          Q.  Oh, I'm sorry, the second to last

8    page.  So you'll see a picture of a shark it

9    looks like in one of the tweets.

10          A.  Uh-huh.

11          Q.  It looks like on January 27, 2021,

12    you responded to a tweet from Arena Alpha; is

13    that correct?

14          A.  Well, that is what is in the

15    document, yes.

16          Q.  And you commented -- the tweet that

17    you commented on says, "FUBO AMC, NOK and GME

18    were el nuevo FANG," correct?

19          A.  Yes, that is in the tweet.

20          Q.  And in English that means the new

21    F.A.N.G.?

22          A.  Yes.

23          Q.  Can you explain what that means?

24          A.  Well, basically, there is a group of

25    stocks, yeah, that are well-known which are the

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     FANG, yeah.  It's a Facebook -- I don't remember

3     the -- it's Facebook in there.  It's Google in

4     there.  It's Netflix in there for the end.  I

5     don't remember the "A."  Maybe it's Alphabet;

6     Facebook Alphabet and Nokia -- well, big stocks,

7     yeah, big technological stocks, yeah.  And I was

8     saying the "new FANG," which are the stocks

9     below, which is FUBO, AMC, Nokia and GME.

10          Q.  And this tweet has as a laughing face

11     next to it, right?

12          A.  Yes, it's there.

13          Q.  So did you perceive this tweet to be

14     making a joke of some kind?

15          A.  Well, it was a tweet I saw and I

16     reacted to it, of course.

17          Q.  Did you think it was funny?

18          A.   It's what was happening in the

19     market.  I mean, Facebook, Google, Netflix are

20     huge companies, yeah, and the others are smaller

21     companies.  That's -- there is no question about

22     it.  And it was what was going on in the market

23     and I was reacting to that.

24          Q.  So you were reacting to how FUBO,

25     AMC, Nokia and GameStop were being compared to

Page 139

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2      these enormous companies?
3           A.   Yeah.  Well, they were going up in
4      valuation, yeah, actually, aligned to what was my
5      analysis.  So, yeah, I reacted to that, which is
6      I would say normal.
7           Q.   You've heard of Robinhood, correct?
8           A.   Yes, I've heard, of course.
9           Q.   And you understand this is an action
10     against Robinhood?
11          A.   Yes, that is correct.
12          Q.   You don't have a Robinhood account,
13     though, right?
14          A.   No, I don't.  I am TD Ameritrade
15     client, but I don't have a Robinhood account.
16          Q.   Why not?
17          A.   Basically, when I started operating
18     the US market, I evaluated different options.
19     And based on my needs, TD Ameritrade was the one
20     that fit my needs.
21          Q.   And if you don't have a Robinhood
22     account and you don't trade on Robinhood, then
23     why are you suing Robinhood?
24          A.   Well, basically, this class is for --
25     we are suing Robinhood for market manipulation

```
                                              Page 140
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      and when it turned off the buy button, it, like,
 3      affected the demand for these stocks.  So there
 4      is a market manipulation.  It's for the market,
 5      not only for their clients.  It's for the market.
 6      So that's why.
 7           Q.  Is it your opinion that by turning
 8      off the buy button, Robinhood affected the stock
 9      prices?
10           MR. KIM:  Objection to form.
11           A.  Well, basically, there is a market
12      manipulation, yeah, and there are technical
13      proofs on that and technical proofs that
14      disabling the buy button it makes the demand
15      lower for these stocks thus making the price of
16      the stock go down.  If you only have one side
17      equation for defining the price, yeah, only --
18      you can only sell, not buy, then you are
19      manipulating the price of the stock market.  And
20      that's why -- that's what's in the class.
21           Q.  Was that analysis something you
22      believed back when Robinhood put the stock
23      purchase restrictions in place?
24           A.  That was an analysis of mine, yes,
25      and that's why I contacted The Rosen Law Firm.
```

Page 141

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2      But technicals and the details and the evidence,

3      everything was prepared by them, by The Rosen Law

4      Firm.

5              Q.  But as soon as you saw these

6      restrictions were in place, was that your fear?

7                  MR. KIM:  Objection, form.

8              A.  I don't remember exactly how it

9      happened.  It's like in the day to day.  But, of

10     course, it affected me because, of course, if you

11     cannot buy, yeah, you affect the stock price, the

12     demand, and then that is, like, affects directly

13     the price.  So, yes, of course, it affected my

14     decisions on the day to day.

15                  But I don't remember exactly how it

16     happened.  But it affected, of course, the

17     overall performance in the market and, of course,

18     I lost money on that and that's why we are here.

19             Q.  So, as we were discussing, you're

20     aware that Robinhood implemented certain

21     purchasing restrictions on its platform on

22     January 28th, right?

23             A.  Yeah, I don't remember exactly the

24     specifics.  But, yeah, those restrictions were

25     implemented.  And that was all over the news.

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2            Q.  Was it -- it was all over the news

 3      the day it happened?

 4            A.  Yes, I remember I was on the

 5      Thinkorswim platform and I saw the news there.

 6      It was like very public.  And -- but, yes, I

 7      don't remember exactly the date or the time.

 8            Q.  Can you describe for me the

 9      restrictions that Robinhood put in place?

10            A.  Yeah, all the evidence, all the

11      technical analysis was done by The Rosen Law

12      Firm, yeah.  But their restrictions I remember

13      was the first one, the main one was that the buy

14      button was disabled.  Thus affecting the stock

15      prices, as we discussed, that made the prices go

16      down directly.  And besides that there were some

17      restrictions to buy, like, you can just buy one

18      share or five shares of something, but it was

19      like more or less the same as having the button

20      disabled.  And I don't remember the specifics on

21      those restrictions.  But those restrictions were

22      in place and there was public documentation in

23      place, even Robinhood documentation stating those

24      restrictions.

25            Q.  And Robinhood never forced you to
```

Page 143

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     trade securities, correct?
3           A.  Yeah, that is correct.
4           Q.  Do you recall which stocks
5     Robinhood's restrictions affected?
6           A.  I don't remember the specifics.  But
7     they are in the group of the ones discussed in
8     this class.
9           Q.  Do you know how long the restrictions
10    lasted?
11          A.  No.  Those details I don't know them,
12    but they are part of the complaint.
13          Q.  Do you have an understanding about
14    why Robinhood imposed the restrictions?
15          A.  I have a general understanding, yeah.
16    But I don't agree.  It's market manipulation,
17    yeah.  And that's why I don't agree, yeah, and
18    that's why I contacted The Rosen Law Firm in the
19    first place.  But all the technical details and
20    what was going on in the market, yeah, it's part
21    of the work being done by The Rosen Law Firm.
22          Q.  When the restrictions were put in
23    place and you first learned about it, did you
24    speak with anyone about them?
25          A.  Not that I recall.  In Columbia, not

Page 144

```
1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     many of my friends -- actually, no one of my
3     friends trades on the market.  So, no, that I
4     recall.
5          Q.  Do you recall any restrictions by
6     other brokers?
7          A.  I remember there were some, yes.
8          Q.  Okay.  I want to show you another
9     exhibit.  This will be Exhibit 277 in your
10    folder.
11             (Deposition Exhibit 277, Ameritrade
12    announcement entitled, "Security Impacts Related
13    to Market Conditions," was marked for
14    identification.)
15         Q.  Let me know when you have it up.
16         A.  I have it open.
17         Q.  Do you recognize this announcement?
18         A.  I recognize that it is from TD
19    Ameritrade.
20         Q.  Have you seen it before?
21         A.  Maybe I have.  I could have, of
22    course, because I was very on the market during
23    those times.  But exactly if I saw it, I cannot
24    recall, but I might have seen it.
25         Q.  And this is an announcement by TD
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    Ameritrade alerting its customers that, "In the
 3    interest of mitigating risks for our company and
 4    clients, we have put in place several
 5    restrictions on some transactions in GME, AMC and
 6    other securities," right?
 7          A.  Yes, that's what is in the
 8    communication.
 9          Q.  Did there come a time when you became
10    aware that TD Ameritrade imposed certain
11    restrictions on these same stocks that we've been
12    talking about?
13               MR. KIM:  Which ones?  Are you
14    talking about this announcement, GME, AMC, or are
15    you talking about other stocks?
16               MR. COHEN:  The group of stocks that
17    we've been talking about in this case but
18    including GME and AMC.
19          A.  Sorry, can you repeat that question
20    again?  Sorry about that.
21          Q.  No problem.
22               Did there come a time when you became
23    aware that TD Ameritrade also imposed certain
24    restrictions on the trading of these stocks
25    including GameStop and AMC?
```

                                                      Page 146

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2              A.   I was aware there were restrictions

3       in the market, yes.  I don't know to what extent

4       was the market and the prices, like, impacted by

5       this.  I believe you have to do a much deeper

6       analysis to that and that analysis has been done

7       by my lawyers, by The Rosen Law Firm.  And

8       basically, what I understand is that the impact

9       is way more less than their restrictions done by

10      Robinhood.

11              But all the technicals, yeah, and all

12      the specific analysis are -- have been done by

13      The Rosen Law Firm and, of course, I support all

14      this analysis.

15              Q.   So the restrictions that TD

16      Ameritrade put on these stocks, did those affect

17      your ability to purchase stocks like GameStop and

18      AMC?

19              MR. KIM:  Objection to form.

20              A.   It's difficult to say specifics.

21      Even in this communication, there is no detail on

22      what restrictions were.  And I don't remember,

23      specifically, what was going in the specific

24      time, yeah.

25              But I believe these things, this

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2   detail, this technical detail is to be seen with
 3   all the detail analysis done by The Rosen Law
 4   Firm.
 5           Q.  Are you also suing TD Ameritrade?
 6           A.  No, it's not part of this class.
 7           Q.  Are you seeking to sue them in
 8   addition?
 9           A.  That's another matter, another
10   discussion.  But what we have done for this class
11   is that only Robinhood is being sued because
12   that's what the evidence suggests and that the
13   technical analysis suggests.  So that's why it's
14   only part -- that -- they are the only ones in
15   this class.  That's why.
16           Q.  And you believe that Robinhood has
17   been wrong for doing this for a long time,
18   correct?
19           A.  Yeah, that is correct.  I personally
20   -- I am in the stock market and we are investors.
21   So I think that the conditions of the market
22   should be transparent.  And these kind of things,
23   this market manipulation, I think they are wrong
24   and they are wrong for the market and the market
25   it's important that it is transparent and it's
```

```
                                        Page 148
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    transparent to all the investors.  So that's why
 3    I don't like this market manipulations.
 4          Q.  Let's go --
 5          A.  Any of them.
 6          Q.  Let's go back to 275, the exhibit.
 7          A.  I am in the exhibit.
 8          Q.  If you can turn to the last page
 9    please.
10          A.  Yes.
11          Q.  This shows two tweets of yours, one
12    on January 29, 2021 and one on January 30, 2021?
13          A.  Yeah that's what's in the document,
14    yes.
15          Q.  So, on January 29, 2021, you were
16    responding to another tweet saying, "looks like
17    Robinhood is limiting most of chamath's SPAC
18    stocks," and then it lists other stocks too,
19    correct?
20          A.  That's what it says in the tweet,
21    yes.
22          Q.  And the article that was posted along
23    with that tweet is -- at least, the first part of
24    the title says, "Robinhood is still severely
25    limiting trading"?
```

Page 149

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          A.   Yes, that's what's in the tweet, yes.

3          Q.   And then you say, "that's illegal.

4     Cowards and robbers.  At least 20 years.  We need

5     transparency in the markets," correct?

6          A.   That's correct.  That's what's in the

7     tweet.

8          Q.   Can you explain what that means?

9          A.   Yeah, I don't recall exactly the

10    contents of the article, yeah.  But I was

11    basically having a reaction, you know, to what

12    was going on in the market.

13             As I was telling you before, I don't

14    like market manipulations at all.  And I think

15    the market should be transparent and good for

16    investors.  In the long-term and in the

17    short-term, that has to happen.  That's my

18    reaction.  And that was their reaction then.

19    That's what I can see in the tweet.  So,

20    basically, I am against market manipulation.  But

21    I don't know what is in that article.  So it's

22    difficult to draw up further conclusions to that.

23         Q.   Okay.  But it's fair to say that as

24    of the time you posted that, you believed that

25    Robinhood had done something wrong, correct?

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          A.  Yeah, that is correct.

3          Q.  You believe that they were engaging

4    in market manipulation, right?

5          A.  Yes.

6          Q.  Who were the "cowards and robbers"

7    that you're talking about here?

8          A.  I don't know the contents of the

9    article.  But I was against market manipulation

10   so the people doing the market manipulation,

11   yeah.

12              I am not, specifically, talking about

13   anyone, in particular, but the people doing

14   market manipulation I don't approve.

15         Q.  And you say here, "at least

16   20 years"?

17         A.  That was very reactive, of course.

18         Q.  But you're talking about jail time,

19   right?

20         A.  Yeah, I'm not a lawyer, as you know.

21   I am someone in IT and I was doing -- having a

22   reaction on Twitter for something that I don't

23   approve.

24              I don't remember, specifically, the

25   happenings, the specific happenings on those

Page 151

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     dates.  But I was having a reaction.  And that's

3     what's in the tweet.  And this is from a

4     non-lawyer.

5          Q.  SPAC insider is a known lawyer?

6          A.  Where are you reading?  I'm sorry.

7          Q.  I'm sorry.  Who are you saying that's

8     from a known [sic] lawyer?

9               THE STENOGRAPHER:  He said

10    non-lawyer.  I'm so sorry.

11         Q.  Oh, a non-lawyer.  I'm sorry.

12         A.  Oh, a non-lawyer.  That's me.

13         Q.  No, it was my mishearing.

14              You also tweeted beneath that, "go to

15    Webull."

16              Do you see that?

17         A.  Yeah, I see it.

18         Q.  What is "Webull"?

19         A.  It's another broker.

20         Q.  Oh.  Do you use Webull?

21         A.  No, not at all.  I know that it

22    exists and it's in the market, but I don't use

23    it.  I have evaluated Webull when I did the

24    evaluation.  Webull was one of the alternatives.

25    But I haven't used Webull before.  But it is part

Page 152

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     of the tweet and it's part of their reaction.
 3     That's it.
 4          Q.  Do you recall why you wanted people
 5     to go to Webull?
 6               MR. KIM:  Objection to form.
 7          A.  Yeah, we are in a case against market
 8     manipulation.  So it was a reaction, yeah.  I
 9     know it's bad to react, but it was a reaction to
10     something I don't agree with.  So that's why the
11     comment.  But, yeah, nothing else.
12          Q.  So it was your reaction that Webull
13     was also involved in restricting stock purchases?
14          A.  Well, that is speculation and that is
15     not what it says on the tweet.  The tweet says,
16     "go to Webull."  But that doesn't suggest
17     anything else.
18          Q.  Right.  So I'm just trying to figure
19     out what it means, because I also don't know.
20               MR. KIM:  Well, I think he answered
21     the question the first time but...
22          Q.  I'm sorry, then one more time.
23               What are you suggesting with respect
24     to "Webull"?
25          A.  Well, Webull is another broker, yeah.
```

```
                                           Page 153
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    I haven't used Webull.  Actually, I don't follow
 3    much about what is happening to Webull, yeah.  On
 4    that period of time, I don't know if they put
 5    restrictions or not.  I'm not aware of that.
 6    Maybe they did, maybe they don't.  I don't know.
 7    I was just -- that tweet is regarding a reaction
 8    I had to an article, yeah, and it doesn't mean
 9    anything else.  It's like the article -- the
10    title says, Robinhood is limiting trading,
11    "severely limiting trading," et cetera, et
12    cetera.  And I'm reacting to that, yeah, saying
13    that there is market manipulation.
14              And the next comment says, "go to
15    Webull."  That's like, I think, it's
16    self-explanatory.  So, that if someone reads the
17    tweet, yeah, tell -- it's like telling the people
18    to go to other broker that doesn't do this kind
19    of market manipulation.
20         Q.  So let's go back to your January 2021
21    Ameritrade statement, which is Exhibit 274, I
22    think.
23         A.  I'm in it.  Which page?
24         Q.  Let's go to the page ending 2126?
25         A.  I'm in it.
```

```
                                          Page 154
```

1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2        Q.  It looks like that on January 28th,

3   2021 you purchased 81 more AMC shares on your

4   Ameritrade account, correct?

5        A.  Yes, that is correct.

6        Q.  Okay.  Why did you buy these shares

7   at that time?

8        A.  Well, I don't remember the specifics,

9   yeah.  The general investment thesis was the

10  same, yeah, in which I did based on the

11  fundamentals I went to the news, I went to

12  technicals.  And based on that, I went to do

13  these buy, all those -- actually, all those

14  transactions there.

15            But the specifics of why I did this

16  order or the other one, it's difficult to recall

17  and I don't recall.

18       Q.  Do you recall if you made this

19  purchase before or after you found out that

20  Robinhood had implemented its purchasing

21  restrictions?

22       A.  I don't recall the specifics.  Yeah,

23  I don't recall it, specifically, on which date

24  the restrictions started and where they were

25  changed and then when they were like up.  Yeah, I

```
                                           Page 155
```

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2      don't recall exactly that.  And I don't recall

3      how it goes with this transactions.  Honestly,

4      that's a lot of detail to remember, to recall.

5              Q.  You also purchased 14 Express shares

6      on this day, correct?

7              A.  Yeah, that is correct.

8              Q.  And you purchased Express shares for

9      the same reason as you purchased your AMC shares?

10             A.  It's like -- it's -- the analysis --

11     the base analysis is the same, yeah, and it's the

12     same done with AMC but for Express, yeah.  And

13     based on the analysis -- well, the operation was

14     made and it was made as it is on this statement.

15             But I don't remember exactly what was

16     happening on that time and I don't remember

17     exactly what the price action was.  So it's

18     difficult to say exactly the strategy for those

19     trades for those buys.

20             Q.  After you purchased Express shares on

21     January 28, 2021, it looks like you in that same

22     day quickly sold off shares for several companies

23     that same day, correct?

24             A.  Yeah, that is what is in the

25     statement.

```
                                        Page 156
```

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2          Q.   So you sold AMC, Nokia, BlackBerry

 3     and Express shares on January 28th, 2021?

 4          A.   That's what's in the statement, yes.

 5          Q.   Okay.  Is it a fair inference that

 6     that you sold these shares after you learned of

 7     Robinhood's restrictions?

 8          A.   Yeah.  Honestly, exactly, I don't

 9     know exactly why I sold seeing at the statement

10     right now, because, yeah, it's difficult to

11     remember the exact things that were happening in

12     and which times the things were happening and

13     which specific news were going on at that time.

14     So, the specifics I, honestly, don't recall.

15          Q.   These are the stocks that were being

16     affected by the Robinhood trade restrictions,

17     correct?

18          A.   As I recall, yes.

19          Q.   Did you see something on social media

20     at this time indicating that there were stock

21     purchase restrictions on these companies' stocks?

22          A.   Yeah, I don't remember, specifically,

23     the news on those dates, yeah, and what was

24     happening in that specific date.  I, honestly,

25     don't remember, yeah.

```
                                          Page 157
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                  What I can tell you is that I
 3      operated the market based on the Thinkorswim
 4      platform, the news on Thinkorswim platform and
 5      the Twitter that I have been telling you and the
 6      YouTube I have been telling you all along.
 7           Q.   And then if you look at the next day,
 8      on January 29th, you continued to sell AMC,
 9      Express and BlackBerry shares, correct?
10           A.   Yeah, that is what is in the
11      statement, yes.
12           Q.   And, as we saw in the tweet we looked
13      at just a few minutes ago, you were certainly
14      aware that Robinhood had instituted its
15      restrictions by January 29th, correct?
16           A.   Yeah, as I was telling you, I don't
17      remember the specifics, yeah, and exactly when
18      the restrictions were imposed.
19                  What was the scope of their
20      restrictions each day, what was the price action,
21      yeah, that was happening on the markets during
22      those times, yeah, I don't recall that -- those
23      specifics.  But the transactions are there in the
24      statement.  So, of course, yeah, they happen as
25      they are reflected on the statement.
```

Page 158

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2          Q.   And on January 29th, you made the
3     comment on Twitter to go to "Webull," correct?
4          A.   It is what is in the document.
5          Q.   Okay.  Let's go back to that
6     document.
7          A.   What's the exhibit?
8               (There is a discussion off the
9     record.)
10         Q.   It's 275.
11         A.   275?
12         Q.   Yes.
13         A.   I'm back in, in the exhibit.  I'm on
14    that page.
15         Q.   So you see that the January 29th,
16    2021 tweet was about Robinhood "severely limiting
17    trading," correct?
18         A.   Yeah, that's what's in the tweet,
19    yes, in the article from that tweet, yes.
20         Q.   And then on January 29, 2021, you
21    also commented on that tweet, correct?
22         A.   Yes, that's correct.  That is what is
23    in that tweet, yes.
24         Q.   So, on January 29th, you were aware
25    that there were trading restrictions that

Page 159

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    Robinhood implemented, right?
 3         A.   That is what is in the tweet, yes.
 4         Q.   Let's go back to the exhibit we were
 5    just in, which is Exhibit 274.
 6         A.   In what page?
 7         Q.   Page 2127.
 8         A.   Alright.  I'm here.
 9         Q.   So, also, on January 29th, after you
10    made those -- you sold those shares, you also
11    purchased more AMC stock.
12              Do you see that?
13         A.   I see it's in the statement, yes.
14         Q.   Do you know why you had purchased the
15    AMC stock on January 29th after selling it that
16    same day?
17         A.   Yeah, it's difficult to see -- to
18    recall the detail, yeah.  And without knowing
19    what was going on, specifically, on those day in
20    the news and, specifically, in those days on the
21    price action.  So it's difficult to say, yeah.
22    It's -- honestly, I don't recall.
23         Q.   Is it fair to say that there was a
24    lot of confusion going on from your perspective?
25              MR. KIM:  Objection to form.
```

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          A.   That is difficult to say, yeah.  I

3     don't recall exactly what was -- why I did all

4     these -- all these purchase and sells, yeah.  And

5     they were -- and the processes on that.

6              But to say it's "confusion," it's

7     like -- it's difficult to say.  I wouldn't agree

8     to that.

9          Q.   And do you recall what was going

10    through your head at all at this time?

11         A.   No, those specifics, no.

12         Q.   Let's go to a new exhibit.

13              MR. COHEN:  Tab 12.

14         Q.   And it will be 278.

15              (Deposition Exhibit 278, copy of Mr.

16    Gill's February 2021 account statement for

17    Ameritrade P00002128 to P00002135 marked

18    Confidential, was marked for identification.)

19         A.   I can see it.

20         Q.   We're having some technical

21    difficulties.

22         A.   There it is.

23              MR. COHEN:  And, for the record, the

24    beginning Bates Number is P00002128.

25         Q.   So, Mr. Gill, this is your Ameritrade

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     account statement for the month of February 1st,
 3     2021 through February 28, 2021?
 4          A.  Yes, that is correct.
 5          Q.  Let's go to the page ending 2133.
 6          A.  I'm in the page.
 7          Q.  If you look at the fourth row down --
 8          A.  Yes.
 9          Q.  -- you made -- you made several stock
10     trades on February 3rd, 2021.
11             Do you see that?
12             MR. KIM:  You mean February 1 or is
13     it the 3rd?
14          Q.  I'm sorry.  They were --
15     February 1st, 2021 and settled on February 3rd,
16     2021.
17          A.  Yes, I see them.
18          Q.  Okay.  So we can see that you bought
19     a 150 more shares of AMC stock for $15.20 per
20     share, correct?
21          A.  That's correct.
22          Q.  And this was after you saw that
23     Robinhood had imposed its purchasing
24     restrictions, correct?
25          A.  Yeah, that is correct.
```

Page 162

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1

2          Q.  Could you tell me why you continued

3   to buy the AMC stock at this time?

4          A.  Yeah, it's -- it's difficult to say

5   because it's all -- it is tied to the news and to

6   the market what is pricing there in the details.

7   I don't remember if there were like some

8   restrictions that were not there anymore, yeah,

9   or any other things happening in the market,

10  yeah.  So it's like -- basically, I don't know.

11  I don't recall.

12         Q.  And then you sold 100 shares of AMC

13  on that same day, right?

14         A.  I think it's the day after.  It's the

15  2nd of February.

16         Q.  This is the 1st of February; the row

17  up from where you're looking.

18         A.  Ah, okay.

19         Q.  Do you see that you sold 100 shares

20  of AMC stock at $12.37 per share?

21         A.  Yeah.  Yeah, I see it.

22         Q.  Do you recall the reason why you sold

23  the AMC shares shortly after purchasing them?

24         A.  I don't -- I don't remember the

25  specifics, yeah.  But they are tied to specific

```
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      news in the market and the price action.  So it's
 3      difficult to comment, yeah, after two years.  I
 4      don't recall.
 5            Q.  Did you at the time believe that
 6      AMC's stock was trading in a volatile way?
 7            A.  It was volatile, yes.
 8            Q.  Did that affect your analysis of when
 9      to buy and sell stock?
10            A.  Well, the pricing -- the market --
11      what the pricing -- what the market was pricing,
12      of course, was affecting the -- my decisions, of
13      course.  And some were good decisions, some not
14      so much, but they were affected as well by their
15      restrictions, yeah.  And the -- but that was what
16      was going on in the market at that time.
17                 But the specifics on why each of the
18      transactions is difficult to know, difficult to
19      say.  I don't recall the specifics.
20            Q.  And then you sold 150 shares of AMC
21      on February 2nd, right?
22            A.  Yes.
23            Q.  And then you went on to buy 210
24      shares of AMC on February 5th, right?
25            A.  Yeah, that's what's in this
```

```
                                         Page 164
1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2    statement.
3         Q.  Is this type of alternating of buying
4    and selling the same shares a common way that you
5    invest?
6         A.  No, it is not but were not common
7    days in the market.
8         Q.  Okay.  If you go to the next page, on
9    February 10th, 2021, you bought Express, GameStop
10   and Koss?
11             MR. KIM:  You mean it's on the same
12   page, no?  You said, "the next page."
13             What page are we talking about?
14             MR. COHEN:  Oh, sorry.  Yeah, it's
15   the bottom of the same page.  You're correct,
16   Phil.
17        Q.  So I can ask that again.
18             Do you see that on February 10th,
19   2021 you bought Express, GameStop and Koss
20   shares?
21        A.  Yes, I see it's in the statement,
22   yes.
23        Q.  And do you recall why at that time
24   you purchased those shares?
25        A.  Well, the hypothesis, the initial
```

Page 165

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2       hypothesis was still there, yeah, and the

3       analysis was still there, yeah.  So what I did

4       was, like, reviewing the fundamentals, the price

5       action and the news and that's -- it reflects of

6       what I was doing, yeah.  But the specifics on why

7       the specific transaction is difficult to say.

8                    THE VIDEOGRAPHER:  I think the

9       Videographer has got some audio -- there you go.

10                   MR. COHEN:  Thank you.

11           Q.  Isn't it true that this is the first

12      time you had ever purchased Koss shares?

13           A.  I cannot recall when was the first

14      time, but maybe it was, maybe not.  I cannot

15      recall.

16           Q.  Do you know what Koss does?

17           A.  It's a consumer electronics, yes.  I

18      did the analysis at those times, yeah,

19      headphones.  And I did the analysis and -- well,

20      it was worked at that time, yeah, and that's why

21      that is reflected on the transactions.

22           Q.  Looking at the next page, on

23      February 24th, 2021, you purchased more Nokia,

24      Express and GameStop stock, correct?

25           A.  That is correct.

                                             Page 166

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.  Could you talk me through your
 3     thinking in purchasing those three stocks on that
 4     day?
 5          A.  Yeah, the strategy and the way of
 6     doing the process, it's more or less the same,
 7     yeah.  And reviewing the fundamentals, the news
 8     and the price action and based on that good to
 9     buy, that was after, you know, with all the
10     happenings.  And so -- well, the overall strategy
11     was more or less the same.  So it's a
12     continuation of the same.  But the specifics of
13     each trade, it's difficult to know.
14          Q.  So, because --
15          A.  I don't recall.
16          Q.  Because this was after the events
17     that we were just talking about with regard to
18     Robinhood, would you characterize these purchases
19     as being long on the stock?
20              MR. KIM:  Objection to form.
21          A.  It's -- I don't remember exactly what
22     was the strategy for these trades.  So I cannot
23     comment on the details.  About the overall
24     strategy is more or less the same.
25          Q.  Okay.  Let's look at -- it will be

Page 167

```
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      Exhibit 279.
 3                (Deposition Exhibit 279, copy of Mr.
 4      Gill's March 2021 account statement for
 5      Ameritrade P00002136 to P00002142 marked
 6      Confidential, was marked for identification.)
 7           A.  I'm not seeing the exhibit yet.
 8           Q.  It will be coming up soon.
 9                MR. COHEN:  And, for the record, the
10      beginning Bates Number is P0002136.
11           A.  There it is.
12           Q.  And I'll point you to the page --
13      well, first of all, this is your March 2021
14      Ameritrade statement, correct?
15           A.  Yes, that is correct.
16           Q.  And if you go to Page 2140.
17           A.  Yes.
18           Q.  On February 25th, you bought AMC and
19      GameStop stocks, correct?
20           A.  Yes, that is correct.
21           Q.  And then you went on to sell those
22      same stocks on February 26, 2021?
23           A.  Well, that's what is in the
24      statement, yes.
25           Q.  And you sold the same number of
```

```
                                                        Page 168
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    shares that you purchased, correct?
 3           A.  Yes, that is correct.
 4           Q.  Do you have any recollection about
 5    why you bought and sold these same shares within
 6    a day of each other?
 7           A.  I don't recall the specifics.  And I
 8    don't recall what was going on in the news or in
 9    the market or in the price action.  It's
10    difficult to say, yeah.  But what could happen,
11    which is normal, are stop losses, right, that
12    happens, typically, in the market.
13           Q.  What are "stop losses"?
14           A.  "Stop losses" is when you automate,
15    yeah, to sell a stock when it reaches a certain
16    limit, yeah, that's part of the operation of the
17    stock market in every trading strategy, yeah.
18    But I'm guessing because I don't -- I don't know,
19    specifically, the -- their reasons in that time.
20    But I, typically, use the stop losses.
21           Q.  Understood.
22           A.  Yeah.  And that happens when you
23    analyze the things like this without all the
24    context, yeah.  So, for example, a stop loss,
25    yeah, looks like trading a lot.  But what happens
```

Page 169

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2      is that you simply put -- define some limits and

3      if the limit is surpassed, it's automatic.  It's

4      like -- it will prevent damages.  But that's the

5      normal investing either long-term or short-term.

6      Using a stop loss is very very valuable.

7              Q.  And before we talked briefly about

8      your familiarity with Reddit, correct?

9              A.  Can you repeat?  The communication

10     cut a bit.

11             Q.  We spoke briefly before about your

12     familiarity with Reddit?

13             A.  Yeah, I more or less know what it is.

14             Q.  And I also asked you about Wall

15     Street Bets, the sub-Reddit, correct?

16             A.  Yes, that is correct.

17             Q.  But you couldn't recall whether you

18     interacted with Wall Street Bets at all; is that

19     right?

20             A.  Yeah, that is right.

21             Q.  When if at all did you first hear

22     about Wall Street Bets?

23             A.  I don't recall the specifics, yeah.

24     But it was on the news during those days, yeah.

25     I -- like, the most up-to-date news I get are

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     typically, from the Thinkorswim platform.  And in

3     the Thinkorswim platform, they say the news and

4     they were on the news, yes.

5          Q.   And do you recall re-tweeting any

6     Wall Street Bets comments?

7          A.   Maybe I did.

8               MR. KIM:  Objection to form, asked

9     and answered.

10          A.   I don't recall specifics, but maybe I

11    did.

12          Q.   Do you recall up voting or down

13    voting any Wall Street Bets content?

14          A.    I don't remember specifics of the

15    content I saw during those days or they -- if I

16    had re-tweeted or commented or something.  Maybe

17    I did.

18          Q.   And by "those days," you're talking

19    about December 2020 and January 2021, correct?

20          A.   Yeah, that's correct.  But I don't

21    remember specifics what I did, but maybe I did,

22    yes.

23          Q.   Do you remember at all your general

24    view of Wall Street Bets around that time?

25          A.   Basically, what was in the news,

```
                                              Page 171

  1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
  2    yeah.  And the news were saying, yeah, that they
  3    were manipulating the market.  That what was in
  4    the news, yeah.  But that's the general view.  I
  5    don't know, specifically.
  6           Q.  And what was your view of Wall Street
  7    Bets around December 2020 and January 2021?
  8           A.  Well, they are a community, yeah,
  9    and, yeah, they discuss things in the community.
 10    I don't know the details, yeah.  And, yeah and
 11    they were a community and they were investing in
 12    these stocks, yeah.  But I don't know more
 13    details.  I don't recall.
 14           Q.  Did you at that time have a positive
 15    view of Wall Street Bets?
 16           A.  They were -- it was a view, but if
 17    it's possible good or bad, it's like they are a
 18    community.  They're in the market, yeah, and as
 19    we have been speaking, I was in the market, yeah.
 20           But how do I see them?  Well, I don't
 21    know.  Maybe I commented something or -- yeah, I
 22    don't know.
 23           Q.  Let's look at Exhibit 276.
 24           A.  Yes.  Which page?
 25           Q.  These are your tweets, right?
```

                                                            Page 172

        1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

        2           A.   Yes.

        3           Q.   I'll point you to Page 1, actually.

        4           A.   Uh-huh.

        5           Q.   You see at the bottom of this page a

        6      Wall Street Bets moderator tweet that you

        7      re-tweeted on March 12th, 2021?

        8           A.   Yeah, it's there.

        9           Q.   And the tweet says, "CNBC uses the

       10      term Wall Street Bets like we're El Qaeda."

       11           A.   Yes.  Yes, that's in the document.

       12           Q.   What did you understand this tweet to

       13      mean?

       14           A.   Well it is what it says.  I cannot

       15      say further.  "CNBC uses the term Wall Street

       16      Bets like we are El Qaeda."  That's like, yeah,

       17      like -- that's what CNBC is saying, comparing

       18      this community to El Qaeda, and I reacted to that

       19      tweet.

       20           Q.   When you re-tweeted this, was it

       21      because you disagreed with that assessment?

       22           A.   I found it amusing, but, yeah,

       23      because it's amusing, that comparison.  But still

       24      -- you know, but that's the reason.  That is what

       25      is in the tweet.

Page 173

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1
2       Q.  Let's go two pages in.
3           MR. KIM:  What do you mean?  You mean
4   two more pages down or the second page?
5           MR. COHEN:  Two more pages down.  So
6   it will be the third page.
7       A.  Okay.
8       Q.  You see a Wall Street Bets moderator
9   tweet that you replied to?
10      A.  I think I am in the same page.  But,
11  yes, there is one.
12      Q.  And the tweet says, "Casual reminder
13  that this actually happened," with a picture of a
14  screen displaying common Wall Street Bets lingo,
15  correct?
16      A.  Yeah, that's what's in the picture.
17      Q.  Were you familiar with this lingo?
18      A.  It was on the news, yeah, all over
19  the news.  So I saw it, of course.  It was
20  everywhere in the news.
21          Actually, they are showing a picture
22  of a guy on TV, showing it.  So, yes, it was all
23  over the news.
24      Q.  Have you ever used these terms?
25      A.  Like, some but, like, nothing

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    serious.
 3          Q.  So, for example, in the tweet itself
 4    it says, To the moon means a "belief that a stock
 5    will gain significantly."
 6          A.  Yeah, that's what's in the tweet.
 7    But that's what they were saying in the news, all
 8    over the news.  It's a kind of amusing way of
 9    referring.  It's, like, amusing.  That's why I
10    tweeted that.  But that's it.
11          Q.  So it was in the news, all over the
12    news that "to the moon" meant that a stock was
13    going to gain significantly?
14          A.  Yes.  Actually, the picture shows a
15    guy, yeah, a reporter in Bloomberg, yeah, saying
16    that.  So it was all over the news.
17          Q.  And then your response to that was,
18    "the best.  I am into the moon."
19          A.  It's amusing, yeah, but nothing else.
20          Q.  What were you saying?
21          A.  Yeah, I was just reacting to the
22    message.  That's all.
23          Q.  And did you go on to repeat this
24    language in other context?
25          A.  No, not at all.  In Twitter, like,
```

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     but it's like sporadic.  I don't comment too
3     much.  So it's -- it's a way to referring to
4     which was, like, everywhere in the news.
5           Q.  Could you go to the next page please.
6                And this is a comment to a different
7     tweet that you make, correct?
8           A.  Correct.
9           Q.  And in that comment you say, "to the
10    moon!", right?
11          A.  Yes, it's there.
12          Q.  Do you recall what the deleted tweet
13    was about?
14          A.  Well, it was more or less the same.
15    It was actually -- it was on September the 2nd,
16    which was more -- much -- way after all the
17    events, yeah.  But I don't remember exactly what
18    was I reacting to.  But it was a reaction.
19          Q.  Do you recall if in January 2021 you
20    bought shares of Tootsie Roll?
21          A.  Tootsie Roll?  It doesn't -- I don't
22    remember.  But I don't think so.
23          Q.  And what about Trivago?
24          A.  It don't remember, but I don't think
25    so.

```
                                          Page 176
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2         Q.   Koss Corporation?
 3              THE STENOGRAPHER:  What was it?
 4              MR. COHEN:  Koss, K-O-S-S.
 5              MR. KIM:  Didn't we just go over Koss
 6    on the account statements?
 7              MR. COHEN:  In January 2021, I
 8    believe --
 9         A.   I don't remember the specifics, but I
10    have bought Koss, yes.
11         Q.   And you bought that in February 2021?
12         A.   I don't remember the specific date,
13    but I did bought Koss, yes.
14         Q.   And Bed Bath & Beyond, do you
15    remember if you purchased that stock in
16    January 2021?
17         A.   I don't recall, but I don't think so.
18         Q.   Did you consider buying any of these
19    stocks on January 2021?
20         A.   Maybe I analyzed some of them, maybe,
21    maybe not, I don't remember.  But if I didn't buy
22    them, then that was -- there was a reason for
23    that.  But I think I didn't buy them.  But that's
24    what I can recall.
25         Q.   Do you hold any of these stocks
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    today?
 3          A.   That I recall, no, I don't think so,
 4    no.
 5          Q.   What are the stocks that make up the
 6    largest portion of your portfolio today --
 7          A.   Today?
 8          Q.   -- in TD Ameritrade, specifically?
 9               MR. KIM:  You cut out.  Can you
10    repeat the question?  My signal cut out.  I
11    didn't hear the question.
12               MR. COHEN:  No problem.
13          Q.   What are the stocks that make up the
14    biggest portion of your portfolio today in your
15    Ameritrade account in which you trade more
16    short-term?
17          A.   "Short-term"?
18          Q.   So let me go back.
19               Before you testified that you now
20    have two Ameritrade accounts, correct?
21          A.   That is correct.
22          Q.   And the newest account, which you
23    created just within the last several months, is
24    more for long-term holdings, correct?
25          A.   That is correct.
```

```
                                        Page 178

 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2            Q.  So what are the stocks that make up

 3    the biggest portion of your Ameritrade portfolio

 4    in the other Ameritrade account, the short-term

 5    account?

 6            A.  The short-term or the long-term?

 7            Q.  The short-term.

 8            A.  The short-term.  Let me remember.

 9            I have Digital Ocean, the SAS

10    platform, yeah.  Actually, now technology has

11    good prices in general.  So I'm aiming

12    technology.  So right now it's a bit too up.

13    It's up above the market.  So I'm bit out at the

14    moment, yeah.

15            But the ones that I am -- I have

16    right now in the portfolio -- let me remember.  I

17    have a position in KRE in K -- K-R-E, which is

18    ETF for banks, I believe, in the banks that they

19    am recover.  That's one part of the portfolio --

20    the portfolio.

21            The other one?  There is one in AI.

22    That's in the short-term portfolio.  I would call

23    the things going around AI, I think, it will --

24    that helps a lot for the stock market on that.

25    So I'm long on AI.
```

Page 179

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                   What else?  I don't recall others

3     but...

4           Q.  Do you recall the stocks that make up

5     the largest portion of your long-term Ameritrade

6     portfolio?

7           A.  Yeah, basically, I am waiting a bit.

8     I am partially long, partially out and partially

9     long.  Actually, I am waiting for the market to

10    rest a little bit to go into the market.  But

11    right now I have a portion of Digital Ocean I

12    mentioned.  I have a portion -- I am waiting to

13    go down.  I want to buy the Qs, yeah, the ETF --

14                  THE STENOGRAPHER:  I'm sorry.  What

15    is that?

16          A.  QQQ, which is the ATF -- ETF for

17    technology, yeah.  Depending on what goes down, I

18    will go for one of the big technology companies,

19    which are good, which have good value now; either

20    Google, Microsoft, CRM, which is sales for --

21    sales first to go down.  Depending on which one

22    will go down, I would go long on any of this.

23                  I like another stock which is outside

24    the US market, which is ADR.  It is called ASML,

25    which is on semi-conductors.  It's from the

```
                                         Page 180
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     Netherlands.  I'm waiting that one to go down a
 3     bit more.
 4               So more or less that's what I'm doing
 5     in the market for the long-term.  But I'm waiting
 6     for a rest.  I think it needs to rest a bit.
 7          Q.  Do you know the approximate value of
 8     your long-term Ameritrade portfolio?
 9          A.  The account for the long-term is
10     ████████████████████
11          Q.  And for the other Ameritrade account?
12          A.  It's like ████████████████████████
13               MR. KIM:  So, Scott, I think we've
14     been going an hour and ten minutes.  I don't know
15     if you have more questions on this topic.  Maybe
16     we can take another ten-minute break.
17               MR. COHEN:  Be back at 2:10.
18               MR. KIM:  Alright.  Oh, you're done
19     on this topic?
20               MR. COHEN:  Yeah, yeah.
21               MR. KIM:  Alright, 2:10 it is.
22          A.  2:10?
23               THE VIDEOGRAPHER:  Stand by please.
24               The time is 8:01 p.m.  We are going
25     off the record.  This will end media unit No. 4.
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2              (Recess taken 8:01 to 8:12 p.m.
 3    Serbian time.)
 4              THE VIDEOGRAPHER:  The time is
 5    8:12 p.m.  We're back on the record.  This will
 6    be the start of Media Unit No. 5.
 7         Q.  You're a named Plaintiff in this
 8    case, Mr. Gill, correct?
 9         A.  Yes.
10         Q.  And what does that mean?
11         A.  Well, basically, we are in a class
12    action.  So that is a lawsuit in which many
13    people are involved, yeah, hundreds even
14    thousands of people.  And, basically, I am -- we
15    are in the class certification process, which is
16    -- we are asking the Court to approve this class
17    action and then I would be their representative
18    of these class members, which are many people as
19    I was stating.
20         Q.  What does it mean to be the
21    representative of the class?
22         A.  Basically, yeah, I will represent all
23    the class members in this class action and
24    oversee the case and see that the case goes
25    through well.
```

```
                                              Page 182
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2               Q.  When did you first hear about this
 3      case?
 4               A.  When I was -- during those period --
 5      during that period of time, actually, of course,
 6      after, yeah, I saw on the news.  They were
 7      commenting everywhere that there were people --
 8      like firms that were, like, opening cases against
 9      Robinhood.  I don't agree the acting on
10      Robinhood, as we have stated before.  So I got in
11      contact with The Rosen Law Firm and signed up for
12      being in this case.
13               Q.  How did you know to contact The Rosen
14      Law Firm?
15               A.  I Googled and I searched different
16      entities and evaluated them and then I went to
17      contact The Rosen Law Firm.
18               Q.  Had The Rosen Law Firm reached out to
19      you before in any way?
20               A.  No.  I reached them and then I signed
21      in in the process.
22               Q.  Was it always your intent in reaching
23      out to be a named plaintiff?
24               A.  Not actually.  But after going
25      through all the process with them, the
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    possibility came and, yeah, and I'm here.
 3           Q.  And excluding your deposition today,
 4    how much time have you spent on matters related
 5    to this case?
 6           A.  We have been in touch with The Rosen
 7    Law Firm since, approximately, November 2021, if
 8    I recall correctly.  And we have been, yeah,
 9    preparing the -- reviewing the documents and
10    going through meetings, et cetera.
11                All the preparation and the
12    technicalities of the case, of course, has been
13    worked out by The Rosen Law Firm.  I've been
14    reviewing the documents, yeah, and participating
15    in the meetings.
16           Q.  Have you ever attended these meetings
17    in person?
18           A.  No, remotely.  They have been all
19    remotely.
20           Q.  You said before that you read the
21    complaint in this case, right?
22           A.  Yes.
23           Q.  Have you read any other court
24    filings?
25           A.  Yeah, I read the court filings, yeah.
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.  Like what?
 3          A.  Yeah, of course, I read the
 4    documents.  I was involved in the Certification,
 5    obviously, the two of them that we saw.  There
 6    was another Court dismissing any -- some -- the
 7    Defendants were like asking to dismiss this case
 8    and that was dismissed by the Court, yeah.  And I
 9    read that document as well.  And, yeah, I don't
10    recall any other.
11          Q.  Could you give me an estimate of the
12    number of hours you've spent working on this case
13    so far?
14          A.  It's difficult to recall, but I would
15    say around 30 hours, around that.
16          Q.  How much time do you expect to spend
17    on this lawsuit going forward?
18          A.  I don't know.  Honestly, I don't
19    know.  It's the first time I have been
20    participating in this type of lawsuit.  So I
21    don't know.  But I am open to the idea of
22    continuing working together.
23          Q.  Have you been compensated for your
24    role in this case in any way?
25          A.  No, not at all, of course.
```

1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2              Q.  Have you been told whether you'll

3     receive compensation?

4              A.  No.  Basically, we have an agreement

5     with The Rosen Law Firm and this is with a

6     success fee.  So, basically, if there is a

7     recovery and The Rosen Law Firm take a

8     percentage, a percentage that is approved by the

9     Court, and then we get something that is like a

10    -- based on the amount of stocks and the amount

11    of the damages that were cost, yeah.  But it's

12    like those specific numbers and everything is for

13    the Court to decide.

14             Q.  Do you understand what the class is

15    in this lawsuit?

16             A.  Yes.

17             Q.  Could you describe the definition of

18    the class?

19             A.  Well, basically, the class is -- we

20    are suing Robinhood and subsidiaries for market

21    manipulation.  Basically, what the Robinhood was

22    doing is -- applying those restrictions we have

23    been speaking about, specifically, turning off

24    the buy button and the other restrictions on the

25    buying of the stocks and thus making the price go

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2    down and making -- and that was a bit difficult

 3    for Robinhood in those days.  So we are -- the

 4    complaint is going through all the specifics in

 5    that matter.

 6          Q.  Who are the members of the class?

 7          A.  The members is -- are everyone that

 8    is affected by these market manipulation.  There

 9    are -- there is an estimate of around a

10    thousand -- thousands of people, but there is not

11    a number, a specific number.  But that's more or

12    less the number of people that there is and,

13    basically, the people that were affected by this

14    market manipulation.

15          Q.  "Affected" in any way?

16          A.  Yeah, the level of being affected,

17    it's, of course, to be decided by the Court,

18    yeah.  And the calculation of damages is decided

19    by the Court, the specifics, yeah.  But there

20    were people that were having that stock during

21    that period and were affected and got damages, in

22    that sense, for the market manipulation.

23              But all the specifics and how to

24    calculate who is -- and the damages and all that

25    is, like, decided by the Court.
```

1      CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          Q.   How much money are you contending

3      that you lost as a result of Robinhood's

4      purchasing restrictions?

5          A.   I don't remember the specifics.  Of

6      course I lost money, yeah; otherwise, I wouldn't

7      have, like, sign up for the case.  But I don't

8      remember the specifics and the way to calculate

9      the damages changes and there are specifics on

10     that.  And that's for the Court to decide.

11         Q.   Are you aware that a request for

12     production was served on you through your

13     Counsel?

14              MR. KIM:   You mean production of

15     documents?

16              MR. COHEN:   Yeah.

17         Q.   Are you aware that a request for

18     production of documents in your possession or

19     control was served on you through your Counsel?

20         A.   Yeah, that The Rosen Law Firm

21     contacted me to provide some document and I did.

22     And I did based on the -- what was going on with

23     the case.

24         Q.   Have you ever seen a document from

25     the Robinhood Defendants asking for specific

Page 188

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1
2    items to produce?
3         A.  I haven't.  I just been asked by The
4    Rosen Law Firm.
5         Q.  Do you recall when that was?
6         A.  I don't know.  I don't remember.  I
7    don't recall.
8         Q.  Was it closer to when you first came
9    on as a named Plaintiff?
10         A.  I don't recall, exactly.  I think it
11    was last year in 2022, but I don't recall,
12    specifically.
13         Q.  Do you recall the types of documents
14    that you were asked to produce?
15         A.  Yes.  They were asking me, for
16    example, the social media account, which we saw
17    already, documents regarding the trading
18    strategies, investment methodologies, things
19    related to that.
20         Q.  And you were asked to go through your
21    different social media accounts and produce the
22    responsive tweets and messages and comments and
23    so forth, correct?
24         A.  Yes, that is correct.
25         Q.  So, for example, we looked before

```
                                        Page 189
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     today at a tweet that you produced when you were
 3     discussing -- when you were asking the opinion of
 4     the Professor Toro, right?
 5          A.   Uh-huh.
 6          Q.   And then we looked at other tweets
 7     that you didn't produce.
 8               Do you recall that?
 9          A.   Yeah, I recall -- I recall that I
10     looked through my social media account.  I went
11     through some terms, yeah, and -- but, yes, there
12     were more terms there.  I didn't look through all
13     the terms possible.  I don't remember exactly
14     which ones I saw and which ones you find
15     additional to the ones I found.
16          Q.   Did you preserve the documents that
17     you were ultimately asked to produce in any way?
18          A.   I keep track of the records for the
19     case, yeah, so I have a folder for that.
20          Q.   Okay.  And from February 2021 through
21     the present, are you aware of any documents that
22     would have been responsive to our requests that
23     you discarded?
24          A.   When I was asked to produce the
25     documents, I went through all the things I got
```

Page 190

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     and I gave everything I was asked for.  Maybe I
3     didn't find something as you found in the social
4     media, yeah.  But I made -- I went through the
5     search and I gave everything.
6          Q.  Was there anything that you may have
7     thrown out before you received the request for
8     production?
9          A.  Well, I -- I wouldn't call it like I
10    throw, yeah.  I was asked for the specific
11    trading strategies, you know, if I had it.  And
12    my reply to The Rosen Law Firm is that I usually
13    do the trading strategies in an Excel, yeah, but
14    that Excel file it's a living document.  So I
15    only have the trades that are going now.  So
16    closed positions and stocks or securities that I
17    don't plan to use in the future, I simply discard
18    and go and define new ones.
19              So I had the specifics, yeah, for
20    that but they are not there in the living
21    document.
22          Q.  Okay.  Did you delete any documents
23    or social media content?
24              THE STENOGRAPHER:  I'm sorry.  He
25    froze.  And I didn't hear what he said.

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                Can you repeat that, sir?  You froze.
 3                MR. KIM:  I think they were talking
 4     over each other.  Maybe, Scott, you can repeat
 5     that question and then Mr. Gill can respond.
 6                MR. COHEN:  Sure.
 7          Q.  Did you delete any documents or
 8     social media content that would be relevant to
 9     this case?
10          A.  Not that I recall.
11          Q.  And where did you look for responsive
12     documents?
13          A.  So, basically, I use OneNote, yeah.
14     I searched through that.  I went through my
15     laptop.  I searched the contents of the laptop.
16     I went through the social media accounts and I
17     did some searches, yeah.
18          Q.  Do you ever -- you searched through
19     your personal computer?
20          A.  Yes, the laptop.
21          Q.  And do you have a work computer, a
22     separate work computer?
23          A.  Not at the moment.
24          Q.  Did you go through your text
25     messages?
```

```
                                            Page 192
```

  1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

  2          A.  Yes, I did.

  3          Q.  Did you go through your e-mails?

  4          A.  Yes.

  5          Q.  Did you communicate in any -- with

  6     anybody in writing regarding your purchase or

  7     sale of GameStop or Nokia or AMC shares?

  8          A.  Not that I recall.

  9          Q.  You produced something to us or

 10     rather your Counsel produced something to us two

 11     days ago.

 12              Are you aware of that?

 13          A.  Yes, for sure.  Basically, we were on

 14     the operation --

 15              MR. KIM:  Yeah, Mr. Gill, I don't

 16     think -- you're starting to get into details

 17     about attorney-client privilege.  But, you know,

 18     you don't want to disclose anything about any

 19     advice you received.

 20              But as to how you discovered those

 21     YouTube links, you can talk about that, but not

 22     anything specific as to any advice or

 23     communications we had with you.

 24              THE WITNESS:  Agreed.

 25          Q.  Yeah, that's fine.

Page 193

1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2               So, just explain the process of how

3    you discovered you needed to turn this new

4    information over and when that happened please.

5        A.   It happened this week.  Basically, it

6    was related to YouTube, my YouTube account.  And

7    I didn't know the history was saved for two years

8    before, three years ago.

9               So I checked.  I went through the

10   history and I found some videos I saw and that's

11   exactly what I delivered to The Rosen Law Firm.

12       Q.   And so these were videos that you

13   watched in the relevant time period?

14       A.   Yes.

15       Q.   In January 2021 and December 2020?

16       A.   Yes.

17       Q.   I'll ask you to take a look at

18   Exhibit 280.

19               (Deposition Exhibit 280, history of

20   playlist of YouTube videos produced by Mr. Gill,

21   was marked for identification.)

22       Q.   Let me know when you're there.

23       A.   Yes, I'm looking at it.

24       Q.   Is this the document that you gave to

25   your Counsel to produce?

Page 194

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1            A.  I produced a playlist on YouTube and

2      this is the document produced by that playlist.

3            Q.  So these are the videos that you

4      watched in December 2020 and January 2021?

5            A.  Yes.

6            Q.  Mr. Gill, I don't have any more

7      questions for you.  I really appreciate you

8      taking time to do this, especially when you're so

9      far away and in a different time zone.

10            A.  Thank to you.

11                MR. KIM:  I don't have any questions.

12                Thank you very much.  And, hopefully,

13      you can sit back and relax.

14                THE WITNESS:  Okay.  Thank you.

15                MR. KIM:  Thank you.

16                THE WITNESS:  Bye-bye.

17                Can I disconnect?

18                MR. KIM:  Yeah, you can disconnect.

19                THE WITNESS:  Okay bye-bye.

20                THE VIDEOGRAPHER:  Please stand by

21      while I close the record.

22                You can disconnect, if you like, Mr.

23      Gill.

24                This concludes today's deposition of

Page 195

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    Santiago Gill.  The number of media units used is

3    five, but they will be retained by Veritext Legal

4    Solutions.

5                We are going off the record at 8:32

6    local Serbia time.

7                Thank you everybody.  Appreciate your

8    assistance today.

9                (Time noted: 2:33 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25