# Exhibit 3

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

3    Case No. 1:21-MD-2989-CMA

- - - - - - - - - - - - - - - - - - - -x

4

IN RE JANUARY 2021 SHORT SQUEEZE

5    TRADING LITIGATION

6    - - - - - - - - - - - - - - - - - - - -x

7                        April 25, 2023

10:15 a.m.

8

9           ***** CONFIDENTIAL *****

10

11               Virtual Videotaped

12   Deposition of THOMAS ELLIOT CASH,

13   taken by Defendant, pursuant to Notice,

14   held remotely, before Sharon Pearce, RDR,

15   CRR, CRC, NYRCR, a Registered Diplomate

16   Reporter, Certified Realtime Reporter, and

17   Notary Public of the State of New York.

18               *      *      *

19

20

21

22

23

24

25

1

2  A P P E A R A N C E S:

3

4     THE ROSEN LAW FIRM
              Attorneys for Plaintiffs
5             275 Madison Avenue
              40th Floor
6             New York, New York 10016
      BY:   LAURENCE M. ROSEN, ESQ.
7             MICHAEL COHEN, ESQ.
              PHILLIP KIM, ESQ.

8

9

10

       CRAVATH, SWAINE & MOORE LLP
11            Attorneys for Defendants
              825 Eighth Avenue
12            Suite 4043B
              New York, New York 10019
13     BY:   SCOTT COHEN, ESQ.
              SHUYU SUN, ESQ.

14

15

16

17

18

19  ALSO PRESENT:
       MARC FRIEDMAN, Videographer

20

21                  *     *     *

22

23

24

25

```
 1          CASH - CONFIDENTIAL
 2              THE VIDEOGRAPHER:  Good morning.
 3      We are going on the record at
 4      10:15 a.m. Eastern Daylight Time on
 5      Tuesday, April 25, 2023.  Please note
 6      this deposition is being conducted
 7      virtually.  Quality of the recording
 8      depends on the quality of the camera
 9      and internet connection of all
10      participants.  What is heard from the
11      witness and seen on screen is what
12      will be recorded.  Audio and video
13      recording will continue to take place
14      unless all parties agree to go off the
15      record.
16              This is Media Unit No. One of
17      the video recorded deposition of
18      Thomas Cash in the matter of
19      January 2021 Short Squeeze Trading
20      Litigation.  This case is filed in the
21      United States District Court, Southern
22      District of Florida, Case
23      No. 21-2989-MDL.
24              My name is Marc Friedman.  I'm
25      your certified video legal specialist.
```

```
 1          CASH - CONFIDENTIAL
 2       Your court reporter today is
 3       Sharon Pearce, and we are both from
 4       the firm of Veritext Legal Solutions.
 5       I am not related to any parties in
 6       this action, nor am I financially
 7       interested in the outcome.
 8            If there are any objections to
 9       these proceedings, please state them
10       now.
11            Hearing no objection, counsel
12       will be noticed on the stenographic
13       record.  And at this time, our court
14       reporter will swear in our witness,
15       and we can proceed.
16   T H O M A S   E L L I O T   C A S H,
17       having first been duly sworn by
18       Sharon Pearce, the Notary Public,
19       was examined and testified as
20       follows:
21   EXAMINATION
22   BY MR. S. COHEN:
23       Q.   Good morning, Mr. Cash.  My name
24   is Scott Cohen, and I'm from Cravath,
25   Swaine & Moore.  We represent the
```

```
 1          CASH - CONFIDENTIAL
 2   defendants in this matter.
 3               Could you please state your full
 4   name for the record.
 5        A.    Sure.  It's Thomas Elliot Cash.
 6        Q.    Okay.  And you go by Elliot?
 7        A.    Yes.
 8        Q.    And what's your birth date?
 9        A.    March 3, 1985.
10        Q.    And your current address?
11        A.    Is ██████████████████████
12   ████████████
13        Q.    Have you ever been deposed
14   before?
15        A.    No.
16        Q.    Okay.  Well, in that case, I'll
17   go over some preliminary matters before we
18   get to the meat of it.
19               Do you understand that you've
20   been sworn in and the testimony you will
21   give today is under oath?
22        A.    Yes.
23        Q.    Is there any reason you can't
24   give complete and truthful testimony
25   today?
```

1           CASH - CONFIDENTIAL

2       A.     No.

3       Q.     Do you have any condition that

4   would prevent you from providing true and

5   complete testimony today?

6       A.     No.

7       Q.     The court reporter is taking

8   down everything we say, so it's important

9   that you provide verbal responses to any

10  questions you're asked.

11             Do you understand?

12      A.     Yes.

13      Q.     So no nodding or shaking your

14  head.

15      A.     Got it.

16      Q.     And also, during the course of

17  the deposition, your counsel may object to

18  the form of a question.  That objection is

19  just for the record, and you should still

20  answer the question.  And then unless your

21  counsel instructs you specifically not to

22  answer it on the basis of privilege, you

23  should answer it.

24             Do you understand?

25      A.     Yes.

```
 1              CASH - CONFIDENTIAL
 2        Q.     And if you don't understand any
 3   question, just let me know, and I'll be
 4   sure to rephrase it and try to clarify.
 5              Do you understand that?
 6        A.     Yes.
 7        Q.     And if you don't fully hear a
 8   question, just ask me to repeat it.
 9        A.     Okay.
10        Q.     And if you would allow me to
11   finish a question before answering, I'll
12   be sure to let you finish answering before
13   I start with my next question.  And that's
14   just so that the court reporter can get
15   everything down on the transcript.
16              Does that make sense?
17        A.     Yes.
18        Q.     Okay.  And if you need to take a
19   break at any time, just let me know, and
20   we'll make that happen.  I just ask that
21   you don't take a break while a question is
22   pending.
23        A.     Got it.
24        Q.     Okay.  Where are you now?
25        A.     I'm at my office.
```

```
                                              Page 8
 1              CASH - CONFIDENTIAL
 2       Q.      Okay.  Is anybody in that room
 3   with you?
 4       A.      No.
 5       Q.      And are you communicating with
 6   counsel electronically during this
 7   deposition?
 8       A.      Other than this call that we're
 9   all on.
10       Q.      Did you take any steps to
11   prepare for this deposition today?
12       A.      Yes.
13       Q.      What did you do?
14       A.      I've had a couple of meetings
15   with my attorneys and other plaintiffs.
16       Q.      And your attorneys are
17   Mr. Rosen?
18       A.      Correct.
19       Q.      And anybody else?
20       A.      Just other attorneys that are
21   part of his law firm.
22       Q.      Mr. Kim?
23       A.      I'm sorry?
24       Q.      Mr. Kim as well?
25       A.      I think Phil has been working
```

```
                                    Page 9
 1           CASH - CONFIDENTIAL
 2    with me, Michael.
 3        Q.    Okay.  And what other plaintiffs
 4    did you meet with?
 5        A.    Well, I don't remember their
 6    names, but I know we've hopped on video
 7    calls, and they're on the case like I am.
 8        Q.    And that was in anticipation of
 9    this deposition?
10        A.    Not specifically.  But --
11        Q.    Okay.  In preparing specifically
12    for this deposition, did you meet with
13    counsel?
14        A.    Yes.
15        Q.    How many times, about?
16        A.    Two.
17        Q.    When was that?
18        A.    Yesterday and Friday.
19        Q.    And for how long for each
20    meeting?
21        A.    I'd say roughly two hours.
22        Q.    For each meeting?
23        A.    Yes.
24        Q.    Okay.  And was anybody else
25    present in the room besides counsel for
```

```
                                          Page 10
 1            CASH - CONFIDENTIAL
 2    those?
 3        A.    Not that I'm aware of.
 4        Q.    Did you speak with anybody else
 5    in preparing for this deposition?
 6        A.    Just my wife.
 7        Q.    Okay.  And that was in between
 8    Friday and yesterday?
 9        A.    In speaking with my wife?
10        Q.    About the deposition.
11        A.    Yeah.
12        Q.    Did you review any documents to
13    prepare for the deposition?
14        A.    Yes.
15        Q.    Do you have any of those with
16    you?
17        A.    I do not.
18        Q.    Did any of those documents jog
19    your memory for the events of late
20    2020/early 2021?
21        A.    Not that I recall.
22        Q.    Did you take any other
23    preparatory steps for this deposition --
24    write any notes down, look into your
25    records?
```

```
                                      Page 11
 1              CASH - CONFIDENTIAL
 2       A.    No.
 3       Q.    All right.  And have you
 4  discussed this lawsuit with anybody other
 5  than your attorneys, your wife, and the
 6  other plaintiffs in this case?
 7       A.    No.
 8       Q.    Have you ever been a plaintiff
 9  in a lawsuit before?
10       A.    No.
11       Q.    Have you ever been sued before?
12       A.    No.
13       Q.    Okay.  So then I take it you've
14  also never been a class representative
15  before.
16       A.    I'm a first-timer.
17       Q.    Have you ever participated in
18  any way in a lawsuit?
19       A.    No.
20       Q.    As a witness?
21       A.    This is my biggest forte in any
22  kind of legal anything.
23       Q.    Okay.  Well, welcome to the
24  craft.
25       A.    Thank you.
```

```
                                        Page 12
 1            CASH - CONFIDENTIAL
 2       Q.    All right.  So are you currently
 3   employed?
 4       A.    Yes.
 5       Q.    And is that at the Egg Harbor
 6   Cafe?
 7       A.    Yes.
 8       Q.    Let's mark Tab 46.
 9             (Exhibit 235, LinkedIn profile
10       page, was hereby marked for
11       identification, as of this date.)
12       Q.    We're marking Exhibit 235 in
13   this case.  I think that should be
14   available in your folder.
15       A.    Okay.
16       Q.    All right.  And is this your
17   LinkedIn page?
18       A.    It may be.  I don't recall
19   having a LinkedIn.
20       Q.    But you do work for the Egg
21   Harbor Cafe you said.
22       A.    Correct.
23       Q.    And what do you do?
24       A.    I'm the director of customer
25   experience.
```

```
                                            Page 13
 1              CASH - CONFIDENTIAL
 2       Q.     Is that a family-owned business?
 3       A.     It is.
 4       Q.     Your family?
 5       A.     My mother- and father-in-law.
 6       Q.     And what is -- what do you do
 7   for that -- in that role?
 8       A.     I help strategize new service
 9   concepts, review feedback from customers,
10   oversee secret shopper programs, analyze
11   operational challenges that could
12   negatively or positively impact the
13   guest's experience -- anything that
14   relates to the customer, which is a lot, I
15   oversee.
16       Q.     And are there multiple
17   locations?
18       A.     Yes.
19       Q.     What are they?
20       A.     What are the locations?
21       Q.     Yes, sir.
22       A.     We have 21 locations across
23   Wisconsin, Illinois, and Georgia.
24       Q.     Okay.  But you primarily work
25   out of Georgia?
```

```
                                          Page 14

 1              CASH - CONFIDENTIAL
 2       A.     Well, I -- yeah.  I live in
 3   Georgia and have an office here, but I
 4   oversee the whole company in that regard.
 5       Q.     Okay.  How long have you been in
 6   that role?
 7       A.     This specific role, a couple of
 8   years.
 9       Q.     And what did you do before the
10   Egg Harbor Cafe role?
11              Or let me -- let me back up.
12              Did you have another role at the
13   Egg Harbor Cafe before this role?
14       A.     Yes.  I've had several roles.
15       Q.     Could you just quickly walk me
16   through those.
17       A.     Sure.  I started as a server,
18   worked my way up to be an assistant store
19   manager, a store manager, a regional
20   manager, and then just various, say,
21   bigger, more all-encompassing roles at the
22   corporate level around the guest
23   experience.
24       Q.     When did you start out at egg
25   harbor cafe?
```

```
                                          Page 15
 1            CASH - CONFIDENTIAL
 2       A.      2009.
 3       Q.      Okay.  So did you do anything --
 4   any work before 2009?
 5       A.      Yeah.  I mean, I worked at UPS,
 6   worked at Best Buy, worked a McDonald's in
 7   high school.
 8       Q.      All right.  So let's talk about
 9   your education, then.
10               What's the highest level of
11   education that you've received?
12       A.      Officially a GED.
13       Q.      And unofficially?
14       A.      I think I flunked out of a
15   couple of semesters of technical college.
16       Q.      Okay.  And where was that?
17       A.      So I guess officially and
18   unofficially a GED.
19       Q.      Where did you go to technical
20   college?
21       A.      Greenville Technical College.
22       Q.      Is that in North Carolina?
23       A.      South Carolina.
24       Q.      South Carolina.
25               And how many years were you
```

```
                                            Page 16
 1            CASH - CONFIDENTIAL
 2   there?
 3       A.    I think I decided to stop
 4   wasting money after two semesters.
 5       Q.    All right.  And do you have any
 6   other educational credentials or degrees
 7   or licenses?
 8       A.    I guess not that I would say,
 9   like, official degrees or licenses.
10       Q.    Any sort of unofficial degrees
11   or licenses?
12       A.    No.  I mean, nothing that's --
13   that would give me a piece of paper or
14   certificate or whatever.  I mean, I spend
15   a lot of time reading lots of books and
16   podcasts and just continuing my own
17   personal education, but nothing really
18   like an official you get a piece of paper
19   that says you accomplished this or that.
20       Q.    And during the course of your
21   employment and education, did you
22   attain -- did you ever have to know about
23   finance or investing?
24       A.    Through my job?
25       Q.    Either your job or in your
```

```
  1            CASH - CONFIDENTIAL
  2   educational experience.
  3        A.    I mean, I've chosen to learn
  4   about investing on my own.
  5        Q.    Okay.  But in your role at Egg
  6   Harbor Cafe, do you do anything with
  7   finance or investing?
  8        A.    Nothing with investing.  In
  9   finance, just looking at restaurant
 10   statements, financial statements, sales
 11   like food costs, that kind of stuff.
 12        Q.    Let's mark Tab 39.
 13              (Defendant's Exhibit 2, A letter
 14        dated February 27, 2023, was
 15        previously marked for identification.)
 16        Q.    You're going to see in your
 17   folder what has previously been marked in
 18   this case as Exhibit 2.  And when that
 19   comes up, could you pull it up, please.
 20        A.    Okay.  I got it.
 21        Q.    All right.  And that's a letter
 22   your counsel previously provided in this
 23   action on February 27, 2023, that lists
 24   social media handles; correct?
 25        A.    Yes.
```

```
 1           CASH - CONFIDENTIAL
 2      Q.     If you go to page 3 --
 3      A.     Okay.
 4      Q.     -- you see -- you see at the
 5  bottom of page 3, going on to page 4?
 6      A.     Yes.
 7      Q.     And that's you, Thomas Cash?
 8      A.     That's correct.
 9      Q.     All right.  And these are your
10  social media accounts; correct?
11      A.     Yes.
12      Q.     Do you recall ever seeing this
13  document before?
14      A.     Yes.
15      Q.     And you provided these account
16  names and handles to your attorneys?
17      A.     Correct.
18      Q.     Is this all of the social media
19  you have?
20      A.     I'm not a big social media
21  person.  Yes.
22      Q.     Let's take a look at your
23  Facebook.  That's ███████████   That's
24  your username; right?
25      A.     I think so.
```

```
                                          Page 19
 1            CASH - CONFIDENTIAL
 2       Q.      Okay.  And let's mark Tab 42.
 3   You're going to get another exhibit soon.
 4   I believe Exhibit 236.
 5               (Exhibit 236, Facebook profile
 6       page, was hereby marked for
 7       identification, as of this date.)
 8       A.      What's it called?
 9       Q.      Exhibit 236.
10       A.      Oh, there it is.
11       Q.      You've got it pulled up?
12       A.      Yes.
13       Q.      And this is your Facebook
14   account?
15       A.      Yes.
16       Q.      Is this your only Facebook
17   account?
18       A.      That I know of.
19       Q.      Do you ever use Facebook to
20   research the stock market?
21       A.      No.
22       Q.      Or investment strategies?
23       A.      No.
24       Q.      Do you ever post on Facebook
25   about investing?
```

Page 20

```
 1            CASH - CONFIDENTIAL
 2       A.    Sometimes.
 3       Q.    And I see on the left of your
 4    Facebook page, there's a link to
 5    elliotcash.net?
 6       A.    Yeah.
 7       Q.    Is that a website you have?
 8       A.    I don't think so.
 9       Q.    Do you ever delete posts or
10    comments off Facebook?
11       A.    Not that I remember.
12       Q.    So you wouldn't remember ever
13    deleting a post or comment about
14    investing; right?
15       A.    Not that comes to mind.
16       Q.    And on the right-hand side, this
17    is talking about your From Zero account?
18       A.    Yeah.
19       Q.    And you say that on
20    April 15th -- is that 2023?
21       A.    Yes.
22       Q.    And you say that you've begun to
23    post about different investment issues on
24    From Zero?
25       A.    Just on a general educational
```

```
                                          Page 21

  1            CASH - CONFIDENTIAL
  2    basis, but yes.
  3         Q.    Could you explain more about
  4    what you do on From Zero.
  5         A.    It's just a blog that I started
  6    whenever I made that post, just like an
  7    introductory to get people curious about
  8    different investments.
  9         Q.    How often do you post on it?
 10         A.    Well, so far, I think I might
 11    have three posts, maybe four, so maybe
 12    once a week.
 13         Q.    Okay.  And you started it on
 14    April 15th?
 15         A.    I believe so.
 16         Q.    So three or four in the last ten
 17    days.
 18         A.    Yeah.
 19         Q.    And is the information that you
 20    post stuff that you've learned from your
 21    self-education?
 22         A.    Yes.
 23         Q.    And what are the topics that you
 24    post about?
 25         A.    Bitcoin, stocks, options.  I
```

```
 1              CASH - CONFIDENTIAL
 2   mean, in terms of, like, play into posts,
 3   I can't remember what I actually posted
 4   yet, but a lot of it has been about
 5   Bitcoin.  Maybe there was, like, one
 6   introductory into, like, what the stock
 7   market is as a generic post.
 8       Q.    And it's to get people
 9   interested in investing?
10       A.    Just a way for me to catalog my
11   own kind of thoughts and organize my own
12   thinking and an opportunity to maybe share
13   what I've spent hours learning with
14   somebody else.
15       Q.    Are there people who subscribe
16   to your From Zero?
17       A.    I mean, it's new.  So there's
18   not a lot.
19       Q.    Is it like a friends-based model
20   like Facebook?
21       A.    I think anyone could potentially
22   find it and subscribe to it.
23       Q.    How long have you been
24   interested in investing?
25       A.    Probably since I was 18 or 19.
```

```
                                            Page 23
 1           CASH - CONFIDENTIAL
 2      Q.    And what did you start with when
 3   you were 18 or 19 in terms of investing?
 4      A.    Just basic buy and hold stocks.
 5      Q.    And you also have a Twitter
 6   account; right?
 7      A.    Yes.
 8      Q.    And are you more active on
 9   Twitter than you are on Facebook?
10      A.    Maybe a little bit.
11      Q.    Your handle is ███████
12      A.    Correct.
13      Q.    Is that the only Twitter account
14   that you use?
15      A.    Yes.
16      Q.    Let's mark Tab 43.
17           (Exhibit 237, Twitter profile
18      page, was hereby marked for
19      identification, as of this date.)
20      Q.    Mr. Cash, that -- I think in
21   your folder, you'll see Exhibit 237 coming
22   up.
23      A.    I see it.
24      Q.    All right.  And is this your
25   Twitter page?
```

```
 1            CASH - CONFIDENTIAL
 2      A.     Yes.
 3      Q.     And your handle is here;
 4  correct?
 5      A.     Correct.
 6      Q.     And your screen name or username
 7  is ████████████?
 8      A.     Yes.
 9      Q.     What does "BTC" mean?
10      A.     That's the short abbreviation
11  for Bitcoin.
12      Q.     And then you mentioned before
13  that you were interested in Bitcoin;
14  right?
15      A.     That's one of my favorite
16  things.
17      Q.     Why?
18      A.     I just think it's over the long
19  term the best investment someone can make.
20      Q.     Because of it's decentralized
21  nature?
22      A.     Decentralized, fixed supply cap
23  at 21 million Bitcoins, immutable
24  protocol.  Like, it's -- yeah.
25      Q.     In your view, how does investing
```

```
                                          Page 25
 1            CASH - CONFIDENTIAL
 2    in Bitcoin differ from investing in the
 3    stock market?
 4            MR. ROSEN:  Objection.  Vague.
 5        Calls for expert testimony.  But you
 6        can answer it.
 7        A.    Well, I think that investing in
 8    Bitcoin is different because it's a form
 9    of currency or money, and stocks are
10    securities of companies.
11        Q.    Do you think about investing in
12    Bitcoin differently in terms of your
13    strategy?
14        A.    Yeah.
15        Q.    How so?
16        A.    I will never sell Bitcoin.
17        Q.    And that's the only difference?
18        A.    I mean, that's the primary
19    difference.  I -- let's say when it comes
20    to stocks or real estate, I would be open
21    to selling any of those if the conditions
22    were right.  But I cannot see a situation
23    where I would voluntarily sell Bitcoin.
24        Q.    How long have you been investing
25    in Bitcoin?
```

Page 26

```
 1            CASH - CONFIDENTIAL
 2      A.    Since 2020.
 3      Q.    In your self-introduction on
 4  your Twitter page, there's a long hashtag
 5  under "Nostr."
 6            Do you see that?
 7      A.    Yes.
 8      Q.    Is that a website?
 9      A.    No.
10      Q.    Does that link to anything in
11  particular?
12      A.    It's -- it's part of Nostr.
13  It's just a decentralized platform.  I
14  mean, I don't know if you would consider
15  it a social media or not.  But it's a
16  decentralized platform for people to talk
17  or communicate or make posts.  You can
18  kind of think of it like Twitter, but it's
19  not, like, owned or controlled by anyone,
20  so to speak.
21      Q.    Okay.  And you use that to
22  discuss investing?
23      A.    No.
24      Q.    What do you use it for?
25      A.    I'm mostly just talking about
```

```
 1            CASH - CONFIDENTIAL
 2   Bitcoin on it, which I guess you could
 3   consider investing, but outside of
 4   Bitcoin, that's really all people talk
 5   about on Nostr.
 6        Q.    How long have you had that
 7   account?
 8        A.    Maybe since January or February,
 9   somewhere roughly around there.
10        Q.    Okay.  And beneath that, you see
11   it says ███████████████████████?
12        A.    Yes.
13        Q.    And that's the From Zero page or
14   account that you were talking about
15   before?
16        A.    Yeah.  That's just a blog.
17        Q.    All right.  Have you ever
18   Tweeted from this account?
19        A.    Yes.
20        Q.    How often do you Tweet from it?
21        A.    I don't know.  Maybe once or
22   twice a day.  It kind of just depends.  I
23   can go a few days without Tweeting
24   anything.  I might Tweet three or four
25   things in a day.
```

```
 1            CASH - CONFIDENTIAL
 2       Q.       Do you ever use Twitter to
 3   research the stock market?
 4       A.      No.
 5       Q.      Do you ever use it to discuss
 6   investment strategies?
 7       A.      Not outside of Bitcoin.
 8       Q.      Do you ever use it to discuss
 9   the news in the business world?
10       A.      I follow people that report on
11   the news.
12       Q.      Do you follow them to gain
13   information about the news?
14       A.      I follow them to get their
15   opinions on certain things.
16       Q.      Such as investment topics?
17       A.      I'd say mostly macroeconomic
18   things, CPI, inflation, et cetera.
19       Q.      Have you ever used it to look
20   into investment strategies?
21       A.      Not that I recall.
22       Q.      Or to research companies for
23   investing?
24       A.      No.  I don't think so.
25       Q.      Okay.  Do you ever delete posts
```

```
 1              CASH - CONFIDENTIAL
 2   off of Twitter?
 3        A.    Not that I remember.
 4        Q.    Or re-Tweets or any comments?
 5        A.    Not that I remember.
 6        Q.    And you also have a Reddit
 7   account; correct?
 8        A.    Correct.
 9        Q.    And what's your handle at
10   Reddit?
11        A.    ███████████.
12              MR. S. COHEN:  Could we put up
13        Tab 41.
14              (Exhibit 238, A Reddit thread,
15        was hereby marked for identification,
16        as of this date.)
17        Q.    I'm marking right now which
18   should be Exhibit 238.
19        A.    I got it.
20        Q.    Okay.  And this shows your
21   Reddit account?
22        A.    Looks like it, yes.
23        Q.    All right.  And you said your
24   handle is ████████ right?
25        A.    Yes.
```

```
                                    Page 30
 1              CASH - CONFIDENTIAL
 2       Q.     And this is your only Twitter --
 3   your only Reddit?  I'm sorry.
 4       A.     Yes.
 5       Q.     You've had this account since
 6   January 4, 2019?
 7       A.     Sounds about right.
 8       Q.     You see on the right-hand
 9   side -- I'm sorry.  Go ahead.
10       A.     No.  I was just saying that that
11   sounds about right.  It looks like it on
12   the profile is what it says.
13       Q.     Where it says "Cake day"?
14       A.     Yes.
15       Q.     Do you ever use Reddit to
16   research the stock market?
17       A.     No.
18       Q.     Do you ever use Reddit to
19   discuss investment strategies?
20       A.     Reddit is mostly used just to
21   have fun and just blow off steam.
22       Q.     Did you ever use Reddit to
23   discuss investment strategies?
24       A.     Sometimes.
25       Q.     Like when?
```

```
                                        Page 31
 1            CASH - CONFIDENTIAL
 2      A.     I don't recall specifically
 3   when.
 4      Q.     Do you ever use Reddit to
 5   research possible companies to invest in?
 6      A.     No.
 7      Q.     Never?
 8      A.     Not that I recall.
 9      Q.     Have you ever posted anything on
10   Reddit related to your investment
11   strategies?
12      A.     Not that I recall.
13      Q.     How far back do you recall your
14   activity on Reddit?
15            MR. ROSEN:  Objection.
16      Ambiguous question.
17      Q.     You can answer.
18      A.     The last few months maybe.  I
19   mean --
20      Q.     Do you have a memory issue?
21      A.     No.
22            MR. ROSEN:  Objection.  That's
23      what I would consider harassing.  So
24      Mr. Cohen, please don't harass the
25      witness.
```

```
 1          CASH - CONFIDENTIAL
 2      Q.    All right.  At the beginning of
 3  this deposition, I asked if you had any
 4  conditions that would prevent you from
 5  testifying completely; correct?
 6      A.    Yes.
 7      Q.    And are you -- do you have any
 8  issues with your memory or cognitive
 9  functions that would prevent you from
10  testifying completely to your recollection
11  of the past?
12      A.    No.
13      Q.    Have you ever viewed discussions
14  on Wallstreetbets?
15      A.    Yes.
16      Q.    And what is that?
17      A.    It's a sub-Reddit.
18      Q.    What's a sub-Reddit?
19      A.    It's a community within Reddit.
20      Q.    Are you a member of
21  Wallstreetbets sub-Reddit?
22      A.    I might be.
23      Q.    I mean, when did you first learn
24  about Wallstreetbets?
25      A.    I don't recall exactly.
```

```
                                        Page 33
 1              CASH - CONFIDENTIAL
 2      Q.    Do you know if you've been a
 3   member for several years?
 4      A.    That would sound about right.
 5              (Exhibit 239, A Reddit post
 6      titled "How to Consistently Outperform
 7      the S&P 500 using Theta Gang Strategy.
 8      A Comprehensive Guide to Wheeling
 9      ETFs," was hereby marked for
10      identification, as of this date.)
11      Q.    Mr. Cash, you're going to see in
12   your folder soon -- I believe it will be
13   Exhibit 239.
14      A.    I got it.
15      Q.    And what is this?
16      A.    It looks like some kind of post.
17      Q.    A post on Reddit; correct?
18      A.    Correct.
19      Q.    And it's specifically in the
20   Wallstreetbets sub-Reddit?
21      A.    Looks like it.
22      Q.    And this is a long post on the
23   sub-Reddit; correct?
24      A.    Depends on I guess how you
25   define long, but yeah.  It's a solidly
```

Page 34

1          CASH - CONFIDENTIAL

2    written-out post.

3        Q.    And it's discussing someone's

4    investment strategies?

5        A.    Looks like it.

6        Q.    Is this a common type of post on

7    the Wallstreetbets sub-Reddit, as far as

8    you know?

9             MR. ROSEN:  Objection.  Vague.

10       Q.    You can answer.

11       A.    I would say not uncommon.  I

12   don't know what your definition of common

13   is.

14       Q.    You've seen posts like this

15   before?

16       A.    Sure.

17       Q.    Do you read them?

18       A.    Sometimes.

19       Q.    And if you look at page 9, I

20   believe, page 5 maybe.

21             MR. ROSEN:  I only have six

22       pages.

23             MR. S. COHEN:  Page 5.

24             MR. ROSEN:  So -- and what's on

25       it?  Some pages don't paginate.  Is it

```
 1          CASH - CONFIDENTIAL
 2      the one that says ███████████████████
 3      ██████████████████████
 4           MR. S. COHEN:  That's it.
 5           MR. ROSEN:  Okay.
 6      A.    Okay.  Got it.
 7      Q.    I'm sorry about the pagination.
 8            On your version, what page is
 9   this?
10      A.    I see it on page 4.
11      Q.    Okay.
12      A.    4 of 6.
13      Q.    So do you see a comment that you
14   made to this post?
15      A.    Yes.
16      Q.    And what's the timestamp of that
17   comment?
18      A.    It says Tuesday,
19   October 27, 2020, at 6:10 p.m.
20      Q.    So you've been active on
21   Wallstreetbets since at least
22   October 27, 2020; right?
23      A.    I -- yeah.
24      Q.    And what made you join
25   Wallstreetbets?
```

```
                    CASH - CONFIDENTIAL
 1
 2      A.      I thought it was entertaining.
 3      Q.      And did you follow it closely in
 4   late 2020?
 5      A.      Depends on what you define as
 6   closely, but I might have looked at it
 7   maybe once a day or so.
 8      Q.      Did you comment once a day or so
 9   in late 2020 on the Wallstreetbets
10   sub-Reddit?
11      A.      I don't recall exactly.
12      Q.      Would it surprise you to learn
13   that you commented about -- frequently on
14   Wallstreetbets?
15      A.      No, depending on the timeframe.
16      Q.      Okay.  And has your involvement
17   or engagement on the Wallstreetbets
18   sub-Reddit changed over time?
19      A.      Yes.  I haven't spent much time
20   on it recently, it or Reddit at all.
21      Q.      Okay.  If you could go back to
22   your profile page on Reddit.  I think it's
23   Exhibit 238.
24      A.      Okay.
25      Q.      Do you see on the far right a
```

```
 1            CASH - CONFIDENTIAL
 2   box with the title "Trophy Case"?
 3        A.    Yes.
 4        Q.    And the second item down says
 5   "Powerups Hero."
 6              Do you see that?
 7        A.    Yes.
 8              MR. ROSEN:  Which exhibit are
 9        you in, Scott?
10              MR. S. COHEN:  238.
11              Are you there, Larry?
12              MR. ROSEN:  Yeah.  Yeah.  I got
13        it.  Thank you.
14        Q.    So you see in the trophy case,
15   the row that says "Powerups Hero"?
16        A.    Yes.
17        Q.    And in that area, in the
18   "Powerups Hero" section, it lists
19   Wallstreetbets.
20              Do you see that?
21        A.    Yes.
22        Q.    And there's also a date next to
23   Wallstreetbets that says February 2021?
24        A.    Correct.
25        Q.    What is Powerups Hero?
```

Page 38

```
 1              CASH - CONFIDENTIAL
 2        A.      I honestly don't know.
 3        Q.      And you don't know what it means
 4    that in your account, it shows
 5    Wallstreetbets in the trophy case?
 6        A.      Correct.
 7        Q.      Do you recall that having
 8    something in the trophy case in Powerups
 9    Hero means that you've paid for content?
10        A.      I don't know if that's what that
11    means, but I know I did at one point
12    subscribe to Reddit so that there was no
13    ads as you're scrolling through posts.
14        Q.      So you got -- would you call
15    that a premium version of Reddit?
16        A.      I think that's what they called
17    it.
18        Q.      And you got that in early 2021?
19        A.      That sounds about right.
20        Q.      Okay.  Do you ever delete posts
21    off of Reddit?
22        A.      Not that I recall.
23        Q.      Or comments?
24        A.      Not that I remember.
25        Q.      Do you use any other social
```

```
                                          Page 39
 1              CASH - CONFIDENTIAL
 2   media platforms?
 3        A.    No.
 4        Q.    You don't have an Instagram
 5   account?
 6        A.    I do not have an Instagram.
 7        Q.    What about a YouTube account?
 8        A.    I have a Gmail, so that comes
 9   with YouTube.
10        Q.    Do you use YouTube at all?
11        A.    Not really.
12        Q.    To look at investment videos
13   ever?
14        A.    No.
15        Q.    Had you ever done that before?
16        A.    Not that I remember.
17        Q.    Do you have a TikTok?
18        A.    No.
19        Q.    Discord?
20        A.    No.
21        Q.    Twitch?
22        A.    No.
23        Q.    Stocktwits account?
24        A.    No.
25        Q.    Any other accounts or social
```

```
                                          Page 40
 1              CASH - CONFIDENTIAL
 2   media platforms that you've engaged in
 3   over the last three years?
 4        A.    Not that I recall.  I really try
 5   to cut down on that social media.
 6        Q.    So you invest in the stock
 7   market; correct?
 8        A.    Correct.
 9        Q.    And you started investing when
10   you were you say 18 or 19?
11        A.    Roughly thereabout.
12        Q.    And why did you start investing?
13        A.    My dad just always kind of
14   imparted on me to save money and try to
15   grow it for the future.
16        Q.    Did he tell you that investing
17   in the stock market was the way to do
18   that?
19        A.    He told me it was a way to do
20   that.
21        Q.    And how did you start investing
22   in the stock market?
23        A.    What do you mean?
24        Q.    Did you have a third-party
25   broker when you first started?
```

```
 1            CASH - CONFIDENTIAL
 2      A.    Oh, yes.
 3      Q.    And who was that?
 4      A.    I don't remember.
 5      Q.    Is it somebody you met on your
 6  own or through your parents?
 7      A.    Probably through my parents.
 8      Q.    And do you remember what company
 9  they were with?
10      A.    No.
11      Q.    Okay.  At what point did you
12  look into brokerages for which you could
13  invest yourself?
14            MR. ROSEN:  Objection.  Vague.
15      Q.    Do you understand the question?
16      A.    I mean, I've looked in
17  companies a variety of times throughout my
18  life.
19      Q.    Did you -- when did you open up
20  your Merrill account?
21      A.    I don't remember exactly.  If I
22  had to guess, I'd say 2019, maybe 2020.
23      Q.    Okay.  Is that the first
24  electronically based brokerage account
25  that you opened up?
```

```
                                              Page 42
 1              CASH - CONFIDENTIAL
 2       A.    I don't remember.
 3       Q.    Do you recall -- you don't
 4   recall anything before that, though?
 5       A.    Not that I could say with
 6   confidence was before or after or during a
 7   certain timeframe.
 8       Q.    Okay.  So 2019 or 2020 is when
 9   you opened up your Merrill account;
10   correct?
11       A.    I believe so, but --
12       Q.    And you trade both stocks and
13   options?
14       A.    Correct.
15       Q.    Do you prefer stocks or options?
16       A.    I don't have a preference.
17       Q.    And when you invest in options,
18   would you say that you invest more in puts
19   or calls?
20       A.    I'd say it's pretty split.
21       Q.    Okay.  And you traded on your
22   Merrill account between December 2020 and
23   January 2021; correct?
24       A.    That sounds correct.
25       Q.    Are you still a Merrill
```

```
 1              CASH - CONFIDENTIAL
 2   customer?
 3        A.     I am not.
 4        Q.     Why did you -- why did you stop?
 5        A.     I liked TD Ameritrade's platform
 6   better.
 7        Q.     Why did you start using Merrill?
 8        A.     I traditionally banked with Bank
 9   of America.
10        Q.     And that's affiliated with Bank
11   of America?
12        A.     Correct.
13        Q.     How frequently did you use your
14   Merrill account when you still had it?
15        A.     Weekly.
16        Q.     Okay.  And that -- when did you
17   stop using it?
18        A.     I don't recall exactly.
19        Q.     Do you recall how frequently you
20   used it in late 2020, early 2021?
21        A.     I would say potentially daily.
22        Q.     And that changed over time
23   afterwards?
24        A.     Yes.  I am less active now than
25   I was then.
```

```
                                        Page 44
 1            CASH - CONFIDENTIAL
 2      Q.     Okay.  Did you use Merrill for
 3   other services other than as a brokerage
 4   account?
 5      A.     No.
 6      Q.     You also -- did you say TD
 7   Ameritrade before?
 8      A.     Yes.
 9      Q.     So you trade on TD Ameritrade?
10      A.     Yes.
11      Q.     And when did you open up that
12   account?
13      A.     I don't recall exactly, but I
14   would say sometime in 2020.
15      Q.     Do you think November or
16   December of 2020 sounds right?
17      A.     Potentially.
18      Q.     And you traded stocks on TD
19   Ameritrade in December 2020 and
20   January 2021; correct?
21      A.     Correct.
22      Q.     And before, you said you prefer
23   TD Ameritrade, so I take it you're still a
24   customer?
25      A.     Yes.
```

```
                                            Page 45
 1              CASH - CONFIDENTIAL
 2       Q.     And why did you start using TD?
 3       A.     They have a great platform
 4   called "Think or Swim."  It's a desktop
 5   application.
 6       Q.     What does that mean?
 7       A.     It's just a -- it's a platform
 8   that shows you charts, trade options,
 9   stocks, et cetera.
10       Q.     So you use that in order to
11   research the stock market?
12       A.     Yeah.
13       Q.     And to look into investments to
14   possibly invest in?
15       A.     Correct.
16       Q.     Okay.  How frequently do you use
17   your TD account?
18       A.     Today?
19       Q.     Yeah.
20       A.     Very infrequently.
21       Q.     And how often did you use it in
22   December 2020 and January 2021?
23       A.     Potentially daily, weekly.
24       Q.     Did you trade every time you
25   were on your TD Ameritrade account?
```

```
                                          Page 46
 1            CASH - CONFIDENTIAL
 2                MR. ROSEN:  Objection.
 3       A.    No.
 4       Q.    You can answer.
 5       A.    I'd say most likely not.
 6       Q.    And you also have an E-Trade
 7   account?
 8       A.    Yes.
 9       Q.    When did you open that account?
10       A.    I don't remember exactly.
11   Potentially early 2021.
12       Q.    Okay.  So you traded stocks in
13   early 2021 on your E-Trade account too?
14       A.    Yes.
15       Q.    And that was when you first
16   opened it up.
17       A.    Yes.
18       Q.    Do you currently trade on it?
19       A.    No.
20       Q.    Why not?
21       A.    Why don't I trade on E-Trade?
22       Q.    Yes.
23       A.    I think TD Ameritrade has a
24   better platform.
25       Q.    When you're using E-Trade, how
```

```
                                            Page 47
 1            CASH - CONFIDENTIAL
 2    often were you using it?
 3        A.    Maybe once a week.
 4        Q.    And were you using it once a
 5    week in January 2021?
 6        A.    Probably.
 7        Q.    So it sounds like you opened up
 8    all three of the brokerage accounts we
 9    just discussed either in late
10    December 2020 or early January 2021; is
11    that correct?
12        A.    I don't know.  I think I said
13    that Merrill was early 2020 or late 2019.
14        Q.    Okay.  Why did you open up these
15    three accounts around 2019, 2020, 2021?
16        A.    I was just learning a lot about
17    trading options, and I just wanted to see
18    what their different platforms offered in
19    terms of charts and services and features
20    and just user interface.
21        Q.    And late 2020 and early 2021 is
22    also when you were active on Reddit;
23    correct?
24        A.    Roughly.
25        Q.    And that's when you were active
```

```
 1            CASH - CONFIDENTIAL
 2   on the Wallstreetbets sub-Reddit?
 3        A.    I was on Wallstreetbets around
 4   that time.
 5        Q.    Have you ever used any other
 6   brokerage accounts to invest besides the
 7   three we just talked about and the one you
 8   opened up when you were a late teenager or
 9   early 20s?
10        A.    I also tried out one called
11   Tastyworks.
12        Q.    What's that?
13        A.    It's called Tastyworks.
14        Q.    Okay.  And you don't still use
15   that?
16        A.    Correct.
17        Q.    Why not?
18        A.    I, again, just wanted to try it
19   for the user interface and decided TD
20   Ameritrade was still my favorite.
21        Q.    Have you ever considered using
22   other brokerages?
23        A.    I mean, I've considered several
24   brokerages, I guess.
25        Q.    Was there a time when you were
```

```
                                              Page 49
 1              CASH - CONFIDENTIAL
 2   active on multiple brokerage accounts at
 3   the same time?
 4        A.    Yeah.
 5        Q.    And under what circumstances
 6   would you trade on one but not the other
 7   during those times?
 8        A.    I don't know.
 9        Q.    Would you say that in late 2020,
10   early 2021, you traded most frequently on
11   Merrill?
12        A.    Probably.
13        Q.    Do you invest on behalf of
14   anybody else?
15        A.    No.
16        Q.    On your wife's behalf?
17        A.    Not directly.
18        Q.    Indirectly?
19        A.    Well, I mean, it's -- we're
20   married, so, I mean, we have joint
21   checking accounts and things.  I don't
22   invest in her IRA, for example.
23        Q.    Okay.  Does anybody invest on
24   your behalf?
25        A.    No.
```

```
                                        Page 50
 1           CASH - CONFIDENTIAL
 2      Q.    You don't have an investment
 3   manager that handles your money?
 4      A.    Correct.
 5      Q.    Have you ever had an investment
 6   manager?
 7      A.    Not as an adult.
 8      Q.    Have you ever had any other type
 9   of financial advisor?
10      A.    No.
11      Q.    About how much time do you
12   currently devote to investing?
13      A.    I guess that depends on what do
14   you mean by devote to investing?
15      Q.    About how much time do you spend
16   researching companies to invest in their
17   stocks?
18      A.    You're talking specifically
19   the -- yeah -- stocks or the stock market,
20   I spend very little time these days being
21   active in the stock market.
22      Q.    And in December 2020 and
23   January 2021, would you say that you were
24   frequently engaged in investing in the
25   stock market?
```

```
                                    Page 51

 1            CASH - CONFIDENTIAL
 2      A.     Yeah.
 3              MR. S. COHEN:  I think it has
 4      been about an hour, Larry, if you want
 5      to take a break.
 6              MR. ROSEN:  All right.  Sure.
 7      Take a break.  Thank you.
 8              THE VIDEOGRAPHER:  Stand by,
 9      please.  The time is 11:09.  We are
10      going off the record.  This will end
11      Media Unit No. 1.
12              (Recess)
13              THE VIDEOGRAPHER:  The time is
14      11:23 a.m.  We are back on the record.
15      This will be the start of Media Unit
16      No. 2.  Counsel.
17   BY MR. S. COHEN:
18      Q.     Mr. Cash, before we took our
19   break, we were discussing your investment
20   history; right?
21      A.     Yes.
22      Q.     Let's talk about your investment
23   strategy.
24              How would you describe your
25   investment strategy?
```

Page 52

1           CASH - CONFIDENTIAL
2      A.    Currently?
3      Q.    Sure.
4      A.    I hold as much Bitcoin as I
5  possibly can.
6      Q.    And how would you describe your
7  investment strategy in late 2020 and early
8  2021?
9      A.    At that time, I liked to buy
10  stocks and trade options.
11      Q.    And how did you prioritize the
12  stocks that you would purchase and the
13  options that you would purchase?
14           MR. ROSEN:   Objection.   Vague.
15      A.    I mean, it varied --
16  opportunity, time horizon.   At that time,
17  there was just lots of different
18  opportunities in the market, so it was
19  just really about figuring out what was
20  going to be the best course over the time
21  horizon I was looking to invest.
22      Q.    You said your time horizon now
23  is pretty long term; right?
24      A.    For this particular asset class.
25      Q.    For Bitcoin?

```
                                        Page 53
 1            CASH - CONFIDENTIAL
 2       A.     Correct.
 3       Q.     What was your time horizon in
 4   investing in stocks in late 2020 and early
 5   2021?
 6       A.     I mean, it varied.  But I'd say
 7   for the most part, when I bought a stock,
 8   the idea was to hold it for the long term,
 9   meaning at least one year.
10       Q.     Was your main objective always
11   for profit?
12       A.     I would not recommend anyone
13   invest to not make profit.
14       Q.     Did you ever invest for reasons
15   other than to make profit?
16       A.     I think making a return on your
17   investment is the only goal that I can
18   think of.
19       Q.     Did you ever invest in stocks
20   for any political goal?
21       A.     No.
22       Q.     Do you ever invest in stocks for
23   any idealogical goal?
24       A.     No.
25       Q.     When you decide to purchase a
```

Page 54

                    CASH - CONFIDENTIAL

1

2    particular stock, can you walk me through

3    how you make that decision.

4        A.    Sure.  It depends, again, on the

5    goal; right?  But there's a great little

6    book I read called "The Little Book That

7    Still Beats the Market."  They have a nice

8    layout of fundamentals to evaluate for

9    long-term stocks.  I like to use that as a

10   nice guide for long-term buy and holds.

11            Shorter term stuff, it just kind

12   of depends on the thesis for a given

13   company and what direction I think it's

14   going to go and, you know, potentially

15   when I think it's going to go there.  It's

16   all speculation, but that can vary from

17   company to company.

18       Q.    Do you research the companies

19   online?

20       A.    Yes.

21       Q.    Do you read their SEC filings?

22       A.    Sometimes.

23       Q.    Do you read their earnings

24   announcements?

25       A.    Sometimes.

Page 55

1          CASH - CONFIDENTIAL

2       Q.    For which companies would you do

3    that?

4       A.    I'd say most companies that I

5    would end up buying in a long-term

6    position I would do that for.

7       Q.    And how would you define

8    long-term position?

9       A.    At least a year.

10      Q.    And how frequently would you --

11   how frequently in late 2020 and early 2021

12   would you purchase a stock not for

13   long-term holding?

14      A.    I don't -- I don't recall how

15   frequently I would do that.

16      Q.    Did you ever do that?

17      A.    Yeah.

18      Q.    Like, for what?

19      A.    You mean like a specific

20   example?

21      Q.    Yeah, sure.

22      A.    I mean, are you talking just

23   stocks or are you talking options?

24      Q.    Let's start with stocks.

25      A.    I can't think of the specific

```
                                          Page 56
 1              CASH - CONFIDENTIAL
 2   ticker that it used to be, but Lucid, a
 3   car company at one time, was a SPAC that I
 4   thought was going to do pretty well in the
 5   short term, so I bought some of their
 6   shares while they were, you know, working
 7   towards coming -- going public as Lucid.
 8        Q.    When you are investing in a
 9   stock, do you generally do it after
10   reading a recent press release from the
11   company or news of the company's earnings?
12             MR. ROSEN:   Objection.   Vague.
13        A.    Sometimes.
14        Q.    You said sometimes?
15        A.    I mean, that would be not an
16   uncommon thing to do.
17        Q.    Is that usually the trigger for
18   your investment?
19        A.    I would say I couldn't classify
20   anything as being a, quote, usual trigger
21   or not.
22        Q.    When do you decide to sell your
23   stocks?
24        A.    That -- that can vary greatly.
25   I might have a stop loss put in.  I might
```

```
                                              Page 57
 1              CASH - CONFIDENTIAL
 2    have a trailing stop put in.  I might just
 3    have a target in mind of I think it's
 4    going from here to here by here, and, I
 5    mean, there's always kinds of variables
 6    that could play into that.
 7         Q.    Do you keep up to date on news
 8    of the stock market?
 9         A.    Currently?
10         Q.    Yes.
11         A.    I'd say it's not really.  It's
12    more of a distant.
13         Q.    And did you keep up to date on
14    stock market news in December 2020 and
15    January 2021?
16         A.    Yes.
17         Q.    How frequently?
18         A.    I'd say several times a week, if
19    not daily.
20         Q.    How would you check up on the
21    status of the stock market in that time
22    period?
23         A.    I would use news apps, Yahoo
24    Finance, just general -- CNBC, business,
25    just --
```

```
                                          Page 58
 1              CASH - CONFIDENTIAL
 2       Q.    Are there any other particular
 3   news segments that you would tune into
 4   more often?
 5       A.    Not really.  Just depends on my
 6   schedule and when I'm watching TV.
 7       Q.    What segments on CNBC would you
 8   look at?
 9       A.    Well, I remember they had a show
10   that I had, like, a DVR set for called --
11   I can't remember exactly what it was
12   called -- options something.  It was,
13   like, a 30-minute segment.
14       Q.    Do you -- did you subscribe to
15   any newsletters on investments or stock
16   market?
17       A.    Not that I remember.
18       Q.    All right.  Did you listen to
19   any podcasts at that time about
20   investments or the stock market?
21       A.    I listened to podcasts on the
22   stock market.  Yes.
23       Q.    Which ones?
24       A.    One is called The Investor's
25   Network - We Study Billionaires, and Andy
```

```
 1              CASH - CONFIDENTIAL
 2    Tanner has a podcast.  I can't remember
 3    the exact name of it anymore.  But those
 4    are the two that come to mind.
 5        Q.    And at that time, December 2020,
 6    January 2021, do you recall following
 7    stock market news on any social media
 8    sites?
 9        A.    Not that I can recall following
10    specific people for news, if that's what
11    you're asking.
12        Q.    Do you remember in that time
13    period looking at social media sites in
14    order to learn about what was happening in
15    the stock market?
16        A.    No.  I wouldn't categorize it
17    as, like, a source of learning.  But there
18    were certainly things on Reddit that were
19    interesting to get people's opinions.
20        Q.    Opinions on what?
21        A.    Just various things going on in
22    the market.
23        Q.    And what they were investing in?
24        A.    I couldn't tell you what
25    somebody else was investing in, put people
```

```
                                       Page 60

 1            CASH - CONFIDENTIAL
 2    could make a post about an opinion about
 3    something.
 4        Q.     And during that time, you also
 5    posted your opinions on your investment
 6    strategies and the stock market on Reddit?
 7        A.     I can't remember any specific
 8    examples, but probably.
 9        Q.     Did your investment strategy at
10    all change around December 2020 and
11    January 2021?
12        A.     Not that I remember.
13        Q.     Are you familiar with a company
14    called GameStop?
15        A.     Yes, I am.
16        Q.     If I say GME at some point
17    during this deposition, will you know I'm
18    talking about the GameStop stock?
19        A.     I know the company and their
20    ticker symbol.  So yes.  You're good.
21        Q.     What kind of company is
22    GameStop?
23        A.     It's a retail video game store.
24        Q.     And do you like GameStop as a
25    company?
```

1              CASH - CONFIDENTIAL

2       A.    As a customer?

3       Q.    Yes.

4       A.    I guess I'm indifferent.  I

5  haven't been to a GameStop since I was a

6  kid, probably.

7       Q.    Are you a gamer?

8       A.    My wife would prefer I game

9  less, but I can game every now and then.

10      Q.    And did you ever look into

11  GameStop as a potential investment?

12      A.    Yes.

13      Q.    What did you do to look into it?

14      A.    I ran a stock filter that

15  flagged GameStop as an interesting

16  company.  I looked at news articles.  I

17  looked at some historical performances.

18      Q.    And that was in December 2020?

19      A.    Roughly.  I'd say the fourth

20  quarter of 2020.  I can't remember exactly

21  when.  But --

22      Q.    Did you at that time learn

23  anything about the finances or profits of

24  GameStop?

25      A.    Not that I recall specifically.

1                CASH - CONFIDENTIAL

2        Q.      Do you recall looking at their

3    earnings announcements?

4        A.      I don't recall specifically.

5        Q.      Do you recall looking at press

6    releases that GameStop put out?

7        A.      Not that I can specifically say

8    were GameStop's press releases.

9        Q.      Or any press covering GameStop

10   at that time?

11       A.      Yeah.

12       Q.      Just general stock market news?

13       A.      General stock market news and

14   just news that was specific to GameStop.

15       Q.      Did you ever look into

16   GameStop's financials in or around that

17   time?

18       A.      Not specifically that I recall.

19       Q.      In January 2021, do you recall

20   any specific announcements that GameStop

21   put out?

22       A.      I believe, from what I recall,

23   they put out an announcement that Ryan

24   Cohen joined their board of directors.

25       Q.      And that was January of 2021;

```
 1            CASH - CONFIDENTIAL
 2   right?
 3       A.     I believe so.
 4       Q.     Do you remember what the date
 5   was?
 6       A.     No.
 7       Q.     Okay.  Is that the only news you
 8   heard about GameStop around that time?
 9       A.     No.  I mean, I know that they
10   were planning for new console releases.
11   The PlayStation 5 and the new Xbox was
12   coming out in November of 2020, which,
13   historically for them, it only happens
14   every five to eight years roughly that
15   they come out with new consoles, and
16   historically, that's -- that plus the
17   holidays is a great boost to their sales.
18       Q.     When you say it's their
19   consoles, you mean they sell them, but
20   they're not the producers; right?
21       A.     Correct.  They're selling Sony
22   and Microsoft's gaming systems.
23            MR. S. COHEN:  Let's mark
24       Tab 13.
25
```

```
                                              Page 64
 1            CASH - CONFIDENTIAL
 2               (Exhibit 240, Dow Jones
 3       Newswires page, was hereby marked for
 4       identification, as of this date.)
 5       Q.     You'll see in your Exhibit Share
 6  file a new exhibit.  I think it will be
 7  240.
 8       A.     Got it.
 9       Q.     Okay.  And this is a Dow Jones
10  Newswires article?
11       A.     Yes.
12       Q.     And it was published on
13  January 26, 2021?
14       A.     Correct.
15       Q.     All right.  When you were
16  looking into GameStop as a company around
17  this time, did you read this article?
18       A.     Not that I recall.
19       Q.     If you'll go to -- it should be
20  the next page on that -- on your version.
21  But it will be a paragraph that starts
22  "GameStop has not."
23       A.     Okay.
24       Q.     Do you see --
25       A.     "GameStop has not."
```

Page 65

CASH - CONFIDENTIAL

1

2      Q.      And it says, "GameStop has not
3   released any news to coincide with the
4   spike, and has not responded to a request
5   from MarketWatch to comment."
6              Do you see that?
7      A.      Yes.
8      Q.      Do you know what spike this
9   article is talking about?
10     A.      I would speculate and say
11  potentially the -- from what I know, the
12  price action.
13     Q.      Which is to say the increase in
14  GameStop stock price in January 2021?
15     A.      That's what I -- that's what I
16  would speculate.
17     Q.      And where it says GameStop has
18  not released any news to coincide with
19  that spike, does that comport with your
20  memory of GameStop news around that time?
21     A.      I mean, I can't remember if
22  GameStop had self-announced things or if
23  things were just being reported in the
24  news, but from what I remember, there was
25  news -- positive news about Ryan Cohen's

Page 66

                          CASH - CONFIDENTIAL

1     involvement with GameStop as a shareholder

2     and then a member of the board.

3        Q.    And do you recall that Ryan

4     Cohen took the board seat

5     January 11, 2021?

6        A.    I don't recall the specific

7     date, but that sounds right.

8        Q.    If you'll go to the last

9     paragraph, do you see in that body of text

10    where it says, "Over the past two

11    quarters, losses for the company have

12    widened significantly"?

13       A.    I don't -- oh, yes, I see that.

14       Q.    Okay.  And does that comport

15    with the research you did on GameStop in

16    January 2021?

17       A.    I don't really specifically

18    remember the level of losses or looks into

19    their financials over specific two

20    quarters.

21       Q.    If you were looking to invest in

22    a stock in January 2021, would you have

23    looked at the losses on a quarterly basis?

24            MR. ROSEN:  Objection.  Calls

```
                                              Page 67
 1            CASH - CONFIDENTIAL
 2       for speculation.
 3       Q.    You can answer what you
 4   remembered looking at.
 5       A.    Potentially.
 6       Q.    If you go up a little bit to the
 7   paragraph beginning "GameStop has been a
 8   darling."
 9       A.    I see it.
10       Q.    So it says, "GameStop has been a
11   darling of Reddit message board
12   Wallstreetbets, where hundreds of posters
13   have been pushing for purchases of the
14   stock after investors betting against the
15   chain put short interests to more than
16   100 percent."
17            Do you see that?
18       A.    Correct.
19       Q.    Did I read that correctly?
20       A.    Yeah.
21       Q.    And this was the time you were
22   on the Wallstreetbets sub-Reddit?
23       A.    Probably, yes.
24       Q.    And do you recall seeing such
25   posts of people pushing for purchasing of
```

Page 68

1           CASH - CONFIDENTIAL

2    the GameStop stock?

3         A.    Yes.

4         Q.    Did you ever post about the

5    purchasing of GameStop stock on

6    Wallstreetbets?

7         A.    I don't have any specific

8    examples that come to mind, but probably.

9         Q.    And do you recall how frequently

10   you would have posted about GameStop stock

11   on --

12              MR. ROSEN:   Would have?

13        Q.    -- that sub-Reddit?

14              MR. ROSEN:   You're asking how

15        frequently he would have or how

16        frequently he did?

17        Q.    Do you recall how frequently you

18   posted on Wallstreetbets about purchasing

19   GameStop stock in January 2021?

20        A.    No.   I mean, that would probably

21   just depend on the day and how busy it

22   was.

23        Q.    Okay.   Do you know about the

24   GameStop short squeeze, sitting here

25   today?

Page 69

```
                     CASH - CONFIDENTIAL
 1
 2       A.     The short squeeze?  I know that
 3   there's potential alleged short squeeze,
 4   but that's all speculation, I would say.
 5       Q.     But you know what I'm talking
 6   about when I refer to that; correct?
 7       A.     Sure.
 8       Q.     Had you heard about that in
 9   January 2021?
10       A.     I don't recall any specific
11   examples, but I'd say probably.
12       Q.     You remember that it was a topic
13   of conversation in 2021, January 2021;
14   correct?
15       A.     It was a topic of speculation
16   for sure.
17       Q.     And do you recall discussing the
18   GameStop short squeeze in January 2021?
19       A.     Not specifically, in terms of
20   making specific posts or comments.
21       Q.     But you recall in general that
22   you had discussions about -- that you had
23   discussions about the GameStop short
24   squeeze in January 2021.
25       A.     Sure.
```

Page 70

CASH - CONFIDENTIAL

1    CASH - CONFIDENTIAL
2        Q.    Did you par want to participate
3    in the GameStop short squeeze?
4        A.    I don't think a short squeeze is
5    something that you can knowingly
6    necessarily participate in, in terms of a
7    thesis to invest in.
8        Q.    Why not?
9        A.    Just too many factors in my
10   opinion on what could happen.
11       Q.    Such as?
12       A.    Well, I mean, depends on the --
13   you know, a short squeeze is just a
14   fundamental dictating of a price of a
15   stock based on supply and demand.  So
16   shorts have to buy stock to close their
17   position, and you have no idea when that
18   would happen at a rate that would cause
19   any kind of significant price spike.
20       Q.    So one of the requirements of
21   participating in a short squeeze is
22   knowing that another company is attempting
23   to short the stock of a company; correct?
24       A.    Well, I don't know if it's a
25   company shorting another company's stock

Page 71

```
 1              CASH - CONFIDENTIAL
 2    or if it's individuals, but there's always
 3    two sides to a trade, and if someone is
 4    shorting a stock, they're betting it's
 5    going to go down.  If they're wrong, then
 6    they have to buy at a loss to close their
 7    position.
 8         Q.    All right.  So going back to
 9    what you were saying before.  One of the
10    factors in there being a short squeeze is
11    there has to be knowledge that somebody or
12    some company is shorting a stock; correct?
13              MR. ROSEN:  Objection.
14         Mischaracterizes his prior testimony.
15         Why don't you re-ask the question?
16         You'll see that it's -- you'll
17         understand why it's not a precise
18         question.  Go ahead.  Re-ask it.
19         Q.    What are -- what are the other
20    aspects of the short squeeze besides one
21    individual or company having a short
22    position in a stock?
23         A.    The other aspects of a short
24    squeeze is just simply that people have to
25    close their position to make a profit or
```

Page 72

                    CASH - CONFIDENTIAL

1
2    cover a loss.  And they have to do that
3    from the available shares that are for
4    sale.
5        Q.    And how is someone squeezed?
6        A.    Well, I guess that would depend
7    on the person that's short and whether
8    they were -- and I can't speak to anyone
9    else's practices, but if you didn't have a
10   hedge or a stop loss, then you having to
11   buy shares at a higher price than you
12   shorted means that you're getting squeezed
13   out of your position, because the higher
14   the price goes up beyond what you shorted
15   it at, the bigger your losses are, so
16   you've got to cut your losses at some
17   point.
18       Q.    So are you aware of any attempts
19   in January 2021 among a grassroots group
20   of investors to run up the price of stocks
21   that other companies had shorted?
22       A.    I would say I couldn't speak
23   with any confidence to anyone else's
24   intention.
25       Q.    I didn't ask about intention,

```
                                        Page 73
 1             CASH - CONFIDENTIAL
 2    though.
 3             Were you aware of that
 4    phenomenon?
 5         A.    I was --
 6             MR. ROSEN:  What phenomenon?
 7         What's the phenomenon that you're
 8         talking about?
 9         Q.    Were you aware, Mr. Cash, of
10    short squeezes in the market in
11    January 2021?
12         A.    I was aware of short squeezes in
13    the market before January 2021.  Short
14    squeezes have happened all throughout the
15    history of the stock market.  As long as
16    there has been shorting, there has been
17    people that have been squeezed out of
18    their position.  That's kind of the
19    definition of a short squeeze.
20         Q.    In January 2021, were you aware
21    of discussion of any attempt to
22    purposefully squeeze a short-selling
23    entity in the market?
24         A.    I was aware of conversations
25    people had, but I don't know what their
```

1       CASH - CONFIDENTIAL

2   specific intentions would be about trying

3   to squeeze or not squeeze a stock.

4       Q.    Do you think that a squeeze

5   reflects the true value of a company?

6           MR. ROSEN:  Objection.  Vague.

7       A.    I believe that a squeeze is a

8   true value of the price per share based on

9   basic and simple supply-and-demand

10  fundamentals.

11      Q.    In January 2021, were you aware

12  of a short squeeze of AMC?

13      A.    I had heard similar things as to

14  GameStop, that it was a heavily shorted

15  company.

16      Q.    And had you heard that there

17  were a group of investors that were

18  attempting to run up the price of AMC?

19      A.    I don't know what their intent

20  was in terms of running up the price, but

21  I know that there were people that talked

22  about liking the company of AMC and

23  wanting to buy their stock.

24      Q.    Had you heard, though -- I'm not

25  asking if you knew that they were doing

```
 1              CASH - CONFIDENTIAL
 2    it.
 3              Had you heard rumors that there
 4    were a group of investors attempting to
 5    run up the stock price of AMC in
 6    January 2021?
 7        A.    Sure.  I heard rumors.
 8        Q.    And you heard that in
 9    January 2021.
10        A.    I couldn't say for certain, but
11    around that time.
12        Q.    Had you heard rumors that there
13    were -- there was a group of investors in
14    January 2021 attempting to run up the
15    stock price of any other stocks in order
16    to --
17              MR. ROSEN:  Objection.
18        Q.    -- in order to squeeze --
19              MR. ROSEN:  Objection.  You use
20        the term "run up."  What do you mean
21        by "run up"?  How do people run up the
22        stock?  It's an undefined term.  It's
23        vague and ambiguous.
24        Q.    Mr. Cash, do you know what the
25    term "run up" means?
```

```
 1            CASH - CONFIDENTIAL
 2       A.    All I would say is that people
 3  make decisions to buy a stock and not sell
 4  it.
 5       Q.    All right.
 6       A.    That can positively impact a
 7  stock's price based on, again, just simple
 8  supply and demand.
 9       Q.    Are you aware around -- were you
10  aware in January of 2021 of rumors that
11  investors were attempting to increase the
12  stock price of shares in certain companies
13  in order to squeeze a company with short
14  positions?
15       A.    I was aware that people are on
16  two sides of a trade, and if you are long
17  a company, you want to see it do well, and
18  if you're short a company, on the opposite
19  side of that trade, you don't want to see
20  them do well, because if they do well, you
21  don't do well.  So again, it's just basic
22  supply and demand.
23       Q.    And so in that situation, were
24  you aware of investors attempting to go
25  shop the price of a stock by purchasing in
```

Page 77

```
 1           CASH - CONFIDENTIAL
 2   large volumes?
 3       A.    I was aware of people that liked
 4   a company and a stock that were buying
 5   lots of it and were unwilling to sell it.
 6   And I think it would be natural for anyone
 7   that makes an investment to want to see it
 8   go up in value.
 9       Q.    But it's your testimony that you
10   are not aware of any concerted effort to
11   purposefully push up the stock price of
12   AMC in order to squeeze the short position
13   of another company.
14       A.    I can't say that I remember any
15   kind of organized effort, if you will.
16   Like, there was no kind of newsletter or
17   signup list or some kind of potluck
18   registration for people to, like, agree to
19   do things, you know.  I was on message
20   boards where people maybe chatted about
21   stuff like you could around a watercooler
22   in an office, but I don't know anything
23   about an organized attempt beyond just
24   message board chatter, which --
25       Q.    So what kind of message board
```

Page 78

1           CASH - CONFIDENTIAL

2    chatter are you talking about?

3        A.    Well, from what I remember, just

4    people talking, again, liking companies

5    and buying their shares and wanting to see

6    those companies do well.

7        Q.    Wanting to see the stock price

8    go up?

9        A.    Yeah, which I think is a

10   reasonable position for someone that owns

11   a share to want to see it go up.

12       Q.    And wanting to purchase the

13   share and hold on to it in order to

14   squeeze companies with short positions in

15   those shares.

16       A.    Again, I think that's too much

17   speculation for me to be able to comment

18   on that.  It's very hard to try to predict

19   when a short would get squeezed out of

20   their position, because there's too many

21   unknowns there.

22       Q.    But I'm asking do you remember

23   seeing that on message boards, that that

24   was the intention and the goal of the

25   people posting on the message boards?

Page 79

```
 1            CASH - CONFIDENTIAL
 2      A.     Probably vaguely, yeah.  I mean,
 3  it's been three years.
 4      Q.     Do you recall news in
 5  January 2021 or media attention of any
 6  kind that the price of certain stocks were
 7  increasing beyond what most people
 8  believed they were actually worth?
 9      A.     Yeah.  I remember a lot of
10  people said that about Tesla.
11      Q.     And do you remember people
12  saying that about AMC?
13      A.     And those people's opinion, I
14  remember hearing that about AMC.
15      Q.     On the news?
16      A.     Yes.
17      Q.     And same thing with Blackberry?
18      A.     I don't know about Blackberry.
19      Q.     What about Nokia?
20      A.     I don't recall hearing about
21  them on the news.
22      Q.     Koss Corporation?
23      A.     No, not that I remember.
24      Q.     Trivago?
25      A.     Not that I remember.
```

```
                                    Page 80

 1              CASH - CONFIDENTIAL

 2      Q.      Tootsie Roll?

 3      A.      Not that I remember.

 4      Q.      Do you remember news about

 5   GameStop in particular?

 6      A.      I remember there being news

 7   about GameStop.

 8      Q.      And on the news, do you recall

 9   people talking about its value increasing

10   beyond what financial professionals

11   believed it to be worth?

12      A.      I remember that.  Again, I would

13   clarify and say based on certain

14   performances or criteria that those

15   specific professionals were using.

16      Q.      And did you also hear about

17   GameStop that while its prices were

18   increasing, there were hedge funds with

19   large short positions in GameStop?

20      A.      I remember hearing about that.

21      Q.      Have you ever heard the term

22   "Meme stock"?

23      A.      Yes.

24      Q.      What is that?

25      A.      I guess the way I would describe
```

```
                                        Page 81
   1              CASH - CONFIDENTIAL
   2    it is just a stock that has gained
   3    internet fame or notoriety.  It's turned
   4    into a Meme.
   5        Q.    Is there a time when that term
   6    started to be used that you can recall?
   7        A.    I mean, not that I recall.  I
   8    don't know how long it's been used.
   9        Q.    Do you recall that term being
  10    used in January 2021?
  11        A.    Yes.
  12        Q.    And do you recall the companies
  13    about which it was being used?
  14        A.    I remember a few.
  15        Q.    Was GameStop one of them?
  16        A.    Yes.
  17        Q.    Was AMC one of them?
  18        A.    Yes.
  19        Q.    Any others that you can recall?
  20        A.    I think just Blackberry.
  21        Q.    Do you think that -- withdrawn.
  22              So we've been talking a lot
  23    about GameStop, and I don't know if I've
  24    asked you if you've ever purchased shares
  25    of GameStop.  Have you?
```

```
                                        Page 82
 1           CASH - CONFIDENTIAL
 2       A.    I did.  I have.
 3       Q.    And did you in late 2020?
 4       A.    That sounds about right.
 5       Q.    And that was the -- when was the
 6   first time you purchased stock in
 7   GameStop?
 8       A.    I can't remember a specific
 9   date.  I think that's probably in my
10   financial statements I sent over.  But I
11   would guess sometime in the fourth quarter
12   of 2020.
13       Q.    Okay.  And why did you decide to
14   purchase GameStop then -- stock?
15       A.    It met certain criteria I was
16   looking for in terms of a good
17   opportunity.
18       Q.    Like what?
19       A.    Well, historically, like I said
20   before, when Microsoft and PlayStation do
21   come out with new consoles, which they
22   only do every five to eight years or
23   roughly thereabouts, that is a huge boost
24   to GameStop's sales.  And historically,
25   when you combine that with the holiday
```

Page 83

```
           CASH - CONFIDENTIAL
1
2    season, they have a very strong fourth
3    quarter and first quarter of the following
4    year of those kind of rare events of a new
5    console model coming out.  So I thought
6    that was a strong potential boost to their
7    sales.  I thought -- and their stock
8    price.  Then I learned about Ryan Cohen
9    being --
10       Q.    I'm sorry.  That Ryan Cohen was
11   in January 2021; right?
12       A.
13           MR. KIM:  Did you just interrupt
14       him answering a question, Scott?
15       You've got to let him finish his
16       answer.
17           MR. S. COHEN:  You're right.
18       I'm sorry.  Go ahead.
19       A.    That's all right.  I mean, Ryan
20   Cohen was an investor before he got on the
21   board, and I read that he had purchased a
22   large percentage of GameStop's shares.  He
23   was the founder of Chewy.  So in the
24   e-commerce space, when he gets involved in
25   a company, it's kind of a big deal,
```

1           CASH - CONFIDENTIAL

2    considering he went head to head with

3    Amazon and the pet space and kind of won.

4    So I thought him being involved was a very

5    bright potential turnaround for GameStop

6    in addition to the potential boom from the

7    holiday sales.

8             And I thought from a certain

9    perspective, the price of a stock was

10   being artificially suppressed based on the

11   fact that when I ran a stock search, it

12   came back being 140 percent short, which

13   to my knowledge at the time was

14   unprecedented of how short a company could

15   actually be compared to the float.  So

16   fundamentally, there was something there

17   in terms of the stock price being

18   suppressed beyond what you could argue was

19   the actual value of the company.

20       Q.    So in January 2021, you believed

21   that the stock price of GameStop was being

22   artificially suppressed?

23             MR. ROSEN:  He didn't say

24      artificially.

25             MR. S. COHEN:  Yes, he did.

Page 85

1          CASH - CONFIDENTIAL

2              MR. ROSEN:  Did he?

3      Q.    I'll ask it again, just to

4   clarify the record.

5              MR. S. COHEN:  Do you want me to

6        tell you the page and line number,

7        Mr. Rosen?

8              MR. ROSEN:  I will look.  Oh, he

9        did say "artificially suppressed."

10       Okay.  Fair enough.

11     Q.    So just to redo that.

12             In January 2021, you believed

13   that the game stock -- that GameStop's

14   stock price was being artificially

15   suppressed.

16     A.    Well, I was more referring to Q4

17   of 2020 when I bought the stock.  But

18   potentially artificially suppressed in the

19   sense that it was short 140 percent,

20   meaning that multiple shares were borrowed

21   repeatedly to just sell them; right?  So

22   shorting obviously has an impact on stock

23   price, as does buying.  And I thought

24   there was the potential there that it was

25   potentially artificially suppressed based

                                                            Page 86

    1              CASH - CONFIDENTIAL
    2    on how short it was.
    3               But Cohen -- Ryan Cohen being
    4    involved and new consoles coming out were
    5    huge factors in my decision.  And then
    6    sometime in January 2021, beyond him being
    7    named in the board, there was also a lot
    8    of positive news that I -- if I remember
    9    right, he also obtained seats -- other
   10    board seats for other executives that
   11    worked with him at Chewy.  So it also
   12    seemed like he was putting together a very
   13    strong board of directors and potentially
   14    executive team to lead GameStop.
   15    Q.    But still you thought that at
   16    that point in time in December 2020 and
   17    potentially January of 2021, GameStop's
   18    stock price was being artificially
   19    suppressed by companies heavily shorting
   20    their stock.
   21    A.    Yeah.  I mean, I'd say by
   22    artificially, I mean the fact that it's
   23    supply and demand; right?  And if there's
   24    more supply on the sell side than is
   25    natural or that has ever been seen in the

```
 1            CASH - CONFIDENTIAL
 2   company, then yeah, I would say that
 3   that's an interesting opportunity for that
 4   company to perform well and raise their
 5   stock price.
 6        Q.    And you said that as a result of
 7   this artificial suppression, the stock
 8   market at that time was not reflecting
 9   what you believe to be the true value of
10   GameStop; right?
11        A.    Correct.
12        Q.    I want to go back to
13   Exhibit 240.  Let me know when you're
14   there.
15        A.    That was the Newswires?
16        Q.    Yeah.
17        A.    Yes.
18        Q.    And it's a paragraph that we
19   looked at before, but it starts, "Earlier
20   this month."
21        A.    Yes.
22        Q.    So it says, "Earlier this month,
23   GameStop admitted that holiday-quarter
24   sales had dropped more than 25 percent and
25   come in lower than expectations."
```

```
                                          Page 88
 1            CASH - CONFIDENTIAL
 2            Do you see that?
 3      A.    Yes.
 4      Q.    So the expected sales and
 5  profits for GameStop in the holiday season
 6  of December 2020 did not come to pass;
 7  correct?
 8      A.    Potentially.
 9      Q.    Do you have any reason to
10  disagree with GameStop's characterization
11  as relayed in this article?
12      A.    No.  I mean, I would say that
13  from what I remember, there was plenty of
14  reasons to know that with supply chain
15  issues and shortages on the consoles
16  themselves, trying to buy them.
17      Q.    What supply chain issues in
18  January 2,021?
19      A.    I mean, pretty much anything
20  coming out of China, but, I mean, you can
21  Google it.  It was very hard for people to
22  get their hands on PlayStation 5s and just
23  specifically PlayStation 5s.
24      Q.    You're referring to -- sorry.
25      A.    Yeah.  From a retail
```

```
                                    Page 89
  1          CASH - CONFIDENTIAL
  2   perspective.
  3       Q.    And the supply chain issue
  4   you're talking about is from the Covid
  5   situation?
  6       A.    I mean, as far as I would know,
  7   yeah.
  8       Q.    And that would -- that had been
  9   persisting for the last almost year;
 10   correct?
 11       A.    Correct.
 12       Q.    Okay.
 13             (Exhibit 241, Certification, was
 14        hereby marked for identification, as
 15        of this date.)
 16       Q.    We'll do another exhibit shortly
 17   here.
 18             All right.  You'll see
 19   Exhibit 241 pop up.
 20       A.    Okay.
 21       Q.    Okay.  Do you recognize this
 22   document?
 23       A.    Yes.
 24       Q.    And it's beginning -- the first
 25   page has a Bates number stamp at the
```

```
                                            Page 90
 1              CASH - CONFIDENTIAL
 2    bottom right, P00002830.  That's just for
 3    the record.
 4              Is this the certification you
 5    signed authorizing the Rosen Law Firm to
 6    file this action on your behalf?
 7         A.    Yes.
 8         Q.    And I'll direct you to
 9    paragraph 4.
10              Do you see where the
11    certification says that it lists "all of
12    the transactions plaintiff has made in the
13    affected stocks during the class period
14    set forth in the consolidated complaint"?
15         A.    Yes.
16         Q.    And you're that plaintiff?
17         A.    Yes.
18         Q.    And at the bottom of the page is
19    your signature; right?
20         A.    Electronic, yes.
21         Q.    Electronic signature executed
22    just a few weeks ago; correct?
23         A.    Yes.
24         Q.    April 11, 2023?
25         A.    Yes.
```

```
                                    Page 91
 1            CASH - CONFIDENTIAL
 2      Q.     If you look at the next page, is
 3  that a complete list of all the
 4  transactions you made in the affected
 5  stocks during the class period?
 6      A.     To the best of my knowledge.
 7  You would have to confirm with my
 8  statements, I guess.
 9      Q.     And the only stock here is for
10  GameStop; right?
11      A.     Correct.
12            MR. S. COHEN:  Let's mark Tab 6.
13            (Exhibit 242, Merrill account
14       trading data, Bates P00002502 through
15       P00002517, was hereby marked for
16       identification, as of this date.)
17      Q.     You'll soon see Exhibit 242 in
18  your file.
19      A.     Okay.  I got it.
20      Q.     And for the record, the
21  beginning Bates stamp is P00002502.
22            Mr. Cash, this exhibit contains
23  the trading data you produced in
24  connection with this litigation; right?
25      A.     Yes.
```

Page 92

```
 1              CASH - CONFIDENTIAL
 2       Q.    And this is for your Merrill
 3   account.
 4       A.    Yes.
 5       Q.    And this includes all the trades
 6   settled in December 2020?
 7       A.    I assume so.  I guess you'd have
 8   to double check other statements, but I
 9   assume that's how a statement would work.
10       Q.    You do see on the right-hand
11   side, it says December 1, 2020, through
12   December 31, 2020; right?
13       A.    Yes.
14       Q.    If you go to the page ending
15   2507.
16       A.    Okay.
17       Q.    In the middle of the page, you
18   see the row "Security Transactions" in
19   bold?
20       A.    Yes.
21       Q.    And below it, the first
22   transaction you engaged in in December was
23   to purchase 600 shares of GameStop on
24   December 2, 2020?
25       A.    I see that.
```

```
                                           Page 93
 1           CASH - CONFIDENTIAL
 2      Q.    And that was at $18.17 per
 3  share?
 4      A.    Correct.
 5      Q.    And the total amount was
 6  $10,902?
 7      A.    Correct.
 8      Q.    Was that a large purchase for
 9  you at the time?
10      A.    Not that I recall.
11      Q.    Do you recall often purchasing
12  stocks or options for over $10,000?
13      A.    I will say that that was in line
14  with potential other purchases.  I'd have
15  to check my statements.
16      Q.    If you look at the rest of this
17  statement, do you see other purchases of
18  stock for over $10,000?
19      A.    Not that I see on this
20  statement.
21      Q.    Before you made your investment
22  in GameStop stock on December 2nd, how
23  much time did you spend researching the
24  company?
25      A.    I don't recall specifically.
```

Page 94

```
 1            CASH - CONFIDENTIAL
 2    But I would guess a few hours, several
 3    hours.
 4        Q.    Do you recall looking at the
 5    business fundamentals of GameStop at this
 6    time?
 7        A.    I mean, I recall looking at past
 8    performance of when new consoles came out.
 9        Q.    At this time, had you formed an
10    opinion as to the real value of GameStop?
11        A.    I don't recall.
12        Q.    Did you read anything about
13    GameStop on Wallstreetbets around this
14    time?
15        A.    I don't recall specifically.
16        Q.    Do you recall generally?
17        A.    Generally, I recall reading
18    Wallstreetbets in December and January.
19    But if you're talking about specifically
20    January 2nd or whenever I bought these
21    shares, I don't recall.
22        Q.    Do you recall in January 2021
23    and December 2020 reading anything about
24    GameStop on Wallstreetbets in general?
25        A.    You said January or December?
```

```
1              CASH - CONFIDENTIAL
2      Q.     Yes.
3      A.     Yes.
4      Q.     Did you read about anybody
5  encouraging others to purchase GameStop on
6  Wallstreetbets around this time?
7      A.     I saw posts about that probably.
8      Q.     And you saw posts about
9  attempting to squeeze the short-selling
10 companies holding GameStop stock in
11 December 2020 and January 2021; correct?
12     A.     I saw posts about people talking
13 about liking the stock and buying the
14 stock.
15     Q.     Okay.  Let's look at -- I'm
16 sorry.
17     A.     I was just going to say, I mean,
18 I don't recall any specific examples of,
19 like, a title or something I could give
20 you really directly to a squeeze.
21     Q.     I'm sorry.  In general, though,
22 do you recall comments and posts about
23 this, even if you can't remember the
24 titles to them?
25     A.     Yeah.
```

```
                                          Page 96
 1            CASH - CONFIDENTIAL
 2            MR. S. COHEN:  Let's do Tab 2,
 3      please.
 4            (Exhibit 243, A Wallstreetbets
 5      Sub-Reddit post titled "Exactly how
 6      the GME squeeze will go for you," was
 7      hereby marked for identification, as
 8      of this date.)
 9      Q.    In your folder, you'll see
10   Exhibit 243.
11      A.    Okay.
12      Q.    And this is a post on the
13   Wallstreetbets sub-Reddit?
14      A.    That's what it looks like.
15      Q.    And it was posted December 3,
16   2020; correct?
17      A.    Correct.
18      Q.    And the title is "Exactly how
19   the GME squeeze will go for you."
20      A.    Correct.
21      Q.    Do you recognize this post?
22      A.    I don't specifically recall this
23   post.
24      Q.    On the second and third pages,
25   do you see that you commented on this
```

```
 1              CASH - CONFIDENTIAL
 2   post?
 3        A.    Yes.
 4        Q.    And do you see you commented
 5   that same day, December 3, 2020?
 6        A.    Yes.
 7        Q.    And this was the day after you
 8   purchased several hundred shares of
 9   GameStop; right?
10        A.    Looks like it.
11        Q.    What do you think, if you go
12   back to the front page, GME squeeze means?
13        A.    I would be speculating, I guess.
14   I think they were potentially referring to
15   a short squeeze.
16        Q.    And it's referring to a group of
17   investors who host on the Wallstreetbets
18   sub-Reddit that are engaging in the short
19   squeeze of GameStop; right?
20        A.    I'm sorry.  Can you repeat that?
21        Q.    You said that you would
22   speculate that this post is about the
23   GameStop short squeeze.
24        A.    Yeah, or a theory on the short
25   squeeze.
```

Page 98

```
 1            CASH - CONFIDENTIAL
 2       Q.    And that theory that it's
 3   discussing is referring to a group of
 4   investors who are also on Wallstreetbets
 5   engaging in the short squeeze; correct?
 6       A.    Potentially.
 7       Q.    The first paragraph is referring
 8   to purchasing GameStop stock in high
 9   volumes of shares; correct?
10       A.    Depends on your definition of
11   high volume, but sure.
12       Q.    Do you recall seeing this
13   article at any time, this post at any
14   time?
15       A.    I don't specifically remember
16   coming across it.
17       Q.    Based on this post and the
18   comments that you can see here, people
19   were expecting a short squeeze of
20   GameStop; correct?
21       A.    That's what it looks like.
22       Q.    Were you also expecting a short
23   squeeze of GameStop around this time?
24       A.    I don't recall.
25       Q.    But you could have been.
```

Page 99

```
                                    Page 99
 1            CASH - CONFIDENTIAL
 2       A.    I think it was possible,
 3   considering how short it was.
 4       Q.    If you look at the fourth
 5   paragraph, where it says "Trading
 6   resumes."
 7       A.    Mm-hmm.  I see it.
 8       Q.    It says, "Trading resumes.  You
 9   watch the price rise.  $30.  $48.  $70.
10   Your mind and your heart race as you
11   mentally calculate how much money you've
12   made.  $115.  $130.  The squeeze has
13   squoze.  You watch the share price trend
14   back down, settling at a respectable
15   $17.04, but that no longer matters to you.
16   You're rich."
17            Did I read that correctly?
18       A.    Yes.
19       Q.    And that describes an effective
20   short squeeze; correct?
21       A.    I can't say that I'd say that's
22   necessarily an accurate description.  That
23   would imply that you timed the top
24   perfectly and sold when you should have or
25   could have potentially if you're talking
```

```
 1              CASH - CONFIDENTIAL
 2    about maximizing profits.  But that's a
 3    massive assumption to make, and I would
 4    say, in reading this post, it's a very
 5    hypothetical whole outline.  It's talking
 6    about you as, you know, some random
 7    person.
 8         Q.    It's saying here that after a
 9    squeeze has squoze, the price will
10    decline.
11              Do you see that?
12         A.    Yes.
13         Q.    Do you know what that means?
14         A.    Well, it's based on supply and
15    demand of a stock.  And if there is a
16    short squeeze in a stock, typically, there
17    is a brief period of strong upward
18    momentum, as supply and demand dictates
19    there is more demand to buy the stock than
20    there is to sell it, and then often that
21    can reverse course, and there's more
22    demand to sell it.
23         Q.    And what's driving the demand in
24    a short squeeze usually?
25         A.    Well, usually, it's the shorts
```

```
 1            CASH - CONFIDENTIAL
 2  not hedging or setting stop losses or
 3  making their play with what I would
 4  classify as proper risk management.
 5       Q.    Not proper risk management or
 6  with proper risk management?
 7       A.    The shorts not exercising proper
 8  risk management, in my opinion.
 9       Q.    And so the investors who are
10  attempting to squeeze the short recognize
11  that there is a short position in the
12  market, and they are taking advantage of
13  that by purchasing at high volumes to
14  increase the price?
15       A.    Potentially.  I think that's
16  also true with shorting the stock, if you
17  see that there's a potential to short in
18  high volumes to drive down the stock to
19  make a profit, and that's just -- that's
20  just how a market works.
21       Q.    And at the time that you
22  commented on this post, you were aware of
23  this short squeeze beginning to occur for
24  GameStop; correct?
25       A.    I can't say that at the time of
```

Page 102

1           CASH - CONFIDENTIAL
2    this post, I was aware that something was
3    occurring.
4        Q.    At what point did you become
5    aware that something was occurring?
6        A.    I can't recall exactly.  But, I
7    mean, I would say that most of January --
8    or December, from my recollection, was
9    just pretty -- pretty tame in terms of
10   price and action from what I remember
11   about the stock price.
12       Q.    And January?
13       A.    Well, obviously, January, things
14   got interesting.
15       Q.    And you were watching that
16   happen?
17       A.    I didn't think -- it would be
18   foolish to not watch what you're invested
19   in.
20           MR. S. COHEN:  Let's go to
21      Tab 3.  Mark Tab 3.
22           (Exhibit 244, A Wallstreetbets
23      Sub-Reddit post titled "GME Squeeze
24      Double Dip," was hereby marked for
25      identification, as of this date.)

```
                                            Page 103
 1            CASH - CONFIDENTIAL
 2       Q.    You'll soon see an exhibit, I
 3   think 244.
 4       A.    Got it.
 5       Q.    Okay.  Do you recognize this
 6   post?
 7       A.    Not specifically.
 8       Q.    This is a post you made on
 9   Wallstreetbets; correct?
10       A.    It looks like it.  Yes.
11       Q.    And that was on
12   December 3, 2020?
13       A.    Correct.
14       Q.    Could you read the title of the
15   post.
16       A.    "GME Squeeze Double Dip."
17       Q.    All right.  What does "GME
18   squeeze" refer to here?
19       A.    Well, if there was a squeeze of
20   people out of their position, whether
21   that's up or down, people are either for
22   sellers or for buyers.
23       Q.    You're referring to a squeeze in
24   GameStop; right?
25       A.    Correct.
```

1          CASH - CONFIDENTIAL

2      Q.     And you're referring to a

3   squeeze that you anticipated happening in

4   GameStop; correct?

5      A.     Well, this is just honestly a

6   hypothetical think post.  I mean, I'm just

7   getting people's opinions on a scenario

8   and if they thought that would actually

9   potentially, like, play out as something

10  feasible.  So, I mean, I wouldn't say that

11  this is what I thought was going to

12  happen.  This is just more of like a

13  hypothetical situation that I post.

14     Q.     But you thought it could happen.

15     A.     I thought that it could happen.

16     Q.     This first sentence says you're

17  holding 1,000 GME shares you bought at

18  $18.

19            Do you see that?

20     A.     Yes.

21     Q.     You bought your GameStop shares

22  at around $18 the day before; correct?

23     A.     Correct.

24     Q.     It then goes on to say, "You buy

25  ten protective puts four months out at 175

```
 1            CASH - CONFIDENTIAL
 2    to lock in your profit against it gapping
 3    down."
 4            What does "gapping down" mean?
 5        A.    Well, in the stock market, you
 6    have pre-market and post-market activity
 7    where even though the market closes at
 8    4:00 p.m. and opens I think it's at 9:30,
 9    there is trading that can occur before and
10    after those times.  And it's usually very
11    low-volume trading.  So it's not uncommon
12    for a stock to either get up in price or
13    down in price in the pre-market based on
14    the low volume and at whatever price it's
15    at in the pre-trading at the 9:30 bell is
16    where it will be opening for the day.
17        Q.    Okay.  And it goes on to say,
18    "During that time, GME drops back down to
19    $18 and you buy 1,000 shares again to
20    exercise your ten puts to sell at 175,
21    effectively double dipping the squeeze."
22            Do you see that?
23        A.    Correct.
24        Q.    What does double dipping mean
25    here?
```

Page 106

1              CASH - CONFIDENTIAL

2        A.    Well, again, in this

3   hypothetical scenario, I was just

4   proposing the idea that if you bought

5   shares long, on the way up, if you --

6   again, you'd have to time it right, but if

7   you sold at the top, you'd make a profit,

8   and if you bought shares at the top and

9   protective puts against them, or at least

10  just bought the puts, then you could

11  profit on the stock going down.  That's

12  just, again, tools of every trader --

13  well -- that has options available to them

14  to profit when stocks go up or down.

15       Q.    And did you purchase protective

16  puts in GameStop?

17       A.    I don't recall.  We'd have to

18  look at the statements.

19       Q.    But if you did, that was

20  potentially to double dip the squeeze in

21  GameStop; correct?

22       A.    Well, it would be to protect

23  your profits potentially from the stock

24  dropping.  That's why it's called a

25  protective put.  You're just trying to

1           CASH - CONFIDENTIAL

2     protect your stock price and locking in

3     your ability to sell it at a higher price.

4         Q.    In this scenario, you describe a

5     situation in which over four months,

6     GameStop's stock price goes from $175 to

7     $18; is that correct?

8         A.    Well, I think what I'm saying

9     here is you buy the puts four months out

10    because they would expire.  So they would

11    expire -- you would want them to be -- you

12    don't want them to expire on you too soon;

13    right?  So any time you're buying a call

14    or a put, traditionally, you want some

15    time further out that you're buying it

16    from when you think the activity or action

17    that you're anticipating will happen so

18    that it does not eat away the value of

19    your call or put.

20        Q.    In this scenario that you wrote,

21    were you saying that there was a

22    possibility that GameStop stock could at

23    one point be around $185 and then shortly

24    after be $18?

25        A.    I mean, in this -- in this

1          CASH - CONFIDENTIAL

2    hypothetical, I guess.  I was -- that was

3    part of just the think -- the thought

4    process of, like, the scenario.  Right?

5    It's just a hypothetical if this happened,

6    would this play out?  I mean, the last

7    line in my post is "would this work,"

8    right, so it's obviously just a thought

9    exercise.

10      Q.    Okay.  Let's go back to the

11   December 2020 Merrill statement, which I

12   think is Exhibit 242.

13      A.    Okay.

14      Q.    If you go to the page with the

15   numbers on the bottom right ending 2508.

16      A.    Okay.

17      Q.    On December 23, 2020, you

18   purchased another 200 shares of GameStop

19   stock; correct?

20      A.    Correct.

21      Q.    And that was at $15.4566 per

22   share?

23      A.    Correct.

24      Q.    For a total purchase price of

25   $3,091.32?

1              CASH - CONFIDENTIAL

2        A.      Correct.

3        Q.      Why did you decide to buy

4   GameStop stock on December 23rd?

5        A.      I don't recall specifically why

6   I bought it that day.

7        Q.      Do you recall buying this

8   because you were under the impression that

9   there was a short squeeze going on with

10  GameStop stock?

11       A.      That wouldn't make much sense to

12  me, considering I bought it on the 2nd at

13  $18, and the price has gone down to this

14  purchase.  So I can't say that I thought

15  it was squeezing when the price was

16  dropping.  If anything, if I would

17  speculate, I'd say I bought it because my

18  thesis on GameStop, with everything I laid

19  out earlier, had now been invalidated in

20  my mind, and the price was on sale.

21       Q.      So it was trading at a lower

22  stock price than you believed GameStop was

23  worth.

24       A.      Yeah.  I mean, if I would buy a

25  company at 18 and change, why not buy it

Page 110

```
 1            CASH - CONFIDENTIAL
 2   at 15 and change?
 3       Q.    And again, why did you think
 4   that the market was not reflecting the
 5   price you believed GameStop should be
 6   traded at?
 7       A.    I believed the value of GameStop
 8   was going to go up and because of their
 9   performance with the consoles and
10   long-term Ryan Cohen's involvement of
11   being a major investor.
12       Q.    Okay.
13            MR. S. COHEN:  Let's mark Tab 5.
14       A.    I don't know if I can just point
15   this out.  But earlier, you had asked if I
16   spent 10,000, and while it's not exactly
17   at 10,000, at the bottom of that page, I
18   did buy $9,800 worth of Lumen.  So, you
19   know, thereabouts 10,000 was in the realm
20   of possibility for me to make an
21   investment.
22            (Exhibit 245, A Wallstreetbets
23       Sub-Reddit post titled "GME YOLO
24       Update - December 22, 2020," was
25       hereby marked for identification, as
```

```
                                            Page 111
 1              CASH - CONFIDENTIAL
 2         of this date.)
 3         Q.    Mr. Cash, in your folder should
 4    be Exhibit 245.
 5         A.    Okay.
 6         Q.    And this is another
 7    Wallstreetbets post?
 8         A.    Correct.
 9         Q.    And who is it by?
10         A.    The post?
11         Q.    Yes.
12         A.    It's by a user of the name
13    DeepFuckingValue.
14         Q.    Okay.  And who is that?  Do you
15    know who that is?
16         A.    I do now.
17         Q.    Do you -- did you see posts by
18    him on Wallstreetbets frequently around
19    this time?
20         A.    I don't recall specifically in
21    terms of what would be frequent or not,
22    but I recall seeing a few posts from him.
23         Q.    And did you comment on his posts
24    ever?
25         A.    I can't say with certainty, but
```

```
 1            CASH - CONFIDENTIAL
 2   I would not be surprised if I did.
 3        Q.    And this is -- the date of this
 4   post is December 22, 2020?
 5        A.    Correct.
 6        Q.    And this is the day before you
 7   purchased more stock in GameStop; correct?
 8        A.    Correct.
 9        Q.    Could you read the title of the
10   post.
11        A.    The post says, "GME YOLO
12   update -- December 22, 2020."
13        Q.    What -- do you recall what that
14   meant to you?
15        A.    I mean, I believe "YOLO" is an
16   acronym for "you only live once," which is
17   applied to all kinds of things in life.
18        Q.    So it's about missing an
19   opportunity or not missing an opportunity
20   in investing in GameStop?  Would you say
21   that's fair?
22        A.    The term "YOLO" specifically or
23   this post?
24        Q.    In the context of the post.
25        A.    I guess so.  I mean, that was --
```

```
 1              CASH - CONFIDENTIAL
 2    I can't speak for that poster.  But, I
 3    mean, that's what that would imply.
 4        Q.    Turning to the next page, I
 5    believe, it should be for you.
 6        A.    Okay.
 7        Q.    That's a comment you made to
 8    that post; right?
 9        A.    Yes.
10        Q.    That's on December 22, 2020?
11        A.    Correct.
12        Q.    Again, the day before you
13    sold -- the day before you purchased
14    shares of GameStop?
15        A.    Correct.
16        Q.    And you say, "I am but a peon in
17    this GME battle, but I'm holding the
18    fucking line."
19              Do you see that?
20        A.    I do.
21        Q.    All right.  What's the GME
22    battle that you're talking about?
23        A.    Well, I don't recall
24    specifically what I was thinking at the
25    time I wrote the post, because it was over
```

Page 114

```
 1            CASH - CONFIDENTIAL
 2    three years ago.  But I would say every
 3    stock that you're buying, there's buying
 4    and selling pressure.
 5        Q.    And it's your position that the
 6    GME battle is just about run-of-the-mill
 7    buying and selling pressure?
 8        A.    You would have to --
 9            MR. ROSEN:  Objection.
10        A.    -- classify "run of the mill,"
11    but GME, just like any company, is about
12    people buying and selling the stock.
13        Q.    When you posted this, did you
14    perceive there to be a battle with regard
15    to GameStop?
16        A.    I don't recall.
17        Q.    What did you mean that you were
18    holding the line?
19        A.    I don't remember.
20        Q.    Okay.  Possibly that you were
21    folding GameStop stock?
22        A.    Well, that would certainly be a
23    possibility.  I mean, I was not planning
24    on selling at that time.
25        Q.    Okay.  And you call yourself a
```

```
 1          CASH - CONFIDENTIAL
 2   peon there?
 3       A.    A peon.
 4       Q.    What did you mean by that?
 5       A.    I'm just a small fish in the --
 6   in the scope of Wall Street.
 7       Q.    Is it a fair characterization of
 8   this post that you were saying, "I'm just
 9   one person, but I'm continuing to hold my
10   GameStop stock in the midst of the GME
11   battle"?
12       A.    I -- I mean, I guess.  I
13   couldn't specifically remember what I was
14   intending to say in that post.
15       Q.    Mr. Cash, you'll see
16   Exhibit 246.
17            (Exhibit 246, January 2021
18        Merrill statement, Bates P00002390
19        through P00002401, was hereby marked
20        for identification, as of this date.)
21       A.    Okay.
22       Q.    And this is your January 2021
23   Merrill statement; correct?
24       A.    Yes.
25       Q.    And for the record, this is
```

Page 116

1        CASH - CONFIDENTIAL

2    beginning Bates No. P00002390.

3            If you'll turn to the page with

4    the numbers on the bottom ending 2394.

5        A.    Okay.

6        Q.    The second-to-last row, do you

7    see that?

8        A.    Yes.

9        Q.    And it shows that on

10   January 21, 2021, you purchased 200 more

11   shares in GameStop stock; correct?

12       A.    Correct.

13       Q.    And you purchased the shares at

14   $37.9678 per share?

15       A.    Correct.

16       Q.    For a total share purchase

17   amount of $7,593.56.

18       A.    Correct.

19       Q.    Why did you decide to buy

20   GameStop stock on January 21, 2021?

21       A.    I couldn't recall specifically

22   why I bought more shares on that specific

23   day.

24       Q.    And this share price was a lot

25   higher than it was when you purchased it

```
 1            CASH - CONFIDENTIAL
 2   in December; correct?
 3       A.    Depends on your definition of a
 4   lot higher, but it was higher.
 5       Q.    Was it twice as much?
 6       A.    Sure.
 7       Q.    Was it more than twice as much?
 8       A.    Yeah.
 9       Q.    Did you believe when you
10   purchased this stock at this time,
11   GameStop's stock price would continue to
12   increase?
13       A.    I can't say anything other than
14   probably.  I mean, I don't think I would
15   buy shares of a stock that I thought was
16   going to go down.
17       Q.    What did you think at the time
18   would have caused the stock price to
19   increase?
20       A.    I couldn't recall a specific
21   reason, but a lot of investing can just be
22   based on momentum.  Stock has momentum,
23   people buy.  You see examples of that all
24   the time in the market.  Tesla that year
25   was a great example of 2020 and 2021.  The
```

Page 118

CASH - CONFIDENTIAL

1

2     price goes up, the more people buy.  The

3     price goes up, more people buy.  I mean,

4     momentum is a factor in trading and

5     stocks' prices.

6          Q.    So it's like a feedback loop

7     where the more people who purchase, the

8     more people see the demand increase, and

9     so they continue to purchase as well?

10         A.    Potentially.

11         Q.    And that in turn drives the

12    price up?

13         A.    Sometimes.  Just supply and

14    demand.  I mean, there's an increase in

15    demand because the price is going up.

16         Q.    And sometimes that doesn't have

17    to do with any release of new company

18    information?

19              MR. ROSEN:  Objection.  Calls

20         for speculation.

21         A.    Correct.  And I would say that

22    sometimes, in the opposite way, it can

23    come from manipulation of people panic

24    selling because you're not allowed to buy,

25    and that causes momentum downward.

Page 119

CASH - CONFIDENTIAL

1

2    Q.    Okay.  So for reasons other than
3  the information about the company out on
4  the market, a stock price can rise or fall
5  based on either momentum trading or panic
6  selling?

7    A.    Or panic buying.  Yeah.

8    Q.    And that's potentially -- in
9  your mind, on January 21, 2021, what was
10 happening with GameStop?

11   A.    I can't recall specifically what
12 was happening that day, but it's certainly
13 not an unreasonable assumption.

14   Q.    Do you recall that that was an
15 assumption that you had at any time during
16 January 2021?

17   A.    I think it would be safe to say
18 that it was reasonable to have an
19 assumption that GameStop had a lot of
20 momentum in both directions during that
21 time.

22   Q.    So it was a volatile stock at
23 that time.

24   A.    Insanely.

25   Q.    When you purchased this, did you

Page 120

                    CASH - CONFIDENTIAL
1
2    consider it a long-term investment in
3    GameStop?
4         A.    I don't recall.  I mean, you'd
5    have to get more granular, because I
6    viewed GameStop in a what I consider more
7    of a long-term and a more short-term
8    position.  I had calls which had
9    expiration dates on them I believe in
10   April.  We'd have to check the statements.
11   But that would obviously be a shorter-term
12   outlook based on what I thought they would
13   perform in Q4 and Q1 of 2020 and 2021.
14   And then shares are obviously indefinite
15   hold from a definition standpoint.
16        Q.    So you had calls in GameStop at
17   this point.
18        A.    I believe so.  I mean, we would
19   have to go look at some of these statement
20   pages.  But yeah.
21        Q.    And you would invest in call
22   options when you thought there was a
23   chance the stock price would continue to
24   increase; correct?
25        A.    Sometimes.  I mean, sometimes I

```
                    CASH - CONFIDENTIAL
 1
 2   would sell calls as a covered call
 3   strategy if I, you know, took cash for a
 4   stock.
 5       Q.    At this time, in January 2021,
 6   January 21, 2021, you knew there was a
 7   short squeeze attempt on GameStop stock;
 8   correct?
 9       A.    I would say I had read people's
10   thesis and theories about a short squeeze.
11       Q.    And it was a theory that you
12   thought couldn't be true at that point in
13   time?
14       A.    I didn't think it was an
15   unreasonable or outlandish idea,
16   considering when I first stumbled across
17   the stock, it was short 140 percent.
18            MR. S. COHEN:  Let's mark Tab 8.
19            (Exhibit 247, A Wallstreetbets
20       Sub-Reddit post titled "Daily
21       Discussion Thread for
22       January 20, 2021," was hereby marked
23       for identification, as of this date.)
24       Q.    You're going to see in your
25   folder a new exhibit.  Should be
```

```
                                        Page 122
 1            CASH - CONFIDENTIAL
 2   Exhibit 247.
 3        A.    Got it.
 4        Q.    And this is another
 5   Wallstreetbets post; correct?
 6        A.    Yes.
 7        Q.    From January 21, 2021?
 8        A.    I see January 20th.
 9        Q.    I'm sorry.  I'm looking at the
10   wrong exhibit.  So let's start over again.
11             This is a Wallstreetbets post
12   from January 20, 2021; correct?
13        A.    Correct.
14        Q.    And this is the day before you
15   purchased 200 shares in GameStop stock?
16        A.    Correct.
17        Q.    And the title is "Daily
18   Discussion Thread for January 20, 2021";
19   right?
20        A.    Correct.
21        Q.    Now, turning to the next page.
22             Do you see that you commented on
23   this post?
24        A.    I do.
25        Q.    And that was January 20, 2021?
```

Page 123

CASH - CONFIDENTIAL

1

2        A.     Correct.

3        Q.     Could you read the first line of

4    that comment, please.

5        A.     Sure.  It says, "Buying the

6    fucking GME dip today," and there's two

7    Emojis -- a diamond and a middle finger --

8    "Melvin and Citron."

9        Q.     What does "GME dip today" mean?

10       A.     Well, from what I could

11   probably -- I can't recall exactly, but

12   I'm assuming the price was on sale.

13       Q.     And so what you're saying is you

14   are buying the GME dip today?

15       A.     I can't recall.  I don't know if

16   I was talking about me or just people in

17   general.  But I didn't buy any that day,

18   so -- at least, according to the

19   statements we just looked at, so, I mean,

20   we would have to confirm with my

21   statements, I guess.

22       Q.     But you purchased it the next

23   day; right?

24       A.     I think so.

25       Q.     And what are these -- the

Page 124

CASH - CONFIDENTIAL

1                    CASH - CONFIDENTIAL
2    diamond -- what's the diamond Emoji?
3         A.    The diamond, just -- it's an
4    Emoji of a diamond.
5         Q.    It doesn't have any meaning in
6    the context of this post?
7         A.    Well, I think in the context of
8    this post, a diamond represents toughness,
9    hardness.
10        Q.    And does a diamond like this
11   mean anything in the context of
12   Wallstreetbets in general, as far as
13   you're aware?
14        A.    From what I know, Wallstreetbets
15   is -- I don't know how -- I guess you
16   could classify it as an online frat house,
17   and a diamond meant that you were strong
18   willed in your convictions on your
19   purchase decisions.
20        Q.    And what was a strong will
21   necessary for in purchasing GME stock that
22   day?
23        A.    Well, I don't recall about why
24   you would -- about that specific day.  But
25   in January, as we've said before, it was a

```
 1              CASH - CONFIDENTIAL
 2    very volatile stock.
 3         Q.    And Melvin and Citron, are those
 4    friends of yours?
 5         A.    Depends on how you look at
 6    friends.  I think they've -- they've
 7    helped me out some in terms of their poor
 8    investing strategy and lack of risk
 9    management, but I believed at the time
10    they were considered to be -- rumored to
11    be involved on the opposite side of a long
12    position on GameStop.
13         Q.    So they were shorting GameStop.
14         A.    Allegedly.  I don't have any
15    financial forensic evidence myself knowing
16    what they do as a company or organization.
17         Q.    Based on what you wrote in this
18    post, you believed them to be shorting
19    GameStop; right?
20         A.    As a theory.
21         Q.    And you didn't like them, it
22    looks like; is that correct?
23         A.    Well, I think in an investing
24    sense, someone is always on the opposite
25    side of the trade as you.  So when someone
```

Page 126

```
 1              CASH - CONFIDENTIAL
 2    is on the opposite side of the trade as
 3    you, it's a win-lose -- investing is a
 4    win-lose outcome.  So --
 5         Q.    So I'm referring to the middle
 6    finger in this post.  Is that directed at
 7    Melvin and Citron?
 8         A.    I can't recall.  It was common
 9    on Wallstreetbets to put a diamond hand
10    of -- any kind of Emoji just to represent
11    your conviction in your own decision.  And
12    the middle finger could have just been a
13    play on the fact that Wallstreetbets is,
14    again, an online frat house to kind of
15    roll with that crowd.
16         Q.    Okay.  And so you were posting
17    about your conviction in purchasing
18    GameStop stock opposite Melvin and
19    Citron's short position, as you saw it;
20    correct?
21         A.    I was convinced that GameStop
22    had a positive outlook regardless of who
23    or what was on the other side of the
24    trade.
25         Q.    I'm just going to repeat my
```

```
1              CASH - CONFIDENTIAL
2   question.
3              You were posting about your
4   conviction in purchasing GameStop stock
5   opposite Melvin and Citron's short
6   position; isn't that right?
7       A.    Well, alleged short positions or
8   hypothetical.  I mean, again, I don't know
9   that.  But it wouldn't matter specifically
10  who was short.  I was convinced that
11  GameStop was a good bullish play.
12      Q.    So you're posting about your
13  conviction in purchasing GameStop stock
14  opposite Melvin and Citron's short
15  position as you believed them to have; is
16  that right?
17      A.    Sure.
18            MR. S. COHEN:  Let's go to
19      Tab 9.
20            MR. ROSEN:  Hey Scott, it's
21      nearing 1:00.  So before you start
22      another exhibit -- I don't know how
23      much we spent on the last exhibit.
24      But when you want to take a lunch
25      break.
```

Page 128

1          CASH - CONFIDENTIAL

2              MR. S. COHEN:  Let's do it now.

3      It's a good stopping point.

4              MR. ROSEN:  All right.

5              THE VIDEOGRAPHER:  Stand by,

6      please.  The time is 12:59 p.m.  We

7      are going off the record.  This will

8      end Media Unit No. 2.

9              (Luncheon recess: 12:59 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 129

1          CASH - CONFIDENTIAL

2        A F T E R N O O N    S E S S I O N

3                    2:00 p.m.

4            THE VIDEOGRAPHER:  The time is

5        2:01 now, and we are back on the

6        record.  This will be the start of

7        Media Unit No. 3.

8    BY MR. S. COHEN:

9        Q.    Hello, Mr. Cash.

10       A.    Hi.

11       Q.    I want you to go into your

12   folder and look up Exhibit 248.

13            (Exhibit 248, A Wallstreetbets

14       Sub-Reddit post titled "What Are Your

15       Moves Tomorrow, January 22, 2021," was

16       hereby marked for identification, as

17       of this date.)

18       A.    Got it.

19       Q.    Okay.  And this is another

20   Wallstreetbets post; correct?

21       A.    That's what it looks like, yes.

22       Q.    And it was posted on

23   January 21, 2021?

24       A.    Yes, January 21, 2021.

25       Q.    And if you recall, this is the

```
                                        Page 130
 1              CASH - CONFIDENTIAL
 2    day you purchased stock in GameStop;
 3    correct?
 4         A.    I believe so.
 5         Q.    Do you recognize this post?
 6         A.    It does not elicit a specific
 7    memory of me making it.
 8         Q.    And the title of the post is
 9    "What Are Your Moves Tomorrow,
10    January 22, 2021"; right?
11         A.    Correct.
12         Q.    If you go to the next page, you
13    posted a comment on this post; right?
14         A.    It looks like it.
15         Q.    And that was also on
16    January 21, 2021?
17         A.    Correct.
18         Q.    And you write, "My moves
19    tomorrow:  Sit back, relax, have a few
20    bourbons, and watch GME burn the world
21    down with its powerful thrusters to the
22    edge of the observable universe."
23              Do you see that?
24         A.    I do.
25         Q.    So what was going to happen the
```

Page 131

```
            CASH - CONFIDENTIAL
```

1           CASH - CONFIDENTIAL
2   next day, as far as you were concerned?
3       A.    Well, I can't specifically
4   recall specifically making that post.  It
5   was made at 8:23 p.m. so I probably had a
6   few bourbons that night as well.
7       Q.    And what did you mean "GME will
8   burn the world down"?
9       A.    I can't recall specifically what
10  I meant when I made anything about that
11  post, specific to that post.  All I can
12  maybe imply or infer is GameStop was very
13  volatile at this time, and it was just
14  entertaining to watch.
15      Q.    Okay.  What -- what does
16  "thrusters" mean in this post, in this
17  comment?  Do you recall?
18      A.    No, I don't.
19      Q.    And you have some pictures at
20  the bottom of this.  There are three
21  bourbons, as you were referencing before.
22  Then there are three rockets.
23            Could you tell me what the
24  rockets refer to.
25      A.    Rockets probably refer to
```

Page 132

1          CASH - CONFIDENTIAL

2    extreme price action up or down.

3        Q.    And that's in reference to what

4    was happening with GameStop's stock price?

5        A.    Yeah, I would say so.

6        Q.    Okay.  And what are these -- the

7    next three pictures?

8        A.    I have no idea.  I don't

9    remember those at all.  They look like

10   peanuts or something.  I don't know what

11   they are.

12       Q.    That's what it looks like to me.

13   Okay.  I don't know.

14       A.    Yeah.  They look like a peanut

15   possibly.  I don't know if Reddit or

16   Wallstreetbets, like, have their own

17   Emojis, like, beyond, like, your typical

18   texting Emoji or not, but, I mean, that

19   would be my guess.

20       Q.    All right.  But suffice it to

21   say by January 21, 2021, you were well

22   aware of the price volatility in

23   GameStop's stock price, and you expected

24   that to continue on to the next day.

25       A.    I expected continued volatility.

1          CASH - CONFIDENTIAL

2      Q.      And you were aware at this time,

3  were you not, that this volatility was due

4  to a short squeeze going on in GameStop's

5  stock price?

6      A.      I wouldn't say I could say that

7  definitively.   I think that's a thesis at

8  the time.

9      Q.      Was that the general consensus

10  on Wallstreetbets, as far as you're aware?

11      A.      As far as I was aware, that was

12  what most people was hypothesizing.

13      Q.      And were you also aware of

14  social media commentary encouraging people

15  to engage in the short squeeze?

16      A.      What do you mean by social media

17  commentary?   Like, beyond Reddit?

18      Q.      Let's start with Reddit.

19              Were you aware of posts and

20  comments on Reddit that encouraged

21  participation in this GameStop short

22  squeeze in late January 2021?

23      A.      I vaguely recall seeing posts

24  like we've talked about on Reddit that

25  talked about buying the stock.

Page 134

1          CASH - CONFIDENTIAL
2       Q.    And buying it specifically with
3    the knowledge that there was a short
4    squeeze?
5       A.    Well, I don't think anyone could
6    say that with knowledge.  But as a thesis,
7    potentially.
8       Q.    The stated intention in the
9    posts and comments was to purchase
10   GameStop's stock because of a short
11   squeeze, whether or not that was true.
12      A.    I mean, a potential short
13   squeeze.  I mean, I think people were
14   buying the stock because they believed it
15   was going to go up.  Why it would go up is
16   up for speculation.
17      Q.    Let's look at another exhibit.
18   This will be Exhibit 249, I believe.
19              (Exhibit 249, A Reddit post
20        titled "The Importance of what's
21        happening with GME," was hereby marked
22        for identification, as of this date.)
23      A.    Okay.  I got it.
24      Q.    And this is a Reddit post again?
25      A.    Yes.

Page 135

```
 1              CASH - CONFIDENTIAL
 2      Q.     Posted on January 22, 2021?
 3      A.     Correct.
 4      Q.     So the day after the post we
 5   were just looking at?
 6      A.     Yes.
 7      Q.     If you -- and the title is "The
 8   Importance of what's happening with GME."
 9      A.     Correct.
10      Q.     Do you see that?
11      A.     Yeah.
12      Q.     If you go to the next page, you
13   see that you commented on this post.
14      A.     Yes.
15      Q.     And you commented on
16   January 23, 2021.
17      A.     Correct.
18      Q.     So the first sentence says, "GME
19   Squeeze hasn't even begun yet in a lot of
20   ways."
21             Do you see that?
22      A.     I do.
23      Q.     So you were saying that it has
24   begun in some ways, but it was still going
25   to continue on in other ways; correct?
```

                                                    Page 136

1              CASH - CONFIDENTIAL
2        A.      Potentially.
3        Q.      And the next sentence says,
4    "Yesterday was a gamma squeeze."
5        A.      It does.
6        Q.      And that's referring to a gamma
7    squeeze of GameStop stock?
8        A.      And options.
9        Q.      Could you explain what a gamma
10   squeeze is?
11       A.      Well, a lot of times, stocks can
12   move a lot based on expiration of options,
13   and that's kind of a reference to the fact
14   that calls and puts and things are
15   expiring long and short.  So there's a lot
16   of effort on both sides, bulls and bears,
17   to move the price for their options to
18   potentially expire in the money or out of
19   the money, if you're on the other side.
20       Q.      So the price of GameStop stock
21   was moving based on squeezing activity by
22   buyers and sellers in the options market
23   as well as the stock market the day
24   before, on January 22, 2021.
25       A.      As a theory.

```
 1           CASH - CONFIDENTIAL
 2      Q.      In the next paragraph, do you
 3  see where it says, "Also, there may have
 4  been a couple brokers closing out people's
 5  positions that they couldn't support at
 6  the halts"?
 7      A.      I see that.
 8      Q.      And what is that referring to?
 9      A.      I can't recall specific details,
10  since it was so long ago, but I believe
11  what I remember was it was a theory that
12  certain positions were being closed, and
13  they did not have the liquidity as an
14  investor to continue in their position,
15  and their positions were sold to other
16  investors that had more liquidity.
17      Q.      And as a result of that, you say
18  in the last line of that paragraph, the
19  last full line, that the stock tanked;
20  correct?
21      A.      That's what it says.  Yes.
22      Q.      That's what you said; right?
23      A.      Yeah.
24      Q.      In the next paragraph, you say,
25  "This is shaping up like a Tesla squeeze
```

Page 138

                    CASH - CONFIDENTIAL

1                   CASH - CONFIDENTIAL

2       to me."

3                   Do you see that?

4           A.      Yes.

5           Q.      And you mentioned Tesla before;

6       right?

7           A.      I have.

8           Q.      In this deposition, you were

9       saying that what happened with GameStop --

10      what happened with Tesla would potentially

11      be what was going to happen with GameStop?

12          A.      Are you saying in this post?

13          Q.      In this deposition, that's what

14      you testified.

15          A.      I mean, if you have specific

16      comments that I said, but what I recall

17      saying was just simply that Tesla was a

18      stock that had a high stock price compared

19      to what some people thought the company's

20      value would be and that it was a very

21      volatile stock in the year 2020 and 2021.

22          Q.      And that's what seemed to be

23      happening to you with GameStop stock.

24          A.      Not really.

25          Q.      Well, you say that it's shaping

Page 139

CASH - CONFIDENTIAL

1         CASH - CONFIDENTIAL

2   up to be like the Tesla squeeze; right?

3       A.    I mean, I would say that Tesla,

4   in my opinion, was a situation where, due

5   to momentum, people kept buying the stock,

6   like we talked about earlier.  The price

7   kept going up.  There were people -- a lot

8   of people -- that thought the price was

9   overpriced for the value of the company,

10  so they would short it, thinking that they

11  had timed the top of the price.

12          The momentum of the buyers still

13  buying Tesla would make those shorts

14  underwater and squeeze them out of their

15  position in the sense that if you're

16  losing money, you're going to close your

17  position.  And, you know, I mean, unless

18  you want to lose infinite money, you have

19  stop losses and you have a hedge in place.

20          So the stock would keep going up

21  because they're closing and new buyers are

22  coming in because of the momentum, then

23  opened a new position at a higher level

24  thinking, well, this is the top, and

25  continued to be wrong.  So that would

```
 1            CASH - CONFIDENTIAL
 2    continue them closing out of stop losses,
 3    the price still going up, more momentum to
 4    buy, et cetera.
 5             So, I mean, that's not a very
 6    uncommon thing to happen in stocks that
 7    have a lot of bullish momentum.  Shorts
 8    want to try to time the top, and sometimes
 9    they get it wrong repeatedly, and they
10    only help fuel upward momentum.  It's just
11    supply and demand.
12       Q.    Okay.  So you were writing here
13    that GameStop -- the squeeze in GameStop
14    is shaping up like the Tesla squeeze that
15    you just described; right?
16       A.    I mean, based on the assumption
17    of this post, of this -- me hypothecating
18    that if there were other people coming in,
19    in new short positions, that they were
20    doing so thinking that they had timed the
21    top.
22       Q.    So in this scenario that you're
23    envisioning could be what's happening with
24    GameStop, there is --
25       A.    It was a theory.
```

CASH - CONFIDENTIAL

1

2     Q.      In this theory that you thought

3  could be happening with GameStop --

4     A.       I thought that was a potential

5  explanation for the price of action.

6     Q.     I'm sorry.  Could you let me

7  finish, though.

8            In this theory about what you

9  thought was happening with GameStop

10  potentially, like the Tesla squeeze, there

11  was momentum trading and selling on both

12  sides; correct?

13     A.     Correct.

14     Q.     And there was a lot of

15  volatility in the market; correct?

16     A.     Correct.

17     Q.     And people were trying to guess

18  where the price would go next based on

19  that momentum and volatility; correct?

20     A.     I mean, I don't know what others

21  would do, but I think in general, when

22  you're investing, you're guessing where

23  the price is going to go.

24     Q.      In the last line here, you say,

25  "GME is like a" volcano?  Is that a

```
                                          Page 142
  1              CASH - CONFIDENTIAL
  2    picture of a volcano?
  3         A.    That's what it looks like to me.
  4    I don't specifically remember making this
  5    post, but it looks like a volcano Emoji.
  6         Q.    And you say, "It's spitting a
  7    few rocks and smoke," which would also
  8    indicate that that's a volcano; right?
  9         A.    Correct.
 10         Q.    And then you go on to say, "But
 11    it's just building up to the big" and then
 12    a picture of an explosion; right?
 13         A.    Correct.
 14         Q.    What does that mean, building up
 15    to the big explosion?
 16         A.    I mean potentially a strong
 17    upward move due to the momentum of the
 18    stock, fundamental buying and selling,
 19    supply and demand.
 20         Q.    So there would be just a
 21    tremendous increase in stock price leading
 22    up to a certain point?
 23         A.    Potentially.
 24         Q.    And then what happens after it
 25    hits the explosion?
```

Page 143

CASH - CONFIDENTIAL

1
2       A.    I don't know.  I mean, that
3   would be speculating on what investors
4   were choosing to do at certain points.
5       Q.    Did you have any idea about a
6   timeframe for when this would happen?
7       A.    No.  I mean, one, I don't think
8   it would be fair to say I knew for certain
9   anything would happen or could happen.
10  But my original thesis was their first
11  quarter earnings report was going to be
12  very positive with console news and
13  continued interest and investment from
14  Ryan Cohen and other Chewy members joining
15  the board.  So I guess I don't remember
16  specifically when that earnings call was,
17  but I think they had one scheduled in
18  March sometime.
19      Q.    So you were anticipating an
20  increase in stock price until March when
21  that earnings call was?
22      A.    I don't think I could say all
23  the way until March, no.  I'm just saying
24  that I don't think it is easy or
25  reasonable to try to predict a timeline on

Page 144

CASH - CONFIDENTIAL

1

2    any stock price movement, especially

3    volatile ones.

4            MR. S. COHEN:  Let's mark

5        Tab 11.

6            (Exhibit 250, A Reddit post

7        titled "Is it still worth it to buy

8        into GME?" was hereby marked for

9        identification, as of this date.)

10       Q.    Mr. Cash, you'll see an

11   Exhibit 250, I believe, in your folder.

12       A.    Okay.

13       Q.    And this is another Reddit post;

14   right?

15       A.    Yes.

16       Q.    And it's -- the title is "Is it

17   worth it to buy into GME?"

18       A.    Correct.

19       Q.    And that's referring to

20   GameStop?

21       A.    Yes.

22       Q.    On the next page, you commented

23   on that post; correct?

24       A.    Yes.

25       Q.    And you commented on

Page 145

```
 1              CASH - CONFIDENTIAL
 2    January 25, 2021?
 3         A.    Correct.
 4         Q.    And you say in your comment,
 5    starting from the second sentence, "It
 6    will go up ten times from here, in my
 7    opinion.  The circumstances surrounding
 8    GME are unprecedented in a lot of ways."
 9              Do you see that?
10         A.    I do.
11         Q.    So you thought that the price of
12    GameStop stock would increase by a factor
13    of ten going forward from January 25th;
14    correct?
15         A.    It looks like that's true.  I
16    mean, I don't remember what the price was
17    on that day or specifically writing that
18    post, but, I mean, that's certainly what I
19    wrote.
20         Q.    That was your opinion at the
21    time.
22         A.    That was my opinion.  Yeah.
23         Q.    And then you say, "The
24    circumstances surrounding GameStop are
25    unprecedented in a lot of ways."
```

1          CASH - CONFIDENTIAL

2               What does that mean?

3      A.      Well, I mean, I've said it

4   before, but my recollection today is when

5   I first found GameStop, it was short

6   140 percent of the float, which is far way

7   more than I have ever seen in my time as

8   an investor, which would certainly set up

9   to a unique supply-and-demand play-out in

10  the future.

11              There was very strong

12  convictions on the opinions of the shorts

13  that were in that highly short position

14  that GameStop was a walking dead man, if

15  you will.  It was the next Blockbuster, et

16  cetera.  So you had a very high short

17  position.

18              You had very strong convictions

19  in the people that were in that over the

20  levered short position, and yet you still

21  had a lot of positive momentum coming from

22  GameStop on a bullish case with new

23  consoles, models coming out, and a very

24  charismatic, successful person in the

25  e-commerce space and Ryan Cohen investing

Page 147

1              CASH - CONFIDENTIAL

2    heavily in GameStop, getting on the board,

3    getting his former executives from Chewy

4    on the board, and, you know, planning out

5    a potential strong pivot.  So, I mean,

6    there was a lot of things that aligned

7    that you would not find in a typical

8    situation.

9              MR. S. COHEN:  Let's take a look

10        at Tab 14.

11              (Exhibit 251, A Wallstreetbets

12        Sub-Reddit post titled "The GME Thread

13        Part 2 for January 26, 2021," was

14        hereby marked for identification, as

15        of this date.)

16        Q.    So you'll see Exhibit 241 -- I'm

17    sorry -- 251 in your folder.

18              This is another post on

19    Wallstreetbets; correct?

20        A.    Correct.

21        Q.    And the date is January

22    26, 2021?

23        A.    Yes.

24        Q.    And the title is "The GME thread

25    Part 2 for January 26, 2021"; right?

```
 1            CASH - CONFIDENTIAL
 2        A.     Correct.
 3        Q.     On the next page, do you see
 4   that you commented on that same day?
 5        A.     Yes.
 6        Q.     And you said, "We are eating
 7   dips like a fat kid eats cake."
 8        A.     Yes, I did.
 9        Q.     What does "we're eating dips"
10   mean?
11        A.     Well, at the time, it looked
12   like people that were bullish on the stock
13   were buying more, as the price was
14   dipping.
15        Q.     And when you say "we," you're
16   talking about investors like yourself?
17        A.     I don't recall specifically,
18   because I made that -- that was a long
19   time ago that I made that post, but it
20   would stand to reason that I'm referring
21   to people that are bullish on GameStop.
22        Q.     And you were bullish on
23   GameStop.
24        A.     I was long GameStop.  I would
25   be -- I would not be long on a company I
```

Page 149

```
 1            CASH - CONFIDENTIAL
 2   was not bullish on.
 3      Q.    If you go to the next page,
 4   you'll see a comment -- another comment by
 5   you on the same post; correct?
 6      A.    Yes.
 7      Q.    And you say, "It's a short
 8   attack.  Digging themselves a deeper
 9   hole"?
10      A.    I see that.
11      Q.    And that was the same day as
12   your previous comment?
13      A.    Correct.
14      Q.    Who is digging themselves a
15   deeper hole?
16      A.    Well, again, I don't recall the
17   specifics of me making that post.  But
18   based on the first sentence, I would say
19   shorts.  Again, we touched on this
20   earlier, but if you're shorting a stock at
21   X price, and you think you've timed the
22   top, you're only -- and you're wrong,
23   you're only setting yourself up for more
24   losses.  And if you keep shorting at
25   higher levels that keep getting blown up,
```

```
 1            CASH - CONFIDENTIAL
 2    you just are digging yourself a deeper
 3    hole to try to recover losses.  But that's
 4    up for shorts to manage their own risk.
 5    It's not my responsibility.
 6        Q.     Why do you keep posting about
 7    these companies with short positions with
 8    GameStop on Wallstreetbets?
 9        A.     Well, I was mostly answering
10    people's posts or questions, it looks
11    like.
12        Q.     So people were interested in
13    your views on GameStop?
14        A.     I don't know if people were
15    interested in my specific views.  But,
16    again, Wallstreetbets is just like a giant
17    frat house of degenerate gamblers.
18        Q.     But these were gamblers who were
19    actively investing in the stock market;
20    correct?
21        A.     Presumably so.  I guess -- I
22    can't know for sure what anyone was doing
23    with their money.  Even though they were
24    making a post, they didn't follow up all
25    the time with bank statements showing that
```

Page 151

```
                                    CASH - CONFIDENTIAL
 1
 2      they were doing anything.
 3           Q.    And on the next page, if you'll
 4      turn to it, maybe two pages, you wrote on
 5      the same day, "We like the stock" in all
 6      capital letters.
 7           A.    I see that.
 8           Q.    Is that, like, a rallying cry on
 9      Wallstreetbets, as far as you know?
10           A.    I think that's just a statement
11      to say that we like the stock.  I mean, if
12      you're wrong, we like the stock.
13           Q.    Is that a common refrain on
14      Wallstreetbets?
15           A.    I can't recall how common it
16      would or would not have been.
17           Q.    Is that something you saw people
18      say all caps on Wallstreetbets?
19           A.    I can't specifically recall
20      whether it was all caps or not.
21           Q.    Is that statement "We like the
22      stock" a repeated mantra on
23      Wallstreetbets?
24           A.    I would say that I have seen it
25      posted a couple of times.
```

Page 152

```
 1            CASH - CONFIDENTIAL
 2      Q.     And you posted it here?
 3      A.     It looks like it.
 4      Q.     If you go to the next page, you
 5  see on January 26, 2021, at 2:16 p.m.,
 6  someone with the handle "opposite14"
 7  replied to your comment?
 8      A.     Yes.
 9      Q.     And their reply was, all
10  capitals, "We like the stock," next line,
11  "We like the stock."
12            Do you see that?
13      A.     I do.
14      Q.     So opposite14 is treating it
15  like a rallying cry; correct?
16      A.     I wouldn't say I can agree with
17  that.  Part of Reddit culture, even beyond
18  Wallstreetbets, is someone will make a
19  post, and you'll have 50 people literally
20  copy and paste and reply a giant reply
21  chain of the exact same thing, whether
22  that's related to the stocks or Memes or
23  across all sub-Reddits.  It's a very
24  common thing for people to do -- do that.
25      Q.     So momentum posting, if you
```

```
                                            Page 153
 1              CASH - CONFIDENTIAL
 2    will.
 3        A.    Yeah.
 4        Q.    And "We like the stock" means
 5    that we're going to hold on to the stock;
 6    correct?
 7        A.    I mean, I don't know what other
 8    people would use it for.  I mean, that
 9    would make sense for -- from my
10    perspective, as I like the stock.
11              MR. S. COHEN:  Let's do tabs 15.
12              (Exhibit 252, A Wallstreetbets
13         Sub-Reddit post titled "The GME Thread
14         for January 27, 2020," was hereby
15         marked for identification, as of this
16         date.)
17        Q.    In your folder, Mr. Cash, you'll
18    see Exhibit 252, I believe.
19        A.    I see it.
20        Q.    And this is another post
21    published in Wallstreetbets sub-Reddit?
22        A.    Yeah, it looks like it.
23        Q.    And that was on
24    January 27, 2021?
25        A.    Yeah.  For whatever reason, I
```

```
 1          CASH - CONFIDENTIAL
 2   see 2020.  But there's a little highlight
 3   at the top saying 2021.  But the thread
 4   title says 2020.
 5        Q.    Okay.  So is it fair to say that
 6   the thread title is a typo?
 7        A.    Yes.  There's a lot of typos on
 8   Wallstreetbets.
 9        Q.    And the title of this thread is
10   "The GME Thread for January 27, 2020,"
11   which we know to be 2021; correct?
12        A.    Correct.
13        Q.    If you go to the next page, you
14   see you commented on that?
15        A.    Yes.
16        Q.    And could you read your comment,
17   please.
18        A.    Sure.  It says, "I can't fucking
19   sleep.  I just wanted to remind
20   everyone... we like the stock."
21        Q.    So you say, "We like the stock"
22   again.  You're reminding everybody;
23   correct?
24        A.    That's what the post says.
25        Q.    And does this refresh your
```

Page 155

CASH - CONFIDENTIAL

1

2    memory as to whether "we like the stock"

3    is like a mantra on Wallstreetbets?

4         A.    I mean, I can't say that that's

5    what I was using it as at that time, did I

6    specifically remember that being my

7    intention, since it was so long ago, but

8    it certainly would stand to say that that

9    is something that people posted.

10        Q.    And you said you couldn't sleep

11   that night; right?

12        A.    Correct.

13        Q.    Was it because you were aware of

14   the soaring price of GameStop's stock on

15   January 27, 2021?

16        A.    Well, I can't recall

17   specifically why I wouldn't be able to

18   sleep, but, I mean, that post was made at

19   2:44 a.m., so I would not yet know about

20   any January 27th price action, since it

21   would not have started yet.

22        Q.    Were you aware of the stock

23   price soaring the day before?

24        A.    I can't remember what the stock

25   did the day before specifically, but I was

Page 156

```
 1              CASH - CONFIDENTIAL
 2   aware of the volatility of the stock every
 3   day.
 4       Q.    Turning to -- well, I guess the
 5   next page, if you look at that, you
 6   commented at 2:49 a.m.
 7              Do you see that?
 8       A.    I do.
 9       Q.    And I'm guessing this means "We
10   like the stock" in German; is that right?
11       A.    I honestly have no idea.  I
12   don't speak a lick of German.
13       Q.    Would you be surprised to learn
14   that this means "we like the stock" in
15   German?
16       A.    I mean, I can't say I'd be
17   surprised.
18              MR. ROSEN:  Is that true, Scott?
19       Because it's not what -- I'm not sure
20       that's what it means.  Is it true
21       that's what it means?
22              MR. S. COHEN:  I put it in
23       Google Translate.
24              MR. ROSEN:  Because "lager" is
25       beer, is it not?
```

Page 157

1              CASH - CONFIDENTIAL
2                  MR. S. COHEN:  I don't speak
3        German.
4                  MR. ROSEN:  Yeah.
5                  THE WITNESS:  Well, that makes
6        three of us.
7    BY MR. S. COHEN:
8        Q.    So why would you write this?
9        A.    Well, I can't recall.  That was
10   a couple of years ago, and it was
11   obviously 2 whatever in the morning.  So
12   sleep deprivation?  I don't know.
13       Q.    All right.
14                 MR. ROSEN:  It could also mean
15       stock.  It means camp.  It means
16       stock.  It means warehouse.  Anyway...
17       Q.    If you go to page 6, I think.
18       A.    Page 6?
19       Q.    Well, it's -- there is a comment
20   from hkeylian.
21                 Do you see that?
22       A.    I think so.
23       Q.    And that comment is a question
24   asking "Should I buy after hours right now
25   on Robinhood or wait until the market

Page 158

1              CASH - CONFIDENTIAL

2     opens tomorrow?"

3              Do you see that?

4        A.    I do.

5        Q.    And you replied at 3:16 a.m.

6     Eastern, "Punch your ticket.  There's no

7     promise up or down on what the price will

8     be even five minutes from now."

9              Do you see that?

10        A.    I do.

11        Q.    And you were referring to the

12     extreme price volatility of GameStop's

13     stock during that period of time; correct?

14        A.    Correct.

15        Q.    And if you go to -- I think it

16     should be page 14, if you count it.  It's

17     a comment by Orange Remoteless on the same

18     post.

19              MR. ROSEN:  What does it read?

20         What's the first words?  Because I

21         don't see it.

22              MR. S. COHEN:  First words are

23         "I'm a cryptobitch."

24        A.    I see it.

25        Q.    So that's -- there's a comment

CASH - CONFIDENTIAL

1
2    to this post by someone with the handle
3    Orange Remoteless, and they say, "I'm a
4    cryptobitch, but I want to be part of this
5    movement.  Will I still be of assistance
6    when I put in, like, 2K today?"
7                 Do you see that?
8        A.    I do.
9        Q.    And you said, 4:20 a.m. Eastern
10   on January 27th, "Yes.  Enjoy the ride."
11                Do you see that?
12       A.    I do.
13       Q.    So you were responding to the
14   question; correct?
15       A.    It looks like it.  I mean, I
16   don't specifically remember this question
17   or responding to it.  But --
18       Q.    And the comment was written by
19   someone who wants to be part of this
20   movement.
21                Do you see that?
22       A.    Yes.
23       Q.    And this movement is referring
24   to participating in the short squeeze of
25   GameStop stock; correct?

Page 160

CASH - CONFIDENTIAL

1

2      A.      I can't say for certain I

3   remember what that was specifically

4   referring to.   Part of Wallstreetbets is

5   just going up or down; people just like to

6   be a part of the community.   So I don't

7   know specifically that's referring to a

8   short squeeze or just being part of the

9   community of Wallstreetbets, because it's

10  not really a crypto community.

11      Q.      This is the GME thread for

12  January 27, 2020; correct?

13      A.      Correct.

14      Q.      And so it stems to reason that a

15  post in this thread or a comment in this

16  thread would refer to GameStop

17  specifically; correct?

18      A.      For the most part.   I mean,

19  people posted in threads that were just

20  very popular to get replies for anything.

21  Like, I couldn't -- I mean, I would say

22  that I could not 100 percent say every

23  single post and every single thread

24  started by the automoderator of the

25  sub-Reddit is 100 percent about GameStop,

Page 161

CASH - CONFIDENTIAL

1
2    because people posted everything in those
3    threads.
4        Q.    Is it a fair estimation of this
5    comment and your response that you're both
6    talking about what was happening in the
7    GameStop stock at that day?
8        A.    I would say that's a fair guess.
9    Again, I can't specifically recall
10   answering that person's post in that
11   moment.
12       Q.    If you go to page 21, there's a
13   post by k0olk4t.
14             Do you see that?
15       A.    Yes.
16       Q.    And k0olk4t comments on this GME
17   thread for January 27th, "I think today is
18   the final squeeze tards."
19             Do you see that?
20       A.    Yes.
21       Q.    And at 5:09 a.m. Eastern on that
22   same day, you respond, "No, it will take
23   days to unwind."
24             Do you see that?
25       A.    I do.

```
 1              CASH - CONFIDENTIAL
 2       Q.     And so what are you talking when
 3   you're answering about the final squeeze?
 4       A.     Well, again, I don't
 5   specifically remember taking -- making
 6   that post and my specific thoughts around
 7   it.  But at the time, my research or line
 8   of thinking was a 140 percent short
 9   position is not going to be a single-day
10   event.  I mean, that's a lot of shares to
11   unwind that could be underwater, so I just
12   didn't think it would be reasonable to
13   expect that to just be a
14   six-hours-in-the-market kind of event.
15   And a lot of times, big positions like
16   that are multiday.
17       Q.     So you're talking about the
18   heavily shorted position in GameStop stock
19   that several hedge funds were in; correct?
20       A.     Well, yeah.  I'm just talking
21   about the supply and demand fundamentals
22   of the stock, that the demand to buy would
23   not just go away in a day, in my opinion.
24       Q.     For GameStop.
25       A.     Correct.
```

Page 163

```
 1            CASH - CONFIDENTIAL
 2       Q.     And so both you and the
 3   commenter are recognizing that there is a
 4   squeeze going on in GameStop at this
 5   moment; correct?
 6       A.     Potentially.
 7       Q.     Well, you say pretty
 8   affirmatively, no, the squeeze is still
 9   going on.  It will take days to unwind.
10       A.     Well, as a hypothesis.  I mean,
11   I can't -- I don't know that for a fact.
12       Q.     But that's what you thought.
13       A.     Yeah.
14       Q.     Let's go to -- I believe it's
15   the last page of this post.  It's page 27,
16   a comment that you made on January 27th at
17   8:47 a.m.
18            Do you see that?
19       A.     I do.
20       Q.     And you commented, "The GME
21   rocket ship has never left anyone behind.
22   We got the 50s, the 70s, we're getting the
23   150s at open, and we're coming for our 300
24   astronauts.  GME" and then six rocket
25   ships after that.
```

Page 164

CASH - CONFIDENTIAL

1            CASH - CONFIDENTIAL
2                Did I read that correctly?
3        A.    Yes.
4        Q.    So you're referring to GME as a
5    rocket ship.
6        A.    Well, based on the volatility of
7    the stock, it definitely had some dramatic
8    movements up and down.
9        Q.    Unpredictable movements?
10       A.    I would say any stock movement
11   is unpredictable, I mean, with certainty.
12       Q.    And it was based on the -- the
13   volatility was based on the competing
14   shorting and momentum trading in GameStop
15   stock; correct?
16            MR. ROSEN:  Objection.  Calls
17       for speculation.
18       Q.    It was your view that the
19   extreme volatility was due to extreme
20   shorting and momentum trading in GameStop
21   stock; correct?
22       A.    As a function of supply and
23   demand.  Yes.
24       Q.    You're throwing out numbers
25   here.  You have 50s, 70s, 150s, and 300.

```
                                              Page 165

 1           CASH - CONFIDENTIAL
 2              Do you see that?
 3      A.     Yes.
 4      Q.     And you're referring to the
 5   prices that you expect GameStop stock
 6   price to reach?
 7      A.     I can't say for certain that's
 8   what I was writing at the time.  I don't
 9   remember my thoughts writing this specific
10   post or what the price was from that day
11   back then.
12      Q.     But it's likely you were
13   referring to this GameStop stock price
14   when you read these numbers; right?
15      A.     Yes.  And it turned out I was
16   pretty spot on.
17      Q.     Okay.  And then the rockets at
18   the end of the post indicate, again, that
19   you thought GameStop's stock price would
20   continue to surge upward?
21      A.     That was my thesis.
22      Q.     And how long did you expect that
23   to last?
24      A.     No idea.
25      Q.     You thought it would be into the
```

```
                                              Page 166

 1            CASH - CONFIDENTIAL
 2    next week?
 3        A.    I had no idea.  It was very
 4    volatile.  It's just a day-by-day,
 5    hour-by-hour situation.
 6                MR. S. COHEN:  Let's mark
 7        Tab 16.
 8                (Exhibit 253, A Wallstreetbets
 9        Sub-Reddit post titled "GME: Gamestonk
10        Thread," was hereby marked for
11        identification, as of this date.)
12        Q.    And you'll see in your exhibit
13    folder Exhibit 253.
14        A.    I got it.
15        Q.    This is another Wallstreetbets
16    post; correct?
17        A.    Yes.
18        Q.    January 27, 2021, at 11:43 a.m.?
19        A.    Yes.
20        Q.    And the title is "GME:
21    Gamestonk Thread."
22                Do you see that?
23        A.    Yes.
24        Q.    Does "Gamestonk" mean anything
25    to you?
```

Page 167

                    CASH - CONFIDENTIAL

1           A.      I think that was just a

2    reference to GameStop.

3           Q.      Do you know where it started?

4           A.      I don't remember where it

5    started.

6           Q.      If you go to the next page, do

7    you see a comment that you made?

8           A.      Yes.

9           Q.      That was on January 27th as

10   well?

11          A.      Yes.

12          Q.      And you write, "I'm thirsty.

13   Someone pass the tears of shorts."

14          A.      Yeah.  I wrote that.

15          Q.      And what did you mean by that?

16          A.      I mean, I don't remember

17   specifically, but I'm guessing the stock

18   had a nice upward move, and shorts --

19   again, the person on the opposite side of

20   my trade -- were having a tough go of it.

21          Q.      And --

22          A.      And I was thirsty.

23          Q.      By the tone of this comment, it

24   seems safe to say you were enjoying that

Page 168

1          CASH - CONFIDENTIAL

2     whoever was holding a short position was

3     losing money.

4          A.     Yeah.  I mean, I'd say

5     99.9 percent of comments on Reddit are

6     pretty tongue in cheek, fraternity, just

7     messing around.

8          Q.     And turning to page 5.  You post

9     another comment on that thread; right?

10         A.     Yes.

11         Q.     At 12:40 p.m. Eastern?

12         A.     Correct.

13         Q.     And you say in all caps, "We're

14    still here CNBC.  We're still here Wall

15    Street."

16         A.     Yes.

17         Q.     What does CNBC have to do with

18    this?

19         A.     I don't remember.

20         Q.     Did they predict that GameStop's

21    stock price would decline at this point?

22         A.     I don't remember.

23         Q.     And what about Wall Street?

24         A.     I don't remember.  I mean,

25    that's a very generic phrase.  Wall Street

```
 1              CASH - CONFIDENTIAL
 2    is a literal street in New York City.
 3         Q.    Is it fair to say you're
 4    gloating that the short squeeze is
 5    succeeding?
 6              MR. ROSEN:  Objection.
 7         Mischaracterizing the document.
 8         Q.    You can answer.
 9              Is it fair to say that you're
10    gloating because the short squeeze is
11    succeeding in GameStop's stock price?
12         A.    No.  I mean, I can't say I would
13    say that's totally fair.  I mean, it looks
14    like to me it's just saying that we're --
15    the longs are still holding on to the
16    stock.
17         Q.    And why are you telling that to
18    Wall Street and CNBC?
19         A.    I don't -- I don't remember.
20         Q.    Why is it in all capitals?
21         A.    I don't remember.  I could have
22    accidentally hit caps lock.
23         Q.    Is it your testimony that you're
24    not writing this post as spitting in the
25    face of Wall Street and CNBC that you were
```

Page 170

```
 1             CASH - CONFIDENTIAL
 2    right about GameStop's stock?
 3              MR. ROSEN:  Objection.
 4       A.    I can't say that that's what I'm
 5    writing about, because I don't recall my
 6    intentions when I was writing this.  It
 7    was so long ago.  And I don't know off the
 8    top of my head what the price of the stock
 9    even was back then on that day.
10       Q.    So it's possible that that was
11    your intention, but you don't recall.
12       A.    It's possible.  You know, I
13    don't know the timelines, but there were
14    also just reports of -- from CNBC not
15    about stock price but just about shorts
16    being out of it and this being over or
17    whatever from a -- you know, their
18    strategy perspective, and -- I don't know
19    if that led to any comments or not.
20       Q.    But that could be what you're
21    referring to.
22       A.    I mean, potentially.  That would
23    still indicate that we just like the
24    stock, whether someone is in it on the
25    short side or not.
```

Page 171

CASH - CONFIDENTIAL

1

2          MR. S. COHEN:  Let's do Tab 17.

3          (Exhibit 254, A Wallstreetbets

4      Sub-Reddit post titled "The GME

5      Thread, Part 2.1, for

6      January 27, 2021," was hereby marked

7      for identification, as of this date.)

8      Q.    You'll see, Mr. Cash, in your

9  folder I believe Exhibit 253.  254.

10     A.    I got it.

11     Q.    This is another post in

12  Wallstreetbets; correct?

13     A.    Correct.

14     Q.    Posted January 27, 2021?

15     A.    Correct.

16     Q.    And it's titled "The GME Thread,

17  Part 2.1, for January 27, 2021."

18     A.    Correct.

19     Q.    If you go to page 5 on that

20  thread.

21     A.    Okay.

22     Q.    Do you see a post you made at

23  2:34 p.m. that day?

24     A.    Correct.

25     Q.    And you comment, "They are

Page 172

```
 1            CASH - CONFIDENTIAL
 2   shorting more," exclamation point.  "Buy
 3   up those dips," exclamation point.
 4        A.    Correct.
 5        Q.    "They are shorting more" meaning
 6   there are companies that are holding a
 7   short position in GameStop?
 8        A.    Potentially.
 9        Q.    That's likely what it is,
10   though, given the thread; right?
11        A.    Yeah.
12        Q.    And then you're encouraging
13   people to buy up those dips in the next
14   sentence; right?
15        A.    If they like -- yeah, if they
16   like it.  Everyone has to make their own
17   decisions.
18              (Exhibit 255, A Wallstreetbets
19        Sub-Reddit post titled "The GME
20        Thread, Part 3.14, for
21        January 27, 2021," was hereby marked
22        for identification, as of this date.)
23        Q.    All right.  Mr. Cash, in your
24   folder, you'll see Exhibit 255.
25        A.    I got it.
```

Page 173

CASH - CONFIDENTIAL

1

2       Q.     This is another Wallstreetbets
3    post.
4       A.     Correct.
5       Q.     And it's dated January 27, 2021,
6    at 2:26 p.m.; correct?
7       A.     Correct.
8       Q.     And the title is "The GME
9    Thread, Part 3.14, for January 27, 2021";
10   right?
11      A.     Correct.
12      Q.     Okay.  If you look on the next
13   page, you see that you posted in this --
14   you commented in this post at 2:47 p.m.?
15      A.     Yes.
16      Q.     By the way, earlier in the
17   deposition, you testified that you
18   couldn't remember if you had ever posted
19   on Wallstreetbets about investments and
20   stocks that you were interested in.
21             Do you remember that?
22      A.     I -- maybe.
23      Q.     After seeing these several
24   numerous posts in Wallstreetbets about
25   GameStop, does that jog your memory that

```
 1           CASH - CONFIDENTIAL
 2   you did in fact post frequently about it?
 3       A.    I mean, seeing the posts
 4   obviously help.  You know, I don't really
 5   pay much attention to social media and
 6   recall everything I post from several
 7   years ago.
 8       Q.    But you agree, now that you've
 9   seen this, that you did post frequently in
10   Wallstreetbets about GameStop.
11       A.    It -- I mean, I've certainly
12   made several posts.
13       Q.    So if you look at the post you
14   made -- the comment you made on this
15   thread on January 27, 2021, at
16   2:47 p.m. --
17       A.    Yes.
18       Q.    -- you say, "GME is still overly
19   shorted."
20             Do you see that?
21       A.    Correct.
22       Q.    And you're referring to the
23   short position that several companies had
24   in GameStop stock?
25       A.    I believe so.
```

Page 175

1          CASH - CONFIDENTIAL

2       Q.      Then you say, "Fundamentally, it

3   cost us nothing to hold.  It costs them

4   everything."

5               Do you see that?

6       A.      Yes.

7       Q.      So you're saying that you and

8   the people reading this post should hold

9   GameStop stock; correct?

10      A.      I don't think I'm telling anyone

11  what to do.

12      Q.      What are you saying here?

13      A.      I think I'm just highlighting

14  for people that may or may not know that

15  obviously, if you own shares in a company,

16  it costs you nothing to hold them, but if

17  you're borrowing shares to short, you pay

18  for that.

19      Q.      And when you say it costs them

20  everything, you're talking about the money

21  that the people in short positions in

22  GameStop stock are going to lose?

23      A.      Well, or the fact that you just

24  have to -- you're taking out a loan

25  essentially from -- you're loaning the

```
 1            CASH - CONFIDENTIAL
 2    shares from a broker, and they're charging
 3    you interest on that position as well.  So
 4    whether the stock stays flat, you're still
 5    paying money to short the stock in those
 6    situations.
 7         Q.    So you're pointing out how
 8    costly it is to the people who have
 9    maintained short positions in GameStop
10    throughout the last several days or weeks;
11    correct?
12         A.    Correct.
13         Q.    And then you say, "The squeeze
14    hasn't squeezed."
15              Do you see that?
16         A.    I do.
17         Q.    And there, you're referring to
18    the idea that there is more to be done in
19    order to fully squeeze out the companies
20    who have a short position in GameStop;
21    correct?
22         A.    The basic supply and demand has
23    not played out based on what percent
24    GameStop is still short.  There's more
25    bullish upside.
```

Page 177

CASH - CONFIDENTIAL

1

2    Q.    And right below that, you say,

3    "Stay patient," all caps, "Stay strong,"

4    all caps.

5    A.    Correct.

6    Q.    And you're telling people to

7    continue to hold GameStop stock throughout

8    the volatility of the market; correct?

9         MR. ROSEN:  I'm not sure that

10        the word "volatility" exists there.

11        Are you putting words in his mouth,

12        Scott?

13        MR. S. COHEN:  I'm asking him

14        what he's saying.  He's free to

15        explain what he's saying, but I don't

16        appreciate the speaking objection with

17        you telling him what to say.

18        MR. ROSEN:  I'm not telling him

19        what to say.

20        MR. S. COHEN:  You keep on

21        putting words in his mouth.

22        MR. ROSEN:  You can't just put

23        words into the document and try and

24        convince him to agree with you that it

25        says something that it doesn't say.

Page 178

```
 1           CASH - CONFIDENTIAL
 2        So, you know, I just -- I just
 3        think -- I object to the form of that
 4        question where you mischaracterize the
 5        document in such a way.
 6   BY MR. S. COHEN:
 7        Q.    Mr. Cash, you're telling people
 8   that continue to hold on to GameStop
 9   stock; correct?
10        A.    I don't see where I say that in
11   the lines that we've read.  I'm just
12   telling people that if you stay patient,
13   stay strong.  I mean, it's a very
14   volatile, emotional time for people,
15   seeing wild prices, you know, swinging.
16   So it's just my opinion that patience and
17   emotional strength are a big part of
18   investing.
19        Q.    To what end?  What are they
20   staying patient for?
21        A.    That's up to an individual
22   investor to decide.
23        Q.    So could you -- could they be
24   deciding to stay patient and hold the
25   GameStop stock?  Is that what you're
```

Page 179

1          CASH - CONFIDENTIAL

2    thinking?

3        A.    I don't have an opinion on what

4    someone would say and hold on to.  You

5    know?  It's not for me to decide when

6    someone should buy or sell a stock.  I'm

7    just simply saying there's a lot of

8    volatility.  Patience and emotional

9    control are key during a highly, you

10   know -- of moving stock up and down.

11       Q.    And is it your position that

12   you're not encouraging people to hold on

13   to GameStop stock here?

14       A.    I don't recall making that post

15   with that intention.  I was -- I read that

16   as just sharing knowledge on how holding a

17   stock versus shorting it works from a

18   financial perspective, and that just

19   fundamentally, you have the stronger

20   financial position, because it costs you

21   nothing to hold a stock, and it does cost

22   you interest to short a stock, and in

23   times of market volatility, one of the

24   best things you could do is stay patient

25   and emotionally just stay strong.

```
                                              Page 180

 1              CASH - CONFIDENTIAL
 2        Q.    All right.  Mr. Cash, I'm going
 3   to ask you to read the next line, the very
 4   next line in your post.
 5        A.    Sure.  It says, "Fuck your
 6   retard sell button."
 7        Q.    And that's talking about the
 8   sell button on GameStop stock; correct?
 9        A.    Presumably.
10        Q.    Let's now think about
11   January 28, 2021.
12              Were you aware that Robinhood
13   implemented certain restrictions on its
14   platform on that date?
15        A.    I am aware that Robinhood had a
16   direct manipulation on the price by
17   restricting people from buying the stock.
18        Q.    Did you know that on
19   January 28th?
20        A.    I recall seeing that posted
21   across multiple social media outlets.
22        Q.    On that day?
23        A.    Yes.
24        Q.    How early?
25        A.    I don't recall exactly how early
```

1          CASH - CONFIDENTIAL

2     specifically in terms of the time.  But I

3     would be confident saying I was aware of

4     it shortly after it happened.

5          Q.    And that was before trading?

6          A.    I believe that was midday.

7          Q.    Can you describe the

8     restrictions that you were aware of at

9     that time.

10          A.    I was aware that people were not

11     allowed to buy shares of the stock or

12     options, but people were still allowed to

13     sell their shares.

14          Q.    Do you recall which stocks this

15     was affecting?

16          A.    Specifically what I do recall

17     was GameStop and AMC on that day.

18          Q.    Do you recall any increases in

19     restrictions as the day progressed?

20          A.    I remember there were increases

21     and maybe margin requirements and some

22     other things with stocks and options.

23          Q.    Do you remember how long

24     Robinhood kept its restrictions in place?

25          A.    I don't remember specifically

Page 182

1          CASH - CONFIDENTIAL

2    how long.

3        Q.    And we briefly saw one of your

4    posts where you thought that other brokers

5    were imposing purchasing restrictions a

6    few days before.

7              Do you remember that?

8        A.    Yes.

9        Q.    How did you hear about

10   Robinhood's restrictions?

11       A.    Posts on social media, people

12   reporting it.

13       Q.    Okay.  And did you see any

14   information on news sources about this?

15       A.    I vaguely remember seeing it on

16   the news.

17       Q.    On TV?

18       A.    I believe so, or at least the

19   front page of a website or something.

20       Q.    Let's go to Tab 20.

21            MR. ROSEN:  Before you go to

22       another exhibit, we've been going a

23       little bit over an hour.  Can we take

24       a break?

25            MR. S. COHEN:  Yeah.

Page 183

```
1              CASH - CONFIDENTIAL
2      Absolutely.
3              MR. ROSEN:  All right.  Thank
4      you.
5              THE VIDEOGRAPHER:  Excuse me.
6      Stand by, please.  The time is
7      3:06 p.m.  We are going off the
8      record.  This will end Media Unit No.
9      3.
10             (Recess)
11             THE VIDEOGRAPHER:  The time is
12     3:17 p.m.  We are back on the record.
13     This will be the start of Media Unit
14     No. 4.  Counsel.
15  BY MR. S. COHEN:
16     Q.    Hello again, Mr. Cash.
17     A.    Hello.
18             (Exhibit 256, A Twitter thread,
19     was hereby marked for identification,
20     as of this date.)
21     Q.    You'll see in the exhibit folder
22  Exhibit 256.  If you could pull that up.
23     A.    Yes.
24     Q.    And we're back to your Twitter
25  account; right?
```

```
                                     Page 184
 1            CASH - CONFIDENTIAL
 2       A.    Yes.
 3       Q.    And do you recall before the
 4   break you said that you believed that
 5   Robinhood imposed purchasing restrictions
 6   midday on January 28, 2021?
 7       A.    That was an attempted
 8   recollection, but yes.
 9       Q.    And you see in this first
10   Twitter post, you write, "It's pathetic
11   @Robinhood app is now blocking many
12   @WallstreetbetsMOD members from buying
13   GME"?
14       A.    I see that, yes.
15       Q.    And you posted that at 8:11 a.m.
16   on January 28, 2021; right?
17       A.    Correct.
18       Q.    So you were aware of the
19   Robinhood trading restrictions prior to
20   the market opening on January 28th?
21       A.    I mean, it looks like that's
22   what that Tweet says.
23       Q.    And what it's saying that it's
24   blocking -- what does "WSBMOD" mean?
25       A.    I think that was a Twitter
```

Page 185

1          CASH - CONFIDENTIAL

2    account for Wallstreetbets moderators.

3         Q.    Were you a Wallstreetbets

4    moderator?

5         A.    No.

6         Q.    So when you wrote that Robinhood

7    is blocking Wallstreetbets moderators

8    members from buying GME, you're referring

9    to the purchasing restrictions that

10   Robinhood put in place?

11        A.    It looks like it.

12        Q.    And one of those purchasing

13   restrictions was GameStop stock.

14        A.    Correct.

15        Q.    And you say in the next

16   sentence, "Wall Street protecting each

17   other?"

18        A.    Yes.

19        Q.    So you're connecting Robinhood

20   to Wall Street?  Is that fair?

21        A.    I can't recall specifically

22   making that connection to make this post.

23   But --

24        Q.    That's what it looks like here?

25        A.    Yeah.  Robinhood is a stock

```
                                              Page 186
 1            CASH - CONFIDENTIAL
 2    broker.
 3                CERTIFIED STENOGRAPHER:   I'm
 4        sorry.  Could you repeat that?
 5        A.     Robinhood is a brokerage app.
 6        Q.     And that relates to Wall Street
 7    activity; right?
 8        A.     Correct.
 9        Q.     Who are "GMEGANG"?
10        A.     I can't recall specifically.  It
11    was just a hashtag.
12        Q.     So you say hashtag "GMEGANG
13    doesn't need 'protection.'  We can make
14    our own decisions."
15                Do you see that?
16        A.     Yes.
17        Q.     So from the perspective of this
18    post, you considered yourself part of the
19    GME Gang; right?
20        A.     I would say so.  I was long
21    GameStop.
22        Q.     Okay.  And you're saying that
23    the GME Gang doesn't need protection.
24        A.     Correct.
25        Q.     What did you mean by that?
```

```
 1              CASH - CONFIDENTIAL
 2       A.    I think, at the time, "We can
 3   make our own decisions" is my next
 4   sentence, meaning that, from what I
 5   recall, there was chatter about people
 6   trying to, quote, protect retail investors
 7   from their own decisions, and we don't
 8   node protection from anyone else telling
 9   us what stocks we can and cannot buy.
10   We're able to make our own investment
11   decisions.
12       Q.    So is it fair to say you were
13   upset that Robinhood imposed these
14   restrictions because the GME Gang would
15   like the opportunity to continue to
16   purchase GameStop stock?
17            MR. ROSEN:  Objection.  Calls
18       for speculation.
19       Q.    I'm asking about what you felt.
20       A.    I can't remember specifically
21   what I felt at the time.  But I would say
22   that I found it, not being a lawyer, but
23   at a minimum, unethical, if not illegal,
24   that they would restrict buying stocks
25   without also restricting the ability to
```

Page 188

```
 1            CASH - CONFIDENTIAL
 2    sell stocks.
 3        Q.    And that's in part because you
 4    thought that the GME Gang should continue
 5    to be able to purchase GameStop stock?
 6        A.    I think that because it's a
 7    blatant manipulation of the stock price if
 8    you let people sell the stock but not buy
 9    it.
10        Q.    You didn't use Robinhood;
11    correct?
12        A.    Correct.
13        Q.    And you traded your GameStop
14    stock in your Merrill account?
15        A.    Correct.
16        Q.    Did you trade it in other
17    accounts too?
18        A.    I think I had some in TD
19    Ameritrade, but, I mean, I would recommend
20    we check the statement that I sent over.
21        Q.    So Robinhood's restrictions did
22    not in any way prevent you from purchasing
23    more GameStop stock; right?
24        A.    Specifically purchasing stock,
25    correct.
```

Page 189

CASH - CONFIDENTIAL

1
2     Q.    But are you aware that Merrill
3   also put restrictions on GameStop stock?
4     A.    I vaguely remember there were
5   some restrictions.
6     Q.    And you were aware of that on
7   January 28, 2021?
8     A.    I believe so.
9           MR. S. COHEN:  Let's mark
10     Tab 22.
11           (Exhibit 257, A Wallstreetbets
12     Sub-Reddit post titled "GME
13     Megathread," was hereby marked for
14     identification, as of this date.)
15     Q.    You'll see in your folder soon
16   Exhibit 257.
17     A.    I got it.
18     Q.    Okay.  And this is another
19   Wallstreetbets Reddit -- sub-Reddit post?
20     A.    Correct.
21     Q.    And that was posted on
22   January 28, 2021, at 11:27 a.m.; correct?
23     A.    Correct.
24     Q.    If you go two pages in, so it's
25   page 3, you see a comment you posted on

```
                                        Page 190

 1            CASH - CONFIDENTIAL

 2    that?

 3        A.    I think so.  Can you say what it

 4    says?

 5        Q.    Well, it's January 28, 2021,

 6    11:35 a.m. ?

 7        A.    Okay.

 8        Q.    And you wrote, "Merrill has

 9    blocked buying GME."

10        A.    I see that comment.

11        Q.    So by 11:35 of January --

12    11:35 a.m. of January 28, 2021, you were

13    aware that the brokerage through which you

14    traded in GameStop stock had placed a

15    purchasing restriction on GameStop; right?

16        A.    Potentially.  I can't recall if

17    it was a stock restriction or an options

18    restriction, because I did buy stocks and

19    calls.

20        Q.    If you go to the next page, do

21    you see another post that you commented --

22    another comment you made?

23        A.    Yes.

24        Q.    Also on January 28, 2021?

25        A.    Correct.
```

```
 1            CASH - CONFIDENTIAL
 2       Q.    And here, you say, "At this
 3   point, I believe every broker is blocking
 4   buying GME."
 5       A.    Correct.
 6       Q.    All right.  So by this time, you
 7   were fully aware that GameStop stock was
 8   not able to be purchased on many, if not
 9   all, brokerage accounts; correct?
10            MR. ROSEN:  Objection.  Lack of
11       foundation.
12       Q.    It was your belief at that point
13   that every broker was blocking the
14   purchase of GameStop stock at that time?
15       A.    It's possible speculation.  I
16   mean, I don't have an account with every
17   brokerage to be able to verify that back
18   at the time.  And again, I can't recall if
19   the brokers I did use I was trying to buy
20   stock or options and being restricted,
21   because I was buying both.
22       Q.    But at the time, you believed
23   that; right?
24       A.    At the time, I believed there
25   was some level of restriction for buying
```

Page 192

CASH - CONFIDENTIAL

1        CASH - CONFIDENTIAL

2   either the stock or the options.  I can't

3   say what I recall specifically the

4   restriction was posted on.

5             MR. S. COHEN:  Let's go to

6        Tab 23.

7             (Exhibit 258, A Wallstreetbets

8        Sub-Reddit post titled "Daily

9        Discussion: Thread Part 4 for

10       January 28, 2021," was hereby marked

11       for identification, as of this date.)

12       Q.    You'll see Exhibit 258 in your

13   folder.

14       A.    Got it.

15       Q.    And this is another

16   Wallstreetbets sub-Reddit thread; correct?

17       A.    Correct.

18       Q.    Also January 28, 2021?

19       A.    Correct.

20       Q.    And the title is "Daily

21   Discussion Thread Part 4 for

22   January 28, 2021"?

23       A.    Yes.

24       Q.    If you go to the third page.

25       A.    Okay.

```
 1           CASH - CONFIDENTIAL
 2      Q.    Do you see your post at
 3   2:48 p.m. that day?
 4      A.    Yes.
 5      Q.    And you say, "Merrill still
 6   blocking GME."
 7      A.    Yes.
 8      Q.    So at this time, you're aware
 9   that Merrill was still preventing you from
10   purchasing GME.
11      A.    Again, I can't recall if it was
12   stock or options that had the restriction,
13   but there was some level of restriction.
14      Q.    Do you -- it's fair to say that
15   you believed at this time Merrill was
16   blocking purchasing of stocks; right?
17           MR. ROSEN:   Objection.   Asked
18      and answered.   Mischaracterizes his
19      testimony.
20      A.    I thought that I was trying to
21   buy.   I bought both stocks and options,
22   and I can't remember what specifically I
23   was attempting to buy when I wrote these
24   posts.
25      Q.    That's your testimony?   You
```

Page 194

                    CASH - CONFIDENTIAL

1    really don't recall that Merrill was

2    placing purchasing restrictions on GME's

3    stock?

4              MR. ROSEN:  He answered that

5         question at least three times, maybe

6         four.  So if you're asking him to

7         please change it, if you want him to

8         change his testimony, I don't --

9         that's not a question; right?  So I'm

10        not -- I'm not sure what you're trying

11        to get out of this, Scott.

12             MR. S. COHEN:  I'm just asking

13        if that's his testimony under oath.

14        A.    I have no way of being able to

15   remember if I was trying to buy a stock or

16   a call option on that day.  That was two

17   years ago.

18             MR. ROSEN:  And not to mention,

19        Scott, that we have the house report

20        that says exactly what the

21        restrictions were.  We also have your

22        expert's report that lists all the

23        restrictions.  So to ask him to

24        remember whether it was stock or

Page 195

1            CASH - CONFIDENTIAL

2       options, you know, two years ago, when

3       you have, you know, expert evidence

4       and original evidence on this, I don't

5       know why, you know, you need to dwell

6       on it more than you've already done.

7       So --

8            MR. S. COHEN:  Well, that's not

9       really your problem, Mr. Rosen.  But I

10      will move on because I got the answer

11      I wanted.

12  BY MS. S. COHEN:

13      Q.    Did you believe that the

14  purchasing restrictions by these brokers

15  would affect the GameStop stock price?

16      A.    The manipulative measure of

17  preventing people from buying the stock

18  while letting them sell of course would

19  manipulate the price downward, especially

20  causing panic in the market that people

21  can't buy it, but they can sell it.  It's

22  a one-way street at that point.

23      Q.    And were you upset that you

24  weren't able to sell all of your

25  Merrill -- all of your GameStop

Page 196

```
 1            CASH - CONFIDENTIAL
 2   securities?
 3       A.    I don't think there was ever a
 4   restriction on someone trying to sell
 5   their GameStop, which is the problem.
 6       Q.    You're right.  You're right.
 7   I'm sorry.
 8             Were you -- were you upset that
 9   you were no longer able to purchase
10   GameStop securities on Merrill?
11       A.    I was upset that there were
12   restrictions placed by any broker in a
13   manipulative fashion that would not allow
14   there to be fairness in the market of
15   allowing people to buy and sell.  It's not
16   uncommon for stocks to be halted by the
17   SEC to prevent buying and selling, which
18   is a fair action to me.  But when you turn
19   off the buy button and only let people
20   sell and then turn it into a one-way
21   street instead of it being a two-way
22   street as a market, yeah, I'd say that's
23   upsetting.  That's a blatant manipulation
24   in a stock price.
25       Q.    And so at that time, were you
```

Page 197

```
            CASH - CONFIDENTIAL
 1
 2   concerned that GameStop's stock price
 3   would fall purely because of the
 4   purchasing restrictions on GameStop?
 5       A.    Yeah.   Again, like I said
 6   before, this was an unprecedented
 7   situation in a lot of ways, and this was a
 8   new unprecedented situation where I had
 9   never seen a stock being -- or multiple
10   stocks being blocked from being bought but
11   only sold.  So I think the rules of the
12   game were changed, and that is a
13   concerning, an unprecedented situation.
14       Q.    Okay.   Earlier, we went through
15   your stock purchases of GameStop stock.
16           Do you recall that?
17       A.    Yes.
18       Q.    And you purchased shares in
19   December of 2020 and January 2021?
20       A.    Correct.
21       Q.    I want to go to what will be
22   Exhibit 258.   Or maybe 259.
23
24
25
```

```
 1        CASH - CONFIDENTIAL
 2           (Exhibit 259, February 2021
 3      Merrill Edge Report account statement,
 4      Bates P00002372 through P00002389, was
 5      hereby marked for identification, as
 6      of this date.)
 7      Q.    And this -- are you there?
 8      A.    259?
 9      Q.    Yes.
10      A.    Yes.
11      Q.    This is another -- it's a
12   similar statement from Merrill Edge;
13   correct?
14      A.    Yes.
15      Q.    And this is your February 2021
16   Merrill account statement; right?
17      A.    Correct.
18      Q.    And for the record, this is
19   beginning Bates No. P00002372.
20           So this reflects all the trades
21   that were settled in your Merrill
22   brokerage platform in February 2021;
23   right?
24      A.    It should.
25      Q.    Let's go to the page with the
```

Page 199

```
 1          CASH - CONFIDENTIAL
 2   Bates number ending 2381.
 3       A.    Okay.
 4       Q.    And if we look at the first row,
 5   it looks like you sold 500 shares of
 6   GameStop's stock on February 1st?
 7       A.    Yes.
 8       Q.    And that was at $132 per share;
 9   right?
10       A.    Correct.
11       Q.    You actually executed this sale
12   on January 28th; is that right?
13       A.    I can't remember.  What day of
14   the week was that?
15       Q.    So that would be a Thursday.
16       A.    Okay.  That makes sense.
17       Q.    And then it settled on the 1st.
18       A.    Okay.
19       Q.    And this was the January 28th
20   transaction that you put down in the
21   certification we looked at before?
22       A.    Correct.
23       Q.    Do you recall when in the day
24   you made this sale?
25       A.    I think it was a Thursday.
```

1          CASH - CONFIDENTIAL

2      Q.     I'm sorry.  Do you recall at

3  what time in the day you made the sale?

4      A.     I don't recall the specific

5  time.

6      Q.     But this was after you became

7  aware of Robinhood's trading restrictions?

8      A.     Correct.

9      Q.     But you didn't sell all of the

10  GameStop shares that you held at that

11  point; correct?

12      A.     That's correct.

13      Q.     And why is that?

14      A.     Why didn't I sell all my shares?

15      Q.     Yes.

16      A.     I still had a bullish outlook on

17  the overall situation.

18      Q.     So why did you sell any shares?

19      A.     Well, again, it was a very

20  historic, unprecedented, in my opinion,

21  blatant manipulation of a stock by turning

22  off the buy button by a major broker,

23  pushing the price down, and it was

24  something that was unprecedented in my

25  experience of people being able to sell a

```
                     CASH - CONFIDENTIAL
 1
 2    stock but not buy it.  So I wanted to take
 3    some chips off the table, still collect
 4    some profits without knowing how much more
 5    manipulation or foolery there would be in
 6    the market, considering we were in
 7    unchartered territory.
 8         Q.    So you knew that there was
 9    market manipulation as it pertained to
10    GameStop's stock, but you wanted to try to
11    save some value if you could by selling
12    500 shares of the stock at that point;
13    correct?
14         A.    Correct.
15         Q.    And you believed that in the
16    long run, there was still demand to
17    purchase GameStop stock as there was
18    before January 28th?
19              MR. ROSEN:  Objection.
20         Mischaracterizes his prior testimony.
21         Q.    Did you believe there was still
22    a demand to purchase GameStop stock as --
23    in the same way there was prior to
24    January 28th?
25         A.    Without there being manipulative
```

1          CASH - CONFIDENTIAL

2    components in place of not letting people

3    buy, I still thought that a fair ability

4    for supply and demand to play out, there

5    was still bullish momentum for GameStop to

6    continue to go up.  That was obviously

7    heavily impeded by there being a direct

8    negative impact on the supply and demand

9    basic fundamentals by cutting off the

10   demand.

11       Q.    Was it your thinking that if the

12   restrictions were lifted, the momentum

13   purchasing of GameStop's stock would

14   continue?

15       A.    If the restrictions were lifted

16   or had never taken place?

17       Q.    If they were lifted in the

18   future, did you think that the momentum

19   purchasing would resume?

20       A.    Yes.

21            MR. S. COHEN:  Let's go to

22       Tab 21.

23       Q.    And before you go to the next

24   exhibit, you sold your shares at $132 per

25   share; right?

```
                                          Page 203

 1              CASH - CONFIDENTIAL
 2        A.    Correct.
 3        Q.    And do you recall the price at
 4    which you purchased your shares?
 5        A.    No.  You'd have to look at the
 6    statements in terms of that specific block
 7    of shares.  We went over earlier.  I
 8    bought some at various prices.
 9        Q.    Fair to say that you never
10    purchased GameStop stock at -- as high as
11    $132?
12        A.    I believe in my TD Ameritrade
13    account, I did.  I bought it higher than
14    that.
15        Q.    In your Merrill account.
16        A.    Not in my -- I don't believe I
17    did in my Merrill the but you'd have to
18    check the statements.
19        Q.    Do you recall the price at which
20    you purchased your shares on January 28th?
21        A.    How much I purchased shares for?
22        Q.    I'm sorry.  How much you
23    purchased the shares for on January 21st.
24        A.    I would say we would have to
25    confirm on the statement.
```

```
1              CASH - CONFIDENTIAL
2       Q.    If you go to 260.
3       A.    Okay.
4       Q.    I'm sorry.  Exhibit 242.
5             MR. ROSEN:  Exhibit 242?
6       A.    Okay.
7       Q.    If you go to page 6 of 13.
8       A.    6 of 13?  I'm showing 16 pages
9  on this.
10      Q.    There should be type on here
11 that says 6 of 13, 7 of 13.
12      A.    Oh, you're talking about from
13 the statement.  Okay.  Got it.
14      Q.    You see your first purchase of
15 GameStop stock in December of 2020 was for
16 $18.17 per share?
17      A.    Correct.
18      Q.    Do you see your next purchase of
19 GameStop stock on December 23, 2020, was
20 for $15.4566 cents per share?
21      A.    Yes.
22      Q.    Both of those are a lot lower
23 than the 130-plus dollars that you sold
24 your GameStop stock at; correct?
25      A.    Yes.
```

Page 205

1               CASH - CONFIDENTIAL

2        Q.     Now I'll have you go to

3    Exhibit 246.

4        A.     Okay.

5        Q.     And this is your January Merrill

6    trading account?

7        A.     Yes.

8        Q.     And if you go to 5 of 11 on

9    that.

10       A.     Yes.

11       Q.     You purchased GameStop stock on

12   January 21, 2021, at $37.9678 per share?

13       A.     Yes.

14       Q.     And that is also a lot lower

15   than the 135-plus dollars per share that

16   you sold your GameStop stock at on

17   January 28th, and that settled on

18   February 1st; correct?

19       A.     Depends on your perspective, but

20   yes.

21       Q.     It's many multiples of -- you

22   sold at many multiples of your purchase

23   price; correct?

24       A.     Correct.  But I would also say

25   that before the buy button was off,

Page 206

```
 1            CASH - CONFIDENTIAL
 2   GameStop that day had hit 483, which is
 3   many multiples higher than after it was
 4   manipulated.  So I guess it depends on
 5   your perspective.
 6        Q.    You didn't --
 7              MR. S. COHEN:  Are we on Tab 21?
 8              (Exhibit 260, A Wallstreetbets
 9        Sub-Reddit post titled "GME
10        Containment Zone 2 for
11        January 28, 2021," was hereby marked
12        for identification, as of this date.)
13        Q.    All right.  In your folder,
14   could you go to tab -- Exhibit 260,
15   please.
16        A.    Got it.
17        Q.    This is another Wallstreetbets
18   post; correct?
19        A.    Correct.
20        Q.    Dated January 28, 2021?
21        A.    Yes.
22        Q.    And its title is "GME
23   Containment Zone 2 for January 28, 2021"?
24        A.    Yes.
25        Q.    And it's posted at 9:48 a.m.?
```

1          CASH - CONFIDENTIAL

2      A.      The thread.

3      Q.      The thread.

4      A.      Yes.

5      Q.      If you go to the third page, do

6  you see a comment you made to this thread?

7      A.      Yes.

8      Q.      And that was on January 28th at

9  10:29 a.m.?

10     A.      Yes.

11     Q.      All right.  And this was after

12 your Tweet about Robinhood imposing

13 purchasing restrictions; correct?

14     A.      I believe so, yes.

15     Q.      That was before the market?

16     A.      Correct.

17     Q.      And this is after the market

18 opened.

19     A.      Correct.

20     Q.      And you commented, "Hey Wall

21 Street.  I know you're lurking and have

22 some pathetic intern reading it.  Take

23 notes intern.  Your bullshit scare tactics

24 won't work.  We've got diamonds hands and

25 we're too retarded to even know how to

Page 208

```
 1              CASH - CONFIDENTIAL
 2    sell.  We only know how to buy."
 3              Did I read that correctly?
 4        A.    Yes.
 5        Q.    So you address this comment to
 6    Wall Street; right?
 7        A.    I mean, it's a satire post, but
 8    sure.
 9        Q.    Okay.  What were you talking
10    about here?
11        A.    I can't recall exactly, but
12    there was theories that certain firms were
13    posting or participating in Wallstreetbets
14    just like any other poster would be
15    allowed to.
16        Q.    And you mentioned diamond hands
17    before; correct?
18        A.    Correct.
19        Q.    And what did you say that meant?
20        A.    Just being strong in your
21    conviction.
22        Q.    And what was your conviction at
23    this point when making this post?
24        A.    I still like the stock.  I still
25    thought it was a bullish outlook on its
```

Page 209

```
 1        CASH - CONFIDENTIAL
 2   potential.
 3        Q.   You said below that, "GME will"
 4   rocket -- you have seven rocket ships
 5   there; correct?
 6        A.   Correct.
 7        Q.   And that's what you were saying
 8   before, you believed that GameStop would
 9   prevail and continue to have increased
10   stock prices?
11        A.   I thought the supply and demand
12   was still very bullish.
13        Q.   Did you post this in order to
14   inform the other Wallstreetbets readers
15   what your thoughts were about GameStop?
16        A.   I can't remember what my
17   thoughts were when I posted that.  It
18   reads to me as like a tongue-in-cheek
19   post.  I mean, I'm addressing a whole
20   industry that nobody knows if they're even
21   there or not.  So, I mean, it just seems
22   kind of like a joke.
23             MR. S. COHEN:  Let's go to the
24        next exhibit.
25
```

```
 1              CASH - CONFIDENTIAL
 2                 (Exhibit 261, A Wallstreetbets
 3        Sub-Reddit post titled "I just watched
 4        'The Big Short' and I finally get it,"
 5        was hereby marked for identification,
 6        as of this date.)
 7        Q.     You'll see in your folder
 8   Exhibit 261 shortly.
 9        A.     I got it.
10        Q.     And are you there?
11        A.     Yes.
12        Q.     Okay.  This is another
13   Wallstreetbets sub-Reddit post; correct?
14        A.     Yes.
15        Q.     Published on January 31, 2021?
16        A.     Correct.
17        Q.     On page 2, you posted a comment.
18               Do you see that?
19        A.     Yes.
20        Q.     And can you read the first
21   sentence, please.
22        A.     The comment where I'm saying,
23   "I'm holding for every retard on this
24   sub."
25        Q.     Right.  So you were -- you're
```

```
 1            CASH - CONFIDENTIAL
 2   holding GameStop stock is what you're
 3   referring to?
 4        A.    I can't recall.
 5        Q.    Do you believe that's what
 6   you're talking about here?
 7        A.    It's possible.
 8        Q.    And then you say, "This is a
 9   fucking message to Wall Street"; right?
10        A.    Yes.
11              (Exhibit 262, A Wallstreetbets
12        Sub-Reddit post titled "Breaking
13        Market News on Twitter: YTD
14        Performance of Melvin: -53 percent,"
15        was hereby marked for identification,
16        as of this date.)
17        Q.    You'll see in your folder soon I
18   believe Exhibit 262.
19        A.    Okay.  Got it.
20        Q.    And this is another
21   Wallstreetbets sub-Reddit post; correct?
22        A.    Yes.
23        Q.    Posted on January 31, 2021?
24        A.    Yes.
25        Q.    And it's posting a Tweet that
```

Page 212

CASH - CONFIDENTIAL

1    was itself posted earlier that day; right?

2        A.    That the Tweet was posted?

3        Q.    Yes.  The Tweet was posted

4    earlier that day?

5        A.    Yes.

6        Q.    And now this -- the post on

7    Wallstreetbets is -- they copy and posted

8    that Twitter post onto the thread; right?

9        A.    Yeah, or linked it.

10       Q.    Or linked it.

11             And that Twitter post says, in

12   all capitals, "Hedge fund Melvin Capital

13   lost 53 percent in January, hit partly by

14   soaring prices of GameStop and other

15   shorted stocks."

16             Did I read that correctly?

17       A.    Yes.

18       Q.    And Melvin Capital is one of the

19   companies to which you raised a middle

20   finger Emoji in a previous Wallstreetbets

21   post; correct?

22       A.    Yes.

23       Q.    If you look on the next page,

24   please.

25

Page 213

```
 1          CASH - CONFIDENTIAL
 2     A.    Okay.
 3     Q.    You commented on that thread;
 4  right?
 5     A.    Yes.
 6     Q.    And you wrote, "Only 47 percent
 7  to go," exclamation point.  "Hold,"
 8  exclamation point.
 9     A.    Yes.
10     Q.    Did I read that --
11     A.    Yes.
12     Q.    When you say "only 47 percent to
13  go," that would be the remaining value of
14  Melvin Capital with reference to the
15  Tweet; correct?
16     A.    I mean, I don't specifically
17  remember writing that message, but that
18  seems like a good -- a good assumption
19  there.
20     Q.    And you're encouraging people to
21  hold; right?
22     A.    Well, again, I don't know what I
23  was inferring when I wrote that, but I was
24  still holding.
25     Q.    Holding GameStop specifically;
```

Page 214

1      CASH - CONFIDENTIAL

2   right?

3       A.    Correct.  I mean, I had other

4   positions in other companies at the time

5   too, but --

6            (Exhibit 263, A Wallstreetbets

7       Sub-Reddit post titled "What Are Your

8       Moves Tomorrow, February 03, 2021,"

9       was hereby marked for identification,

10      as of this date.)

11      Q.    You'll see in your folder

12   Exhibit 263.

13      A.    Okay.

14      Q.    This is another Wallstreetbets

15   sub-Reddit post; correct?

16      A.    Yes.

17      Q.    This one posted

18   February 2, 2021?

19      A.    Correct.

20      Q.    And it's titled "What Are Your

21   Moves Tomorrow, February 3, 2021."

22      A.    Correct.

23      Q.    And if you go to the next page,

24   you'll see that you responded to the

25   question "What are your moves tomorrow?"

Page 215

1          CASH - CONFIDENTIAL

2    "Diamond fucking hands."

3       A.    Yes.

4       Q.    And that means that you're going

5    to continue to hold GameStop stock;

6    correct?

7       A.    Correct.

8              MR. S. COHEN:  Tab 30.

9              (Exhibit 264, A Wallstreetbets

10       Sub-Reddit post titled "What Are Your

11       Moves Tomorrow, February 04, 2021,"

12       was hereby marked for identification,

13       as of this date.)

14       Q.    You'll see Exhibit 264 in your

15    folder.

16       A.    Okay.

17       Q.    This is another Wallstreetbets

18    sub-Reddit post; correct?

19       A.    Yes.

20       Q.    This was posted

21    February 3, 2021.

22       A.    Yes.

23       Q.    And the title of the thread is

24    "What Are Your Moves Tomorrow,

25    February 4, 2021."

```
 1           CASH - CONFIDENTIAL
 2      A.    Correct.
 3      Q.    And if you look at the comment
 4   that you wrote in response, what do you
 5   say?
 6      A.    It looks like I say, "Holding
 7   the fucking line."
 8      Q.    And you're talking about
 9   continuing to hold GameStop stock;
10   correct?
11      A.    I don't recall specifically
12   making that post, but it's a fair guess.
13      Q.    So throughout February 3, 2021,
14   you're still holding GameStop stock with
15   the hope that the price would rise.
16      A.    I can't recall when I
17   specifically sold all or any of my
18   position in GameStop.  We'd have to check
19   the statements.
20      Q.    Did you -- do you recall at this
21   time still believing GameStop stock would
22   rise?
23      A.    I can't specifically say that I
24   remember that, but it seems reasonable.
25      Q.    Okay.  Do you recall thinking
```

Page 217

```
 1              CASH - CONFIDENTIAL
 2    that there is still a short squeeze going
 3    on with GameStop stock?
 4        A.    I don't know.  I mean, it's hard
 5    to think back specifically to what I was
 6    thinking on these dates in early February,
 7    because we were still coming out of, say,
 8    manipulation of the stock price and the
 9    buy button being -- impacting a lot of the
10    value of the stock or the price, so I
11    can't really recall what I was
12    hypothesizing back then.
13        Q.    Okay.
14              MR. S. COHEN:  Let's go to
15        Tab 32.
16              (Exhibit 265, TD Ameritrade
17        account statement, Bates P00002715
18        through P00002720, was hereby marked
19        for identification, as of this date.)
20        Q.    You'll see Exhibit 265 in your
21    folder soon.
22        A.    Okay.
23        Q.    This is your TD Ameritrade
24    statement; right?
25        A.    Correct.
```

Page 218

CASH - CONFIDENTIAL

1

2      Q.      And this is the statement for

3    February 2021?

4      A.      Correct.

5      Q.      So it includes all of the trades

6    you made that were settled in

7    February 2021 on Ameritrade, TD

8    Ameritrade.

9      A.      Yes.

10     Q.      Okay.  And for the record, this

11   is beginning Bates P00002715.

12            And Mr. Cash, I'll ask you to

13   turn to the page ending 2719.

14     A.      2719.  Got it.

15     Q.      And it shows in the first row

16   that you --

17            MR. ROSEN:  I don't have a 2719.

18      I have a 2720 and a 2718.  That's

19      strange.  Are you sure it's 2719?

20      It's totally blanked out for me.

21            MR. S. COHEN:  So the beginning

22      Bates number is 2715.  And I --

23            MR. ROSEN:  Yeah --

24            MR. S. COHEN:  -- had Mr. Cash

25      turn to 2719.

Page 219

CASH - CONFIDENTIAL

1
2           MR. ROSEN:  I may be able to
3      pull it up on my own.  So let me pull
4      it up on my own.
5           MR. S. COHEN:  Yeah.  We'll
6      wait.
7           MR. ROSEN:  Because I have it
8      somewhere in my files.  So I just need
9      a sec.  This is TD Ameritrade
10     February?
11          MR. S. COHEN:  Correct.
12          MR. ROSEN:  Just give me a
13     second.  I'm sorry.  Just give me a
14     second.
15          (Pause)
16          MR. ROSEN:  Okay.  I found it.
17     Q.    So if you look -- Mr. Cash, if
18  you look at the first row on that page
19  ending 2719, do you see that you purchased
20  five shares of GameStop stock on
21  January 28, 2021?
22     A.    Correct.
23     Q.    And it was -- it was settled on
24  February 1, 2021?
25     A.    Yes.

```
                                              Page 220
 1              CASH - CONFIDENTIAL
 2         Q.     And you -- the purchase price of
 3    those five shares was $277.9999 per share;
 4    right?
 5         A.     Yes.
 6         Q.     January 28th was the same day
 7    you sold the 500 shares of GameStop;
 8    right?
 9         A.     Correct.
10         Q.     Do you remember when in the day
11    you bought these five shares?
12         A.     I believe I bought them in the
13    morning shortly after the market opened.
14         Q.     Okay.  But you were already
15    aware of the purchasing restrictions
16    before the market opened; correct?
17         A.     I was aware of rumors of some
18    people on Reddit claiming that.
19         Q.     And you Tweeted about those
20    rumors?
21         A.     Correct.
22         Q.     Why did you buy these five
23    shares?
24         A.     Well, that -- that morning, the
25    stock was breaking out, again, a lot of
```

Page 221

1         CASH - CONFIDENTIAL

2    momentum and a lot of positive supply and

3    demand, and again, it did break up to

4    483 that day, so I was just throwing a few

5    more shares at a potential breakout,

6    bullish breakout in my opinion, and then

7    after the buy back button was turned off

8    on Robinhood, it started to crash, from

9    what I remember.

10       Q.    Why did you buy at one account

11   and sell in the other account the same

12   stock?

13       A.    Well, I had a lot more shares in

14   Merrill.  I mean, I only bought five.

15   Here in TD Ameritrade is just a bullish

16   breakout small play, low risk in terms of

17   total capital put up.  But in terms of

18   trying to respond to the manipulation of

19   the stock crashing down from 483 to losing

20   over half its value during interday

21   trading, most of my shares that I could

22   sell to try to at least lock in some level

23   of profits off the overall position, I

24   would have to do that in Merrill.

25       Q.    But I'm asking why didn't you --

Page 222

1           CASH - CONFIDENTIAL

2    why did you use a different account to buy

3    these five shares?  Why didn't you just

4    either sell 495 shares in Merrill or sell

5    500 shares and purchase five in Merrill?

6        A.    I don't recall exactly that

7    level of detail as to why I did that in TD

8    versus Merrill.  I mean, at the time, TD

9    was an account that I was still exploring

10   the user interface for and wanting to just

11   get more practice with.  So I was just

12   trying to do a little trading.

13       Q.    If you look at the next row

14   down, do you see that on February 3, 2021,

15   you sold your five shares in GameStop

16   stock?

17       A.    Correct.

18       Q.    And because you purchased these

19   in -- on January 28, 2021, you understand

20   that these shares don't count towards your

21   loss in this lawsuit; correct?

22       A.    I will leave that up to the

23   judge and lawyers to determine.

24       Q.    Okay.  Is it correct that in

25   January 2021 and February 2021, you did

```
 1              CASH - CONFIDENTIAL
 2   not buy shares of Blackberry?
 3        A.    I can't recall.
 4        Q.    Do you recall whether or not you
 5   purchased shares of Bed Bath & Beyond
 6   during this time?
 7        A.    I can't recall.  I don't believe
 8   so, but, again, I'd have to check the
 9   statements.
10        Q.    Do you believe that during this
11   time, you purchased shares in Express
12   Inc.?
13        A.    I don't recall, but I don't
14   believe so.
15        Q.    Do you recall whether you
16   purchased or sold shares in Nokia during
17   this time?
18        A.    I don't specifically recall.
19        Q.    Do you recall whether you
20   purchased or sold shares of Koss
21   Corporation during this time?
22        A.    I don't believe so.
23        Q.    Do you recall whether or not you
24   purchased or sold shares in Tootsie Roll
25   during this time?
```

```
 1              CASH - CONFIDENTIAL
 2        A.     I don't believe so, but, again,
 3   I'd check the statements.
 4        Q.     And do you recall whether or not
 5   you purchased or sold shares of Trivago
 6   during this time?
 7        A.     Same situation.  I don't
 8   specifically remember, but I'd check the
 9   statements.
10        Q.     And I think that you did sell
11   some AMC shares in January 2021; correct?
12        A.     I don't -- I don't recall that.
13   We'd have to check the statements.
14        Q.     Okay.  Did you consider buying
15   any of these stocks in January 2021?
16        A.     Not that I remember.
17        Q.     And since -- I'm sorry.
18        A.     Oh, I'm sorry.  I was just going
19   to say I don't remember specifically,
20   but --
21        Q.     Since 2021, have you ever
22   purchased GameStop shares?
23        A.     Since 2021?  Like, in 2022 or --
24        Q.     Yes.
25        A.     No.
```

Page 225

1          CASH - CONFIDENTIAL

2      Q.     Okay.  Did you purchase GameStop

3   shares after January 2021?

4      A.     I don't recall.

5      Q.     You still trade stocks today;

6   right?

7      A.     Currently, no.

8      Q.     Okay.  Do you still have any of

9   your brokerages open?

10     A.     Yes.

11     Q.     Which ones?

12     A.     TD Ameritrade and E-Trade.

13     Q.     And as far as you know, do you

14  hold any stock in any of the companies I

15  just listed before?  And I can list them

16  again if you'd like me to.

17     A.     I do not.

18     Q.     You don't hold stock in any of

19  those companies.

20     A.     Not currently.

21     Q.     What stocks make up the largest

22  portion of your portfolio right now?

23     A.     Probably Lucid.

24     Q.     That's the majority, you think?

25     A.     Right now, it might be the only

Page 226

```
 1            CASH - CONFIDENTIAL
 2    thing.
 3        Q.    And do you know about how much
 4    value is in your portfolio right now?
 5        A.    I don't recall.  I don't look at
 6    it very often.
 7        Q.    What's your role in this
 8    lawsuit, in your own words?
 9        A.    My role is to be a
10    representative of the class.
11        Q.    And what does that mean?
12        A.    My role is to act in a manner
13    that benefits all the members of the class
14    equally, whether they're present in this
15    suit or not, and to act in their best
16    interest and work with our legal team to
17    make sure things are done the right way
18    and to the best of their ability.
19        Q.    And do you know anything about
20    your specific responsibilities as a class
21    representative?
22        A.    It's mostly fiduciary.  I have a
23    fiduciary responsibility to the rest of
24    the class to make sure that we act in
25    their best interest.
```

```
 1            CASH - CONFIDENTIAL
 2       Q.     And what does it mean to you to
 3   be a named plaintiff, if at all different
 4   than being a class representative?
 5       A.     Pretty much what I just said,
 6   that, you know, I'm involved in, you know,
 7   having a bigger role in overseeing this
 8   process and being a part of it and making
 9   sure that things are done in the best
10   interest of the class.
11       Q.     What have you done so far as a
12   representative in this lawsuit besides
13   sitting for this deposition?
14       A.     I have complied with turning
15   over documents.  I have met with our legal
16   team and the other members of the class.
17       Q.     How did you hear about this
18   lawsuit?
19       A.     I reached out to the Rosen Law
20   Firm directly.
21       Q.     You affirmatively reached out?
22       A.     Can you clarify what you mean by
23   affirmatively?
24       Q.     There was no search for
25   plaintiffs that they put out that you're
```

Page 228

1          CASH - CONFIDENTIAL

2    aware of; correct?

3         A.     Correct.

4         Q.     You just -- you were looking for

5    somebody -- you were looking for a law

6    firm to help you sue Robinhood.

7         A.     Correct.

8         Q.     Who did you first reach out to

9    at the Rosen Law Firm?

10        A.     I don't recall.  I called a

11   number off maybe their website.

12        Q.     How did you find out about this

13   lawsuit?

14        A.     I didn't specifically find out

15   about this lawsuit.  I first reached out

16   shortly after this happened to inquire

17   about starting one.

18        Q.     And how long -- well, about when

19   was that?

20        A.     When this happened.

21        Q.     So February 2021?

22        A.     February, end of January,

23   somewhere in that --

24        Q.     And that's when you -- sorry.

25               That's when you reached out to

Page 229

```
 1              CASH - CONFIDENTIAL
 2    the Rosen Law Firm?
 3         A.    Correct.
 4         Q.    But you didn't -- you didn't
 5    sign a retainer with the Rosen Law Firm
 6    until February 23, 2023?
 7         A.    That sounds correct.
 8         Q.    What was happening in those two
 9    years in between?
10              MR. ROSEN:  Objection.  Vague.
11         Ambiguous.
12              You want to give him a hint as
13         to whether you're asking him what was
14         happening in the stock market, what
15         was happening in the lawsuit --
16              MR. S. COHEN:  We're talking
17         about --
18              MR. ROSEN -- what was happening
19         in baseball?
20    BY MR. S. COHEN:
21         Q.    We're talking about your
22    engagement in this lawsuit.
23              So I'm wondering what happened
24    with the Rosen Law Firm from the time you
25    reached out to them in February of 2021 to
```

Page 230

CASH - CONFIDENTIAL

1
2  the time you retained them in February of

3  2023?

4      A.    Just communications, you know,

5  asking what about my situation, about, you

6  know, my perspective on what happened, and

7  keeping up with a possibility of there

8  being a case.

9      Q.    And the first complaint on which

10 you show up as a named plaintiff was the

11 amended complaint; is that correct?

12     A.    I believe so.

13     Q.    And that was filed on

14 January 17, 2023?

15     A.    Correct.

16     Q.    Did you want to be in the

17 original complaint?

18     A.    I don't recall.  I mean, I'm

19 happy to be part of it in any capacity.

20     Q.    In excluding your deposition

21 today, about how much time would you say

22 you've been involved in activities as a

23 named plaintiff?

24     A.    I would guess eight or nine.

25     Q.    Eight or nine hours total?

```
 1              CASH - CONFIDENTIAL
 2      A.     Correct.
 3      Q.     And have you read the complaint?
 4      A.     Yes.
 5      Q.     When?
 6      A.     Before it was filed.
 7      Q.     Was that the amended complaint
 8 that you read?
 9      A.     Yes.
10      Q.     Did you review any other
11 documents related to the events at issue
12 in this case?
13      A.     Yes.
14      Q.     Like what?
15      A.     I reviewed my documents that
16 were requested to be submitted.
17      Q.     Did you review any court filings
18 other than the complaint?
19      A.     Yes.
20      Q.     Do you recall which ones you --
21 which court filings you looked at?
22      A.     I do not.
23      Q.     What did you do during those I
24 think you said nine hours total other than
25 this deposition that you were working as a
```

Page 232

```
         CASH - CONFIDENTIAL
```

1            CASH - CONFIDENTIAL

2    named plaintiff?

3        A.    Well, we had meetings with my

4    lawyers on several occasions.  There was a

5    meeting with the other plaintiffs, and

6    I've spent some time getting together the

7    documents and posts.

8        Q.    How much time do you expect to

9    be involved in this lawsuit going forward?

10       A.    I wouldn't say I have an

11   expectation.

12       Q.    Do you know what stage of

13   litigation the case is currently in?

14       A.    We're seeking certification.

15       Q.    Class certification?

16       A.    Yes.

17       Q.    What does that mean, if you

18   know?

19       A.    To classify and certify this as

20   a class action suit to represent the

21   members of the class against Robinhood and

22   its subsidiaries.

23       Q.    Have you been compensated for

24   your time or work involved in this case?

25       A.    No.

Page 233

1          CASH - CONFIDENTIAL

2      Q.    Have you been told whether you

3  would receive compensation in connection

4  with your involvement in this case?

5      A.    I think that's up to a judge.

6      Q.    So you haven't been told that.

7      A.    Correct.

8      Q.    Could you tell me what the class

9  is that you're seeking to represent?

10      A.    Yeah.  I'm seeking to represent

11  the class of people that owned many of the

12  stocks that you mentioned on January 27th

13  that were negatively impacted by the

14  manipulation of the price by turning off

15  the buy button and sold during

16  January 28th or February 4th.

17      Q.    And this suit is against

18  Robinhood?

19      A.    Robinhood and any relevant

20  subsidiaries.

21      Q.    And why would Robinhood's

22  conduct affect you as a non-Robinhood

23  customer of a different brokerage?

24      A.    Because Robinhood's actions

25  rippled across the entire market in terms

```
 1             CASH - CONFIDENTIAL
 2    of -- you wouldn't have to be a Robinhood
 3    customer to be impacted.  You just had to
 4    own shares in a company in which their
 5    direct actions manipulated the price
 6    downward, preventing the true value of the
 7    price to play out through basic
 8    supply-and-demand principles.  So even if
 9    my shares were with Merrill Lynch, my
10    Robinhood -- my GameStop share price was
11    not different because I was with Merrill
12    Lynch compared to Robinhood.  So --
13        Q.    So is it fair to say that the
14    contentions that you as a plaintiff are
15    making in this case also apply to the
16    other brokerages that impose trading
17    restrictions on the relevant stocks?
18             MR. ROSEN:  Objection.  Calls
19        for a legal conclusion.
20        Q.    I asked if that was your
21    contention.
22             Is it your contention that this
23    applies -- what -- you know, the theory
24    you're bringing applies to the other
25    brokerages who imposed restrictions on the
```

Page 235

```
 1            CASH - CONFIDENTIAL
 2   relevant stocks?
 3            MR. ROSEN:  Same objection.
 4       A.    I would say that's up for a
 5   lawyer or a judge to determine.  I do not
 6   have the legal background to answer that.
 7       Q.    Do you think that the other
 8   brokerages imposing trading restrictions
 9   on the relevant stocks affected the price
10   of GameStop?
11            MR. ROSEN:  Objection.  Calls
12       for expert testimony.
13       A.    Again, I would say that I am
14   also not qualified to make that
15   speculation.
16       Q.    Didn't you testify at length
17   before that that was what you thought
18   happened in the market?
19            MR. ROSEN:  Objection.
20       Mischaracterizes his prior testimony.
21       If you want to show him a transcript
22       in which he made that testimony,
23       that's fine.  But you can't -- there's
24       no basis that I know of to say that.
25       Q.    Do you recall whether or not you
```

CASH - CONFIDENTIAL

1
2    testified today, Mr. Cash, that as a
3    result of the brokerages who imposed
4    restrictions on trading GameStop, that
5    that affected the share price of GameStop
6    stock?
7         A.    Well, I don't recall anyone
8    other than Robinhood turning off the buy
9    button for shares.
10        Q.    You said that it's possible that
11   Merrill did that as well, although you
12   didn't remember; correct?
13        A.    I said I don't remember, but I
14   also believe there has been investigations
15   and other testimony that can more answer
16   that in a solid manner compared to my
17   speculation.
18        Q.    What are you claiming are your
19   losses in this case?
20        A.    That's for a judge to decide.
21        Q.    Well, it's for a judge to
22   decide.  But what are you -- what are your
23   contentions?
24        A.    That the stock was heavily
25   manipulated by people not being able to

Page 237

```
1              CASH - CONFIDENTIAL
2     buy but still being able to sell their
3     shares.
4          Q.    So do you recall earlier today,
5     we discussed the fact that you purchased
6     your GameStop shares at a price lower than
7     what you sold them at during the class
8     period?
9          A.    Correct.
10         Q.    And do you recall that you said
11    you could have sold them still at a higher
12    price had Robinhood not imposed the trade
13    restrictions?
14         A.    Sure.
15         Q.    Is it your contention that the
16    difference between what you could have
17    sold it at -- GameStop stock at and what
18    you did sell GameStop stock at constitutes
19    a loss?
20         A.    Just to clarify, are you asking
21    if I view what I ended up selling GameStop
22    at was a loss compared to what I think
23    GameStop should have gone without the
24    manipulation?
25         Q.    Yes.
```

```
 1              CASH - CONFIDENTIAL
 2       A.     That would -- my personal
 3  opinion, yes.
 4       Q.     And is that what you're hoping
 5  to recover in bringing this lawsuit?
 6       A.     Recover my hypothetical where I
 7  think the stock would go?
 8       Q.     Yes.
 9       A.     Again, that's not for me to
10  decide.
11       Q.     But you think of that as a loss.
12       A.     I think of that as a direct
13  negative impact on the fair market playing
14  out in supply and demand.
15              (Exhibit 266, A Wallstreetbets
16       Sub-Reddit post titled "We are
17       Preparing a Class Action Lawsuit
18       against Robinhood," was hereby marked
19       for identification, as of this date.)
20       Q.     You'll see in your folder soon
21  Exhibit 266.
22              MR. ROSEN:  Scott, how much
23       longer are we going to go?  Because
24       we've been going about an hour and
25       15 minutes, and we're due for a break.
```

Page 239

```
              CASH - CONFIDENTIAL
 1
 2         So how much -- I mean, if this is your
 3         last exhibit, I guess we don't have to
 4         break.  But if you've got a ways to
 5         go, we should take a break.
 6              MR. S. COHEN:  We could take a
 7         five, ten-minute break.
 8              MR. ROSEN:  Okay.  Sounds good.
 9         Thanks.
10              THE VIDEOGRAPHER:  Stand by,
11         please.  The time is 4:29.  We're
12         going off the record.  This will end
13         Media Unit No. 4.
14              (Recess)
15              THE VIDEOGRAPHER:  The time is
16         4:38 p.m.  We are back on the record,
17         and this will be the start of Media
18         Unit No. 5.
19     BY MR. S. COHEN:
20         Q.    Mr. Cash, if you could open up
21     your folder to Exhibit 266.
22         A.    Okay.
23         Q.    This is a Wallstreetbets
24     sub-Reddit post; correct?
25         A.    Yes.
```

Page 240

1              CASH - CONFIDENTIAL

2      Q.     Posted January 28, 2021?

3      A.     Correct.

4      Q.     And the title is "We are

5   preparing a class action lawsuit against

6   Robinhood," exclamation point.

7      A.     Yes.

8      Q.     If you go to page 3, do you see

9   that you commented on this thread?

10     A.     I do.

11     Q.     And you commented, "Let's lump

12  Merrill, TDA, Tastyworks, and every other

13  corrupt shitty broker into it."

14            Do you see that?

15     A.     I do.

16     Q.     And then you say, "This isn't

17  class action just against Robinhood.  It's

18  against the entire fucking industry."

19     A.     Yes.

20     Q.     So is it fair to say that you

21  believe your harm was the result of all of

22  these brokers?

23            MR. ROSEN:  Objection.  When you

24     say -- there's a couple of things.

25     First of all, your question is

```
 1           CASH - CONFIDENTIAL
 2      imprecise.  You say you believe.
 3      You're referring to something that
 4      happened two years ago, and then
 5      you're saying do you believe.  So are
 6      you asking what he believed at that
 7      point in time or what he believes
 8      today?
 9      Q.    Let's start with at that point
10  in time.  You believed that it was -- all
11  of these brokers that you listed who
12  contributed to the stock price decline of
13  GameStop?
14      A.    Well, I couldn't say for certain
15  what I believed I was thinking at the time
16  I wrote that post, and -- but it certainly
17  would read that way.
18      Q.    Let's go to Tab 24.
19           (Exhibit 267, A Wallstreetbets
20      Sub-Reddit post titled "GME Megathread
21      IV for January 28, 2021," was hereby
22      marked for identification, as of this
23      date.)
24      Q.    And is it your contention now
25  that all of these companies' trading
```

Page 242

```
 1            CASH - CONFIDENTIAL
 2   restrictions impacted the price of
 3   GameStop stock?
 4            MR. ROSEN:  Objection.  Calls
 5       for expert testimony.
 6       Q.    Is it your contention?
 7       A.    I couldn't say that it is,
 8   because I don't know what the details of
 9   their restrictions were, which I think was
10   put out in reports and things, and how
11   those would have impacted the stock price
12   based on what they ended up doing.
13       Q.    You'll see in your folder
14   Tab 267.
15       A.    Got it.
16       Q.    This is another Wallstreetbets
17   sub-Reddit post; correct?
18       A.    Yes.
19       Q.    From January 28, 2021?
20       A.    Yes.
21       Q.    And it's titled "GME Megathread
22   IV for January 28, 2021"?
23       A.    Correct.
24       Q.    If you go to the second page.
25       A.    Yes.
```

Page 243

1    CASH - CONFIDENTIAL
2        Q.    Do you see that you -- you see
3    that you commented on that post?
4        A.    Correct.
5        Q.    And what did you say?
6        A.    I said, "I called a huge law
7    firm about suing Merrill Lynch for
8    blocking the purchase if" -- I meant of --
9    "GME and AMC.  Lawyer is going to call me
10   back."
11       Q.    And were you referring to
12   reaching out to the Rosen Law Firm?
13       A.    I can't recall.
14       Q.    But at this point in time, you
15   were focused on suing Merrill Lynch for
16   blocking purchasing of GME and AMC.
17       A.    I was focused on suing anyone
18   and everyone involved at the time.
19       Q.    You only list Merrill Lynch;
20   right?
21       A.    Correct.
22       Q.    Why did you want to sue Merrill
23   Lynch?
24       A.    Well, I'm not a legal expert.
25   But part of my assumption at the time was

Page 244

1           CASH - CONFIDENTIAL

2    that I was a direct customer of theirs,

3    and I can't remember if they restricted

4    stocks or options.  But any kind of

5    restriction obviously upset me.

6         Q.    So you wanted to sue Merrill

7    Lynch because what they did upset you.

8         A.    Well, it seemed illegal and

9    unethical at the time.

10        Q.    But you're not a lawyer.

11        A.    Nor did I stay at the Holiday

12   Inn, so I can't pretend to be.

13        Q.    I don't understand that.

14        A.    Oh, it's just -- sorry.  It was

15   just a joke from Holiday Inn commercials.

16   They used to say, "I'm not a doctor, but I

17   stayed at Holiday Inn."

18        Q.    Sounds like it would have been a

19   good joke if I was aware of the reference.

20        A.    That's okay.

21        Q.    Are you aware that the

22   defendants in this case served a request

23   for the production of documents?

24        A.    Yes.

25              MR. S. COHEN:  Could we bring up

1           CASH - CONFIDENTIAL

2      Exhibit 31.

3           (Exhibit 31, Defendants' First

4      Set of Requests For the Production of

5      Documents and Electronically Stored

6      Information Directed To Plaintiffs,

7      was previously marked for

8      identification.)

9      Q.    You'll see in your folder soon

10  an exhibit previously marked Exhibit 31 in

11  this case.

12     A.    Yes.

13     Q.    Did it come up as 267?  Or --

14     A.    268.  It came up as 268.

15           MR. ROSEN:  But it's marked --

16      it's marked as 31.  So it's been --

17      it's been previously marked.  So I

18      guess you're going to have some --

19           MR. S. COHEN:  Some

20      administrative work to do.  All right.

21           MR. ROSEN:  Yeah.  But anyway,

22      it doesn't matter for purposes of

23      right now.

24  BY MR. S. COHEN:

25      Q.    Have you seen this document

CASH - CONFIDENTIAL

1  before, Mr. Cash?

3     A.    Yes.

4     Q.    Is this the request for the

5  production of documents that we were

6  previously speaking about?

7     A.    I believe so.

8     Q.    And when was this -- when did

9  you first see this?

10    A.    I don't recall specifically.

11    Q.    Do you know how you got it?

12    A.    From my lawyers.

13    Q.    The Rosen Law Firm sent it to

14  you.

15    A.    Correct.

16    Q.    But you don't recall when?

17    A.    Correct.

18    Q.    Was it within the last month,

19  say?

20    A.    I couldn't say for certain.

21    Q.    Do you know if this was after

22  you retained the Rosen Law Firm?

23    A.    I don't recall.

24    Q.    What is your understanding of

25  what this document is?

```
 1              CASH - CONFIDENTIAL
 2       A.    It's defendants' first set of
 3   requests for the production of documents
 4   and electronically stored information
 5   directed to plaintiffs.
 6       Q.    And what does this obligate you
 7   to do, if anything?
 8       A.    Provide documents that are
 9   requested.
10       Q.    And did you go through this
11   request for production?
12       A.    Yes.
13       Q.    Did you go through it with
14   counsel, without disclosing anything you
15   may have spoken with -- spoken about with
16   counsel?
17            MR. ROSEN:  Hold on a second.  I
18       have to object.  So -- so if you're
19       asking him if he discussed this with
20       us, that's not allowed.  So -- well,
21       since you're asking a question that
22       doesn't ask for attorney-client
23       privilege.
24       Q.    Did you seek to respond to this
25   document alone or with assistance?
```

```
 1              CASH - CONFIDENTIAL
 2                MR. ROSEN:  How does he --
 3       how -- I mean, I still have to object.
 4       So I'll just instruct, Mr. Cash.  So
 5       if you understand the question, you
 6       can answer it.  But you're not allowed
 7       to -- you should not -- I'm
 8       instructing you not to disclose
 9       anything that we've discussed, you've
10       discussed with any of the lawyers in
11       our office relating to this document
12       or anything else.  So if you can
13       answer the question without doing
14       that, that's fine.
15       A.    I don't know how I would answer
16    that question comfortably without doing
17    that.
18       Q.    Okay.  I'll ask you a different
19    question.
20              When you received this request
21    for production, did you go through this
22    alone and find the documents that are
23    requested in here?
24       A.    Are you asking if I went through
25    my documents alone?
```

Page 249

CASH - CONFIDENTIAL

1

2     Q.    Did you go through this document

3  alone and interpret the requests here on

4  your own?

5     A.    I don't recall.  We went over a

6  lot of stuff.

7     Q.    Can you tell me the process of

8  how you went about producing the documents

9  in accordance with those requests?

10     A.    I downloaded statements from the

11  financial institutions required and social

12  media posts.

13     Q.    Did you go through your text

14  messages?

15     A.    No.

16     Q.    Okay.  Are you aware that you

17  were supposed to go through your text

18  messages for responsive documents in this?

19     A.    There was nothing in my texts

20  related to anything.

21     Q.    How did you know if you didn't

22  go through them?

23     A.    The only things I've ever done,

24  I've been on social media, that I've

25  provided, and my bank statements, which

Page 250

1              CASH - CONFIDENTIAL

2    are not in a text message.

3         Q.    Did you look for hard copy

4    documents that were responsive to these

5    requests?

6         A.    I don't keep hard copy

7    documents.

8         Q.    Did you go through your

9    electronic files that were -- for

10   documents that were responsive to this

11   request?

12        A.    I don't store those.

13        Q.    You don't store documents on

14   your computer?

15        A.    Not related to this.  Bank

16   statements I get from the broker's

17   website, and I got the social media

18   downloads from the social media companies.

19   I don't save anything outside of that.

20        Q.    Did you go through your email

21   accounts?

22        A.    Same situation.  I don't email

23   about any of this kind of stuff.

24        Q.    And you don't receive emails

25   from your brokerage accounts?

Page 251

CASH - CONFIDENTIAL

1

2      A.      Sometimes.   They don't contain

3   anything in them.

4      Q.      What types of emails do you

5   receive from them?

6      A.      I might get an email that says

7   "Your statement is ready" with a link

8   going back to their website to view said

9   statement.

10      Q.      Okay.   And do you retain

11   investment records anywhere else?

12      A.      No.

13      Q.      Have you communicated in writing

14   with anybody regarding GameStop outside of

15   social media?

16      A.      No.

17      Q.      Did you turn over all of your

18   direct messages through these social media

19   accounts relating to the requests at

20   issue?

21      A.      To the best of my knowledge,

22   yes.

23      Q.      What social media accounts do

24   you engage in direct messages with?

25      A.      None that I can think of.

Page 252

1           CASH - CONFIDENTIAL

2      Q.     Reddit?

3      A.     Very rarely, if someone sends

4  you a private message, but most of that is

5  just like a public message board forum.

6      Q.     Did you in December of 2020 or

7  January of 2021 communicate with people

8  through direct messages on Reddit?

9      A.     Not that I recall.

10     Q.     Okay.  What about through your

11 Twitter?

12     A.     No.

13     Q.     Or Facebook?

14     A.     Correct.  No.

15     Q.     And you don't -- do you have any

16 messaging platforms like WhatsApp or

17 anything like that that's just

18 specifically for messaging?

19     A.     No.  I'm a basic text message

20 kind of guy.

21     Q.     And when did you give your

22 documents to counsel?

23     A.     I don't recall.  Multiple --

24 multiple times.

25     Q.     But it was within the last few

Page 253

                                CASH - CONFIDENTIAL

1        CASH - CONFIDENTIAL
2   months, would you say?
3        A.    I don't recall specifically.
4        Q.    You said you had a Tastyworks
5   account; correct?
6        A.    Correct.
7        Q.    Did you look through that
8   account for responsive information?
9        A.    I submitted statements for that.
10  It's a brokerage account.
11       Q.    And you produced the responsive
12  documents from Tastyworks?
13       A.    Yes.
14       Q.    When did you give counsel the
15  statements from Tastyworks?
16       A.    I believe that was yesterday.
17       Q.    Do you know how many statements
18  you produced from Tastyworks?
19       A.    I think it was three.
20       Q.    And for which months you did
21  that for?
22       A.    Maybe it was two.  January --
23  no.  I think it was three.  I think it was
24  December, January, and March.  And it was
25  odd.  There was no statement for February.

Page 254

1          CASH - CONFIDENTIAL

2              MR. ROSEN:  Actually, I think

3      there was one statement covered

4      February and March.

5              THE WITNESS:  Oh, got it.  There

6      was no separate statement from them.

7              MR. ROSEN:  Yeah.

8              THE WITNESS:  Okay.

9    BY MR. S. COHEN:

10      Q.    So based on the Reddit comments

11   that you made that we just looked at, you

12   were interested in pursuing litigation

13   related to the GameStop matter starting in

14   January 28, 2021; right?

15      A.    I was interested in pursuing

16   litigation.  Yes.

17      Q.    At that time and since, have you

18   deleted any relevant information or

19   documents that would have been responsive

20   to these requests?

21      A.    No.

22      Q.    From January 28, 2021, did you

23   make sure to preserve relevant documents

24   that would have been related to a future

25   lawsuit on this matter?

Page 255

```
 1              CASH - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    And how did you make sure to
 4   preserve those documents?
 5      A.    Well, I didn't really know what
 6   documents would be needed, because I'm not
 7   a lawyer.  But again, all the statements
 8   my brokers have on file, and Reddit and
 9   others have data downloads of your
10   comments that I was able to get.
11      Q.    Mr. Cash, that's it from me
12   today.  I appreciate you taking the time
13   for this deposition.
14            MR. ROSEN:  I have two quick
15      questions.
16   BY MR. ROSEN:
17      Q.    Mr. Cash, earlier today, you had
18   referred to Reddit Wallstreetbets
19   participants or people who post there as a
20   frat house of degenerate gamblers.
21            What did you mean by that?
22      A.    Yeah.  I mean, that was
23   mostly -- that was a joke.  But I was just
24   trying to characterize that, you know,
25   posts on Reddit should be taken with a
```

```
 1              CASH - CONFIDENTIAL
 2     grain of salt and should probably not be
 3     taken seriously as investment advice, and
 4     it was not anything that drove my
 5     decisions.  My decisions were based on my
 6     own research and analysis of the GameStop
 7     situation.
 8         Q.    Okay.  I don't have any further
 9     questions.
10              MR. S. COHEN:  Nor do I.
11              MR. ROSEN:  Okay.  Thank you,
12         Mr. Cash.
13              THE VIDEOGRAPHER:  Stand by
14         while I close the record.
15              This concludes today's
16         deposition by Thomas Cash.  The number
17         of media units used was five.  They
18         will be retained by Veritext Legal
19         Solutions.  We are going off the
20         record at 4:58 p.m. Eastern Daylight
21         Time.  Thank you, everybody.  Stay
22         safe.
23              (TIME NOTED:  4:58 p.m.)
24
25
```