# Exhibit 4

```
 1
 2         IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA
 3            CASE NO. 1:21-MD-2989-CMA
 4    IN RE:                         :
                                     :
 5    JANUARY 2021 SHORT             :
      SQUEEZE TRADING                :
 6    LITIGATION                     :
                                     :
 7    ------------------------       :
 8
 9         VIDEOTAPE DEPOSITION VIA ZOOM OF:
10                  ALVAN C. CHOW
11             TUESDAY, APRIL 25, 2023
12
13
14
15
16
17
18
19
20
21
22
23
24    REPORTED BY:
25    SILVIA P. WAGE, CCR, CRR, RPR
```

Page 38

ALVAN C. CHOW

1  interest in GME?
2     A. My initial interest was sparked by an
3  investment made by Dr. Michael Burry.
4     Q. And Dr. Michael Burry is the guy from
5  the mortgage backed securities, he's the guy in
6  "The Big Short," right?
7     A. That's correct.
8     Q. And how much research did you do into
9  GME prior to your initial investment?
10    A. A dozen hours maybe.
11    Q. Did you say a thousand hours?
12    A. No, a dozen, dozen.
13    Q. "A dozen," okay, sorry. I really
14 misheard you there.
15       Did the high shortage risk in GME
16 make it more appealing to you as a potential
17 investment?
18    A. Yes.
19    Q. And why is that?
20    A. Because it was a signal to me that
21 the market was -- the perception was heavily
22 skewed to the down side for that company. So
23 there was, you know, a tremendous negative
24 sentiment on GameStop, which I believed to be

Page 39

ALVAN C. CHOW

1  false.
2     Q. So you disagreed with the views of a
3  lot of these short sellers, right?
4     A. Correct.
5        MS. YOUNG: Let's look at Tab 1. I
6  think this will be 207.
7        (Deposition Exhibit 207, post titled,
8  "The Real Greatest Short Burn of the Century,"
9  was marked for identification.)
10    Q. I think if you -- this should just
11 take a second. It looks like it's loading. It
12 should be available now.
13       We can screen share it or you can
14 pull it up on your own, Mr. Chow. It's up to
15 you, whatever is more convenient.
16    A. Which tab?
17    Q. Sorry. It's Exhibit 207/Tab 1.
18    A. Okay, I'm pulling it up.
19    Q. Thank you.
20       And do you recognize this document
21 whenever you have it in front of you?
22    A. Yes, I do.
23    Q. And is this a post from you to the
24 sub-Reddit at Wall Street Bets on September 9th,

Page 40

ALVAN C. CHOW

1  2020?
2     A. Yes.
3     Q. Was this the first time that you
4  posted on Wall Street Bets, if you recall?
5     A. No.
6     Q. Do you frequently post on Wall Street
7  Bets prior to this time?
8     A. No.
9     Q. And on the intro section about
10 halfway down the page, do you see where you
11 write, "Sup gamblers feel bad about missing the
12 game train on Tesla. Fear not. Something much
13 greater and stupider is here"?
14    A. Yes.
15    Q. And what do you mean by "gamblers"?
16    A. Wall Street Bets was a community
17 known for very reckless investments, to the point
18 where they're not investments. They're just
19 buying options, which is very similar to a
20 gambling activity, where, you know, the outcomes
21 can be drastic.
22    Q. So were you suggesting that this --
23 were you referring to people who might be
24 interested in making a relatively speculative

Page 41

ALVAN C. CHOW

1  stock investment then when you said "gamblers"?
2     A. Right, right.
3     Q. And around this time had there been a
4  big, you know, price run up of Tesla stock in
5  investors that hadn't gotten in on the ground
6  floor and sort of missed out on that; is that
7  what the reference to Tesla is about?
8     A. Yes.
9     Q. And so when you wrote, "something
10 much greater and stupider is here," you're
11 talking about GameStop?
12    A. Yes.
13    Q. In the next paragraph, you talk about
14 Citadel, right?
15    A. Yes.
16    Q. And you write, "We're going to
17 temporarily join forces with the Galatic Empire
18 hijack the Death Star."
19       By "Death Star" were you referring to
20 Citadel?
21    A. Yes.
22    Q. And who is "we"?
23    A. "We" is whoever chooses to believe in
24 my analysis.

11 (Pages 38 - 41)

Page 90

ALVAN C. CHOW

1
2  that there was a high likelihood that GME could
3  hit $400 a share, did you think that there was a
4  high likelihood it could hit that when you factor
5  in, you know, short interest and the possibility
6  of a squeeze?
7      A.  Yeah, I think -- yeah, I think, it
8  probably should have went even higher.  But 400
9  felt, you know, very good to me.
10     Q.  And why did you say that it probably
11 should have gone even higher?
12     A.  You know, this probably intersects
13 with while we're here in the halts.  I think that
14 if -- you know, it's just so hard to say.  I just
15 don't know because what happened happened.  But
16 it seems to me that the halts caused some sort of
17 disruption in the price and, you know, if there's
18 nothing that happened, it would have gone higher.
19     Q.  So, when you said you were pricing
20 for "insanity," how did you account for that
21 expected insanity?
22     A.  I think the strongest analog is just
23 to look at Tesla.
24     Q.  Where you felt that Tesla's stock
25 price became disconnected from its underlying

Page 91

ALVAN C. CHOW

1
2  fundamentals?
3      A.  Not so much that it was disconnected
4  but just that it was a very fervor belief that
5  the company, you know, had a very bright future.
6      Q.  And then you characterized -- this is
7  a little bit further down.  You said, "I think
8  more value investing plus short burn, cherry on
9  top."
10         Do you see that?  I think it's about
11 midway down the page.
12     A.  Yes.
13     Q.  So you thought that a GME turnaround
14 was possible coupled with the possibility of a
15 short burn, right?
16     A.  Yes.
17     Q.  And both of these factors were
18 important to you or important to your thesis
19 about GameStop, right?
20     A.  Yes.
21     Q.  And why did you engage with other
22 users on social media that were commenting on
23 these posts?
24     A.  I consistently tried to look for
25 holes in my thesis so I that can exit, you know,

Page 92

ALVAN C. CHOW

1
2  if someone provides a piece of evidence that's
3  compelling and it disproves what I have to say.
4  So I engage with them to extract as much
5  information I can from them to see if I'm wrong.
6  That's why I talked with them.
7      Q.  So it's fair to say you kind of
8  wanted to debate with or learn from these other
9  users?
10     A.  Right.  Especially the ones that
11 disagreed with me so that, you know --
12     Q.  It's way of stress testing your
13 theory?
14     A.  Yes.
15         MS. YOUNG:  Let's go to Tab 4, which
16 I think will be Exhibit 210.
17         (Deposition Exhibit 210, Reddit
18 thread, was marked for identification.)
19     Q.  I think it should be available now.
20         Do you see that?
21     A.  Yes.
22     Q.  And do you recognize this document?
23     A.  I do.
24     Q.  And this is Wall Street Bets post you
25 made on December 1st, 2020?

Page 93

ALVAN C. CHOW

1
2      A.  Yes.
3      Q.  And it's titled, "The Real Greatest
4  Short Burn of the Century Part 3 GME Infinity
5  War"?
6      A.  Yes.
7      Q.  And near the top you write that
8  you're posting that, "The final warning bell in
9  that next time I post in 2021 will be to recap
10 the squeeze's result and post game porn along
11 with Deep Fucking Value and others."
12         And that, "This is the last stop
13 before the moon mission."
14     A.  Yes.
15     Q.  Do you see that?
16         And why did you want to warn others
17 in this way?
18     A.  I make these, you know, consecutive
19 posts because there's -- there was so much
20 happening and so many changes going on at the
21 company at that moment that I thought, you know,
22 people who were nice enough to read my previous
23 posts, I should keep them in the loop, in case
24 anything changed.  And, to me, at that point,
25 nothing had changed.  In fact, the thesis had

|  |  |
|---|---|
| Page 94<br>1  ALVAN C. CHOW<br>2  become even stronger.<br>3      Q. And at this point, you referred to a<br>4  "squeeze" rather than a short burn.<br>5          At this point in time, did you have a<br>6  view that that would be more of a short squeeze<br>7  in GME rather than a short burn?<br>8      A. I guess. I guess so. That's why I<br>9  wrote that word.<br>10      Q. And you mentioned Deep Fucking Value<br>11  here along with a couple of other Reddit users.<br>12          Why did you mention this group of<br>13  users?<br>14      A. I think I had been conversing with<br>15  them, you know, either directly or in a group and<br>16  they -- they shared my view and I was happy to<br>17  have some friends.<br>18      Q. And I think you testified earlier<br>19  that you thought that Mr. Gill didn't emphasize<br>20  the importance of Ryan Cohen's involvement in the<br>21  company quite as significantly as you; is that<br>22  right?<br>23      A. Yes.<br>24      Q. But were there any other kind of<br>25  differences in your investment thesis or strategy | Page 96<br>1  ALVAN C. CHOW<br>2      And so it seems easier to make like<br>3  large pronouncements, which is why I enjoy<br>4  engaging with them individually. But, yeah, I<br>5  don't know how else to, like, talk to, you know,<br>6  like everyone that wants and, you know, sort of<br>7  like identify the people who are interested in<br>8  evaluating the stock so that we can continue to,<br>9  like, find information, right.<br>10      So, if I engage with viewers in this<br>11  way, then it's more extremist than the people who<br>12  disagree can come out and then I can talk to<br>13  them. And, of course, you know, people who<br>14  already agree, I don't really care about, you<br>15  know.<br>16      Q. And you mention that GME would<br>17  release Q3 earnings a week later on December 8th,<br>18  I think.<br>19      Is that why you thought that this was<br>20  "the last stop before the moon"?<br>21      A. Yes.<br>22      Q. So you expected the GME stock price<br>23  would increase after earnings?<br>24      A. Yes.<br>25      Q. And further down you say that, "The |
| Page 95<br>1  ALVAN C. CHOW<br>2  with respect to GME that you observed?<br>3      A. I think he was a much more thorough<br>4  analyst than me. That's really all I can say.<br>5      Q. "He" being Gill?<br>6      A. Yes.<br>7      Q. And when you say, The next time you<br>8  post, you'll "recap the squeeze's result and post<br>9  game porn" and "this is the last stop before the<br>10  moon mission," you know, did you at all hope that<br>11  this post would gin up support for GME?<br>12      A. I think for the people who agreed,<br>13  you know, people who had been following along<br>14  this entire time, I was just providing more and<br>15  more information. But if you disagreed, I mean,<br>16  more power to you.<br>17      Q. So fair to say you weren't actively,<br>18  you know, trying to convince people to invest,<br>19  but for the people who also saw value or, you<br>20  know, agreed with your investment thesis, you<br>21  know, you did hope that they would support GME?<br>22      A. Yes. It's just the nature of these<br>23  forums where I don't actually know, you know, who<br>24  I am talking to. I could just be talking to<br>25  nobody. | Page 97<br>1  ALVAN C. CHOW<br>2  GME story can be broken up in two main theses and<br>3  that GME is both the deep value play and an<br>4  infinity short squeeze, which was credibility all<br>5  on its own."<br>6      And then you say, "When combining the<br>7  two, you get the trade of a lifetime."<br>8      I think this is under -- this is<br>9  under "GME Overview," that first paragraph there.<br>10      Do you see that?<br>11      A. Yes.<br>12      Q. And what's an "infinity short<br>13  squeeze"?<br>14      A. It's a planned infinity war title.<br>15  It's just a short squeeze.<br>16      Q. And this is about three months since<br>17  your first post about GME. At least, I think so.<br>18      Why were you still convinced that<br>19  there would be a squeeze?<br>20      A. Well, I guess, cause to me like just<br>21  the company keeps getting better, right. And the<br>22  shorts are not closing their position. So that's<br>23  why I thought it would happen.<br>24      Q. And further down you write, "I have<br>25  never ever seen a trade set up like this before. |

Page 98

```
 1                ALVAN C. CHOW
 2   I poured over every source of historical finance
 3   material that I can get my hands out.  Still have
 4   nothing to reference to.  In my opinion, this
 5   will look more like the 2008 MBS bet."
 6          Does "MBS" refer to mortgage-backed
 7   securities?
 8       A.  Yes.
 9       Q.  And what parallel were you drawing
10   here to the, you know, to the 2008
11   mortgage-backed securities bet?
12       A.  The fact that -- so, if you short a
13   stock, by nature you are borrowing against.  So
14   that's the inherent leverage built into it.
15   There's the lack of liquidity and then there's
16   the general consensus that's wrong.
17          And all these three things were
18   present in the 2008 mortgage-backed security bet
19   where people were, you know, had eight different
20   mortgages.  There was no one to sell it to and,
21   you know, they were wrong to expect the economy
22   to continue or whatever the personal lifestyle.
23          So it's drastic in the amount of
24   people that, I guess, you know, involved.  And
25   it's just such a strong, you know, price
```

Page 99

```
 1                ALVAN C. CHOW
 2   correction that I thought it would be equivalent
 3   to, you know, something as attention grabbing as
 4   2008.
 5       Q.  And beneath that you say, "Just stay
 6   fucking face ripping out of nowhere legendary HOF
 7   ticker bet that will bankrupt some funds and get
 8   people fired.  And, of course, but no community
 9   other than WSB's name next to it in the history
10   books.  And if I could pencil only our own lovely
11   GME Discord and Roaring Kitty's YouTube stream."
12          Do you see that?
13       A.  Yes.
14       Q.  And what's the reference to the
15   "legendary HOF ticker bet"?
16       A.  That's GameStop.
17       Q.  And when you say, that this is a bet
18   "with no community other than Wall Street Bets
19   name next to it in the history books," what did
20   you mean by that?
21       A.  Look, I think, for a long time retail
22   was not well-respected.  I think that's probably
23   still the case.  So this is a time where we found
24   a price -- sorry.
25          We found a company that was mispriced
```

Page 100

```
 1                ALVAN C. CHOW
 2   before anyone else did and we were the ones to do
 3   it, not Ray Dalio, not Warren Buffet or not --
 4   you know, whoever, Paul Tudor Jones.  It was the
 5   retail people.  And so I think that's a good win
 6   for the small guys.
 7       Q.  And by, "we," are you referring to
 8   like the Wall Street Bets community, the retail
 9   investors on the site?
10       A.  Yes.
11       Q.  And you saw this community as being,
12   at least, partially responsible for the price run
13   up of GME?
14       A.  I, actually, don't think so.  You
15   know, the buying power collectively of Wall
16   Street Bets at the time was very very little.
17   Again, you know, these crazy price movements
18   really just happened after Andrew Left of Citron,
19   you know, started to make a fuss and, of course,
20   Ryan Cohen increasing his stake.
21          You know, before all the media
22   attention, Wall Street Bets was maybe a less than
23   a tenth of what it is today.  Only after was it
24   revealed that we discovered that everyone sort of
25   joined.  So I think that, like, the impact of
```

Page 101

```
 1                ALVAN C. CHOW
 2   Wall Street Bets is drastically overstated.  We
 3   were just the first ones.
 4       Q.  But here you wrote with, "no
 5   community other than Wall Street Bets's name next
 6   to it in the history books," right?
 7       A.  Yes.
 8       Q.  And that's referring to GME?
 9       A.  Yes.  Like, we predicted it, right.
10       Q.  Right.
11          And so you're saying that -- you're
12   not saying that some of these other investors are
13   listed in the history books next to GME, right,
14   just the Wall Street Bets community?
15       A.  Yes.
16       Q.  And you also mentioned the GME
17   Discord and Roaring Kitty's YouTube.
18          Why did you mention those sites or
19   platforms?
20       A.  So that they could be recorded as
21   part of history.
22       Q.  Because you saw those, you know, the
23   GME Discord and Roaring Kitty's YouTube as
24   contributing to the success of this bet on GME?
25       A.  There is a small group of people who
```

26 (Pages 98 - 101)

```
                                                    Page 102                                                       Page 104
 1             ALVAN C. CHOW                                    1             ALVAN C. CHOW
 2   were collaborating for, you know, streaming                2       Q. And so, when you say, "consensus,"
 3   information.  And, you know, I have a limited              3   you're saying consensus that's contrary to your
 4   amount of time, limited amount of energy and               4   view?
 5   focus and, you know, it's very helpful when other          5       A. The "consensus" was that GameStop
 6   people can bring something to the table,                   6   would go bankrupt, yeah.
 7   something we haven't seen.  You know, they just            7       Q. Right.
 8   crawl the entire Internet web and, you know,               8          And so part of the factors that you
 9   share information.  So I am thankful for their             9   thought would lead to a "bubble" is that the
10   contributions and a lot of that was, like,                10   consensus was inconsistent with your conclusion?
11   brought up to Roaring Kitty and his YouTube               11       A. Yes.
12   streams.                                                  12       Q. And No. 10 on the list of Avengers --
13       Q. And you saw that the sharing of                   13   and this is on the second page -- says, "most
14   information on those platforms as contributing to        14   importantly you."
15   the success of this bet on GME; is that right?           15          And then it says beneath that, "CNBC
16       A. It helped me refine my thesis, yeah.              16   and other misled egotistic mass media companies
17       Q. If you look further down on the page,             17   and institutional investors continue time and
18   there is a header that states, "Act Two Avengers         18   time again look down upon the new generation of
19   assemble."                                                19   traders and laugh at Wall Street Bets.  Tell me
20       A. Yeah.                                              20   which one of them has read all of the Moody's
21       Q. It's in bold.                                      21   credit reports on GME?  Which one of them
22          Do you see that?                                   22   livestreams collaborative GME due diligence 20
23       A. Yes.                                               23   plus hours a week for six months plus straight?"
24       Q. And then beneath that, right below                24          This sentiment that you're -- you
25   the header numbered one, you say, "Let me show           25   know, expressed about institutional investors

                                                    Page 103                                                       Page 105
 1             ALVAN C. CHOW                                    1             ALVAN C. CHOW
 2   you the ridiculous Avengers teams we have.  By             2   looking down upon the new generation of traders
 3   Avengers team, I mean, all the bullish cases,"             3   and laughing at Wall Street Bets, did that
 4   and then there is a numbered list beneath that.            4   contribute to your desire to hold or buy or hold
 5          Why did you analogize the bullish                   5   GME at this time?
 6   cases for GME to the Avengers?                             6       A. No.
 7       A. That was one of my favorite movies at              7       Q. So why did you mention this?
 8   the time.  So I was just paying homage to them.            8       A. Well, I -- I find buy and hold
 9       Q. And No. 6 on the list -- this is if                9   GameStop because I believe in, you know,
10   you -- you have to go down to the next page.  You        10   turnaround story.  I believe it's mispriced.  I
11   mention three signs of a bubble, "leverage, lack         11   believe, you know, I can make money from it.  I
12   of liquidity and consensus."                              12   think it's just very interesting that -- my brain
13          And you say that, "consensus is a                  13   is, like, slowing down -- that, you know, even
14   necessary factor in identifying a bubble."                14   when we -- even when we shared all the stuff on
15          What does that mean in the context of             15   line publically, people still refused to look at
16   GME?                                                      16   the facts.  So that was very interesting to me.
17       A. Yeah.  Well, it seemed to me that the             17          Sorry.  It's like, hey, this apple is
18   market was extremely bearish on GameStop.  That          18   red and everyone is saying it's purple.  It's
19   was the consensus that it would go bankrupt.  So         19   like what the heck is going on.
20   everywhere online like most of the other forums          20       Q. And who are the people that you say
21   that I would read or any analysis about GameStop         21   "refused to look at the facts"?
22   was bearish.  So everyone thought it would go            22       A. So media news outlets, a lot of
23   bankrupt except for, you know, a handful of              23   people online who were posting on bearish
24   people, couple dozen probably that did enough of         24   articles, you know, it's reflective in the short
25   the work to know that that's not true.                   25   interest.  I didn't know who those shorts were,
```

27 (Pages 102 - 105)

```
                                              Page 106
 1              ALVAN C. CHOW
 2   but they increased their position.  So,
 3   obviously, they disagreed.
 4       Q.  And so you included this not because
 5   it was important to your investment thesis but
 6   just because you thought it was interesting?
 7       A.  Well, because I wanted to make a
 8   point that, you know, I don't think that they
 9   have the right analysis and we do.  A lot of
10   their analysis is very shallow, right.  So they
11   just -- oh, they say, bull blockbuster,
12   blockbuster, it's going to go bankrupt, whatever,
13   but they didn't do the work like we did.
14       Q.  And you saw this online community on
15   Wall Street Bets, you know, that had done this
16   actual research as being, you know, some of the
17   "Avengers" that were bullish on GME?
18       A.  I posted to Wall Street Bets, you
19   know, agnostic of who was on it.  But I just
20   wanted to, like, communicate to, you know, the
21   people in support of this company that it seemed
22   to me that nobody else did as much work as we
23   did, right.
24           So, you know, Wall Street Bets is
25   very big.  You know, you can make a posting and
```

```
                                              Page 107
 1              ALVAN C. CHOW
 2   nobody really cares but...
 3           Yeah, I was just trying to
 4   communicate a position to people who are in my
 5   camp.
 6       Q.  And when you say, "my camp," did you
 7   feel a sense of, you know, unity within this
 8   online community of retail investors that were
 9   supportive of GME?
10       A.  It's a very small subset of Wall
11   Street Bets, which is very -- you know, I think
12   it was like 800,000 or a million people at the
13   time.  It was a small subset of people on Wall
14   Street Bets.  I don't -- again, I don't know who
15   they are.  But I just wanted to communicate to
16   those people, just probably a couple dozen
17   handful of people.
18       Q.  So a subset of that community maybe
19   is more accurate to say?
20       A.  Yes, "a subset" of Wall Street Bets.
21       Q.  And the reference to "livestream
22   collaborative GME due diligence 20 plus hours a
23   week," does that refer to the Roaring Kitty?
24       A.  Yes.
25       Q.  And on Page 2 under "Act 3, the
```

```
                                              Page 108
 1              ALVAN C. CHOW
 2   trade," you suggest that price target is easily
 3   over 100 and that the Jeff Amazon target is 420.
 4           What's the reference to a hundred
 5   dollar a share target here?
 6       A.  I can't recall.  It probably has to
 7   do with something with price to sales ratio,
 8   price of earnings.
 9       Q.  So does that suggest that -- so
10   what's the difference then between that hundred
11   dollar share target and the $420 a share target?
12       A.  You know, when Tesla was experiencing
13   its own short burn, I had purchased it, you know
14   -- so this is pre-split prices.  So I purchased
15   it around 180 and it went to 420 and I sold --
16   actually, sorry.
17           I purchased it around 180 and it went
18   to 360, which is its all time high, and I sold at
19   360.  Who would have known that it went to over,
20   like, $3,000, right.  So there's a conservative
21   price target and there's a very, you know -- you
22   know, outlandish price target.  For reasons we
23   don't know why, but that's why I accounted for
24   that fact.  Like, this -- I'm just analoging from
25   Tesla, right.  I think, like, that there can
```

```
                                              Page 109
 1              ALVAN C. CHOW
 2   about so much --
 3       Q.  I'm sorry.  I didn't mean to
 4   interrupt you.
 5       A.  No, no, go ahead.
 6       Q.  No, no, please.
 7       A.  There can be some price appreciation
 8   and there can be, you know, one that makes, you
 9   know, makes you re-evaluate how you view the
10   world.
11       Q.  And so is 420 a share the more
12   outlandish price target?
13       A.  Yeah, relative to a hundred, yeah.
14       Q.  A hundred dollars a share was the
15   more conservative GME price target, in your view,
16   at that time, at least?
17       A.  Yes.
18       Q.  And so what did the, you know, $420 a
19   share price target for GME, what did that account
20   for that the hundred dollar share price target
21   didn't account for?
22       A.  Yeah, I think, I mention it right
23   after it.  But my text is a little bit hard to
24   see.
25           PS ratio of five, what else does it
```

28 (Pages 106 - 109)

Page 110

ALVAN C. CHOW

say?

Q. "Maybe four with console cycle revenue. That wouldn't even be considered a euphoric price with today's growth stocks."

And then for comparison, you mention a couple of tickers. One of which is Tesla.

A. Yeah. So, In Vidia 22; Tesla at 20 and what's the last one? Chewy at 5. So GameStop at --

(Stenographer Clarification.)

A. At Chewy, Chewy at 5.

So GameStop at 420 would be 4 times cheaper than In Vidia with the same evaluation. So 420 seems -- you know, it even seems conservative almost.

Q. I thought you said that a hundred dollars a share for GME was a conservative price target?

A. A hundred dollars is conservative, yes. 420 puts GameStop at a price to sell ratio of 5, which compared to like the 0 interest rate phenomenon back in the 20 -- late 2021 -- I'm sorry, late 2020 still made it cheaper than other expensive stocks so...

Page 111

ALVAN C. CHOW

Yeah, it's a spectrum, right.

Q. Do you recall any kind of discussion on social media about, you know, placing GME orders for 420 shares or any jokes about 420 around this time?

A. Yes.

Q. Is that in any way related to your $420 a share price target for GME?

A. Yes.

Q. Can you elaborate on that? What's the joke?

A. I think Elon Musk sort of popularized this number, 420. It's a reference to, I think, marijuana. Tesla hit this price and people speculated that GameStop would also hit this price sort of as a joke.

But if I look at it from a PS ratio, it's like very very reasonable.

Q. So going back to this differential between what you viewed as the conservative hundred dollar a share price target and the outlandish $420 a share price target, what factors did you see as contributing to that, to, you know, whether or not the price was closer to

Page 112

ALVAN C. CHOW

the conservative end or closer to the outlandish end?

MR. MUHLENDORF: Asked and answered. He's answered that a couple of times, I think.

I mean, you can go ahead.

THE WITNESS: Oh, sorry.

A. Can you say that again?

Q. Sure.

So what factors did you believe would contribute to whether or not GME's stock price was closer to the conservative hundred dollars a share price target or the more outlandish 420 price target?

A. Like, I make, you know, guesses, but I can't predict how the stock will behave. So, if it hits a hundred and there begins to show some weakness, you can shift your strategy. Maybe I'll just allocate a little bit for it in case it, you know, increases. If it hits 420, great. Then I'm done, right. That's what I expect sort of to happen. But, you know, you can't really predict the stock prices. They're just two different targets.

Q. I think that in your October 2020

Page 113

ALVAN C. CHOW

post you mention a price target of 400.

Do you know if here you're -- the reference to 420 is because of this joke that we were talking about earlier, or is there any kind of math that was rolling up into your increase from 400 to 420?

A. Yeah, it's mainly a joke. Although it's like a -- it's like reasonable, right. It's only like -- what is it? Half a percent more -- sorry, 25 percent more, if I -- yeah.

Q. And you purchased shares and call options of GME in late 2020, right?

A. Yes.

Q. And you made those purchases in a number of separate accounts, I think, an e-Trade investment account, an e-Trade IRA account, a Fidelity Roth IRA account and a Robinhood account?

A. Yeah.

Q. And why did you spread those trades across multiple accounts?

A. I don't really know. Maybe like ease of use of the brokerages. Retirements, you know, you can only buy shares. There was -- you know,

29 (Pages 110 - 113)

Page 114

ALVAN C. CHOW

1
2  some of the brokerages have different option
3  prices. Some of them have options commissions.
4  I just sort of just -- I don't really know;
5  again, multitude of factors.
6       MR. MUHLENDORF: Hey, Kathleen, now
7  that we've gotten through document, can you give
8  us a sense of how much time you've got left or
9  whether we need another break?
10      MS. YOUNG: I think I probably have
11 maybe another hour.
12      Is now a good time for a break? Do
13 you want to take a break for lunch.
14      MR. MUHLENDORF: Yeah, for everyone,
15 let's take a break.
16      MS. YOUNG: Okay.
17      MR. STERN: And, again, I will need a
18 short break at one just a reminder.
19      MS. YOUNG: Well, maybe we should
20 break for like 45 minutes.
21      THE VIDEOGRAPHER: Let's go off now
22 and then you can discuss.
23      The time is 12:34 p.m. This the end
24 of Media 2 and we are going off the record.
25      (Lunch recess taken 12:34 to 1:20

Page 115

1                  ALVAN C. CHOW
2  p.m.)
3       THE VIDEOGRAPHER: The time is
4  1:20 p.m. This is the beginning of No. 3 and we
5  are on the record.
6       Q. Mr. Chow, earlier today, I believe,
7  you testified that you began investing in GME
8  around September of 2020; is that right?
9       A. I believe so, yes.
10      Q. And from the account statements your
11 Counsel produced to us, I believe that you
12 continued investing in GME call options and
13 shares of GME throughout the end of the year of
14 2020; is that right?
15      A. Yes. Yes.
16      Q. So now we're going to take a look at
17 --
18      MS. YOUNG: Would you do Tabs 22 and
19 23, Vineet.
20      (Deposition Exhibit 211, Reddit
21 thread, was marked for identification.)
22      (Deposition Exhibit 212, video clip
23 of "Avengers Endgame" manipulated by Mr. Chow,
24 was marked for identification.)
25      MS. YOUNG: And I think this will be

Page 116

1                  ALVAN C. CHOW
2  Exhibit 211.
3       Q. I think it should be available now,
4  if you refresh your page.
5       A. Okay. It's loading.
6       Q. Do you see it now or is it still
7  loading?
8       A. I see it.
9       Q. And can you identify this document?
10      A. This is a video with -- it's a meme,
11 basically, a video meme.
12      Q. And this is a video that you posted
13 on Reddit on Wall Street Bets on January 14,
14 2021, right?
15      A. Yes.
16      Q. And it states, "GME End Game," and
17 then there are five rocket ship emojis, right?
18      A. Yes.
19      Q. What do the rocket ship emojis mean?
20      A. I guess it's in support of the
21 company. It signifies like an increase in price.
22      Q. And the price of GME stock?
23      A. Yes.
24      Q. And what did you mean by "GME End
25 Game"?

Page 117

1                  ALVAN C. CHOW
2       A. Kind of going off the theme of the
3  previous post, which was Infinity War. End Game
4  is the sequel to Marvel's sort of like Mano
5  series. So "End Game" is a I'll say reference to
6  Marvel.
7       Q. So you're tying this back to your
8  December 2020 post where you talk about the GME
9  Avengers?
10      A. Yes.
11      Q. And did you think that you were
12 reaching some conclusion about the end game of
13 GME?
14      A. You know, I believe around this time,
15 I think, these three that you see pictured here
16 Jim Grube, Ryan Cohen and Alan Attal, had joined
17 the Board of GameStop and so I thought this was
18 -- you know, at the -- previous to this, Ryan
19 Cohen was just an investor, right. So we were
20 unsure of his involvement in GameStop.
21      And we, you know, theorized -- "we"
22 as, you know, people who were just online and on
23 this string theorized, you know, maybe is he
24 going to buy the entire company, is he going to
25 -- you know, what is he going to do? We don't

Page 126

ALVAN C. CHOW

1
2  decrease on January 21st, 2021?
3      A.  No, I don't think so.  Well, like,
4  every day, you know, matters a lot, right.  At
5  this point, it's, basically, every hour.  If --
6  and there's all sorts of things that could
7  happen.
8          For example, let's say the stock runs
9  up to 200 and GameStop decides to do a share
10 offering, then it would probably tank a lot.  So,
11 you know, day to day it's like -- it's just
12 impossible or you're just watching it all the
13 time.  You're looking for, basically, every piece
14 of news, every hint of, like, weakness in the
15 stock.  You're just watching every thing.  It's
16 like -- it's so hard to predict, you know, what
17 will actually happen.
18     Q.  And why is it that at this time you
19 had to watch it this closely or like every hour
20 in your -- you know, really matters, as I think
21 that you put it?
22     A.  Oh, yeah.  Just cause I thought, you
23 know, there was more and more attention being put
24 towards it, especially after Andrew Left.
25     Q.  And "attention" from whom?

Page 127

ALVAN C. CHOW

1
2     A.  Everybody.
3     Q.  Do you mean investors, people on
4  social media?
5     A.  Like, everyone on the planet with an
6  Internet connection.
7     Q.  And did you think that that attention
8  was contributing to price volatility?
9     A.  Yes.
10    Q.  But you didn't have any view as to
11 whether or not the price of GME would increase or
12 decrease at that time?
13    A.  I -- certainly hoped it would.  But,
14 you know, it would just have to play whatever the
15 market gives you.
16        MS. YOUNG:  Let's look at previously
17 marked Exhibit 15, Vineet.
18        (Deposition Exhibit 15, article
19 titled, "GameStop jumps after hours as Elon Musk
20 tweets out Reddit board that's hyping stock," was
21 previously marked for identification.)
22    Q.  Okay.  I think it should be available
23 now.  It will be the first exhibit in the list.
24 Because this was previously used at a different
25 deposition.

Page 128

ALVAN C. CHOW

1
2     A.  Okay.
3        MR. MUHLENDORF:  The very top.
4        THE WITNESS:  Oh.  Oh, oh, I see.
5        MR. MUHLENDORF:  There you go.
6     A.  Okay, we see it.
7     Q.  And you see this is an article dated
8  January 26, 2021 titled, "GameStop jumps after
9  hours as Elon Musk tweets out Reddit board that's
10 hyping stock"?
11    A.  Yes.
12    Q.  And it states in the third bullet,
13 "The Tesla CEO tweeted GameStop stonk with I
14 think two exclamation points."
15        Did you see this tweet on
16 January 26th?
17    A.  Yes, I did.
18    Q.  And did this tweet signal anything to
19 you?
20    A.  Yes, it did.
21    Q.  And what did it signal?
22    A.  To me it signaled the height of the
23 mania, which I was very comfortable exiting my
24 position at that moment.
25    Q.  And what do you mean by "mania"?

Page 129

ALVAN C. CHOW

1
2     A.  So volatility in, I think, in markets
3  is rare because for the most part things are
4  priced appropriately and, of course, like over
5  time based on the fundamentals, things may
6  change.
7         If there is a very large market
8  moving event maybe similar to like I saw today
9  First Republic, you know, dropping 50 percent in
10 a day, there needs to be sort of like a marketer,
11 in my opinion, as a market participant to sort of
12 signal end of an episode.  You know, this is,
13 typically, for enthusiasm for bull cases.  This
14 is when everyone is at their max optimism.  And
15 for stocks that are decreasing, it's, typically,
16 at their max estimates.  It's hard to say exactly
17 what those are.
18        But Elon Musk is tweeting.  That to
19 me was signal.  Of course, maybe who knows, maybe
20 Donald Trump could have tweeted and I'd be wrong.
21 But to me, you know, Elon Musk was enough.
22    Q.  And when you say, "end of an
23 episode," what do you mean by that?
24    A.  It's like if you have a thesis on why
25 your stock is like unappreciated by the market,

33 (Pages 126 - 129)

|  |  |
|---|---|
| Page 130<br>1               ALVAN C. CHOW<br>2   you know, there needs to be like a beginning and<br>3   end point to your thesis.  So maybe similar to<br>4   Michael Burry in his mortgage-backed securities,<br>5   the end point for him was when Bear Stearns went<br>6   bankrupt.  That's when he knew, like, he was able<br>7   to -- like, that's the time to close out his<br>8   credit default swaps, right.  Because if he held<br>9   them, they would be worthless.  But there needs<br>10  to be a time to trade them, you know.<br>11       Q.  And, I think, you testified a few<br>12  moments ago that you think that market volatility<br>13  is "rare" because for the most part, you know,<br>14  stocks are priced appropriately.<br>15           Does that suggest that, you know,<br>16  during this period of volatility that you did not<br>17  think that GME was priced appropriately?<br>18           MR. STERN:  Objection.<br>19       A.  I didn't think GME was priced<br>20  appropriately, like, late 2020.  I thought<br>21  eventually it would be priced appropriately.<br>22       Q.  And when you mention the end point of<br>23  your thesis, I think you said, did you view<br>24  Elon's tweet as sort of being the end point of<br>25  your thesis in when you should exit your | Page 132<br>1               ALVAN C. CHOW<br>2           ALVAN CHOW: "You can see the risk in<br>3   his name.  If the stock went from 10 to 150, you<br>4   know, then everyone thinks, well, it should go<br>5   from 150 to 10,000, right?  There is no limit.<br>6           Who knows how high this could go.  It<br>7   could go to 1,000, 2,000.  You don't want to<br>8   overreact or try to steal a ball and risk a foul<br>9   in the key movements.  You want to be extremely<br>10  disciplined in everything that you are trained to<br>11  do.  So I was training myself to look for this<br>12  moment of euphoria.  And then right before after<br>13  hours, Elon tweeted, 'game stonk.'"<br>14           (Playing video concluded.)<br>15       Q.  And so this is the Elon Musk tweet<br>16  that we were just looking at, right?<br>17       A.  Yes.<br>18       Q.  And you call this the "moment of<br>19  euphoria"?<br>20       A.  Yes.<br>21       Q.  Why is it that you were confident<br>22  that this was an optimal time to sell?<br>23       A.  Because it's Elon Musk.  He's like<br>24  the coolest guy.<br>25       Q.  And did you think that his tweet |
| Page 131<br>1               ALVAN C. CHOW<br>2   position?<br>3       A.  In that moment, yes.<br>4       Q.  Is that because you didn't think the<br>5   stock price would continue to climb after that?<br>6       A.  Correct.  Personally --<br>7       Q.  Let's look at --<br>8       A.  I'm sorry.<br>9       Q.  Oh, sorry.  Go ahead.  I didn't mean<br>10  to interrupt you.<br>11       A.  It was more that I was comfortable if<br>12  it did increase.  Like, I was comfortable with<br>13  that price, right, like.  If it went to a<br>14  thousand or whatever, I don't care cause, you<br>15  know, cause that's the end point.  So it could<br>16  have still gone up, but that's -- it was<br>17  irrelevant to me.<br>18           MS. YOUNG:  So let's look at Tab 23.<br>19           (Deposition Exhibit 215, video clip<br>20  labeled, "CNBC Documentary #3.mp4," was marked<br>21  for identification.)<br>22           MS. YOUNG:  This will be Exhibit 215.<br>23       Q.  I think this is another clip.  So<br>24  Vineet can screen share once it's available.<br>25           (Playing video commences.) | Page 133<br>1               ALVAN C. CHOW<br>2   caused the GME stock price to shoot up and so<br>3   that --<br>4           MR. STERN:  Objection.  Sorry.<br>5       Q.  You can answer.<br>6       A.  Yes.<br>7       Q.  And that's why you thought that it<br>8   was the right time to sell?<br>9       A.  I don't remember exactly when I sold<br>10  but, generally, yes.<br>11          MS. YOUNG:  Let's look at Tab 24.<br>12          (Deposition Exhibit 216, video clip<br>13  labeled, "CNBC Documentary #4.mp4," was marked<br>14  for identification.)<br>15          MS. YOUNG:  And this will be<br>16  Exhibit 216, I believe.<br>17          (Playing of video commences.)<br>18          ALVAN CHOW:  "When Elon tweeted after<br>19  hours, I remember texting my dad.  I was like,<br>20  okay, this is the top for sure.  So I sold<br>21  everything after he did that.  So, by the skin of<br>22  my teeth, I escaped that.  I mean, this 8 million<br>23  is kind of like -- I'm like just eating scraps<br>24  that are left over from a massive battle.  I<br>25  think I'm really a small fish in a very crazy |

Page 150

IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION
4/25/2023 - Alvan C. Chow (#5878015)

E R R A T A   S H E E T

PAGE **9** LINE **4** CHANGE "Ch-Heng" should be Chi-Heng

REASON Typo

PAGE **14** LINE **22** CHANGE "there was an inflict change" should be "there was a change"

REASON Deponent misspoke

PAGE **62** LINE **2-3** CHANGE "I placed so much high" should be "I placed so much--high"

REASON Clarity

PAGE **82** LINE **20-21** CHANGE "Whom I to direct your investments." should be "Who am I to direct your investments?"

REASON Transcription error

PAGE **90** LINE **13** CHANGE "while we're here" should be "why we're here"

REASON Transcription error

PAGE **91** LINE **4** CHANGE "fervor belief" should be "fervent belief"

REASON Typo

*Alvan Chow*                        5/25/2023
Alvan C. Chow                       Date

[Continued on next page]

Page 150

IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION
4/25/2023 - Alvan C. Chow (#5878015)

E R R A T A   S H E E T

PAGE 97 LINE 14 CHANGE "it's a planned" should be "it's a play on the"
REASON Transcription error

PAGE 106 LINE 11 CHANGE "bull blockbuster" should be "blockbuster"
REASON Deponent misspoke

PAGE 110 LINE 14 CHANGE "In Vidia" should be "Nvidia"
REASON Typo

PAGE 113 LINE 11 CHANGE "sorry, 25 percent" should be "sorry, .25 percent"
REASON Transcription error

PAGE 117 LINE 4 CHANGE "Mano" should be "Thanos"
REASON Transcription error

PAGE 129 LINE 10 CHANGE "like a marketer" should be "like a marker"
REASON Transcription error

_Alvan Chow_     5/25/2023
Alvan C. Chow     Date

Page 151

1  IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION
2  4/25/2023 - Alvan C. Chow (#5878015)
3                    ACKNOWLEDGEMENT OF DEPONENT
4     I, Alvan C. Chow, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  ____*Alvan Chow*_____   ____5/25/2023_____
12  Alvan C. Chow                       Date
13  *If notary is required
14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                    _____ DAY OF _____, 20___.
16
17
18                    _____
19                    NOTARY PUBLIC
20
21
22
23
24
25