# Exhibit 5

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

     FOR THE SOUTHERN DISTRICT OF FLORIDA

3    Case No. 1:21-MD-2989-CMA

     - - - - - - - - - - - - - - - - - - - - -x

4

     IN RE JANUARY 2021 SHORT SQUEEZE

5    TRADING LITIGATION

6    - - - - - - - - - - - - - - - - - - - - -x

7                          March 24, 2023

                           9:05 a.m. CDT

8

9              ***** CONFIDENTIAL *****

10                   Virtual Videotaped

11   Deposition of BRENDAN CLARKE,

12   taken by Defendant, pursuant to Notice,

13   held remotely, before Sharon Pearce, RDR,

14   CRR, CRC, NYRCR, a Registered Diplomate

15   Reporter, Certified Realtime Reporter, and

16   Notary Public of the State of New York.

17

18              *       *       *

19

20

21

22

23

24

25

Page 2

1

2  A P P E A R A N C E S:

3

4      THE ROSEN LAW FIRM
              Attorneys for Plaintiffs
5              275 Madison Avenue
              40th Floor
6              New York, New York 10016
7      BY:  PHILLIP KIM, ESQ.
              LAURENCE M. ROSEN, ESQ.
8              MICHAEL COHEN, ESQ.

9

10

11      CRAVATH, SWAINE & MOORE LLP
              Attorneys for Defendant
12              825 Eighth Avenue
              Suite 4043B
13              New York, New York 10019
14      BY:  CAROLYN YOUNG, ESQ.

15

16

17

18   ALSO PRESENT:
19      HOWARD BRODSKY, Videographer
20      VINEET SURAPANENI, law clerk,
                        Cravath, Swaine & Moore LLP
21
22              *     *     *
23
24
25

```
 1        CLARKE - CONFIDENTIAL
 2            THE VIDEOGRAPHER:  Good morning.
 3     Here begins the video recorded virtual
 4     remote deposition of Brendan Clarke
 5     appearing from his location in
 6     La Grange Park, Illinois.  This
 7     deposition is taken by the defendant
 8     in re January 2021 Short Squeeze
 9     Trading Litigation, Case
10     No. 1:21-MD-2989-CMA, in the
11     United States District Court, Southern
12     District of Florida.
13            Today is Friday, March 24, 2023,
14     and the time is approximately
15     9:05 a.m. Central Daylight Time.  My
16     name is Howard Brodsky, and I am the
17     legal video specialist in association
18     with Veritext Legal Solutions with
19     offices located in New York, New York.
20     The court reporter is Sharon Pearce in
21     association with Veritext.
22            And counsel have stipulated that
23     the court reporter shall enter all
24     appearances for this proceeding into
25     the stenographic court record and have
```

```
                                        Page 4
 1          CLARKE - CONFIDENTIAL
 2        further stipulated and agreed that the
 3        court reporter may swear in the
 4        deponent remotely.
 5               Will the court reporter please
 6        swear in the witness.
 7   B R E N D A N   C L A R K E,
 8        having first been duly sworn by
 9        Sharon Pearce, the Notary Public,
10        was examined and testified as
11        follows:
12   EXAMINATION
13   BY MS. YOUNG:
14        Q.    Good morning, Mr. Clarke.
15        A.    Good morning.
16        Q.    My name is Carolyn Young.  I'm
17   an attorney from Cravath, Swaine & Moore.
18   And we represent the defendants in this
19   matter, Robinhood.
20               Have you ever been deposed
21   before?
22        A.    No.
23        Q.    Okay.  So I'll go over some
24   basics before we begin.
25               Do you understand that you've
```

```
                                    Page 5
 1          CLARKE - CONFIDENTIAL
 2   been sworn in and your testimony today is
 3   given under oath?
 4        A.    Yes.
 5        Q.    Is there any reason why you
 6   cannot give complete and truthful
 7   testimony today?
 8        A.    No.
 9        Q.    The court reporter is taking
10   down everything that we say.  So it's
11   important that you provide a verbal
12   response to any questions.  For example,
13   nodding your head or shaking your head
14   won't be recorded by the court reporter.
15            In a similar vein, let's just
16   try to make sure we don't talk over each
17   other.  I know that's challenging
18   sometimes on Zoom.  But I'll get through
19   my whole question, and I'll make sure to
20   wait until you get through your whole
21   answer before I jump back in.
22            During the course of the
23   deposition, your counsel might object to
24   some of -- the form of the questions that
25   I've asked.  That objection is just for
```

```
                                          Page 6

 1            CLARKE - CONFIDENTIAL

 2    the record.  Unless your counsel

 3    specifically instructs you not to answer a

 4    question, then you should proceed to

 5    answer the question even after you

 6    objects.  Okay?

 7         A.    Yes.

 8         Q.    If you don't understand any

 9    question that I've asked you, please just

10    let me know, and I will clarify it.  Same

11    thing if you don't hear any question

12    fully, just let me know, and I'll repeat

13    the question.

14               We'll try to take sort of

15    regular breaks every hour ish.  But if you

16    do need to take a break at any point, just

17    let me know, and I'll find a good place

18    for us to stop.

19               Did you take any steps to

20    prepare for your deposition today?

21         A.    Yes.

22         Q.    What steps did you take?

23         A.    I met with the Rosen legal team

24    and reviewed documents.

25         Q.    When did you meet with the Rosen
```

```
                                          Page 7
 1          CLARKE - CONFIDENTIAL
 2    legal team?
 3         A.     Over the past two days.
 4         Q.     Okay.  How many times?
 5         A.     Twice.
 6         Q.     And how long were those
 7    meetings?
 8         A.     Approximately two hours each.
 9         Q.     And so you mentioned you
10    reviewed some documents to prepare for
11    this deposition?
12         A.     Yes.
13         Q.     Did any of those documents help
14    refresh your recollection about the events
15    in this lawsuit?
16         A.     No.
17         Q.     Other than your counsel, did you
18    speak with anyone else to prepare for your
19    deposition?
20         A.     No.
21         Q.     Have you spoken with anyone else
22    about this deposition other than your
23    counsel?
24         A.     No.
25                MR. KIM:  Objection to form.
```

```
                                        Page 8
 1          CLARKE - CONFIDENTIAL
 2      Asked and answered.
 3      Q.    Other than meeting with your
 4  counsel for four hours and reviewing some
 5  documents, did you take any other
 6  preparatory steps before this deposition?
 7      A.    No.
 8      Q.    Okay.  Have you discussed this
 9  lawsuit with anybody other than your
10  attorneys?
11      A.    No.
12      Q.    Have you ever been a plaintiff
13  in a lawsuit before?
14      A.    No.
15      Q.    Have you ever been sued before?
16      A.    No.
17      Q.    Have you ever been in a criminal
18  proceeding before?
19      A.    No.
20      Q.    Have you ever participated in a
21  class action?
22      A.    No.
23      Q.    Are you currently employed?
24      A.    Yes.
25      Q.    What is your job?
```

```
                                            Page 9
```

1          CLARKE - CONFIDENTIAL

2     A.     My official title is operations

3    analyst.

4     Q.     At what company?

5     A.      Morningstar.

6     Q.      What is Morningstar?

7     A.      It's a financial services

8    company.  They basically sell software

9    service to investment managers and the

10   general public.

11    Q.     Okay.  And what do you do in

12   your role as operations analyst?

13    A.     I more or less just manage kind

14   of back-end responsibilities for one of

15   Morningstar's products called Retirement

16   Manager, so doing -- using Excel and SQL

17   for, like, data analysis and -- yeah.

18    Q.     What is Retirement Manager?

19    A.      It basically automates someone's

20   portfolios that they reach their input

21   retirement goal by the date at which they

22   want to retire.

23    Q.     And so when you say you work on

24   the back end, is that, like, a technical

25   role?

```
                                            Page 10
  1            CLARKE - CONFIDENTIAL
  2       A.     I would say somewhat technical.
  3       Q.     All right.  Can you elaborate on
  4   that?
  5       A.     I mean, I'm not coding per se,
  6   but I'm using SQL and working with
  7   databases.
  8       Q.     What kind of databases are you
  9   working with?
 10       A.     Just standard relation
 11   databases, so MySQL.
 12       Q.     Okay.  And what kind of data are
 13   you working with?
 14       A.     Essentially a lot of securities
 15   data, so fund data, and then PII data, so
 16   personally identifiable information data,
 17   customer data.
 18       Q.     And what do you mean when you
 19   say fund data?
 20       A.     Essentially just, you know,
 21   CUSIPs, internal IDs for identifying
 22   certain funds that customers use in
 23   Retirement Manager.
 24       Q.     What kind of customers use
 25   Retirement Manager?
```

```
                                            Page 11
 1              CLARKE - CONFIDENTIAL
 2       A.     So there's an individual product
 3   for, like, anyone that wants to use the
 4   product, and then there are also, like,
 5   employers that use Retirement Manager to
 6   handle their -- you know, their retirement
 7   plans for their employees.
 8       Q.     So is Morningstar a broker?
 9       A.     I don't know exactly.
10       Q.     So let me ask you this.
11              For an individual that uses
12   Retirement Manager, are they investing
13   their funds with Morningstar?
14       A.     Yes.
15       Q.     Okay.  In your role, do you
16   manage any client funds?
17       A.     No.
18       Q.     Does Morningstar also provide
19   services to help investors or investment
20   managers do research about particular
21   investments?
22       A.     Yes.
23       Q.     Okay.  What is that service or
24   software called?
25       A.     Well, they have, I mean,
```

Page 12

```
 1        CLARKE - CONFIDENTIAL
 2   numerous products, if you will, for sort
 3   of investment research.  They have a
 4   software service called Morningstar
 5   Direct, and then they also have --
 6   essentially their Morningstar.com product
 7   is sold for that purpose.
 8        Q.    Okay.  Can you describe those
 9   two products to me, the Morningstar.com
10   and the Morningstar Direct.
11        A.    So Direct is basically a
12   downloadable software that usually
13   investment managers use to get a full
14   breakdown, just many different point --
15   like, types of data on a particular
16   security or fund.  And then
17   Morningstar.com similarly offers a lot of
18   data on, you know, stocks, bonds, ETFs,
19   funds that with a subscription anyone from
20   the general public could use or, you know,
21   a fund manager.
22        Q.    So is Morningstar Direct
23   targeted to investment managers, or is
24   Morningstar.com is what the sort of
25   general public, as you say, would use?
```

```
                                             Page 13
 1          CLARKE - CONFIDENTIAL
 2      A.     More or less, yeah.
 3      Q.     Okay.  Do you use either of
 4  those services?
 5      A.     I do, yes.
 6      Q.     Which one do you use, or either,
 7  I guess?
 8      A.     Both.
 9      Q.     Okay.  And what do you use those
10  for?
11      A.     So Morningstar Direct I use more
12  for my actual job occasionally, and then
13  Morningstar.com I use personally.
14      Q.     Okay.  How do you use
15  Morningstar Direct for your job?
16      A.     Just to see if a fund is
17  incepted, and it's -- like, I can pass a
18  particular identifier in, search for it,
19  and if it's a valid fund, the fund will
20  come up in Morningstar Direct.
21      Q.     Okay.  And how do you personally
22  use Morningstar.com?
23      A.     Mostly to read news articles and
24  then also do analysis on individual
25  stocks.
```

```
 1          CLARKE - CONFIDENTIAL
 2      Q.      What kind of analysis does
 3  Morningstar.com let you do on individual
 4  stocks?
 5      A.      So it's mainly useful in my
 6  opinion for looking at determining if
 7  certain securities are undervalued.
 8      Q.      And what do you mean when you
 9  say undervalued?
10      A.      That their fair market value is
11  above what the current stock price is.
12      Q.      Okay.  And when you say fair
13  market value, how would you define that?
14      A.      Well, it's basically determined
15  by doing financial statement analysis.
16  It's not a super straightforward thing.
17      Q.      Okay.  Can you give me a little
18  more than based on financial statement
19  analysis?
20      A.      Yeah.  I'm not an equity
21  analyst, so it's not my, you know,
22  complete -- to my complete understanding.
23  But more or less, you know, you can assign
24  an equity certain maybe risk rating based
25  on -- you know, you can discount it as a
```

```
                                              Page 15
 1           CLARKE - CONFIDENTIAL
 2    different value essentially depending on,
 3    like, you know, the beta of an equity.
 4    And then you're also just looking at, you
 5    know, earnings per share.  Yeah.
 6        Q.    Okay.  And so what is the goal
 7    in identifying stocks where the fair
 8    market value is above the stock price?
 9             MR. KIM:  Objection to form.
10        Q.    You can answer.
11             MR. KIM:  The goal of what?
12        Q.    The goal of identifying stocks
13    where the fair market value is above the
14    stock price.
15        A.    The goal is to purchase a
16    security less than it should be worth in
17    hopes that you can make a good return on
18    it.
19        Q.    Does Morningstar have any
20    policies that restrict what securities you
21    yourself can buy and sell?
22        A.    Yes.
23        Q.    What are those policies?
24        A.    Well, for example, I -- we have
25    blackout periods where I cannot buy or
```

```
                                            Page 16
 1          CLARKE - CONFIDENTIAL
 2   sell Morningstar stock in certain dates,
 3   usually near earnings announcement.
 4        Q.    So do the policies relate only
 5   to Morningstar stock?
 6        A.    There are other restricted
 7   securities, but they're generally not,
 8   like, standard common stocks.
 9        Q.    What kind of stocks are they?
10        A.    I'm not 100 percent sure, in all
11   honesty.  But, I mean, they're very, like,
12   obscure securities that I -- I don't
13   really know the reason why they're
14   restricted per se.  But --
15        Q.    Okay.  But so it's a restricted
16   list of particular securities.
17        A.    Correct.
18        Q.    Okay.  So before you make a
19   trade, you have to consult that list.
20             Would that be accurate?
21        A.    Yes.
22        Q.    Okay.  Are there any other steps
23   with your employer that you have to take
24   before you make an investment?
25        A.    I don't think so.  I think
```

```
                                        Page 17

 1          CLARKE - CONFIDENTIAL
 2   that's it.
 3        Q.    Okay.  You have a college
 4   degree; is that correct?
 5        A.    Yes.
 6        Q.    Okay.  What degree do you hold?
 7        A.    I have a bachelor's degree in
 8   finance and economics.
 9        Q.    From what school?
10        A.    Marquette University.
11        Q.    That's in Milwaukee?
12        A.    Yes.
13        Q.    Is that right?
14              Okay.  When did you -- when did
15   you graduate?
16        A.    In May of 2021.
17        Q.    You provided your résumé to your
18   counsel; is that correct?
19        A.    Yes.
20        Q.    And your résumé lists coursework
21   for your bachelor of science in finance
22   and economics.  And one topic of
23   coursework is investment analysis.
24              Do you recall that?
25        A.    Yes.
```

```
                                              Page 18
 1            CLARKE - CONFIDENTIAL
 2       Q.     Okay.  What does that entail?
 3       A.     Well, that course covered many
 4   topics.  More or less, I think the most
 5   important aspects of the course were
 6   basically just financial statement
 7   analysis, trying to determine fair value
 8   for a stock.
 9       Q.     Okay.  The résumé also lists
10   coursework in financial modeling.
11              Can you tell me about that?
12       A.     Yeah.  So basically just
13   doing -- you know, using Excel,
14   determining the fair value of a stock,
15   using financial statements in Excel,
16   essentially.
17       Q.     Okay.  So your coursework in
18   financial modeling and investment analysis
19   are sort of one and the same.
20              Is that what you're saying?
21       A.     More or less.  I mean, there's a
22   lot of other things we did do.  But I
23   can't recall everything.  It was a while
24   ago.
25       Q.     Other than your bachelor degree,
```

```
                                         Page 19
  1          CLARKE - CONFIDENTIAL
  2     do you have any other educational
  3     credentials, like licenses or
  4     certifications of any kind?
  5          A.    No.
  6          Q.    So you don't have any
  7     certifications that relate to finance or
  8     investing, for example.
  9               MR. KIM:  Objection to form.
 10          A.    No.
 11               MR. KIM:  Asked and answered.
 12          A.    No.
 13          Q.    Thank you.
 14               Do you have a Facebook account?
 15          A.    No.
 16          Q.    Have you ever had a Facebook
 17     account?
 18          A.    Yes.
 19          Q.    When did you have that account?
 20          A.    I don't remember exactly, but
 21     maybe back in 2013.
 22          Q.    When did you close that account?
 23          A.    I don't remember exactly.
 24          Q.    I guess -- sorry.
 25               A better question is did you
```

```
                                          Page 20
 1          CLARKE - CONFIDENTIAL
 2   close that account?
 3        A.    I -- honestly, I can't remember.
 4        Q.    Do you recall when the last time
 5   you used that account was?
 6        A.    No.
 7        Q.    Would it have been in the last
 8   two years?
 9        A.    No.
10        Q.    Do you have an Instagram
11   account?
12        A.    No.
13        Q.    Have you ever had an Instagram
14   account?
15        A.    No.
16        Q.    What about TikTok?
17        A.    No.
18        Q.    You've never had a TikTok
19   account?
20        A.    No.
21        Q.    And do you have a Twitter
22   account?
23        A.    Yes.
24        Q.    Okay.  What is your Twitter
25   account handle?
```

```
 1          CLARKE - CONFIDENTIAL
 2      A.     I don't remember.
 3      Q.     How long have you had your
 4  Twitter account for?  Do you recall?
 5      A.     I don't remember.  Maybe four to
 6  five years.
 7      Q.     How often do you use Twitter?
 8      A.     Infrequently.
 9      Q.     So would that be, you know,
10  weekly?  Monthly?
11      A.     I only recently downloaded it
12  again.  So I hadn't been using it for
13  years prior to maybe a couple of weeks
14  ago.
15      Q.     Did you provide your counsel
16  with your Twitter handle?
17      A.     I can't remember.
18      Q.     Okay.  So we're going to mark
19  the first exhibit here, which will be
20  exhibit --
21          MR. KIM:  Are we going
22      sequential?
23          MS. YOUNG:  We are.  But this
24      was just marked in the prior
25      deposition.  So this is the previously
```

```
                                              Page 22

 1          CLARKE - CONFIDENTIAL

 2      marked Exhibit 2.

 3              MR. KIM:  And Brendan, they're

 4      going to put this in Exhibit Share.

 5      So your window, it will populate once

 6      they put it up in there.

 7              THE WITNESS:  Okay.

 8              MS. YOUNG:  You'll need to

 9      refresh, but we'll let you know once

10      it's dropped in there, and then you

11      can refresh.

12              THE WITNESS:  Okay.

13              (Defendant's Exhibit 2, A letter

14      dated February 27, 2023, was

15      previously marked for identification.)

16      Q.    Okay.  You can refresh.  It

17   should be -- it should be there for you.

18      A.    Okay.  I see it.

19      Q.    Okay.  So have you seen this

20   document before?

21      A.    Yes.

22      Q.    Okay.  If you can scroll down to

23   what is marked as page 2, but it's the

24   third page of the PDF.

25              Do you see your name?
```

```
                                          Page 23
 1          CLARKE - CONFIDENTIAL
 2      A.     Yes.
 3      Q.     The YouTube account provided
 4  here is  ███████████████
 5             Do you see that?
 6      A.     Yes.
 7      Q.     Is that the correct account
 8  name?
 9      A.     Yes.
10      Q.     Do you ever post videos to this
11  account?
12      A.     No.
13      Q.     Do you ever communicate with
14  other YouTube users through this account?
15      A.     No.
16      Q.     Do you ever post comments on
17  YouTube videos?
18      A.     I mean, I'm sure I have in the
19  past, but very rarely.
20      Q.     Is this account active today?
21      A.     Yes.
22      Q.     When was the last time you used
23  this account?
24      A.     Probably yesterday.
25      Q.     Was that just to watch a video?
```

```
                                          Page 24

 1           CLARKE - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    And below the YouTube account,
 4  we have a Reddit account here, ████████████
 5  is that correct?
 6      A.    Yes.
 7      Q.    Is that your correct Reddit
 8  account handle?
 9      A.    Yes.
10      Q.    You can put that to the side.
11           MS. YOUNG:  Vineet, can you
12      introduce Tab 9.
13           And we're going to introduce
14      another exhibit.  Okay.  This will be
15      Exhibit 12, because we're going
16      sequentially from the prior
17      deposition.
18           (Defendant's Exhibit 12, Brendan
19      Clarke Reddit post history, was hereby
20      marked for identification, as of this
21      date.)
22      Q.    Let me know when you can see
23  that.
24      A.    I still see Exhibit 0002.
25      Q.    Okay.  Okay.  See if you can
```

```
                                          Page 25
 1          CLARKE - CONFIDENTIAL
 2   refresh now.  It should be -- should be
 3   there.
 4       A.    Yeah.  I see it.
 5       Q.    Do you recognize this page?
 6       A.    Yes.
 7       Q.    What is it?
 8       A.    My Reddit post history.
 9       Q.    And is your Reddit account then
10   actually ██████████   You can see that here
11   at the top left above "Welcome to Reddit"?
12       A.    Yes.
13       Q.    Great.  And when did you create
14   this account?
15       A.    I suppose four years ago.
16       Q.    One of the things that you
17   posted on this account is your résumé to
18   solicit comments when you were first
19   applying for jobs; is that correct?
20       A.    Yes.
21       Q.    You can put this exhibit to the
22   side.
23          MS. YOUNG:  Vineet, can you
24       introduce Tab 23.
25          So this will be Exhibit 13.
```

```
                                        Page 26
 1          CLARKE - CONFIDENTIAL
 2               (Defendant's Exhibit 13, A
 3       Reddit post and résumé, was hereby
 4       marked for identification, as of this
 5       date.)
 6       Q.    We'll let you know when you can
 7   refresh when it's in there.
 8               Okay.  You can refresh and see
 9   if you can see it.
10       A.    Okay.  I see it.
11       Q.    Do you recognize this page?
12       A.    Yes.
13       Q.    What is it?
14       A.    Just one of my posts about my
15   résumé asking for feedback.
16       Q.    Why were you asking for feedback
17   on your résumé?
18       A.    Just to try and prove it to
19   increase the probability of me getting
20   interviews.
21       Q.    Can you scroll to the final
22   page -- or sorry -- the second-to-last
23   page of this document.
24       A.    Page 5 out of 6?
25       Q.    Let me just confirm.
```

```
                                        Page 27
```

```
 1          CLARKE - CONFIDENTIAL
 2              Sorry.  This will be page 6 of
 3    the PDF?
 4       A.    Yeah.  I think I see it.
 5       Q.    Do you recognize this résumé?
 6       A.    Yes.
 7       Q.    So this is one of the résumés
 8    that you -- one of the draft résumés, I
 9    should say, that you posted to Reddit for
10    feedback?
11       A.    Yes.
12       Q.    So I want to direct you under
13    "Projects," there's a section called
14    "Equity Portfolio Construction &
15    Analysis."
16              Do you see that?
17       A.    Yes.
18       Q.    This section says that you have
19    built and analyzed equity -- three equity
20    portfolios.
21       A.    Yeah.
22       Q.    Can you tell me about that
23    project.
24       A.    Yes.  So I don't honestly
25    remember that well what course this was
```

```
 1          CLARKE - CONFIDENTIAL
 2    in, but yeah.  I mean, it might have been
 3    in my investment analysis class.  But
 4    essentially, I'm pretty sure what we did
 5    is we picked -- like, we were put into
 6    teams.  We picked equities, and then we
 7    basically used those as our portfolios,
 8    and then we -- after, say, like, four
 9    weeks, we, you know, analyzed the
10    portfolios based on the close of, you
11    know, X date, and we, you know, analyzed
12    who had the better, you know, alpha Sharpe
13    ratio, et cetera.
14         Q.    Okay.  And so you selected the
15    equities that went into these three
16    portfolios that you built.
17         A.    Correct, yeah.  Well, yes.  I
18    built one and then analyzed three.
19         Q.    Can you tell me what a Sharpe
20    ratio is?
21         A.    Yeah.  So it's been a while, but
22    I think it's basically for risk-adjusted
23    returns.  A higher Sharpe radio, the
24    better risk-adjusted return.
25         Q.    What is a risk-adjusted return?
```

```
 1            CLARKE - CONFIDENTIAL
 2       A.    Basically a particular return
 3  that takes into account the -- you know,
 4  the risk, the riskiness of the investment
 5  choices.
 6       Q.    Okay.  How does it take that
 7  riskiness into account?
 8       A.    Mathematically, I can't remember
 9  exactly, but you look at betas of
10  securities basically.
11       Q.    What is a beta of a security?
12       A.    A beta is, like, a statistical
13  variable that I think measures the
14  standard deviation from, like, a mean
15  return of that security, and, like, a
16  riskier security will have more kind of,
17  you know -- be more standard deviations
18  away from the mean, so it will have a
19  higher beta.
20       Q.    And this says that you built
21  regressions calculating portfolio alphas,
22  betas, and Sharpe, Treynor, and Info
23  ratios.
24            So we just talked about betas.
25            What's a portfolio alpha?
```

```
                                      Page 30
 1            CLARKE - CONFIDENTIAL
 2       A.    A portfolio alpha is essentially
 3    a variable for, like, determining if your
 4    equity selection or equity -- or security
 5    allocation was -- gave you an ex-assess
 6    return relative to a benchmark.
 7       Q.    And what is a Treynor ratio?
 8            MR. KIM:  Carolyn, can we get to
 9       the relevance at some point?  I mean,
10       I don't want to sit here and relive
11       Mr. Clarke's entire college course
12       career.  So, I mean, let's wrap this
13       up.  I mean, is this going to get tied
14       into anything?
15            MS. YOUNG:  Yeah.  This is about
16       investing, which is why we're here
17       today.  And so this is our time, and
18       we're going to go through these
19       questions.  But we appreciate the
20       commentary.
21    BY MS. YOUNG:
22       Q.    So this résumé indicates that
23    you calculated Treynor ratios.
24            Can you tell me what that is?
25       A.    So the Treynor radio, it's --
```

```
                                              Page 31
 1           CLARKE - CONFIDENTIAL
 2   it's a more obscure ratio, same with
 3   Information ratio.  Honestly, I don't
 4   remember the exact details.
 5       Q.    Is it another way to understand
 6   an investment's risk-adjusted return?
 7             Does that sound correct to you?
 8       A.    I -- I -- honestly, I don't
 9   remember, but, I mean, generally, yes, all
10   of these things do that.
11       Q.    At the bottom here -- so I think
12   it's on the next page of the PDF -- you
13   list some interests, one of which is
14   equity research.
15             So is this a personal interest
16   of yours?  Is that why you're listing it
17   here?
18       A.    More or less, yeah.
19       Q.    And what is the purpose that
20   you're doing equity research on a personal
21   basis?
22       A.    Just for my personal
23   investments.
24       Q.    For your own investments.
25       A.    Yes.
```

```
                                                  Page 32
 1            CLARKE - CONFIDENTIAL
 2        Q.     You can put that exhibit to the
 3     side.
 4               MS. YOUNG:  Vineet, can we do
 5        Tab 25.
 6               (Defendant's Exhibit 14, A
 7        Reddit post and résumé, was hereby
 8        marked for identification, as of this
 9        date.)
10               MS. YOUNG:  This will be
11        Exhibit 14.
12        Q.     And it should be in your folder.
13        A.     Okay.  I see it.
14        Q.     Okay.  Do you recognize this
15     page?
16        A.     Yes.
17        Q.     Okay.  Is this you posting
18     another version of your résumé on Reddit?
19     Is that correct?
20        A.     Yes.
21        Q.     Okay.  Can you turn to the
22     second-to-last page again, which will be
23     the résumé.
24        A.     Okay.
25        Q.     And here, under "Projects," the
```

```
                                            Page 33
 1          CLARKE - CONFIDENTIAL
 2   second category is now "Equity Analysis &
 3   Modeling."
 4              Do you see that?
 5       A.     Yes.
 6       Q.     And you list various analyses
 7   that you did for particular individual
 8   investments or for companies; is that
 9   right?
10       A.     Yes.
11       Q.     Can you tell me about these
12   analyses that you did for these particular
13   investments.
14       A.     Yeah.  So this was another
15   project.  So basically, we were put into
16   teams.  We picked three individual
17   securities.  I picked NVIDIA.  And then
18   for each of the different securities,
19   we -- we used different kind of forms of
20   analysis.  So there's, like, different
21   financial models you can use to determine
22   a security's fair market value.
23              So, like, in this case, I did a
24   DCF model.  So -- and then the other ones,
25   there was, like, a discount dividend
```

```
                                              Page 34
 1           CLARKE - CONFIDENTIAL
 2    model.  There's -- it might say it in
 3    here.  I don't think it does.  But yeah.
 4    There's other financial models you can do.
 5    And there was another one.  But yeah.
 6        Q.    So all of these financial models
 7    that you were running, are they all trying
 8    to get to the fair market value of a
 9    stock?  Would that be accurate?
10        A.    More or less, yes.
11        Q.    You can close out of that
12    exhibit.
13              So we've been looking at --
14    these résumés were posted on some
15    sub-Reddits -- a Financial Careers Reddit,
16    a Résumé sub-Reddit.
17              How much time would you say you
18    spend on Reddit?
19              MR. KIM:  Objection to form.
20        A.    I used to spend a good amount of
21    time on it.  I don't have the app
22    installed anymore, though.
23        Q.    Are you familiar with a
24    sub-Reddit Wallstreetbets?
25        A.    Yes.
```

```
                                    Page 35
 1           CLARKE - CONFIDENTIAL
 2      Q.     What is Wallstreetbets?
 3      A.     It's basically just a place
 4  where a bunch of people go and give more
 5  or less their opinions about certain
 6  investments.
 7      Q.     Are you a member of that
 8  sub-Reddit?
 9      A.     Yes.
10      Q.     Have you ever posted or
11  commented on posts on Wallstreetbets?
12      A.     I don't think I've ever posted
13  anything, and I don't really remember if
14  I've ever commented on anything.
15      Q.     When did you first join
16  Wallstreetbets?
17      A.     Prior to maybe really early on
18  in the whole GameStop saga.
19      Q.     Do you have a sort of month in
20  mind that you would characterize as early
21  on in the saga?
22      A.     Honestly, I'm not 100 percent
23  sure.
24      Q.     It would have been in 2020; is
25  that correct?
```

```
                                            Page 36
 1              CLARKE - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3       A.    I don't know for sure, but
 4  possibly, yes.
 5       Q.    What caused you to join that
 6  sub-Reddit?
 7       A.    Well, it was kind of getting a
 8  lot of attention on the internet through,
 9  like, news articles.  And so I heard about
10  it and had to check it out for myself,
11  basically.
12       Q.    What was it getting attention
13  for?
14       A.    Just a lot of the kind of crazy
15  bets that certain people had on certain
16  securities, people doing, you know, due
17  diligence, if you could call it that, on,
18  like, certain securities getting a lot of
19  attention.
20       Q.    Okay.  And when you say "due
21  diligence, if you could call it that," why
22  would you characterize it that way?
23       A.    Because they're -- I mean,
24  they're doing some research on security
25  that may or may not include, like, you
```

```
 1          CLARKE - CONFIDENTIAL
 2   know, data from financial statements.  But
 3   at the end of the day, you know, they're
 4   giving their opinion and -- yeah.  It's
 5   sort of, you know, research, due
 6   diligence.
 7       Q.    Do you recall visiting
 8   Wallstreetbets in January of 2021?
 9       A.    I can't recall exactly.
10       Q.    You said earlier that you joined
11   Wallstreetbets sort of early on in the
12   GameStop saga.
13            What is the GameStop saga that
14   you're referring to?
15       A.    So more or less, there was this
16   YouTuber.  I think his name was, like,
17   Roaring Kitty or something.  And for,
18   like, quite some time -- I'm not exactly
19   sure how long, but prior to the stock
20   price of GameStop increasing, like, a
21   great deal, he was posting, you know,
22   like, more genuine, like, analysis of the
23   company, seeing how it was undervalued,
24   you know, how its shortage risk didn't
25   represent the actual, like, fair value of
```

```
                                            Page 38
 1            CLARKE - CONFIDENTIAL
 2    the stock, and so he was purchasing the
 3    stock.  And then, you know, over time,
 4    those videos just got more attention, and,
 5    you know, then it moved to Reddit, and
 6    people just started, you know, giving it
 7    even more attention, et cetera.
 8        Q.    What kinds of things were being
 9    said about GameStop at that time on
10    Reddit?
11        A.    So a lot of things.  I can't
12    recall exactly everything.  But, you know,
13    there are people doing their own analysis,
14    like I mentioned before, you know, saying
15    why they thought the stock price should
16    increase, more or less.
17        Q.    What were they saying about why
18    the price should increase for GameStop?
19        A.    Some people thought it was
20    undervalued.  Other people thought that,
21    you know, buying the stock, increasing the
22    price of the stock would force, like,
23    short sellers to cover their positions,
24    increasing the stock further.
25        Q.    So are you referring a short
```

Page 39

```
 1          CLARKE - CONFIDENTIAL
 2    squeeze when you say a short -- forcing
 3    short sellers to cover their positions?
 4        A.    Yes.
 5        Q.    So you recall the attempted
 6    short squeeze being discussed on Reddit
 7    about GameStop.
 8             MR. KIM:  Objection to form.
 9        Q.    Is that correct?
10             MR. KIM:  I don't know about
11         "attempted," but object -- I don't
12         think that was his testimony.  But
13         objection to form.
14             MS. YOUNG:  We can remove that
15         word.
16        Q.    Are you talking about the short
17    squeeze of GameStop on Reddit, being
18    discussed on Reddit?
19        A.    Yes.
20        Q.    What was your reaction to that
21    discussion on Reddit?
22        A.    I mean, at first, I thought that
23    it was just more or less entertaining.
24        Q.    Why was it entertaining?
25        A.    Just because, you know, I mean,
```

```
                                              Page 40
 1                CLARKE - CONFIDENTIAL
 2      after the stock price ran up a little bit,
 3      I didn't think that the stock was
 4      really -- I mean, my personal opinion was
 5      that it wasn't fairly valued anymore.  But
 6      you know, people were still confident in
 7      the stock, and that was just very, you
 8      know, interesting and entertaining to me.
 9           Q.    And when you say it's your
10      personal opinion that GameStop wasn't
11      fairly valued anymore after this run-up,
12      what do you mean by that?
13                MR. KIM:  Objection to form.
14           A.    I mean, you know, I can't recall
15      exact details as to, like, certain price
16      or something.  But, like, you know, after
17      it, you know, ran up even, like, just
18      tripled in price, you know, I didn't
19      really think that it was a fair value
20      anymore.
21           Q.    Why is that?
22           A.    Because, I mean, the company
23      just wasn't in a -- wasn't in a spot to
24      grow organically at that point still.
25           Q.    What is your understanding of
```

```
 1          CLARKE - CONFIDENTIAL
 2   why the price was running up so much?
 3              MR. KIM:  Objection to form.
 4       A.     There were people who wanted to
 5   buy the stock.
 6       Q.     Okay.  And does it relate to the
 7   short squeeze that you were talking about
 8   earlier?
 9              MR. KIM:  Objection to form.
10       A.     I don't -- I don't know for
11   sure.
12       Q.     Okay.  Let me rephrase that,
13   then.
14              Based on what you were seeing on
15   Wallstreetbets on Reddit at the time,
16   what's your understanding of why the price
17   was running up on GameStop?
18              MR. KIM:  Objection to form.
19       You've already asked him the same
20       question.
21       Q.     You can go ahead.
22              MR. KIM:  Calls for speculation.
23       Lack of foundation.
24       A.     Just because people were buying
25   the stock.
```

```
                                             Page 42
 1            CLARKE - CONFIDENTIAL
 2       Q.    So you testified that you saw
 3   people on Reddit commenting that buying
 4   the stock would increase the price of
 5   stock and would force short sellers to
 6   cover their positions.
 7             Do you recall that?
 8             MR. KIM:  Objection to form.  It
 9        mischaracterizes testimony.
10       A.    Yes.  Some people discussed
11   that.
12       Q.    Okay.  So people on
13   Wallstreetbets were discussing reasons
14   they thought the price of GameStop was
15   going to increase; is that correct?
16             MR. KIM:  Objection to form.
17       A.    Yes, some.
18       Q.    Okay.  And you recall viewing
19   those conversations on Wallstreetbets.
20       A.    Yeah.  I mean, some, again.
21       Q.    And you mentioned you saw news
22   articles about this as well during the
23   run-up; is that correct?
24             MR. KIM:  Objection to form.
25        What is "this" referring to?  Are you
```

```
                                            Page 43
 1           CLARKE - CONFIDENTIAL
 2      saying this Wallstreetbets?  This,
 3      that, whatever else?
 4      Q.    Sure.  So you mentioned that one
 5  of the reasons that you got into
 6  Wallstreetbets was because there were news
 7  articles about Wallstreetbets during the
 8  price run-up of GameStop; is that correct?
 9      A.    Yes.
10      Q.    Do you recall what those news
11  articles said?
12           MR. KIM:  Objection to form.
13      Asked and answered.
14      A.    I can't remember exactly.
15      Q.    Okay.  Do you remember at all
16  what they said?
17      A.    I -- I don't know for sure.
18      Q.    I understand.  But what is your
19  memory?  You reference those articles.
20  That is the reason that you joined
21  Wallstreetbets.
22           What is your memory of what they
23  were saying at the time?
24           MR. KIM:  Objection to form.
25      Asked and answered.  He said he didn't
```

```
                                            Page 44
 1           CLARKE - CONFIDENTIAL
 2      remember.  Now you're asking him to
 3      guess?
 4              MS. YOUNG:  No.  He says --
 5              MR. KIM:  Calls for speculation.
 6              MS. YOUNG:  He says, "I don't
 7      know for sure."
 8      Q.    I'm asking you just what your
 9   memory was.
10              MR. KIM:  Then he didn't
11      remember.
12              MS. YOUNG:  Phil, it's been
13      asked --
14              MR. KIM:  Asked and answered.
15              MS. YOUNG:  Okay.  Your
16      objection is noted.
17      Q.    You can go ahead, Mr. Clarke.
18      A.    Like I said, I don't really
19   remember exactly.  But, I mean, more or
20   less, they were just giving, like, a
21   summary of, you know, why -- like, why
22   this price of GameStop was, you know, so
23   volatile and also just, like, what
24   Wallstreetbets was.
25      Q.    Okay.  When you say that price
```

```
                                        Page 45
  1          CLARKE - CONFIDENTIAL
  2     of GameStop, the articles were noting it
  3     was volatile, what does that mean to you?
  4          A.    Just that it was changing
  5     rapidly.
  6                MR. KIM:  Hey, Carolyn, we've
  7          been going for an hour.  I mean, I
  8          don't want to break your flow.  But do
  9          you think this is a good time for a
 10          break, or if you've got a few more
 11          questions to close this topic, feel
 12          free.  But I just wanted to flag that.
 13                MS. YOUNG:  Sure.  We can do a
 14          few minutes here.
 15                MR. KIM:  Okay.  Five minutes?
 16                MS. YOUNG:  Sure.  A couple more
 17          questions.
 18                MR. KIM:  Oh, oh.  I thought you
 19          said you wanted to take a break now.
 20                Okay.  Go ahead.
 21     BY MS. YOUNG:
 22          Q.    Are you still a member of
 23     Wallstreetbets?
 24          A.    I don't remember for sure.
 25          Q.    You don't remember removing
```

```
                                              Page 46
 1          CLARKE - CONFIDENTIAL
 2   yourself, I guess, from the Wallstreetbets
 3   sub-Reddit.
 4        A.    Yeah.  I'm not 100 percent sure.
 5        Q.    Okay.  When was the last time
 6   you recall being on Wallstreetbets?
 7        A.    I can't remember, honestly, for
 8   sure.  A while ago.
 9        Q.    Okay.  And so you joined early
10   on in the GameStop saga, you said.
11             How frequently were you visiting
12   Wallstreetbets sort of in early 2021?
13        A.    In the beginning, like, earlier
14   on in that timeframe, maybe a few times a
15   day, and then as, you know, the stock
16   price was getting even more volatile, I
17   visited it more frequently, you know,
18   maybe, like, a dozen times a day just
19   because, like, there was so much traction
20   on the sub-Reddit.
21        Q.    And were you following at that
22   time -- in early 2021, were you following
23   the news as well about GameStop?
24        A.    Yes.
25        Q.    How frequently?  Would you say
```

```
                                        Page 47
 1          CLARKE - CONFIDENTIAL
 2   daily?
 3       A.    I mean, you know, I don't know
 4   for sure, but probably.  I mean, it was
 5   essentially in the news every day, anyway.
 6   So yeah.
 7       Q.    Are there any particular users
 8   that were posting on Wallstreetbets that
 9   you followed more closely?
10       A.    No.
11       Q.    So are you a follower of Roaring
12   Kitty?
13       A.    I -- I saw, you know, people
14   talking about him, and then after the
15   fact, I did, like, look at his original
16   videos.  But I didn't necessarily follow
17   his Reddit posts.
18       Q.    Okay.  We can take a five-minute
19   break now if that works for you.
20              MR. KIM:  Yeah.  Fine.  Thanks,
21       Carolyn.
22              THE VIDEOGRAPHER:  The time is
23       10:01.  We are off the record.
24              (Recess)
25              THE VIDEOGRAPHER:  The time is
```

```
                                    Page 48
 1          CLARKE - CONFIDENTIAL
 2       10:09.  We are on the record.
 3   BY MS. YOUNG:
 4       Q.    Mr. Clarke, I just have one
 5   question from the discussion we were just
 6   having about Reddit.
 7            Do you recall ever deleting any
 8   posts or comments that you made on Reddit?
 9       A.    I don't remember.
10       Q.    You don't remember either way if
11   you've done that?
12       A.    Yes.
13       Q.    You are an investor in the stock
14   market; correct?
15       A.    Yes.
16       Q.    When did you start investing?
17       A.    I don't remember exactly, but
18   say maybe shortly after I turned 18.
19       Q.    And how many years ago was that?
20       A.    Five.
21       Q.    What was the reason that you
22   started investing?
23       A.    To try and make money, more or
24   less.
25       Q.    You were a Robinhood customer;
```

```
                                      Page 49
 1           CLARKE - CONFIDENTIAL
 2    correct?
 3         A.    Yes.
 4         Q.    When did you become a Robinhood
 5    customer?
 6         A.    I don't remember exactly, but
 7    maybe 2018, 2019, something around there.
 8         Q.    Do you still use Robinhood?
 9         A.    Infrequently, but yes.
10         Q.    What do you mean by
11    infrequently?
12         A.    I don't really have that much,
13    like, cash or, you know, capital in
14    Robinhood anymore.  So I mainly use other
15    brokerages over Robinhood now.
16         Q.    What are the other brokerages
17    that you use?
18         A.    Charles Schwab.  I also have a
19    TD Ameritrade.  And then I recently opened
20    up Fidelity just, like, a week ago.
21         Q.    When did you open your Charles
22    Schwab account?
23         A.    So right after I started at
24    Morningstar.  So it has my 401k, and then
25    I also have a Roth IRA in -- at that
```

```
                                          Page 50
 1         CLARKE - CONFIDENTIAL
 2    brokerage.
 3         Q.    When did you -- when was that,
 4    that you started at Morningstar?
 5         A.    December of 2021.
 6         Q.    And when did you open your TD
 7    Ameritrade account?
 8         A.    That was my original account.
 9    So I don't know exactly, but probably
10    2017.
11         Q.    And do you still use that
12    account today?
13         A.    Yeah.  The account is still
14    open, and I use it infrequently.
15         Q.    Okay.  And what do you mean by
16    infrequently in this instance for TD?
17         A.    I don't have too much cash on
18    that account, so I don't really make too
19    many trades or purchase many securities on
20    it.
21         Q.    Of Robinhood, Charles Schwab, TD
22    Ameritrade, and Fidelity, what would you
23    say is your main brokerage account that
24    you use most frequently?
25         A.    Right now my Charles Schwab.
```

```
                                        Page 51
  1           CLARKE - CONFIDENTIAL
  2       Q.      Have you traded in GameStop in
  3   any of these accounts?
  4       A.      Only Robinhood.
  5       Q.      On any of your brokerage
  6   accounts, do you review company-specific
  7   information?
  8       A.      Like, such as?
  9       Q.      So for example, some apps might
 10   have a feature where you can click into a
 11   particular stock and view news about that
 12   company.
 13           Is that the type of thing that
 14   you do on any of your brokerages?
 15       A.      I mean, I look at news for the
 16   companies that I invest in, but not
 17   necessarily in the brokerage app.
 18       Q.      On the apps, do you keep
 19   lists -- any sort of lists or collections
 20   of stocks that you're following?
 21       A.      I have lists in my Robinhood
 22   account, and the other accounts, no.
 23       Q.      What about news about the market
 24   in general?  Do you view any of that on
 25   your brokerage accounts, on the apps?
```

```
                                            Page 52
 1            CLARKE - CONFIDENTIAL
 2      A.     Not really.  I don't -- I don't
 3  really think so.  I -- like, more or less
 4  when it comes to news, I, like, have,
 5  like, other apps downloaded specifically
 6  for news.  So, like, for example, like,
 7  CNBC, the Wall Street Journal, and then I
 8  get notifications frequently about, you
 9  know, market news from those sources.
10      Q.     Do you have particular
11  notifications set up for market news?
12      A.     Well, I have notifications
13  turned on for those apps that I mentioned.
14  So not specifically for market news per
15  se, but they just kind of give market news
16  in general, if that makes sense.
17      Q.     So you don't have, right, like,
18  a particular set of terms, for example,
19  that you're getting notifications on.
20  It's just anything that is on those
21  platforms?
22      A.     Yeah.  Exactly.  Just general
23  notifications.
24      Q.     Do you invest on behalf of
25  anyone else?
```

1        CLARKE - CONFIDENTIAL

2       A.    No.

3       Q.    Does anyone invest on your

4    behalf?

5       A.    No.

6       Q.    Have you ever hired an

7    investment or a financial advisor?

8       A.    No.

9       Q.    How much time currently would

10   you say that you devote to investing for

11   yourself personally?

12      A.    It depends on kind of, like,

13   what's in the news, more or less.  Like,

14   right now, I'm spending a little bit more

15   time than, say, I was maybe, you know,

16   three months ago or so.

17      Q.    Why is that?

18      A.    Just because I think the

19   markets -- I mean, it's my opinion that

20   the markets are in, like, a little bit of

21   a precarious state, and I have investments

22   in some companies that have run up, like,

23   a good amount this calendar year that I'm

24   debating on whether I should just de-risk

25   and sell off.

```
                                          Page 54
 1            CLARKE - CONFIDENTIAL
 2        Q.     What are those companies?
 3        A.     AMD and NVIDIA.
 4        Q.     What is AMD?
 5        A.     Advanced Micro Devices.  It's
 6   basically a company that creates and
 7   sells, like, computer chips in, like,
 8   various forms.  So, like, it could be,
 9   like, a graphics card.  Yeah.
10        Q.     And what about NVIDIA?  What is
11   that?
12        A.     They more or less do the same
13   thing.  They have more kind of business
14   units.  Like, they also do, like, software
15   and -- yeah.  Their reach is a bit more
16   broad than AMD's.
17        Q.     Is that the same company that
18   you did work on in college to analyze that
19   stock?  Is that right?
20        A.     Yeah, for that project.  Yeah.
21        Q.     What kind of analyses do you do
22   on those investments?
23            MR. KIM:  Objection to form.
24        A.     For those two stocks in
25   particular?
```

```
 1          CLARKE - CONFIDENTIAL
 2      Q.     Sure.   We can start with that.
 3  Yeah.
 4      A.     More or less just looking at
 5  earnings growth relative to market price,
 6  you know, trying to get a fair value for
 7  the stock relative to market price.   And
 8  those are obviously growth stocks, so, you
 9  know, they may or may not be -- they may
10  be loosely decoupled from the fundamentals
11  at times.
12      Q.     Okay.   What do you mean by
13  decoupled from the fundamentals?
14      A.     Like, essentially, you know,
15  taking into account, like, the book value
16  plus, like, expected growth.   You know,
17  growth stocks can go beyond, you know,
18  just, like, the bottom line, taking growth
19  and, you know, bottom line book value into
20  account, more or less.
21      Q.     What is a growth stock?
22      A.     More or less a stock that has
23  high estimates for increasing earnings
24  over time.
25      Q.     Apart from those two stocks,
```

```
                                            Page 56
 1           CLARKE - CONFIDENTIAL
 2    when you decide that you're considering
 3    purchasing a particular security, can you
 4    walk me through how you make that
 5    decision.
 6              MR. KIM:  Objection to form.  Is
 7         there a time period we're talking
 8         about?  We're talking about now?
 9         Yesterday?  Tomorrow?
10         Q.   I assume we can't talk about
11    tomorrow.  But sure.
12              Like, if today you were going
13    to -- you were considering an investment,
14    what would be your process?
15         A.   Do -- I mean, it depends why I
16    was purchasing the security, like, for
17    what reason.
18         Q.   What are the different reasons
19    you would consider purchasing a security?
20         A.   Well, I mean, if I wanted to be
21    a long-term shareholder, my analysis would
22    be different than if I was just trying to,
23    like, make a trade essentially.
24         Q.   Okay.  In the latter case, where
25    you're just trying to make a trade, what
```

1              CLARKE - CONFIDENTIAL

2    is your process?

3        A.    More or less momentum, so just,

4    like, general volume, sentiment in the

5    current moment, volatility in the stock.

6        Q.    How do you assess the sentiment?

7        A.    General market news, so, like,

8    any, like, announcements that came from

9    the company, how that's affecting the

10   stock price.  Yeah.

11       Q.    What about volatility?  How do

12   you assess volatility?

13       A.    More or less, you know, if

14   volume is increasing or accelerating for a

15   security.

16       Q.    In that case, you would consider

17   it more volatile?  Is that correct?

18       A.    Yes.

19       Q.    Okay.  What if you are looking

20   to be a long-term investor?  What's your

21   process there when you're considering an

22   investment?

23       A.    I would try to come to the

24   conclusion that buying into the company at

25   its current levels is below the fair

```
                                    Page 58
 1           CLARKE - CONFIDENTIAL
 2    market value, and also I just look at, you
 3    know, how the company is currently doing,
 4    like, what their growth prospects are in
 5    the future, like, if they have, you know,
 6    a good competitive advantage, you know,
 7    how influential in my opinion do I think
 8    the company will be in the future, things
 9    of that nature.
10        Q.    Of the sort of financial
11    statement analyses that we discussed
12    earlier that were part of your college
13    courses, do you undertake those analyses
14    when you're considering a stock?
15            MR. KIM:  Objection to form.
16        A.    It depends really.
17        Q.    What does it depend on?
18        A.    Well, like, certain -- like, you
19    might use a different financial model
20    than, like -- you might look at different
21    metrics from the financial statement --
22    financial statements depending on, like,
23    what type of company you're looking at or,
24    like, what industry the company is in, et
25    cetera.
```

```
                                            Page 59
 1            CLARKE - CONFIDENTIAL
 2       Q.     Okay.  So you do those analyses.
 3   Just it depends what type of stock.  You
 4   might do a different one of those analyses
 5   and rely on different factors for each
 6   investment; is that right?
 7       A.     Yeah, more or less, yeah.
 8       Q.     In January 2021, would you say
 9   this process, both for making a trade and
10   for considering a long-term investment,
11   was that the same process that you used at
12   that time?
13            MR. KIM:  Objection to form.
14       A.     I can't really remember.
15       Q.     Do you recall ever having a
16   different process when you're considering
17   an investment?
18       A.     I can't really remember.
19       Q.     Do you recall ever considering
20   an investment in January 2021?
21       A.     Sorry.  Can you repeat the
22   question?
23       Q.     Do you recall ever considering
24   making an investment in a particular
25   security in January 2021?
```

```
 1           CLARKE - CONFIDENTIAL
 2      A.      Yes.
 3      Q.      What was that security?
 4      A.      GameStop.
 5      Q.      Was that the only investment
 6  that you considered in January 2021?
 7      A.      I don't know for sure.  I can't
 8  really remember.
 9      Q.      You don't recall any other
10  investments that you were considering at
11  that time; is that right?
12      A.      Yes.
13      Q.      Okay.  When you're determining
14  whether you might sell a particular
15  security, what is your process for
16  considering that sale?
17      A.      It again kind of depends on,
18  like, the nature of why I bought the
19  security in the first place.  But yeah.
20      Q.      Can you walk me through that?
21      A.      So for example, if I purchased
22  the security to -- you know, for, like,
23  long-term purposes, I would really only
24  sell the stock if -- I mean, I might sell
25  the stock if I thought the overall market
```

```
                                        Page 61

 1             CLARKE - CONFIDENTIAL
 2   was going to deteriorate, like, in the
 3   near term in hopes of buying it back for
 4   an even lower price.  Otherwise, I would
 5   more or less just hold that security until
 6   I thought that, you know, there were
 7   material kind of, you know, changes in the
 8   business that made it less competitive and
 9   less compelling to own and grow in the
10   future.
11             And then on the other hand, if I
12   was, you know, just making a trade or
13   something, you know, I might not want to
14   own the security long term, so I would
15   more or less, you know, try and -- I mean,
16   it would depend on -- there's a lot of
17   different factors.  But, you know, I might
18   just sell out when I made a good profit,
19   or, you know, I might hold the trade a
20   little longer because I thought, you know,
21   it could go a little higher in the short
22   term, and then when I thought it got close
23   enough to fair market value, I might sell
24   it.  It kind of depends.  But yeah.
25   That's generally --
```

```
                                        Page 62
 1          CLARKE - CONFIDENTIAL
 2      Q.    We talked about general sort of
 3  news about the market.
 4              Are there any particular
 5  programs or segments about investing that
 6  you follow?
 7              MR. KIM:  Objection to form.
 8      You're talking about TV shows?
 9      Programs?  I don't understand the
10      question.  But --
11              MS. YOUNG:  Sure.  We can walk
12      through those one at a time.
13      Q.    TV shows?
14      A.    I mean, occasionally, I'll
15  watch, like, for example, like, CNBC.
16      Q.    Any particular program or
17  segment on CNBC?
18      A.    No.  Just in general, they give,
19  you know, realtime news more or less, so
20  it's sometimes useful to watch for that
21  news.
22      Q.    What about podcasts?
23      A.    Not really.  I -- I can't really
24  remember if I have -- I mean, I've
25  definitely seen -- briefly listened to
```

```
 1          CLARKE - CONFIDENTIAL
 2   podcasts in the past, but, like, I really
 3   don't listen to podcasts.
 4       Q.    The ones you've listened to in
 5   the past, those are investment-related
 6   podcasts?
 7       A.    I can't remember exactly, but, I
 8   mean, definitely not exclusively.
 9       Q.    And you don't recall what any of
10   the investing-related podcasts are that
11   you've listened to; is that correct?
12       A.    Yeah.  I don't really remember.
13       Q.    Do you subscribe to any
14   newsletters about investing?
15       A.    No.
16             MR. KIM:  You don't subscribe to
17       Morningstar?
18             THE WITNESS:  Oh, yes.  So yes,
19       I guess.
20       Q.    Did you start that subscription
21   when you started your job at Morningstar?
22       A.    Yes.
23       Q.    Are there any YouTube creators
24   that you follow that discuss investing?
25       A.    I mean, not really that I follow
```

```
                                           Page 64
 1          CLARKE - CONFIDENTIAL
 2   per se.  Like I mentioned before, I, like,
 3   saw some of, like, for example, Roaring
 4   Kitty's videos.  Yeah.  Beyond that, other
 5   creators I don't really watch particularly
 6   for investing or -- yeah.
 7        Q.    Other than Wallstreetbets, are
 8   you part of any investing-related
 9   sub-Reddits?
10        A.    I don't really remember exactly,
11   but possibly, because there were other
12   kind of, like, adjacent sub-Reddits to
13   Wallstreetbets that, you know, more or
14   less went hand in hand, and I possibly
15   could have, you know, looked at or even
16   subscribed to those adjacent sub-Reddits
17   when I used Reddit back then.
18        Q.    When you say they were adjacent
19   to Wallstreetbets, is that that they were
20   created sort of around the same GameStop
21   run-up events as Wallstreetbets?
22        A.    Well, I don't know if they were
23   created even just for GameStop.  But, I
24   mean, you know, they would post, like,
25   more or less the same sort of, like,
```

```
                                        Page 65
 1          CLARKE - CONFIDENTIAL
 2   things, like, their, you know,
 3   conclusions, their own personal opinions
 4   about certain securities and other, like,
 5   various, like, posts.  Yeah.
 6       Q.    Do you recall during that time
 7   period, so let's say December of 2020
 8   through February of 2021, any sub-Reddits
 9   that were devoted to particular
10   securities?
11       A.    No.
12       Q.    So you don't recall any, for
13   example, GameStop-specific sub-Reddits.
14            MR. KIM:   Objection to form.
15       Asked and answered.
16       A.    I -- I really don't remember
17   exactly.
18       Q.    Do you receive market news on
19   Twitter?
20       A.    Such as?
21       Q.    Any news related to the stock
22   market.
23       A.    Right now, I -- so recently,
24   since I've re-downloaded the app, yes.
25       Q.    Okay.  So are you saying that
```

```
                                        Page 66
 1           CLARKE - CONFIDENTIAL
 2   any of the sort of stock market news that
 3   you're now following you only recently
 4   followed in the last -- I can't remember
 5   what you said -- one month maybe since you
 6   re-downloaded it?
 7       A.    Yes.
 8            MR. KIM:  Objection to form.
 9       Q.    And so previously, you didn't
10   follow any market news sources.
11       A.    I can't recall exactly, but
12   possibly, yes.
13       Q.    Do you use Discord?
14       A.    Yes.
15       Q.    What is your user handle on
16   Discord?
17       A.    I can't remember exactly.
18       Q.    Okay.  What is Discord?
19       A.    It's basically just, like, a
20   place where you can chat with other people
21   through text or voice.
22       Q.    What do you use Discord for?
23       A.    I don't really use it that much
24   anymore, but I used to use it to, like,
25   communicate with people when I was, like,
```

```
 1          CLARKE - CONFIDENTIAL
 2    playing video games.
 3        Q.    How long have you had a Discord
 4    account for?
 5        A.    I don't remember exactly, but
 6    maybe since 20 -- 2017.
 7        Q.    Were you a part of any
 8    conversations on Discord that related to,
 9    as you referred to it, the GameStop saga?
10        A.    No.
11        Q.    How would you describe your
12    current investment strategy?
13            MR. KIM:  Objection to form.
14        Asked and answered.
15        A.    It kind of depends.  I think, as
16    I mentioned earlier, like, it depends what
17    I'm trying to get out of the investment.
18        Q.    Okay.  So how would you describe
19    that to me, then?
20            MR. KIM:  Objection to form.
21        Asked and answered.
22        A.    So, like, for example, if I was
23    trying to invest in a company long term, I
24    would more or less buy and hold that
25    security as I deemed, you know, necessary,
```

```
 1           CLARKE - CONFIDENTIAL
 2    and then -- or if I was trying to make a
 3    trade, I would, you know, buy and sell the
 4    securities as I thought was adequate.
 5         Q.    Do you focus on any particular
 6    type of stocks?
 7         A.    It depends.  I don't really
 8    invest in certain -- certain industries
 9    exclusively.  But, like, for example, I do
10    invest heavily in, like, semiconductors
11    stocks, just because I think they're a
12    good long-term investment.  And then
13    beyond that, I just invest in, you know,
14    good companies that are underpriced,
15    generally.
16         Q.    How would you characterize your
17    risk tolerance when you invest?
18         A.    So right now, I have a pretty
19    long time horizon, so I would characterize
20    my risk tolerance as high.
21         Q.    Why does the long time horizon
22    matter for how you characterize your risk
23    tolerance?
24         A.    Well, I mean, I'm 24.  So I'm
25    not going to be hitting retirement age
```

Page 69

```
1           CLARKE - CONFIDENTIAL
2   anytime soon for the next, you know,
3   30-plus years at least.
4       Q.    Would you say that your
5   investment strategy has changed at all
6   since 2021?
7            MR. KIM:  Objection to form.
8       A.    No.
9       Q.    Do you have experience trading
10  options?
11      A.    Yes.
12      Q.    What are options?
13      A.    They're essentially a derivative
14  of a security where you have the option to
15  purchase, you know -- like, for example a
16  call option, you have the option to
17  purchase stock -- or a stock at some point
18  in the future at a specified price.
19      Q.    Why do you trade options?
20      A.    Well, options can be used as
21  insurance.  They can also be used as, you
22  know, a kind of a levered investment, you
23  know, financial product.
24      Q.    What do you mean they can be
25  used as insurance?
```

```
 1            CLARKE - CONFIDENTIAL
 2       A.     I mean, for example, if you had
 3   a portfolio that, you know -- and you
 4   thought, for example, the market -- the
 5   broad market was going to deteriorate for
 6   any reason, you could buy, you know, like,
 7   put options on, you know, any security or
 8   something which would act as insurance,
 9   you know, on the rest of your portfolio so
10   that your drawdowns aren't as excessive.
11       Q.     You testified earlier that you
12   invested in GameStop in January of 2021;
13   is that correct?
14       A.     Yes.
15       Q.     What kind of company is
16   GameStop?
17       A.     A -- essentially a retail
18   franchise store that sells video games and
19   other things.
20       Q.     Have you ever done any research
21   into GameStop as a potential investment?
22       A.     I don't really remember exactly
23   at the time.
24       Q.     You don't recall if you did any
25   research into GameStop in January 2021.
```

```
                                         Page 71
 1            CLARKE - CONFIDENTIAL
 2       A.    In -- yeah.  I mean, I would
 3   have looked at, you know, general market
 4   sentiment and, like, certain things like
 5   value of the stock when I purchased it
 6   back then, but I don't really remember
 7   exactly anything else.
 8       Q.    Okay.  And that's because you
 9   were considering it a short-term
10   investment; is that correct?
11       A.    Yes, at that time, yes.
12       Q.    And so the things that you
13   previously testified you looked for for a
14   short-term investment are momentum,
15   volume, sentiment, and volatility; is that
16   correct?
17       A.    Yes.
18       Q.    Anything else?
19       A.    I mean, if -- like, for example,
20   recently, I bought some Charles Schwab
21   stock because I thought it was kind of
22   oversold unnecessarily in light of the
23   whole recent banking crisis, if you could
24   call it that.  So, you know, I looked at
25   that as being very oversold in the
```

```
                                      Page 72
 1            CLARKE - CONFIDENTIAL
 2    short-term, so I purchased it in, you
 3    know, the hopes of just selling it off
 4    shortly after I purchased it.
 5        Q.    What do you recall about the
 6    momentum of GameStop in January of 2021?
 7        A.    Well, generally, it was just
 8    becoming more and more of a, you know,
 9    trending security, and volume was
10    accelerating.
11        Q.    I guess maybe to back up, how
12    would you define momentum when you say it?
13        A.    Essentially just accelerating
14    volume.
15        Q.    And can you tell me more about
16    what you mean by it being a trending
17    security?
18        A.    Yeah.  Like, one that's, you
19    know, being talked about in the news
20    frequently, one that just many people are
21    discussing in social media -- on social
22    media and stuff.
23        Q.    And so what were you seeing
24    about GameStop in January of 2021 that
25    causes you to say it was a trending
```

Page 73

```
 1          CLARKE - CONFIDENTIAL
 2   security?
 3      A.    Just the -- you know, the
 4   various news posts and articles that came
 5   out about GameStop and in social media,
 6   you know, just everyone discussing that
 7   individual's stock.
 8      Q.    What was the content of those
 9   news articles and social media posts that
10   you're referring to, generally?
11      A.    Just, I think as I mentioned
12   earlier, like, you know, why it was so
13   volatile, you know, people's opinions on
14   it.  Yeah.
15      Q.    Okay.  When you say why it was
16   so volatile, what were -- what was in the
17   news about why it was so volatile?
18          MR. KIM:  Objection to form.
19      Asked and answered.
20      A.    Basically just, like, why people
21   were buying the stock, why they thought
22   people were buying the stock for what
23   different reasons in their, you know,
24   opinion.
25      Q.    What were those reasons?
```

1              CLARKE - CONFIDENTIAL

2        A.     I mean, there was many reasons,

3   but, you know, some people like the

4   company.  Other people, you know, were

5   buying the stock in hopes that there would

6   be a short squeeze.  You know, I'm sure

7   some people were buying it, just like me,

8   for kind of like the momentum trade,

9   things like that.

10       Q.     So how would you describe the

11  sentiment, then, as it relates to GameStop

12  in January of 2021?

13       A.     I mean, I would say it depends

14  on, you know, the party that you're

15  asking.  But, like, the general -- in the

16  general public, it was -- it had positive

17  sentiment.

18       Q.     And that's something that you

19  considered when you were considering the

20  trade.  Is that accurate?

21       A.     Yeah.

22       Q.     And for volume, what were you

23  observing with respect to the volume of

24  GameStop in January 2021?

25              MR. KIM:  Objection to form.

Page 75

```
 1              CLARKE - CONFIDENTIAL
 2         Asked and answered.
 3         A.    Just that, you know, it had
 4    elevated volume, and that volume wasn't --
 5    it was accelerating over time.
 6         Q.    What about volatility?  What
 7    were you observing with respect to
 8    volatility for GameStop in January of
 9    2021?
10         A.    More or less just that
11    heightened volume.  Yeah.  I'm not really
12    sure exactly, but, you know, possibly also
13    just the general market volatility was
14    heightened at that period.  I don't
15    remember exactly.  But maybe looking at
16    the VIX or something.
17         Q.    What's the VIX?
18         A.    The volatility index.
19         Q.    And what does that represent?
20         A.    It's been a while, so
21    technically speaking, I don't remember
22    exactly, but it's an index that was
23    created by the CBOE, and it measures, you
24    know, just general kind of volatility in
25    the stock market.
```

```
 1            CLARKE - CONFIDENTIAL
 2       Q.     And what do you recall about the
 3   reasons that, as you say, general market
 4   volatility was heightened at that time?
 5            MR. KIM:   Objection to form.
 6       A.     I mean, I don't remember
 7   entirely, but, I mean, definitely, you
 8   know, the dollar inflows into the, you
 9   know, stocks like GameStop contribute to
10   it, for example.
11       Q.     When you say stocks like
12   GameStop, what other stocks would you put
13   into that basket?
14       A.     Stocks like AMC and all the
15   other relevant securities in this case.
16       Q.     And would you classify those
17   stocks as Meme stocks?
18       A.     I --
19            MR. KIM:   Objection to form.
20       A.     I don't -- I don't really know
21   for sure.
22       Q.     What causes you to group those
23   stocks together?
24       A.     Well, those were the stocks that
25   were kind of most heavily invested in that
```

```
                                           Page 77
 1            CLARKE - CONFIDENTIAL
 2    period that had significant investor
 3    losses as a result of Robinhood's actions.
 4        Q.    Were they also stocks that had a
 5    significant run-up in price in January of
 6    2021?  Would you agree with that?
 7        A.    Yes.
 8        Q.    Have you heard the term Meme
 9    stock before?
10        A.    Yes.
11        Q.    When did you first hear that
12    term?
13        A.    It was discussed, like, you
14    know, in sub-Reddits like Wallstreetbets,
15    and then also, you know, the news articles
16    at the time were discussing them.
17        Q.    What is your understanding of a
18    Meme stock?
19        A.    More or less where, you know,
20    the fundamentals of a company weren't
21    strong, but people, you know, invest in
22    them anyway for whatever reason.
23        Q.    Is GameStop a Meme stock?
24            MR. KIM:  Objection to form.
25        Asked and answered.
```

```
 1          CLARKE - CONFIDENTIAL
 2      A.    It, you know, depends who you
 3  ask.  I don't really know.
 4      Q.    Okay.  So I'm just asking you on
 5  your thoughts, if you think GameStop is a
 6  Meme stock.
 7          MR. KIM:  Objection to form.
 8      Asked and answered.
 9      A.    No.
10      Q.    Okay.  Why do you say that?
11      A.    I mean, it's -- you know, it
12  still has a legitimate underlying business
13  model.  So I don't see it as, you know, a
14  Meme stock.
15      Q.    Okay.  What is one stock that is
16  a Meme stock?
17      A.    Well, I don't -- I don't really
18  view any of the stocks as, like, Meme
19  stocks personally.  But, you know, people
20  in, for example, like, Wallstreetbets
21  would have classified stocks like GameStop
22  and AMC and Blackberry as Meme stocks, for
23  example.
24      Q.    Have you ever looked at any --
25  sorry.  Strike that.
```

Page 79

```
 1           CLARKE - CONFIDENTIAL
 2              In January 2021, did you look at
 3    SEC filings by GameStop?
 4        A.    I don't remember exactly, but
 5    probably not.
 6        Q.    Okay.  So you didn't look at any
 7    company financial statements, for example.
 8        A.    I don't remember exactly.
 9        Q.    You don't recall ever having
10    looked at one of GameStop's financial
11    statements; is that correct?
12              MR. KIM:  Objection to form.
13        A.    At that time, I really don't
14    remember exactly if I did or did not.
15        Q.    Do you recall any company
16    announcements from GameStop in January of
17    2021?
18        A.    No.
19        Q.    We discussed earlier various
20    analyses and modeling that you have
21    experience doing with respect to specific
22    stocks.
23              Do you recall that?
24        A.    Yes.
25        Q.    Have you ever modeled GameStop
```

```
                                                Page 80
 1             CLARKE - CONFIDENTIAL
 2   using any of those analyses?
 3        A.    No.
 4        Q.    We talked a little bit about a
 5   short squeeze in GameStop.
 6             When do you recall first hearing
 7   about had that short squeeze?
 8        A.    On -- I don't remember exactly,
 9   but, you know, it was discussed on, like,
10   Reddit, like, on Wallstreetbets, for
11   example.
12        Q.    Can you explain what exactly is
13   a short squeeze in your understanding?
14        A.    Yeah.  So more or less, you
15   know, when people take out a short
16   position on a stock, they're selling that
17   borrowed stock into the market
18   immediately, and, you know, it's
19   essentially debt that they have to
20   repurchase the stock at some point in the
21   future to close out the position, give it
22   back to the lender.
23             So if, you know, the stock price
24   runs up, they might be paying -- the
25   people with the short positions might be
```

```
                                       Page 81
 1            CLARKE - CONFIDENTIAL
 2    paying an excess kind of, like, risk
 3    premium on that short position, and they
 4    might not want to pay that anymore, so to
 5    close it out, they have to repurchase the
 6    stock at -- you know, on the open market
 7    to close out their position, which would
 8    further increase the price, as, you know,
 9    more stock is being purchased.
10        Q.    And so you mentioned that you
11    heard about that on Reddit, on
12    Wallstreetbets.
13            What specifically did you hear
14    about a potential short squeeze?
15            MR. KIM:  Objection to form.
16        Asked and answered.
17        A.    I mean, I think as I mentioned
18    earlier, I don't remember exactly, but,
19    you know, it was being discussed on, like,
20    Wallstreetbets that people thought there
21    could be, you know, a short squeeze.
22        Q.    And I think you mentioned
23    also -- and correct me if this is wrong,
24    but that AMC was also a potential short
25    squeeze that you saw discussed?  Is that
```

```
                                              Page 82
 1          CLARKE - CONFIDENTIAL
 2   correct?
 3              MR. KIM:  Objection to form.
 4       A.    I don't remember exactly.  But
 5   yeah.  I mean, AMC was also being
 6   discussed on platforms like Reddit,
 7   Wallstreetbets.  So, you know, it's
 8   possible that that was also being targeted
 9   as, like, a short squeeze stock.
10              MR. KIM:  Carolyn, we're hitting
11        hour two.  So maybe we could take a
12        break when you're finished with this
13        line of questioning or whenever --
14        shortly would be nice.
15              MS. YOUNG:  Yes.  Shortly is
16        good.  I'll have just a few more
17        questions.
18              MR. KIM:  Sure.
19       Q.    When you say a short squeeze
20   target, what do you mean?
21       A.    I mean just a particular
22   security that, you know, maybe some of the
23   people on Reddit, like Wallstreetbets,
24   were thinking could, you know -- they had
25   high shortage risks; therefore, you know,
```

```
 1          CLARKE - CONFIDENTIAL
 2    they could potential cause a squeeze.
 3        Q.    And -- sorry.  They could
 4    potentially -- oh, yeah.  Sorry.  Got it.
 5             In terms of other stocks that
 6    there were similar discussions about, what
 7    about Blackberry?  Do you recall any of
 8    those discussions on Wallstreetbets in
 9    January of 2021?
10             MR. KIM:  Objection to form.
11        A.    Not in particular, but it was,
12    yeah, another, you know, security that was
13    being discussed by people on that
14    sub-Reddit and other sub-Reddits.
15        Q.    And what about Bed Bath &
16    Beyond?
17        A.    Same thing.  I don't remember in
18    particular, but it was being discussed.
19        Q.    And Nokia?
20        A.    Same thing.
21        Q.    What about Koss?
22        A.    Same.
23        Q.    And Express?
24        A.    Pretty much all the securities,
25    the relevant securities in this case.
```

```
 1           CLARKE - CONFIDENTIAL
 2      Q.    All right.  So you recall all
 3  the relevant securities in this case being
 4  discussed on Reddit as a potential short
 5  squeeze candidate in January 2021.
 6           MR. KIM:  Objection to form.
 7      Q.    Is that correct?
 8      A.    I mean, I can't recall exactly,
 9  but yes.
10      Q.    Okay.  Why don't we take a
11  break.
12           MR. KIM:  Sure.  Five minutes?
13           MS. YOUNG:  Five minutes works.
14           MR. KIM:  Great.
15           THE VIDEOGRAPHER:  The time is
16      11:03.  We are off the record.
17           (Recess)
18           THE VIDEOGRAPHER:  The time is
19      11:14.  We are on the record.
20  BY MS. YOUNG:
21      Q.    Mr. Clarke, I should have asked
22  you this at the begin.
23           Do you have anything in front of
24  you right now?
25      A.    Yes.
```

```
                                        Page 85
 1          CLARKE - CONFIDENTIAL
 2      Q.      What do you have in front of
 3  you?
 4      A.      Some case documents.
 5      Q.      Which case documents?
 6      A.      The certification and the
 7  amended consolidated complaint.
 8      Q.      Are those the only two things
 9  you have in front of you?
10      A.      Yes.
11      Q.      Okay.  Do you have anything else
12  open on the device that you're taking this
13  deposition on?
14      A.      No.
15      Q.      Do you have your cellphone in
16  front of you?
17      A.      I have my cellphone over here.
18      Q.      If you can just put those -- the
19  case documents as well as your phone away
20  and not refer to them during the
21  deposition.
22      A.      Sure.  Okay.
23      Q.      You invested in Tesla stock; is
24  that correct?
25      A.      Yeah.  I think I did quite a
```

```
                                        Page 86

 1          CLARKE - CONFIDENTIAL
 2   while ago.
 3      Q.    And so you're familiar with Elon
 4   Musk?
 5      A.    Yes.
 6      Q.    Do you recall Elon Musk's social
 7   media posts in January 2021?
 8      A.    Not particularly.
 9      Q.    Do you generally recall any of
10   his social media posts at that time?
11      A.    Not exactly what he was talking
12   about, but he was posting about what
13   Robinhood did in general.
14      Q.    Okay.  So what about related to
15   GameStop?  Do you recall any posts about
16   GameStop from Elon Musk?
17      A.    I don't.
18      Q.    Okay.  We're going to introduce
19   what will be Exhibit 15.
20      A.    Okay.
21           (Defendant's Exhibit 15, A CNBC
22      article on Gamestonk Tweet, was hereby
23      marked for identification, as of this
24      date.)
25      Q.    We'll let you know when you can
```

```
                                    Page 87

 1          CLARKE - CONFIDENTIAL
 2    refresh.
 3         A.     Okay.
 4         Q.     Okay.  Exhibit 15 should be
 5    there for you.
 6         A.     Okay.  I see it.
 7         Q.     And I want to refer you to the
 8    third bullet here.
 9                Can you read that out for me.
10         A.     "The Tesla CEO tweeted
11    Gamestonk."
12         Q.     All right.  Do you recall that
13    tweet?
14         A.     Not particularly.
15         Q.     What do you mean when you say
16    not particularly?
17         A.     I mean, I know that he was
18    tweeting a lot of different things about
19    what was happening at different points
20    throughout this entire process, this saga.
21    But, you know, that tweet in particular I
22    don't explicitly remember, nor any of
23    them.
24         Q.     Were you following his social
25    media during the saga, as you say?
```

```
 1          CLARKE - CONFIDENTIAL
 2      A.     I -- I don't remember, but I
 3  don't believe I was using Twitter at the
 4  time, so I don't think so.
 5      Q.     Do you recall any discussion on
 6  Reddit about Elon Musk's Gamestonk tweet?
 7            MR. KIM:  Objection to form.
 8      A.     I don't remember exactly.
 9      Q.     What do you mean you don't
10  remember exactly?
11      A.     Well, I mean, if I recall, there
12  were people talking about, you know, Elon
13  Musk on Reddit, like, on Wallstreetbets
14  for various reasons, so I don't -- but I
15  don't remember exactly, you know, what
16  they were discussing him -- the reasons
17  for discussing him.
18      Q.     What were they generally
19  discussing?
20            MR. KIM:  Objection to form.
21      Asked and answered.
22      A.     I don't really remember.
23      Q.     What do you remember about the
24  discussions about Elon Musk's tweets in
25  general?
```

Page 89

                    CLARKE - CONFIDENTIAL

1

2            MR. KIM:  Objection.  Asked and

3       answered.

4       A.    I don't really remember.

5       Q.    So you keep saying you don't

6    really remember.  I'm just wondering what

7    is it that you do remember?

8       A.    I mean, I just remember

9    generally that, you know, Elon Musk was

10   tweeting things.  You know, I don't -- I

11   can't give you specific examples, but he

12   was tweeting things about, you know,

13   Robinhood after it -- at some point after

14   it, you know, restricted the buying and

15   the securities, you know, and about

16   obviously, like, here, like Gamestonk, as

17   it mentions in this article.

18      Q.    Okay.  So you remember -- sorry.

19   I'm just looking at your testimony.

20            You remember generally that Elon

21   Musk was tweeting things about Gamestonk.

22            MR. KIM:  Objection.  Asked and

23       answered.

24      A.    I don't remember that

25   explicitly.  I just -- you know, if I

Page 90

CLARKE - CONFIDENTIAL

1    CLARKE - CONFIDENTIAL
2    recall, he was tweeting about many
3    different things, kind of just about this
4    whole thing, including as it says here,
5    obviously, Gamestonk.
6         Q.    You testified earlier that you
7    purchased shares of GameStop in
8    January 2021; correct?
9         A.    Yes.
10        Q.    Was that the first time that you
11   had ever purchased shares of GameStop?
12        A.    Yes.
13        Q.    What led you to purchase those
14   shares in January 2021?
15        A.    I just -- I thought it was a
16   good trading opportunity short term.
17        Q.    Why was it a good short-term
18   trading opportunity?
19        A.    Because volume for the stock was
20   accelerating, and generally, it was just
21   getting more and more volatile and, you
22   know, more, you know, widely discussed in
23   the broader, you know, news and on social
24   media.
25        Q.    You can put that exhibit to the

```
                                          Page 91
 1           CLARKE - CONFIDENTIAL
 2   side.
 3              MS. YOUNG:  Vineet, can you
 4       introduce Tab 6.
 5              So we'll introduce what will be
 6       Exhibit 16.  And I'll let you know
 7       when you can refresh.
 8              (Defendant's Exhibit 16, Clarke
 9       Robinhood account statement, Bates
10       RHMDL00097777, was hereby marked for
11       identification, as of this date.)
12       Q.    Okay.  You should see
13   Exhibit 16.  Let me know when you have it.
14       A.    Okay.  I see it.
15       Q.    Do you recognize this document?
16       A.    Mm-hmm.  Yes.
17       Q.    What is it?
18       A.    Well, it's an account summary
19   from my Robinhood account for the month of
20   January 2021.
21       Q.    If we can look at the second
22   page here ending -- on the bottom right,
23   you'll see a Bates number.  So the number
24   ending in 778, which is the second page of
25   the PDF.  If you could turn to that page.
```

Page 92

```
 1              CLARKE - CONFIDENTIAL
 2        A.      Okay.
 3        Q.      So this here indicates -- this
 4   is the portfolio summary, securities held
 5   in account.
 6              The only security here listed is
 7   GameStop; correct?
 8        A.      Yes.
 9        Q.      And so as of January 31, 2021,
10   your entire portfolio was GameStop; is
11   that correct?
12        A.      Yes.
13        Q.      And all of the -- all of your
14   purchases of these GameStop shares were
15   made in January 2021; is that correct?
16        A.      Yes.
17        Q.      More specifically, all of your
18   purchases in GameStop were made on
19   January 27, 2021; correct?
20        A.      Yes, I believe so.
21        Q.      Okay.  Let's turn to the next
22   page ending in 779.
23        A.      Okay.
24        Q.      This page starts with some
25   crypto money movement entries.
```

Page 93

```
 1            CLARKE - CONFIDENTIAL
 2              Can you tell me what those are?
 3        A.    To be honest, I don't remember
 4    exactly.  It -- I think what it might have
 5    been was I bought crypto, and I think
 6    Robinhood uses, like, some third party to,
 7    like, transact those, you know,
 8    transactions for, like, crypto.  And I
 9    think it's called, like, Apex Clearing or
10    something like that.  So it might be
11    related to that.
12        Q.    After those entries, it goes on
13    to include several rows that refer to
14    various stocks, as you can see here,
15    starting with RMBS, Vale, Twitter, Apple.
16    And for these, the transaction column
17    indicates "STC."
18              What do you understand that to
19    mean?
20        A.    I don't know for sure, but maybe
21    sold to close?
22        Q.    And so are these transactions
23    where you're selling your options
24    contracts?
25        A.    Yes, as they're credits.
```

Page 94

```
 1              CLARKE - CONFIDENTIAL
 2        Q.     At this time, did you sell all
 3   of your options in January of 2021?
 4        A.     I don't know for sure, but, I
 5   mean, it appears yes.
 6        Q.     Why did you decide to sell --
 7   excuse me.
 8               Looking here at the date, it
 9   looks like you started to sell on
10   January 25th, and it goes through
11   January 27th.
12               Do you see that?
13        A.     Yes.
14        Q.     Okay.  Why did you decide to
15   sell all of your options on January 25th
16   through 27th?
17        A.     I don't recall exactly, but more
18   or less just to, you know, have capital.
19        Q.     To have capital to invest in
20   GameStop?  Is that correct?
21        A.     At the time, I don't know for
22   sure.  But possibly, yes.
23        Q.     And at the bottom of that page
24   and continuing on to the following are
25   your purchases of GameStop on
```

Page 95

1              CLARKE - CONFIDENTIAL

2      January 27th.

3                   Do you see that?

4         A.      Yes.

5         Q.      That was the only stock that you

6      purchased on January 27, 2021; is that

7      correct?

8         A.      Yeah.  It appears so.

9         Q.      Were there any other stocks that

10     you were considering purchasing on that

11     day?

12                  MR. KIM:  Objection to form.

13         Asked and answered.

14         A.      I don't remember.

15         Q.      All right.  You don't recall

16     considering any other investment on

17     January 27, 2021, other than GameStop.

18                  MR. KIM:  Objection to form.

19         Asked and answered.

20         A.      Correct.  I don't -- I don't

21     remember.

22         Q.      Do you recall anything that

23     occurred on Robinhood's platform at this

24     time?

25         A.      Which time specifically?

```
                                            Page 96
 1           CLARKE - CONFIDENTIAL
 2      Q.    January 28th, let's say, 2021.
 3      A.    Yes.
 4      Q.    What's that?
 5      A.    January 28, 2021, is when
 6  Robinhood initially restricted the buying
 7  of the relevant securities, including
 8  GameStop in this case.
 9      Q.    Okay.  Which are the stocks that
10  you recalled being restricted on
11  January 28, 2021?
12      A.    I can't recall exactly which
13  stocks were restricted on the 28th.  But
14  GameStop was one.
15      Q.    When did you first hear about
16  those restrictions?
17      A.    I can't recall exactly, but
18  probably on the 28th.
19      Q.    And how did you hear about the
20  restrictions?
21      A.    I can't recall exactly, but
22  probably just through the news and on
23  Reddit.
24      Q.    And on the news and on Reddit,
25  what specifically did you hear about
```

```
                                            Page 97
 1            CLARKE - CONFIDENTIAL
 2    Robinhood's restrictions on January 28th?
 3        A.    I can't recall exactly what I
 4    read.
 5        Q.    Did you hear that Robinhood was
 6    restricting purchases of certain
 7    securities on its platform?
 8        A.    Again, I can't recall exactly,
 9    but something to that effect.
10            MS. YOUNG:  Vineet, can you
11        introduce Tab 2.
12            You can put that exhibit away.
13        We're going to introduce what will be
14        Exhibit 17.
15            Oh, I'm sorry.  It's going to be
16        previously introduced Exhibit 6 from a
17        prior deposition here.
18            THE WITNESS:  Okay.
19            (Defendant's Exhibit 6, A
20        Robinhood article dated
21        January 28, 2021, was previously
22        marked for identification.)
23        Q.    Okay.  You can refresh.
24        A.    Okay.  I have it open.
25        Q.    Okay.  Sorry.  I don't.  My
```

```
                                   Page 98
1          CLARKE - CONFIDENTIAL
2    system is being incredibly slow.
3               Okay.  Do you recognize this
4    document?
5         A.    Not in particular.
6         Q.    Have you reviewed this document
7    before?
8         A.    I am not 100 percent sure.
9         Q.    Okay.  What percentage sure are
10   you?
11              MR. KIM:  Objection to form.
12        Calls for speculation.
13        A.    Yeah.  I don't want to
14   speculate.
15        Q.    You don't want to speculate how
16   sure you personally are that you've seen
17   this document?
18              MR. KIM:  Objection to form.  I
19        think the question itself is
20        speculative.
21        Q.    The question is have you seen
22   this document?  You say you're not
23   100 percent sure.  But you think that you
24   may have?  Is that what you're trying to
25   say?
```

```
                                        Page 99
 1            CLARKE - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3      A.    It's possible I saw it.
 4      Q.    Do you believe --
 5      A.    I'm not sure.
 6      Q.    Where would you have seen this
 7  document, given that you think that you
 8  may have seen it?
 9              MR. KIM:  Objection to form.
10      A.    Again, I don't -- I don't know
11  for sure.  But, you know, if I -- if I
12  would have seen it, it would have either
13  been on the Robinhood website, an email I
14  received from Robinhood, probably one of
15  those two things, although I can't be sure
16  100 percent.
17      Q.    On January 28th, did you visit
18  Robinhood's website?
19      A.    I don't -- I don't know for
20  sure.
21      Q.    Do you recall ever having
22  visited Robinhood's website to view any
23  news about the restrictions?
24      A.    To view news about the
25  restrictions?  Possibly.  I can't be
```

```
                                         Page 100
  1            CLARKE - CONFIDENTIAL
  2    100 percent sure if it was on their
  3    website or, you know, through email or if
  4    it was through someone else's, you know,
  5    screen shot of the content of the article
  6    or what have you.
  7         Q.    Oh, okay.  Understood.
  8               So you do recall viewing
  9    information from Robinhood about the
 10    restrictions on January 28th, but you
 11    don't recall if it was on their website,
 12    in your email, or just on a screen shot or
 13    through the news.
 14               Is that accurate?
 15         A.    Yes.
 16         Q.    Okay.  If you can scroll to the
 17    second page of this document.
 18         A.    Okay.
 19         Q.    And the second paragraph here
 20    that starts with "We continuously
 21    monitor."
 22               Do you see that?
 23         A.    Yes.
 24         Q.    So this paragraph says, "We're
 25    restricting transactions for certain
```

Page 101

1          CLARKE - CONFIDENTIAL

2    securities to position closing only," and

3    then it lists certain securities.

4        A.    Yes, I see it.

5        Q.    Do you know what "position

6    closing only" means?

7        A.    Yes.  In this context, it means

8    there is a restriction on purchasing the

9    securities listed, and you can only sell

10   them, basically.

11       Q.    So you recalled that on

12   January 28th, Robinhood restricted

13   purchasing of GameStop.  Is that accurate?

14       A.    Again, I don't know for sure,

15   but I probably did hear that on the 28th,

16   probably.

17       Q.    What about after the 28th?  Do

18   you recall whether any stocks were set to

19   position closing only after that day?

20       A.    I can't remember for sure.

21       Q.    Do you remember generally?  And

22   I don't mean to keep harping on this.  But

23   you say, "Not 100 percent.  Not for sure."

24   I just want to -- all we're -- I

25   understand this was years ago, so all I'm

1            CLARKE - CONFIDENTIAL

2    asking is what you do remember.

3        A.    I -- I don't remember.

4        Q.    Okay.  You can put that exhibit

5    away.

6             MS. YOUNG:  Vineet, can you do

7        Exhibit 27.  Tab 27.  Excuse me.

8             So now we'll introduce what will

9        be Exhibit 17.

10            THE WITNESS:  Okay.

11            (Defendant's Exhibit 17, An

12       email dated January 29, 2021, was

13       hereby marked for identification, as

14       of this date.)

15       Q.    Okay.  You can refresh.

16   Exhibit 17 should be there.  Let me know

17   when you have it open.

18       A.    Okay.  I have it open.

19       Q.    Do you recognize this document?

20       A.    I mean, yeah.  It's -- I

21   received it apparently.  I don't

22   explicitly remember it, but --

23       Q.    Okay.  And when you say you

24   received it, so

25   ████████████████████████, is that your

Page 103

                    CLARKE - CONFIDENTIAL

1

2   email?

3       A.    Yes.

4       Q.    Okay.  And you received this on

5   January 29, 2021?

6       A.    Yes.

7             MR. KIM:  Objection to form.

8       Q.    So if you can turn to the second

9   page of this document ending in 764.

10      A.    Okay.

11      Q.    You see the text titled social

12  fueled stock surges mean uncharted

13  territory for the modern market?

14      A.    Yes.

15      Q.    And below that, in the second

16  full paragraph, it says, "And then,

17  yesterday happened."

18            Do you see that?

19      A.    I'm sorry.  Can you repeat that

20  "And then, yesterday happened"?

21      Q.    Yeah.  So there's a first

22  paragraph there, and then there's two

23  bullets.  And then below that, there's a

24  paragraph that starts with "And then,

25  yesterday happened."

Page 104

```
 1          CLARKE - CONFIDENTIAL
 2              Do you see that?
 3      A.     Yes.
 4      Q.     Okay.  So this email notes that
 5  brokerages, including Robinhood, E-Trade,
 6  and Webull restricted trading activity in
 7  certain securities.
 8              Do you see that?
 9      A.     Yes.
10              MR. KIM:  Well, that's not what
11      it says.  I mean, I don't think you
12      quoted it correctly.  I mean --
13              MS. YOUNG:  Some brokerages --
14              MR. KIM:  I mean, were you
15      trying to read it or were you
16      summarizing it?  It wasn't clear.  I
17      just want to have a clear record.
18      Q.     Sure.  Why don't I just read the
19  text.  "Some brokerages, including
20  Robinhood, E-Trade, and Webull,
21  temporarily restricted certain trading
22  activity in symbols like GME."
23              Do you see that?
24      A.     Yes.
25      Q.     Okay.  Did I read that
```

1           CLARKE - CONFIDENTIAL

2    accurately?

3        A.    Yes.

4        Q.    Do you remember receiving this

5    email?

6              MR. KIM:  Objection to form.

7        Asked and answered.

8        A.    Yeah.  As I mentioned before, I

9    don't explicitly remember this email, but,

10   I mean, apparently, I received it.

11       Q.    Okay.  You receive these

12   Robinhood Snacks emails on a regular

13   basis; is that correct?

14       A.    Yes.

15       Q.    Okay.  Okay.  You can put that

16   exhibit to the side.

17       A.    Okay.

18       Q.    So we've largely been discussing

19   January 28th.

20             Can you describe for me what you

21   knew after that date about Robinhood's

22   restrictions on trading.

23       A.    On which day?

24       Q.    Any dates after January 28th.

25   So that email was from January 29th.

Page 106

1          CLARKE - CONFIDENTIAL

2                 If you could give me your

3     understanding if you recall that day and

4     then the following days as well.

5                 MR. KIM:  Objection to form.

6          A.    What I heard about what

7     Robinhood did?

8          Q.    Yes.

9          A.    I -- I'm sure I -- I saw, like,

10    other, you know, news posts about what

11    they did after the 28th.

12         Q.    Do you recall the contents of

13    those news posts?

14         A.    No.

15         Q.    Okay.  So your understanding

16    today of Robinhood's restrictions is that

17    they restricted purchasing of certain

18    securities on January 28th.

19                Is there anything else that you

20    understand Robinhood did?

21                MR. KIM:  Objection to form.

22         A.    I don't remember exactly.  But

23    they also limited the number of purchases

24    of certain securities between, you know,

25    post-January 28th.  I don't have the exact

```
                                        Page 107
 1          CLARKE - CONFIDENTIAL
 2   days, but yeah, other things too.
 3        Q.    Okay.  What are the other
 4   things?
 5        A.    For example, like, they closed
 6   some options positions early for GameStop
 7   and possibly other stocks.
 8        Q.    Did you have any options
 9   positions in GameStop that were closed
10   early?
11        A.    No.
12        Q.    And the understanding
13   post-January 28th that you just mentioned
14   to me, would you again have learned about
15   that through news articles and social
16   media, as you did for the restrictions on
17   the 28th?
18             MR. KIM:  Objection to form.
19        A.    I don't know for sure, but
20   probably.
21        Q.    This is the time period that you
22   indicated previously that you were
23   checking Wallstreetbets, you know, at
24   least a dozen times a day; is that
25   correct?
```

Page 108

```
 1          CLARKE - CONFIDENTIAL
 2             MR. KIM:  Objection to form.
 3      A.    I -- I don't -- I think so.  I
 4  don't really know for sure.  But I was
 5  checking it frequently in this -- at this
 6  time.
 7      Q.    Okay.  So we'll turn to your
 8  trading now in February of 2021.
 9             (Defendant's Exhibit 18, Clarke
10       Robinhood account statement, Bates
11       RHMDL00097897, was hereby marked for
12       identification, as of this date.)
13      Q.    I'm going to introduce what will
14  be Exhibit 18.
15      A.    Okay.
16      Q.    Okay.  You can refresh, and
17  Exhibit 18 should be there.  Let me know
18  when you have that.
19      A.    Okay.  I have it.
20      Q.    Do you recognize this document?
21      A.    Yes.
22      Q.    What is it?
23      A.    A brokerage summary from the
24  month of February 2021.
25      Q.    If you can turn to the page
```

```
 1         CLARKE - CONFIDENTIAL
 2   ending 899, that is the third page here.
 3        A.    Okay.
 4        Q.    Do you see the three lines that
 5   say "GME" and in the -- sorry.  Excuse
 6   me -- say "GME" in the symbol column and
 7   the in the transaction column say "sell"?
 8        A.    Yes.
 9        Q.    And the date of those
10   transactions is February 2, 2021; is that
11   correct?
12        A.    Yes.
13        Q.    Is it correct that you sold all
14   of your GME shares on February 2, 2021?
15        A.    Yes.
16        Q.    Okay.  Why did you sell your
17   entire position in GameStop on that day?
18        A.    Because I no longer had
19   confidence that the price would go up from
20   there.
21        Q.    Do you recall on February 7th
22   whether Robinhood had any purchasing
23   restrictions in place for GameStop?
24        A.    I don't remember explicitly.
25        Q.    Okay.  So sorry.  Just to
```

1           CLARKE - CONFIDENTIAL

2    clarify.  It's not just that you don't

3    remember the specifics, but you don't

4    recall either way if there were purchasing

5    restrictions in place; is that correct?

6         A.   Yeah.  I can't remember if --

7    either way.  I think there were

8    restrictions up until February 4th, but as

9    for, like, the specific details, I can't

10   remember.

11        Q.   So you don't recall, for

12   example, if the position limit was higher

13   than what the amount of GME shares that

14   you owned was.  Is that accurate?

15             MR. KIM:  Objection to form.

16        A.   Yes.  I don't remember, you

17   know, specific dates, what the

18   restriction -- what the limit was for

19   certain securities on X date.  I don't

20   really remember any of those details.

21        Q.   Do you recall knowing those

22   details at the time?

23        A.   I can't remember.

24        Q.   Aside from your awareness of the

25   fact of the purchasing restrictions, do

```
 1          CLARKE - CONFIDENTIAL

 2   you recall hearing anything about the

 3   reason that Robinhood had implemented

 4   purchasing restrictions at the time you

 5   made these sales?

 6       A.    I can't remember exactly if

 7   there was a reason when I sold.

 8       Q.    So you don't recall hearing

 9   anything about the reason Robinhood

10   implemented restrictions when you made

11   those sales.  Is that accurate?

12       A.    Correct.

13             MR. KIM:  Objection.  Form.

14       Q.    Okay.  We can put this exhibit

15   to the side.

16             MS. YOUNG:  So I'm going to

17       introduce what will be Exhibit 19.

18             (Defendant's Exhibit 19, Clarke

19       Order Data File, Bates RHMDL00097966,

20       was hereby marked for identification,

21       as of this date.)

22       Q.    Okay.  You can refresh.  It

23   should be there.

24       A.    Okay.  Okay.

25       Q.    So this is a chart -- and I can
```

Page 112

1          CLARKE - CONFIDENTIAL

2    represent to you that this portrays the

3    same trading information that we just went

4    over in your account statements.  But it

5    also shows all of your orders and not just

6    the trades that were -- that were executed

7    from your account.

8              So the first column of this

9    spreadsheet, this is your Robinhood

10   account number.

11             Do you see that?

12       A.    Where exactly?

13       Q.    The first column.

14       A.    Oh, right.  Yes.

15       Q.    Okay.  Okay.  And in the first

16   several rows here, we see your orders to

17   buy GameStop on January 27th.

18             Do you see that?

19       A.    Yes.

20       Q.    And then in the bottom three

21   rows, we see your sales on February 2nd.

22             Do you see that?

23       A.    Yes.

24       Q.    Okay.  But we also see here --

25   and this is four rows up from the

```
                                      Page 113
 1          CLARKE - CONFIDENTIAL
 2   bottom -- that on February 1st, you
 3   created a limit sell order for six shares
 4   of GameStop.
 5              Do you see that?
 6       A.    Yes.
 7       Q.    And that was at a price of
 8   $69,420.
 9              Do you see that?
10       A.    Yes.
11       Q.    Okay.  Why are you smiling?
12       A.    Just because that was kind of a
13   joke.
14       Q.    Okay.  Can you tell me about
15   that?
16       A.    It was just -- it's kind of just
17   a joke number.  I don't know exactly why I
18   did that.
19       Q.    When you say it's a joke number,
20   was it something that you saw -- like, is
21   it a joke on Reddit that you saw?  Is that
22   what you mean?
23              MR. KIM:  Objection to form.
24       A.    I don't remember exactly.  But
25   it probably was.
```

Page 114

1          CLARKE - CONFIDENTIAL

2      Q.    Okay.  And so can you tell me

3  what is a limit order?

4      A.    Yeah.  It's when you -- when you

5  set a predetermined price to either buy or

6  sell X, Y, Z security, and the order

7  automatically executes once it -- the

8  price of the security goes above or below

9  that number.

10      Q.    So when you put this order in

11  place, you know, you didn't believe that

12  GameStop would reach that price.  Is that

13  accurate?

14      A.    I don't know.

15      Q.    All right.  But when you said it

16  was a joke order, you didn't put this in

17  place thinking that this order would be

18  executed.  Is that accurate?

19           MR. KIM:  Objection to form.

20      A.    Again, I don't -- I don't know

21  exactly.

22      Q.    You don't know what you were

23  thinking at the time?

24      A.    Correct.

25      Q.    Okay.  Do you recall placing

```
                                        Page 115
```

```
 1          CLARKE - CONFIDENTIAL
 2    this order?
 3        A.     No.
 4        Q.     All right.  So you have no
 5    memory of placing this limit order
 6    whatsoever on February 1st.
 7               MR. KIM:  Objection to form.
 8        Asked and answered.
 9        A.     Genuinely, no.
10        Q.     What led you to say that it was
11    a joke number?
12               MR. KIM:  Objection to form.
13        Asked and answered.  I think he
14        already talked about this.
15        A.     It's just -- you know, it's --
16    it was a number that was, you know,
17    probably discussed on Reddit.
18        Q.     Do you have any recollection of
19    posting this order anywhere?
20        A.     Such as?
21        Q.     Any social media forums?
22        A.     No.
23        Q.     Okay.  Do you have any
24    recollection of texting anybody or
25    emailing anybody about this order?
```

1          CLARKE - CONFIDENTIAL

2      A.    No.

3      Q.    All right.  You can put that to

4   the side.

5            (Defendant's Exhibit 20, A

6      Reddit post, was hereby marked for

7      identification, as of this date.)

8      Q.    Okay.  You can refresh.  And

9   we'll introduce what will be Exhibit 20.

10      A.    Okay.  Okay.

11      Q.    Okay.  Do you recognize this

12   page?

13      A.    Not particularly.

14      Q.    Okay.  If you scroll to the

15   second page, do see on the right where it

16   says "Wallstreetbets"?

17      A.    Yes.

18      Q.    Okay.  So is it your

19   understanding this is sub-Reddit

20   Wallstreetbets post on that page?

21      A.    Yes.

22      Q.    Okay.  And so this person is

23   posting here, "If the price per share of

24   GME hit 69,420, that's a total value" --

25            MR. KIM:  I'm sorry.  What page

Page 117

```
 1         CLARKE - CONFIDENTIAL
 2      are we on?  Sorry.  On the first page
 3      or second page?
 4            MS. YOUNG:  The post starts on
 5      the first page.  It goes to the second
 6      page.  So the post --
 7            MR. KIM:  We're on the first
 8      page.  Got it.
 9            MS. YOUNG:  The post -- so the
10      post beginning with 69,420 begins on
11      the first page there.  Do you see
12      that?
13            MR. KIM:  Okay.  Is that the
14      "We're living in a simulation" one?
15            MS. YOUNG:  Yes, correct.
16            MR. KIM:  Okay.  All right.
17  BY MS. YOUNG:
18      Q.    And so this person says, "If the
19  price per share hits 69,420, that's a
20  total value of 3,255,103,800,000, roughly
21  all hedge funds assets as of 2019/2020."
22            And then at the bottom here, it
23  says -- on top of the second page, it says
24  "TLDR," and then there are several rocket
25  ship Emojis.
```

```
 1          CLARKE - CONFIDENTIAL
 2               Do you see that?
 3      A.     Yes.
 4      Q.     Okay.  What do the rocket ship
 5  Emojis mean?
 6               MR. KIM:  Objection to form.
 7      A.     I mean, I don't know for sure,
 8  but essentially just that the stock price
 9  will go up I think is what it means.
10      Q.     Okay.  Are you familiar with the
11  phrase "to the moon"?
12      A.     Yes.
13      Q.     Are you familiar with that
14  phrase from Wallstreetbets?
15      A.     Not particularly.
16      Q.     Okay.  What does that mean to
17  you?
18      A.     Just, like, either doing
19  something exceptionally well or I guess
20  the stock price moving very -- to a very
21  high number.
22      Q.     Okay.  And so this is the same
23  dollar amount that you placed your limit
24  order for; correct?
25      A.     Yes.
```

```
                                            Page 119
 1           CLARKE - CONFIDENTIAL
 2       Q.     Okay.  And so do you recall
 3   seeing any posts, including this one or
 4   others, about placing an order for
 5   GameStop at $69,420?
 6               MR. KIM:  Objection to form.
 7       Asked and answered.
 8       A.     Not particularly.
 9       Q.     What do you mean?
10       A.     I mean I don't really even
11   remember doing that, nor do I remember
12   seeing this article.  So this --
13       Q.     Okay.  So when you said it
14   was -- when you saw it on your order data
15   and indicated it was a joke order, what is
16   the joke?
17               MR. KIM:  Objection to form.
18       Asked and answered.
19       A.     It's I guess just a Reddit joke.
20   I don't really know.
21       Q.     So, like, what is -- what is
22   funny about placing that limit order, I
23   guess?
24               MR. KIM:  Objection to form.
25       Asked and answered.
```

Page 120

1            CLARKE - CONFIDENTIAL
2       A.    I -- I don't really know.  At
3   the time, I don't really remember why I
4   did it even.
5       Q.    Okay.  But when you say it's a
6   Reddit joke, you mean that people on
7   Reddit were making jokes about placing
8   orders for that amount?  Is that correct?
9            MR. KIM:  Objection to form.
10       That's not what he said.
11       A.    I mean, I don't -- I don't know
12   for sure.  Some people.  I mean, it's
13   certainly a number in this Reddit post.
14       Q.    Okay.  You can put that exhibit
15   to the side.
16            (Defendant's Exhibit 21, A
17       Reddit post, was hereby marked for
18       identification, as of this date.)
19       Q.    Okay.  You can refresh, and I'm
20   going to introduce Exhibit 21.
21       A.    Okay.
22       Q.    Do you see that?
23       A.    Yes.
24       Q.    Okay.  And is this another post
25   from Wallstreetbets?

Page 121

```
 1          CLARKE - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    Okay.  And you see this one is
 4  titled "Don't sell until 69,420"?
 5      A.    Yes.
 6      Q.    There are several comments on
 7  this post, if you scroll down, several
 8  Harambe posts.
 9            If I can direct to you the fifth
10  page here.  The top comment here is
11  "Diamond hands until 69,420."
12            Do you see that?
13      A.    Yes.
14      Q.    Are you familiar with that term,
15  "diamond hands"?
16      A.    Yes.
17      Q.    What does it mean?
18      A.    To my knowledge, essentially it
19  just means holding a security for as long
20  as possible no matter what.
21      Q.    Was that a term that was used
22  related to GME at this time on Reddit, do
23  you recall?
24            MR. KIM:  Objection to form.
25      A.    I don't know for sure, but
```

```
                                    Page 122

 1           CLARKE - CONFIDENTIAL
 2    probably.
 3        Q.    Why do you say probably?
 4        A.    Because it was a widely used
 5    term on Reddit, like, Wallstreetbets, so,
 6    I mean, I'm sure people were posting about
 7    GameStop and about diamond hands.
 8        Q.    What are the contexts that you
 9    saw it being widely used in?
10        A.    I mean, at the time, I don't
11    really remember for sure.  But, I mean,
12    essentially just that people were going to
13    keep holding the stock, some people, no
14    matter what.
15        Q.    And why would people keep
16    holding the stock no matter what?
17              MR. KIM:  Objection to form.
18        Calls for speculation.
19        Q.    Sorry.  Let me rephrase that.
20              What did you see on Reddit
21    people were indicating why they were
22    holding the stock no matter what?
23              MR. KIM:  Objection to form.
24        A.    I mean, I don't know for sure.
25    You know, people were holding the stock
```

```
                                        Page 123
  1            CLARKE - CONFIDENTIAL
  2     for different reasons.
  3         Q.    What are some of the reasons
  4     that you recall seeing?
  5         A.    I mean, like I think I mentioned
  6     earlier, some people, you know, owned the
  7     stock because they liked the company.
  8     Other people held the stock because they
  9     were, you know, hoping for a short
 10     squeeze.  Yeah.
 11         Q.    Okay.  So you testified that
 12     this -- the limit order that you placed
 13     for this amount, 69,420, was a joke order.
 14             Have you placed any other joke
 15     orders?
 16             MR. KIM:  Objection to form.
 17         A.    I don't remember.
 18         Q.    You don't remember having ever
 19     placed another order as a joke; is that
 20     correct?
 21         A.    Correct.
 22             MR. KIM:  Objection to form.
 23             MS. YOUNG:  All right.  I think
 24         it would be a good time for a break,
 25         if that works.  Can we do ten minutes
```

Page 124

```
 1            CLARKE - CONFIDENTIAL
 2      this time?
 3              MR. KIM:  Yeah.  Sure.
 4              THE VIDEOGRAPHER:  The time is
 5      12:05.  We are off the record.
 6              (Recess)
 7              THE VIDEOGRAPHER:  The time is
 8      12:20.  We are on the record.
 9  BY MS. YOUNG:
10      Q.    Mr. Clarke, you explained
11  earlier in this deposition how a short
12  squeeze works.
13              Do you recall that?
14      A.    Yes.
15      Q.    Okay.  What is your
16  understanding of how a short squeeze ends?
17      A.    Well, in theory, once the short
18  interest is eliminated.
19      Q.    Since January 2021, when you
20  purchased shares of GameStop, had you ever
21  purchased shares of GameStop again?
22      A.    I don't think so, no.
23      Q.    Have you ever considered an
24  investment in GameStop since January 2021?
25      A.    No, I don't think so.
```

Page 125

CLARKE - CONFIDENTIAL

1
2      Q.     Okay.  Why is that?
3      A.     Because I didn't think it was a
4  good opportunity after that.
5      Q.     Why is that?
6      A.     Because I wasn't -- I didn't
7  purchase the stock originally because I
8  thought the fundamentals of the company
9  were sound, but rather just as a trade,
10  and I haven't found any other reason to
11  trade after -- trade that stock after I
12  sold in January 2021 or February 2021.
13      Q.     What is your role in this
14  lawsuit?
15      A.     To act as a potential class
16  representative and act as a fiduciary to
17  the rest of the class to try and get the
18  best settlement outcome.
19      Q.     What is your understanding of a
20  class action?
21      A.     So it's essentially a suit where
22  many people have been damaged in the same
23  way or very similar -- very similar way,
24  so instead of having multiple individual
25  suits, you have just one class action

Page 126

```
 1          CLARKE - CONFIDENTIAL
 2   suit.
 3       Q.    So what are your
 4   responsibilities in this role as a
 5   potential class representative?
 6       A.    To essentially help ensure that
 7   the case moves forward and do what's best
 8   for the rest of the class.
 9       Q.    What is the class that you are
10   hoping to represent?
11       A.    Essentially any person that held
12   shares of the relevant securities in this
13   case after but before market close on
14   January 27th and sold at any point through
15   the periods of January 28th and
16   February 4th.
17       Q.    When did you first hear about
18   this lawsuit?
19       A.    I don't remember exactly, but
20   shortly after all of this unfolded.
21       Q.    Do you have an approximate
22   timeline?  When you say "shortly after,"
23   what does that mean?
24       A.    Sometime in 2021.
25       Q.    Okay.  Before the summer of
```

```
                                        Page 127
 1          CLARKE - CONFIDENTIAL
 2    2021, would you say?
 3          A.    I can't remember exactly.
 4          Q.    So you don't remember when it
 5    was between February 2021 and
 6    December 2021?  Is that accurate?
 7          A.    Yes.
 8          Q.    Okay.  How did you hear about
 9    the lawsuit?
10          A.    I don't remember exactly.
11    Possibly through the news.  Yeah.
12          Q.    And what did you hear about the
13    lawsuit at that time?
14          A.    Just that there were -- that
15    something was trying to be put together
16    to -- by the Rosen Law Firm to try and
17    claim damages for investors.
18          Q.    And did you reach out to the
19    Rosen Law Firm?
20          A.    Yes.
21          Q.    Do you recall when you reached
22    out to the Rosen firm?
23          A.    Not exactly.
24          Q.    Was it in 2021?
25          A.    Yes.
```

Page 128

```
 1          CLARKE - CONFIDENTIAL
 2      Q.     Have you ever tried to become a
 3  class representative in any other actions?
 4      A.     No.
 5      Q.     Why did you want to be involved
 6  in this lawsuit?
 7      A.     To essentially, you know, make
 8  sure that Robinhood is held liable for the
 9  damages that they caused a great deal of
10  individual investors and make sure that
11  they're held accountable for their choices
12  in this case.
13      Q.     Are you suing any other brokers
14  for restrictions that were put in place at
15  that time?
16      A.     No.
17      Q.     Why not?
18      A.     Because of the --
19          MR. KIM:  Objection.  Objection
20      to form.  But you can answer the
21      question.
22      A.     I wasn't using any other
23  brokerages or trading the relevant
24  securities in this case with any other
25  brokerage.
```

Page 129

1          CLARKE - CONFIDENTIAL

2      Q.    Other than our time together

3   today, how much time have you spent on

4   things related to this lawsuit?

5      A.    I can't be 100 percent sure, but

6   between meetings, you know, searching for

7   documents, the preparation for this

8   deposition, a number of hours, probably

9   over a dozen hours perhaps.

10      Q.    Have you read the complaint that

11   you previously had in front of you?

12      A.    Yes.

13      Q.    Have you read any other case

14   filings?

15      A.    Yes.

16      Q.    What filings?

17      A.    The certification, the initial

18   complaint, the amended consolidated

19   complaint, and the response to the motion

20   to dismiss the case.

21      Q.    You reviewed that before it was

22   filed?

23      A.    Yes.

24      Q.    Of the approximately dozen hours

25   you've spent on this case, I think you've

```
 1          CLARKE - CONFIDENTIAL
 2   told me four were meetings to prepare for
 3   this deposition; is that correct?
 4      A.    Approximately, yeah.
 5      Q.    Okay.  Can you give me an
 6   approximate breakdown of the other eight
 7   hours?
 8      A.    Yeah.  We've had updates
 9   periodically on how the case is going, you
10   know, so with the team at Rosen Law and
11   the rest of the proposed class
12   representatives, and then just, you know,
13   searching for providing documents to my --
14   our legal counsel, and then -- yeah.
15      Q.    Okay.  And how many of the eight
16   hours were spent searching for and
17   providing documents to your counsel?
18      A.    I can't say for sure.  But
19   throughout the entire process, at least
20   maybe a couple of hours.
21      Q.    Okay.  And so you're aware that
22   the defendants in this action served a
23   request for documents from you; correct?
24      A.    Yes.
25      Q.    Have you seen those document
```

Page 131

```
 1          CLARKE - CONFIDENTIAL
 2   requests?
 3       A.    Could you specify which
 4   requests?
 5       Q.    Have you seen a document laying
 6   out requests from Robinhood for documents
 7   from you?
 8       A.    I can't remember.
 9       Q.    Okay.  Well, what document have
10   you seen related to Robinhood's document
11   requests to you?
12       A.    I can't remember exactly.
13       Q.    Have you seen a document related
14   to Robinhood's document requests served on
15   you?
16          MR. KIM:  Objection to form. He
17       said he can't remember.  So --
18       Q.    Yes.  So the question is have
19   you seen any document laying out
20   Robinhood's document requests?
21       A.    I can't remember exactly.
22       Q.    You can't remember if you've
23   seen one.  Not exactly.  Have you -- like,
24   you have no memory of seeing document
25   requests; is that correct?
```

```
                                        Page 132
 1            CLARKE - CONFIDENTIAL
 2               MR. KIM:  Objection to form.
 3       A.     I'm not sure.  I would need more
 4   details on the request.
 5       Q.     Do you have a memory of seeing a
 6   document that has requests to you for
 7   documents related to this lawsuit?
 8               MR. KIM:  Objection to form.
 9       A.     I -- I can't remember.
10       Q.     Okay.  You indicated you needed
11   more details.  Is that because you have
12   seen some documents that relate to
13   Robinhood's document requests?
14       A.     Yes.
15       Q.     Okay.  What are the documents
16   you've seen that relate to Robinhood's
17   document requests?
18       A.     I can't remember exactly.
19       Q.     Do you remember generally?
20       A.     Requests to see, you know, like,
21   social media and brokerage statements.
22       Q.     Okay.  So yeah.  It's totally
23   fine if you don't remember all of the
24   document requests.
25               I guess my question is a little
```

Page 133

```
 1           CLARKE - CONFIDENTIAL
 2    different, which is did you receive
 3    Robinhood's document requests that were
 4    served on you?
 5              MR. KIM:  Objection to form.
 6       Asked and answered.
 7       A.    I -- I -- I'm not -- I can't
 8    remember 100 percent.  But I provided
 9    everything to -- that was requested to
10    Rosen Law.
11       Q.    Was it requested by email?
12       A.    Yes.
13       Q.    Okay.  So your counsel emailed
14    you with what documents you should send
15    them; is that correct?
16       A.    Yes.
17       Q.    Okay.  When you were first
18    informed that Robinhood had served
19    document requests on you?
20       A.    I can't remember.
21       Q.    Approximately.
22       A.    I can't remember.
23       Q.    When you learned of the document
24    requests, did you search for potentially
25    relevant documents?
```

```
                                            Page 134
 1            CLARKE - CONFIDENTIAL
 2       A.    Yes.
 3       Q.    When was that?
 4       A.    Well, it was across multiple
 5   periods, if I remember correctly, and I
 6   don't know exactly when.
 7       Q.    Okay.  Approximately.  Because
 8   this is not, you know, years and years
 9   ago.
10            So approximately when did you
11   search for documents?
12            MR. KIM:  Objection to form.
13       Asked and answered.
14       A.    Again, I don't -- I don't know
15   exactly, but obviously after
16   February 4, 2021.
17       Q.    Did you search for documents
18   within the last year?
19       A.    2022, yes.
20       Q.    Okay.  Other than just that you
21   searched in 2022, you have no other
22   recollection of when you performed any
23   searches for any documents related to this
24   case.  Is that accurate?
25            MR. KIM:  Objection to form.
```

1           CLARKE - CONFIDENTIAL

2       A.     Yes.

3       Q.     Did you search in your home for

4   potentially relevant hard copy documents?

5       A.     Yes.  I searched everywhere that

6   I thought was relevant.  And I wouldn't

7   have kept hard copy documents.

8       Q.     Do you have a personal computer,

9   laptop?

10       A.     Yes.

11       Q.     Did you search for electronic

12   files stored on that computer?

13       A.     Yes.

14       Q.     How did you run that search?

15       A.     By searching at any file path

16   where I thought maybe I would have saved

17   anything on the computer.

18       Q.     So you went to specific file

19   paths and looked through all the documents

20   in those file paths?  Is that correct?

21       A.     Yes.

22       Q.     You didn't use search terms; is

23   that correct?

24       A.     I can't remember exactly, but

25   I -- to my knowledge, I didn't save

```
                                        Page 136
 1          CLARKE - CONFIDENTIAL
 2    anything on my computer.
 3        Q.    Okay.  But you don't recall
 4    running search terms is my question on
 5    your laptop.
 6        A.    I can't recall if I did or not.
 7        Q.    Do you have a work laptop or
 8    computer that's separate from your
 9    personal?
10        A.    Yes.
11        Q.    Okay.  Did you go through files
12    stored on your computer at work?
13        A.    There would have been nothing
14    relevant on my work computer.
15        Q.    Okay.  So did you go through the
16    files stored on your work computer?
17            MR. KIM:  Objection to form.
18        Asked and answered.
19        A.    No, because there was nothing
20    relevant on that device.
21        Q.    Do you have a personal email
22    account?
23        A.    Yes.
24        Q.    Did you search -- do you have
25    more than one personal email account?
```

Page 137

```
1              CLARKE - CONFIDENTIAL
2        A.     Yes.  I've used other emails in
3   the past, but I only really have one,
4   which I may -- I don't know if I -- still
5   active or not, but I currently only use
6   one email address, and I have been using
7   that email address for a long time.
8        Q.     So during the relevant time
9   period for this action, you were only
10  using one email address; is that right?
11       A.     Yes.
12       Q.     Is that the Yahoo email that we
13  reviewed earlier?
14       A.     Yes.
15       Q.     Did you search your email
16  account for documents that Robinhood
17  requested from you?
18       A.     Yes.
19       Q.     How did you search?
20       A.     By phrases, search phrases.
21       Q.     What were all the search phrases
22  that you used?
23       A.     I can't remember exactly.
24       Q.     Do you recall any of them?
25       A.     Not particularly.
```

Page 138

1              CLARKE - CONFIDENTIAL
2        Q.      Okay.   When you say not
3   particularly, you don't recall a single
4   term that you used.   Is that accurate?
5              MR. KIM:   Objection to form.
6        A.      That's correct.
7        Q.      Okay.   And so when you said
8   search phrases, you don't know if these
9   were phrases, meaning multiple words or
10  single word search terms; correct?
11       A.      Yes.
12       Q.      How did you develop your list of
13  search phrases?
14       A.      By just kind of common sense,
15  searching for anything that could be
16  relevant.
17       Q.      And what do you understand could
18  be relevant?
19       A.      Anything relating to what was
20  being asked of me to produce.
21       Q.      Okay.   And what was being asked
22  of you to produce?
23       A.      Well, it depends on what was
24  being asked of me.   But, you know,
25  anything relating to social media posts,

```
 1          CLARKE - CONFIDENTIAL
 2  for example, or any sort of statements.
 3      Q.    So you searched your email for
 4  social media posts and account statements?
 5  Is that correct?
 6          MR. KIM:  Objection it form.
 7      A.    Not -- I searched my email for
 8  anything I thought was relevant to what
 9  was being asked.  But I can't recall
10  exactly.
11      Q.    Okay.  Understood.
12          And the things that you recall
13  being asked for are social media posts and
14  account statements.
15      A.    Correct.
16          MR. KIM:  Objection to form.
17      Q.    Okay.  Have you ever
18  communicated in writing with anyone
19  regarding GME securities?
20      A.    No.
21      Q.    You've never sent an email
22  related to your investment in GME?
23          MR. KIM:  Other than counsel;
24      right?  I mean --
25      Q.    We're not talking about
```

```
                                        Page 140
```

1          CLARKE - CONFIDENTIAL

2    privileged materials.  Correct.

3        A.     No in that case.

4        Q.     Okay.  What about this lawsuit?

5    Other than your counsel, have you written

6    to anybody about this lawsuit?

7        A.     Other than counsel, not to any

8    of the other proposed class

9    representatives or class members.

10       Q.     Okay.  Who have you communicated

11   with about this lawsuit outside of those

12   people that you just listed?

13       A.     Just the Rosen legal team.

14       Q.     Okay.  So then you've only

15   spoken to the Rosen legal team about this

16   lawsuit.  Is that accurate?

17       A.     Correct.

18              MR. KIM:  Objection to form.

19       Q.     You've not spoken to any friends

20   about this lawsuit?

21       A.     No.

22       Q.     You have a cellphone; is that

23   correct?

24       A.     Yes.

25       Q.     Did you search your text

```
                                          Page 141
 1            CLARKE - CONFIDENTIAL
 2    messages for documents related to this
 3    lawsuit?
 4         A.    I can't remember for sure.
 5         Q.    Okay.  You do not recall
 6    searching your text messages for documents
 7    related to this lawsuit; is that correct?
 8                MR. KIM:  Objection to form.
 9         A.    Yes.  I can't remember one way
10    or the other if I did or did not.
11         Q.    Did you search other messaging
12    platforms, like WhatsApp, for documents
13    related to this lawsuit?
14                MR. KIM:  Objection to form.
15         Lack of foundation.
16         A.    I never used WhatsApp, so --
17         Q.    Yeah.  Sorry.  So that was an
18    example.
19                So what messaging platforms do
20    you use other than text?
21         A.    Just -- can you give me more
22    examples of potential --
23         Q.    Sure.  Do you use Facebook
24    Messaging?
25         A.    No.
```

Page 142

CLARKE - CONFIDENTIAL

1
2     Q.    Okay.  Do you -- I guess are

3  there any other messaging apps, for

4  example, that you have on your phone other

5  than just using text, like, where you're

6  communicating with another human being?

7     A.    Through text.

8     Q.    Only -- I'm sorry.  Can you

9  clarify?

10     A.    Where I'm communicating with

11  another human being through text.

12     Q.    Oh, correct, not through voice.

13  Yes.

14     A.    So, I mean, in that case,

15  iMessage, Snapchat, and Reddit.  And all

16  three, no.

17     Q.    Sorry.  All three no -- what was

18  the "no" in response to?

19     A.    I did not discuss anything with

20  anyone regarding this case.

21     Q.    Okay.  Did you search your

22  iMessage for anything related to this

23  case?

24     A.    I can't remember exactly.  But

25  there was nothing relevant that I would

```
                                    Page 143
 1          CLARKE - CONFIDENTIAL
 2   have sent through iMessage regardless.
 3       Q.    Do you recall searching your
 4   text messages for messages about GameStop
 5   specifically?
 6       A.    I can't remember for sure, but
 7   there was nothing about GameStop that I
 8   would have sent to anyone through text.
 9       Q.    Sure.  So you don't recall
10   searching your text messages for GameStop;
11   is that correct?
12           MR. KIM:  Objection to form.
13       Asked and answered.
14       A.    I can't recall one way or the
15   other.
16       Q.    Okay.  So these searches were
17   done, you know -- I'll represent to you we
18   served our document requests I believe in
19   November.  So this is recent history.
20           I'm just asking if you --
21           MR. KIM:  This isn't a memory
22       test; right?  So stop badgering the
23       witness.  He's answered the questions.
24       Why don't we move on.
25           MS. YOUNG:  Yeah.
```

```
                                              Page 144

 1            CLARKE - CONFIDENTIAL

 2       Unfortunately, Phil, we asked you for

 3       this information, and you told us to

 4       ask the witnesses.  So we have to get

 5       it this way or we're not going to be

 6       able to get the information that we

 7       need about what searches were done.

 8       Q.    Did you run any search terms on

 9   your social media private messages for

10   documents related to GameStop -- for

11   communications related to GameStop?

12   Excuse me.

13       A.    Sorry.  Can you repeat that?

14       Q.    Sure.  Did you run any search

15   terms on your social media private

16   messages, so DMs, for communications

17   related to GameStop?

18       A.    Well, the only --

19       Q.    It's just a yes or no.

20            MR. KIM:  Why don't you let him

21       answer the question.

22       A.    The only --

23            MR. KIM:  Let him answer the

24       question.  Sorry.  I didn't want to

25       cut you off.
```

Page 145

CLARKE - CONFIDENTIAL

1
2      Q.     You can answer the question.

3      A.     The only place where I possibly

4   would have had information relating to

5   this case or GameStop, would have sent to

6   anyone a private message about it, would

7   have been Reddit.  And I searched all of

8   my private messages on Reddit, and there

9   was nothing relating to this case.

10      Q.     Okay.  What terms did you use to

11   search on Reddit?

12      A.     Well, I didn't have many private

13   conversations.  So I just looked at every

14   one that I ever had, and there was nothing

15   relating to this case.

16      Q.     You looked at every private

17   message you've ever had on Reddit?  Is

18   that accurate?

19      A.     Correct.

20          MS. YOUNG:  I think I'm close to

21      finished.  Could we just take a

22      five-minute break and then come back

23      on the record just in case I have any

24      wrap-ups?

25          MR. KIM:  Sure.

```
 1          CLARKE - CONFIDENTIAL
 2              THE VIDEOGRAPHER:  The time is
 3      12:49.  We are off the record.
 4              (Recess)
 5              THE VIDEOGRAPHER:  The time is
 6      12:58.  We are on the record.
 7   BY MS. YOUNG:
 8      Q.    Just have a couple of final
 9   questions for you here.
10              Did you take any actions to
11   preserve documents that relate to the
12   events that you're alleging in this
13   lawsuit?
14      A.    Yes.  I kept all relevant
15   documents.
16      Q.    What do you mean by that?
17      A.    Well, I didn't delete anything
18   relevant to the case.
19      Q.    Did you turn off any
20   auto-deletion that you might have, for
21   example, on your phone, in your email?
22      A.    I don't -- I don't remember.
23      Q.    Does your -- did you get a new
24   phone any time between December 2020 and
25   now?
```

```
 1          CLARKE - CONFIDENTIAL
 2      A.      Yes.
 3      Q.      Okay.  Do you still have your
 4  old phone?
 5      A.      No.
 6      Q.      What happened to your old phone?
 7      A.      I gave it back to the -- my --
 8  our provider to get a discount on my new
 9  phone.
10      Q.      When did you get a new phone?
11      A.      Maybe either October or November
12  of 2021.
13      Q.      Have you gotten a new personal
14  computer since December 2020?
15      A.      Yes.
16      Q.      Do you still have your old
17  computer?
18      A.      Yes.
19      Q.      Did you search the old computer
20  for files related to this lawsuit?
21      A.      Yes.
22      Q.      You searched your old one and
23  your current existing computer?
24      A.      Well, my new computer, I
25  received it December of 2022 or
```

Page 148

```
 1          CLARKE - CONFIDENTIAL
 2    January 2023.
 3        Q.    Okay.  So you didn't look on
 4    that computer for any responsive
 5    documents; is that correct?
 6        A.    Correct.  There wouldn't have
 7    been anything on it.
 8        Q.    Did you take any other steps to
 9    preserve documents, for example, taking a
10    screen shot of a post that might be
11    deleted?
12            MR. KIM:  Objection to form.
13        A.    I -- I saved any -- I didn't
14    delete any documents in this case.  I
15    provided everything.
16        Q.    Right.  Sorry.
17            So did you take any other
18    preservation steps to make sure that
19    documents were not destroyed that related
20    to this lawsuit?
21            MR. KIM:  Objection to form.
22        A.    I preserved everything, and then
23    I didn't delete anything relevant to this
24    case.
25        Q.    Okay.  So you didn't take any
```

Page 149

```
            CLARKE - CONFIDENTIAL
 1
 2   additional steps to preserve documents; is
 3   that correct?
 4           MR. KIM:  Objection to form.
 5       Asked and answered.
 6       A.    Yes.  I --
 7       Q.    Okay.
 8           MS. YOUNG:  Okay.  I have no
 9       further questions.  I do just want to
10       make a note for the record.  We
11       learned today that, in addition to the
12       social media handles that were
13       disclosed to us, Mr. Clarke also has a
14       Twitter account that was not disclosed
15       as well as a Discord account and a
16       Snapchat account.  We also learned
17       very recently through our own research
18       and confirmed on the record today that
19       Mr. Clarke's Reddit handle was
20       incorrectly disclosed to us.
21           Accordingly, and so that we can
22       have time to review those accounts,
23       we're going to ask that this
24       deposition remain open at this time
25       and that counsel please follow up with
```

Page 150

1           CLARKE - CONFIDENTIAL

2        an amended version of the

3        February 27th disclosure with the

4        social media handles.

5              MR. KIM:  We'll take those

6        requests under advisement.  I don't

7        have any questions.

8              THE VIDEOGRAPHER:  Okay,

9        Counsel.  If there are no further

10       questions, any stipulations in

11       addition that you want to put on this

12       transcript?

13             MR. KIM:  The only other thing

14       I'd note that this transcript is going

15       to be marked Confidential pursuant to

16       the procedures set forth in the

17       protective order in the case.  So

18       we'll follow those procedures in

19       treating these things as confidential.

20             THE VIDEOGRAPHER:  Okay.  Thank

21       you, Counsel.

22             Here ends Media Unit No. 3.

23       This concludes the video recorded

24       virtual remote deposition of

25       Brendan Clarke taken by the defendant

```
                                        Page 151

 1          CLARKE - CONFIDENTIAL

 2       on Friday, March 24, 2023.  The time

 3       is 1:03 p.m. Central Daylight Time,

 4       and we are going off the record.

 5            (TIME NOTED:  1:03 p.m.)

 6

 7    _____
            BRENDAN CLARKE

 8

 9

      _____
10    Subscribed and sworn to

      before me this _____
11    day of _____, 2023.

12    _____
            Notary Public

13

14

15

16

17

18

19

20

21

22

23

24

25
```