# Exhibit 7

Page 1

1      UNITED STATES DISTRICT COURT

2      SOUTHERN DISTRICT OF FLORIDA

3

4    Case No. 1:21-MD-2989-CMA

5    ----------------------------x

6    In Re: JANUARY 2021 SHORT

7    SQUEEZE TRADING LITIGATION

8    ----------------------------x

9

10

11          ** CONFIDENTIAL **

12        VIDEOTAPE DEPOSITION OF

13            BRIAN HARBISON

14      VIA ZOOM VIDEOCONFERENCE

15            April 19 2023

16             10:04 a.m.

17

18

19

20

21

22

23

24    Reported by:

25    Maureen Ratto, RPR, CCR

Page 2

1                    *  *  *

2

3        Videotape deposition of Brian

4    Harbison held virtually via Zoom

5    Teleconference, hosted from Veritext

6    Legal Solutions, pursuant to notice,

7    before Maureen Ratto, Certified Court

8    Reporter, License No. XI01165,

9    Registered Professional Reporter,

10   License No. 817125, and Notary Public.

11

12                    *  *  *

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1    A P P E A R A N C E S:
 2    Counsel for Plaintiff:
 3        THE ROSEN LAW FIRM
 4        275 Madison Avenue
 5        New York, New York 10016
 6        BY:  PHILLIP KIM, ESQ.
 7             pkim@rosenlegal.com
 8             MICHAEL COHEN, ESQ.
 9             mcohen@rosenlegal.com
10
11    Counsel for Defendant:
12        CRAVATH SWAINE & MOORE, LLP
13        825 Eighth Avenue
14        New York, New York 10019
15        BY: KATHLEEN E. YOUNG, ESQ.
16             keyoung@cravath.com
17             ROBERT DeNUNZIO, ESQ.
18             rdenunzio@cravath.com
19
20    ALSO PRESENT:
21    LEE BOWRY, Legal Video Specialist
22
23
24
25
```

Page 4

```
 1            VIDEOGRAPHER:  Good morning.
 2       We are going on the record at 10:04
 3       a.m. on April 19, 2023.
 4            Please note that this
 5       deposition is being conducted
 6       remotely using virtual technology.
 7       Quality of recording depends on the
 8       quality of camera and internet
 9       connection of participants.
10            What is seen from the witness
11       and heard on screen is what will be
12       recorded.
13            Audio and video recording will
14       continue to take place unless all
15       parties agree to go off the record.
16            This is Media Unit 1 of the
17       video-recorded deposition of Brian
18       Harbison in the matter of In Re:
19       January 2021 Short Squeeze Trading
20       Litigation, filed in the United
21       States District Court Southern
22       District of Florida, Case No.
23       1:21-MD-2989 CMA.
24            My name is Lee Bowry
25       representing Veritext New York and
```

Page 5

```
 1          I am the videographer. The court
 2          reporter is Maureen Ratto, also
 3          with Veritext.
 4              I am not related to any party
 5          in this action, nor am I
 6          financially interested in the
 7          outcome. If there are any
 8          objections to proceeding, please
 9          state them at the time of your
10          appearance.
11              Counsel attending remotely
12          will now state their appearances
13          and affiliations for the record,
14          beginning with the noticing
15          attorney.
16              MS. YOUNG:  This is Kathleen
17          Young from Cravath, Swaine & Moore
18          on behalf of Defendant, and from
19          Cravath also with me is Robert
20          DeNunzio.
21              MR. KIM:  This is Phil Kim
22          from the Rosen Law Firm, also on
23          line is Michael Cohen from my firm,
24          representing named Plaintiff, Brian
25          Harbison.
```

```
                                                   Page 6
 1           BRIAN HARBISON - CONFIDENTIAL
 2                 VIDEOGRAPHER:  Will the court
 3        reporter please swear in the
 4        witness and then counsel may
 5        proceed.
 6                     *  *  *
 7   B R I A N   H A R B I S O N, having been
 8   first duly sworn according to law by
 9   the Officer, testifies as follows:
10   DIRECT EXAMINATION BY MS. YOUNG:
11        Q.    Good morning, Mr. Harbison.
12        A.    Good morning.
13        Q.    My name is Kathleen Young, I'm
14   from Cravath, as I just mentioned, and we
15   represent Robinhood in this matter.
16              Would you mind stating your
17   full name for the record?
18        A.    Brian Harbison.
19        Q.    And what is your current
20   address?
21        A.    ████████████████████████
22   ████████████████████████████████████
23        Q.    And have you ever been deposed
24   before?
25        A.    No.
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.     Okay. So your counsel may have
 3  gone over some of this with you, but
 4  we'll start with some ground rules before
 5  we really get started.
 6             You understand that you've
 7  been sworn in today and that you have to
 8  testify truthfully?
 9      A.     Yes.
10      Q.     And is there any reason why
11  you cannot give complete and truthful
12  testimony today?
13      A.     I'm not sure what you mean.
14      Q.     Is there anything that would
15  prohibit you from telling, giving
16  complete and truthful testimony today?
17             Did you say no?
18      A.     Yeah.
19      Q.     So our court reporter,
20  Maureen, is going to transcribe our
21  conversations, so it's important to give,
22  you know, verbal answers rather than
23  nodding or shaking your head. Does that
24  make sense?
25      A.     Yes.
```

1              BRIAN HARBISON - CONFIDENTIAL

2         Q.     Your counsel may object from

3    time to time. You still have to answer

4    the question with the exception of if

5    Mr. Kim gives you an instruction not to

6    answer a question specifically. Does that

7    make sense?

8         A.     Yes.

9         Q.     And if you don't understand a

10   question or need me to repeat it, just

11   let me know and I'll repeat it for you.

12   Does that make sense?

13        A.     Yes.

14        Q.     And if you'll allow me to

15   finish questions before you respond, I'll

16   try to do the same. That will also help

17   Maureen here. Does that make sense?

18        A.     Yes.

19        Q.     And we can -- we'll take break

20   periodically. You can let us know if you

21   need a break, that's fine, we can take

22   one at any time. The only exception to

23   that is if a question is still pending.

24   Then we'll need you to respond to the

25   question and then we can take a break.

```
                                          Page 9
 1           BRIAN HARBISON - CONFIDENTIAL
 2    Sound good?
 3           A.    Yes.
 4           Q.    Okay. And what did you do to
 5    prepare for today's deposition?
 6           A.    I went over with my attorneys
 7    and had calls and discussed everything,
 8    how it would go, the depositions and all.
 9           Q.    And those calls were just with
10    your attorneys at the Rosen firm?
11           A.    Yes.
12           Q.    And how many calls or meetings
13    did you have?
14           A.    Two.
15           Q.    Two, you said?
16           A.    Yes.
17           Q.    How long were those calls or
18    meetings?
19           A.    About two hours, I would say.
20           Q.    Two hours each?
21           A.    Yes.
22           Q.    Was anybody else present
23    besides your attorneys from the Rosen
24    firm?
25           A.    No.
```

```
                                            Page 10
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.      Have you ever been involved in
 3  any other civil proceeding before?
 4      A.      No.
 5      Q.      Have you ever been involved in
 6  any criminal proceedings?
 7      A.      No.
 8      Q.      And what is your role in this
 9  lawsuit?
10      A.      Class representative.
11      Q.      A representative --
12      A.      Yes.
13      Q.      -- is that what you said?
14              Do you mean a class
15  representative?
16      A.      Yes.
17      Q.      And what do you understand the
18  class action to be?
19      A.      Pretty much we're people that
20  are suing the company for the actions
21  they did.
22      Q.      What do you understand your
23  responsibilities to be in that role?
24      A.      To pretty much go for the best
25  interests of the class and make sure
```

```
                                          Page 11
 1        BRIAN  HARBISON - CONFIDENTIAL
 2   they're repaid for Robinhood's actions.
 3        Q.    And who is the class in this
 4   lawsuit?
 5        A.    The class? I'm sorry. We're
 6   the class, the people that's suing
 7   Robinhood.
 8        Q.    So who is "we", I guess is my
 9   question? Who does the class consist of?
10        A.    The people Robinhood took the
11   buy button from, it was the shares, the
12   AMCs, the GameStops.
13        Q.    So is it people that were --
14   that wanted to trade on Robinhood, wanted
15   to trade AMC on Robinhood, is that what
16   you're saying, and GameStop?
17        A.    All the stocks listed on the
18   sheet, the deposition.
19        Q.    And when did those class
20   members need to trade on Robinhood or
21   need to or were trying to invest?
22             MR. KIM:  Objection to form,
23        vague. You can answer the question,
24        Mr. Harbison, if you understand it.
25        A.    Yeah, I'm not sure what you
```

```
                                        Page 12
 1        BRIAN HARBISON - CONFIDENTIAL
 2   mean.
 3              MS. YOUNG:  We're having a
 4         fire drill right now. Maybe we
 5         should -- I don't know if that's
 6         coming through on your end. I guess
 7         we could keep going. You can't hear
 8         anything?
 9              THE WITNESS:  I could hear
10         you.
11              MR. KIM:  I mean, we can take
12         a ten minute break. How long do you
13         think it's going to take? Do you
14         guys have to, like, actually step
15         out of the building?
16              MS. YOUNG:  I can't imagine we
17         need to, but maybe it's okay now.
18         Okay. Sorry about that.
19              MR. KIM:  We don't want you
20         going up in flames.
21              MS. YOUNG:  Well, it would be
22         a very short deposition if that
23         happened.
24              MR. KIM:  Maybe not literally.
25              MS. YOUNG:  All right. Maybe
```

```
 1         BRIAN HARBISON - CONFIDENTIAL
 2         we can take a few minutes because
 3         now it's getting worse.
 4                MR. KIM:  Why don't we come
 5         back, like -- it's 10:12 -- maybe
 6         10:30.  Is 15 minutes enough for
 7         you guys to sort it out?
 8                MS. YOUNG:  Yes.
 9                VIDEOGRAPHER:  Okay. Going off
10         the record. The time is 10:12 a.m.
11                (Recess is taken.)
12                VIDEOGRAPHER:  We are back on
13         the record. The time is 10:30 a.m.
14         Q.   Mr. Harbison, let's discuss
15    your educational background briefly.
16                Oh, he's back now.
17                MR. KIM:  He's putting his
18         headphones on.
19                MS. YOUNG:  Okay.
20         Q.   Can you hear us?
21         A.   Yeah. I turned the light back
22    off, it was blocking the vision.
23         Q.   What degrees do you hold,
24    Mr. Harbison?
25         A.   An associate's.
```

```
                                                Page 14
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.     An associate's degree from
 3  what school?
 4      A.     From Bronx Community College.
 5      Q.     Do you have any other
 6  educational credentials like licenses or
 7  certifications?
 8      A.     No.
 9      Q.     Do you have any education in
10  finance, economics or accounting?
11      A.     No.
12      Q.     And are you currently
13  employed?
14      A.     Yes.
15      Q.     And what's your -- what's your
16  job currently?
17      A.     Technician work.
18      Q.     What kind of technician work?
19      A.     Field technician.
20      Q.     Field technician, did you say?
21      A.     A-hum, yes.
22      Q.     What are your main
23  responsibilities in that position?
24      A.     Depends on the job. Sometimes
25  installing printers, setting up POS
```

Page 15

1           BRIAN  HARBISON  -  CONFIDENTIAL

2    systems,  running  cable.

3           Q.     And  how  long  have  you  held

4    that  position?

5           A.     About  ten  years.

6           Q.     And  let's  go  ahead  and  look  at

7    exhibit  previously  marked  Exhibit  2.  So

8    tab  24.

9                  You  might  have  to  go  to

10   Exhibit  Share,  Mr.  Harbison,  although  we

11   can  screen  share  if  that's  easier  for

12   you.

13                 I  think  it  should  available

14   now.   If  you  take  a  look  at  it  you

15   sometimes  have  to  refresh  the  page.

16                 (Exhibit  2,  letter  from  Rosen

17        Law  Firm  dated  February  27,  2023,

18        having  been  previously  marked,  is

19        shown  to  the  Deponent.)

20         Q.     Do  you  see  it?

21         A.     It  says  I  need  to  access

22   permission  to  access  the  folder.

23         Q.     Are  you  in  the  Marked  Exhibits

24   folder  under  your  name?

25         A.     There  is  nothing  here.

                                                    Page 16

1              BRIAN HARBISON - CONFIDENTIAL
2                   MR. KIM:  You got to hit
3          refresh, maybe it will show up.
4          A.    Yeah, I had it -- I see reset
5     files, links, tasks and workflows. I went
6     to share and it has a little rock symbol.
7                   MR. KIM:  What about on the
8          left, on the left you got Home,
9          Recent and Files.  If you click on
10         files does something open up on the
11         right side of that?
12                  THE WITNESS:  Yeah.
13                  MR. KIM:  Is there a folder
14         called deposition of Brian
15         Harbison?
16                  THE WITNESS:  No. It just says
17         Bookmarks and Shared.
18                  MR. KIM:  If you click on
19         Share, does it open up other
20         folders?
21                  THE WITNESS:  No.  It says
22         you're not permissioned to access
23         folder.
24                  MR. KIM:  You guys need --
25                  MS. YOUNG:  Is that an issue

```
                                                    Page 17

 1            BRIAN  HARBISON - CONFIDENTIAL
 2        with the permissions?
 3                 MR. KIM:  That's what it
 4        sounds like.
 5                 THE WITNESS:  It says, "Ask
 6        administrator for help."
 7                 MS. YOUNG:  I don't know if
 8        somebody from the Veritext team
 9        knows whether or not we can see it,
10        if that's something we can fix.
11                 VIDEOGRAPHER:  We would need
12        to contact someone on the back end.
13        We don't have control over that but
14        we can certainly do that for you.
15                 MS. YOUNG:  I mean, we can do
16        that and maybe in tandem but I
17        guess we can screen share until
18        then.
19                 VIDEOGRAPHER:  I'll contact
20        the back end while we're screen
21        sharing and see if we can get it
22        taken care of.
23                 MS. YOUNG:  Sounds good.
24        Q.    Mr. Harbison, this is a letter
25    your counsel sent in connection with this
```

```
 1            BRIAN HARBISON - CONFIDENTIAL
 2    matter on February 27 of 2023. Do you see
 3    that?
 4           A.    Yes.
 5           Q.    And if you scroll down to the
 6    second page, I think it's the page that's
 7    actually numbered two but it's the third
 8    page in the pdf.  Do you see your name
 9    here about midway down the page?
10           A.    Yes.
11           Q.    And is this an accurate list
12    of your social media handles?
13           A.    Yes.
14           Q.    Does this -- so this contains
15    all of your social media accounts?
16           A.    This is one account.
17           Q.    You don't have any other
18    social media accounts?
19           A.    No.
20           Q.    And so you have a StockTwits
21    account with a user name ████████ right?
22           A.    Yes.
23           Q.    What is StockTwits?
24           A.    It's pretty much like a forum
25    where you just -- an open forum just
```

Page 19

1          BRIAN  HARBISON  -  CONFIDENTIAL

2     about  stocks  or  anything  pretty  much  but

3     it's  posting  for  stocks.

4          Q.     It's  a  forum  where  people  post

5     about  stocks,  is  that  what  you  said?

6          A.     Yes.

7          Q.     So  is  it  people  that  are,  you

8     know,  potential  investors  in  stocks?

9          A.     Yes.

10              MS.  YOUNG:   And  Robert,  let's

11         go  ahead  and  mark  tab  26  and  I

12         think  the  exhibit  --  what  exhibit

13         number?   148,  tab  26.

14              (Exhibit  148,  copy  of  posts  on

15         StockTwits,  was  received  and  marked

16         on  this  date  for  identification.)

17          Q.     How  often  do  you  view  --  do

18     you  call  it  StockTwits  or  StockTwist?

19          A.     StockTwits.

20              MR.  KIM:   Twits  like  T-W-I-T.

21          Q.     StockTwits.

22          A.     About  every  day.

23          Q.     About  every  day?

24          A.     Yeah.

25          Q.     Do  you  look  at  it  multiple

```
                                              Page 20
```

1          BRIAN HARBISON - CONFIDENTIAL

2    times a day?

3          A.    I would say yes, yeah.

4          Q.    And are you posting every time

5    you go on the site or sometimes are you

6    just looking at other posts?

7          A.    Just looking.

8          Q.    And how often did you view the

9    site in January of 2021?

10          A.    I don't remember. You want an

11    exact number or --

12          Q.    No.  I guess, was it

13    consistent with your general practice of

14    looking at the site multiple times a day?

15          A.    Yes.

16          Q.    Any more than that?

17          A.    No.

18          Q.    And you post pretty often on

19    the site, right?

20          A.    No.

21               MR. KIM:  Objection, form.

22          Q.    You don't?

23          A.    No.

24          Q.    Let's go ahead and look at

25    148. Mr. Harbison, is this your profile?

```
                                        Page 21

 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    And Robert, if you can zoom in
 4  a little bit.
 5            Do you see where it states
 6  "Joined 4/2018"?
 7      A.    Yes.
 8      Q.    So is this when you created
 9  the account?
10      A.    Yes.
11      Q.    And if we look down do you see
12  where it says 4,000 posts on that tab?
13      A.    Yes.
14      Q.    So that reflects that you
15  posted on the site approximately 4,000
16  times?
17      A.    Yes.
18      Q.    And that's in let's say the
19  six years you've been on the site, five
20  years you've been on the site, right?
21      A.    Yes.
22      Q.    So your testimony is that
23  that's not -- you still don't post often
24  on the site?
25            MR. KIM:   Objection to form.
```

```
                                                    Page 22
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.    I'm sorry. I didn't hear your
 3   answer, Mr. Harbison.
 4      A.    I don't. Because it's not --
 5   those are conversations.  In six years,
 6   4,000 posts, that's not a lot when you
 7   divide that.
 8      Q.    And you've liked more than
 9   11,000 posts, right?
10      A.    Yes.
11      Q.    And do you use the site to
12   research the stock market?
13      A.    Sometimes.
14      Q.    Do you use it to get
15   information about potential investment
16   strategies?
17      A.    Sometimes.
18      Q.    Do you have a LinkedIn
19   profile, Mr. Harbison?
20      A.    Yes.
21      Q.    Was your LinkedIn profile
22   listed on the social media accounts in
23   the letter we just looked at?
24      A.    No.
25      Q.    And why is that?
```

```
                                          Page 23

 1        BRIAN HARBISON - CONFIDENTIAL
 2        A.    I just did it for work.
 3        Q.    You don't consider LinkedIn
 4   social media?
 5        A.    No.
 6        Q.    Do you have a Reddit account,
 7   Mr. Harbison?
 8        A.    Yes.
 9        Q.    What's your handle?
10        A.    Umm, let me see. I thought I
11   did. I don't have one.
12        Q.    You don't have one?
13        A.    No. I signed in, like, my
14   email.  So no, there is no, like, account
15   or nothing.
16        Q.    But you have a sign-in --
17   you're able to log into the site using
18   your email but you don't have an actual
19   handle?
20        A.    I don't see nothing popping up
21   on my screen for Google. I hardly -- I
22   used it -- I use Reddit for some
23   medication, to comment on something. That
24   was it.
25        Q.    You use Reddit for information
```

Page 24

1          BRIAN HARBISON - CONFIDENTIAL

2    about medications?

3          A.    It was a question to ask

4    somebody and that was it.

5          Q.    Okay. So you're able to post

6    without an account, though, or without a

7    handle?

8          A.    If I did, I must have deleted

9    it because nothing is coming up when I

10   type my name, my email.

11         Q.    How often do you look at

12   Reddit?

13         A.    I don't. That was literally

14   this summer.

15         Q.    That was literally this

16   summer?  By that do you mean the one post

17   that you posted on Reddit you think was

18   this past summer?

19         A.    Yes. I know it was this

20   summer.

21         Q.    And do you ever -- even if

22   that's the only time you posted on

23   Reddit, you don't ever go to Reddit, the

24   site, just to look at other posts?

25         A.    No.

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.    So you never used Reddit to
 3  research potential investment strategies
 4  or potential investments more generally?
 5      A.    No.
 6      Q.    Have you ever viewed
 7  discussions on Wallstreetbets on Reddit?
 8      A.    No.
 9      Q.    Do you have a Facebook
10  account?
11      A.    No.
12      Q.    Do you have a Twitter account?
13      A.    No.
14      Q.    Do you have an Instagram
15  account?
16      A.    No.
17      Q.    Do you have a TikTok account?
18      A.    No.
19      Q.    Do you have any other social
20  media like YouTube or Discord?
21      A.    Yeah, I have YouTube.
22      Q.    Do you have an account name or
23  handle on YouTube?
24      A.    Yes.
25      Q.    What is it?
```

```
                                      Page 26
 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.    It's just titled B. That's it.
 3      Q.    That was not listed in the
 4  social media, among the social media
 5  accounts in the letter we looked at a few
 6  moments ago, right?
 7      A.    No, because it's not used for
 8  nothing except for work.
 9      Q.    You use YouTube for work?
10      A.    Yeah, technician work.
11  Sometimes they'll put something to show
12  something from a different angle how to
13  get stuff done.
14      Q.    So you never use YouTube to --
15  well, you never -- do you ever, yourself,
16  post on YouTube or do you just look at
17  videos from other users?
18      A.    Just look at videos.
19      Q.    Do you ever use YouTube to
20  look up anything about investing?
21      A.    No.
22      Q.    Do you currently invest in the
23  stock market?
24      A.    Yes.
25      Q.    When did you start investing?
```

```
                                              Page 27
 1          BRIAN HARBISON - CONFIDENTIAL
 2     A.     2018.
 3     Q.     What prompted you to start
 4  investing in 2018?
 5     A.     Just wanted to try it out.
 6     Q.     And did you invest in the
 7  stock market or were you still investing
 8  in the stock market in January 2021?
 9     A.     Yes.
10     Q.     And you're a Robinhood
11  customer, right?
12     A.     Yes.
13     Q.     Do you know when you began
14  using Robinhood?
15     A.     2018.
16     Q.     2018? And why did you decide
17  to start using Robinhood?
18     A.     Just research.
19     Q.     You used the platform to
20  conduct investment research; is that what
21  you mean?
22     A.     No.  I use Google for, like,
23  free brokers.
24     Q.     I see. You researched brokers
25  and that's how you found Robinhood?
```

```
                                              Page 28
 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.     Yes.
 3      Q.     Okay. And how frequently do
 4  you trade on Robinhood?
 5             MR. KIM:  Objection, form. You
 6      can answer.
 7      A.     At least once a week. A few
 8  times a week, depending, it's up and
 9  down.
10      Q.     Okay. But, in general, you'd
11  say roughly a few times a week?
12      A.     It depends because sometimes
13  it would be no times a week.
14      Q.     And did you trade on Robinhood
15  with roughly the same frequency in
16  January 2021?
17             MR. KIM:  Objection, vague.
18      A.     I don't remember.
19      Q.     You're also a customer with TD
20  Ameritrade, right?
21      A.     Yes.
22      Q.     Is it all right if I refer to
23  TD Ameritrade as TD?
24      A.     Yes.
25      Q.     And when did you begin using
```

1          BRIAN HARBISON - CONFIDENTIAL

2     TD?

3          A.     I don't remember the exact

4     date.

5          Q.     Do you remember why you

6     decided to start using TD?

7          A.     Yes.

8          Q.     Why is that?

9          A.     For over-the-counter stocks

10    and warrants.

11         Q.     What are warrants?

12         A.     It's like an option, you get

13    the chance to buy it from a SPAC, Special

14    Acquisition Shell Company.  After, like,

15    five years you can buy the shares.  With

16    the warrant or you could sell it like an

17    option.

18         Q.     I think you said special

19    acquisition, are you talking about

20    Special Purpose Acquisition Companies?

21         A.     SPACS.

22         Q.     SPACS. And roughly how

23    frequently do you trade on TD?

24         A.     Not frequently.

25         Q.     Less frequently than on

```
                                            Page 30
 1        BRIAN  HARBISON  -  CONFIDENTIAL
 2   Robinhood?
 3        A.    Yes.
 4        Q.    Any  particular  reason  for
 5   that?
 6        A.    No.
 7        Q.    Other  than  Robinhood  and  TD,
 8   have  you  ever  used  any  other  brokerages
 9   to  invest?
10        A.    No.
11        Q.    Has  anyone  ever  invested  on
12   your  behalf?
13        A.    No.
14        Q.    Have  you  ever  invested  on
15   anyone  else's  behalf?
16        A.    No.
17        Q.    Have  you  ever  hired  an
18   investment  or  financial  advisor?
19        A.    No.
20        Q.    How  much  time  do  you  devote  to
21   investing?
22             MR.  KIM:   Objection,  vague.
23        A.    What  do  you  mean?
24        Q.    So  how  much  time  do  you  spend,
25   you  know,  conducting  research  or  looking
```

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   up companies or talking with others about
 3   potential investments, actually executing
 4   the trades, that kind of thing?
 5        A.    It depends. I can't really put
 6   an exact number on it.
 7        Q.    I understand. Can you give me
 8   an approximate sense? Is it a couple
 9   minutes a day? A couple of hours?
10        A.    Umm, I honestly can't put a
11   number on it. It depends if I have free
12   time. Sometimes it would be an hour,
13   sometimes it's 20 minutes a day, in my
14   free time.
15        Q.    How would you describe your
16   investment strategy?
17        A.    Pretty much swing trading and
18   investing.
19             (Reporter clarification.)
20             MR. KIM:  "Swing trading and
21        investing" is what he said.
22        Q.    What do you mean by swing
23   trading?
24        A.    It's like day trading but you
25   hold it past a day.
```

```
                                          Page 32
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.     And how often do you typically
 3   hold swing trades?
 4      A.     It depends.
 5      Q.     Any time longer than a day,
 6   though, would that qualify as a swing
 7   trade to you?
 8      A.     Yeah.  Anything that's not the
 9   same day you bought it.
10      Q.     And what do you understand day
11   trading to be?
12      A.     Buy/sell the same day.
13      Q.     And is the strategy, you know,
14   for day trading that you try to profit
15   from minor price fluctuations that occur
16   just throughout the day?
17          MR. KIM:  Objection, vague.
18          THE WITNESS:  Do I answer
19      or --
20          MR. KIM:  You can answer the
21      question if you know.
22      A.     Say it one more time.
23      Q.     And is it your understanding
24   that the general strategy of day trading
25   is that you try to profit from minor
```

```
                                        Page 33
```

1          BRIAN HARBISON - CONFIDENTIAL
2    price fluctuations that occur throughout
3    the day?
4              MR. KIM:   Same objection. You
5         can answer.
6         A.     Yes. Yes.
7         Q.     What's your main objective in
8    investing?
9         A.     Pretty much to have it for a
10   rainy day, that's pretty much it.
11        Q.     So if you decide to buy a
12   particular stock can you walk me through
13   how you make that decision?
14        A.     What stock are you talking
15   about?
16        Q.     Just any stock. In general, or
17   does it depends on the stock in terms of
18   your process of how you make that
19   decision?
20        A.     It depends on the stock.
21        Q.     Okay. Do you usually research
22   the specific company online?
23        A.     This specific or any specific
24   company?
25        Q.     In general, when you're

```
                                              Page 34

 1         BRIAN  HARBISON - CONFIDENTIAL
 2   considering  a  pension  investment,  do  you
 3   research  the  company?
 4         A.     Yes.
 5         Q.     Do  you  read  SEC  filings  from
 6   the  company?
 7         A.     Umm,  it  depends  on  the
 8   company.
 9         Q.     Do  you  --  would  you,  you  know,
10   let's  say  for  the  majority  of  the
11   companies  that  you  consider  investing  in,
12   do  you  look  at  their  SEC  filings?
13              MR.  KIM:   Objection,  vague.
14         A.     Depends  on  the  company.
15         Q.     Do  you  usually  consider  the
16   company's  cash  flow  projections?
17         A.     It  depends  on  the  company.
18         Q.     So  for  some  companies  you  do
19   consider  their  cash  flow  projections?
20         A.     Yes.
21         Q.     And  do  you  ever  research  these
22   companies  on  social  media?
23         A.     No.
24         Q.     And  what  about  when  you  decide
25   to  sell  a  particular  stock,  can  you
```

```
                                           Page 35
 1           BRIAN HARBISON - CONFIDENTIAL
 2    explain to me how you make that decision?
 3         A.    Umm, pretty much I look at the
 4    trend lines and the volume, when I'm
 5    about to pick a stock, the trend lines,
 6    the volume, the earnings.
 7         Q.    And by "trend lines", do you
 8    mean, like, the price, trends in the
 9    price?
10         A.    Like the moving averages and
11    stuff like that.
12         Q.    And when you say that you look
13    at volume, are you kind of looking at --
14    when you're looking at volume and trend
15    lines, are you looking at general kind of
16    momentum in the stock?
17         A.    Yes.
18         Q.    So do you tend to sell if you
19    see that the trendline is declining and
20    the price is dropping?
21         A.    Yes.
22         Q.    And do you often buy when you
23    see that the trendline is increasing and
24    the price is increasing?
25         A.    Yes.
```

```
                                          Page 36
 1           BRIAN HARBISON - CONFIDENTIAL
 2      Q.      And there is increased
 3  momentum in the stock, so maybe more
 4  trading volume?
 5      A.      Yes.
 6      Q.      So do you keep up-to-date on
 7  news in the stock market?
 8      A.      Yes.  I would say yes.
 9      Q.      And how do you get your news
10  about the stock market?
11      A.      Umm, apps.  It really depends
12  on the stock.
13      Q.      What kind of apps do you --
14  sorry.  I interrupted you. You can
15  finish.
16      A.      It depends on the stock.
17  Sometimes it's research, Google research,
18  sometimes I have a tech app, they have
19  the latest technology news.  So something
20  comes across my attention, I'll read it.
21      Q.      And what apps do you use?
22           MR. KIM:  Objection to form.
23      Are we talking about now? Then?
24           MS. YOUNG:  Now.
25      Q.      What apps do you use to keep
```

```
                                          Page 37

 1          BRIAN  HARBISON  -  CONFIDENTIAL

 2    up-to-date  about  the  stock  market?

 3          A.     TechNews,  StockTwits,

 4    MarketWatch,  SmartNews,  investing.

 5          Q.     What  was  the  last  one?   Did

 6    you  just  say  investing?

 7          A.     A-hum,  yes.

 8          Q.     And  MarketWatch.  And  do  you

 9    subscribe  to  any  newsletters  about

10    investing?

11          A.     No.

12          Q.     Do  you  listen  to  any  podcasts

13    about  the  stock  market  or  investing?

14          A.     No.

15          Q.     Do  you  watch  any  television

16    shows  about  the  market  or  investing?

17          A.     No.

18          Q.     Do  you  recall  what  stocks  you

19    were  investing  in  at  the  end  of  2020?

20          A.     No.

21               MS.  YOUNG:   Robert,  let's  look

22         at  tab  3,  it  should  be  Exhibit  149.

23               MR.  KIM:   Have  we  gotten  the

24         Exhibit  Share  issue  resolved  or  --

25               VIDEOGRAPHER:   I  have  emailed
```

Page 38

1            BRIAN HARBISON - CONFIDENTIAL

2         the team and they're working on it

3         currently. If I get an email saying

4         that they've taken care of it and

5         permissions are granted, I'll

6         certainly let you know but I don't

7         know that it's been taken care of

8         quite yet.

9              THE WITNESS:  It's still

10        asking for permission from

11        administrator.

12             VIDEOGRAPHER:  So I guess

13        they're working on it but have not

14        fixed it yet.

15             MR. KIM:  Well, they need to

16        work faster.

17             (Exhibit 149, Robinhood

18        monthly statement of Brian

19        Harbison, Bates P00002046 was

20        received and marked on this date

21        for identification.)

22        Q.    Okay. So Robert, if you can

23   see in a little bit.

24             Can you see this,

25   Mr. Harbison?

```
                                            Page 39
 1           BRIAN HARBISON - CONFIDENTIAL
 2      A.     Yes.
 3      Q.     And do you see your name in
 4   the upper right-hand corner?
 5      A.     Yes.
 6      Q.     And this is your Robinhood
 7   account statement from or for December
 8   2020, right?
 9      A.     Yes.
10      Q.     And as of December 31st, 2020
11   you had a closing account balance of
12   about ███████ in your portfolio, right?
13      A.     Yes.
14      Q.     And Robert, if you can scroll
15   down to the next page?
16             This shows some of your
17   holdings as of December 31st, 2020,
18   right?
19      A.     Yes.
20      Q.     And Robert, you might have to
21   zoom in a little bit for this.
22             If you look down the market
23   value column, do you see that your three
24   largest holdings by market value that are
25   on this page were RTS Acquisition, Cohn
```

```
                                        Page 40
 1         BRIAN HARBISON - CONFIDENTIAL
 2    Robbins and Stable Road Acquisition?
 3         A.    Yes.
 4         Q.    What is RTS Acquisition?
 5         A.    It's a SPAC.
 6         Q.    A SPAC?
 7         A.    Yeah.
 8         Q.    Is Cohn Robbins also a SPAC?
 9         A.    Yes.
10         Q.    Is Stable Road Acquisition
11    also a SPAC?
12         A.    Yes.
13         Q.    Can you explain to me what you
14    understand a SPAC to be?
15         A.    It's pretty much shell
16    companies -- not pretty much. It is shell
17    companies looking to bring private
18    companies public.
19         Q.    And why did you decide to
20    invest in SPACS at this time?
21              MR. KIM:  Objection to form. I
22         mean, it shows what he's holding at
23         this time. It doesn't establish
24         when he actually brought theme.
25              MS. YOUNG:  I'll rephrase.
```

```
                                              Page 41
 1            BRIAN HARBISON - CONFIDENTIAL
 2        Q.    Can you explain to me why you
 3   were holding shares in these SPACS at
 4   this time?
 5        A.    So pretty much -- not pretty
 6   much. I was holding them, hoping to see
 7   they pull a big company, I researched the
 8   team.  And usually, you get a good
 9   company, the stock shoots up, it trends,
10   more people jump in and the volume push
11   up and the volume goes higher, especially
12   if it's a good company.
13        Q.    So did you expect that there
14   would be a lot of positive momentum in
15   terms of the trading after these SPACS
16   went public --
17        A.    Yes.
18        Q.    -- or these private companies
19   went public?
20              And that's why you thought
21   they would be potentially good investment
22   opportunities for you?
23        A.    Yes.
24        Q.    And the market value of your
25   investments in each of these companies at
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2    the end of 2020 exceeded I think seven
 3    grand for each of them, if you look at
 4    that column. Does that sound about right?
 5          A.    Yes.
 6          Q.    If you look at the Quantity
 7    column on this page, this account
 8    statement also lists a number of
 9    companies for which you had purchased
10    only a single share, right? I think
11    that's about ten of the securities on
12    this page.
13          A.    Yes.
14          Q.    Do you often only purchase a
15    single share of stocks?
16          A.    Yes. Umm -- yes.
17          Q.    And why?
18          A.    Because I see stocks get lost
19    in the pile or the watchlist section, so
20    I just buy one share to keep it in mind
21    so I don't forget about it.
22          Q.    So it's a way of kind of
23    keeping it top of mind?
24          A.    Yes.
25                MS. YOUNG: Okay. Let's look at
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2       tab 4 and this will be Exhibit 150.
 3              (Exhibit 150, TD Ameritrade
 4       monthly statement Brian Harbison,
 5       Bates P00002790 was received and
 6       marked on this date for
 7       identification.)
 8       Q.    Can you this exhibit,
 9  Mr. Harbison?
10       A.    Yes.
11       Q.    And if you could scroll down
12  to the third page, do you see your name
13  at the top of this page?
14              MR. KIM:  Why don't we scroll
15       through the entire document so you
16       can put eyeballs on it?
17              MS. YOUNG:  That's fine.
18       Robert, do you want to go back to
19       the third page, unless the witness
20       or Phil wants to look at any other
21       section in more detail before I ask
22       him a couple of questions?
23       Q.    So this is your TD account
24  statement for the period ending December
25  31st, 2020, right?
```

```
                                            Page 44
 1           BRIAN HARBISON - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    And this lists that your
 4   account had a current value, then current
 5   value of about ███████ at this time,
 6   right?
 7      A.    Yes.
 8      Q.    And the next two pages show
 9   your holdings as of December 31st, 2020?
10      A.    Yes.
11      Q.    And if you look at the page
12   273, that's the one we're on, your
13   largest holdings by market value were in
14   Brainchip and CloudMD Software, do you
15   see those?
16      A.    Yes.
17      Q.    What is Brainchip Holdings?
18      A.    It's a chip company out of
19   Australia, deals with AI.
20      Q.    Do you recall why you decided
21   to invest in this company?
22      A.    Yes.
23      Q.    Can you tell me why?
24      A.    I researched it, thought it
25   was a good company and it was cheap at
```

Page 45

1          BRIAN HARBISON - CONFIDENTIAL

2     the time I bought it.

3          Q.    Do you still hold shares in

4     Brainchip?

5          A.    No.

6          Q.    Do you recall when you sold?

7          A.    I'm not sure. No.

8          Q.    Do you recall why you decided

9     to sell your shares of Brainchip?

10          A.    Yes.  I had an important

11    family matter that I needed some money.

12          Q.    And when you described

13    Brainchip Holdings as a good company,

14    what did you mean by that?

15          A.    They're pretty much -- I'm

16    sorry. They're making artificial

17    intelligence chips to, like, advance

18    technology.

19          Q.    So did you like the products

20    that they were selling?

21          A.    It's not a product yet.

22    They're still working on it, last time I

23    remember. But it's a good company and

24    they have a good vision.

25          Q.    So you thought the technology

Page 46

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2    might be promising in the future, the
 3    stuff they were developing?
 4          A.    Yes.
 5                MR. KIM:   Objection.
 6          Q.    And what is CloudMD software?
 7          A.    That is -- it's -- it's pretty
 8    much -- this -- this is like a Zoom
 9    version for doctors. This is, like,
10    during COVID, if I remember.
11          Q.    And why did you decide to
12    invest in that company?
13          A.    At the time with COVID and
14    lockdown it seemed a good idea.
15          Q.    And this page also shows that
16    you held one share of Tesoro Enterprises
17    and one share of The Very Good Food
18    Company, right?
19          A.    Yes.
20          Q.    So these are other examples of
21    you buying one share so you could kind of
22    keep the stocks in mind, even if you
23    weren't really ready to commit to a
24    bigger investment?
25          A.    Yes.
```

```
 1         BRIAN HARBISON - CONFIDENTIAL
 2         Q.     Are you familiar with the
 3    company called GameStop, Mr. Harbison?
 4         A.     Yes.
 5         Q.     What kind of company is it?
 6         A.     From what I remember -- not
 7    from what I remember. I'm not 100% sure.
 8    I didn't really research it, so I don't
 9    want to say or guess.
10         Q.     So you've not ever done any
11    sort of research into GME as a potential
12    investment?
13         A.     No.
14         Q.     And do you recall any sort of
15    news or information about GME around
16    January 2021?
17         A.     Yes.
18         Q.     And what do you recall in that
19    period?
20         A.     I just remember seeing it
21    trending online and the stock price
22    shooting up.
23         Q.     Do you remember discussions
24    about GME trending online and the stock
25    price of the company increasing in
```

```
                                            Page 48
 1          BRIAN HARBISON - CONFIDENTIAL
 2    January 2021?
 3          A.     Yes.
 4          Q.     You can't describe anything
 5    else you heard in more detail?
 6          A.     No.
 7          Q.     Do you know what short
 8    positions or shorts are, Mr. Harbison, in
 9    the investing context, I mean?
10          A.     Yes.
11          Q.     And can you describe what you
12    understand shorts to be?
13          A.     You borrow some shares to
14    bring the share price down.
15          Q.     So if you're short a stock you
16    can profit from betting that the stock
17    price is going to go down?
18          A.     Yeah, you borrow the shares
19    for a fee, if I'm understanding -- I
20    never did shorts, so it's kind of pricey
21    if you don't know what you're doing.
22          Q.     Have you ever heard the term
23    short squeeze before?
24          A.     Yes.
25          Q.     How would you define a short
```

```
                                                Page 49
 1          BRIAN  HARBISON  -  CONFIDENTIAL
 2  squeeze?
 3          A.    It's  pretty  much  when  --  I'm
 4  sorry. It's  when  the  volume,  a  lot  of
 5  people  pile  in,  there's  way  too  more
 6  shorts  than  there  has  to  be.  So  after  a
 7  certain  while  the  more  people  that  start
 8  to  buy  that  company,  the  volume  pushed  it
 9  up  and  then  shorts  have  to  cover  or  sell
10  their  shares  back  from  who  they  bought  it
11  from  for  a  certain  price  and  get  out  in
12  time  before  it  keeps  eating  up  their
13  profits.
14          Q.    Thank  you.  That's  helpful.
15              And  around  this  period  that
16  we've  been  discussing,  January  of  2021,
17  had  you  heard  about  a  possible  short
18  squeeze  in  GameStop?
19          A.    I  don't  remember.
20          Q.    And  you're  familiar  with  a
21  company  call  AMC,  right?
22          A.    Yes.
23          Q.    And  did  you  ever  research  AMC
24  as  a  potential  investment?
25          A.    Yes.
```

```
1          BRIAN HARBISON - CONFIDENTIAL
2          Q.     And what research did you
3    conduct?
4          A.     There was rumors about Amazon
5    supposedly buying it and then also --
6    that was it, yeah. There is two AMC
7    stocks, so that was just it.
8          Q.     And when do you recall hearing
9    about rumors that Amazon might buy AMC?
10         A.     I don't remember exactly.
11         Q.     Do you know anything about the
12   finances or profits of AMC?
13         A.     No.
14         Q.     Have you ever looked at any
15   SEC filings by AMC?
16         A.     No.
17         Q.     Or earnings announcements,
18   press releases, that sort of thing, put
19   out by AMC?
20         A.     Press releases, yes.
21   Earnings, no.
22         Q.     When do you recall looking at
23   press releases or AMC's press releases?
24                I'm sorry. I didn't hear you.
25         A.     I don't remember.
```

```
                                              Page 51
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.     Okay. Thank you. In January
 3  2021 do you recall any company
 4  announcements from AMC?
 5      A.     I don't recall.
 6      Q.     Are you aware of anything AMC
 7  was doing differently as a company in
 8  January of 2021?
 9      A.     I honestly --
10             MR. KIM:  Objection, form.
11      Q.     You can answer, Mr. Harbison.
12      A.     I honestly don't recall.
13      Q.     So you don't recall hearing
14  anything, any news about the company that
15  would make the stock price increase in
16  this time period?
17             MR. KIM:  Objection to form.
18      You can answer, Mr. Harbison.
19      A.     I don't recall, honestly.
20      Q.     And you also don't recall any
21  new products or developments from AMC in
22  January 2021; is that right?
23      A.     No, I would have heard about
24  that one, I didn't hear about that.
25      Q.     And did you hear about a
```

```
                                            Page 52

 1         BRIAN HARBISON - CONFIDENTIAL
 2    possible short squeeze in AMC in January
 3    2021?
 4         A.    Yes.
 5         Q.    And when did you first hear
 6    about a possible short squeeze in AMC?
 7         A.    I don't remember the exact
 8    date.
 9         Q.    Can you describe what you
10    heard around that time?
11         A.    I honestly can't.
12         Q.    Were you interested in
13    potentially participating in an attempted
14    short squeeze of AMC?
15         A.    Yes.
16         Q.    And why is that?
17         A.    To see profit.
18         Q.    So you thought that if there
19    was a short squeeze or an attempted short
20    squeeze in AMC that you could potentially
21    invest -- see the price increase and then
22    sell your shares before the end of the
23    squeeze?
24              MR. KIM:  Objection to form.
25         Q.    You can answer, Mr. Harbison.
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.     At that time I don't recall.
 3      Q.     Well, how do you profit from a
 4  short squeeze if you're taking a long
 5  position in AMC?
 6              MR. KIM:  Objection to form.
 7      A.     Yeah.  Umm, so from what I
 8  recall, I remember hearing the short
 9  squeeze in that year timeframe, but also
10  I remember for long-term I remember
11  buying it for Amazon as well about buying
12  AMC.  Amazon purchasing AMC, that was the
13  rumor.
14      Q.     Mr. Harbison, I believe a few
15  moments ago you testified that you were
16  interested in participating in a
17  potential short squeeze of AMC to
18  profit --
19      A.     Yes.
20      Q.     -- right?
21              So how did you think that you
22  could profit from a short squeeze in AMC?
23              MR. KIM:  Objection to form.
24      A.     It's a win win, because if
25  it's short squeezed, I get paid.  If the
```

```
                                              Page 54
 1           BRIAN HARBISON - CONFIDENTIAL
 2   rumor is true about Amazon buying AMC, I
 3   get paid.
 4         Q.    And when you say you get paid,
 5   do you mean when you sell the shares?
 6         A.    No, I would just hold them and
 7   sell options.
 8         Q.    So how would you profit from a
 9   short squeeze in AMC if you held the
10   shares?
11         A.    I would put my stop loss, I
12   would a stop loss on it if it started to
13   go down fast.  Is that what you're
14   asking?
15         Q.    Not exactly. So Mr. Harbison,
16   if the -- if there's a short squeeze,
17   let's say in AMC --
18         A.    Yes.
19         Q.    -- when the short squeeze
20   ends, is it your understanding that the
21   price of the shares will decline?
22              MR. KIM:  Objection, calls for
23         speculation, lack of foundation,
24         but he can answer the question if
25         you can.
```

```
                                         Page 55

 1           BRIAN HARBISON - CONFIDENTIAL

 2      A.    It's a 50/50 because some

 3   short squeezes they come back down on

 4   pump and dump stocks, and some short

 5   squeezes are good earnings and everything

 6   else, like Tesla.

 7      Q.    You just used the phrase "pump

 8   and dump."  What's a pump and dump?

 9      A.    Umm, pretty much anybody buys

10   -- rushes to buy the stock and you have

11   to get out real quick before it falls

12   back down.

13      Q.    And would you characterize

14   certain short squeezes or attempted

15   squeezes as pump and dumps in this way?

16           MR. KIM:  Objection, calls for

17      speculation.

18           THE WITNESS:  Should I answer?

19           MR. KIM:  You can answer if

20      you can. Same objection, calls for

21      speculation.

22      A.    Can you repeat the question

23   one more time?

24      Q.    Sure. So would you

25   characterize certain short squeezes or
```

```
                                    Page 56
 1        BRIAN HARBISON - CONFIDENTIAL
 2   attempted short squeezes as pump and
 3   dumps in this way?
 4             MR. KIM:  Objection, calls for
 5        speculation, vague.
 6        A.    Umm, No.
 7        Q.    Mr. Harbison, I think you
 8   testified a few moments ago that you
 9   would describe a pump and dump as a rush
10   to buy the stock and you have to get out
11   real quick before it falls back down,
12   right?
13        A.    Yes.
14        Q.    So is it your understanding
15   that short squeezes or attempted short
16   squeezes can also involve a rush to
17   purchase many shares of a certain stock?
18             MR. KIM:  Objection, asked and
19        answered, calls for speculation.
20             MS. YOUNG:  I hadn't asked
21        that question. You can answer,
22        Mr. Harbison.
23             MR. KIM:  Same objection.
24        A.    My understanding, no, because
25   pump and dumps could be of low volume,
```

```
                                           Page 57
 1           BRIAN HARBISON - CONFIDENTIAL
 2   low amount of shares, and it's a company
 3   you might never heard of. Short squeeze
 4   is something like if everybody believes
 5   Tesla is going to go down, they drop the
 6   price down $50, and he has a new truck
 7   coming out and good earnings, it will
 8   pump back up and it's going to stay up
 9   there.
10           Q.     So in that example you would
11   not call that a pump and dump, is that
12   what you mean?
13           A.     Which example?
14           Q.     In the Tesla example you just
15   used.
16           A.     Yeah, it's not a pump and
17   dump.
18           Q.     So for a short squeeze, I just
19   want to understand again, because you
20   said you were interested in participating
21   in a potential short squeeze in AMC to
22   profit, right?
23           A.     Yes.
24           Q.     Can you explain again to me
25   how you can profit from a short squeeze?
```

```
                                                  Page 58
  1            BRIAN HARBISON - CONFIDENTIAL
  2                 MR. KIM:  Objection to form,
  3         asked and answered. This is the
  4         third time you are asking him the
  5         same question.
  6         Q.    You can answer, Mr. Harbison.
  7         A.    So pretty much the more it
  8   goes up, you profit.  If the sell calls
  9   or sell puts and you use the shares as
 10   collateral, so it falls back down, you
 11   still get paid, because the calls that
 12   you sold somebody bought go in your
 13   pocket plus the money they give you
 14   upfront, they give you money upfront for
 15   selling calls and you get more money if
 16   the price falls down. So you still get to
 17   keep the shares to use as collateral.
 18         Q.    And in this same timeframe,
 19   January 2021, are you aware of attempted
 20   short squeezes in any other stocks?
 21         A.    In 2021 or in a certain month?
 22         Q.    In January 2021.
 23         A.    I'm not sure. I can't recall
 24   that.
 25         Q.    You don't recall, you know,
```

```
                                              Page 59

 1          BRIAN HARBISON - CONFIDENTIAL
 2    any discussions about attempted short
 3    squeezes in GME?
 4          A.     Honestly, I don't recall. I
 5    remember hearing it in 2021 but not the
 6    exact month.
 7          Q.     Okay. And 2021, let's say the
 8    whole year, do you recall discussions
 9    about attempted short squeezes in
10    Blackberry?
11          A.     No.
12          Q.     What about Bed Bath & Beyond?
13          A.     No.
14          Q.     Kos?
15          A.     No.
16          Q.     Nokia?
17          A.     No.
18          Q.     Express?
19          A.     No.
20          Q.     Tootsie Roll?
21          A.     No. I don't recall any of
22    those. I didn't really check for them
23    like that either, so that's probably why.
24          Q.     Do you recall any news or
25    media attention about the price of any of
```

```
                                          Page 60
 1          BRIAN HARBISON - CONFIDENTIAL
 2   these stocks increasing, you know, beyond
 3   what most people thought that they were
 4   actually worth --
 5                MR. KIM:  Objection.
 6         Objection, calls for speculation.
 7         A.    From what I remember, I just
 8   seen the tickers trending online in those
 9   rooms trending. I just look to see what
10   it was and...
11         Q.    And was this about AMC
12   specifically?
13         A.    This was all in those posts up
14   there.  I remember seeing GameStop up
15   there.  I remember seeing AMC. I don't
16   want to guess, so it was those two.
17         Q.    Do you recall anything about
18   AMC or GME being heavily shorted by hedge
19   funds or other institutional investors
20   around this time?
21         A.    Which time?
22         Q.    January 2021.
23         A.    I'm not sure about that month.
24   In that year, yes.
25         Q.    And I think you testified a
```

```
                                            Page 61
 1        BRIAN HARBISON - CONFIDENTIAL
 2   little while earlier that you recall the
 3   price of GME increasing substantially
 4   around this time in January 2021; is that
 5   right?
 6             MR. KIM:  Objection to form.
 7        A.    Did I say that?
 8             MR. KIM:  You can answer.
 9        A.    I don't recall. That was two
10   years ago.
11        Q.    Do you recall the price of AMC
12   increasing dramatically around this time
13   in January 2021?
14             MR. KIM:  Objection to form,
15        vague.
16        Q.    You can answer, Mr. Harbison.
17        A.    Honestly, I'm not sure.
18        Q.    Have you heard the term meme
19   stock before?
20        A.    In what year or exact --
21        Q.    Just ever.
22        A.    Yeah.
23        Q.    Do you recall when you first
24   heard the term meme stock, approximately?
25        A.    No.
```

Page 62

1      BRIAN HARBISON - CONFIDENTIAL

2      Q.    What do you understand a meme

3  stock to be?

4      A.    I'm not 100% sure.  So I'm

5  just going to say I've heard it

6  somewhere, Reddit. It's a popular stock.

7  I don't want to guess but that's --

8            MR. KIM:  I mean, you

9       shouldn't guess.

10           THE WITNESS:  Okay.

11           MR. KIM:  It's what you know.

12      We're not here to get your

13      guessing.

14      Q.    Is it your understanding that

15  memes are supposed to be funny,

16  Mr. Harbison?

17      A.    I don't recall that. I'm not

18  sure.

19      Q.    Do you know what memes are?

20      A.    Yeah, I know memes.  You're

21  talking about the stock market or are you

22  talking in general?

23      Q.    Just memes.

24      A.    Yeah.

25      Q.    And is it your understanding

```
                                           Page 63
 1          BRIAN HARBISON - CONFIDENTIAL
 2    that memes are supposed to be funny?
 3          A.    Not all of them.
 4          Q.    Not all of them? Some of them?
 5          A.    Yes.
 6          Q.    Did you believe that any of
 7    the stocks we've been discussing today
 8    were considered meme stocks around this
 9    time in January 2021?
10              MR. KIM:  Objection, vague.
11          A.    I don't recall.
12          Q.    Let's go back to AMC. Can you
13    describe in any more detail anything you
14    heard about AMC on social media or in the
15    news more generally in January of 2021?
16              MR. KIM:  Objection, asked and
17          answered.
18          A.    No. I don't recall.
19              MS. YOUNG:  Let's go ahead and
20          look at tab 6, I believe this will
21          be Exhibit 151.
22              (Exhibit 151, copy of posts
23          from StockTwits, was received and
24          marked on this date for
25          identification.)
```

```
                                           Page 64
 1          BRIAN HARBISON - CONFIDENTIAL
 2              MS. YOUNG:  I got an email
 3       saying that the Exhibit Share
 4       should be working, Mr. Harbison.
 5       Just hit reload. I emailed them
 6       myself and that's what they said.
 7       So let's see if it's working.
 8              THE WITNESS:  It's working.
 9              MR. KIM:  What number are we
10       looking at?
11              MS. YOUNG:  151.
12              MR. KIM:  It's not up there,
13       151.
14              THE WITNESS:  Yeah, I see it.
15              MR. KIM:  Okay. Here we go.
16              THE WITNESS:  Okay.
17       Q.    Do you recognize this
18    document, Mr. Harbison?
19       A.    I know it's StockTwits.
20       Q.    Do you see a couple of posts
21    on this page from your handle?
22              MR. KIM:  What page are we
23       looking at?
24              MS. YOUNG:  The first one.
25       A.    Yeah, I see it.
```

```
                                          Page 65
 1        BRIAN HARBISON - CONFIDENTIAL
 2        Q.    It looks like these date from
 3   January 26, 2021, right?
 4        A.    Yes.
 5        Q.    Thank you. In the original
 6   post it looks like it's from somebody
 7   with the user name Oceanavekid. Do you
 8   see that?
 9        A.    Yes.
10        Q.    And he writes, "GME $200
11   tomorrow. The SEC doesn't even care about
12   pumps anymore. It's the wild west,
13   everyone for themselves." Do you see
14   that?
15        A.    Yes.
16        Q.    And beneath that do you see
17   that there's GME's ticker and where it
18   states "Since post $152.53 and then
19   besides that", kind of over to the side
20   it states, "Thin: 174.60 and now 22.07."
21   Do you see that?
22        A.    Yes.
23        Q.    On StockTwits does the "then"
24   price represent the stock's price at the
25   time of the original post?
```

```
                                        Page 66
 1         BRIAN HARBISON - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3       A.    Yes.
 4       Q.    So here that would be 174.60
 5   for GME, right?
 6       A.    Yes.
 7       Q.    And do you see where about
 8   halfway down the page you then responded
 9   to this post on January 26th at 4:39
10   p.m.?
11       A.    Yes.
12       Q.    So what did you understand
13   Oceanavekid to mean when he or she wrote
14   "GME $200 tomorrow"?
15              MR. KIM:  Objection, calls for
16         speculation.
17       A.    I can't recall. That was two
18   years ago.
19       Q.    Sitting here today, what do
20   you understand that to mean?
21              MR. KIM:  I mean, if he
22         doesn't -- he doesn't recall then,
23         he doesn't recall now. Objection,
24         asked and answered.
25              MS. YOUNG:  I didn't ask what
```

```
                                             Page 67
  1            BRIAN HARBISON - CONFIDENTIAL
  2        he recalled, Phil.
  3              MR. KIM:  Objection, asked and
  4        answered, calls for speculation.
  5        Q.    Mr. Harbison, sitting here
  6   today, what do you understand that to
  7   mean?
  8              MR. KIM:  Same objection,
  9        asked and answered, calls for
 10        speculation.
 11        Q.    You can answer, Mr. Harbison.
 12        A.    Yeah, I don't want to guess. I
 13   can't really.
 14        Q.    I'm not asking you to guess.
 15        A.    I can't --
 16        Q.    So if the price of GME at this
 17   time was about $174 a share, did you
 18   believe or do you believe today that he
 19   was expressing that he thought the GME
 20   share price would hit $200 on January
 21   27th?
 22              MR. KIM:  Objection, calls for
 23        speculation.
 24              You're asking for what he
 25        thinks someone else -- what's in
```

Page 68

BRIAN HARBISON - CONFIDENTIAL

1    someone else's mind. I mean, this

2    is fully speculative.  Objection,

3    calls for speculation.

4          MS. YOUNG:  Your repeated

5    speaking objections are noted

6    though they are improper. You may

7    answer, Mr. Harbison.

8          MR. KIM:  Objection, calls for

9    speculation.

10          MS. YOUNG: You already

11    objected. I don't why you need to

12    say it again and again.

13   A.    I can't really -- I can't

14   guess, so I don't want to -- that's

15   pretty much it.

16   Q.    So sitting here today, what do

17   you believe he meant when he wrote, "The

18   SEC doesn't care about pumps anymore?"

19          MR. KIM:  Objection, calls for

20    speculation.

21   A.    I have no idea.

22   Q.    What are pumps to you in this

23   context?

24          MR. KIM:  Objection, calls for


Page 69

BRIAN HARBISON - CONFIDENTIAL

1
2          speculation.

3          A.     I don't want to guess, so...

4          Q.     Earlier today you used the
5     phrase "pump and dump", right?

6          A.     Yes. Yes.

7          Q.     Do you understand pumps to be
8     an abbreviated version of pump and dump?

9                 MR. KIM:  Objection, calls for
10         speculation.

11         A.     I don't want to guess because
12    -- yeah, I don't know.  I would assume he
13    means pumps and dumps.

14         Q.     And by that do you understand
15    then that the stock price of GME was
16    inflated?

17                MR. KIM:  Objection, calls for
18         speculation.

19         A.     That I'm not sure. I never
20    researched GME.

21         Q.     And what do you understand is
22    the "wild west, everyone for themselves"
23    to mean?

24                MR. KIM:  Again, objection,
25         calls for speculation.

```
                                                Page 70

 1           BRIAN HARBISON - CONFIDENTIAL

 2        A.     That I can't say.

 3        Q.     And you commented two emojis,

 4   like with the laughing faces and wrote "I

 5   should have jumped in", right?

 6        A.     Yes.

 7        Q.     Did you mean you should have

 8   purchased GME?

 9        A.     Yes.

10        Q.     So in this context you were

11   saying you should have jumped in by

12   trading GME, right?

13        A.     Yes, I sold options.

14        Q.     And that's because the price

15   of GME was increasing, right?

16        A.     Yes.

17        Q.     And what about the post from

18   Oceanavekid made you laugh or that you

19   found comical?

20        A.     The "wild wild west" part.

21        Q.     And why is that?

22        A.     That -- that's what I can

23   think of but at the time it just seemed

24   funny.

25        Q.     It seemed funny that there are
```

```
 1         BRIAN HARBISON - CONFIDENTIAL
 2   potential pump and dumps in GME, is that
 3   what you mean?
 4              MR. KIM:  Objection,
 5         argumentative. It's not what he
 6         said.
 7         A.   No, I'm not 100%.  It's the
 8   "wild wild west", that's pretty much it.
 9         Q.   And what about GME or, you
10   know, the market at this time related to
11   the "wild wild west" comment?
12              MR. KIM:  Objection, vague. Is
13         that a question or a statement?
14              MS. YOUNG:  It was a question.
15              MR. KIM:  Well, I don't
16         understand it. Objection, vague.
17              MS. YOUNG:  You don't have to
18         understand it, Phil. You're not the
19         witness.
20              MR. KIM:  I suspect others
21         don't understand it.
22         Q.   What do you mean about the
23   "wild wild west" in the context of this
24   --
25              MR. KIM:  Objection, asked and
```

```
                                          Page 72

 1        BRIAN HARBISON - CONFIDENTIAL

 2        answered. You already testified  --

 3        you already asked him that

 4        question.

 5        Q.    You can answer, Mr. Harbison.

 6             MR. KIM:  Objection, asked and

 7        answered.

 8        A.    I'm not sure what he means by

 9   it.

10        Q.    That wasn't my question.

11             My question was, what did you

12   find funny about the "wild wild west"

13   comment?

14             MR. KIM:  Objection, asked and

15        answered.

16        A.    I don't want to guess. It's

17   two years ago.

18        Q.    Today do you find the post

19   funny?

20             MR. KIM:  Objection, asked and

21        answered.

22             MS. YOUNG:  I didn't ask that.

23        A.    It's a post on StockTwits,

24   it's a regular post.

25        Q.    I'm not sure I follow. Today
```

```
                                          Page 73
 1          BRIAN HARBISON - CONFIDENTIAL
 2    do you find the post funny?
 3          A.    I mean, it's regular now.
 4                (Reporter clarification.)
 5          Q.    So you don't find the post
 6    funny today?
 7          A.    No.
 8                MR. KIM:  Objection to form.
 9          Q.    And immediately beneath that
10    Oceanavekid responded to you writing,
11    includes your handle, "You and I both.  I
12    saw it go up since '14 but didn't want to
13    jump in a shit stock. Never thought the
14    SEC would let it get to this point.
15    Never thought I'd see $200 for GameStop.
16    People say AMC might be next. It would be
17    fucking wild if that just starts pump all
18    of a sudden." Do you see that?  "Starts
19    to pump all of a sudden." Excuse me. Do
20    you see that?
21                This is kind of near the
22    bottom of the page.
23          A.    Yeah, I see it. Yeah, I see
24    it.
25          Q.    So did you understand this to
```

```
                                        Page 74

    1          BRIAN  HARBISON  -  CONFIDENTIAL
    2   mean  that  Oceanavekid  was  expressing
    3   regret  that  they  hadn't  jumped  in  to
    4   trade  GME?
    5               MR.  KIM:   Objection,  calls  for
    6          speculation.
    7          A.     That's  what  he  wrote.
    8          Q.     And  when  he  wrote  "but  didn't
    9   want  to  jump  in  a  shit  stock",  what  do
   10   you  understand  a  "shit  stock"  to  be?
   11               MR.  KIM:   Objection,  calls  for
   12          speculation  and  document  speaks  for
   13          itself.
   14          A.     Yeah,  I  can't  speak  on  what  he
   15   calls  a  shit  stock.
   16          Q.     What  do  you  think  a  shit  stock
   17   is?
   18               MR.  KIM:   Same  objection.
   19          A.     My  definition?
   20          Q.     Yeah.
   21          A.     Or  what  he  thinks  --
   22          Q.     No.  What  you  think  a  shit
   23   stock  is.
   24          A.     Me,  personally,  I  call  a  shit
   25   stock  that's  something  that's  not  worth
```

1          BRIAN HARBISON - CONFIDENTIAL

2    it.

3          Q.    And by "not worth it" you mean

4    not worth the price?

5          A.    Not worth buying, to me.

6          Q.    As an investment, like, you

7    just think it's not worth -- it's not

8    worth the investment?

9          A.    Yes.

10         Q.    So if you didn't think a stock

11   was worth the investment you wouldn't

12   expect to see the stock price increase,

13   right?

14              MR. KIM:  Objection, form,

15         vague, hypothetical. You can answer

16         the question.

17         A.    I'm sorry. Repeat one more

18   time.

19         Q.    Sure. So if you didn't think a

20   stock was worth the investment you

21   wouldn't expect to see the stock price

22   increase, right?

23              MR. KIM:  Objection to form,

24         incomplete hypothetical, vague.

25         A.    Not really because there's

Page 76

1           BRIAN HARBISON - CONFIDENTIAL
2    been stocks that were considered shit
3    stocks but they turned it around.  But if
4    you wasn't researching it you wouldn't
5    know, so...
6                MR. KIM:  We've been going
7           about a hour. So, you know, once
8           you finish this sort of line of
9           questioning or if you think this is
10          a good time to take a break.
11               MS. YOUNG:  No. Let's just
12          finish this document and then we
13          can take a break.
14               MR. KIM:  That's fine.
15          Q.    So when you wrote "People say
16   AMC might be next, will be fucking wild
17   if that starts to pump all of a sudden",
18   sitting here today, do you believe that
19   he was anticipating that AMC stock may
20   rise?
21               MR. KIM:  Objection, calls for
22          speculation, the document speaks
23          for itself.
24          Q.    You can answer, Mr. Harbison.
25          A.    Yes.

```
 1           BRIAN HARBISON - CONFIDENTIAL
 2       Q.    Did you consider GME a shit
 3   stock in January 2021?
 4       A.    I never fully researched it,
 5   so I know -- I'm not a fan of GME,
 6   GameStop, I didn't have anything to trade
 7   as a kid, so I stayed away from games
 8   altogether.  But the actual stock, I
 9   never researched it, so I can't really
10   say.
11       Q.    And by "next", do you
12   understand him to be saying that AMC's
13   price would increase just as GME's had
14   around this time?
15              MR. KIM:  Same objection,
16       calls for speculation.
17       A.    Yeah, he said "might be next".
18   I guess he's hoping AMC goes to 200 or
19   whatever the number was at the time for
20   GameStop.
21       Q.    And then you respond to
22   Oceanavekid, "I'm still trying to see why
23   it's even this high", and then there is
24   two laughing emojis and then you said, "I
25   thought about AMC too.  It might get some
```

1          BRIAN HARBISON - CONFIDENTIAL

2    lotto plays."  Do you see that?

3          A.    Yes.

4          Q.    And when you wrote, "I'm still

5    trying to see why it's even this high",

6    were you saying that you didn't

7    understand why GME's stock price was as

8    high as it was at that time?

9          A.    Yes.

10         Q.    And is that because you didn't

11   think that the price of GME was, like,

12   supported by from what you knew about the

13   company?

14              MR. KIM:  Objection, calls for

15         speculation, lack of foundation.

16              He already said he didn't look

17         into it, so it's an improper

18         question.

19         Q.    You can answer.

20         A.    I didn't research it so that's

21   why I didn't know why it was that high.

22         Q.    And when you wrote, "I thought

23   about AMC too.  It might get some lotto

24   plays", you described the purchase of AMC

25   as lotto plays, right?

Page 79

1         BRIAN HARBISON - CONFIDENTIAL
2              MR. KIM:  Objection, document
3         speaks for itself.
4         A.    Yes.
5         Q.    What are lotto plays?
6         A.    Umm, it's when you buy call
7     options or puts, put options either for
8     extremely cheap for, like, a dollar, two
9     dollars, five dollars and if it hits, you
10    own -- you get paid, the lotto.
11        Q.    So there's no relationship
12    between lotto plays and gambling?
13        A.    No.  It's a gamble when you
14    buy something,that's that high or that
15    low, because that's why it's that cheap
16    because it's that high or that low,
17    nobody expects it to go that high or that
18    low.
19        Q.    So were you expressing that
20    you believe trading AMC at this time to
21    be a gamble?
22        A.    No.
23             MR. KIM:  Objection to form.
24        A.    No.
25        Q.    But you characterized it as a

```
                                          Page 80
 1        BRIAN  HARBISON - CONFIDENTIAL
 2   lotto  play,  right?
 3        A.     Yeah.
 4             MR.  KIM:   Objection  to  form.
 5        A.      If -- I  don't  remember  exactly
 6   how  much  the  options  were  but  let's
 7   suppose  they're  for  a  dollar,  if  you
 8   could  spend  $10  and  make  back  2,000,
 9   that's -- why  not?
10        Q.     And  would  you  ever
11   characterize  purchasing  shares,  not
12   trading  options  but  actually  purchasing
13   the  underlying  security  as  being  a  lotto
14   play?
15        A.     No.
16        Q.     And  you  understood  from
17   Oceanavekid's  post  that  there  were
18   discussions  about  AMC  being  the  next
19   stock  after  GME  to  be  pumped,  right?
20             MR.  KIM:   Objection,  calls  for
21        speculation.
22        A.     Yeah,  no  because  you  can't
23   guess  that  and  it  didn't  even  go  that
24   high. AMC  didn't  even  go  up  to  a  hundred.
25   So  he  was  wrong  about  it  being  next.
```

```
                                                   Page 81
 1            BRIAN HARBISON - CONFIDENTIAL
 2       Q.     So you don't remember any
 3   dramatic increase in the price of AMC
 4   after this point in time in January -- on
 5   January 26, 2021?
 6            MR. KIM:  Objection, vague.
 7       A.     I can't recall that.
 8       Q.     And so Oceanavekid responds to
 9   you, and this is at the top of the next
10   page, if you just want to flip over or
11   scroll down, I guess. He says "It's just
12   people pumping it and shorts trying to
13   make money anticipating a drop getting
14   squeezed.  Big pump going on, only reason
15   it's up." Do you see that?
16       A.     Yes.
17       Q.     And that's in response to your
18   question about "I'm still trying to see
19   why it's even this high", right?
20       A.     A-hum.
21            MR. KIM:  Wait.  That's not a
22       question but, you know, objection,
23       mischaracterizes the document,
24       calls for speculation.
25       Q.     Mr. Harbison, did you
```

Page 82

1           BRIAN HARBISON - CONFIDENTIAL
2    understand this post to be in response to
3    your question about still trying to see
4    why -- your statement that you're still
5    trying to see why it's even this high?
6               MR. KIM:  Objection, document
7         speaks for itself.
8         A.    Yes and no. That's his opinion
9    but it's not 100% accurate, so...
10        Q.    I'm asking something just more
11   basic, as to whether or not his post is
12   responding to what you said about not
13   understanding why it's even this high.
14        A.    Oh, is he answering me?
15        Q.    Yeah, in that portion of your
16   post.
17        A.    Yes.
18        Q.    And you understood that this
19   was providing you an explanation as to
20   why it was so high at this point in time,
21   right?
22        A.    An opinion.
23              MR. KIM:  Objection to form.
24        Q.    I'm sorry. I didn't hear you,
25   Mr. Harbison.

```
                                            Page 83
1         BRIAN HARBISON - CONFIDENTIAL
2         A.      An opinion.
3         Q.      Sure. And his opinion was the
4    only reason the price of GME was up was
5    because of investors pumping the stock,
6    right?
7         A.      That's what he says there,
8    yeah.
9         Q.      In this context you understand
10   pumping to mean an effort to increase the
11   stock price before dumping it, right?
12             MR. KIM:   Objection to form.
13        A.      Umm, looking back at it, it
14   doesn't really make too much sense
15   because he says shorts are trying to make
16   money -- oh, I see.
17             Honestly -- yeah, I don't want
18   to assume so -- but that's -- if that's
19   what he's written, that's what he wrote
20   down, yes.
21        Q.      He also mentions shorts that
22   were getting squeezed, right? I think you
23   testified earlier today that you have a
24   general understanding of what short
25   squeezes are, right?
```

```
                                        Page 84
 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    So at this time you were aware
 4   of some discussions of potential short
 5   squeezes in AMC, right?
 6            MR. KIM:   Objection to form.
 7      A.    No. Because he said it might
 8   be next. It wasn't a guarantee that that
 9   it is next or it's going on right now.
10      Q.    Right. I think that's why I
11   used the word "potential".
12            So at this time you're aware
13   of some discussion of potential short
14   squeezes in AMC, right?
15      A.    I'd say yes.
16      Q.    And you commented -- this is a
17   little further, I think one post down,
18   that you want to jump in but nervous that
19   will be the time it actually falls, and
20   then there are these, like,
21   crying/laughing emojis, right?
22      A.    Yes.
23      Q.    And that was at 4:55 p.m.?
24      A.    Yes.
25      Q.    And were you referring -- by
```

```
                                            Page 85
 1          BRIAN HARBISON - CONFIDENTIAL
 2    "I want to jump in", are you referring to
 3    AMC there?
 4              MR. KIM:  Object to the form.
 5        A.    No, because he said it might
 6    be next. And this says -- if I'm saying
 7    it's going to fall by the time I get in,
 8    it can't be AMC because it might be, it
 9    means AMC didn't start yet.
10        Q.    Oh, I'm sorry. What do you
11    mean by "I want to jump in"?
12        A.    I'm not sure.
13              MR. KIM:  Don't speculate.
14              THE WITNESS:  All right.
15        Q.    From this context, sitting
16    here today, what do you believe that you
17    were referring to when you said that you
18    wanted to jump in?
19              MR. KIM:  I mean, again, calls
20        for speculation. Don't speculate.
21              He said he didn't know what he
22        was doing then and then now you're
23        asking him what he believed now.
24        So, again, calls for speculation,
25        asked and answered.
```

```
                                        Page 86
 1        BRIAN HARBISON - CONFIDENTIAL
 2        A.    I know it's not AMC by the way
 3   it's written.
 4        Q.    GME?
 5        A.    I said AMC. Are you talking
 6   about AMC or GME?
 7        Q.    I asked you earlier if you
 8   thought it was AMC and you said you
 9   didn't, unless I misunderstood your
10   response.
11        A.    Oh, okay. Yeah. Yeah. That's
12   what I said. So with this --
13             MR. KIM:  Objection, calls for
14        speculation.
15        A.    -- it's not really detailed so
16   --
17        Q.    So from this context you're
18   not sure whether or not when you wrote "I
19   want to jump in", whether that refers to
20   jumping into trade GME or AMC?
21             MR. KIM:  Objection.
22        A.    No.
23             MR. KIM:  He's already said it
24        wasn't AMC, so you keep asking him
25        the same questions.
```

```
                                        Page 87
 1          BRIAN HARBISON - CONFIDENTIAL
 2        A.     Yeah, it's not AMC by the way
 3   it's worded, so...
 4        Q.     But by "jump in" you were
 5   referring to trading, right?
 6        A.     Yes.
 7        Q.     And you were nervous because
 8   you thought the price of whatever stock
 9   it is that you were referring to in this
10   response might fall, right?
11        A.     Yes.
12        Q.     And sitting here today, do you
13   have any understanding as to why you
14   would worry that the price of these -- of
15   whatever stock this was might fall?
16             MR. KIM:  Objection, calls for
17        speculation, asked and answered.
18        A.     Worried you're going to lose
19   money.  If it falls before you jump in
20   you are going to lose your money.
21        Q.     And that's because there is
22   discussion of possible short squeezes at
23   least in these two stocks we've been
24   discussing with respect to this chain,
25   right?
```

```
                                        Page 88

 1         BRIAN HARBISON - CONFIDENTIAL
 2              MR. KIM:  Objection.
 3       A.    No. Because this stock goes to
 4    52 week high and could fall back down
 5    too, so...
 6       Q.    But in this chain where you
 7    are going back and forth with Oceanavekid
 8    you are discussing pumps and short
 9    squeezes, right?
10              MR. KIM:  Objection,
11         mischaracterizes the document, it
12         speaks for itself.
13       A.    No. Matter of fact -- I don't
14    want to guess, I don't recall.
15       Q.    And why did you want to jump
16    in?
17              MR. KIM:  Objection, vague.
18       A.    To make money.
19       Q.    To make money from a pump and
20    dump?
21              MR. KIM:  Objection, calls for
22         speculation, lack of foundation.
23       A.    I want to say yes, but I
24    didn't buy the stock so I guess I ain't
25    jumping in.
```

```
                                            Page 89
 1         BRIAN HARBISON - CONFIDENTIAL
 2              MS. YOUNG:  Now is probably a
 3      good time for a break. How long do
 4      you guys need?
 5              MR. KIM:  I think we've been
 6      going for, like, 70 minutes. I'd
 7      like a ten minute break at least.
 8              Mr. Harbison, do you need more
 9      or less time? Is ten minutes good?
10      It's up to you.
11              THE WITNESS:  Like 20.
12              MR. KIM:  20.
13              VIDEOGRAPHER:  All right.
14      Going off the record. The time is
15      11:48 a.m.  This is the end of
16      Media Unit 1.
17              (Recess is taken.)
18              VIDEOGRAPHER:  We're back on
19      the record. The time is 12:12 p.m.
20      This is the beginning of Media Unit
21      2.
22      Q.    Mr. Harbison, you understand
23  that you're still sworn in and under oath
24  and have to testify truthfully, right?
25      A.    Yes.
```

```
                                              Page 90

 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.     Thank you. All right. Let's go
 3  ahead and mark tab 31. This will be
 4  Exhibit 152. It should be available right
 5  now I think if you refresh your pages.
 6              (Exhibit 152, Robinhood
 7          trading data re: Brian Harbison,
 8          Bates RHMDL00097431.001 was
 9          received and marked on this date
10          for identification.)
11      Q.     Do you see it?
12      A.     Tab 32.
13      Q.     Or tab 31.
14              MR. KIM:  It says Exhibit 152.
15          Are you seeing that?
16              THE WITNESS:  All right. I'm
17          seeing it.
18              MR. KIM:  It's a spreadsheet.
19              THE WITNESS:  Yeah.
20      Q.     And I can represent to you
21  that this exhibit contains trading data
22  that Robinhood produced in connection
23  with this matter and that the account
24  number in the left-hand column is your
25  Robinhood account number.
```

```
 1           BRIAN HARBISON - CONFIDENTIAL
 2                If you want to see one of your
 3    statements to confirm that for yourself
 4    we can do that but --
 5                MR. KIM:  We'll stipulate.
 6                MS. YOUNG:  Thank you.
 7         Q.   Okay. And if you look at this
 8    first row here do you see that you
 9    purchased 100 shares of AMC -- this is in
10    the second row, excuse me.  You purchased
11    100 shares of AMC for 6.86 a share at
12    22:10 UTC on January 26 -- 27?
13         A.   Say it one more time?
14         Q.   Sorry. Do you see the trade
15    for 100 shares of AMC for 6.86?
16         A.   6.86?
17                MR. KIM:  Is that 7?
18                MS. YOUNG:  Excuse me. I'm
19         sorry. I'm mixing up --
20                MR. KIM:  That's the Robinhood
21         execution price, no?
22                MS. YOUNG:  This is the first
23         row, 100 shares.  The 6.86 I
24         actually think, Phil, if it's a
25         limit buy, the 6.86 is what he
```

```
                                            Page 92
 1           BRIAN HARBISON - CONFIDENTIAL
 2       paid.
 3              MR. KIM:  Oh. Because I
 4       thought in the other one it was
 5       what Robinhood --
 6              MS. YOUNG:  I think it was
 7       maybe confused with that one. I
 8       think it's a limit order.
 9              MR. KIM:  I see. Okay. Well...
10       Q.    Do you see that purchase, Mr.
11   Harbison?
12       A.    Yeah. It has order price as 7,
13   it shows, yeah.
14       Q.    And 22 UTC -- so that's the
15   universal time period, which is five
16   hours ahead of Eastern.  So this was
17   placed at 5:10 p.m. Eastern. So this is
18   about 15 minutes after you posted the
19   last post that we looked at in the prior
20   exhibit, Exhibit 151, right?
21       A.    Yes.
22       Q.    Okay. So why did you purchase
23   these shares of AMC on January 26?
24       A.    I don't want to speculate.
25       Q.    Was there something in
```

```
 1       BRIAN HARBISON - CONFIDENTIAL
 2   particular that prompted you to trade at
 3   this time?
 4       A.   I don't recall. Yeah, I don't
 5   want to assume, so...
 6       Q.   Had you heard anything, any
 7   news from AMC about the company on
 8   January 26, to the best of your
 9   recollection?
10       A.   On that exact date, no.
11       Q.   But you had been reading posts
12   concerning AMC on the same day prior to
13   trading, right?
14       A.   I don't recall.
15       Q.   We just looked at several.
16       A.   That was the same day?
17       Q.   Right.
18       A.   Okay.
19       Q.   And you were posting about AMC
20   the same day as this trading too, right?
21           MR. KIM:  Objection to form.
22       Mischaracterization of posting
23       about AMC.  I think those posts you
24       showed him speak for themselves.
25           MS. YOUNG:  He can also speak
```

```
                                                    Page 94
 1           BRIAN HARBISON - CONFIDENTIAL
 2         for himself, Mr. Kim.
 3         A.    Yeah, I don't remember those
 4    posts about GameStop. There was nothing
 5    about me saying anything about AMC.
 6         Q.    Let's go back to the post.
 7    That was 151, tab 6. If you look at the
 8    first page of Exhibit 151, do you see
 9    that your post at 4:45 p.m. where you say
10    "I thought about AMC too."
11         A.    Yeah, I see it.
12         Q.    So you posted about AMC at
13    4:45 on January 26, 2021, prior to
14    trading at 5:10 p.m. Eastern, right,
15    trading in AMC at 5:10 p.m. Eastern?
16         A.    Yes.
17         Q.    And did any of this discussion
18    on social media that you participated in
19    concerning AMC at all influence your
20    decision to buy shares of AMC on this
21    day?
22         A.    No, because it says lotto
23    plays, and I said before lotto plays is
24    options.
25         Q.    Yeah. So you're saying this
```

```
                                              Page 95
 1          BRIAN  HARBISON  -  CONFIDENTIAL
 2    was  fully  independent  of  any  discussion
 3    of  AMC  at  this  time  that  you  saw  on
 4    social  media?
 5          A.     Yes.
 6          Q.     But  you  don't  have  any  idea
 7    why  you  decided  to  trade  on  this  date  on
 8    January  26,  2021?
 9               MR.  KIM:   Objection,  asked  and
10          answered.
11          A.     At  that  exact  time,  no.
12          Q.     What  about  just  on  this  day,
13    do  you  have  any  understanding  why  you
14    decided  to  buy  AMC  on  January  26,  2021?
15          A.     No.
16          Q.     But  at  this  point  in  time  you
17    were  aware  of  discussions  about  a
18    potential  short  squeeze  in  AMC,  right?
19               MR.  KIM:   Objection,
20          mischaracterizes  the  record.
21          A.     No.
22          Q.     You  testified  earlier,  Mr.
23    Harbison,  that  you  were  interested  in
24    participating  in  a  potential  short
25    squeeze  of  AMC  around  this  time,  do  you
```

                                        Page 96

1           BRIAN HARBISON - CONFIDENTIAL

2     recall that?

3                MR. KIM:  Objection to form.

4          A.    Where at?

5          Q.    Where?

6          A.    Yeah.

7          Q.    You testified to that earlier

8     today.

9                MR. KIM:  Objection to form. I

10         don't -- you know.

11         Q.    You do not recall saying

12    anything about wanting to profit from a

13    short squeeze, a potential short squeeze

14    in AMC around this time?

15               MR. KIM:  Objection. I think

16         it mischaracterizes prior

17         testimony.

18         A.    Yeah, I never said the exact

19    date or any day.

20         Q.    I didn't say a date in my

21    question just now. I just said around

22    this time.

23         A.    "At this time" meaning?

24               MR. KIM:  Objection. As I

25         recall I think he said GME, but I

Page 97

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        don't recall him saying AMC but my
 3        memory is not as good as yours.
 4             MS. YOUNG:  Probably true.
 5             MR. KIM:  So objection
 6        misstates his testimony.
 7        Q.    Now, the order type for this
 8   trade, Mr. Harbison, is a limit order.
 9             What is a limit order, in your
10   own words?
11        A.    It's pretty much when you buy
12   at a certain price that you set the order
13   to be filled in.
14        Q.    Is that in contrast to a
15   market order --
16        A.    No.
17        Q.    -- that you're trading? Okay.
18        A.    So it's pretty much -- it's
19   not pretty much. If the stock is at, say,
20   eight dollars or nine dollars and you
21   think it's going to fall down to seven,
22   you put the limit order for seven
23   dollars.
24        Q.    And it will automatically
25   purchase shares at that praise?
```

Page 98

1              BRIAN HARBISON - CONFIDENTIAL

2         A.    If it falls to that number,

3    yes.

4         Q.    So other trades -- so that's

5    in the order type column. You don't -- do

6    you know what market order types are?

7         A.    Yes.

8              MR. KIM:  Objection, vague.

9         Q.    Can you describe what a market

10   order is?

11        A.    So you just -- you buy at --

12   you put the order in and the market gives

13   you whatever they feel is the exact

14   number at that time.

15        Q.    So it's a trade for the

16   current market price?

17        A.    Yes, or it might fall at that

18   price.

19        Q.    And did you often place orders

20   as limit orders around this time?

21        A.    What do you mean exactly?

22        Q.    I mean, did you frequently,

23   instead of placing market orders, did you

24   place limit orders around this time? It

25   looks like there are a fair number of

```
                                         Page 99
 1          BRIAN HARBISON - CONFIDENTIAL
 2   these that are limit orders.
 3        A.    Yes.
 4        Q.    So I'm wondering if that's a
 5   practice of yours?
 6        A.    Yes.
 7        Q.    And what determines whether
 8   you are going to place a market order or
 9   a limit order?
10        A.    Umm, if I feel the stock is
11   going to go down at a certain price, if I
12   want a certain amount of shares for a
13   certain amount of money, I'll place a
14   limit order and see what I get filled.
15        Q.    Is this the first time you
16   purchased shares of AMC, January 26,
17   2021?
18        A.    That I don't recall. I don't
19   think so, but I don't want to guess.
20             MR. KIM:  Don't guess.
21             THE WITNESS:  Okay. I don't
22        recall.
23             MS. YOUNG:  Can we look at tab
24        7? This will be Exhibit 153.
25             (Exhibit 153, copy of
```

```
                                        Page 100
 1          BRIAN  HARBISON - CONFIDENTIAL
 2          StockTwits  messages,  was  received
 3          and marked  on  this  date  for
 4          identification.)
 5          Q.    I think  it  should  be  available
 6    now.
 7          A.    Yeah. All right.
 8          Q.    And  do  you  recognize  this
 9    document, Mr. Harbison?
10          A.    I recognize  the  user  I'm
11    talking  to.
12          Q.    OTCgod?
13          A.    Yes.
14          Q.    Who is that?
15          A.    It's  like  a  guy  I'm  friends
16    with on  the  app.
17          Q.    On  StockTwits?
18          A.    Yes.
19          Q.    Do you  know  anything  about  the
20    user?
21          A.    Just  on  StockTwits.
22          Q.    And  these  are  posts  from
23    January  26, beginning  at  5:07,  right?
24          A.    Yes.
25          Q.    Okay. And  do  you  see  in  the
```

Page 101

1        BRIAN HARBISON - CONFIDENTIAL

2    top post he writes, "AMC added LOL", and

3    then says "bullish" next to that?

4        A.    Yes.

5        Q.    And below that you commented,

6    so this is at 5:11 p.m., and you

7    commented with two laughing emojis and

8    wrote "Same.  Did you get in on GME?

9    LOL." Do you see that?

10       A.    Yes.

11       Q.    What do you mean by "same"?

12       A.    I don't recall.

13       Q.    Sitting here today, what do

14   you think you meant by "same"?

15            MR. KIM:  Objection, calls for

16       speculation.

17       A.    Yeah, I don't recall. I can't.

18       Q.    So do you believe that OTCgod

19   in the first post was expressing that

20   they had bought shares of AMC?

21            MR. KIM:  Objection, calls for

22       speculation, document speaks for

23       itself.

24       A.    That's what he says, that's

25   what he wrote down. He said "added".

Page 102

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2          Q.    And does "added" mean
 3   purchased AMC?
 4          A.    It could but I didn't -- I
 5   wasn't there to actually see him buy it,
 6   so he could just be saying it, playing
 7   around.
 8          Q.    Fair. But that's what you
 9   would understand that to mean, purchased
10   AMC, right?
11          A.    Yes.
12              MR. KIM:  Objection.
13          Q.    That's three minutes before
14   you purchased your 100 shares of AMC on
15   January 26 at 5:10 p.m. Eastern, right?
16              MR. KIM:  Objection, calls for
17          speculation.  I mean, we don't know
18          if these -- the time on these
19          things are synced, right? I mean,
20          so...
21          Q.    Mr. Harbison, do you recall
22   that in the prior exhibit that we looked
23   at you purchased 100 shares of AMC at
24   5:10 p.m., right?
25          A.    Okay.
```

1          BRIAN HARBISON - CONFIDENTIAL

2          Q.    And in your post right here

3    from January 26 at 5 -- it's at 5:11

4    p.m., right?

5          A.    Yes.

6          Q.    It's a minute after you bought

7    100 shares of AMC, right?

8          A.    Yes.

9          Q.    Okay. So when you wrote

10   "same", do you believe that you were

11   suggesting that you had also bought

12   shares of AMC?

13         A.    Yeah. Yes.

14         Q.    And what does "bullish" mean

15   to you?

16         A.    You're in favor of the stock.

17         Q.    Were you also bullish about

18   AMC at this time?

19         A.    This exact time I bought it,

20   yes, I had to be.

21         Q.    And why did you want to post

22   about your trade?

23         A.    I really don't. I told people

24   that I got friends with on there, like

25   him, and that's pretty much it.

Page 104

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2       Q.    Did you want him to know that
 3  you were also invested in AMC?
 4       A.    That I can't recall. I'm just
 5  -- just talking. I can't recall exactly
 6  what I was thinking at the time, if I
 7  wanted him to think it or --
 8            MS. YOUNG:  I think he's
 9       frozen. Mr. Harbison?
10            MR. KIM:  Did we lose him?
11            VIDEOGRAPHER:  I think we
12       should go off the record.
13            Going off the record. The time
14       is 12:28 p.m.
15            (Recess is taken.)
16            VIDEOGRAPHER:  We're back on
17       the record. The time is 12:35 p.m.
18       Q.    Okay. Mr. Harbison, you
19  testified earlier that you sometimes use
20  StockTwits to research potential
21  investments, right?
22       A.    I wouldn't say research, but
23  get info.
24       Q.    Okay. So is it fair to say
25  that you sometimes use StockTwits to get
```

```
                                             Page 105
  1          BRIAN HARBISON - CONFIDENTIAL
  2   information about potential investments?
  3         A.    Yes.
  4         Q.    And a little while earlier we
  5   looked at a post from you on January 26th
  6   that mentioned AMC, right?
  7         A.    Yes.
  8         Q.    And then on this day or later
  9   the same day you respond to a different
 10   post about AMC, right? So this is back in
 11   Exhibit 153.
 12         A.    Yes.
 13         Q.    And that post that you are
 14   responding to is posted at 5:07, right?
 15         A.    Tab 7?
 16         Q.    Yeah.
 17         A.    Okay. Yeah, I see.
 18         Q.    And in the spreadsheet of your
 19   trades that we looked at earlier, Exhibit
 20   152 that we saw earlier, we saw that you
 21   bought 100 shares of AMC at 5:10 p.m. on
 22   January 26th, right?
 23         A.    Yes.
 24         Q.    And here at 5:11 on January 26
 25   you respond to the post about "AMC added"
```

Page 106

1          BRIAN HARBISON - CONFIDENTIAL
2    saying "same", right?
3          A.    Yes.
4          Q.    And did anything you were
5    hearing or writing about AMC on
6    StockTwits on this day on January 26
7    influence your decision to buy AMC on
8    this day?
9               MR. KIM:  Objection, asked and
10        answered.
11         A.    I don't recall.
12         Q.    And your testimony is that you
13   don't recall anything about your -- the
14   reasons why you decided to trade AMC on
15   this day?
16         A.    On that particular date, no.
17         Q.    Do you recall your reasons for
18   buying AMC on any other date?
19         A.    Umm, the rumor about Amazon
20   purchasing AMC.
21         Q.    And when was that?
22         A.    I don't recall.
23         Q.    And you also asked in this
24   post, "Did you get in on GME?" Right?
25         A.    Yes.

Page 107

1        BRIAN HARBISON - CONFIDENTIAL
2        Q.    And you wrote "LOL"?
3        A.    Yes.
4        Q.    Why did you write "LOL"?
5        A.    Yeah, I don't know.
6        Q.    Is there anything funny about
7    these posts?
8        A.    I don't recall at that time.
9        Q.    If you go further down OTCgod
10   says he didn't get in on GME but in
11   hindsight he should have. And then you
12   respond, "facts. LOL.  You and me both,
13   especially today. LOL." Do you see that?
14       A.    Yeah.
15       Q.    And by -- sorry. Did you say
16   something?
17       A.    I see it.
18       Q.    Why did you believe that you
19   should have bought GME at this time?
20       A.    Honestly, I can't recall.
21       Q.    At the time you wrote this did
22   you expect GME stock price to continue to
23   increase?
24       A.    I can't recall. There's
25   nothing saying what the stock price was

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2     or anything in this post.
 3          Q.    I think earlier today, Mr.
 4     Harbison, you mentioned that you have not
 5     researched GME as a potential investment,
 6     right?
 7          A.    Yes.
 8          Q.    So why would you regret not
 9     investing in GME around this time if you
10     had never done any sort of research on
11     the company as a potential investment?
12          A.    I can't recall. I don't want
13     to guess.
14          Q.    Sitting here today, do you
15     have any understanding as to why you may
16     have regretted not purchasing shares of
17     GME at this time?
18               MR. KIM:  Objection, calls for
19          speculation.
20          A.    I can't -- I don't want to
21     guess, so...
22          Q.    Do you regret not investing in
23     GME in January 2021, sitting here today?
24               MR. KIM:  Objection, calls for
25          speculation.
```

1        BRIAN HARBISON - CONFIDENTIAL

2              MS. YOUNG:  It doesn't.

3              MR. KIM:  It does. When he

4        says he doesn't know on both then

5        and now and now you're asking if he

6        regrets something that he  didn't

7        know about, that's speculative.

8              MS. YOUNG:  It's a different

9        question that I asked. You can look

10       at the realtime.

11       Q.    Mr. Harbison, do you regret

12   not investing in GME in January 2021, as

13   you sit here today?

14             MR. KIM:  Same objection.

15       A.    I'd have to see the price, the

16   price difference, so I can't really say

17   yes or no.

18       Q.    What do you mean as to the

19   price difference?

20       A.    How much could I have bought

21   in at, could you have sold options, were

22   options turned off.  It depends on

23   everything, so I can't really say.

24       Q.    Did the fact that you didn't

25   get in on GME influence your decision to

```
                                        Page 110
 1          BRIAN HARBISON - CONFIDENTIAL
 2   invest in AMC?
 3        A.    No.
 4              MS. YOUNG:  Let's look at tab
 5        8. This will be Exhibit 154.
 6              (Exhibit 154, copy of
 7        StockTwits messages was received
 8        and marked on this date for
 9        identification.)
10        Q.    Is it available?
11        A.    Yes. I'm looking at it.
12        Q.    Okay. Sorry. I thought it was
13   taking a while. Do you recognize this
14   document?
15        A.    I know it's on StockTwits. I
16   recognize the user.
17        Q.    G0ldmanSnacks?
18        A.    Yes.
19        Q.    Who is G0ldmanSnacks?
20        A.    A person that I met on the
21   app.
22        Q.    Do you know anything about
23   them?
24        A.    Personally, no, just on the
25   app.
```

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        Q.    Do you communicate with
 3   G0ldmanSnacks pretty regularly?
 4             MR. KIM:  Objection to form.
 5        A.    Back then, during lockdown,
 6   yeah.
 7        Q.    And he wrote or she, don't
 8   know, "SPY I just hope the GME doesn't
 9   cause the SEC to put some knee jerk rule
10   in place as a band aid to prevent
11   something similar that ends up punishing
12   realtime traders (see PDT rule)." And
13   that's in parenthesis. Do you see that?
14        A.    Yes.
15        Q.    What is the GME thing?
16        A.    I can't recall. At least on
17   GameStop, that's the ticker.  But that's
18   as far as I can say.
19        Q.    Do you recall GME stock price
20   increasing dramatically around this time?
21             MR. KIM:  Objection, asked and
22        answered.
23        A.    I can't recall.
24        Q.    What do you understand it to
25   mean, that they hope that the GME thing
```

Page 112

                    BRIAN HARBISON - CONFIDENTIAL

1      doesn't cause the SEC to put a knee jerk

2      rule in place as a band aid to prevent

3      something similar?

4           A.    I have no idea.

5           Q.    Why would there be a concern

6      with respect to punishing retail traders?

7                 MR. KIM:  Objection, calls for

8           speculation.

9           A.    Yeah, I have no idea.

10          Q.    Do you know what PDT is?

11          A.    No.

12          Q.    Have you ever heard the phrase

13     pattern day trader?

14          A.    Okay, yes.

15          Q.    What's a pattern day trader?

16          A.    Umm, if you have 25,000 -- you

17     have 25,000 in your account and you day

18     trade more than I think it's three times

19     in seven days, you're given a PDT, PDT,

20     you can't trade for I think three months,

21     I think it is, the first time.

22          Q.    Is that -- is that a

23     regulation that you just described, is

24     that the PDT rule?

1            BRIAN HARBISON - CONFIDENTIAL

2                 MR. KIM:  Objection to form.

3        A.    Is that what?  One more time.

4        Q.    The PDT rule?

5                 MR. KIM:  He said he didn't

6        know what it meant and then you

7        asked him what pattern day trading

8        meant. So I'd say you're

9        mischaracterizing his testimony.

10       A.    Say it one more time.

11       Q.    So I think you just described

12   that if you have less than 25,000 in your

13   account, and you trade more than a

14   certain number of times a day which I

15   think you thought was about three in

16   seven days, you can't trade for three

17   months, right?

18       A.    Yes.

19       Q.    I was asking whether or not

20   that referred to a PDT rule?

21                MR. KIM:  Objection,

22       mischaracterizes the record.

23       A.    Yes. That's a PDT rule or it's

24   a punishment of doing it. I'm not 100%

25   sure about the rules of PDT.  I'm 50/50

Page 114

1           BRIAN HARBISON - CONFIDENTIAL

2     with it, I'm not 100% sure because I

3     haven't done any day trading.

4           Q.    And further down do you see

5     where you respond to G0ldmanSnacks?

6           A.    Yeah.

7           Q.    And you write, "I already seen

8     a screenshot of them crying to the SEC.

9     LOL."

10          A.    Yeah.

11          Q.    Who is "them"?

12          A.    I have no idea.

13          Q.    What screenshot are you

14    referring to?

15          A.    I have no idea.

16          Q.    What is the relationship or

17    what are you responding to in the prior

18    post?

19          A.    What do you mean?

20          Q.    How does what you wrote right

21    here at 5:16 p.m. relate to the 5:01 p.m.

22    post?

23          A.    I can't recall. At that

24    moment, talking right now it's like over

25    two years ago, so I can't really recall

Page 115

1           BRIAN HARBISON - CONFIDENTIAL

2    what was going on at that time.

3           Q.    Then beneath that

4    G0ldmanSnacks writes, "They're using our

5    tricks against us", frowny face with a

6    tear, right?

7           A.    Yeah.

8           Q.    And further down you commented

9    with two laughing emojis and said "I

10   didn't get it -- get in but it's glad to

11   see people tasting their own medicine."

12   Right?

13          A.    Yeah, I see it.

14          Q.    You didn't invest in GME,

15   right?

16          A.    No.

17          Q.    And what people are tasting

18   their own medicine?

19          A.    I can't recall. At that time I

20   don't know what was being said or what I

21   was watching or reading, so I can't say.

22   I forgot about this whole conversation.

23   It's been two years.

24          Q.    And seeing this doesn't at all

25   refresh your recollection or provide any

```
                                    Page 116
 1        BRIAN HARBISON - CONFIDENTIAL
 2   context?
 3        A.    No.
 4        Q.    And GME was heavily shorted
 5   around this time, right?
 6             MR. KIM:  Objection, assumes
 7        facts.
 8        A.    Yes.
 9        Q.    So if the price of GME
10   increased, hedge funds who had short
11   positions would have to scramble to cover
12   their positions, right?
13             MR. KIM:  Objection,
14        incomplete hypothetical.
15        A.    With GME or on a short
16   squeeze, in general?
17        Q.    On GME.
18             MR. KIM:  Objection, calls for
19        speculation.
20        A.    Yeah, I don't want to
21   speculate.
22        Q.    Were you glad to see that any
23   institutional investors that were short a
24   stock like GME might have to taste their
25   own medicine?
```

```
 1           BRIAN HARBISON - CONFIDENTIAL
 2                MR. KIM:  Objection, vague.
 3      A.     Where do you see that at?
 4      Q.     You said "glad to see people
 5  tasting their own medicine," right?
 6      A.     Yes.
 7      Q.     Why were you glad to see that?
 8                MR. KIM:  Objection, asked and
 9          answered.
10      A.     I don't recall.
11      Q.     You don't know who "they"
12  refers to in any of these?
13                MR. KIM:  Objection, asked and
14          answered. How many times do we have
15          to go over this?
16                MS. YOUNG:  As many as I feel
17          like.
18                MR. KIM:  Then we're going to
19          be here forever.
20                MS. YOUNG:  Will you stop this
21          relentless coaching of the witness.
22                MR. KIM:  I'm not coaching the
23          witness.  You have asked him that
24          same question, like, three times.
25                MS. YOUNG:  Okay. Thank you.
```

```
                                            Page 118
 1          BRIAN HARBISON - CONFIDENTIAL
 2          A.     I said I don't recall. It's
 3   two years ago.
 4          Q.     Go to 152, that exhibit we
 5   were looking at a little while earlier.
 6   This is the spreadsheet with your trades
 7   on it, right?
 8          A.     Yes.
 9          Q.     If you look at the second row,
10   on January 27th you placed a limit sell
11   order for 100 shares or 100 shares of AMC
12   at 20.46, right?
13          A.     Yes.
14          Q.     But if you look at the -- a
15   couple column over you see the order
16   cancelled column?
17          A.     A-hum.
18          Q.     And looks like this trade was
19   cancelled, right?
20          A.     I don't see cancelled but...
21          Q.     It has the actual date and the
22   cancel time in it. Do you see that in the
23   fourth row from the right?
24          A.     Oh, okay. I see it.
25          Q.     And why did you cancel this
```

Page 119

1          BRIAN HARBISON - CONFIDENTIAL

2    order?

3          A.    I can't recall.

4          Q.    Did you believe the stock

5    price might increase beyond 20.46 a

6    share?

7          A.    I have no idea. I'd have been

8    looking at it at that time, so I'm not

9    sure what I was doing at that time, at

10   that moment.

11         Q.    In the third row do you see,

12   this is still on January 27th, that you

13   sold your 100 shares of AMC at 19.78 a

14   share?

15         A.    Yes.

16         Q.    And that was at 14:24 UTC or

17   9:24 a.m., right?

18         A.    Yeah.

19         Q.    And this is the day after you

20   purchased your shares on January 26,

21   right?

22         A.    A-hum.

23         Q.    So why did you decide to sell

24   your shares just a day after you bought

25   them?

```
                                          Page 120
 1          BRIAN HARBISON - CONFIDENTIAL
 2       A.     That was -- I remember I did
 3   it by accident. I meant to put a stop
 4   loss sell, instead I clicked on limit
 5   sell.  I put a stop loss on it in case it
 6   fell down too fast so I can get my own
 7   options filled. That's why I rebought in.
 8       Q.     You are referring to the trade
 9   beneath that from 14:41?
10       A.     Yes.
11       Q.     Now, if we look -- but if we
12   look back at the one that you executed on
13   accident, you had purchased for 6.86 and
14   sold it for 19.78?
15       A.     One more time?
16       Q.     I said you had purchased those
17   shares originally on the 26th at 6.86 a
18   share and sold them for 19.78, right?
19       A.     A-hum.
20       Q.     So just on that day the stock
21   price of AMC had close to tripled, right?
22       A.     Yes.
23       Q.     And then about 20 minutes
24   later that's when you place your buy
25   order for 100 shares at 18.10, right, a
```

Page 121

1          BRIAN HARBISON - CONFIDENTIAL

2     share?

3          A.     Yes.

4          Q.     And that was at 14:41 UTC?

5          A.     What time is that on the East

6     Coast? I'm not sure what UTC at that

7     time.

8          Q.     I think it's in the morning.

9     Yeah, 9:41.

10         A.     Okay. Thank you.

11         Q.     Then it looks like it's

12    cancelled, if you look in the cancelled

13    column?

14         A.     Yeah.

15         Q.     Do you recall why you

16    cancelled this order?

17         A.     Because I wanted to buy it for

18    cheaper and I set my limit order for 16.

19         Q.     And is that why we see the

20    purchase beneath that --

21         A.     Yes.

22         Q.     -- for 15.70 a share?

23         A.     Yes.

24         Q.     So you thought that 18.10 was

25    too high a price to pay when you

Page 122

1           BRIAN HARBISON - CONFIDENTIAL

2    cancelled the prior order?

3           A.    It wasn't too high but most

4    likely, I don't want to speculate, but if

5    it was going -- I seen it going down I

6    might as well get it for cheaper.

7           Q.    Why did you think the price

8    would decline?

9           A.    My thinking is if you see it

10   going down the trend lines or if it's

11   falling down, either way, you know where

12   it's heading to.

13          Q.    I'm sorry. I cut you off.

14          A.    I'm pretty much done.

15          Q.    So if the price of a stock is

16   declining, your view is that it will

17   continue to decline?

18          A.    Yeah. And then until it gets

19   to the support level.

20          Q.    What's the support level?

21          A.    That's the price where it will

22   hold or has to hold or it will fall

23   further.

24          Q.    And how do you know when a

25   stock has hit its support level?

Page 123

                    BRIAN HARBISON - CONFIDENTIAL

1        A.     Well, you chart it.

2        Q.     And how do you identify that

3   point on the chart?

4        A.     Umm, just -- it's hard to

5   explain because I'm more of a hands-on

6   type of person but it's just certain

7   areas where it has to hold.

8        Q.     By "hold" you mean the price

9   kind of flattens out, it's not

10  substantially increasing or decreasing?

11       A.     It's not going to fall past

12  that line.

13       Q.     "Past the line" being a

14  certain price?

15       A.     The support level, yeah, yes.

16       Q.     But if you saw the price of

17  AMC declining and your general view is

18  that if a stock price is dropping it's

19  going keep dropping, why did you want to

20  buy in again?

21             MR. KIM:  Objection to form.

22       A.     Because it was going towards a

23  support level. And that's what I mean by

24  it -- it filled it at that support level,

Page 124

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2    a little bit below it.
 3         Q.     Are you saying that you
 4    thought that the stock price would drop
 5    further and that's why you bought?
 6         A.     No.
 7              MR. KIM:   Objection to the
 8         form.
 9         A.     It would fall, it would stop
10    right there and slowly go back up. At
11    that time I was doing the charting, so I
12    should have waited a little longer, but
13    that's usually how it goes.
14         Q.     So you regret buying at this
15    price, is that what you mean?
16         A.     No, I was --
17         Q.     You said "I should have waited
18    a little longer." Why did you mean by
19    that?
20         A.     Umm, I probably should have --
21    I was new to charting.  So I see the sell
22    order under it, so that's probably my
23    stop loss.
24         Q.     And two hours later you sell
25    all but one of these shares at 16.32. Do
```

```
                                        Page 125
 1          BRIAN HARBISON - CONFIDENTIAL
 2   you see that, this is for 15.97?
 3              MR. KIM:  You sold at 199.
 4              MS. YOUNG:  199 to all but
 5        one.
 6              MR. KIM:  I thought you meant
 7        like $16 or something.
 8              MS. YOUNG:  I said at 15.97
 9        per share.
10        A.    I bought it at 15.98 a share.
11        Q.    15.08?
12        A.    98.
13        Q.    Oh, yeah. I'm talking about
14   the 16.32 sale of 199 shares at 15.97, do
15   you see that, on January 27 at 6:32 UTC?
16        A.    Oh, I see the execution price,
17   15.97, yeah, I see it, 199.
18        Q.    Why did you decide to sell all
19   but one share?
20        A.    I was getting back in and it
21   probably broke the trend lines. Like I
22   say, I was new at charting.
23        Q.    You were selling at this time,
24   though, right?
25        A.    No, it was a stop loss. Was it
```

1          BRIAN HARBISON - CONFIDENTIAL

2    a stop loss?

3          Q.    Oh, yeah, you're selling at

4    this price, right, 15.97 at 199 shares?

5          A.    Yeah, for stop loss.

6          Q.    So you still had one share of

7    AMC at this time, right?

8          A.    Yeah, but I was going to get

9    back in.

10         Q.    So you said you kept one in

11   case you wanted to get back in?

12         A.    Yeah, after it finished

13   falling, when it starts to go back up.

14         Q.    So in this -- sorry. I didn't

15   mean to interrupt you.

16         A.    It's all right.

17         Q.    So is this sort of like how

18   you used to sometimes purchase one share,

19   so that -- so that stock would be in your

20   portfolio so you would remember it and

21   think about it in case you wanted to

22   invest more?

23         A.    Yes.

24         Q.    So it would be a way for you

25   to more easily basically track the price

Page 127

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   movement and you could remember if you
 3   wanted to invest more, right?
 4        A.    Yes.
 5        Q.    And do you recall why you
 6   thought that the price might continue to
 7   decline and you might want to invest at a
 8   lower price?
 9        A.    I can't recall at that time.
10        Q.    And you made a profit on those
11   sales, right?
12        A.    I lost money.
13        Q.    You sold them for 15.97,
14   right?
15        A.    Yeah, and I bought in for 16.
16        Q.    I think you bought them for
17   15.70?
18        A.    Okay, yeah.
19        Q.    And in the earlier sale you
20   had bought in at 6.86 or you had -- where
21   you sold your shares for 19.78 you had
22   bought them for 6.86, right?
23        A.    Yes.
24        Q.    So that was a pretty
25   substantial profit on that sale, right?
```

Page 128

1          BRIAN HARBISON - CONFIDENTIAL

2          A.    I guess, yeah.

3          Q.    And then about two minutes

4    after you sold the 199 shares you bought

5    another 200. Do you see that?

6          A.    Yes.

7          Q.    And that's for 15.98 a share?

8          A.    Yes.

9          Q.    And you created that order at

10   14: 34, so that's 11:34 Eastern, right,

11   Mr. Harbison?

12         A.    Yes.

13         Q.    Okay. Sorry. I didn't hear

14   you.  So why did you buy these shares of

15   AMC?

16         A.    Why did I buy them?

17         Q.    Yes, why did you buy them?

18         A.    Oh, I see it was trending back

19   up.

20         Q.    And so you thought it was a

21   good time to buy?

22         A.    Yes, it had stopped falling.

23         Q.    And was there anything else

24   that impacted your decision to buy the

25   shares, aside from seeing the stock price

```
                                          Page 129
  1          BRIAN HARBISON - CONFIDENTIAL
  2    tick upwards?
  3          A.     What do you mean exactly?
  4          Q.     Was there any other factor
  5    that impacted your decision about whether
  6    or not to buy shares of AMC at this time,
  7    aside from watching the price chart?
  8               MR. KIM:  Objection, vague.
  9          A.     Yeah, I'm not 100% sure at
 10    that moment what I was doing.
 11          Q.     In general, is there other
 12    factors besides the price trends that
 13    influence your trading decisions?
 14               MR. KIM:  Objection, asked and
 15          answered.
 16          A.     Yeah, the volume and the
 17    Amazon rumor.
 18          Q.     Is it typical for you to trade
 19    the same security numerous times
 20    throughout a single trading day?
 21               MR. KIM:  Objection, form.
 22          A.     It's not normal but it's
 23    happened before.
 24          Q.     And do you recall anything
 25    about the circumstances of January 27th
```

                                        Page 130

1           BRIAN HARBISON - CONFIDENTIAL
2    that contributed to why you traded AMC
3    multiple times?
4           A.    No, I can't remember at the
5    time, at the moment.
6                 MS. YOUNG:  Let's look now at
7           tab 9, which I think is going to be
8           Exhibit 155.
9                 (Exhibit 155, copy of
10          StockTwits message was received and
11          marked on this date for
12          identification.)
13          Q.    Do you see this document?
14          A.    I see it now.
15          Q.    Do you recognize it?
16          A.    I know it's StockTwits.
17          Q.    And do you see that there is a
18   post from somebody with the user name
19   HollywoodWolf777 and he writes, "GME no
20   shit, margin call 2 p.m. start today for
21   bulls." Do you see that?
22          A.    Yeah.
23          Q.    And then beneath that he lists
24   several securities including AMC and
25   Express, right?

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.     Oh, okay. I see, yeah.
 3      Q.     And then there is a -- I don't
 4   know if it's a tag or something but says
 5   "bearish".
 6      A.     Yeah.
 7      Q.     And the post also included a
 8   picture of a bear made of fire?
 9      A.     Yeah.
10           MR. KIM:  Very creative.
11      Q.     What does bearish mean to you?
12      A.     It means the stock is going to
13   go down.
14      Q.     And so do you understand this
15   to be saying that you expect AMC and GME
16   and Express, those stock prices to
17   decline?
18      A.     Yes.
19      Q.     And do you know what this
20   reference to margin call means?
21      A.     Yeah.
22      Q.     Can you explain?
23      A.     That's when you borrow money
24   to buy more shares of something and the
25   price goes down past the margin limit
```

```
 1           BRIAN HARBISON - CONFIDENTIAL
 2    they set for you, you have to either sell
 3    something to get the money back to give
 4    it to the broker or pay out of your
 5    pocket.
 6          Q.    Do you have to put up more to
 7    hold onto those shares?
 8          A.    Yeah.
 9          Q.    And below that you say, you
10    tag HollywoodWolf and say, "You can't
11    margin on high volatility stocks."
12          A.    Yes.
13          Q.    What did you mean by that?
14          A.    Because it's high volatility,
15    a lot of brokers -- I know on Robinhood
16    they tell you you can't use no margin.
17    It's strictly all cash.
18          Q.    And so you observed some high
19    volatility around this time in the
20    market?
21          A.    Yeah, the volume.
22          Q.    By "volume" you mean many
23    shares or maybe an unusually high number
24    of shares being traded?
25          A.    Yes.
```

Page 133

1          BRIAN HARBISON - CONFIDENTIAL
2       Q.    Are these specific stocks?
3             MR. KIM:  Objection to form.
4       A.    What do you mean? I'm talking
5    for -- which one?
6       Q.    I guess I'm asking if this
7    high volatility, in terms of volume that
8    you described, whether or not that was
9    the market generally or specific stocks?
10      A.    I'm not sure what's your
11   question. What are you asking? I'm not
12   really understanding.
13      Q.    So when I asked if you
14   observed high volatility, because that
15   was a term you used in this post around
16   that time, you said yeah, the volume.
17      A.    Yeah.
18      Q.    And so I asked if by that you
19   meant that was an unusually high number
20   of shares being traded and you said yes.
21   So I was asking, with respect to these
22   particular stocks or the market broadly?
23            MR. KIM:  Objection to form.
24      A.    Yeah, I'm not really sure what
25   you mean.

Page 134

1          BRIAN HARBISON - CONFIDENTIAL

2               High volatility, they tell you

3     on Robinhood apps this stock has a high

4     volatility and you will see at the bottom

5     you can't use your margin for it.

6          Q.    So does the high volatility

7     that you recall observing in around this

8     time relate to any specific stocks you

9     can name for me?

10         A.    GameStop, AMC, and that's

11    about it that I can remember.

12         Q.    And you also mentioned

13    Robinhood. You were discussing certain

14    restrictions that brokers implemented in

15    January 2021?

16              MR. KIM:  Objection.

17         A.    I'm sorry. Say that one more

18    time, the last part.

19         Q.    I think you mentioned

20    something about Robinhood.

21         A.    Yes.

22         Q.    And saying you couldn't use

23    margin for certain securities --

24         A.    Yes.

25         Q.    -- right?

Page 135

1          BRIAN HARBISON - CONFIDENTIAL

2               So are you here in this post

3     referencing some restrictions that

4     certain brokers implemented around this

5     time?

6               MR. KIM:  Objection, document

7          speaks for itself.

8          A.    Yeah, this on high volatility

9     stocks, period, on any stocks they

10    believe have high volatility, you can't

11    use margin on.

12         Q.    So the margin call at two p.m.

13    that's mentioned above that, is it your

14    understanding that refers to a certain

15    margin call around this time on January

16    27th?

17         A.    That I'm not sure what -- I

18    think that's, like, different brokers

19    they call your phone and tell you it's a

20    margin call, from what I heard.

21         Q.    And when you wrote "can't use

22    margin on high volatility stocks" --

23         A.    Yes.

24         Q.    -- you weren't especially

25    surprised that these changes were

Page 136

1          BRIAN HARBISON - CONFIDENTIAL
2    implemented on trading high volatility
3    stocks at this time, right?
4               MR. KIM:  Objection to form,
5         vague.
6         A.    Yeah, I can't really say. I
7    can't really say for that.
8         Q.    You knew prior to this point
9    in time, though, that you can't use
10   margin on high volatility stocks, right?
11        A.    Yeah, because the app said it
12   was a high volatility stock.
13        Q.    And you testified earlier that
14   you observed high volatility for certain
15   stocks around this time, right?
16        A.    Yes.
17        Q.    And so it wouldn't be a
18   surprise to you that there would be
19   margin calls?
20              MR. KIM:  Objection to form.
21        A.    I wouldn't be surprised or he
22   wouldn't be surprised?
23        Q.    That you wouldn't be.
24        A.    No, I'm not -- margin -- no. I
25   didn't say nothing about a margin call. I

```
                                    Page 137
 1       BRIAN HARBISON - CONFIDENTIAL
 2  was responding to him, because it's high
 3  volatility.
 4       Q.    So you were expecting you
 5  wouldn't be able to use margin to hold
 6  onto high volatility stocks at this time,
 7  right?
 8            MR. KIM:  Objection.
 9       A.    Yes. You can't use margin for
10  any high volatility stock.
11       Q.    Right. So your expectation was
12  you couldn't trade those securities on
13  margin at this time?
14            MR. KIM:  Objection, form,
15       vague.
16       A.    No. If I remember they tell
17  you, you don't have to guess, like, on
18  the app it tells you high volatility and
19  they take the margin away automatically
20  so you can't use it.
21            If you have the stock, the
22  ticker, by pump it to high volatility on
23  the app -- not pump it but if you have
24  it, like, they stamp "high volatility" on
25  that ticker, then whatever margin you was
```

Page 138

1              BRIAN HARBISON - CONFIDENTIAL
2      using at that time, they take it away and
3      you have to put funds in to keep those
4      shares or sell them.
5           Q.    And you considered GME a high
6      volatility stock at this time?
7                MR. KIM:  Objection to form.
8           A.    I can't recall. The only thing
9      I remember is the Robinhood app said it's
10     a high volatility stock.
11               MS. YOUNG:  Let's look at tab
12          10.
13               (Exhibit 156, copy of
14          StockTwits messages was received
15          and marked on this date for
16          identification.)
17          Q.    Do you see the document, Mr.
18     Harbison?
19          A.    Yes.
20          Q.    Do you recognize it?
21          A.    StockTwits, that's about it.
22          Q.    It's from January 27, 2021?
23          A.    I see it.
24          Q.    And this was a post with
25     somebody by the user name FredericLamar,

```
                                        Page 139
   1        BRIAN HARBISON - CONFIDENTIAL
   2   right and he writes "AMC, GME, WSB
   3   playing the Guy Gentile game with these
   4   issues. Trade safe, peeps..." Do you see
   5   that?
   6        A.    Yes.
   7        Q.    And what did you understand
   8   FredericLamar to be referring to by the
   9   term WSB?
  10        A.    I don't know. I asked him what
  11   he means.
  12        Q.    And what does he say back? You
  13   can read it.
  14        A.    Yeah.
  15        Q.    He writes, "Lock down the
  16   float, pump it AH and of course,
  17   eventually dump it."  Right?
  18        A.    Yes.
  19        Q.    And you wrote, "Okay, thanks."
  20        A.    Yeah.
  21        Q.    Do you know who Guy Gentile
  22   is?
  23        A.    Oh, yeah. I don't know what
  24   that is either. That's why I was lost.
  25   That's why I asked him what he meant.
```

```
                                              Page 140

 1         BRIAN HARBISON - CONFIDENTIAL
 2         Q.     What does AH mean?
 3         A.     After hours.
 4         Q.     And so that would read, "Lock
 5    down the float, pump it after hours and
 6    of course eventually dump it", right?
 7         A.     Yes.
 8         Q.     And this is with respect to
 9    AMC and GME?
10         A.     From what he's saying?
11         Q.     Right.
12         A.     Yes. That's what he typed,
13    yeah.
14         Q.     Do you know if WSB is
15    Wallstreetbets?
16         A.     Yeah, I found out later.
17         Q.     And so pump it after hours
18    would mean buy more of these stocks after
19    hours; is that right?
20              MR. KIM: Objection to form.
21         A.     Yes. I'm assuming that's what
22    he means.
23         Q.     And would "dump it" mean sell
24    those shares of AMC and GME?
25         A.     Yes.
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.    The goal being that by pumping
 3  it after hours it will increase the price
 4  and then you can sell at a higher price
 5  when you dump it, right?
 6              MR. KIM:  Objection to form.
 7      A.    I'm assuming that's what he
 8  means.
 9      Q.    And in the original post what
10  does "trade safe peeps" mean to you?
11      A.    I guess he means trade safely.
12      Q.    Is there something unsafe or
13  risky about selling AMC or GME at that
14  time?
15      A.    I don't recall. Yeah, I don't
16  recall at all. I don't know who Guy
17  Gentle or Gentile is.
18      Q.    If a stock price is pumped up,
19  do you think that means that the stock
20  price is inflated?
21              MR. KIM:  Objection, asked and
22      answered.
23      A.    I can't say for sure for that
24  one, on what he means by that. Everybody
25  has different terms, so I'm not really
```

```
                                        Page 142

 1          BRIAN HARBISON - CONFIDENTIAL
 2   sure.
 3              MR. KIM:  Are we done -- I
 4         think we've been going for like
 5         another 70 minutes, if my
 6         calculations are right. Maybe it's
 7         time to take a break, when you're
 8         done with this thing.
 9              MS. YOUNG:  Time flies when
10         you're having fun.
11              MR. KIM:  I'm glad.
12              MS. YOUNG:  How long do you
13         guys want, like, a few minutes?
14              MR. KIM:  Yeah. Mr. Harbison,
15         is that sufficient time for you? 15
16         minutes works for me.
17              THE WITNESS:  Yes. That's
18         good.
19              VIDEOGRAPHER:  Going off the
20         record. The time is 1:22 p.m.  This
21         is the end of Media Unit 2.
22              (Recess is taken.)
23              VIDEOGRAPHER:  We're back on
24         the record. The time is 1:44 p.m.
25         This is the beginning of Media Unit
```

Page 143

1          BRIAN HARBISON - CONFIDENTIAL

2          3.

3          Q.    Okay. Let's go back to Exhibit

4     152, that's the trading spreadsheet.

5               So, Mr. Harbison, just to sum

6     up some of these trades that we've been

7     discussing, on the first row in the

8     spreadsheet you buy 100 shares of AMC on

9     January 26th at 6.86 a share, right?

10         A.    Yeah.

11         Q.    And then you sell those shares

12    of AMC at a profit on January 27th at

13    19.78 a share, right?

14         A.    Yeah.

15         Q.    And then you buy 200 shares of

16    AMC on January 27th at 15.70 per share,

17    right?

18         A.    Yeah.

19         Q.    And then you sell all but one

20    of those shares of AMC at a profit for

21    15.97 a share, right?

22         A.    I wouldn't really call it a

23    profit, yeah.

24         Q.    You wouldn't call it a profit

25    or you don't recall a profit?

Page 144

1          BRIAN HARBISON - CONFIDENTIAL

2          A.     I wouldn't call it a profit

3   but yeah.

4          Q.     Did you sell them for a higher

5   price than you paid for them?

6          A.     I'm not sure what I did at

7   that time but yeah.

8          Q.     You bought them for 15.70 a

9   share, right, and then you sold them for

10   15.97 a share?

11          A.     Yeah.

12          Q.     So you sold them for a profit,

13   right?

14          A.     Yeah.

15          Q.     And then you buy 200 shares of

16   AMC on January 27th at 11:34 Eastern at

17   15.98 a share, right?

18          A.     Yeah.

19          Q.     And then after that you see a

20   post at 4:04 p.m. Eastern on the 27th

21   about pumping AMC after hours and

22   dumping, right?

23          A.     Yeah.

24          Q.     And then the next morning on

25   January 28th, so this is in three rows

Page 145

1          BRIAN HARBISON - CONFIDENTIAL

2    from the bottom, you sell your 200

3    hundred shares of AMC for 13.02 at 9:17

4    a.m. Eastern, right?

5          A.    Yeah.

6          Q.    And why did you sell your

7    shares of AMC at this time?

8          A.    I'm assuming that's when they

9    took the buy button away and the price is

10   plummeting.

11         Q.    So you're saying that prior to

12   making this sale of AMC you became aware

13   of certain restrictions on Robinhood's

14   platform; is that right?

15         A.    They removed the buy button

16   yes.

17         Q.    By "buy button" you couldn't

18   buy more shares of AMC?

19         A.    Yes.

20         Q.    And that's why you chose to

21   sell your shares of AMC?

22         A.    Yes.

23         Q.    Were there any other

24   contributing factors?

25         A.    The price was falling.

Page 146

1          BRIAN HARBISON - CONFIDENTIAL
2          Q.     Were you influenced at all by
3     users on social media that were telling
4     you to dump the shares of AMC?
5                MR. KIM:  Objection to form.
6          A.     No.
7          Q.     So you don't recall why you
8     bought or sold any of your shares of AMC
9     on the 26th or the 27th, but you know
10    that the reason you sold your shares on
11    the 28th was because of Robinhood's
12    restrictions, right?
13         A.     Yeah.
14         Q.     And you don't recall why you
15    made any of those purchases or sales of
16    AMC on the 26th or the 27th but you're
17    certain that none of these discussions
18    about AMC that you were participating in
19    on social media on those same days had
20    any influence over your trading
21    decisions, right?
22               MR. KIM:  Objection to form.
23         A.     No. I said earlier, the rumor
24    about Amazon purchasing AMC.
25         Q.     That was on January 26th and

```
 1          BRIAN  HARBISON - CONFIDENTIAL
 2    27th of 2021?
 3          A.    It was in 2021. That's the
 4    only time I bought AMC.
 5          Q.    So the only time you bought
 6    AMC around this time you're claiming is
 7    when there were rumors about Amazon
 8    buying AMC?
 9          A.    Yes.
10          Q.    Did he end the post concerning
11    buying AMC at this time that you
12    participated in that we've looked at
13    today, did any of them reference any
14    rumors about Amazon buying AMC?
15          A.    No.
16          Q.    Did any of them reference
17    potential short squeezes in AMC?
18          MR.  KIM:  Objection to form.
19          A.    I have to see it again.  But
20    if I remember, I seen GameStop mission
21    for short squeeze. I don't remember
22    seeing AMC being short squeezed.
23          Q.    I believe you testified
24    earlier today that you recall discussions
25    of a potential short squeeze in AMC
```

1            BRIAN HARBISON - CONFIDENTIAL

2    around this time and that you wanted to

3    profit from it. Do you remember that?

4              MR. KIM:   Objection to form.

5         A.    No, I didn't. I'm talking

6    about GameStop.

7         Q.    Do you recall posts that we've

8    looked at today from prior to your sale

9    that talk about pumping and dumping AMC?

10             MR. KIM:   Objection to the

11        form, asked and answered.

12        A.    No, I don't.

13        Q.    If we go back to the exhibits,

14   what was the last one? 156, which tab?

15        A.    Which tab?

16        Q.    10, so it's Exhibit 156.

17        A.    Okay.

18        Q.    Do you remember looking at

19   this document a little while earlier?

20        A.    Yeah.

21        Q.    And in this post you are

22   responding to this user on StockTwits

23   that's talking about AMC and GME, right?

24        A.    Yes.

25        Q.    And you ask him what he means

Page 149

1              BRIAN HARBISON - CONFIDENTIAL
2     and he says "lock down the float, pump it
3     after hours and of course eventually dump
4     it", right?
5          A.     Yes.
6          Q.     Does this refresh your
7     recollection that you were participating
8     in discussions about pumping and dumping
9     AMC on January 27th, 2021?
10              MR. KIM:  Objection to form.
11         A.     No, it doesn't. I asked him
12    what he meant. He told me what he meant.
13    I said thanks. That was it.
14         Q.     Right. So you responded to his
15    response to you about pumping and
16    dumping, right?  So you saw it?
17         A.     I don't see nobody, him or me,
18    saying to pump anything.
19         Q.     "Pump it after hours and of
20    course eventually dump it", January 27,
21    4:14 p.m.  Do you see that?
22         A.     Yeah, I see that but it's not
23    saying him or me doing it.
24         Q.     I didn't suggest that you did
25    say that.

Page 150

1          BRIAN HARBISON - CONFIDENTIAL

2      A.     You didn't say that.

3      Q.     I'm saying you were aware of

4  discussions about pumping and dumping AMC

5  on January 27th, 2021.

6              MR. KIM:  Objection to form.

7      A.     I see the words pump and dump

8  it and that's his definition, his own

9  opinion.

10             MR. KIM:  How many times do we

11         have to go over this? I mean, we

12         went over this document for a half

13         hour and now we're doing it again.

14         Come on. You got what you want.

15         Let's go. Come on.

16             MS. YOUNG:  Maybe we should

17         spend another half hour on it.

18             MR. KIM:  I mean, we could

19         but, like, this is not the time for

20         you to argue with the witness.

21             MS. YOUNG: The only way we can

22         continue with this deposition if

23         you stop this back-and-forth.

24             MR. KIM:  It's not stopping,

25         it's just, like -- like -

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2            MS. YOUNG:  It's my time, it's
 3       my time, Phil.
 4            MR. KIM:  This is not -- this
 5       is not -- I mean, you know, this is
 6       -- you're not Matlock, right? You
 7       are here to gather facts.  So
 8       gather them. Stop going back to the
 9       documents to try to show whatever
10       you are trying to show, which is
11       showing nothing.
12            MS. YOUNG:  It's really hard
13       to gather facts when you are so
14       busy taking up time on the record.
15            MR. KIM:  Sure. You want to go
16       back to the other exhibits too.
17            MS. YOUNG:  I might have to.
18            MR. KIM:  Yeah, well, I mean
19       that's par for the course for you.
20            MS. YOUNG:  The posts that he
21       participated in that discussed this
22       stuff.
23            MR. KIM:  Just stop arguing
24       with him.. you just don't like his
25       answers but it is what it is.
```

```
                                            Page 152
 1          BRIAN HARBISON - CONFIDENTIAL
 2          Q.    Mr. Harbison, you were
 3    mentioning the buy button, right?
 4          A.    Yes.
 5          Q.    And you became aware of those
 6    restrictions on Robinhood's platform on
 7    January 28th, right?
 8          A.    I don't recall the exact date.
 9          Q.    I believe you said that you
10    sold your shares on the morning of
11    January 28th because of the suspension of
12    the buy button, right?
13          A.    Yes.
14          Q.    So it's fair to say that you
15    knew about those restrictions as of the
16    morning of January 28th, right?
17          A.    Yes.
18          Q.    And can you describe the
19    restrictions?
20          A.    They removed the buy button.
21          Q.    Are there any other
22    restrictions that you're aware of?
23          A.    It was halted and -- yeah, it
24    was halted.
25          Q.    Do you recall hearing about
```

Page 153

1          BRIAN  HARBISON  -  CONFIDENTIAL

2   brokers  besides  Robinhood  imposing

3   restrictions  on  their  platforms  around

4   that  time?

5          A.     Yes.

6          Q.     Do  you  recall  which  brokers?

7          A.     TD  Ameritrade  and  I'm  not  100%

8   sure  of  the  other  ones.  I  don't  want  to

9   guess.

10          Q.     Do  you  recall  what

11   restrictions  TD  Ameritrade  implemented?

12          A.     Not  exactly.

13          Q.     When  you  first  learned  about

14   the  trading  restrictions  Robinhood

15   imposed,  do  you  recall  hearing  anything

16   about  the  reason  that  Robinhood

17   implemented  those  restrictions?

18          A.     No.

19          Q.     And  when  you  decided  to  sell

20   on  January  28th,  sell  your  shares  of  AMC

21   on  January  28th,  I  mean,  had  you  learned

22   anything  new  about  AMC  as  a  company  since

23   purchasing  the  shares  on  the  27th  that

24   led  you  to  believe  that  it  was  now

25   overvalued?

```
                                           Page 154
```

1           BRIAN HARBISON - CONFIDENTIAL
2                   MR. KIM:  Objection to form.
3           A.    I didn't say it was overvalued
4    at all. Once you remove the buy button
5    and everybody starts selling, panicking
6    because that's what happened before, I
7    might as well get out too before I lose
8    all my money.
9           Q.    So why didn't you hold onto
10   your shares?
11          A.    If it's dropping, why would
12   you?
13          Q.    So you always sell when the
14   price is declining for any of your
15   investments?
16          A.    When the buy button is taken
17   away, yes.
18          Q.    Did you ever purchase AMC
19   again after January 27 -- yeah, after
20   January 27, 2021?
21                  MR. KIM:  You mean 28th?
22                  MS. YOUNG:  I thought I said
23        purchase, right? You sold on the
24        28th.
25          A.    Yeah, I don't recall.

```
                                      Page 155
 1        BRIAN HARBISON - CONFIDENTIAL
 2      Q.    You don't recall ever holding
 3   AMC after this time?
 4      A.    I don't recall. It's two years
 5   ago.
 6      Q.    So since then you don't recall
 7   ever trading AMC?
 8      A.    No.
 9            MS. YOUNG:  So let's look at
10        tab 12. This will be 157.
11            (Exhibit 157, copy of
12        StockTwits messages was received
13        and marked on this date for
14        identification.)
15            MR. KIM:  Did the Exhibit
16        Share go down? It says it's
17        temporarily unavailable to me. Is
18        yours working, Mr. Harbison?
19            THE WITNESS:  It's working.
20            MR. KIM:  Let's see what's
21        going on. Here we go.
22      Q.    Do you recognize this
23   document, Mr. Harbison?
24      A.    This is crypto.
25      Q.    I just asked if you recognize
```

```
                                        Page 156

 1         BRIAN HARBISON - CONFIDENTIAL
 2   the document?
 3         A.    Yes.
 4         Q.    And what is it?
 5         A.    Cryptocurrency.
 6         Q.    Are you talking about DOGE.X?
 7         A.    Yes.
 8         Q.    This is a -- this is a post
 9   from you from January 29, 2021, right?
10         A.    Oh, yeah, I see it.  Yeah.
11         Q.    And you wrote, "DOGE.X how
12   many people are actually buying the dip
13   here?" I think that's a teary face but
14   I'm not positive.   And then "because this
15   is falling way too much for all these dip
16   buy posts. Reminds me of AMC."
17         A.    Yes.
18         Q.    What did this mean?
19         A.    It was falling, like, AMC was
20   falling and Robinhood turned the buy
21   button off.
22         Q.    And what do you mean by
23   "buying the dip"?
24         A.    They keep buying when it's
25   falling.
```

Page 157

1              BRIAN HARBISON - CONFIDENTIAL
2         Q.     You're saying for DOGE.X or --
3         A.     Yeah.
4         Q.     And what is buying the dip? I
5    mean, is it a strategy?
6         A.     Some people use it as a
7    strategy to keep buying.  If it goes low
8    they keep buying.
9         Q.     And so if enough people buy
10   the dip, does that make the stop price
11   increase?
12        A.     No.
13        Q.     So then how is it an effective
14   strategy?
15        A.     I think they average down or
16   they buy more for cheap or cheaply
17   figuring it's going to go back up
18   eventually and so they keep buying more
19   and more.
20        Q.     And you say, "For all of these
21   dip buy posts reminds me of AMC", does
22   that mean there are lots of, you know,
23   posts about people buying the dip of AMC
24   around this time?
25        A.     No, I don't recall exactly, so

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   I can't really -- I don't want to
 3   speculate.
 4        Q.    So you said that -- well, let
 5   me rephrase.
 6             If enough people buy the dip
 7   such that you would expect -- well, if a
 8   sufficient number of people were buying
 9   the dip would you expect the price to
10   fall?
11        A.    Yes, if there's more sellers
12   than buyers.
13        Q.    Then why are you asking here
14   how many people are actually buying the
15   dip because this is falling way too much
16   for all of these dip buy posts?
17        A.    Because by people post it
18   buying the dip but you are losing more
19   money because it's still falling.
20        Q.    Right. So you're querying --
21   aren't you asking, I would expect the
22   price to increase if all these people
23   were actually buying the dip right now?
24             MR. KIM:  Objection to form,
25        document speaks for itself.
```

Page 159

1          BRIAN HARBISON - CONFIDENTIAL
2          A.     No. Because cryptocurrency is
3      different stock to begin with, and either
4      way the amount of people buy if there's
5      more people selling it's still going to
6      go down.
7          Q.     So why were you asking about
8      people buying the dip here for this
9      cryptocurrency?
10         A.     Because the post says it.
11     People are posting about buying the dip.
12         Q.     You weren't seeing that
13     reflected in the stock price because you
14     noticed that it's falling way too much,
15     right?
16              MR. KIM:  And DOGE -- are you
17         talking about DOGE?
18              MS. YOUNG:  Yeah, of the
19         cryptocurrency.
20         A.     Say it one more time.
21         Q.     And you weren't seeing people
22     buying the dip reflected in the price of
23     DOGE, right, because you noticed it was
24     falling and you called it way too much?
25         A.     DOGE is different because you

Page 160

1           BRIAN HARBISON - CONFIDENTIAL
2     can't really buy the dip because there's
3     so many coins. This is pretty much
4     different from stocks altogether,
5     cryptocurrency. It's a lot to explain,
6     like, just different.
7          Q.     Well, then why did you speak
8     about buying the dip if it's not
9     applicable to cryptocurrency?
10         A.     You said what?
11         Q.     Why did you post about buying
12    the dip for DOGE if it's not really
13    applicable to a cryptocurrency?
14              MR. KIM:   Objection to form.
15         A.     Why did I post buying the dip?
16         Q.     Why did you post about buying
17    the dip for DOGE if buying the dip isn't
18    really applicable to crypto currencies?
19         A.     To that cryptocurrency.
20         Q.     Right. So why did you post
21    this?
22         A.     Because people were posting
23    about buying the dip.
24         Q.     Let's go to tab 20, it's
25    Exhibit 158.

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2               (Exhibit 158, copy of
 3      StockTwits messages was received
 4      and marked on this date for
 5      identification.)
 6      Q.    Do you see the document, Mr.
 7  Harbison?
 8      A.    Yes, I see it.
 9      Q.    Can you identify it?
10      A.    Yes. I see it's StockTwits.
11      Q.    And this is from October 2021,
12  right?
13      A.    Yeah.
14      Q.    And then do you see in the top
15  post it's from somebody OccupyInvesting,
16  "BGRY we see the stop raid and we're
17  sending shorts packing."
18      A.    Yeah.
19      Q.    Do you see that?  What is
20  BGRY?
21      A.    It's a ticker, Berkshire Grey.
22      Q.    Do you know what kind of
23  company that is?
24      A.    Robotics.
25      Q.    Do you own shares of BGRY or
```

Page 162

1            BRIAN HARBISON - CONFIDENTIAL
2    did you around this time?
3         A.    Yeah.
4         Q.    Why did you want to invest in
5    BGRY?
6         A.    It's a robotics for warehouses
7    and stuff, so it's robotics. I'm a big
8    fan of technology.
9         Q.    Does the term OccupyInvesting
10   have any significance to you, other than
11   this user name?
12        A.    No.
13        Q.    Have you ever heard of Occupy
14   Wall Street?
15        A.    Yeah.
16        Q.    Do you understand that
17   OccupyInvesting to be in any way related
18   to the Occupy Wall Street movement?
19        A.    I can't -- I don't know. I was
20   in that group, that board, rather, for
21   that ticker.
22        Q.    What do you understand "we are
23   sending shorts packing" to mean?
24        A.    No idea.
25        Q.    Do you recall whether there

```
                                          Page 163
  1          BRIAN HARBISON - CONFIDENTIAL
  2   was -- whether BGRY was heavily shorted
  3   around this time?
  4              MR. KIM:  Objection to form.
  5        A.    Yeah, I'm not sure.
  6        Q.    And you respond with, I think
  7   it's, like, the emoji and says "let us
  8   load first" and then two crying emojis,
  9   right?
 10        A.    Yeah.
 11        Q.    What does "let us load" mean?
 12        A.    That means buy first.
 13        Q.    Who is "us" in this context?
 14        A.    Really me, personally.
 15        Q.    Then why did you say "us"?
 16        A.    I can't recall at that time.
 17        Q.    Does it refer to investors in
 18   StockTwits, the community, more
 19   generally?
 20        A.    Most likely.
 21        Q.    And you wanted to buy more
 22   shares before the stock price of -- what
 23   is this company called, Berkshire Grey?
 24   -- increased further?
 25        A.    Yes.
```

Page 164

1          BRIAN HARBISON - CONFIDENTIAL
2          Q.    And why did you think the
3    stock price would increase?
4          A.    Because it's robotics and it's
5    AI.
6          Q.    So you want there to be more
7    time for investors in this community to
8    kind of build up their positions before
9    -- before the stock price was driven up
10   further?
11              MR. KIM:  Objection to the
12         form.
13         A.    Yeah.
14         Q.    There is also something funny
15   about this.  I'm wondering what the
16   emojis are for?
17         A.    At the time I don't remember.
18         Q.    And then OccupyInvesting, "The
19   time is now.  Let's run it and trim on
20   the peak.  Reload and repeat." Do you see
21   that?
22         A.    Yeah.
23         Q.    And "run" refers to driving up
24   the stock price?
25         A.    I have no idea.

```
                                     Page 165
```

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        Q.    You don't have any idea what
 3   this means?
 4        A.    No.
 5        Q.    So you respond "I don't know,
 6   I'd rather wait and get more shares. I
 7   want to see how low it can go and get a
 8   bigger position, then just sit back and
 9   chill."
10        A.    Yeah, I see it.
11        Q.    So if you would rather wait,
12   you want to see how low it goes, does
13   that refer to how low the stock price can
14   go?
15        A.    Yes.
16        Q.    Okay. And you then want to buy
17   when the price is low so you can get a
18   bigger position, right?
19        A.    Yeah.
20        Q.    So you are saying that you
21   would prefer that the price not increase
22   right now?
23        A.    That hash means I want to get
24   some more.
25        Q.    Some more, right?
```

Page 166

1          BRIAN HARBISON - CONFIDENTIAL
2        A.     And bring my average down.
3        Q.     Did you also want to send
4    shorts packing?
5        A.     I didn't post none of that.
6               MR. KIM:   Objection.
7        Q.     You responded to it, though,
8    right?
9        A.     Umm.
10        Q.     You went back and forth with
11   OccupyInvesting several times, right?
12        A.     Yeah, I see that.
13        Q.     You have no idea what "sending
14   shorts packing" means?
15        A.     No. I -- I can't recall it.
16   Oh, I see what it is.
17        Q.     Sorry?
18        A.     The news was putting out
19   there.  So I guess before anybody else
20   started to see it he probably started to
21   buy more shares, if you start posting
22   more and more news about that company. I
23   read about it.
24        Q.     So when you wrote "I don't
25   know. I'd rather wait" was a direct

```
                                        Page 167
 1         BRIAN HARBISON - CONFIDENTIAL
 2    response to "sending shorts packing"
 3    though, right?
 4              MR. KIM:  Objection to form.
 5         A.    "The time is now, let's run
 6    it", that was my response to him.
 7         Q.    And why would you rather wait?
 8         A.    And get more shares. I want to
 9    see how low it can go, get a bigger
10    position.
11         Q.    And then when OccupyInvesting
12    tags you and says "Don't whine if you
13    spend more tomorrow" you say "eh, it's a
14    win win either way", how is it a win win?
15         A.    Because I already have shares.
16         Q.    Is it not also a win if the
17    price increases because you wanted to
18    send shorts packing?
19              MR. KIM:  Objection to form.
20         A.    There's -- there's no shorts
21    on that stock.
22         Q.    There are no shorts on that
23    stock?
24         A.    I mean, there probably was
25    people shorting it, but it was not a meme
```

```
 1         BRIAN HARBISON - CONFIDENTIAL
 2    stock or nothing.  This is a robotic
 3    stock, this is about jobs not being
 4    filled in warehouses.
 5         Q.    So you think meme stocks are
 6    heavily shorted stocks?
 7         A.    Umm, I don't know too much
 8    about it like that to answer that
 9    question.
10         Q.    Well, I'm just curious because
11    we were just talking about shorts here
12    you said there are no shorts on the
13    stock. It wasn't a meme stock.
14         A.    A meme?
15         Q.    A meme stock, isn't that what
16    you said?
17         A.    Yeah, it's not a stock that,
18    like, anybody is going to run to like
19    GameStop.
20         Q.    And what do you mean by "run
21    to"?
22         A.    Run to buy more shares and
23    short squeeze. This is -- I know this
24    company, like, they're robotics.
25         Q.    But you considered GME a meme
```

1          BRIAN  HARBISON  -  CONFIDENTIAL

2     stock?

3          A.     That's  what  I  consider  it  now.

4          Q.     Do  you  consider  AMC  a  meme

5     stock?

6               MR.  KIM:   Objection  to  the

7          form,  asked  and  answered.

8          A.    I  only  heard  GameStop  used  on

9     the  news.

10               MS.  YOUNG:   Let's  go  tab  21.

11          This  will  be  159.

12               (Exhibit  159,  copy  of

13          StockTwits  messages  was  received

14          and  marked  on  this  date  for

15          identification.)

16          Q.     Do  you  recognize  this

17     document,  Mr.  Harbison?

18          A.     Yeah.

19          Q.     Is  it  a  post  from  you  from

20     April  6,  2022?

21          A.     I  remember  this.

22          Q.     And  in  the  first  post  you  say

23     "GGR  I  wish  people  would  stop  coming

24     around  with  AMC,  GME  and  other  squeeze

25     play  pump  nonsense",  right?

```
 1         BRIAN HARBISON - CONFIDENTIAL
 2         A.     Yes.
 3         Q.     And when you wrote this did
 4    you mean that there were discussions
 5    about pumping the price of GGR to create
 6    a short squeeze?
 7         A.     There was people coming into
 8    the board, that room, and they'd tag
 9    other tickers and talk about a short
10    squeeze, but there was no short squeeze.
11         Q.     Oh, so you were frustrated
12    that they were talking about short
13    squeezes of AMC and GME in the page about
14    GGR?
15         A.     No. They kept on tagging --
16    they was trying to say let's make another
17    GME meme stock, whatever, with GGR. And
18    they kept tagging, so you can't really
19    see if the actual news people are talking
20    about in the comments because --
21         Q.     Were they also discussing meme
22    stock or short squeeze events with AMC?
23         A.     I don't know if this was real
24    people.  A lot of them were bots. So I'm
25    not sure if there was even a real person
```

Page 171

1          BRIAN HARBISON - CONFIDENTIAL

2     doing it.

3          Q.     Why did you mention AMC in

4     this post?

5          A.     Because Mike kept tagging it.

6          Q.     Tagging AMC with respect to

7     squeeze play pump nonsense?

8          A.     Yeah. I won't say squeeze pump

9     nonsense, but they kept on definitely

10    tagging, like, make it another AMC or GME

11    or something around that area.

12         Q.     But you did say "AMC squeeze

13    play pump nonsense", right?

14         A.     Yeah.

15         Q.     That's what you wrote?

16                And why did you want people to

17    stop coming around with this squeeze play

18    pump nonsense regarding AMC and GME?

19         A.     Because I said before, when a

20    bunch of people flood the room it's hard

21    to see the actual news and people who

22    actually care about the company because

23    you keep seeing a bunch of bots posting

24    the same -- the comment over and over.

25         Q.     So you actually cared about

Page 172

1            BRIAN HARBISON - CONFIDENTIAL
2    the fundamentals of this company GGR?
3          A.    Yes.
4          Q.    And you felt that it was
5    harder to see that actual information
6    about the company because it was, you
7    know, obscured from these discussions
8    about short squeezes?
9          A.    Yeah.
10         Q.    So discussions of short
11   squeezes, you don't consider that
12   relevant news to an investment you're in,
13   right?
14         A.    No.
15         Q.    That's because you don't
16   consider short squeezes to reflect the
17   actual value of a company that you're
18   interested in, right?
19               MR. KIM:   Objection to form.
20         A.    No, I don't --
21               (Reporter clarification.)
22         A.    I don't look at that for the
23   company I'm invested in.
24         Q.    And somebody else comments and
25   says, "True.  That ruins all good momentum

Page 173

```
 1         BRIAN HARBISON - CONFIDENTIAL
 2   of goof stocks." Right and then you
 3   respond to that and say, "100%"?
 4         A.    Yes.
 5         Q.    And then after that you follow
 6   back up and say, laughing crying emoji,
 7   "I see your point."
 8         A.    Yeah, I don't know what was
 9   said but there's nothing here. Something
10   is missing.
11         Q.    Oh.
12         A.    So maybe the person deleted
13   his account or it got deleted.
14         Q.    So this wasn't like a double
15   response to the, "True that ruins all
16   good momentum of goof stocks?"
17         A.    No. NavitheSTfactchecker made
18   a comment but it's not up there.
19         Q.    I see. So you just responded
20   to the prior post with exactly the 100%
21   emoji?
22         A.    Yeah.
23         Q.    Okay. Why did you agree with
24   what was said in the prior post?
25         A.    Because he's saying it's going
```

```
                                           Page 174
 1         BRIAN HARBISON - CONFIDENTIAL
 2   to ruin the company, like, the stock.
 3        Q.    You mean discussions of short
 4   squeezes that are in this -- I don't know
 5   if you describe it as a page or a chain
 6   or something?
 7              MR. KIM:  Objection to form.
 8        A.    Yeah, it's just a message
 9   board, pretty much, with different
10   tickers have separate rooms.
11        Q.    How does that discussion ruin
12   good momentum?
13        A.    I'm not sure exactly what he
14   meant, when looking at it.
15        Q.    But you agreed with it, right?
16        A.    Yeah.
17        Q.    So what did you understand him
18   to mean that you were agreeing with?
19        A.    Unless that's one of his
20   comments got taken out too.
21        Q.    Why do you --
22        A.    Oh, I see. So good momentum is
23   it goes up regularly and doesn't shoot
24   up.
25        Q.    What's a goof stock to you?
```

Page 175

1          BRIAN HARBISON - CONFIDENTIAL

2          A.    I have no idea about that

3    part.

4               MR. KIM:  If I had to guess

5          it's probably a typo.

6               THE WITNESS:  Oh, yeah, "good

7          stocks".  Yeah.

8          Q.    So then if you agreed that

9    short squeezes ruin good momentum of good

10   stocks, then are you saying that you

11   don't think AMC is a good stock?

12         A.    No.  I'm just saying I don't

13   want -- they'd probably take the button

14   off again when I'm trying to invest in

15   that company.

16         Q.    Sorry?

17         A.    I don't want Robinhood to take

18   off the buy button again while I'm

19   investing in that company, it's not a

20   meme stock.

21         Q.    You are saying AMC is not a

22   meme stock?

23              MR. KIM:  Objection, form.

24         A.    GameStop.

25         Q.    Yeah.  What about it?  Are you

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2    saying you think that GameStop is a meme
 3    stock?
 4        A.    Pretty much I don't want to --
 5    we don't want the buy button to be taken
 6    off because it's a whatever type of
 7    stock, a meme stock or a GameStop stock
 8    or whatever the case may be.
 9        Q.    Is there any discussion of the
10    buy button here or Robinhood?
11        A.    On this particular post?
12        Q.    Sorry?
13        A.    On this particular post?
14        Q.    Right.  I'm not sure what the
15    connection is to what you were
16    explaining.
17            MR. KIM:  You asked him a
18        question and he answered it, so --
19            MS. YOUNG:  And I'm trying to
20        understand his answer, Phil.
21        That's why I'm asking him the
22        question.
23            MR. KIM:  You don't have to
24        argue with him.
25            MS. YOUNG:  I'm not arguing.
```

1          BRIAN HARBISON - CONFIDENTIAL

2      A.     There is no buy button there.

3      Q.     I'm wondering why you

4   mentioned the buy button in this context?

5      A.     Because it ruins all good

6   stocks.

7      Q.     The short squeeze ruins all

8   good stocks?

9      A.     I'm assuming that's what he

10  means.

11     Q.     And you consider short squeeze

12  play pump to be nonsense?

13          MR. KIM:  Objection to form.

14     A.     That's what I wrote at the

15  time. So I'm not really sure what I was

16  --

17     Q.     I think earlier you testified

18  that you were interested in participating

19  in a short squeeze to profit from it.

20          MR. KIM:  Objection to form.

21     Q.     Is there a reason why you also

22  think that short squeeze play pump is

23  nonsense?

24          MR. KIM:  Objection, form.

25     A.     I mean, after that buy button

Page 178

1           BRIAN HARBISON - CONFIDENTIAL
2      it is nonsense because a lot of people
3      lost money.  So, you know, you can't
4      really gain nothing from it.
5           Q.   So you were worried that a
6      short squeeze or pump play nonsense could
7      lead brokers to restrict purchasing?
8           A.    Robinhood.
9           Q.    Or TD Ameritrade, for
10     instance, any broker?
11          A.    Umm, I'm going to say
12     Robinhood, because that's who took the
13     buy button off and not other brokers, so
14     I can't really say.
15          Q.    So you were -- are you saying
16     that "short squeeze play pump nonsense"
17     is why or led to brokers restricting
18     purchasing?
19               MR. KIM:  Objection to form.
20          A.    I can't speak for other
21     brokers.
22          Q.    Let's just say Robinhood.
23          A.    Yeah.
24          Q.    You are saying that the short
25     squeeze or play pump nonsense could lead

1          BRIAN HARBISON - CONFIDENTIAL

2    Robinhood to restrict purchasing?

3          A.    Yes.

4                MR. KIM:  Object to form.

5          Q.    And that's what happened with

6    AMC?

7                MR. KIM:  Objection to form.

8          A.    Yes.

9          Q.    And you didn't want all of

10   that -- all that squeeze play pump

11   nonsense, like what happened with AMC or

12   GME, to interfere with GGR, right?

13               MR. KIM:  Objection, form.

14         A.    Yes.

15         Q.    And is that what you meant by

16   "I see your point"?  Oh, you think that's

17   for a deleted post.

18         A.    Yeah.

19         Q.    That's just why you said

20   "exactly 100%"?

21         A.    Yeah.

22               MS. YOUNG:  Let's go to tab

23         25. This will be Exhibit 160.

24               (Exhibit 160, copy of

25         StockTwits messages was received

```
                                              Page 180

 1          BRIAN HARBISON - CONFIDENTIAL

 2          and marked on this date for

 3          identification.)

 4          Q.    Do you see the document?

 5          A.    Yeah.

 6          Q.    Do you recognize this?

 7          A.    Yeah.

 8          Q.    And this is a post from March

 9     30th, 2023, right?

10          A.    Yeah.

11          Q.    This is pretty recent?

12          A.    A-hum.

13          Q.    And the first post is from

14     SevenSXtheGOAT and they wrote "FFIE

15     almost 150 million shares short sheesh."

16     Right?

17          A.    Yeah.

18          Q.    What is FFIE?

19          A.    It's a ticker for Faraday

20     Future Automation Company.

21          Q.    Are you invested in that

22     company?

23          A.    I was.

24          Q.    So then are you understanding

25     this to mean that some investors had a
```

```
                                           Page 181

 1          BRIAN HARBISON - CONFIDENTIAL
 2   significant short interest in FFIE?
 3          A.    Yeah, 150 million shares.
 4          Q.    And then you write -- you tag
 5   him and say, "I think we see a squeeze."
 6   What kind of emoji is after that?
 7          A.    Is it like a --
 8          Q.    Is it like one of those -- I
 9   don't know how to say it, monster faces?
10          A.    You tilt your head to the
11   side, are you unsure?
12          Q.    Okay. And then, "I've been
13   here for a while.  LOL."
14          A.    Yeah.
15          Q.    Were you saying that you
16   wanted to see a squeeze?
17          A.    I wanted the price to go back
18   up to my -- to the money I lost.
19          Q.    So since you invested in the
20   company the price had declined?
21          A.    Yeah.
22          Q.    And there's a lot of short
23   interest around this time?
24          A.    Yeah.
25          Q.    And you were hoping for there
```

```
                                              Page 182
 1           BRIAN HARBISON - CONFIDENTIAL
 2    to be a squeeze so that the price of your
 3    shares would increase?
 4           A.     Yes.
 5           Q.     And had you heard about a
 6    short squeeze prior to this time?
 7           A.     In this company?
 8           Q.     Yeah.
 9           A.     No.
10           Q.     And then he says "average" and
11    then you say something like ".56 I think,
12    started off a little higher. Hopefully a
13    buck or two comes out of this.  I believe
14    in the company just not the economy for
15    it." Right?
16           A.     Yeah.
17           Q.     What do you mean by that?
18           A.     Which part?
19           Q.     I guess all of it.
20           A.     I got in at a low to high of
21    56 cent, hoping for at least a dollar or
22    two, and I believe in the company but
23    seeing the way things is going in America
24    and around the world and interest rates
25    going up, inflation, it's not a good time
```

1            BRIAN HARBISON - CONFIDENTIAL
2    for luxury vehicles.
3        Q.    So you are saying that you
4    just -- you hope the price would increase
5    enough that you could sell it and not
6    necessarily hold it longer because the
7    economy didn't look great for it right
8    now, even though you believed in the
9    company?
10       A.    Yeah. After the drone power
11   meets and everything.
12       Q.    But you thought that with a
13   squeeze you could hopefully get, you
14   know, a buck or two out of it?
15       A.    Yeah, make my money back.
16       Q.    So you were hoping that in
17   some way you could profit from a squeeze,
18   the potential squeeze in this company?
19            MR. KIM:  Objection to form.
20       A.    Yes.
21       Q.    Is that part of your -- you
22   know, an investment strategy for any of
23   your investments to invest in companies
24   where you think there might be
25   significant short interest and

Page 184

```
 1         BRIAN  HARBISON  -  CONFIDENTIAL
 2    potentially  short  squeezes?
 3         A.    No.  That's  a  term  that
 4    everybody  throws  around  StockTwits  now
 5    ever  since  GameStop  came  around.  It's
 6    either  short  squeezes  or  little  rocket
 7    emojis.
 8         Q.    But  that  --
 9              MS.  YOUNG:   What  did  you  say,
10         Phil?
11              MR.  KIM:   I'm  surprised  we
12         haven't  seen  any  rockets.
13              MS.  YOUNG:   Right.  I'm
14         disappointed.
15              MR.  KIM:   They're  coming  up.
16              MS.  YOUNG:   I  don't  think  so,
17         actually.
18         Q.    So  do  you  often  invest  in
19    companies,  you  know,  when  you  see  a  lot
20    of  discussion  about  short  squeezes  around
21    it,  around  them?
22         A.    No.
23              MR.  KIM:   Objection  to  form.
24         I  think  we're  hitting  an  hour  soon,
25         so  whenever  you  want  to  wrap  up
```

```
                                            Page 185
 1          BRIAN HARBISON - CONFIDENTIAL
 2      your sort of whatever you're doing.
 3              MS. YOUNG:  I'm kind of at a
 4      good point now actually. So maybe,
 5      I'm going to say 15 minutes or so.
 6              MR. KIM:  Is that too long or
 7      too short for you, Mr. Harbison?
 8              THE WITNESS:  1:20.
 9              VIDEOGRAPHER:  All right.
10      Going off the record. The time is
11      2:33 p.m.  This is the end of Media
12      Unit 3.
13              (Recess is taken.)
14              VIDEOGRAPHER:  We are back on
15      the record. The time is 2:57 p.m.
16      This is the beginning of Media Unit
17      4.
18      Q.     Mr. Harbison, did you ever
19   trade AMC options?
20      A.     Yes.
21      Q.     Do you remember when?
22      A.     Around that same time period.
23      Q.     Do you recall whether or not
24   you exercised them?
25      A.     No, I couldn't.
```

1            BRIAN HARBISON - CONFIDENTIAL

2       Q.    You couldn't?

3       A.    Yeah.

4       Q.    And why is that?

5       A.    It wasn't worth it because

6   they halted the stock and brought it back

7   down, so there would be no point in

8   buying them.

9       Q.    So you are saying this was in

10  January 2021?

11      A.    Around that time, yeah.

12      Q.    Is it correct that in January

13  or February 2021 you didn't buy or sell

14  any of the other shares at issue in this

15  litigation?

16      A.    What do you mean? What are you

17  talking about?

18      Q.    So, for instance, am I right

19  in thinking that in January or February

20  2021 you didn't buy or sell any shares of

21  Bed Bath & Beyond?

22      A.    No.

23      Q.    Or Blackberry?

24      A.    Not that I'm aware of.

25      Q.    Or Express?

Page 187

```
1          BRIAN HARBISON - CONFIDENTIAL
2      A.    No, definitely not Express.
3      Q.    Or GameStop?
4      A.    No.
5      Q.    Or Kos?
6      A.    Not that I'm aware of.
7      Q.    Tootsie Roll?
8      A.    No.
9      Q.    Nokia?
10     A.    Not that I'm aware of with
11  that either.
12     Q.    Or Travago?
13     A.    No.
14     Q.    Have you ever purchased
15  options for any of those stocks?
16     A.    I can't recall.
17     Q.    Did you consider buying any of
18  those stocks in January, 2021?
19           MR. KIM:  Objection to form,
20      asked and answered.
21     A.    I can't recall.
22     Q.    Do you hold any of those
23  stocks today?
24     A.    No.
25     Q.    Do you still use Robinhood?
```

```
 1           BRIAN HARBISON - CONFIDENTIAL
 2      A.     Yeah.
 3              MS. YOUNG:  Now, let's go to
 4      tab 23. This will be Exhibit 160 --
 5      161.
 6              (Exhibit 161, Certification of
 7      Brian Harbison was received and
 8      marked on this date for
 9      identification.)
10      A.     You said tab 3.
11      Q.     It's tab 23 and I think it
12  should be Exhibit 161.
13              Do you recognize this
14  document, Mr. Harbison?
15      A.     Yes.
16      Q.     And is this the certification
17  that you signed authorizing the Rosen Law
18  Firm to file this action on your behalf?
19      A.     Yes.
20      Q.     And do you see that if you
21  look at the first page paragraph 4 it
22  says, "The following is a list of all the
23  transactions Plaintiff has made in the
24  respective stocks during the class period
25  set forth in the Consolidated Complaint:
```

```
1            BRIAN HARBISON - CONFIDENTIAL
2       A.     Yes.
3       Q.     And then if you flip to the
4  next page, you see AMC minimum opening
5  position 201 shares?
6       A.     Yes.
7       Q.     And there are other trades
8  that you made in AMC besides these 201
9  shares in January 2021, right?
10       A.     I'm not sure. I can't recall.
11       Q.     Well, earlier today I think we
12  saw that you bought and sold like 100
13  shares of AMC between the 26th and 27th
14  and bought and sold 200 shares of AMC on
15  the 27th and then bought --
16       A.     Oh yeah, yeah, yeah. I thought
17  you were talking about after the 28th.
18       Q.     Right. But you're only suing
19  on the latter 201 shares of AMC that you
20  traded in January 2021, right?
21       A.     Yes.
22       Q.     And why is it that this --
23  you're not suing on the earlier set of
24  AMC shares that you bought?
25             MR. KIM:  Objection. I'm going
```

Page 190

```
1           BRIAN HARBISON - CONFIDENTIAL
2        to direct the -- Mr. Harbison not
3        to answer the question to the
4        extent that he's going to reveal
5        legal strategy or advice that we've
6        given him on this point.
7               So if you have facts, other
8        than what we told you about that,
9        you can tell them. If you don't,
10       then you don't.
11              So with that instruction, you
12       can answer the question.
13       Q.    Did you earn a profit on your
14  -- the first 100 shares of AMC that you
15  bought in January 2021?
16       A.    Umm, January '21?
17       Q.    You can go back to that
18  exhibit if you want. I think it's 152. I
19  think we looked at it earlier and you
20  agreed that you did earn a profit on
21  those trades.
22       A.    January 27th or 21.
23       Q.    I mean January of 2021 in the
24  first 100 shares of AMC that you bought?
25       A.    Yeah.
```

```
                                    Page 191

1          BRIAN HARBISON - CONFIDENTIAL
2          Q.     Did you earn a profit on
3     those?
4          A.     Yes.
5          Q.     And in the second batch that
6     you bought, you earned a profit on those
7     as well, right?
8          A.     Yes.
9          Q.     Thank you. And now, when did
10    you first hear about this lawsuit, Mr.
11    Harbison?
12         A.     In 2021.
13         Q.     How did you hear about it?
14         A.     Google.
15         Q.     What were you looking for on
16    Google?
17         A.     Class action lawsuit. Matter
18    of fact, it was class action lawsuits
19    against Robinhood or lawsuits around
20    Robinhood, rather.
21         Q.     And you saw something about
22    the Rosen firm?
23         A.     Yes.
24         Q.     So did you contact the Rosen
25    firm rather than vice versa?
```

Page 192

```
1              BRIAN HARBISON - CONFIDENTIAL
2         A.    I don't recall.
3         Q.    You don't recall whether or
4    not you contacted the Rosen firm or
5    whether or not the Rosen firm contacted
6    you first?
7         A.    No, I contacted them first.
8    Yeah. I left a note, yeah.
9         Q.    And why did you want to be
10   involved in this lawsuit?
11        A.    Recoup the money I lost
12   because of Robinhood.
13        Q.    How frequently do you
14   communicate with the Rosen firm?
15        A.    Umm, often, leading up to the
16   deposition.
17        Q.    And have you read the
18   Complaint in this case?
19        A.    The retainer, yes.
20        Q.    No. I'm sorry. I said the
21   Complaint in this case.
22        A.    Yeah, I read that too.
23        Q.    How much time have you
24   dedicated to this case outside of
25   preparing for your deposition?
```

1          BRIAN HARBISON - CONFIDENTIAL

2          A.    I couldn't give an exact

3    number.

4          Q.    Can you give an approximate

5    sense?

6          A.    I really can't.

7          Q.    And do you ever delete your

8    StockTwits posts?

9          A.    You can't.

10         Q.    You can't?

11         A.    No.

12         Q.    Like, it's not a feature

13   that's --

14         A.    Yeah. They keep it up there.

15         Q.    I thought that in one of the

16   prior exhibits that we looked at you

17   thought that something that you had

18   posted would have been in response to

19   somebody else but that that post was now

20   unavailable.

21              How do posts disappear on the

22   site?

23         A.    Because if they ban you or you

24   delete your whole profile, it will still

25   show up.

Page 194

1          BRIAN HARBISON - CONFIDENTIAL
2          Q.     I see. So you have to actually
3     delete your account or be banned,
4     otherwise, you can't selectively delete
5     your posts?
6          A.     No.
7          Q.     Are you aware a request for
8     production of documents was served on you
9     through your counsel?
10         A.     Yes.
11         Q.     And have you seen those
12    requests?
13         A.     Yes.
14         Q.     What steps did you take to
15    preserve documents after you were
16    informed of the requests?
17         A.     I gave my statements, anything
18    they asked me, they needed social media
19    handles, and so on.
20         Q.     And did you search things like
21    text messages for any responsive
22    materials?
23         A.     No.
24         Q.     Why is that?
25         A.     I didn't use it for stocks.

1          BRIAN HARBISON - CONFIDENTIAL

2       Q.    You never would have discussed

3   Robinhood or AMC in any text messages

4   with anyone ever?

5       A.    No.

6       Q.    And what about your email?

7       A.    Same.

8       Q.    You would have never discussed

9   Robinhood with anybody by email ever?

10      A.    No. Only -- only people I know

11  personally trades stocks, except for me.

12      Q.    So you're saying the only

13  communication you had with people about

14  investing or stocks would be on one of

15  these platforms like StockTwits?

16      A.    Yes.

17            MS. YOUNG:  Let's look at tab

18        33, and this will be Exhibit 162.

19            VIDEOGRAPHER:  Okay.  We need

20        to go off the record. We've lost

21        the court reporter.

22            MS. YOUNG:  Okay.

23            VIDEOGRAPHER:  She's had some

24        issue, I guess.  Going off the

25        record. The time is 3:08 p.m.

Page 196

1           BRIAN HARBISON - CONFIDENTIAL

2                (Off the record.)

3                VIDEOGRAPHER:  We're back on

4        the record. The time is 3:11 p.m.

5        Q.    And Mr. Harbison, can you send

6    private messages on StockTwits or no?

7        A.    Yeah.

8        Q.    Did you search those messages

9    in looking for responsive material?

10        A.    Yes.

11        Q.    And did you have any

12    responsive messages to produce?

13        A.    No.

14        Q.    Okay. Now we're going to look

15    at Exhibit 62, which I think should be

16    available now, 162. Excuse me.

17                (Exhibit 162, copy of

18        StockTwits messages, Bates

19        P00001316 was received and marked

20        on this date for identification.)

21        Q.    Do you see this document, Mr.

22    Harbison?

23        A.    I'm looking at it, yes.

24        Q.    And do you recognize this?

25        A.    Yes.

1      BRIAN HARBISON - CONFIDENTIAL

2      Q.    And this is a document that

3   was produced by your counsel that

4   includes some posts or comments that you

5   made, right?

6      A.    Yes.

7      Q.    Did you compile this document

8   at the request of your counsel?

9      A.    Did I make this document?

10     Q.    Or did you identify the posts

11  to be included in this document?

12     A.    What do you mean?

13     Q.    Were you involved in

14  identifying any of these posts or

15  messages that needed to be produced?

16     A.    Yes.

17     Q.    And how did you go about doing

18  that?

19     A.    I just told them my own user

20  name for StockTwits and they did the

21  rest.

22     Q.    I see. So you didn't say,

23  okay, here are the specific posts or

24  messages from my 4,000 on StockTwits that

25  are relevant here, you just provided your

```
                                              Page 198
 1          BRIAN HARBISON - CONFIDENTIAL
 2    handle?
 3          A.     Yes.
 4          Q.     And Mr. Harbison, I think most
 5    of these or some of these we've seen
 6    before. I'm not sure that we've seen this
 7    last one.
 8                 Do you know whether or not
 9    this last post is still available on
10    StockTwits?
11          A.     It should be. I didn't delete
12    nothing. You can't delete nothing.
13          Q.     Are these all from different
14    chains?
15          A.     Different chains?
16          Q.     Or different -- I don't know
17    how it works on StockTwits in terms of
18    pages or --
19          A.     Oh, possibly. I would need to
20    see the ticker or what room it was in.
21          Q.     And this doesn't include a
22    number of the posts that we've reviewed
23    today, right?
24          A.     Yeah.
25                 MS. YOUNG:  Okay. I don't
```

1       BRIAN HARBISON - CONFIDENTIAL

2       think I have any further questions,

3       Mr. Harbison. Thank you very much

4       for your time today.

5              MR. KIM:  I didn't see a

6       rocket emoji on there either. Thank

7       you.

8              VIDEOGRAPHER:  We are off the

9       record at 3:14 p.m.  And this

10      concludes today's testimony given

11      by Brian Harbison. The total number

12      of Media Units used was four and

13      will be retained by Veritext.

14             (The proceedings were

15   adjourned at 3:14 p.m.)

16

17

18

19

20

21

22

23

24

25