# Exhibit 8

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

     FOR THE SOUTHERN DISTRICT OF FLORIDA

3    Case No. 1:21-MD-2989-CMA

4    - - - - - - - - - - - - - - - - - - -x

     IN RE JANUARY 2021 SHORT SQUEEZE

5    TRADING LITIGATION

6    - - - - - - - - - - - - - - - - - - -x

7                      March 21, 2023

                       8:34 a.m. PST

8

9          ***** CONFIDENTIAL *****

10

11            Virtual Videotaped

12   Deposition of ABRAHAM HUACUJA,

13   taken by Defendant, pursuant to Notice,

14   held remotely, before Sharon Pearce, RDR,

15   CRR, CRC, NYRCR, a Registered Diplomate

16   Reporter, Certified Realtime Reporter, and

17   Notary Public of the State of New York.

18

19            *     *     *

20

21

22

23

24

25

Page 2

1

2    A P P E A R A N C E S:

3

4       THE ROSEN LAW FIRM
             Attorneys for Plaintiff
5            275 Madison Avenue
             40th Floor
6            New York, New York 10016
7       BY:  PHILLIP KIM, ESQ.
             LAWRENCE M. ROSEN, ESQ.
8            MICHAEL COHEN, ESQ.

9

10

11      CRAVATH SWAINE & MOORE LLP
             Attorneys for Defendant
12           825 Eighth Avenue
             Suite 4043B
13           New York, New York 10019
14      BY:  DANIEL SLIFKIN, ESQ.
             MEGAN VINCENT, ESQ.

15

16

17

18    ALSO PRESENT:
19       HOWARD BRODSKY, Videographer
20       NICHOLAS LIN
21                 *       *       *
22

23

24

25

```
                                              Page 3
 1           HUACUJA - CONFIDENTIAL
 2               THE VIDEOGRAPHER:  Good morning.
 3      Here begins the video recorded virtual
 4      remote deposition of
 5      Abraham Huacuja --
 6               THE WITNESS:  Yes, correct.
 7               THE VIDEOGRAPHER:   -- appearing
 8      from his location in Santa Maria,
 9      California.  This deposition is taken
10      by the defendant in In Re January 2021
11      Short Squeeze Trading Litigation, Case
12      No. 1:21-MD-2989-CMA, in the
13      United States District Court, Southern
14      District of Florida.
15               Today is Tuesday,
16      March 21, 2023.  The time is 8:34 a.m.
17      Pacific Daylight Time.  My name is
18      Howard Brodsky, and I'm the legal
19      video specialist in association with
20      Veritext Legal Solutions with offices
21      located in New York, New York.  The
22      court reporter is Sharon Pearce in
23      association with Veritext.
24               Counsel have stipulated that the
25      court reporter shall enter all
```

```
 1          HUACUJA - CONFIDENTIAL
 2       appearances for this proceeding into
 3       the stenographic court record and
 4       further agree that the court reporter
 5       may swear the deponent in remotely.
 6            Will the court reporter please
 7       swear in the witness.
 8   A B R A H A M   H U A C U J A,
 9            having first been duly sworn by
10            Sharon Pearce, the Notary Public,
11            was examined and testified as
12            follows:
13   EXAMINATION
14   BY MR. SLIFKIN:
15       Q.    Could you please state your full
16   name for the record.
17       A.    My name is Abraham Jacier
18   Huacuja.
19       Q.    So Mr. Huacuja, what is your
20   current address?
21       A.    Current address is ███████████
22   ████████████████████████████████████
23   ███████████
24       Q.    Okay.  Have you ever been
25   deposed before?
```

1       HUACUJA - CONFIDENTIAL

2       A.      Who what does deposed mean?  I'm

3   not sure what that is.

4       Q.      Okay.  So the proceeding that's

5   taking place today is called a deposition.

6       A.      Oh.  Yeah.  Yeah.  Okay.  Go

7   ahead.  Go ahead.

8       Q.      So the court reporter will tell

9   you she can't actually get us both at

10  once.

11      A.      Yes.

12      Q.      So it will be question, answer,

13  question, answer.  Okay?

14      A.      Okay.  Got it.

15      Q.      So have you ever been deposed

16  before?  That is to say, have you ever

17  participated in a proceeding such as the

18  one we're doing today?

19      A.      No, never.

20      Q.      Have you ever been involved in

21  any legal proceedings?

22      A.      No, just small ones like

23  speeding tickets and stuff like that.

24      Q.      Okay.  So speeding tickets is on

25  the criminal side.

```
                                          Page 6
 1          HUACUJA - CONFIDENTIAL
 2      A.      Oh, okay.
 3      Q.      Have you ever been involved in
 4  any criminal proceedings?
 5      A.      No.
 6      Q.      Okay.
 7      A.      Other than a speeding ticket, I
 8  guess.
 9      Q.      Have you ever been involved in
10  any other civil proceedings where you're
11  suing someone or someone is suing you?
12      A.      No.
13      Q.      Do you understand that you are a
14  plaintiff in this action?
15      A.      Yes, I am a plaintiff.
16      Q.      And what do you understand that
17  to mean?
18      A.      That I am -- I am part of the --
19  I'm sorry.  I'm here I guess as -- I'm
20  sorry.  Just trying to find the words.
21  I'm here as, like, a representative on the
22  behalf of I guess this case, the lawsuit
23  case.
24      Q.      Have you ever heard the term
25  class action before?
```

```
                                           Page 7

 1           HUACUJA - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    Okay.  What do you understand a
 4   class action to be?
 5      A.    Class action is a group of
 6   participants or a group of people that
 7   have -- I guess have had something happen
 8   to them and they just get together and --
 9   it's like a -- instead of having one
10   lawsuit, this is, like -- this involves a
11   lot of people, which kind of -- it's a
12   culmination of a lot of people, I guess.
13      Q.    Okay.  So you understand I take
14   it that this proceeding is a class action
15   or at least a putative class action.
16      A.    Yes.  Yes.
17      Q.    Okay.
18      A.    I understand this is a class
19   action.
20      Q.    And have you ever been involved
21   in a class action prior to this one?
22      A.    No.
23      Q.    Currently, are you involved in
24   any other litigation other than the
25   Robin -- than the short squeeze litigation
```

```
 1          HUACUJA - CONFIDENTIAL
 2   that is the one we're dealing with today?
 3        A.     No.   This is it.
 4        Q.     Okay.   What do you understand
 5   your responsibilities to be as a
 6   plaintiff?
 7        A.     To just make sure everything --
 8   like, make sure my lawyers are doing their
 9   job and to make sure everything is fair
10   for everyone else I guess that can't be
11   here, or I guess it's a class action, so
12   there's a lot of people that can't really
13   be here.
14        Q.     Okay.   When you say your
15   lawyers, who are you referring to?
16        A.     The Rosen Law Firm.
17        Q.     The Rosen Law Firm?
18        A.     Yeah.
19        Q.     Is that Mr. Kim?
20        A.     Yeah.
21        Q.     And have you dealt with anybody
22   else at the Rosen Law Firm?
23        A.     Yeah.   There have been several
24   people that I've spoken with in emails
25   with.
```

```
 1            HUACUJA - CONFIDENTIAL
 2       Q.    Without going into the substance
 3   of any conversations, can you tell me,
 4   like, how frequently you speak to the
 5   folks at the Rosen Law Firm?
 6       A.    I would say a couple of times a
 7   month, maybe two or three.
 8       Q.    Okay.
 9       A.    Depending on the situation.
10   Maybe even more.
11       Q.    And is the -- again, don't go
12   into who said what.  I'm just going to ask
13   you what the topics are.
14             Is the topic of those
15   conversations these proceedings?
16       A.    No.  The topics are usually
17   about information that I have regarding
18   the case.
19       Q.    I see.
20             Well, let me back up a little
21   bit.
22             Do you recall that you produced
23   certain documents and records in this
24   matter?
25       A.    Yes.  For this -- the Robinhood
```

```
 1          HUACUJA - CONFIDENTIAL
 2    case, I -- yeah.  I produced -- so I guess
 3    you would say that Robinhood, the company,
 4    has produced the files and I have them
 5    with me.
 6         Q.    Okay I'm asking a slightly
 7    different question.
 8               Were you asked to search your
 9    records for materials about this
10    litigation?
11         A.    Yes, I was asked to search.
12         Q.    Okay.  And when were you asked
13    to search?
14         A.    I don't remember the exact
15    dates, but pretty early on joining the law
16    firm.
17         Q.    And can you tell me what you did
18    in your search.
19         A.    I looked up the files from my
20    phone, all the Robinhood -- the statements
21    that I had for Robinhood and the
22    statements that I had for my bank.  I
23    looked up any kind of web information that
24    I had.  I am -- I do -- I'm a YouTuber.  I
25    did some videos as well, and I showed them
```

1              HUACUJA - CONFIDENTIAL

2     the videos that I did about the case.

3     Those are several things.

4          Q.    Okay.  And again, when did you

5     do that search?

6          A.    I don't know the exact dates.

7     But it was pretty early on.

8          Q.    Okay.  And when did you provide

9     materials to your lawyers?

10         A.    As -- I don't know.  I did the

11    search, and within a week, I provided the

12    info.  And then I think also there was

13    stuff that they asked for afterwards, so

14    then it took some additional time.  It

15    wasn't all at once.  It was, like, you

16    know, kind of spread out.

17         Q.    Okay.  And when was the last

18    time you gave materials to your lawyers

19    relevant to this matter?

20         A.    I think, like, a few -- a week

21    ago or a few weeks ago, I think.  Yeah.

22    There was something that they just wanted

23    to double check that I had it.  I think it

24    was just about my searches on YouTube.

25    That's what it was.

```
                                            Page 12
 1          HUACUJA - CONFIDENTIAL
 2      Q.    Okay.  So you said you're a
 3  YouTuber.
 4          So in your words, explain to me
 5  what you meant by that.
 6      A.    I create content on a website
 7  that I -- pretty much I videotape myself,
 8  or mostly, it's a gaming website, so I'll
 9  be playing video games, and I will just
10  share that in a video format on YouTube.
11      Q.    Okay.  And did you give those
12  YouTube videos to your lawyers?
13      A.    I gave them the links to the
14  videos.  I did not give them the -- I
15  don't have the hard files anymore.  So
16  I -- but they have the links.  It's the
17  same thing.
18      Q.    And that's a link to the YouTube
19  site, is it?
20      A.    Yes.
21      Q.    Okay.  And do you also -- and
22  so -- and again, you gave them the links
23  when?  Like, recently, or some time ago?
24      A.    Both.  Both.
25      Q.    And again, how -- how recent was
```

```
                                          Page 13
 1           HUACUJA - CONFIDENTIAL
 2     the last time that you gave these YouTube
 3     links to your counsel?
 4         A.    The links -- you have to -- can
 5     you clarify a little bit?  Like, what
 6     links?  Because I -- there's two different
 7     types of links.  There's links that I made
 8     YouTube videos, and there's also links
 9     that I sent them that I just watched
10     YouTube, and these are the YouTube videos
11     that I watched for reference.
12         Q.    Okay.  So that's very helpful.
13         A.    But I didn't create them.
14         Q.    So let's start with the links to
15     the content that you created.
16               When did you send those to your
17     counsel?
18         A.    Yeah.  I don't remember.  That
19     was, like, further in the past.
20         Q.    And the links to the materials
21     that you watched on YouTube, when did you
22     send those to your counsel?
23         A.    Those -- about a week ago or so.
24         Q.    Okay.  Can you tell me just
25     generally what you did to prepare for this
```

```
                                        Page 14

1            HUACUJA - CONFIDENTIAL

2    litigation.

3               Let me rephrase that.

4               Can you tell me generally what

5    you did to prepare for this deposition,

6    that is to say, the proceedings today.

7         A.    I looked over the material that

8    was sent to me.  And I made sure that I

9    could log into the Exhibit Share, and I

10   downloaded Zoom, and I was able to do a

11   test, just several things to prepare.

12        Q.    Okay.  And when did you do that?

13        A.    Yesterday and the day before.

14   Just yesterday, I think, was the majority

15   of it.

16        Q.    You said you looked over

17   materials that were sent to you.

18               Are you with me?

19        A.    Yes.

20        Q.    Okay.  Who sent you those

21   materials?

22        A.    The Rosen Law Firm.

23        Q.    Okay.  Did any of those

24   materials help you remember facts?

25        A.    No, not necessarily.
```

```
                                          Page 15
 1           HUACUJA - CONFIDENTIAL
 2      Q.      Okay.  Did you speak to anyone
 3  in preparation for your deposition today?
 4      A.      Yes.  I spoke to my lawyers.
 5      Q.      Okay.  Did you speak to anyone
 6  other than your lawyers?
 7      A.      No.
 8      Q.      And when did you speak to your
 9  lawyers?
10      A.      In regards to this --
11      Q.      Yes, to this --
12      A.      Yesterday.
13      Q.      Okay.  And did you speak to them
14  about this deposition before yesterday?
15      A.      Yes.
16      Q.      Okay.  And when was that?
17      A.      I think throughout the whole
18  process, they just mentioned that it's
19  probably going to happen, and this is
20  probably what's going to go down.  So just
21  a preparation.
22      Q.      Okay.  And about how long did
23  you spend preparing for this deposition?
24      A.      Not long, to be honest.  Not
25  long.  I'm a really busy person.
```

```
                                          Page 16
 1          HUACUJA - CONFIDENTIAL
 2      Q.    Okay.  Okay.  So maybe you can
 3  just tell me a little bit about your
 4  personal background, starting with your
 5  education.
 6      A.    Okay.
 7      Q.    So when did you graduate high
 8  school?
 9      A.    '99.
10      Q.    Okay.  And so what education did
11  you have post-high school?
12      A.    After high school, I went to
13  college.  I have two degrees.  I have two
14  bachelors of science in art, fine art --
15      Q.    Okay.
16      A.    Fine arts and media.
17      Q.    Okay.  So if you graduated in
18  '99, did you go straight to college?
19      A.    Yes.  I went straight to
20  college.  I did four years.  And then I
21  got a job in Ireland.  And after two
22  years, I came back to the U.S., and I went
23  to school again for another four years.
24      Q.    So that first -- that first
25  degree you took from I guess 1999 until --
```

```
                                      Page 17
 1          HUACUJA - CONFIDENTIAL
 2    what -- 2000 when?
 3         A.    I don't know exactly, but it was
 4    around 2005 or '4.  It was a four-year
 5    degree.
 6         Q.    Okay.  So that first four-year
 7    degree, where did you go?
 8         A.    I went to the Art Institute in
 9    California.
10         Q.    Okay.  And is that in Santa
11    Monica?
12         A.    Yeah.  That's in Santa Monica.
13         Q.    Okay.  And what was your degree
14    in?
15         A.    It's some bachelor's of fine --
16    bachelor's of art and -- media and art,
17    something like that.  I think that was the
18    degree.
19         Q.    What was your major?
20         A.    Just art.  Just fine arts or
21    arts.  Media arts.
22         Q.    Okay.  And then you took a job
23    in Ireland, you said?
24         A.    Yes.
25         Q.    And then you came back to the
```

```
 1          HUACUJA - CONFIDENTIAL
 2    United States, and you got another degree.
 3          A.    Yes.
 4          Q.    Okay.  That second degree,
 5    first, where was it?
 6          A.    That was in Seattle -- well,
 7    Redmond, Washington.  Redmond, Washington.
 8          Q.    Okay.  And what was the name of
 9    the institution you attended?
10          A.    DigiPen Institute of Technology.
11          Q.    Okay.  And what degree did you
12    take?
13          A.    That's the fine arts -- fine
14    arts degree.  Fine arts and animation.
15          Q.    Okay.  Okay.  So high school,
16    first degree, second degree.  I'm going to
17    ask you some questions about them
18    altogether.  Okay?
19          A.    Okay.
20          Q.    Okay.  So during that period,
21    when you were studying in high school or
22    for either of your degrees, did you ever
23    study economics?
24          A.    There was a course, I believe,
25    on economics here and there, but it was
```

```
                                              Page 19

 1          HUACUJA - CONFIDENTIAL
 2    just, like, maybe one or two courses, one
 3    for each degree.
 4         Q.    Did you ever study finance?
 5         A.    No.
 6         Q.    Did you ever study accounting?
 7         A.    No.
 8         Q.    So in your economics classes,
 9    did you ever study the stock market?
10         A.    No.
11         Q.    Have you ever heard the phrase
12    "market efficiency"?
13         A.    I believe I heard the phrase
14    "market efficiency."
15         Q.    Okay.  When did you first hear
16    the phrase "market efficiency"?
17         A.    I don't recall.
18         Q.    Okay.  What do you understand
19    market efficiency to mean?
20         A.    The market is just working as it
21    should be.  That's -- I mean, I didn't
22    study it or anything, so from my
23    understanding, that's what it means.
24         Q.    Okay.  So are you currently
25    employed?
```

```
                                            Page 20
 1          HUACUJA - CONFIDENTIAL
 2      A.     Yes.
 3      Q.     Okay.  Who is your employer?
 4      A.     Chumash Casino Resort.
 5      Q.     Okay.  And how long have you
 6  worked for Chumash Casino Resort?
 7      A.     For about eight to nine years.
 8      Q.     And what is your job title
 9  there?
10      A.     I am currently employed as a
11  poker dealer.
12      Q.     Has that always been your job at
13  Chumash?
14      A.     No.
15      Q.     Okay.  So tell me what jobs you
16  had at Chumash.
17      A.     I was a -- entered as a slots
18  technician, and then I became a lead
19  technician, and now a poker dealer.  And
20  actually going to soon -- within the next
21  couple of weeks, I will be a table games
22  dealer.
23      Q.     Okay.  And for how long have you
24  been a poker dealer?
25      A.     For less than a year, but around
```

```
                                        Page 21
 1          HUACUJA - CONFIDENTIAL
 2   a year.  Around a year but less, a little
 3   bit less than a year.
 4       Q.    Okay.  So you started doing that
 5   in 2022.  Is that fair?
 6       A.    Yeah.  That's fair.
 7       Q.    Okay.  So if we would think
 8   of -- if you think back to 2020 and 2021,
 9   what was your role at Chumash?
10       A.    Actually, there was an
11   in-between job there. I was a poker brush
12   before I was a dealer.  But it was the
13   same amount of time.  It was less than
14   half a year or around half a year.  And
15   then before that was -- I was a lead
16   technician.  Yeah.
17       Q.    Okay.  And in 2020 and 2021,
18   like, during Covid, were you actually
19   working, or were you at home?
20       A.    During Covid, the casino closed
21   down.  And -- yeah.  They closed down
22   the -- yeah.  The casino closed down, so
23   we weren't working.  But they paid us for
24   I think several weeks or a month or so.
25   And then the casino opened back up shortly
```

```
                                              Page 22
 1          HUACUJA - CONFIDENTIAL
 2    after with a bunch of restrictions.
 3         Q.    And when was that, do you
 4    recall?
 5         A.    I don't recall the exact dates.
 6         Q.    Okay.  So this lawsuit is called
 7    In Re January 2021 Short Squeeze Trading
 8    Litigation.
 9               Are you aware of that?
10         A.    Yes.
11         Q.    Okay.  So in January 2021, were
12    you working or were you at home?
13         A.    I don't recall.  I have to think
14    about it.  But I don't recall off the top
15    of my head what I was -- if I was working
16    during that time or not.
17         Q.    Okay.  Did you spend any time
18    working from home?
19               MR. KIM:  When?
20               MR. SLIFKIN:  During Covid.
21         A.    Working -- I have to clarify.
22    Working at the casino or working how?
23         Q.    So I'm asking you a question.
24               During Covid, when there were
25    restrictions in place --
```

```
 1          HUACUJA - CONFIDENTIAL
 2      A.     Yes.
 3      Q.     -- did you do any work from
 4  home?
 5      A.     No.
 6      Q.     Okay.  Okay.  So do you
 7  currently invest in the stock market?
 8      A.     Yes, I do.
 9      Q.     Okay.  And for how long have you
10  been investing in the stock market?
11      A.     For years.  I don't know exact
12  time.  But it's been a couple of years
13  now.
14      Q.     Okay.  So did you -- again, this
15  litigation is -- in its title, it refers
16  to January 2021.
17      A.     Yes.
18      Q.     Were you investing in the stock
19  market at that point in time?
20      A.     Yes, I was, and before then.
21      Q.     Okay.  And for how long had you
22  been investing in the stock market as of
23  January of 2021?
24      A.     I don't recall.
25      Q.     Was it years?  Weeks?  Days?
```

```
1        HUACUJA - CONFIDENTIAL
2     A.     Years.
3     Q.     Years.  Okay.
4            Do you recall why you started
5   investing in the stock market?
6     A.     Not necessarily.  I think
7   Robinhood was -- the app was I think
8   popular at the time, and I wanted to get
9   into it.
10    Q.     Okay.  So you referred to
11  Robinhood.
12    A.     Yes.
13    Q.     What do you understand Robinhood
14  to be?
15    A.     Robinhood is an application on
16  the phone that lets you buy and sell
17  stocks.
18    Q.     Okay.  And I take it you were at
19  least a Robinhood customer.
20    A.     I still am.
21    Q.     Okay.  And do you recall when
22  you opened your Robinhood account?
23    A.     No, I don't know when I opened
24  it.
25    Q.     Okay.  So why did you decide to
```

```
                                         Page 25
 1          HUACUJA - CONFIDENTIAL
 2   use Robinhood?
 3       A.    It was basically the only thing
 4   out there at the moment -- I know there
 5   was other stuff, but it was the easiest
 6   thing out there to use.
 7       Q.    Okay.  I think you said you
 8   still have a Robinhood account.
 9       A.    Yes, I do.
10       Q.    Do you actively trade in your
11   Robinhood account?
12       A.    No.  It's actually been a while
13   since I've traded in my Robinhood account.
14       Q.    Okay.  So do you have other
15   accounts?
16       A.    Yes.
17       Q.    Can you tell me --
18       A.    For stocks?
19       Q.    For stocks.  Yes.
20       A.    Yes.  In SoFi.
21       Q.    SoFi.  Okay.
22             When did you open your SoFi
23   account?
24       A.    Pretty much after -- or during
25   January when all the short squeeze
```

```
                                          Page 26

 1           HUACUJA - CONFIDENTIAL
 2    happened.
 3         Q.    So you referred to January of
 4    2021.
 5         A.    Yes, 2021.
 6         Q.    Okay.  And you used the word
 7    "short squeeze" in your last answer.
 8              Can you tell us in your own
 9    words what you understand a short squeeze
10    to be.
11              MR. KIM:  Form.  Are we talking
12         about right now?  Before?  Limited in
13         time?
14         Q.    You just used -- okay.  You just
15    used the word "short squeeze."
16         A.    Yes.
17         Q.    You referenced January 2021.
18         A.    Yes.
19         Q.    Are you with me?  Okay.
20         A.    Yes.
21         Q.    What did you mean by short
22    squeeze?
23         A.    So there -- a stock will get --
24    will get shorted, and then when
25    different -- different -- there's two
```

```
 1            HUACUJA - CONFIDENTIAL
 2   parties.  When one party shorts a stock,
 3   then the second party will buy that stock,
 4   making the people who shorted the stock
 5   either have to keep paying interest in --
 6   when they started shorting it, and -- or
 7   they'll have to sell their stock at an
 8   undesirable expense to them, and -- if
 9   that stock keeps going up.  So that's
10   basically the gist of a short squeeze.
11        Q.    Okay.  Let's start with short.
12              What do you understand a short
13   position to be?
14        A.    A short position is when someone
15   buy -- borrows it -- because you're
16   selling a stock, so you're borrowing it
17   and then selling it to buy it later.  And
18   you want to -- you want to buy it at a
19   lower cost, and you would take -- you
20   would take the difference.  So that's how
21   you would make your money by shorting the
22   stock.
23        Q.    Okay.  Have you heard the phrase
24   "long position"?
25        A.    Yes.
```

```
                                           Page 28
 1          HUACUJA - CONFIDENTIAL
 2      Q.     Okay.  What do you understand a
 3   long position to be?
 4      A.     I am actually more of a long
 5   position buyer myself.  So basically, you
 6   buy a stock, and you hold it, and you just
 7   don't let it go.
 8      Q.     Okay.  And a short position is
 9   what?  The opposite?  That's --
10      A.     Yes.  Basically, they're banking
11   on trying to make a profit quickly.
12      Q.     A profit until the stock went
13   up.
14      A.     Down.
15      Q.     Okay.
16      A.     Shorting it.  Because they're
17   shorting it.
18      Q.     So that's -- that's a
19   transaction where the intended outcome is
20   that the price of the stock goes down.
21      A.     Yes.  The short --
22      Q.     Okay.
23      A.     The shorting.
24      Q.     Okay.  And a short squeeze, as
25   you put it previously, that's an attempt
```

```
                                        Page 29
 1          HUACUJA - CONFIDENTIAL
 2    to what?  Drive the price of the stock up
 3    in order to hurt the shorts?
 4              MR. KIM:  Objection to form.
 5         You can answer.
 6         A.    The short squeeze is basically
 7    when -- the shorts are betting it to go
 8    down, and the short squeeze is buyers --
 9    they just buy the stock so -- they're just
10    buying the stock so the price goes up.
11    And if the people that are squeeze -- or
12    the shorting is -- the people that are
13    shorting the stock will have to sell at an
14    unfavorable amount, basically.
15         Q.    Okay.  And in your
16    understanding, there were short squeezes
17    that were being attempted in January 2021?
18              MR. KIM:  Objection to form.
19         Assumes facts.  Calls for speculation.
20         Q.    You can answer.
21         A.    Yes.  I don't -- I believe
22    that's what was going on.  I mean, that's
23    what I was banking on as well.
24         Q.    And when you say that's what you
25    were banking on, what do you mean by that?
```

```
                                          Page 30
 1           HUACUJA - CONFIDENTIAL
 2      A.    I was banking on there being a
 3  short squeeze.
 4      Q.    Do you mean, like, in your own
 5  investing, you were assuming or hoping
 6  that there was going to be a short
 7  squeeze?
 8      A.    Yes.
 9      Q.    And you were going to make a
10  profit from that?
11      A.    I was hoping to.  Yes.
12      Q.    Okay.  So I'll come back to
13  that.
14           You told me that you opened the
15  SoFi account in I believe January of 2021.
16           Did I get that right?
17      A.    Yeah.  Around that time I
18  remember opening it.  I don't know the
19  exact date.
20      Q.    Okay.  Have you ever had -- and
21  do you still have that SoFi account?
22      A.    Yes.  Yes, I do.
23      Q.    And is that the account in which
24  you trade securities?
25      A.    It is now, yes.
```

```
                                        Page 31
 1            HUACUJA - CONFIDENTIAL
 2       Q.      Okay.  Okay.  So you mentioned
 3   Robinhood.  You mentioned SoFi.
 4            Have you ever had any other
 5   accounts in which you trade securities?
 6       A.      No.  No.  Just those two.
 7       Q.      Okay.  And I take it you started
 8   with Robinhood.  Then you opened your SoFi
 9   account.
10            And is it fair to say that at
11   some point, you moved your assets from
12   Robinhood to SoFi?
13            MR. KIM:  Objection to form.
14       A.      I moved some of them.
15       Q.      Okay.  Do you still have any
16   assets held at Robinhood?
17       A.      Yes, I do.
18       Q.      Okay.  Tell me approximately how
19   much in dollar terms.
20       A.      I don't know exactly off the top
21   of my head.  It's around ███████████ --
22   I'm not sure.
23       Q.      When you say ███, you mean
24   ███████ or --
25       A.      Yes.
```

Case 1:21-md-02989-CMA   Document 567-8   Entered on FLSD Docket 06/07/2023   Page 33 of 122

Page 32

```
 1          HUACUJA - CONFIDENTIAL
 2     Q.     Or ██████████████████
 3     A.        ████████      Yes.
 4     Q.     Okay.
 5     A.        ██████████████████████
 6     Q.     Okay.  I'm sorry.  The video
 7  kind of slowed down for a second there, so
 8  I had trouble hearing you.
 9          Do you have any recollection as
10  to what securities you currently hold at
11  Robinhood?
12     A.     What securities.  Yeah.  I know
13  some of them.  But I don't -- I don't
14  recall all of them at the moment.
15     Q.     Okay.  Can you give me the ones
16  you remember?
17     A.     Tesla for sure.
18     Q.     Okay.  And with respect to SoFi,
19  approximately what are the, you know,
20  dollar amount of your holdings at SoFi?
21     A.     Same thing.  I don't know the
22  exact amount at the moment.  But it's
23  █████████████████.  Actually, it's ████████
24  █████████████████████████████████████
25  maybe.
```

Veritext Legal Solutions

212-279-9424                www.veritext.com                212-490-3430

```
                                            Page 33

 1          HUACUJA - CONFIDENTIAL

 2      Q.     Okay.  And do you recall any of

 3  the securities that you hold at SoFi?

 4      A.     Yes.  Same thing.  Tesla.

 5      Q.     Okay.  Any other companies that

 6  you recall?

 7      A.     There's a couple of other

 8  companies.  But it's only a small amount.

 9  The majority is Tesla.

10      Q.     Okay.  So let's go back to the

11  period 2020.

12             Let's start with when you opened

13  your Robinhood account.  Okay?

14             Prior to January 2021, you don't

15  remember precisely when.  Is that fair?

16      A.     Yes.

17      Q.     But we can look that up; right?

18      A.     Okay.  Yeah.  We can.

19      Q.     Okay.  I mean, do you recall

20  filling out a form when you opened your

21  Robinhood account?

22      A.     An online form?  I believe there

23  is some small agreement.  I don't exactly

24  recall at this point in time.  But just to

25  open an account in their website, I
```

Page 34

1          HUACUJA - CONFIDENTIAL
2     believe I signed something.
3          Q.    Okay.  There was, like, an
4     online application that you had to
5     complete.
6          A.    I think so.  I don't recall
7     exactly.
8          Q.    Okay.  So at that point in time,
9     did you have any, you know -- any strategy
10    with respect to trading stocks in mind?
11         A.    Yeah.  Yeah, I did.
12         Q.    Okay.  And what was that?
13         A.    The very start of my investing
14    career, I wanted to learn, so I just
15    didn't -- had stocks in securities that
16    I -- that I -- that I trusted or that I --
17    how do I say it -- that I was comfortable
18    with or that I used, as stuff that I do
19    from, like, I guess day-to-day life, stuff
20    that I know about.  So that's what I would
21    invest in.
22         Q.    Okay.  So let me see if I
23    understood that correctly.
24              So you would buy stock in
25    companies whose products or services you

```
                                            Page 35
```

1              HUACUJA - CONFIDENTIAL
2     used in everyday life and who -- whose
3     products or services you felt comfortable
4     with.  Is that fair?
5              MR. KIM:  Objection.
6        A.    Yeah.  It's stuff that I used
7     from day-to-day life, stuff that I was
8     comfortable with, stuff that I knew.
9        Q.    Do you recall any of the
10    securities you --
11       A.    Yes.
12       Q.    -- bought?  Oh, okay.
13             So could you tell me what you
14    remember.
15       A.    I invested in Starbucks, I
16    invested in Nintendo, and to Blizzard
17    Entertainment.  I invested in Nvidia,
18    AMC -- not AMC.  I'm sorry.  My mistake.
19    It's AMD.  AMD Software and just several
20    other companies that I was comfortable
21    with.
22       Q.    Okay.  So Starbucks is obviously
23    the coffee shop company; right?
24       A.    Yes.  Yes.
25       Q.    Right.  And Nintendo is the

```
                                          Page 36
 1          HUACUJA - CONFIDENTIAL
 2   game --
 3        A.    Yes.
 4        Q.    -- platform.
 5              Blizzard is also a game
 6   manufacturer?
 7        A.    Yes.
 8        Q.    Nvidia and AMD, are they chip
 9   manufacturers?
10        A.    Yeah, for video cards.  Video
11   cards.
12        Q.    Okay.  I take it you're a video
13   gamer.
14        A.    Yes, I am.
15        Q.    Okay.  So let's wind forward a
16   little bit to January of 2021.
17              By that point in time, had your
18   investing strategy changed at all?
19        A.    Yes.
20        Q.    Okay.  How had it changed?
21        A.    I was able to do more research
22   and figure out a little bit more about the
23   stocks.  Actually, when Covid hit, I
24   was -- I -- I pulled out all of the stocks
25   that I felt that didn't really -- weren't
```

```
                                            Page 37
 1           HUACUJA - CONFIDENTIAL
 2    doing much for me in the stock market, and
 3    I reallocated them to places where I felt
 4    would make me more a profit.
 5         Q.    Okay.  So when you say when
 6    Covid hit, you're referring to March of
 7    2020.
 8         A.    Yeah.  Around that time.  I
 9    think -- I don't know the exact date or
10    time, but I can -- it's in the stock.
11    You'll see a dip really, really harshly at
12    a certain point.
13         Q.    Okay.  And at that point in
14    time, did you, like, just exit all the
15    stocks you held?
16         A.    No.  No.  I didn't exit all the
17    stocks.  I exited the ones that I felt
18    weren't going to do much for me, and then
19    I -- after, say, a few days of taking them
20    out, I put them back in, which was really
21    lucky.  I put them back in right at the
22    bottom of that dip when Covid hit.  And I
23    made a pretty good profit from that.  But
24    yeah.  I put them back in.  On the
25    specific securities that I felt -- after
```

```
                                         Page 38
 1          HUACUJA - CONFIDENTIAL
 2   doing more research, I felt a lot of
 3   specific companies that I chose at that
 4   point in time would make more of a profit
 5   as a long-term investment.
 6        Q.    And so help me out with the
 7   timeframe.
 8             Is this, like, April/May of
 9   2020?
10        A.    I don't know the exact dates.
11        Q.    Okay.  But --
12        A.    Around -- around when Covid hit,
13   or -- it didn't hit -- because I was
14   looking at the news, and I was aware of
15   Covid when it was in China.  And it didn't
16   get to the U.S. yet.  And nothing happened
17   to the stock market at the time.  But I
18   do -- I was keeping track of the stock,
19   and it does dip pretty hard.  When the
20   stock -- when the stock market dipped,
21   that's when I see in my head as Covid
22   hitting the U.S., when the stock market
23   first dipped.
24        Q.    So you're talking about the
25   steep decline in, say, the S&P 500 that
```

```
                                              Page 39
 1          HUACUJA - CONFIDENTIAL
 2   occurred in the spring of 2020, I take it.
 3       A.    Yes.
 4       Q.    Okay.
 5       A.    That's what it was.
 6       Q.    Okay.  And so you sold some of
 7   your portfolio at that point in time?
 8       A.    Yes, I sold some of my portfolio
 9   at that point in time.
10       Q.    Okay.  And then you started
11   investing in different stocks.
12       A.    Yes.  Yes.
13       Q.    Okay.  And do you recall what
14   stocks you were investing in I think you
15   said for the long term?
16       A.    Yes.  That's when I started
17   investing in Tesla.
18       Q.    You know, this is not relevant
19   to this, but Elon Musk is one of my
20   clients.
21            So do you have a Tesla?
22       A.    No, I don't.  But I would love
23   to have one.  I just don't have the money
24   for it right now.
25       Q.    So you invested in Tesla -- well
```

```
                                        Page 40
 1          HUACUJA - CONFIDENTIAL
 2   so, you invested in Tesla sort of after
 3   the spring of 2020, I take it.
 4        A.    Yes.
 5             MR. KIM:  Objection to form.
 6        A.    I was always looking at Tesla
 7   even before the Covid, and I was doing a
 8   lot of research, but I never actually -- I
 9   don't think I've ever actually invested
10   until that point in time.
11        Q.    Okay.  And so why did you pick
12   Tesla?
13        A.    Because I researched the
14   company, and I have a lot of faith in the
15   company and Elon Musk as well.  So I put
16   my money in it.
17        Q.    And how much time did you spend
18   researching Tesla?
19        A.    I spent hours, days, weeks.  I
20   spent a lot of time researching Tesla.
21        Q.    Okay.  And what was your
22   expectation for Tesla stock when you
23   purchased it?
24        A.    My expectations for Tesla is for
25   it to keep growing as a long-term
```

```
 1          HUACUJA - CONFIDENTIAL
 2   investment.  I am not -- I just wanted to
 3   put my money somewhere and let it sit and
 4   not have to babysit my money from day to
 5   day.
 6      Q.    And what made you think that
 7   Tesla was a good long-term investment?
 8   What was it specifically?
 9      A.    It was not, like, a specific
10   thing.  It was just the whole company as a
11   whole and what they do.  It's not any
12   specific thing.  It's everything they do,
13   everything they strive for, everything
14   they have accomplished, not only in Tesla
15   but in SpaceX.  Elon Musk is just I think
16   a phenomenal person, and he's -- he's
17   trying to make the world better.  So I
18   want to put my money, help him out.
19      Q.    I take it -- and I think you
20   already told me you still hold Tesla stock
21   both in Robinhood and in SoFi?
22      A.    Yes.
23      Q.    And if I'm recalling correctly,
24   if you purchased in sort of the spring of
25   2020, that has been a very profitable
```

```
                                          Page 42
 1          HUACUJA - CONFIDENTIAL
 2   investment.
 3       A.    Yes.
 4       Q.    Okay.  So -- so that -- so you
 5   were explaining to me how your investment
 6   strategy changed over time.
 7       A.    Yes.
 8       Q.    You know, and you explained to
 9   me how you invested in Tesla, having done
10   lots of research.
11              Were there any other companies
12   that you invested in in that same way?
13       A.    No.
14       Q.    Okay.  Now let's wind forward to
15   January of 2021.
16              Did your investment strategy
17   change at all?
18       A.    Yes, for the short squeeze.
19   Yes, it did.
20       Q.    Okay.  And so what was your
21   strategy in January of 2021?
22       A.    I -- I did research again.  I
23   did a lot of research on shorting stocks
24   and what a short squeeze was.  And I
25   studied specific stocks that I was -- that
```

```
 1          HUACUJA - CONFIDENTIAL
 2    I was noticing and that a lot of people
 3    were talking about at the time.  And so I
 4    just researched it, and I felt that a
 5    short squeeze was going to occur.  So
 6    that's -- I invested my money as kind of a
 7    short-term, like -- like, to have a game
 8    for the short-term.  It wasn't a long-term
 9    plan.  It was kind of like a short-term
10    thing.
11        Q.    And the short-term game would be
12    from the squeeze.
13        A.    Yes.
14        Q.    Okay.  And do you recall --
15    well, let me back up.
16              So how did you first hear of
17    there being a potential short squeeze?
18        A.    I believe from the news, from
19    people at work talking about it, and a lot
20    of YouTube.  I watch a lot of YouTube as
21    well.  I heard a lot from YouTube.  There
22    was a lot of content on YouTube about it
23    at the time.
24        Q.    And do you -- do you recall what
25    particular companies' stocks that you
```

```
                                              Page 44
 1          HUACUJA - CONFIDENTIAL
 2   learned about in the context of this short
 3   squeeze?
 4             MR. KIM:  Objection to form.
 5        A.    There were several stocks.  I
 6   don't remember all of them.
 7        Q.    Well, what do you remember?
 8        A.    GME was the biggest one, just
 9   GameStop.  AMC was the next biggest one.
10   And there was a Bed Bath & Beyond and
11   Nokia.  And there were several others.
12        Q.    Okay.  And of those stocks, do
13   you recall which you invested in?
14        A.    Yes.  In AMC and Nokia.
15        Q.    And why did you pick AMC and
16   Nokia?
17        A.    The biggest reason is just
18   because they were being shorted an
19   incredible amount, just like GameStop.
20   It's the same -- the same reason GameStop
21   was being -- because they were being
22   shorted, basically, and -- too much,
23   basically.
24        Q.    So you said -- okay.  So --
25   okay.  So let's talk about AMC first.
```

```
                                             Page 45
  1            HUACUJA - CONFIDENTIAL
  2               You said when you invested in
  3    Tesla, that you had a lot of faith in the
  4    company, and you described Elon Musk as I
  5    think you said a phenomenal person; right?
  6        A.    Yeah.   Yeah.
  7        Q.    Okay.   So what was your
  8    understanding of AMC's business?
  9        A.    AMC is a movie theater.   I loved
 10    going to AMCs.   They're also a great
 11    company.   But at the time, I knew that
 12    they weren't doing so well because of
 13    Covid.
 14        Q.    Okay.   Did you have any
 15    intention of holding your AMC securities
 16    for the long term?
 17        A.    I think I mentioned before it
 18    was just for the short squeeze.
 19        Q.    Okay.   Do you know who the CEO
 20    of AMC was at the time?
 21        A.    No, I do not.
 22        Q.    Okay.   Do you have any opinion
 23    as to whether that CEO of AMC was a
 24    phenomenal person?
 25        A.    No, I don't.
```

```
                                              Page 46
 1          HUACUJA - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3      Q.    Okay.  Did you have any
 4   understanding as to what AMC's strategy --
 5   business strategy was when you invested in
 6   it?
 7      A.    At the time, no, I did not.
 8      Q.    Okay.  Let's talk about Nokia,
 9   then, for a second.
10              Did you have an understanding of
11   Nokia's business in January of 2021?
12      A.    The same thing applies to Nokia
13   as AMC in my understanding of the company.
14      Q.    Well, could you -- okay.  Could
15   you unpack that for me a little bit?
16              So Nokia is not a movie theater
17   company.
18      A.    No, no.
19      Q.    No.
20      A.    They're -- I know them more for
21   phone -- phone company.  They made phones
22   in the past.  And --
23      Q.    What was your understanding of
24   the -- and what was your understanding of
25   the state of Nokia's business in January
```

```
                                            Page 47
 1          HUACUJA - CONFIDENTIAL
 2     of 2021?
 3          A.    I figured that it was doing the
 4     same as AMC.  They were just on a
 5     downtrend because of Covid.
 6          Q.    Any intention of holding Nokia
 7     for the long run?
 8          A.    No.
 9          Q.    Okay.  Just wanted to make
10     profit from the a short squeeze in the
11     short run?
12               MR. KIM:  Objection to form.
13          A.    Yes.
14          Q.    Okay.  Did you know who the CEO
15     of Nokia was?
16          A.    No.
17          Q.    Any view as to that person's
18     business acumen?
19               MR. KIM:  Objection.  Calls for
20          speculation.  If he doesn't know who
21          it is, then -- I mean -- anyway, you
22          can answer the question.
23          A.    Yeah.  I don't know.  I don't
24     know.
25          Q.    Okay.  So you mentioned GME.
```

```
                                            Page 48
 1          HUACUJA - CONFIDENTIAL
 2              Is that GameStop, I take it?
 3     A.     Yes.
 4     Q.     So GME is the ticker for
 5  GameStop?
 6     A.     Yes.
 7     Q.     The stock symbol.  Okay.
 8              So did you consider investing in
 9  GME?
10     A.     I did consider it.  But I
11  ultimately did not.
12     Q.     Okay.  Why not?
13     A.     At the moment, I believed
14  that -- well, there were several -- I
15  think there were two factors.  So one of
16  them was the stock was pretty high at the
17  moment, and I felt that if there was a
18  short squeeze, that it wouldn't go up much
19  higher, so that's why I banked with AMC
20  and Nokia.
21     Q.     Okay.  And you also mentioned I
22  think Bed Bath & Beyond.
23              Did you consider investing in
24  Bed Bath & Beyond?
25     A.     Yes.  I think I've considered
```

```
                                          Page 49
 1          HUACUJA - CONFIDENTIAL
 2   all or most of them.  I didn't know all of
 3   the stocks that were going to be short
 4   squeezed.  I had no idea which ones.  But
 5   I did know the more popular ones were the
 6   ones that were shorted the most.  And
 7   those were the ones that I -- you know,
 8   that I looked for, the ones that were
 9   shorted the most.
10       Q.    Okay.  So there was a greater
11   potential for short squeeze in the short
12   term.  Is that --
13            MR. KIM:  Objection to form.
14       A.    If that's how it would -- yeah.
15       Q.    Okay.  Have you ever retained an
16   investment or financial advisor?
17       A.    Are you asking me if I had an
18   advisor for my financials?  No.
19       Q.    Yes.
20       A.    Just me.
21       Q.    Okay.  And your decisions are
22   made, therefore, on your own research?
23       A.    Yes.
24       Q.    And is that, like, internet
25   research?
```

```
                                            Page 50
   1          HUACUJA - CONFIDENTIAL

   2      A.     Yes.

   3      Q.     Okay.  And you mentioned I think

   4  listening to or watching videos on Yahoo.

   5          Is that where you get most of

   6  your information before you make an

   7  investment decision?

   8          MR. KIM:  Objection to form.

   9      A.     No.  I -- YouTube.  YouTube is

  10  the place I would go for the most

  11  information.

  12      Q.     Oh, yes.  I misspoke.  I

  13  apologize.

  14      A.     That's okay.

  15          MR. KIM:  Hey, Dan, I don't want

  16      to break your flow.  But I think we're

  17      close to an hour.  So, you know, if

  18      you want to wrap up this subtopic, we

  19      could take a break -- you know, a

  20      brief break after that or if you want

  21      to take a break now.

  22          MR. SLIFKIN:  Yeah.  Totally

  23      fine.  Let me just take a few more

  24      minutes.

  25          MR. KIM:  Okay.
```

```
                                          Page 51

 1          HUACUJA - CONFIDENTIAL

 2   BY MR. SLIFKIN:

 3       Q.    Okay.  So you told me about

 4   watching YouTube videos.

 5            Do you read any newsletters or

 6   publications about investing?  And I'm

 7   focusing now on January of 2021.

 8       A.    No.  I am not actually -- I'll

 9   tell you something.  I'm not a big reader.

10   I am actually ████████.  So it's -- ████████

11   ██████████████████████████████████████████

12   ██████████████████████████████████████████

13   ████████████████████████████████████████

14   ██████████████████████████████████████

15   ████████████████████████████████

16   ████████████████████████████████

17   ██████████████████████████████████████

18   ██████████████████████████████████████

19   ██████████████████████

20       Q.    All right.  I'm sorry to hear

21   that.  I was unaware.  I'm sorry.  I

22   apologize.

23            Do you -- well, okay.  So you

24   told me about watching YouTube videos.

25            Do you listen to podcasts?
```

Page 52

```
 1          HUACUJA - CONFIDENTIAL
 2      A.    Yeah.  Every now and then.
 3      Q.    And to be clear, I'm
 4  specifically asking about materials that
 5  you considered before you made investment
 6  decisions in January of 2021.
 7            Are you with me?
 8      A.    Yes.
 9      Q.    And so in that context, did you
10  listen to podcasts?
11      A.    Yes.  I believe there were some
12  YouTube podcasts at that time that I was
13  listening to.
14      Q.    Okay.  So it would still be on
15  YouTube.
16            And did you watch any TV shows
17  about investing?
18      A.    No.  I don't watch TV at all.
19      Q.    Okay.  And you have told me
20  about your -- you told me about your
21  ███████████
22            So do you follow any other
23  social media other than, like, YouTube
24  videos in the context of investment
25  decisions?
```

```
1           HUACUJA - CONFIDENTIAL
2                MR. KIM:   In 2020?
3       Q.     In 2021.
4                MR. KIM:   2021.
5       A.     It would just mainly be YouTube.
6   That would be -- mainly YouTube is where I
7   went.
8       Q.     Okay.  Do you have a TikTok
9   account?
10      A.     I do now.  But I don't think I
11  had one in the past.
12      Q.     Okay.  Just one more question.
13               You told me about, like, what
14  you did before you invested in Tesla.
15               So before you made your AMC and
16  Nokia investment decisions, how much time
17  did you spend researching those companies?
18      A.     I never really researched those
19  companies.
20      Q.     Okay.  So the research you did
21  just had to do with the short squeeze?
22      A.     Yes.
23      Q.     Is that fair?  Is that -- I just
24  didn't hear you.
25      A.     Yes.
```

```
                                              Page 54
  1          HUACUJA - CONFIDENTIAL
  2      Q.     Is that a yes?
  3      A.     Yes.  Yes.
  4      Q.     Okay.  So is it fair to say you
  5   never looked at the, you know,
  6   fundamentals of AMC or Nokia?
  7            MR. KIM:  Objection to form.
  8      A.     I don't know what you mean by
  9   fundamentals.
 10      Q.     The business metrics for those
 11   companies.
 12      A.     No, I did not look at any kind
 13   of business metrics for those companies.
 14      Q.     And you didn't form an opinion
 15   as to what the value of those companies
 16   was, the real value of those companies
 17   was.
 18            MR. KIM:  Objection to form.
 19      Calls for speculation.
 20      A.     I don't know.  I don't know what
 21   that was.
 22      Q.     Okay.  Well, why don't we take a
 23   break.  What do you want?  Ten minutes?
 24            MR. KIM:  Yeah.  Ten minutes is
 25      fine.
```

```
                                      Page 55
  1        HUACUJA - CONFIDENTIAL
  2             THE VIDEOGRAPHER:  All right,
  3        Counsel.  The time is 9:28.  We are
  4        off the record.
  5             (Recess)
  6             THE VIDEOGRAPHER:  The time is
  7        9:39.  We're on the record.
  8   BY MR. SLIFKIN:
  9        Q.    Okay.  Mr. Huacuja, did you
 10   speak to anyone on the break.
 11        A.    Yeah.
 12        Q.    Who did you speak to?
 13        A.    Phillip.
 14        Q.    Okay.  And did you discuss this
 15   deposition?
 16        A.    Yeah.  I just wanted -- I
 17   actually -- I contacted -- I think we were
 18   just -- I just wanted to know if I was
 19   doing okay.  That's what I wanted.
 20             MR. KIM:  Well, I mean, let's
 21        not -- you know, we're getting into
 22        some substance of some attorney-client
 23        communications.  So I'm going to
 24        direct him not to answer any questions
 25        related to the content of our
```

```
                                              Page 56
```

1          HUACUJA - CONFIDENTIAL

2      communications.

3      Q.    Okay.  Let me show you a

4   document which we're going to mark as

5   exhibit -- what's the number?  1.  Okay.

6   And I think Megan is going to upload that,

7   and we'll let you know what to do.

8              MS. VINCENT:  You should refresh

9          on Exhibit Share and you should be

10         able to see it.

11             MR. SLIFKIN:  Let me see if I

12         hit refresh, I see Exhibit 1.

13             MS. VINCENT:  Yeah.

14             (Huacuja Exhibit 1, YouTube

15         links, Bates P00002619, was hereby

16         marked for identification, as of this

17         date.)

18     Q.    Do you have Exhibit 1 in front

19   of you?

20     A.    Yeah, I see it.

21     Q.    Okay.

22             MR. KIM:  Make sure you scroll

23         through the -- you know, the entire

24         exhibit --

25             THE WITNESS:  Okay.  Thank you.

```
                                          Page 57
```

1            HUACUJA - CONFIDENTIAL

2                MR. KIM:   -- you know, once

3        something is populated.

4                THE WITNESS:   Okay.

5    BY MR. SLIFKIN:

6        Q.    Okay.   And so Exhibit 1 bears

7    the Bates Nos. P00002619 through 2639.

8                Let me know when you've had a

9    chance to, like, look through this

10   document.   You don't have to read the

11   whole thing, but just -- because first I'm

12   going to ask you to identify it for me.

13   Okay?

14       A.    Okay.   Yeah.   I looked through

15   it.

16       Q.    Okay.   Do you recognize this

17   document?

18       A.    Yes.

19       Q.    Okay.   Can you tell us what it

20   is, please.

21       A.    This is basically all of the

22   research that I did on YouTube on the

23   dates that I did -- that I looked at the

24   videos, specific videos.   That's what the

25   dates are there.

1          HUACUJA - CONFIDENTIAL

2      Q.     Okay.  So -- okay.  Is this

3   something that you provided to your

4   counsel to be part of the production of

5   materials in this matter?

6      A.     Yes.

7      Q.     Okay.  And when did you give it

8   to your counsel?

9      A.     This was within -- I think it

10  was within this week, I think, because

11  they asked for -- they asked for it.

12  So --

13     Q.     Okay.  Well, I mean, we got it

14  yesterday.  So I haven't had the

15  opportunity to look at all these links.

16  And for that reason, I'm actually going to

17  hold this deposition open.  We can see if

18  we need to call you back.

19             But let's at least --

20             MR. KIM:  Well, we'll take

21      that -- we'll take that as a request,

22      and we'll take that under advisement.

23             MR. SLIFKIN:  Yeah.  I figured

24      you would do that, but we can sort

25      that out later.

```
                                             Page 59
```

 1        HUACUJA - CONFIDENTIAL
 2   BY MR. SLIFKIN:
 3        Q.    But -- so explain to me how you
 4   put this document together, Exhibit 1.
 5        A.    I went to YouTube, and I looked
 6   at my search history.
 7        Q.    Okay.  And beyond that, what --
 8   if that was the first step, then what did
 9   you do?
10        A.    I copied and pasted.  That was
11   it.
12        Q.    Okay.  And are these all the
13   videos that you watched prior to making
14   your investment decisions for AMC and
15   Nokia?
16        A.    I am not 100 percent sure
17   because of the search options in YouTube
18   are not user friendly.  But this would be
19   the majority of them, yes.
20        Q.    Okay.  Okay.  And how much time
21   did you spend watching these videos?
22        A.    I wouldn't watch the full video.
23        Q.    Okay.  But I mean in -- let's
24   focus now on the videos that are
25   identified on pages 2619 through 2624.

```
                                        Page 60
 1          HUACUJA - CONFIDENTIAL
 2              Do you see that?
 3      A.      Yeah.
 4      Q.      Okay.  So that's -- that's from
 5   January 24th through January 28th.
 6              Do you see that?
 7      A.      Yes.
 8      Q.      Okay.  Do you know approximately
 9   how much time it took you to watch those
10   videos?
11      A.      I don't know the exact time.
12      Q.      Okay.  One second.  If you go to
13   the second page of the document, there's
14   the date January 25, 2021.
15              Do you see that?
16      A.      Yes.
17      Q.      And it says "AMC Stock (Major
18   Short Squeeze Update)."
19              Do you see that?
20      A.      Yes.
21      Q.      Okay.  Do you know who posted
22   that?
23      A.      Not at the moment.
24      Q.      Okay.  Did you in fact watch
25   that video?
```

Page 61

HUACUJA - CONFIDENTIAL

1        HUACUJA - CONFIDENTIAL

2        A.     Yeah.  If it's there, I'm pretty

3    sure I watched it, because it was in my

4    history.

5        Q.     Okay.  Do you recall if any of

6    these videos that we identified on pages

7    2619 through 2624 -- do you recall if any

8    of them were particularly influential in

9    helping you make your investment choices?

10       A.     I wouldn't say that.

11       Q.     Okay.  Did any one of the videos

12   stand out above the others?

13       A.     No, I wouldn't say that either.

14       Q.     Okay.

15       A.     Not how I do my research.

16       Q.     Okay.  So -- what was the last

17   thing you said?  I'm sorry?

18       A.     That's not how I do my research.

19       Q.     Okay.  So how do you do your

20   research?  Now I'm talking specifically

21   about during the time period in January of

22   2021.

23              MR. KIM:  Objection to form.

24       Asked and answered.

25       A.     So the way I do my research is I

Page 62

1          HUACUJA - CONFIDENTIAL
2     look at multiple different people's
3     perspectives, and I come up with my own
4     perspective upon that.
5          Q.    Okay.  But I'm asking a sort of
6     a simpler question.  How did you select
7     these videos over other videos?
8          A.    When you -- when you look up on
9     YouTube, usually they're the first couple
10    of pages, the first couple of ones that
11    are at the top when do you a specific
12    search.  Or actually, they're also -- I
13    think there's an algorithm that YouTube
14    does.  So if you watch one video, YouTube
15    kind of -- its algorithm will suggest
16    another video for you to watch, and that's
17    sort of a kind of chain reaction, sort of.
18    You'll watch one, they'll suggest other
19    ones, and now you will watch those, and it
20    will suggest other ones, so on and so
21    forth.  It's just the YouTube algorithm.
22         Q.    Okay.  Back in that time period
23    in January of 2021, were you watching
24    whatever it is that YouTube suggested, or
25    were you making a selection?

```
                                              Page 63
 1         HUACUJA - CONFIDENTIAL
 2      A.     Both.
 3      Q.     Okay.  So how did you make your
 4   selection?
 5             MR. KIM:  Objection to form.
 6      A.     I would make my selection by
 7   just -- I think the biggest thing was
 8   if -- there were I think two factors.  One
 9   of the biggest things is how many views
10   did that video have.  And the more views I
11   would watch it as well because the more
12   views something has, the more -- I would
13   say the more informative the video might
14   be because the amount of views.  Also, the
15   thumbnail.  The thumbnail is the little --
16   the diagram, the picture that you see when
17   you click on the video.  That also
18   influenced me as well, how good the
19   thumbnail was.
20      Q.     Okay.  Okay.  Let me mark as
21   Exhibit 2 --
22             MR. SLIFKIN:  Megan, Tab 34.
23             MS. VINCENT:  Yes.
24      Q.     Let me mark as Exhibit 2 -- and
25   it should populate shortly --
```

Page 64

```
 1         HUACUJA - CONFIDENTIAL
 2     A.    I see it.
 3     Q.    -- a letter from the Rosen Law
 4  Firm to my law firm dated
 5  February 27, 2023.
 6             (Huacuja Exhibit 2, A letter
 7        dated February 27, 2023, was hereby
 8        marked for identification, as of this
 9        date.)
10             MR. SLIFKIN:  I do not have it.
11        Let me see here.
12     Q.    Okay.  I'm not going to -- I'm
13  just going to focus you on page 1 to 2 of
14  the letter in the portion that concerns
15  you, that has your name there,
16  Mr. Huacuja.
17             Do you see that?
18     A.    Yes.
19     Q.    Okay.  So this -- well, okay.
20             Let me -- let me ask you first,
21  for that box where your name appears --
22     A.    Yes.
23     Q.    -- do you have any understanding
24  of what this shows?
25     A.    Yes, I do.
```

Page 65

1          HUACUJA - CONFIDENTIAL
2      Q.    What does it show?
3      A.    My handles for the different
4  media outlets that I use.
5      Q.    Okay.  And so when you say
6  handles, what do you mean by that?
7      A.    It's my -- the names that I use
8  online as a username.
9      Q.    Okay.  And are you, in fact, a
10 participant in all the different that are
11 identified here in the box for your name
12 account?
13          MR. KIM:  Objection to form.
14     A.    What do you mean participant?
15     Q.    Okay.  I mean, first, it says
16 ████████████████████████████████████████
17 ██████████
18          What does that show?
19     A.    That means on ████████████ I have an
20 account under ██████████████████████████████
21 ████████
22     Q.    Okay.  And similarly you have a
23 YouTube account, I take it.
24     A.    Yes.
25     Q.    A Discord account.

Page 66

1        HUACUJA - CONFIDENTIAL
2        A.    Yes.
3        Q.    A Steam account.
4        A.    Hmm?
5        Q.    Is that a yes?  The court
6   reporter --
7        A.    Yes.
8        Q.    Yeah.  Okay.  And all the way
9   down, that's also LinkedIn, Messenger,
10  Instagram, TikTok, Twitter, Twitch,
11  Patreon, DeviantArt, Pinterest, WhatsApp,
12  and Reddit; right?
13       A.    That's correct.
14       Q.    Okay.  Do you actively use each
15  of these social media accounts?
16       A.    No, I don't.
17       Q.    Okay.  Back in January of 2021,
18  which of these accounts did you have?
19       A.    I don't recall which accounts I
20  had and which I didn't at that time,
21  because I did add in -- after the
22  incident, I did enter some of these
23  accounts.
24       Q.    Okay.  Back in 2021, which of
25  these accounts were you actively using, if

Page 67

1          HUACUJA - CONFIDENTIAL
2   you recall?
3       A.    It would probably be Facebook,
4   YouTube, Discord, Steam, and the -- yeah.
5   That's pretty much it.  Messenger for
6   sure.  And Twitch for sure.  Patreon for
7   sure.  And that's pretty much -- I did add
8   a little bit of Reddit at the time too.
9       Q.    Okay.  On Reddit, did you recall
10  any sub-Reddits that you used at that
11  time?
12      A.    At what time?
13      Q.    January of 2021.
14      A.    After the incident, I did use
15  Reddit more often.  I think during the
16  time, I was just -- I made the account for
17  research, basically, because during my --
18  during my research on YouTube, Reddit was,
19  you know, a popular topic and also one of
20  the major I think factors that contributed
21  to all of this stuff.  So I made -- I
22  think that's when I made a Reddit account
23  at that time, or I had my -- I don't
24  recall if I made it then or if I got my
25  old account.  I don't recall.  But I do

Page 68

```
 1          HUACUJA - CONFIDENTIAL

 2    remember going to Reddit at that time just

 3    to -- just to look and see what's going on

 4    in Reddit.

 5        Q.    So you referred to the incident

 6    in your prior answer.

 7             What were you -- what did you

 8    mean by "the incident"?

 9        A.    When Robinhood turned off the

10    buy button.

11        Q.    Could you say that again?  I

12    didn't catch it.

13        A.    When Robinhood disabled the

14    ability to purchase stocks on specific

15    stocks.

16        Q.    Okay.  Let me show you another

17    document.  Tab 28.

18             (Huacuja Exhibit 3, A Reddit

19        thread dated January 26, 2021, was

20        hereby marked for identification, as

21        of this date.)

22        Q.    Okay.  Do you have Exhibit 3,

23    sir?

24        A.    Yes.  I'm looking through it

25    right now.  Okay.
```

```
                                              Page 69
 1           HUACUJA - CONFIDENTIAL
 2      Q.    Okay.  So do you know what
 3  Exhibit 3 is?
 4      A.    It looks like a thread or a post
 5  on Reddit, Wallstreetbets post.
 6      Q.    Okay.  Have you heard of
 7  Wallstreetbets on Reddit before?
 8      A.    Before -- before when?
 9      Q.    Before today.
10      A.    Yes.
11      Q.    Okay.  When did you first learn
12  about Wallstreetbets on Reddit?
13      A.    Around the time of the incident,
14  like, I'd say about a few weeks before.
15      Q.    Okay.  And did you review
16  Wallstreetbets on Reddit at all?
17      A.    Yes.
18           MR. KIM:  Objection to form.
19      A.    Yes, I did view it.
20      Q.    Okay.  And was that before the
21  incident, as you put it?
22      A.    Yes.  I viewed it before the
23  incident.
24      Q.    Okay.  So this you see is dated
25  January 26, 2021.
```

```
                                        Page 70
 1            HUACUJA - CONFIDENTIAL
 2            Do you see that?
 3       A.    Yes, I see that.
 4       Q.    Okay.  And if you go to the
 5   second page of the document, if you look
 6   towards the bottom, it says
 7   "KyleKicksRocks."
 8            Do you see that?
 9       A.    Yes.
10       Q.    It says, "Is AMC still the
11   plan?"
12       A.    Yeah, I see that.
13       Q.    Okay.  Do you know if you
14   reviewed this prior to your investment in
15   AMC?
16       A.    I can say that I did not view
17   this specifically at all until now.
18       Q.    Okay.  But you were looking at
19   Wall Street bets prior to your investment
20   decisions in Nokia and AMC, I take it.
21            MR. KIM:  Objection to form.
22       A.    I was -- I was just
23   researching -- I just wanted to see what
24   it was so all about, I guess.  I just
25   researched -- research.  That's what it
```

Page 71

                    HUACUJA - CONFIDENTIAL

1      was.

2         Q.    Okay.  But you don't think you

3      saw this particular Reddit --

4         A.    Well, I know for a fact that I

5      did not read this specific thread.

6         Q.    Okay.  And why do you know that

7      for a fact?

8         A.    Because a lot of this -- like,

9      there's a lot of different factors.  But

10     one is that I would remember it, and

11     number two, I would just browse.  I

12     wouldn't read deep into any of this stuff,

13     because I really dislike Reddit.  I think

14     Reddit is a horrible website that is --

15     it's not where you want to go for

16     information.

17              But I went here for research

18     just to see what it's all about.  Like,

19     I'm trying to research something before I

20     put my money in it, so I came here to see

21     what it's all about so I can make a better

22     investment decision.  That's why I came

23     here.  And I just -- for research.  That's

24     all it was.

```
                                                 Page 72
 1              HUACUJA - CONFIDENTIAL
 2              So if I even saw this thread, I
 3    would only maybe read the first line at
 4    the very top and then move on to the next
 5    one.  I would not go through the whole
 6    thing.  I would not even read most of this
 7    stuff, because I find Reddit to be a waste
 8    of time and a waste of brain cells, to be
 9    honest.
10       Q.    Okay.  So I'm a little confused.
11              So if that's your view, I mean,
12    what -- I mean, what are you researching
13    when you looked at Wallstreetbets on
14    Reddit back in January of 2021?
15              MR. KIM:  Objection to form.
16         Asked and answered.  I mean, he has
17         already answered your question.
18       A.    I mentioned before that I was
19    just researching what they were talking
20    about, what all the commotion was, what --
21    everything that was going on so I could
22    make an informative opinion on what I was
23    about to do.
24       Q.    Okay.  So you weren't -- so you
25    weren't, you know, researching particular
```

Page 73

1          HUACUJA - CONFIDENTIAL

2     companies.  You were just researching what

3     was going on on Reddit.  Is that fair?

4          A.    Yes.  That is fair to say.

5          Q.    Okay.  I get it.  Right.

6                And what was your conclusion

7     about what was going on?

8          A.    That -- that a whole -- that a

9     lot of people found a way to -- to do a

10    short squeeze.  Yeah.  Basically that a

11    lot of people sort of tripped onto the

12    discovery of making a short squeeze

13    happen.

14         Q.    I see.

15                So did it -- was it your

16    understanding, based upon your research,

17    that a lot of people were coordinating

18    their trading?

19                MR. KIM:  Objection to form.

20         Calls for speculation.

21         A.    No.  I don't believe that at

22    all.

23         Q.    Okay.  So what did you think was

24    going on amongst these Reddit users?

25                MR. KIM:  Objection to form.

```
                                          Page 74
 1          HUACUJA - CONFIDENTIAL
 2      Calls for speculation.
 3      A.    I have no idea what was going
 4   on.
 5      Q.    No.  I asked you what you
 6   thought at the time.
 7            MR. KIM:  Objection.
 8      Q.    Did you have any thoughts?
 9            MR. KIM:  Calls for speculation.
10      Argumentative.
11      A.    Yeah.  I don't know what was
12   going on at the time.
13      Q.    I didn't ask you that, sir.
14            I asked you what you were
15   thinking.
16            MR. KIM:  Objection to form.
17      Asked and answered.  Argumentative.
18      A.    I was thinking that these guys
19   found -- found a way to form a short
20   squeeze.
21      Q.    Okay.  And when you say "these
22   guys," you mean the people who were
23   posting things on Reddit.
24      A.    That's correct.
25            MR. KIM:  Objection to form.
```

Page 75

HUACUJA - CONFIDENTIAL

1

2       Q.     Okay.  Have you heard the term

3   "Meme stock"?

4       A.     Yes.

5       Q.     When did you first hear the term

6   "Meme stock"?

7       A.     Around the same time that I

8   found out about GameStop.

9       Q.     So that began around about

10  January of 2021?

11      A.     Yes.

12      Q.     Okay.  And for the court

13  reporter, I said Meme, M-E-M-E.

14             So what was your understanding

15  of what a Meme stock was?

16      A.     My understanding of a Meme

17  stock.  So it's -- a Meme is basically a

18  joke, without the stocks -- without

19  stocks.  So just the word "Meme" by itself

20  is basically a joke or something to be --

21  to laugh at or some kind of humorous

22  depiction of, you know, something that --

23  that's kind of satire, just something

24  comical.  And it's just a stock.  I

25  guess in that tense, it's just a stock

Page 76

```
 1          HUACUJA - CONFIDENTIAL
 2    that's, like, a funny stock -- I didn't --
 3    I don't know the exact meaning of a Meme
 4    stock.  But that's what I concluded, that
 5    it was just some kind of satire on the
 6    specific stock, so something funny was
 7    going on basically.
 8        Q.    Was it your understanding
 9    that -- well, withdrawn.
10            Did you think, back in January
11    of 2021, that AMC was a Meme stock?
12            MR. KIM:  Objection to form.
13        Calls for speculation.
14        A.    I -- personally, I don't know.
15    But people were calling them Meme stocks.
16    So --
17        Q.    Yeah.  Sir, I didn't ask if you
18    knew.  I was just asking what was going on
19    in your head.
20            What were you thinking?
21            MR. KIM:  Objection to form.
22        Asked and answered.  Calls for
23        speculation.
24        A.    Thinking about if they were Meme
25    stocks or not?
```

```
                                            Page 77
 1          HUACUJA - CONFIDENTIAL
 2      Q.    Yeah.  Did you think in your own
 3  mind that AMC was a joke?
 4            MR. KIM:  Objection.  Calls for
 5      speculation. If you know.
 6      A.    No.  I did not think AMC was a
 7  joke.
 8      Q.    Okay.  Did you think Nokia was a
 9  joke?
10      A.    No.
11      Q.    Did you think either AMC or
12  Nokia were Meme stocks?
13            MR. KIM:  Objection to form.
14      Asked and answered.
15      A.    I don't know if they were or
16  they weren't.
17      Q.    Okay.  You didn't have any view
18  in that regard.
19      A.    No.
20            MR. KIM:  Objection to form.
21      Asked and answered.
22      Q.    Okay.  Did you think that any
23  stocks back in January of 2021 were Meme
24  stocks?
25      A.    I don't know.  I didn't care
```

1          HUACUJA - CONFIDENTIAL
2    about that aspect of it.
3        Q.    Okay.  So you had heard the
4    phrase "Meme stock" back in January of
5    2021; right?
6        A.    Yes.
7        Q.    And you had an understanding of
8    what it meant; right?
9              MR. KIM:  Objection to form.
10       Asked and answered.
11       A.    Yes, somewhat.
12       Q.    And you didn't have any view as
13   to whether any particular stock was or
14   wasn't a Meme stock.
15             MR. KIM:  Objection to form.  I
16       mean, you're going to keep asking the
17       same questions?
18       A.    I think I've answered that
19   question before.
20       Q.    Yeah.  Could you do it again,
21   please?
22             MR. KIM:  No.  He's not going to
23       do it again.
24             MR. SLIFKIN:  Are you
25       instructing him not to answer?

Page 79

```
 1          HUACUJA - CONFIDENTIAL
 2              MR. KIM:  Yeah.  If you keep
 3      asking the same questions, he's going
 4      to give the same answer.  We're going
 5      to waste everyone's time.
 6              MR. SLIFKIN:  Are you
 7      instructing him not to answer?
 8              MR. KIM:  Yes, I am.
 9              MR. SLIFKIN:  Okay.  Is that an
10      assertion of privilege?
11              MR. KIM:  It's not.  It's an
12      assertion of common sense and let's
13      not waste time.  You acknowledged that
14      you're repeating the same question.
15      So are we going to sit here and you're
16      going to ask him the same question
17      multiple times until you get an answer
18      that you like?  Let's go.
19              MR. SLIFKIN:  Okay.
20  BY MR. SLIFKIN:
21      Q.    Back in January of 2021, is it
22  true that you didn't have any view as to
23  whether any particular stock was or wasn't
24  a Meme stock?
25              MR. KIM:  Objection to form.
```

Page 80

```
 1          HUACUJA - CONFIDENTIAL
 2      Asked and answered.
 3      A.    Isn't that the same question,
 4   sir?
 5      Q.    Could you please answer the
 6   question?
 7      A.    I have --
 8            MR. KIM:  Objection to form.
 9      Asked and answered.
10      A.    I don't know about that.  I
11   didn't care about Meme stocks.
12      Q.    Okay.
13      A.    I didn't know what they were.
14   Same answer.
15      Q.    Okay.  Is it fair to say what
16   you really cared about was whether or not
17   there was a short squeeze going on?
18            MR. KIM:  Objection to form.
19      A.    That was the only thing that I
20   was looking at.
21      Q.    Okay.  Okay.  Let me show you --
22   let me show you -- okay.  So before I show
23   you another document, are you familiar
24   with what's called the complaint in this
25   matter?
```

```
                                            Page 81
 1          HUACUJA - CONFIDENTIAL
 2      A.    The complaint for this Robinhood
 3  lawsuit?
 4      Q.    Yes.
 5      A.    The short squeeze -- yes.
 6      Q.    Okay.  Actually, that's what I
 7  want to actually go to first.
 8          MR. SLIFKIN:  Can we just -- can
 9      you just post to whatever this is,
10      Exhibit Share, the amended
11      consolidated class action complaint.
12          (Huacuja Exhibit 4,
13      Certification, was hereby marked for
14      identification, as of this date.)
15          MR. KIM:  Is that supposed to be
16      Exhibit 4?  Exhibit 4 is something
17      else.
18          MR. SLIFKIN:  Exhibit 4 --
19      Exhibit 4 is Exhibit A to the
20      complaint.  But --
21           THE WITNESS:  So you want me to
22      look --
23          MR. SLIFKIN:  -- I want you to
24      look first at Exhibit 5.
25
```

```
                                                    Page 82
 1            HUACUJA - CONFIDENTIAL
 2                 (Huacuja Exhibit 5, Amended
 3       Consolidated Class Action Complaint,
 4       was hereby marked for identification,
 5       as of this date.)
 6                 THE WITNESS:  5.  Okay.  Hold on
 7       one second.  Yeah.  Okay.  I
 8       scrolled -- I scrolled through it.
 9    BY MR. SLIFKIN:
10       Q.    Okay.  Have you ever -- so do
11    you have Exhibit 5 in front of you?
12       A.    Yes.
13       Q.    Okay.  Have you ever seen this
14    document before?
15       A.    Yes, I have.
16       Q.    Do you have an understanding as
17    to what it is?
18       A.    Yeah.  The gist of it.
19       Q.    All right.  Just -- I'm starting
20    with what the document is.
21                 Could you identify the document
22    for us.
23       A.    It is the amended consolidated
24    class action complaint.
25       Q.    Okay.  And did you review this
```

```
                                              Page 83
 1            HUACUJA - CONFIDENTIAL
 2    document prior to its filing in court?
 3         A.    I don't know.  I believe I did,
 4    but I'm not positive it was before or
 5    after the filing.
 6         Q.    Okay.  I understand you just
 7    told me how, you know, you have ████████
 8    and you ████████████████████████████████
 9    ████████████
10         A.    Yes.
11         Q.    So, I mean, do you actually
12    recall reviewing this document?
13         A.    I did view this document -- yes,
14    I did.  I remember the length of it, and I
15    remember the title.  And I also remember
16    that -- our names, because it was -- one
17    of the first things I saw it was in
18    beginning -- yeah.  There it is.  My name
19    is right there in the beginning as a
20    plaintiff.  So I did skim it.  I did
21    see -- yeah.  I do recall it.
22         Q.    Okay.  So -- okay.  Now go back
23    to Exhibit 4, please.
24         A.    Okay.
25         Q.    Do you have that now?
```

```
                                        Page 84
```

1          HUACUJA - CONFIDENTIAL

2      A.     Yes, I do.

3      Q.     Okay.  Let me focus you on the

4   second page.  Do you see it says

5   "Certification" at the top?

6      A.     On the second page.  Yes.

7   Certification.

8      Q.     Okay.  So we're on the second

9   page of Exhibit 4.

10              And is that your signature at

11   the bottom?

12      A.     Yes, that is.  I remember

13   signing it.

14      Q.     Okay.  So let's go to the third

15   page of the exhibit, which is -- has the

16   heading "Schedule A."

17              Do you see that?

18      A.     Yes, I see it.

19      Q.     And there's your name there.

20              Okay.  Do you know what this

21   document is?

22      A.     Yes, I do.

23      Q.     Schedule A?

24      A.     Yes.

25      Q.     Okay.  Can you tell us what it

Page 85

1          HUACUJA - CONFIDENTIAL

2     is, please.

3          A.    This is my purchases and my

4     sales of the AMC and Nokia.  Did you get

5     that?

6          Q.    Okay.  So --

7          A.    Did you get that?

8          Q.    Could you just say it again?

9          A.    Yes.  These are my purchases and

10    my sales of AMC and Nokia.

11         Q.    Okay.  AMC and Nokia stock;

12    right?

13         A.    Stock.  Stock.

14         Q.    And the purchases were all done

15    on January 27, 2021; is that right?

16         A.    Yes, all on Robinhood.

17         Q.    And the sales were all done, all

18    made on January 28, 2021.

19         A.    Yes.

20         Q.    Is that right?

21         A.    That's correct.

22         Q.    Okay.  And is this an accurate

23    representation of your trading in AMC and

24    Nokia stock in January of 2021?

25         A.    Yes.  I believe this was pulled

```
                                              Page 86
 1          HUACUJA - CONFIDENTIAL
 2   from Robinhood's -- my records from
 3   Robinhood.
 4        Q.    Okay.  You see in the column
 5   price.
 6        A.    The column of where?  Price?
 7   Yes.
 8        Q.    Price.  Do you see that?
 9        A.    Yes.
10        Q.    Okay.  So let's first take a
11   look at the purchases.
12              Are you with me?
13        A.    Yes.
14        Q.    Okay.  So there are -- let's
15   look -- first look at AMC.
16              Again, are you with me?
17        A.    Yes.
18        Q.    There are multiple entries for
19   purchases of AMC stock on January 27th.
20              Do you see that?
21        A.    Yes.
22        Q.    And they're at different prices.
23              Do you see that?
24        A.    Yes, I do.
25        Q.    And the prices are descending on
```

```
                                        Page 87
 1           HUACUJA - CONFIDENTIAL
 2    this schedule.
 3        A.    Yes.
 4        Q.    Okay.  So -- okay.  Why did you
 5    decide to make multiple purchases of AMC
 6    stock on January 27th?
 7               MR. KIM:  Objection to form.
 8        A.    So there was a lot that was
 9    actually going on on my thinking behind
10    this.  At first, I just wanted to put a
11    little bit in, and then I decided to put
12    more in, and then I thought more about it,
13    and I decided to put -- I think -- I
14    believe I put all of it in, all of it that
15    I had.
16        Q.    Did you say all that you had?
17    You cut off.
18        A.    All that I had in the stocks.
19    Yes.  All that I had investing stocks.
20        Q.    Okay.  So did you sell
21    securities prior to making these
22    purchases?
23        A.    Yes, I did.
24        Q.    Okay.  Which securities did you
25    sell?
```

```
                                            Page 88
  1            HUACUJA - CONFIDENTIAL
  2      A.     All of my securities.
  3      Q.     All the -- that includes Tesla?
  4      A.     Yes.  That includes Tesla.
  5      Q.     Okay.  So all of the securities
  6   you had at Robinhood, did you sell all of
  7   those in order to make these purchases?
  8      A.     Yes.  Yes, I did.
  9      Q.     Did you sell securities out of
 10   any other account?
 11            MR. KIM:  Objection.
 12      A.     No.  All I had was Robinhood.
 13      Q.     So you didn't have SoFi?
 14      A.     I don't believe that I had any
 15   investments in SoFi at the time.
 16      Q.     Okay.  Did you put any
 17   additional monies into Robinhood in order
 18   to fund these purchases?
 19      A.     No.
 20      Q.     Okay.  So why did you decide to
 21   do this in steps?
 22            MR. KIM:  Objection.  Form.
 23      Calls for speculation.
 24      A.     I don't recall at the time.
 25      Q.     Okay.  You told me earlier you
```

```
                                           Page 89
 1          HUACUJA - CONFIDENTIAL
 2   decided to put in a little bit and then
 3   put in more and then put in everything.
 4            Do you recall that?  You just
 5   testified --
 6       A.    Yes.
 7       Q.    -- to that?
 8       A.    Yes, I do.
 9       Q.    Okay.  So what happened during
10   the day to make you -- make you think that
11   way?
12       A.    My thinking behind the whole
13   thing.  And actually, it's kind of funny.
14   My -- my belief in Tesla actually made me
15   do this.
16       Q.    Can you explain that?
17       A.    Yeah.  I am long Tesla.  I'm
18   really committed, and I see it as, like,
19   you're either all in or you're all out.
20   So that's sort of kind of my thinking
21   behind this whole thing.  And then you --
22   the short squeeze was -- well, I felt that
23   it was going to happen because of all the
24   research that I did.
25       Q.    Okay.  So I'm a little confused.
```

```
                                            Page 90
 1          HUACUJA - CONFIDENTIAL
 2              So you say you were long Tesla.
 3   You still hold Tesla.
 4       A.    Yes.
 5       Q.    Right?
 6              So those are purchases that you
 7   made subsequent to January 28th of 2021;
 8   right?
 9       A.    Yes.
10       Q.    Okay.  And so given that, why
11   did you sell your Tesla securities in
12   January of 2021 in order to buy AMC and
13   Nokia?
14              MR. KIM:  Objection to form.
15       Asked and answered.
16       A.    You're asking why I sold Tesla?
17       Q.    Yeah.
18              MR. KIM:  Same objection.
19       A.    So like I said, like, I really
20   felt like the short squeeze was going to
21   happen, and that's why I sold Tesla and
22   basically said, like, you're all in or
23   you're all out.  So that's why I was --
24   that's why I made the small amount of
25   purchases in the very beginning.  But then
```

Page 91

```
 1        HUACUJA - CONFIDENTIAL
 2   I thought about it.  I was, like, you
 3   know, this -- either I'm all in or I'm all
 4   out.  So I started putting more and more
 5   into AMC and Nokia.  And I was going back
 6   and forth between them.  I wasn't just
 7   doing all AMC and all Nokia.  I was doing
 8   some AMC, some Nokia, some AMC, some
 9   Nokia.
10       Q.    Okay.  And are these -- to your
11   recollection, are these purchases
12   identified on Schedule A in chronological
13   order at least within the security?
14       A.    I can't tell you that unless I
15   see the times.  So I don't know.
16       Q.    Okay.  You see -- let's just
17   focus on AMC for a second.  You see the --
18   you know, it starts with a thousand
19   shares, and then it has 15 shares, and
20   then it has 105 shares.
21            Do you see that?
22       A.    Yes.
23            MR. KIM:  Dan, I can tell you
24       this is a schedule that we prepared,
25       the Rosen Law Firm prepared.  And just
```

```
                                              Page 92
 1          HUACUJA - CONFIDENTIAL
 2       looking at it, I mean, it seems to me
 3       that it was sorted by price per share.
 4       A.    Yeah.  It looks like it's sorted
 5   by price.  It's not sorted by --
 6       Q.    Okay.
 7             MR. KIM:  And you guys -- I
 8       mean, look, you guys have all his
 9       documents, you know, you and
10       Robinhood.  So, you know, you know
11       what the order of these trades were.
12       And sometimes each of these entries
13       don't reflect an actual trade.  Right?
14       Some of these could be broken up
15       themselves by Robinhood.  So, you
16       know, this is something that we
17       prepared.  So I just want to make the
18       record clear for that.
19             MR. SLIFKIN:  Okay.  That's very
20       helpful.
21   BY MR. SLIFKIN:
22       Q.    Okay.  Do you have any
23   recollection as to what was happening to
24   AMC stock during the day on the 20 -- on
25   January 27, 2021?
```

```
                                        Page 93
 1          HUACUJA - CONFIDENTIAL
 2      A.     Yeah.  It was fluctuating.
 3      Q.     Okay.  So you were monitoring
 4  the price during the day as you were
 5  making your purchase decisions?
 6      A.     Yes.
 7      Q.     Okay.  Is that also true of
 8  Nokia?
 9      A.     Yes.
10      Q.     Okay.  And just for the record,
11  to be really clear, were you monitoring
12  the price of Nokia during the day on
13  January 27, 2021, while you were making
14  your purchase decisions?
15      A.     Yes.
16      Q.     And do you have any recollection
17  of what was happening with respect to
18  Nokia stock during that day?
19      A.     Like, in the stock market, if it
20  was going up or down?  I was monitoring
21  it, yes.
22      Q.     Yeah.  And do you recall was it
23  going up?  Was it going down?  Was it
24  fluctuating?  Do you have any memory?
25      A.     It was fluctuating.
```

```
                                          Page 94
 1          HUACUJA - CONFIDENTIAL
 2      Q.     Okay.  Okay.  So I take it that
 3  you then sold all of your AMC and Nokia
 4  stock the next day, January 28th.
 5      A.     Yes.
 6      Q.     Okay.  Why did you decide to
 7  pull out of the -- your investments in
 8  Nokia and AMC stock?
 9      A.     Because of -- like I mentioned
10  before, the incident, which was Robinhood
11  disabling the buy button.
12      Q.     Okay.  And when did you first --
13  okay.  So let me just ask you this
14  differently.
15              So when did you learn of
16  Robinhood disabling the buy button, as you
17  put it?
18      A.     I learned on that specific day
19  when their markets opened.  I didn't know
20  for a fact that that's what they did.  I
21  thought it might have been a bug or a
22  glitch in their software.  And I was
23  wondering what was going on.  I had no
24  idea -- I did not receive any kind of
25  warning or any kind of email that this was
```

```
1           HUACUJA - CONFIDENTIAL
2     going to happen prior or even during the
3     whole incident.  I didn't receive
4     anything.  And I was on the app, and I --
5     Robinhood opens at a specific time
6     every -- every day.  And I was up before
7     that time, and during that time, because I
8     was going to monitor the stocks, because I
9     was going to pull out when the short
10    squeeze happened.  So that's why I was
11    there monitoring it.  And when the -- when
12    Robinhood finally opened up their market,
13    I guess, their button wasn't available.  I
14    thought it was maybe a bug.  I tried to
15    reset it, the phone.  I tried to reopen
16    their app.  It wasn't working.  So then I
17    went to -- I went online to try to figure
18    out what was going on.  A lot of people
19    were having the same problem.  And then I
20    figured out, you know, that they
21    actually -- they did this on purpose.
22         Q.    Okay.  And was it after figuring
23    that out that you made the decision to
24    sell the securities, AMC and Nokia?
25         A.    Yes.  I did not know how long
```

```
 1            HUACUJA - CONFIDENTIAL
 2    they were going to do this for.  I had no
 3    idea that they could even do this in the
 4    first place.  I was unaware and unsure
 5    about any -- anything that they were doing
 6    or what they could do on top of it.  If
 7    they could do this, then what else could
 8    they do?  I had no idea.  So I decided to
 9    pull out all of my stocks as soon as
10    possible so I can mitigate or cut my
11    losses, basically.
12        Q.    Okay.  In your mind -- so you
13    understood that Robinhood was not allowing
14    users of its platform to make any further
15    purchases of certain stocks, I take it.
16        A.    Yes, at that time.
17        Q.    Did you know if those stocks
18    were available for purchase on other
19    platforms?
20        A.    At that time, I did not know.
21        Q.    Okay.  So what was it about the
22    inability for Robinhood users to purchase
23    those stocks that caused you to make a
24    sell order?
25        A.    I'm sorry.  Can you rephrase
```

```
                                            Page 97

 1              HUACUJA - CONFIDENTIAL
 2      that question?
 3          Q.    What was it about the inability
 4      of Robinhood users to purchase certain
 5      stocks that caused you to place a sell
 6      order?
 7              MR. KIM:  Objection to form.
 8          Asked and answered.
 9          A.    Well, if you disable the buy
10      button, there's only one way a stock can
11      go.  I mean, when this happened, and I
12      figured out that they disabled that
13      option, like, immediately after, a light
14      bulb went in my head, like, what the fuck
15      are they doing?  Because the only way a
16      stock can move is down if no one can buy a
17      security anymore.  I mean, it would be the
18      same if no one can sell a security.  It's
19      a simple supply-and-demand situation.  I
20      mean, if no one can sell anything and only
21      people can buy, of course the price is
22      going to raise.  And the same thing goes
23      for if anyone -- if you can't buy anything
24      and you can only sell, the price is going
25      to go down.  It's obvious.
```

1          HUACUJA - CONFIDENTIAL

2              And like I said, I didn't know

3    for how long they were going to do this.

4    I had -- no one told me.  I was on their

5    app the whole time.  They didn't bother to

6    send me any kind of message at all.  I was

7    on their app before their market opened,

8    after their market opened, during the,

9    market -- the whole -- during the whole

10   thing was happening.  I didn't get any

11   kind of notification.  I didn't get any

12   email.  I didn't get anything on their

13   app.  I was on their app the whole time.

14   Nothing.  So I decided to pull out because

15   I didn't know how long this was going to

16   last.  I had no idea what else they could

17   do.  And I just -- it was just horrible.

18   So I just decided to cut my losses.

19       Q.    So you spoke about, you know,

20   the inability to purchase AMC and Nokia at

21   least.

22              You were referring specifically

23   to on the Robinhood app, I take it.

24       A.    Yes.

25       Q.    You were unaware of whether

```
                                              Page 99
 1          HUACUJA - CONFIDENTIAL
 2   those stocks were available to purchase
 3   through other brokers.
 4       A.    I did not bother, because I did
 5   not have stocks with other brokers.
 6       Q.    Okay.  Can we just --
 7          MR. SLIFKIN:  Megan, can you
 8       pull up Tab 8.
 9          So I'm just going to move to
10       another exhibit, Mr. Huacuja.
11          (Huacuja Exhibit 6, A Robinhood
12       article dated January 28, 2021, was
13       hereby marked for identification, as
14       of this date.)
15       Q.    So Exhibit 6 should be up.
16       A.    I see it.
17          MR. KIM:  Some of the page the
18       seem slow to populate.  I don't know
19       if that's just me or --
20          MR. SLIFKIN:  Oh, yeah.  No.
21       It's me too.  Oh, no.  It's everybody.
22       So -- but it's not terribly long.
23       A.    All right.  I see it.
24       Q.    Okay.  And you see this is dated
25   January 28, 2021?
```

```
 1          HUACUJA - CONFIDENTIAL
 2      A.      Let me see.  At the very top?
 3  Yes.
 4      Q.      Right.  And you see it's -- it
 5  says "Robinhood" at the very top.  And
 6  then the --
 7      A.      Yes.
 8      Q.      And there's a logo.  That's the
 9  Robinhood logo, I take it?
10      A.      Yes.
11      Q.      It says "Keeping Customers
12  Informed Through Market Volatility."
13              Do you see that?
14      A.      Yes.
15      Q.      Okay.  Have you ever seen this
16  document before?
17      A.      No.
18      Q.      Did you see it on
19  January 28, 2021, in your recollection?
20              MR. KIM:  Objection to form.
21      Asked and answered.
22      A.      No, not that I can remember.
23      Q.      Okay.  Okay.  We can put that
24  down.
25              MR. SLIFKIN:  Okay.  Let's put
```

```
 1          HUACUJA - CONFIDENTIAL
 2     up Tab 5.
 3            (Huacuja Exhibit 7, A Twitter
 4     Post, was hereby marked for
 5     identification, as of this date.)
 6            MR. KIM:  Dan, we've been going
 7     for an hour, I think.  So, you know, I
 8     don't want to break your flow, but
 9     maybe we could take a couple of
10     minutes to stretch our legs, you know,
11     after you're done with any of the
12     questioning.  Or do you think this is
13     a good time to take, like, three or
14     four minutes?  Five minutes?
15            MR. SLIFKIN:  Five minutes.  Why
16     not?  Okay.
17            MR. KIM:  Okay.  All right.
18            MR. SLIFKIN:  Okay.  Thanks.
19            THE VIDEOGRAPHER:  Off the
20     record, then, Counsel.  The time is
21     10:27.  We are off the record.
22            (Recess)
23            THE VIDEOGRAPHER:  The time is
24     10:34.  We are on the record.
25  BY MR. SLIFKIN:
```

Page 102

1           HUACUJA - CONFIDENTIAL
2       Q.    Okay.  So we were talking about
3    certain restrictions, trading restrictions
4    that Robinhood imposed in January of 2021.
5              Are you with me?
6       A.    Yes.
7       Q.    Do you know if any other brokers
8    put similar restrictions in place at the
9    same time?
10              MR. KIM:  Objection to form.
11      A.    This is at the time --
12      Q.    In January of 2021.  Yes.
13      A.    Yeah.  I did not know.  I wasn't
14    aware until -- I found out later.
15      Q.    Okay.  And what did you find out
16    later?
17      A.    That there was other companies
18    that made restrictions, but they weren't
19    as severe as Robinhood.
20      Q.    Okay.  But at the time you made
21    your decisions in -- on January 28, 2021,
22    you only knew about Robinhood; is that
23    correct?
24      A.    Yeah.  I only knew about
25    Robinhood.

```
                                            Page 103
```

1          HUACUJA - CONFIDENTIAL

2       Q.     Okay.  So let me mark a couple

3   more documents.

4             MR. SLIFKIN:  Tab 12, Megan.

5       Q.     So exhibit -- one second --

6   Exhibit 7 is a Twitter post which has your

7   name on the top of it.

8             Do you see that?

9       A.     It's still loading for me.

10      Q.     Oh, I'm sorry.

11      A.     I'm trying to refresh.  I don't

12   know what's going on.  It's just loading.

13   Okay.  There it goes.

14      Q.     Okay.  Do you have Exhibit 7 in

15   front of you?

16      A.     Yes.

17      Q.     Do you know what Exhibit 7 is?

18      A.     Looks like a Twitter post.

19      Q.     Okay.  Do you know who made this

20   Twitter post?

21      A.     It looks like I did.

22      Q.     And a few questions.

23             There's a picture of a raven, I

24   guess.  Is that a raven?

25      A.     Yes.

```
                                          Page 104
 1          HUACUJA - CONFIDENTIAL
 2      Q.    Okay.  And is that an identifier
 3  for you?
 4      A.    Yes, it is.
 5      Q.    Okay.  And below that, it says
 6  "Streamlabs.com."
 7            Do you see that?
 8      A.    Yes.
 9      Q.    ████████████████████████
10      A.    Yes.
11      Q.    Okay.  What is ████
12  ████████████████████?
13      A.    ████████████ is one of my handles.
14  It stands for ████████████, which is
15  actually my computer -- I built this
16  myself, and my computer's name is ██████
17  ████████  So I'm ████████  This is ██████
18  ████████  So that's where ████████████ comes
19  from.  Streamlabs is the software that I
20  use to stream online.
21      Q.    Okay.  So explain to me what
22  Streamlabs does.
23      A.    Streamlabs is basically -- it --
24  it's a software -- it's a recording
25  software that records -- it records you
```

```
 1          HUACUJA - CONFIDENTIAL
 2    to -- it's -- I forget the technical term.
 3    But it just records you so you can stream
 4    your webcam or stream what you're doing
 5    with whatever media that you're doing on
 6    your computer and stream it out to a
 7    service like Twitch, like Twitch.
 8          Q.    Okay.  When you say stream,
 9    you're indicating that this is a live
10    feed.
11          A.    Yes.
12          Q.    Okay.  As opposed to a YouTube
13    posting, which is a recording.  Is that
14    fair?
15          A.    Yes.
16          Q.    And so how frequently would
17    you -- do you use Streamlabs?
18                MR. KIM:  Objection to form.
19          Are we talking about a particular
20          period of time?
21          Q.    Yeah.  I want to talk -- we're
22    all talking about early 2021; right?
23          A.    I don't recall the amount of
24    times that I streamed during that time.
25          Q.    Okay.  And so this is dated
```

Page 106

1          HUACUJA - CONFIDENTIAL

2   February 18, 2021.

3               Do you see that?

4       A.    Yes, I see that at the bottom

5   there.

6       Q.    Okay.  And there's a heading

7   which says "Live Now GameStop SEC

8   Hearing - Going to work soon."

9               Do you recall what you were

10  streaming here?

11      A.    No, I don't recall exactly.

12      Q.    Okay.  Let me -- let's go to

13  Tab 5.  I'm going to show you a different

14  document.

15      A.    Oh, I remember now.  I don't

16  know if you want me to say --

17      Q.    Okay.  So what is it you

18  remember now?

19      A.    I remember what I was streaming

20  at this time because of the title.

21      Q.    And you're referring back to --

22  one second -- Exhibit 7?

23      A.    The tab -- yeah.  Exhibit 7.

24  Yeah.

25      Q.    Okay.  So what were you

Page 107

1          HUACUJA - CONFIDENTIAL
2    streaming at this time?
3        A.    So I remember that I was
4    streaming the GameStop SEC hearing, which
5    was a hearing that was going to be put on
6    by -- I don't know exactly who it was.
7    There were several lawyers or several
8    counsel people.  I don't know who some --
9    I don't know, but I know this was a big
10   thing at the time.  Everyone was looking
11   forward to seeing it.  So I basically -- I
12   turned on YouTube to watch it, or I don't
13   know if -- I don't think it was YouTube.
14   I turned on whatever platform had it
15   streaming.  So somebody was streaming the
16   SEC hearing.  And I was just going to
17   watch it and watch it along with other
18   people who wanted to watch it with me.
19       Q.    I see.
20             So you were picking up, like, a
21   live feed from somebody else and re --
22       A.    Yes.
23       Q.    -- broadcasting it.  Is that
24   fair?
25       A.    That is fair to say.

Page 108

```
1          HUACUJA - CONFIDENTIAL
2       Q.    Okay.  Your -- like, the stuff
3   you put on Streamlabs, is it saved at all?
4       A.    Some of it is, and some of it
5   isn't.
6       Q.    You --
7       A.    A lot of it gets deleted after a
8   certain amount of time.  A lot of it gets
9   deleted after a certain amount of time.
10       Q.    Have you saved any of your
11   Streamlabs posts or live streams?
12       A.    Yes, I have.
13       Q.    Okay.  And did you provide those
14   to your lawyers as part of this
15   litigation?
16       A.    None of the stuff that I
17   saved -- like, this specific stuff is --
18   the stuff that I saved was for the gaming
19   that I do.  It's not -- it doesn't have
20   anything to do with this -- this hearing.
21       Q.    Nothing having to do with this
22   litigation.
23       A.    Yeah.  The litigation.
24       Q.    And the subject matter of this
25   litigation.  Okay.  Fair enough.
```

Page 109

1          HUACUJA - CONFIDENTIAL
2                Okay.  So why don't we put up
3      tab -- why don't we mark as Exhibit 8
4      Tab 5.
5                (Huacuja Exhibit 8, A thumbnail
6           with a link, Bates P00001312, was
7           hereby marked for identification, as
8           of this date.)
9      Q.     Okay.  Exhibit 8 should have
10     popped up.  And it's a document with the
11     Bates No. P00001312.
12                Do you see that?
13     A.     Yes, I do.
14     Q.     Okay.  Do you recognize this
15     document?
16     A.     Yes, I do.
17     Q.     Can you tell us what it is,
18     please.
19     A.     This is -- it looks like a
20     thumbnail to I think my -- one of my first
21     videos or the first video I put up about
22     stocks.
23     Q.     Okay.  And when you say
24     thumbnail, what do you mean by thumbnail?
25     A.     The thumbnail is the picture --

Page 110

```
 1          HUACUJA - CONFIDENTIAL
 2    basically the picture of my face and the
 3    text that appears on it.
 4        Q.    Okay.  And I take it, if you
 5    click on the thumbnail, it takes you to
 6    the YouTube video?
 7        A.    Yes, that's correct.
 8        Q.    Okay.  And the title is "How I
 9    got into Stonks."
10              Do you see that?
11        A.    Yes.
12        Q.    What -- what do you mean by
13    "stonks"?
14        A.    Like, a -- like, it's -- like, I
15    guess, like, you could say it's, like, a
16    Meme.  It's the same thing as stocks but
17    with an "n."  It's more of what you --
18    what we call -- and "we" is referring to
19    gamers.  In the gamer language, it's --
20    it's sort of -- what do you call it --
21    it's kind of like E-speak is what you call
22    it.  It's, like, E-speak.  It's, like,
23    internet speak, usually, when people type
24    to each other back and forth.  There's a
25    whole history about it.  But it's
```

Page 111

1        HUACUJA - CONFIDENTIAL
2    basically E-speak.
3        Q.    I'm sorry.  I don't know what
4    E-speak is.  So maybe you could explain
5    that to me.
6        A.    Yeah.  So, like, just -- I guess
7    a lot of people refer to it as, like, you
8    know, if you've ever chatted with anybody
9    on a phone, like a messenger, any kind of
10   messenger app, and you're on your phone
11   typing, and you type "LOL."  What does
12   "LOL" mean?  "LOL."  What is that?  But
13   it's "laugh out loud" if you actually
14   spell it out.  So the word I'm looking for
15   is leetspeak.  So that's what it's called.
16   Leetspeak is this -- it's like a phrasing
17   of certain words, rephrasing of other
18   words.  It's just to make it either funny
19   or shorter or condensed in -- when you're
20   typing to somebody online or -- yeah.  In
21   this situation, it would be to make the
22   word "stock" be funny by saying "stonks."
23       Q.    Okay.  "LOL" I understood.
24             MR. KIM:  These young kids and
25       their rock and roll.

```
                                         Page 112
 1          HUACUJA - CONFIDENTIAL
 2              MR. SLIFKIN:  "LOL" I actually
 3      got.  I'm not that far behind the
 4      time.
 5      Q.    Okay.  Well, let's -- okay.  So
 6  we went and clicked on that link.  And
 7  let's go back to the exhibits and see if
 8  this works.
 9              What I'd like to do is take the
10  video file and mark it as an exhibit.
11              MR. SLIFKIN:  Is that working or
12      not?
13      Q.    Okay.  For whatever reason, it's
14  not working.  But let's just -- let's just
15  be clear on the record.  You know, there
16  is a 36-minute, 50-second video that you
17  uploaded onto YouTube, which is accessible
18  through this thumbnail, which is
19  identified on Exhibit 8; correct?
20      A.    That's correct.
21      Q.    Okay.  So why did you post this
22  video?
23      A.    I posted this video for anybody
24  interested in learning about stocks, I
25  believe.  I would need to watch the video
```

Page 113

1        HUACUJA - CONFIDENTIAL
2    in full to tell you.  But this was just my
3    introduction into stocks and how I got
4    into it, which is the title there.  Do you
5    see?
6        Q.    Okay.  Well, was the video an
7    accurate reflection of your views at the
8    time you posted it?
9        A.    Yes.  At the time I posted it.
10   Actually, not necessarily.  I think that's
11   when I first got into stocks.  I think I
12   go over how I was when I first got into
13   stocks and how I was at the time.  And I
14   don't recall exactly if I got into Tesla
15   in that video.  But I might or might have
16   not.  I just need to watch the video again
17   to let you know.  But I don't recall.
18       Q.    Okay.  But -- so in this video,
19   there's a description of what -- how you
20   got into stocks and how your views changed
21   over time.
22            Is that fair?
23       A.    Yeah.
24       Q.    Okay.  And so for each
25   particular point in time that you

```
                                        Page 114
 1          HUACUJA - CONFIDENTIAL
 2   describe, are you describing accurately
 3   your views?
 4        A.     In the video?  Yes.
 5        Q.     Yes.
 6        A.     I believe so.
 7        Q.     Okay.  And you -- is it correct
 8   that you posted this on January 27, 2021?
 9        A.     Yes.  That's what it says there.
10        Q.     Okay.  And you wrote here,
11   "Links below are all to SoFi."
12             Do you see that?
13        A.     Yes.
14        Q.     And, at that point in time, did
15   you have a SoFi account?
16        A.     Yes.  I believe I was just
17   getting into SoFi at this time.
18        Q.     Okay.  Why were you posting
19   links to SoFi?
20        A.     Because I think as a new member
21   of SoFi, they gave me referrals, and I
22   wanted just to refer people to SoFi and
23   hopefully -- like, if -- I don't know -- I
24   forget how the referrals work, but if
25   someone picks up the referral, they will
```

1          HUACUJA - CONFIDENTIAL

2     get some money, and then I'll get some

3     money too.  I think that's how it worked.

4     I'm not, like, 100 percent on that.

5          Q.    Okay.

6          A.    They were just referrals.

7     That's all they were.

8          Q.    Let me -- what I want to do now

9     is mark Tab 31.

10               (Huacuja Exhibit 9, Document,

11          was hereby marked for identification,

12          as of this date.)

13               MR. SLIFKIN:  Sorry.  I was

14          getting a call from somebody called

15          Spam Risk.

16               THE WITNESS:  It might be

17          important.

18               MR. SLIFKIN:  Yes.  He's calling

19          a lot of firms right now.

20     BY MR. SLIFKIN:

21          Q.    Okay.  So let's see if this new

22     document is up.

23          A.    11?

24          Q.    Exhibit -- I don't know what

25     happened to 9 and 10.



Page 116

1        HUACUJA - CONFIDENTIAL
2            (Huacuja Exhibit 11, Schedule D,
3        Capital Gains and Losses, was hereby
4        marked for identification, as of this
5        date.)
6        Q.
7
8
9
10       A.
11       Q.
12       .
13
14       A.
15       Q.
16
17       A.
18
19       Q.
20
21       A.
22       Q.
23
24
25       A.



Page 118

1          HUACUJA - CONFIDENTIAL

2

3

4

5     ▇ .

6        Q.

7

8

9        A.

10       Q.

11       A.

12       Q.

13       A.

14       Q.

15

16       A.

17       Q.

18

19

20       A.

21

22       Q.

23

24

25       A.



Page 119

1        HUACUJA - CONFIDENTIAL

2   ████████████

3        Q.   █████████████████████

4   █████.

5            MR. SLIFKIN:  Why don't we go

6       off the record for maybe until -- why

7       don't we go off the record until 2:00

8       and just let me see what else I have.

9       Okay?

10           THE VIDEOGRAPHER:  2:00 Eastern;

11      right?

12           MR. SLIFKIN:  Oh, yes.  Yes.

13      Sorry.  Not 2:00 California.  No, no,

14      no.  Okay.  So, like, five minutes.

15           THE VIDEOGRAPHER:  Okay,

16      Counsel.  The time is 10:54.  We're

17      off the record.

18           (Recess)

19           THE VIDEOGRAPHER:  The time is

20      10:59.  We are on the record.

21           MR. SLIFKIN:  Okay.  I have no

22      further questions at this time.  It's

23      defendant's position that we want to

24      hold the deposition open to allow us

25      an opportunity to review the videos,

```
 1          HUACUJA - CONFIDENTIAL
 2      the links to which were produced
 3      yesterday, and also the material that
 4      was produced to us this morning prior
 5      to the deposition which we didn't have
 6      time to review ahead of time.  Okay?
 7          MR. KIM:  I understand your
 8      position.  We'll take that request
 9      under advisement.  And I think, sort
10      of provisionally, we'll mark the
11      transcript as Confidential pursuant to
12      the protective order, and we'll deal
13      with that, you know, in accordance
14      with the protective order.
15          And just for the record, so
16      there's a gap between Exhibit 8 and
17      11.  So there's no Exhibit 9 or 10,
18      just so it's clear on the cover sheet.
19          MR. SLIFKIN:  Well, we tried to
20      mark the video, and it didn't work.
21          MR. KIM:  Okay.
22          MR. SLIFKIN:  The technology
23      didn't work.  And I think we clicked
24      on it twice, which is why it's 9 and
25      10.
```

Page 121

1        HUACUJA - CONFIDENTIAL
2              MR. KIM:  I got you.
3              MR. SLIFKIN:  Okay.
4              MR. KIM:  I have no questions.
5              MR. SLIFKIN:  We can all --
6        thank you.
7              THE VIDEOGRAPHER:  Okay,
8        Counsel.  I'll sign off our video
9        today.
10             So here ends Media Unit No. 2.
11        This concludes the video recorded
12        virtual remote deposition of
13        Abraham Huacuja taken by the defendant
14        on Tuesday, March 21, 2023.  The time
15        is 11:01 a.m. Pacific Daylight Time,
16        and we are going off the record.
17             (TIME NOTED:  11:01 a.m. PST.)
18
19   _____
     ABRAHAM HUACUJA
20
21   Subscribed and sworn to before me
22   this _____ day of _____, 2023.
23
24    _____
            Notary Public
25