# Exhibit 9

Page 1

1

2             IN THE UNITED STATES DISTRICT COURT

          FOR THE SOUTHERN DISTRICT OF FLORIDA

3               CASE NO. 1:21-MD-2989-CMA

4    IN RE:                        :

                                   :

5    JANUARY 2021 SHORT            :

     SQUEEZE TRADING               :

6    LITIGATION                    :

                                   :

7    ------------------------      :

8

9                 ** CONFIDENTIAL **

10             VIDEOTAPE DEPOSITION OF:

11              BLUE LAINE-BEVERIDGE

12              NEW YORK, NEW YORK

13           WEDNESDAY, APRIL 26, 2023

14

15

16

17

18

19

20

21

22

23

24   REPORTED BY:

25   SILVIA P. WAGE, CCR, CRR, RPR

                                                      Page 2

1

2                                        April 26, 2023

3                                        10:02 a.m.

4

5                 Videotape deposition of BLUE

6      LAINE-BEVERIDGE, held at the offices CRAVATH

7      SWAINE & MOORE LLP, 825 Eighth Avenue, Conference

8      Room 4930, New York, New York pursuant to

9      agreement before SILVIA P. WAGE, a Certified

10     Shorthand Reporter, Certified Realtime Reporter,

11     Registered Professional Reporter, and Notary

12     Public for the States of New Jersey, New York and

13     Pennsylvania.

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1
 2   A P P E A R A N C E S:
 3
     THE ROSEN LAW FIRM
 4   Attorneys for Plaintiffs
     275 Madison Avenue, 40th Floor
 5   New York, New York  10016
     (212) 686-1060
 6   Jstern@rosenlegal.com
     BY:  JONATHAN STERN, ESQ.
 7
 8   CRAVATH SWAINE & MOORE LLP
     Attorneys for Defendants
 9   825 Eighth Avenue
     New York, New York  10019
10   (212) 474-1000
     ARyan@cravath.com
11   RDenunzio@cravath.com
     BY:  ANTONY RYAN, ESQ.
12   BY:  ROBERT DeNUNZIO, ESQ.
13
14   A L S O   P R E S E N T:
15
     DEVERELL WRITE
16   VIDEOGRAPHER
17
18
19
20
21
22
23
24
25
```

1
2                          I N D E X
3    WITNESS:  BLUE LAINE-BEVERIDGE                    PAGE
4    EXAMINATION BY MR. RYAN                           7
5
                        E X H I B I T S
6
      NO.                DESCRIPTION                   PAGE
7
     Exhibit 269     a copy of Mr.                     39
8                    Laine-Beveridge's Twitter
     Exhibit 270     a copy of Mr.                     61
9                    Laine-Beveridge's Robinhood
                     account statement December
10                   2020 PR0001786 to PR0001800
                     marked Confidential
11   Exhibit 271     Exhibit 2 Mr.                     79
                     Laine-Beveridge's
12                   Certification dated 7/27/21
     Exhibit 272     a copy of Mr.                     88
13                   Laine-Beveridge's résumé
                     P00001064 marked
14                   Confidential
     Exhibit 273     Newsweek article titled,         96
15                   "How the SaveAMC Campaign
                     Caused the Movie Theater
16                   Company's Stock to Soar,"
     Exhibit 274     collection of AMC and Nokia      115
17                   trading data from Mr.
                     Laine-Beveridge's Robinhood
18                   account RHMDL00097433.001
                     through RHMDL00097433.097
19                   marked Confidential
     Exhibit 275     Mr. Laine-Beveridge's           131
20                   Certification dated 4/14/23
                     P00002834 to P00002859
21
22              PREVIOUSLY MARKED EXHIBITS
23    NO.                DESCRIPTION                   PAGE
     Exhibit 2       2/27/23 letter from The           34
24                   Rosen Law Firm to the
                     Cravath Law Firm and
25                   attachment

Page 5

```
 1
 2                           -   -   -
 3               DEPOSITION SUPPORT INDEX
 4                           -   -   -
 5
 6    Direction to Witness Not to Answer
      Page Line
 7
        29        14
 8      30        11
 9
      Request for Production of Documents
10    Page Line
11      36        17
        37        10
12      38        10
13
      Stipulations
14    Page Line
15      61        20
16
      Question Marked
17    Page Line
18
19
      Reservation
20    Page Line
21
22
      Motion to Strike
23    Page Line
24
25
```

```
                                        Page 6
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2               THE VIDEOGRAPHER:  We are going on
 3      the record at 10:05 a.m., on April 26, 2023.
 4               Please note that the microphones are
 5      sensitive and may pick up whispering and private
 6      conversations.  Audio and video recording will
 7      continue to take place, unless all parties agree
 8      to go off the record.
 9               This is Media Unit 1 of the video
10      recorded deposition of Blue Laine-Beveridge taken
11      by Counsel for the Defendant in the matter of In
12      Re:  January 2021 Short Squeeze Trading
13      Litigation.  This case is filed in the United
14      States District Court for the Southern District
15      of Florida.
16               My name is Deverell Write
17      representing Veritext Legal Solutions.  The Court
18      Reporter is Silvia Wage from Veritext Legal
19      Solutions.
20               At this time will Counsel please
21      enter appearances.
22               MR. RYAN:  Antony Ryan and Robert
23      DeNunzio, Cravath Swaine & Moore LLP,
24      representing the Robinhood Defendants.
25               MR. ROSEN:  Larry Rosen, from The
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

 2    Rosen Law Firm representing Mr. Blue

 3    Laine-Beveridge and other class members.

 4              THE VIDEOGRAPHER:  Will the Court

 5    Reporter please swear in the witness.

 6              THE STENOGRAPHER:  Sir, if you can

 7    please raise your right hand.

 8    BLUE LAINE-BEVERIDGE,

 9        ███████████████████████████████████████

10        ███████████████, after having been duly sworn,

11        was examined and testified as follows:

12              THE STENOGRAPHER:  Thank you.

13              You may proceed.

14    EXAMINATION BY MR. RYAN:

15              Q.  Good morning, Mr. Laine-Beveridge.

16              A.  Good morning.

17              Q.  Could you please state your full name

18    for the record?

19              A.  Blue Laine-Beveridge.

20              Q.  So I'm sorry.  I think I've been

21    mispronouncing your last name.

22              So is it LINE-A (phonetic)?

23              A.  It's LINE-A (phonetic).  You can say

24    Lane (phonetic).  Most people say Lane

25    (phonetic), but that's --
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2         Q.  No, no, that's fine.  I would,
 3    obviously, line to say it right.
 4              So it's Laine-Beveridge?
 5         A.  Yes.
 6         Q.  Great.
 7              What is your current address?
 8         A.  ████████████████████████████████
 9    ██████████████████████
10         Q.  And are you currently employed, sir?
11         A.  I do private work.
12         Q.  What kind of work is that?
13         A.  Private nursing.
14         Q.  And were you employed previously as a
15    nurse in a hospital?
16         A.  Yes.
17         Q.  And for what period of time was that?
18         A.  I started in 2005 and I retired in
19    2020.
20         Q.  Okay.  I'm sure that was a difficult
21    time to be in nursing.
22         A.  Yeah, it was, yeah.
23         Q.  Do you understand that the Court has
24    appointed you as Lead Plaintiff in this lawsuit?
25         A.  Yes.
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2         Q.  What do you understand your role as
 3    Lead Plaintiff to be?
 4         A.  To represent myself and the other
 5    class members in the suit against Robinhood's
 6    manipulation of the market.
 7         Q.  And what responsibilities do you have
 8    then as the Lead Plaintiff?
 9         A.  To oversee my lawyers and to make
10    sure they're doing a good job for me and the
11    other class members.
12         Q.  And who are your lawyers?
13         A.  Larry Rosenthal [sic].
14         Q.  Have you met any other lawyers --
15    well, strike that.
16              So, when you say, "Larry Rosenthal,"
17    are you referring to Larry Rosen?
18         A.  Larry Rosen, I'm sorry, yes, of
19    course, yes.
20         Q.  Have you met any other lawyers from
21    Mr. Rosen's firm?
22         A.  Yes, Mr. Cohen.  I didn't meet him;
23    on a Zoom call.
24         Q.  Do you know his first name?
25         A.  Michael.
```

```
                                                    Page 10

  1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE

  2            Q.   What did you do to prepare for

  3      today's deposition?

  4            A.   We had two Zoom calls, Larry and

  5      Michael and I.

  6            Q.   Did you review any documents that

  7      refreshed your recollection about any of the

  8      events at issue in this lawsuit?

  9            A.   No.

 10            Q.   Okay.  So you didn't look at any

 11      documents in these Zoom calls that helped you

 12      remember what took place in January and February

 13      of 2021 better than you did before you looked at

 14      the documents?

 15            A.   No, we didn't look at documents

 16      during the Zoom calls.

 17            Q.   What do you understand this lawsuit

 18      to be about?

 19            A.   About Robinhood turning off the buy

 20      button for certain stocks and keeping the sell

 21      button on for five full days, which can only

 22      result in a stock price going down, and causing

 23      myself and others to lose money.

 24            Q.   And how did you first hear about this

 25      lawsuit?
```

```
                                          Page 11
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2           A.   I don't remember, exactly.
 3           Q.   How did you first get in touch with
 4    The Rosen Law Firm?
 5           A.   I called them.
 6           Q.   And how did you know about them?
 7           A.   I don't remember, exactly, how I
 8    learned about the lawsuit, actually.  But I know
 9    -- I remember calling them and saying, I could be
10    a part of this.
11           Q.   Have you had any relationship with
12    The Rosen Law Firm outside this lawsuit against
13    Robinhood?
14           A.   No.
15           Q.   Okay.  So you didn't know them from
16    any other securities case?
17           A.   No, no.
18           Q.   Did you see something that The Rosen
19    Law Firm put out on the Internet?
20           A.   I don't remember.
21           Q.   Okay.  So somehow you learned about
22    them and gave them a call?
23           A.   Yes.
24           Q.   And, on that call, you said that you
25    were interested in being a part of this lawsuit?
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2         A.  Yes.
 3         Q.  Why was that?
 4         A.  Because I lost a significant amount
 5    of money and I was frustrated about what
 6    happened.
 7         Q.  How much money did you lose?
 8         A.  I don't remember, exactly.
 9         Q.  But you say that it was a
10    "significant amount"?
11         A.  Yes.  I remember at the time a
12    feeling that I lost a significant amount of money
13    because of what they did.
14         Q.  Do you know, approximately, how much
15    that was?
16         A.  No.  I mean, it was based on what I
17    thought maybe the stock could have gone to.  So
18    it would be speculation.  So I don't know.  But
19    it -- I felt at the time that it would be a
20    significant sum.
21         Q.  Okay.  So, when you're talking about
22    money that you lost, are you talking about the
23    difference between the price that you paid to buy
24    the stock and the price that you got when you
25    sold the stock, or are you talking about how high
```

```
                                              Page 13
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     the stocks might have gone if events had played
 3     out differently on January 28th of 2021?
 4           A.  Well, the latter ideally, because I
 5     do think that they would have continued to go up
 6     even more.  But, at a minimum, yeah, from what I
 7     bought and sold.  Instead of them going --
 8     continuing to go up, which I believe they would
 9     have, they went down.
10           Q.  Alright.  And so, when you say you
11     lost a significant amount on the stocks at issue
12     in this lawsuit, is that based on where you
13     believe the stocks would have gone up higher on
14     January 28, 2021?
15           A.  That's -- that's based on where I --
16     the difference when I bought it and when I sold
17     it, but if I -- it would have been even more than
18     that, I believe, if they hadn't turned off the
19     buy button and left the sell button on.
20           Q.  Okay.  What stocks are at issue in
21     this lawsuit?
22           A.  Well, the ones that I purchased were
23     AMC and Nokia.  But I know there's others like
24     GameStop and BlackBerry, Bed Bath & Beyond.
25           Q.  You've now listed, I think, five
```

```
                                            Page 14

 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

 2      stocks in total; two that you bought and three

 3      that you didn't buy, right?

 4              A.   Yes.

 5              Q.   Are there other stocks that you're

 6      aware of that are also part of this lawsuit?

 7              A.   I know that there's some others that

 8      were included.  I'm not sure what they are.

 9              Q.   Alright.  So the two stocks that you

10      bought that are at issue in this lawsuit are AMC

11      and Nokia?

12              A.   Yeah.  Those are the ones that

13      personally affected me.

14              Q.   Right.

15                   And did you lose a "significant

16      amount" on AMC?

17              A.   I don't remember it, specifically.  I

18      believe I lost more on AMC, but I'm not sure.

19              Q.   And did you lose a "significant

20      amount" on Nokia?

21              A.   I'm not sure.  I don't know.

22              Q.   Okay.  So you have a general

23      recollection that you lost a "significant amount"

24      on the two stocks combined, but you can't tell me

25      how much that was, right?
```

```
                                          Page 15

 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

 2         A.   Yes.

 3         Q.   And you can't tell me whether the

 4    loss was in AMC or Nokia or both; is that right?

 5         A.   Yes.  I believe the majority was AMC,

 6    but I don't recall, exactly.

 7         Q.   Have you heard the term "class

 8    action"?

 9         A.   Yes.

10         Q.   What do you understand a "class

11    action" to be?

12         A.   It's a group of people -- a large

13    group of people that all incurred damages because

14    of another group.  So they -- they're altogether

15    as, I guess, a class of Plaintiffs against the

16    person that -- the entity that damaged them.

17         Q.   Have you ever been involved in a

18    class action prior to this one?

19         A.   No.

20         Q.   Are you involved in any other class

21    actions at this time, other than this lawsuit?

22         A.   No.

23         Q.   Do you know what a "class

24    representative" is?

25         A.   I believe it's somebody who
```

```
                                                        Page 16

 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2       represents other members of the class.
 3              Q.  And are you aware that you are a
 4       class representative in this case?
 5              A.  Yes.
 6              Q.  How frequently do you communicate
 7       with The Rosen Law Firm?
 8              A.  Frequently.  I would say every couple
 9       of weeks.
10              Q.  Have you read the complaint in this
11       case?
12              A.  Yes.
13              Q.  Did you receive a draft of the
14       complaint before it was filed with the Court?
15              A.  I don't remember.
16              Q.  Did you have any discussions with The
17       Rosen Law Firm about the complaint in this case
18       before they filed it with the Court?
19              A.  To the best of my recollection, yes.
20       But I don't know for sure.
21              Q.  Okay.  So you don't have a specific
22       conversation in mind where you discussed the
23       complaint in this case with The Rosen Law Firm
24       before they filed it with the Court, right?
25              A.  I don't have a specific recollection
```

```
                                              Page 17

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2      of it, no.
3              Q.  Do you recall making any edits to the
4      complaint before it was filed with the Court?
5              A.  No.
6              Q.  Do you recall making any comments to
7      The Rosen Law Firm about things that you thought
8      they should add or subtract or change in the
9      complaint before they filed it with the Court?
10             A.  I don't recall anything specific that
11     I can remember.
12             Q.  Okay.  What claims are you bringing
13     in the complaint?
14             A.  From my perspective, that Robinhood
15     manipulated the prices of these stocks causing
16     them to go down in value.  And they had no
17     opportunity to go up.  They could only go down.
18     And they did that to save money for themselves.
19             Q.  And when you say you believed that
20     Robinhood "manipulated" the prices of these
21     stocks, what conduct by Robinhood are you
22     referring to?
23             A.  They turned the buy button off for
24     these stocks and left the sell button on.  And
25     when stocks can only be sold and not purchased,
```

```
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     they can only go down in value.
 3           Q.   What's your understanding of when
 4     Robinhood "turned the buy button off" for these
 5     stocks?
 6           A.   When they realized that this was
 7     going to cost them a lot of money, these stocks
 8     going up.
 9           Q.   Why do you believe that the "stocks
10     going up" would have cost Robinhood money?
11           A.   This is what I've read since then.
12     I've read, you know, some things online and it
13     sounds like they didn't have enough liquidity or
14     cash -- I don't know any of the technical stuff
15     -- to cover things and they realized that they
16     could maybe even go bankrupt, if they didn't turn
17     the buy button off and keep the sell button on.
18           Q.   Okay.  Is it your understanding that
19     it was on the morning of January 28th, 2021 that
20     Robinhood "turned the buy button off" for certain
21     stocks?
22           A.   Yes, I believe it was January 28th.
23           Q.   Is there any other conduct by
24     Robinhood that in your understanding is at issue
25     in this lawsuit, other than Robinhood turning the
```

```
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    buy button off for certain stocks on
 3    January 28th, 2021 while keeping the sell button
 4    on?
 5           A.   I believe they also lied initially
 6    about why they turned the buy button off.
 7           Q.   Were you aware on January 28th, 2021
 8    that Robinhood had turned the buy button off?
 9           A.   I don't recall exactly when I
10    learned.  But I'm sure it was the day or the next
11    day, because it was all over the news.
12           Q.   Alright.  And you read news articles
13    at the time about how Robinhood had turned the
14    buy button off, right?
15           A.   Yes.
16           Q.   Alright.  So, when you say that it's
17    your understanding that Robinhood may have lied
18    about why they turned the buy button off, what is
19    it that Robinhood said about why they turned the
20    buy button off?
21           A.   From what I recall, they said it was
22    because of market volatility.  But from what I've
23    read since then, it sounds like they had some
24    sort of cash problem that they couldn't cover.
25    So they said it was because of volatility, but it
```

```
                                            Page 20
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     was really to prevent them from losing lots of
 3     money.
 4            Q.   Alright.  So the statement by
 5     Robinhood that you believe may have been a lie
 6     was the statement that market volatility was why
 7     Robinhood had turned the buy button off?
 8            A.   Yes.
 9            Q.   Do you have an understanding as to
10     whether the market for the stocks at issue in
11     this case was volatile at that time?
12            A.   Can you repeat the question?
13            Q.   Yeah.
14            Do you have an understanding as to
15     whether there was a lot of market volatility for
16     the stocks at issue in this case in the days
17     leading up to January 28th, 2021?
18            A.   I wasn't aware at the time if there
19     was volatility, until after it happened and then
20     I read about it.
21            Q.   Okay.  So you were buying AMC and
22     Nokia stock in the week leading up to
23     January 28th, 2021, right?
24            A.   Yes, I purchased them both before the
25     button was turned off.
```

```
                                            Page 21
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2          Q.  Okay.  And you were aware at the time
 3     you purchased those stocks, that there was a lot
 4     of market volatility, weren't you?
 5          A.  No.
 6          Q.  Okay.  We'll come back to that later.
 7          Alright.  So do you have an
 8     understanding as to whether it was truthful for
 9     Robinhood to say that there was a lot of market
10     volatility for these stocks at the time?
11          A.  Yes, I believe that there was
12     volatility.  But I don't think that that's why
13     they turned it off.  I think it was because they
14     were afraid of losing money --
15          Q.  Okay.
16          A.  -- themselves.
17          Q.  Alright.  So you believe that it was
18     truthful for Robinhood to say that there was
19     market volatility, but you believe the lie was
20     that you don't believe the market volatility is
21     what caused Robinhood to turn the buy button
22     off --
23          A.  Yes.
24          Q.  -- is that right?
25          A.  Correct.
```

```
                                              Page 22
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2           Q.   Are there any other untrue statements
 3      that you believe Robinhood made, other than this
 4      one about market volatility being the reason for
 5      turning the buy button off?
 6           A.   Not that I'm aware of.
 7           Q.   Have you ever heard the term "class
 8      period"?
 9           A.   Yes.
10           Q.   What do you understand the "class
11      period" to be in this case?
12           A.   I believe it to be the five days
13      following them turning the buy button off and
14      keeping the sell button on.
15           Q.   And do you have an understanding as
16      to what the proposed class in this case is?
17           A.   I believe it's anyone who had those
18      stocks prior to the 28th and then sold them
19      within the five days of them turning the button
20      off.
21           Q.   Okay.  And you further understand
22      that to be a class member in Plaintiffs' proposed
23      class definition, you need to have lost money on
24      the stocks at issue?
25           A.   I believe so, yes.
```

```
                                              Page 23

 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2              Q.   Alright.  So your understanding of
 3      the proposed class definition is it's somebody
 4      who held one of the affected stocks before
 5      January 28th, 2021, who sold one of the affected
 6      stocks during the five-day class period that
 7      begins on January 28th, 2021 and who lost money
 8      in that sale; is that right?
 9              A.   Yes.
10              Q.   And do you have believe that you are
11      a member of that class?
12              A.   Yes.
13              Q.   With respect to what stocks?
14              A.   Personally, it would be AMC and
15      Nokia.
16              Q.   Okay.  So you believe you're a class
17      member as it relates to your transactions in each
18      of those stocks, right?
19              A.   Yes.
20              Q.   But you understand that the class
21      also includes a number of other stocks that you
22      didn't personally transact in, such as GameStop
23      and BlackBerry, right?
24              A.   Yes, and Bed Bath & Beyond and some
25      others, yeah.
```

```
                                            Page 24
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2            Q.   Alright.   And are you willing to be
 3      the Lead Plaintiff in this case as a class
 4      representative as it relates to those other
 5      stocks that you didn't personally transact in the
 6      stock such as GameStop or BlackBerry and Bed Bath
 7      & Beyond?
 8            A.   Yes.
 9            Q.   And are you willing then to represent
10      the interest of class members who did personally
11      transact in stocks such as GameStop and
12      BlackBerry and Bed Bath & Beyond?
13            A.   Yes.
14            Q.   What are you doing to oversee the
15      lawyers at The Rosen Law Firm who are working on
16      this case?
17            A.   Maintaining frequent communication
18      with them and following the progression of the
19      case.
20            Q.   Have you read any filings with the
21      Court in this case other than the complaint?
22            A.   I'm not sure.
23            Q.   I believe that you testified earlier
24      that you understood that one of your duties as
25      Lead Plaintiff was to make sure that the lawyers
```

```
                                                    Page 25

 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE

 2     representing the class are "doing a good job."

 3              A.  Yes.

 4              Q.  Do you recall that?

 5              A.  Yes.

 6              Q.  And how are you making sure that the

 7     lawyers representing the class are "doing a good

 8     job"?

 9              A.  By talking to them and assessing what

10     they tell me and feeling that they're doing an

11     adequate job.

12              Q.  Okay.  Are you aware that Robinhood

13     filed what's called a "motion to dismiss" the

14     complaint in this case?

15              A.  Yes.

16              Q.  What's your understanding of what a

17     "motion to dismiss" is?

18              A.  To throw the case out.

19              Q.  Have you read Robinhood's motion to

20     dismiss?

21              A.  No.

22              Q.  Is it your understanding that your

23     Counsel filed what's called an "opposition" to

24     Robinhood's motion to dismiss?

25              A.  I'm not sure.
```

```
                                               Page 26
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2           Q.  Okay.  Have you read any filings that
 3    The Rosen Law Firm made with the Court in this
 4    case that related to Robinhood's motion to
 5    dismiss?
 6           A.  No.
 7           Q.  Are you aware that the Judge in this
 8    case issued a decision on Robinhood's motion to
 9    dismiss?
10           A.  I believe he denied the motion to
11    dismiss.
12           Q.  Do you know who the Judge in this
13    case is?
14           A.  No.
15           Q.  But you believe the Judge in this
16    case is a man, right?
17           A.  I'm not sure.  I said "he," but I'm
18    not sure.
19           Q.  Okay.
20           Alright.  And so you haven't read the
21    Court's decision on Robinhood's motion to
22    dismiss; isn't that right?
23           A.  That's right.
24           Q.  And I take it from your previous
25    answer that you're unaware that the Judge granted
```

```
                                    Page 27

 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE

 2     the motion in part and denied in part; is that

 3     right?

 4          A.   Yes, I'm not sure.

 5          Q.   Okay.  You had believed simply that

 6     the judge had denied the motion, right?

 7          A.   At least, part of it, yes.

 8          Q.   And so are you aware of why the Court

 9     dismissed certain claims in this case?

10          A.   No.

11          Q.   And are you aware of why the Court

12     decided not to dismiss other claims in this case?

13          A.   No.

14          Q.   Do you understand that your Counsel

15     has served a set of requests for production of

16     documents on Robinhood in connection with this

17     case?

18          A.   Not specifically, no.

19          Q.   Have you been involved at all in

20     overseeing what documents your Counsel has asked

21     Robinhood to produce in this case?

22          A.   No.

23          Q.   Are you familiar with the term -- as

24     lawyers use it in a lawsuit -- the term

25     "discovery"?
```

```
                                            Page 28
```

 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2          A.   Somewhat, yes.
 3          Q.   And have you been involved at all in
 4     overseeing what "discovery" your Counsel has
 5     asked from Robinhood in this case?
 6          A.   No.
 7          Q.   Are you aware that the parties have
 8     retained -- strike that.
 9               Do you know whether the Plaintiffs
10     are going to file a motion for what is called
11     class certification in this case?
12          A.   I'm not sure.
13          Q.   Okay.  Is that term, that term "class
14     certification," a term that you are familiar
15     with?
16          A.   I've heard the term, yes.  I'm not
17     sure exactly what it means.  Yeah, I'm not sure,
18     exactly.
19          Q.   Okay.  Do you have any understanding
20     of what the term "class certification" means?
21          A.   I believe, to the best of my
22     knowledge, whether a group can be considered a
23     class.
24          Q.   Okay.  Without getting into the
25     substance of any communications you may have had

```
                                            Page 29
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      with your lawyers, have you had any
 3      communications with anybody at The Rosen Law Firm
 4      about filing a motion for class certification?
 5              A.   No.
 6              Q.   Are you aware of whether there's a
 7      court deadline by which the Plaintiffs have to
 8      file a motion for class certification?
 9              A.   Not specifically, no.
10              Q.   Okay.  And so you haven't had any
11      conversations with your Counsel about
12      preparations on their part to file a motion for
13      class certification?
14                  MR. ROSEN:   [INSTRUCTION] Objection.
15      I let you ask that last question.  It goes to the
16      attorney-client privilege, though, the subject
17      matter.
18                  And I actually would retroactively
19      object to that prior one, when you asked about
20      whether he discussed class certification with us.
21      It's privileged so...
22                  But ask your next question.
23                  MR. RYAN:   Okay.
24              Q.   Okay.  But, as you sit here today,
25      you're not aware whether there is a court
```

```
                                                    Page 30

 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

 2      deadline by which the Plaintiffs need to file a

 3      motion for class certification, right?

 4              A.  I don't know what the deadline is.

 5              Q.  Okay.  And am I right that you don't

 6      recall any discussions with anybody at The Rosen

 7      Law Firm on the topic of a motion for class

 8      certification?

 9              MR. ROSEN:  Objection.  It's

10      attorney-client privilege.  The subject matter of

11      this conversation is -- [INSTRUCTION] so don't

12      answer the question.

13              MR. RYAN:  Okay.  Well, I believe the

14      witness answered the question before and you

15      didn't object and I don't believe that's

16      privileged.

17              A.  I do remember talking about class

18      certification.  I don't know the deadlines or

19      anything like that, but I know that was

20      discussed.  I'm not certain of the technical

21      details of that, of what that means.

22              Q.  Okay.  You haven't been involved in

23      reviewing any draft filings relating to a motion

24      for class certification, have you?

25              A.  Not that I recall.
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2         Q.  Are you aware that the parties have
 3    retained experts on the topic of class
 4    certification?
 5         A.  Not that I recall.
 6         Q.  Alright.  And so am I right that you
 7    have not seen any of the reports that the experts
 8    for the Plaintiffs have filed, right?
 9         A.  Yes.
10         Q.  And, likewise --
11              MR. ROSEN:  We still haven't filed
12    anything yet but...
13              MR. RYAN:  Thank you.  Let me
14    rephrase that question.
15              MR. ROSEN:  It doesn't matter.
16         Q.  Am I right that you have not seen any
17    of the reports that the expert for the Plaintiffs
18    has submitted to Defense Counsel?
19         A.  Yeah, I haven't seen that.
20         Q.  Alright.  And is it also the case
21    that you haven't seen any of the reports that the
22    experts for the Robinhood Defendants have
23    submitted to Plaintiffs?
24         A.  Not that I recall, no.
25         Q.  Do you have any social media
```

```
                                          Page 32
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    accounts?
 3           A.  I have a Twitter and that's it.
 4           Q.  Alright.  Do you have an Instagram
 5    account?
 6           A.  I had an Instagram account that I
 7    don't have anymore.
 8           Q.  Okay.  What was the username of your
 9    Instagram account?
10           A.  ███████████████
11           Q.  And when did you delete this account?
12           A.  Some point last year.
13           Q.  So that was at some point in 2022?
14           A.  Yes.
15           Q.  And so that was after you became the
16    Lead Plaintiff in this case; is that right?
17           A.  I don't recall if it was before or
18    after.
19           Q.  Okay.  It was after you sought to
20    become the Lead Plaintiff in this case,
21    certainly, right?
22           A.  I don't recall when I deleted it.
23           Q.  Okay.  Why did you delete your
24    Instagram account?
25           A.  It was problematic for one of my
```

```
                                            Page 33
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    relationships.
 3          Q.  A "relationship" being a romantic
 4    relationship?
 5          A.  My -- my girlfriend was getting
 6    jealous of some of the stuff on there and so I
 7    got frustrated and deleted the whole thing.
 8          Q.  Did you ever post anything on
 9    Instagram about investments?
10          A.  No.
11          Q.  Did you ever post anything on
12    Instagram about AMC or Nokia?
13          A.  No.
14          Q.  Did you ever post anything on
15    Instagram about being a plaintiff in this
16    lawsuit?
17          A.  No.
18          Q.  Did you ever post anything on
19    Instagram about Robinhood?
20          A.  No.
21          Q.  Do you have a Reddit account?
22          A.  I have -- I have Reddit, yeah.  I
23    don't even know what my username is on there.
24          Q.  That was going to be my -- that was
25    going to be my very next question.
```

```
                                           Page 34

  1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

  2         A.   Yeah.

  3         Q.   What is your Reddit username?

  4         A.   I think it's -- something to do with

  5    biking.  It's all biking-related stuff.  But it's

  6    just questions and stuff on there.

  7         Q.   Okay.  And that's an active Reddit

  8    account?

  9         A.   Yeah, yes.

 10         Q.   Okay.

 11              Alright.  Let me show you what's

 12    previously been marked in this case as Exhibit 2.

 13              (Deposition Exhibit 2, 2/27/23 letter

 14    from The Rosen Law Firm to the Cravath Law Firm

 15    and attachment, was previously marked for

 16    identification.)

 17              MR. ROSEN:   Thanks.

 18         Q.   Okay.  And do you see that this is a

 19    letter sent by Larry Rosen and others at The

 20    Rosen Law Firm to me and others at my law firm on

 21    February 27th of this year?

 22         A.   Uh-huh, yes.

 23         Q.   And then do you see there's an

 24    attachment where it lists various accounts that

 25    you and the other named Plaintiffs have?  Do you
```

```
                                           Page 35
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    see that?
 3            A.  Yes.
 4            Q.  And do you see, for instance, on
 5    Page 2 of the attachment that there are listings
 6    for some of the named Plaintiffs for Reddit
 7    accounts such as for Abraham Huacuja and Cecilia
 8    Rivas that lists Reddit accounts for them?  Do
 9    you see that?
10            A.  Yes.
11            Q.  And for you on the first page, the
12    only social media username or account listed is
13    the Instagram account ██████████████, right?
14            A.  Yes.
15            Q.  Alright.  There's no listing here of
16    your Twitter account, right?
17            A.  Yes.
18            Q.  And there's no listing here of your
19    Reddit account, right?
20            A.  Yes.
21            Q.  Do you know why that is?
22            A.  I told them -- I told the law firm --
23    I -- I didn't think of Reddit as social media.
24    Like, I'm happy to give you my account.  It has
25    nothing to do -- it's active.  It is known -- I
```

```
                                                     Page 36
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      think I have 30 tweets and I joined it last year,
 3      I think; nothing about investing.  I'm pretty
 4      sure I joined Reddit after this buy button thing
 5      happened, this whole...
 6              Q.  Okay.  Uh-huh.
 7                  And so, when you say you believe the
 8      account has about "30 tweets," you are talking
 9      about Reddit posts, right?
10              A.  No, I'm sorry.  Twitter, I think, has
11      about 30, Reddit probably similar.  It's all
12      biking related.
13              Q.  Okay.
14              A.  I mean, I'm happy to look at my phone
15      and tell you the name on it, on the Reddit, if
16      you want to see it.
17              Q.  [REQUEST] That would be great if at a
18      break you could speak to your Counsel and then --
19              A.  Sure.
20              Q.  -- provide us please with the Reddit
21      account name.
22              A.  Sure.
23              Q.  Thank you.
24                  Do you have a Facebook account?
25              A.  I might have.  I -- I don't -- there
```

```
                                               Page 37
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    might be a Facebook account in my name that I
 3    used for Broadway lotteries that I don't use at
 4    all.  I'm happy to give you that.  I don't even
 5    know if it's -- what the name is, it might be
 6    Blue Beveridge or Blue Laine, I'm not sure.
 7           Q.  Okay.  And you understand that
 8    Facebook is a social media site, right?
 9           A.  Yes.
10           Q.  Okay.  [REQUEST] So I would also
11    request what your Facebook username is.
12               Let me just go back to Reddit for a
13    moment.
14               Have you heard of a forum on Reddit
15    called Wall Street Bets?
16           A.  I have now, yes.
17           Q.  When did you first hear about Wall
18    Street Bets?
19           A.  I don't recall, but I know it was --
20    once this whole thing blew up, I read about it,
21    Wall Street Bets or...
22           Q.  Alright.  Before January 28th, 2021,
23    the day when that morning Robinhood put up
24    certain trading restrictions in place, before
25    that day, had you ever looked at Wall Street
```

```
                                              Page 38
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    Bets?
 3            A.   No.
 4            Q.   Do you have a TikTok account?
 5            A.   When my friends send me TikToks, I
 6    read those.  So I guess I must have -- like, I
 7    don't know.  I, actually, don't have.  I think
 8    you can look at TikTok without having an account.
 9    No, I don't believe I have a TikTok account, no.
10            Q.   Okay.  [REQUEST] Will you at the
11    break look into whether you have a TikTok
12    account?
13            A.   Sure.
14            Q.   Do you have a LinkedIn account?
15            A.   Again, I think there might be a
16    LinkedIn, but I don't know if there's anything on
17    there.  Like, I never posted anything on LinkedIn
18    or TikTok.  But I think maybe for -- when I do
19    Broadway lotteries and you need an account for
20    that, I think, I might have.  I might have done
21    something with LinkedIn to do the lotteries for
22    Broadway.
23            Q.   Okay.
24            MR. RYAN:  All right.  Let's mark
25    this document please.  So this will be
```

```
                                           Page 39
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     Exhibit 269.  And it will be a Twitter page.
 3                   (Deposition Exhibit 269, a copy of
 4     Mr. Laine-Beveridge's Twitter, was marked for
 5     identification.)
 6                   MR. ROSEN:  What exhibit?
 7                   MR. RYAN:  269.
 8                   MR. ROSEN:  Just use the yellow one.
 9          Q.  Yeah, yeah.  Actually, let me just
10     take that one back.  Thank you.
11                   And is Exhibit 269 a printout from
12     your Twitter account?
13          A.  Yes.
14          Q.  And do you see there's a reference
15     there at the top to Blue Beveridge 66?
16          A.  Yes.
17          Q.  And so is that your Twitter account?
18          A.  I assume looking at it.  I don't even
19     remember writing that.  But, yes, it must be.
20          Q.  And is that a picture of you there in
21     the circle in the upper left?
22          A.  Yes.
23          Q.  Okay.  And you I assume agree that
24     you must have posted that picture to Twitter,
25     right?
```

```
                                        Page 40
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2          A.   Yes.
 3          Q.   And it appears that you tweeted about
 4     Tom Brady, right?
 5          A.   Yes.
 6          Q.   You're a Tom Brady fan?
 7          A.   I didn't used to be.  But I am now,
 8     yeah.
 9          Q.   Only since he joined the Bucs?
10          A.   No, before that.  I think it was the
11     first time I acknowledged it.
12          Q.   Okay.  Did you ever use your Twitter
13     account to tweet about investments?
14          A.   No.
15          Q.   Or about Robinhood?
16          A.   No.
17          Q.   Okay.  And you agree that this
18     Twitter account is not included in the list of
19     social media accounts that you gave your Counsel
20     that they provided to you in a letter marked as
21     Exhibit 2, right?
22          A.   Yes.
23          Q.   Have you ever used the website called
24     Stock Twits?
25          A.   No.
```

```
                                          Page 41
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2            Q.  Do you use any other social media
 3      that we haven't talked about so far?
 4            A.  No, not that I can recall or think
 5      about, no.
 6            Q.  When did you start investing in the
 7      stock market?
 8            A.  To the best of my memory, maybe
 9      12 years ago.
10            Q.  Okay.  Are you a Robinhood customer?
11            A.  Yes.
12            Q.  When did you begin using Robinhood?
13            A.  When it was still pretty young.  I
14      don't recall, exactly.  I would -- maybe ten
15      years ago.
16            Q.  Why did you decide to use Robinhood?
17            A.  It was simple.  I remember I don't
18      think they -- I don't think they charged money
19      for trades.  I think it was one of the first
20      accessible simple trading platforms.
21            Q.  So you were attracted by Robinhood's
22      user friendly app?
23            A.  Yes.
24            Q.  Okay.  And were you also attracted by
25      the fact that Robinhood offers commission-free
```

```
                                        Page 42
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    trades?
 3            A.  Yes.
 4            Q.  How frequently do you trade on
 5    Robinhood?
 6            A.  Sporadically.  Sometimes I have -- I
 7    went through a long phase where I just had index
 8    funds.  So I didn't -- wasn't actively trading
 9    very much.  It's hard to say.  I'm not a huge,
10    you know, active trader.
11            Q.  Have you ever used any brokers other
12    than Robinhood to invest in the stock market?
13            A.   I had a Charles Schwab account years
14    ago, again, maybe ten years ago but -- that I
15    stopped using.
16            Q.  Do you have that Charles Schwab
17    account still?
18            A.  No.
19            Q.  Or is it closed?
20            A.  No, I closed the account.
21            Q.  Do you remember, approximately, when
22    you closed that Charles Schwab account?
23            A.   I don't remember, exactly.
24    Approximately, I believe, it was before -- I
25    think I closed that account and then joined
```

```
                                          Page 43
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      Robinhood.
 3           Q.   Okay.  Since you opened the Robinhood
 4      account, have you used accounts with any other
 5      brokers to trade stocks?
 6           A.   No.
 7           Q.   Have you ever bought or sold index
 8      funds using Robinhood?
 9           A.   Yes.
10           Q.   And have you bought or sold stocks of
11      individual companies using Robinhood?
12           A.   Yes.
13           Q.   Have you used Robinhood to trade
14      crypto?
15           A.   Yes.
16           Q.   And around when did you start trading
17      in crypto?
18           A.   I don't remember, specifically; two
19      years ago.
20           Q.   Do you know whether it was before or
21      after January 2021?
22           A.   No.
23           Q.   Have you ever invested money on
24      behalf of anybody else?
25           A.   No.
```

```
                                          Page 44
```

1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2           Q.   Has anybody ever invested money on
3      your behalf?
4           A.   No.
5           Q.   Have you ever hired a financial
6      adviser?
7           A.   The Charles Schwab guy, I believe,
8      was a financial adviser.
9           Q.   Okay.  Since you stopped using
10     Charles Schwab and opened your Robinhood account
11     a number of years ago, have you ever had a
12     financial adviser?
13          A.   No.
14          Q.   About how much time do you devote to
15     investing?
16          A.   I don't know, exactly.
17               Do you mean looking at stocks or do
18     you mean actually making trades?
19          Q.   I mean, both.  So, I mean, both
20     trading in the stocks but, also, looking at
21     information that might affect your investment
22     decisions.
23          A.   I probably spend a couple of hours a
24     week looking, maybe one hour a week, not to much.
25          Q.   Okay.  And what sources of

```
                                            Page 45
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     information do you use to educate yourself about
 3     stocks?
 4              MR. ROSEN:  Talking about now or back
 5     in relevant time frame?
 6              MR. RYAN:  Thank you, Lar.
 7          Q.  So let's actually focus for a moment
 8     on January 2021.
 9          A.  Uh-huh.
10          Q.  So I'm talking about the month
11     leading up to and that sort of initial period
12     when Robinhood put certain purchase restrictions
13     in place, okay?
14          A.  Okay.
15          Q.  At that time in January 2021, what
16     sources of information did you use to educate
17     yourself about stocks?
18          A.  I don't recall, exactly.  I know that
19     I lost faith in the big stock websites, like,
20     Motley Fool and Seeking Alpha and stuff.  I
21     stopped using those a long time ago, because I
22     didn't feel like they were really helpful.
23              So, I think, certain stocks I just
24     always had on my mind to possibly invest in.  So
25     I don't recall exactly what I used or what I
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      looked at.
 3              Q.  Okay.  Did I understand you right
 4      that at sometime you had a practice of looking at
 5      the Motley Fool website?
 6              A.  Yeah, like when I first started over
 7      ten years ago.
 8                  I think when I had Charles Schwab --
 9      I believe I used to look at those websites -- you
10      know, there was another one; something house.  It
11      was really old.  I forget.  And I was using -- it
12      was like pre-Robinhood and I was using those
13      websites.  They didn't seem to work at all.
14                  So my dad told me to go use this
15      Charles Schwab guy.  And I remembered realizing
16      that he didn't do any better than index funds.
17      So I pulled all the money from there and closed
18      the account and then just used Robinhood.
19              Q.  Okay.
20              A.  So I stopped using those websites
21      even before I had a Robinhood account.
22              Q.  Okay.  And, to just be sure that I am
23      understanding you right, there was a point in
24      time when you used Motley Fool and Seeking Alpha,
25      but you stopped doing that before January 2021?
```

```
                                              Page 47
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2            A.   At least, ten years before, yes.
 3            Q.   Alright.  And so your dad at some
 4    point advised you to use a financial adviser at
 5    Charles Schwab, right?
 6            A.   Yes.
 7            Q.   And then, if I understood you right,
 8    you then realized that the Charles Schwab guy
 9    didn't do any better than index funds, right?
10            A.   Yes.
11            Q.   Alright.  And so then were you then
12    engaged in self-directed trading in index funds?
13            A.   Yes.
14            Q.   Okay.  And at some point in time, did
15    you stop doing that and start buying and selling
16    stocks of individual companies?
17            A.   A little bit, yes.  I bought airlines
18    and some cruise lines --
19            Q.   Okay.
20            A.   -- and AMC and Nokia.  I think I
21    bought iBio or some bio stuff, yeah.
22            Q.   Why did you start buying and selling
23    stocks of individual companies, as opposed to
24    index funds?
25            A.   Because I thought I -- I hoped that
```

```
                                              Page 48
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    they would make more money than index funds.
 3           Q.   Okay.  So you believed that you could
 4    outperform the index fund by selecting the
 5    companies yourself; is that right?
 6           A.   I didn't believe I could.  I hoped I
 7    could.
 8           Q.   Okay.  And why did you "hope" that
 9    you would be able to pick stocks that would
10    outperform the market?
11           A.   Why did I "hope" I could?
12           Q.   Yes.
13           A.   Because I did.  Because I -- maybe I
14    -- just wanted to try and show my own hand at it
15    again.
16           Q.   Okay.  Do you have financial
17    experience?
18           A.   No.
19           Q.   Do you have any training or education
20    in investments?
21           A.   No.
22           Q.   Do you have any training or education
23    in finance?
24           A.   No.
25           Q.   And you understand that there are
```

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    lots of people who are professional stock market
 3    traders, right?
 4            A.   Yes.
 5            Q.   Okay.  But you believe that you would
 6    be able to pick stocks that would outperform the
 7    stock market?
 8            A.   Yeah, sometimes you get lucky.  Like,
 9    I bought cruises and airlines and they doubled in
10    value once I bought them.  So I know probably a
11    lot of that is luck, but sometimes you get lucky
12    and sometimes it works.
13            Q.   When did you buy stocks of cruise
14    lines and airlines?
15            A.   I don't remember, exactly.  But
16    after, obviously, after the pandemic, they tanked
17    and I bought them and I know it doubled after I
18    bought them and that's when I sold, after they
19    doubled in value.
20            Q.   Okay.  And so, just to orient
21    ourselves, I believe, COVID hit in March of 2020
22    and these events at issue involving AMC and Nokia
23    began in January 2021, okay?
24            A.   Uh-huh.
25            Q.   So was it sometime between March of
```

```
                                        Page 50
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2   2020 and January of 2021 when you bought these
 3   stocks of cruise lines and airline companies?
 4          A.  I don't remember, exactly.  But I
 5   assume it was -- because COVID was March you
 6   said --
 7          Q.  Yes.
 8          A.  -- 2020?
 9          Q.  Yes.
10          A.  So that would be ten months after.
11              Yeah, I don't remember, exactly.  But
12   I assume I purchased them within ten months after
13   COVID.
14          Q.  Okay.
15          A.  I like to buy things that I believe
16   in and I think are low hoping that they'll go up
17   in value.
18          Q.  Alright.  And so did you believe at
19   this time during the COVID pandemic in 2020 that
20   the market price of big cruise line and airline
21   companies was undervalued?
22          A.  I hoped.  Not believed, I hoped.
23          Q.  Okay.  And you turned out to be
24   right, didn't you?
25          A.  Yes.
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2              Q.   And am I right that you made a
 3      substantial amount of money on your investments
 4      in cruise lines and airlines?
 5              A.   Yes.
 6              Q.   Did you read any information sources
 7      at this time in 2020 about buying cruise line and
 8      airline company stocks?
 9              A.   I -- from the best of my knowledge,
10      everything I read said not to buy them.  They
11      said it would be a mistake, but I bought them
12      anyway.
13              Q.   Okay.  So it was a decision that you
14      made on your own?
15              A.   Yeah.  And I remember from back in
16      the days when I used to use those websites, that
17      they were often -- whatever they said, the
18      opposite seemed to occur.  Whenever they told you
19      not to buy something, if you look back at it and
20      realize you should have bought it and some --
21      vice versa.  So I went with my gut with them and
22      it worked out.
23              Q.   Okay.  Did you talk to anybody like
24      family or friends about buying airline and cruise
25      line company stocks in 2020?
```

```
                                                    Page 52
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2         A.   Again, from the best of my memory, I
 3    did and they advised me against it.
 4         Q.   Okay.  Were there any people who you
 5    talked to or who you read articles by or social
 6    media posts by who had the same idea you did and
 7    who were advising the purchase of airline or
 8    cruise line company stocks in 2020?
 9         A.   Not that I recall.
10         Q.   Okay.  So is it your view that you
11    went with your gut on the cruise line and airline
12    companies and got lucky?
13         A.   Yeah, I mean, I like to give myself a
14    little credit.  It wasn't pure luck but, yeah.
15              I remember Warren Buffet sold
16    everything and so everybody said, Warren Buffet
17    sold all his airlines.  What are you doing?
18              And I said, I don't know.  I just
19    feel like it could work and it did.
20         Q.   Okay.  So, at least, in this instance
21    with airline companies in 2020, you ended up
22    making a better decision than Warren Buffet?
23         A.   You could say that, I guess, yeah.
24         Q.   Okay.  Were you following news
25    sources -- and I'm including, you know,
```

```
                                              Page 53
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     newspapers and magazines and Internet sites that
 3     informed you about how the stock prices of
 4     airline companies declined when the COVID
 5     pandemic hit in 2020.
 6          A.  I don't recall, exactly.  But I must
 7     have seen somewhere that they tanked in value.
 8     And that's why I wanted to buy them.  Because I
 9     like to buy things when they're undervalue.
10          Q.  Okay.  Alright.  So let's say we're
11     in 2020.  You're interested in airline company
12     stocks like American Airlines or Delta or United.
13              Is there a website that you would go
14     to to look at stock price movements?
15          A.  Usually, when I look at stocks, I
16     just go to Google and I type in the company name
17     and the stock and Google comes up with their
18     graphs, such as like their Google stock graphs
19     that I look at for their current value and their
20     historical value.
21          Q.  Got it.
22              Okay.  So you had a practice at this
23     time in 2020 and 2021 of going to Google and
24     looking at Google stock price charts?
25          A.  Yeah.  I don't know if I would call
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      it "practice," but, yes, that's usually what I do
 3      when I want to learn the current price of a
 4      stock.
 5              Q.   Okay.  And these stocks that you
 6      decided to buy in 2020, the airline company
 7      stocks and the cruise line company stocks, were
 8      you following them for some period of time and
 9      thinking about buying them or was it a quick
10      decision, you had the idea, looked on the
11      Internet and then went and executed that day?
12              A.   From what I recall, I thought about
13      it for a few days, maybe a week and then pulled
14      the trigger and bought them.
15              Q.   Okay.  And during that time period
16      between when you had the idea and when you pulled
17      the trigger and bought the stocks, did you do
18      anything to read news about those companies?
19              A.   Again, I don't recall, but I do
20      remember feeling that whatever I did read or
21      whoever I spoke to said, that's too risky, don't
22      do it.
23                   And I do remember -- I don't remember
24      the sites, but I remember reading something
25      saying, like, you think these are low, it's a
```

                                                    Page 55

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2      deal, don't make this mistake.

3                   And I thought, whatever, like, after

4      I read this kind of stuff before and I'm just

5      going to -- for some reason, I just felt like I

6      should do it and I did it.

7              Q.  Okay.  And did you feel comfortable

8      at this time in making relatively risky

9      investments?

10             A.  I was nervous, but I was comfortable

11     enough to do it.

12             Q.  Okay.  So you understood, didn't you,

13     that buying stocks of airline and cruise line

14     companies in 2020 that you thought were under

15     value was riskier than just buying stock market

16     index funds, right?

17             A.  Yes.  And the index funds, yeah,

18     almost anything is more risky than that, yeah.

19             Q.  Okay.

20                  Alright.  So let me break that down

21     perhaps.

22                  So is it your understanding that

23     buying the stock of any individual company is

24     riskier than buying an index fund because an

25     index fund has diversification of lots of

```
                                            Page 56
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      different companies?
 3           A.  Yes.
 4           Q.  Alright.  And then did you further
 5      understand that stocks of airline and cruise line
 6      companies in 2020 during the COVID pandemic were
 7      riskier than the stocks of some other companies
 8      that weren't as affected by the pandemic?
 9           A.  Yes.
10           Q.  Alright.  And you were comfortable
11      making those trades, right?
12           A.  Comfortable enough to make the
13      trades.  But I remember being very nervous in
14      making them and unsure but fingers crossed kind
15      of thing.
16           Q.  And they ended up working out well
17      for you, right?
18           A.  Yes.
19           Q.  Do you use YouTube at all to follow
20      stocks?
21           A.  No.
22           Q.  Do you use Discord?
23           A.  No.
24           Q.  Do you use any video sources on the
25      Internet to follow stocks?
```

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2            A.   No.
 3            Q.   Do you watch channels like CNBC that
 4      have business news and that talk about
 5      investments and the stock market?
 6            A.   No.
 7            Q.   Alright.  So am I understanding right
 8      that in January 2021 your source for information
 9      about stocks you were thinking of investing in
10      was Google searches?
11            A.   Just to get the price.  It wasn't
12      even -- I wasn't looking for recommendations.  It
13      was just to see the price.
14            Q.   Okay.  And then when you read
15      articles about companies -- right, you explained
16      that the year before in 2020 you read articles
17      about airline and cruise line companies?
18                 Are those articles that you found
19      from Google searches?
20            A.   I don't recall.  I -- yeah, I would
21      assume, but I don't recall where I found them.  I
22      don't think I read too many.  I remember looking
23      at a few and everyone that warned me against it
24      made me more annoyed and made me want to buy it.
25            Q.   Okay.  Are there means other than
```

```
                                        Page 58
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    Google searches that at this time in 2020 and
 3    2021 you would use to find articles about
 4    companies you were thinking of investing in?
 5              A.  No.
 6              Q.  Okay.  So there was no newspaper or
 7    magazine or website that you would regularly read
 8    that had to do with investments?
 9              A.  No.
10              Q.  Before you buy stock in an individual
11    company -- or strike that.
12              At this time in 2020 and 2021, before
13    you bought stocks in particular companies, would
14    you read any of that company's SEC filings?
15              A.  No.
16              Q.  Would you look at the company's
17    financial statements?
18              A.  No.
19              Q.  Would you look at earnings
20    announcements or other news releases from the
21    company?
22              A.  No.
23              Q.  Would you read any analyst reports
24    about companies that you're invested in?
25              A.  No.
```

```
                                              Page 59
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2           Q.  Alright.  How about when you decided
 3    at this time in 2020 and 2021 to sell a
 4    particular stock, were there sources of
 5    information that you would look at before making
 6    a sell decision?
 7           A.  No.
 8           Q.  Okay.  So am I right that you were
 9    relying on your gut heavily to make both buy and
10    sell decisions?
11           A.  Yes, mostly, uh-huh.
12           Q.  Okay.  Have you ever heard the term
13    "limit order"?
14           A.  Yes, I've heard the term.
15           Q.  What do you understand a "limit
16    order" to be?
17           A.  I'm actually not sure.  Yeah, I'm not
18    sure.  It's something like -- I'm not that
19    advanced with investing.  I don't know.  I've
20    heard the term.
21           Q.  Okay.
22           A.  I'm trying to think of what I could
23    -- I can't even posit a guess.  I don't know.
24           Q.  Okay.  Have you heard the term
25    "market order" before?
```

```
                                              Page 60
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2         A.  Yes.
 3         Q.  Alright.  Do you understand how a
 4    market order is different from a limit order?
 5         A.  No.
 6         Q.  Okay.  At this time in January of
 7    2021, when you bought or sold stocks of
 8    individual companies, did you have a practice of
 9    just buying or selling at whatever the prevailing
10    market price is, or did you specify a price that
11    you would buy up to or a price that you would
12    sell down to?
13         A.  Yeah, now that you -- with that
14    question, I'm now thinking of limit order and
15    market order is something like buy this if it
16    hits this price, sell if it goes to this price or
17    something.
18              I never did that, as far as I
19    remember, because I don't -- I just purchased it
20    at the current price.
21         Q.  Okay.  So you don't recall using the
22    Robinhood app to enter limits that you would, you
23    know, only have Robinhood execute the trade if
24    the stock reached a predetermined price?
25         A.  No, I don't -- I don't recall doing
```

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2     that.

3              Q.  Alright.  I asked you about video

4     sources of information about investing.  And just

5     to make sure that I'm asking you about all

6     possible sources.  There are folks who might

7     listen to podcasts about investing.

8                  Do you ever do that?

9              A.  No.

10                 MR. RYAN:  Alright.  Why don't we use

11    Tab 3.

12             Q.  So we're going to mark as Exhibit 270

13    a document beginning with Bates No. P 1786.

14                 (There is a discussion off the

15    record.)

16                 (Deposition Exhibit 270, a copy of

17    Mr. Laine-Beveridge's Robinhood account statement

18    December 2020 PR0001786 to PR0001800 marked

19    Confidential, was marked for identification.)

20                 MR. ROSEN:  [STIPULATION] So, by the

21    way, I want to designate the transcript

22    "Confidential."

23             Q.  Alright.  Do you know what

24    Exhibit 270 is, Mr. Laine-Beveridge?

25             A.  It looks like my Robinhood portfolio.

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2            Q.  Alright.  And would you look at your
 3    monthly account statements from Robinhood?
 4            A.  No, I don't think I ever looked at
 5    the monthly statements.  I just log in and see
 6    what everything was.
 7            Q.  Okay.  So you would look at your
 8    account portfolio on the Robinhood app?
 9            A.  Yes.
10            Q.  Alright.  And so do you see that this
11    indicates on the right side of the first page
12    that as of December 31st, 2020 you had
13    99.3 percent of your Robinhood portfolio
14    allocated to equities?
15            A.  Yes, I see that.
16            Q.  And then you had a small amount in
17    cash, right?
18            A.  Yes.
19            Q.  Alright.  And are the equities then
20    the stocks that are listed on the second page of
21    Exhibit 270?
22            A.  It looks like it, yes.
23            Q.  Alright.  And so you had a large
24    amount invested at this time at the end of the
25    year in American Airlines, right?
```

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2              A.   Yes.

3              Q.   And in Carnival?

4              A.   Yes.

5              Q.   And Delta Airlines?

6              A.   Yes.

7              Q.   And in Norweigian Cruise Line?

8              A.   Yes.

9              Q.   And in Royal Caribbean Group?

10             A.   Yes.

11             Q.   And in United Airlines, right?

12             A.   Yes.

13             Q.   Alright.  And so those six companies

14    that I just went through, those are three

15    airlines and three cruise line companies, right?

16             A.   Yes.

17             Q.   Alright.  And so am I right that

18    that's where the bulk of your money was invested

19    at that time as of December 31st, 2020?

20             A.   Yes.

21             Q.   Okay.  So this indicates that you

22    also had a very small amount invested in a Spider

23    ETF; is that right?

24             A.   Oh, where is that?

25             Q.   It's the fourth line on the second

```
                                              Page 64

 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    page of Exhibit 270.
 3            A.  Yes.  Uh-huh.
 4            Q.  And so that was an --
 5            A.  DIA, yeah, I had DIA.
 6            Q.  A Dow Jones index fund ETF, right?
 7            A.  Yeah, DIA index fund, yeah.
 8            Q.  Okay.  But you only had 0.02 percent
 9    of your total portfolio invested in the index
10    fund at that time, right?
11            A.  Yes.
12            Q.  Okay.  And then you also held a small
13    amount of a company called Fuel Cell Energy?
14            A.  Yes.
15            Q.  What is Fuel Cell Energy?
16            A.  Electric, I think, they make
17    batteries for electric cars.
18            Q.  Okay.  And then you had a small
19    amount of money invested in Hertz?
20            A.  Yes.
21            Q.  That's the car rental company, right?
22            A.  Uh-huh.
23            Q.  You also had a fair amount of money
24    invested in the biotech company you talked about
25    iBio, right?
```

```
                                             Page 65

 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2              A.   Uh-huh.
 3              Q.   How did you go about deciding in 2020
 4       that iBio would be a good investment?
 5              A.   I don't recall, exactly.  I think
 6       somebody at work maybe suggested it.  And I
 7       looked at the price and it was super down.  It
 8       was like -- it looked like it had dropped like
 9       95 percent or something itself that went on and I
10       took a shot.
11              Q.   Do you remember hearing speculation
12       that iBio was working on a COVID vaccine?
13              A.   That might be why it was suggested to
14       me.  I don't recall exactly.
15              Q.   Okay.  So you may have decided to buy
16       the iBio stock on the speculation that it might
17       jump a lot, if they had succeeded in developing
18       and commercializing a COVID vaccine, right?
19              A.   I may have, yes.
20              Q.   Alright.  And I believe you said
21       somebody at work mentioned iBio to you?
22              A.   Yes.
23              Q.   Who was that?
24              A.   Probably Jesse or Alex, maybe
25       Brandon, some guys at work that, you know, do
```

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    small investing.
 3            Q.  Okay.
 4            A.  They were always throwing out names
 5    and I was like, whatever, whatever, whatever.
 6    And I think I looked at that one and I said, oh,
 7    that's really far down, so I could do it.
 8            Q.  Okay.  And so there were colleagues
 9    at your workplace who you talked about
10    investments with?
11            A.  In a minor way, yeah.
12            Q.  And where do Alex and Jesse and
13    Brandon work?
14            A.  New York Presbyterian Hospital.
15            Q.  I've been there.  It's a fine
16    hospital.
17            A.  Yeah.
18            Q.  Alright.  And were you working at New
19    York Presbyterian at that time?
20            A.  Yes.  When was this?  I'm trying to
21    remember exactly when I left there.  I don't
22    remember exactly when I left.  It was either 2020
23    or 2021.
24                But, yeah, if they were giving me
25    ideas, it was when I was working with them.
```

```
                                                Page 67

 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

 2              Q.   Okay.   And did you ever speak to

 3      Alex, Jesse or Brandon about AMC?

 4              A.   No.

 5              Q.   How about Nokia?

 6              A.   No.

 7              Q.   Alright.

 8              A.   That was -- yeah, I definitely had

 9      left the hospital by then.   That was -- yeah, I

10      had already left.   So, anyway, I didn't speak to

11      them about that stuff.

12              Q.   Okay.   So it was, I believe, around

13      April 2020 that you said you became a

14      self-employed nurse, right?

15              A.   Yeah.   I actually don't -- I don't

16      remember exactly when my last day there was, but

17      it was -- I think it was around there that I

18      became self-employed.

19              Q.   Okay.   And so being a self-employed

20      nurse, do you get shifts at a hospitals or how

21      does that work?

22              A.   No, I work privately with private

23      patients at their home.

24              Q.   Oh, I see, okay.

25                   And is there then some sort of agency
```

```
                                              Page 68
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    that you are involved with?
 3          A.   No, I work directly with the
 4    families.
 5          Q.   Okay.
 6               Okay.  And so, in the time since you
 7    became a private nurse, are there other people
 8    who you have a practice of speaking to about
 9    investments?
10          A.   No.  You know, I talk to my brother
11    sometimes, you know, but not really.
12          Q.   Okay.
13          A.   I don't have any strong investment
14    friends that I really -- mostly, it's all on my
15    own.
16          Q.   Did you ever talk to your brother
17    about AMC?
18          A.   I don't recall if I spoke to him
19    about it.
20          Q.   Did you ever talk to your brother
21    about Nokia?
22          A.   I don't recall.  I know that we both
23    love movies and we're half Finnish and so we
24    always talked about Nokia.  We knew Nokia to
25    crash since its heyday.  So those have kind of
```

```
                                               Page 69
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    been on our radar for a while.  So AMC had been
 3    way down too.
 4                So I don't have any specific
 5    recollection talking to him about that, but it's
 6    possible I did.
 7           Q.  Got it.
 8                Alright.  So is Laine a Finnish name
 9    then?
10           A.  Yes.
11           Q.  Alright.  And so are you aware that
12    Nokia, although it's a global company, its
13    headquartered in Finland, right?
14           A.  Yes.
15           Q.  And was that one reason why you
16    decided to buy Nokia stock?
17           A.  Yeah.  My mom grew up in Finland and
18    she used to have rubber boots made by Nokia.
19    They used to make rubber boots.  And I think she
20    was always sad that Nokia was this big, you know,
21    global giant for a while and then it kind of went
22    very much downhill and, you know, it was -- hoped
23    that it would make a come back.
24           Q.  Right.  There used to be cell phones
25    and so forth, right?
```

```
                                              Page 70
```

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2          A.   Exactly.

3          Q.   Alright.  And was one reason that you

4     bought AMC stock that you're a movie fan?

5          A.   Yeah.  I have the AMC Stubs A-List

6     membership.  I see movies frequently and I've

7     been -- when COVID happened, I was afraid that

8     they were going to close all the movie theaters

9     permanently.  So I've always been a supporter of

10    AMC.

11         Q.   What is the "AMC Stubs A-List"?

12         A.   Pay $26 a month and you can see three

13    movies a week for free.  It's 12 movies a month

14    for 26 bucks, which is a great deal.

15         Q.   Got it.

16              So you're a fan of the in-the-theater

17    movie experience?

18         A.   Yeah, very much, yeah.

19         Q.   Okay.  Alright.  So I'm back now on

20    Page 2 of Exhibit 270.

21              Do you see you had a small amount of

22    money in a company called Phunware?  That's

23    spelled beginning with a P-H.

24         A.   Uh-huh.  Yeah.

25         Q.   What is Phunware?

```
                                        Page 71
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2          A.  I don't even -- think it's a software
 3   company and I think that was probably something
 4   that somebody from work recommended.  It sounds
 5   like something that they would -- I don't think I
 6   bought very much at all.  It looks like it's one
 7   of those things that maybe I bought just so if it
 8   went up, I could say -- I mean, I bought so
 9   little, I couldn't actually make or lose money
10   from it.  But that would remind me to look at it
11   when I logged into Robinhood and I could tell
12   them, ah, man, you were right, I should have
13   listened to you or, you know, what are you guys
14   talking about, this thing tanked.
15          Q.  Got it.
16          So you were using that small
17   investment more as a tracking mechanism?
18          A.  Exactly, yes.
19          Q.  Alright.  And then do you see
20   beginning on Page 3 of Exhibit 270, there is a
21   listing of account activity?
22          A.  On Page 3?  Okay, yes.
23          Q.  Alright.  And so then this list just
24   goes on for some number of pages, but this lists
25   individual transactions for the month of
```

```
                                            Page 72
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     December 2020 in your Robinhood account.
 3                    Do you see that?
 4              A.   Yes.
 5              Q.   And do you see that you had a lot of
 6     activities -- I'm looking at, for example,
 7     Pages 4, 5, 6 of this exhibit that are called
 8     "crypto money movement"?
 9              A.   Yes.
10              Q.   And does that mean that you were
11     moving money out of your stock account into a
12     crypto account?
13              A.   Yeah.  Let's see.  Yes.  Yes.  Yeah,
14     because I sold the airlines and cruises at that
15     point, I believe.  I don't remember exactly,
16     honestly.
17              Q.   So you see here back on the first
18     page of Exhibit 270, your opening balance for the
19     month of December 2020 is shown as ███████████
20     and the closing balance is shown as
21     ██████████████?
22              A.   Yes.
23              Q.   And is it your understanding that
24     it's not that you lost money during this month,
25     it's that you sold some of your airline and
```

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      cruise line company stocks and moved the proceeds
 3      into a crypto account?
 4            A.   Yeah, I don't remember, exactly.  But
 5      it looks like that from this, yes.
 6            Q.   Alright.  Are you familiar with short
 7      selling?
 8            A.   Somewhat now when this whole thing
 9      happened, there was a lot of articles about it
10      and I read a little bit about it.  I'm still not
11      exactly sure what it is.
12            Q.   Okay.  So back at the beginning of
13      January 2021 -- if we can put ourselves back at
14      that time frame before the activities at issue in
15      this case -- were you familiar with what short
16      selling is?
17            A.   No.
18            Q.   And were you familiar with something
19      called a "short squeeze"?
20            A.   No.  So, I guess, short selling is
21      when -- as far as I know is when you think a
22      company is going to go down in value and somehow
23      you can make value with that belief.
24            Q.   Uh-huh.
25            A.   I don't know how it works exactly
```

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    but, yeah.
 3            Q.  Okay.  And so do you understand now
 4    what a "short squeeze" is?
 5            A.  Not exactly.  I believe it's -- if a
 6    number of people believe or are hoping to make
 7    money by a company decreasing in value, if that
 8    company goes up in value, it's squeezing the
 9    short sellers.  But I'm not sure.
10            Q.  Okay.
11            Alright.  So you've got a general
12    understanding that a short squeeze is a bunch of
13    people getting together to buy a stock or hoping
14    to squeeze out short sellers, right?
15            MR. ROSEN:  Objection.  That's not
16    what I said.
17            A.  No, not "a bunch of people."  From
18    what I know, it's when people that bet against --
19    people that bet against -- short sellers are
20    betting against the company, if they made the
21    wrong bet and the company doesn't continue to go
22    down, those people are squeezed.  It has nothing
23    to do with a group of people.
24            Q.  Okay.  Did you read articles in
25    January 2021 about a potential short squeeze?
```

Page 75

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2          A.   Not that I recall, no.

3          Q.   Do you recall hearing in January 2021

4     about GameStop?

5          A.   Before I purchased things?

6          Q.   Alright.  Let's just make sure we're

7     clear.

8               You didn't ever buy any GameStop

9     stock, did you?

10         A.   No, no.

11         Q.   Did you think about potentially

12    buying GameStop stock?

13         A.   No, because I don't -- I'm not a

14    video game player and I usually just -- I don't

15    know anything about it.  And, no, I never thought

16    about buying GameStop.

17         Q.   Okay.  Did you read articles in

18    January 2021 about how the price of GameStop's

19    stock was going up dramatically?

20         A.   Yeah.  I don't know when I read those

21    articles.  But, of course, it was huge news.

22    GameStop was everywhere, you know.

23         Q.   And did you read articles at the time

24    that contributed the price increase of GameStop

25    stock to a short squeeze?

```
                                                    Page 76
 1             CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2             A.   At some point, I remember reading
 3     articles about that.  I believe it was after
 4     everything happened with Robinhood, because a lot
 5     of that stuff came out.
 6             Q.  Okay.  Did you see that there were a
 7     lot of social media posts about GameStop?
 8             A.   Not much.  I don't have really like
 9     use social media that much.  So I don't remember
10     seeing any social media about it.  I think it was
11     more probably just open your phone and you see
12     the big news articles of the day.
13             Q.  Okay.
14             A.   I don't recall, specifically.
15             Q.   Do you have an Apple iPhone?
16             A.   Yes.
17             Q.   And so do you use Apple News to see
18     news headlines?
19             A.   Yes.
20             Q.   Okay.  And would following Apple News
21     on your phone be a principal source of
22     information for you at this time in January 2021
23     about potential investments?
24             A.   No, I don't think so.
25             Q.   Okay.  Do you have a computer or a
```

```
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    tablet that you use separately from the Apple
 3    iPhone?
 4          A.  I have a laptop.
 5          Q.  Okay.  And would you generally read
 6    news on your phone or on your laptop or both?
 7          A.  My phone, generally.
 8          Q.  Alright.  And would you use Apple
 9    News as the kind of way to see headlines
10    normally?
11          A.  Yeah, I think that most of the news
12    that I see is from my Apple News feed now.  I
13    don't think -- I think I joined Apple News more
14    recently.  I don't think I had it then, Apple
15    News.  I don't believe I did.
16          Q.  Okay.  If you didn't have Apple News
17    in January 2021, do you know how you would go
18    about seeing news articles on your iPhone?
19          A.  Not specifically, no.
20          MR. RYAN:  Alright.  Why don't we
21    take a five-minute break.
22          MR. ROSEN:  Okay.
23          MR. RYAN:  Probably good point.
24          MR. ROSEN:  Five minutes is fine.
25    And we'll look for those social media handles.
```

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     You said Twitter and Reddit and then he'll check
 3     if he has a TikTok account.
 4                THE WITNESS:  The Twitter he got.
 5                MR. ROSEN:  Oh, I'm sorry.  It's --
 6                THE WITNESS:  Reddit.
 7                MR. RYAN:  I think we were going to
 8     look at Reddit, Facebook and TikTok.
 9                MR. ROSEN:  Oh, Facebook, right.
10                THE VIDEOGRAPHER:  Should I go off?
11                MR. RYAN:  Let's go off the record
12     please.
13                THE VIDEOGRAPHER:  The time on the
14     video monitor is 11:31 a.m.  We're off the
15     record.  This ends Media 1.
16                (Recess taken 11:31 to 11:42 a.m.)
17                THE VIDEOGRAPHER:  We are back on the
18     record.  The time on the video monitor is
19     11:42 a.m.  This is the start of Media 2.
20          Q.  Did you have the opportunity during
21     the break, Mr. Laine-Beveridge, to look for some
22     more social media account names?
23          A.  Yeah, it looks like I don't have
24     Facebook.  I know I did.  It's gone.  I never had
25     anything on there.  But I don't know when I
```

```
                                                    Page 79

 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

 2     deleted it, I think.  I got rid of it because I

 3     think I told, again, my girlfriend I didn't have

 4     Facebook and she saw I had a Facebook, but I

 5     didn't use, but now it's like I deleted it and I

 6     don't have Facebook anymore.

 7                    My Reddit is ███████████, the same

 8     as my old Instagram was.  My only posts are about

 9     the biking community in New York City.

10                    And then TikTok I have nothing

11     posted.  But I have it so I can receive TikToks

12     that people send me and it's █████████

13     ████████████  without spaces or without the

14     dash.

15              Q.   Okay.  Thank you.

16              A.   You're welcome.

17                    MR. RYAN:  Alright.  Let me mark our

18     next exhibit.  So Exhibit 271 will be filing with

19     the Court in this case.  It's ECF366-3.

20                    (There is a discussion off the

21     record.)

22                    (Deposition Exhibit 271, Exhibit 2

23     Mr. Laine-Beveridge's Certification dated

24     7/27/21, was marked for identification.)

25              Q.   Alright.  Do you recognize
```

```
                                        Page 80
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    Exhibit 271?
 3          A.  Yes.
 4          Q.  What is it?
 5          A.  It's the complaint.
 6               MR. ROSEN:  Read it.  Read it.
 7          A.   "Blue Laine-Beveridge authorizes The
 8    Rosen Law Firm to file an action or amend the
 9    current action under the federal securities laws
10    to recover damages and to seek other relief
11    against Robinhood Financial LLC, Robinhood
12    Securities LLC, Robinhood Markets Incorporated
13    and others in connection with the purchase and
14    sale of the affected securities which include
15    American Airlines, AMC, BlackBerry" --
16               MR. ROSEN:  Just read it to yourself.
17               THE WITNESS:  Okay.
18               MR. ROSEN:  Because he asked you what
19    it is, but you have to read it to yourself, to
20    make sure you understand what the document is.
21    So just, you know --
22               THE WITNESS:  Okay.
23               MR. ROSEN:  -- yeah, take a look at
24    it.
25          A.  Okay.
```

```
                                        Page 81
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2              Q.  Alright.  So do you see Exhibit 271
 3      is a certification that's signed by you?
 4              A.  Yes.
 5              Q.  And you see in the second paragraph
 6      it reads, "Plaintiff declares as to the claims
 7      asserted under the federal securities laws that,"
 8      and then there's a listings of six numbered
 9      paragraphs that follow?
10              A.  Yes.
11              Q.  And then at the bottom, do you see
12      there is a sentence that reads, "I declare under
13      penalty of perjury under the laws of the United
14      States of America, that the foregoing is true and
15      correct"?
16              A.  Yes.
17              Q.  Alright.  And is that your signature
18      on the bottom right of the second page of
19      Exhibit 271?
20              A.  Yes.
21              Q.  And is that a signature that you
22      affixed to this document electronically using
23      DocuSign?
24              A.  Yes.
25              Q.  And did you execute this
```

```
                                            Page 82
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     certification that we've marked as Exhibit 271 on
 3     or about July 27th of 2021?
 4            A.  Yes.
 5            Q.  And is one of the paragraphs that you
 6     were declaring was true and correct numbered
 7     Paragraph 4 regarding the list of the purchases
 8     and sale that you made and the affected
 9     securities?
10            A.  Yes.
11            Q.  And are the purchases and sales that
12     you made in the affected securities the one that
13     are shown -- the ones that are shown on Schedule
14     A, which is the third page of Exhibit 271?
15            A.  I -- I can't -- don't remember these
16     specific purchases or anything, but it's what we
17     found when we looked at my -- at the activity,
18     yeah.
19            Q.  Alright.  And so who prepared
20     Schedule A to Exhibit 271?
21            A.  The Rosen Law Firm.
22            Q.  Alright.  And did they prepare it
23     based on information that you gave them?
24            A.  Yes.
25            Q.  Did you give them your Robinhood
```

```
1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2     account statements?
3             A.  Yes.  From what I recall, yes.
4             Q.  Did you send them account statements
5     or did you give them electronic access to your
6     Robinhood account?  How did you do that?
7             A.  I don't recall.
8             Q.  Okay.  But somehow you gave them
9     access to the information that was in your
10    Robinhood account?
11            A.  Yes.
12            Q.  Alright.  And this lists both
13    purchases and sales of AMC and Nokia stock; is
14    that right?
15            A.  Yes.
16            Q.  Alright.  And you understood at the
17    time in July of 2021 that you were declaring
18    under penalty of perjury that this list of
19    purchases and sales you made was true and
20    correct, right?
21            A.  Correct, yes.
22            Q.  And did you understand that this
23    certification was going to be filed with the
24    court in this action?
25            A.  I can't -- I don't recall it.  I
```

```
                                                  Page 84
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     don't -- I -- ask -- what's the question again?
 3            Q.  Sure.
 4                 Did you understand at the time that
 5     you signed this certification that we've marked
 6     as Exhibit 271 that The Rosen Law Firm was going
 7     to file the certification with the Court in this
 8     lawsuit?
 9            A.  Yes.
10            Q.  And did you understand that the Judge
11     was going to rely on this certification in
12     appointing you as Lead Plaintiff in this action?
13            A.  Yes.
14            Q.  Now, am I right that there is a total
15     of purchases of AMC shares that total 15,378
16     shares?
17            A.  Where is that?  Where do you see
18     that?
19            Q.  Yeah, so I'm looking -- there are
20     four AMC share purchases listed, right?
21            A.  Oh, purchases, yes, okay.
22                 Yes, I see them, if you add them up.
23            Q.  Right.
24                 So there's --
25            A.  Okay, I see it them.
```

```
                                          Page 85
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2            Q.   -- a purchase on January 20th of 2021
 3    of 3,275 shares, right?
 4            A.   Uh-huh.
 5            Q.   Correct?
 6            A.   Yes, I see it.
 7            Q.   And then there is a second purchase
 8    on January 22nd, 2021 of 5,573 shares?
 9            A.   Uh-huh.
10            Q.   Right?
11            A.   Yes.
12            Q.   The third purchase is on January 27,
13    2021 of exactly 6,000 shares, right?
14            A.   Yes.
15            Q.   And the final purchase is the same
16    day, January 27, 2021 of 530 shares, right?
17            A.   Yes.
18            Q.   And if you add up those four share
19    purchase amounts, you agree that you get 15,378
20    shares?
21            A.   I mean, I don't have a calculator,
22    but I assume that math looks about right.
23            Q.   Okay.  And then do you see over in
24    the right-hand side of Page 3 of Exhibit 271,
25    there are three AMC sales listed, right?
```

```
                                              Page 86
```

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2              A.   Yes.

3              Q.   There is a sale of 15,000 shares on

4    February 3rd, 2021, right?

5              A.   Yes.

6              Q.   A sale of 18 shares on June 15, 2021

7    right?

8              A.   Yes.

9              Q.   And then the third and final sale is

10   of 360 shares also on June 15, 2021, right?

11             A.   Yes.

12             Q.   Alright.  And so here it's maybe even

13   easier to see that if you total up those three

14   shares sale amounts, they total 15,378 shares,

15   right?

16             A.   Yes.

17             Q.   Alright.  And so is it your

18   understanding then that before January 20th, 2021

19   you didn't hold any AMC shares, right?

20             A.   Yes.

21             Q.   And after June 15th, 2021, you didn't

22   hold any AMC shares either, right?

23             A.   Yes.

24             Q.   Alright.  And so you bought the

25   15,378 shares in the second half of January 2021

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    and by June 15th of 2021 you had sold them all,
 3    right?
 4            A.  Yes.
 5            Q.  Now, we spoke earlier about how the
 6    COVID pandemic hit in March of 2020, right?
 7            A.  Yes.
 8            Q.  And you stopped working at New York
 9    Presbyterian around April of 2020, right?
10            A.  No, I think -- no, it must have been
11    2021, because I worked through COVID.  So, no, I
12    didn't -- I didn't leave -- if COVID was in
13    March, I didn't leave in April.
14            Q.  Okay.
15            A.  I worked through COVID.  So I don't
16    remember when I left, but it was after COVID had,
17    you know, died down.  I think it may have been
18    April 2021 that I worked in the hospital until.
19            MR. RYAN:  Okay.  Why don't we mark
20    another document as Exhibit 272.
21            (There is a discussion off the
22    record.)
23            A.  If you want, I can check my phone and
24    I can tell you the month that I did.  Because I
25    know I had little bit of a retirement party.  So
```

                                                    Page 88

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2     I can find the pictures from that and tell you

3     when it was.

4              Q.   Okay.  I may take you up on that.

5     Let me show you this first.

6                   This will be Exhibit 272.

7                   (Deposition Exhibit 272, a copy of

8     Mr. Laine-Beveridge's résumé P00001064 marked

9     Confidential, was marked for identification.)

10                  MR. RYAN:  And, for the record,

11    Exhibit 272 is a document with the Bates No.

12    P 1064.

13                  Do you recognize this exhibit?

14             A.   Yes.

15             Q.   What is it?

16             A.   My résumé.

17             Q.   Alright.  And do you see that this

18    indicates that you began work at New York

19    Presbyterian in October of 2011 and left in

20    April 2020?

21             A.   Well, I worked -- I started in 20 --

22    2005, October 20th, 2005 on the bottom at the

23    psychiatric clinic.

24             Q.   Got it.

25             A.   And then I worked until when I left.

```
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    I don't -- COVID was it March when it started?  I
 3    thought it was earlier.
 4          Q.  So sorry.  So -- and I may have
 5    inadvertently confused you.
 6              By "started," I mean, sort of the
 7    COVID shutdown when COVID became really bad and
 8    people --
 9          A.  It was March.
10          Q.  -- stopped going into work.  That was
11    March of 2020.  The first news reports out of
12    China were December 2020.
13          A.  Okay.  I'll have to look at it.
14          Q.  Excuse me, December 2019.
15          A.  So I know I worked through the brunt
16    of all COVID.  April sounds too early, but I have
17    to check.
18          Q.  Okay.  Let me focus in on
19    January 2021.
20          A.  Sure.
21          Q.  At the time you bought AMC and Nokia
22    shares, do you believe you were still working at
23    New York Presbyterian?
24          A.  I don't think I was -- I don't know.
25    I don't know.
```

```
                                          Page 90
```

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2               MR. ROSEN:  Do you want him to check

3    his phone?

4               MR. RYAN:  Yeah.

5               MR. ROSEN:  This way he can answer.

6               MR. RYAN:  Yes.

7          Q.  I appreciate that.

8          A.  Yeah.

9               So I have on there April.  Let me

10   see.

11              (The Witness searches through his

12   phone.)

13              So it wasn't April, because I'm

14   seeing pictures from July at the hospital at

15   work.

16              Sorry.  I have a lot of photos.

17              I'm not -- October -- what -- my mom

18   might know.  It's sounds embarrassing, but she

19   might remember better than me.

20              Do you want me to call her?

21              MR. ROSEN:  At a break maybe.

22         Q.  Yeah, (INAUDIBLE).

23              MR. ROSEN:  But you said, at least,

24   till July.

25         A.  Well, now I'm at November and I still

```
                                                    Page 91
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     think --
 3              Q.   November 2020?
 4              A.   Yeah.
 5              Q.   Okay.
 6              A.   I think I'm still there, because I
 7     don't see any pictures of the party.
 8              Q.   Alright.  Well, if you're already up
 9     to that, let's just move forward a little bit
10     than that, right, because what I'm really
11     interested in is the January to February 2021
12     time frame.
13              A.   Okay, got it.  Let's see.
14                   Okay.  December...
15                   I worked Christmas day of 2020.
16                   MR. ROSEN:  Is it possible that it
17     was April 2021 and you just got a typo on the --
18                   THE WITNESS:  It might be.
19              A.   So I've got 83,000 photos in my
20     phone.  It's crazy.
21                   (There is a discussion off the
22     record.)
23              A.   Alright.  Here is February 23rd and
24     there's a little cake and, I think, that's the
25     cake they gave me when I was leaving.
```

```
                                            Page 92
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2                 Okay.  So I took a lot of pictures.
 3     I think it was -- my last day was February 23rd.
 4           Q.  Got it.
 5                 MR. ROSEN:  2021?
 6           A.  Yeah, that was my last day at work
 7     because all these pictures of co-workers;
 8     February 23rd, 2021.
 9           Q.  Okay, thank you.
10           A.  Yup.
11           Q.  Alright.  So, at the time you bought
12     the AMC and Nokia stock at the end of
13     January 2021, you were still working at New York
14     Presbyterian?
15           A.  Yes.
16           Q.  Alright.  Thank you.  I appreciate
17     that clarification.
18           A.  Okay.
19           Q.  Alright.  So now let me ask you again
20     about AMC, right.
21                 So around March of 2020 is when the
22     COVID shutdown happens.
23           A.  Uh-huh.
24           Q.  And I assume you understood in 2020
25     that that affected AMC's business negatively,
```

```
                                                 Page 93
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     right?
 3            A.  Yes.
 4            Q.  And were you already at that time a
 5     member of the AMC stubs A list?
 6            A.  I don't recall when I joined.  I'm
 7     not sure if it was -- if they even had it then,
 8     yeah.
 9            Q.  Okay.  Is there a particular AMC
10     theater that you would regularly go to?
11            A.  I have three favorites.  My favorite
12     is Lincoln Square at 68th and Broadway.  They've
13     got the big Imax theater.
14            Q.  I've been there.
15            A.  Yeah.
16                 And my second favorite is 34th
17     between Eighth and Ninth.
18                 And my third favorite is the 42nd
19     Street.
20            Q.  Okay.  And so, you knew, I assume
21     from your firsthand experience that after things
22     shut down for COVID in 2020, there weren't a lot
23     of people going in person to AMC Movie Theaters,
24     right?
25            A.  They were shut down for a while.  You
```

Page 94

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      couldn't go at all, yeah.
 3            Q.  Alright.  And so your first purchase
 4      of AMC shares is January 20th, 2021, right?
 5            A.  Uh-huh.  Yes.
 6            Q.  Okay.  So that's a little over ten
 7      months after the COVID shutdown.
 8                So what happens on January 20th, 2021
 9      that leads you to decide to buy AMC stock?
10            A.  I don't recall, exactly.  I don't
11      know if any memory of anything specific that made
12      me buy it on that day.  I just know that I had
13      been thinking about it for a long time and just
14      seemed very -- I think -- I remember thinking
15      that it seemed low and then I believe people are
16      going to start, you know, going to the movies
17      again.
18            Q.  Do you remember reading any news
19      about any developments at AMC in January 2021?
20            A.  No.
21            Q.  I think I asked this question
22      generally before, but let me just make sure I ask
23      it, specifically.
24                In January 2021, did you read any SEC
25      filings by AMC?
```

Page 95

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2              A.   No.
 3              Q.   Any AMC news releases?
 4              A.   No.
 5              Q.   Any AMC financial statements?
 6              A.   I think I vaguely remember something
 7      about them staying -- like, they said we're not
 8      going to -- we're not going to go bankrupt or
 9      something, like, we're going to stay -- stay
10      alive.  And I remember being happy about that.
11              Q.   Okay.  So you heard that AMC made an
12      announcement that they believed that they were
13      not going to go bankrupt?
14              A.   Yup.
15              Q.   And that made you happy just as an
16      AMC customer?
17              A.   Yeah.  And because I had been
18      thinking about buying the stock.  I thought
19      that's a good sign that maybe it's not so risky.
20      I think when I bought it, I felt like enough time
21      had passed that if they were going to go
22      bankrupt, they would have.
23              Q.   Alright.  Is it possible that it was
24      January 25th, 2021 when the AMC CEO said that any
25      talk of an imminent bankruptcy is off the table?
```

```
                                      Page 96
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2            A.   That's possible.   I don't remember
 3      dates.
 4            Q.   Sure.
 5                 And really what I'm trying to ask you
 6      is whether you know whether your first purchases
 7      of AMC stock on January 20th and January 22nd,
 8      2021 preceded the statement that you're recalling
 9      by the AMC CEO that he didn't believe AMC was
10      going to go bankrupt?
11            A.   I can't be sure.
12            Q.   Okay.   So, as you sit here, you're
13      not sure which came first, that statement by AMC
14      about not going bankrupt or your first purchase
15      of AMC stock?
16            A.   I can't be sure.   You know, I would
17      assume it was after, but I can't be sure.
18            Q.   Alright.   Why don't we look at a
19      Newsweek article from January 27th, 2021.   So
20      this will be Exhibit 273.
21                 (Deposition Exhibit 273, Newsweek
22      article titled, "How the SaveAMC Campaign Caused
23      the Movie Theater Company's Stock to Soar," was
24      marked for identification.)
25            Q.   Alright.   And so do you see that
```

```
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     Exhibit 273 is an article entitled, "How the
 3     SaveAMC Campaign Caused the Movie Theater
 4     Company's Stock to Soar"?
 5          A.  Yes.
 6          Q.  And then you see there is a
 7     photograph of a deserted AMC Theater with some
 8     geese in an empty parking lot?
 9          A.  Yes.
10          Q.  And underneath that there is a
11     sentence that reads, "It all started with a
12     message posted to Reddit's R/Wall Street Bets
13     community on Tuesday in which a user shared a
14     detailed list of reasons to encourage people to
15     invest in AMC Entertainment Holdings Inc."?
16          A.  Yes.
17          Q.  Do you recall reading about this post
18     to Reddit's Wall Street Bets community about
19     reasons for people to invest in AMC?
20          A.  I don't recall doing that, no.
21          Q.  Okay.  And then if you turn to the
22     top of the third page of Exhibit 273, do you see
23     the text at the top of the page reads, "Anyone
24     who has been on social media the last couple of
25     days has likely, at least, seen mentions of the
```

```
                                           Page 98
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    Wall Street Bets community.  Members were
 3    responsible for making 'AMC to the moon' a
 4    rallying cry across various platforms, which led
 5    to the creation of humorous memes such as an
 6    astronaut happening upon an AMC Theater on the
 7    moon"?
 8            A.   Uh-huh, yes.
 9            Q.   Do you recall hearing at this time in
10    January 2021 about the "AMC to the moon" meme?
11            A.   Not specifically.  I don't remember,
12    no.
13            Q.   Okay.  Do you recall reading news
14    articles like this Newsweek article we've marked
15    as Exhibit 273 about how there was this social
16    media activity and there were a lot of people on
17    Reddit and other forums talking about "AMC to the
18    moon"?
19            MR. ROSEN:  Back in 2021?
20            MR. RYAN:  Yes.
21            A.   I remember after everything happened,
22    I thought, wow, like, this is affecting me.  I
23    just bought this stuff.
24                 And, of course, I can't say with
25    certainty that -- because I had been thinking
```

```
                                               Page 99
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     about purchasing Nokia and AMC for a while that I
 3     saw it somewhere, the name -- there were -- you
 4     know, and maybe that made me think about it
 5     again.
 6              But when I bought them, I wasn't
 7     looking at any of these Reddit campaigns and, you
 8     know, any kind of short squeeze intention.  I
 9     just thought these are the stocks that I've been
10     thinking about getting for a while.
11              And, yeah, of course, it's possible
12     that -- I don't know if they were like, if they
13     -- if there was articles.  I don't think -- I
14     don't believe that I -- cause I'm not active on
15     social media.  Reddit is just for biking stuff
16     for me.
17              So I can't say with certainty.
18     Because I don't remember.  But I certainly wasn't
19     thinking, oh, let me get on the short squeeze.
20     It was just -- I've been thinking about these
21     stocks for a while.  I looked at the prices
22     again, bought them.  And then when everything
23     blew up, I remember reading the article and
24     thought, whoa, this is what I just got.
25              Q.  Right.
```

Page 100

1      CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2              So what, I guess, I'm trying to

3      understand is -- we're on January 20th, 2021.

4      It's little over ten months after the COVID

5      shutdown.  And you've been, I guess, thinking

6      about buying AMC thinking that it's undervalued,

7      right?

8          A.   Uh-huh.

9          Q.   Something must have happened that

10     leads you to make that first buy of AMC shares.

11     And I guess that's what I'm trying to figure out,

12     right, because all the time has gone by since the

13     COVID shutdown when you haven't bought AMC and so

14     something must happen that leads you to make that

15     purchase.

16         A.   I don't recall anything that

17     happened.  Honestly, the way I am, I feel like if

18     I had seen these things, I wouldn't have done it.

19     Because I don't -- I think when things are big

20     like that, they don't work.  I opposed felt it

21     like the way I did the airlines and cruises when

22     everyone told me not to do it.

23              Like, I remember -- I remember

24     hearing about GameStop and thinking, no way,

25     these things don't -- there's not -- there is no

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    easy money.  You can't read an article and listen
 3    to something and make money.  It doesn't work --
 4    it's always too late at that point.
 5              So knowing me, if I had seen these
 6    things, I wouldn't have done it.  I wouldn't have
 7    bought those stocks.
 8         Q.  Alright.  And so what I think you
 9    just explained is that in 2020 when you bought
10    the airline cruise line company stocks, you were
11    going against conventional wisdom, right?
12         A.  Yes.
13         Q.  And then, I think, you explained that
14    when you heard about GameStop in January 2021,
15    you didn't think it was a good idea to jump on
16    that bandwagon, right?
17         A.  I never even considered it.  But I
18    remember thinking that everyone just thinks they
19    can buy GameStop and have inconsistent articles
20    about it.  I doubt that would work.  And I don't
21    make investments like that.
22         Q.  Okay.  And so it's your view then
23    that people who bought AMC and Nokia stock in
24    January 2021 just because there were a lot of
25    social media posts and articles talking about
```

Page 102

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2      those stocks, that that's not likely a good
3      investment strategy either?
4              MR. ROSEN:   Objection, calls for
5      speculation.
6              But you can answer.
7          A.   Yeah, I personally I would -- if a
8      friend came to me and said, hey, look, I read
9      this thing about Reddit about this stuff, I would
10     probably say, it's probably not going to work.  I
11     could be wrong.  But I would say, I wouldn't take
12     that risk.
13             Because I remember when this
14     happened, I was thinking, whoa, this is crazy,
15     because I just bought these things and now
16     they're some of the stocks that were buy button
17     was turned off and sell button was left on and
18     feeling frustrated by it.
19         Q.   Alright.  So, in your view, buying
20     stocks because there is a social media fad isn't
21     generally a good idea, right?
22         A.   Yes.
23         Q.   And your testimony then is that you
24     bought the AMC and Nokia stock in January 2021
25     not knowing that there was this social media

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     discussion?
 3            A.   Yes.
 4            Q.   And so it's your testimony that it's
 5     not that you bought AMC and Nokia because of the
 6     social media discussion, it's you bought those
 7     stocks for different reasons, not knowing that
 8     there was this social media discussion out there?
 9            A.   Yes.
10            Q.   Do you know whether are a lot of
11     members of the proposed class who bought AMC and
12     Nokia stock because of the social media
13     discussion?
14            MR. ROSEN:  Objection, calls for
15     speculation.
16            A.   I'm not sure.  I would assume that
17     some of them did buy it for this reason, yeah.
18            Q.   So, based on the articles that you've
19     read now, you would agree that there were a lot
20     of folks in January 2021 who were buying AMC and
21     Nokia stock because of this social media
22     speculation, right?
23            MR. ROSEN:  Same objection.
24            A.   I would assume there was some
25     purchases for that reason looking at this.  I
```

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2     mean, it's -- of course.  I mean, it's the way

3     it's spelled out for you, right.  Like, people

4     did that so...

5              Q.  Right.

6                   And, therefore, it stands for reason

7     that there would be a lot of members of the

8     proposed class who bought AMC and Nokia because

9     of this social media discussion, right?

10             A.  I don't know.  It's possible.

11             Q.  Okay.  But, if there are proposed

12    members of the class who bought AMC and Nokia

13    stock in January 2021 because of social media

14    discussion, they were following a different

15    investment strategy from you, right?

16             A.  Yes.

17             Q.  Alright.  So now if we look again at

18    this certification, Exhibit 271.  I don't know if

19    you still have that in front of you, Mr.

20    Laine-Beveridge.

21                  MR. ROSEN:  The one that says

22    Exhibit 2 on it.

23             A.  Yes.

24             Q.  Okay.  So, if we look at Schedule A,

25    which was the third page of the exhibit.

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2          A.   Uh-huh.

3          Q.   So we see here that when you first

4     bought AMC shares on January 20th, the price was

5     $3.05, right?

6          A.   Yes.

7          Q.   And then when you bought some more

8     shares of AMC on January 22nd, 2021, the price

9     was $3.58, right?

10         A.   Yes.

11         Q.   Alright.  And then we see that when

12    you bought 6,000 more shares of AMC on

13    January 27th, the price was now $15.89, right?

14         A.   Yes.

15         Q.   So the price had gone up,

16    approximately, fivefold in just five days from

17    January 27 [sic] to January 27, 2021, right?

18         A.   Yes.

19         Q.   Okay.  So why then did you think it

20    was a good idea on January 27th to purchase 6,000

21    more shares of AMC, even though the shares had

22    just gone up fivefold over the five previous

23    days?

24         A.   It's a good question.  I'm not sure.

25    I don't remember, specifically, why I did that.

Page 106

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     But it doesn't seem like my usual investment
 3     strategy.
 4            Q.  Isn't the reason that you made the
 5     purchase of additional AMC shares on January 27,
 6     2021 because you knew about the social media
 7     fueled momentum for AMC stock?
 8            A.  I don't know for certain.
 9            Q.  Okay.
10            A.  I -- I don't -- most likely I heard
11     about it at that point, but I can't -- I don't
12     remember, specifically, thinking that's why I'm
13     doing it or anything like that.
14            Q.  Okay.  So you're not ruling out the
15     possibility that when you bought these additional
16     AMC shares on January 27th, 2021 you knew about
17     the social media fueled momentum for AMC, right?
18            A.  No, I'm not ruling that out.  But I
19     don't remember, you know.
20            Q.  Okay.  When you bought AMC stock on
21     January 20th and January 22ne, 2021, did you
22     expect it to go up in price fivefold within less
23     than a week?
24            A.  No.  I remember being very surprised
25     by the timing and, you know, the increase in
```

```
                                              Page 107
```

1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2    price.

3           Q.  Okay.  So I guess what I'm trying to

4    figure out is, right, you buy this AMC stock.  It

5    goes up more than fivefold in a week and your

6    reaction isn't to sell the stock and make a lot

7    of profit, your reaction is to buy a whole lot

8    more stock.

9           So I'm trying to understand why

10   that's the way you reacted on January 27, 2021 to

11   this dramatic price increase in AMC stock price.

12          A.  Yeah, I don't remember, exactly.  But

13   at that point it stands to reason that I thought

14   it was going to go up further.  It seemed to just

15   be in takeoff mode.  And, yeah, it's definitely

16   not my usual strategy, but I did it at that time.

17          Q.  What do you mean by "takeoff mode"?

18          A.  It would seem like a, you know, like

19   crypto stock at that point, which is doing really

20   well.

21          I don't remember buying this

22   purchase.  But I can only assume that I thought

23   it would go up further.  That's why I bought it

24   and bought more.

25          Q.  So do you believe that when you made

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      the additional purchases of AMC stock on
 3      January 27th, 2021, you thought the stock had
 4      momentum?
 5              A.  Yes.
 6              Q.  Okay.  So you made a reference
 7      earlier to a statement you recall at some point
 8      in time from AMC that they didn't think that they
 9      were going to go bankrupt, right?
10              A.  (No response.)
11              Q.  Do you recall learning anything else
12      about the company in January 2021 that influenced
13      your decision to buy AMC shares?
14              A.  No.  And now I'm thinking.
15                  Did you mention before that the
16      article by AMC that they weren't going to go
17      bankrupt until the 25th?
18              Q.  I believe there was a statement by
19      the AMC CEO that was reported in the press on
20      January 25th about his belief the company would
21      not go bankrupt, yes?
22              A.  So that may have influenced why I
23      purchased the extra shares on the 27th.
24              Q.  Okay.  But you don't recall sort of
25      actually going through that thought process at
```

Page 109

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2      the time, do you?

3              A.  No.  I don't remember detailed dates.

4      I remember I liked AMC.  I bought it and then it

5      was all the sudden this big stock in the news.

6      And I remember hearing that it wasn't going to go

7      bankrupt and I remember feeling guilty because I

8      had never purchased it before and, you know, I

9      just felt confident when I finally decided to do

10     it that it was -- you know, I was hoping to have

11     another cruise line/airline experience with it.

12             Q.  Okay.  Do you recall when you bought

13     these additional shares of AMC on January 27,

14     2021 for 15 or $18 a share, do you recall kicking

15     yourself for not buying more AMC stock the week

16     before?

17             A.  I must have.  I don't recall it, but

18     I probably did, you know.

19             Q.  Alright.  And so, if you were still

20     working at New York Presbyterian Hospital at this

21     time, right, because we talked earlier about how

22     your last day was February 23rd, 2021, do you

23     recall talking about this experience of buying

24     AMC stock and then seeing it go up fivefold

25     within a few days?  Do you recall talking about

```
                                            Page 110
```

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2      that experience with Alex or Jesse or Brandon or

3      any of your other colleagues at New York

4      Presbyterian?

5              A.   I don't recall discussing it with

6      them, no.

7              Q.   Did you e-mail or text anybody like

8      friends or family about this experience you were

9      having about AMC stock rocketing up so

10     dramatically?

11             A.   I don't recall.  I may have talked to

12     my brother and told him or something, but nothing

13     specific.

14             Q.   Okay.

15             A.   I think I do remember at work talking

16     about GameStop and I think I remember telling

17     them that I didn't think that was a good idea.

18             Q.   Okay.

19             A.   But I remember not -- I was -- I

20     didn't really know much about it.  They just --

21     but I remember hearing something about GameStop

22     and I said, I wouldn't recommend it or something.

23             Q.   Okay.  And so is the reason that you

24     were leery about GameStop you just thought that

25     there was a lot of people talking about it and

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2     the stock price had gone up and so anybody who

3     would be getting in later would already be

4     getting in too late; is that the reason?

5               MR. ROSEN:  Objection.

6          A.  I don't have any specific

7     recollection.  But, generally, it's just once

8     things -- once something is talked about -- like

9     same with the crypto craze.  When crypto was --

10    once everyone -- once it's in the boom cycle, I

11    feel like it's too late.

12         Q.  Yeah.

13         A.  You got to buy it when nobody is

14    buying it and I know they said the same about

15    GameStop.

16         Q.  Okay.  And so, for an investment

17    where there is a lot of momentum like this, the

18    people who are going to make money are going to

19    be the people who get in on the ground floor,

20    right?

21         A.  Yes.

22         Q.  And so were you hoping that when your

23    purchases of AMC and Nokia stock in January of

24    2021 that you would be getting in early enough

25    that you would be able to make a lot of money?

Page 112

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2          A.   I don't know about "a lot," but it

3     just seemed low and I just had this feeling that

4     it could go up.

5          Q.   Alright.  And at this time between

6     January 20th and January 27th of 2021, was it

7     your feeling that it was already too late to get

8     into GameStop because it had already been talked

9     about so much?

10         A.   I don't remember.  I don't remember

11    anything about like the time periods or if it was

12    talked about before this happened or after.  I

13    really don't remember.

14         Q.   Okay.  Is that generally, though, how

15    you would think about a momentum driven stock

16    like GameStop or a crypto investment, that if

17    it's been talked about a lot and it's risen up a

18    lot in price, then it's probably too late to jump

19    in?

20         A.   Yeah.

21         Q.   Now, let me ask about Nokia, right.

22              So you spoke earlier about how your

23    mother's Finnish, right?

24         A.   (No response.)

25         Q.   And so you had a certain affinity for

Page 113

CONFIDENTIAL - BLUE LAINE-BEVERIDGE

1          Nokia that way, right?

2                    A.   Uh-huh.

3                    Q.   Are there any other reasons that you

4          bought Nokia stock, other than that it's a

5          Finnish company?

6                    A.   Not that I recall, specifically, no.

7                    Q.   And so my question, I guess, again,

8          is going to be about January 27th, 2021, right.

9                         You, obviously, knew about Nokia and

10         about the fact that it's Finnish for years,

11         right?

12                   A.   Yeah, of course, yeah.

13                   Q.   So what happens that that day on

14         January 27, 2021 that leads you to pull the

15         trigger and buy Nokia stock?

16                   A.   I don't recall.  But looking at the

17         dates now, it's funny I thought that I bought

18         them at the same time.  But I'm seeing here that

19         Nokia I purchased on the 27th.

20                        To the best of my recollection, I

21         bought Nokia because I always wanted to buy it

22         and it's a Finnish company.  By looking at these

23         dates I don't know if I had heard about Nokia

24         somewhere and it might have spurned me to, you

Page 113

1                    CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2          Nokia that way, right?

3                    A.   Uh-huh.

4                    Q.   Are there any other reasons that you

5          bought Nokia stock, other than that it's a

6          Finnish company?

7                    A.   Not that I recall, specifically, no.

8                    Q.   And so my question, I guess, again,

9          is going to be about January 27th, 2021, right.

10                        You, obviously, knew about Nokia and

11         about the fact that it's Finnish for years,

12         right?

13                   A.   Yeah, of course, yeah.

14                   Q.   So what happens that that day on

15         January 27, 2021 that leads you to pull the

16         trigger and buy Nokia stock?

17                   A.   I don't recall.  But looking at the

18         dates now, it's funny I thought that I bought

19         them at the same time.  But I'm seeing here that

20         Nokia I purchased on the 27th.

21                        To the best of my recollection, I

22         bought Nokia because I always wanted to buy it

23         and it's a Finnish company.  By looking at these

24         dates I don't know if I had heard about Nokia

25         somewhere and it might have spurned me to, you

Page 114

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2      know, reconsider buying it.

3              Q.  Okay.  So you think that it's

4      possible that you saw something in the news on

5      January 27th, 2021 about Nokia stock price going

6      up and that's what led you to buy it?

7              A.  It's possible, of course.  And -- but

8      I do know that I remember thinking that it was

9      still low in value when I bought it.  But, yeah,

10     I don't have any specific recollection of looking

11     at something and thinking, this is why I'm going

12     to buy it.

13             Q.  Alright.  At this time in

14     January 2021, when you bought stocks on

15     Robinhood, would you generally buy them on your

16     iPhone using the Robinhood app?

17             A.  Yes, usually, I would use the phone,

18     uh-huh.

19             Q.  Okay.  Do you remember what time you

20     got off work at this time in January 2021, right?

21     So this is the month before your last work month

22     at New York Presbyterian like what shift?

23             A.  So my shifts start at 7:30 a.m. until

24     8 p.m.  And then I'd usually leave the hospital

25     at around 8:30 on average.  If I'm lucky, I'd get

Page 115

```
 1             CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     out at eight.  If there were tough patients, then
 3     we would get out at nine.
 4             Q.   Long shift.
 5             A.   Yeah.
 6             Q.   Okay.  Alright.  Let me show you --
 7                  MR. RYAN:  Let's mark Tab 6, Robert.
 8                  (Deposition Exhibit 274, collection
 9     of AMC and Nokia trading data from Mr.
10     Laine-Beveridge's Robinhood account
11     RHMDL00097433.001 through RHMDL00097433.097
12     marked Confidential, was marked for
13     identification.)
14                  MR. RYAN:  Alright.  So Exhibit 274
15     will be a collection of AMC and Nokia trading
16     data from Mr. Laine-Beveridge's Robinhood account
17     that has the Bates No. RHMDL00097433.001 through
18     .097.
19                  MR. ROSEN:  Thank you.
20             Q.   So I can represent to you, Mr.
21     Laine-Beveridge, that what this is is information
22     that we pulled from our client's database at
23     Robinhood about the buys and sells in your
24     account with the account number that's shown in
25     the left-hand column here for AMC and Nokia and
```

```
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      it has timestamps that show when you placed the
 3      various orders, okay?
 4           A.  Okay.
 5           Q.  And so you see this very first order
 6      on January 20th, 2021 for AMC stock looking at
 7      the column in the middle of the page where it
 8      says, "order created at UTC."
 9           And do you see that says 20:22?
10           A.  Yes.
11           Q.  And some seconds?
12           A.  Yes.
13           Q.  Alright.  And so my understanding is
14      that that's in universal time or Greenwich Mean
15      Time.  And so what that means is 3:22 in the
16      afternoon New York Time.
17                MR. ROSEN:  So you subtract?
18                MR. RYAN:  Subtract five hours.
19           A.  Okay.
20           Q.  Okay.  And so my question, I guess,
21      is, based on your practice when you would use the
22      Robinhood app, is it that you're not working that
23      day, right?
24           Obviously, you've got very long
25      shifts.  So I'm not sure you're working every day
```

Page 117

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     then, right?
 3                  Is it a day that you're not working
 4     or would you like go on the Robinhood app when
 5     you're in the break room at work?  How did that
 6     work?
 7              A.  I work three days a week.  Actually,
 8     no, at that time I was part-time.  So I only
 9     worked two days a week.  It's possible I could
10     have checked my Robinhood app at work.
11              Q.  Okay.
12              A.  If it was only the two days I was
13     working that week, yeah.
14              Q.  Were there days of the week that you
15     regularly worked at that time?
16              A.  No.  It was -- it was self-scheduling
17     and I would try to work Monday through Friday --
18     or Friday through Monday.  I worked Friday,
19     Saturday, Sunday, Monday, four days in a row and
20     then I'd be off for ten days.  I would work
21     another four days and be off for ten days,
22     because those were my -- Friday and Saturday were
23     the two days that one week and then Sunday Monday
24     were the two days -- two days of the following
25     week.  The weeks switched between Saturday and
```

Page 118

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2     Sunday.
3          Q.  Yeah, got it.
4               Okay.  Alright.  And then you see --
5     and I'm, again, on this very first row here in
6     Exhibit 274.
7               Do you see that this is described as
8     a limit order?
9          A.  Yes.
10         Q.  With an order price of $3.08?
11         A.  Yes.
12         Q.  And then you see over in the
13    right-hand column there is an execution price of
14    3 dollars and 4.91 cents?
15         A.  Yes.
16         Q.  And does that refresh your
17    recollection that the way you made this buy order
18    is that you were placing a buy order at a price
19    up to $3.08?
20         A.  Yeah, I see that, yes.
21         Q.  Alright.  And then Robinhood ended up
22    getting you an execution price that was a bit
23    better than that, that was a little bit less than
24    3 cents a share more favorable than your limit
25    order price, right?

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2         A.  Yes.
 3         Q.  Have you ever traded in AMC options?
 4         A.  No, not that I can recall, no.
 5         Q.  How about Nokia options?
 6         A.  Not that I can recall.
 7         Q.  Have you ever traded in options for
 8    any stock?
 9         A.  I don't know what an "option" is.
10    So, if I did it, it's weird because I don't know
11    what it is, yeah.
12         Q.  Okay.
13              Alright.  Do you recall that
14    January 28th, 2021 was the day when Robinhood
15    imposed purchase restrictions on certain stocks
16    before the market opened that day?
17         A.  I don't recall like a specific -- I
18    don't recall a moment where I -- I don't remember
19    a moment right now where this is the moment that
20    they turned everything off.
21              Yeah, I have a pretty bad memory in
22    general about the past.
23         Q.  Do you recall that there was a lot of
24    news coverage that day that Robinhood had imposed
25    these certain purchase restrictions?
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2         A.  Again, I can't say for certain that
 3    day.  I know that there was a lot of stuff within
 4    the days afterward.  I don't remember if I
 5    remember anything that day or when I -- when I
 6    heard about it.  But I know there was a lot of
 7    news coverage.
 8         Q.  Do you remember that Robinhood sent
 9    you a notification on your phone that day that
10    informed you about the Robinhood purchase
11    restrictions?
12         A.  I don't recall that.
13         Q.  Okay.  I take it you don't deny that
14    you got a notification from Robinhood on your
15    phone of that type, do you?
16         A.  No.
17         Q.  Alright.  At some point whether it
18    was that day or shortly thereafter, you agree
19    that you read a lot of news coverage about the
20    Robinhood purchase restrictions, right?
21         A.   I don't know if I can say I read "a
22    lot."  I don't know if it was even that day or
23    the next day.  I don't -- I may have just not
24    been paying attention for a couple days and
25    learned about it a few days after that.  Like, I
```

```
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2   don't know what day it was.  But it had to have
 3   -- I had to have learned about it at some point
 4   within the next few days at some point, yeah.
 5          Q.  Okay.  And the first sale that you
 6   make of any these shares that you bought in AMC
 7   and Nokia, according to exhibit 271, was a sale
 8   of 15,000 AMC shares on February 3rd, 2021.
 9          Do you see that?
10          A.  Yes.
11          Q.  Alright.  And so, if I represent to
12   you that it was on the morning of January 28th
13   that Robinhood put the purchase restrictions in
14   place, you would agree that you knew about those
15   already by the time you sold your AMC shares on
16   February 3rd, 2021, right?
17          A.  Yes.
18          Q.  Alright.  And you sold those shares
19   at a price of $8.34, right?
20          A.  Yes.
21          Q.  And then you held onto 378 shares of
22   AMC, right?
23          A.  Yes.
24          Q.  Why?
25          A.  I don't recall.  I guess I just
```

Page 122

CONFIDENTIAL - BLUE LAINE-BEVERIDGE

1

2    didn't want to give up the whole idea.  I mean,

3    it seems like a small amount to keep, right.  I

4    have no recollection of why I did that.

5          Q.  Okay.  And you held those 378 shares

6    of AMC until June 15, 2021, right?

7          A.  Yes.

8          Q.  When you sold them for,

9    approximately, $59 a share, right?

10         A.  Yes.

11         Q.  Alright.  Now, isn't it the case that

12   on the AMC purchases and sales that are shown on

13   Page 3 of Exhibit 271, you made money?

14         A.  Yes.  Well, I didn't even realize it

15   went up that much.

16         Q.  Okay.  Alright.  So you agree that on

17   the AMC shares that you bought between

18   January 20th and January 27th of 2021, in total,

19   looking at all three of the sales you made, 2 on

20   February 3rd and 2 of them on June 15, 2021,

21   overall you made money our AMC investment, right?

22             MR. ROSEN:  Objection, calls for a

23   legal conclusion and expert testimony.

24         A.  You're asking if overall I made or

25   lost money on AMC?

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2          Q.   Right.
 3          A.   Let's see.  I bought it at three,
 4     bought more on 15.
 5               I don't know, because I bought 6,000
 6     shares at $15 and sold 15,000 shares at $8.  So I
 7     don't know.  I haven't done the math.  But, I
 8     mean, I definitely lost a lot of money on those
 9     that I bought for the 6,000 shares I bought for
10     15 and sold most of that for $8.
11          Q.   Okay.  But you've got no reason to
12     disagree with me that if we did the math here, if
13     for all of your AMC purchases and sales that are
14     shown on Page 3 of Exhibit 271, if we multiplied
15     out the number of shares by the price, you've got
16     no reason to disagree with me that overall the
17     money you got from the sales is more than the
18     money that you spent on the purchases, right?
19          A.   No, there is no reason to say that's
20     not possible.
21          Q.   Okay.  Alright.  And I'll represent
22     to you that that's what this math, in fact,
23     shows.
24          A.   Okay.  Okay.
25          Q.   That you made money on the sales
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     compared to your purchase price in AMC.
 3                   Do you have an understanding based on
 4     that fact whether you are a member of the
 5     proposed class with respect to your investments
 6     in AMC?
 7          A.   Ask -- what was the question again?
 8          Q.   Right.
 9                   So assuming that my math is right --
10          A.   Yeah.
11          Q.   -- and that you made money on your
12     AMC sale, do you have an understanding whether
13     you are a member of the proposed class with
14     respect to your investments in AMC?
15                   MR. ROSEN:   Objection, calls for a
16     legal conclusion.
17                   But you can answer the question.
18          A.   I think because during that period I
19     lost money.  I'm still a member.  During the five
20     days after they turned the buy button off, I'm
21     still a member.  I lost money in that period.
22          Q.   So you're now saying if we look only
23     at your sale on February 3rd, 2021 and if we
24     ignore the sales on June 15th, 2021 you believe
25     you lost money on the February 3rd sale alone?
```

Page 125

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2          A.  Well, I did, right, if you look at

3    the numbers, yeah.

4          Q.  Okay.

5          A.  And looking at where it went, this is

6    why this is so frustrating.  Because I wouldn't

7    have sold if they didn't turn the buy button off

8    and it went up to $60, which is very frustrating.

9    But that's why we're here.

10          Q.  On February 3rd, Robinhood -- or by

11    February 3rd, 2021, Robinhood had turned the buy

12    button back on for AMC, right?

13          A.  I'm not sure when they turned it back

14    on.  I don't know which day exactly.

15          Q.  Okay.  So you don't know whether the

16    buy button was back on on February 3rd, 2021 on

17    the Robinhood app for AMC stock; is that right?

18          A.  Well, it was off for five days.  28

19    -- how many days in January?

20               So, no, I don't remember,

21    specifically, having a recollection of that time.

22          Q.  Okay.  I'm just trying to make sure I

23    understand what your understanding of the facts

24    of the case is.

25          A.  Let's see.

```
                                              Page 126
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2           Q.  Your understanding of the facts of
 3      the case it appears is that --
 4           A.  Yeah, no.
 5           Q.  -- the buy button was turned off for
 6      the whole time --
 7           A.  When I sold -- when I sold the first
 8      AMC, the buy button was still off and the sell
 9      button was still on.  So it was still going down
10      in value.
11           Q.  Okay.  So is it your understanding of
12      the facts of this case that for the five trading
13      day class period, which I can represent to you is
14      January 28th, 2021 through February 4th, 2021,
15      it's your understanding that the buy button was
16      off at Robinhood for that entire period, right?
17           A.  Yeah.  When I first made the big
18      sell, it was still off.
19           Q.  Okay.  And so would it surprise you
20      to learn that, in fact, Robinhood had turned the
21      buy button back on for AMC stock by February 3rd,
22      2021?
23                MR. ROSEN:  Objection.  It's not
24      accurate.  I mean, they had multiple
25      restrictions.
```

```
                                        Page 127
```

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2                    MR. RYAN:  Don't make speaking

3      objections.

4                    MR. ROSEN:  But it's not accurate.

5          A.   Yeah, I'm not --

6                    MR. RYAN:  I believe it is accurate.

7          A.   I remember there was like bogus stuff

8      where they would let you buy one share or five

9      shares, which is totally -- it might as well be

10     20.  It was total scam to try and get people to

11     -- to try to act like they weren't restricting I

12     mean.  If you can buy five shares, that's as good

13     as no shares.

14         Q.   Alright.  So you do understand that

15     there was a period in time when Robinhood turned

16     the buy button back on and had a share purchase

17     restriction that said there is certain number of

18     shares that somebody could buy?

19         A.   Yeah, a laughably small amount that

20     wasn't anything that anybody could really invest

21     with.

22         Q.   Alright.  And so do you understand

23     whether by February 3rd, 2021 Robinhood had in

24     fact turned the buy button back on and replaced

25     it with a share purchase limitation of the type

```
                                        Page 128
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     that we just discussed?
 3           A.  Yeah, I personally wouldn't call it
 4     turning the buy button back on.  I would say the
 5     buy button was still off, but they allowed you to
 6     buy a few shares.  That's how I would word it.
 7           Q.  Okay.  So what happened on
 8     February 3rd, 2021 that led you to sell 15,000
 9     AMC shares, right?  Because I'm asking you didn't
10     sell on January 28th or in any of the subsequent
11     days when you knew that the buy button was turned
12     off.
13              Why is it that on February 3rd you
14     made the decision to sell 15,000 AMC shares?
15           A.  I guess I just probably saw it.  I
16     was afraid it was going to go even lower and I
17     thought that they were going to continue to
18     manipulation things and crash the price.  I
19     didn't trust that they would, you know, fix it.
20     So I sold.
21           Q.  Okay.  And if you held those 15,000
22     AMC shares until June 2021, you would have made a
23     lot of money, right?
24           A.  Yup.
25           Q.  When you made the sale decision of
```

Page 129

CONFIDENTIAL - BLUE LAINE-BEVERIDGE

1      the 15,000 AMC shares on February 3rd, 2021, did

2      you have any new information about AMC's

3      business?

4      A.  Not that I recall.

5      Q.  Had you read any company earnings

6      releases or SEC filings?

7      A.  No, not that I recall.

8      Q.  Had you read any analyst reports

9      about AMC leading up to your February 3rd, 2021

10     sale of 15,000 shares?

11     A.  Not that I recall.

12     Q.  Alright.  And is it your

13     understanding that you're a member of the

14     proposed class as it relates to your transactions

15     in AMC because one of your sales was during the

16     proposed class period, namely, your February 3rd,

17     2021 sale?

18     A.  Yes.

19     Q.  Okay.  So, for Nokia, do you agree

20     that you did not have any sales during the

21     proposed class period?

22     A.  Yes.

23     Q.  And so is it your understanding then

24     that you are not a member of the proposed class

```
                                               Page 130
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     as it relates to Nokia?
 3           A.  I'm not sure.  I'm not -- I'm not
 4     totally sure about that.
 5           Q.  Okay.  So, as you sit here today,
 6     you're uncertain one way or the other as to
 7     whether you are a member of the proposed class as
 8     it relates to your transactions in Nokia; is that
 9     right?
10           A.  I thought I -- I thought my Nokia
11     transactions were relevant.  But I'm not sure
12     because if the class period is only five days and
13     I didn't sell it until the 22nd.  I don't know.
14           Q.  Alright.  Your first sale of Nokia
15     sales was on February 22nd, 2021, right?
16           A.  Yes.
17           Q.  Okay.  Now, did you at some point
18     execute a new certification?
19           A.  You mean like Exhibit 2?  A new one
20     like that you mean?
21           Q.  Yes.  And by "Exhibit 2," you're
22     referring to what we marked in this deposition as
23     Exhibit 271 that says in big bold letters on the
24     front page "Exhibit 2," correct?
25           A.  Yes.
```

```
                                        Page 131
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2            Q.  So I'm asking did you at any point in
 3      time execute a certification that in its form is
 4      very similar to the certification that we've
 5      marked at Exhibit 271 in this deposition?
 6            A.  I don't recall, exactly.
 7                 MR. RYAN:  Alright.  Let me mark the
 8      next document as Exhibit 275.
 9                 And this, for the record, will be
10      documents with Bates No. P 2834 through 59.
11                 (Deposition Exhibit 275, Mr.
12      Laine-Beveridge's Certification dated 4/14/23
13      P00002834 to P00002859, was marked for
14      identification.)
15                 MR. ROSEN:  Thank you.
16                 This is 275?
17                 MR. RYAN:  Yes.
18            Q.  Do you recognize Exhibit 275, Mr.
19      Laine-Beveridge?
20            A.  Yes.
21            Q.  And is this a document that is
22      headed, "Certification," on the first page?
23            A.  Yes.
24            Q.  And that similar to the Certification
25      we were looking at before in Exhibit 271 begins
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     with the word, "Blue Laine-Beveridge, the
 3     Plaintiff, authorizes The Rosen Law Firm, P.A.,
 4     to file an action or amend a current action under
 5     the federal securities laws to recover damages
 6     and to seek other relief against Robinhood
 7     Financial LLC, Robinhood Securities LLC,
 8     Robinhood markets Inc.," and others in connection
 9     with the purchase or sale of one or more of the
10     nine stocks listed?
11              A.  Yes.
12              Q.  And like the Certification that we
13     were looking at in Exhibit 271, the Certification
14     in Exhibit 275 reads, "Plaintiff declares as to
15     the claims asserted under the federal securities
16     laws," and then has six numbered paragraphs,
17     right?
18              A.  Yes.
19              Q.  And like the Certification we looked
20     at in Exhibit 271, the Certification in
21     Exhibit 275 states that you "declare under
22     penalty of perjury under the laws of the United
23     States of America that the foregoing is true and
24     correct," right?
25              A.  Yes.
```

```
                                          Page 133
```

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2              Q.   And is that your signature in the

3        bottom right at the first page of Exhibit 275?

4              A.   Yes.

5              Q.   And is that a signature that you

6        affixed electronically by DocuSign?

7              A.   Yes.

8              Q.   And did you sign this Certification

9        in Exhibit 275 on or about April 14th, 2023?

10             A.   Yes.

11             Q.   Why did you execute a revised

12       Certification?  Well, strike that.

13                  Why did you execute the new

14       Certification that we've marked as Exhibit 275?

15             A.   I believe the lawyers missed some of

16       the transactions initially and they amended it,

17       from what I recall.

18             Q.   Okay.  And is that something that

19       somebody from The Rosen Law Firm told you?

20             A.   Yes.

21             Q.   In your understanding, was your

22       Certification in Exhibit 271 an error?

23                  MR. ROSEN:  Well, what -- you mean

24       the list of transactions; is that what you're

25       talking about?

```
1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2                   MR. RYAN:  No.  Let me ask -- it's
3       very simple question.
4              Q.  When you executed Exhibit 275 --
5              A.  Uh-huh.
6              Q.  -- did you believe that there was
7       anything wrong with Exhibit 271?
8              A.  I think they added transactions.  I
9       don't know if I call it an "error."  But they
10      missed some of them, initially.
11             Q.  Alright.  So it's your understanding
12      that in preparing Exhibit 271, your lawyers from
13      The Rosen Law Firm missed certain transactions
14      that they then added to the version of the
15      Certification in Exhibit 275?
16             A.  I'm not sure exactly, but, yes,
17      something was changed, like, there was some
18      transactions that they -- yes, you can use the
19      word "missed."
20             Q.  Alright.  If you look at Exhibit 275,
21      do you see that all the transactions listed are
22      in AMC?
23             A.  Without looking at every page
24      individually, yeah, it looks like it.
25             Q.  Alright.  So there are no longer any
```

```
                                                    Page 135
```

1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2      transactions in Nokia stock listed in the
3      Schedule A that's attached to Exhibit 275 when
4      there were in the certification attached to
5      Exhibit 271, right?
6           A.  Yes.  I guess that's because they
7      were outside of the class period --
8           Q.  Okay.
9           A.  -- like the Nokia ones.
10          Q.  Alright.  And so, when you executed
11     the Certification marked as Exhibit 275, were you
12     aware that your transactions in Nokia stock had
13     been removed?
14          A.  At the time, yeah, I do.  I'm
15     recalling now that that was one of the issues is
16     that I didn't lose money on Nokia during the
17     class period.
18          Q.  Okay.  And so now that you've seen
19     the Certification in Exhibit 275, does that lead
20     you to revise your previous response that you
21     don't know one way or the other whether you're
22     member of the proposed class as it relates to
23     your transactions in the Nokia stock?
24          A.  Yes.
25          Q.  Okay.  Do you now agree that you are

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     not a member of the proposed class as it relates
 3     to your transactions in Nokia stock?
 4             A.  Yes.
 5             Q.  Alright.  And we talked before about
 6     how you knew that Exhibit 271 was filed with the
 7     Court, right?
 8             A.  Yes.
 9             Q.  And that you knew that the Judge in
10     this action had relied upon your Certification
11     marked as Exhibit 271 in appointing you as Lead
12     Plaintiff right?
13             A.  Yes.
14             Q.  Okay.  Are you aware that your
15     Certification marked as Exhibit 275 has not been
16     filed with the Court in this action?
17             A.  No, I'm not aware.
18             Q.  Okay.  Are you surprised to learn
19     that your Counsel has not filed your
20     Certification marked as Exhibit 275 with the
21     Court in this action?
22             A.  No.
23             Q.  Why are you not surprised by that?
24             A.  Because I don't know the system and
25     the timing of things and I trust my law firms to
```

Page 137

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2      be doing well on my behalf, you know.

3              Q.   So let's look back at your

4      Certification marked as Exhibit 271.

5                   You sign here under a sentence that

6      reads, "I declare under penalty of perjury under

7      the laws of the United States of America that the

8      foregoing is true and correct," right?

9              A.   Yes.

10             Q.   Do you still believe the contents of

11     the Certification in Exhibit 271 are true and

12     correct?

13             A.   Shall I read them again, all six?

14             Q.   Sure.

15             A.   I'm not sure.  Let me see.

16                  Well, let's see.  No. 4 the following

17     is a list of all the purchases and sales

18     Plaintiff has made in affected securities during

19     the class period set forth in -- I guess, you can

20     say that those Nokia transactions that aren't

21     part of the affected securities, because they're

22     outside the class window.

23             Q.   Okay.  So do you now believe that the

24     statement in Paragraph 4 of the Certification

25     we've marked as Exhibit 271 to this deposition is

```
                                            Page 138
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    not true and correct?
 3              MR. ROSEN:  Well, hold on a second.
 4    Hold on a second.
 5              You have to be fair to him.  Because
 6    he does not have the complaint that this first
 7    Certification refers to.  The class period in
 8    that first complaint is different than the class
 9    period in the subsequent complaint.
10              So I don't recall exactly what that
11    class period is.  But, you know, to show him the
12    second complaint and compare the current class
13    period to the first class period is not fair.
14              MR. RYAN:  I've not shown the witness
15    any complaints.
16              MR. ROSEN:  Well --
17         A.   Yeah, so I'm not certain at this
18    point what the class period was.  I'm not sure
19    what I believe the class period was on July of
20    2021.  It doesn't say here what the class period
21    was.  So I can't say for certain I knew what the
22    class period was at that time.
23         Q.   Alright.  So I think what you're
24    saying is, as you sit here today, you don't know
25    one way or the other whether the Certification
```

Page 139

1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2    we've marked as Exhibit 271 to this deposition
3    was true and correct as of the day you signed it
4    right?
5            A.   I believed it was on the day I signed
6    it.
7                 MR. ROSEN:  And objection because he
8    did testify as to corrections for some shares
9    that were not included that were added.  He
10   testified to that.
11                MR. RYAN:  Right.  That wasn't part
12   of my question.
13                MR. ROSEN:  Yeah.
14           Q.  So let me ask you.
15               Is it the case, as you sit here
16   today, you don't know one way or the other
17   whether the Certification we marked as 271 --
18           A.  Uh-huh.
19           Q.  -- was true and correct on July 27,
20   2021?
21           A.  Without knowing what the class period
22   was at the time, I can't say with certainty.  I
23   know that I believe that these all fell under the
24   class period when I signed it.
25           Q.  Okay.  So it's your understanding

```
                                            Page 140
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    today that the proposed class period currently in
 3    the case is -- strike that.
 4              It's your understanding today that
 5    the proposed class currently in the case is
 6    people who sold one or more of the nine stocks at
 7    issue during the five-day proposed class period
 8    and lost money, right?
 9         A.  Yes.
10         Q.  And so do you agree that at a minimum
11    the Certification that you signed in July 2021
12    that we've marked as Exhibit 271 is not correct
13    under the current class definition?
14         A.  Under the current class, no, Nokia
15    would not fall as -- it would not be labeled as
16    an affected security during this current class
17    period.
18         Q.  Okay.  And so you're aware as we
19    talked about before, that the Judge relied upon
20    your Certification marked as Exhibit 271 in
21    appointing you Lead Plaintiff, right?
22         A.  Well --
23              MR. ROSEN:  Objection, calls for
24    speculation.
25         A.  Yeah, I don't know enough about this,
```

```
                                             Page 141
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    how this works to say yes to that.
 3            Q.  Alright.  You did say "yes" earlier,
 4    right?
 5                 So, before I had show you
 6    Exhibit 275 --
 7                 MR. ROSEN:  Well, if he already said
 8    "yes" already, why did you ask him a second time?
 9                 MR. RYAN:  Please don't interrupt me.
10            Q.  Before I showed you that you had
11    changed your Certification --
12            A.  Okay.
13            Q.  -- you agreed that you knew the Judge
14    had relied on your initial Certification in
15    appointing you Lead Plaintiff, right?
16            A.  I don't even remember that.  But,
17    okay, yeah, if I said -- if I said, yes, then I
18    said, yes.
19            Q.  Okay.  Don't you think the Judge
20    should know that you have changed your
21    Certification relating to your transactions in
22    these stocks?
23            A.  Well, I assume the Judge would know
24    at some point.
25            Q.  Okay.  So you agree that this
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      Certification that we've marked as Exhibit 275 to
 3      this deposition should be brought to the Judge's
 4      attention, right?
 5                   MR. ROSEN:  And, for the record, it
 6      will be -- well, let him answer.
 7                   MR. RYAN:  You do not need to make
 8      speaking objections.
 9                   MR. ROSEN:  No, I just want to put on
10      the record.
11          A.  Of course, at some point the Judge
12      should know the class period.
13          Q.  Right.
14                   MR. ROSEN:  Okay.  So, for the
15      record, it's going be filed with the class
16      certification motion.  That's the plan.  That's
17      why we gave it to you in plain -- with enough
18      advance time so you can question him on it and it
19      would be filed with the class certification
20      motion.  That's the plan.
21          Q.  Alright.  So Exhibit 275, this
22      Certification from April 14, 2023, instead of
23      simply listing three AMC shares the way we saw in
24      your certification in Exhibit 2021 [sic], lists
25      many dozens; Exhibit 271.
```

```
1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2           A.  What do you mean "three"?  You mean
3      sales?
4           Q.  Yeah, so let me do this more slowly.
5           A.  Oh, I see sales, okay.
6           Q.  So do you see that in Exhibit 271
7      there were three sales of AMC stock listed?
8           A.  Yes.
9           Q.  And now you've got -- there must be
10     hundreds listed in --
11          A.  Yes.
12          Q.  -- Exhibit 275, right?
13          A.  Yes.
14          Q.  Why is that?
15          A.  I don't know.  I think that's the way
16     Robinhood processes their sales.  I don't know.
17     I guess that's the way Robinhood showed when we
18     requested a transcript of all the transactions.
19          Q.  Okay.  So do you believe that the
20     sales shown in your initial Certification in
21     Exhibit 271 are wrong?
22          A.  I don't know.  I'm assuming Robinhood
23     provided both of these.
24          Q.  Robinhood had nothing to do with
25     either 271 or 275, sir.  These are documents that
```

```
                                           Page 144

 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     you signed that come from you and your Counsel.
 3     Robinhood played no role in creating these
 4     documents.
 5                 MR. ROSEN:  So what's your question?
 6            Q.  So my question is, do you know why in
 7     your initial Certification there are three sales
 8     of AMC stock listed and in your revised
 9     Certification, Exhibit 275, there are hundreds of
10     sales of AMC stock listed?
11                 MR. ROSEN:  Take a moment and look.
12            Q.  Do you know why?
13                 MR. ROSEN:  Take a moment and look at
14     the document and see if you could figure out why
15     there's a difference.
16            A.  Well, I'm assuming if you add all
17     these up, it's going to equal the same amount of
18     shares.  And if you add all these prices up and
19     divide it by the same amount of shares, it's
20     going to equal this -- the average $8.34.
21                 These are all 15,000 shares sold on
22     the 3rd.  If you add all these shares up, I
23     assume it equals 15,000 -- or 14,977 and the
24     average price of them all was 8.34.  I think I
25     just hit sell all of them and Robinhood executes
```

```
                                        Page 145
```

1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2      it like this.  So this is the same.  This is just

3      the average of them.

4           Q.  And so why did you change the way

5      that you were presenting this February 3rd, 2021

6      sale of AMC stock between the initial

7      Certification in Exhibit 271 and the new

8      Certification in Exhibit 275?

9           A.  Just to be more exact.  This is

10     exactly how Robinhood processed the transactions.

11          Q.  Okay.

12          A.  And it looks like we overcounted by 3

13     shares initially or 23 shares.

14               THE STENOGRAPHER:  I'm sorry, 23

15     shares or 3 shares?

16          A.  Well, the initial shares were 15,000

17     and now it's -- with the new one it's 14,977.  So

18     this is 23 less shares.

19          Q.  Okay.  So let me just make sure I'm

20     following you.

21               So I believe you're looking at the

22     second page of the new Certification in

23     Exhibit 275.  And you're looking in the purchase

24     column where it reads, "AMC minimum opening

25     position 14,977 shares"?

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2              A.   I see.  This is purchase.
 3                   Okay.  So, you know, I'm looking at
 4         this wrong.  This is the purchase.
 5                   So this might -- you told me the
 6         number before when we added these purchases up.
 7              Q.   15,378, yes.
 8                   MR. ROSEN:  Well, not all were sold
 9         during the class period.  15,000 were sold during
10         the class period.  These sales are just class
11         period sales, from what I understand.  So --
12                   MR. RYAN:  Please stop making
13         speaking objections.  It's also inaccurate.
14                   MR. ROSEN:  I just don't want you to
15         misrepresent what the document shows.
16                   MR. RYAN:  I'm not misrepresenting
17         anything.  Let Mr. --
18              Q.   We'll do this again very slowly.
19                   Page 2 of your new Certification
20         Exhibit 275 --
21              A.   Uh-huh.
22              Q.   -- in the purchase column --
23              A.   Yes.
24              Q.   -- it reads, "AMC minimum opening
25         position 14,977 shares," right?
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2              A.  Yes.
 3              Q.  Alright.  And you noted that that is
 4      23 fewer shares than your sale of 15,000 shares
 5      on February 3rd, 2021, right?
 6              A.  That's 23 less.  But I was looking at
 7      -- I'm not -- I thought this was sales.  When I
 8      look -- first looked at Page 2 of 275, I read
 9      that as sales.  And I only saw here that the
10      sales are 15,000.  Cause these are on this date
11      -- I thought that this 275 was all February 3rd.
12      So I just thought that there was a discrepancy
13      between those two numbers.
14              Q.  Alright.  It is a fact, isn't it,
15      that at the end of the day on January 27, 2021,
16      you held 15,378 AMC shares?
17              A.  Yes, on the -- at the end of the day
18      on the 27th, yes.
19              Q.  Okay.  Why then in your new
20      Certification marked as 275, why then don't you
21      tell the Court that your opening position was
22      15,378 shares?
23              A.  What is this when it says, "AMC
24      minimum opening position"?
25              Q.  This is your Certification, sir.  You
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2     signed this.  All I can do is read the words.
 3          A.  I can't say with certainty.  I know
 4     that the lawyers told me they had to change some
 5     of the transactions and I trusted them.
 6          Q.  Okay.  But you would agree that, in
 7     fact, your opening position when the class period
 8     began was 15,378 AMC shares, right?
 9          A.  According to this document, yes.
10          Q.  And by "this document," you're now
11     referring to your initial Certification,
12     Exhibit 271, right?
13          A.  Yes, yes.
14          Q.  Okay.  And you don't know why your
15     new Certification, Exhibit 275, states "AMC
16     minimum opening position 14,977 shares," right?
17          A.  What was the first number, 15,000
18     what?
19          Q.  15,378.
20          A.  No, I don't know for certain why
21     that's different.
22          Q.  Okay.
23              Alright.  Go down --
24          A.  Wait, 15,378 and...
25          Q.  15,378 is the number of AMC shares
```

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2    that you held at the end of the day on

3    January 27, 2021 --

4          A.   (INAUDIBLE DUE TO CROSS-TALK.)

5          Q.   -- according to your initial

6    Certification marked as Exhibit 271.

7          A.   Yeah, I don't know exactly why it's

8    different.

9          Q.   Okay.

10          Alright.  And despite the fact that

11   Exhibit 275 no longer shows your sales of AMC

12   shares from June of 2021, you still agree with me

13   that if we look at all of your purchases and

14   sales of AMC shares, you made money overall,

15   right?

16          MR. ROSEN:  Objection.

17          A.   I would have to do the math myself.

18   I -- I'm sure it's possible.

19          Q.   Alright.  So, I guess, we'll do that

20   in just a second here.

21          But if I'm understanding right,

22   you're sitting here as the Lead Plaintiff in this

23   case.  You acknowledge now that you're no longer

24   a member of the class as it relates to your Nokia

25   transactions, right?

```
 1            CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2          A.  Yes.
 3          Q.  So you agree that the only so-called
 4      affected stock that could make you a member of
 5      the class is AMC, right?
 6          A.  Yes.
 7          Q.  Yet you don't know whether you made
 8      or lost money overall on your AMC transaction; is
 9      that right?
10              MR. ROSEN:  Objection, calls for a
11      legal conclusion.
12          A.  Well, I thought that the class period
13      was if you lost money during the class period,
14      which I did lose money.  So I don't know why the
15      overall is relevant.
16          Q.  Right.  So that's a question for the
17      Judge to rule on eventually.
18              I'm simply asking a factual question.
19              Am I right --
20              MR. ROSEN:  He answered the question.
21              MR. RYAN:  Well, I'll ask the
22      question again.
23              MR. ROSEN:  You didn't like the
24      answer, but he answered it.
25              MR. RYAN:  No.
```

```
                                        Page 151
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2         Q.  My question is this.
 3              Am I right that, as you sit here
 4    today, you do not know one way or the other
 5    whether you made or lost money overall on your
 6    transactions in AMC shares?
 7         A.  Yes, I'm not certain if overall -- if
 8    all my transactions on Robinhood with AMC, if I
 9    made or lost money I'm not sure.
10         Q.  Okay.
11              (There is a discussion off the
12    record.)
13         Q.  Did you conduct a search of your
14    e-mails to see whether you had any e-mails about
15    AMC or Nokia or Robinhood?
16         A.  Yes.
17         Q.  And is that a search that you
18    personally conducted?
19         A.  Yes.
20         Q.  And did you find any e-mails about
21    AMC, Nokia or Robinhood?
22         A.  I got some Robinhood general e-mails
23    in my account or something from Robinhood.  But,
24    no, nothing else.
25         Q.  Okay.  And did you conduct a search
```

Page 152

                    CONFIDENTIAL - BLUE LAINE-BEVERIDGE

1
2    of text on your phone to see whether you had any
3    text about AMC or Nokia or Robinhood?
4          A.   Yes.
5          Q.   And is that a search that you also
6    conducted personally?
7          A.   Yes.
8          Q.   And did you find any text about AMC
9    or Nokia or Robinhood?
10          A.   No.
11               MR. RYAN:   Alright.   Why don't we go
12   off the record for a minute because the tape is
13   ending.
14               THE VIDEOGRAPHER:   Yes, thanks.
15               The time is the video monitor is
16   1:18 p.m.   We are off the record.   This ends
17   Media 2.
18               (Recess taken 1:18 to 1:32 p.m.)
19               THE VIDEOGRAPHER:   We are back on the
20   record.   The time on the video monitor is
21   1:32 p.m.   This is the start of Media 3.
22          Q.   Alright.   So I've got more questions
23   about the scheduled transactions on your original
24   Certification, Exhibit 271, okay?
25          A.   Okay.

```
                                                  Page 153
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2              Q.   Alright.  So we talked before about
 3         the fact that you don't know whether there was a
 4         loss or gain overall on the AMC transactions
 5         shown here in Exhibit 271.  So I want to try to
 6         nail that down.
 7              A.   Okay.
 8              Q.   So do you have a calculator on your
 9         phone?
10              A.   Yup.
11              Q.   Alright.  So the first purchase --
12              MR. ROSEN:  He's not going to do
13         calculations for you.  He's not going to do
14         calculations for you.
15              MR. RYAN:  Well --
16              MR. ROSEN:  Ask him questions.
17              Put your phone away.
18              He's not going to do calculations.
19         He was nice enough to go searching through his
20         phone to find out the precise date he left.  But
21         he's not going to go through his phone and
22         calculate stuff for you.
23              You've got an Excel spreadsheet.  You
24         can do it.  In fact, your client made the trades.
25         So don't ask him to calculate numbers.
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2                   MR. RYAN:  So what I'm entitled to
 3        know is whether there was a loss or a gain
 4        overall of sales --
 5                   MR. ROSEN:  Look, you can do
 6        calculations.  But he's not going to break out a
 7        calculator and you're not going to check his
 8        arithmetic, you know, while he's being
 9        videotaped.  I just don't -- you know, that's --
10        you're allowed to ask questions.  You can ask
11        questions and he will answer them.
12                   MR. RYAN:  Are you willing to
13        stipulate that there is an overall gain on the
14        AMC transactions shown here?
15                   MR. ROSEN:  You and I can talk
16        afterwards and we'll break out a spreadsheet and
17        we can do the arithmetic and it says -- you know,
18        I mean, it's going to be obvious whatever it is.
19        But I don't think that it's appropriate to have
20        him do calculations.
21        BY MR. RYAN:
22             Q.  Well, let me ask you these questions
23        then, sir.
24                   The first purchase shown here is of
25        3,275 shares at a price of $3.05 per share,
```

Page 155

1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2    right?
3           A.  Yes.
4           Q.  And you believe that that's correct,
5    right?
6           A.  Yes.  This is what they told me so,
7    yes.
8           Q.  And the second purchase -- I'm sorry.
9               By they you mean The Rosen Law Firm
10   Counsel?
11          A.  Robinhood -- Robinhood gave me this
12   information and the law firm compiled the data.
13          Q.  Alright.  So -- and you signed this
14   based on the compilation that your Counsel put
15   together for you, right?
16          A.  Yes.
17          Q.  Alright.  So, based on the
18   compilation that your Counsel put together, you
19   believe it's correct that your first purchase of
20   AMC shares on January 20, 2021 was a purchase of
21   3,275 shares at $3.05 a share, right?
22          A.  Yes.
23          Q.  And you believe it's correct that
24   your second purchase on January 22nd, 2021 was a
25   5,573 shares at a price of $3.58 a share?

Page 156

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2          A.  Yes.  Yes.

3          Q.  Alright.  And you believe that it's

4     correct that your third purchase on January 27th,

5     2021 was a purchase of 6,000 AMC shares at a

6     price of $15.89 per share, right?

7          A.  Yes, but this is the newer

8     transaction sheet, right, on 275?  I assume

9     you're going by this one.

10         Q.  I'm asking you about Exhibit 271.

11    I'm asking you whether you believe today that the

12    information on Exhibit 271 is correct.  And I've

13    asked you so far about the first three

14    transactions and I believe you told me that you

15    still believe today that that is true and

16    correct.

17              Am I understanding you right or am I

18    misunderstanding you?

19         A.  If you really want me to give you an

20    answer, I have to log into Robinhood and look at

21    it all myself because this is what the law firm

22    compiled and I don't want to say yes to find out

23    they missed something and then I'm committing

24    perjury.

25              If you want me to log into Robinhood

Page 157

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2     and do all the numbers myself -- I can't do it
3     right now -- I'll do that.
4               When I was given this, I admit that I
5     didn't go into Robinhood and add up every single
6     thing.  I assumed that this was an accurate
7     compilation of data.
8          Q.  So let me try to understand.
9          A.  And I believe it's very -- it's very
10    close to accurate.
11         Q.  I have two certifications from you,
12    sir, Exhibit 271 and 275.  They are both signed
13    under penalty of perjury where you stated that
14    the information was true and correct, right?
15         A.  Yes.
16         Q.  And am I understanding you right now
17    that you are unwilling to tell me under oath
18    today whether the information --
19              MR. ROSEN:  Objection.
20         Q.  -- that you simply don't know?
21              MR. ROSEN:  Objection.  Don't speak
22    to him like that.  You are not going -- you are
23    not going to speak to him like that.  Are you
24    clear?  Are you clear?
25              MR. RYAN:  Stop yelling at me.  I

```
                                                Page 158
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2      asked a very simple question.
 3                   MR. ROSEN:  You are not going to
 4      speak to him like that.
 5                   MR. RYAN:  Your tone of voice is
 6      completely uncalled for.
 7                   MR. ROSEN:  I am upset with the way
 8      you are speaking and harassing my client.  You've
 9      been on this for about an hour.  We corrected the
10      Certification form.  It's being filed with the
11      Court.  Don't harass him, alright?
12                   Now, ask a proper question.
13                   MR. RYAN:  My questions are entirely
14      "proper."  And I would like you to refrain from
15      yelling at me.
16           Q.  My question, sir, is, can you answer
17      today whether the information in Exhibit 271 is
18      true and correct?
19                   MR. ROSEN:  Asked and answered.
20           A.  My answer is if you give me time to
21      log in and do this -- I did not do the math
22      myself when I looked at these.  They looked to be
23      correct and I trusted my attorneys to compile the
24      data properly.  And I think that's very
25      reasonable.
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2         Q.   Okay.  So are you telling me without
 3    logging into your Robinhood account, you can't
 4    tell me one way or the other today whether the
 5    information in Exhibit 271 is true and correct?
 6              MR. ROSEN:  Objection, asked and
 7    answered many times.
 8         A.   Yeah, I've answered it many times.  I
 9    can't say without absolute certainty that these
10    are all -- all these numbers are perfectly
11    correct, because I did not log into Robinhood
12    when I got this and do all the math myself.  It
13    looked very accurate overall.
14         Q.   Are you able to tell me today under
15    oath whether the information for your four
16    purchases of AMC shares in Exhibit 271 is
17    generally true and correct?
18         A.   Yeah, generally true and correct,
19    yes.
20         Q.   So you believe that this information
21    about the four purchases is generally true and
22    correct, right?
23         A.   Yes.
24         Q.   Alright.  And so let me ask you
25    again, because the record is now confused.
```

```
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2                   You believe today that your first
 3       purchase on January 20th was of 3,275 shares for
 4       $3.05 a share, right?
 5              A.  Well, again, you're being very
 6       specific and I don't know if that's exactly.  In
 7       general, I believe, I made this -- around this
 8       many purchases for these prices on these dates
 9       and I'm sure it's very close to accurate.  I
10       believe that there was some small error and they
11       amended it, from my understanding.  And that's my
12       answer.
13              Q.  The new Certification, Exhibit 275,
14       has no information about purchases, right?
15              A.  Yes.
16              Q.  And instead has a statement, "AMC
17       minimum opening position 14,977 shares," that you
18       can't explain, right?
19              A.  What do you mean, I can't explain?
20              Q.  Well, I asked you before whether you
21       knew why it said that and you told me you didn't.
22                   Do you recall that?
23              A.  Yes.  But if you give me time with
24       Robinhood, I could probably look up the numbers
25       myself and explain it.
```

```
                                                    Page 161
```

 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

 2              Q.  Alright.  As you sit here today --

 3              A.  Yeah.

 4              Q.  -- you can't explain why your new

 5      Certification, Exhibit 275, states "AMC minimum

 6      opening position 14,977 shares," right?

 7              A.  I can explain it.  I think that my

 8      lawyers who are representing me looked at the

 9      data and came up with this number.

10              Q.  Okay.  And you agree that that number

11      is wrong, right?

12                  MR. ROSEN:  No.

13              A.  No.

14                  MR. ROSEN:  He didn't say that.

15              A.  I didn't say it was wrong.

16                  MR. ROSEN:  Why are you putting words

17      in his mouth?

18              Q.  Do you agree -- do you agree then

19      that you held 15,378 shares at the beginning of

20      the proposed class period?

21              A.  Again, I would need to look at

22      through the Robinhood information, if you want me

23      to give you a perfectly exact answer.

24              Q.  Okay.  So do you believe that I can

25      rely on Schedule A, the third page of

1                CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2      Exhibit 271, your initial Certification, if I
3      want to understand what your purchases and sales
4      of AMC shares are?  Can I rely on this document
5      or not in your view?
6                A.  Of 271?
7                Q.  Yes.
8                MR. ROSEN:  Objection, objection.  He
9      gave you an amended one, okay.  He gave you an
10     amended Certification, alright.  We delivered
11     that to you.
12               And you know exactly what his
13     transactions are.  You have every single one of
14     them listed right here in Exhibit 274.
15               MR. RYAN:  Please stop.  Please stop
16     making these speaking objections.
17               MR. ROSEN:  So why are you harassing
18     him?  You're harassing him.
19               A.  I don't mind.  I just think this
20     nitpicking is -- is comical, because it's mostly
21     completely accurate.  If they made a small -- you
22     know, if they amended slightly, that's what we're
23     dealing with.  And, obviously, you're asking me
24     to be specific about something I can't be
25     completely specific about.  And it seems so

```
                                                    Page 163
```

1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2    silly.

3              Q.  Do you believe that I can rely on

4    this information or not that's in Exhibit 271?

5              A.  I will say again I would have to log

6    into Robinhood and do all the math myself to say

7    if you can rely on this perfectly.

8              Q.  Okay.  Do you believe that I can rely

9    on the information that's in Exhibit 275?

10             A.  Same answer.  I would have to do --

11   look at it myself.  Obviously, something doesn't

12   add up perfectly and that's what you're focused

13   on.

14                  So, if I had time to look at my

15   Robinhood and spent a long time, I can probably

16   give you the exact answers that, apparently, know

17   you can get yourself, but you're asking me to

18   tell you.  And, like, you're implying that I did

19   something purposely to mislead something in this

20   and anyone listening to this knows that that's

21   bullshit.

22             Q.  Fine.

23             A.  There were -- there were some slight

24   errors, some slight -- you know, they looked at

25   something and they possibly missed and it's very

```
                                           Page 164
 1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    minor.  If you want to focus on that, fine.  But
 3    that's my answer.
 4          Q.  Alright.  So your understanding is
 5    the reason that Exhibit 275 differs from
 6    Exhibit 271 is that there were slight errors in
 7    271; is that your understanding?
 8          A.  Yeah, I believe that when they
 9    re-looked at the data, they saw something that
10    they missed the first time.
11          Q.  Okay.  But even after this correction
12    process, you can't tell me that I can rely on
13    275?
14          MR. ROSEN:  Objection.
15          A.  How can I unless I do the math myself
16    and I look at -- look, this is how Robinhood does
17    it.  This is how they supply their information.
18    I have to go with the calculator and go through
19    every single one of these.  Do you understand
20    that?
21          Are you asking -- are you asking me
22    have I done that?  Because I haven't done that.
23          Q.  Okay.
24          A.  Is that your question?  Have I done
25    it -- have I used a calculator --
```

```
                                                   Page 165
 1           CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2           Q.  No, that wasn't my question.
 3           A.  Well, it's implied in your question.
 4           The only way I can answer
 5      definitively is if I use a calculator for every
 6      single one of these and done the math myself; is
 7      that correct?
 8           Q.  The reason I ask these questions,
 9      sir, was to understand whether you have an
10      overall gain or loss on your transactions in AMC
11      shares.  And I was trying to get at that by using
12      your Certifications including the one that was
13      filed with the Court and the one that Mr. Rosen
14      says is going to be filed with the Court.
15           A.  But you have Robinhood's data, so you
16      can look at the actual data and tell me.  And if
17      you've told me I've overall gained, then I have
18      no reason not to believe you.  If you look at
19      Robinhood's data, the actual data, and tell me I
20      made money with AMC, I have no reason to believe
21      you're lying.
22           Q.  Okay.
23           A.  I also don't see why that's relevant
24      to the case period of a gain or loss during the
25      five days after the buy button was turned off and
```

Page 166

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE
2     sell button was left on.
3          Q.   Okay.  So I can represent to you that
4     the information that Robinhood has from your
5     account indicates that you made an overall gain
6     in trading in AMC shares.
7               And are you saying you've got no
8     reason to dispute that?
9          A.   Yes.
10         Q.   Now, you said earlier, I believe,
11    that the reason you sold AMC shares on
12    February 3rd, 2021 was because you believed that
13    Robinhood turning off the buy button had led the
14    shares to decline in price; is that right?
15         A.   Yes, that's absolutely correct, yes.
16         Q.   Okay.  And at that time on
17    February 3rd, 2021, why did you believe that
18    Robinhood turning off the buy button had caused
19    the AMC stock price to decline?
20         A.   Because if you can't buy a stock and
21    you can only sell it, it can only go in one
22    direction, which is down.  That's the only thing
23    that can happen.  It cannot go up, if nobody can
24    buy a stock.  So they literally prevented
25    anything from happening except a drop in these

Page 167

CONFIDENTIAL - BLUE LAINE-BEVERIDGE

1
2    prices.
3         Q.  Are you aware of whether people could
4    buy Robinhood's stock with Charles Schwab?
5         A.  I don't know for certain.  But I
6    believe -- I see your point.
7             Well, yeah, I wasn't -- I'm not -- I
8    think there was some restrictions from other
9    trading platforms but nothing as restrictive as
10   Robinhood.
11        Q.  Were you aware on February 3rd
12   whether somebody could buy AMC stock on e-Trade?
13        A.  I wasn't sure one way or the other.
14   But I do remember believing that Robinhood's
15   restrictions were the most restrictive.
16        Q.  Did you have an understanding as of
17   February 3rd, 2021 that some other brokers had
18   also imposed certain restrictions?
19        A.  I can't recall, exactly.  But I
20   believe there were restrictions elsewhere.
21        Q.  You're only suing Robinhood, right?
22        A.  Right.
23        Q.  If some other brokers also imposed
24   certain trading restrictions on these stocks
25   including AMC, why are you not suing other

```
                                              Page 168
 1              CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2       brokers?
 3              A.  I saw that there was a class action
 4       suit against Robinhood and that's the one that I
 5       personally invested with.  So I -- I chose to
 6       join the class action against Robinhood.
 7              Q.  Do you know whether the trading
 8       restrictions that certain other brokers imposed
 9       on AMC stock could have influenced the AMC stock
10       price?
11              MR. ROSEN:  Calls for expert
12       testimony, objection.
13              A.  Any brokerage firm that imposed a
14       restriction in theory could have affected the
15       price.  But Robinhood's restrictions, I believe,
16       were by far the most -- the largest reason for
17       the decline in the prices of the stocks.
18              Q.  And why is it that you believe that
19       Robinhood's trading restrictions were a larger
20       reason for the decline in price of the stocks
21       than other broker's trading restrictions?
22              A.  Because from what I remember reading,
23       their restrictions were much -- they blocked all
24       purchasing and for a much longer period of time.
25              Q.  Do you know how many other brokers
```

Page 169

```
 1        CONFIDENTIAL - BLUE LAINE-BEVERIDGE
 2    imposed trading restrictions on AMC stock in
 3    January 2021?
 4         A.  No.
 5         Q.  We spoke earlier about how you
 6    believed there was a Robinhood statement
 7    attributing the trading restrictions to market
 8    volatility.
 9              And I believe you were saying that
10    it's your understanding that Robinhood, in fact,
11    had liquidity reason for imposing the trading
12    restrictions; is that right?
13         A.  Yes.
14         Q.  Do you believe that the reason or
15    reasons that Robinhood gave for imposing the
16    trading restrictions affected the price of AMC's
17    stock?
18         A.  I don't think the reasons they gave
19    affected it.  I think the fact that they turned
20    the button off affected it.
21         Q.  Okay.  I have no further questions.
22              Thank you.
23         A.  You're welcome.
24              MR. ROSEN:  Alright.  I think we're
25    done.
```

1          CONFIDENTIAL - BLUE LAINE-BEVERIDGE

2               Thank you.

3               THE VIDEOGRAPHER:  Yes.  We are going

4    off the record at 1:51 p.m.  This ends our

5    deposition for today.

6               (Time noted: 1:50 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25