# Exhibit 10

Page 1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:21-MD-2989-CMA
------------------------------------x
IN RE JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
------------------------------------x
                 May 12, 2023
                 9:37 a.m.


        Videotaped Deposition of WILLIAM
    MEADE, taken by Defendants, pursuant
    to Notice, held via ZOOM REMOTE,
    before Erica Ruggieri, a Registered
    Professional Reporter and Notary
    Public of the State of New York.
```

Page 94

MEADE

Q. Because that's nearly like what, seven times or something the $1.30 a share price on January 22nd?
A. Yeah, it says six six.
Q. Something like that?
A. Yeah.
Q. Okay. Do you recall any news about Express around this time that you thought might explain that, you know --
A. Again, the only news was that everyone in the trading community and Wall Street was looking for the next GameStop. And again, there were articles all over the financial press about how to find the next GameStop or here are three stocks or five stocks that could be the next GameStop. Like again, it was the trade that everyone was looking at for that period of time.
Q. Looks like you were right in your -- from your January 22nd

Page 95

MEADE

one. You predicted correctly that it did, you know, did rise.
    This is at 10:49 a.m., right?
A. Yes.
Q. Okay. Thank you.
    MS. YOUNG: Megan, can you pull up tab 25. And this will be Exhibit 309.
    (Exhibit 309, Tweet of William Meade 1/27/2021, marked for identification, as of this date.)
Q. Do you recognize this document, Mr. Meade?
A. I do.
Q. And this is a tweet of yours from January 27, 2021. But it looks like if you look at the specific time underneath it, it's at 11:25 a.m.
A. Okay.
Q. That's like half an hour after the prior tweet I think. Is that right?
A. Yes.

Page 96

MEADE

Q. And you retweet the same January 22nd tweet again but then on the top you write, "$12 now, why not go for the 10 bagger in one week to $13 LOL Express"?
A. Yes.
Q. Can you explain what you meant by that?
A. Yeah. More like -- I said lots of laughs. I was just shocked at how extreme a move it was.
Q. And so basically even in this half hour the price of Express had risen from $9 to 12, right?
A. Correct.
Q. I gather you considered that a significant increase in that period of time?
A. Absolutely.
Q. Did you believe that any of that increase in the price of Express around that time could be attributed to a short squeeze or potential short squeeze?

Page 97

MEADE

A. I'm not sure, but again, I think at that -- at that period everyone was looking for the next GameStop or stock similar to GameStop and they were buying stocks that were looking for big moves like GameStop.
Q. What's a 10 bagger?
A. A thousand percent.
Q. Oh, okay. So you are saying it might, you know, why not go for the thousand percent increase in one week?
A. I was joking and you see lots of laughs. I was just -- again, I was just shocked at how extreme a move it was.
Q. And did you think that the increase in the price of Express reflected the kind of actual value of the company at that time?
A. I have no opinion. I will say that traders don't really look at the value of what a stock is.

Page 106

1  MEADE
2      A.  He may have been.  I don't
3  know the answer to that.  Sorry.
4      Q.  That's okay.  This is
5  Exhibit 312.
6      (Exhibit 312, Article,
7  "Billionaire Investor Chamath
8  Palihapitiya Follows Reddit.
9  Investors Into GameStop With
10 Purchase of Bullish Options
11 That Start Paying Out If the Stock
12 Soars Another 28%", marked for
13 identification, as of this date.)
14     Q.  Do you recognize this
15 document, Mr. Meade?
16     A.  I do.
17     Q.  This is the article that
18 was linked to your -- in your tweet?
19     A.  Yes.
20     Q.  Okay.  Now, I'm going to
21 actually just -- you are welcome to
22 read the whole article if you want,
23 but I'll tell you right now that I'm
24 going to ask you specifically about
25 the top of the fourth page.

Page 107

1  MEADE
2      MS. YOUNG:  Megan, if you want
3  to scroll down.
4      MS. BRAGANCA:  Would you take
5  a minute --
6      THE WITNESS:  Yeah.
7      Q.  No, yeah, take your time.
8      So I was going to ask you
9  specifically about the top of page 4
10 where it states, "Palihapitiya is
11 joining a group of retail investors
12 that have sparked a massive short
13 squeeze in the video-game retailer.
14 The stock soared as much as
15 145 percent in Monday's trading
16 session on no apparent news."
17     My only question on this,
18 Mr. Meade, is whether at this time
19 you are aware of reporting in the
20 media that the price of GME
21 increased substantially on no
22 apparent news?
23     A.  I am.
24     Q.  Thank you.  And earlier I
25 think that you mentioned that -- I

Page 108

1  MEADE
2  think this was in the context of us
3  discussing Express but you should
4  correct me if I'm mistaken, that
5  around this time there's some
6  traders that weren't really looking
7  at the value of certain stocks but
8  more at, I think you used the phrase
9  "game theory"?
10     A.  Yes.
11     Q.  What do you mean by game
12 theory in that context?
13     A.  Meaning that people were
14 trying to predict what the next big
15 short squeeze stock would be like
16 GameStop.  You know, they are
17 looking at companies with similar
18 business models at GameStop and
19 obviously companies that had a lot
20 of short interest in trying to
21 predict or be early in stocks that
22 could turn into the next GameStop.
23 They weren't necessarily looking at
24 the fundamentals.
25     Q.  Got it.  And I think that

Page 109

1  MEADE
2  you called that a trading style
3  maybe that was popular at that time?
4      A.  Yes.
5      Q.  Did you notice that that
6  was a distinct shift for this
7  particular point in time?
8      A.  Yes.
9      Q.  And was that specifically
10 January 2021?
11     A.  I would say December and
12 January, yes.
13     Q.  Got it.  And when you say
14 that that's sort of game theory, you
15 know, or efforts to predict,
16 anticipated efforts to predict short
17 squeezes that being sort of
18 different from looking at
19 fundamentals, what do you mean by
20 fundamentals?
21     A.  Fundamentals would be like
22 the price earnings ratio, the
23 balance sheet, the cash flow.  That
24 generally, you know, people use that
25 to look for, you know, blue chip

Page 110

MEADE

stocks to buy and hold for years. In terms of game theory that traders or investors look at, more short-term investors would look at something like basically trying to be, you know, like trying to be the right chess or checkers board before everyone else or basically escape to where the puck is going to go.

Q. What was that last, where what is going to go?

A. As a Wayne Gretzky saying you want to skate to where the puck is going to be not where it is. That's sort of exactly what people were trying to do, trying to figure out what is the next stock that could be the next GameStop or short squeeze stock.

Q. I see. Could you characterize those types of run-ups from some of these game theory investors creating a bubble?

A. I would -- I would say that

Page 111

MEADE

generally short squeezes are short and extreme. I would not necessarily characterize it as a bubble.

Q. Fair enough. Do you recall that -- well, withdrawn. That's not a good question.

I think one of the things that you mentioned earlier is that a difficulty in trading is timing your trades?

A. Yes. At the top, I mentioned that selling and trading is the hardest thing to do.

Q. Because you are trying to figure out exactly when the stock price is going to peak?

A. Yes. And stocks usually go higher than people expect and lower than people expect so it's really -- it's a very, very hard thing to do.

Q. And around this time because of the short squeezes or

Page 112

MEADE

potential short squeezes that we have been discussing today did you consider the stocks that we have discussed today, so GME, AMC, Express, Koss, others, to be relatively risky investments?

MS. BRAGANCA: I'm going to object to that as being an ambiguous question.

MS. YOUNG: I'm sorry, I can't hear you, Lisa. What did you say?

MS. BRAGANCA: Objection, ambiguous. You can answer.

A. Sorry, could you repeat the question?

Q. Sure. So around this time did you consider that the stocks that we have been discussing today, would you consider those relatively risky investments?

A. I would consider them volatile.

Q. And volatile because of the price movements you observed?

Page 113

MEADE

A. Yeah. The extreme price movements.

Q. We have looked at a lot of your tweets from around this time. You obviously have a lot of followers. Do you pay attention to kind of the amount of engagement that, you know, you tweets receive, like the number of comments or retweets or --

A. I don't. Actually, I closed my comments I think like two years ago. I don't have comments anymore. I think they are mostly useless. And most times there -- there are a lot of Twitter accounts that simply you have no idea if they are telling the truth or not.

Q. Fair enough. I was going to ask if around this time you noticed maybe more engagement with your tweets related to investing or the stock market relative to other points in time?

Page 114

1  MEADE
2      A. Yes, absolutely.
3      Q. Do you think that's because
4  of a lot of the sort of social media
5  enthusiasm about these meme stocks
6  around this time?
7      A. I think it was a couple
8  things. I think we were in COVID, a
9  period of COVID and everyone was
10 home and trading was one of the
11 things you could do from home and
12 there were a lot of new traders that
13 came into the market and you had
14 people that were watching the market
15 all day instead of working. Those
16 are the two big things. More
17 participation, more people were
18 looking at minutes daily time. And
19 then yeah, just in the news, I mean
20 you couldn't -- you couldn't miss
21 the news. I many every article
22 every day from the sources I
23 followed was about GameStop, short
24 squeezes, et cetera, et cetera.
25     Q. So it's just so widely

Page 115

1  MEADE
2  reported that you think that that
3  naturally led to people paying more
4  attention to your investment-related
5  tweets?
6      A. Absolutely. I think there
7  was just more engagement on Twitter.
8  I think Twitter -- again, people
9  were home and they were engaging on
10 Twitter now instead of being at
11 work.
12     Q. Right. Right. Fair
13 enough.
14     MS. YOUNG: I think that's
15 probably it for us, Mr. Meade.
16 This was very helpful. We really
17 appreciate your time today and I
18 hope you have a great rest of your
19 day. Obviously, Mr. Cohen might
20 have some questions for you as
21 well.
22     MR. COHEN: Thank you,
23 Mr. Meade. I don't have anything
24 for you.
25     THE WITNESS: Thank you.

Page 116

1  MEADE
2      THE VIDEOGRAPHER: Counsel, if
3  there's no other stipulations and
4  any objections, I'll conclude the
5  video recording for today's
6  proceeding. So here ends media
7  unit two.
8      This concludes the video
9  recorded virtual remote deposition
10 of William Meade taken by the
11 defendant on Friday, May 12, 2023.
12 The time is 12 noon Central
13 Daylight Time and we are going off
14 the record.
15     (Time noted: 12:00 p.m.)

Page 117

1  IN RE JANUARY 2021 SHORT SQUEEZE
   TRADING LITIGATION
2  5/12/2023 - WILLIAM MEADE
3      ACKNOWLEDGEMENT OF DEPONENT
4    I, WILLIAM MEADE, do hereby declare
5  that I have read the foregoing transcript,
6  I have made any corrections, additions, or
7  changes I deemed necessary as noted on the
8  Errata to be appended hereto, and that the
9  same is a true, correct and complete
10 transcript of the testimony given by me.
11
12 _____  _____
13 WILLIAM MEADE           Date
14 *If notary is required
15
16     SUBSCRIBED AND SWORN TO BEFORE ME THIS
17 _____ DAY OF _____, 20___.
18
19
20     _____
21 NOTARY PUBLIC
22
23
24
25

30 (Pages 114 - 117)