# Exhibit 11

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF FLORIDA

3

4    Case No. 1:21-MD-2989-CMA

5    -----------------------------x

6    In Re: JANUARY 2021 SHORT

7    SQUEEZE TRADING LITIGATION

8    -----------------------------x

9

10         VIDEOTAPE DEPOSITION OF

11            SANDY GAR-LUN NG

12        VIA ZOOM VIDEOCONFERENCE

13            March 31, 2023

14             11:00 a.m.

15

16

17

18

19

20

21

22

23    Reported by:

24    Maureen Ratto, RPR, CCR

25

Page 2

1                    * * *

2

3         Videotape deposition of Sandy

4    Gar-Lun Ng held virtually via Zoom

5    Teleconference, hosted from Veritext

6    Legal Solutions, pursuant to notice,

7    before Maureen Ratto, Certified Court

8    Reporter, License No. XI01165,

9    Registered Professional Reporter,

10   License No. 817125, and Notary Public.

11

12                   * * *

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1   A P P E A R A N C E S:

2

3   Counsel for Plaintiffs:

4       THE ROSEN LAW FIRM

5       275 Madison Avenue

6       New York, New York 10016

7       BY:   LAURENCE ROSEN, ESQ.

8             lrosen@rosenlegal.com

9             MICHAEL COHEN, ESQ.

10            mcohen@rosenlegal.com

11

12  Counsel for Defendants:

13      CRAVATH SWAINE & MOORE, LLP

14      825 Eighth Avenue

15      New York, New York 10019

16      BY: DANIEL SLIFKIN, ESQ.

17            Dslifkin@cravath.com

18            ROBERT DeNUNZIO, ESQ.

19            rdenunzio@cravath.com

20

21  ALSO PRESENT:

22  Adam Venturini, Legal Videographer

23

24

25

Page 4

1           VIDEOGRAPHER:  Good morning.

2      We are going on the record 10:59

3      a.m. Eastern Standard Time on March

4      31st, 2023.

5           Please note that this

6      deposition is being conducted

7      virtually.  Quality of recording

8      depends on quality of camera and

9      internet connections of

10     participants. What is seen from the

11     witness and heard on screen is what

12     will be recorded.

13          Audio and video recording will

14     continue to take place unless all

15     parties agree to go off the record.

16          This is Media Unit 1 of the

17     video-recorded deposition of Sandy

18     Ng in the matter of In Re: January

19     2021 Short Squeeze Trading

20     Litigation, filed in the United

21     States District Court for the

22     Southern District of Florida, Case

23     No. 1:21-MD-2989-CMA.

24          This deposition is being

25     conducted remotely using virtual

```
                                    Page 5
 1      technology. My name is Adam
 2      Venturini representing Veritext and
 3      I am the videographer. The court
 4      reporter today is Maureen Ratto
 5      from the firm Veritext.
 6           I'm not authorized to
 7      administer an oath, I'm not related
 8      to any party in this action, nor am
 9      I financially interested in the
10      outcome.
11           If there are any objections to
12      proceeding please state them at the
13      time of your appearance.
14           Counsel and all present,
15      including those remotely, will now
16      state their appearances and
17      affiliations for the record,
18      beginning with the noticing
19      attorney.
20           MR. SLIFKIN:  Good morning. My
21      name is Daniel Slifkin. I'm a
22      partner in the law firm of Cravath,
23      Swaine & Moore. I'm here
24      accompanied by my colleague Robert
25      DeNunzio, who is off camera but
```

```
                                                         Page 6

 1                    SANDY GAR-LUN NG

 2        present in the room and we

 3        represent the defendants in this

 4        litigation.

 5                 MR. ROSEN:  This is Laurence

 6        Rosen.  I am representing Mr. Ng,

 7        as well as the other plaintiffs,

 8        proposed Class Representatives in

 9        this action from the Rosen Law

10        Firm.

11                      *  *  *

12   SANDY GAR-LUN NG, having been first

13   duly sworn according to law by the

14   Officer, testifies as follows:

15   DIRECT EXAMINATION BY MR. SLIFKIN:

16        Q.    Could you please give us your

17   full name?

18        A.    My name is Sandy Gar-Lun Ng.

19        Q.    And what is your current

20   address, Mr. Ng?

21        A.    It is ██████████████████████

22   ██████████████████████.

23        Q.    And are you a Canadian

24   citizen?

25        A.    That is correct.
```

Page 7

```
 1              SANDY GAR-LUN NG
 2      Q.      And do you both live and work
 3  in Canada?
 4      A.      Yes, I do.
 5      Q.      Have you been involved in any
 6  legal proceedings prior to this one?
 7      A.      No.
 8      Q.      Not involved in any civil
 9  proceedings?
10      A.      Correct.
11      Q.      And I take it you weren't
12  involved in any criminal proceedings?
13      A.      I have not been involved in
14  any of that.
15      Q.      Do you understand that you are
16  a plaintiff in this action?
17      A.      Yes, I do.
18      Q.      What is your understanding of
19  your role as plaintiff in this matter?
20      A.      I understand as a class
21  representative that there are other
22  people similar to me who feel they've
23  suffered loss.
24      Q.      So you used the phrase "class
25  representative" in your prior answer.
```

```
 1              SANDY GAR-LUN NG
 2              In order to get on the same
 3    page, could you just give me your
 4    understanding of what that is?
 5         A.    To provide information to my
 6    lawyers that also -- and to also, like,
 7    best represent the other plaintiffs who
 8    are not here with us.
 9         Q.    Okay. When you say your
10    lawyers, are you referring to Mr. Rosen
11    and his colleagues at the Rosen Law Firm?
12         A.    That is correct.
13         Q.    So when did you first hear
14    about this lawsuit?
15         A.    I didn't really hear about the
16    lawsuit, I was kind of upset with what
17    happened to me and I did a Google Search
18    and the Rosen Law Firm appeared in one of
19    my searches.
20         Q.    Okay. So perhaps you can just
21    in your own words explain to us how you
22    came to be a plaintiff here? I don't want
23    you to get into any conversations you had
24    with your lawyers.
25         A.    How? Yeah, like, I sold shares
```

```
 1                SANDY GAR-LUN NG
 2    in GME at a loss, and I understood that
 3    Robinhood had disabled the buy button and
 4    I was a bit upset about that.
 5         Q.    So you -- when you say you did
 6    a Google Search, what was your Google
 7    Search?
 8         A.    Class action Robinhood.
 9         Q.    And when did you do that
10    Google Search, approximately?
11         A.    Oh, last year sometime,
12    summer.
13         Q.    Okay. And the Google results
14    led you to the Rosen Law Firm; is that
15    fair?
16         A.    Yeah. I'd say that's fair.
17         Q.    And again, without -- I don't
18    want to know what you said to them or
19    they said to you, but could you just tell
20    me the steps along the way what
21    ultimately you became a plaintiff?
22         A.    I had emailed a couple other
23    law firms and had not received a reply. I
24    went onto the Rosen Law Firm and I
25    submitted my information and after a
```

Page 10

```
                          SANDY GAR-LUN NG
 1
 2    period of time they reached out and we
 3    connected.
 4         Q.    Okay. And you think that was
 5    sometime in 2022?
 6         A.    It was some time ago.
 7         Q.    You mentioned, what you said a
 8    few moments ago, that Robinhood had
 9    disabled the buy button. Can you just
10    sort of elaborate for us on what you mean
11    by that?
12         A.    So there was a period of time
13    when the stocks tanked and I didn't
14    understand why and on the Reddit forums
15    people were saying that they couldn't buy
16    the shares that they wanted. So something
17    was amiss there and that shouldn't
18    happen, in my opinion.
19         Q.    Okay. And when did you first
20    learn that Robinhood had disabled the buy
21    button?
22         A.    I can't remember the precise
23    time but it was sometime after I sold my
24    -- yeah, so my shares tanked severely and
25    I wanted to retain some of the value I
```

```
                                        Page 11
 1                  SANDY GAR-LUN NG
 2   had there so I sold and that's when, you
 3   know, I saw the information on Reddit.
 4        Q.    Okay. And so that was my next
 5   question. You mentioned Reddit forums.
 6   Explain to us what you mean by Reddit
 7   forums?
 8        A.    That's the social media
 9   platform.
10        Q.    Okay. I'm going to come back
11   to social media platforms in a minute.
12   Let me ask you a few more questions about
13   your background before we get into the
14   substance.
15              So when did you graduate high
16   school?
17        A.    Around '94. It's been a while.
18        Q.    And then did you have any
19   formal education beyond high school?
20        A.    I did some college, about a
21   year and a half and I dropped out of
22   that.
23        Q.    Where did you go to college
24   for a year and a half?
25        A.    To a community college named
```

```
                                        Page 12
 1              SANDY GAR-LUN NG
 2   Centennial College, it's in the Toronto
 3   area.
 4        Q.    In Toronto, Canada?
 5        A.    Correct.
 6        Q.    What did you study at
 7   Centennial College?
 8        A.    Microcomputer analyst.
 9        Q.    Sorry. I didn't quite follow
10   that. Is that, microcomputer analyst, is
11   that a subject or a vocation?
12        A.    That's just the name of the
13   course. So it involved some accounting,
14   operations management, things like that.
15        Q.    Did you do any, either at high
16   school or college, did you do any classes
17   in economics?
18        A.    I did a grade 10 or 11 class
19   in economics.
20        Q.    Was that like a microeconomics
21   class?
22        A.    It covered both. It was a very
23   general course. I even remember the
24   instructor, Mr. Tessielli.
25        Q.    You have a better memory than
```

```
                                          Page 13
 1              SANDY GAR-LUN NG
 2   me.  I can't remember my teachers in high
 3   school.
 4        A.    He was a good economics
 5   teacher, so I remember him. My other
 6   teachers were rather forgettable.
 7        Q.    I'm embarrassed I can't
 8   remember my teacher's name.
 9              Have you ever heard the phrase
10   "the efficient market hypothesis"?
11        A.    No, I haven't.
12        Q.    Okay.
13        A.    That sounds like a very
14   advanced thing.
15        Q.    Okay. So when you dropped out
16   of college, what did you go to do then?
17        A.    I worked for a friend who
18   opened up an internet cafe.  I did that
19   for a period of time.
20        Q.    And let me try and make this
21   quicker. Are you currently employed?
22        A.    Yes, I am.
23        Q.    By whom are you employed?
24        A.    The Government of Nunavut,
25   Department of Health. I work in health
```

Page 14

1                   SANDY GAR-LUN NG

2      IT.

3           Q.    And what are your job

4      responsibilities?

5           A.    I'm responsible for supporting

6      the electronic health record system, so I

7      teach the clinicians, other users, I also

8      support the videoconferencing,

9      telehealth. That's my main job.

10          Q.    Since dropping out of college,

11     have you continually been employed

12     working in, you know, technology support,

13     if I can put it that way?

14          A.    Yes, I have.

15          Q.    And how long have you been in

16     your current job?

17          A.    This particular job, since

18     March 2011.

19          Q.    Okay.  I want to -- now, what

20     I would like to do is show you something

21     that's previously been marked as an

22     exhibit. I don't know if you've been

23     through how you do that, how you look at

24     that with you.

25          A.    I have that Veritext thing, if

```
 1                SANDY GAR-LUN NG
 2    that's what you're talking about.
 3         Q.    The Veritext thing?
 4                Okay. So somebody needs to
 5    help me as to what we do, Robert. What do
 6    you click on, files?
 7                MR. DeNUNZIO:  If you tell me
 8         -- I have to upload it. So if you
 9         tell me --
10                MR. SLIFKIN:  Okay.
11                (Exhibit 2, letter from Rosen
12         Law Firm, dated February 27, 2023
13         re: Social media, having been
14         previously marked, is shown to the
15         Deponent.)
16         Q.    I'm going to show you what's
17    previously been marked as Exhibit 2. And
18    since you work in IT hopefully you're
19    going to be better at this than I am.
20                MR. DeNUNZIO:  If you refresh
21         the page.
22                MR. SLIFKIN:  Okay.
23                THE WITNESS:  I see it.
24         Q.    And you have what was
25    previously marked as Exhibit 2. Do you
```

```
                                              Page 16
 1                  SANDY GAR-LUN NG
 2   see that?
 3        A.    Yes, I do.
 4        Q.    And if you go down to page 3
 5   of the exhibit --
 6        A.    I'm there.
 7        Q.    -- do you see there's a box
 8   which says Sandy Ng in it?
 9        A.    Correct.
10        Q.    And is that you, Mr. Ng?
11        A.    Yes, it is.
12        Q.    And there is another box which
13   lists Reddit, Twitter, Facebook and
14   YouTube. Do you see that?
15        A.    Yes.
16        Q.    And under Reddit it has the
17   word ██████████ is that your user name on
18   Reddit?
19        A.    That is correct.
20        Q.    Similarly, on Twitter is the
21   it the case you are ██████████?
22        A.    That is correct. Those are all
23   my accounts, yes.
24        Q.    I'll just ask another couple
25   of questions so it's really crystal clear
```

```
                                      Page 17
 1              SANDY GAR-LUN NG
 2    on the record.
 3              On Facebook are you ████████?
 4       A.    Yes, I am. ████████████████
 5    ████████████████████████████████
 6       Q.    Totally understood. And on
 7    YouTube are you ██████████████████
 8       A.    That is correct.
 9       Q.    Okay. Thank you for that.
10              So your Reddit account under
11    which you are identified as ████████, for
12    how long have you had that account?
13       A.    I've had it for quite some
14    time, at least eight years.
15       Q.    So I take it in 2020 and 2021
16    ████████ on Reddit was your account?
17       A.    Yes.
18       Q.    And in that -- let me focus
19    now on that timeframe, late 2020, early
20    2021, are you with me?
21       A.    Yes.
22       Q.    Okay. In that time how
23    frequently did you use Reddit?
24       A.    Daily, I'd say. It's a source
25    of entertainment so...
```

```
                                    Page 18
 1                SANDY GAR-LUN NG
 2        Q.     And if you recall, if you can
 3   generalize, how frequently would you post
 4   on Reddit during that time period?
 5        A.     Not particularly often.
 6        Q.     So you were primarily reading;
 7   is that fair?
 8        A.     Yeah.
 9        Q.     All right. I want to ask you
10   some questions about your investment
11   history, okay?
12               Do you currently, as we sit
13   here today, invest in stocks and shares?
14        A.     Yes.
15        Q.     For how long have you been a
16   stock investor?
17        A.     Probably since 2000.
18        Q.     And what caused you to start
19   investing money in the stock market?
20        A.     In that economics class we
21   talked earlier, there was a little stock
22   piece so I found that rather interesting.
23        Q.     Do you have any particular
24   recollection of what you were told in
25   your economics class that caused you to
```

```
                                      Page 19

 1                  SANDY GAR-LUN NG

 2    start investing in the stock market?

 3         A.    No, I just found it fun, so it

 4    seems like a way of making money.

 5         Q.    So you're Canadian, you live

 6    in Canada, would you invest in Canadian

 7    companies?

 8         A.    I have invested in the past,

 9    yes.

10         Q.    And I take it you've invested,

11    from what you told me already, in

12    American companies?

13         A.    Yes.

14         Q.    United States companies?

15         A.    Correct.

16         Q.    Do you invest in companies

17    based outside of the U.S. or Canada?

18         A.    No.

19         Q.    And your stock investments,

20    are they all securities that are traded

21    in either U.S. or Canadian exchanges?

22         A.    Yes.

23         Q.    Okay. So if we focus -- excuse

24    me. So you understand that this

25    litigation is called the January 2021
```

```
                                       Page 20
 1              SANDY GAR-LUN NG
 2   Short Squeeze Trading Litigation, I take
 3   it?
 4        A.    Yes.
 5        Q.    And to be clear, what's your
 6   understanding of what a short squeeze is?
 7        A.    When there is huge buying
 8   pressure often after, like, a margin
 9   call, so people will need to cover and
10   purchase shares on the open market.
11        Q.    Okay. There was a lot in
12   there. So you used the phrase margin call
13   and you used the phrase cover. I want to
14   make sure we're all on the same page
15   here.
16              Can you unpack what you said?
17   Or I can ask you more questions,
18   whichever you prefer.
19        A.    What would you like me to
20   elaborate on?
21        Q.    Okay. So you said, you talked
22   about margin calls. So explain to me what
23   a margin call is, in your understanding?
24        A.    My understanding is that if
25   you're being loaned some money or shares
```

```
 1                    SANDY GAR-LUN NG
 2   you have to maintain a certain amount of
 3   money and if you get called, then you
 4   have to pay a share or put in more
 5   capital or more money.
 6        Q.    Okay. And how does that relate
 7   to the concept of short squeeze?
 8        A.    That relates when there's a
 9   lot of demand for a particular equity and
10   then if there's -- if the demand is high
11   enough, the price will rise with that
12   demand.
13        Q.    And how does that affect
14   margin calls?
15        A.    Well, as prices rise --
16              MR. ROSEN:  Objection.
17        Q.    You can answer.
18        A.    As the price rises the margin
19   calls become -- the capital required will
20   increase as well, so it's this loop.
21        Q.    Okay. And so are you referring
22   to margin calls for people who are
23   shorting the stock?
24        A.    Not necessarily. You can be
25   margin called just by holding stock by
```

Page 22

```
 1              SANDY GAR-LUN NG
 2  leveraging what you own.
 3       Q.    Okay. I'm not quite following.
 4              So if you hold --
 5  hypothetically if you hold XYZ stock, and
 6  you borrowed money against it and the
 7  market price of XYZ stock goes up, in
 8  your understanding how can that lead to a
 9  margin call?
10              MR. ROSEN:  Objection. He's
11       not testifying as an expert
12       witness. So to the extent he has
13       knowledge, he can answer the
14       question.
15              Why don't you repeat your
16       question?
17       Q.    So I gave you a hypothetical,
18  like a fictitious stock called XYZ. And
19  let's say you borrowed money against the
20  XYZ stock and then the value of the stock
21  goes up because the price goes up. In
22  your understanding can that lead to a
23  margin call?
24       A.    If the stock goes up, no.  If
25  it goes down it would, if I'm just
```

```
 1                SANDY GAR-LUN NG
 2   borrowing.
 3        Q.    Okay. So if there's buying
 4   pressure in your, as you described to me
 5   earlier, if there is buying pressure and
 6   the price of a stock goes up, I take it
 7   the person who could be negatively
 8   affected is a person who has a short
 9   position; is that right?
10        A.    Yes.
11        Q.    And so is that -- to go back
12   to the use of the phrase short squeeze,
13   so is it fair to say in your
14   understanding a short squeeze can occur
15   to people who hold short positions if
16   there's a lot of buying pressure that
17   drives the stock up?
18        A.    Yes.
19        Q.    Okay. And when you used the
20   word "cover" in your prior answer, it's
21   those folks holding short positions who
22   need to then go out and buy more stock to
23   cover their position; is that fair?
24        A.    Yes.
25        Q.    Have you heard the phrase
```

```
                                              Page 24

 1                SANDY  GAR-LUN  NG

 2   gamma  squeeze?

 3        A.     Yes.

 4        Q.     What  do  you  understand  a  gamma

 5   squeeze  to  be?

 6        A.     That's  supposed  to  be  where

 7   the  price  is  astronomical.

 8        Q.     Can  you  unpack  that?  The  price

 9   of  what  is  astronomical?

10                MR.  ROSEN:   Unpack  what?  He

11        said  three  words.  There  is  nothing

12        to  unpack.   So  if  you  have  a

13        question  you  can  ask  it  but  --

14        Q.     The  question  was,  the  price  of

15   what  is  astronomical?

16        A.     The  share,  whatever  equity  is

17   being  shorted  that  you  have  to  cover

18   with.

19        Q.     And  how  do  you  define

20   astronomical?

21        A.     I  can't  define  astronomical,

22   it's  whatever  one  feels  what  the  price  is

23   is.

24        Q.     Is  it  fair  to  say  a  gamma

25   squeeze  is  a  form  of  short  squeeze?
```

1                SANDY GAR-LUN NG

2        A.     Yes.

3        Q.     And in the -- a gamma squeeze

4   is an extreme form of short squeeze, in

5   which, in your words, the stock price

6   becomes astronomical?

7        A.     Correct.

8        Q.     In your understanding, what

9   causes a gamma squeeze?

10       A.     The buying pressure.

11       Q.     Okay. And you mentioned

12  Robinhood earlier and disabling the buy

13  button. Do you recall that?

14       A.     Yes.

15       Q.     Are you with me? Okay.

16              Are you currently a Robinhood

17  customer?

18       A.     No, I am not.

19       Q.     Have you ever been a Robinhood

20  customer?

21       A.     Never.

22       Q.     What -- who do you use for

23  your stock investments?

24       A.     I use TD WebBroker.

25       Q.     And is TD Toronto Dominion

```
 1              SANDY GAR-LUN NG
 2   Bank?
 3        A.    Yes.
 4        Q.    And that's a Canadian bank, I
 5   take it?
 6        A.    Yes.
 7        Q.    And you say -- I think you
 8   used the word TD WebBroker. So is this an
 9   online platform?
10        A.    That is correct.
11        Q.    When did you start using --
12   well, withdrawn.
13              I'm just going to use the
14   acronym TD, is that fair, rather than the
15   full name?
16        A.    That's fine. Yeah.
17        Q.    When did you start using TD?
18        A.    The platform, probably mid
19   2000s.
20        Q.    Who did you use for stock
21   investments prior to using TD?
22        A.    E-Trade.
23        Q.    Why did you switch from
24   E-Trade to TD?
25        A.    It was just convenient since
```

```
                                           Page 27
 1                SANDY  GAR-LUN  NG
 2   all  my  banking  was  done  through  TD.
 3        Q.    Do  you  still  have  an  account
 4   with  TD?
 5        A.    Yes,  I  do.
 6        Q.    Can  you  tell  us  approximately
 7   how  much  money  you  had  invested  in  the
 8   stock  market  when  you  started  using  TD  in
 9   the  mid  2000s?
10        A.    Probably  ███████  or  so.  I
11   started  small  and  just  started  adding  to
12   it.
13        Q.    And  as  we  sit  here  today  in
14   2023,  approximately  how  much  money  have
15   you  invested  in  the  stock  market?
16             MR.  ROSEN:   Objection.  Look,
17        you  are  not  going  to  ask  him  what
18        his  wealth  is.
19             If  you  want  to  ask  him  about  a
20        specific  investment,  that's  one
21        thing  but  he's  not  going  to  tell
22        you  what  the  total  value  of  his
23        nest  egg  or  stock  portfolio  is.
24        That  information  is  not  at  issue
25        here.
```

Page 28

1          SANDY GAR-LUN NG

2      Q.    You can go ahead and answer

3  the question unless you are instructed

4  not to answer.

5      A.    Can you repeat your question,

6  please?

7          MR. ROSEN:  I'm going to

8      instruct Mr. Ng not to disclose his

9      total wealth or the total value of

10     the stock portfolio.

11         THE WITNESS:  I will take my

12     counsel's advice.

13         MR. SLIFKIN:  And are you

14     instructing him based upon a

15     privilege?

16         MR. ROSEN:  I believe there is

17     a right of privacy to his total

18     personal wealth. That's not

19     something at issue and it's not

20     something that you are entitled to.

21         I've been doing this many many

22     years and that is the general

23     understanding.

24         So, you know, if you want to

25     take it up with the judge later, we

```
                                            Page 29

 1                    SANDY GAR-LUN NG
 2         can take it up with the judge and
 3         you can get an order allowing him
 4         to -- forcing him to give you that
 5         answer, but today he will not give
 6         it to you.
 7                   MR. SLIFKIN:  Okay.
 8                   (Direction not to answer.)
 9         Q.    Let's focus in January of
10    2021, the time of -- the timeframe in
11    which this litigation is concerned.
12                   At that point in time, January
13    of 2021, were you an investor in the
14    stock market?
15         A.    Yes.
16         Q.    And were all of your
17    investments in the stock market via TD?
18         A.    Yes.
19         Q.    And approximately how much
20    money did you have invested in the stock
21    market via TD as of January 1, 2021?
22         A.    I feel that is related to the
23    previous objection by my counsel.
24                   MR. ROSEN:  You are trying to
25         get his total personal wealth and I
```

```
                                              Page 30
 1              SANDY GAR-LUN NG
 2        don't think you are entitled to
 3        that, Mr. Slifkin, I really don't.
 4              MR. SLIFKIN:  Are you
 5        instructing him not to answer?
 6              MR. ROSEN:  Yeah. I'm
 7        instructing him not to -- I mean
 8        and then you're going to ask him,
 9        well, if you spend $100,000 on this
10        trade, what percentage of your
11        total portfolio was that or
12        something like that.
13              I mean, I've been through --
14        you are not entitled to know his
15        total wealth and, you know, it's
16        just an invasion of privacy and I
17        don't think you are entitled to it.
18              If I'm wrong, then we'll give
19        you that number when the time
20        comes, but I don't think you're
21        entitled to it today.
22              MR. SLIFKIN:  So the answer to
23        my question was; you are
24        instructing him not to answer?
25              MR. ROSEN:  Yes, Mr. Slifkin.
```

```
                                        Page 31
  1              SANDY GAR-LUN NG
  2              MR. SLIFKIN:  Okay. And are
  3        you asserting attorney-client
  4        privilege?
  5              MR. ROSEN:  I am not asserting
  6        attorney-client privilege. I
  7        believe it's a privacy right,
  8        privacy privilege.
  9              (Direction not to answer.)
 10        Q.    Okay. Let's do it slightly
 11   differently.
 12              Let's focus on the period
 13   let's say January, February and March of
 14   2021, okay? Are you with me?
 15              How many accounts did you have
 16   at TD?
 17        A.    I have two main accounts and
 18   they are divided between a Canadian
 19   account and an American account. They can
 20   be further subdivided by a cash account
 21   or a registered account. The registered
 22   account is sort of like a -- there's tax
 23   consequences, I guess, like your IRA and
 24   Roths in U.S.
 25        Q.    One thing I'm not is an expert
```

```
                                   Page 32
 1                 SANDY GAR-LUN NG
 2    on Canadian taxes. So can you --
 3                 MR. ROSEN:  Mr. Ng is not an
 4         expert either. If he understands
 5         your question, he can answer.
 6         Q.    So you say there is a thing
 7    called a cash account, a thing called a
 8    registered account and you say it's a bit
 9    like an IRA or Roth, and can you explain
10    to me which is which?
11         A.    Well, I'm not really familiar
12    with the American registered accounts.  I
13    just know they are registered accounts.
14                 So in Canada we have a TFSA,
15    tax-free savings account where you put
16    money in and anything that happens to
17    that there is no tax consequences. I
18    cannot claim capital losses or gains in
19    that.
20                 And then another account is
21    called an RSP or registered savings plan,
22    that is usually saved for retirement. I
23    can put money in there and at some point
24    if I take money out there are tax
25    consequences.
```

```
 1                SANDY GAR-LUN NG
 2       Q.    Okay. So --
 3       A.    So the account in question, to
 4   let you know before you ask, is my GME
 5   was in my tax-free savings account,
 6   primarily.
 7       Q.    And is that --
 8       A.    And I had some in my cash
 9   account, Canadian cash account.
10       Q.    Okay. So your holdings of GME,
11   when you say that, you are referring to
12   GameStop, right?
13       A.    Yes.
14       Q.    Okay. And your principal
15   holdings of GME were in your TSA; is that
16   correct?
17       A.    Yes, the TFSA.
18       Q.    TFSA?
19       A.    Tax-free savings account.
20       Q.    Okay. Is that also what you
21   referred to as the tax account or not?
22       A.    No. That's a separate account,
23   the cash account.
24       Q.    Okay. So is the TFSA --
25   withdrawn.
```

Page 34

```
 1                  SANDY  GAR-LUN  NG
 2                  Is  the  TFSA  a  registered
 3   account?
 4        A.     Yes.
 5        Q.     Okay. And  in  that  account,  am
 6   I  correct  in  saying,  you  can  neither  be
 7   taxed  or  --  withdrawn.   Let  me  unpack  it.
 8                  So  your  GameStop  stock  was
 9   principally  held  in  your  TFSA,  correct?
10        A.     Yes.
11        Q.     That  is  what  is  called  a
12   registered  account  in  Canada,  correct?
13        A.     Yes. Yes.
14        Q.     And  TFSA  stands  for  tax-free
15   savings  account?
16        A.     Yes.
17        Q.     And  that  means  any  capital
18   gains  you  receive  from  stocks  in  that
19   account  are  not  subject  to  taxation  in
20   Canada; is  that  fair?
21        A.     That  is  correct.
22        Q.     Is  it  also  the  case  that  any
23   losses  that  you  suffer  in  your  TFSA  are
24   not  deductible  for  purposes  of  Canadian
25   taxes?
```

```
                                        Page 35
 1                  SANDY GAR-LUN NG
 2        A.     That is correct.
 3        Q.     Okay. You previously told me
 4   you had two main accounts, a Canadian
 5   account and an American account, I think?
 6        A.     Yeah. So there's the cash
 7   account is the Canadian side.
 8        Q.     And what is the American
 9   account?
10        A.     Well, so the TFSA also has a
11   Canadian portion which I wasn't using. So
12   it's split in two but I was using the
13   American side of the TFSA.
14        Q.     Okay. And so when you
15   distinguished between an American account
16   and a Canadian account, are you referring
17   to the location of the exchanges upon
18   which the securities are traded?
19        A.     No, just the currency in which
20   the account is currently holding.
21        Q.     I see. So we have been
22   provided with some of your -- with some
23   of your account statements by counsel.
24   And I'll turn to them in a minute, but
25   generally, so in your TFSA where you held
```

Page 36

1              SANDY GAR-LUN NG

2     the GME stock, the numbers we see, should

3     those be in U.S. dollars?

4          A.    For the most part, yes. The

5     TFSA is American and that is in USD.

6          Q.    All right. Thank you. That's

7     extremely helpful.

8                Your investments in

9     securities, have they always been solely

10    on your own behalf?

11         A.    Yes.

12         Q.    Have you ever invested money

13    for other folks?

14         A.    Only recently when I had mason

15    I opened up an RESP, a Registered

16    Education Savings Plan, otherwise it's

17    all for myself.

18         Q.    And the accounts we've been

19    talking about, the TFSA, that's held in

20    your name, I take it?

21         A.    That is correct.

22         Q.    And have you ever used an

23    investment advisor?

24         A.    No, I have not.

25         Q.    Does TD provide you with any

```
                                        Page 37
 1                SANDY GAR-LUN NG
 2    financial advisory services?
 3         A.    I'm sure they do.
 4         Q.    With respect to the --
 5    focusing in with respect to the purchase
 6    of tradeable securities, have they
 7    provided you with those services?
 8         A.    There are tools for
 9    self-discovery of these investments.
10         Q.    Okay. Can you explain what you
11    mean by that?
12         A.    If I select a particular
13    stock, they'll have various, I guess,
14    heads of people who are advisors and
15    their views on the particular stock.
16    There is also, like, Morningstar ratings
17    related to the stock.
18         Q.    So I take it that -- sorry. I
19    didn't mean to interrupt you. Were you
20    finished?
21         A.    No. Go ahead. No. Go ahead.
22         Q.    Thank you. So I take it that
23    -- so TD is an online platform, correct?
24         A.    Yes. It's a direct -- what do
25    you call it?  -- a discount brokerage. So
```

```
                                     Page 38
 1              SANDY GAR-LUN NG
 2   the services are limited to online there.
 3        Q.    If you are interested in a
 4   particular stock, for example, GME, can
 5   you sort of search it on the platform?
 6        A.    Yes.
 7        Q.    The platform then directs you
 8   to certain information about that
 9   security?
10        A.    Just the Morningstar rating
11   which allows you to -- I can't remember
12   if it goes to the website or not, but...
13        Q.    Well, you mentioned heads of
14   people who were advisors. Can you explain
15   what you mean by that?
16        A.    Yes. So there are listings of
17   advisors from various other, I guess,
18   companies, and they just -- yeah, it's
19   just a list.
20        Q.    And can you click on -- click
21   on a link and get a report?
22        A.    Yeah. And then, not so much a
23   report but what their opinion is or what
24   their rating is on that particular stock.
25        Q.    Like buy, hold or whatever?
```

```
                                              Page 39
 1                    SANDY GAR-LUN NG
 2        A.     That's right.
 3        Q.     So let's focus in on the
 4   beginning of 2021, so January 2021,
 5   January 1st, I don't know what day of the
 6   week that was, but as of the beginning of
 7   January 2021 do you recall what stocks
 8   you held in your TD accounts?
 9        A.     I think I had some Aurora
10   Cannabis stock, I had some probably
11   Bombardier, it's a Canadian company, I
12   held ETFs. Those are index stocks.
13        Q.     ETFs being electronically
14   traded funds?
15        A.     Correct.
16             MR. SLIFKIN:  Okay. Why don't
17        I mark -- why don't we mark tab 9,
18        Robert.  So you should see if you
19        refresh Exhibit 33.
20             And let me just identify the
21        production numbers. This is
22        P00002180 through 2212.
23             (Exhibit 33, TD Investment
24        account statement, beginning Bates
25        P00002180 was received and marked
```

```
                                        Page 40
  1                SANDY GAR-LUN NG
  2        on this date for identification.)
  3        Q.    Let me know when you have
  4   Exhibit 33.
  5        A.    I do have it up.
  6        Q.    Okay. Could you just take a
  7   moment to flip through it?
  8        A.    Yes. They're my statements.
  9        Q.    Okay. Do you recognize what
 10   Exhibit 33 contains?
 11        A.    They are my accounts, yes.
 12        Q.    That was going to be my
 13   question. So can you tell us what these
 14   are?
 15        A.    They are my investment account
 16   statements.
 17        Q.    From TD?
 18        A.    That is correct.
 19        Q.    And do they cover the period
 20   from January 1st, 2021 through March
 21   31st, 2022?
 22        A.    To March 2022?
 23        Q.    Through March 31st, 2021. I
 24   apologize.
 25                MR. ROSEN:  Take your time and
```

```
                                                  Page 41
  1                  SANDY GAR-LUN NG
  2        go through them before you answer
  3        the question.
  4              Are these both accounts here,
  5        Mr. Slifkin? Are they representing
  6        two different accounts?
  7              MR. SLIFKIN:  I don't actually
  8        know. I'm going to ask about that.
  9              MR. ROSEN:  Because one has an
 10        opening balance. It looks like two
 11        different accounts.
 12              THE WITNESS:  Yes. That's what
 13        it looks like. You have the account
 14        number redacted. But -- well, it
 15        says "your TFSA statement", so that
 16        you can tell is for the TFSA
 17        account and the other would be the
 18        cash account in the heading.
 19        Q.    If we look at the first page
 20    of Exhibit 33, you see in the sort of
 21    near the top right it says "your
 22    investment account statement"?
 23        A.    Yes.
 24        Q.    And then if you look on page
 25    2180 at the bottom, do you see that?
```

Page 42

                    SANDY GAR-LUN NG

1

2       A.      Oh, yes.

3       Q.      And if you go to 2183?

4       A.      Yup.

5       Q.      And it says "your TFSA

6   statement", do you see that?

7       A.      Yes.

8       Q.      So are those two different

9   accounts?

10       A.      That is correct.

11       Q.      Okay. So why don't we take a

12   look at the second page of Exhibit 33. So

13   this is your cash account, I take it?

14       A.      Second page? Yes.

15              MR. ROSEN:   That's Bates

16       stamped 2181?

17              MR. SLIFKIN:   That's correct.

18       Q.      So this is your investment

19   account statement. And is that the same

20   thing as your cash account?

21       A.      Yes, this is the cash account.

22       Q.      Okay. And this, am I correct

23   in saying that this shows the sale of

24   Aurora Cannabis stock and the purchase of

25   GameStop stock?

```
                                              Page 43
 1                   SANDY GAR-LUN NG
 2        A.      That's what's happened there,
 3   yes.
 4        Q.      Okay. So why did you decide to
 5   sell your Aurora Cannabis stock?
 6        A.      Because I wanted to buy
 7   GameStop.
 8        Q.      Okay. So it was for the
 9   purposes of obtaining liquidity to
10   purchase another security, yes?
11        A.      Correct.
12        Q.      Next question. Why did you
13   want to purchase GameStop?
14        A.      Why? Because I wanted to.
15        Q.      But why did you want to?
16        A.      Why? Because I saw a post on
17   Reddit that interested me.
18        Q.      Do you recall what the Reddit
19   post said?
20        A.      It was a post by DFV showing
21   his GME update.
22        Q.      So on the second page of
23   Exhibit 33, the dates for the purchase of
24   GameStop is given as January 27th, 2021.
25   Do you see that?
```

Page 44

                    SANDY GAR-LUN NG

1

2      A.    Yes.

3      Q.    Was that when you put in the

4   instruction to purchase it or is that a

5   different date?

6      A.    I believe that would have been

7   -- yeah. I'm not sure if that's the

8   settle date or what. I don't know.

9      Q.    I take it you understand there

10   is a difference between, like, an order

11   date and a settlement date?

12      A.    That's correct.

13      Q.    And I'm going to come back to

14   that a little bit later.

15            So prior to your order date,

16   you had seen a post on Reddit by DFV; is

17   that correct?

18      A.    That is correct.

19      Q.    And who is DFV?

20      A.    His user name is

21   DeepFuckingValue on Reddit.

22      Q.    Okay. But do you know who that

23   person is?

24      A.    Not personally.

25      Q.    Do you have a name other than

```
                                        Page 45

 1                SANDY GAR-LUN NG
 2    the acronym?
 3         A.    I've come to know him. He is
 4    known on YouTube as Roaring Kitty and his
 5    real name is Keith Gill.
 6         Q.    Let's take these in pieces.
 7               Did you at the time follow DFV
 8    on Reddit?
 9         A.    No, I did not.
10         Q.    Did you watch Roaring Kitty on
11    YouTube?
12               MR. ROSEN:  As of what date?
13               MR. SLIFKIN:  I'm talking now
14         -- we're talking about January of
15         2021.
16         Q.    Let me start again.
17               January of 2021 did you watch
18    Roaring Kitty videos on YouTube?
19         A.    No, I did not.
20         Q.    Have you ever watched Roaring
21    Kitty on YouTube?
22         A.    Never.
23         Q.    When did you start following
24    DFV on Reddit?
25         A.    After I saw the post on my
```

```
 1              SANDY GAR-LUN NG
 2   front page of Reddit.
 3       Q.    And was that in January of
 4   2021?
 5       A.    Yes.
 6       Q.    And was that the post that
 7   caused you to purchase GameStop stock?
 8       A.    It may not have been the
 9   first, but I might have seen another
10   posts of his. I don't recall
11   specifically.
12       Q.    Okay. And when did you first
13   learn that DFV was a user name for
14   somebody called Keith Gill?
15       A.    That was probably after the
16   Congressional hearing where he had to
17   reveal himself.
18       Q.    So that was subsequent to the
19   events we've been discussing, I take it?
20       A.    Yes.
21       Q.    So we were looking at the
22   second page of Exhibit 33. That's your
23   cash account, right?
24       A.    Yes.
25       Q.    So let's go forward to page
```

```
                                          Page 47
 1              SANDY GAR-LUN NG
 2    2183.
 3         A.    Okay. TFSA account.
 4         Q.    And this at the top says, you
 5    see under the redacted account number it
 6    says Account Type: Tax-free savings
 7    account CDN?  Do you see that?
 8         A.    Yes.
 9         Q.    So CDN I assume means
10    Canadian?
11         A.    Yes.
12         Q.    And if we go to the next page,
13    am I correct in saying that in January
14    you sold Aurora Cannabis and Sabina Gold
15    and Silver out of this account?
16         A.    Yes.
17         Q.    And did you in January then
18    place an order for GameStop out of your
19    TFSA Canada account?
20         A.    Probably in there.
21         Q.    Could you see where it says on
22    the page 2184 it says Pending Activity?
23         A.    There was a buy on 2183.
24         Q.    If you look at 2184 --
25         A.    Yeah. There is a buy on
```

```
 1              SANDY  GAR-LUN  NG
 2   February 1st.
 3        Q.    And it says pending because
 4   this is a statement dated January 31st,
 5   right?
 6        A.    Yes.
 7        Q.    Okay. So, again, did you sell
 8   Aurora Cannabis and Sabina Gold and
 9   Silver in order to get liquidity to buy
10   GameStop?
11        A.    Yes.
12        Q.    And tell us what Sabina Gold
13   and Silver was?
14        A.    It's a Canadian mining
15   company.
16        Q.    Okay. Let's go forward to page
17   2186?
18        A.    I'm there.
19        Q.    Okay. And 2186 at the top you
20   see it says "your TFSA statement", are
21   you with me?
22        A.    Yes.
23        Q.    And am I right in saying that
24   this is the U.S. portion of your tax-free
25   savings account?
```

```
                                            Page 49

 1                  SANDY GAR-LUN NG

 2        A.    Yes.

 3        Q.    And if we go to page 2187, it

 4   shows activity towards the bottom. Do you

 5   see that?

 6        A.    Yup.

 7        Q.    Give me one second just to

 8   catch up here.

 9              Am I right in saying that in

10   January of 2021 out of the U.S. portion

11   of your TFSA you sold Tesla stock?

12        A.    Yes, I did.

13        Q.    And why did you sell Tesla

14   stock?

15        A.    Because I wanted to buy GME.

16        Q.    So, again, for liquidity

17   reasons?

18        A.    Yes.

19        Q.    When did you originally

20   purchase the Tesla stock?

21        A.    I can't remember.

22        Q.    Did you make a profit on your

23   sale of the Tesla stock?

24        A.    Yes.

25        Q.    And did you take all that
```

```
                                              Page 50
 1                  SANDY GAR-LUN NG
 2   money from out of Tesla and put it into
 3   GameStop?
 4         A.     That's correct.
 5         Q.     And if we look at the top of
 6   page 2187 do you see where it says -- do
 7   you see it says "GameStop Corp. CL-A
 8   GME"?  Do you see that?
 9         A.     Yes.
10         Q.     And am I reading this
11   correctly to say as of January 1st, 2021
12   in, your U.S. denominated TFSA, you had
13   ███████████████████████████████
14         A.     Yes.
15         Q.     And that cost you somewhere
16   over  ██████████████
17         A.     Yes.
18         Q.     It had a market value at the
19   end of January of  ██████████████
20               MR. ROSEN:  Objection.
21         Objection. First you got to ask a
22         question rather than make a
23         statement. But the document says
24         that. But whether he knows what the
25         actual value was and whether the
```

```
                                                Page 51
 1                    SANDY GAR-LUN NG
 2         document is correct is another
 3         issue. So please reframe your
 4         question.
 5         Q.    Sure. So in your -- so this is
 6    your TFSA statement for January -- for
 7    the month of January 2021, correct?
 8         A.    Yes, it's the official
 9    statement.
10         Q.    Okay. And was this mailed to
11    you? Did you get it online?
12         A.    Online. I don't look at these,
13    generally speaking. They're horrible to
14    look at.
15         Q.    So this, how do you track then
16    your investments in your TD account?
17         A.    Online.
18         Q.    How frequently, back in
19    January of 2021, how frequently did you
20    look online at your statements or
21    investments?
22         A.    On the website, it was fairly
23    frequently, daily.
24         Q.    Okay. So this statement says,
25    am I correct in reading this statement
```

```
                                        Page 52
 1              SANDY GAR-LUN NG
 2    that it says the ████████████████████
 3    that you held in your U.S. TFSA had a
 4    market value of ██████████████████
 5    ███████████
 6         A.    That is indeed what it says.
 7         Q.    So as of January 31st, 2021
 8    were you aware of that?
 9         A.    Yes.
10         Q.    And so within less than a
11    month you had made more than a 200%
12    profit on your investment in GameStop, I
13    take it?
14         A.    Yes, the numbers indicate
15    that.
16         Q.    Okay. And again, you were
17    aware of that as of the end of January
18    2021?
19         A.    Yup.
20         Q.    Okay. So did you make --
21    withdrawn.
22              Did you consider selling your
23    GameStop stock in the beginning of
24    February of 2021?
25              MR. ROSEN:   Objection, calls
```

```
                                        Page 53
 1              SANDY GAR-LUN NG
 2       for speculation.
 3       A.    I considered it.
 4       Q.    Did you make a decision not to
 5  sell?
 6       A.    Yes.
 7       Q.    I'm trying to understand. Was
 8  that a conscious decision or were you
 9  just holding it without paying any
10  attention to it?
11       A.    Yeah, I held onto it. I felt
12  it could go up further.
13       Q.    And what made you think that
14  it could go up further?
15       A.    What? The possibility of a
16  squeeze.
17       Q.    You mentioned the DFV post on
18  Reddit prior to the purchase of any
19  GameStop stock. Are you with me?
20       A.    Yup.
21       Q.    At that point in time did you
22  think there was a possibility of a
23  squeeze on GameStop?
24       A.    It was mentioned but his
25  thesis was that this was an undervalued
```

```
                                            Page 54

 1                SANDY GAR-LUN NG

 2   stock.

 3        Q.    Okay. Based upon the business

 4   fundamentals, is that what you're saying?

 5        A.    Based on his -- yes, based on

 6   his research.

 7        Q.    And did you do any of your own

 8   research into the business fundamentals

 9   of GameStop?

10        A.    No, I did not.

11        Q.    Throughout this period of

12   January, February and March of 2021, did

13   you do any research into the fundamental

14   business of GameStop?

15        A.    Other than what Keith posted.

16        Q.    So let's go forward in this

17   Exhibit, Exhibit 33, and go to page 2190.

18        A.    Okay.

19        Q.    So am I correct in saying this

20   is the first page of your investment

21   account statement for February 2021 in

22   your Canadian cash account?

23        A.    Correct.

24        Q.    And if we go to the next page

25   2191, it shows a February 4th transfer
```

Page 55

```
 1              SANDY GAR-LUN NG
 2   out of GameStop stock?
 3        A.    Yes.
 4        Q.    Were you just moving that to
 5   your U.S. cash account?
 6        A.    The U.S. TFSA account.
 7        Q.    Well, so can you go forward
 8   then to 2193 and 2194 --
 9        A.    Okay.
10        Q.    -- and look at 2194. That
11   shows a transfer in of 75 shares of
12   GameStop. Do you see that?
13        A.    Yes.
14        Q.    Are those the ones that came
15   out of the Canadian cash account?
16        A.    Yes. So it looks like it was
17   from the Canadian cash to the U.S. cash,
18   I guess. Let's see. Yeah.
19        Q.    And then you sold it; is that
20   fair?
21        A.    Eventually, yes.
22        Q.    Okay. And then if we go to
23   2196, this is your Canadian TFSA,
24   correct?
25        A.    Yes.
```

```
                                          Page 56
 1              SANDY GAR-LUN NG
 2      Q.     And you buy, in February you
 3  buy 55 shares of GameStop, correct?
 4      A.     Yes.
 5      Q.     And that's what's previously
 6  seen as a pending order. Am I reading
 7  that right?
 8      A.     I believe so.
 9      Q.     And then you transfer that out
10  of your Canadian TFSA also in February,
11  right?
12      A.     Yes.
13              MR. ROSEN:  Mr. Slifkin, it's
14      not clear whether these are trade
15      dates or settlement dates. So
16      unless the witness knows for sure,
17      I wouldn't put words in his mouth.
18      I think we're better off seeing the
19      confirmations.
20              Do you remember, Mr. Ng,
21      whether these are settlement dates
22      or trade dates?
23              THE WITNESS:  I don't know. I
24      don't look at these statements.
25      Q.     Well, I think we can clear
```

```
                                            Page 57
 1                 SANDY GAR-LUN NG
 2    that up in a minute or two.
 3                 But for now, this a statement
 4    for February, right?  That we can agree
 5    upon?
 6         A.    Yes.
 7         Q.    Okay. And if we go forward to
 8    page 2200?
 9         A.    Okay.
10         Q.    Okay. This is now your U.S.
11    denominated TFSA, correct?
12         A.    Correct.
13         Q.    And so is it fair to say in
14    early February of 2021 you sold 1,633
15    shares of GameStop?
16         A.    Yes.
17         Q.    And then later in February you
18    bought 1,895 shares of GameStop correct?
19         A.    Yup.
20         Q.    And then you sold that
21    GameStop stock, the 1,895 shares a few
22    days later; is that fair?
23         A.    Yup.
24         Q.    Okay. So I want to ask some
25    why questions now.
```

Page 58

```
 1              SANDY GAR-LUN NG
 2              Why did you sell 1,633 shares
 3    of GameStop in early February?
 4         A.    It could be because -- I'm
 5    trying to think of my mindset then.
 6              MR. ROSEN:  If you don't know
 7         the answer, you don't have to give
 8         -- you don't have to guess at an
 9         answer. You have to be sure of an
10         answer.
11         A.    I clearly sold it and then I
12    bought it back again. So that allowed me
13    I guess to profit the difference and then
14    pick it up again later. That's what
15    happened, that's what it looks like.
16         Q.    Okay. During this period in
17    time do you recall monitoring the
18    movement of GameStop stock?
19         A.    Yes. It was tumultuous.
20         Q.    Did you have any understanding
21    as to why it was tumultuous?
22         A.    I wasn't quite sure.
23         Q.    In buying and selling and
24    buying GameStop stock, what was your
25    ultimate goal here?
```

Page 59

                    SANDY GAR-LUN NG

1

2      A.      On these dates here on page

3   2200?

4      Q.      What were your investment

5   goals with respect to GameStop during

6   February of 2021?

7      A.      I believe at this point it was

8   just damage control.

9      Q.      Let me show you -- let me just

10   mark one more document.  And we've been

11   going a little over an hour, so we should

12   take a break. Let me get through another

13   document first.

14              Tab 29, Robert.  Thank you.

15              (Exhibit 34, TD transaction

16         confirmation, beginning Bates

17         P00002691 was received and marked

18         on this date for identification.)

19      Q.      So you should have Exhibit 34

20   now, whatever this is, on your screen.

21   And this is a document with the Bates

22   numbers P00002691 through 2700. Let me

23   know when you have that?

24      A.      Okay. It's on my screen.

25      Q.      First question, do you know

Page 60

```
 1              SANDY GAR-LUN NG
 2  what this collection of pages are?
 3       A.    This is a transaction
 4  confirmation.
 5       Q.    Are these your transaction
 6  confirmations for your trading in
 7  GameStop stock during January and
 8  February of 2021?
 9       A.    That's what it looks like.
10       Q.    From this can we see what the
11  order dates were and what the settlement
12  dates were?
13       A.    Yes.
14            MR. SLIFKIN:  Okay. You can
15       put that to one side. Why don't we
16       take, I don't know, a short break.
17            MR. ROSEN:  Five minutes or
18       so?
19            MR. SLIFKIN:  Whatever you
20       guys want.
21            VIDEOGRAPHER:  Let me just
22       take us off the record first. Off
23       the record 12:08 p.m.
24            (Recess is taken.)
25            VIDEOGRAPHER:  We're back on
```

```
 1              SANDY GAR-LUN NG
 2       the record 12:24 p.m. Eastern
 3       Standard Time.
 4       Q.    Mr. Ng, we were talking about
 5   Exhibit 34. Do you still have that with
 6   you?
 7       A.    I do.
 8       Q.    Okay. Could you turn to the
 9   page of Exhibit 34, which has the number
10   at the bottom 2694?
11       A.    2694, yes. I have it up.
12       Q.    And am I correct in saying
13   that this is the transaction confirmation
14   for your purchase of 1,550 shares of
15   GameStop that we were discussing earlier?
16       A.    Yes.
17       Q.    And am I -- is it correct the
18   date of January 27th is the settlement
19   date for that transaction?
20       A.    That's what the statements
21   indicates.
22       Q.    Do you have any reason to
23   doubt your TD transaction confirmations?
24       A.    No.
25       Q.    Based upon your experience
```

```
                                              Page 62
 1                  SANDY GAR-LUN NG
 2    over the last I guess more than 20 years
 3    with TD -- let me withdraw.
 4                You've been with TD a long
 5    time. Have they ever sent you incorrect
 6    transaction confirmations?
 7         A.    Not that I'm aware of.
 8         Q.    So is it fair to say that
 9    based upon at least this page it looks
10    like you placed your order for those
11    1,550 shares on or before January 25th,
12    2021?
13         A.    Yes.
14         Q.    Okay. I'm going to -- okay. I
15    want to go through some Reddit posts with
16    you. So I'm going to start -- my
17    colleague is going to start putting those
18    into the Marked Exhibits folder. Let's
19    start with tab 3.
20         A.    Tab 35 or tab 3?
21         Q.    It should be Exhibit -- it
22    should say Exhibit 35. Do you see that?
23         A.    Yes, I do.
24         Q.    Okay.
25                (Exhibit 35, Reddit
```

```
                                          Page 63

 1                SANDY GAR-LUN NG
 2        wallstreetbets post dated January
 3        27, 2021, was received and marked
 4        on this date for identification.)
 5        Q.     Have you seen this document
 6   before?
 7        A.     Let me scroll through it. It
 8   doesn't scroll.
 9        Q.     It's just one page.
10        A.     Yeah. I see this post, yeah.
11        Q.     So let's just try and figure
12   out the structure of this.
13               Is this what's called a
14   sub-Reddit?
15        A.     Yes.
16        Q.     So if you look at the sort of
17   top right-hand corner it says About
18   Community. Do you see that?
19        A.     Yes. It's the wallstreetbets
20   community.
21        Q.     Is that a sub-Reddit that you
22   followed in January of 2021?
23        A.     Not normally.
24        Q.     So if we look down at the
25   bottom of that page it says Wednesday
```

```
                                            Page 64
 1                SANDY GAR-LUN NG
 2    January 27th, 2021. Do you see that?
 3         A.    Yes.
 4         Q.    And underneath that it says
 5    Mudgruff. Is that you?
 6         A.    That is me.
 7         Q.    So were you commenting on the
 8    posts above?
 9         A.    Yes.
10         Q.    And were you commenting on the
11    post -- withdrawn.
12               Did you post a comment for the
13    post --
14         A.    Yes.
15         Q.    -- starting, "Theory:  The
16    hold is working and the squeeze is
17    starting." Is that the structure?
18         A.    That is the structure.
19         Q.    Okay. So with respect to the
20    post on which you commented, do you know
21    who JonDum is?
22         A.    Who?
23         Q.    That post was posted by
24    someone called JonDum?
25         A.    I see that. I do not know any
```

```
                                    Page 65
 1              SANDY GAR-LUN NG
 2   of these users.
 3       Q.    Okay.  Since you commented on
 4   that post I assume you read it. Is that
 5   fair?
 6       A.    Yes.
 7       Q.    Did you know what this was
 8   referring to?
 9       A.    I'm just reading the comments
10   here. I was probably commenting on
11   mtoms48's comments, "Holding it like
12   explosive diarrhea on a bus stuck in
13   traffic."
14       Q.    Okay. When you wrote, "He is
15   the rocket", what were you referring to?
16       A.    Probably the guy holding the
17   diarrhea.
18       Q.    Do you recall why you were
19   commenting on these posts?
20       A.    Because I thought it was
21   funny.
22       Q.    Okay. At the top where it says
23   the post under which you commented where
24   it says "Theory: The hold is working and
25   the squeeze is starting", do you see
```

```
                                             Page 66

 1                SANDY GAR-LUN NG
 2   that?
 3        A.    Yes.
 4        Q.    Is that referring to a short
 5   squeeze?
 6        A.    Yes.
 7        Q.    And in what stock was it
 8   referring to a short squeeze?
 9        A.    Most likely GME at the time.
10        Q.    Okay. Did you agree that the
11   hold was working and the squeeze was
12   starting as of January 27th, 2021?
13        A.    I don't know.
14        Q.    Did this Reddit post influence
15   your investment decisions in any way?
16        A.    Not likely.
17        Q.    Let's look at tab 4.
18        A.    Okay.
19              (Exhibit 36, Reddit
20         wallstreetbets post dated January
21         28, 2021 was received and marked on
22         this date for identification.)
23        Q.    Okay.  I think you should have
24   Exhibit 36 there?
25        A.    All right.
```

Page 67

```
 1                SANDY GAR-LUN NG
 2       Q.     So do you recognize Exhibit
 3    36?
 4       A.     No, not really.
 5       Q.     Okay. If we look at the top,
 6    is this a post by you?
 7       A.     I don't see a post.
 8       Q.     Do you see the date?
 9       A.     Yes, but I don't see the
10    content of the post.
11       Q.     Okay. Do you see a date
12    January 28, 2021? Do you see that?
13       A.     Yes.
14       Q.     And then it says, ███████████
15    ████████████    Do you see that?
16       A.     Yes.
17       Q.     And are you ████████████
18       A.     I am ███████████
19       Q.     And then it says, "Keep
20    holding you lovely bastids." Do you see
21    that?
22       A.     Yes.
23              MR. SLIFKIN: B-a-s-t-i-d-s,
24       for the court reporter's benefit.
25       A.     Yes.
```

```
                                              Page 68
 1                   SANDY GAR-LUN NG
 2        Q.     Did you write that?
 3        A.     Apparently I did.
 4        Q.     And below it it says "meme".
 5   Do you see that?
 6        A.     Yes.
 7        Q.     Right below it says "meme". Do
 8   you see that?
 9        A.     Yes.
10        Q.     I know it's a little small. Do
11   you have an understanding of what the
12   word meme means?
13        A.     I do.
14        Q.     And what is your
15   understanding?
16        A.     It's something that's
17   politically popular at the time.
18        Q.     When you wrote, "Keep holding
19   you lovely bastids", what were you
20   referring to?
21        A.     Probably the stocks.
22        Q.     Is that GME stock?
23        A.     I was probably holding that at
24   the time, yes.
25        Q.     Is it fair to say that as of
```

```
                                        Page 69
 1              SANDY GAR-LUN NG
 2   January 28, 2021 GME was the principal
 3   stock you had in your portfolio?
 4       A.    Yes.
 5       Q.    And why did you want to keep
 6   holding GME as of January 28, 2021?
 7       A.    Why? I wanted the shares to go
 8   up.
 9       Q.    Did you believe the shares
10   would go up?
11       A.    Definitely.
12       Q.    Why do you say "definitely"?
13       A.    It just seems like what the
14   sentiment was with everybody in
15   wallstreetbets.
16       Q.    Did you think that the GME
17   stock was going to go up because of a
18   short squeeze?
19       A.    I felt the potential was
20   there.
21       Q.    The potential for a short
22   squeeze?
23       A.    Yes.
24       Q.    And then there is something
25   that has been deleted by the moderators.
```

```
                                        Page 70
 1              SANDY GAR-LUN NG
 2  Do you see that?
 3       A.    Yes.
 4       Q.    Is that something that you
 5  posted?
 6       A.    Yes. I posted it and it was
 7  deleted and then moderators removed it.
 8       Q.    Do you recall what it is you
 9  posted?
10       A.    The contents, no.
11       Q.    Let's go to tab 5.
12              (Exhibit 37, Reddit
13        wallstreetbets post dated January
14        28, 2021 was received and marked on
15        this date for identification.)
16       Q.    So Exhibit 37 should be up
17  now.
18       A.    Okay.
19       Q.    Do you know what Exhibit 37
20  is?
21       A.    Yes. It's a little poem I
22  made.
23       Q.    A little what?  I didn't hear
24  you.
25       A.    It's a little poem or a chant.
```

```
                                            Page 71
 1                SANDY GAR-LUN NG
 2        Q.    And did you write this?
 3        A.    Yes.
 4        Q.    Right.  Because it rhymes,
 5   right? Squeeze and Hercules and bees all
 6   rhyme?
 7        A.    Yeah, terribly.
 8        Q.    Well, we can't call be
 9   Shakespeare?
10        A.    No, we cannot.
11        Q.    So did you post this on
12   January 28, 2021?
13        A.    Yes, I did post it.
14        Q.    And is it a comment on
15   something to do with GME?
16        A.    Yes.
17        Q.    Okay.  So you wrote, "GME GME
18   must hold out for the gamma squeeze."  Do
19   you see that?
20        A.    Yes.
21        Q.    And what did you mean by "must
22   hold out for the gamma squeeze"?
23        A.    To hold one's shares.
24        Q.    In anticipation of an
25   astronomical squeeze on the stock, as you
```

Page 72

```
 1              SANDY GAR-LUN NG
 2  described to me earlier?
 3       A.    Yes.
 4       Q.    And then, "DFV, DFV slaying
 5  shorters like Hercules." Do you see that?
 6       A.    Yes.
 7       Q.    I'm sorry. Go ahead.
 8       A.    Yeah. Continue.
 9       Q.    And so DFV, that's
10  DeepFuckingValue, also known as Keith
11  Gill?
12       A.    Yes.
13       Q.    And when you say "slaying
14  shorters", you're talking about hedge
15  funds who assume short positions with
16  respect to GME, I take it?
17       A.    Yes.
18       Q.    Then it says "WSB, WSB" -- is
19  that --
20       A.    That is wallstreetbets.
21       Q.    -- "attacking like a swarm of
22  bees."  Are you talking about the people
23  on the sub-Reddit of wallstreetbets
24  executing a short squeeze on the hedge
25  funds that you referred to in the prior
```

Page 73

1                SANDY GAR-LUN NG

2    stanza?

3         A.    Yes. That was my observation.

4         Q.    Then if you look below that it

5    says -- well, so then there's a post or a

6    comment or something by somebody called

7    due11. Do you see that?

8         A.    Yes.

9         Q.    And am I right, right below

10   that is this your comment on what due11

11   writes?

12        A.    Allow me to read what due11

13   wrote. It's been a while.

14        Q.    Sure.

15              (Deponent reviews the

16   document.)

17        A.    Okay.

18        Q.    Okay. So what we see at the

19   bottom where it says ██████████ "It's so

20   blatantly obvious too", do you see that?

21        A.    Yes.

22        Q.    Was that a response to or a

23   comment on what was written above by

24   due11?

25        A.    Yes.

```
                                    Page 74
 1              SANDY GAR-LUN NG
 2       Q.    And did you post that on
 3   January 28th, 2021?
 4       A.    I do not have the precise
 5   timestamp of it but if that is what it
 6   is, then it is.
 7       Q.    That is the date at the top of
 8   the page, right?
 9       A.    Well, comments can occur at
10   almost any time so...
11       Q.    So the only particular
12   timestamp on your post at the bottom says
13   "two years ago". Do you see that?
14       A.    Yes.
15       Q.    So two years ago from today is
16   sometime in 2021, I take it; is that
17   right?
18       A.    Yes.
19       Q.    So due11 -- so in your post
20   when you say "It's so blatantly obvious
21   too", what are you referring to?
22       A.    It's a comment related to how
23   Trading 212 -- okay. So he's saying that
24   new positions cannot be opened. So it
25   sounds like you can't buy additional
```

1          SANDY GAR-LUN NG

2    shares in GameStop and AMC.

3         Q.    I'm sorry. Have you finished

4    your answer?

5         A.    That's my interpretation of

6    that.

7         Q.    Okay. So what's Trading 212?

8         A.    I don't know if that's a

9    brokerage or a user. I'm not sure.

10        Q.    And it says, "Warning: In the

11   interest of mitigating risks for our

12   clients we have temporarily placed

13   GameStop and AMC Entertainment in

14   reduce-only mode as highly unusual

15   volumes have lead to an unprecedented

16   market environment."  Do you see that?

17        A.    Yes.

18        Q.    Then it says, "New positions

19   cannot be opened.  Existing ones can be

20   reduced or closed." Do you see that?

21        A.    Yes.

22        Q.    When did you learn of those

23   types of trading restrictions being

24   placed upon GameStop and AMC?

25        A.    It would be around the time of

```
                                        Page 76
  1                SANDY GAR-LUN NG
  2    this post.
  3        Q.    Okay. So then due11 seems to
  4    -- writes "WTF?" Do you see that?
  5        A.    Yes.
  6        Q.    And this person continues,
  7    "They really think people will fall for
  8    the 'mitigating risk for our client.'" Do
  9    you see that?
 10        A.    Yup.
 11        Q.    And then you say "It's so
 12    blatantly obvious too."
 13        A.    Yes.
 14        Q.    So I'm trying to understand
 15    what was blatantly obvious?
 16        A.    That they want to prevent
 17    people from buying.
 18             MR. SLIFKIN:  Okay. Can we go
 19        to tab 6?
 20             (Exhibit 38, Reddit
 21        wallstreetbets post was received
 22        and marked on this date for
 23        identification.)
 24        Q.    So Exhibit 38 should be up
 25    now.
```

```
                                          Page 77
 1                SANDY GAR-LUN NG
 2                MR. ROSEN:  Mr. Ng, take a
 3         look at the exhibit carefully
 4         before you answer the questions.
 5         Q.     Yes, please do.
 6                This is rather indistinct but
 7    there is a button which allows you to
 8    magnify stuff.
 9         A.     Yes. I am trying to zoom in on
10    it. Your screenshot is of low fidelity.
11                MR. ROSEN:  It's hard to
12         magnify this.
13         Q.     Let me know when you've had a
14    chance to read it.
15         A.     Okay. I've read it.
16         Q.     Okay. So, again, can you
17    explain to us what this document is,
18    Exhibit 38?
19         A.     It's -- it looks like a post
20    by our LordofWar. He's explaining the
21    short stock. Telling people not to panic
22    and he likes the stock. Subsequently I
23    put my little chant there.
24         Q.     So LordofWar posted this thing
25    about short stock and the squeeze, and
```

1                    SANDY GAR-LUN NG

2     then you put that same little chant that

3     we saw on Exhibit 37 as a comment to the

4     posting on Exhibit 38; is that fair?

5          A.     Yes.

6          Q.     So thank you for that. Why

7     don't we put up tab 7.

8                    (Exhibit 39, Tweet post dated

9            January 28, 2021 was received and

10           marked on this date for

11           identification.)

12         Q.     So Exhibit 39 should now be

13    available to you?

14         A.     Yes, I see it.

15         Q.     Okay. Do you recognize what

16    these are?

17         A.     It's a Tweet. Let me read

18    this. It's been a while.

19                    (Deponent reviews the

20    document.)

21         A.     Okay.

22         Q.     Okay. So first off, can you

23    tell us what Exhibit 39 is, please?

24         A.     It's a Tweet by the WSBMod.

25    Sorry. I just clicked something. I have

1              SANDY GAR-LUN NG
2    to reload it. Just give me a minute here.
3    Sorry.
4          Q.    Yeah. Sure.
5          A.    And there's -- okay. So, yeah
6    the mod is saying that TD Ameritrade
7    restricted trading. There is another user
8    who posted saying it's unreal, and I made
9    a comment on it.
10         Q.    So WSBMod makes -- well,
11   Tweets out on January 28th, 2021. That's
12   at the top, right?
13         A.    Yes.
14         Q.    And do you know who WSBMod is?
15         A.    No.
16         Q.    Is that the moderator for
17   wallstreetbets?
18         A.    It's possible. I don't know. I
19   can only assume.
20         Q.    I'm sorry. I cut you off. I
21   apologize. Were you finished with your
22   answer?
23         A.    Yeah.
24         Q.    Okay. So that was posted out
25   January 28th, 2021, right?

```
                                            Page 80
 1              SANDY GAR-LUN NG
 2      A.     Yes.
 3      Q.     And at the bottom you reply to
 4   that and to Mr. Skinner. Do you see that?
 5      A.     Yes.
 6      Q.     And below that it has a
 7   timestamp of 10:36 a.m. on January 28,
 8   2021?
 9      A.     Yes.
10      Q.     Is that when you Tweeted out?
11      A.     Yes.
12      Q.     And you were responding to
13   WSBMod saying "There are widespread
14   reports that retail brokers such as TD
15   Ameritrade will restrict trading for
16   individual investors today." Do you see
17   that?
18      A.     Yes.
19      Q.     Is that the first time you
20   heard of such potential trading
21   restrictions?
22      A.     Yes.
23      Q.     Do you recall if you heard
24   about those trading restrictions from any
25   other sources?
```

```
                                          Page 81
 1              SANDY GAR-LUN NG
 2       A.    I don't recall.
 3       Q.    Okay. So TD Ameritrade is
 4   affiliated with TD Bank, right?
 5       A.    I don't know their business
 6   structure. It is in name, anyway.
 7       Q.    Am I correct in saying that
 8   you were not trading on TD Ameritrade,
 9   however?
10       A.    That is correct. The Canadian
11   and American side are different.
12       Q.    And did TD, the platform on
13   which you traded, impose any trading
14   restrictions on you?
15       A.    No restrictions.
16       Q.    Okay. So on the morning of
17   January 28th, 2021 you wrote "They want
18   the stimulus from the taxpayer instead of
19   those fat whales sitting on wealth doing
20   squat because it's on someone's balance
21   sheet like a high score in a video game."
22   Do you see that?
23       A.    Yes.
24       Q.    Can you explain what you meant
25   by that?
```

1                    SANDY GAR-LUN NG

2       A.     Reading this, the "they" is

3    the hedge funds.  So, yeah, they want the

4    people's stimulus checks.

5       Q.     And was that your view as of

6    January 28th, 2021?

7       A.     That was apparently my view at

8    the time.

9              MR. SLIFKIN:  Okay. Let's move

10        to a few more of these. I'm trying

11        to do this chronologically.

12              Robert, let's move to tab 10.

13        I apologize.  I am getting a call

14        so let me just get rid of that.

15              Okay. So Exhibit 40 should be

16        in your folder now. I think that

17        one is --

18              (Exhibit 40, Reddit

19        wallstreetbets post dated February

20        1, 2021 was received and marked on

21        this date for identification.)

22        A.     Yes, I see that.

23        Q.     And am I right in saying that

24    Exhibit 40 is another set of posts on the

25    sub-Reddit wallstreetbets?

```
 1                    SANDY GAR-LUN NG
 2        A.    Yes.
 3        Q.    And is it correct that at the
 4   top that's a post by DFV, who you
 5   described earlier?
 6        A.    Yes.
 7        Q.    And he wrote, "GME YOLO update
 8   February 1, 2021", and below that it says
 9   "YOLO"?
10        A.    Yes.
11        Q.    And what do you understand --
12   well, withdrawn.
13              So if we go down to the
14   bottom, then you respond to that or
15   comment on that, correct, saying "If he's
16   still in, I'm still in"?
17        A.    Yes.
18        Q.    And what did you mean by that?
19        A.    If DFV is holding, I am -- I
20   was holding.
21        Q.    And you understood from YOLO
22   that he was still holding, right?
23        A.    Yes.
24        Q.    YOLO being an acronym for "you
25   only live once", I take it?
```

Page 84

1                    SANDY GAR-LUN NG

2        A.     Correct.

3        Q.     And that's from February 1st,

4    2021, right?

5        A.     Yes. A-hum.

6        Q.     And then if we go to the next

7    exhibit which is being posted, tab 11.

8                (Exhibit 41, Reddit

9            wallstreetbets post dated February

10           2, 2021 was received and marked on

11           this date for identification.)

12       Q.     I'm sorry. I had an error.

13               MR. ROSEN:  You don't want to

14           show that Exhibit 41.

15               MR. SLIFKIN:  I do. My whole

16           screen just died. Sorry. I got my

17           stuff back.

18       Q.     Okay. So, yes, quickly Exhibit

19    41 --

20       A.     It's another update by DFV and

21    I did reply.

22               MR. ROSEN:  You got to let him

23           ask the question.

24               MR. SLIFKIN:  Mr. Rosen and I

25           finally agree on something.  Yeah.

Page 85

```
 1              SANDY GAR-LUN NG
 2      It really helps if you let me ask
 3      the question.
 4              THE WITNESS:  I'm happy to
 5      unite you two.
 6              MR. ROSEN:  That's okay. We're
 7      happy to be adversaries.
 8              Let him ask the question, take
 9      a second, think about the answer
10      and then you can respond.
11              THE WITNESS:  Yes.
12      Q.    Okay. So do you have --
13      A.    I can anticipate them. Yes, I
14  do.
15      Q.    Do you have Exhibit 41 in
16  front of you?
17      A.    I do.
18      Q.    And can you tell us what
19  Exhibit 41 shows?
20      A.    Similar to the previous posts,
21  it's by DeepFuckingValue, his YOLO update
22  and I replied with, "The post we needed"
23  and "If he's still in, I'm still in."
24      Q.    And, again, you understood
25  Mr. Gill to be saying that he was holding
```

```
                                    Page 86
 1              SANDY GAR-LUN NG
 2    GME stock as of February 2nd, 2021 and if
 3    he was doing that you were going to do
 4    that too; is that fair?
 5         A.    That's fair.
 6         Q.    And let's go -- so that's
 7    February 2nd. Let me mark as Exhibit 41 a
 8    post from February 3rd?
 9              MR. ROSEN:  As Exhibit 42 you
10         mean.
11              MR. SLIFKIN:  Yes. I
12         apologize.
13              (Exhibit 42, Reddit
14         wallstreetbets post dated February
15         3, 2021 was received and marked on
16         this date for identification.)
17         Q.    So Exhibit 42 should be up
18    now.
19         A.    Okay. It's loading. Okay.
20         Q.    Do you have it now, do you?
21         A.    Yes.
22         Q.    And is this another -- well --
23    withdrawn.
24              Can you tell me what this is?
25         A.    It's a post.
```

```
                                        Page 87
 1                SANDY GAR-LUN NG
 2        Q.     Is that on Reddit?
 3        A.     Yes.
 4        Q.     So the post at the top is by
 5   IANA?
 6        A.     It's by, yes, some random user
 7   I don't know.
 8        Q.     And you commented on this
 9   post, I take it?
10        A.     Yes.
11        Q.     And you wrote "In these hours
12   of darkness you made me laugh. Thanks!"
13   Do you see that?
14        A.     Yes.
15        Q.     And that's in response to the
16   post "Keep diamond dicking those suits
17   you beautiful retards. We're taking GME
18   out of the galaxy." Do you see that?
19        A.     Yes.
20        Q.     What made you laugh in that?
21        A.     I don't know what the -- looks
22   like there is a picture of something that
23   you guys haven't included in your exhibit
24   here. I don't know what it is. It's
25   probably a picture or a video.
```

1              SANDY GAR-LUN NG

2        Q.     Do you know what IANA was

3    referring to when he said, "Keep diamond

4    dicking those suits you beautiful

5    retards?"

6        A.     It's probably in relation to

7    the short squeeze.

8        Q.     And given the next line "we're

9    taking GME out of the galaxy", is that a

10   reference to the short squeeze for GME

11   stock?

12       A.     That is correct.

13             MR. SLIFKIN:  Let's  go

14        forward and do tab 13.

15             (Exhibit 43, Reddit

16        wallstreetbets post dated February

17        18, 2021 was received and marked on

18        this date for identification.)

19       Q.     In a moment you can have

20   Exhibit 42 -- 43. I apologize.

21       A.     43. All right. I'm waiting for

22   that.

23       Q.     I'm getting a little thing

24   going round and round.

25             MR. ROSEN:  What number is

```
                                        Page 89
 1              SANDY GAR-LUN NG
 2      this exhibit now?
 3              MR. SLIFKIN:  It should be 43.
 4              MR. ROSEN:  It's not showing
 5      up. I'm just getting 42. I don't
 6      see a 43. You may want to re-upload
 7      it or something, delete and
 8      re-upload it.
 9              MR. SLIFKIN:  Let's do that,
10      Robert. That's a good idea. This is
11      tab 13.
12              THE WITNESS:  I see it.
13              MR. ROSEN:  I was able to
14      access 43.
15              THE WITNESS:  I have it up.
16      Q.    Okay. Great. Can you identify
17   Exhibit 43 for us, please?
18      A.    It is another Reddit post by a
19   random user I do not know.
20      Q.    Is it one that you commented
21   on?
22      A.    Yes, I did.
23      Q.    So the post says "Citadel CEO:
24   We had no role in Robinhood's decision to
25   limit trading in GameStop." Do you see
```

```
                                          Page 90

 1                SANDY GAR-LUN NG

 2   that?

 3        A.    Yes.

 4        Q.    And you wrote, "Hey Ken, I

 5   believe you when millions don't"; is that

 6   right?

 7        A.    That is right.

 8        Q.    And is "Ken" a reference to

 9   Ken Griffin?

10        A.    That is the person in the

11   image.

12        Q.    And he is and was the CEO of

13   Citadel, I take it?

14        A.    I don't know his -- I'm

15   assuming he is still.

16        Q.    But that picture on Exhibit 43

17   is of Mr. Griffin, I take it?

18        A.    Yes.

19        Q.    And I take it that your post

20   was facetious?

21        A.    That is the reasoning for the

22   "/S" at the end of the comment.

23        Q.    Okay.

24        A.    It indicates sarcasm.

25        Q.    Sarcasm. Okay. I learned
```

```
                                      Page 91

 1                   SANDY GAR-LUN NG

 2    something.

 3                   So you made your post on

 4    February 18th, 2021. Is that the first

 5    time you heard of Robinhood's decision to

 6    limit trading in GameStop?

 7         A.    Not likely.

 8         Q.    Okay. Why do you say "not

 9    likely"?

10         A.    Well, it was limited earlier.

11    I most likely would have seen other posts

12    by other users indicating the limit or

13    the restriction.

14         Q.    That's prior to February 18 of

15    2021, I take it?

16         A.    Yes.

17         Q.    Let's go forward to tab 16.

18               (Exhibit 44, Reddit

19         wallstreetbets post dated March 10,

20         2021 was received and marked on

21         this date for identification.)

22         Q.    Okay. You should have Exhibit

23    44 now.

24         A.    I see it up.

25         Q.    Can you tell us what Exhibit
```

Page 92

1                  SANDY GAR-LUN NG

2    44 is?

3         A.    It's a post by another random

4    user I don't know.

5         Q.    A post on the wallstreetbets

6    sub-Reddit?

7         A.    That is correct.

8         Q.    And you placed a comment at

9    the bottom of this page on March 10th,

10   2021?

11        A.    Yes.

12        Q.    And so that's immediately

13   below the comment that's from Nero_Wolff.

14   Do you see that?

15        A.    Yes.

16        Q.    And are these comments all

17   about Robinhood?

18        A.    I do not know.

19        Q.    So if you look at the box, the

20   red outlined box it says, "I don't want

21   to have to say this every post but once

22   the rocket lands on Uranus I will close

23   my RH account." Do you see that?

24        A.    Yes.

25        Q.    Do you understand what RH

```
                                        Page 93

 1                SANDY GAR-LUN NG

 2   refers to?

 3        A.    Yes, Robinhood.

 4        Q.    And then if we go down it

 5   says, "They and other brokers cratered

 6   the stock on January 27th affecting all

 7   GME holders worldwide." Do you see that?

 8        A.    Yes.

 9        Q.    It says, "I'm a Canadian and

10   they fucked me. Fuck RH and fuck bitch

11   boy Vlad Tenev." Do you see that?

12        A.    Yes.

13        Q.    And do you have an

14   understanding who Mr. Tenev is?

15        A.    I do.

16        Q.    Who is he?

17        A.    He is one of the founders of

18   Robinhood.

19        Q.    Okay. Do you believe that

20   GameStop stock cratered on January 27th?

21        A.    I don't know what the price

22   was on January 27th.

23        Q.    Isn't it true, sir, that as of

24   January 31st, you had made more than a

25   200% profit on your GameStop investment?
```

Page 94

```
 1                SANDY GAR-LUN NG

 2        A.    I did.

 3        Q.    Then you write, "Don't forget

 4   that cunt Thomas Peterffy", if I am

 5   pronouncing that correctly?

 6        A.    Yes.

 7        Q.    Who is Mr. Peterffy?

 8        A.    He's the chairman of

 9   Interactive Brokers.

10        Q.    Okay.  And why were you

11   referring to Mr. Peterffy in pejorative

12   terms?

13        A.    Because he felt that GameStop

14   was only worth $17.

15        Q.    Okay. And you disagreed with

16   him?

17        A.    I do.

18        Q.    And what was your basis for

19   disagreeing with him?

20        A.    That was probably in a

21   previous video of his, if not -- I don't

22   recall this specific video, but one of

23   his videos he did say that the shares --

24   if the restrictions weren't there, the

25   prices would have been into the
```

```
                                          Page 95
 1                  SANDY GAR-LUN NG
 2    thousands.
 3          Q.    And that's -- in your
 4    understanding that's something that
 5    Mr. Peterffy said?
 6          A.    That is correct.
 7          Q.    Then you referred to him with
 8    a pejorative term?
 9          A.    Yes.
10          Q.    Okay. Do you have any --
11    withdrawn.
12                We've been referencing
13    restrictions that Robinhood placed on the
14    trading of GME stock on its platform. Are
15    you with me, sir?
16          A.    Yes.
17          Q.    Do you have any understanding
18    as to why Robinhood placed those
19    restrictions on trading?
20          A.    At the time I wasn't sure.
21    Rather, I didn't know. But after reading
22    the Complaint, I do now.
23          Q.    And when you say "the
24    Complaint" you are referring to the
25    Complaint in this litigation, I take it?
```

```
                                        Page 96
 1               SANDY GAR-LUN NG
 2      A.      That is correct.
 3      Q.      Okay. And when did you first
 4  read the Complaint in this litigation?
 5      A.      When it was sent to me. I do
 6  not have a specific date.
 7      Q.      I take it that was well after
 8  the spring of 2021?
 9      A.      Most definitely.
10      Q.      Okay. So in the spring of 2021
11  -- well, let me be more precise.
12              In the period January 1st
13  through March 31st, 2021 did you have any
14  understanding as to why Robinhood had
15  imposed trading restrictions on its
16  platform?
17      A.      No, I didn't really know what
18  was going on there.
19      Q.      Did you care?
20      A.      Did I care? Yes, I did care.
21      Q.      Did you make any effort to
22  determine the reasons behind Robinhood's
23  actions?
24      A.      I don't know if I was looking
25  at posts on the website. I don't
```

Page 97

```
 1                  SANDY GAR-LUN NG
 2   remember. I don't know. I might have dug.
 3   It's been a while.
 4        Q.    But you don't recall learning
 5   anything as to the reasons behind
 6   Robinhood's actions?
 7        A.    No, I don't remember.
 8        Q.    So one of the -- we've been
 9   talking about GME. You saw there was a
10   reference in one of the documents we
11   looked at to AMC. Do you recall that?
12        A.    Yes.
13        Q.    And do you have an
14   understanding as to what AMC was?
15        A.    It's the movie chain. It's one
16   of the other meme stocks that were
17   restricted.
18        Q.    Okay. And do you understand
19   whether or not a short squeeze was being
20   placed upon AMC stock?
21        A.    I believe that the people felt
22   that was a possibility as well.
23        Q.    Did you invest in AMC?
24        A.    Not during that timeframe.
25        Q.    And why not?
```

```
                                        Page 98
 1              SANDY GAR-LUN NG
 2       A.      My money was in GME.
 3       Q.      Okay. So you told me
 4  previously that you read the Complaint in
 5  this matter, correct?
 6       A.      Yes.
 7       Q.      And you understand there
 8  are -- beyond AMC and GME stock, there
 9  were seven other stocks at issue?
10       A.      Yes.
11       Q.      Are you familiar with that?
12       A.      Yes.
13       Q.      I don't have to list them,
14  they're listed in the Complaint, unless
15  you want me to.
16       A.      No.
17       Q.      But did you consider investing
18  in any of those other stocks, other than
19  GME and AMC, that are identified in the
20  Complaint of this matter?
21       A.      I did not.
22       Q.      And why not?
23       A.      I wasn't interested in them.
24              MR. SLIFKIN:  Okay.  Maybe we
25       can just go off the record and I
```

```
                                           Page 99
 1                   SANDY GAR-LUN NG
 2        can look through my materials and
 3        see what else I have.
 4                MR. ROSEN:  How long do you
 5        want to take?
 6                MR. SLIFKIN:  Why don't we
 7        just go to -- I like to give a
 8        coming back time, so why don't we
 9        just say 1:30.
10                MR. ROSEN:  So 13 minutes.
11                VIDEOGRAPHER:  Let me just
12        take us off the record. Off the
13        record 1:17 p.m. Eastern Standard
14        Time.
15                (Recess is taken.)
16                VIDEOGRAPHER:  We're back on
17        the record 1:30 p.m., Eastern
18        Standard Time.
19        Q.    Okay. Could we go back to
20     Exhibit 33, and can you go to page 2210?
21                MR. ROSEN:  2210?
22                MR. SLIFKIN:  Yes. It's
23        towards the back.
24                MR. ROSEN:  March 1st TFSA
25        statement?
```

```
                                        Page 100

 1                  SANDY GAR-LUN NG

 2              MR. SLIFKIN:  Yes.

 3        Q.    Mr. Ng, are you with me?

 4        A.    Yes.

 5        Q.    So that looks to be your U.S.

 6   TFSA statement for March of 2021; is that

 7   right?

 8        A.    Yes.

 9        Q.    And if we go to the next page,

10   am I right in saying in March of 2021 you

11   acquired 512 shares of GameStop?

12        A.    That is correct.

13        Q.    So why were you buying

14   GameStop again in March of 2021?

15        A.    At that time I noticed that

16   there is a huge uptick in GameStop's

17   price, so I bought it again.

18        Q.    And what did you think was

19   going on with respect to GameStop stock?

20        A.    Possible squeeze again or

21   maybe de-squeeze. Who knows. At the time

22   I wasn't sure.

23              MR. SLIFKIN:  Okay. Let's mark

24       tab 17.

25                  (Exhibit 45, Reddit
```

```
 1                SANDY GAR-LUN NG
 2         wallstreetbets post dated March 10,
 3         2021 was received and marked on
 4         this date for identification.)
 5                MR. ROSEN:  That be Exhibit
 6         45?
 7                MR. SLIFKIN:  Yes, it would.
 8         Q.    That's up now. Do you have
 9   Exhibit 45?
10         A.    I see it. It's loading. Okay.
11         Q.    Okay. And do you recognize
12   Exhibit 45?
13         A.    It's a post I made.
14         Q.    Is that on the wallstreetbets
15   sub-Reddit?
16         A.    Yes.
17         Q.    And at the bottom -- well,
18   sort of the bottom third you say "I want
19   your autograph?"
20         A.    Yes.
21         Q.    And then you say "No can do.
22   I'm still holding."
23         A.    Yes.
24         Q.    What are you referring to?
25         A.    The short squeeze.
```

Page 102

1                    SANDY GAR-LUN NG

2         Q.     Is that the short squeeze of

3    GME?

4         A.     Yes.

5         Q.     And then there is one more

6    document so tab 18. So shortly Exhibit 46

7    should show up?

8         A.     Okay. I'm waiting for it.

9                (Exhibit 46, Reddit

10           wallstreetbets post dated March 16,

11           2021 was received and marked on

12           this date for identification.)

13        Q.     You should have that now.

14        A.     Okay. It's loading. I see the

15   Reddit post.

16        Q.     So you have Exhibit 46 in

17   front of you?

18        A.     Yes.

19        Q.     Okay. And can you tell us what

20   it is, please?

21        A.     It's a Reddit post and I'm

22   replying to someone's comment.

23        Q.     Is it a comment with respect

24   to GME? (Coughing.)

25        A.     Yes, I can hear you.

Page 103

```
 1                SANDY GAR-LUN NG
 2       Q.     Sorry. Something went the
 3   wrong way. Let me start again.
 4              And this Reddit post, which is
 5   Exhibit 46, is it -- does it concern GME?
 6       A.     Yes, it does.
 7       Q.     And on March 16th, 2021 did
 8   you write "It has hit some nice highs
 9   twice.  Why not a third time?"
10       A.     Yes.
11       Q.     And are you referring again to
12   GME there?
13       A.     Yes.
14       Q.     And what did you mean by "nice
15   highs twice"?
16       A.     It had -- if you look at the
17   graph there is two spikes in the pricing.
18       Q.     When you say "the graph", are
19   you referring to the thing in the top
20   right-hand corner?
21       A.     It could be that or in general
22   the GME graph that everyone posts.
23       Q.     And as of March 16, 2021 did
24   you believe that GME was going to hit a
25   third high?
```

```
                                        Page 104
1                    SANDY GAR-LUN NG
2         A.     Quite possible.
3         Q.     And did it hit a third high?
4         A.     I don't believe so.
5         Q.     Do you still hold GME stock?
6         A.     Yes, I do.
7         Q.     Subsequent to March of 2021,
8    did you sell any of your GME stock?
9         A.     No. I've held the 512 and
10   increased my holdings of GME.
11        Q.     And do you recall
12   approximately when you increased your GME
13   holdings?
14        A.     Well, the day I bought the 512
15   and I've added a few more.  But no, I
16   don't have specific dates. It's been then
17   and now.
18        Q.     Okay. "Then" being March of
19   2021 and now?
20        A.     Yes. Yeah.
21        Q.     And why did you increase your
22   holdings since March of 2021 of GME?
23        A.     I like the company. I wanted
24   more shares of it.
25        Q.     Okay. I'll just ask you a few
```

```
 1                SANDY GAR-LUN NG
 2   questions about your role as a plaintiff
 3   here.
 4                So you explained to me
 5   previously how you came in contact with
 6   the Rosen Law Firm. I think you also said
 7   you reviewed the Complaint. Do you recall
 8   that?
 9        A.    Yes.
10        Q.    Was that before --
11        A.    Yes.
12        Q.    I'm sorry. Was that before it
13   was filed?
14        A.    Yes.
15        Q.    And did you provide any
16   comments? You can answer that "yes" or
17   "no". I'm not asking you for what you
18   said.
19        A.    No.
20        Q.    Okay. And I take it you
21   consented to your name being added as a
22   plaintiff?
23        A.    Yes.
24        Q.    Okay. So at about that time
25   did you take any measures to preserve
```

```
                                              Page 106

 1                    SANDY GAR-LUN NG
 2   your documents?
 3        A.     Yes.
 4               MR. ROSEN:  At what time?
 5               MR. SLIFKIN:  At the time that
 6        he was reading the Complaint.
 7        Q.     What did you do to preserve
 8   documents?
 9        A.     I did nothing.
10        Q.     Okay. Did you become aware
11   that there were document requests served
12   upon you?
13        A.     Yes.
14        Q.     And when did you become aware
15   of that?
16        A.     When my counsel emailed me for
17   them.
18        Q.     Okay. And do you recall
19   approximately when that was?
20        A.     Pardon me? Your voice broke
21   up.
22        Q.     Do you recall approximately
23   when that was?
24        A.     No, I do not.
25        Q.     Okay. So when you were
```

```
 1              SANDY GAR-LUN NG

 2   emailed, what did you do to search for

 3   documents?

 4        A.    For my statements, I looked

 5   through my brokerage account. For Reddit,

 6   I downloaded a -- they have a link where

 7   you can request information on your

 8   account, so I put in the dates requested,

 9   I downloaded the CSV file. For Twitter, I

10   just -- I wasn't active on there, it was

11   easy, so I just went to my profile.

12   Facebook, I do not post on there. And

13   YouTube, I looked at my history there,

14   but there wasn't very much there. Most of

15   my social media activity is on Reddit.

16        Q.    Did you look at your emails?

17        A.    I do not talk to people about

18   GME over emails.

19        Q.    Did you look at your texts?

20        A.    I do not use texting to talk

21   to anyone about GME.

22        Q.    Prior to searching for

23   documents on social media sites, had you

24   deleted any of your Tweets concerning

25   GME?
```

```
                                              Page 108

 1                  SANDY GAR-LUN NG

 2        A.     No.

 3        Q.     Had you deleted any of your

 4   Reddit posts concerning GME?

 5        A.     No.

 6        Q.     Had you sent any private

 7   social media messages concerning GME?

 8        A.     No.

 9             MR. SLIFKIN:  I think I have

10        no further questions. Thank you.

11             MR. ROSEN:  I don't have any

12        questions for you, Mr. Ng, so I

13        think we're done. The videographer

14        is going to close us out.

15             VIDEOGRAPHER:  I'll take us

16        off the record right now.

17             We are concluded for the day

18        and off the record at 1:42 p.m.

19        Eastern Standard Time.

20             (The proceedings were

21   adjourned at 1:42 p.m.)

22

23

24

25
```