# Exhibit 12

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

     FOR THE SOUTHERN DISTRICT OF FLORIDA

3    Case No. 1:21-MD-2989-CMA

4    - - - - - - - - - - - - - - - - - - -x

     IN RE JANUARY 2021 SHORT SQUEEZE

5    TRADING LITIGATION

6    - - - - - - - - - - - - - - - - - - -x

7                       March 28, 2023

                        10:12 a.m.

8

9

10

11          ***** CONFIDENTIAL *****

12

13          Virtual Videotaped Deposition of

14    DOI NGUYEN, taken by Defendant, pursuant

15    to Notice, held remotely, before Sharon

16    Pearce, RDR, CRR, CRC, NYRCR, a Registered

17    Diplomate Reporter, Certified Realtime

18    Reporter, an dNotary Public of the State

19    of New York.

20

21

22

23

24

25

Page 2

1
2   A P P E A R A N C E S:
3
4      THE ROSEN LAW FIRM
            Attorneys for Plaintiffs
5           275 Madison Avenue
            40th Floor
6           New York, New York 10016
7      BY:  PHILLIP KIM, ESQ.
            MICHAEL COHEN, ESQ.
8           LAURENCE M. ROSEN, ESQ.
9
10     CRAVATH, SWAINE & MOORE LLP
            Attorneys for Defendants
11          825 Eighth Avenue
            Suite 4043B
12          New York, New York 10019
13     BY:  KATHLEEN E. YOUNG, ESQ.
            CHARLOTTE LEPIC, ESQ.
14
15
16
17  ALSO PRESENT:
18     ADAM VENTURINI, Videographer
19     NICHOLAS LIN, Robinhood
20
                *       *       *
21
22
23
24
25

1          NGUYEN - CONFIDENTIAL

2          THE VIDEOGRAPHER:  Good morning.

3     We are going on the record at

4     10:12 a.m. Eastern Standard Time on

5     March 28, 2023.  Please note that this

6     deposition is being conducted

7     virtually.  The quality of recording

8     depends on the quality of camera and

9     internet connection of participants.

10    What is seen from the witness and

11    heard on screen is what will be

12    recorded.  Audio and video recording

13    will continue to take place unless all

14    parties agree to go off the record.

15          This is Media Unit 1 of the

16    video recorded deposition of

17    Doi Nguyen taken by counsel for

18    defendant in the matter of In Re

19    January 2021 Short Squeeze Trading

20    Litigation.  It's filed in the

21    United States District Court for the

22    Southern District of Florida, Case

23    No. 1:21-MD-2989-CMA.  This deposition

24    is being conducted using virtual

25    technology.

```
 1            NGUYEN - CONFIDENTIAL
 2            My name is Adam Venturini
 3      representing Veritext, and I'm the
 4      videographer today.  The court
 5      reporter is Sharon Pearce, also from
 6      the firm Veritext.  I'm not authorized
 7      to administer an oath.  I'm not
 8      related to any party in this action,
 9      nor am I financially interested in the
10      outcome.
11            Will the court reporter please
12      swear in the witness, and then counsel
13      may proceed.
14  D O I   N G U Y E N,
15      having first been duly sworn by
16      Sharon Pearce, the Notary Public,
17      was examined and testified as
18      follows:
19  EXAMINATION
20  BY MS. YOUNG:
21      Q.    Thank you.  Good morning,
22  Mr. Nguyen.
23      A.    Good morning.
24      Q.    My name is Kathleen Young.  I'm
25  from the law firm of Cravath, Swaine &
```

```
                                          Page 5
 1              NGUYEN - CONFIDENTIAL
 2   Moore representing defendants in this
 3   action.
 4              Can you start by please stating
 5   your full name for the record.
 6      A.    Doi Nguyen.
 7      Q.    And what is your current
 8   address?
 9      A.    ████████████████████████
10   ████████████████████████
11      Q.    And have you ever been deposed
12   before?
13      A.    No.
14      Q.    So I'll start by going over some
15   basics before we really get started with
16   the substance.
17              So you understand that you've
18   been sworn in and the testimony you will
19   give today is under oath?
20      A.    Yes.
21      Q.    Is there any reason why you
22   cannot give complete and truthful
23   testimony today?
24      A.    I didn't understand what you
25   said earlier.
```

Page 6

1                  NGUYEN - CONFIDENTIAL
2          Q.     Is there any reason why you
3    couldn't give accurate testimony today?
4          A.     I could.
5          Q.     And the court reporter is taking
6    down everything that we say, so it's
7    important that you provide actual verbal
8    responses to questions that I ask.  So,
9    you know, rather shaking your head, that's
10   not something that the court reporter will
11   pick up.  You actually have to give a
12   verbal answer.  Does that make sense?
13         A.     Yes.
14         Q.     Also during the course of the
15   deposition, your counsel may periodically
16   object to the form of the question that I
17   ask.  That objection is just for the
18   record and you should still answer the
19   question unless your counsel instructs you
20   specifically not to answer a question on
21   the basis of privilege.  Does that make
22   sense?
23         A.     Yes.
24         Q.     If you don't understand any
25   question that I ask, please just let me

```
 1              NGUYEN - CONFIDENTIAL
 2    know, and I'll make every effort to
 3    clarify it.  And if you don't hear a
 4    question fully, please just ask me to
 5    repeat it.
 6         A.    Okay.
 7         Q.    Also, if you would please allow
 8    me to finish each question before
 9    answering, I'll also try to do the same
10    with respect to your answers.  That's
11    sometimes easier said than done on these
12    video platforms, so it's good to kind of
13    pause before answering.  And if you need
14    to take a break at any point, just let me
15    know, and I'll try to find a place to
16    stop.  You just can't take a break while a
17    question is pending.
18              Does that make sense?
19         A.    Yes.
20         Q.    And did you take any steps to
21    prepare for your deposition today,
22    Mr. Nguyen?
23         A.    Yes.
24         Q.    What were those steps?
25         A.    See my lawyer yesterday.
```

```
                                              Page 8
 1               NGUYEN - CONFIDENTIAL
 2       Q.     Just one meeting yesterday?
 3       A.     No.  Multiple meetings.
 4       Q.     How many meetings did you have?
 5   Excuse me.  I'm sorry.
 6       A.     Multiple meetings.
 7       Q.     When were those meetings?
 8       A.     I mean, I don't remember exactly
 9   how many.  But we had multiple encounters.
10       Q.     Were they in the past week?
11       A.     Past week.
12       Q.     Month?
13       A.     Month.
14       Q.     All in preparation for your
15   deposition today?
16       A.     Well, it was a week, like, for
17   the preparation -- deposition.  Yeah.
18       Q.     And approximately how long were
19   those meetings?
20       A.     A couple of hours.
21       Q.     And who was present at those
22   meetings?
23       A.     My attorney.
24       Q.     Anyone besides your attorney?
25       A.     Yeah.  Phil -- Phil and Michael.
```

1           NGUYEN - CONFIDENTIAL

2    Q.    No one else?

3    A.    There is one other.  I don't

4  remember his name.

5    Q.    That's okay.

6          Did you speak with anyone else

7  in preparing for this deposition besides

8  the attorneys that were in those meetings?

9    A.    No.

10    Q.    Did you review any documents in

11  preparation for your deposition today?

12    A.    Yes.

13    Q.    Did any of those documents help

14  refresh your recollection about past

15  events?

16    A.    No.

17    Q.    Did you take any other

18  preparatory steps for this deposition that

19  we have not already discussed?

20    A.    No.

21    Q.    And have you discussed this

22  lawsuit with anybody other than your

23  lawyers?

24    A.    No.

25    Q.    Have you ever been a plaintiff

```
                                                    Page 10

  1              NGUYEN - CONFIDENTIAL

  2    in a lawsuit before, Mr. Nguyen?

  3        A.    No.

  4        Q.    Have you ever been sued before?

  5        A.    No.

  6        Q.    So you've never been -- you've

  7    also never been a class representative

  8    before?

  9        A.    No.

 10        Q.    Have you otherwise participated

 11    in a class action lawsuit?

 12        A.    No.

 13        Q.    Are you currently employed?

 14        A.    Yes.

 15        Q.    And what is your job?

 16        A.    Manicures.

 17        Q.    You're a manicurist?

 18        A.    Mm-hmm.

 19        Q.    And how long have you been a

 20    manicurist?

 21        A.    At least ten years.

 22        Q.    And have you ever -- have you

 23    held any other roles aside from the

 24    manicurist position in the past ten years?

 25        A.    No.
```

```
                                          Page 11

 1              NGUYEN - CONFIDENTIAL
 2       Q.     And what is the highest level of
 3   education that you obtained?
 4       A.     Some college.
 5       Q.     Some college.
 6              And what college was that?
 7       A.     Camden County College.
 8       Q.     Camden.
 9              Do you have any other
10   educational credentials, like licenses or
11   certifications?
12       A.     No.
13       Q.     So no certifications or licenses
14   that relate to finance or investing?
15       A.     No.
16       Q.     And do you have a Twitter
17   account, Mr. Nguyen?
18       A.     Yes.
19       Q.     What what's your handle, if you
20   recall off the top of your head?
21       A.     I -- I do not recall.
22       Q.     Do you know if you had that
23   account in January of 2021?
24       A.     I believe so.
25              MS. YOUNG:  Charlotte, would you
```

```
                                           Page 12
 1               NGUYEN - CONFIDENTIAL
 2       mind going ahead and moving into the
 3       exhibit folder previously marked
 4       Exhibit 2, Tab 19.
 5               (Defendant's Exhibit 2, A letter
 6       dated February 27, 2023, was
 7       previously marked for identification.)
 8       Q.    Yeah.  So you'll have to refresh
 9    the window every time we load an exhibit,
10    Mr. Nguyen.
11       A.    Okay.
12       Q.    It looks like it should be
13    available now.  If you wouldn't mind
14    refreshing that page.
15               Do you see it?
16       A.    Yes, I do see it.
17       Q.    Okay.  Perfect.  So in front of
18    you is a letter that your counsel
19    previously provided in this action on
20    February 27th of this year that lists
21    social media handles.  And if you turn to
22    page 3, which I think is page 4 of the
23    PDF, do you see your name about halfway
24    down the page?
25       A.    Yes.
```

Page 13

```
 1            NGUYEN - CONFIDENTIAL
 2       Q.     And the handle of your Twitter
 3   account that is provided here is
 4   ███████████████████
 5            Is that the correct account
 6   name?
 7       A.     Yes.
 8       Q.     Have you ever tweeted from that
 9   account?
10       A.     No.
11       Q.     What do you usually -- what do
12   you generally use that account for?
13       A.     Just general reading.
14       Q.     What kind of general reading?
15       A.     Like, I follow Elon Musk, and I
16   see what he tweets, and that's about it.
17       Q.     So is it for, you know,
18   investing?  Are you particularly
19   interested in Tesla or SpaceX?
20       A.     No.  I just like what he do.
21       Q.     Any other particular interests
22   for in terms of who you follow or who you
23   like to look at on Twitter?
24       A.     No.  Not in particular.
25       Q.     And do you follow sort of
```

Page 14

```
 1            NGUYEN - CONFIDENTIAL
 2  general news on Twitter?
 3      A.    No.
 4      Q.    And are you active on this
 5  account today?  I don't mean in terms of
 6  actually tweeting, but just going on
 7  Twitter and looking at the people you
 8  follow.
 9      A.    No.
10      Q.    Do you recall when you created
11  your Twitter account?
12      A.    No, I do not recall.
13      Q.    Okay.  Let's take a look at
14  another document.
15           MS. YOUNG:  Charlotte, would you
16      mind marking Tab 13, which -- will
17      this be Exhibit 22?  Okay.
18           (Defendant's Exhibit 22, Twitter
19      printout, was hereby marked for
20      identification, as of this date.)
21      Q.    Sorry.  It will just be a
22  second.
23           (Pause)
24           MS. YOUNG:  One second.  We're
25      having an issue with resetting the
```

```
 1              NGUYEN - CONFIDENTIAL
 2       number.  Sorry about that.  One
 3       second.
 4              (Pause)
 5       Q.     Sorry about that, Mr. Nguyen.
 6   It should be available now.
 7       A.     Okay.
 8       Q.     And do you recognize this
 9   document.
10              Did you say something,
11   Mr. Nguyen?
12       A.     No.  I'm looking over it.  No.
13   I don't.
14       Q.     Do you see the handle at the top
15   of the page?
16       A.     Yes, I do.
17       Q.     And can you confirm that that's
18   your handle?
19       A.     Yes.
20       Q.     So can you identify this as your
21   Twitter profile?
22       A.     Yes.  But I don't recognize it
23   in this form.
24       Q.     Understood.  Thank you for
25   clarifying.
```

1              NGUYEN - CONFIDENTIAL

2              And do you see the calendar

3    underneath your handle?

4        A.    The date?

5        Q.    Correct.

6        A.    Mm-hmm.

7        Q.    When does it say you joined

8    Twitter?

9        A.    June 24, '23, 9:44 p.m.

10       Q.    No.  Sorry.  I should have

11   clarified.  This is the little calendar

12   icon beneath your handle on the page.

13       A.    Oh, January 2021.

14       Q.    So does that refresh your

15   recollection that you joined Twitter in

16   January of 2021?

17       A.    No.

18       Q.    Do you dispute that you joined

19   Twitter in January 2021 --

20       A.    No.

21       Q.    -- this account?  Okay.

22             And why did you join Twitter at

23   this time?

24       A.    I just wanted to follow a few

25   people that I'm interested in reading.

```
 1              NGUYEN - CONFIDENTIAL
 2       Q.    And was anything happening
 3  around this time that you wanted to follow
 4  on social media sites like Twitter?
 5       A.    Nothing in particular.
 6       Q.    Do you use any other form of
 7  social media, Mr. Nguyen?
 8       A.    No.
 9       Q.    So you don't have a Facebook
10  account?
11       A.    No.
12       Q.    You don't have a Reddit account?
13       A.    No.
14       Q.    You don't have a YouTube
15  account?
16       A.    No.
17       Q.    What about Discord?
18       A.    No.
19       Q.    Instagram?
20       A.    No.
21       Q.    TikTok?
22       A.    No.
23       Q.    Even if you do not have a Reddit
24  account, have you ever used Reddit before?
25       A.    Yes.
```

```
 1              NGUYEN - CONFIDENTIAL
 2       Q.     What do you -- what kind of
 3   sub-Reddits do you look at on Reddit?
 4       A.     AMC.
 5       Q.     AMC?  Is that what you said?
 6       A.     Mm-hmm.
 7       Q.     And when did you start looking
 8   at AMC-related content on Reddit?
 9       A.     Around that time, around January
10   of 2021.
11       Q.     And why was that?
12       A.     I was interested in what the
13   stock was doing.
14       Q.     And what piqued your interest in
15   what AMC stock was doing?
16              CERTIFIED STENOGRAPHER:  I'm
17       sorry.  Could you just repeat that a
18       little louder?
19       A.     I was a first-time investor, so
20   I just looked into it to see what was in
21   it.
22       Q.     And to clarify, a first-time
23   investor in the stock market or a
24   first-time investor in AMC?
25       A.     In the stock market.
```

Page 19

                 NGUYEN - CONFIDENTIAL

1    

2    Q.    So you didn't ever trade

3    securities prior to January of 2021?

4    A.    I did, yeah.

5    Q.    So I'll ask again.

6          To clarify, were you a

7    first-time investor in the stock market in

8    January of 2021?

9    A.    What do you mean?  Please

10   clarify that.  I don't understand.

11   Q.    Sure.  Sure.

12         I guess I'll rephrase.

13         When did you start trading

14   securities on the stock market?

15   A.    When I opened a Robinhood

16   account.

17   Q.    Do you recall when that was

18   approximately?

19   A.    No, I don't recall.

20   Q.    Okay.  We'll circle back to that

21   in a bit.

22         Going back to AMC.  So were you

23   a first-time investor in AMC in

24   January 2021?

25         MR. KIM:  Objection to form.

```
 1              NGUYEN - CONFIDENTIAL
 2      Asked and answered.
 3      Q.    You can answer.
 4      A.    Yes.
 5      Q.    Thank you.
 6            Have you heard of Wallstreetbets
 7   on Reddit?
 8      A.    Well, I heard of their name, but
 9   I'm not recalling in particular what
10   they're doing.
11      Q.    Okay.  When did you first learn
12   about Wallstreetbets?
13      A.    When I was on Reddit, I heard
14   about them but never went into full detail
15   what they are really.
16      Q.    Okay.  So you heard about
17   Wallstreetbets, but you didn't necessarily
18   read, you know, all the content on that
19   sub-Reddit.  Is that fair?
20      A.    Yes.
21      Q.    Okay.  So I think you testified
22   earlier that you didn't call -- recall
23   exactly when you started investing in the
24   stock market, but you believe it was
25   around the time that you opened your
```

```
                                    Page 21

 1              NGUYEN - CONFIDENTIAL

 2   Robinhood account; is that correct?

 3        A.    Yeah.

 4        Q.    Okay.

 5        A.    Somewhere around there.

 6        Q.    And does January 2020 sound

 7   about right?

 8        A.    I mean, I don't recollect it,

 9   but --

10        Q.    Okay.

11        A.    -- that's about right.  Yeah.

12        Q.    And how did you first start

13   investing?

14        A.    When I heard about Robinhood app

15   and how easy it was for you to invest,

16   so --

17        Q.    And are you still a Robinhood

18   customer today?

19        A.    No.

20        Q.    And when you were a Robinhood

21   customer, how frequently would you use the

22   platform or the app?

23        A.    Almost every day.

24        Q.    And were you actively trading

25   every day, or were you just looking at
```

Page 22

                    NGUYEN - CONFIDENTIAL
1
2   your portfolio every day and looking at
3   content?  How was -- you know, what was
4   the scope of your engagement?
5                    MR. KIM:  Objection to form.
6        Q.    I'll break that down for you,
7   Mr. Nguyen.
8                    Were you actively trading every
9   day on the Robinhood app when you were a
10  Robinhood customer?
11       A.    Yes, I was.  Yeah.  Some days I
12  was trading.
13       Q.    So not every day.
14       A.    Not every day.
15       Q.    But you were looking at the app
16  nearly every day?
17       A.    Yes.
18       Q.    Did you keep lists of stocks to
19  follow?
20       A.    No.
21       Q.    Did you review company-specific
22  information on the Robinhood app?
23       A.    I looked through it, yes.
24       Q.    So did you review news stories
25  and things like that about the market on

```
 1            NGUYEN - CONFIDENTIAL
 2   Robinhood?
 3       A.    Yes.
 4       Q.    Were there any other features
 5   that you used when you were a Robinhood
 6   customer when you were using the Robinhood
 7   app?
 8       A.    I mean, whatever they would
 9   provide me.
10       Q.    You also have used Webull to
11   invest; right?
12       A.    Yes.
13       Q.    When do you -- when did you open
14   your Webull account?
15       A.    Sometime right after January --
16   I mean, after February -- like, around
17   March -- February, March something.
18       Q.    Of 2021?
19       A.    2021.  Yeah.
20       Q.    How long did it take you
21   approximately to open that account?
22       A.    I think it was, like, a couple
23   of weeks, because Robinhood was -- they
24   didn't allow me to transfer everything
25   over.
```

Page 24

1          NGUYEN - CONFIDENTIAL

2     Q.    So was that an issue with Webull

3   or an issue just transferring your funds

4   from Robinhood?

5     A.    Transferring the fund from

6   Robinhood.

7     Q.    Got it.

8          Other than Robinhood and Webull,

9   have you ever used any other brokerages to

10  invest?

11    A.    No.

12    Q.    Do you invest on behalf of

13  anyone else?

14    A.    No.

15    Q.    Does anyone invest on your

16  behalf?

17    A.    No.

18    Q.    Have you ever hired an

19  investment or a financial advisor?

20    A.    No.

21    Q.    How much time do you devote to

22  investing?

23    A.    I don't have a number in

24  particular.  But --

25    Q.    It can be approximate.

```
 1              NGUYEN - CONFIDENTIAL
 2       A.     I mean, a couple of hours a day,
 3    30 minutes, ten minutes, you know.
 4       Q.     So anywhere from ten minutes to
 5    a couple of hours a day?  Is that right?
 6       A.     Ten minutes to 30 -- like, an
 7    hour, you know.
 8       Q.     And was that the case in January
 9    of 2021?
10       A.     Can you elaborate that?  I
11    didn't --
12       Q.     Sure.  So was that the case in
13    January of 2021, meaning, were you
14    spending approximately ten minutes to one
15    hour a day investing back in 2021, January
16    of 2021?
17       A.     I mean, yeah.  I spent -- I
18    don't know exactly --
19       Q.     Sure.  Right.
20       A.     -- you know, but I do spend time
21    on the app.  Yeah.
22       Q.     And that's been fairly
23    consistent since January 2021.
24       A.     Yes.
25       Q.     Okay.  How would you describe
```

1                NGUYEN - CONFIDENTIAL

2   your investment strategy?

3        A.     I don't have any particular

4   investment strategies.

5        Q.     What's your main objective in

6   investing?

7        A.     Making money.

8        Q.     And when you decide to buy a

9   particular stock, can you walk me through

10   how you make that decision?

11        A.     Well, I read, and then I decide.

12   I mean, it's a gut feeling.  I mean, I

13   didn't look up any resource.  I just read

14   and just make my own educated guess.

15        Q.     So what do you read?

16        A.     Anything that's on the market.

17   I mean, a type of stock market, whatever

18   will pop on the screen, I read it.

19        Q.     So do you read SEC filings that

20   the company puts out?

21        A.     Yes.

22        Q.     Do you read earnings

23   announcements?

24        A.     Yeah, sometimes.

25        Q.     Do you consider the company's

```
                                        Page 27

 1              NGUYEN - CONFIDENTIAL
 2    cash flow projections?
 3         A.    I don't understand what that
 4    means.
 5         Q.    Do you look at any of the
 6    underlying financials of the company?
 7         A.    Somewhat.
 8         Q.    What metrics do you consider?
 9         A.    The earnings.
10         Q.    Anything besides the earnings?
11         A.    It's one of them.  But --
12         Q.    And what are your other sources
13    of information?
14         A.    Whatever is available for me
15    online.
16         Q.    So is that on, you know, social
17    media?
18         A.    Social media, you know, any
19    media platform, you know.
20         Q.    So do you look at Bloomberg, for
21    instance?
22         A.    Anything that's free access.  I
23    mean, I didn't pay for any subscription,
24    no.
25         Q.    Nothing that requires a
```

1                NGUYEN - CONFIDENTIAL

2    subscription?  Is that what you said?

3        A.     Mm-hmm.

4        Q.     And you testified earlier that

5    you make your investment decisions from a

6    gut sense; is that right?

7                MR. KIM:  Objection to form.

8        A.     Yes.

9        Q.     Excuse me.  You said it's a gut

10   feeling.

11       A.     Mm-hmm.

12       Q.     And that you don't -- you didn't

13   look up any resource.

14       A.     How I feel at that time, yes,

15   it's part of my -- you know, whatever I

16   know.

17       Q.     And at that time, are you

18   referring to the time you make a

19   particular investment decision?

20       A.     I mean, it's more like random.

21   I mean --

22       Q.     So the investment decisions you

23   make are random?

24                MR. KIM:  Objection to form.

25       Q.     You can answer, Mr. Nguyen.

```
 1              NGUYEN - CONFIDENTIAL
 2      A.    Yes.  Somewhat my gut feeling,
 3  yeah.
 4      Q.    And what about when you decide
 5  to sell a particular stock rather than buy
 6  one?  How do you make that decision?
 7      A.    When I lose money.
 8      Q.    When you lose money?  Is that
 9  what you said?
10      A.    Yes.
11      Q.    By that, do you mean that you're
12  purely looking at the price trajectory of
13  the stock and whether or not it was
14  increasing?
15              MR. KIM:  Objection to form.
16      Objection to form.
17              CERTIFIED STENOGRAPHER:  I'm
18      sorry.  And whether or not --
19      Q.    The price is increasing or
20  decreasing?
21              MR. KIM:  Objection to form.
22      A.    Can you repeat that?  That
23  was --
24      Q.    I asked you a few moments ago
25  how you decide to sell a particular stock.
```

Page 30

NGUYEN - CONFIDENTIAL

1
2    And you said, "When I lose money."
3              I asked if by that -- if by when
4    you lose money, does that mean that to
5    decide whether or not to sell a stock, you
6    look at whether or not the price of the
7    stock is decreasing?
8        A.    Yes.
9        Q.    Is that the only factor that you
10   consider in deciding whether or not to
11   hold or sell a stock?
12             MR. KIM:   Objection to form.
13       A.    No.  That's not the only factor.
14   But that's one of the factors.
15       Q.    So one of the factors that you
16   consider in deciding whether or not to
17   sell a stock is whether or not the price
18   of the stock is decreasing; correct?
19       A.    Yes, because I'm losing money.
20       Q.    And you mentioned other factors
21   that you consider as well in making a
22   decision to sell a stock.
23             What are those other factors?
24       A.    I mean, whatever -- at that
25   time, I don't know the exact factor that,

```
                    NGUYEN - CONFIDENTIAL
 1
 2    you know -- the exact decision that I, you
 3    know, make that day or decide when to buy,
 4    when to sell.
 5        Q.    Can you point to any other
 6    factors that you consider when you're
 7    deciding whether or not to sell a stock?
 8        A.    No, other than losing money.
 9    You know, I -- I feel like I can't hold
10    anymore.  When I'm losing money, I've got
11    to sell it.
12        Q.    Are there any particular news
13    segments or programs that you follow for
14    investing?
15        A.    No.
16        Q.    Do you subscribe to any
17    newsletters about investing?
18        A.    No.
19        Q.    Do you listen to any podcasts
20    about the market or investing?
21        A.    No.
22        Q.    Do you watch television shows
23    but market or investing?
24        A.    No.
25        Q.    Do you follow any social media
```

```
 1              NGUYEN - CONFIDENTIAL
 2    sources for advice about the market or
 3    investing?
 4         A.    No.
 5         Q.    And your general investment
 6    strategy or -- I think you said that you
 7    didn't have a strategy, so maybe lack of a
 8    strategy that we just discussed, did that
 9    change at all in January 2021?
10         A.    No.
11              MR. KIM:   Objection to form.
12         Are you saying changed since?  Changed
13         then?  Maybe I misheard the question.
14         Q.    Was the testimony you just
15    provided, Mr. Nguyen, about how you make
16    investment decisions, was that consistent
17    with how you made investment decisions in
18    January of 2021?
19         A.    It's somewhat consistent, yes.
20         Q.    In what ways was it not
21    consistent?
22         A.    I don't know what I was thinking
23    that day, so I don't know if it was
24    consistent or not.  Like --
25         Q.    So you don't --
```

```
 1              NGUYEN - CONFIDENTIAL
 2      A.     I really don't have a particular
 3   strategy.   There's no guideline that I
 4   follow.
 5      Q.     And to clarify, you don't have a
 6   particular investment strategy in general,
 7   or you didn't have a particular investment
 8   strategy in January 2021?
 9      A.     In general.
10      Q.     Including in January 2021; is
11   that right?
12      A.     Yes.
13      Q.     Are you familiar -- I think you
14   mentioned it earlier today -- a company
15   called AMC?
16      A.     Yes.
17      Q.     What kind of company is it?
18      A.     It's a movie theater.
19      Q.     Do you know who the CEO is?
20      A.     Adam Aron.
21      Q.     And can you explain to me what
22   research you've done into AMC as a
23   potential investment?
24      A.     I don't remember.
25      Q.     Do you know anything about the
```

```
                                            Page 34

 1              NGUYEN - CONFIDENTIAL
 2   finances or profits of AMC?
 3        A.    Very little.
 4        Q.    Have you ever looked at any SEC
 5   filings by AMC?
 6        A.    No.
 7        Q.    Any earnings announcements?
 8        A.    Yes, but I don't remember.
 9        Q.    What about press releases?
10        A.    Yes, somewhat.
11        Q.    Company financials?
12        A.    Yeah.
13        Q.    So not SEC filings, but you have
14   looked at AMC earnings announcements,
15   press releases, and company financials?
16   Is that your testimony today?
17              MR. KIM:  Objection.  Asked and
18        answered.
19        A.    Yes.
20        Q.    You can answer, Mr. Nguyen.
21              Thank you.
22              In January 2021, do you recall
23   any company announcements from AMC?
24        A.    Can you say that again?
25        Q.    Do you recall any company
```

Page 35

1              NGUYEN - CONFIDENTIAL
2    announcements from AMC in January 2021?
3         A.    No.  I don't recall.
4         Q.    Are you aware of anything AMC
5    was doing differently as a company in
6    January 2021?
7         A.    No.  I wasn't aware.
8         Q.    So you weren't aware of any new
9    products or developments?
10        A.    Not that I can recollect, no.
11        Q.    Are you familiar with a company
12    called Blackberry?
13        A.    A little bit.
14        Q.    What kind of company is it?
15        A.    A phone company.
16        Q.    Have you done any research into
17    Blackberry as a potential investment?
18        A.    No.
19        Q.    None at all?
20        A.    No.
21        Q.    In January 2021, do you recall
22    any company announcements from Blackberry?
23        A.    No.
24        Q.    Are you familiar with a company
25    called Nokia?

Page 36

1             NGUYEN - CONFIDENTIAL

2      A.     Yes.

3      Q.     What kind of company is it?

4      A.     It's a satellite phone company.

5      Q.     Have you ever done any research

6   into Nokia as a potential investment?

7      A.     No.

8      Q.     None whatsoever?

9      A.     No.

10      Q.     In January 2021, do you recall

11   any company announcements from Nokia?

12      A.     No.

13      Q.     Are you familiar with a company

14   called GameStop?

15      A.     Yes.

16      Q.     What kind of company is it?

17      A.     It's a retail company selling

18   video games.

19      Q.     Did you consider investing in

20   GameStop in January 2021?

21      A.     No.

22             MS. YOUNG:  Charlotte, can we go

23      ahead and mark Tab 24 as Exhibit 23.

24

25

1          NGUYEN - CONFIDENTIAL

2          (Defendant's Exhibit 23, Twitter

3      post by Maggie Fitzgerald, was hereby

4      marked for identification, as of this

5      date.)

6          MS. YOUNG:  Oh, excuse me.  Not

7      24.  Yeah.  24.

8      Q.    It should be available now,

9  Mr. Nguyen, if you want to refresh your

10 page.

11     A.    Exhibit 23?

12     Q.    Exhibit 23.

13     A.    Mm-hmm.

14     Q.    Do you see it?

15     A.    Yes, I do.

16     Q.    Do you recognize this document?

17     A.    No.

18     Q.    Can you identify it as a Tweet

19  from Maggie Kate Fitzgerald from

20  January 25, 2021, at 11:35 p.m.?

21         MR. KIM:  Objection to form.  I

22     mean, the document speaks for itself.

23     Q.    You can answer, Mr. Nguyen.

24     A.    Yes.

25     Q.    Thank you.

1          NGUYEN - CONFIDENTIAL

2          And do you see the text of the

3    Tweet that states, "Short squeezes are

4    happening all over the market, largely

5    orchestrated by motivated retail stocks

6    buyers who are explicitly trying to crush

7    Wall Street shorts"?

8       A.    Mm-hmm.

9       Q.    And then beneath that, it

10   states, "Bed Bath & Beyond, AMC join

11   GameStop."  And then there's a link to an

12   article in CNBC.

13          Do you see that?

14      A.    Yes.

15      Q.    And do you recall seeing this

16   Tweet in January 2021?

17          MR. KIM:  Objection to form.

18      A.    No.

19          MR. KIM:  Asked and answered.

20      Q.    You testified earlier that you

21   joined Twitter in January 2021.

22          Around this time, do you recall

23   seeing Tweets like this one that discussed

24   short squeezes orchestrated by retail

25   investors?

```
 1              NGUYEN - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3      A.    No.
 4      Q.    Let's take a look at the article
 5   link to this Tweet.
 6              MS. YOUNG:  Charlotte, if you
 7         wouldn't mind marking Tab 25 as
 8         Exhibit 23 or 24, rather.  Excuse me.
 9              (Defendant's Exhibit 24, An
10         article titled "Bed Bath & Beyond, AMC
11         rally with GameStop as little
12         investors squeeze hedge funds in more
13         stocks," was hereby marked for
14         identification, as of this date.)
15      Q.    And we'll wait for this to load.
16              But because it's a little bit
17   longer, I think it might be easier for
18   Charlotte to screen share so she can
19   scroll us through the document.
20              MR. KIM:  I think it's on here
21         already.  Exhibit 24?
22              MS. YOUNG: Oh, yeah.  We don't
23         have to screen share.  But it's kind
24         of long, so I thought it might be --
25      Q.    Do you see it, Mr. Nguyen?
```

```
                                          Page 40
  1               NGUYEN - CONFIDENTIAL
  2        A.    Yes.
  3        Q.    And feel free to take a moment
  4   to look at it.
  5               But can you tell me whether this
  6   appears to be the article hyperlinked to
  7   the Tweet we just reviewed in the prior
  8   exhibit?
  9               MR. KIM:  Objection to form.
 10        Calls for speculation.  I mean, he
 11        said he doesn't recall the Tweet or
 12        the article.  So now you're asking him
 13        to authenticate it in some way, and
 14        he's not going to be able to do that.
 15        Q.    You can answer, Mr. Nguyen.
 16        A.    No.  I don't recognize the
 17   article.
 18        Q.    Do you see that it's dated
 19   January 25, 2021, and authored by a Maggie
 20   Fitzgerald and published on CNBC?
 21               MR. KIM:  Again, the document
 22        speaks for itself.
 23        Q.    Sorry.  Did you say no,
 24   Mr. Nguyen?
 25        A.    I see it.
```

```
1            NGUYEN - CONFIDENTIAL
2      Q.     Thank you.
3             And you see that it's titled
4   "Beth Bath & Beyond, AMC rally with
5   GameStop as little investors squeeze hedge
6   funds in more stocks"?
7      A.     Yes.
8      Q.     Thank you.
9             Let's take a look at the first
10  two paragraphs there.
11            Do you see where it states, "Bed
12  Bath & Beyond and AMC Entertainment are
13  the newest targets of speculation for
14  retail investors, creating a nightmare
15  scenario for hedge funds betting against
16  these once beat-up stocks"?
17            MR. KIM:  What page are we on?
18            MS. YOUNG:  Oh, I'm sorry.
19      These are the first two paragraphs.
20      Q.     Sorry.  Can you say that again,
21  Mr. Nguyen?  I didn't hear you.
22      A.     I see it.
23      Q.     Okay.  And continuing there,
24  "Shares of Bed Bath & Beyond popped as
25  much as 40 percent and shares of AMC
```

```
 1                NGUYEN - CONFIDENTIAL
 2    Entertainment soared as much as 70 percent
 3    on Monday, as individual investors pile
 4    into the names while hedge funds rush to
 5    cover their losses from shorting the
 6    stocks."  Excuse me.  "Shares of Bed Bath
 7    & Beyond closed up 1.5 percent and AMC
 8    closed up 25.9 percent on Monday."
 9             And then further down, this
10    would be on the second page of the PDF
11    beneath the table.
12             Do you see where the article
13    states, similar to the excerpt we saw in
14    the Tweet in the last exhibit --
15             MR. KIM:  I mean, is there a
16        question, or are you just going to sit
17        here and read the article into the
18        record?  Like, where are we heading?
19             MS. YOUNG:  We'll get at what
20        I'm getting at when I ask him a
21        question.  But thank you for your
22        unsolicited commentary.
23             MR. KIM:  I mean, if you want to
24        testify, you can read the whole
25        article into the record.  Where is the
```

Page 43

```
 1              NGUYEN - CONFIDENTIAL
 2      question?
 3              MS. YOUNG:  I'm getting to a
 4      question, if you'd let me continue
 5      questioning the witness.  I'm allowed
 6      to spend my time showing him some
 7      articles.  That's completely fine.
 8              MR. KIM:  You're showing him an
 9      article that he said he doesn't
10      recognize.  He didn't see.  And then
11      we're going to waste time, you're
12      going to ask him about an article he
13      doesn't recall seeing before?
14              MS. YOUNG:  It's not a waste of
15      my time, but thank you, again, for the
16      unsolicited feedback.
17              MR. KIM:  You're welcome.
18  BY MS. YOUNG:
19      Q.    So further down, do you see
20  where the article states, "Short squeezes
21  are happening all over the market, largely
22  orchestrated by motivated retail stocks
23  buyers who are explicitly trying to crush
24  Wall Street shorts.  The rookie investors
25  are using online chatrooms and websites to
```

Page 44

NGUYEN - CONFIDENTIAL

1   garner information and support, pushing

2   these embattled stocks to the brink."

3          Do you see that?

4   A.    Yes, I do.

5   Q.    Now, do you recall any news

6   coverage or articles around this time

7   concerning a run-up in the price of AMC or

8   Blackberry?

9          MR. KIM:  Objection to form.

10  A.    Not that I remember.  I've seen

11  the articles, but I don't remember in

12  particular what it says, you know.

13  Q.    By "these articles," you just

14  mean articles generally from around this

15  time about these topics?

16  A.    Yes.

17         MR. KIM:  Objection to form.

18  A.    Yeah.  Articles pertaining or

19  whatever, whatever you type in the search

20  I mean whatever pop up I read.

21  Q.    So to clarify that I understand,

22  Mr. Nguyen, you recall in January of 2021

23  reading articles that covered similar

24  topics about price run-ups and AMC and

```
 1              NGUYEN - CONFIDENTIAL
 2   Blackberry.
 3       A.    I mean --
 4             MR. KIM:  Objection to form.
 5       Q.    You can answer.
 6       A.    I mean, I've seen all different
 7   types of articles.  I mean, I don't keep
 8   tabs on what doesn't -- like, what certain
 9   articles I read.  You know, I don't
10   remember.
11       Q.    Did you hear about social media
12   interest on sites like Reddit about AMC or
13   Blackberry in January of 2021?
14       A.    I mean --
15             MR. KIM:  Objection to form.
16       Asked and answered.
17       A.    I mean, I see what I see.  I
18   mean, I don't recollect any information
19   that you give me right now.
20       Q.    Mr. Nguyen, I'm not -- I don't
21   mean the specific article.  I mean in
22   general, do you recall any sort of news or
23   social media attention concerning --
24       A.    No, I don't --
25       Q.    These types of -- these stocks
```

```
                                        Page 46
 1            NGUYEN - CONFIDENTIAL
 2   we have discussed so far?
 3       A.    No.  I don't have any
 4   recollection on certain articles, no.
 5       Q.    You testified earlier that in
 6   2021, you were looking at AMC Reddit
 7   pages; correct?
 8       A.    Yes.
 9       Q.    So what kind of topics did those
10   Reddit pages discuss?
11            MR. KIM:  Objection to form.
12       Asked and answered.
13       A.    I mean, AMC in particular, I
14   mean, like, they just talking about AMC,
15   how it goes up, and it's just general
16   information.  I mean, people just talking
17   to each other.
18       Q.    And when you say how it goes up,
19   do you mean how the price of AMC stock was
20   increasing in January of 2021?
21       A.    It was increasing 27.
22       Q.    Sorry.  Can you say that last
23   part again?  Did you say 27?
24       A.    Like, around January 28th, 27th,
25   you know, around there.  I don't remember
```

```
                                        Page 47
  1                NGUYEN - CONFIDENTIAL
  2    exact day when it went up.
  3        Q.    Sure.  Sure.  So let's say late
  4    January, between January 27th, 28th, you
  5    recall the price of AMC stock increasing.
  6        A.    No.  I do not recall.
  7        Q.    You testified a few moments ago,
  8    "I mean, like, they were just talking
  9    about AMC, how it goes up" on Reddit.
 10             And that was in late
 11    January 2021; correct?
 12             MR. KIM:  Objection to form.
 13        A.    I don't remember an exact date.
 14        Q.    Okay.  Do you remember the price
 15    of AMC stock increasing in late
 16    January 2021?
 17             MR. KIM:  Objection to form.
 18        A.    No.
 19             MR. KIM:  Asked and answered.
 20        Q.    No, you don't remember that.
 21        A.    No, I don't remember.
 22        Q.    So what do you recall about what
 23    you were reading on Reddit concerning AMC
 24    in January 2021?
 25        A.    I recall reading about AMC, but
```

```
 1              NGUYEN - CONFIDENTIAL
 2   I don't recall any -- anything in
 3   particular.  So --
 4       Q.    So then when you testified a few
 5   moments ago that you recall how it goes
 6   up, what did you mean by that?
 7              MR. KIM:  Objection to form.
 8         Asked and answered.  I mean, how many
 9         times are you going to ask him the
10         same question?
11       A.    I see it goes up, and then, you
12   know, I see -- I see the price goes up.
13       Q.    So now you recall that the price
14   was going up in January 2021.
15       A.    That particular --
16              MR. KIM:  Objection to form.
17         Stop arguing with the witness.
18              MS. YOUNG:  Mr. Kim, I'd
19         appreciate if you stopped arguing with
20         me about this.  I'm not --
21              MR. KIM:  It's obviously clear
22         what he testified to.  So I'll let you
23         ask the question one more time, and
24         that's it.
25              MS. YOUNG:  No.  I can ask the
```

```
 1              NGUYEN - CONFIDENTIAL
 2       question as long as I want.  You can
 3       continue to lodge your objections, and
 4       we'll continue.
 5              MR. KIM:  Look, if you ask him
 6       the same question again, I'm going to
 7       direct him not to answer.  So you've
 8       got one more chance.  You've got one
 9       more chance to ask your question.  Ask
10       your question.  You ask it again, I'm
11       directing him not to answer.  So you
12       have one chance.  You can ask him the
13       question again.
14              MS. YOUNG:  Mr. Kim, are you
15       telling me that you're going to --
16       you're going to instruct the witness
17       not to answer on the basis of
18       privilege?
19              MR. KIM:  No.  Not on privilege.
20       On the basis you asked him the same
21       question five times.  I'll let you ask
22       it for the sixth time.  If you ask it
23       for the seventh time, I'll direct him
24       not to answer.  So ask your question.
25              MS. YOUNG:  That is obviously
```

```
 1            NGUYEN - CONFIDENTIAL
 2      improper.
 3            MR. KIM:  Asking the same
 4      question seven times is improper.
 5            MS. YOUNG:  That's why you're
 6      there to object.  And then you can
 7      just leave it at your objection.
 8            MR. KIM:  No.  That's why I'm
 9      going to tell him not to answer the
10      question if you ask it for the seventh
11      time.
12            MS. YOUNG:  If you really want
13      to stop wasting time, Mr. Kim, you can
14      just let the deposition continue.
15            MR. KIM:  I'm just telling you.
16      So ask your question.  You ask it for
17      the seventh time, I'm going to ask him
18      not to -- I'm going to direct him not
19      to answer.
20            MS. YOUNG:  I have to go back.
21      So much back and forth with you,
22      Mr. Kim.
23            MR. KIM:  Don't ask the same
24      question seven times.  We didn't have
25      this beef in the other two
```

```
 1              NGUYEN - CONFIDENTIAL
 2       depositions.
 3              MS. YOUNG:  I read those
 4       transcripts, and I'm pretty sure you
 5       did.
 6              MR. KIM:  I don't think anyone
 7       asked the same question seven times.
 8  BY MS. YOUNG:
 9       Q.    So are the portions of the
10  articles -- or the article, I should say,
11  that we just read generally consistent
12  with your recollection of this period in
13  late January 2021, Mr. Nguyen?
14              MR. KIM:  Objection to form.
15       A.    No.  I don't -- there's no --
16  no, I don't -- I don't recognize it.
17       Q.    To be clear, I'm not asking if
18  you recognize this article.
19       A.    Not consistent, no, because I'd
20  remember.
21       Q.    So you don't remember anything
22  in January of 2021 about the stocks that
23  have been discussed in the excerpts of the
24  article you reviewed.
25              MR. KIM:  Objection to form.
```

```
                                            Page 52
 1              NGUYEN - CONFIDENTIAL
 2        Mischaracterizes prior testimony.
 3        Asked and answered.
 4        Q.    Mr. Nguyen?
 5        A.    Yes.
 6        Q.    So you don't remember price
 7   increases in any of these stocks in
 8   January 2021.
 9              MR. KIM:  Objection to form.
10        A.    No.
11              MR. KIM:  That's not his
12        testimony.
13        A.    No.
14        Q.    No, you do not recall that,
15   Mr. Nguyen?
16        A.    No, I do not recall.
17        Q.    So this article that we just
18   looked at referenced short squeezes or
19   attempted short squeezes in January of
20   2021.
21              Did you hear about a potential
22   short squeeze in AMC around this time?
23        A.    No.
24        Q.    What about Blackberry?  Did you
25   hear about a possible short squeeze in
```

Page 53

1                NGUYEN - CONFIDENTIAL

2    Blackberry?

3         A.    No.

4         Q.    And what about Nokia?  Did you

5    hear about a potential short squeeze in

6    Nokia?

7         A.    No.

8         Q.    Did you hear about a possible

9    short squeeze in GameStop?

10        A.    No.

11        Q.    And again, to ensure that I have

12   this clearly on the record, did you hear

13   anything that made you think that the

14   stock price of AMC would increase in

15   January 2021?

16        A.    No.

17              MR. KIM:  Objection to form.

18        Q.    You didn't read anything about

19   AMC in January of 2021.

20              MR. KIM:  Objection to form.

21        Asked and answered.

22        A.    No.  I don't remember.

23        Q.    And you don't recall seeing any

24   investors or influencers posting about AMC

25   on social media sites like Twitter or

1               NGUYEN - CONFIDENTIAL

2    YouTube.

3         A.    No.

4               MR. KIM:  Objection to form.

5         Asked and answered.

6         Q.    Are you aware of any attempted

7    short squeezes in other stocks around this

8    time?

9         A.    No.

10        Q.    Do you recall news or media

11   attention about the price of any of these

12   stocks increasing beyond what most people

13   thought they were actually worth?

14              MR. KIM:  Objection to form.

15        Asked and answered.  Calls for

16        speculation.

17              MS. YOUNG:  I have not asked

18        that question, Mr. Kim.

19        Q.    You can answer, Mr. Nguyen.

20              MR. KIM:  I think so.

21        A.    No.

22        Q.    So at the time in late

23   January 2021, you didn't hear that any of

24   these companies were heavily shorted.

25              MR. KIM:  Objection to form.

Page 55

NGUYEN - CONFIDENTIAL

1

2     Asked and answered.

3     A.    No.

4     Q.    Do you recall hearing around

5  this time that retail investors on social

6  media were hoping to target investors that

7  were short stock in any of these companies

8  to endorse -- induce a short squeeze?

9         MR. KIM:   Objection.  Calls for

10     speculation.

11    A.    I don't make speculation.  But I

12  just --

13    Q.    I asked if you recalled hearing

14  around that time that any retail investors

15  on social media --

16    A.    No, I do not recall.

17    Q.    I'll finish my question, just so

18  that I can have a clean answer on the

19  record.

20         Do you recall hearing around

21  this time that retail investors on social

22  media were hoping to target investors that

23  were short stock of any of these companies

24  to induce a short squeeze?

25    A.    No, I do not recall.

Page 56

1              NGUYEN - CONFIDENTIAL

2              MR. KIM:  Objection.

3       Q.    And by January 27th, had you

4    heard that the stock price for any of

5    these companies had increased dramatically

6    around this time?

7              MR. KIM:  Objection to form.

8       Asked and answered.

9       A.    No.

10      Q.    Have you heard the term "Meme

11   stock" before?

12      A.    Yes.

13      Q.    When did you first hear the term

14   Meme stock?

15      A.    Right around that time.

16      Q.    What do you understand a Meme

17   stock to be?

18      A.    It's a mock, joke.

19      Q.    A joke?

20      A.    Yeah.

21      Q.    So does that suggest that

22   there's something comical about stocks

23   that are considered Meme stocks?

24              MR. KIM:  Objection.  Form.

25      A.    Can you say that again?

```
 1              NGUYEN - CONFIDENTIAL
 2       Q.    Does that suggest that there's
 3   something comical about stocks that are
 4   considered Meme stocks?
 5       A.    I --
 6             MR. KIM:  Same objection.
 7       A.    I don't make speculation.  I
 8   don't -- I don't know.
 9       Q.    What stocks did you understand
10   to be considered Meme stocks around this
11   time?
12       A.    AMC, BB, Nokia.
13             CERTIFIED STENOGRAPHER:  I'm
14       sorry.  What was the second one?
15             THE WITNESS:  BB, Blackberry;
16       Nokia.  I mean, I don't remember it
17       all, but those are some of them that
18       they considered a Meme.
19       Q.    And what -- what is your
20   understanding of what made those companies
21   Meme stocks?
22       A.    I have no understanding of that,
23   why they made it a Meme stock.
24       Q.    Or why they were considered Meme
25   stocks?
```

```
                                        Page 58
 1              NGUYEN - CONFIDENTIAL
 2       A.    I do not know.
 3       Q.    Was there -- did you consider
 4  there to be something funny about these
 5  types of stocks, these Meme stocks?
 6       A.    No.  As an investor, I find
 7  nothing funny about it.
 8       Q.    Why did you believe that they
 9  were Meme stocks?
10              MR. KIM:  Objection to form.
11       A.    I didn't believe it.
12       Q.    You didn't believe that they
13  were considered Meme stocks or you didn't
14  personally consider them Meme stocks?
15       A.    I don't personally consider them
16  Meme stocks.
17       Q.    And who in your understanding
18  was considering them Meme stocks?
19       A.    At that time, they said, you
20  know, like, AMC, BB or whatever was
21  considered a Meme stock.  But me
22  personally, I don't consider them as a
23  Meme stock.
24       Q.    And when you say "they said,"
25  are you talking about --
```

```
                                         Page 59

 1              NGUYEN - CONFIDENTIAL

 2      A.     The media.

 3      Q.     The media?

 4      A.     The people posting the posts,

 5  you know.

 6      Q.     On Reddit or social -- other

 7  social media sites?

 8      A.     Yeah.  Any social media.

 9      Q.     And did you have an

10  understanding of why people on social

11  media were posting about these Meme

12  stocks?

13             MR. KIM:  Objection to form.

14      A.     No, I don't.

15      Q.     You have no sense of the -- you

16  know, any context for why there was a lot

17  of chatter about these Meme stocks in late

18  January of 2021?

19      A.     No.

20             MS. YOUNG:  I think now is

21      probably a good time for a break.

22      We've been going for about an hour.

23      Do you guys want to take ten minutes?

24             MR. KIM:  Sure.  Yeah.

25             MS. YOUNG:  All right.  Back at
```

```
                                            Page 60

 1              NGUYEN - CONFIDENTIAL

 2         11:15, let's say.

 3              THE VIDEOGRAPHER:  All right.

 4         Off the record at 11:04 a.m.

 5              (Recess)

 6              THE VIDEOGRAPHER:  We are back

 7         on the record at 11:17 a.m. Eastern

 8         Standard Time.

 9    BY MS. YOUNG:

10         Q.    Mr. Nguyen, you understand that

11    you're still under oath; correct?

12         A.    Yes.

13         Q.    Have you ever purchased shares

14    of AMC?

15         A.    When?  Yes, I did during that

16    time.

17         Q.    By that time --

18         A.    Yes.

19         Q.    -- do you mean late

20    January 2021?

21         A.    Somewhere around there.

22         Q.    Was that the first time you

23    purchased AMC stock?

24         A.    I'm not sure.

25         Q.    Do you recall ever previously
```

```
                                         Page 61

 1              NGUYEN - CONFIDENTIAL

 2   purchasing AMC stock?

 3       A.    No, I don't recall.

 4       Q.    And have you ever purchased

 5   shares of Blackberry?

 6       A.    Yes, I did.

 7       Q.    When was that?

 8       A.    I don't recall the exact time.

 9       Q.    Do you recall approximately?

10       A.    Around January 2021.

11       Q.    And to the best of your

12   recollection, was that the first time you

13   purchased shares of Blackberry stock?

14       A.    Yes.

15              MS. YOUNG:  Charlotte, can we go

16       ahead and mark Tab 9 as Exhibit 25.

17              (Defendant's Exhibit 25,

18       Certification, was hereby marked for

19       identification, as of this date.)

20       Q.    I think it should be available

21   now, Mr. Nguyen.

22              Do you recognize this document?

23       A.    What is it?  25?

24       Q.    Correct.

25       A.    Yes.
```

```
 1              NGUYEN - CONFIDENTIAL
 2      Q.     And what is it?
 3      A.     A certification.
 4      Q.     And you signed this
 5   certification; correct?
 6      A.     Yes.
 7      Q.     And it authorizes the Rosen Law
 8   Firm to file this action on your behalf?
 9      A.     Yes.
10      Q.     I'll direct you to paragraph 4.
11             Do you see where the
12   certification says it lists all of the
13   transactions plaintiff has made in the
14   affected stocks during the class period
15   set forth in the consolidated complaint?
16      A.     Yes, I see that.
17      Q.     At the bottom of the page, is
18   that your signature?
19      A.     Yes.
20      Q.     And I'll ask you now to turn to
21   the next page.
22             Is that a complete list of all
23   the transactions you made in the affected
24   stocks during the class period?
25      A.     Yes.
```

Page 63

NGUYEN - CONFIDENTIAL

1
2     Q.     And those transactions include
3     trades in AMC and Blackberry; right?
4     A.     Yes.
5            MS. YOUNG:  Charlotte, let's
6     mark Tab 5, which will be Exhibit 26.
7            (Defendant's Exhibit 26,
8     Executed trades, Bates
9     RHMDL00097434.001, was hereby marked
10    for identification, as of this date.)
11    Q.     Looks like it's there.  Sorry.
12    The right document is in there, but it's
13    without a stamp.  So we're adding a stamp
14    now.
15           (Pause)
16    Q.     It should be available now.
17    A.     Exhibit 26?
18    Q.     26.
19    A.     Yes, I see it.
20           MR. KIM:  Is there supposed to
21    be a sticker on that or no?
22           MS. YOUNG:  Yeah, there is, but
23    I think Charlotte accidentally dragged
24    one in that didn't have the exhibit,
25    so I think there should be -- the one

```
                    NGUYEN - CONFIDENTIAL
 1
 2       I'm seeing now does have a stamp on
 3       it.
 4              MR. KIM:  Okay.
 5              MS. YOUNG:  If you refresh the
 6       page, you might be able to see it.
 7              MR. KIM:  Oh, yeah.
 8   BY MS. YOUNG:
 9       Q.    Now, Mr. Nguyen, I put in front
10   of you trading data that Robinhood
11   produced in connection with this matter.
12   And I can represent to you that the
13   account number in the left-hand column is
14   your Robinhood account number.  But I can
15   also show you one of your account
16   statements if you would like to confirm
17   that for yourself.
18              MR. KIM:  I mean, we'll accept
19       your representation that it's his
20       account.
21              MS. YOUNG:  Thank you for saving
22       us both ten minutes of our time.
23       Q.    Okay.  And I can also represent
24   to you that this document shows your
25   orders in your Robinhood account during
```

Page 65

```
 1              NGUYEN - CONFIDENTIAL
 2   this period that we've been discussing
 3   today.
 4              And just -- I think your counsel
 5   is probably aware of this, but in case,
 6   you know, this gets a little bit
 7   confusing, I'm going to explain now that
 8   the data has some orders that appear in
 9   more than one row because sometimes I
10   think Robinhood executed a particular
11   order in several chunks within the same
12   second, so that's why you might see the
13   same order in more than one row.
14              And I think that Charlotte is
15   also maybe going to screen share just so
16   that it's easier to highlight what trades
17   we're looking at a given time, because I
18   know it's a lot of rows.
19              But the first one we're going to
20   look at will be the seventh column.
21              Well, I guess before I get
22   there, also if you look at the seventh
23   column on the spreadsheet, you'll see that
24   it's called "order created at" and its
25   UTC, and that shows the time you placed
```

```
                                        Page 66

 1                 NGUYEN - CONFIDENTIAL

 2    the order and the coordinated universal

 3    time zone, which is five hours ahead of

 4    the Eastern Standard Time zone that we're

 5    in now.

 6                 MS. YOUNG:  And if we look at

 7         the very first row, Charlotte, if you

 8         wouldn't mind zooming in a little bit,

 9         if you can.

10         Q.    If you look at the very first

11    row, you bought 30 shares of AMC at a

12    price of $16 per share.

13                 Do you see that?

14         A.    Yes.

15         Q.    And you bought those shares on

16    January 27, 2021, at 15:55 UTC, which is

17    10:55 a.m. Eastern; is that right?

18         A.    Yes.

19         Q.    So why did you decide to buy AMC

20    on January 27, 2021?

21         A.    I mean, there's no, you know,

22    reason why I bought it.  I just bought it.

23    I liked the stock.  I bought it.

24         Q.    You had no reason at all?

25                 MR. KIM:  Objection to form.
```

```
                                    Page 67
```

1              NGUYEN - CONFIDENTIAL

2        A.     No reason.

3        Q.     Aside from liking the stock?

4        A.     No.

5        Q.     Why did you like the stock?

6        A.     I mean, it's been around for a

7    while.  You know, I just feel like

8    that's -- that time, I want to buy, I

9    bought it.

10       Q.     Respectfully, Mr. Nguyen, many

11   stocks have been around for a long time.

12              Were there any other --

13       A.     That is my decision that day.  I

14   just bought -- I liked the stock.  I

15   bought it.

16       Q.     But you had no sort of

17   motivating rationale for why you liked the

18   stock.

19              MR. KIM:  Objection to form.

20       A.     I don't remember my motivation

21   at that time, no.

22       Q.     So you can't walk us through

23   your thinking as to why you bought AMC on

24   January 27th.

25       A.     No.

```
                                          Page 68
 1              NGUYEN - CONFIDENTIAL
 2       Q.     Did you consider this a
 3   long-term investment in AMC?
 4       A.     No.  I don't -- I don't -- I
 5   mean, long term?  I don't consider it long
 6   term, no.  I didn't.
 7       Q.     So you plan to sell your shares
 8   of AMC in a relatively short timeframe
 9   after acquiring them; is that right?
10              MR. KIM:  Objection to form.
11       A.     Mm-hmm.
12       Q.     And is that because you thought
13   that the price of those AMC shares would
14   increase in the short term?
15       A.     Yes.
16       Q.     And why did you believe the
17   stock price would increase in the short
18   term for AMC?
19       A.     I do not know my decision at
20   that time.  I don't know why I believed it
21   was to go up.  I don't know.
22       Q.     Now, let's look at one of the
23   Blackberry trades.  This is five rows
24   down.  You'll see an order to buy 0.82
25   shares of Blackberry.
```

Page 69

1                  NGUYEN - CONFIDENTIAL

2                  And then if you look at the

3     "order cancelled" column, there's a

4     timestamp there.  I'm just explaining that

5     that -- that means that order was

6     cancelled, because I know that otherwise,

7     we'll kind of confuse some of the

8     subsequent trades.

9                  But if you look at the next row

10    down, do you see the order to buy 1,068

11    shares of Blackberry at $21.49 per share?

12       A.     Mm-hmm.

13       Q.     And this was also on

14    January 27, 2021, but at 14:31 UTC, which

15    is 9:31 a.m. Eastern; right?

16                  CERTIFIED STENOGRAPHER:  Is that

17         a yes?

18                  MS. YOUNG:  Sorry.  Can you say

19         that again, Sharon?

20                  CERTIFIED STENOGRAPHER:  Is that

21         a yes?  I didn't hear an answer.

22                  THE WITNESS:  Yes.

23                  MS. YOUNG:  Oh, thank you.  I

24         also didn't hear that.

25

Page 70

1              NGUYEN - CONFIDENTIAL

2      BY MS. YOUNG:

3          Q.    Mr. Nguyen, why did you decide

4      to buy Blackberry shares on

5      January 27, 2021?

6          A.    I don't remember.

7          Q.    Did you think that the price of

8      Blackberry was going to increase?

9          A.    I don't remember my thinking at

10     that time.  I'm hoping to make money,

11     yeah.

12         Q.    But you can't talk us through

13     any of your rationale beyond, you know,

14     that you assumed that you thought that

15     you'd make money and the price would

16     increase.

17         A.    Yeah.  Basically, that's it.

18         Q.    Now, if you look at the two

19     trades -- the trade two rows beneath that,

20     there's an order to sell 1,068 shares of

21     Blackberry.

22              Do you see that?

23         A.    Mm-hmm.

24         Q.    And you look -- if you look at

25     the second-to-the-last column, "execution

```
 1              NGUYEN - CONFIDENTIAL
 2   price," you can see that you sold those
 3   shares for $21.85; correct?
 4        A.    Mm-hmm.
 5        Q.    And you sold those shares on
 6   January 27, 2021, at 17:11 UTC or
 7   12:11 p.m. Eastern; right?
 8        A.    Mm-hmm.
 9        Q.    So that was about two and a half
10   hours after you bought 1,068 shares of
11   Blackberry and the trade we just looked at
12   above; is that correct?
13        A.    Mm-hmm.
14        Q.    So why did you decide to sell
15   1,068 shares of Blackberry after just a
16   few hours?
17        A.    I do not remember that trade,
18   you know.  But I don't remember.
19        Q.    So you -- do you often sell your
20   shares after a few hours to profit from
21   fluctuations in the price during the
22   trading day?
23              MR. KIM:  Objection to form.
24        A.    It all depends.  I mean, I don't
25   know my feeling that day.
```

1                  NGUYEN - CONFIDENTIAL

2        Q.     Do you at least sometimes sell

3    your shares after a couple of hours to

4    profit from fluctuations in the price

5    during the trading day?

6               MR. KIM:   Objection to form.

7        A.     Sometimes.

8        Q.     So do you just watch the stock

9    price, and that's how you decide whether

10   or not to hold or sell?

11              MR. KIM:   Objection to form.

12       A.     I mean, that could have been my

13   determination, but I don't know.

14       Q.     So do you recall learning

15   anything about Blackberry since buying the

16   shares that made you think they were less

17   valuable than you thought they were when

18   you bought them two and a half hours

19   earlier that day?

20              MR. KIM:   Objection to form.

21       A.     No.

22       Q.     Then typically, if you're

23   selling within a couple of hours of making

24   a -- purchasing a stock, you know, what

25   besides price informs your decision?

```
 1              NGUYEN - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3      A.    I mean, I don't know my decision
 4  -- whatever my decision at that time,
 5  that's what happened.  I mean, I don't
 6  really remember the decisions I make.
 7      Q.    But speaking more generally, you
 8  said -- you testified a couple of minutes
 9  ago that it's -- you know, you have at
10  times sold stocks within a couple of hours
11  of acquiring them.
12      A.    Yeah.
13      Q.    So is there typically anything
14  besides price that informs your decision?
15              MR. KIM:  Objection to form.
16      Asked and answered.
17      A.    There's no deciding factor.  I
18  mean, price goes up, you know, price goes
19  down.  I don't -- I don't know -- it
20  depends of how I feel that day.
21      Q.    Let's look at a trade a few rows
22  beneath that.
23              Do you see where you bought 929
24  shares of Blackberry at 24.79 per share?
25      A.    Yes.
```

```
1                NGUYEN - CONFIDENTIAL
2        Q.     And that was on
3    January 27, 2021, at 18:38 UTC, which is
4    1:38 p.m. Eastern; right?
5        A.     Mm-hmm.
6        Q.     And that's about an hour and a
7    half after you sold shares of Blackberry
8    for 21.85 per share; right?
9        A.     Mm-hmm.
10       Q.     So the price of Blackberry stock
11   increased by close to $3 per share in
12   roughly one and a half hours since you
13   sold, you know, the 1,068 shares; correct?
14       A.     Mm-hmm.
15       Q.     And you bought the 929 shares at
16   its higher price; right?
17       A.     Yes.
18       Q.     So did you have reason to
19   believe that the stock price would rise
20   even higher?
21       A.     Yes.  That's probably why I
22   bought it.
23       Q.     And why did you think that?
24       A.     Because from the chart.
25       Q.     From the chart?
```

```
 1              NGUYEN - CONFIDENTIAL
 2       A.     Mm-hmm.
 3       Q.     By "chart," do you mean the
 4  price chart?
 5       A.     The price chart.  Yeah.
 6       Q.     Did believe that there was a
 7  short squeeze or an attempted short
 8  squeeze in Blackberry at this time?
 9       A.     No.
10       Q.     Why did you think your -- let me
11  rephrase.
12              If a stock's price is
13  increasing, is it always your view that it
14  will continue to increase?
15              MR. KIM:  Objection to form.
16       A.     It might.
17       Q.     But you don't recall any reasons
18  that you had to believe that the stock
19  price of Blackberry would increase at this
20  point in time --
21              MR. KIM:  Objection to form.
22       Q.     -- I should say.
23       A.     No, I did not recall.
24       Q.     You don't remember seeing any
25  information about Blackberry's financials
```

```
 1              NGUYEN - CONFIDENTIAL
 2    or company fundamentals that made you
 3    think that shares were undervalued at this
 4    point in time; is that correct?
 5              MR. KIM:  Objection to form.
 6        A.    No.
 7        Q.    And do you recall whether on
 8    January 27th you thought the price of
 9    Blackberry was going to increase
10    substantially?
11              MR. KIM:  Objection to form.
12        Asked and answered.
13        A.    Yeah.  From the chart, yes.  I
14    see it's going up.  I mean --
15              MS. YOUNG:  Charlotte, let's go
16        ahead and get Tab 2 ready.
17        Q.    But Mr. Nguyen, do you know what
18    options trading is?
19        A.    I've read a little bit about it,
20    understand very little.  But I never play
21    option trade.
22        Q.    Do you know what options are?
23        A.    Somewhat, not fully detailed.
24    But --
25        Q.    Is it consistent with your
```

1                NGUYEN - CONFIDENTIAL

2      understanding that an option gives you

3      the, you know, right but not the

4      obligation to buy a particular stock at a

5      specific price on or before a certain

6      date?

7                MR. KIM:  Objection to form.

8           A.   I don't understand -- I don't --

9      I don't know what option is.

10          Q.   Have you ever placed an order

11     for an options trade?

12          A.   No.

13          Q.   An option?

14               Are you sure about that,

15     Mr. Nguyen?

16          A.   Yes.

17               MS. YOUNG:  Charlotte, let's go

18          ahead and look at Tab 2.  This will

19          be, I guess, 27.

20               (Defendant's Exhibit 27, An

21          email dated January 27, 2021, Bates

22          RHMDL00092469, was hereby marked for

23          identification, as of this date.)

24          Q.   I think if you refresh your

25     page, Exhibit 27 should be there now.

```
                                        Page 78
 1              NGUYEN - CONFIDENTIAL
 2              Do you see an email, Mr. Nguyen?
 3      A.    27; right?
 4      Q.    Right.
 5      A.    Yes, that's my email.
 6      Q.    So you can identify this as an
 7   email you received from Robinhood on
 8   January 27, 2023 -- or 2021 -- excuse
 9   me -- with the subject line "Option Order
10   Placed"?
11      A.    Can you repeat that question?
12      Q.    I just asked if you can identify
13   this as an email you received from
14   Robinhood on January 27, 2021, with the
15   subject line "Option Order Placed."
16      A.    I never -- I don't remember what
17   this is.  I don't recall this.
18      Q.    That's okay.
19              Can you read the body of the
20   email aloud to us.
21      A.    "You submitted a limit order to
22   buy one contract of BB $40 call 1/29 at
23   $0.29 per contract.  You can check your
24   status for this order on Robinhood.  We'll
25   notify you if your order is executed."
```

Page 79

```
 1                NGUYEN - CONFIDENTIAL
 2                Thank you.
 3                And do you know if this order
 4      gave you an option to buy one share of
 5      Blackberry for $40 at some point before
 6      January 29th?
 7                MR. KIM:  Objection to form.
 8           A.    I don't remember this.  I don't
 9      remember I signed up to options.  But --
10           Q.    Well, do you know if --
11           A.    I think --
12           Q.    Go ahead.
13           A.    -- when you sign up to options,
14      they give you a questionnaire that you
15      answer.  I think I failed that, and then I
16      wasn't even supposed to have options, but
17      I don't know how -- how it got options,
18      but I never play options.  So --
19           Q.    Do you know that if you -- do
20      you know -- so you don't know whether or
21      not this would have allowed you to get one
22      share of Blackberry at $40 a share prior
23      to one -- prior to January 29th.
24                MR. KIM:  Objection to form.  I
25           think that's not -- I'll just object.
```

Page 80

1              NGUYEN - CONFIDENTIAL

2      A.    I don't remember.  I mean, I

3   just --

4      Q.    We can move on.

5            Let's go back to the prior

6   exhibit we were looking at, which is 26, I

7   believe.

8            MS. YOUNG:  Charlotte, if you

9      wouldn't mind pulling that back up.

10     Q.    And we're going to look at the

11  fourth row from the bottom.

12           MS. YOUNG:  Do you see a Nokia

13     trade?  I'm not sure if it's

14     highlighted, Charlotte.

15     Q.    It looks like you purchased

16  3,367 shares of Nokia at $7.15 -- $7.15

17  per share.

18           Do you see that?

19     A.    Mm-hmm.

20     Q.    And that was on

21  January 27, 2021, at 17:11 UTC?

22     A.    Mm-hmm.

23     Q.    And that's at 12:11 p.m.

24  Eastern; correct?

25     A.    Yes.

```
                                        Page 81
 1              NGUYEN - CONFIDENTIAL
 2       Q.    And was that the first time you
 3   ever bought Nokia?
 4       A.    Yes.  I believe that's what it
 5   says on there.
 6       Q.    And why did you decide to buy
 7   Nokia shares on January 27th?
 8       A.    On my Twitter account, I've seen
 9   something like Elon Musk saying something
10   about Nokia or something.  I don't really
11   recall the exact thing that he said.  But,
12   you know, I bought it that day.
13       Q.    And your recollection is that
14   you bought it because of something that
15   Elon Musk tweeted on or around the 27th?
16       A.    Something like that.
17       Q.    Do you recall at all the
18   substance of the Tweet?
19       A.    No, not in full detail, no.
20       Q.    Did Elon's Tweet being about
21   Nokia make you think that the price of
22   Nokia was going to increase?
23             MR. KIM:  Objection to form.
24       A.    Somewhat.
25       Q.    And why was that?
```

```
 1              NGUYEN - CONFIDENTIAL
 2       A.     I mean, he know what -- I mean,
 3   based on the guy's performance, I mean,
 4   you know, what he's doing -- it seemed
 5   like he know what he's doing.
 6       Q.     So you understood Mr. Musk's
 7   Tweet to be an endorsement of the -- of
 8   Nokia as a company or its stock.
 9       A.     No, not endorsement.  I mean, he
10   just probably randomly Tweet that, but I
11   don't know what he mean by that.  He
12   didn't endorse or affiliate anything
13   Nokia, I don't think.
14       Q.     So did you just believe that
15   because somebody as high profile as
16   Mr. Musk was tweeting about Nokia, that
17   the stock price would increase?
18       A.     Something is going on.
19              MR. KIM:  Objection to form.
20       Q.     What do you mean by something is
21   going on?
22       A.     I mean, yes.  That's
23   something -- in my mind, he said -- by him
24   saying that, it's something about Nokia.
25   I just bought it.  So I had no reason why.
```

```
 1              NGUYEN - CONFIDENTIAL
 2   You know, I just bought it.
 3              THE VIDEOGRAPHER:  I'm sorry to
 4        interrupt, but I have a Nicholas Lin
 5        attempting to join.
 6              MS. YOUNG:  Oh, that's from
 7        Robinhood.
 8              THE VIDEOGRAPHER:  All right.
 9        I'd admitting him now.  Sorry to
10        interrupt.
11              MS. YOUNG:  That's okay.
12   BY MS. YOUNG:
13        Q.    Now, if we turn to the
14   second-to-last row on that page, do you
15   see a sale of 3,367 shares of Nokia?
16        A.    Mm-hmm.
17        Q.    And that was on
18   January 27, 2021, at 18:28 UTC, which is
19   1:28 p.m. Eastern; right?
20        A.    Mm-hmm.  Yes.
21        Q.    So why did you sell these Nokia
22   shares approximately one hour and
23   20 minutes after buying them?
24        A.    I'm not sure.
25        Q.    Do you recall learning anything
```

```
 1              NGUYEN - CONFIDENTIAL
 2   about Nokia since buying the shares that
 3   made you think they were less valuable
 4   than you thought they were when you bought
 5   them earlier that afternoon?
 6        A.    No.
 7              MR. KIM:  Objection to form.
 8        Q.    Sorry.  Did you say no,
 9   Mr. Nguyen?
10        A.    Yes, I did say no.
11        Q.    In the second-to-the-last
12   column, it reflects that those 3,367 Nokia
13   shares were sold for $6.73 per share.
14              Do you see that?
15        A.    Mm-hmm.
16        Q.    And that's $0.42 less per share
17   than you bought those shares for earlier
18   that afternoon at 7.15 per share; right?
19              MR. KIM:  Objection to form.
20        A.    Yes.
21        Q.    Oh, sorry.
22              Earlier, you testified that you
23   tend to sell based on when the price is
24   declining.  Is that fair to say,
25   Mr. Nguyen?
```

```
                                            Page 85
 1              NGUYEN - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3       A.     Yes.
 4       Q.     So is it fair to say you're
 5   watching the price of Nokia decline and
 6   you wanted to sell your shares before the
 7   price fell even further?
 8       A.     Yes.
 9       Q.     Did you think that any short
10   squeeze or attempted short squeeze of
11   Nokia was ending?
12              MR. KIM:  Objection to form.
13       Asked and answered.
14       A.     I mean, I have no -- no thinking
15   behind that, no.
16       Q.     But you can't explain why on
17   January 27th, you believed that the price
18   of Nokia was going to decline.
19              MR. KIM:  Objection to form.
20       Q.     Correct?
21              MR. KIM:  That's not his
22       testimony.
23       A.     You see it's declining.
24       Q.     I should say did you have any
25   reason to believe that the price of Nokia
```

```
 1              NGUYEN - CONFIDENTIAL
 2    would decline further?
 3        A.    I wasn't sure what I was
 4    thinking at that time.  No, I wasn't.
 5        Q.    And again, you recall nothing --
 6    no news about the company or its
 7    underlying fundamentals that made you
 8    think that the shares of Nokia were less
 9    valuable than you thought they were
10    earlier that afternoon when you bought
11    them.
12              MR. KIM:  Objection to form.
13        Asked and answered.
14        A.    No.
15        Q.    Thank you.
16              Mr. Nguyen, you're aware that
17    Robinhood implemented certain purchasing
18    restrictions on its platform on
19    January 28th; correct?
20        A.    Yes.
21        Q.    Can you describe any of those
22    restrictions?
23        A.    The buy button.
24        Q.    The buy button?
25        A.    Yeah.  And you can only sell or
```

Page 87

1          NGUYEN - CONFIDENTIAL

2    liquidate what you got.

3       Q.    Which stocks do you recall being

4    restricted?

5       A.    AMC, Nokia, Blackberry, GME,

6    Trivago, and Tootsie Roll.

7             CERTIFIED STENOGRAPHER:  I'm

8        sorry.  Could you repeat the last few

9        after GME?

10            THE WITNESS:  Trivago, and, like

11       Tootsie Roll or something like that.

12            CERTIFIED STENOGRAPHER:  I'm

13       sorry.  I can't understand the word.

14       Can you spell it?

15            MR. KIM:  Like the candy.

16            THE WITNESS:  Like the candy.

17       Tootsie Roll.

18            CERTIFIED STENOGRAPHER:  Oh,

19       Tootsie Roll.  Okay.

20   BY MS. YOUNG:

21       Q.    Did you recall how long those

22   restrictions lasted for, Mr. Nguyen?

23       A.    Hours.

24       Q.    And --

25            MS. YOUNG:  Sorry.  Sharon, did

Page 88

NGUYEN - CONFIDENTIAL

1

2       you have a question?  Oh, no.  You're

3       muted.  Okay.  Sorry.  I think I just

4       heard an echo back.

5           Q.    Do you recall any changes in

6     those restrictions?

7           A.    Restrictions.  I don't -- you

8     know, they took it off and on.  Those are

9     the changes.  But --

10          Q.    Did you say ceiling

11    restrictions?

12          A.    No, no, no.  I did not say

13    ceiling restriction.

14          Q.    I'm sorry.  I didn't catch --

15    what did you say?  What kind of

16    restrictions?  When you say they took it

17    off and on?

18          A.    Yeah.  They took -- I mean, no.

19    They -- they took away the buy button.

20    That's it.

21          Q.    Okay.  The buy button.

22          A.    That's the restriction.  Yeah.

23          Q.    Do you know if any other brokers

24    implemented similar restrictions around

25    this same time in late January 2021?

```
 1              NGUYEN - CONFIDENTIAL
 2      A.      No.
 3      Q.      And at the time, do you recall
 4  hearing anything about the reason that
 5  Robinhood implemented purchasing
 6  restrictions?
 7      A.      Something about the
 8  clearinghouse.  I didn't go into further
 9  detail of what they -- their decision.
10      Q.      All you remember is that it had
11  something to do with the clearinghouse; is
12  that correct?
13      A.      Yeah.
14      Q.      And did you believe that reason?
15      A.      It's not for me to judge.  I
16  mean, it's speculation.  I mean, I could
17  believe it.  I couldn't believe it.  I
18  don't know what to believe that day.  I
19  just wait.
20      Q.      Thank you.
21              And did you first hear about
22  Robinhood's restrictions on January 28th?
23      A.      Somewhere around that day.
24      Q.      And how did you hear about those
25  restrictions?
```

```
                                           Page 90
```

```
 1              NGUYEN - CONFIDENTIAL
 2      A.      It was posted on my app.
 3              MS. YOUNG:  Let's look at --
 4      Charlotte, can you mark Tab 3.  This
 5      will be 28.
 6              (Defendant's Exhibit 28, A
 7      Robinhood screen shot, Bates
 8      P00001320, was hereby marked for
 9      identification, as of this date.)
10      Q.      Okay.  I think it should be
11  there now, Mr. Nguyen.
12              Do you recognize this document?
13      A.      Yes.
14      Q.      What is it?
15      A.      It's my portfolio.
16      Q.      And -- so this is a screen shot
17  you took from your phone?
18      A.      Yes.
19      Q.      And do you see the notification
20  on the bottom that says, "Some securities
21  like AMC and GME are position closing
22  only"?
23      A.      Mm-hmm.
24      Q.      And if you look at the number of
25  hours next to the notification, you took
```

```
                                          Page 91

 1              NGUYEN - CONFIDENTIAL

 2   this screen shot about three hours after

 3   Robinhood sent out this notification on

 4   January 28th; is that right?

 5        A.    Mm-hmm.

 6        Q.    And so at this point, on

 7   January 28th, you were aware that

 8   Robinhood had imposed trading restrictions

 9   on AMC and other securities; correct?

10        A.    Mm-hmm.

11        Q.    Do you recall reading this

12   actual post?

13             MR. KIM:  Objection to form.

14        A.    What post?  Oh, the --

15        Q.    Whatever --

16        A.    Yeah.  I seen that.

17        Q.    Okay.

18             MS. YOUNG:  Let's look at

19        exhibit previously marked 6, Tab 11,

20        Charlotte.

21             (Defendant's Exhibit 6, An

22        article titled "Keeping Customers

23        Informed Through Market Volatility"

24        dated January 28, 2021, was previously

25        marked for identification.)
```

Page 92

1              NGUYEN - CONFIDENTIAL

2      Q.     Okay.  It should be there now.

3   I don't know why -- it's called 29, but

4   it's previously marked 6.

5      A.     It's 29?

6      Q.     Right.

7             Do you recognize this post,

8   Mr. Nguyen?

9      A.     I don't.

10     Q.     Can you look down -- so this is

11  dated January 28, 2021.  And it's titled

12  "Keeping Customers Informed Through Market

13  Volatility."

14            And if you turn to the second

15  page, so this is -- I think it's actually

16  page maybe 3 of the PDF.

17            About -- in the second

18  paragraph, do you see where it states, "We

19  are restricting transactions for certain

20  securities to position closing only,

21  including AMC, Blackberry, Bed Bath &

22  Beyond, Express, GME, Koss"?

23            Do you see those?

24     A.     Yes.

25     Q.     And are -- these are the

```
                                        Page 93
 1              NGUYEN - CONFIDENTIAL
 2    restrictions that you were referring to
 3    earlier, the -- shutting off the buy
 4    button I think is how you described it?
 5         A.    Mm-hmm.  Yes.
 6         Q.    Thank you.  You can set that
 7    aside for now.
 8              And what about after
 9    January 28th?  Do you recall whether
10    stocks were, you know, subject to certain
11    other restrictions besides, you know, the
12    suspension of the buy button?
13              Mr. Nguyen, did you answer?
14         A.    No.  What did you say?  Sorry.
15         Q.    Sure.
16              Do you recall whether -- you
17    know, after the 28th, whether some stocks
18    were subject to other restrictions besides
19    the suspension of the buy button?
20              MR. KIM:  Objection to form.
21         A.    Yes.  I recall that.
22         Q.    Do you recall any details about
23    those restrictions?
24         A.    Not -- not in full details.
25         Q.    Okay.
```

```
                                         Page 94
 1              NGUYEN - CONFIDENTIAL
 2              MS. YOUNG:  Let's look at
 3         Tab 14, which will be Exhibit -- I
 4         believe Exhibit 29.
 5              (Defendant's Exhibit 29, An
 6         article titled "Changes due to ongoing
 7         market volatility," was hereby marked
 8         for identification, as of this date.)
 9         Q.    It should be there.  Oh, wait.
10    No.  It should not be there yet.  One
11    second.
12              Okay.  So this is the one --
13    it's Exhibit 9 but Tab 14.
14              MR. KIM:  There are two
15         Exhibit 29s, but --
16              MS. YOUNG:  It's actually
17         stamped 29 that's Tab 14.
18         A.    Okay.  I see it.
19         Q.    And do you recognize this
20    document, Mr. Nguyen?
21         A.    No.
22         Q.    Do you see that it's titled
23    "Changes due to ongoing market
24    volatility"?
25         A.    Yes.
```

Page 95

NGUYEN - CONFIDENTIAL

1

2      Q.     And under the subheading, do you

3  see where it states, "The table below

4  shows the maximum number of shares and

5  options contracts to which you can

6  increase your positions"?  It says in that

7  kind of first paragraph under the main

8  heading.

9      A.     Mm-hmm.  Yes.

10      Q.     So do you agree that this blog

11  post describes limits to customers'

12  existing positions?

13             MR. KIM:  Objection to form.

14      The document speaks for itself.

15      A.     Yes.

16      Q.     And do you see where under

17  shares for AMC, it says 115?

18      A.     Yes.

19      Q.     And do you see where under

20  shares for Blackberry, it says 65?

21      A.     Yes.

22      Q.     And you viewed this blog post on

23  January 29th; correct?

24             MR. KIM:  Objection to form.

25      A.     No, I didn't.

Page 96

```
 1              NGUYEN - CONFIDENTIAL
 2              MR. KIM:  Assumes facts.
 3         Q.    Okay.
 4              MS. YOUNG:  Charlotte, can we go
 5         ahead and mark Tab 12, which will be
 6         Exhibit 30.
 7              (Defendant's Exhibit 30, An
 8         event check Excel spreadsheet, Bates
 9         RHMDL00097949, was hereby marked for
10         identification, as of this date.)
11         Q.    It should be there now.  You can
12    access it in Exhibit Share.  But I think
13    Charlotte is going to also screen share
14    this one, because it's a really big Excel
15    that might be kind of hard to navigate.
16         A.    It's too large.  I have to
17    download it.
18         Q.    Yeah.  I think Charlotte is
19    going to pull it up on the screen there.
20              It will just take a second.
21              I'll explain I guess in the
22    interim while she's pulling it up that I
23    can represent to you that it's a
24    spreadsheet called an event check that
25    compiles the actions that a customer can
```

```
 1              NGUYEN - CONFIDENTIAL
 2    take on Robinhood's platform.
 3              This is a massive Excel, so
 4    apologies for that.  I'm try to walk us
 5    through this as efficiently as possible.
 6              MS. YOUNG:  Charlotte, can you
 7         expand Column B so we can see the
 8         whole thing.  And can you please sort
 9         the spreadsheet by date and freeze the
10         top row so we can continue seeing the
11         column headings.
12         Q.    And in Column B -- oh, sorry.
13    I'll also go ahead and represent to you,
14    Mr. Nguyen, that consistent with your
15    equity trade spreadsheet that we looked at
16    a few moments ago, that one of these
17    columns, B, I believe, has your account
18    number.  Again, we can pull up one of your
19    account statements if you want to verify
20    that for yourself.  But I think that might
21    just take -- take longer than it's worth.
22              MS. YOUNG:  Okay.  And
23         Charlotte, I think the dates are now
24         properly formatted.  And if you can
25         scroll to Row 97409.
```

```
                                              Page 98
 1              NGUYEN - CONFIDENTIAL
 2              Okay.  If you could zoom in a
 3      bit.
 4      Q.    Mr. Nguyen, do you see in the
 5  column titled "event_timestamp" -- I don't
 6  know if you need to make this even bigger.
 7  Event timestamp, it notes
 8  January 29, 2021, 11:15?
 9              MR. KIM:  Objection to form.  I
10      mean, it's not clear what that column
11      says.  Can you lock the headings?
12              MS. YOUNG:  I thought they were
13      locked.  I'm sorry.
14              Charlotte, do you need to go
15      back to the top to freeze the
16      headings?  Sorry, guys.  It's
17      obviously a high-stress task that
18      Charlotte is doing over here, trying
19      to work in the native.
20              Okay.  There we go.
21      Q.    Okay.  Now can you see that in
22  the column titled "event_timestamp" --
23      A.    Yes.
24      Q.    -- January 29, 2021, 11:15?
25      A.    Yes.
```

```
                                              Page 99
```

1           NGUYEN - CONFIDENTIAL

2       Q.      And then do you also see that

3   there's a link here in the event_data_URL

4   column, and that that goes to a Robinhood

5   post call changes due to recent market

6   volatility?

7       A.      Yes, I see that.

8       Q.      And that's the name of the

9   second blog post we reviewed a few moments

10  ago; correct?

11          MR. KIM:  Objection to form.

12      Lack of foundation.

13      A.      Yeah.  It is.

14      Q.      Thank you.

15          MS. YOUNG:  And Charlotte, could

16      you go across to Column Y.

17      Q.      And Mr. Nguyen, in the

18  event_event column, you can see this

19  indicates "card action."

20              Do you see that?

21      A.      I don't see that.  Where is

22  that?

23      Q.      "Card action" in Column Y.

24      A.      Okay.  Yeah.  I see it.

25      Q.      And I can represent to you that

```
                                    Page 100
```

                    NGUYEN - CONFIDENTIAL

1       that means that you clicked on this blog

2       post.  So I'm --

3                   MR. KIM:  Objection to form.

4           A.      Clicked on what?

5           Q.      Clicked on this URL for this

6       blog post, to view this blog post.

7           A.      Okay.  But I don't remember if I

8       clicked on it.  I mean --

9           Q.      Understood.  Understood.  I

10      appreciate that you may not recall viewing

11      this specific blog post.

12                  But would you agree that you at

13      some point on January 29th opened this

14      blog post?

15                  MR. KIM:  Objection to form.  He

16          said he doesn't recall.

17          A.      I don't recall opening it.  I

18      mean --

19          Q.      But you have no reason to

20      believe that you didn't click and open

21      this blog post; correct?

22                  MR. KIM:  He also has to reason

23          to believe that he did.  So, I mean --

24          A.      I mean --

```
 1              NGUYEN - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3       A.     -- if I can remember, I have no
 4    reason --
 5       Q.     But on January -- on
 6    January 28th, again, you were aware of
 7    position closing only restrictions that
 8    Robinhood implemented for AMC; right?
 9              MR. KIM:  Objection to form.
10       Q.     You can answer, Mr. Nguyen.
11       A.     Yeah.  I mean, I know -- yeah.
12    Robinhood posted some kind of restriction,
13    but --
14       Q.     I think you called that getting
15    rid of the buy button.  That's what I mean
16    by position closing only.
17       A.     Mm-hmm.
18       Q.     You testified earlier that you
19    knew that those restrictions were in place
20    on January --
21       A.     Yes.
22       Q.     Yeah.  And you were also aware
23    of, you know, other certain types of
24    restrictions -- I understand that you
25    don't recall specifics necessarily, but
```

```
 1              NGUYEN - CONFIDENTIAL
 2   after the 28th; right?
 3        A.    Yes.
 4              MR. KIM:  Objection.  Asked and
 5        answered.
 6        Q.    Sorry.  Just to make sure that's
 7   clear, did you say yes, Mr. Nguyen?
 8        A.    Yes.
 9              MR. KIM:  Same objection.
10        Q.    Okay.
11              MS. YOUNG:  Charlotte, let's
12        turn back to the Excel we were looking
13        at a few minutes ago.  I think it this
14        was Exhibit 26.  So these were the
15        trading data.
16        Q.    And we'll start with AMC.
17              So earlier, we discussed shares
18   of AMC that you purchased on January 27th.
19        A.    Mm-hmm.
20        Q.    If you look at the second row of
21   this spreadsheet, do you see where you
22   purchased another 52 shares at $15.24 per
23   share on January 29, 2021?
24        A.    Mm-hmm.
25        Q.    Why did you buy another 52
```

```
 1              NGUYEN - CONFIDENTIAL
 2    shares of AMC at this time?
 3        A.    I didn't know why.  By that
 4    time, I was in the process of transferring
 5    my account, and then I would just, you
 6    know, buy a little bit here and there.
 7        Q.    Did you believe that the price
 8    of AMC would increase after you made that
 9    purchase of an additional 52 shares on
10    January 29th?
11        A.    Yes, I did.
12        Q.    But you don't recall why you
13    thought that AMC's price would increase at
14    this point?
15              MR. KIM:  Objection to form.
16        A.    I mean, I don't recall, no.  I
17    don't recall.
18        Q.    And you don't recall hearing or
19    learning anything about a potential short
20    squeeze in AMC around this time.
21        A.    No.
22        Q.    And you bought these shares
23    after you learned about the restrictions
24    Robinhood imposed on its platform
25    beginning on January 28th; correct?
```

```
                                        Page 104

 1              NGUYEN - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3      A.      Yes, I bought it.
 4      Q.      And you bought these shares on
 5   January 29th after you learned about the
 6   restrictions Robinhood imposed on its
 7   platform beginning on January 28th;
 8   correct?
 9              MR. KIM:  Objection to form.
10      A.      Yes.
11      Q.      Thank you.
12              And you understand that the
13   putative class of individuals that you
14   represent in this litigation consist of
15   those that held shares of the affected
16   stocks as of the close of trading on
17   January 27th and sold such shares between
18   January 28th and February 4, 2021;
19   correct?
20      A.      Yes.
21      Q.      So in this litigation, you're
22   not suing on the AMC shares that you
23   bought on January 29th and then sold;
24   right?
25              MR. KIM:  Objection to form.
```

Page 105

1                NGUYEN - CONFIDENTIAL

2      A.     Can you repeat that?

3      Q.     So in this litigation, you're

4   not suing on the AMC shares that you

5   bought on January 29th; right?

6             MR. KIM:  Objection to form.

7      A.     No.

8      Q.     No, you are not; correct?

9      A.     No, I'm not.

10     Q.     Thank you.

11             So if you look at the next row,

12   this is three from the top.

13             Do you see where you sold 82

14   shares of AMC on February 1, 2021?

15     A.     Mm-hmm.  Yeah.

16     Q.     And again, this is after you

17   learned of the restrictions on Robinhood's

18   platform; right?

19             MR. KIM:  Objection to form.

20     A.     I didn't know what made my

21   decision that day, no.

22     Q.     This is a matter of timing,

23   Mr. Nguyen.

24             This trade, you executed it on

25   February 1, 2021.  That is after what you

NGUYEN - CONFIDENTIAL

1
2      testified earlier you learned about the
3      restrictions on Robinhood's platform
4      beginning on January 28th.
5          A.    I --
6                MR. KIM:  Question to form.
7          A.    I knew about the restriction.
8          Q.    Sure.
9          A.    But what the -- what are you
10     asking me?
11         Q.    I'm asking if you executed this
12     trade after you learned about the
13     restrictions.
14         A.    Yes.
15         Q.    Yeah.  Thank you.
16               And those 82 shares that you
17     sold included the 30 purchased on
18     January 27th and the additional 52 you
19     purchased on January 29th.  I think those
20     are the two rows above this.
21               Do you see that?
22               MR. KIM:  Objection.  Objection
23         to form.
24         A.    Yes.
25         Q.    And you sold these shares for

Page 107

```
  1             NGUYEN - CONFIDENTIAL
  2   the price of $15.02 per share; right?
  3        A.    Yes.
  4        Q.    So why did you sell these shares
  5   at this time on January 29th?
  6        A.    I did not know why.
  7        Q.    You don't recall any new
  8   information that you learned about the
  9   company that led you to believe that AMC
 10   was now overvalued?
 11             MR. KIM:   Objection to form.
 12        A.    No.
 13        Q.    Do you recall if you wanted to
 14   close out your position to limit your
 15   losses?
 16        A.    No.
 17        Q.    Let's take a look at Blackberry
 18   as well.
 19             About two-thirds down the page,
 20   five rows from the bottom, do you see
 21   where you sold 929 shares of Blackberry on
 22   January 29, 2021?
 23        A.    Mm-hmm.  Yes.
 24        Q.    And again, this is after you
 25   learned that the restrictions on
```

1              NGUYEN - CONFIDENTIAL

2      Robinhood's platform; correct?

3              MR. KIM:  Objection to form.

4         A.     Well, I told you I didn't know,

5      like, why it was my decision to sell that

6      day.

7         Q.     That wasn't my question,

8      Mr. Nguyen.

9              My question was you executed

10     this trade at a point in time that is

11     after you learned about Robinhood's

12     restrictions on its platform that began on

13     January 28th; correct?

14        A.     Yes, I did.  Yes.

15        Q.     And you executed that trade at a

16     point in time after you learned about

17     Robinhood's restrictions; right?

18        A.     Yes.

19        Q.     Thank you.

20              And --

21              MR. KIM:  We're pushing up on

22         another hour.  If you want to --

23              MS. YOUNG:  I have, like, three

24         more questions.

25              MR. KIM:  -- close out this

```
                                            Page 109
 1              NGUYEN - CONFIDENTIAL
 2        topic?
 3              MS. YOUNG:  Yeah.
 4              MR. KIM:  And maybe we can take
 5        a break after that.
 6              MS. YOUNG:  Yeah.  We can take
 7        lunch.  I have a couple more -- a
 8        handful more questions.
 9    BY MS. YOUNG:
10        Q.    Again, just to make sure, I
11    think you said -- you don't recall
12    anything about why you decided to sell
13    these Blackberry shares on January 29th.
14              MR. KIM:  Objection to form.
15        A.    I did not recall.
16        Q.    You don't recall any -- learning
17    any new information about the company that
18    led you to believe it was overvalued.
19        A.    No.
20        Q.    And you don't recall why you
21    only held these shares for two days.
22        A.    No.
23        Q.    And you don't recall anything
24    about an attempted short squeeze in
25    Blackberry around this time.
```

Page 110

1              NGUYEN - CONFIDENTIAL

2              MR. KIM:  Objection to form.

3        Asked and answered.

4        A.    No.

5        Q.    Okay.  I think we can break for

6    lunch now.

7              MR. KIM:  Well, do we just want

8        to, you know -- want to maybe just

9        take, like, ten minutes and then --

10             MS. YOUNG:  No.  I'd prefer to

11       take lunch now and get back to it.

12             MR. KIM:  How long?

13             THE VIDEOGRAPHER:  Let me take

14       us off the record first.

15             Off the record 12:09 p.m.

16       Eastern Standard Time.

17             (Luncheon recess: 12:09 p.m.)

18

19

20

21

22

23

24

25

```
                                              Page 111

 1              NGUYEN - CONFIDENTIAL

 2          A F T E R N O O N   S E S S I O N

 3                   1:05 p.m.

 4              THE VIDEOGRAPHER:  We're back on

 5         the record at 1:05 p.m. Eastern

 6         Standard Time.

 7    BY MS. YOUNG:

 8         Q.    Mr. Nguyen, is it correct that

 9    in January 2021 and February 2021, you

10    didn't buy or sell any shares of Bed Bath

11    & Beyond?

12         A.    That's right.

13         Q.    And same question but for

14    Express.

15         A.    Yes.

16         Q.    Yes as in you did not buy any

17    shares of Express?

18         A.    I did not buy any shares, no.

19         Q.    Nor did you buy any shares of

20    GameStop in January or February 2021?

21         A.    No.

22         Q.    Koss?

23         A.    No.

24         Q.    Tootsie Roll?

25         A.    No.
```

Page 112

```
 1              NGUYEN - CONFIDENTIAL
 2       Q.      And is it correct that in
 3  January of 2021, you didn't buy or sell
 4  any shares of Trivago?
 5       A.      Yeah.
 6       Q.      Did you say maybe?
 7       A.      No.  I said yes.  I didn't -- I
 8  didn't --
 9       Q.      Oh, yes, you didn't?  Okay.
10       A.      Yes.
11       Q.      Thank you.
12              Did you consider buying any of
13  those shares in January 2021?
14       A.      I don't know.
15       Q.      You don't recall.
16       A.      I don't recall.
17       Q.      Okay.  And since purchasing
18  shares of AMC in January 2021, have you
19  ever purchased additional AMC shares?
20       A.      Not that I know of.
21       Q.      Okay.  And since January 2021,
22  when you purchased shares of Blackberry,
23  have you ever purchased additional shares
24  of Blackberry?
25       A.      No.
```

Page 113

                              NGUYEN - CONFIDENTIAL
1
2        Q.     Since January 2021, when you
3    purchased shares of Nokia, have you ever
4    since purchased Nokia shares?
5        A.     No.
6        Q.     And I think you testified
7    earlier that you have a Webull account
8    today?
9        A.     Yes.
10        Q.     And so are you still actively
11    trading stocks today?
12        A.     Yes.
13        Q.     And do you currently hold stock
14    in any of the companies we've discussed in
15    this deposition?
16        A.     Yes.
17        Q.     Which are those?
18        A.     AMC, GME.
19        Q.     How long have you held those?
20        A.     AMC, almost close to probably
21    years.  Well, I sold -- I sold it as a
22    loss and then re-bought it.
23        Q.     And you said about two years
24    ago, you re-bought or bought additional
25    shares?

1              NGUYEN - CONFIDENTIAL

2        A.     No.   Just recently, I just

3    re-bought it.   I sold it and then

4    re-bought it again.

5        Q.     So I thought, when I asked you a

6    few moments ago, I said since January of

7    2021, when you purchased shares of AMC,

8    have you since purchased AMC shares, and

9    you said no.

10              Is that not --

11       A.     Oh, I thought -- I thought you

12   said that time, that time in January --

13       Q.     Since those trades we reviewed

14   earlier, have you since purchased shares

15   of AMC?

16       A.     Yeah.   I purchased AMC and GME.

17       Q.     Okay.   So --

18       A.     Well, GME just recently.

19       Q.     GME recently.

20              How recently?

21       A.     Probably like a week or two ago.

22       Q.     Okay.  So well after you were --

23   you became a lead plaintiff in this

24   action; correct?

25       A.     Yes.

Page 115

NGUYEN - CONFIDENTIAL

1

2              MR. KIM:  Objection to form.

3      Q.    So going back to AMC.

4              To clarify, when did you buy

5  more shares in AMC?

6      A.    I don't have a particular day,

7  but I just bought more of AMC, like,

8  probably, like, a month --

9      Q.    A month ago?

10     A.    Yeah.  Like, a month, couple of

11 weeks, three or four weeks.  I don't know.

12     Q.    A couple of weeks ago.

13             So again, that was after you

14 became a lead plaintiff in this action.

15             MR. KIM:  Objection to form.

16     Q.    You can answer, Mr. Nguyen.

17     A.    Yeah.  What do you mean, like,

18 after I became a plaintiff, and then I

19 bought it?

20     Q.    Correct.  In terms of the

21 sequence.

22     A.    Yeah.  I bought it after.  Yeah.

23     Q.    Okay.  And also -- so circling

24 back, because I think you might have -- or

25 maybe I didn't articulate my initial

question very well.

But since the trades -- the Blackberry purchases we reviewed earlier, that was back in January 2021, have you since purchased any shares of Blackberry?

A. No.

Q. Okay. And same question for Nokia.

A. No.

Q. Okay. Besides AMC and GME, do you hold any of the other stock or stock in any of the other companies we've discussed today?

A. No.

Q. Okay. So what stocks make up the biggest portion of your portfolio currently?

A. AMC.

Q. Do you know roughly how many shares of AMC you hold?

A. Well, AMC, I hold about, like, 100 or 200, around there, so, like, 100 something. And A -- which is a split of AMC, I have, like, 6,000 of that share.

```
                                              Page 117

 1                    NGUYEN - CONFIDENTIAL
 2       And GME, I have close to, like, 50 I
 3       think.
 4            Q.    So you said --
 5                  CERTIFIED STENOGRAPHER:  Did you
 6            say 50 or 15?
 7                  THE WITNESS:  50.
 8            Q.    50 shares of GME?  And around
 9       100 to 200 shares of AMC?
10                  MR. KIM:  Objection to form.
11            A.    Yeah.
12            Q.    And approximately what is the
13       value of your portfolio today?
14            A.    Plus the loss?
15            Q.    No.  Just your current
16       portfolio, not, like, how much you've
17       lost.
18            A.    ████████████████████
19            Q.    Got it.
20                  What is your role in this
21       lawsuit, Mr. Nguyen?
22            A.    To talk to my lawyer about the
23       case, about this class -- representative
24       class for their best interest.
25            Q.    So --
```

Page 118

                    NGUYEN - CONFIDENTIAL
1
2        A.     And to -- to approve any
3    recovery for the class.
4        Q.     And when did you first hear
5    about this lawsuit?
6        A.     Well, I joined the lawsuit on
7    January 13, 2023, after I signed a
8    certificate -- certification.
9        Q.     So presumably, you heard about
10   the lawsuit prior to January 13, 2023;
11   right?
12       A.     Yeah.
13       Q.     So when did you first hear about
14   the lawsuit?
15       A.     I don't -- I don't know the
16   exact day.
17       Q.     Do you have an approximate
18   sense?
19       A.     No.
20       Q.     Was it days before you signed
21   that document?  Weeks?  Months?
22       A.     I mean, like, a week after --
23   after, like, January 28th, like, something
24   like a week after --
25       Q.     A week --

```
                                            Page 119
 1              NGUYEN - CONFIDENTIAL
 2       A.      -- 2021.
 3       Q.      -- after February 28th of --
 4       A.      -- 2021.
 5       Q.      -- 2021?
 6       A.      Yeah.
 7       Q.      And how did you hear about the
 8  lawsuit?
 9       A.      Through a website.
10       Q.      What website was that?
11       A.      I forgot what website it was.
12       Q.      Was it, like, a social media
13  website or a separate website?
14       A.      I'm not sure.  It wasn't social
15  media.  It was probably around the news.
16       Q.      And did you contact the Rosen
17  firm?
18       A.      Yes, I did.
19       Q.      And why did you want to be
20  involved in this lawsuit as a named
21  plaintiff?
22       A.      To recover the loss.
23       Q.      Have you been compensated for
24  the time you've been spending on this
25  case?
```

```
 1              NGUYEN - CONFIDENTIAL
 2       A.     No.
 3       Q.     Have you been told whether
 4  you'll receive compensation at any point
 5  for your involvement in this case?
 6       A.     None that I know of.
 7       Q.     So excluding your deposition
 8  today, how much time have you spent on
 9  things related to this lawsuit?
10       A.     Well, I don't have that on
11  record.  I mean, like, I spent a couple of
12  hours here and there talking to my lawyer,
13  fifteen, ten minutes, you know.
14       Q.     And that's all since
15  January 13, 2023?
16       A.     Yeah.
17       Q.     Have you read the complaint or
18  other filings?
19       A.     Yes, I read it.
20       Q.     When did you read that?
21       A.     Like, a week.
22       Q.     A week ago?
23       A.     Yeah, like, a week ago.
24       Q.     Have you reviewed other
25  documents related to the events at issue
```

```
                                    Page 121

 1              NGUYEN - CONFIDENTIAL

 2   in this action?

 3        A.    No.  Only the document my lawyer

 4   gave me.

 5        Q.    And that being the complaint?

 6        A.    Yes.  That's the complaint.

 7        Q.    And aside from your deposition

 8   today, have you had other meetings or

 9   phone calls with counsel?

10        A.    No.

11        Q.    I thought you testified a little

12   while earlier that you sometimes had phone

13   calls with your counsel.

14              Is that not the case?

15        A.    What did you say?

16        Q.    Have you had meetings or phone

17   calls -- aside from your deposition prep

18   that we discussed earlier, have you had

19   other meetings or phone calls with your

20   counsel?

21        A.    Yes.  I mean, anything

22   pertaining to this case, I mean.

23        Q.    And how frequently do you

24   communicate with counsel, aside -- setting

25   aside conversations about your deposition
```

```
 1              NGUYEN - CONFIDENTIAL
 2   today?
 3       A.    Anything concerning the case,
 4   he'll call me, but I don't know, you know,
 5   like, when he's going to call.
 6       Q.    So do you understand what the
 7   class is in this lawsuit?
 8       A.    The class are people that is
 9   harmed during the time that Robinhood put
10   restriction on its stock.
11       Q.    So do you know that the
12   timeframe or kind of the more specific
13   parameters of the class?
14       A.    I don't know the exact
15   timeframe, no.
16       Q.    Or when you needed to have
17   bought or sold certain shares?
18       A.    Excuse me?
19       Q.    Do you know when you need to
20   have bought or sold certain shares to
21   qualify as a class member?
22       A.    Well, that's a job much my
23   attorney to -- I don't know -- I don't
24   know the clarification.  Like, what
25   whatever I said to them, they assist me
```

```
                                        Page 123
 1              NGUYEN - CONFIDENTIAL
 2   through that.
 3       Q.    And what do you understand this
 4   lawsuit to be about?
 5       A.    Robinhood committed security
 6   fraud by taking away the buy button.
 7       Q.    What's your understanding of
 8   Robinhood's business?
 9       A.    It's a mobile app where you
10   trade stocks.
11       Q.    And what are you alleging that
12   Robinhood did wrong?
13       A.    They took away the buy button.
14       Q.    And why is that wrong?
15       A.    That caused the stock to fall,
16   supply and demand.
17       Q.    Mr. Nguyen, you purchased shares
18   of AMC on January 29, 2021; correct?
19       A.    Yes.
20       Q.    And that was after you knew of
21   the restrictions Robinhood imposed
22   beginning on January 28th; correct?
23       A.    Mm-hmm.
24             MR. KIM:  Objection to form.
25       Q.    So if you believed that these
```

Page 124

1              NGUYEN - CONFIDENTIAL

2     restrictions had caused the price of the

3     stock to decline, why did you purchase

4     more shares of AMC at that time?

5              MR. KIM:  Objection to form.

6         Asked and answered.

7         A.    Well, I didn't miss out.  I was

8     in the process of transferring my account.

9         Q.    Why would you need to purchase

10    more shares of AMC to transfer your

11    account?

12        A.    To make sure I have AMC shares.

13        Q.    So then that means that at that

14    time, you thought the share of -- or the

15    price of AMC would increase.

16        A.    Well, I didn't know what was

17    going to happen.  I just wanted just to

18    make sure I -- once they transferred, I

19    still have the stock.

20        Q.    Would you agree that on

21    January 29th, you thought that the price

22    of AMC stock would increase?

23        A.    Well, I wouldn't know that.

24        Q.    Did you think that at the time?

25    Not did you know that.  Was your

Page 125

```
1              NGUYEN - CONFIDENTIAL
2   expectation that the price of AMC stock --
3        A.    Well, I didn't know what I was
4   thinking, though.
5        Q.    Well, if you thought that the
6   price of AMC stock would decline,
7   presumably, you wouldn't have purchased it
8   on January 29th.
9              MR. KIM:  Objection to form.
10       Q.    Is that fair to say?
11       A.    Of course not.
12       Q.    Of course not.
13             So on January 29th, when you
14  were well aware of Robinhood's
15  restrictions, you did not think that those
16  restrictions would cause the price to
17  decline.  You thought the price of AMC
18  stock was going to increase at that point.
19             MR. KIM:  Objection to form.
20       A.    No.  I bought it because I make
21  sure -- I didn't know what was going to
22  happen.  I was just making sure I have AMC
23  shares.  And, you know, whatever at that
24  time, I was just making sure that it was
25  transferred.  I didn't know what's going
```

Page 126

NGUYEN - CONFIDENTIAL

1

2    to happen.  It was in the hope of making

3    money, yes.

4        Q.    So you purchased shares of AMC

5    on January 29th in the hopes of making

6    money.

7        A.    Yes.

8        Q.    And did Robinhood force you to

9    sell AMC at the time you sold it on

10   February 1, 2021?

11            MR. KIM:  Objection to form.

12       A.    Well, I felt that way.

13       Q.    And why is that?

14       A.    Because they took away the buy

15   button.

16       Q.    On January -- I'm sorry.

17       A.    They took away the buy button

18   and wouldn't allow you to sell.  So --

19       Q.    Well, Mr. Nguyen, the buy button

20   was not taken away on January 29th when

21   you bought shares of AMC.  Isn't that

22   true?

23       A.    Yeah.

24       Q.    Okay.  And so two days later, on

25   February 1st, are you saying that the buy

```
1              NGUYEN - CONFIDENTIAL
2    button was taken away at that time?
3         A.    Well, during -- during the
4    time -- I didn't know exactly what day
5    they took away the buy button, but they
6    did took away the buy button during the
7    time that I was in play.  Yeah.
8         Q.    But you said that they took away
9    the buy button on January 28th.
10              Obviously, the buy button --
11              MR. KIM:  Objection.
12        Q.    -- was reinstituted by the 29th,
13   because that's when you purchased more
14   shares of AMC.
15              MR. KIM:  Objection to form.
16        A.    What did you say?
17              MR. KIM:  Objection to form.
18        Q.    The buy button -- the buy button
19   was not suspended on January 29th when you
20   bought more shares of AMC; correct?
21        A.    Mm-hmm.  Yeah.
22        Q.    Okay.  And so are you saying
23   that the buy button was suspended again on
24   February 1st, and that's why you were
25   forced to sell shares of AMC?
```

```
 1              NGUYEN - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3       Asked and answered.
 4       A.     Well, I did not know.  I don't
 5   remember what -- what exactly I did that
 6   day.  And I don't remember how I made that
 7   decision either.
 8       Q.     And did Robinhood force you to
 9   sell Black -- your shares of Blackberry
10   during the class period?
11       A.     It's the same -- it's the same
12   answer as -- you know, I felt it.  I felt
13   like that's what they did.  But --
14       Q.     Even if the buy button -- even
15   if the buy button was on the platform and
16   investors could buy the stock, you still
17   felt like you had to sell?
18              MR. KIM:  Objection to form.
19       A.     No.  I sold because I sold.  I
20   didn't have to sell.  I mean, I didn't --
21   I didn't know why I had to -- I sold that
22   day.  I didn't know why.
23       Q.     You had no --
24       A.     I don't recall why I sold it or
25   why I bought anything.
```

Page 129

```
 1              NGUYEN - CONFIDENTIAL
 2       Q.     So you have absolutely no
 3   recollection of any reason why you bought
 4   any of these shares, nor why you sold any
 5   of these shares that we've been discussing
 6   today.
 7              MR. KIM:  Objection to form.
 8       A.     No.
 9       Q.     Is it your position that there
10   are no other events that could have caused
11   the stock prices of AMC and Blackberry to
12   decline on or after January 28th aside
13   from Robinhood's restrictions?
14       A.     I don't understand what that
15   means.
16              MR. KIM:  Objection to form.
17   Calls for a legal conclusion.
18       Q.     Is it your view that there were
19   no other possible factors that could have
20   contributed to the stock price decline in
21   AMC or Blackberry on, let's say,
22   January 29th through February 1st --
23              MR. KIM:  Objection to form.
24       Q.     -- by Robinhood's restrictions?
25              MR. KIM:  Objection to form.
```

```
 1                NGUYEN - CONFIDENTIAL
 2       A.    I do not understand what that
 3   means.
 4                MS. YOUNG:  Charlotte, let's go
 5       to Tab 21.  This will be Exhibit 31.
 6                (Defendant's Exhibit 31,
 7       Defendants' First Set of Requests for
 8       the Production of Documents and
 9       Electronically Stored Information
10       Directed to Plaintiffs, was hereby
11       marked for identification, as of this
12       date.)
13       Q.    And -- just a second.  I think
14   it should be here.  Oh, I see it now.
15   Tab 31.
16                MR. KIM:  Tab 21.  Exhibit 31.
17       A.    I see it.  Oh, it's Tab 6.
18       Q.    I think it's Exhibit 31, Tab 21.
19       A.    Oh, I see it.
20       Q.    Okay.
21       A.    Tab 12.  Wait.  Exhibit 31.
22                MR. KIM:  Yeah.  That's the one.
23       Q.    Can you identify this document?
24       A.    It's Defendants' first set of
25   requesting order production electronically
```

```
 1              NGUYEN - CONFIDENTIAL
 2    stored information directed to plaintiffs.
 3        Q.    Do you recognize this document?
 4        A.    Yes.
 5        Q.    Have you seen it before?
 6        A.    Yes.
 7        Q.    When did you see it?
 8        A.    It was sent to me by my --
 9    probably, like, a week ago.
10        Q.    So Mr. Nguyen, a few minutes
11    ago, you testified that the only documents
12    or filings that you received from your
13    counsel in connection with this litigation
14    was the complaint; right?
15              MR. KIM:  Objection to form.
16        A.    The complaint.  Yeah.  The
17    complaint and the -- whatever is in the
18    exhibit.
19        Q.    And this is the only other
20    document that you've seen before?  Is that
21    what you were saying?
22        A.    What did you say?
23        Q.    And you said -- you said the
24    complaint -- the complaint and whatever is
25    in the exhibit.
```

Page 132

1                NGUYEN - CONFIDENTIAL

2                Is this the exhibit you're

3   referring to?

4        A.    I mean, the exhibit has a lot of

5   stuff in it, but --

6        Q.    I guess my question is what do

7   you mean by "the exhibit"?  This document

8   or --

9        A.    The complaint.  The complaint.

10   No.  I've never seen this, actually.

11        Q.    Never seen it before.

12        A.    No.

13        Q.    So you didn't receive this a

14   week ago.

15                MR. KIM:  Objection to form.

16        A.    No.

17        Q.    Were you informed of these

18   requests?

19        A.    I don't know what that means.

20        Q.    Did your counsel discuss with

21   you certain document requests that

22   Robinhood served upon you?

23        A.    Yes.  And I sent that all to my

24   lawyer.

25        Q.    So what is your understanding of

```
                                            Page 133
 1                NGUYEN - CONFIDENTIAL
 2   what those requests are?
 3       A.    Document as to anything that's
 4   relevant to the case.
 5       Q.    Such as?
 6       A.    Tax statement, statement from
 7   Robinhood -- that's about all I remember.
 8       Q.    So where did you look for
 9   potentially relevant documents?
10       A.    On my phone, anywhere that I
11   think it was relevant.
12             CERTIFIED STENOGRAPHER:  I'm
13       sorry.  Could you repeat that?
14             THE WITNESS:  Anywhere I think
15       that the document is relevant.
16       Q.    Did you look in your home for
17   any potentially relevant hard copy
18   documents?
19       A.    I do not have any hard copy.
20       Q.    Do you have a personal computer
21   or laptop?
22       A.    Yes.
23       Q.    Did you search electronic files
24   stored on your computer?
25       A.    Yes, but I don't do any trading
```

Page 134

                NGUYEN - CONFIDENTIAL

1

2    on my computer, so nothing is stored on my

3    computer.

4        Q.    Have you ever texted about AMC

5    or Blackberry before with anybody?

6        A.    No.

7        Q.    Have you ever exchanged any

8    emails with anybody about AMC, Blackberry,

9    Robinhood, anything like that?

10       A.    No.

11       Q.    You've never received any emails

12   concerning Robinhood or the securities at

13   issue in this litigation?

14       A.    No.

15       Q.    What about emails that you might

16   have received from Robinhood?

17       A.    Well, basically, any email that

18   was received after that -- after I

19   transferred account, I just ignored it.

20   I --

21       Q.    What do you mean you ignored it?

22       A.    I blocked Robinhood from sending

23   me any -- any information regarding them.

24       Q.    That -- I'm not sure that that

25   answers my question with respect to the

Page 135

```
 1              NGUYEN - CONFIDENTIAL
 2   relevant time period.
 3              MR. KIM:  Objection to form.
 4      Q.    You -- you have received emails
 5   from or concerning Robinhood.
 6      A.    Yes.  During that time.  But I
 7   don't know if I --
 8      Q.    Correct.
 9      A.    -- looked over it.
10      Q.    But you didn't look over those.
11      A.    I don't know if I did.
12      Q.    Okay.  So you didn't go through
13   your email accounts for documents that
14   Robinhood requested?
15              MR. KIM:  Objection to form.
16         That's not what he said.  I think what
17         he said was --
18              MS. YOUNG:  Let him speak for
19         himself.
20              MR. KIM:  He doesn't recall
21         actually reading those emails when he
22         received them, which is different than
23         whether he looked for documents that
24         were responsive to the requests.
25              MS. YOUNG:  Which is what I'm
```

```
                                        Page 136
 1            NGUYEN - CONFIDENTIAL
 2       asking him, and we can see what he
 3       says.
 4       A.    Ask it again.  I didn't --
 5       Q.    Sure.  Did you search through
 6   your personal -- through your email
 7   account for potentially relevant documents
 8   requested in Robinhood's discovery
 9   requests?
10       A.    Yes, I did.
11       Q.    How did you go about doing that?
12       A.    I look in my inbox.
13       Q.    So you looked through every
14   email in your inbox that you've ever
15   received?
16       A.    That I never received?
17       Q.    That you ever received.
18       A.    Yeah.  I looked through my
19   inbox.
20       Q.    How many emails do you think you
21   have in your inbox, would you guess?
22       A.    Like 3,000.
23       Q.    And you clicked through each and
24   every one of those?  Did you --
25       A.    No.  I scrolled through them.  I
```

```
                                        Page 137

 1              NGUYEN - CONFIDENTIAL
 2   don't --
 3        Q.    You didn't search any terms, for
 4   instance, "Robinhood," "AMC," things like
 5   that?
 6        A.    No.
 7        Q.    What about folders besides your
 8   inbox?
 9        A.    I don't have any external
10   folders.
11        Q.    Like, what about your sent box?
12        A.    My sent box?
13        Q.    Right.
14        A.    I never -- I never sent
15   anything.
16        Q.    You've never sent an email
17   before?
18        A.    I sent an email but not to them.
19        Q.    But the requests don't
20   exclusively seek email correspondence with
21   Robinhood.
22        A.    Well, I didn't send any email,
23   you know, that pertained to this case to
24   anyone, only to my -- to my lawyers.
25        Q.    Do you maintain all of your
```

```
                                          Page 138
```

 1              NGUYEN - CONFIDENTIAL
 2      investment records?
 3              MR. KIM:  Objection to form.
 4      A.      Yes.  Most of it.
 5      Q.      And did you look through all of
 6      those?
 7      A.      Yes.
 8      Q.      And you have a cellphone; right?
 9      I guess we know that from your screen
10      shot.
11      A.      Yes.
12      Q.      And since January 2021, have you
13      gotten a new cellphone?
14      A.      Yes, just recently.
15      Q.      Is it -- or I should back up.
16              Was your prior phone an iPhone?
17      A.      Yes.
18      Q.      And was it backed up to the
19      iCloud or backed up in some capacity?
20      A.      To my understanding, I don't --
21      I never back up anything to the iCloud.
22      Q.      So where is that phone now?
23      A.      At home.
24      Q.      It still functions?
25      A.      Yes.

```
 1              NGUYEN - CONFIDENTIAL
 2       Q.    And did you search that old
 3   phone for text messages about, for
 4   instance, Robinhood or AMC or Blackberry?
 5       A.    Yes.
 6       Q.    And how did you go about doing
 7   that?
 8       A.    I searched my -- I mean, I
 9   searched my message, my internet,
10   whatever, you know, my email.
11       Q.    What search terms did you use?
12       A.    I didn't use no search terms.
13       Q.    So you read every text you've
14   ever sent or received?
15       A.    One by one.
16       Q.    How long did that take you?
17       A.    Well, I only look at the day.
18   That didn't take me too long, because I
19   look at a specific day, and if it don't
20   fall between that time, then it's
21   irrelevant.
22       Q.    So what date did you look at?
23       A.    Like, January 2021 through
24   February.
25       Q.    You mean January 1st through
```

```
 1              NGUYEN - CONFIDENTIAL
 2   February 28th?
 3       A.    Yeah.  Anything, like, the year
 4   2021, January 2021 and February, you know,
 5   2021 or even March.
 6       Q.    What about December 2020?
 7       A.    December 2020.  I'm not sure if
 8   I looked.
 9       Q.    What about -- I'm sorry.  Go
10   ahead.
11       A.    No.
12       Q.    No.  I didn't mean to interrupt
13   you.
14       A.    No.  I forgot what I was going
15   to say.
16       Q.    And did you search through other
17   messaging platforms, like WhatsApp?
18              MR. KIM:  Objection.  Form.
19       A.    I don't have WhatsApp.
20       Q.    Anything else?  Like, for
21   instance, I don't know if on Twitter you
22   even can, like, direct message somebody,
23   but any type of communication that way?
24       A.    No.
25       Q.    When did you give responsive
```

```
 1              NGUYEN - CONFIDENTIAL
 2   documents that you identified to your
 3   counsel?
 4        A.    I believe after I signed my
 5   January -- January 13, 2023.
 6        Q.    Sometime after -- like, on --
 7        A.    After.  After.
 8        Q.    Was it near the time to that?
 9              MR. KIM:  Objection to form.
10        A.    I mean during -- somewhere
11   around that time.  After -- after
12   January 13th.
13        Q.    After.
14              Within a number of days?  Weeks?
15        A.    Weeks, day -- yeah.  Weeks and
16   days, you know, like, week -- whatever
17   they contact me, whatever information they
18   need, I send it to them.
19        Q.    Did you take any actions to
20   preserve documents that relate to the
21   events that you've alleged in this
22   lawsuit?
23        A.    What do you mean?  What type of
24   actions?
25        Q.    For instance, if your email
```

```
                    NGUYEN - CONFIDENTIAL
 1
 2   inbox had been set to automatically delete
 3   emails after a certain time, did you care
 4   to, you know, remove those sorts of --
 5        A.    No.
 6        Q.    No.
 7              Is there any --
 8        A.    No.
 9        Q.    Are there any documents or
10   information from the relevant time period
11   that would no longer be available?
12        A.    I don't get what that -- I don't
13   get what you mean.
14        Q.    So, for instance, let's say if
15   you wiped all of your texts from
16   January 2021, there would be nothing left
17   to search.
18        A.    Well, I mostly -- most of the
19   time, I don't delete my texts.  Whatever
20   is on there is on there.
21        Q.    Right.
22        A.    Yeah.
23        Q.    And I'm asking things like so
24   you didn't delete any messages from the
25   relevant time period or --
```

Page 143

NGUYEN - CONFIDENTIAL

1

2     A.    No.  No.  I didn't.

3     Q.    -- throw away any documents from

4  the period that might be relevant, things

5  like that.

6     A.    No.  I didn't delete anything.

7  No.

8     Q.    And Mr. Nguyen, earlier today, I

9  believe that you testified that you do not

10  recall any sort of attempted short squeeze

11  around January 2021 in any of the stocks

12  we've discussed today; is that correct?

13     A.    Yes.

14          MR. KIM:  Object to form.  Asked

15      and answered.

16     Q.    Yes as in that --

17     A.    Yes, that is correct.

18     Q.    Okay.  You're a lead plaintiff

19  in this case; right?

20          MR. KIM:  Object to form.  He's

21      a named plaintiff.

22     Q.    Excuse me.  A named plaintiff.

23     A.    The lead plaintiff is Blue

24  Beverage, I believe.

25          CERTIFIED STENOGRAPHER:  I'm

```
                                              Page 144
 1              NGUYEN - CONFIDENTIAL
 2      sorry.  Could you repeat that?
 3              THE WITNESS:  Blue Beverage.
 4              MR. KIM:  That's his name.
 5      Blue -- Blue Beverage.  Well, Blue
 6      Lane Beverage.
 7              MS. YOUNG:  Right.
 8              MR. KIM:  Just the court
 9      reporter needs you to say the full
10      name.  That's all.
11      Q.      I should have said that you're a
12   named plaintiff.  Excuse me.
13              You're a named plaintiff in this
14   action; correct?
15      A.      Yes.
16      Q.      And what's the name of this
17   litigation?
18              MR. KIM:  Objection to form.
19      A.      What do you mean the name of
20   this litigation?
21      Q.      So, for instance, on the
22   subpoena that we were just looking at,
23   under the case number where it says "In
24   Re:" what's the title of the litigation
25   after that?
```

```
                                        Page 145
 1              NGUYEN - CONFIDENTIAL
 2       A.    Where are you seeing this?
 3       Q.    In the exhibit we were just
 4  looking at.  So this would be Exhibit 31.
 5       A.    31?  Uh-huh.
 6       Q.    Can you read after the -- at
 7  the -- near the top of the page on the
 8  left-hand side?
 9       A.    The case number?
10       Q.    Beneath the case number where it
11  says "In Re," and then there's a colon.
12       A.    Oh, January 21st -- no.
13  "January 2021 Short Squeeze Trading
14  Litigation."
15       Q.    Right.  But you don't recall any
16  attempted or actual short squeeze in
17  January 2021 in any of the stocks we've
18  discussed today; correct?
19             MR. KIM:  Objection to form.
20       Asked and answered.
21       A.    No.
22       Q.    Do you have any sense of why
23  this case is named --
24             MR. KIM:  Objection to form.
25       Calls for speculation.
```

```
 1              NGUYEN - CONFIDENTIAL
 2      Q.    -- short squeeze trading
 3  litigation?
 4              CERTIFIED STENOGRAPHER:  I'm
 5      sorry.  There as crosstalk.  I need
 6      the question repeated.
 7              MS. YOUNG:  Yeah.  Mr. Kim, I'd
 8      appreciate if you'd let me actually
 9      finish the question before you lodge
10      your objection.
11      Q.    Do you have any sense of why
12  this case -- what is your understanding as
13  to why this case is titled In Re
14  January 2021 -- January 2021 -- excuse
15  me -- Short Squeeze Trading Litigation?
16              MR. KIM:  Objection.  Form.
17      Argumentative.
18      A.    No.  I don't know why.
19      Q.    Okay.  You testified earlier
20  today, Mr. Nguyen, that around January of
21  2021, you were looking at some
22  AMC-specific sub-Reddits; right?
23              MR. KIM:  Objection to form.
24      A.    I don't remember.
25      Q.    You don't remember testifying to
```

NGUYEN - CONFIDENTIAL

1

2   that, or you don't remember

3   specifically --

4       A.    I don't know the specific AMC

5   that I looked at, no.

6       Q.    Do you remember looking at any

7   AMC-related content on Reddit

8   around that --

9           MR. KIM:  Objection to form.

10      Asked and answered.

11      A.    I mean, what I looked at is very

12  brief.  I don't spend days or hours in

13  reading every single post that they post.

14  It's very general.  I do my reading, like,

15  really quick in general.  I don't really

16  remember what I've read.  There's millions

17  of thousands of posts.

18      Q.    But you specifically mentioned

19  discussion about AMC around that time.

20      A.    Yes.  Anything titled AMC.  They

21  had -- they had, like, a blog just for

22  AMC.  So I just go through there.

23  Whatever is under that, you know, I just

24  read it.  But I don't really particularly

25  know what I read, remember.

```
 1                NGUYEN - CONFIDENTIAL
 2                MS. YOUNG:  We're going to put
 3         up another document.  I think this
 4         will be 32.
 5                (Defendant's Exhibit 32, Reddit
 6         post on AMC stock, was hereby marked
 7         for identification, as of this date.)
 8         Q.    Okay.  I think it should be up
 9     there now.
10                Do you see it, Mr. Nguyen?
11         A.    Yeah, I see it.  Yes.
12         Q.    And is AMC -- is r/AMCTheatres
13     an AMC-specific sub-Reddit?
14                MR. KIM:  Objection to form.
15         A.    I don't know.  I've never seen
16     it.  Or I don't remember seeing it.
17         Q.    Do you see the post right here?
18                MR. KIM:  Right where?  Are you
19         pointing to something?
20         Q.    At the very top, beneath the
21     timestamp, it's kind of hovering.
22                Do you see where it says "AMC
23     stock," rocket ship, rocket ship, rocket
24     ship?
25         A.    Yeah.
```

```
                                            Page 149
```

 1              NGUYEN - CONFIDENTIAL
 2      Q.    Do you have an understanding of
 3   what the rocket ship Emoji means?
 4      A.    Somewhat.
 5      Q.    Could you tell us what your
 6   understanding is.
 7      A.    It's a rocket ship.
 8      Q.    Okay.  Do you have any other --
 9   besides it being a rocket ship, what does
10   it communicate?
11      A.    Something is going up.  Rocket
12   ship.  I don't know.  I don't -- go ahead.
13      Q.    So when used in conjunction with
14   AMC stock, what would you understand to be
15   going up?
16            MR. KIM:  Objection to form.
17      Calls for speculation.
18      A.    What is going up you say?
19      Q.    What is your understanding of
20   what is going up?
21      A.    The stock is going up.
22      Q.    The price of the stock was going
23   up?
24      A.    Well, I mean, yeah.
25            MR. KIM:  Objection to form.

```
                                        Page 150
 1              NGUYEN - CONFIDENTIAL
 2      A.      It's speculation.  I don't know.
 3   I don't -- something is going up.
 4   Apparently, it's AMC stock, and then a
 5   rocket ship, it must be AMC stock going
 6   up.
 7      Q.      In this -- if you look at the
 8   timestamp is on January 25, 2021.
 9              So I believe that's two days
10   prior to you making your first --
11   purchasing your first set of shares in
12   AMC; is that right?
13      A.      Yes.  Yes.
14      Q.      And is this consistent with your
15   recollection from around that time that
16   the price of AMC was increasing?
17      A.      Well, I never seen the article.
18      Q.      Correct.  I don't mean the
19   specific post.  Just your recollection in
20   general from that time period.
21              MR. KIM:  Objection to form.
22      Asked and answered.
23      A.      Well, when I bought it, I
24   didn't -- I didn't look into any of this
25   stuff.  I mean, somewhere around that
```

```
 1              NGUYEN - CONFIDENTIAL
 2   time, you know, like, I read Reddits and
 3   stuff like that, but not -- after, I never
 4   heard, you know, like -- I never heard of
 5   any of this.
 6        Q.    So you said around this time,
 7   you read Reddits and stuff like that.
 8        A.    Yes.
 9        Q.    Reddits?
10              Around this time, you read
11   Reddit concerning AMC; is that right?
12        A.    Yes.
13        Q.    And to the best of your
14   recollection, did any of those Reddits or
15   other social media posts concern the
16   rising price of AMC stock?
17              MR. KIM:  Objection to form.
18        Asked and answered.
19        A.    I don't know what that means.
20        Q.    Okay.  Let's break that down,
21   then.
22              Do you recall any of the Reddit
23   posts that you remember from around this
24   time period mentioning or discussing an
25   increase in AMC stock price?
```

Page 152

1           NGUYEN - CONFIDENTIAL

2           MR. KIM:  Objection to form.

3      A.    No, I do not recall.

4      Q.    So you don't recall kind of the

5  subject matter or the topics of any

6  AMC-related content that you looked at on

7  Reddit around this time.

8           MR. KIM:  Objection to form.

9      Asked and answered.

10          CERTIFIED STENOGRAPHER:  What

11      was the answer?

12          THE WITNESS:  No.

13     Q.    On these Reddit -- sub-Reddit,

14  you know, threads, would you ever comment

15  or participate?

16     A.    No.

17     Q.    You were just an observer?

18     A.    Yes.

19          MS. YOUNG:  I think I'm nearing

20      the end, Counsel.  Could I have, like,

21      ten minutes?

22          MR. KIM:  Sure.

23          MS. YOUNG:  Okay.

24          MR. KIM:  Is this good right

25      here?

Page 153

```
 1            NGUYEN - CONFIDENTIAL
 2            MS. YOUNG:  Yeah.  I think this
 3       is good.
 4            MR. KIM:  All right.  We'll be
 5       back, I guess --
 6            MS. YOUNG:  Let's just say 2:00
 7       at this point.
 8            MR. KIM:  All right.  Sounds
 9       like a plan.  Ten minutes till 2:00 or
10       2:00.
11            MS. YOUNG:  Yeah.
12            THE VIDEOGRAPHER:  All right.
13       Off the record at 1:48 p.m. Eastern
14       Standard Time.
15            (Recess)
16            THE VIDEOGRAPHER:  Back on the
17       record at 2:05 p.m. Eastern Standard
18       Time.
19  BY MS. YOUNG:
20       Q.   Mr. Nguyen, I don't have any
21  further questions for you.  Thank you very
22  much for your time today, and I hope you
23  enjoy the rest of your afternoon.
24       A.   Thank you.  You too.
25            MS. YOUNG:  Thanks, Phillip.
```

Page 154

1          NGUYEN - CONFIDENTIAL

2      Thanks, everybody.  Thanks, Sharon.

3          THE VIDEOGRAPHER:  I take it

4      that we're concluded, and I will take

5      us off the record at 2:05 p.m. Eastern

6      Standard Time.

7          (TIME NOTED:  2:05 p.m.)

8

9

10  _____

11  DOI NGUYEN

12

13  Subscribed and sworn to

14  before me this _____

15  day of _____, 2023.

16

17  _____

18      Notary Public

19

20

21

22

23

24

25