# Exhibit 13

Page 1

1

2   ** C O N F I D E N T I A L **

3   IN THE UNITED STATES DISTRICT COURT

4   FOR THE SOUTHERN DISTRICT OF FLORIDA

5   Case No. 1:21-MD-2989-CMA

6   ----------------------------------x

7   IN RE JANUARY 2021 SHORT SQUEEZE

8   TRADING LITIGATION

9   ----------------------------------x

10                  April 17, 2023

                 10:07 a.m.

11

12

13      Videotaped Deposition of MARCEL

14   POIRIER, taken by Defendant, pursuant to

15   Notice, held at the offices of Cravath,

16   Swaine & Moore LLP, 825 Eighth Avenue,

17   before Todd DeSimone, a Registered

18   Professional Reporter and Notary Public of

19   the State of New York.

20

21

22

23

24

25

Page 2

1
2   A P P E A R A N C E S :
3   THE ROSEN LAW FIRM
    275 Madison Avenue
4   40th Floor
    New York, New York 10016
5        Attorneys for Plaintiffs
    BY:   LAURENCE M. ROSEN, ESQ.
6          lrosen@rosenlegal.com
7
8
9   CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
10  New York, New York 10019
         Attorneys for Defendants
11  BY:   SCOTT COHEN, ESQ.
          scohen@cravath.com
12        SHUYU SUN, ESQ.
          ssun@cravath.com
13
14
15
16  ALSO PRESENT:
      CARLOS KING, Videographer
17
18
19
20
21
22
23
24
25

1       POIRIER - CONFIDENTIAL

2              THE VIDEOGRAPHER: Good morning.

3       We are going on the record at 10:07

4       a.m. on April 17th, 2023.

5              Please note that the

6       microphones are sensitive and may pick

7       up whispering and private

8       conversations.  Please mute your phones

9       at this time.  Audio and video

10      recording will continue to take place

11      unless all parties agree to go off the

12      record.

13             This is media unit number one

14      of the video-recorded deposition of

15      Mr. Marcel Poirier taken by counsel for

16      defendants in the matter of In Re

17      January 2021 Short Squeeze Trading

18      Litigation filed in the United States

19      District Court, Southern District of

20      New York, case number 1:21-MD-2989-CMA.

21      The location of this deposition is 825

22      Eighth Avenue, New York, New York.

23             My name is Carlos King

24      representing Veritext and I'm the

25      videographer.  The court reporter is

Page 4

```
 1          POIRIER - CONFIDENTIAL
 2      Mr. Todd DeSimone also representing
 3      Veritext.  I'm not authorized to
 4      administer an oath, I'm not related to
 5      any party in this action, nor am I
 6      financially interested in the outcome.
 7           If there are any objections to
 8      the proceedings, please state them at
 9      the time of your appearance.  Counsel
10      and all present, including remotely,
11      will now state their appearance and
12      affiliations for the record, beginning
13      with noticing attorney.
14           MR. COHEN:  Scott Cohen from
15      Cravath Swaine & Moore representing
16      defendants, and I'm joined by my
17      colleague Shuyu Sun.
18           MR. ROSEN:  I'm Larry Rosen.
19      I'm representing Marcel Poirier and the
20      other class members.
21           THE VIDEOGRAPHER:  Can the
22      court reporter please swear in or
23      affirm the witness.
24          *   *   *.
25
```

```
 1            POIRIER - CONFIDENTIAL
 2   M A R C E L    P O I R I E R,
 3   called as a witness, having been first duly
 4   sworn, was examined and testified
 5   as follows:
 6   EXAMINATION BY MR. COHEN:
 7        Q.      Good morning, Mr. Poirier.  My
 8   name is Scott Cohen.  I'm an attorney from
 9   Cravath Swaine & Moore and we represent the
10   Robinhood defendants.
11                Can you please state your full
12   name for the record.
13        A.      Marcel Poirier.
14        Q.      And you live in Canada?
15        A.      Yeah.
16        Q.      Did you come here from Canada?
17        A.      Yeah.
18        Q.      Have you been to the United
19   States before?
20        A.      Yeah.
21        Q.      Have you been to the United
22   States before for this case?
23        A.      Yeah.
24        Q.      Well, welcome back.  You are
25   fluent in both English and French?
```

```
                                            Page 6
  1            POIRIER - CONFIDENTIAL
  2       A.       Yeah, but mostly French, so
  3   there might be some words that I will have
  4   a hard time.
  5       Q.       Okay.
  6       A.       I'm more of a visual person.
  7   So I might have to see your question if
  8   that's appropriate.  I will try my best.
  9   It shouldn't be a problem.
 10       Q.       Sounds good.  If there is
 11   anything you don't understand, please let
 12   me know and I will try to rephrase it to
 13   help you out.
 14            Have you ever been deposed
 15   before?
 16       A.       No.
 17       Q.       So in that case I will go over
 18   some preliminary matters, some ground
 19   rules.
 20            Do you understand that you have
 21   been sworn in and the testimony that you
 22   are giving today will be under oath?
 23       A.       Yes.
 24       Q.       Do you have any condition that
 25   would prevent you from providing true and
```

```
                                          Page 7

  1              POIRIER - CONFIDENTIAL
  2    complete testimony today?
  3         A.     No.
  4         Q.     The court reporter is taking
  5    down everything we say, so it is important
  6    that you provide verbal responses to any
  7    questions that I ask.  For example, you
  8    should make sure to say yes and no rather
  9    than nodding or shaking your head.  Do you
 10    understand?
 11         A.     Yes.
 12         Q.     Also, during the course of the
 13    deposition Mr. Rosen may object to the form
 14    of a question that is asked.  That
 15    objection is just for the record and you
 16    should still answer the question unless
 17    your counsel instructs you not to answer it
 18    on the basis of privilege.  Do you
 19    understand?
 20         A.     Yes.
 21         Q.     As I said before, if you don't
 22    understand something that I've said, just
 23    feel free to tell me that and I will try to
 24    clarify.
 25         A.     Yeah.
```

```
                                           Page 8
 1              POIRIER - CONFIDENTIAL
 2       Q.       And if you don't hear the
 3   question fully, let me know and I will
 4   repeat it.   Does that sound okay?
 5       A.       Yeah.
 6       Q.       And if you would allow me to
 7   finish each question before you begin to
 8   answer, I will be sure to let you finish
 9   answering before I begin my next question.
10   Does that make sense?
11       A.       Yes.
12       Q.       And that's so that the court
13   reporter can get a clear record, so we are
14   not talking over each other.
15                And if you need to take a break
16   at any time, just let me know and I will
17   try to find a good place to stop.   I only
18   ask that you wait until there is no
19   question pending currently before asking to
20   take a break.
21       A.       Okay.
22       Q.       Did you take any steps to
23   prepare for this deposition today?
24       A.       Yes.
25       Q.       What were they?
```

```
 1            POIRIER - CONFIDENTIAL
 2       A.       We just chitchatted a little
 3  bit.
 4       Q.       With Mr. Rosen?
 5       A.       Yeah.
 6       Q.       Okay.  Anybody else?
 7       A.       No.
 8       Q.       When did you talk with
 9  Mr. Rosen?
10       A.       Just ten minutes before.
11       Q.       And that's the only time you
12  spoke about this deposition?
13       A.       No.  Today?
14       Q.       At all, anytime leading up to
15  this deposition.
16       A.       No, we talked before.
17       Q.       How long ago?
18       A.       We talked about it yesterday.
19       Q.       Was that the first time you
20  spoke about this deposition?
21       A.       No.
22       Q.       When was the first time you
23  discussed this deposition?
24       A.       A few weeks back we had a
25  meeting.
```

1          POIRIER - CONFIDENTIAL

2     Q.     How long was that?

3     A.     A few weeks ago.

4     Q.     How long did the meeting last?

5     A.     Maybe a half hour, an hour.

6     Q.     And how many meetings have you

7 had with Mr. Rosen since then?

8     A.     Since that meeting?  Just one.

9     Q.     And that was the one --

10    A.     Yesterday.

11    Q.     -- yesterday?  You spoke for 30

12 minutes you said?

13    A.     Not yesterday.  That was the

14 first meeting.

15    Q.     Okay.  Was anybody else present

16 at any of those meetings?

17    A.     Yeah.

18    Q.     Who?

19    A.     The whole class representatives

20 and Michael Cohen -- yesterday was Michael

21 Cohen also with him.

22    Q.     Did you speak with the other

23 class representatives?

24    A.     No.  I just listened to the

25 meeting.

```
 1            POIRIER - CONFIDENTIAL
 2       Q.      Did they speak about their
 3  depositions?
 4       A.      No.
 5       Q.      Have you reviewed any documents
 6  in preparation for today?
 7       A.      Yeah.
 8       Q.      And are those the ones in front
 9  of you?
10       A.      Yeah.
11       Q.      Okay.  Are there any markings
12  on them?
13       A.      Markings?  No.
14       Q.      Have you written on them?
15       A.      No.
16       Q.      Are these documents that you've
17  used to jog your memory about the case?
18       A.      Yes.
19       Q.      And what are those documents?
20       A.      The complaint.  I reviewed the
21  complaint and the certification.
22       Q.      Okay.
23               MR. COHEN:  Are all of these
24       produced documents?
25               MR. ROSEN:  Yeah.  Those are
```

```
                                          Page 12
 1            POIRIER - CONFIDENTIAL
 2        all stuff that's been produced in
 3        discovery, I mean, or filed with the
 4        court.  But, you know, nothing -- no
 5        surprises.
 6                MR. COHEN:  Okay.
 7        Q.     Did you review anybody's
 8    deposition transcripts?
 9        A.     No.
10        Q.     You said you have never been
11    deposed before, correct?
12        A.     Yes.
13        Q.     Have you ever been a plaintiff
14    in a different lawsuit?
15        A.     No.
16        Q.     Have you ever sued anybody
17    before?
18        A.     No.
19        Q.     Have you ever been sued?
20        A.     No.
21        Q.     Has any company that you've
22    been involved with been sued?
23        A.     No.
24        Q.     So then I take it you have also
25    never been a class representative?
```

```
                                              Page 13
 1              POIRIER - CONFIDENTIAL
 2        A.       Yes, I have never been.
 3        Q.       Were you ever interested in
 4   joining another lawsuit?
 5        A.       No.
 6        Q.       You never -- you never
 7   researched the possibility of joining
 8   another lawsuit?
 9        A.       I tried -- I tried to find the
10   right one for me.
11        Q.       What do you mean by that?
12        A.       That I was qualified for.
13        Q.       So you are speaking in the
14   context of the Robinhood case?
15        A.       Yeah.
16        Q.       So there were other possible
17   Robinhood cases that you looked into
18   joining?
19        A.       There could be, yeah, I think
20   there is another Robinhood that got
21   disqualified.
22        Q.       Was that a Canadian case?
23        A.       No, a California case.
24        Q.       What were the claims of that
25   other case?
```

```
                                              Page 14
 1              POIRIER - CONFIDENTIAL
 2        A.        Collusion.
 3        Q.        Collusion.  And why wasn't that
 4   a right fit for you?
 5        A.        I think it got disqualified.
 6        Q.        So did you try to join it
 7   first?
 8        A.        No.  I don't remember, like it
 9   was probably already disqualified by the
10   time I found it.  This is the only one that
11   is going forward.
12        Q.        And why was it important to you
13   to find a case against Robinhood to join?
14        A.        I think I didn't do anything
15   wrong that day and something bad happened.
16        Q.        In any other way have you
17   participated in a class action lawsuit?
18        A.        No.
19        Q.        Mr. Poirier, I'm showing you
20   what's been marked Exhibit 123 in this
21   case.
22                  (Defendant's Exhibit 123 marked
23   for identification.)
24        Q.        Can you identify this document?
25        A.        My LinkedIn profile.
```

```
                                      Page 15
 1            POIRIER - CONFIDENTIAL
 2       Q.      Based on what you see, does
 3   this fairly represent your educational and
 4   work experience?
 5       A.      Yes.
 6       Q.      Turning to the second page on
 7   the back of the sheet, are you currently
 8   employed at Gypsum West?
 9       A.      No.
10       Q.      Where are you currently
11   employed?
12       A.      Fundy Drywall.  This is who I
13   worked for last year.  I have been -- I had
14   a pinched nerve, so I have been on medical
15   leave.
16       Q.      I'm sorry to hear that.  When
17   did you pinch your nerve, last year?
18       A.      Yeah.
19       Q.      So you are at Fundy Drywall.
20   What position do you hold there?
21       A.      As a journeyman.
22       Q.      What do you do as a journeyman?
23       A.      Drywaller and steel stud
24   framing and T-bar.
25       Q.      Do you have any administrative
```

```
 1            POIRIER - CONFIDENTIAL
 2    roles in that job?
 3         A.    No.
 4         Q.    And is that a full-time job?
 5         A.    Yes.
 6         Q.    Is your time at Fundy Drywall
 7    the only thing that you have done since you
 8    were at Gypsum West?
 9         A.    No.
10         Q.    What did you do before you were
11    at Fundy Drywall?
12         A.    Before I was self-employed,
13    Poirier Drywall.  That's my company name.
14         Q.    That was quite a bit earlier
15    though, correct?
16         A.    I had the company since 2006
17    and I still had it until last year, I think
18    I closed it.
19         Q.    Okay.  Why did you close it?
20         A.    They were all mixed up.  It was
21    easier to work for -- with a subcontractor
22    number, so I opened a subcontractor number,
23    so I didn't need the company no more.
24         Q.    What's your salary at Fundy?
25         A.    Well, I got hurt.  If I work
```

Page 17

POIRIER - CONFIDENTIAL

1

2  the whole year, it would be like ████████

3      Q.    And you don't work the whole

4  year because of your pinched nerve?

5      A.    Yeah, and now technically I

6  could go back or I could be looking for

7  work, because it still hurts, I have --

8  like it should be like light duty right

9  now, and I don't know if they have that for

10  me at the moment.  Drywall is a pretty

11  heavy, physical job.

12      Q.    Right.

13      A.    So there might be some back and

14  forth there.  There could be jobs I could

15  be available for, but I wanted to focus on

16  this first.

17      Q.    On this lawsuit?

18      A.    Yeah.

19      Q.    So before you closed up shop at

20  Poirier Drywall, you were at Gypsum West;

21  is that correct?

22      A.    I worked, when I first got to

23  Calgary, there is a guy who wanted to start

24  Gypsum West, and I would have been an

25  estimator for him, but I only lasted two

```
 1            POIRIER - CONFIDENTIAL
 2   weeks.  He changed his mind and I found
 3   another job, so I started working for
 4   myself.
 5        Q.     So when it says on your
 6   LinkedIn profile page that you worked at
 7   Gypsum West from September 2014 to present,
 8   that's purely because you forgot to update
 9   this page?
10        A.     Yeah.  I think LinkedIn is a
11   waste of time because -- I don't know.  It
12   never worked for me, LinkedIn never worked
13   for me.  So it is supposed to help you to
14   find a job.  It never did.
15        Q.     Okay.  Well, we'll run through
16   the rest of what's on here quickly so we
17   don't overly prolong it.  But before you
18   were at Gypsum West, it looks like you were
19   at Ocean Construction, right?
20        A.     Is it here?  Oh, yeah, yeah.
21        Q.     And you were a project
22   coordinator there?
23        A.     He is a guy from Saskatchewan
24   and it just looks better on your resumé if
25   I put coordinator.
```

```
                                          Page 19
 1              POIRIER - CONFIDENTIAL
 2        Q.     So you did this to embellish
 3   your resumé?
 4        A.     Yeah, to help me find -- I
 5   wanted to be an estimator for a long time,
 6   I'm good with numbers, and if you don't
 7   have the experience, they don't hire you.
 8   But they always have a nephew that is ready
 9   to take it.
10        Q.     So you put project coordinator
11   on your resumé even though that's not your
12   job so that you could find better work
13   opportunities?
14        A.     Yeah, because I graduated as a
15   civil engineer, so coordinating a job site
16   as a project manager shouldn't be that
17   hard.
18        Q.     And then before you were at
19   Ocean Construction, you were at Francis
20   Construction?
21        A.     Yeah.
22        Q.     What did you do for Francis
23   Construction?
24        A.     We built a high-rise building
25   for them, the same thing, steel stud and
```

```
                                                   Page 20
 1              POIRIER - CONFIDENTIAL
 2    drywall.  We always, as a journeyman, you
 3    are always helping the foremen for other
 4    trades and timelines, so the coordinating
 5    part is not -- is pretty much in the
 6    ballpark.  It is not lying.
 7         Q.        Was your role at Francis full
 8    time or part time?
 9         A.        I think, again, it was full
10    time, but it is construction, once the
11    building is done, you're not guaranteed for
12    another job site.  So they always say they
13    have four or five years of work coming up,
14    so you finish the first one for them, but
15    after that usually something happens and
16    you have to find another guy.
17         Q.        I understand.
18         A.        So at the moment it is always
19    full time, but it's not for life.  I never
20    found a company that had 25 years of work
21    and said you are going to be here and you
22    are going to retire with us and everything.
23         Q.        And all the while you were with
24    Ocean and Francis and Gypsum West, you also
25    had your own company?
```

1              POIRIER - CONFIDENTIAL

2        A.        On and off.  I think I reopened

3    the company in 2015.  The financial crisis

4    in 2008 kind of made a dent, so I stopped

5    using it, and I moved back out west and I

6    reopened it in 2015.

7        Q.        What were you doing during

8    COVID?

9        A.        COVID, trading mostly stocks.

10       Q.        Because construction was kind

11   of on a halt there at that time?

12       A.        Yeah.  Well, it wasn't safe.  I

13   moved back from Calgary to home, New

14   Brunswick, and I had made a lot of money

15   with Tesla, so I didn't have to go to work

16   right away.

17       Q.        What did you do with Tesla?

18   Oh, you invested in stock in Tesla?

19       A.        Yeah.

20       Q.        What made you invest in Tesla?

21       A.        I think that's the future, like

22   it had a lot of potential.  Elon Musk is a

23   genius.  All that kind of stuff.  It is

24   almost like a no-brainer.

25       Q.        You are a fan of his too?

```
                                       Page 22
 1           POIRIER - CONFIDENTIAL
 2      A.      Yeah, yeah.  He is -- he is
 3  entertaining.
 4      Q.      Do you follow him on social
 5  media?
 6      A.      Yeah.  It took me a while, like
 7  I don't know what year, it was like I like
 8  the company, I like the car, and then out
 9  of nowhere, I'm like, you know, I'm not a
10  stock expert, but CEOs and their names,
11  like nobody knows who they are, so at some
12  point I'm like oh, yeah, I should Google
13  who is the CEO of Tesla, and Elon Musk
14  popped up, and then you start to learn a
15  little bit more about him.
16           And even like Jeff Bezos, I had
17  no clue who Jeff Bezos was.  Amazon was a
18  great company too, and I started like
19  getting more interested in the stock market
20  because it seemed like everything was like
21  so obvious the last ten years, like
22  Facebook, Mark Zuckerberg, like the FAANG
23  stocks, like I was using all products, I
24  was using it, and it was just starting, you
25  know.
```

```
 1            POIRIER - CONFIDENTIAL
 2       Q.      So Elon Musk is a visionary,
 3   right?
 4       A.      Yeah.
 5       Q.      Does he ever give investment
 6   advice?
 7       A.      No.
 8       Q.      Does he ever comment on certain
 9   companies?
10       A.      I don't remember.
11       Q.      If he did, would you listen?
12            MR. ROSEN:  Calls for
13       speculation.
14       Q.      You can answer.
15       A.      No, I can make up my own mind.
16       Q.      Before Francis Construction,
17   you were at Acadian Steel Stud Limited?
18       A.      I don't see it.  Is it on the
19   second page?  Okay, yeah, I see it.
20       Q.      And you were there for a year,
21   right?
22       A.      Acadian Steel Stud.  I don't
23   remember, no.  There would be like another
24   boss before Acadian.  I just know the guy
25   that works for Acadian.  I went for an
```

```
1              POIRIER - CONFIDENTIAL
2    interview with him and he is from my
3    hometown, but we just talked once.  It is a
4    good company.
5         Q.     Okay.  But this year period,
6    January 2011 through December 2011, do you
7    see that?
8         A.     Yeah.
9         Q.     That was -- that was actually
10   just one conversation you had with
11   Mr. Acadian?
12        A.     They had a job site, so we
13   worked -- I worked for another guy that
14   worked for Acadian.  So technically like he
15   didn't hire me.
16        Q.     I see.  And then before that
17   you were a journeyman with KHS&S
18   Contractors?
19        A.     Yeah.  There was a project in
20   Edmonton and their company website looks
21   good, so that's why I put it there.
22        Q.     And all of these jobs are
23   relatively short periods, correct?
24        A.     Yeah.
25        Q.     Is there a reason for that?
```

```
                                           Page 25
 1              POIRIER - CONFIDENTIAL
 2       A.      It is construction.
 3       Q.      That's just a common pattern in
 4  construction, career construction workers?
 5       A.      Yeah.
 6       Q.      I'm showing you what's been
 7  marked Exhibit 124 now.
 8               (Defendant's Exhibit 124 marked
 9  for identification.)
10       Q.      Can you identify this document?
11       A.      Yes.
12       Q.      And it doesn't look like this
13  resumé mentions any of the jobs you have
14  listed on LinkedIn, right?
15       A.      No, this was before I think,
16  before LinkedIn was popular.
17       Q.      So this resumé hasn't been
18  updated since 2011?
19       A.      No.  Well, you could put
20  Poirier Drywall until 2022, 2020.
21       Q.      Is there a reason you put 2011
22  instead of present?
23       A.      It would have been smarter to
24  put present, yeah.  I never used my resumé.
25  I never applied for a job using this.  They
```

```
                                          Page 26
 1              POIRIER - CONFIDENTIAL
 2   asked me my experience and then they have
 3   to believe me.  After the first two weeks,
 4   if you can do the job, you keep it.  In
 5   construction resumés are a waste of time.
 6   If you can't do the job, you can't do it.
 7         Q.      Well, other than it saying 2011
 8   instead of present, does this resumé fairly
 9   and accurately represent your work and
10   educational experience up until the time --
11         A.      This seems like my first
12   resumé.  Sorry, I should have let you
13   finish.
14         Q.      That's okay.  Thanks.
15         A.      This seems to be my first
16   resumé after college.
17         Q.      And just to touch back on
18   Poirier Drywall, you started this business?
19         A.      Yeah, me and my twin brother.
20         Q.      Okay.  What made you want to
21   start it?
22         A.      In Alberta, they wanted us to
23   be self-employed.  It was easier for them
24   to be a subcontractor.  I think it is for
25   in case we get hurt or something like that,
```

```
                    POIRIER - CONFIDENTIAL
 1
 2   so they can't take the blame.
 3        Q.     I see.  And as the co-founder
 4   of this business, you both worked on
 5   drywall and ran the company, correct?
 6        A.     Yeah.
 7        Q.     What did running the company
 8   involve?
 9        A.     At first I was doing the
10   paychecks, like transferring the money.  I
11   tried to find an accountant to do the taxes
12   and stuff, and my twin brother was more --
13   more of a construction worker and I had
14   the -- I had the education.  Anything with
15   paperwork, I tried to do it, because I had
16   never drywalled before.  He is the one that
17   taught me the trade.
18        Q.     Your brother?
19        A.     Yeah.  So when we first got
20   there, I was just a civil engineer who
21   never worked a day -- well, I had worked
22   with the other places, but never
23   residential construction.
24        Q.     So when you were there, you
25   managed payroll and did your bookkeeping?
```

Page 28

1              POIRIER - CONFIDENTIAL

2        A.      Yeah.

3        Q.      And what exactly did that

4   entail?

5        A.      Just give the paychecks to my

6   brother, and we had two guys at some point,

7   so we paid them, subcontractor.  We would

8   invoice our bosses and we would make sure

9   that there was money in our account to pay

10  the taxes at the end of the year, cell

11  phone bills and gas and stuff.

12       Q.      How long did you have those two

13  employees?

14       A.      Not too long, maybe like one

15  year, not even.  It was booming before the

16  2008 crisis.

17       Q.      Were there any risks related to

18  running your business?

19              MR. ROSEN:  Objection, vague.

20       Q.      Do you understand the question?

21       A.      Yeah.  It felt like a safe bet,

22  because Alberta was really busy and we were

23  willing to go anywhere, any location where

24  there was work.  So it was a smart move

25  until 2008.  The plan was -- well, we

```
 1           POIRIER - CONFIDENTIAL
 2    figured that there will always be work
 3    somewhere; Toronto, Alberta, Vancouver, the
 4    big cities.  I never guessed that we would
 5    have a financial global crisis, and that
 6    changed everything.
 7          Q.     Well, it sounds like you were
 8    pretty adventurous, traveling to all of
 9    those cities, setting up shop?
10          A.     Yeah, it was an adventure for
11    sure, cowboys almost.
12          Q.     Cowboys?
13          A.     Yeah.
14          Q.     In what way?
15          A.     I think we were were 22 at the
16    time, 23, and I had one Visa credit card
17    with $1,000 and my brother had another
18    Visa, and just crossing the country and
19    stuff, it cost a lot of money, the first
20    month's rent and all that kind of stuff.
21    So I think a lot of people thought we were
22    not going to make it and we would have to
23    crawl back home and say we need money to
24    come back, but it worked out.
25          Q.     No risk/no reward, right?
```

```
 1            POIRIER - CONFIDENTIAL
 2       A.       Yeah.
 3       Q.       On an average year at Poirier
 4  Drywall, how much would you earn in
 5  profits?
 6       A.       I think the company made --
 7  well, we were four workers the first year
 8  and, you know, it was probably close to
 9  200,000, but there is no profits, like
10  income.
11       Q.       So you are saying the business
12  itself earned $200,000?
13       A.       Yeah, and if you paid me, my
14  brother and the two workers, there is not
15  much left.  And I don't think it was
16  200,000, it was probably less than 200,000.
17  More than 100 but less than 200.
18       Q.       And that was the average over
19  the course of its --
20       A.       Well, we stayed there two and a
21  half years I think.  It was pretty busy,
22  until 2008.
23       Q.       And what did you do in 2008?
24       A.       I moved back home, and that was
25  a mistake.  I should have stayed in
```

```
                                              Page 31
 1           POIRIER - CONFIDENTIAL
 2    Calgary.
 3        Q.      Because of better opportunities
 4    there?
 5        A.      It never stops.  It is like New
 6    York, it never stops.  There is always
 7    something.  They have a lot of money.  It
 8    is a province, so they have oil.  It is a
 9    rich province.
10        Q.      Any other jobs not mentioned on
11    your resumé?
12              MR. ROSEN:  You mean every
13         construction job he has ever taken or
14         where he has been an employee of
15         somebody else?
16        Q.      Any period of time where you
17    worked for a company, you worked for a
18    drywall company or a construction company.
19        A.      Well, Poirier Drywall worked
20    for a lot of people.
21        Q.      As a subcontractor?
22        A.      Yeah.
23        Q.      That's not what I'm talking
24    about.  Are there -- are there any other
25    periods of employment for other
```

```
                                              Page 32

 1              POIRIER - CONFIDENTIAL

 2   subcontractors or other contractors that's

 3   not represented on this resumé or on the

 4   LinkedIn profile we just looked at?

 5        A.     I might have worked for TDL

 6   Drywall in Calgary, and it was payroll for

 7   the first two weeks and then I switched it

 8   to Poirier Drywall.  That's when I reopened

 9   the company.  I don't see it here.

10        Q.     Okay.  That's okay.  So all

11   of -- all of your work experience is in the

12   context of drywall or construction or

13   lather?

14        A.     Yes.

15        Q.     And what is lather?

16        A.     It is the trades, drywall

17   taping and steel stud T-bar.

18        Q.     So going back to your LinkedIn

19   page, you have a CET diploma in civil

20   engineering?

21        A.     Yes.

22        Q.     And CET stands for certified

23   engineering technologist, correct?

24        A.     Yes.

25        Q.     Do you remember the courses you
```

```
 1            POIRIER - CONFIDENTIAL
 2   took in order to get that degree?
 3         A.     Yeah, some of it, yeah.  It is
 4   a tough course.  It was for two years, but
 5   now I think it is three years.
 6         Q.     And what kind of classes were
 7   you taking?
 8         A.     Project management, estimating,
 9   statistics, like communication classes.
10   There was a computer class, auto CAD,
11   blueprint reading.  That's the first time I
12   used Google was in college.
13         Q.     That was from 2003 to 2005,
14   right?
15         A.     Yeah.
16         Q.     So that makes sense.
17                You got that degree from it
18   says NBCC, is that New Brunswick Community
19   College?
20         A.     Yeah.
21         Q.     And how did you become
22   interested in a construction career in the
23   first place?
24         A.     I was good with numbers and
25   blueprint reading seems it was easy for me
```

```
                                              Page 34
 1              POIRIER - CONFIDENTIAL
 2     to understand.
 3          Q.     So it sounds like through your
 4     education and work experience you gained at
 5     the very least a basic knowledge of
 6     accounting and bookkeeping practices?
 7          A.     Yeah.
 8          Q.     Is it also fair to say you
 9     needed to know how to process complex
10     information?
11              MR. ROSEN:  Objection, vague.
12          Q.     Do you understand the question?
13          A.     No.
14          Q.     Do you have any other
15     educational credentials or licenses?
16          A.     No.
17          Q.     So you don't have any licenses
18     or background in investing or finance?
19          A.     Well, I drove for Uber for one
20     year on my spare time.
21          Q.     When was that?
22          A.     So I got my Uber license in
23     Calgary, 2018 maybe.  I wanted to know a
24     little bit more how the company works and
25     stuff, since I liked the stock market a
```

```
                                          Page 35
 1           POIRIER - CONFIDENTIAL
 2    little bit, so I wanted to know if it was a
 3    good deal.
 4         Q.     So you did that for about a
 5    year?
 6         A.     Yeah.  Well, I don't know, I
 7    tried it out.  I had the license maybe for
 8    a couple of years.  It cost me like a
 9    thousand bucks, and, yeah, I just used it
10    after work or the weekends and stuff, and
11    it wasn't for me.  But with electric cars,
12    you could maybe make a living out of it.
13    Maybe you could quit your job.  But you
14    can't quit and work for Uber right now in
15    Calgary.
16         Q.     So what do you mean you can
17    make a living from electrical cars?
18         A.     Well, I would wait for somebody
19    at the airport and I would drive, you know,
20    20 or 40 minutes, and once you drop them
21    off, there is nobody there waiting for
22    another drive to go back to the airport, so
23    I wasted like a lot of gas, and at the end
24    of the day maybe made a hundred bucks.  So
25    at the end of the month it helps so much
```

```
                                        Page 36
 1            POIRIER - CONFIDENTIAL
 2    with the payments, like $400 extra money,
 3    but the wear and tear on the truck, it is
 4    not enough, and you have to pay for gas.
 5         Q.    I was going to ask, I didn't
 6    realize you would have to pay for gas as an
 7    Uber driver.
 8         A.    Yeah.  It is good for them,
 9    they take 20 percent or 30 percent on that
10    charge, like an Airbnb and stuff.
11         Q.    All right.  I want to show you
12    what's been previously marked as Exhibit 2
13    in this case.  This is a letter you counsel
14    previously provided in this action on
15    February 27th, 2023 that lists social media
16    handles that you've used.  Do you recall
17    ever seeing this before?
18         A.    This document?
19         Q.    Yes.
20         A.    No, it's the first time.
21         Q.    Did anybody ask you about your
22    social media handles and accounts?
23         A.    Yeah, I gave -- I gave it all
24    to the law firm.
25         Q.    And do you remember about when
```

```
                                        Page 37
 1              POIRIER - CONFIDENTIAL
 2   that was?
 3        A.      In January, February.
 4        Q.      So if you turn to page 3, you
 5   will see a box with your name.
 6        A.      Yes.
 7        Q.      So let's just run through these
 8   accounts quickly.  You have a Facebook
 9   account, correct?
10        A.      Yeah.
11        Q.      And your user name is ██████
12   ████████
13        A.      I think so, yeah.
14        Q.      Do you ever use Facebook to
15   research the stock market?
16        A.      No.
17        Q.      Do you ever use it to gain
18   insight on investment strategies?
19        A.      No.  Maybe lately I added a few
20   companies, Androids in Canada and stuff,
21   but I don't log in on Facebook that much.
22   So there is a couple of companies that I
23   want to -- I just added for fun.
24        Q.      Do you ever post anything
25   related to investing on Facebook?
```

```
                                              Page 38
 1            POIRIER - CONFIDENTIAL
 2        A.      No.
 3        Q.      Do you ever delete posts on
 4   Facebook?
 5        A.      Yeah, probably.
 6        Q.      Why would you delete something?
 7        A.      Privacy.  I like my privacy.
 8   Sometimes it's funny the first day and then
 9   the next day it looks stupid.
10        Q.      I understand.  But you've never
11   deleted anything related to investing?
12        A.      No.
13        Q.      The next one on the list is
14   Instagram.  Do you have an Instagram
15   account?
16        A.      Yeah.
17        Q.      And your handle is
18   ██████████████████?
19        A.      Yeah.
20        Q.      Is this the only Instagram
21   account you have?
22        A.      Yeah.
23        Q.      And have you ever posted or
24   commented on that account?
25        A.      Yes.
```

```
                                          Page 39
 1          POIRIER - CONFIDENTIAL
 2      Q.      And this is a private account,
 3  correct?
 4      A.      Yeah.
 5      Q.      Nobody publicly can see it
 6  unless you've brought them in to see it?
 7      A.      Yeah, I hope so.  But there is
 8  a back door though.  You can if you want
 9  to.
10      Q.      How do you do that?
11      A.      If you hashtag something, I
12  think it is a back door.  I'm not 100
13  percent sure.
14      Q.      Why do you keep it private?
15      A.      Well, like Facebook and stuff,
16  I thought there was a lot of jealousy and
17  negativity.  I don't know, I felt like it
18  was giving me bad luck, so I hated it, and
19  I hate LinkedIn too.
20      Q.      Do you ever use Instagram to
21  research the stock market?
22      A.      Lately I added, it's getting
23  better, that was the first one, it was not
24  the first one there, but now it is
25  getting -- CNBC has an Instagram account
```

```
                                           Page 40
 1              POIRIER - CONFIDENTIAL
 2    now and other stuff, so I have been adding,
 3    I have been looking for dividend stocks,
 4    and that's what I added lately.
 5         Q.      By dividend stocks, you mean
 6    companies that you can invest in and they
 7    will pay a dividend at regular periods?
 8         A.      Yeah, and they have cool
 9    graphs, like Warren Buffett's type of
10    stocks, and the best ones in the last five
11    years, the top ones, the top 20 ones and
12    stuff like that, and I'm a more visual
13    person, so one photo, you don't need to --
14    you don't need to read ten pages to
15    understand, they have graphs.
16         Q.      So that's why Instagram is
17    good, it has photos and graphs that you can
18    see?
19         A.      Yeah, because I'm -- I'm a
20    really visual person, and searching on the
21    internet and finding takes a lot of time.
22    Yeah, if there is -- if there is numbers
23    attached to a photo, I like to see it.
24         Q.      And that's -- that's the type
25    of research that you do?
```

Page 41

```
 1              POIRIER - CONFIDENTIAL
 2       A.      It is simpler, yeah.
 3       Q.      Okay.  So you said over the
 4  last few years Instagram has gotten better
 5  at providing this type of investment
 6  information?
 7              MR. ROSEN:  Objection.  Are you
 8       reiterating his testimony?  Are you
 9       saying that's what he said?  Or are you
10       asking him if that's what he said?
11       Because it is confusing.
12       Q.      Am I correct that you said
13  before that over the last few years --
14       A.      I think so, it is getting more
15  popular, but that's what I'm -- I'm the one
16  that is searching.  You would need the
17  people that are posting it to see if it is
18  going out higher, more followers I guess.
19       Q.      Right.
20       A.      But just like before it was
21  just like amateurs, now it seems it is more
22  professional type of, it is getting free
23  advertisement I guess.
24       Q.      So that's the last five years
25  would you say?
```

1           POIRIER - CONFIDENTIAL

2       A.      I don't think so.  I think it

3    has only been two years.

4       Q.      Two years, 2021?

5       A.      Yeah.  I think -- well, the

6    first one was CNBC.

7       Q.      When was that?

8       A.      I think during COVID.

9       Q.      During COVID?

10      A.      I think so, yeah.

11      Q.      So 2020 to 2021?

12      A.      Yeah.

13      Q.      Have you ever deleted any --

14      A.      No, the dividend ones is like

15   after 2021.  It is like last year, in 2022.

16      Q.      And CNBC only does dividend?

17      A.      No, they post -- they post like

18   their topic of the week and stuff.

19      Q.      Were they doing that before

20   they were doing dividends?

21      A.      Dividends are separate

22   accounts.  It is different type of people.

23   Yeah, it is nothing to do with CNBC.

24      Q.      So is it fair to say that CNBC

25   and news sites like it were starting to

```
                                      Page 43
 1            POIRIER - CONFIDENTIAL
 2    utilize Instagram for investment
 3    information to put up investment
 4    information during COVID?
 5         A.     Yeah, I think so.  I think it
 6    started during COVID.
 7         Q.     Have you ever deleted posts off
 8    of Instagram?
 9         A.     I probably deleted, but every
10    time you update it, I think it comes back.
11    So you can't really delete anything in
12    social media I think.  It always comes back
13    every time you update your phone.
14         Q.     I didn't know that.
15         A.     If you delete it on your phone
16    and you go on your laptop, I don't think
17    you delete it on your laptop, because you
18    didn't update the same software -- the same
19    update.
20         Q.     So it's not synchronized?
21         A.     I don't think so.
22         Q.     Do you ever delete investment
23    related information off of Instagram?
24         A.     No.  No, I just save it.  I
25    just try to save it.  Maybe one day I'll
```

```
                                        Page 44
 1            POIRIER - CONFIDENTIAL
 2    have time to look at it.
 3         Q.    You save it as it pops up on
 4    your news feed?
 5         A.    Yeah.
 6         Q.    Do you have a TikTok account?
 7         A.    Yeah.
 8         Q.    And that's the account listed
 9    here?
10         A.    Yeah.
11         Q.    ██████████████████
12         A.    Yeah, ███████████████
13         Q.    Is that the only TikTok account
14    you use?
15         A.    Yeah.
16         Q.    Have you ever posted or
17    commented on TikTok?
18         A.    No.  That's not for me.  I just
19    wanted to see what was going on.
20         Q.    It is a very young site?
21         A.    A lot of dancing and stuff.
22    I'm not a dancer.
23         Q.    Do you ever use TikTok to
24    research the stock market?
25         A.    No.  I didn't -- I don't think
```

```
 1              POIRIER - CONFIDENTIAL
 2   I have ever seen one before.  I might not
 3   be following the right people.
 4         Q.      Let's go to YouTube.  Do you
 5   have a YouTube account?
 6         A.      Yes.
 7         Q.      And is this handle
 8   ████████████████████████  your handle?
 9         A.      I think so, yeah.
10         Q.      Is this the only YouTube
11   account you use?
12         A.      I think so, yeah.
13         Q.      And have you ever posted or
14   commented from this account?
15         A.      No.
16         Q.      Do you ever use YouTube to
17   research the stock market?
18         A.      Yeah.  I listen to opinions of
19   other people, and that's the same thing, it
20   is getting more popular now.  Everybody
21   thinks they are an expert, so it's
22   entertaining.
23         Q.      So you watch videos of people
24   who post about investing?
25         A.      Yeah.  I try to learn the more
```

Page 46

1              POIRIER - CONFIDENTIAL

2    that I can, and YouTube is a big part of

3    it.  I think it is great.

4         Q.    Do you find the videos

5    trustworthy?

6         A.    Well, maybe back then.  Now

7    I'm -- now I don't think you can believe

8    anything.  Anything you read on the

9    internet, you can't believe it.  You can

10   only believe the numbers.

11        Q.    What do you mean by "back

12   then"?

13        A.    Well, like I believe

14   everything -- I'm not a liar, so when

15   somebody says something, I'm like oh, he's

16   honest.

17        Q.    But is there a time period back

18   then when you believed what people said?

19        A.    Well, before Robinhood.

20        Q.    So leading up to when Robinhood

21   imposed its restrictions?

22        A.    Yeah.

23        Q.    You were generally trusting of

24   the sources there?

25        A.    Yeah.

```
                                              Page 47
 1              POIRIER - CONFIDENTIAL
 2       Q.      Do you ever delete posts or
 3   comments off of YouTube?
 4       A.      I don't remember deleting --
 5   yeah, not posts, no.  I don't post very
 6   much.  I don't remember deleting anything.
 7       Q.      Or comments?
 8       A.      Yeah.  I don't -- yeah.  Can
 9   you delete a comment on YouTube?  I'm not
10   sure.
11       Q.      You are talking to a bad
12   millennial.  I'm not very good at these
13   things.
14              And you have a Twitter account,
15   right?
16       A.      Yeah.
17       Q.      And is this handle on the
18   exhibit the correct account,
19   ████████████████?
20       A.      Yeah.
21       Q.      What's ████████
22       A.      ██████████████████████
23   ███████████████████.
24       Q.      Oh, the ████████████
25       A.      ███████████████████████
```

```
                                              Page 48

 1           POIRIER - CONFIDENTIAL
 2       Q.      And so ██████████, that's
 3   the maritime province?
 4       A.      ████████████████████
 5   ████████████████
 6       Q.      And what is █████
 7       A.      ████████
 8       Q.      ████████████████████
 9       A.      ████████████████████
10   ████████████████████████
11   ████████████████████████
12   ████████████████████████
13   ████████████████████████
14   ████
15       Q.      ██████
16       A.      ████████████████
17   ████████    NBA is a business also.  It
18   might be in the future.  But it has nothing
19   to do with, you know...
20       Q.      Is this the only Twitter
21   account you have?
22       A.      Yeah.
23       Q.      Have you ever tweeted?
24       A.      I tweeted, yeah.
25       Q.      Do you tweet pretty often?
```

Page 49

                    POIRIER - CONFIDENTIAL

1

2       A.      Retweet or like, yeah, tweet,

3   yeah.

4       Q.      And you retweet and like and

5   tweet about investments?

6       A.      About everything.

7       Q.      Stock market?

8       A.      I joke around a lot about

9   whatever is going on.  I try to stay

10  positive, if I see something negative.

11      Q.      And you do that to keep other

12  people upbeat as well?

13      A.      No, no.  It is my personal

14  entertainment.  It is almost like a diary.

15  I go back sometimes and see if I miss

16  anything.  There is some good information,

17  but mostly I'm joking around a lot.  But

18  there could be some useful information.  It

19  is always nice to check back once in a

20  while.

21      Q.      Do you ever use the Twitter

22  account to research investment strategies?

23      A.      I just follow some people,

24  smart people, and I guess it is research.

25  I don't know if it is research, Elon Musk

```
1              POIRIER - CONFIDENTIAL
2     and everybody, Cathie Wood is a smart
3     person too.
4          Q.     Cathie Wood?
5          A.     Yeah.
6          Q.     Who is that?
7          A.     She is Ark Investment, Ark
8     Investment for Tesla.  And Jeff Bezos I
9     think too, but he doesn't tweet a lot.
10    Warren Buffett.
11         Q.     So if these people tweet,
12    well-known figures, that's something that
13    will show up on your --
14         A.     Yeah, I'm hoping that I want to
15    see what is going on, if I miss anything.
16         Q.     Do you ever delete posts or
17    comments off of your Twitter account?
18         A.     Yeah, yeah, because sometimes
19    the next day it is not -- it is not as
20    funny.  You know, in my spare time, so if
21    I'm drinking, it is entertaining, so I'm
22    just wasting time.  It is like YouTube, now
23    I almost don't even watch TV, it is like
24    YouTube and check my Twitter account and
25    Instagram.
```

```
 1              POIRIER - CONFIDENTIAL
 2        Q.        When you delete things off of
 3   Twitter, do you ever delete
 4   investment-related stories or posts?
 5        A.        Yeah, maybe if it is -- if I
 6   think it has nothing to do with me or is
 7   nothing useful, I might have deleted it.  I
 8   try to keep it clean.
 9        Q.        What does that mean?
10        A.        I try to keep it so it's not
11   like all over the place.  I try to --
12   what's more important, I guess, what is
13   going on that year.  But I think after two
14   years, everything is deleted.  They can
15   only save the last two years.
16        Q.        So you tried to keep it
17   organized such that the most relevant, up
18   to date information is what you're seeing?
19        A.        Yeah.
20        Q.        All right.  Let's go to Reddit.
21   Is this your handle, ███████████████?
22        A.        Yeah.
23        Q.        Is this the only Reddit account
24   that you have?
25        A.        Yes.
```

Page 52

POIRIER - CONFIDENTIAL

1

2      Q.      And you also have a user name,

3  ███████████?

4      A.      I don't remember.  Is that a

5  user name?

6      Q.      Is that something that you have

7  seen before?

8      A.      I don't understand Reddit that

9  much.

10      Q.      You don't understand Reddit?

11      A.      No.  I don't like it actually.

12      Q.      Does ████████  mean anything to

13  you?

14      A.      Yes, yes.  There was a lawsuit

15  between ██████████████████, a big

16  patent deal, that I was interested in.

17      Q.      You followed the litigation?

18      A.      Yeah.  Well, I tried.  You

19  can't find out anything actually.  I

20  couldn't find that much about the lawsuit,

21  but I knew like the patents, I felt like

22  the patents were worth a lot of money and

23  Facebook has a lot of cash in their

24  account, so I thought for sure there was

25  going to be a big deal, a massive deal

Page 53

POIRIER - CONFIDENTIAL

1                 POIRIER - CONFIDENTIAL
2    actually.
3         Q.     Did that turn out to be the
4    case?
5         A.     No.  It is still not even
6    complete.  They said it was a nondisclosed
7    agreement.
8         Q.     A nondisclosure agreement?
9         A.     Yeah.  I don't know why they
10   did that.
11        Q.     Is that in connection with the
12   settlement or --
13        A.     Yeah, they reached a settlement
14   so they didn't have to go to court, and I
15   was thinking Facebook made a big deal, so,
16   you know, just to save what they had, and I
17   come to find out it was a nondisclosed
18   agreement, and John Chen is selling the
19   patents to someone else and it is still not
20   done and not complete.
21        Q.     Mr. Poirier, I'm going to show
22   you what has been marked Exhibit 125.
23               (Defendant's Exhibit 125 marked
24   for identification.)
25        Q.     This is your Reddit account,

```
 1              POIRIER - CONFIDENTIAL
 2    right?
 3         A.      Yeah.
 4         Q.      And in the upper right-hand
 5    corner you see where it says ████████████
 6         A.      Upper right corner, oh, yeah.
 7         Q.      And so that's your -- that's in
 8    big bold letters, right?
 9         A.      Yeah.
10         Q.      That's your user name?
11         A.      Yeah.
12         Q.      And then below that in smaller
13    letters is ████████████████████?
14         A.      Yeah, I think that is the user
15    name they gave me.
16         Q.      Oh, you didn't pick
17    dismal_statements?
18         A.      No.  I think I just took the
19    first one.
20         Q.      Do you see below that it says
21    Cake Day?
22         A.      Cake Day, yeah.
23         Q.      And that means -- a cake day is
24    when the account was created, right?
25         A.      I'm not sure.
```

Page 55

1                POIRIER - CONFIDENTIAL

2                    MR. ROSEN:  What are you

3        pointing to?

4                    MR. COHEN:  The upper right,

5        there is a picture of a --

6                    MR. ROSEN:  Oh, Cake Day.

7        Q.      And so you opened your account

8    on January 15th, right, 2021?

9        A.      I don't remember.  I thought I

10   opened the Reddit account after Robinhood,

11   because I had no clue what was going on.

12   So this is like a surprise to me.

13       Q.      Would it surprise you to know

14   that you posted on January 15th, 2021?

15       A.      Yeah.

16       Q.      Why did you create your account

17   then?

18       A.      Because of GameStop fiasco.

19   They were saying Reddit, the Reddit crowd,

20   and all that kind of stuff.  I had no clue.

21   I had no clue.  So I tried to see what was

22   going on.

23       Q.      But if you posted in January

24   15th, 2021, that would be before what you

25   call a fiasco, correct?

Page 56

1              POIRIER - CONFIDENTIAL

2        A.     Yeah, that would be before.  I

3    don't think I posted something.

4                MR. ROSEN:  Could we take a

5        break?  We have been going --

6                MR. COHEN:  Can I -- we can

7        take a break.

8                THE VIDEOGRAPHER:  The time is

9        11:14 a.m. and this marks the end of

10       media unit number one.

11               (Recess taken.)

12               THE VIDEOGRAPHER:  The time is

13       11:28 a.m.  This begins media unit

14       number two.

15   BY MR. COHEN:

16       Q.     How was your break?

17       A.     Good.

18       Q.     So we left off talking about

19   your Reddit account, and you were surprised

20   to learn that you had opened your account

21   on January 15th, 2021, correct?

22       A.     Yes.

23       Q.     Do you ever use Reddit to

24   research investments or stocks?

25       A.     No.

```
                                                    Page 57
 1              POIRIER - CONFIDENTIAL
 2         Q.      Do you ever use Reddit to look
 3   at what's going on in the investment world?
 4         A.      I tried.  I tried it.
 5         Q.      When was that?
 6         A.      After the Robinhood thing.
 7         Q.      So you opened up your Reddit
 8   account -- strike that.
 9                 Did you open up your Reddit
10   account in order to see what was going on
11   in the investment world?
12         A.      They were saying Reddit Army,
13   Reddit Army on TV, a Reddit Army, so I
14   wanted to see what they were talking about.
15         Q.      And what were they talking
16   about?
17         A.      I have no clue.
18         Q.      What's the Reddit Army?
19         A.      I didn't find anything.
20         Q.      Was it related to investing?
21         A.      No.  It seems -- it seems just
22   entertaining.  Everybody is making fun of
23   everybody.
24         Q.      Have you ever posted or
25   commented on Reddit?
```

Page 58

1              POIRIER - CONFIDENTIAL

2        A.      Yes.

3        Q.      Have you ever viewed

4   discussions on a subreddit called

5   WallStreetBets?

6        A.      I don't remember.

7        Q.      Do you know what WallStreetBets

8   is?

9        A.      I think so.

10       Q.      What is it?

11       A.      I don't know.  I think it is a

12   user name.

13       Q.      Do you know what kind of

14   content is posted under WallStreetBets?

15       A.      No.

16       Q.      Have you ever been on

17   WallStreetBets?

18       A.      I don't remember.

19       Q.      Could you look at the bottom of

20   the page in front of you.  I'm sorry, could

21   you go to the second page, please, and go

22   to the bottom of that.  Do you see a post

23   comment on WallStreetBets?

24       A.      No.  Is it the last one?

25       Q.      The last one.

```
 1            POIRIER - CONFIDENTIAL
 2       A.      Oh, okay, yeah.
 3       Q.      You see that this was a post on
 4  WallStreetBets, correct?
 5       A.      Okay, yeah.
 6       Q.      And you see that you commented
 7  Friday the 22nd January "??"?
 8       A.      Yes.
 9       Q.      So you were engaging on
10  WallStreetBets subreddit?
11       A.      I don't remember.
12       Q.      But looking at this, can you
13  tell me now that you were engaging on
14  WallStreetBets subreddit?
15       A.      What was the question?
16  "BlackBerry a phone company?"
17       Q.      It looks like the title of the
18  post was "BlackBerry a phone company?"  Do
19  you see that?
20       A.      Yeah, that's the title, okay.
21       Q.      And that was posted in
22  WallStreetBets.  Do you see that?
23       A.      Yes.
24       Q.      And on that post you made a
25  comment.  Do you see that?
```

```
                                          Page 60
 1            POIRIER - CONFIDENTIAL
 2       A.      Yes.
 3       Q.      Okay.  And the comment
 4  references Friday the 22nd of January,
 5  right?
 6       A.      Yes.
 7       Q.      Do you know what that's
 8  regarding?
 9       A.      No.
10       Q.      If you go to the third box down
11  from the top of this page.  I know it is
12  small writing, I'm sorry.  Do you see
13  another comment that you made here?
14       A.      Yes.
15       Q.      And can you read that, please?
16       A.      The third one?  Can you point
17  at it?
18       Q.      It is -- well, I will read.
19  "They paid 19 billion."
20               Do you see that?
21       A.      Yeah.
22       Q.      Can you read that comment that
23  you made?
24       A.      "They paid 19 billion for
25  WhatsApp, no patents, now they need to
```

Page 61

```
 1            POIRIER - CONFIDENTIAL
 2    protect it."
 3        Q.      And that's in the
 4    WallStreetBets subreddit too, right?
 5        A.      Yes.
 6        Q.      And I don't think I was clear
 7    before, this is your statement, right?
 8                MR. ROSEN:  Are you asking if
 9        he made that post?
10        Q.      Did you make this comment?
11        A.      Yes, it seems like it.  I don't
12    remember.
13        Q.      So it would seem that you do
14    engage with the WallStreetBets subreddit?
15                MR. ROSEN:  Are you saying now
16        or he did in the past?
17        Q.      That you did at this time two
18    years ago it says.
19        A.      After the Robinhood.
20        Q.      We are going to mark Exhibit
21    126.
22                (Defendant's Exhibit 126 marked
23    for identification.)
24        Q.      If you turn to the second page,
25    please.  Now, what we did here is hover our
```

Page 62

```
 1          POIRIER - CONFIDENTIAL
 2    mouse over where it says "2 years" and it
 3    reveals the date that you posted this
 4    comment.  Do you see that?
 5          A.     Yes.
 6          Q.     And what is that date?
 7          A.     Friday, January 15, 2021.
 8          Q.     And so that is before Robinhood
 9    imposed its restrictions, correct?
10          A.     Yes.
11          Q.     And so does this refresh your
12    recollection regarding your posts on
13    Reddit?
14          A.     No.
15          Q.     Does this help you to identify
16    what Friday the 22nd January means?
17          A.     No.  I was probably joking
18    around.
19          Q.     But there is no doubt, is
20    there, that this is referring to Friday the
21    22nd January 2021, correct?
22          A.     I don't remember what that
23    means.
24          Q.     Even if you don't remember what
25    it means, you would agree that it is
```

```
                                          Page 63
 1              POIRIER - CONFIDENTIAL
 2    discussing seven days from the time you
 3    posted this, right?
 4              MR. ROSEN:  Objection.
 5        Q.    You can answer.
 6        A.    It says "BlackBerry a phone
 7    company?"  It doesn't make any sense.  I
 8    have no -- I don't remember what it means.
 9        Q.    Do you recall deleting any
10    posts or comments on Reddit?
11        A.    No.
12        Q.    Have you deleted any
13    investment-related posts or comments on
14    Reddit?
15        A.    No.
16        Q.    You don't remember?
17        A.    I don't remember deleting.
18        Q.    But it's possible that you did?
19        A.    I guess so.  It's possible.  I
20    don't -- yeah.  I think it is a hard
21    platform to work on.
22        Q.    Okay.  Do you have a StockTwits
23    account?
24        A.    Yeah.
25        Q.    And what is StockTwits?
```

```
                                              Page 64
  1            POIRIER - CONFIDENTIAL
  2       A.       It is a chatting -- chatting
  3  platform that you give your opinion about a
  4  company.
  5       Q.       In the investment context?
  6       A.       Anything I guess.
  7       Q.       Like stocks?
  8       A.       News related, mostly stocks.
  9       Q.       And your handle on that is
 10  ████████████?
 11       A.       Yeah.
 12       Q.       Where does that name come from?
 13       A.       ██████████████
 14       Q.       Oh, like ████████████████?
 15       A.       Yeah.
 16       Q.       And also connected to that
 17  handle is ███████████████████████.   What does
 18  that refer to?
 19       A.       I don't remember.
 20       Q.       Did you choose your user name?
 21       A.       Yeah, I think so, yes.
 22       Q.       And you don't remember what
 23  Jordan means?
 24       A.       I try to be creative.
 25       Q.       Okay.   Is this the only account
```

```
                                         Page 65

 1              POIRIER - CONFIDENTIAL

 2     you have on StockTwits?

 3          A.     I think so.

 4          Q.     And have you ever posted on

 5     this account?

 6          A.     Yes.

 7          Q.     What types of things do you

 8     post?

 9          A.     Jokes about the stock market.

10          Q.     Do other people see the jokes?

11          A.     I think so.

12          Q.     Do you get comments on them?

13          A.     Not too often.

14          Q.     Or likes?

15          A.     It feels like half of

16     StockTwits are robots.

17          Q.     Do you comment or like on

18     anybody else's StockTwits posts?

19          A.     Yes, yes, probably.

20          Q.     What types of posts?

21          A.     Stocks related, if it was a

22     good joke.

23          Q.     Do you use StockTwits to

24     research what's going on in the stock

25     market?
```

```
                                          Page 66
 1            POIRIER - CONFIDENTIAL
 2       A.      No.  I got burned way back, so
 3   I just read them.
 4       Q.      What do you mean, you got
 5   burned?
 6       A.      It wasn't true, one comment
 7   wasn't true, and I believed it.
 8       Q.      Oh, so you invested on the
 9   basis of someone's false comment?
10       A.      Yeah.
11       Q.      And you lost money from it?
12       A.      Probably, yeah.
13       Q.      What was the context of that?
14       A.      I don't remember.
15       Q.      Was that leading up to the
16   Robinhood situation?
17       A.      No, no, I don't think so.
18       Q.      Was it before or after that?
19       A.      After.  Like the -- yeah,
20   after.  I made up my mind that everything
21   you read is not true anymore.
22       Q.      And you made up your mind about
23   that after Robinhood?
24       A.      Yeah.
25       Q.      But also after this post?
```

```
                                            Page 67
 1            POIRIER - CONFIDENTIAL
 2       A.       After this post, yeah,
 3   probably.
 4       Q.       I'm showing you what's been
 5   marked Exhibit 127.
 6                (Defendant's Exhibit 127 marked
 7   for identification.)
 8       Q.       Do you recognize the
 9   information here?
10       A.       Yes.
11       Q.       And this is your StockTwits
12   account, correct?
13       A.       Yes.
14       Q.       Now, this, on your profile page
15   would you call this?
16       A.       Yes, I think so.
17       Q.       This has a watch list, correct?
18       A.       Yes.
19       Q.       And it shows 59 different
20   stocks on that watch list, right?
21       A.       Yes.
22       Q.       And you monitored these stocks
23   from your StockTwits account?
24       A.       Yes.
25       Q.       And do you recall if you were
```

```
                                        Page 68
 1            POIRIER - CONFIDENTIAL
 2    monitoring this list in January 2021?
 3         A.      No, I don't remember.
 4         Q.      You don't remember, okay.
 5                 Have you ever deleted posts or
 6    comments off of StockTwits?
 7         A.      I don't remember.
 8         Q.      Do you use any other social
 9    media platforms at all?
10         A.      No.  That's all the -- that's
11    the list.  You have everything.
12         Q.      No Discord?
13         A.      No.
14         Q.      No Twitch?
15         A.      No.
16         Q.      And did you have all of those
17    accounts that we just went through in
18    January 2021?
19         A.      I'm surprised about the Reddit
20    one.  I don't remember, I thought I wanted
21    to know more about Reddit after Robinhood,
22    so I'm surprised about that.
23         Q.      But other than that, you do
24    remember having in January 2021?
25         A.      Having social media?
```

```
                                        Page 69
 1              POIRIER - CONFIDENTIAL
 2              MR. ROSEN:  All of those social
 3      media listed in that exhibit he showed
 4      you.
 5      A.      Yes.
 6      Q.      Thank you.  I have to say,
 7  you're a lot less talkative after the break
 8  than before.
 9      A.      Well, it must be the Coca-Cola.
10      Q.      It is wearing off?
11      A.      The sugar, yeah.
12      Q.      Let's talk about how you invest
13  in the stock market.  First of all, do you
14  invest in the stock market?
15      A.      Yes.
16      Q.      And when did you first start
17  investing?
18      A.      2012.
19      Q.      Why did you start investing
20  then?
21      A.      Because of 2008 financial
22  crisis.
23      Q.      Could you explain that?
24      A.      I wanted to know why something
25  in the stock market could affect my life in
```

Page 70

```
 1            POIRIER - CONFIDENTIAL
 2   construction.
 3        Q.      So because of the turmoil that
 4   resulted from the 2008 financial crisis,
 5   you wanted to gain more information about
 6   the stock market?
 7        A.      Yes.
 8        Q.      And did you?
 9        A.      Yeah, I learned a lot over the
10   years.
11        Q.      How did you start investing?
12        A.      With Questrade.
13        Q.      That's the first broker you
14   used?
15        A.      Yeah, yes.
16        Q.      Do you use any others now?
17        A.      No, only Questrade.
18        Q.      It has always only been just
19   Questrade?
20        A.      Yeah.  I might have opened a
21   couple of accounts, but I decided to go
22   with Questrade was the best.
23        Q.      So you are saying before you
24   started Questrade, you may have opened a
25   few accounts?
```

```
                                              Page 71
 1           POIRIER - CONFIDENTIAL
 2       A.      I looked at it.  I didn't like
 3   the look.
 4       Q.      Okay.  And you're still a
 5   Questrade customer?
 6       A.      Yeah.
 7       Q.      You opened your Questrade
 8   account in March 2012 you said, right?
 9       A.      Yeah.
10       Q.      Why did you choose Questrade as
11   opposed to the other ones that you were
12   looking into?
13       A.      They just have more details,
14   charts.
15       Q.      And those were helpful?
16       A.      Yes.  It is faster too I think.
17       Q.      Do you check your Questrade
18   account frequently?
19       A.      Not anymore.
20       Q.      But you used to?
21       A.      Yeah, yes.
22       Q.      Just from the time you opened
23   it in 2012?
24       A.      Yeah.
25       Q.      Until when?
```

```
                                        Page 72
 1              POIRIER - CONFIDENTIAL
 2        A.      Until Robinhood.
 3        Q.      And now how frequently do you
 4   use it?
 5        A.      Not too often.
 6        Q.      Like weekly?
 7        A.      Monthly.
 8        Q.      So you just let your
 9   investments sit now?
10              MR. ROSEN:  Objection, vague.
11        Q.      Do you understand the question?
12        A.      I don't need to look at it
13   every day.
14        Q.      Only every month?
15        A.      Yeah.
16        Q.      And that's the frequency with
17   which you may trade stocks too?
18        A.      Right now, yeah.
19        Q.      But prior to February 2021, you
20   were on it daily?
21        A.      Yeah.
22        Q.      Did you trade every time you
23   opened up your Questrade account back then?
24        A.      No.  I would just look at the
25   numbers.
```

```
                                                    Page 73
```

 1              POIRIER - CONFIDENTIAL
 2       Q.      Did you trade premarket ever?
 3       A.      No, I'm not allowed to.
 4       Q.      Why not?
 5       A.      I don't have that -- Questrade
 6   doesn't allow it.
 7       Q.      Oh, I see.  Do you trade post
 8   market?
 9       A.      No, I can't.
10       Q.      You can't trade post market?
11       A.      Only trading hours.
12              MR. ROSEN:  Is there a
13       difference between premarket and post
14       market?
15              MR. COHEN:  Yeah.  Before 9 is
16       premarket, after 9 -- after 4:30 is --
17              MR. ROSEN:  That's all right.
18       Well, I was just assuming it is before
19       the market, it is after the market from
20       the day before, so it is the same sort
21       of window.
22              MR. COHEN:  I see what you are
23       saying.  I believe they are discrete
24       periods.  It doesn't extend all the way
25       to the previous day.

```
                                        Page 74
 1           POIRIER - CONFIDENTIAL
 2                MR. ROSEN:  All right, anyway,
 3        sorry.
 4                MR. COHEN:  Whoever reads this
 5        record will have a fun time with this.
 6        Q.      So you only trade during --
 7        A.      Yes.
 8        Q.      -- market hours, which is 9 to
 9   4:30 eastern time?
10        A.      I think it is 10:30 -- 10:30 to
11   5 eastern time, Atlantic time.
12                MR. ROSEN:  Yeah, he is in a
13        different time zone.
14                MR. COHEN:  Okay, thank you.
15        Q.      You have two accounts on
16   Questrade, right?
17        A.      Yes.
18        Q.      One is called RRSP?
19        A.      Uh-huh.
20        Q.      And the other one is -- did you
21   say yes?
22        A.      Yes.
23        Q.      And the other one is TFSA?
24        A.      Yes.
25        Q.      And what's the difference
```

Page 75

1              POIRIER - CONFIDENTIAL

2    between those two?

3          A.      Tax, it is in the word, TFSA is

4    a tax-free account, so it is tax-free, and

5    RRSP, you can deduct what you put in, and

6    you need to pay taxes when you cash out.

7          Q.      Is RRSP a retirement account?

8          A.      It is supposed to be, yeah.

9          Q.      What do you mean, it is

10   supposed to be?

11         A.      Well, I think the tax-free is

12   better for retirement, if it is tax-free.

13         Q.      How does trading work on

14   Questrade?

15         A.      What do you mean?

16         Q.      Explain the process by which

17   you would trade in securities when you open

18   up your Questrade account.

19                 MR. ROSEN:  Objection, vague.

20         Q.      You can answer.

21         A.      I can buy and sell.

22         Q.      You can personally buy and

23   sell?

24         A.      Companies that are in the stock

25   market.

Page 76

1          POIRIER - CONFIDENTIAL

2      Q.      So you make the trades

3  yourself?

4      A.      Yes.

5      Q.      Does anybody review these

6  trades before --

7      A.      No.

8      Q.      -- they are executed?

9              Why do you have these two

10  different accounts?

11     A.      I think I had a pension plan

12  with someone and I transferred -- I could

13  only transfer it to the RRSP without

14  getting penalized.

15     Q.      Because that's the designated

16  retirement account?

17     A.      Yeah.  And the tax-free, there

18  is a limit, you can only put 6,000, 5,000 a

19  year, and it adds up.  So it is nice to

20  have, you know, depending how much money

21  you make during the year, there could be --

22  you could play around with the numbers.

23     Q.      How do you choose which account

24  to invest with?

25     A.      I like tax-free a lot better,

```
 1              POIRIER - CONFIDENTIAL
 2    as long as I don't go over the limit.
 3         Q.     What's the limit?
 4         A.     Right now the total limit I
 5    think is like 80,000.
 6         Q.     And 80,000 is the amount per
 7    trade?
 8         A.     No.  If you never put money in
 9    that account, it is like 5,000, 6,000,
10    every year, it started in I don't know what
11    year, 2008 maybe, or '9.  If you never had
12    a tax-free savings account, you are allowed
13    to -- it is now at like 80,000, the next
14    year it will be 85, it adds up.  You are
15    allowed to put every year.
16         Q.     But your balance can go over,
17    correct?
18         A.     You can make -- you can't put
19    more money, but if you make money, it is
20    tax free.
21         Q.     So if in the stock market you
22    make a million dollars --
23         A.     It is tax-free.
24         Q.     It is tax-free?
25         A.     Yeah.
```

```
                                         Page 78
 1              POIRIER - CONFIDENTIAL
 2        Q.      But you just can't add outside
 3    money to it?
 4        A.      No.
 5        Q.      Do you have different
 6    investment strategies depending on which of
 7    these two accounts you use?
 8        A.      Well, before I wanted to be
 9    more safe, I tried to be more safe and more
10    aggressive so I don't lose everything.
11        Q.      So more safe with the
12    retirement account?
13        A.      Yeah.
14        Q.      And more aggressive with the
15    TFSA?
16        A.      Yes.
17        Q.      And aggressive means you will
18    go in on high-risk/high-reward stocks more?
19              MR. ROSEN:  Objection, vague.
20        Q.      Do you understand the question?
21        A.      Yes.  I just -- more frequently
22    on one, and on one I don't try to touch it.
23        Q.      So you are more conservative on
24    the retirement one?
25        A.      Yeah, I don't even want it
```

```
 1              POIRIER - CONFIDENTIAL
 2    to -- but I fucked up after, like after
 3    Robinhood, I got -- I lost everything.
 4         Q.     Why did you say that you messed
 5    up?
 6         A.     I didn't stick to the plan, to
 7    not touch the RRSP.
 8         Q.     Did you mess up in the way that
 9    you invested?
10         A.     I got emotionally damaged.
11         Q.     What do you mean?
12         A.     From the Robinhood thing.  I
13    was confused.  It felt like a rollercoaster
14    ride.
15         Q.     Leading up to it also?
16         A.     No.  I was okay.  I felt good
17    with my investments.
18         Q.     Why?
19         A.     It was going higher.
20         Q.     Do you ever use Questrade's
21    prebuilt portfolios?
22         A.     No.
23         Q.     Do you read things from
24    Questrade's learning center?
25         A.     No.
```

```
                                              Page 80
 1            POIRIER - CONFIDENTIAL
 2       Q.      Now that you are more -- are a
 3   more experienced investor, have you
 4   considered using a different account now?
 5       A.      No.
 6       Q.      Do you invest on behalf of
 7   anybody else?
 8       A.      No.
 9       Q.      Does anybody else invest on
10   your behalf?
11       A.      No.
12       Q.      Do you have a financial advisor
13   of any kind?
14       A.      No.
15       Q.      Besides the people you see on
16   social media?
17            MR. ROSEN:  Objection,
18       mischaracterizes his prior testimony.
19       A.      I don't even know who is a
20   financial advisor on social media.
21       Q.      Have you ever hired an
22   investment manager?
23       A.      No.
24       Q.      You have just always traded on
25   your own?
```

```
                                          Page 81
 1             POIRIER - CONFIDENTIAL
 2        A.      Yes.
 3        Q.      About how much time in early
 4   2021 did you devote to investing?
 5        A.      Early '21 until now?
 6        Q.      No, until let's say --
 7             MR. ROSEN:  You mean on a daily
 8        basis, a weekly basis, what?
 9        Q.      On a daily basis from let's
10   even say the December 2020 through March
11   2021, about how frequently on a daily basis
12   would you be on your Questrade account?
13        A.      I try to make like a work
14   schedule, it was like five days a week.
15        Q.      Because you were out of work
16   during this period of time?
17        A.      Yes, and -- yes.  I could
18   financially afford to look at it.
19        Q.      Do you more frequently trade in
20   U.S. stocks than Canadian stocks?
21        A.      Yes.
22        Q.      How much more frequently?
23        A.      Like except for BlackBerry,
24   everything is American.
25        Q.      Do you also trade U.S. options?
```

Page 82

1              POIRIER - CONFIDENTIAL

2         A.      Yes.

3         Q.      Is BlackBerry only on the U.S.

4    stock exchange?

5         A.      No.  I prefer to buy on the

6    U.S. The numbers are more -- is all U.S.,

7    American.

8         Q.      So when you invest in

9    BlackBerry, it is usually -- strike that.

10               When you invest in BlackBerry,

11   is it always in the American stock

12   exchange?

13        A.      Not always, but most of the

14   time, yeah.

15        Q.      And what type of options

16   trading do you engage in?

17        A.      All of them, puts and calls,

18   mostly calls.  I don't like betting against

19   a company.

20        Q.      So mostly calls because that's

21   like predicting that the value of the stock

22   will go up?

23        A.      Yeah.  I try to find the

24   potential of the business for a long-term

25   investment.

Page 83

1              POIRIER - CONFIDENTIAL

2        Q.      Why do you choose to invest in

3   options versus stocks when you do?

4        A.      I didn't -- I don't have a lot

5   of money to invest, so if you're right in

6   options, it pays good, it pays better for

7   the minimum amount.  But for Warren

8   Buffett, it is better to buy the stocks, he

9   doesn't need to play with options.

10       Q.      So you are saying between

11  December 2020 and March 2021 you preferred

12  call option trading because it was less

13  risky?

14              MR. ROSEN:  Objection,

15       mischaracterizes his testimony.

16       Q.      Between December 2020 and March

17  2021, you preferred to trade in options,

18  call options, because you didn't have

19  enough money generally to risk on

20  purchasing stock?

21              MR. ROSEN:  Objection.

22       A.      No.

23       Q.      Sorry, could you explain again

24  why calls are better for you, why calls

25  were better for you at that time?

```
                                        Page 84
 1              POIRIER - CONFIDENTIAL
 2         A.     You are talking about two
 3    different times.
 4         Q.     Could you explain?
 5         A.     When I first started with
 6    options, it was for that reason.
 7         Q.     And when was that?
 8         A.     When I first started.
 9         Q.     Questrade?
10         A.     Yeah, 2012.
11         Q.     So in 2020, December 2020
12    through March 2021, did you more often
13    invest in options or in stocks themselves?
14         A.     Options.
15         Q.     And why was that?
16         A.     It just kind of happened that I
17    have been staring at options for like ten
18    years, so I could see the potential of
19    those options paying off, and they are
20    long-term options, 2022, 2023, so a little
21    bit of risk, but not that much.
22         Q.     And stocks were more risky?
23         A.     Stocks are safer.  You can keep
24    them forever.  Options has an expiry date.
25         Q.     Do you pay a commission on your
```

```
                                        Page 85
```

1           POIRIER - CONFIDENTIAL

2    Questrade trades?

3           A.     Every time I trade they take a

4    commission.

5           Q.     Do you consider those

6    commission fees when you do make trades?

7           A.     Yes.

8           Q.     Are they -- would you

9    characterize the commission fees as high?

10          A.     It feels like it is higher now.

11   Something happened after Robinhood,

12   something changed.

13          Q.     What's your main objective when

14   you invest?

15          A.     To not lose money.

16          Q.     Was that your main objective

17   when you first started to invest?

18          A.     No.  I just wanted to be right

19   once.

20          Q.     Right once?

21          A.     Yeah.

22          Q.     What do you mean?

23          A.     When a stock breaks out,

24   options pay pretty good, and I just wanted

25   to be right once.

Page 86

1                POIRIER - CONFIDENTIAL
2         Q.      Like to hit the big stock?
3         A.      Yes.
4         Q.      But over time that became less
5    of your objective while investing?
6         A.      Yeah.
7         Q.      When did that happen?
8         A.      2020.
9         Q.      2020, and that was during
10   COVID?
11        A.      Yes.
12        Q.      Was it because of COVID?
13        A.      No.
14        Q.      What happened that made you
15   change your investment strategy?
16        A.      The plan worked out.
17        Q.      You hit it big?
18        A.      Yes.
19        Q.      On what stock?
20        A.      Tesla.
21        Q.      And what did you invest in
22   Tesla?
23        A.      Call options.
24        Q.      And could you walk me through
25   how you chose the Tesla stock and your

```
 1            POIRIER - CONFIDENTIAL
 2   approach to investing with the call option?
 3        A.      Well, since 2015 I think Tesla
 4   was the best company in the world.  It felt
 5   like the next Microsoft.  I didn't know a
 6   lot about the stock market, but I could
 7   read the charts like a blueprint and I
 8   could see that they gave a lot of -- there
 9   is a lot of demand when there is a big
10   potential involved, and that could break
11   out the stock.  Tesla was like valued as a
12   Ford company, they didn't sell one car yet,
13   so it always -- it was always overvalued,
14   and I just didn't want to miss the next
15   step, the next leg up, so I was buying
16   long-term call options, I lost everything,
17   I lost everything, I lost everything, and
18   then I finally got it right.
19        Q.      What happened in 2020 that
20   caused Tesla's stock to rise such that you
21   would make a lot of money on a call option?
22        A.      The chart breaked out.  There
23   is a ceiling and it broke the ceiling, and
24   when it breaks out, it goes high fast.
25   There is nothing stopping it.
```

Page 88

1                POIRIER - CONFIDENTIAL

2         Q.      What does that mean?

3         A.      I'm not a technical expert, but

4    if you learn a little bit about chart

5    reading, it hits resistance but if it

6    breaks out, there is no resistance.  So

7    then there is like fear, far more fear of

8    missing out coming in, all that kind of

9    stuff.

10        Q.      So then everybody --

11        A.      Shorts are covering.  People

12   are betting against it.  It needs to cover.

13   If you compare it to other chart readings,

14   there could be a 50 percent breakout, 20

15   percent minimum breakout.  So if you have

16   in-the-money calls, it pays out pretty

17   good.  So like I did my homework, I knew --

18   I knew it could happen, and I became a

19   millionaire.

20        Q.      Well, congratulations.

21        A.      But I lost everything after.

22        Q.      So when you find a company like

23   Tesla, what makes you think that it is

24   going to be the one that breaks out?

25                MR. ROSEN:  Objection, calls

Page 89

1          POIRIER - CONFIDENTIAL
2       for speculation, and vague.
3       Q.     You can answer.
4       A.     They are selling more cars,
5  like the numbers are -- the potential, we
6  are starting to see the results.  It is no
7  longer speculation.
8       Q.     But you have to buy before
9  everybody else finds out?
10      A.     Yeah.  I used to joke around
11 that you need to buy the Tesla stock before
12 you see all Tesla cars parked at the coffee
13 shop in the morning.  That will be too
14 late.
15      Q.     So you have to be a good
16 guesser?
17      A.     A visionary.
18      Q.     A visionary, what does that
19 mean?
20      A.     Predicting the future.
21      Q.     What about how do you make a
22 decision about selling a stock?
23             MR. ROSEN:  Objection, vague.
24      A.     I don't have, it is like
25 freestyle, I don't have a plan.  If it

```
 1              POIRIER - CONFIDENTIAL
 2    feels right to sell, sell.
 3         Q.     Feels right based on intuition?
 4         A.     Yeah.  And you learn from your
 5    mistakes, so I'm still learning.
 6         Q.     How long do you usually hold a
 7    particular stock?
 8         A.     There is no -- it is freestyle.
 9         Q.     Are there any particular news
10    segments or videos that you watch when
11    deciding whether to buy or sell?
12         A.     No.
13         Q.     You mentioned CNBC before?
14         A.     Yeah, on Instagram, but it is
15    just news like on Instagram.
16         Q.     People like Jim Cramer?
17         A.     Yeah, sometimes, yeah.
18         Q.     You watch him?
19         A.     Yes, I used to.
20         Q.     Not any more?
21         A.     No, because I lost everything.
22    I don't have to watch it.
23         Q.     Do you subscribe to any
24    newsletter about investing?
25         A.     Yeah, but now they are
```

```
 1              POIRIER - CONFIDENTIAL
 2   charging, it is not even free any more, so
 3   I want to delete it.  I tried to delete all
 4   of it.
 5        Q.      What is that one called?
 6        A.      Oh, I don't know.  There are so
 7   many.  I don't even remember subscribing,
 8   but I have some e-mails.
 9        Q.      So you keep getting charged for
10   a subscription that you have, but you don't
11   recall what --
12        A.      I think I deleted a couple of,
13   in the past year, they tried to charge
14   more.
15        Q.      And you used to read these?
16        A.      Sometimes they have one that
17   you want to read, so you have no choice but
18   to subscribe and then you forget to cancel
19   the subscription, and then it is like junk
20   mail.
21        Q.      Do you listen to any podcasts
22   about the market or investing?
23        A.      Not too often.
24        Q.      But sometimes?
25        A.      Sometimes, yeah.
```

Page 92

```
 1              POIRIER - CONFIDENTIAL
 2        Q.      Like which ones?
 3        A.      On YouTube I follow Compound,
 4   Compound Investment I think.
 5        Q.      And what do they do?
 6        A.      He works for CNBC.  They talk
 7   about the market.
 8        Q.      And I know before you said that
 9   you barely watch TV anymore.
10        A.      Yeah.
11        Q.      But do you currently watch any
12   television shows about the market or
13   investing?
14        A.      Now it is like Netflix and
15   YouTube.  I watched Eat the Rich.
16        Q.      The Netflix documentary?
17        A.      Yeah.  That's a good show.
18        Q.      In December 2020 through March
19   2021, did you watch TV shows about
20   investing?
21        A.      I don't remember.  I learned
22   everything by myself, by my mistakes.
23   Nobody -- I make up my own mind.
24        Q.      When you say your mistakes,
25   what type of mistakes?
```

Page 93

                    POIRIER - CONFIDENTIAL

1

2          A.        A lot of them, a lot of them.

3     Like buy the rumor, sell the news.  I lost

4     money one time on that one.

5          Q.        What does that mean, buy the

6     rumor, sell the news?

7          A.        It is like when a -- like

8     Disney Plus, they were going to show what

9     Disney Plus was in April, but we're in

10    January, it is not -- buy the rumor, sell

11    the news -- so it is kind of a rumor,

12    because you don't know what is Disney Plus,

13    and once you get the news, usually the

14    stock drops.  So there is like a fear of

15    missing out on the potential of Disney

16    Plus, and it is just a stock market thing.

17         Q.        So that was --

18         A.        The stock market is like a

19    game.  There is a lot of different -- it

20    can happen, once it happens, then you know

21    it's a buy the rumor, sell the news, but

22    you never know.  Then it could go higher

23    and you made a mistake.  You just can't

24    predict the market, but sometimes there is

25    certain things that happens frequently.

```
                                    Page 94
 1           POIRIER - CONFIDENTIAL
 2        Q.     So you hear a rumor and you
 3   want to get in before the news contradicts
 4   the rumor?
 5              MR. ROSEN:  Are you asking if
 6        that's what he -- the way he invests,
 7        or you are asking him about the concept
 8        of buy the rumor, sell the news?
 9              MR. COHEN:  Well, I should
10        follow up on this.
11        Q.     Buy the rumor, sell the news
12   is --
13        A.     Just one example.
14        Q.     Of what?
15        A.     Like the question that you
16   asked.
17        Q.     The types of mistakes that you
18   made?
19        A.     Yeah.
20        Q.     When you were investing?
21        A.     That's one example of the
22   mistakes I made.
23        Q.     So when you were investing,
24   leading up to Robinhood imposing
25   restrictions, one of the mistakes you made
```

```
                                         Page 95

 1              POIRIER - CONFIDENTIAL

 2   was buy the rumor, sell the news?

 3        A.     No, not that one.

 4        Q.     What was the mistakes you made

 5   around that time?

 6               MR. ROSEN:  Objection.  Did he

 7        say he made a mistake about that time?

 8               MR. COHEN:  I think several

 9        times.

10        A.     No, I didn't make a mistake,

11   and I didn't say I made a mistake.

12        Q.     You discussed a company called

13   BlackBerry, right?

14        A.     Yes.

15        Q.     What kind of company is that?

16        A.     It was a phone company with a

17   bunch of patents of cybersecurity and

18   stuff, and now they are trying to be more

19   in the car software type of company.  It is

20   almost like a smart car, a smart cell

21   phone, a smart TV, the car is not smart

22   yet, but they are trying to get there.

23   They have the product already to be in that

24   business.

25        Q.     Do you own any BlackBerry
```

```
                                        Page 96
 1            POIRIER - CONFIDENTIAL
 2   products?
 3        A.      Right now, no.
 4        Q.      Have you ever?
 5        A.      Yes, I think I bought something
 6   that was going to protect my phone from
 7   hacking.
 8        Q.      When was that?
 9        A.      During COVID.
10        Q.      And you liked that product?
11        A.      Yeah, it seems, now I think
12   they cancelled it, but now it seems my
13   phone is more vulnerable, and during that
14   time -- now it seems like it worked
15   perfectly, but you just don't know, like if
16   you don't get hacked, you don't really know
17   if it's working or not.  But now it seems,
18   yeah, just like weird stuff happening.
19        Q.      Weird stuff happening with
20   BlackBerry?
21              MR. ROSEN:  Objection.  That's
22       not what he said.
23        A.      With my cell phone.
24        Q.      With your cell phone.  But
25   you're a big fan of BlackBerry?
```

Case 1:21-md-02989-CMA Document 567-13 Entered on FLSD Docket 06/07/2023 Page 98 of 201

```
 1            POIRIER - CONFIDENTIAL
 2       A.     I was.
 3       Q.     You were, up until when?
 4       A.     Still, if I had, yeah, there
 5   was some frustration, but yes, I still like
 6   it, yeah.  Deep, deep down I still like it.
 7       Q.     Emotionally?
 8       A.     Not emotionally, but everybody
 9   should like BlackBerry if it is true, their
10   potential is big, but it is going to take
11   longer than I first thought.
12       Q.     Would you say it's one of your
13   favorite companies?
14       A.     Yeah, top five probably, top
15   two.
16       Q.     What would you say are the
17   other ones?
18       A.     I think Tesla and BlackBerry
19   from here to 2030 will be the top two.
20       Q.     I'm showing you, Mr. Poirier,
21   what has been marked Exhibit 128.
22              (Defendant's Exhibit 128 marked
23   for identification.)
24       Q.     Do you recognize this?
25       A.     Yes.
```

Page 98

POIRIER - CONFIDENTIAL

1

2       Q.      What is it?

3       A.      My Twitter page.

4       Q.      The three lines above where it

5    says "Canada" and "joined February 2012,"

6    do you see that?

7       A.      Yes.

8       Q.      Is this a profile?

9       A.      That one is a profile.

10      Q.      And this is something that

11   reflects your personality, correct?

12              MR. ROSEN:  Objection, vague.

13      A.      Yeah.  Once you read my

14   profile, you shouldn't take me seriously.

15      Q.      Well, I --

16      A.      There is a cat as a profile

17   picture, so...

18      Q.      These three lines are permanent

19   unless you change it, right?

20      A.      Yeah, I can modify it.

21      Q.      How often do you modify it?

22      A.      Not too often.  It is for me to

23   remember.  I like it -- I like it the way

24   it is.

25      Q.      How long have you had it this

```
                                              Page 99

  1          POIRIER - CONFIDENTIAL
  2   way?
  3         A.      A couple of years probably.
  4         Q.      And so when somebody goes on to
  5   your Twitter page and they look at this, it
  6   lets them know what you're about?
  7         A.      No, I don't even have
  8   followers.  It is for me.  It is like a
  9   tool that I have to remember so I don't
 10   forget.
 11         Q.      So you don't forget what?
 12         A.      Tesla and BlackBerry is my top
 13   two picks.
 14         Q.      So I was going to ask you to
 15   read your profile here.  If you could read
 16   those lines.
 17         A.      This says "Just for shit and
 18   giggles.  Auto-pilot in stocks (#Tesla=420
 19   billion's).  The BlackBerry, the intech in
 20   tech.  $BB equals 100" with an emoji.  "In
 21   case you missed it, to the moon Puffy."
 22         Q.      And what does "to the moon
 23   Puffy" mean?
 24         A.      It is the cat over there.
 25         Q.      And is that related to
```

```
                                        Page 100
 1            POIRIER - CONFIDENTIAL
 2    anything?
 3         A.     It is for me to not forget
 4    about Tesla and forget about BlackBerry.
 5         Q.     "To the moon Puffy" is related
 6    to not forgetting about BlackBerry and
 7    Tesla?
 8         A.     Yeah.
 9         Q.     And what does "to the moon"
10    mean?
11         A.     The stock would go higher.
12         Q.     And you've had this for a few
13    years you said?
14         A.     This one I think after
15    Robinhood.
16         Q.     So you continued to believe --
17         A.     Like if I would have listened,
18    auto-pilot and stocks, I would still be a
19    millionaire today.
20         Q.     What does auto-pilot and stocks
21    mean?
22         A.     I should just buy the stock and
23    leave it there and not touch it, but I
24    don't -- sometimes I don't listen to
25    myself.  So every time I go on Twitter, it
```

```
                                            Page 101
 1            POIRIER - CONFIDENTIAL
 2   breaks my heart.
 3        Q.     Because you ended up touching
 4   your stocks in a way that lost you money?
 5        A.     No, I think I got, whatever
 6   Robinhood did, manipulated to lose money.
 7        Q.     Do you follow news about
 8   BlackBerry?
 9        A.     Yeah.
10        Q.     And did you follow news about
11   BlackBerry in December 2020 through
12   February 2021?
13        A.     Yes.
14        Q.     Did you look at their press
15   releases?
16        A.     Yes.
17        Q.     Their earnings announcements?
18        A.     Yes.
19        Q.     Did you look into their
20   financials at all?
21        A.     Yes.
22        Q.     Did you ever look at the SEC
23   filings for BlackBerry?
24        A.     I don't remember.
25        Q.     In January 2021 -- strike that.
```

Page 102

```
 1              POIRIER - CONFIDENTIAL
 2                   In late January 2021 do you
 3    recall any company announcements from
 4    BlackBerry?
 5         A.      From BlackBerry?  I don't
 6    remember.
 7         Q.      Or --
 8         A.      About BlackBerry?  I think
 9    there was a lot of information about the
10    lawsuit with Facebook, maybe not a lot, but
11    there was -- 15th of January was the
12    deadline for the settlement.
13         Q.      Okay.  And after that, in
14    between January 15th and January 28th?
15         A.      Completely silent I think.
16         Q.      And you would -- you would have
17    been aware had there been an announcement
18    of something about BlackBerry because you
19    followed the company very closely, correct?
20         A.      There are good odds, yeah, I
21    would have found it.
22         Q.      I'm showing you Exhibit 129.
23                 (Defendant's Exhibit 129 marked
24    for identification.)
25         Q.      Do you know what this is?
```

```
1              POIRIER - CONFIDENTIAL
2       A.      No.
3       Q.      Could you read the title?
4       A.      "BlackBerry comments on trading
5   activity at request of the Industry
6   Regulatory Organization of Canada."
7       Q.      And this was a press release by
8   BlackBerry, correct?
9       A.      Yes.
10      Q.      And it was dated -- it was
11  issued January 25th, 2021?
12      A.      Uh-huh.
13      Q.      Could you read the first
14  paragraph, please?
15              MR. ROSEN:  Objection.  He is
16         not going to read the press release.
17         If you have a question about it, it's
18         not his job to come here and read for
19         you.  So if you have a question, ask
20         him a question.  He is not a narrator,
21         he is not a reader, he is not a
22         newscaster, he is a witness.  Ask him
23         the question.
24              MR. COHEN:  It is three lines.
25              MR. ROSEN:  No.  Just ask him a
```

```
 1          POIRIER - CONFIDENTIAL
 2      question.
 3          Q.     Do you see in the paragraph
 4  beginning "The company is not aware," it
 5  says "The company is not aware of any
 6  material undisclosed corporate developments
 7  and has no material change in its business
 8  or affairs that has not been publicly
 9  disclosed that would account for the recent
10  increase in the market price or trading
11  volume of its common shares"?
12          A.     Yes.
13          Q.     So this confirms what you were
14  saying before, that there was no material
15  undisclosed developments or change in
16  BlackBerry's business?
17              MR. ROSEN:  Objection, calls
18      for speculation, mischaracterizes the
19      document, mischaracterizes his prior
20      testimony.
21          A.     Can you say that again?
22          Q.     Does this confirm what you were
23  saying before?
24          A.     No.
25          Q.     What is different about it?
```

```
                                        Page 105
 1           POIRIER - CONFIDENTIAL
 2      A.       Everything.
 3      Q.       Had you heard about a possible
 4  short squeeze in BlackBerry in late January
 5  2021?
 6      A.       No.
 7      Q.       You never heard anything about
 8  it?
 9      A.       Not that I remember.
10      Q.       Do you know what a short
11  squeeze is?
12      A.       I heard about it, but I don't
13  know how to identify it.
14      Q.       Did you ever seek to
15  participate in a short squeeze for
16  BlackBerry?
17      A.       No.
18      Q.       Are you aware of any attempted
19  short squeezes in AMC around that time?
20      A.       No.
21      Q.       Are you aware of any short
22  squeezes in any of the -- do you know what
23  a meme stock is?
24      A.       Yes.
25      Q.       What is a meme stock?
```

```
 1              POIRIER - CONFIDENTIAL
 2        A.        It seems like they group a
 3   bunch of stocks that a lot of people
 4   comment with a picture on it.
 5        Q.        In January 2021, were you aware
 6   of any attempts to short squeeze a meme
 7   stock?
 8        A.        No.
 9        Q.        Do you recall any news or media
10   attention regarding short squeeze of meme
11   stocks in January 2021?
12        A.        No, I don't remember.
13        Q.        Do you recall hearing or seeing
14   anything on social media about retail
15   investors squeezing hedge funds?
16        A.        No.  I was clueless the whole
17   time.
18        Q.        In late January 2021 did you
19   notice that these meme stocks prices, the
20   stock prices, had dramatically increased
21   from what they were just a few months ago?
22        A.        GameStop got my attention.
23        Q.        What got your attention about
24   GameStop?
25        A.        It seems something was going --
```

```
 1              POIRIER - CONFIDENTIAL
 2    something was wrong about it.
 3         Q.      Like what?
 4         A.      I had no clue.
 5         Q.      Do you remember seeing that
 6    GameStop's stock price was out of
 7    proportion with what stock professionals
 8    believed?
 9         A.      At that time, yeah, but I had
10    no clue what was going on.
11         Q.      And what did you think, if
12    anything at all, about what was going on
13    with GameStop?
14         A.      I'm not an expert.  I had no
15    clue.  I was afraid the whole time that it
16    might affect BlackBerry because fear in the
17    stock market is not good.
18         Q.      Did you perceive other people
19    being afraid?
20              MR. ROSEN:  Objection, vague.
21         A.      No.
22         Q.      So what do you mean, fear in
23    the stock market?
24         A.      Well, I had no clue what was
25    going on, so a lack of confidence is almost
```

```
 1              POIRIER - CONFIDENTIAL
 2   fear.  So I didn't know if Jim Cramer knew
 3   what was going on.  He didn't say like -- I
 4   didn't see anybody saying oh, okay, there
 5   is a reason.  So I was afraid, whenever
 6   GameStop, whatever was going to happen, it
 7   could create fear.
 8        Q.     You testified before that
 9   around this time you went to -- you went to
10   Reddit to figure out what was going on.  Do
11   you recall that?
12        A.     Yeah, yeah.  I wanted to, yeah,
13   to know more about it.  I didn't find
14   anything.
15        Q.     You wanted to know more about
16   the meme stocks?
17        A.     Yeah.
18        Q.     And what was going on with
19   GameStop?
20        A.     Yes.
21        Q.     And why its price was out of
22   touch with what other stock professionals
23   were saying it should be?
24        A.     Yes.  Well, yeah.
25        Q.     So you went to Reddit and you
```

```
1           POIRIER - CONFIDENTIAL
2    signed up for an account?
3         A.     Yes.
4         Q.     Did you believe that BlackBerry
5    was a meme stock?
6                MR. ROSEN:  Objection.
7         A.     No.
8                MR. COHEN:  I don't know if you
9         were --
10               MR. ROSEN:  I was, I mean, I
11        didn't list the reasons for the
12        objection.  I can if you want.  But he
13        answered the question, so you got an
14        answer.
15        Q.     So you have purchased shares of
16   BlackBerry, correct?
17        A.     Uh-huh.
18        Q.     And you were investing in
19   BlackBerry in early 2021?
20        A.     Say that again.
21        Q.     Were you investing in
22   BlackBerry in early 2021?
23        A.     I was, yes.
24        Q.     Was that the first time you
25   purchased BlackBerry stock?
```

```
                                            Page 110

 1           POIRIER - CONFIDENTIAL

 2      A.      No.

 3      Q.      When did you start purchasing

 4  BlackBerry stock?

 5      A.      2020.

 6      Q.      In 2020, okay.  And were you

 7  purchasing the stock, BlackBerry stock, or

 8  were you purchasing options in BlackBerry?

 9      A.      Both of them I think.

10      Q.      Was it primarily call options

11  in BlackBerry?

12      A.      As time went on, yeah.

13      Q.      I'm showing you what has been

14  marked Exhibit 130.

15              (Defendant's Exhibit 130 marked

16  for identification.)

17              THE WITNESS:  I would like to

18      go back to the washroom.

19              MR. ROSEN:  Can we take a break

20      before you start any questioning?  He

21      wants to use the bathroom.  I could use

22      a bathroom break too.

23              MR. COHEN:  That is fine.  And

24      you know what, if that time is correct,

25      I think it is lunchtime.
```

Page 111

1          POIRIER - CONFIDENTIAL

2               THE VIDEOGRAPHER:   The time is

3     12:42 p.m. and this marks the end of

4     media unit number two.

5               (Luncheon recess:   12:42 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 112

1          POIRIER - CONFIDENTIAL

2          A F T E R N O O N     S E S S I O N

3                1:35 p.m.

4    M A R C E L     P O I R I E R, resumed.

5                THE VIDEOGRAPHER:   The time is

6          1:35 p.m. and this begins media unit

7          number three.

8    CONTINUED EXAMINATION

9    BY MR. COHEN:

10         Q.     Mr. Poirier, before we took a

11   break for lunch, I put Exhibit 130 in front

12   of you, right?

13         A.     Yes.

14         Q.     Do you recognize this document?

15         A.     Yes.

16         Q.     Is this the certification you

17   signed authorizing The Rosen Law Firm to

18   file this action on your behalf?

19         A.     Yes.

20         Q.     And I will direct you to

21   paragraph 4.  Do you see where this says

22   that "All of the transactions plaintiff has

23   made in the affected stocks during the

24   class period set forth in the consolidated

25   complaint"?

Page 113

                    POIRIER - CONFIDENTIAL

1

2          A.      Yes.

3          Q.      And at the bottom of the page

4    is your signature, correct?

5          A.      Yes.

6          Q.      Looking at the next page, if

7    you take a look at this chart, is that the

8    complete list of all the transactions that

9    you made in the affected stock during the

10   class period?

11         A.      Yes.

12         Q.      Here is Exhibit 131.

13                 (Defendant's Exhibit 131 marked

14   for identification.)

15         Q.      Mr. Poirier, this exhibit

16   contains the trading data that you produced

17   in connection with this matter?

18         A.      Yes.

19         Q.      And this is related to your

20   TFSA Questrade account, correct?

21         A.      Yes.

22         Q.      And, for the record, this is

23   beginning Bates P00002213.  So I will ask

24   you to turn to the page where it ends with

25   223 at the bottom.  This page shows the

```
                                           Page 114
 1            POIRIER - CONFIDENTIAL
 2    stock you owned by the end of December
 3    2020, right?
 4         A.     This shows -- can you repeat
 5    that?
 6         Q.     Do you see at the top of this
 7    page it says Stocks Owned?
 8         A.     Stocks Owned, yeah.
 9         Q.     And so this page shows the
10    stocks that you owned at the end of
11    December 2020?
12         A.     Yes.
13         Q.     Do you see the row starting on
14    the left with BB?
15         A.     Yes.
16         Q.     That's BlackBerry, right?
17         A.     Yes.
18         Q.     And you see the column titled
19    Qty?
20         A.     Yes.
21         Q.     That's quantity, right?
22         A.     Yes.
23         Q.     And that means the number of
24    shares purchased, right?
25         A.     Yes.
```

1          POIRIER - CONFIDENTIAL

2                 MR. ROSEN:  Actually, that's

3      shares owned.

4      Q.      That's number of shares owned,

5  correct?

6      A.      Yes.

7      Q.      And then two columns to the

8  right it says Cost/Share.  Do you see that?

9      A.      Cost/Share, okay, yeah, I see

10  it.

11     Q.      And this means that the price

12  of each share, this is the cost of each

13  share when you purchased those shares?

14     A.      Yes.

15     Q.      And this is in U.S. dollars?

16     A.      Yes, it probably is, yes.

17     Q.      So by the end of 2020, you held

18  4,000 shares of BlackBerry bought at a

19  price of $7.16 per share, correct?

20     A.      Yes.

21                MR. ROSEN:  Scott, before you

22        continue, it says somewhere here

23        securities held in CAD, in Canadian, so

24        in that chart, I'm not sure if that is

25        Canadian or U.S. dollars, because it

Page 116

1          POIRIER - CONFIDENTIAL

2      says -- the first row in that chart, it

3      says securities held in CAD.  Oh, then

4      it is below in U.S. dollars, okay, I

5      see, all right.  I just wanted to make

6      sure.

7              MR. COHEN:  No, thank you.

8              MR. ROSEN:  So those three --

9      the last three stocks are U.S. dollars

10     then, okay.  Sorry about that.

11     Q.     Do you know if you purchased

12 all 4,000 of these shares at the same time?

13     A.     No, I don't remember.  I don't

14 remember.

15     Q.     Okay.  Could you turn to the

16 page ending 229.

17     A.     Okay.

18     Q.     If you see eight rows from the

19 bottom, the transaction date of 12-18-2020,

20 and it is a purchase of BlackBerry stock.

21 Do you see that row?

22     A.     Yes.

23     Q.     And the quantity is 4,000

24 shares?

25     A.     Yes.

Page 117

1                 POIRIER - CONFIDENTIAL

2          Q.        So do you agree that you

3     purchased all 4,000 shares that you held,

4     of BlackBerry that you held in December

5     2020 on December 18th?

6          A.        Say that again.

7          Q.        Would you agree that all 4,000

8     shares of BlackBerry stock that you held at

9     the end of December 2020 you purchased on

10    December 18th, 2020?

11         A.        Yes, it looks like it.

12         Q.        So do you recall why you

13    purchased the BlackBerry shares at this

14    time?

15         A.        It looked like a good

16    investment.

17         Q.        And did you often purchase

18    4,000 shares at one time of any stock?

19         A.        Often, no.

20         Q.        I'm going to show you what's

21    been marked Exhibit 132.

22                   (Defendant's Exhibit 132 marked

23    for identification.)

24         Q.        I'm sorry for all the documents

25    piling up in front of you.  Now, this is a

Page 118

1
2    very similar statement to the one we just
3    went through, correct?
4         A.    Yes.
5         Q.    But this is your January 2021
6    TFSA account statement, right?
7         A.    Yes.
8         Q.    And it includes all your trades
9    settled in January 2021 for that account,
10   right?
11        A.    Yes.
12        Q.    And, for the record, the
13   beginning Bates number of this document is
14   P00002234.
15             MR. ROSEN:  Scott, let me ask
16        you a question.  You said for the
17        current month, but this is dated
18        January 29th, 2021, so it looks like
19        there is two days, the 30th and the
20        31st of January that may or may not be
21        included in here.  I'm just wondering.
22        So I just point that out.  I haven't
23        looked at this carefully, so I don't
24        know.  I don't know if it includes the
25        last two days of January.  I guess we

Page 119

```
 1            POIRIER - CONFIDENTIAL

 2        will find out if we look at it.

 3               MR. COHEN:  It might just be

 4        about settlement, time to settlement.

 5        Q.       So let's go to the page ending

 6    247.  Are you there?

 7        A.       Yeah.

 8               MR. COHEN:  Oh, and I believe

 9        that January 30th and 31st were weekend

10        days.

11               MR. ROSEN:  I was wondering

12        about that.  Okay.

13        Q.       So at the bottom row, do you

14    see that you purchased 8,000 shares of

15    BlackBerry on January 14th, 2021?

16        A.       Yes.

17        Q.       And so this is double the share

18    purchase for BlackBerry stock that you made

19    in December of 2020, correct?

20        A.       Yes.

21        Q.       Is this the biggest stock

22    purchase in terms of value that you made in

23    2021?

24        A.       I don't remember.

25        Q.       You don't often purchase this
```

1          POIRIER - CONFIDENTIAL

2    much stock, correct?

3          A.     No.  Well, it depends what you

4    mean by often.

5          Q.     I will move on.

6                 So you placed this order -- or

7    you purchased this on January 14th, 2021,

8    right?

9          A.     Yes.

10         Q.     Why did you decide to purchase

11   another 8,000 shares of BlackBerry on this

12   date?

13         A.     I liked the stock.  I don't

14   remember exactly why.

15         Q.     Did you think that the stock

16   price was going to rise?

17         A.     I don't remember.

18         Q.     Were you hoping that this was

19   going to be the next Tesla?

20         A.     Yeah, yes.  Well, not the next

21   Tesla, but a good -- a good company.

22         Q.     Were you hoping that this would

23   break the chart?

24                MR. ROSEN:  Objection, vague.

25         Q.     Do you understand what I mean?

```
                                          Page 121

 1            POIRIER - CONFIDENTIAL

 2       A.      Break the chart?  No.

 3       Q.      Isn't that the term you used

 4   when describing Tesla's stock rising?

 5       A.      When, yeah, it can break out.

 6       Q.      Break out?

 7       A.      Yeah.

 8       Q.      Did you expect BlackBerry would

 9   break out?

10       A.      No, because a break-out would

11   be a new all-time high, and this wasn't a

12   new all-time high, this was more like a

13   52-week high maybe.

14       Q.      But you expected the stock

15   price to continue to rise?

16       A.      Yeah, I was hoping.

17       Q.      What were you hoping based on?

18               MR. ROSEN:  You mean what were

19       his hopes based on?

20               MR. COHEN:  Yeah.

21       A.      I was hoping not to fall again.

22       Q.      Not to fall again?

23       A.      Not the stock to fall again,

24   yeah.

25       Q.      Based on what did you believe
```

```
 1            POIRIER - CONFIDENTIAL
 2     or hope that BlackBerry stock would
 3     continue to rise when you made the stock
 4     purchase?
 5            A.     I don't remember.
 6            Q.     Do you recall when we looked at
 7     your Reddit comments earlier in the
 8     deposition?
 9            A.     Yes.
10            Q.     And do you recall that you
11     commented on a -- on the WallStreetBets
12     subreddit regarding BlackBerry?
13            A.     Yes.
14            Q.     And do you remember that that
15     was on January 15th, 2021?
16            A.     Yes.
17            Q.     And so that comment was made
18     within a day of you purchasing 8,000 shares
19     of BlackBerry stock on January 14th, 2021,
20     correct?
21            A.     Yes.
22            Q.     Does that refresh your
23     recollection at all about why you made the
24     8,000 share stock purchase?
25            A.     No, I can't say 100 percent
```

```
                                              Page 123
 1            POIRIER - CONFIDENTIAL
 2   sure why.
 3       Q.      Do you recall now that you were
 4   influenced by what you read on Reddit in
 5   purchasing this stock?
 6               MR. ROSEN:  Is that a question?
 7               MR. COHEN:  Yes.
 8       A.      No, Reddit, no.
 9       Q.      Do you recall reading anything
10   else about BlackBerry stock on any social
11   media around the time that you purchased
12   8,000 shares of BlackBerry on January 14th,
13   2021?
14       A.      No.
15       Q.      Let's go to the page ending 250
16   in this same document.  Are you there?
17       A.      Yes.
18       Q.      If you look five rows down, do
19   you see that on January 25th, 2021 you
20   purchased another 8,000 shares in
21   BlackBerry?
22       A.      Yes.
23       Q.      Why did you decide to purchase
24   those shares on January 25th?
25       A.      I don't remember.  I liked the
```

Page 124

1              POIRIER - CONFIDENTIAL

2    stock.

3         Q.      That's all you remember, that

4    you liked the stock?

5         A.      I liked the company and I liked

6    the stock.   I liked the same thing.

7         Q.      So within just a few days of

8    each other you purchased 16,000 shares of

9    BlackBerry because you liked the stock?

10        A.      That would be one reason, yeah,

11   and I like -- stocks are safer than call

12   options, that could be a reason.

13        Q.      But why did you invest in

14   BlackBerry in particular?

15        A.      They have a lot of potential as

16   a company, as a software company.

17        Q.      Based on what?

18        A.      On QNX research.   QNX is a part

19   of their business.

20        Q.      And did you just learn about

21   QNX at this time or had you known about it

22   before?

23        A.      No, I had been keeping an eye

24   on BlackBerry for a long time.

25        Q.      So what was it that, from the

```
 1            POIRIER - CONFIDENTIAL
 2  middle to the end of January, that caused
 3  you to become interested in purchasing
 4  BlackBerry stock?
 5       A.     The patent deal with Facebook,
 6  I liked that potential too.  I liked the
 7  QNX potential.  I liked a lot of things
 8  about BlackBerry.
 9       Q.     Did you notice that anybody
10  else was investing in BlackBerry around
11  this time?
12            MR. ROSEN:  Objection, vague,
13       calls for speculation.
14       Q.     You can answer.  I asked if you
15  noticed --
16       A.     No, I haven't noticed.
17       Q.     Do you recall any social media
18  around this time encouraging people to
19  invest in meme stocks?
20       A.     Say that again.
21       Q.     Do you recall seeing social
22  media around this time, mid January to late
23  January 2021, encouraging people to invest
24  in meme stocks?
25       A.     No.  No, I don't remember.
```

```
 1              POIRIER - CONFIDENTIAL
 2        Q.      At this time were you aware
 3   that there was a short squeeze going on in
 4   meme stocks?
 5        A.      No.  I still don't know how.
 6        Q.      I'm showing you Exhibit 133.
 7               (Defendant's Exhibit 133 marked
 8   for identification.)
 9        Q.      Can you tell me what this
10   document is?
11        A.      It seems somebody replied to
12   someone else on Twitter.
13        Q.      Okay.  And this was a Twitter
14   post that you liked, correct?
15        A.      Is it?
16        Q.      Do you see at the top --
17        A.      I see my name on top.  I don't
18   see the like.
19        Q.      Was this a -- do you see
20   beneath your name it says 3,087 likes?
21        A.      Yeah.
22        Q.      And would you agree that your
23   name above that indicates that you were one
24   of the people who liked this post?
25        A.      It doesn't indicate -- it
```

Page 127

                POIRIER - CONFIDENTIAL

1    doesn't look like -- I'm not 100 percent

2    sure.

3         Q.    I'm being told by my social

4    media expert here that 3,087 likes is

5    actually the number of likes that you made.

6         A.    Really?  In 15 years?

7         Q.    I suppose so.  So do you have

8    any reason to doubt that this is a post

9    that you liked?

10        A.    Any reason to doubt?  The heart

11   would be dark, that would be proof of me

12   liking it I think.

13        Q.    Isn't it true that only a user

14   could see the heart dark?

15        A.    I don't know.

16        Q.    In other words, someone, a

17   third party viewing this like from their

18   computer could not see the heart filled in,

19   correct?

20        A.    I think we should see the same

21   thing everywhere.

22        Q.    Do you see this post is dated

23   January 15th, 2021?

24        A.    Yeah.

25

```
 1              POIRIER - CONFIDENTIAL
 2       Q.      And do you know who Real Aloy
 3  is?
 4       A.      No.
 5       Q.      Do you his post says "Biggest
 6  short squeeze, BlackBerry on fire"?
 7       A.      Yes, I see it.
 8       Q.      And then the last line says
 9  "Don't let the shorts cover for cheap."
10              Do you see that?
11       A.      Yes.
12       Q.      So on January 15th, 2021 is
13  when you -- is a day after you purchased
14  8,000 shares of BlackBerry stock, correct?
15       A.      A day after, yes.
16       Q.      And January 15th, 2021 is the
17  date that you created your Reddit account,
18  correct?
19       A.      Yes.
20       Q.      And January 15th, 2021 is the
21  date that you commented on a WallStreetBets
22  post about BlackBerry, correct?
23       A.      Yes.  You have the proof of
24  that, right?
25       Q.      What we just said, it's all in
```

```
 1            POIRIER - CONFIDENTIAL
 2    the documents we looked at.
 3         A.     You have the proof of me at the
 4    stated time in that document, is that what
 5    you are talking about?
 6         Q.     Yeah, it is -- you are talking
 7    about your Reddit post?
 8         A.     The last question you asked me.
 9            MR. ROSEN:  His Twitter post,
10         or Twitter retweet, or like, I'm sorry,
11         it is a Twitter like.  He is just
12         asking -- so are you saying you just --
13         you don't remember -- you don't
14         remember retweeting this or liking
15         this, is that the point?
16            THE WITNESS:  I don't remember,
17         yeah.
18            MR. ROSEN:  All right, that's
19         fine.
20            THE WITNESS:  And I don't
21         remember the Reddit thing too, exactly
22         what date.  Oh, this one.  You had
23         the --
24         Q.     So it is January 15th, correct?
25         A.     Okay, yeah.  Yeah, I don't
```

```
 1              POIRIER - CONFIDENTIAL
 2   remember that one too.
 3        Q.    I'm handing you Exhibit 134.
 4              (Defendant's Exhibit 134 marked
 5   for identification.)
 6        Q.    You see your Twitter handle at
 7   the top of this page?
 8        A.    Yes.
 9        Q.    And you see a post by Jim
10   Cramer in the middle?
11        A.    Yes.
12        Q.    And Jim Cramer is someone you
13   mentioned as a person you used to follow,
14   correct?
15        A.    Yes.
16        Q.    And this post is dated January
17   19th, 2021, correct?
18        A.    Yes.
19        Q.    And Jim Cramer says "Just
20   checking in to see how the short squeezes
21   are going.  All good?"
22              Did I read that correctly?
23        A.    Yes.
24        Q.    Do you know what he is talking
25   about?
```

```
 1              POIRIER - CONFIDENTIAL
 2        A.      No.  I have an idea what he is
 3   talking about, but I'm not an expert.
 4        Q.      And do you see the post below
 5   that from Real Aloy?
 6        A.      Yes.
 7        Q.      And that shows BlackBerry at
 8   the bottom, correct?
 9        A.      Yes.
10        Q.      And it says plus 25.07 percent,
11   right?
12        A.      Yes.
13        Q.      And that's referring to the
14   increase in stock price of BlackBerry
15   stock, correct?
16        A.      Yes.
17        Q.      I'm showing you Exhibit 135.
18              (Defendant's Exhibit 135 marked
19   for identification.)
20        Q.      And this is another instance of
21   your Twitter handle at the top, correct?
22        A.      Yes.
23        Q.      And another Real Aloy post,
24   correct?
25        A.      Yes.
```

```
                                        Page 132
 1              POIRIER - CONFIDENTIAL
 2         Q.      And the text in his post says,
 3    or in Real Aloy's post says "what a
 4    breakout for @BlackBerry BB stock...and up
 5    another $1 after hours."
 6                Do you see that?
 7         A.      Yes.
 8         Q.      And do you see this chart?
 9         A.      Some of it.
10         Q.      You said that you visually --
11    you learn best visually when it comes to
12    investment information, correct?
13         A.      Yes.
14         Q.      And can you tell me what this
15    chart is indicating with regard to
16    BlackBerry stock?
17         A.      It is going higher, but it
18    doesn't say to me much.  You need the full
19    picture.
20         Q.      The line going up to the top is
21    nearing a vertical line, correct?
22         A.      Yes.
23         Q.      That would indicate that the
24    stock price is dramatically increasing,
25    correct?
```

```
 1              POIRIER - CONFIDENTIAL
 2        A.        Dramatic is a big word.
 3        Q.        Would you disagree with that?
 4        A.        It looked normal.  It looked
 5   okay.  It looks okay.  This picture looks
 6   dramatic, but the real picture looks okay.
 7        Q.        Do you doubt that this is the
 8   picture that was posted by Real Aloy on
 9   Twitter?
10        A.        If I doubt it?  No, I don't --
11   no, I don't doubt it.
12        Q.        And this was dated January
13   23rd, 2021, correct?
14        A.        Yes.
15        Q.        Let's go back to the previous
16   exhibit with your 2021 TFSA account,
17   January 2021.  I think it is Exhibit 132.
18              MR. ROSEN:  It is the January
19        statement?
20              MR. COHEN:  Yes.
21        A.        What page?
22        Q.        Ending 250, please.
23              So before we look at this page,
24   we just went through a lot of the social
25   media posts in the public view in late
```

Page 134

1              POIRIER - CONFIDENTIAL
2     January 2021, correct?
3          A.     Yes.
4          Q.     And they were all showing
5     BlackBerry's stock price going higher and
6     higher, correct?
7          A.     Yes.
8          Q.     And this is at the same time
9     that you were purchasing BlackBerry stock,
10    correct?
11         A.     Yes.
12         Q.     And those social media posts
13    referenced a squeeze, correct?
14         A.     Yeah, yes.
15         Q.     If you look at the 11th row on
16    this page, I'm sorry to make you count, but
17    it will be the third row that has a
18    transaction date of January 26th.
19         A.     Yeah.
20                MR. ROSEN:  The buy or sell?
21                MR. COHEN:  The sell.
22         Q.     Do you see that row?
23         A.     Yes.
24         Q.     So you sold 1,000 shares of
25    BlackBerry at a price of $18.458 on that

Page 135

1          POIRIER - CONFIDENTIAL

2    day, correct?

3          A.     Yes.

4          Q.     And that was January 26th?

5          A.     Yes.

6          Q.     Do you recall when in the day

7    you sold those shares?

8          A.     No.

9          Q.     And that was within a day of

10   you purchasing 8,000 shares, correct?

11         A.     Yes.

12         Q.     Why did you decide to sell

13   those 1,000 shares within a day of you

14   purchasing 8,000 shares of BlackBerry

15   stock?

16         A.     I don't remember.

17         Q.     Do you recall learning anything

18   new about BlackBerry in between January

19   25th and 26th, 2021?

20         A.     No.

21         Q.     Did you think that there was --

22   do you recall thinking that there was price

23   volatility in BlackBerry stock at that

24   time?

25                MR. ROSEN:  Objection, calls

Page 136

1           POIRIER - CONFIDENTIAL
2      for speculation.
3      Q.     You can answer if you recall
4  thinking that.
5      A.     I don't remember.
6      Q.     Is it possible that you wanted
7  to sell some of the stock to make a quick
8  profit?
9           MR. ROSEN:  Objection.
10     "Possible" is not a correct form of a
11     question.
12     Q.     You can answer.
13     A.     There is a lot of
14  possibilities.
15     Q.     Did you sell the 1,000 shares
16  on January 26th in order to make a quick
17  profit?
18     A.     Not to make a quick profit, no,
19  but I did sell.  I probably sold for some
20  reason, but I don't remember why.
21     Q.     Do you often buy, I'm sorry, do
22  you often sell stocks within a day of
23  buying the stock?
24     A.     Not often, no.
25     Q.     So that's out of the ordinary?

```
 1              POIRIER - CONFIDENTIAL
 2        A.       Yeah, you would say it never
 3   happened before and probably will never
 4   happen again.
 5        Q.       Why don't you think it will
 6   ever happen again?
 7        A.       At that time or now?
 8        Q.       Now.
 9        A.       The short interests, they will
10   change the rules about that.
11        Q.       If you look down at the trades
12   you made on January 27th, you didn't buy or
13   sell BlackBerry stock, correct?
14        A.       No.
15        Q.       And why is that?
16        A.       I don't remember.
17        Q.       But at this point on January
18   26th and 27th, 2021, besides the 1,000
19   shares you sold, you are holding the rest
20   of the BlackBerry shares that you
21   purchased, correct?
22        A.       Yes.
23        Q.       Was there any particular reason
24   that you recall holding on to these shares?
25        A.       I didn't see any danger at the
```

```
                                          Page 138
 1              POIRIER - CONFIDENTIAL
 2   time.
 3        Q.      Did you have a goal in mind in
 4   holding on to these shares?
 5        A.      No, I was, like I said, like a
 6   freestyle, I just go day by day.
 7        Q.      I'm showing you what has been
 8   marked Exhibit 136.
 9               (Defendant's Exhibit 136 marked
10   for identification.)
11        Q.      Mr. Poirier, is this a screen
12   capture of your YouTube account?
13        A.      Yes.
14        Q.      And on the right-hand side it
15   shows the videos that you had saved,
16   correct?
17        A.      Yes.
18        Q.      And this particular list of
19   videos is titled Motivation?
20        A.      Yes.
21        Q.      Can you tell me what that
22   means?
23        A.      Motivational videos about
24   hockey.  It started with hockey and just
25   life itself, and then I just started adding
```

```
 1              POIRIER - CONFIDENTIAL
 2   other videos to it.
 3        Q.    Videos that motivate you?
 4        A.    No, just now the title doesn't
 5   make any sense, I should change it to
 6   entertainment.
 7        Q.    But, in any case, these are
 8   videos that you saved, correct?
 9        A.    Yes.
10        Q.    When do you usually add videos
11   to this play list?
12        A.    When?  There is no when.  It is
13   like my Twitter and stuff, it is like a
14   diary.  I want to learn -- learn more than
15   I came, because I'm not an expert.
16        Q.    I'm going to show you a video
17   on the screen behind you, and it is the
18   video -- actually, let me have you read on
19   your paper, do you see the video that is
20   highlighted on your YouTube account?
21        A.    Yes, yes.
22        Q.    Can you read that?
23        A.    The title?
24        Q.    Yes.
25        A.    "Reddit rebellion is sparking
```

```
 1              POIRIER - CONFIDENTIAL
 2    three market scenarios, and one's really
 3    bullish:  Fundstrat's Tom Lee."
 4              MR. COHEN:  Okay.  And my
 5    understanding, Mr. Rosen, is that we are
 6    going to e-mail these videos to Veritext
 7    and copy you and that it will all be part
 8    of the package of this exhibit.
 9              MR. ROSEN:  So this is an
10        exhibit?
11              MR. COHEN:  This video is an
12        exhibit.
13              MR. ROSEN:  The only question I
14        have is that says "GameStop's epic
15        move" and this says "Regime change on
16        Wall Street," are they the same video
17        or two different videos?
18              MR. COHEN:  It is the same
19        video.  A way that you can confirm, the
20        URL is at the top.  Or we can play the
21        URL if you prefer.
22              MR. ROSEN:  I don't have any
23        position one way or the other.  I'm
24        just asking if it is the same thing
25        that you are showing him.  But if you
```

```
                                            Page 141
  1            POIRIER - CONFIDENTIAL
  2       say so, I will take your word for it.
  3               MR. COHEN:  And we are going to
  4       play the beginning until 14 seconds.
  5               (Video played.)
  6       Q.     Do you remember Elon Musk
  7   tweeting out "Gamestonk"?
  8       A.     No.
  9       Q.     Sitting here today, are you
 10   familiar with that tweet?
 11       A.     Yeah.  I think it was on the
 12   Netflix documentary.
 13       Q.     And what did that tweet mean?
 14       A.     I had no clue.  I have nothing
 15   to do with GameStop.
 16       Q.     But as a consumer of social
 17   media at that time, you didn't see this at
 18   all you're saying?
 19       A.     I don't remember seeing it that
 20   day.
 21       Q.     Do you remember seeing it at
 22   all around that time?
 23       A.     No.  I was confused the whole
 24   time.
 25       Q.     What were you confused about?
```

```
 1            POIRIER - CONFIDENTIAL
 2       A.       This (indicating).
 3       Q.       The meme stocks?
 4       A.       Yeah.  A short squeeze is
 5  supposed to last two days, three days, if
 6  you ask an expert.  I'm not an expert.
 7       Q.       And this lasted longer?
 8       A.       So somebody -- somebody was
 9  manipulating it.  It wasn't a short
10  squeeze, it was something else.
11       Q.       And that's what confused you at
12  that time?
13       A.       Yes.
14            MR. ROSEN:  You are talking
15       about GameStop?
16            THE WITNESS:  Yes, all of it.
17       I was confused the whole time.
18       Q.       Because of how long the short
19  squeeze was?
20       A.       Yeah.  Like it doesn't -- it
21  doesn't seem normal.  There probably could
22  be another word for this.
23            MR. COHEN:  Let's play from
24       1:46 to 1:55.
25            (Video played.)
```

```
 1              POIRIER - CONFIDENTIAL
 2                 MR. COHEN:  Oh, and pause it,
 3         please.  Mr. Rosen, just to --
 4                 MR. ROSEN:  I recognize it.
 5                 MR. COHEN:  So, for the record,
 6         this is the image that we see on the
 7         hard copy document and this confirms
 8         that the video is in fact related to
 9         the hard copy document.  Do you agree,
10         Mr. Rosen?
11                 MR. ROSEN:  It looks the same.
12                 MR. COHEN:  Okay, thank you.
13                 (Video played.)
14         Q.     So when you saved this video,
15    what did you think this segment was talking
16    about?
17         A.     It was talking about GameStop
18    at that time, but I found these videos in
19    2022.
20         Q.     Did you hear it say "beyond
21    BlackBerry"?
22         A.     Yeah, she said "beyond
23    BlackBerry."  That was the part that, when
24    I said the fear earlier today, she is
25    confirming it.
```

```
 1            POIRIER - CONFIDENTIAL
 2       Q.       So could you explain what you
 3  just said?
 4       A.       Well, like it can affect the
 5  broader market.
 6       Q.       So earlier, correct me if I'm
 7  wrong, earlier you testified that around
 8  this time you had a fear that something was
 9  amiss in the market?
10       A.       I had a fear it would affect my
11  BlackBerry position.
12       Q.       And that fear is confirmed
13  by --
14       A.       Well, she is asking the same
15  question, could it affect the broader
16  market, and everybody acted professional,
17  but if somebody -- it could have, it could
18  have went either way.
19       Q.       Okay.  And can I ask you to
20  look at the hard copy document really
21  quickly.  This video was posted on January
22  26th, 2021, correct?
23       A.       Yeah.  You see that's an
24  interview on that day, yeah.
25                MR. COHEN:  Let's go to 7
```

```
                                            Page 145
 1              POIRIER - CONFIDENTIAL
 2        minutes and 53 seconds.
 3                    (Video played.)
 4        Q.      So when she said "the little
 5   guy can actually win," did you hear that?
 6        A.      Yes.
 7        Q.      Is that consistent with your
 8   understanding of the meme stock short
 9   squeeze?
10                MR. ROSEN:  Objection, calls
11        for speculation.
12        A.      No, I was confused the whole
13   time.
14        Q.      Do you know at all what she was
15   talking about?
16        A.      I didn't watch this video at
17   that time.
18        Q.      I'm showing you what's marked
19   Exhibit 137.
20                (Defendant's Exhibit 137 marked
21   for identification.)
22        Q.      Mr. Poirier, this document also
23   shows your YouTube page, correct?
24        A.      Yes.
25        Q.      And it also shows videos listed
```

1              POIRIER - CONFIDENTIAL

2     in your Motivation saved video list?

3          A.     Yes.

4          Q.     And could you read the title of

5     this video?

6          A.     "Payne sounds off on Wall

7     Street over GameStop:  All of this whining

8     is making me sick."

9          Q.     And this video was posted

10    January 27th, 2021?

11         A.     Yeah.

12         Q.     And do you recall why you saved

13    this video?

14         A.     Yeah, I was confused the whole

15    time.  I didn't even know people were

16    talking about it.  I didn't know -- I don't

17    have Fox channel.  I wish I knew.  I would

18    have -- I could have maybe understand more.

19         Q.     Okay.  Let's watch a short clip

20    of this.

21              Do we agree that this video

22         matches what's on the document?

23         A.     Yes.

24              MR. COHEN:  Let's play at 55

25         seconds.

```
                                        Page 147
 1              POIRIER - CONFIDENTIAL
 2                  (Video played.)
 3       Q.      So he is talking about shorting
 4   Wall Street firms, correct?
 5       A.      Yes.
 6                  MR. ROSEN:   Shorting Wall
 7       Street firms?
 8                  MR. COHEN:   Hedge funds.
 9       Squeezing, I'm sorry.
10       Q.      He is talking about squeezing
11   the hedge funds and Wall Street firms that
12   shorted the stock, correct?
13       A.      Can you replay it?
14       Q.      Yeah.
15                  (Video played.)
16       Q.      So he is talking about Wall
17   Street firms that were shorting GameStop,
18   correct?
19       A.      He said beyond 140 percent.
20       Q.      That's how much they were
21   shorting the stock?
22       A.      Yes.
23       Q.      And he said that he encouraged
24   his subscribers to buy the stock still,
25   correct?
```

```
                                            Page 148
 1              POIRIER - CONFIDENTIAL
 2       A.       I guess so.
 3       Q.       And is it your understanding
 4  that that is the mechanism by which a short
 5  squeeze is done?
 6              MR. ROSEN:  Objection, calls
 7       for speculation.
 8       A.       I'm guessing that Melvin
 9  Capital is covering his shorts and that's
10  what is creating the short squeeze.  Retail
11  investors, the little guy, these are all
12  big guys that's creating this.  Somebody
13  big made a lot of money and somebody big
14  lost a lot of money.  The little guy has no
15  control.
16       Q.       Is it your opinion that retail
17  investors, the little guy, as you say,
18  should band together?
19              MR. ROSEN:  Objection, calls
20       for speculation.  He is not here to
21       give you opinion, he is here to testify
22       about facts in his knowledge.
23       A.       I didn't know.  I didn't even
24  know about Reddit.
25       Q.       One last video.  I'm showing
```

Page 149

1          POIRIER - CONFIDENTIAL
2      you, Mr. Poirier, an exhibit marked 138.
3                (Defendant's Exhibit 138 marked
4      for identification.)
5          Q.     This is, once again, a screen
6      capture of your YouTube page, correct?
7          A.     Yes.
8          Q.     And on the side it shows the
9      videos that you saved in your Motivation
10     video folder, correct?
11         A.     Yes.
12         Q.     And the video that is
13     highlighted on this page is the one that
14     appears on a larger pane in the video play
15     position?
16         A.     Say that again.
17         Q.     Could you tell me what video is
18     being featured here?
19         A.     It is an interview on CNBC.
20         Q.     And what's the title?
21         A.     "Chamath," whatever his last
22     last name is, "on GameStop Stock, AMC
23     Stock... Reddit, WallStreetBets is Retail
24     Revenge."
25         Q.     And this was posted on January

```
                                          Page 150
 1          POIRIER - CONFIDENTIAL
 2    27th, 2021?
 3          A.     Yes.
 4                 MR. COHEN:  Let's play this
 5          from 7:20.  Oh, and just for the
 6          record, could you confirm, Mr. Rosen,
 7          that this is the same video?
 8                 MR. ROSEN:  I can't.  It looks
 9          to have the same picture on it.  But I
10          will take your word for it.  I don't
11          know.
12                 (Video played.)
13          Q.     So you heard him talk about
14    momentum trading of retail investors,
15    correct?
16          A.     Yes.
17          Q.     And he was talking about stocks
18    such as AMC and GameStop, correct?
19          A.     Yes.
20          Q.     And those are meme stocks?
21          A.     They gave that title after I
22    think.
23          Q.     You were aware of something
24    amiss in the market in January 2021,
25    correct?
```

1          POIRIER - CONFIDENTIAL

2                    MR. ROSEN:  Objection, vague,

3          confusing.

4          Q.      You believed there to be

5     something amiss in the market in January

6     '21?

7                    MR. ROSEN:  Objection,

8          mischaracterizes his testimony.

9          A.      Amiss?  It was the first time I

10    seen something like that.

11         Q.      In January 2021?

12         A.      Yeah, and it seems like it was

13    the first time they saw something like that

14    too.

15         Q.      So there was -- you were

16    uncertain about what was happening in the

17    market?

18         A.      Clueless the whole time.

19         Q.      Okay.  Let's fast forward a day

20    to January 28th, 2021.  And I'm sorry, you

21    can resume your position.

22                    You are aware that Robinhood

23    implemented certain restrictions on

24    purchasing on its platform on January 28th,

25    2021?

```
                                               Page 152
 1              POIRIER - CONFIDENTIAL
 2        A.      Yes.
 3        Q.      Can you describe those
 4   restrictions for me?
 5        A.      They took out the buy button
 6   and it was sell only and they limited --
 7   they limited the amount you could buy.
 8        Q.      Did they do this for all
 9   stocks?
10        A.      No, for 50 stocks in total.
11        Q.      And do you recall any increase
12   in restrictions as the day went on?
13        A.      No.
14        Q.      Do you know how long Robinhood
15   kept those restrictions in place?
16        A.      Until the 4th of February.
17        Q.      And Robinhood -- these
18   restrictions only applied to Robinhood's
19   customers, correct?
20        A.      Yes.
21        Q.      Do you know if any other
22   brokers put similar restrictions on buying
23   during this time?
24        A.      I guess so, yeah.
25        Q.      You guess so?
```

```
 1              POIRIER - CONFIDENTIAL
 2         A.      In the Congress report it says
 3    whoever was in more trouble put more
 4    restrictions, and the rest did their own
 5    thing.
 6         Q.      When did you first hear about
 7    Robinhood's restrictions?
 8         A.      I was confused, probably that
 9    day, yeah, for GameStop, but I didn't know
10    BlackBerry was on the list.
11         Q.      Did you see social media posts
12    about Robinhood's restrictions on January
13    28th?
14         A.      I don't remember.
15         Q.      Did you see information in the
16    news about the restrictions on January
17    28th?
18         A.      I don't remember.
19         Q.      Where that day do you think you
20    heard of the restrictions that Robinhood
21    imposed on traders on January 28th?
22         A.      I don't remember.
23              MR. ROSEN:  Can we take a break
24         before you get started on the next one?
25              MR. COHEN:  Yeah.
```

Page 154

```
 1              POIRIER - CONFIDENTIAL
 2                 THE VIDEOGRAPHER:  The time is
 3         2:40 p.m. and this marks the end of
 4         media unit number three.
 5                 (Recess taken.)
 6                 THE VIDEOGRAPHER:  The time is
 7         2:49 p.m. and this begins media unit
 8         number four.
 9    BY MR. COHEN:
10         Q.    I'm showing you what's been
11    marked Exhibit 139.
12                 (Defendant's Exhibit 139 marked
13    for identification.)
14         Q.    This is a retweet that you made
15    on January 28th, 2021, correct?
16         A.    Yes.
17         Q.    Could you read the text of the
18    post, please.
19         A.    The first one?
20         Q.    Of the one you retweeted.
21         A.    "Robinhood will not allow
22    opening positions in GameStop, AMC, Bed
23    Bath & Beyond, Nokia, Koss and NAKD."
24         Q.    And BlackBerry was in that
25    list?
```

```
 1           POIRIER - CONFIDENTIAL
 2      A.      Yes.
 3      Q.      So on January 28th, as you were
 4  saying, you did become aware of Robinhood's
 5  restrictions, correct?
 6      A.      Yes.
 7      Q.      What does "not allow opening
 8  position" mean?
 9      A.      To buy I think.
10      Q.      So Robinhood didn't allow
11  purchase of these stocks listed in the
12  tweet?
13      A.      Yes.
14      Q.      Including BlackBerry?
15      A.      Yes.
16      Q.      But you were still personally
17  able to buy BlackBerry stock?
18      A.      Yes.  I didn't believe what I
19  was seeing.
20      Q.      What didn't you believe?
21      A.      I had no clue if this was true.
22      Q.      But you retweeted it?
23      A.      Yeah, so I can read it again,
24  so I don't forget what was going on.
25      Q.      Okay.  So you wanted to remind
```

```
                                          Page 156

 1              POIRIER - CONFIDENTIAL
 2    yourself about these restrictions?
 3         A.     I have a very short-term
 4    memory, I had a couple of concussions
 5    playing hockey and, yeah.
 6         Q.     I'm sorry to hear that.
 7         A.     Yeah.
 8         Q.     I'm showing you what has been
 9    marked Exhibit 140.
10              (Defendant's Exhibit 140 marked
11    for identification.)
12         Q.     This is another January 28th,
13    2021 post that you retweeted, correct?
14         A.     Yes.
15         Q.     And it says "I told you
16    Robinhood is a front for Wall Street.
17    They've enriched themselves and Citadel at
18    your expense.  They lie about free trades.
19    Now banning GameStop/AMC trading.  This
20    will certainly hurt many people."
21              Did I read that correctly?
22         A.     Yes.
23         Q.     And you retweeted this,
24    correct?
25         A.     Yes.
```

```
 1              POIRIER - CONFIDENTIAL
 2        Q.       What does banning GameStop/AMC
 3   trading mean?
 4        A.       You can't buy.
 5        Q.       Earlier we discussed -- you can
 6   put the exhibit away -- earlier we
 7   discussed that you purchased 4,000 shares
 8   of BlackBerry on December 18th, 2020,
 9   right?
10        A.       Yes.
11        Q.       And then you purchased 8,000
12   shares of BlackBerry on January 14th, 2021,
13   right?
14        A.       Yes.
15        Q.       And then you purchased another
16   8,000 shares of BlackBerry on January 25th,
17   2021?
18        A.       Yes.
19        Q.       Then we saw that you sold 1,000
20   shares on January 26th, correct?
21        A.       Yes.
22        Q.       Let's look at your February
23   2021 TFSA account.  This is Exhibit 141.
24                 (Defendant's Exhibit 141 marked
25   for identification.)
```

```
 1            POIRIER - CONFIDENTIAL
 2       Q.    Can you confirm that this is
 3  your February 2021 Questrade TFSA account?
 4       A.    Yes.
 5       Q.    And it says at the top that
 6  this reflects all the trades you settled
 7  between February 1st, 2021 and February
 8  26th, 2021, correct?
 9       A.    Yes.
10       Q.    Let's go to the page ending
11  with 269, and, for the record, the
12  beginning Bates of this document is
13  P00002255.
14            So in the first row of this
15  page you see that you bought 8,000 shares
16  of BlackBerry stock on January 28th, 2021,
17  correct?
18       A.    Yes.
19       Q.    Do you recall when in the day
20  you purchased those shares?
21       A.    No.
22       Q.    And this was the day you became
23  aware of Robinhood's restrictions, correct?
24       A.    Speculation of them
25  restricting.  I wasn't confirmed that they
```

```
                                      Page 159

 1            POIRIER - CONFIDENTIAL
 2    did it.
 3         Q.      But you saw news that they were
 4    doing that, correct?
 5                 MR. ROSEN:   News or a tweet?
 6         Q.      You saw --
 7         A.      A rumor.
 8         Q.      On social media you saw posts
 9    that --
10         A.      There was a rumor that
11    Robinhood, and I bought some.
12         Q.      Why did you decide to buy
13    again?
14         A.      I wanted to -- I wanted to --
15    well, I liked the stock, I liked the
16    company, and I don't remember why exactly.
17         Q.      And do you remember why you
18    again purchased 8,000 shares?
19         A.      No, I can't -- I can't
20    remember.
21         Q.      But you liked the stock,
22    correct?
23         A.      Yeah.
24         Q.      And you thought it would still
25    continue to rise, correct?
```

```
 1              POIRIER - CONFIDENTIAL
 2        A.      Yeah.
 3        Q.      And at this time you purchased
 4   the stock even though you had seen rumors
 5   of Robinhood's trading restrictions, right?
 6        A.      Yes.
 7        Q.      Did you believe that there was
 8   a short squeeze ongoing at this time?
 9              MR. ROSEN:  Which stock are we
10        talking about?
11              MR. COHEN:  I'm sorry?
12              MR. ROSEN:  You are not
13        specifying which stock.
14        Q.      Did you believe that there was
15   a short squeeze going on for GameStop at
16   this time?
17        A.      I have no clue what was going
18   on with GameStop.
19        Q.      Did you think that there was a
20   short squeeze going on for any meme stock
21   at this time?
22        A.      No, I don't know if -- there
23   was something going on.  I didn't know it
24   was a short squeeze.
25        Q.      Okay.  But you decided on
```

```
 1              POIRIER - CONFIDENTIAL
 2      January 28th, 2021 that you were going to
 3      buy BlackBerry stock regardless of the
 4      other information that you had seen that
 5      day?
 6           A.      Yeah.
 7           Q.      Did you have any reason to
 8      believe that BlackBerry stock, the price of
 9      BlackBerry stock would continue to increase
10      after you purchased?
11           A.      Anything can happen, yeah.
12           Q.      Did you believe that the
13      stock -- the BlackBerry stock price would
14      increase based on reasons other than the
15      company's fundamental value?
16           A.      Say that again.
17           Q.      Did you believe that, when you
18      purchased these shares, these 8,000 shares,
19      that BlackBerry's stock price would
20      continue to rise for reasons other than the
21      company's value?
22           A.      I don't remember.
23           Q.      But at that time you can't --
24      you can't recall that you had seen any
25      information about BlackBerry's company in
```

```
 1              POIRIER - CONFIDENTIAL
 2   any way?
 3              MR. ROSEN:  Objection, vague.
 4        Q.     Do you recall seeing any news
 5   about BlackBerry?
 6              MR. ROSEN:  On what day?
 7        Q.     On January 28th, 2021, do you
 8   remember seeing any news about BlackBerry?
 9        A.     No.
10        Q.     I'm showing you what has been
11   marked Exhibit 142.
12              (Defendant's Exhibit 142 marked
13   for identification.)
14        Q.     This is another post you
15   retweeted, correct?
16        A.     Yes.
17        Q.     And this is Real Aloy?
18        A.     Yes.
19        Q.     And the date of Real Aloy's
20   post is January 28th, 2021, correct?
21        A.     Yes.
22        Q.     6:06 a.m.?
23        A.     Yes.
24        Q.     The post that you retweeted
25   says "GME tops $500, that is how bad a
```

Page 163

1              POIRIER - CONFIDENTIAL
2       trade the reckless and risky hedge funds
3       indulged in...DON'T SELL."  And "DON'T
4       SELL" is all in capitals, correct?
5            A.     Yes.
6            Q.     And below that it says "BB,
7       AMC, NOK, EXPR," right?
8            A.     Yes.
9            Q.     And BB is referring to
10      BlackBerry?
11           A.     Yes.
12           Q.     This post calls hedge funds
13      reckless and risky.  Do you see that?
14           A.     Yes.
15           Q.     Do you agree with that?
16           A.     At that time?
17           Q.     Yes.
18           A.     I had no clue.
19           Q.     Do you agree with that now?
20           A.     Yes.
21           Q.     Why?
22           A.     Melvin Capital had 50 percent
23      short interest in GameStop, the whole
24      float, 50 percent of the float.
25           Q.     And why was that risky?

Page 164

```
 1              POIRIER - CONFIDENTIAL
 2                  MR. ROSEN:  Sorry, you can
 3         answer the question.  Repeat the
 4         question and let him answer it.
 5         Q.      You said Melvin Capital had 50
 6    percent short interest in GameStop, the
 7    whole float, 50 percent of the float.  And
 8    I asked why was that risky?
 9         A.      Well, I'm not a hedge fund guy,
10    but look at the price.  It is not looking
11    good.
12         Q.      When you retweeted this tweet,
13    were you encouraged to hold on to your
14    BlackBerry stock?
15                  MR. ROSEN:  Are you asking him
16         if this tweet encouraged him to hold on
17         to his BlackBerry stock?
18                  MR. COHEN:  That's what I'm
19         asking.
20         A.      No, I don't -- I make my own
21    opinion.
22         Q.      And why did you retweet this?
23         A.      So I don't forget about it.  At
24    that time I don't even know what a hedge
25    fund is.  I'm still not 100 percent sure
```

Page 165

```
 1            POIRIER - CONFIDENTIAL
 2   what a hedge fund is.  A small bank that's
 3   allowed to trade?
 4        Q.     I'm showing you what has been
 5   marked as Exhibit 143.
 6               (Defendant's Exhibit 143 marked
 7        for identification.)
 8        Q.     Can you look down at the bottom
 9   tweet.  Do you see that you retweeted Elon
10   Musk's tweet from January 28th, 2021?
11        A.     Yes.
12        Q.     And that tweet says "Buy and
13   hold companies that make goods and produce
14   services you love"?
15        A.     Yes.
16        Q.     And this is Elon Musk, the man
17   at the beginning of this deposition you
18   referred to as a genius, correct?
19        A.     Yes.
20        Q.     Do you think other people held
21   that same opinion of him?
22               MR. ROSEN:  Objection, calls
23        for speculation.
24        A.     Yes.
25        Q.     And he is telling people to
```

```
                                        Page 166

 1            POIRIER - CONFIDENTIAL

 2   hold on to stock rather than sell it?

 3        A.     That makes goods and produces

 4   services you love, yeah.

 5        Q.     BlackBerry makes goods and

 6   produces services you love, correct?

 7        A.     Yes.

 8        Q.     I'm showing you what's been

 9   marked Exhibit 144.

10               (Defendant's Exhibit 144 marked

11   for identification.)

12        Q.     This is from your Twitter feed,

13   correct?

14        A.     Yes.

15        Q.     Or is this Reddit?  I'm sorry.

16        A.     Twitter.

17        Q.     It is Twitter.  And at the

18   bottom of this page is a tweet from the

19   Chairman.  Do you see that?

20        A.     Yes.

21        Q.     And this is in the

22   WallStreetBets subreddit, correct?

23        A.     I'm not sure.  Yeah, it seems

24   that -- is it the same guy?  These are two

25   different guys.
```

```
 1              POIRIER - CONFIDENTIAL
 2        Q.       Do you see that it's -- the
 3   handle is @WallStreetBetsChairman, or
 4   @WSBChairman?
 5        A.       Yes.
 6        Q.       And the tweet says "Good night
 7   everyone.  See you at the moon tomorrow."
 8                 Do you see that?
 9        A.       Yes.
10        Q.       Do you know who WSB Chairman
11   is?
12        A.       No.
13        Q.       Do you know what "see you at
14   the moon" means?
15        A.       No.
16        Q.       On your Twitter profile, it
17   says "to the moon," doesn't it?
18        A.       Yes, Puffy to the moon.
19        Q.       And your Twitter profile talks
20   about BlackBerry, correct?
21        A.       To the moon is not regarding
22   BlackBerry, it is regarding Tesla.
23        Q.       The "to the moon," earlier when
24   you were describing what "to the moon"
25   means in your Twitter profile, do you
```

```
                                        Page 168

 1           POIRIER - CONFIDENTIAL
 2   remember that?
 3        A.     Did I say it was a joke?  It is
 4   supposed to be a joke.
 5        Q.     What was the joke?
 6        A.     It is a cat with a space moon
 7   helmet on it.
 8        Q.     I'm going to read you --
 9   earlier today did I ask you "And what does
10   'to the moon' mean?" And did you answer
11   "The stock will go higher"?
12               MR. ROSEN:  You are asking if
13        he remembers what he said five hours
14        earlier?
15        A.     I don't remember what I said.
16        Q.     Okay.  Does "to the moon" mean
17   that the stock will go higher?
18        A.     Tesla stock will go higher, I
19   believe in that, and one, it says for shit
20   and giggles.
21        Q.     When WSB Chairman said "See you
22   at the moon tomorrow" with a rocket, he was
23   saying that the stocks would go higher,
24   correct?
25               MR. ROSEN:  Objection.  The
```

Page 169

```
 1           POIRIER - CONFIDENTIAL
 2      stocks, what stocks?
 3      A.      It could be SpaceX, another
 4  Elon Musk company.
 5      Q.      I'm showing you what's been
 6  marked Exhibit 145.
 7              (Defendant's Exhibit 145 marked
 8  for identification.)
 9      Q.      At the top of this page it
10  shows your Twitter handle, correct?
11      A.      Yes.
12      Q.      This is your Twitter page,
13  correct?
14      A.      Yes.
15      Q.      And the first tweet on the page
16  is a January 28th, 2021 post saying "Let's
17  go," with a lot of O's, "BB!"
18              Do you see that?
19      A.      Yes.
20      Q.      And BB is referring to
21  BlackBerry, correct?
22      A.      Yes.
23      Q.      And the figure in the middle is
24  a man behind a WallStreetBets sign,
25  correct?
```

```
 1            POIRIER - CONFIDENTIAL
 2       A.      Yes.
 3       Q.      And he is holding up with his
 4  left hand on the right side of the page the
 5  word "BlackBerry," correct?
 6       A.      Yes.
 7       Q.      And above "BlackBerry" is a
 8  picture of a moon and an astronaut,
 9  correct?
10       A.      It looks like the BlackBerry
11  logo and an astronaut and a golf ball.
12       Q.      So this post is saying that
13  BlackBerry will go to the moon, correct?
14            MR. ROSEN:  Objection.  The
15       document speaks for itself.
16       A.      It doesn't say that.
17            MR. COHEN:  I agree.
18            MR. ROSEN:  You are agreeing
19       with his answer or my objection?
20            MR. COHEN:  I agree that the
21       document speaks for itself.
22            MR. COHEN:  Your speaking
23       objections are getting a little
24       tiresome.
25            MR. ROSEN:  Well, I mean, in
```

```
 1           POIRIER - CONFIDENTIAL

 2      all fairness, Scott, you are creating a

 3      narrative around a document and saying

 4      isn't it true, and you are just

 5      creating this narrative around a

 6      document.  I mean, it is like a

 7      cartoon.  You are asking him to

 8      interpret the cartoon the way you want

 9      to, and I don't think that's -- I think

10      it mischaracterizes the cartoon and,

11      you know, but, anyway, keep going.

12              MR. COHEN:  Well, you're not on

13      deposition.

14      Q.      Let's go back to Exhibit 141,

15  please, which is your February Questrade

16  TFSA statement.

17              MR. ROSEN:  Which exhibit

18      number?

19              MR. COHEN:  141.

20              MR. ROSEN:  So it has got 2255

21      in the bottom, right, Exhibit 141?

22              MR. COHEN:  I believe that is

23      the beginning Bates, yes.

24      Q.      All right.  I will ask you to

25  go to the page ending 269.
```

Page 172

1              POIRIER - CONFIDENTIAL
2        A.      Got it.
3        Q.      So it looks like you sold 5,000
4   shares of BlackBerry stock on January 28th,
5   2021, right?
6        A.      Yes.
7        Q.      Do you remember when in the day
8   you sold that?
9        A.      No.
10        Q.      But it was after you purchased
11   the 8,000 shares, correct?
12        A.      Yes.
13        Q.      In the same day?
14        A.      Yes.
15        Q.      Did you have any new
16   information about BlackBerry that would
17   lead you to sell at this time?
18        A.      No.  From the company,
19   BlackBerry?
20        Q.      Or about the company.
21        A.      No.  I think it is me being
22   disciplined.  You need to put some -- you
23   need to sell at some point, and me being
24   disciplined is -- I should be more
25   disciplined, like Warren Buffett, 35

```
1              POIRIER - CONFIDENTIAL
2    percent cash and stuff.  So I probably
3    tried to be more disciplined at least
4    starting that day with all the information
5    that was going on.
6         Q.     Let's go down three rows.  On
7    January 29th, 2021 you sold another 3,000
8    shares of BlackBerry, correct?
9         A.     Yes.
10        Q.     Do you recall why you sold at
11   that time?
12        A.     No, but probably panicking.
13        Q.     Because of the --
14        A.     I'm clueless, I'm not sure
15   what's going on, and the stock just dropped
16   50 percent, 44 percent, 45 percent.
17        Q.     And did you believe that had
18   anything to do with Robinhood's
19   restrictions?
20        A.     No, because I didn't know if
21   BlackBerry was on the list, because I
22   bought 8,000 that morning, and the rumor is
23   there's a restriction going on, and there
24   is another rumor saying there is a patent
25   getting done.  So there is a lot of
```

Page 174

1              POIRIER - CONFIDENTIAL

2    confusion.

3         Q.    So you were confused, correct?

4         A.    Of the information that was on

5    Twitter, yes.

6         Q.    And if you go four more rows

7    down, you sold 5,000 shares of BlackBerry

8    on February 1st, 2021.  Do you see that?

9         A.    Yes.

10        Q.    Do you know why you sold those

11   shares?

12        A.    I don't remember why, no.

13        Q.    Do you recall having any new

14   information about BlackBerry?

15        A.    No.  It is panicking and

16   discipline and confused the whole time, and

17   that seemed like the smart thing to do.

18        Q.    Did you believe that

19   BlackBerry's value had decreased at this

20   time?

21        A.    No, no.  Those videos, 44

22   percent drop, that is scary.  I don't

23   remember 40 percent drop that day, but...

24        Q.    Let's go to the next page

25   ending 270 at the bottom.  If you look at

Page 175

1         POIRIER - CONFIDENTIAL

2    the first row, you sold 4,000 shares of

3    BlackBerry on February 2nd, 2021, correct?

4         A.      Yes.

5         Q.      Do you remember why you sold

6    those shares on that day?

7         A.      For the same reasons.

8         Q.      Just uncertainty?

9         A.      Yeah, scary.  I could take a

10   better guess with the chart next to it than

11   just seeing the number.

12        Q.      Am I correct that in January --

13   you can put that away -- in January 2021

14   and February 2021 you did not buy or sell

15   shares of AMC?

16        A.      No.

17        Q.      Bed Bath & Beyond?

18        A.      No.

19        Q.      Did you buy or sell shares of

20   Express Inc.?

21        A.      No.

22        Q.      Did you buy or sell shares of

23   GameStop?

24        A.      No.

25        Q.      Did you buy or sell shares of

```
 1              POIRIER - CONFIDENTIAL
 2    Nokia?
 3          A.      No.
 4          Q.      Did you buy or sell shares of
 5    Koss Corporation?
 6          A.      No.
 7          Q.      Did you buy or sell shares of
 8    Tootsie Roll?
 9          A.      No.
10          Q.      Did you buy or sell shares of
11    Trivago?
12          A.      No.
13          Q.      Did you consider buying any of
14    these shares -- any shares of these stock
15    in January 2021?
16          A.      I maybe looked at GameStop, but
17    I was clueless.  I didn't know what was
18    going on.
19          Q.      But you looked at it because of
20    the price?
21          A.      Yeah, it went up.  AMC I
22    understood a little bit why, because the
23    movie theaters, like as long as nobody was
24    filing bankruptcy, it was cheap.
25          Q.      Purchasing those stocks were
```

```
 1              POIRIER - CONFIDENTIAL
 2   cheap then?
 3        A.     I can understand people were
 4   buying it, because no bankruptcy, COVID was
 5   over.
 6        Q.     Since January 2021 have you
 7   purchased shares of BlackBerry again?
 8        A.     After?
 9        Q.     Yes.
10        A.     Yes.  Shares?  Probably.  I'm
11   not sure.
12        Q.     But options you have?
13        A.     Options I have, yeah.  I still
14   believed in the company afterwards.
15        Q.     And why aren't you purchasing
16   as much stock?
17        A.     Now, today?
18        Q.     Yeah.
19        A.     Well, mainly Robinhood made me
20   lost a lot of money, almost everything,
21   everything pretty much.
22        Q.     Right now is it your opinion
23   that BlackBerry stock is undervalued?
24        A.     Long-term, yes.
25        Q.     What does that mean?
```

```
                                        Page 178
 1           POIRIER - CONFIDENTIAL
 2      A.      They have a lot of potential in
 3   the future.
 4      Q.      And I think we covered this
 5   towards the beginning, but today you still
 6   use Questrade?
 7      A.      Yes.
 8      Q.      And that's the only brokerage
 9   that you use?
10      A.      Yes.
11      Q.      Do you hold stock in any of the
12   other companies we've discussed in this
13   deposition?
14           MR. ROSEN:  You mean the nine
15       stocks that are subject to the lawsuit?
16           MR. COHEN:  Yes.
17      Q.      And I will go -- I will go
18   through them for you.  Do you presently
19   hold any AMC stock?
20      A.      No.
21      Q.      Do you presently hold any Bed
22   Bath & Beyond stock?
23      A.      No.
24      Q.      Do you presently hold any
25   GameStop stock?
```

```
                                              Page 179

 1            POIRIER - CONFIDENTIAL
 2       A.     No.
 3       Q.     Do you presently hold any
 4  Express Inc. stock?
 5       A.     No.
 6       Q.     Do you presently hold any Koss
 7  Corporation stock?
 8       A.     No.
 9       Q.     Do you presently hold any Nokia
10  stock?
11       A.     No.
12       Q.     Do you presently hold any
13  Tootsie Roll stock?
14       A.     No.
15       Q.     Do you presently hold any
16  Trivago stock?
17       A.     No.
18       Q.     Do you know what stocks make up
19  the greatest portion of your portfolio
20  today?
21       A.     Yes, I know, yeah.
22       Q.     Could you tell me?
23       A.     I have a put option on
24  Microsoft.
25       Q.     Long-term?
```

```
                                         Page 180
 1            POIRIER - CONFIDENTIAL
 2       A.      No, short-term.
 3       Q.      And that makes up the bulk of
 4   your portfolio?
 5       A.      Yes.
 6       Q.      Any other stocks?
 7       A.      No.  Oh, yeah, maybe I have a
 8   hundred bucks in weed stocks, the weed
 9   stock.
10       Q.      Like cannabis?
11       A.      Yeah.
12       Q.      Is that an American company?
13       A.      I'm not sure.
14       Q.      What made you want to invest in
15   that?
16       A.      Sometimes I just buy a little
17   to remind me of I should look in it.  It is
18   a new industry, but it is complicated.
19       Q.      Because of the legality issue?
20       A.      No, just there is already like
21   so many companies, which company is going
22   to win.
23       Q.      Approximately what is the value
24   of your investment portfolio today?
25       A.      ███████████████
```

```
                                              Page 181
 1          POIRIER - CONFIDENTIAL
 2     Q.     So you are a named plaintiff in
 3  this case, correct?
 4     A.     Yes.
 5     Q.     What does it mean to be a named
 6  plaintiff?
 7     A.     I'm going to try to help out
 8  with everybody that's involved in the class
 9  action, that sold their stocks during that
10  time period.
11     Q.     So you mentioned a class
12  action.  What is a class action?
13     A.     A group of people that suffered
14  damages.
15     Q.     And do you know what a class
16  representative is?
17     A.     Yes.
18     Q.     And you are seeking to be a
19  class representative in this action?
20     A.     Yes.
21     Q.     Why is that?
22     A.     I think I would be helpful for
23  this case.
24     Q.     How so?
25     A.     Just by my statements, the
```

```
                                        Page 182
 1            POIRIER - CONFIDENTIAL
 2   evidence I show speaks for themself.
 3       Q.      So because of your personal
 4   story, you think you will be a good class
 5   representative?
 6            MR. ROSEN:  Come on, don't put
 7       words in his mouth.  Ask him a
 8       legitimate question, please.
 9       Q.      What do you understand to be
10   the responsibilities of a class
11   representative?
12       A.      Yes, I understand.
13       Q.      I'm sorry, what are the
14   responsibilities of a class representative?
15       A.      To make sure they did -- the
16   complaint is reviewed and everything looks
17   good to go forward.
18       Q.      When did you first hear about
19   this lawsuit?
20       A.      2022.
21       Q.      How did you hear about it?
22       A.      On the internet.  I was
23   searching for -- I was searching for it.
24       Q.      You were affirmatively
25   searching for ways to join in an action
```

```
 1              POIRIER - CONFIDENTIAL
 2   against Robinhood?
 3        A.     Yeah, because this is all brand
 4   new to me.  I didn't know -- Questrade
 5   wasn't going to let me know, so I guess
 6   it's up to yourself to protect yourself.
 7        Q.     Did you ask Questrade about
 8   participating in a lawsuit?
 9        A.     No.
10        Q.     Did you reach out to The Rosen
11   Law Firm?
12        A.     Yes.
13        Q.     And about when was that?
14        A.     In 2022.
15        Q.     And who did you speak with at
16   the firm?
17        A.     Laurence maybe the first time
18   or Michael.
19        Q.     Was this the first contact you
20   ever had with The Rosen Law Firm?
21        A.     Yes.
22        Q.     I'm handing you what's been
23   marked Exhibit 146.
24               (Defendant's Exhibit 146 marked
25   for identification.)
```

```
                                                    Page 184
 1              POIRIER - CONFIDENTIAL
 2        Q.      This is a Reddit post, correct?
 3        A.      Yes.
 4        Q.      And the top post is about The
 5   Rosen Law Firm defeating Robinhood's motion
 6   to dismiss in this case, correct?
 7        A.      Yes.
 8        Q.      If you flip to the third page,
 9   at the bottom is a comment that you made on
10   that post, correct?
11        A.      Yes.
12        Q.      And that was on August 31st,
13   2022?
14        A.      Yes.
15        Q.      And you say "Anyone here thinks
16   it go be the biggest stock market
17   settlement ever?  In the billions?"
18        A.      Yes.
19        Q.      Is this when you learned about
20   the lawsuit?
21        A.      I'm not sure.
22        Q.      Do you remember making this
23   comment?
24        A.      No.
25        Q.      Is it your goal to earn a
```

```
 1          POIRIER - CONFIDENTIAL
 2   settlement in this case?
 3        A.     To everybody in the class, to
 4   earn something.
 5        Q.     In the billions?
 6        A.     It could happen.  There was two
 7   lawsuits.  I'm not sure if it's -- if this
 8   is the Robinhood one or the Citadel one, of
 9   collusion that got dismissed.
10        Q.     Did you seek to join the
11   Citadel lawsuit?
12        A.     I think it was already
13   dismissed, that one, by the time I found
14   it.
15        Q.     I'm handing you what's been
16   marked Exhibit 147.
17               (Defendant's Exhibit 147 marked
18   for identification.)
19               MR. ROSEN:  I'm going to need a
20         truck to carry all of these things back
21         to my office.
22        Q.     So this is StockTwits, right?
23        A.     Yeah.
24        Q.     And this is your account?
25        A.     Yes.
```

```
                                    Page 186
 1              POIRIER - CONFIDENTIAL
 2        Q.      And on May 16th, 2022 you
 3   posted this post, correct?
 4        A.      Yes.
 5        Q.      Can you read what you wrote?
 6        A.      "Is there a lawsuit for Citadel
 7   and Robinhood for Canadians for January 28?
 8   Class action lawsuit that we should know
 9   about or lawyers to contact?"
10        Q.      And why did you make this post?
11        A.      To seek information, to seek an
12   answer, if somebody had an answer for me.
13        Q.      And this is the -- withdrawn.
14              Does the lawsuit you are
15   participating in now satisfy your quest to
16   be part of a lawsuit like the one you were
17   talking about in the StockTwits post?
18        A.      Yes.
19        Q.      Are you aware of any
20   allegations against Citadel in the current
21   complaint?
22        A.      The current complaint?  Yes.
23        Q.      Earlier today you mentioned the
24   Congressional report.  Do you remember
25   that?
```

```
                                    Page 187

 1            POIRIER - CONFIDENTIAL
 2       A.      Yes.
 3       Q.      What were you talking about?
 4       A.      The report, the document from
 5   the Congress.
 6       Q.      From the United States
 7   Congress?
 8       A.      Yeah.
 9       Q.      And it dealt with Robinhood?
10       A.      Robinhood is involved, yeah.
11       Q.      Have you read that report?
12       A.      I tried to, yeah.
13       Q.      What do you mean, you tried to?
14       A.      Well, I'm not a lawyer, so
15   there was a lot of pages in that one.
16       Q.      Excluding your deposition
17   today, about how much time would you say
18   you have spent on matters relating to this
19   lawsuit?
20       A.      How much time?  It is a weekly
21   thing.  I talk to the lawyers and stuff,
22   frequently, since October I think, or
23   September.
24       Q.      Of 2022?
25       A.      Yeah.
```

```
                                            Page 188
 1           POIRIER - CONFIDENTIAL
 2       Q.      And how long are these weekly,
 3   did you say they are meetings, how long is
 4   this weekly thing?
 5       A.      E-mails, stuff, we made a Zoom
 6   call once, to sign the certification and
 7   all that kind of stuff.  They added my name
 8   as a representative.
 9       Q.      In the complaint?
10       A.      Yeah.
11       Q.      Have you read the complaint?
12       A.      Yes.
13       Q.      When did you read it?
14       A.      A couple of times, and, again,
15   yesterday.
16       Q.      Have you reviewed the other
17   filings in this case?
18               MR. ROSEN:  Could you be more
19       specific?
20       Q.      Have you reviewed --
21               MR. ROSEN:  When you say
22       filings, I mean, he's not a lawyer.
23       You mean court filings?
24       Q.      Have you reviewed any other
25   court filings in this case?
```

```
                                            Page 189

 1            POIRIER - CONFIDENTIAL

 2      A.      I think so, yeah.

 3      Q.      Like what?

 4      A.      Does the retainer agreement

 5   count for one?  Certification.

 6      Q.      Have you read any of the

 7   motions that have been filed in this case?

 8      A.      Probably not all of them.  Is

 9   it in the document?

10      Q.      No, I haven't shown you

11   anything.  I'm just wondering about your

12   general involvement so far.

13      A.      I probably read it at some

14   point.

15      Q.      Have you done anything to

16   prepare for this lawsuit?

17              MR. ROSEN:  For this lawsuit?

18      That is a rather vague question.  Could

19      you be more specific, please?

20      Q.      Have you, Mr. Poirier, done

21   research about issues involved in this

22   lawsuit?

23      A.      No.

24      Q.      Have you spoken with the other

25   class representatives?
```

```
                                                Page 190
 1          POIRIER - CONFIDENTIAL
 2      A.      No.
 3      Q.      Do you know what stage this
 4  litigation is at?
 5      A.      Yes, I think, yes, discovery
 6  phase.
 7      Q.      Okay.  And how much time do you
 8  expect to spend on this lawsuit moving
 9  forward?
10      A.      As much time as they need to.
11      Q.      Have you been compensated for
12  your time and involvement in this case at
13  all?
14      A.      No.
15      Q.      Did you pay for your own travel
16  to get here today?
17      A.      No.
18      Q.      Who paid for that?
19      A.      Rosen.
20      Q.      And for your hotel?
21      A.      Yes.
22      Q.      Have you been told whether
23  you'll receive compensation as a result of
24  this case?
25      A.      No.
```

```
 1              POIRIER - CONFIDENTIAL
 2         Q.      This is previous Exhibit 5 in
 3    this case.  On page 1 -- well, do you know
 4    what this is?
 5         A.      It looks like a complaint
 6    document against Robinhood.
 7         Q.      And on page 1, under Summary of
 8    the Action in this first paragraph, it says
 9    that "This is a class action on behalf of
10    persons or entities who held common stock"
11    in these companies "as of the close of
12    trading of January 27th, 2021 and sold such
13    shares at a loss between January 28th, 2021
14    and February 4th, 2021."
15              Do you see that?
16         A.     Yes.
17         Q.      So is it your understanding
18    that in order to qualify as losses in this
19    case, a stock had to have been held as of
20    the close of trading on January 27th, 2021?
21         A.     Yes.
22         Q.      And before we looked at the
23    certification that you signed regarding the
24    trades you made in BlackBerry, do you
25    recall that?  It is Exhibit 130, if you
```

```
                                        Page 192
```

 1            POIRIER - CONFIDENTIAL

 2    could find it.

 3         A.      Okay, yeah.

 4         Q.      So this says that --

 5                 MR. ROSEN:   "This" being the

 6         certification form, exhibit?

 7         Q.      I'm sorry, the certification

 8    form that you signed on the back page, the

 9    chart says that you purchased 8,000 shares

10    of BlackBerry stock on January 28th, 2021.

11    Do you see that?

12         A.      Yes.

13         Q.      Do you understand that this

14    date is after the date upon which you

15    needed to have held shares?

16         A.      Yes.

17         Q.      You understand that?

18         A.      Yes.

19         Q.      Are you alleging in this case

20    that Robinhood's restrictions is what

21    harmed you?

22         A.      Yes.

23         Q.      Even though you were able to

24    sell -- you were able to buy BlackBerry

25    stock through Questrade, correct?

Page 193

POIRIER - CONFIDENTIAL

1

2          A.       Yes.

3          Q.       Did Robinhood force you to sell

4    your BlackBerry stock when you sold it?

5          A.       No.

6          Q.       So how did Robinhood's

7    restrictions cause you to lose money?

8          A.       They manipulated the stock

9    price.

10         Q.       How?

11         A.       By the restrictions.

12         Q.       And how do you define your

13   losses?

14         A.       From the stocks that I had on

15   the 27th to the ones I sold between the

16   time period, the 28th to the 4th.

17         Q.       Is it your allegation as a

18   named plaintiff that the only reason you

19   lost money in selling those shares was

20   because of the purchasing restrictions

21   Robinhood put in place?

22         A.       The only reason?  Yes.

23         Q.       What about your -- before you

24   talked about your discipline in buying and

25   selling stocks.  Do you remember that?

```
                                        Page 194
 1           POIRIER - CONFIDENTIAL
 2      A.      Yes.
 3      Q.      Would you attribute any amount
 4  of the losses you sustained to a lack of
 5  discipline?
 6           MR. ROSEN:  Objection, calls
 7      for a legal conclusion.
 8      A.      No.
 9      Q.      Is it your position that there
10  are no other events that occurred between
11  January 28th and February 4th that could
12  have caused your losses?
13      A.      Yes.
14      Q.      I'm going to show you what has
15  been previously marked Exhibit 31, and this
16  is Defendant's First Set of Requests for
17  the Production of Documents and
18  Electronically Stored Information Directed
19  to Plaintiffs, correct?
20      A.      Yes.
21      Q.      Have you seen this before?
22      A.      Yes.
23      Q.      When?
24      A.      In January.
25      Q.      How did you receive this?
```

```
                                          Page 195
```

 1              POIRIER - CONFIDENTIAL
 2          A.       E-mail, probably e-mail.  No,
 3    maybe not this one, no.  It just looks the
 4    same.  Maybe not this one.
 5          Q.       So this document is asking the
 6    plaintiffs to produce documents in their
 7    possession relevant to the lawsuit.
 8          A.       Okay.
 9          Q.       Do you see that?
10          A.       Yeah.
11          Q.       Did you receive anything like
12    this?
13          A.       Yes, yes, I think so.
14          Q.       When did you receive that?
15          A.       In January.
16          Q.       So what you were talking about
17    before is in fact what you are holding in
18    your hands now?
19          A.       Similar to it, yes.
20          Q.       When you received this
21    document --
22          A.       Okay, yeah.
23          Q.       I'm sorry.
24          A.       No, I'm starting to remember.
25    There is a lot of pages.

```
                                          Page 196

  1            POIRIER - CONFIDENTIAL

  2        Q.        When you received this document

  3   in January or something that looked like

  4   this document in January, did you search

  5   for the documents requested?

  6        A.        Yes.

  7        Q.        And did you search through your

  8   text messages?

  9        A.        Yes, I checked everything.

 10        Q.        And hard copy documents too?

 11        A.        Yes.

 12        Q.        Where else did you look for

 13   documents?

 14        A.        My laptop and my cell phone.

 15        Q.        When you looked on your laptop,

 16   did you enter a search to find documents?

 17        A.        I don't have a lot of saved, so

 18   I just need to scroll down.

 19        Q.        In your like saved Word files

 20   you're saying?

 21        A.        Yeah, or my cloud, whatever

 22   it's called.

 23        Q.        Do you have a work laptop?

 24        A.        Personal laptop.

 25        Q.        Do you use your personal laptop
```

```
                                      Page 197

 1            POIRIER - CONFIDENTIAL

 2   for work?

 3        A.      No.

 4        Q.      And do you have an e-mail

 5   account?

 6        A.      Yes.

 7        Q.      How many?

 8        A.      Google, Gmail account.

 9        Q.      Did you search both of those

10   accounts -- is that just one account?

11        A.      I have -- I have another

12   account that is like junk mail.  I don't

13   use it.

14        Q.      Did you search all of your

15   e-mail accounts for responsive documents?

16        A.      Yes.

17        Q.      Do you maintain your investment

18   records anywhere?

19        A.      No.

20        Q.      How do you see them when you

21   want to look at them?

22        A.      It's on Questrade.

23        Q.      So did you look -- did you look

24   at your Questrade interface for documents

25   responsive to this request?
```

```
                                            Page 198

 1            POIRIER - CONFIDENTIAL
 2        A.      Yes.
 3        Q.      And you produced everything
 4   that you had from it?
 5        A.      Yes, and I think they did a
 6   good job of putting everything together.
 7        Q.      Did you ever communicate in
 8   writing with anybody regarding BlackBerry
 9   securities?
10        A.      No.
11        Q.      Have you gotten a new phone in
12   the last few months, since January?
13        A.      No.
14        Q.      Did you search all of your
15   social media accounts for responsive
16   documents?
17        A.      Yes.
18        Q.      Did you search the private
19   areas of those social media accounts, like
20   direct messages?
21        A.      Yes.
22        Q.      And your private accounts you
23   searched?
24        A.      Yes.
25        Q.      And you turned over all of the
```

```
 1              POIRIER - CONFIDENTIAL
 2   documents responsive?
 3        A.     Yes.
 4        Q.     Did you limit your search to a
 5   specific time frame?
 6        A.     No.
 7        Q.     When did you give your
 8   documents to counsel?
 9        A.     January or February or March.
10   After January.  Time goes by so fast.
11        Q.     Did you take any steps to
12   preserve the documents and make sure they
13   didn't get deleted?
14              MR. ROSEN:  Do you have a time
15         frame that you're talking about?  Can
16         you be specific about what it is you
17         are asking him?
18        Q.     Since January 2021 have you
19   deleted or thrown out any documents that
20   would be responsive to these requests?
21        A.     No.
22              MR. COHEN:  Could I have --
23         could we take a short break?
24              THE VIDEOGRAPHER:  The time is
25         3:57 p.m. -- 3:56 p.m. and we are off
```

Page 200

```
 1            POIRIER - CONFIDENTIAL
 2        the record.
 3               (Recess taken.)
 4               THE VIDEOGRAPHER:  The time is
 5        4:05 p.m. and we are back on the
 6        record.
 7               MR. COHEN:  I have no further
 8        questions for you, Mr. Poirier.  Thank
 9        you for sitting.
10               THE WITNESS:  Thanks.  I'm glad
11        it's over.
12               THE VIDEOGRAPHER:  We are going
13        off the record at 4:05 p.m. and this
14        concludes today's testimony given by
15        Mr. Marcel Poirier.  The total number
16        of media units used was four and will
17        be retained by Veritext.
18               MR. ROSEN:  I want to designate
19        the transcript confidential.
20
21               [TIME NOTED:  4:05 p.m.]
22
23
24
25
```