# Exhibit 14

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

     FOR THE SOUTHERN DISTRICT OF FLORIDA

3    Case No. 1:21-MD-2989-CMA

     - - - - - - - - - - - - - - - - - - -x

4    IN RE JANUARY 2021 SHORT SQUEEZE

5    TRADING LITIGATION

6    - - - - - - - - - - - - - - - - - - -x

7                    April 3, 2023

                     10:15 a.m.

8

9          ***** CONFIDENTIAL *****

10

11         Virtual Videotaped Deposition of

12   CECILIA RIVAS, taken by Defendant, pursuant

13   to Notice, held remotely, before Sharon

14   Pearce, RDR, CRR, CRC, NYRCR, a Registered

15   Diplomate Reporter, Certified Realtime

16   Reporter, and Notary Public of the State

17   of New York.

18

19

20

21

22

23

24

25

Page 2

```
 1

 2   A P P E A R A N C E S:

 3

 4      THE ROSEN LAW FIRM
               Attorneys for Plaintiffs
 5             275 Madison Avenue
               40th Floor
 6             New York, New York 10016
 7      BY:  LAURENCE M. ROSEN, ESQ.
               PHILLIP KIM, ESQ.
 8

 9

10      CRAVATH, SWAINE & MOORE LLP
               Attorneys for Defendants
11             825 Eighth Avenue
               Suite 4043B
12             New York, New York 10019
13      BY:  KATHLEEN E. YOUNG, ESQ.
               SHUYU SUN, ESQ.
14

15

16

17

18   ALSO PRESENT:
19      ZEF COTA, Videographer
20
                      *      *      *
21

22

23

24

25
```

Page 3

```
1        RIVAS - CONFIDENTIAL
2           THE VIDEOGRAPHER:  Good morning.
3     We are going on the record at
4     10:15 a.m. on April 3, 2023.  Please
5     note that the microphones are
6     sensitive and may pick up whispering
7     and private conversations.  Please
8     mute your phones at this time.  Audio
9     and video recording will continue to
10    take place unless all parties agree to
11    go off the record.
12          This is Media Unit 1 of the
13    video recorded deposition of
14    Cecilia Rivas taken by counsel in the
15    matter of In Re January 2021 Short
16    Squeeze filed in the United States
17    District Court for the Southern
18    District of Florida, Case No.
19    1:21-MD-2989-CMA.  The location of
20    this deposition is 825 Eighth Avenue,
21    New York, New York.
22          My name is Zef Cota representing
23    Veritext, and I am the videographer.
24    The court reporter is Sharon Pearce
25    from the firm Veritext.  I am not
```

```
                                      Page 4
 1            RIVAS - CONFIDENTIAL
 2       authorized to administer an oath.  I
 3       am not related to any party in this
 4       action, nor am I financially
 5       interested in the outcome.
 6            Counsel and all present,
 7       including remotely, will state their
 8       appearances for the record, beginning
 9       with the noticing attorney.
10            MS. YOUNG:  Kathleen Young from
11       Cravath, Swaine & Moore on behalf of
12       Robinhood.  I'm also here with my
13       colleague, Shuyu Sun.
14            MR. ROSEN:  Laurence Rosen from
15       the Rosen Law Firm on behalf of
16       Ms. Rivas.
17            THE WITNESS:  Cecilia Rivas.
18            MR. ROSEN:  And Phil Kim is
19       listening in on Zoom.
20            THE VIDEOGRAPHER:  Will the
21       court reporter please swear in the
22       witness and then counsel may proceed.
23
24
25
```

```
                                           Page 5
 1              RIVAS - CONFIDENTIAL
 2    C E C I L I A    R I V A S,
 3       having first been duly sworn by
 4       Sharon Pearce, the Notary Public,
 5       was examined and testified as
 6       follows:
 7    EXAMINATION
 8    BY MS. YOUNG:
 9       Q.    Thank you.
10             Good morning, Ms. Rivas.  As I
11    mentioned, my name is Kathleen Young.  I'm
12    an attorney from Cravath, and we're here
13    representing defendants in this matter.
14             Can you please state your full
15    name for the record.
16       A.    Cecilia Rivas.
17       Q.    And what's your current address?
18       A.    ███████████████████████████████
19    ████████████████████████████████.
20       Q.    And have you ever been deposed
21    before?
22       A.    Yes.
23       Q.    On how many occasions?
24       A.    Once.
25       Q.    What kind of matter was that?
```

```
                                              Page 6
 1              RIVAS - CONFIDENTIAL
 2      A.     It was a civil suit related to a
 3   child welfare case.
 4      Q.     And were you a party or a
 5   witness?
 6      A.     A witness.
 7      Q.     Witness?
 8              CERTIFIED STENOGRAPHER:  I'm
 9       sorry.  What case was that?
10              THE WITNESS:  It was a civil
11       suit related to a child welfare case.
12      Q.     So you are probably familiar
13   with the rules of the road, but I'll go
14   over some basics before we begin just as a
15   refresher.
16              You understand that you've been
17   sworn in and the testimony you'll give
18   today is under oath; right?
19      A.     Yes.
20      Q.     And is there any reason why you
21   can't give complete and truthful testimony
22   today?
23      A.     No.
24      Q.     You don't have any condition
25   that would prohibit or prevent you from
```

```
 1            RIVAS - CONFIDENTIAL
 2   providing true and complete testimony?
 3        A.    No.
 4        Q.    And the court reporter is taking
 5   down everything we say, so it's important
 6   that you provide an actual verbal
 7   response, so, you know, rather than
 8   shaking your head or nodding, that sort of
 9   thing, since that won't be picked up on
10   record.
11        A.    Okay.
12        Q.    During the course of the
13   deposition, Mr. Rosen may object to the
14   form of the question that's asked.  That
15   objection is just for the record.  You
16   should still answer the question unless he
17   specifically instructs you not to answer
18   on the basis of privilege.
19              Does that all make sense?
20        A.    Yes.
21        Q.    If you don't understand a
22   question I ask, just let me know, and I'll
23   try to clarify it.  And if you don't hear
24   a question fully, just ask me to repeat
25   it.
```

```
                                                    Page 8

 1                RIVAS - CONFIDENTIAL

 2       A.     Okay.

 3       Q.     And if you allow me to just

 4  finish each question before answering, you

 5  know, I'll try to do the same and let you

 6  finish your answers before posing another

 7  question.  And if you need to take a break

 8  at any point during the deposition, that's

 9  completely fine.  It just can't be while

10  an actual question is pending.

11       A.     Okay.

12       Q.     So what steps did you take, if

13  any, to prepare for your deposition today?

14       A.     I reviewed documents and met

15  with my attorneys.

16       Q.     How many -- on how many

17  occasions did you meet with counsel?

18       A.     To prepare for this deposition

19  specifically?

20       Q.     Yes.

21       A.     Twice.

22       Q.     Twice?

23              And was that with Mr. Rosen?

24       A.     Yes.

25       Q.     Only Mr. Rosen, or was anybody
```

```
 1              RIVAS - CONFIDENTIAL
 2    else present?
 3         A.    Others were present.
 4         Q.    Do you recall who was there?
 5         A.    Yes.  Michael Cohen, and on one
 6    of the occasions, Phillip Kim, and on the
 7    other, Robin Howard.
 8              CERTIFIED STENOGRAPHER:  I'm
 9         sorry.  Who?
10              THE WITNESS:  Robin Howard.
11              MR. ROSEN:  It's actually
12         Howell.
13              THE WITNESS:  Howell.  Thank
14         you.
15         Q.    I was impressed that you got so
16    many, actually.
17              How long were those meetings?
18         A.    One was an hour and a half and
19    one was about three hours.
20         Q.    And did you speak with anybody
21    else in preparation for this deposition?
22         A.    No.
23         Q.    And you said that you reviewed
24    some documents in preparation for the
25    deposition.
```

1              RIVAS - CONFIDENTIAL
2              Did any of those documents help
3    refresh your recollection about past
4    events?
5         A.    Yes.
6         Q.    What kind of -- or do you recall
7    those documents specifically that
8    refreshed your recollection?
9         A.    Social media posts.
10        Q.    Anything specific?
11        A.    I don't -- off the top of my
12   head, I can't say what --
13        Q.    Okay.
14        A.    I remembered honestly nothing
15   about what I had posted on social until I
16   reviewed them.
17        Q.    Understood.
18              Did you take any other
19   preparatory steps for the deposition that
20   we haven't already discussed?
21        A.    No.
22        Q.    And have you discussed this
23   lawsuit with anybody other than your
24   lawyers?
25        A.    Yes.

```
                                        Page 11
 1              RIVAS - CONFIDENTIAL
 2       Q.      And with whom have you spoken
 3   about this lawsuit?
 4       A.      My husband.
 5       Q.      Anything specific or just that,
 6   you know, you're coming to New York for
 7   this deposition?
 8              MR. ROSEN:  Objection.  So
 9       there's a spousal privilege.  So the
10       specifics of your conversation are
11       privileged.
12       A.      Yes.
13       Q.      But you have spoken to him about
14   your participation in this lawsuit.
15       A.      Yes.
16       Q.      Have you ever been a plaintiff
17   in a lawsuit before?
18       A.      Yes.
19       Q.      And what kind of lawsuit?
20       A.      It was a dispute over a medical
21   bill.
22       Q.      Was that the only time you've
23   ever been a plaintiff in a lawsuit?
24       A.      Yes.
25       Q.      Okay.  Who were you suing?
```

```
                                              Page 12
 1              RIVAS - CONFIDENTIAL
 2       A.      It was a hospital.
 3       Q.      And what were the actual claims,
 4  if you recall?
 5       A.      That they basically were
 6  fraudulent, like, that they had me write
 7  my father's name and then claimed that it
 8  was his signature.
 9       Q.      I see.
10              Have you ever been sued before?
11       A.      Yes.
12       Q.      How many occasions?
13       A.      Once.
14       Q.      What kind of action?
15       A.      It was the same case.
16       Q.      Oh.
17       A.      So it was the hospital suing me,
18  yes, and me suing back.
19       Q.      I see.  So it was a cross -- you
20  sued them in response to their suit
21  against you?
22       A.      Correct.
23       Q.      Understood.
24              Have you ever been a class
25  representative before?
```

1          RIVAS - CONFIDENTIAL

2      A.     No.

3      Q.     Have you ever -- have you ever

4  otherwise participated in a class action

5  lawsuit?

6      A.     Yes.

7      Q.     In what capacity?

8      A.     As a class member, receiving a

9  postcard in the mail.

10     Q.     What suit, if you recall?

11     A.     There has been a couple.  One

12  was Facebook over using facial recognition

13  technology in Illinois.  Another was,

14  like, a car part.

15     Q.     Got it.

16          MS. YOUNG:  Shuyu, can we go

17      ahead and mark Tab 29.  I think this

18      will be Exhibit 67.

19          (Defendant's Exhibit 67,

20      LinkedIn profile, was hereby marked

21      for identification, as of this date.)

22     Q.     This will be your version.

23          MR. ROSEN:  So whenever you get

24      an exhibit to look at, just read it

25      through to make sure you understand

```
 1              RIVAS - CONFIDENTIAL
 2       what you're reading.
 3                 THE WITNESS:  Okay.
 4       Q.     Ms. Rivas, can you identify this
 5  document?
 6       A.     Yes.
 7       Q.     Is it your LinkedIn profile?
 8       A.     Yes.
 9       Q.     Are you currently employed at
10  Casey Family Programs?
11       A.     Yes.
12       Q.     And what is Casey Family
13  Programs?
14       A.     It's an operating foundation
15  that works on child welfare system reform.
16       Q.     Is it a nonprofit?
17       A.     Yes.  It's a nonprofit operating
18  foundation.
19       Q.     And so I guess you said that
20  it's -- works on the child welfare system
21  reform; right?
22       A.     Yes.
23       Q.     So is it a mission-focused
24  organization?  Would you characterize it
25  as such?
```

```
 1              RIVAS - CONFIDENTIAL
 2        A.    I suppose that sounds, like, an
 3    accurate --
 4        Q.    Okay.
 5        A.    -- term.
 6        Q.    What position do you hold?
 7        A.    I'm a national partnership
 8    advisor.
 9        Q.    And what does that mean?
10        A.    It means that I manage our
11    relationships with a group of external
12    partners, advocacy organizations, and
13    professional organizations that share our
14    mission and goals.
15        Q.    And you've been in that role
16    since February of 2022?
17        A.    Correct.
18        Q.    And is that a full-time
19    position?
20        A.    Yes.
21        Q.    And I'd like to ask you about
22    some of your work experience before Casey
23    Family Programs, but let's maybe walk
24    through that experience with your résumé.
25              And so this will be 68.
```

```
 1              RIVAS - CONFIDENTIAL
 2                  (Defendant's Exhibit 68, Résumé
 3         of Cecilia Rivas, Bates P00001092, was
 4         hereby marked for identification, as
 5         of this date.)
 6         Q.    And can you identify this
 7   document?
 8         A.    Yes.
 9         Q.    This is your résumé?
10         A.    Yes.
11         Q.    And I don't think this résumé
12   mentions Casey Family Programs.
13               Has it just not been updated
14   since you started working there in
15   February 2022?
16         A.    Correct.
17         Q.    Okay.
18         A.    This was my most up-to-date
19   résumé as of when I was asked for it.
20         Q.    And understanding that it's, you
21   know, not completely up to date, does the
22   information contained here otherwise
23   accurately reflect your professional
24   experience and qualifications?
25         A.    It does.
```

1          RIVAS - CONFIDENTIAL

2      Q.     Okay.  So let's talk about some

3   of those prior jobs.

4             Can you tell me about your

5   experience at the Youth Law Center?

6      A.     Sure.  I was the implementation

7   director for a foster care reform and

8   improvement initiative called the Quality

9   Parenting Initiative.  So we were focused

10  on ensuring that children had excellent

11  parenting every day while in foster care.

12  So I worked with different states that

13  were contracting with the Youth Law Center

14  to implement the Quality Parenting

15  Initiative.

16     Q.     And that's what QPI stands for.

17     A.     Yes.

18     Q.     Okay.  And you were in that role

19  for about two years?

20     A.     Yes.

21     Q.     And what about your position at

22  the Philadelphia Department of Human

23  Services?

24     A.     I had a couple of positions

25  there.  So I started out as the resource

Page 18

```
 1              RIVAS - CONFIDENTIAL
 2   development administrator, which meant
 3   that I was focused on developing the
 4   network of resource homes for children in
 5   foster care.  And then I became the
 6   director of intervention and resource
 7   development, which means that I worked on
 8   ensuring an array of evidence-based
 9   interventions for children and families
10   involved in the child welfare system as
11   well as continuing to oversee development
12   of resource homes.
13        Q.    Got it.
14              And prior to working at the
15   Philadelphia Department of Human Services,
16   you worked as a CUA case management
17   supervisor?
18        A.    Yes.
19        Q.    On the next page.
20        A.    Yes.  A community umbrella
21   agency case management supervisor.
22        Q.    You anticipated my next
23   question.
24              And you held that job for close
25   to four years?
```

1            RIVAS - CONFIDENTIAL
2       A.    Yes.
3       Q.    And what were your main
4  responsibilities?
5       A.    So I supervised a seven-member
6  case management team, and they managed
7  cases ranging from in-home services for
8  families with, you know, at risk of
9  placement to foster care cases, kinship
10  cases, adoption cases, and/or youth.
11       Q.    And before that, you were a
12  therapist working in Chicago; right?
13       A.    Yes.
14       Q.    That was at One Hope United?
15       A.    Yes.
16       Q.    What is that?
17       A.    It's another -- it's a nonprofit
18  that does community-based foster care and
19  child welfare and mental health services.
20       Q.    And you have a master's in
21  social work; right?
22       A.    Yes.
23       Q.    What drew you to social work?
24       A.    Wanting to, you know, advocate
25  for children and families who were facing

```
                                            Page 20
 1              RIVAS - CONFIDENTIAL
 2   injustices and wanting to help children
 3   and their families be, you know, safe and
 4   healthy and thrive.
 5       Q.    And the master's in social work,
 6   that's the highest level of education
 7   you've obtained; right?
 8       A.    Yes.
 9       Q.    And you received that degree in
10   2011 from the University of Central
11   Florida?
12       A.    Yes.
13       Q.    And you also have a BA in
14   history with a minor in women's studies
15   from the University of Central Florida as
16   well; right?
17       A.    Yes.
18       Q.    And you graduated in 2009?
19       A.    Yes.
20       Q.    Got it.
21             And you're also licensed in
22   Pennsylvania as a clinical social worker;
23   right?
24       A.    Yes.
25       Q.    Okay.  Do you have any other
```

```
                                        Page 21
 1            RIVAS - CONFIDENTIAL
 2   educational credentials, like licenses or
 3   certifications, that sort of thing?
 4        A.    No.
 5        Q.    You don't have any
 6   certifications or licenses that relate to
 7   finance; right?
 8        A.    No.
 9        Q.    Ms. Rivas, do you have a
10   Facebook account?
11        A.    Yes, I do.
12        Q.    Do you recall your username or
13   handle?
14        A.    I don't recall my username or
15   handle.
16        Q.    Okay.
17            MS. YOUNG:  Let's take a look,
18        Shuyu, at 23.  This will be
19        Exhibit 69.
20            (Defendant's Exhibit 69,
21        Facebook profile page, was hereby
22        marked for identification, as of this
23        date.)
24        Q.    Do you recognize this document,
25   Ms. Rivas?
```

```
                                        Page 22
 1              RIVAS - CONFIDENTIAL
 2        A.    I do.
 3        Q.    Is this your Facebook profile
 4   page?
 5        A.    Yes.
 6        Q.    Okay.  How often do you use
 7   Facebook?
 8        A.    I look at it every day.
 9        Q.    Okay.  Do you ever use Facebook
10   to research the stock market?
11        A.    No.
12        Q.    You don't use it to, you know,
13   research investment strategies or possible
14   investments, anything like that?
15        A.    I see people talking about
16   investments and, you know, sometimes chat
17   with people, but not in a very
18   sophisticated way.  Like, I wouldn't call
19   it investment research.
20        Q.    Got it.
21              Have you ever posted anything on
22   Facebook that relates to investing?
23        A.    Yes.
24        Q.    How frequently, would you say?
25        A.    I think only during the
```

Page 23

                    RIVAS - CONFIDENTIAL

 1
 2   situation with Robinhood and GameStop and
 3   then back during the Occupy Wall Street
 4   protests.   I would have been posting about
 5   that as well.
 6        Q.    Got it.
 7              Outside of those two time
 8   periods, you don't recall ever posting
 9   about --
10        A.    I don't recall ever posting, no.
11        Q.    Do you ever delete posts or
12   comments that you post on Facebook?
13        A.    I have.
14        Q.    Anything -- have you ever
15   deleted anything investment related?
16        A.    No.
17        Q.    Okay.   Do you have a Twitter?
18        A.    Yes.
19        Q.    Okay.
20              MS. YOUNG:   Shuyu, can we look
21        at Tab 25, which has been previously
22        marked as Exhibit 2.
23
24
25

```
                                              Page 24
 1            RIVAS - CONFIDENTIAL
 2              (Defendant's Exhibit 2, A letter
 3        dated February 27, 2023, was
 4        previously marked for identification.)
 5        Q.    So I just put in front of you,
 6   Ms. Rivas, a letter that your counsel
 7   previously provided in this action on
 8   February 27th of 2023 -- you can see that
 9   at the top -- that lists social media
10   handles that you've used.
11              If you take a look at page 2, do
12   you see your name?
13        A.    Yes.
14        Q.    And the handle of your Twitter
15   account that's provided here is
16   ███████████████████
17              Is that the correct account
18   name?
19        A.    I'm not sure.  I'm not sure if
20   my name is spelled that way in the account
21   name.
22        Q.    I got it.  Okay.
23              MS. YOUNG:  Let's take a look at
24        Tab 26, Shuyu, which should be
25        Exhibit 70.
```

```
                                              Page 25

 1           RIVAS - CONFIDENTIAL

 2              (Defendant's Exhibit 70, Twitter

 3      account web page, was hereby marked

 4      for identification, as of this date.)

 5      Q.     Do you recognize this document?

 6      A.     Yes.

 7      Q.     Is this your Twitter page?

 8      A.     Yes.

 9      Q.     And can you please read the

10  handle on this page, which is top --

11      A.     Yes.

12      Q.     -- left side.

13      A.     ███████████████████

14      Q.     And the account name is

15  ██████████████████████ rather than

16  ████████

17      A.     Yes.

18      Q.     ███████████████

19             Okay.   Thank you?

20             Is there any significance in the

21  ███████████?

22      A.     It was my ████████████████████████

23      Q.     Okay.  I see.

24      A.     Philadelphia.

25      Q.     Is this the only account you
```

Page 26

```
 1              RIVAS - CONFIDENTIAL
 2    have on Twitter?
 3         A.    Yes.
 4         Q.    Have you ever Tweeted from this
 5    account?
 6         A.    I have.
 7         Q.    Is it just that it's private and
 8    that's why we can't see it?
 9         A.    I'm not sure if it's private or
10    if I deleted Tweets.  But I know I Tweeted
11    when I first started at DHS.
12         Q.    And when was that?
13         A.    That was -- well, I started in
14    November 2017.  It would have been
15    sometime while I was a resource
16    development administrator between
17    November 2017 and 2018.
18         Q.    But you don't know if there's
19    any Tweets that are currently available or
20    still posted on your Twitter profile.
21         A.    I can't remember if I deleted
22    them or if they're just not visible
23    publicly.
24         Q.    I see.
25               Do you ever use Twitter to
```

```
                                        Page 27

 1            RIVAS - CONFIDENTIAL
 2    research the stock market?
 3        A.    No.
 4        Q.    Or investment strategies?
 5        A.    No.
 6        Q.    Do you have a Reddit account?
 7        A.    I do.
 8        Q.    Do you recall your handle?
 9        A.    ███████████████████████
10    ███████████████.
11        Q.    Got it.  Okay.
12              CERTIFIED STENOGRAPHER:  I'm
13    sorry.  Could you repeat that handle.
14              THE WITNESS:  It's ██████████
15        Q.    And do you ever use Reddit to
16    research the stock market?
17        A.    No.
18        Q.    Or investment strategies?
19        A.    No.
20        Q.    Have you ever posted or
21    commented on anything on Reddit that
22    relates to investing?
23        A.    No.
24        Q.    Have you ever viewed discussions
25    on Wallstreetbets on Reddit?
```

1             RIVAS - CONFIDENTIAL

2        A.     Yes.

3        Q.     When did you first learn about

4    Wallstreetbets?

5        A.     January 2021.

6        Q.     How did you learn about it?

7        A.     Either seeing friends write

8    about it or in, like, you know, mainstream

9    media articles.  I don't remember which.

10       Q.     How closely did you follow that

11   sub-Reddit during that period?

12       A.     I read it every day.

13       Q.     Every post or just --

14       A.     Looked at it every day.

15       Q.     Okay.

16       A.     I wouldn't say I read every

17   post.

18       Q.     Since January of 2021 or

19   February of 2021, have you followed --

20   gone back and looked at Wallstreetbets?

21       A.     Yes.

22       Q.     How frequently?

23       A.     Occasionally, I think, during

24   the rest of 2021.  I don't believe I've

25   looked at it since then.

```
 1            RIVAS - CONFIDENTIAL
 2       Q.    Got it.
 3             Do you ever delete posts or
 4   comments on Reddit?
 5       A.    No.
 6             MS. YOUNG:  Let's go ahead and
 7       mark 30, which I think is 71.
 8             (Defendant's Exhibit 71, Reddit
 9       account web page, was hereby marked
10       for identification, as of this date.)
11             MR. ROSEN:  This is 71?
12             MS. YOUNG:  Yes.
13       Q.    The account -- well, I think
14   it's similar.  But if you look in the
15   upper right-hand corner, do you see
16   "u/Cat-nap-215"?
17       A.    I do.
18       Q.    Is that your profile -- your
19   handle?
20       A.    It is.
21       Q.    Got it.
22             And under "Cake day," it says
23   July 21, 2021.
24             Does that indicate that that's
25   when you created this account?
```

1              RIVAS - CONFIDENTIAL

2       A.    I don't know what that

3   indicates.

4       Q.    Do you recall creating an

5   account prior to that time?

6       A.    I had an account prior to that

7   time.

8       Q.    Do you know if it was this

9   account or a different account?

10      A.    I vaguely remember changing my

11  username at one point.

12      Q.    Got it.

13      A.    I don't remember if I, like,

14  created a different account or -- and I --

15  now that I look at this, I remember this

16  post, but I had completely forgotten it.

17      Q.    Understood.

18            MS. YOUNG:  Let's mark Tab 24,

19       Shuyu.  This will be 72.

20            (Defendant's Exhibit 72, Reddit

21       comment, was hereby marked for

22       identification, as of this date.)

23      Q.    And do you recognize this

24  account?

25      A.    Yes.  No.  I'm sorry.  Let me

Page 31

```
 1              RIVAS - CONFIDENTIAL
 2    look at it for a second.
 3         Q.    Sure.
 4         A.    Yeah.   It looks like it's a
 5    different username.   So maybe this is
 6    where I created one under a different
 7    name.   This is not ringing a bell.
 8         Q.    The handle of it is
 9    ███████████████████; right?
10         A.    Yes.
11         Q.    But you're not sure if this is
12    your account?
13         A.    Maybe?   It's a long time ago,
14    and it's not -- I don't remember.
15         Q.    Could you read the date below
16    "Cake day."
17         A.    ████████████████.
18         Q.    And that was the day before the
19    class period in this case; right?
20         A.    Yes.
21         Q.    And if you look kind of beneath
22    "New," looks like there's a post that
23    relates to Robinhood.
24         A.    I'm sorry.   Which exhibit are
25    you on now?   72 or 71?
```

Page 32

1          RIVAS - CONFIDENTIAL

2      Q.     72.  So if you look at --

3   there's a -- you commented on "Robinhood's

4   Guinea Pig for Upending Public Offerings."

5      A.     Yes.

6      Q.     But you're not sure if this was

7   your account?

8      A.     I mean, it says ██████ so it's

9   probably my account.  I truly do not

10  remember this at all.

11     Q.     That's not on the list, though,

12  on -- of handles on Exhibit 2; right?

13     A.     No.  I did not provide this,

14  because I completely forgot about it.

15     Q.     Got it.

16            Do you have an Instagram

17  account?

18     A.     I do.

19            MS. YOUNG:  Shuyu, let's mark

20        Tab 28.  73.

21            (Defendant's Exhibit 73,

22        Instagram account web page, was hereby

23        marked for identification, as of this

24        date.)

25     Q.     And while we're waiting for

```
                                          Page 33
 1            RIVAS - CONFIDENTIAL
 2   that, have you ever posted on Instagram?
 3        A.    I can't remember if I've ever
 4   posted.  I certainly don't post much.
 5        Q.    More of a lurker?
 6        A.    Yes.
 7        Q.    Me as well.  Oh, wait.  I should
 8   be giving you this one.
 9              MR. ROSEN:  This is 73?
10              MS. YOUNG:  Yeah.  73.
11        Q.    Is this your handle here?
12        A.    Yes.
13        Q.    And that's ████████████
14        A.    Yes.
15        Q.    This is the only account you
16   use?
17        A.    Yes.
18        Q.    Okay.  Do you ever use Instagram
19   to research the stock market?
20        A.    No.
21        Q.    Or investment strategies?
22        A.    No.
23        Q.    And do you have a TikTok?
24        A.    Yes.
25        Q.    Okay.
```

```
                                            Page 34
 1             RIVAS - CONFIDENTIAL
 2             MS. YOUNG:  Shuyu, let's mark
 3     Tab 27.  This will be 74.
 4             (Defendant's Exhibit 74, TikTok
 5     account page, was hereby marked for
 6     identification, as of this date.)
 7     Q.    Do you ever post on TikTok?
 8     A.    No.
 9     Q.    Is this your handle, ███████?
10     A.    Yes.
11     Q.    Do you ever use TikTok to
12  research the stock market?
13     A.    No.
14     Q.    Or investment strategies more
15  generally?
16     A.    No.
17     Q.    Do you ever delete posts or
18  comments on TikTok?
19     A.    No.
20     Q.    Do you use any other social
21  media?
22     A.    Off the top of my head, nothing
23  is coming to mind.  But let me double
24  check this exhibit.
25             No.
```

```
                                          Page 35
 1            RIVAS - CONFIDENTIAL
 2       Q.    You don't have a Discord
 3   account?
 4       A.    No.  I've never used Discord.
 5       Q.    Or a YouTube account?
 6       A.    I may have a YouTube account.  I
 7   don't watch it much.
 8       Q.    Got it.
 9       A.    I don't watch it at all, I
10   should say.
11       Q.    Do you invest in the stock
12   market?
13       A.    Yes.
14       Q.    When did you first start
15   investing?
16       A.    August 2020.
17       Q.    Why did you start investing?
18       A.    I was, you know, stuck at home
19   during a pandemic and got a couple of
20   stimulus checks and the first time decided
21   to take that step.
22       Q.    And how did you first start
23   investing?
24       A.    I had a Robinhood account.  I
25   downloaded Robinhood -- I downloaded
```

```
1              RIVAS - CONFIDENTIAL
2    Robinhood in 2018, but I did not put money
3    into it until August 2020.
4        Q.    Do you recall why you opened an
5    account in 2018 if you didn't start
6    actually trading until a couple of years
7    later?
8        A.    A friend wanted the, you know,
9    credit for referring me, so I downloaded
10   it but didn't -- at that point, I
11   definitely did not have the money to put
12   into the stock market.
13       Q.    You're a better friend that I
14   was -- than I would be.  I'm not sure that
15   I would open an account.  But --
16       A.    Well, I didn't ultimately put
17   any money in it, so they probably didn't
18   get the bonus.
19       Q.    And are you still a Robinhood
20   user?
21       A.    Yes.
22       Q.    How frequently do you use
23   Robinhood?
24       A.    Hardly ever.  I just have one
25   stock left in there.
```

```
                                            Page 37
 1              RIVAS - CONFIDENTIAL
 2       Q.     And has your usage kind of waxed
 3   and waned over time?  Like, were there
 4   periods where you were using Robinhood
 5   more frequently?
 6       A.     Yes.
 7       Q.     And when was that?
 8       A.     I was using Robinhood more
 9   frequently from August 2020 when I first
10   got onto the platform until January, and
11   then in February, I switched over to
12   Fidelity and, you know, don't use
13   Robinhood too much to look at stocks
14   anymore.
15       Q.     So focusing just on that
16   August 2020 to January 2021 period, how
17   frequently would you say you used it?
18       A.     Daily.
19       Q.     And by daily --
20       A.     Sorry.  But when you say used,
21   do you mean, like, buying and selling, or
22   do you mean looking at the app?
23       Q.     You anticipated my next
24   question.
25              So I should say when you would
```

```
                                              Page 38
 1              RIVAS - CONFIDENTIAL
 2    go on to Robinhood onto the app, was it
 3    just checking your portfolio most of the
 4    time or actively trading?
 5        A.    Most of the time, it was just
 6    looking at stocks.
 7        Q.    And how frequently would you say
 8    approximately you traded on the app back
 9    during that period between August 2020 and
10    January of 2021?
11        A.    There were days where -- or,
12    like, weeks where I would, you know, trade
13    every day.  It was kind of that
14    gamification where, like, I would see if I
15    could make a little bit of money here and
16    there on stocks.
17        Q.    Got it.
18        A.    So waxed and waned, I would say.
19        Q.    And there were times I assume
20    that you would just open the app just to
21    take a look at your portfolio.
22        A.    Just to take a look at stocks in
23    general, not necessarily even my
24    portfolio.
25        Q.    So what features did you use on
```

Page 39

```
 1              RIVAS - CONFIDENTIAL
 2     the app, if you recall, when you were
 3     using it more regularly?
 4          A.    Creating watch lists and then
 5     opening stocks to see how they were doing.
 6          Q.    Did you ever review
 7     company-specific information on the app?
 8          A.    Company-specific information,
 9     like -- like, where they would post, you
10     know, SEC filings and that kind of thing?
11          Q.    Yeah, stuff like that.
12          A.    I've done that with my brother's
13     company, but besides that, I don't think
14     I've ever looked at that type of -- like,
15     gone that far down the rabbit hole on any
16     stocks.
17          Q.    And what about more general news
18     that might be posted about certain
19     companies on the app?
20          A.    Yeah.  I would sometimes click
21     on the news.
22          Q.    Did you subscribe to Robinhood
23     Snack newsletters, if you recall?
24          A.    Yes.
25          Q.    Did you review those?
```

```
                                    Page 40
 1            RIVAS - CONFIDENTIAL
 2      A.    Yes.  I wouldn't say I
 3   subscribed.  I think Robinhood put me on
 4   the list, but I did not unsubscribe.
 5      Q.    Understood.
 6            You mentioned a Fidelity
 7   account.
 8      A.    Yes.
 9      Q.    Is that your only other
10   brokerage account that you've ever had?
11      A.    Yes.
12      Q.    And --
13      A.    No.  I'm sorry.  I created a --
14   that's right.  I'm sorry.  I created,
15   like, later on, after this -- after the
16   period that I was asked for documents a
17   public account for the, you know, free
18   opening of stocks, and I think last year,
19   I opened a Webull account, same thing, for
20   those stocks but did not trade on those
21   platforms.
22      Q.    So a Webull account and a
23   Fidelity account; right?
24      A.    And public.
25      Q.    And public.
```

Page 41

```
 1              RIVAS - CONFIDENTIAL
 2                  But you opened the Webull
 3   account and the public account
 4   approximately when?
 5       A.    It was after the, like, period
 6   of time where I was producing my accounts.
 7   But it, like -- later in 2021, I think.
 8   This is so long ago.
 9       Q.    And is it only -- of those
10   brokerage accounts, is the only one that
11   you kind of actively use the Fidelity
12   account?
13       A.    Yes.  Yeah.
14       Q.    And when did you create that
15   account?
16       A.    That was right after Robinhood
17   turned off the buy button.  So it would
18   have been beginning of February 2021.
19       Q.    Got it.
20                  And how frequently do you use
21   Fidelity?
22       A.    Like, to trade or --
23       Q.    Yeah.
24       A.    -- looking at it?
25       Q.    Trade, I guess.
```

Page 42

1           RIVAS - CONFIDENTIAL

2      A.      Recently, I haven't done any

3   trading.   It's just left the money that I

4   have in there in it.

5      Q.      Do you invest on behalf of

6   anyone else?

7      A.      No.

8      Q.      Does anyone invest on your

9   behalf?

10     A.      No.

11     Q.      Have you ever hired an

12  investment or financial advisor?

13     A.      No.

14     Q.      Focusing I guess back in that

15  August 2020 to January 2021 period, how

16  much time approximately did you dedicate

17  to investing?

18     A.      August 2022?

19     Q.      Oh, I'm sorry.   Between

20  August 2020 and January of 2021.

21          MR. ROSEN:   Per day?   Per week?

22     Per month?

23     Q.      Per day, let's say.

24     A.      It depended upon the day and --

25  so I -- it's hard to say.

Page 43

1                RIVAS - CONFIDENTIAL
2         Q.     What about focusing in on the
3    January 2021 period?  How much time would
4    you guess that you were, you know --
5    estimate that you invest?
6         A.     I mean, during that period of a
7    lot of activity, probably a couple of
8    hours.  So, like, reading and scrolling
9    and --
10        Q.     And since that time, have you
11   dedicated, you know, a couple of hours a
12   day to investing or --
13        A.     No.
14        Q.     -- less?
15        A.     No.  Much less.
16        Q.     How would you describe your
17   investment strategy?
18        A.     I think investment strategy is
19   probably too strong of a term for anything
20   I've ever had.
21        Q.     Well, what's your main objective
22   in investing?
23        A.     To make money.
24        Q.     So when you decide to buy a
25   particular stock, can you walk me through

Page 44

1                RIVAS - CONFIDENTIAL
2      how you make that decision.
3          A.    I buy stocks that I think are
4      likely to go up.  It depends upon the
5      stock as to how I make that decision.
6          Q.    What factors do you consider
7      when you're evaluating whether or not you
8      think the stock price will increase?
9          A.    Whether or not I think it's a,
10     you know, sound or good company, whether
11     or not I support the company in terms of,
12     like, ethics.  Like, I'm more likely to
13     invest in a green company.  I
14     categorically don't invest in, like, oil
15     or energy.  And also with respect to
16     stocks that have a lot of buzz among
17     friends, you know, or, like, Meme stocks I
18     would consider sort of the fun aspect of,
19     like, being a part of excitement or
20     enthusiasm.
21         Q.    And --
22         A.    So many different factors.
23         Q.    And so I guess honing in first
24     on when you said you consider whether or
25     not it's a good company.

Page 45

```
 1              RIVAS - CONFIDENTIAL
 2              By that, do you mean that you
 3    agree with their -- you know, what you
 4    perceive to be the company's ethics?  Is
 5    that what you meant by "good"?
 6         A.    I think the first category that
 7    I said of, like, things to consider is do
 8    I think -- when I said good, I meant is
 9    the business doing well or sound.
10         Q.    Financially.
11         A.    Yeah.
12         Q.    And do you base that
13    determination on things like SEC filings
14    or earnings announcements?
15         A.    More like news articles and --
16    yeah, like, news articles and sort of
17    knowledge of the general environment for
18    that, you know, respective industries.
19         Q.    And do you consider the
20    company's cash flow projections, things
21    like that?
22         A.    No.  I am not that -- not that
23    savvy.
24         Q.    And a few minutes ago, you
25    did -- you mentioned also the fun aspect
```

```
                                        Page 46
 1              RIVAS - CONFIDENTIAL
 2   of being -- I think you said being --
 3   sorry.  I don't want to mischaracterize
 4   what you said.
 5        A.    Part of a lot of enthusiasm.
 6        Q.    Part of excitement or
 7   enthusiasm; right?
 8        A.    Yeah.  Yes.
 9        Q.    Is that how would you
10   characterize the Meme stock events?
11        A.    That was one factor, but not the
12   only factor.
13        Q.    And when you mention that, you
14   know, you might hear some buzz about a
15   company from friends and stuff like that,
16   is that often stuff that you would hear
17   online on social media?
18        A.    Yeah.  That's one place.
19        Q.    Where else?
20        A.    Sometimes text messages with
21   friends that, you know, I don't have
22   anymore.
23        Q.    What do you mean that you don't
24   have anymore?
25        A.    I mean my iPhone is set to only
```

```
 1              RIVAS - CONFIDENTIAL
 2     maintain text history for three months, so
 3     on a rolling basis, you know.  So without
 4     that history, I really can't remember what
 5     I've received via text message, but mostly
 6     social media.
 7          Q.     Are there any other factors that
 8     you consider when you're deciding whether
 9     or not to invest in a company?
10          A.     I think I hit everything.
11          Q.     What about the decision to sell
12     a particular stock?
13          A.     I sell when I think it's likely
14     going to not go up anymore.
15          Q.     And how do you make that
16     determination, or what informs your view
17     as to whether or not you think the stock
18     price will go down?
19          A.     If it seems like there's --
20     sometimes there might be momentum in a
21     downward direction where it seems like
22     investors have lost faith in a company.
23     It might be reading bad news about a
24     company.  It might be sometimes that it
25     has gone up so much that I just have a
```

Page 48

```
 1              RIVAS - CONFIDENTIAL
 2    feeling like this stock can't go up
 3    anymore, you know.  Surely, it's going to
 4    come back down.
 5         Q.    And are there particular news
 6    segments or programs that you follow for
 7    investing?
 8         A.    Not specifically.  I mean, I,
 9    like, am more likely to read MSNBC News
10    online or, you know, I subscribe to the
11    New York Times and the Washington Post and
12    read their business sections.
13         Q.    Do you subscribe to any
14    newsletters about investing?
15         A.    I don't think so, no.
16         Q.    Or listen to any podcasts about
17    the market or investing?
18         A.    No.
19         Q.    Do you watch any television
20    shows about investing?
21         A.    No.  I don't own a TV.
22         Q.    I'm impressed.
23         A.    Thank you.
24         Q.    I think you probably answered
25    this earlier, but you don't follow any
```

```
                                            Page 49
1              RIVAS - CONFIDENTIAL
2    social media sources for advice about the
3    market?
4         A.    I don't think I follow anybody,
5    no.
6         Q.    Okay.  And did this general
7    investment strategy that we just discussed
8    change at all around January of 2021?
9         A.    No.  I wouldn't say it changed.
10        Q.    And are you familiar with a
11   company called GameStop?
12        A.    Yes.
13        Q.    What kind of company is it?
14        A.    It's a company that sells games.
15   It's a retail company.
16        Q.    Have you ever done any research
17   into GME as a potential investment?
18        A.    Yes.
19        Q.    What did you do?
20        A.    Reading news articles and
21   chatter on social media.
22        Q.    And approximately when was this
23   that you recall doing this research?
24        A.    The first time that I've read
25   about GameStop as a stock as opposed to as
```

Page 50

1           RIVAS - CONFIDENTIAL

2    a company at the mall, that would have

3    been January 2021.

4         Q.    And what do you recall reading

5    around that time?

6         A.    A lot of people believed that

7    the stock was undervalued and poised for,

8    you know, business turnaround.  A lot of

9    people believed it was shorted even though

10   it was a company with potential.

11        Q.    Did you -- do you recall

12   researching things like earnings

13   announcements?

14        A.    No.

15        Q.    Or press releases, things like

16   that from the company?

17        A.    I don't specifically recall

18   reading press releases.

19        Q.    Or company financials that the

20   company put out?

21        A.    No.

22        Q.    Do you recall any -- and you

23   don't recall any company announcements

24   generally from GME in January of 2021.

25        A.    I recall that they were pretty,

```
 1              RIVAS - CONFIDENTIAL
 2    like, silent.  Like, they did not comment
 3    on the sharp price increase.  That's all I
 4    remember, because I remember thinking
 5    that's probably smart of them.
 6         Q.    Why was that?
 7         A.    Just because they -- nobody will
 8    be mad at them for their statements if
 9    they don't make statements.
10         Q.    Why do you have a view as to why
11    somebody could be mad at them if they had
12    made a statement about the increase in the
13    stock?
14         A.    It was a controversial stock, if
15    you will.  Many people wanted it to go up.
16    Many people wanted it to go down.
17         Q.    Are you aware of anything GME
18    was doing differently as a company in
19    January of 2021?
20         A.    Yes.
21         Q.    What was that?
22         A.    They were trying to pivot more
23    into online sales.
24         Q.    And you mentioned a moment ago
25    that you thought that GME was a fairly
```

```
                                        Page 52
 1              RIVAS - CONFIDENTIAL
 2   controversial stock at this time because a
 3   lot of people wanted it to go down.
 4              Had you heard about a possible
 5   short squeeze in GameStop around this
 6   time?
 7        A.    Yes.
 8        Q.    And what did you hear about
 9   that?
10        A.    The belief that there was a
11   short squeeze.
12        Q.    Just generally that there was a
13   short squeeze?
14        A.    Yes, that the stock was heavily
15   shorted and that short sellers were having
16   to cover their shorts.
17        Q.    Did you want to participate in a
18   possible GME short squeeze?
19        A.    I didn't know if there was a
20   short squeeze.
21        Q.    But you heard about the
22   possibility of a short squeeze.
23        A.    Yes.
24        Q.    And to the extent that
25   materialized, were you interested in being
```

Page 53

```
 1            RIVAS - CONFIDENTIAL
 2   part of that squeeze?
 3        A.    I liked the idea that shorts
 4   were losing money on GameStop.
 5        Q.    And why did you like that?
 6        A.    I don't like hedge funds.  I
 7   don't like anybody on Wall Street.  And I
 8   like GameStop as a company.
 9        Q.    And were you aware of any other
10   attempted short squeezes in other stocks
11   around this time?
12        A.    I heard things, yeah.
13        Q.    Do you recall any of those
14   companies?
15        A.    Yeah.
16        Q.    Can you tell me what those are?
17        A.    AMC, Bed Bath & Beyond, Koss,
18   Express, Trivago, something like that.
19   Those are the ones that come to mind.
20        Q.    Do you recall anything about an
21   attempted short squeeze of Blackberry?
22        A.    Yes, Blackberry as well.  That
23   was another one.
24        Q.    Nokia?
25        A.    Yes.
```

```
 1            RIVAS - CONFIDENTIAL
 2       Q.    Tootsie Roll?
 3       A.    Yeah.  They sound familiar as
 4   you name them, like, oh, right, there was
 5   that too.
 6       Q.    Do you recall any specifics
 7   about what you heard about short --
 8   potential short squeezes in some or all of
 9   those stocks?
10       A.    That they were -- you know, the
11   theory was that they were heavily shorted
12   and that people wanted to take advantage
13   of that fact by buying the stock,
14   believing it would go up.
15       Q.    And by take advantage of that,
16   do you mean that they were trying to take
17   advantage of the fact that it was heavily
18   shorted to induce a short squeeze to make
19   money or to kind of stick it to hedge
20   funds and other institutional investors
21   that were heavily shorting those stocks?
22            MR. ROSEN:  Objection.  Compound
23       question.
24       Q.    I can break it down.
25       A.    Sure.
```

Page 55

```
1              RIVAS - CONFIDENTIAL
2        Q.    And by -- well, I'll just ask it
3    more generally.
4              What did you mean by, you know,
5    people were trying to take advantage of
6    that, of the short interest or potential
7    short squeeze in those companies?
8        A.    I mean, I -- I can't speak for
9    other people's decisionmaking --
10       Q.    Sure.
11       A.    -- processes.
12       Q.    But you had the impression that
13   there were at least some retail investors
14   that were trying to take advantage of
15   that.  I guess I'm just trying to
16   understand what you mean by take advantage
17   of that.
18       A.    When I said take advantage, I
19   meant to make a profit.
20       Q.    Got it.
21             And by late January of 2021, had
22   you heard that the stock price for any of
23   these companies had increased dramatically
24   around this time?
25       A.    Yes.
```

```
 1            RIVAS - CONFIDENTIAL
 2      Q.    Do you recall any news or media
 3   attention about the price of any of those
 4   stocks increasing beyond what many people
 5   thought that they were actually worth?
 6      A.    Yes.
 7      Q.    Do you recall anything specific
 8   about that?
 9      A.    I recall speculation in the
10   media that there was a short squeeze.
11      Q.    And is it your understanding
12   that a short squeeze would mean that the
13   price of a stock is driven beyond what it
14   would -- what it's really worth?
15      A.    That is my understanding of,
16   like, one aspect of what a short squeeze
17   is.
18      Q.    And what about for GME
19   specifically?
20      A.    What about it?
21      Q.    Would you -- did you -- do you
22   recall media or news attention about the
23   stock price of GME increasing beyond what
24   it was actually worth at that time?
25      A.    I recall reading news about
```

```
                                              Page 57
 1              RIVAS - CONFIDENTIAL
 2    there being a short squeeze.  Yeah.
 3         Q.    And again, just to ensure that I
 4    fully understand, your understanding is
 5    that if there's a short squeeze, that that
 6    means that the price of the stock is --
 7    has exceeded what it's actually worth.
 8         A.    I mean, I think that the idea of
 9    what it's actually worth is something that
10    for every stock at all times people will
11    debate over.  That's why some people buy,
12    some people sell.
13         Q.    I think you have used the term
14    earlier "Meme stock."
15              When did you first hear that
16    term?
17         A.    I don't remember.
18         Q.    What do you understand a Meme
19    stock to be?
20         A.    I understand a Meme stock to be
21    a stock with a lot of retail interest and
22    buzz and excitement.
23         Q.    Is it your understanding that
24    Memes are supposed to be funny?
25         A.    In -- like, in terms of, like,
```

```
                                              Page 58
 1              RIVAS - CONFIDENTIAL
 2    posting, you know -- posting images on the
 3    internet, that in that sense, a Meme is
 4    generally funny.  But if you're asking
 5    with respect to a Meme stock, no.  I don't
 6    think that it necessarily means that.
 7         Q.     You don't think that there's --
 8    you didn't think that there was anything
 9    funny about Meme stocks.
10         A.     Not necessarily.
11         Q.     Did you believe any of the
12    stocks we've been discussing today were
13    considered Meme stocks around this time?
14         A.     Yes.
15         Q.     Which of them?
16         A.     All of the ones that we just
17    named were referred to as Meme stocks, you
18    know, in the media and pop culture.
19         Q.     And did you think there was
20    anything funny about these, you know,
21    events that we've been discussing in late
22    January of 2021?
23         A.     Did I think there was anything
24    funny?  I mean, there were aspects that
25    were funny, yes.  I think -- yeah.
```

```
 1            RIVAS - CONFIDENTIAL
 2       Q.    Could you expand on that, what
 3  you mean by that?
 4       A.    The idea of hedge funds losing
 5  money at the hands of retail investors.
 6  You know, like, if that was true, I would
 7  find that funny.
 8       Q.    Funny.
 9       A.    Yeah.
10       Q.    Does that sort of relate to this
11  buzz or the excitement in the online
12  community around this time with respect to
13  these events and sort of momentum around
14  that trading activity?
15       A.    What do you mean does it relate
16  to -- like, does me finding it funny --
17       Q.    Funny.  Yeah.
18       A.    -- relate to that?
19       Q.    Is that part of what you meant
20  by -- I think earlier you described it
21  participating in some of the stuff was
22  fun --
23       A.    Yeah.
24       Q.    -- around that time, and it was
25  exciting, and it was part of the --
```

```
                                        Page 60
 1            RIVAS - CONFIDENTIAL
 2       A.    Well, when I said it was fun, I
 3   didn't mean that it was funny.  But yeah.
 4       Q.    Okay.
 5       A.    Yeah.
 6       Q.    The part that you find funny is
 7   more just, you know, hedge funds
 8   potentially losing money because of their,
 9   you know -- how heavily they shorted these
10   stocks.
11       A.    Yes.
12       Q.    Is that fair?
13       A.    Yes.
14       Q.    Okay.
15            MR. ROSEN:  Can we take a break
16       at some point?
17            MS. YOUNG:  Yeah.  That's
18       actually a good time.  Ten minutes?
19            MR. ROSEN:  Sure.
20            MS. YOUNG:  Okay.
21            THE VIDEOGRAPHER:  We're going
22       off the record at 11:03 a.m.
23            (Recess)
24            THE VIDEOGRAPHER:  We're back on
25       the record at 11:19 a.m.
```

```
 1              RIVAS - CONFIDENTIAL
 2   BY MS. YOUNG:
 3        Q.    And Ms. Rivas, you understand
 4   you're still under oath.
 5        A.    Yes.
 6        Q.    Right?  Okay.
 7              And have you purchased shares of
 8   GME before?
 9        A.    Yes.
10        Q.    And when was that approximately?
11        A.    Which shares?
12        Q.    Well, the first time you
13   purchased GME.
14        A.    The first time I purchased GME
15   was January 27th of 2021.
16        Q.    Okay.
17              MS. YOUNG:  Let's look at
18        Tab 21, Shuyu.  This is 75.
19              (Defendant's Exhibit 75,
20        Certification, was hereby marked for
21        identification, as of this date.)
22              MR. ROSEN:  Exhibit 75?
23              MS. YOUNG:  75.  Yeah.
24        Q.    Ms. Rivas, do you recognize this
25   document?
```

```
                                              Page 62
 1             RIVAS - CONFIDENTIAL
 2        A.     Yes.
 3        Q.     And can you identify it as a
 4   certification you signed authorizing the
 5   Rosen Law firm to file this action on your
 6   behalf?
 7        A.     Yes.
 8        Q.     I'm going to direct you to
 9   paragraph 4 on that first page.  You see
10   where the certification says it lists all
11   the transactions you have made in the
12   affected stocks during the class period
13   set forth in the consolidated complaint?
14        A.     Yes.
15        Q.     And at the bottom of the page,
16   that bears your signature there?
17        A.     Yes.
18        Q.     And if you look at the next
19   page, is this a complete list of all the
20   transactions you made in the affected
21   stocks during the class period?
22        A.     Yes.
23        Q.     And those only included trades
24   in GME; right?
25        A.     Well, there was a sale in
```

Page 63

                    RIVAS - CONFIDENTIAL

1    February.

2        Q.    Right.  Just during -- yeah.

3    Trades in GME.

4        A.    Yes.

5        Q.    Right.

6              Okay.  And then before we turn

7    to the specific trades, I think you

8    discuss a little bit of research that you

9    did or news articles and such that you

10   read about GME around this time period.

11             Was a lot of that prior to

12   investing in GME?

13       A.    I have read articles prior to

14   investing in GME.

15       Q.    And was there anything in

16   particular that prompted you to trade at

17   this point in time on January 27th?

18       A.    I liked the stock.

19       Q.    Can you expand on that?  What

20   did you like about it?

21       A.    I like GameStop as a company and

22   I believed that the stock would go up.

23       Q.    Why did you think the stock

24   would go up?

25


```
                                    Page 64

 1              RIVAS - CONFIDENTIAL
 2       A.    It seemed like there was
 3  momentum in an upward direction.
 4       Q.    And was it your understanding
 5  that any of that momentum was driven by
 6  the enthusiasm on social media?
 7       A.    I don't remember, like, my exact
 8  thought process about why is it going up.
 9       Q.    Did you have any understanding
10  that a lot of people on social media were
11  coordinating their trading to drive up the
12  price of GME?
13       A.    I don't believe that people were
14  coordinating.
15       Q.    Do you think that people were
16  encouraging others on social media to buy
17  GME or hold their shares of GME around
18  this time?
19       A.    There were people encouraging
20  others to buy GME.
21       Q.    And did you read anything
22  specific about GME on Wallstreetbets prior
23  to buying, you know, your share on the
24  27th?
25       A.    I read things about GME on
```

Page 65

1              RIVAS - CONFIDENTIAL
2    Wallstreetbets prior to buying on the
3    27th.
4        Q.    Can you describe anything that
5    you read with much particularity?
6        A.    Not really.
7        Q.    But at this point in time, you
8    were aware of a potential short squeeze in
9    GME; right?
10       A.    I was aware of speculation about
11   a potential short squeeze.
12       Q.    Right.  Discussion about the
13   possibility of a short squeeze.
14       A.    Yes.
15       Q.    Okay.  Let's look at Tab 10.
16   This will be 76.
17             (Defendant's Exhibit 76,
18       Robinhood trading data, Bates
19       RHMDL00097435.001, was hereby marked
20       for identification, as of this date.)
21       Q.    And I can represent to you that
22   this exhibit contains trading data that
23   Robinhood produced in connection with this
24   matter and that the account number in the
25   left-hand column is your Robinhood account

Page 66

```
 1              RIVAS - CONFIDENTIAL
 2   number, but I can also show you one of
 3   your account statements if you want to
 4   confirm that for yourself.
 5        A.     It's okay.
 6        Q.     Okay.  And if you look at --
 7        A.     The account statements don't
 8   list, like, order created and order
 9   cancelled; right?
10        Q.     They don't have the specific
11   times, which is why I'm showing you this.
12        A.     Right.
13        Q.     But it doesn't have your name on
14   it either.  So if you want to just be able
15   to, you know, confirm that this number in
16   the account number field is the one in
17   your statement, then I can provide it to
18   you.  But --
19        A.     I do believe it's the same
20   account number.
21        Q.     And if you look at the seventh
22   column, the one titled "Order Created At
23   (UTC)," that shows the time you place each
24   order in the coordinated universal time
25   zone, which is eight hours ahead of
```

```
                                      Page 67

 1            RIVAS - CONFIDENTIAL
 2   Pacific Standard Time.
 3              And if you look at the trade on
 4   the second row, do you see that you put in
 5   an order to buy one share of GME at the
 6   price of 290 per share?
 7      A.    Yes.
 8      Q.    And you placed that order on
 9   January 27th at 14:40 UTC, which is
10   6:40 a.m. Pacific; right?
11      A.    Yes.
12      Q.    And just to confirm, you don't
13   really recall your exact thought process
14   about why you chose to buy GME at this
15   particular time; right?
16      A.    I don't recall my exact thought
17   process, no.
18      Q.    Do you recall anything, like,
19   generally?
20      A.    Any what?
21      Q.    Anything that motivated you,
22   like, more broadly at that time?
23            MR. ROSEN:  Objection.  Asked
24      and answered previously.
25      Q.    You can still answer.
```

Page 68

1          RIVAS - CONFIDENTIAL

2      A.     I buy stocks when I think that

3   they're going to go up.  So I definitely

4   thought it would go up.

5      Q.     And why did you think the price

6   of GME was going to increase?

7      A.     Why you said?

8      Q.     Mm-hmm.

9      A.     I mean, I didn't, like, know for

10  sure.  There's no way to know that.

11     Q.     But why did you think that at

12  the time?

13     A.     Both because it's a stock that

14  I -- or a company that I and a lot of

15  people like and because there was a lot of

16  enthusiasm, a lot of people, like, online

17  and via the media saying that they were

18  buying it.

19     Q.     Did you consider this a

20  long-term investment in GME?

21     A.     I didn't consider one way or the

22  other.  Like, I did not think that far

23  ahead.

24     Q.     And if you move on to the fifth

25  row, do you see where you sold one share

Page 69

```
 1              RIVAS - CONFIDENTIAL
 2    of GME at a price of 345 per share?
 3        A.    Yes.
 4        Q.    And that was at 15:52 UTC, which
 5    is 7:52 a.m. Pacific; right?
 6        A.    Yes.
 7        Q.    So that was --
 8        A.    I'll trust you on that.
 9        Q.    Yeah.  I can represent to you
10    the conversion.
11              But that was less than an hour
12    and a half after you bought that share at
13    6:40 a.m. Pacific; right?
14        A.    Yes.
15        Q.    Why did you decide to sell that
16    share of GME so soon after buying it?
17        A.    I sell when I believe that a
18    stock is likely to go down.  So I was at
19    that point concerned that it would go
20    down, and so that's why I sold.
21        Q.    Did you learn anything new about
22    the company that led you to believe it was
23    now overvalued?
24        A.    Did I learn anything new, like,
25    as far as reading new financial statements
```

```
 1              RIVAS - CONFIDENTIAL
 2    or something or, like, what do you mean by
 3    learning anything new?
 4         Q.    Was there anything that you
 5    learned about GME between when you bought
 6    the share, you know, let's say an hour and
 7    a half earlier and when you sold it that
 8    made you feel differently about its actual
 9    value?
10         A.    I don't recall specifically why
11    I thought this is the moment where I
12    should sell.
13         Q.    But it's fair to say you thought
14    that the price was going to decrease.
15         A.    Yes.
16         Q.    And do you have any recollection
17    as to why you believed that?
18         A.    I don't remember exactly.  Like,
19    I don't want to speculate about my thought
20    process between 6:30 and 7:30 a.m.
21         Q.    Did you think that the stock
22    price had risen substantially during that
23    short period?
24         A.    I did think that that was a
25    substantial gain.
```

1          RIVAS - CONFIDENTIAL

2     Q.     Did you want to cash in on the

3 $55 profit?

4     A.     I mean, I cashed in on the $55

5 profit.

6     Q.     But you don't recall whether or

7 not that was part of the reason you

8 decided to sell at that time.

9     A.     It was a fact at the time that I

10 sold.  So I assumed that was part of the

11 reason.

12    Q.     Do you often sell stocks within

13 a couple of hours or days after buying

14 them?

15    A.     No.

16    Q.     Then what -- for, you know, most

17 of the other stocks that you buy, what

18 informs your decision about how long to

19 hold them?

20    A.     It really depends on the stock.

21    Q.     And was there any reason why you

22 considered GME an exception to your

23 general practice of holding stocks for

24 longer periods of time?

25    A.     I don't think I said that I have

Page 72

```
 1              RIVAS - CONFIDENTIAL
 2   a general practice of holding stocks for a
 3   long time.  Or do you mean an exception to
 4   not buying and selling in the same day?
 5   Like --
 6       Q.    I think when I asked you do you
 7   often sell stocks within a couple of hours
 8   or days after buying them, you said no.
 9            MR. ROSEN:  Hours or days.
10       Q.    Sure.
11            So is it fair to say, then, that
12   for most stocks, you hold them for more
13   than a couple of days?
14       A.    Yes.
15       Q.    And is there a particular reason
16   why you treated GME differently than other
17   stocks you've held?
18       A.    It was, like, certainly an
19   unusual pattern for a stock.  It's very
20   rare that I have a stock that goes up that
21   percent in that short of a period of time.
22       Q.    Did you think that that price
23   might be more volatile than other stocks?
24       A.    That it would be more volatile
25   than other stocks?
```

```
                                    Page 73
 1            RIVAS - CONFIDENTIAL
 2              MR. ROSEN:  At the time she
 3      purchased it?
 4      Q.    Right, or during this period.
 5  Let's say January 27th that the price
 6  movement was more volatile than other
 7  stocks maybe in your portfolio at that
 8  time.
 9              MR. ROSEN:  It would have moved
10      up?
11      Q.    Throughout the day.  Up, down,
12  volatile.
13              MR. ROSEN:  Before she
14      purchased?  Before she sold?  You have
15      to be precise.
16              MS. YOUNG:  In general
17      throughout the day on the 27th, she
18      bought and sold and bought again on
19      the 27th.  So --
20              MR. ROSEN:  And the question
21      is --
22      Q.    And the question is did you
23  think that the price of GME was relatively
24  volatile at that point in time?
25      A.    I would say that it was
```

Page 74

```
 1              RIVAS - CONFIDENTIAL
 2    volatile.  Like, if volatile means
 3    particularly going up and down compared to
 4    usual intraday changes.
 5         Q.     Right.
 6         A.     Then yes.
 7         Q.     I think that's a fair --
 8         A.     By that, I --
 9         Q.     I think that's a fair
10    characterization.
11              Let's move to the eighth row.
12              So you bought one share of GME
13    this time at a price of 350.
14              Do you see that?
15         A.     I don't see a price.  Oh.
16         Q.     You have to go to the other
17    column.  305.  Not 350.  I'm sorry.
18         A.     Okay.  Yes.  The 305 order
19    price.
20         Q.     Yeah.
21         A.     Yes.
22         Q.     And you placed that order on
23    January 27th at 19:40 UTC, which is
24    11:40 a.m. Pacific.  And -- well, I'll
25    tell you that that's --
```

1              RIVAS - CONFIDENTIAL

2       A.     I'm trusting you.

3       Q.     And that's less than four hours

4   after you sold your share of GME for 345;

5   right?

6       A.     Yes.

7       Q.     Do you recall why you decided to

8   buy it again?

9       A.     I don't recall specifically at

10  that moment.  As I said, I buy a stock

11  when I think it's going to go up at that

12  moment.

13      Q.     But earlier in the day, you

14  thought that the stock price was going to

15  decline; right?

16      A.     Yes.

17      Q.     And that's why you sold?  Is it

18  part of the reason you might have sold at

19  that time?

20      A.     Yeah.

21      Q.     And do you recall anything

22  happening in those let's call it four

23  hours that made you think it was going to

24  increase again?

25      A.     I mean, it was a day with a lot

Page 76

RIVAS - CONFIDENTIAL

1

2    of talk about the stock, a lot of news

3    coverage about the stock.

4        Q.    Do you recall anything in

5    particular in terms of, like, news or

6    media about the stock?

7        A.    People were reporting on the

8    fact that it was going up and down

9    rapidly.

10       Q.    But you don't recall reading

11   anything in particular, like, specific

12   Tweets or news articles on that day?

13       A.    I can't name off the top of my

14   head, like, specific Tweets or news

15   articles.

16       Q.    It's a long time ago.  I don't

17   expect you to.

18             And so the stock in those four

19   hours had dropped by about 40 bucks a

20   share; right?

21       A.    Yeah.

22       Q.    Have you heard the expression

23   "buying a dip"?

24       A.    Yes.

25       Q.    What do you understand that to

```
                                          Page 77
 1            RIVAS - CONFIDENTIAL
 2    mean?
 3        A.    It means buying a stock when it
 4    goes down temporarily, believing that it's
 5    going go back up.
 6        Q.    And is this an instance where
 7    you recall that you were buying a dip?
 8        A.    I don't remember if I would have
 9    phrased it that way at that time.
10        Q.    And at this point in time, did
11    you believe that this -- that it was
12    possible that a short squeeze in GME was
13    still ongoing?
14        A.    There was speculation about it,
15    and I was aware that there was speculation
16    about it.
17        Q.    Did you want to buy in again to
18    kind of hold before the stock price
19    increased further?
20        A.    I only buy when I think that the
21    stock price is likely to go up.
22        Q.    And so for each of these
23    transactions on the 27th, you only, you
24    know, bought and sold a single share of
25    GME; right?
```

```
                                          Page 78
1              RIVAS - CONFIDENTIAL
2        A.      Correct.
3        Q.      Why is that?
4        A.      I didn't have a ton of money at
5    that point in my life, and I was, you
6    know, keeping in mind not to invest, you
7    know, too much money when I didn't have a
8    lot to lose.
9        Q.      Was part of the reason that
10   you -- that that made sense to you at that
11   time because of the price swings for GME
12   during this period, you know, you thought
13   maybe I should, you know, limit any sort
14   of potential loss?
15       A.      I can say at this time in my
16   life, $300 was a lot of money.
17            MS. YOUNG:  Let's go to Tab 2,
18        Shuyu, if you wouldn't mind pulling
19        that out.  This will be 77.
20            (Defendant's Exhibit 77, A
21        Facebook post dated January 27, 2021,
22        Bates P00001087, was hereby marked for
23        identification, as of this date.)
24       Q.      Do you recognize this document,
25   Ms. Rivas?
```

1              RIVAS - CONFIDENTIAL

2       A.     I do.

3       Q.     Is this a Facebook post that you

4    posted on January 27, 2021?

5       A.     I do.  Yes, it is.

6       Q.     That's the same day that you

7    made those trades we just discussed in the

8    prior exhibit; right?

9       A.     Yes.

10      Q.     Okay.  Can you please read aloud

11   the text of the post.

12      A.     "I'm holding" and then rocket

13   signs and then "to the moon."  Did you

14   want me to read the headline or just the

15   text at the top?

16      Q.     Sure.  Why not?  Throw the

17   headline in there.

18      A.     "'Dumb Money' is on GameStop,

19   and it's Beating Wall Street at its Own

20   Game."

21      Q.     Thank you.

22             And by "I'm holding," were you

23   referring to holding your share of GME?

24      A.     Yes.

25      Q.     And there are those five rocket

```
                                              Page 80
  1              RIVAS - CONFIDENTIAL
  2   ship Emojis that you just described.
  3              Why did you include those in the
  4   post?
  5        A.    It's a, you know, humorous Emoji
  6   to use, so that's why I used it.
  7        Q.    What does "to the moon" mean in
  8   this context?
  9        A.    "To the moon" is an expression
 10   that means that a stock is going to go,
 11   like, to a higher price or that people
 12   will make money.
 13        Q.    And why did you post this on
 14   Facebook?
 15        A.    I don't remember my specific
 16   logic at that moment.
 17        Q.    I think you testified earlier
 18   that aside from the Occupy Wall Street
 19   kind of period and then this period, you
 20   didn't -- you don't really otherwise post
 21   about investing; right?
 22        A.    Correct.
 23        Q.    So is there a particular reason
 24   why you might have wanted to communicate
 25   your intention to hold GME at this point
```

```
                                    Page 81
 1          RIVAS - CONFIDENTIAL
 2   in time?
 3              MR. ROSEN:  Objection.  Asked
 4        and answered.
 5        Q.    You can answer.
 6        A.    I don't remember specifically
 7   why, like, on that day, I posted this
 8   article.
 9        Q.    Did you want to encourage any
10   other retail investors to either buy GME
11   or hold their shares of GME at this time?
12        A.    No.
13        Q.    As a no, you didn't want them
14   to, or just you're agnostic?
15        A.    Like, I was agnostic.
16        Q.    And then this is a New York
17   Times article that you linked to the post;
18   right?
19        A.    Yes.
20        Q.    Let's take a look at that
21   specifically.
22              MS. YOUNG:  Shuyu, if you
23        wouldn't mind.  It's Tab 4.  So this
24        will be 78.
25
```

Page 82

```
 1              RIVAS - CONFIDENTIAL
 2              (Defendant's Exhibit 78, An
 3      article titled "'Dumb Money' Is on
 4      GameStop, and It's Beating Wall Street
 5      at Its Own Game," was hereby marked
 6      for identification, as of this date.)
 7      Q.    Okay.  Do you recognize this
 8  document?
 9      A.    Yes.
10      Q.    Is this the article that you
11  linked in the prior exhibit?
12      A.    Yes.
13      Q.    And if you linked this to your
14  post, is it fair to say that you read the
15  article?
16      A.    Yes.
17      Q.    And it's dated January 27th?
18      A.    Yes.
19      Q.    And the sub-header beneath the
20  title is "GameStop shares have soared
21  1,700 percent as millions of small
22  investors, egged on by social media,
23  employ a classic Wall Street tactic to put
24  the squeeze -- on Wall Street."
25              Do you see that?
```

```
                                         Page 83
 1              RIVAS - CONFIDENTIAL
 2        A.     Yes.
 3        Q.     And I'm going to direct you to
 4    the first -- that second paragraph here.
 5              Do you see where it states,
 6    "They are among the millions of amateur
 7    traders collectively taking on some of
 8    Wall Street's most sophisticated
 9    investors -- and, for the moment at least,
10    winning.  Propelled by a mix of greed and
11    boredom, gleefully determined to teach
12    Wall Street a lesson, and turbocharged by
13    an endless flow of get-rich-quick hype and
14    ideas delivered via social media, these
15    investors have piled into trades around
16    several companies, pushing their stock
17    prices to stratospheric levels."
18              Do you see that?
19        A.     Yes.
20        Q.     And was it your understanding
21    that this -- around this time, do you
22    recall the stock price of GME soaring to
23    stratospheric levels?
24        A.     I don't know if I would have
25    used the term stratospheric levels.  Like,
```

Page 84

```
 1              RIVAS - CONFIDENTIAL
 2     I'm not sure what that means specifically.
 3              MR. ROSEN:  So Ms. Young, the
 4         article says it was posted on
 5         January 27, 2021.  But it says it was
 6         updated October 18, 2021.  So it's
 7         unclear what aspect of the article was
 8         printed on January 27th and what
 9         aspect was printed on October 18th.
10              MS. YOUNG:  Okay.  We can take a
11         look at that at a break.  For now,
12         I'll just continue asking her
13         questions about the post.
14              MR. ROSEN:  All right.
15         Q.    And was it your understanding
16     that this price went up as a result of
17     amateur traders, you know, collectively
18     taking on some of Wall Street's most
19     sophisticated investors, as it put it?
20         A.    As I think I said before, I was
21     aware that there was speculation of that.
22         Q.    Speculation of retail investors
23     trying to invest to the detriment of these
24     institutional investors?  Is that what you
25     mean?
```

Page 85

```
 1            RIVAS - CONFIDENTIAL
 2       A.    Yes.
 3       Q.    Okay.  And could you read the
 4   fourth paragraph there that begins "On
 5   Wall Street."
 6       A.    "On Wall Street, individual
 7   investors are often derided as 'dumb
 8   money,' destined to lose against the
 9   highly compensated analysts and traders
10   who buy and sell stocks for a living.  But
11   in recent days, individual investors --
12   many of them followers of a popular,
13   juvenile, foul-mouthed Reddit page called
14   Wall Street Bets -- have upended that
15   narrative by banding together to put the
16   squeeze on at least two hedge funds that
17   had bet that GameStop's shares would
18   fall."
19       Q.    Thank you.
20             And so at this point in time,
21   you were well aware of this, you know,
22   potential short squeeze in GME, at least
23   as of January 27th; right?
24       A.    I was aware of speculation about
25   a short squeeze.
```

```
                                            Page 86
 1              RIVAS - CONFIDENTIAL
 2       Q.      And in the penultimate paragraph
 3    on that page, do you see where it states,
 4    "On Wednesday, the retail brokerage firm
 5    TD Ameritrade put restrictions on the
 6    trading of GameStop, AMC and other stocks,
 7    citing 'unprecedented market conditions'"?
 8       A.      Yes, I see that.
 9       Q.      So at this point in time, were
10    you aware of GME trading restrictions that
11    TD Ameritrade implemented?
12       A.      I read the article, so I would
13    have been aware of that sentence in the
14    article.  Like, I can say that.
15       Q.      Do you recall restrictions on
16    trading GME that any other brokerage put
17    in place on January 27th?
18       A.      No.
19       Q.      And then if you go to the second
20    page, the fourth paragraph from the
21    bottom, do you see where it says,
22    "Analysts say GameStop shares have become
23    unmoored from underlying expectations for
24    profit that typically determine the value
25    of a stock"?
```

```
                                      Page 87
 1              RIVAS - CONFIDENTIAL
 2       A.     I see that.
 3       Q.     And so at this point in time,
 4   you were aware of at least some analysts
 5   that thought that GME stock price was
 6   disconnected from the underlying
 7   fundamentals of the company?
 8       A.     Again, I had read that in this
 9   article.
10       Q.     And if you turn to the next
11   page, could you read the fourth paragraph
12   down.
13       A.     "And then there is Wall Street
14   Bets, the wildly popular Reddit forum
15   focused on options trading that has become
16   a sort of public hive mind where retail
17   investors loosely coordinate their
18   collective buying power on targets that
19   are most likely to amplify price pops.  In
20   recent weeks, posts began to appear on the
21   forum spotlighting the large amount of
22   GameStop shares held short, and explicitly
23   urging others to buy shares and options to
24   move the price higher."
25       Q.     And did you see yourself as
```

```
 1              RIVAS - CONFIDENTIAL
 2     participating in that community on Wall
 3     Street Bets?
 4         A.     What do you mean by
 5     participating?
 6         Q.     Well, did you consider yourself
 7     to be some of these retail investors that
 8     were coordinating their collective buying
 9     power and targets that are most likely to
10     amplify price pops?
11         A.     I don't remember if I, like,
12     thought of myself as part of a hive mind
13     or that, like -- yeah.  I don't recall my
14     exact thought process.
15         Q.     And in the next paragraph,
16     there's a quote that says, "'Rally the
17     troops, my brothers, for the war could be
18     over very soon,' a commentator that goes
19     by Gardeeon wrote on January 19th.  'You
20     control the power, GME is not going to the
21     moon, but to the edge of the [expletive]
22     observable universe.'"
23               This expression "to the moon,"
24     that was also in your post; right?
25         A.     Yes.
```

Page 89

RIVAS - CONFIDENTIAL

1

2     Q.     Was this a commonly cited

3   expression at this time?

4     A.     It was a common expression.

5     Q.     With respect to GME specifically

6   or Meme stocks broadly?

7     A.     Sorry.  I meant with respect to

8   Meme stocks broadly.

9     Q.     Got it.  But that would include

10   GME.

11     A.     Yes.

12     Q.     And let's look at the final

13   paragraph on the next page.  There's a

14   quote from a couple that invested in GME.

15          And do you see where it states,

16   "'There's a catharsis to actually making

17   money off their pain a little bit,' he

18   said of his modest earnings from GameStop.

19   His wife put it more bluntly.  'Eat the

20   rich.'"

21          Do you see that?

22     A.     I see that.

23     Q.     Did that sentiment resonate with

24   you?

25     A.     I don't remember, like, exactly

```
                                    Page 90
 1            RIVAS - CONFIDENTIAL
 2    what I was thinking on that day.
 3        Q.    Earlier, did you testify that
 4    you hated hedge funds?
 5        A.    Yes.
 6        Q.    Was your hatred for hedge funds
 7    or financial institutions --
 8            MR. ROSEN:  Objection.  Hedge
 9        fund is a subset of financial
10        institution.  She didn't say she hated
11        all financial institutions.
12        Q.    Okay.  Did your hatred for hedge
13    funds -- was that part of your interest in
14    holding your GME share?
15        A.    Was -- did I hold it because of
16    my hatred for hedge funds?
17        Q.    At least in part.
18        A.    I don't -- like, I don't
19    remember if that -- if I would have said
20    that at that time.
21        Q.    Did you -- at the time, did you
22    hate hedge funds?
23        A.    Yes.
24        Q.    Did you want -- did you hope
25    that holding GME or taking a long position
```

```
 1            RIVAS - CONFIDENTIAL
 2   on GME could inflict some losses on hedge
 3   funds?
 4        A.    I always want to see losses to
 5   large financial firms and institutions.
 6        Q.    Got it.
 7              MS. YOUNG:  Okay.  Let's look at
 8        Tab 3, which will be 79.  Is that
 9        right?  Yeah.
10              (Defendant's Exhibit 79, A
11        Facebook post, was hereby marked for
12        identification, as of this date.)
13        Q.    And do you recognize this
14   document, Ms. Rivas?
15        A.    Yes.
16        Q.    Does this document contain
17   Facebook posts from your Facebook feed?
18              MR. ROSEN:  Take a look at it.
19        A.    Does it contain, like --
20              MR. ROSEN:  Before you answer
21        the question, you should look at what
22        she handed to you.
23        A.    (Witness perusing document.)
24              Would you say the question
25   again?
```

```
                                        Page 92

 1            RIVAS - CONFIDENTIAL
 2       Q.     Oh, sure.
 3              I asked did this document
 4   contain Facebook posts from your Facebook
 5   feed?
 6       A.     Yes.
 7       Q.     Did you compile this document?
 8       A.     Did I compile --
 9       Q.     The screen shots in this
10   document.
11       A.     Yes.
12       Q.     Can you explain how you went
13   about searching for the post to include?
14       A.     I did a couple of things.
15   First, I, like, scrolled down to the date
16   range that I was asked to find posts for
17   and screen shotted anything that I saw,
18   and then I went to the search function
19   where you can search your own history and
20   typed in every keyword related to, like,
21   the issues at hand that I could think of
22   to make sure that I found posts that were
23   on other people's profiles as opposed to
24   my own.  So, you know, typed in different,
25   like, buzz phrases.
```

```
                                            Page 93
 1            RIVAS - CONFIDENTIAL
 2       Q.    Do you recall what keywords or
 3   searches you ran?
 4       A.    I can recall some of them at
 5   least.
 6       Q.    Yeah.
 7       A.    GME, GameStop, like, both
 8   GameStop as a full word and GME, AMC,
 9   Robinhood, short squeeze, Reddit, Wall
10   Street.  Those are the ones that come to
11   mind right now.
12       Q.    Thank you.
13            Does this contain only public
14   posts, or are there any private messages
15   that you exchanged with other Facebook
16   users that are contained in this?
17       A.    When you say -- do you
18   mean posts that are private -- like,
19   there's different levels of privacy.
20       Q.    I guess I mean messages rather
21   than -- like, DMs rather than --
22       A.    None of these are DMs.
23       Q.    Right.  Did you search DMs?
24       A.    Yes.
25       Q.    Okay.  And because I think that
```

Page 94

```
 1              RIVAS - CONFIDENTIAL
 2   these posts span a couple of days, we'll
 3   be periodically returning to it.  But for
 4   now, I'm going to direct you to a post
 5   from January 27th, which is on the
 6   second-to-last page.  So if you look at
 7   the Bates on the bottom right-hand corner,
 8   it's the one that ends 383.
 9        A.    Okay.
10        Q.    And this message is posted by
11   Nathan Stuckey on January 27th; right?
12        A.    Yes.
13        Q.    Who is Nathan Stuckey?
14        A.    Nathan Stuckey is a high school
15   classmate.
16        Q.    And the person includes a quote,
17   "This country needs unity," and then he
18   writes, "I agree, and this GameStop stock
19   is going through the roof is actually a
20   pretty hefty dose of unity between left
21   and right lower classes."
22              Do you see that?
23        A.    I do.
24        Q.    And beneath that, there's a
25   thumbs up Emoji that states you besides
```

Page 95

1              RIVAS - CONFIDENTIAL
2    it.
3              Does that indicate that you
4    liked Mr. Stuckey's post?
5         A.    It does.
6         Q.    And what did you understand
7    Mr. Stuckey to be saying with respect to
8    unity in GME stock?
9         A.    I mean, like, I understood
10   what -- like, I can't provide further
11   interpretation besides what he said.  I
12   can re-tell you what he said.
13        Q.    Well, why did you like it?
14        A.    The sentiment was -- like, I
15   liked it.  I don't remember, like, what I
16   would have said at that time about why I
17   liked it.
18        Q.    Did you agree that GameStop
19   stock was creating unity between left and
20   right lower classes at this time?
21        A.    I don't remember if I would have
22   said that at that time.
23        Q.    Was there any portion of this
24   post that you agree with or endorsed?
25        A.    I mean, it seems like he --

Page 96

1                RIVAS - CONFIDENTIAL
2    like, I hit "like," so I, like, in general
3    liked the sentiment.  Is there a specific,
4    like, aspect that I endorse?  I don't
5    know.  Or that I would have endorsed, I
6    don't know.
7         Q.    Did you in general enjoy what I
8    think you described as some of the
9    enthusiasm and the online community around
10   GME at this time?
11        A.    Did I enjoy the enthusiasm in
12   the online community?  Yeah.  I --
13        Q.    Specifically related to GME I
14   mean.
15        A.    Yes.
16        Q.    At the time.
17        A.    I like GameStop, so yes.
18        Q.    And then underneath that,
19   there's a comment from you stating, "Yes.
20   I've got my one share and I'm holding
21   baby"; right?
22        A.    Yes.
23        Q.    And how exactly does that
24   connect to Mr. Stuckey's post?
25        A.    He was posting about GameStop

```
 1            RIVAS - CONFIDENTIAL
 2   and I was posting about GameStop.
 3        Q.    And did you believe that by
 4   holding onto your share that you
 5   were participating in a kind of broader
 6   activist movement?
 7        A.    I don't know if at that moment,
 8   I, like, would have said that.
 9        Q.    Do you feel that way today, that
10   holding onto your share was a means of
11   participating in some sort of social
12   activism?
13        A.    I do, yeah.
14        Q.    And did you want to hold onto
15   your share of GME to be part of that
16   community of people that felt this way?
17            MR. ROSEN:   Objection.   Asked
18        and answered.
19        Q.    You can answer.
20        A.    As I said before, I hold on when
21   I think I'm likely to make money on a
22   stock, and I sell when I'm likely to lose
23   money on a stock or when I've gained
24   enough money.
25        Q.    Let's turn to January 28th.
```

Page 98

1                  RIVAS - CONFIDENTIAL

2                  You're aware that Robinhood

3     implemented certain purchasing

4     restrictions on its platform on January

5     28th; right?

6          A.    I am.   Which -- what did you

7     want me to turn to?

8          Q.    Oh, no document yet.

9          A.    Okay.

10         Q.    Yeah.   Just saying the date that

11    I'm turning to in my mind, it's more for

12    my own purposes.

13                Can you describe those

14    restrictions.

15         A.    They turned off the buy button

16    so you could not use their platform to

17    purchase GameStop.   They implemented other

18    steps, like closing options early and, you

19    know, later on limiting the number of

20    shares that you could buy, but most

21    immediate action that morning was to turn

22    off the buy button.

23         Q.    And those restrictions impacted

24    GME; right?

25         A.    Yes.

```
                                          Page 99
 1              RIVAS - CONFIDENTIAL
 2        Q.    And do you know how long
 3   Robinhood kept those restrictions in
 4   place?
 5        A.    Until February 4th.
 6        Q.    Did they vary at all during that
 7   period from your recollection?
 8        A.    Yes.
 9        Q.    And do you know if any other
10   brokers put in similar restrictions around
11   this time in late January 2021?
12        A.    Yes.
13        Q.    Do you recall any of those other
14   brokers specifically?
15        A.    I don't recall specifically.
16        Q.    And when did you first hear
17   about Robinhood's restrictions?
18        A.    The morning of January 28, 2021.
19        Q.    And how did you hear about them?
20        A.    I don't remember if I heard --
21   like, I don't remember where exactly I
22   heard it first.
23             MS. YOUNG:  Let's go to Tab 5,
24        Shuyu.  80.
25        A.    Like, page 5 of this?
```

```
                                         Page 100
 1              RIVAS - CONFIDENTIAL
 2        Q.    Oh, no.  This is a different
 3   one.  Sorry.  But you might want to keep
 4   that just to the fact we'll be turning
 5   back to it at some point.
 6              (Defendant's Exhibit 80, A
 7        Facebook post, was hereby marked for
 8        identification, as of this date.)
 9        Q.    Do you recognize this document,
10   Ms. Rivas?
11        A.    I do.
12        Q.    And is this a post from your
13   Facebook?
14        A.    Yes.
15        Q.    And did you post this message on
16   January 28th?
17        A.    I did.
18        Q.    And can you read the actual post
19   aloud for me.
20        A.    "LOL guys.  The class action
21   lawsuit against Robinhood for blocking GME
22   buys was already filed two hours ago.
23   American heros."  Diamond hands.
24        Q.    What does diamond hands connote?
25        A.    Diamond hands means, like,
```

```
 1              RIVAS - CONFIDENTIAL
 2    either holding a stock or, in this case,
 3    just more generally, like, enthusiasm.
 4         Q.    In this case, you think that you
 5    are including the diamond hands as a show
 6    of enthusiasm?
 7         A.    Yeah.
 8         Q.    And by blocking GME buys, were
 9    you referring to Robinhood's suspension of
10    the buy button --
11         A.    Yes.
12         Q.    -- as you sometimes refer to?
13              Okay.  And again, I think that
14    this is obvious, but it was your
15    understanding at the time that those, you
16    know, restricted securities included GME.
17         A.    Yes.
18         Q.    Did you also see information on
19    the Robinhood app regarding those
20    restrictions?
21         A.    Yes.
22         Q.    Do you recall the substance of
23    any of those posts?
24         A.    I remember that they made a blog
25    post at some point that day.
```

Page 102

1                RIVAS - CONFIDENTIAL

2        Q.     Do you recall reviewing it?

3        A.     Yes.

4        Q.     And you recall it referencing

5    GME specifically?

6        A.     I don't recall if it referenced

7    GME specifically or if it just talked

8    about their actions on, you know, stocks.

9    I don't remember exactly.

10       Q.     Okay.  Let's take a quick at Tab

11   6.  This has been previously marked in a

12   deposition.

13              (Defendant's Exhibit 6, A blog

14       post titled "Keeping Customers

15       Informed Through Market Volatility,"

16       was previously marked for

17       identification.)

18       Q.     Do you recognize this document?

19       A.     Yes.

20       Q.     Is --

21       A.     Let me finish reading through

22   it.  I recognize the first page.

23              (Witness perusing document.)

24              Okay.  So what was the question

25   again?

Page 103

1           RIVAS - CONFIDENTIAL
2      Q.    I was going to ask whether or
3  not you recognize this document.  And I
4  believe you said yes, but you were
5  reading --
6      A.    Yeah.  I recognize the, like,
7  blog post portion, so the first two pages.
8      Q.    And is it the blog post that you
9  mentioned a few minutes ago?
10      A.    Yes.
11      Q.    Got it.  Okay.
12           And if you look at the second
13  page, I think in the second paragraph, it
14  says, "We continuously monitor the markets
15  and make changes where necessary.  In
16  light of recent volatility, we are
17  restricting transactions for certain
18  securities to position closing only,
19  including" -- and there's a list there
20  that includes GME; right?
21      A.    Yes.
22      Q.    Got it.
23           And so at least as of
24  January 28th, you're aware that GME was
25  among the stocks that Robinhood had

```
                                          Page 104

 1              RIVAS - CONFIDENTIAL
 2    implemented restrictions on.
 3        A.    I was aware of that.
 4        Q.    And -- you can set that aside, I
 5    think.
 6              Around this time, do you recall
 7    hearing anything about the specific
 8    reasons for the Robinhood restrictions?
 9        A.    Around that time -- specifically
10    which time?
11        Q.    28th, when you heard about the
12    restrictions.
13        A.    Do I recall hearing anything
14    about why?
15        Q.    The reasons that Robinhood
16    implemented them.
17        A.    Yes.
18        Q.    And what reason did you hear?
19        A.    What they wrote in their blog
20    post, so, like, we continuously monitor
21    volatility, and therefore, we're doing
22    this and other, you know, speculation.
23        Q.    And did you believe that reason?
24        A.    I don't remember exactly what I
25    believed and did not believe.
```

Page 105

                    RIVAS - CONFIDENTIAL

1

2        Q.      Fair enough.  It was a while

3    ago.

4                Okay.  Let's go back to a

5    document we were looking at, not the

6    Facebook post.  But let's see.  This was

7    76.  So it's that printout of that

8    spreadsheet with your trades on it.

9        A.      Okay.

10       Q.      And earlier, we discussed one

11   share of GME that you purchased and sold

12   on the 27th with a gain of, like, 355

13   bucks I think, and then on the same day,

14   you purchased another share of GME at the

15   price of 305.

16               Does that sound about right?

17       A.      Mm-hmm.

18       Q.      And then if you look at the

19   fourth-to-the-last row in that

20   spreadsheet, do you see where you placed a

21   limit order to try to sell that one share

22   of GME on January 28th for a thousand

23   bucks?

24       A.      Yes.

25       Q.      Is it fair to say that that

Page 106

1              RIVAS - CONFIDENTIAL

2     price you set of $1,000 for the share was

3     quite a bit higher than what you purchased

4     it for at 305 on January 27th?

5        A.    I would say it's about $700

6     higher.

7        Q.    Why did you think it was

8     possible that GME stock price had

9     increased so significantly?

10             MR. ROSEN:   Objection.

11       A.    Yeah.   I mean, I don't remember

12    what I, like, would have said at that time

13    about why it was possible.

14       Q.    Is it fair to say that you

15    thought that it was possible that it could

16    hit a thousand dollars a share around this

17    time?

18       A.    I'm not sure if I, like -- I

19    think I would have thought that it was

20    possible.  But the next trade makes me not

21    sure.  The next limit sell makes me not

22    sure.

23       Q.    The one on the 29th?

24       A.    No.  Yes.

25       Q.    And that makes you less sure

```
 1              RIVAS - CONFIDENTIAL
 2   just because it's a lower price?  Is that
 3   what you mean?
 4        A.    No.  I mean just because it's a
 5   joke.
 6        Q.    Oh.  So what's the joke there?
 7   What's the price that you placed that
 8   limit order for?
 9        A.    $694.20.
10        Q.    And what's the joke?
11        A.    It was a humorous -- it was two
12   humorous numbers, like, that people joked
13   about.
14        Q.    And were people joking about
15   694.20 on social media?
16        A.    That was one place, yeah.
17        Q.    Was there anywhere else that you
18   recall seeing this joke?
19        A.    I think people made it, like,
20   verbally.  I don't remember if I was
21   specifically talking to someone about it.
22   But if I was, they would have been making
23   it verbally.
24        Q.    And do you recall placing this
25   order as a joke?
```

Page 108

RIVAS - CONFIDENTIAL

1

2      A.      I don't recall.  Like, it's sort

3   of funny as I look at it.

4      Q.      But does that at all relate to

5   your limit order that prior day for a

6   thousand dollars a share?

7      A.      I don't remember specifically.

8      Q.      Okay.  Do you recall telling

9   anybody about the limit order you placed

10  for $694.20 on the 29th?

11     A.      No.

12     Q.      Do you recall other people

13  trading in similar -- you know, with a

14  similar digit there?

15     A.      I do.

16     Q.      For GME specifically?

17     A.      Yes.

18     Q.      And do you recall learning any

19  information on or around the 28th that

20  made you believe that GME could

21  potentially achieve the

22  thousand-dollar-a-share price?

23     A.      Any information -- I mean, not

24  specifically.  Like, besides the general

25  speculation, like, not specifically, no.

```
 1              RIVAS - CONFIDENTIAL
 2       Q.    And by general speculation, do
 3  you mean just general social media buzz
 4  around GME?
 5       A.    Yeah.
 6       Q.    And you placed this limit
 7  order -- well, withdrawn.
 8             Let's go back to the big
 9  social -- the big Facebook --
10       A.    The big packet?
11       Q.    -- which is -- yeah, packet is I
12  guess a good way of putting it.  I think
13  that's 79.  And you can turn to the page
14  that ends 365.
15       A.    Okay.  I'm going to put on my
16  jacket.  It's freezing.
17       Q.    Oh, yeah.  Do you want to get a
18  coffee or tea or anything?
19       A.    No.  It's okay.
20       Q.    And this is a January 28, 2021,
21  post from Ciruce Movahedi-Lankarani?
22       A.    That's pretty good.  Ciruce.
23       Q.    Oh, Ciruce.  Sorry.
24             Is Mr. Movahedi-Lankarani your
25  husband?
```

```
                                           Page 110

 1              RIVAS - CONFIDENTIAL

 2       A.    Yes.

 3       Q.    And it's a pretty long post that

 4  spans a couple of pages if you flip.

 5              But before you dig into the

 6  substance of the post, if you look to 367,

 7  that's where the comments and likes

 8  starts.

 9              Do you see the thumbs up icon,

10  which is part of the comments, indicates

11  that you liked this post?

12       A.    Yes.

13       Q.    Okay.  And just above the like,

14  there's a link to a New York Times article

15  titled "The GameStop Reckoning was a Long

16  Time Coming" that's included with the

17  post; right?

18       A.    Yes.

19       Q.    Okay.  And I don't think we need

20  to go through all of this in a ton of

21  detail.  I mean, obviously, you're welcome

22  to read through it.  But I'm going to

23  direct you to a couple of portions, if you

24  turn back to 365, which is the beginning

25  of the post.
```

```
 1              RIVAS - CONFIDENTIAL
 2              And looking at the first
 3    sentence, do you see where he states,
 4    "This is the new Occupy Wall Street.
 5    Camping on the streets failed, for what
 6    does it mean to occupy the streets when
 7    our financial titans can helicopter over
 8    the crowds and place trades from anywhere
 9    in the world?  It means nothing.  Instead,
10    Occupy Wall Street Balance Sheets.  Make
11    hedge funds feel pain they cannot easily
12    escape.  Melvin Capital, which had a huge
13    uncovered short position on GameStop,
14    almost failed this week."
15              Do you see that?
16       A.    Yes.
17       Q.    Was it your understanding that
18    your husband was drawing a parallel
19    between Occupy Wall Street -- the Occupy
20    Wall Street movement to a movement
21    coalescing around this time in late
22    January 2021?
23       A.    I mean, that appears to be what
24    he is stating, yes.
25       Q.    And was it your view that that
```

```
 1              RIVAS - CONFIDENTIAL
 2    movement related to a community of retail
 3    investors, you know, organizing on social
 4    media to drive up the price of GME?
 5              MR. ROSEN:  Which movement are
 6         you talking about?
 7              MS. YOUNG:  This analogy that he
 8         is drawing between Occupy Wall Street
 9         and Occupy Wall Street Balance Sheets.
10         A.    Sorry.  Say the rest of your
11    question again.
12         Q.    Sure.  Did this Occupy Wall
13    Street Balance Sheet -- let's call it,
14    like, a movement idea -- that he
15    references here, was it your understanding
16    that that related to the community of
17    retail investors that were organizing on
18    social media to invest in GME?
19         A.    I think your -- where I'm
20    concerned is your statement that they were
21    organizing, and I'm not sure what you mean
22    by -- like, your question assumes that
23    people were organizing, and I'm not sure
24    what you mean by organizing.
25         Q.    Driving up enthusiasm on social
```

```
 1            RIVAS - CONFIDENTIAL
 2  media for GME.  Is that fair?
 3       A.    People were enthusiastic, yes.
 4  People were enthusiastic.  There were
 5  people who were enthusiastic.
 6       Q.    And do you recall people on
 7  social media around this time encouraging
 8  others to buy or hold GME?
 9       A.    Yes.
10       Q.    And when he wrote "Occupy Wall
11  Street Balance Sheets.  Make hedge funds
12  feel pain they cannot easily escape," what
13  did you understand that to mean?
14       A.    I don't remember what I, like,
15  specifically thought at this moment.
16       Q.    Sitting here today, what do you
17  understand that to mean?
18       A.    Sitting here today, what it
19  says, that, like, Occupy Wall Street
20  Balance Sheets is a way to make hedge
21  funds feel pain.
22       Q.    Is pain in your mind in this
23  context synonymous with, like, losses?
24       A.    Yeah.
25       Q.    And did you believe that
```

```
 1              RIVAS - CONFIDENTIAL
 2   investing in Meme stocks around this time
 3   was a way of taking action against, like,
 4   Wall Street establishment players?
 5        A.    I'm not sure if I, like, felt
 6   confident of that or would have said that.
 7        Q.    And did you view your investment
 8   in GME as a way of participating in any
 9   sort of activist movement against certain
10   financial institutions?
11        A.    I'm not sure if I would have,
12   like, framed it in that way at that time.
13        Q.    Sitting here today, do you -- do
14   you view your investment in GME as a way
15   of, you know, demonstrating your support
16   for a movement against establishment
17   investment institutions?
18        A.    Yeah.
19        Q.    And if you flip to the second
20   page, if you look at the very end of the
21   post, your husband writes, "For the
22   record, I have exactly one share of
23   GameStop" --
24        A.    Oh, the second page of that.
25        Q.    Oh yeah.
```

```
                                            Page 115
 1              RIVAS - CONFIDENTIAL
 2       A.    Sorry.  Let me get back to it.
 3       Q.    Yeah.  Not the -- second page of
 4   the post.  Bates ending 666.
 5       A.    Yes.
 6       Q.    And he writes, "For the record,
 7   I have exactly one share of GameStop I
 8   bought for the lulz and the politics of
 9   it.  Whatever happens, I will be fine."
10              Do you see that?
11       A.    Yes.
12       Q.    Did your husband also buy one
13   share of GME, or does this refer to the
14   share of GME acquired on your Robinhood
15   account?
16       A.    He's not referring to my share.
17       Q.    He separately bought GME?
18       A.    He says that he did.
19       Q.    What did you understand "I
20   bought for the lulz and the politics of
21   it" to mean?
22       A.    I mean, I don't remember, like,
23   what I was thinking as I read this post.
24       Q.    What do you, sitting here today,
25   understand that to mean?
```

1              RIVAS - CONFIDENTIAL

2        A.    It -- lulz is humor and politics

3  is, like, as he described, the occupy

4  balance sheets.

5        Q.    Is that also why you bought GME

6  at this time -- around this time, I should

7  say?

8        A.    Again, I think I said I don't

9  remember, like, exactly what I thought at

10  that moment.

11        Q.    If you turn two pages to the one

12  ending 367, where the comments to the post

13  begin.

14        A.    Yes.

15        Q.    And there's one done here by

16  Kristen Cevoli.

17        A.    Uh-huh.

18        Q.    Do you know Kristen Cevoli?

19        A.    I do.

20        Q.    Who is she?

21        A.    She is the owner of our favorite

22  beer store in Philadelphia.

23        Q.    Good woman.

24              And her comment begins -- it

25  spans onto the second page.  We can flip

```
                                    Page 117
 1              RIVAS - CONFIDENTIAL
 2   to it in a second.  But it begins, "I
 3   won't pretend to understand the finer
 4   details about the GameStop story, short of
 5   a large hedge fund was purposely trying to
 6   manipulate the price of stock down
 7   basically because they bet the stock was
 8   going to decrease, and wanted to make
 9   money."
10              It continues onto this next
11   page.  And then she says, "But I'm still a
12   little confused about the David versus
13   Goliath aspect of this story, as many
14   outlets have reported that individuals
15   were putting 10K to 50K into stocks (and
16   in theory will make millions when this is
17   all said and done).  If you've got that
18   much lying around to invest, I'm not sure
19   you really qualify as a main street
20   investor... or did I miss something?"
21              Do you see that?
22        A.    Yes.
23        Q.    And then -- sorry.  This one
24   goes on for a while.  But if you turn to
25   the next page, it looks like you respond
```

```
                                        Page 118
 1           RIVAS - CONFIDENTIAL
 2    to Ms. -- her name is -- Cevoli.
 3              Do you see you tag her and say
 4    "Kristen"?
 5         A.    Yes.
 6         Q.    So you're responding to her
 7    prior post; right?
 8         A.    Yes.  Yeah.
 9         Q.    And you can also -- if you flip
10    to the next page -- sorry -- you can
11    actually see your full response back to
12    her.
13         A.    Yes.
14         Q.    Can you read that aloud.
15         A.    "Kristen, it says a lot about
16    economic inequality that if you have
17    'only' $10,000 to $50,000 to put into
18    stocks, then you're a retail investor, but
19    that's where we are.  To become an
20    investor in the kind of hedge fund that
21    creates its own realities, you need tens
22    of millions of dollars, at which point you
23    can make more tens of millions while
24    people on Reddit are celebrating
25    life-altering gains of a few thousand
```

1            RIVAS - CONFIDENTIAL

2    dollars in many cases.  Yeah, this spike

3    wouldn't have happened if it was just low

4    income folks putting their stimmy checks

5    in.  But people with tens or even hundreds

6    of thousands of dollars to invest on a

7    retail basis are close enough to Davids

8    that they can level the playing field for

9    everybody.  I'm not exactly an investment

10   expert, but that's my hot take.  LOL."

11        Q.    And did you see your investment

12   in GME as a way of, you know, joining this

13   David versus Goliath fight?

14            MR. ROSEN:  Could you repeat the

15       question?

16        Q.    Did you see your investment in

17   GME as a way of joining the David versus

18   Goliath fight?

19        A.    I don't remember, like, what I

20   said at that point about whether I was

21   personally part of the David versus

22   Goliath fight.

23        Q.    I think earlier today, you

24   mentioned that you started investing in

25   2020 during the pandemic, getting stimulus

1           RIVAS - CONFIDENTIAL
2    checks.   That's sort of what turned you on
3    to investing; right?
4         A.     Mm-hmm.
5         Q.     And I think you said that you
6    bought one share because at the time, 300
7    bucks was a lot.
8         A.     Yeah.
9         Q.     And this David versus Goliath
10   analogy, sitting here today, do you think
11   it's fair to say that you are more likely
12   a David in that scenario than a Goliath?
13        A.     I think yes, I would be in any
14   situation involving investments not a
15   Goliath.
16        Q.     And you conclude your post by
17   writing, "I'm not exactly an expert."
18               Do you consider yourself, like,
19   an inexperienced investor?
20        A.     I would say I am inexperienced.
21        Q.     Did you believe that around this
22   time, January 28th, that GME's stock price
23   was disconnected from the underlying value
24   of the company?
25        A.     I don't remember what I -- like,

```
 1              RIVAS - CONFIDENTIAL
 2    what exactly was going through my head at
 3    that time.
 4         Q.    If you could pull up four more
 5    pages to the one ending 374.
 6              This is a post from Nicholas
 7    Adam that he uploaded on January 28, 2021;
 8    right?
 9         A.    Yes.
10         Q.    Who is Mr. Adam?
11         A.    He is a college classmate.
12         Q.    He states, "Reddit has proven
13    that with a small amount of money and a
14    little coordination, you can asterisk
15    literally asterisk make the stock market
16    do whatever you want because stocks are so
17    disconnected from the underlying value of
18    the company."
19              Do you see that?
20         A.    Yes.
21         Q.    And you liked this post; right?
22         A.    I don't know if I hit like or
23    heart or angry face.
24         Q.    Oh.  Is that an angry face?
25         A.    The third one is I think the
```

Page 122

```
 1              RIVAS - CONFIDENTIAL
 2   angry face.
 3       Q.    Do you think that you would have
 4   hit the angry face?
 5              MR. ROSEN:  Objection.  Calls
 6       for speculation.
 7       Q.    You can answer, Ms. Rivas.
 8       A.    I don't, like, remember which
 9   one I hit or would have hit.
10       Q.    Do you recall agreeing with any
11   part of the post -- any part of Mr. Adam's
12   post?
13       A.    I don't remember specifically
14   what I thought at that moment.
15       Q.    Sitting here today, do you agree
16   with any portion of this post?
17       A.    Yes.
18       Q.    Can you elaborate on that?
19       A.    The richest one percent of
20   Americans own 50 percent of stocks I think
21   is a pretty -- I think I've read that fact
22   before, or I think it is a fact.
23       Q.    You don't have any view as to
24   whether or not at this time Reddit had
25   proven that you could with a little --
```

```
 1            RIVAS - CONFIDENTIAL
 2   with a small amount of money and a little
 3   coordination, you can make the stock
 4   market do whatever you want because stocks
 5   are so disconnected from the value of --
 6   the underlying value of the company?
 7       A.    You mean right now do I agree
 8   with it?  I'm sorry.
 9       Q.    Yeah.  Sure.  Right now.
10   Sitting here today.
11       A.    No.
12       Q.    And you don't recall how you
13   felt about this at the time.
14       A.    I don't.
15       Q.    And can you turn to the page
16   ending 377.
17             And this is a post from Michael
18   Camarda on January 28th; right?
19       A.    Yes.
20       Q.    Who is Mr. Camarda?
21       A.    Michael Camarda is a high school
22   classmate.
23       Q.    Another high school person.
24   Okay.
25             He posts, "Boomer hedge fund
```

```
                                        Page 124
 1              RIVAS - CONFIDENTIAL
 2    managers still believe in boring things
 3    like market fundamentals; millennials
 4    don't care -- they just want cash now
 5    because $600 checks ain't cutting it."
 6              Do you see that?
 7        A.    Yes.
 8        Q.    And do you know if you liked
 9    this post?
10        A.    I don't know if I hit like or
11    laugh face or care face.
12        Q.    What's care face?  Is that,
13    like, the inquisitive face, like I'm
14    pondering?
15        A.    No.  That -- where you're
16    hugging a heart means that you care about
17    what people are saying.
18        Q.    Oh, I didn't see that that was a
19    heart.  Okay.  That's the third one.
20        A.    Yes.
21        Q.    Okay.  Would you consider any of
22    those reactions that you might have
23    provided to be positive generally with
24    respect to the post?
25              MR. ROSEN:  Objection.  Vague.
```

Page 125

1              RIVAS - CONFIDENTIAL
2       A.     Yeah.  I'm not sure what you --
3       Q.     Well, you either liked it,
4    right, which would mean that you in some
5    ways supported this post.
6              Is that fair to say?
7              MR. ROSEN:  Objection.
8       A.     Not necessarily.
9       Q.     Do you recall agreeing with any
10   portion of this -- of the sentiment
11   expressed in this post?
12      A.     I don't remember what I thought
13   at the time.  It's sort of a confusing
14   post.  So I don't remember what I thought
15   at the time.
16      Q.     There's a cartoon with a couple
17   of people -- I think there's a label on it
18   that says millennials -- riding an arrow
19   up to the moon; right?
20      A.     Yes.
21      Q.     And we discussed that expression
22   that you used around this time that, you
23   know, "to the moon"; right?
24      A.     Yes.
25      Q.     So did you interpret this post

```
 1              RIVAS - CONFIDENTIAL
 2    in the context of the Meme stock events in
 3    late January 2021?
 4         A.    I don't remember, like -- I
 5    don't remember the post.  I don't remember
 6    looking at the cartoon.  So it's really
 7    hard to say what I thought about it at
 8    that time.
 9         Q.    Are you a millennial?
10         A.    I am.
11         Q.    And you don't have any view as
12    to whether this post resonated with you,
13    Mr. Camarda's.
14         A.    I don't.  I mean, sometimes you
15    hit like on a friend's post, and it
16    doesn't necessarily mean that you agree
17    with or disagree with what they're saying.
18    And so I don't remember what I
19    specifically thought at that moment.
20         Q.    And with respect to your
21    investment in GME, did you care about
22    boring things like market fundamentals?
23              MR. ROSEN:  Objection.
24         Q.    You can answer.
25         A.    Yeah.  I don't know -- I think
```

```
 1              RIVAS - CONFIDENTIAL
 2    your question, like, assumes that
 3    fundamentals are boring things.  I'm not
 4    sure what exactly you're asking me to
 5    agree or disagree with.
 6        Q.    Well, with respect to your
 7    investment in GME, did you care about
 8    market fundamentals?
 9        A.    I think I said previously that I
10    cared about, like, multiple things or
11    there are multiple factors when I choose
12    to buy something, including GME.
13        Q.    And do you recall any factors
14    related to market fundamentals that
15    motivated your investment in GME?
16        A.    I recall thinking that the
17    business had a, like, you know -- I was
18    hopeful that it was staging a turnaround,
19    as I mentioned, because of the, you know,
20    pivot to online.
21        Q.    Okay.  We can turn --
22        A.    Online sales.
23        Q.    -- to -- I know we've been
24    looking at a bunch of these.
25              But around this time, you had
```

```
                                              Page 128
 1              RIVAS - CONFIDENTIAL
 2   posted and engaged with other posts
 3   regarding GME.  Is that fair?
 4        A.    Yes.
 5        Q.    Okay.  So if we stay with the
 6   same exhibit, if you go to the page 357.
 7   So this is back near the beginning.
 8              And do you see a January 29th
 9   post from Chris Skene?
10        A.    Yes.
11        Q.    Who is Mr. Skene?
12        A.    He's a family friend and a
13   middle school classmate.
14        Q.    Do you know what he does
15   professionally?
16        A.    I'm not sure right now.
17        Q.    And can you describe the post?
18        A.    He posted a series of Emojis.
19        Q.    There's a peace sign and then a
20   heart and then an ampersand, and then I
21   think you called this diamond hands.
22        A.    Diamond hands.
23        Q.    Yeah.
24        A.    Yes.
25        Q.    And what did you understand this
```

Page 129

```
 1              RIVAS - CONFIDENTIAL
 2    to communicate?
 3        A.    I don't remember what I
 4    specifically thought at that moment in
 5    looking at it.
 6        Q.    What about today?  What do you
 7    understand this to mean?
 8        A.    At this moment, I'm not sure.
 9    Like, peace, love and diamond hands, I
10    don't remember exactly what was happening
11    at that moment and why he said that.
12        Q.    So you then write beneath that,
13    "Buy the dip"; right?
14        A.    Yes.
15        Q.    And I think we discussed that a
16    little earlier.
17              Do you know what you might have
18    meant by "buy the dip" in this context?
19        A.    In this context -- I mean, I'm
20    not sure what his post meant, and so I'm
21    not sure, like, what exactly -- like, why
22    exactly I wrote that.
23        Q.    So sitting here today, you have
24    no clue why you would have said "buy the
25    dip"?
```

```
                                          Page 130
 1              RIVAS - CONFIDENTIAL
 2              MR. ROSEN:  Objection.
 3       Q.    You can answer.
 4       A.    Yeah.  I'm not sure, like -- I
 5   don't recall specifically.
 6       Q.    I understand you might not
 7   recall what you were thinking at the time
 8   or seeing this post --
 9              MR. ROSEN:  You asked her if she
10       had a clue.  That's not much of a
11       question.  So maybe a proper question
12       would be helpful.
13       Q.    Okay.  So sitting here today,
14   based off of the timing and the context of
15   this post itself and your response, do you
16   have any sense of what you might have
17   meant by "buy the dip"?
18       A.    It is a, you know, internet buzz
19   phrase.  So I think I was, you know,
20   having humorous banter with him.
21       Q.    Why was it humorous?
22       A.    Because we were going back and
23   forth with internet buzz phrases.
24       Q.    And sitting here today, is it
25   your understanding that this was likely in
```

```
 1              RIVAS - CONFIDENTIAL
 2   the context of the Meme stock events?
 3        A.     Yes.
 4        Q.     And after Alex Rivas says, "We
 5   like the stock" -- is that somebody
 6   related to you, actually?
 7        A.     My brother.
 8        Q.     Oh, okay.  Your brother.
 9              You then say, "I want to see you
10   persuade your dad to buy the next dip.  He
11   could prove he's cool for less than $300.
12   It's a bargain.  He'll be the only boomer
13   allowed on the moon."  And then there's a
14   little rocket ship and then a little I
15   guess price graph maybe or line graph of
16   some sort.
17              Do you know what you were, you
18   know, trying to communicate in that
19   response?
20        A.     It -- I don't remember what I
21   was thinking at that moment.
22        Q.     Sitting here today?
23        A.     It reads to me like I was being
24   humorous.
25        Q.     When you say, "He could prove
```

```
                                          Page 132
 1            RIVAS - CONFIDENTIAL
 2    he's cool for less than $300.  It's a
 3    bargain," were you saying it was cool to
 4    buy GME?
 5         A.    I'm not sure if that's what I
 6    was saying.
 7         Q.    And sitting here today, do you
 8    have any idea of what you meant by he'll
 9    be the only boomer allowed on the moon
10    with those Emojis?
11         A.    We have ongoing jokes about,
12    like, boomers.  And his dad goes along
13    with it.  Like, his dad, you know, refers
14    to himself as a boomer.  Yeah.  So it's
15    banter that's not connected to, like, GME
16    but broader banter.
17         Q.    And when you wrote for less than
18    $300, it's a bargain, do you know if
19    you're expressing your belief that, like,
20    the stock price would increase after this
21    point in time?
22         A.    I don't remember if I thought
23    that the stock price would increase at
24    that time.
25         Q.    And if you look at the next
```

```
 1              RIVAS - CONFIDENTIAL
 2   page, because I think Mr. Skene's response
 3   gets cut off, he says, "Cecilia Rivas GME?
 4   I have one share.  The 30-minute chart
 5   shows this is the dip.  So maybe I'll
 6   double down and buy another share.  LOL."
 7              Do you see that?
 8       A.    Yes.
 9       Q.    You then write back tagging him
10   and saying, "Neil yes," all caps,
11   exclamation point, exclamation point,
12   exclamation point.  "Boomer to the moon.
13   I knew you were cool.  Now, got any advice
14   on how to know when the squeeze is at its
15   peak?"
16              Do you see that?
17       A.    Yes.
18       Q.    And so this is another kind of
19   reference to, like, boomers, and we heard
20   about millennials a couple of times.
21       A.    Generational banter.
22       Q.    Yeah.  Generational banter.
23              When you ask him about timing
24   the peak or knowing when the peak -- when
25   the squeeze is at its peak, were you
```

```
 1              RIVAS - CONFIDENTIAL
 2   asking him for kind of casual advice on
 3   anticipating when the GME short squeeze
 4   would be at its peak?
 5       A.    I don't remember what I was
 6   thinking specifically when I wrote that.
 7       Q.    Sitting here today, do you have,
 8   you know -- what's your best understanding
 9   of what you were asking in that question?
10       A.    I really only know what it says.
11       Q.    So you were asking if he had any
12   advice on how to know when the squeeze is
13   at its peak.
14       A.    That is what I said.
15       Q.    And when Mr. Skene said in his
16   prior post -- he said, "Cecilia Rivas
17   GME?"  Right?
18       A.    Yes.
19       Q.    And so if you did not respond
20   saying that you were talking about
21   something -- some other peak besides GME,
22   is it fair to say this was in the context
23   of, you know, you were asking about the
24   timing of GME's peak?
25              MR. ROSEN:  Objection.  Vague.
```

```
                                        Page 135
 1              RIVAS - CONFIDENTIAL
 2        And compound.
 3        Q.    You can answer.
 4        A.    Could you say your question
 5   again?
 6        Q.    Sure.  Based off this context
 7   and understanding that you don't recall
 8   specifically at the time, do you believe
 9   that you were asking about -- for advice
10   on the timing of the peak of GME -- of the
11   GME squeeze, I should say?
12        A.    He wrote about two different
13   stocks prior to my post, so I, like, can
14   only speculate.
15        Q.    Do you know if you held SLV at
16   the time?
17        A.    I don't think I did.
18        Q.    I think that you said earlier
19   that you weren't sure what Mr. Skene does
20   professionally.
21              Do you know if he has ever
22   worked in any sort of, like, investment
23   capacity?
24        A.    Which Skene are you asking
25   about?
```

```
                                        Page 136
 1              RIVAS - CONFIDENTIAL
 2       Q.     Oh, are there two?
 3       A.     Yes.
 4       Q.     Neil -- oh, Neil and Chris.  I
 5    see.
 6              So Neil is the --
 7       A.     Generational banter because
 8    Neil --
 9       Q.     Yeah.
10       A.     -- is his father.
11       Q.     And were you asking -- so you're
12    asking the father for advice about the
13    timing of when the squeeze would be at its
14    peak.
15       A.     This is in the context of, like,
16    a lot of joking, clearly, banter.  So --
17    but, yes, that is what I said.  Do you
18    have any advice on how to know.
19       Q.     And do you know what Mr. Neil
20    Skene did for a living?
21       A.     I have an idea.
22       Q.     What is that?
23       A.     So he -- he has done a few
24    things.  One was being a newspaper
25    publisher for a while, he was a consultant
```

Page 137

RIVAS - CONFIDENTIAL

1
2   in child welfare, and he also is a pretty
3   active investor.
4       Q.    So do you often, you know,
5   solicit any sort of even kind of informal
6   investment advice from users on social
7   media?
8           MR. ROSEN:  Objection.  Vague.
9       A.    Yeah.  What do you mean by often
10  and what do you mean by solicit?
11      Q.    Do you ever ask for even
12  informal investment advice from users on
13  social media?
14      A.    I don't -- I mean, are you
15  characterizing -- like, I'm -- what do
16  you --
17      Q.    I'm asking --
18      A.    I'm confused.
19      Q.    I'm asking a general question.
20          Do you ever ask other users on
21  social media for even informal investment
22  advice?
23          MR. ROSEN:  Other than the one
24      that you're asking her about?  Are
25      there other instances of that

Page 138

```
 1            RIVAS - CONFIDENTIAL
 2      happening?
 3            MS. YOUNG:  I'm asking if she
 4      has ever done that.
 5      A.    There are no other instances
 6   that are coming to my mind.
 7      Q.    Thank you.
 8            And then if you look at the next
 9   page, Mr. Neil, I guess the father,
10   Skene's response that begins, "The peak is
11   hard to spot," and he says, "and to
12   distinguish from a pullback.  I suspect we
13   will see a bit of compression, trading in
14   a tighter range for a day or two, before a
15   bigger move up or down, but who can
16   predict a flash mob?  Traders use multiple
17   indicators (including stop-loss levels)
18   depending on risk tolerance."
19            Do you see that?
20      A.    Yes.
21      Q.    Do you know if you formulated
22   any sort of view as to when you thought
23   the squeeze would peak based off of this
24   feedback that you got from Mr. Skene?
25      A.    Like, your question assumes a
```

```
 1              RIVAS - CONFIDENTIAL
 2     couple of things.  So -- but I don't
 3     believe I, like, formed an opinion on
 4     anything as a result of the post.  Like, I
 5     don't typically read a post and then form
 6     an opinion.
 7          Q.     Then the -- can you turn to the
 8     page ending 360.
 9          A.     Okay.
10          Q.     This is another one from Mr. --
11     I guess the father -- Skene?
12          A.     Yes.
13          Q.     And it's a post from
14     January 29th, and it begins with him
15     sharing a memory about a feature on
16     Facebook.  In the last bit of the first
17     paragraph, he writes, "The billionaires
18     seem to be successfully using that to
19     distract the mob."
20                 And then you comment, asking,
21     "To distract the mob?  What does that
22     mean?"
23                 Do you see that at the bottom of
24     the page?
25          A.     I do.
```

```
                                            Page 140
 1              RIVAS - CONFIDENTIAL
 2        Q.     And then if you turn one more
 3   page, you can see that he responds to you,
 4   tagging you, and says -- I think that's
 5   your name bolded -- and says, "Wall Street
 6   views the Robinhood folks as a mob, wants
 7   to distract them by having them turn on
 8   Robinhood."
 9              Do you see that?
10        A.     Yes.
11        Q.     And then can you read what you
12   write back to Mr. Skene?
13        A.     "Gotcha.  I would disagree that
14   the mob is distracted.  The mob is adding
15   Robinhood to the hit list as they continue
16   to hold GME and drain as much money as
17   possible from the hedge funds.  I spend an
18   awful lot of time on Reddit these days and
19   most of the discussion when buying was
20   blocked yesterday was about the need to
21   hold firm and focus on the squeeze.  The
22   lack of retail selling yesterday even as
23   the stock fell was rather inspiring to
24   me."
25        Q.     Thank you.
```

1          RIVAS - CONFIDENTIAL

2              And did you hold onto your share

3    of GME at this time to drain as much money

4    from the hedge funds as possible?

5        A.    I don't remember, like, what I

6    would have said at that time was exactly

7    my motivation.

8        Q.    Sitting here today.

9        A.    I don't -- I can't say what my

10   motivation was at that time.

11       Q.    Did you believe that other

12   retail investors on social media were

13   either buying or holding their shares of

14   GME to drain as much money from the hedge

15   funds as possible?

16       A.    I knew that people were writing

17   that they wanted to drain money from hedge

18   funds.

19       Q.    And is it accurate to say that

20   at this time, you spent an awful lot of

21   time on Reddit?

22       A.    What's an awful lot of time to

23   you?

24       Q.    These are your words, Ms. Rivas.

25              So what is an awful lot of time

```
 1              RIVAS - CONFIDENTIAL
 2   to you?
 3              MR. ROSEN:  You asked her a
 4       question.  So she's asking you how
 5       you define --
 6       Q.    Okay.  So how did you -- what do
 7   you mean by an awful lot of time?
 8       A.    I think the context that I need
 9   to make clear is that, like, not
10   everything that I post on Facebook is a
11   factual reflection of my opinions or
12   beliefs.  Like, this is, you know, where
13   you go to sort of have fun and have
14   conversation.  It's not a diary.
15       Q.    Are you suggesting that you were
16   not spending an awful lot of time on
17   Reddit those days or just that you weren't
18   using your -- choosing your words
19   carefully?
20       A.    Neither.  Like, neither of those
21   statements.
22       Q.    Okay.  So what did you mean when
23   you wrote, "I spend an awful lot of time
24   on Reddit these days"?
25       A.    I don't remember exactly what
```

```
                                    Page 143
```

 1              RIVAS - CONFIDENTIAL
 2    was going through my head when I wrote
 3    that.
 4        Q.    Sitting here today, what would
 5    you believe an awful lot of time meant?
 6        A.    Again, like, because I am not
 7    sure how serious I was being, I'm not
 8    sure, like -- it's not possible to say
 9    what I would have thought was an awful lot
10    of time, because I'm not even sure how
11    serious I was being.
12              MR. ROSEN:  Another way to get
13         the answer would be to ask her about
14         how much time she was spending on
15         Reddit.
16              MS. YOUNG:  I believe I already
17         asked her that question earlier today.
18              MR. ROSEN:  So then I guess
19         you're good.
20        Q.    Would you consider -- I think
21    earlier today, you testified that you
22    spent -- you think around this time, you
23    were spending several hours a day
24    investing loosely or reading about
25    investing, that sort of thing.

Page 144

RIVAS - CONFIDENTIAL

1

2      A.    I think I said about a couple of
3   hours.
4      Q.    Couple of hours.  Is that not
5   what I said?
6      A.    You said a few hours.
7      Q.    Okay.  A couple of hours.
8            Would you consider your time
9   spent on Reddit to kind of count towards
10   those few hours?
11      A.    Yeah.  When I said that I spend
12   a couple of hours, like, thinking about
13   investing, if I was reading investment
14   threads on Reddit, then I'm including
15   that, like, the mental energy thinking
16   about the stock market.
17      Q.    And so when you say here -- you
18   said -- let's see -- when buying was
19   blocked yesterday -- and I think this post
20   was on the 29th, so I think you're
21   referring back to the 28th.
22            Does that seem fair to you?
23      A.    Yes.
24      Q.    And you saw a lot of discussion
25   about the need to hold firm and focus on

```
                                        Page 145

 1              RIVAS - CONFIDENTIAL
 2     the squeeze.
 3              Do you see that?
 4       A.    Yes.
 5       Q.    So was it your view at this time
 6     that the potential short squeeze in GME
 7     wasn't yet over or hadn't yet reached its
 8     peak?
 9       A.    Your question assumes that,
10     like, there was a short squeeze, and I --
11     again, I don't remember exactly what I
12     thought at that time.
13       Q.    So sitting here today, what do
14     you believe you meant by saying that the
15     discussion you heard about was about
16     focusing on the squeeze?
17       A.    I -- again, I don't know, like,
18     to what -- like, I don't know how serious
19     I was being.  I had no recollection of
20     this exchange until, you know, searching
21     for my screen shots or searching for my
22     posts.
23       Q.    You also mention that the lack
24     of retail selling was rather inspiring to
25     you.
```

Page 146

1          RIVAS - CONFIDENTIAL

2     A.     Yes.

3     Q.     Why was that inspiring to you?

4     A.     Again, I don't know how serious

5  I was being.  I don't know if I was being

6  facetious.  Like, I just truly do not

7  remember my thought process as I sat there

8  typing, because I am so often facetious or

9  just having fun on Facebook.

10    Q.     Do you think you were being

11 sarcastic about whether or not the lack of

12 retail selling was inspiring?

13         MR. ROSEN:  Objection.  Asked

14      and answered.

15         MS. YOUNG:  I didn't ask that

16      question.

17    Q.     You can answer.

18    A.     Again, I did not say that I was

19 being sarcastic.  I said I don't remember

20 whether I was being serious or not.

21    Q.     And sitting here today, you

22 don't have any view as to whether or not

23 you were likely being serious or

24 facetious?

25    A.     Yeah.  I don't want to speculate

```
                                      Page 147

 1            RIVAS - CONFIDENTIAL
 2    about my thought process at the time.
 3        Q.    But I don't mean at the time.  I
 4    mean right now.  Your view right now as to
 5    what you meant here.
 6              MR. ROSEN:  When you asked her
 7         what she was thinking back then, and
 8         then you asked her --
 9              MS. YOUNG:  Thank you, Mr.
10         Rosen.
11              MR. ROSEN:  -- what do you think
12         now about what she thought about back
13         then, isn't it the same thing?
14        Q.    No.  I'm asking you, reading
15    this today, what is your understanding of
16    the lack of retail selling being rather
17    inspiring to you?
18        A.    Again, I don't want to speculate
19    about my thought process at that time,
20    because I just don't remember.
21              MS. YOUNG:  Let's take a look at
22         Tab 7, Shuyu.  This is No. 81.
23
24
25
```

```
                                           Page 148

 1              RIVAS - CONFIDENTIAL

 2                (Defendant's Exhibit 81, A

 3        Facebook post, Bates P00001088, was

 4        hereby marked for identification, as

 5        of this date.)

 6              THE VIDEOGRAPHER:  Counsel, I

 7        just want to mention that at some

 8        point within the next 15 minutes, we

 9        should break to change the media.

10              MS. YOUNG:  Okay.  Sure.  Maybe

11        we can finish this document and then

12        break for lunch, if that works.  Okay.

13              MR. ROSEN:  What number is this?

14              MS. YOUNG:  81.

15   BY MS. YOUNG:

16        Q.    Do you recognize this document,

17   Ms. Rivas?

18        A.    I do.

19        Q.    What is this?

20        A.    It's a post that I posted on

21   Facebook.

22        Q.    And this is on January 29th;

23   right?

24        A.    Yes.

25        Q.    Can you read the text of the
```

```
 1          RIVAS - CONFIDENTIAL
 2   post.
 3       A.    "The squeeze hasn't squoze yet
 4   and we'll keep draining billions as long
 5   as these people keep shorting.  GME stock
 6   up 68 percent today.  Can't stop, won't
 7   stop, GameStop."  And then a diamond hands
 8   symbol.
 9       Q.    And then you link a CNBC
10   article; right?
11       A.    Yes.
12       Q.    And what's the title of that?
13       A.    "GameStop short sellers are
14   still not surrendering despite nearly 20
15   billion in losses this month."
16       Q.    And what did you mean by "the
17   squeeze hasn't squoze yet"?
18       A.    Again, I don't remember -- like,
19   I don't remember posting this, so I don't
20   remember what I -- I can't offer you
21   interpretation on it beyond what it says.
22       Q.    What does "squoze" mean to you?
23   I don't know if that's in Merriam Webster.
24       A.    I don't think it is.  I would
25   have found the, like, verb funny as I
```

```
 1              RIVAS - CONFIDENTIAL
 2     often use that with respect to my cat's
 3     eyes.  So -- but I mean, "squeeze hasn't
 4     squoze" means, like, that it's not done.
 5         Q.    So based off of this,
 6     understanding that you might not, you
 7     know, recall specifically, this -- sitting
 8     here today, do you believe that this post
 9     expressed that you thought that the GME
10     short squeeze was still ongoing?
11         A.    Again, I don't remember posting
12     it, and therefore, I don't remember how
13     serious I was being.  And I don't take
14     this to be, like, a literal reflection of
15     my thought process at that time.
16         Q.    And what did you mean by "we'll
17     keep draining billions as long as these
18     people keep shorting"?
19         A.    Like, it says what it says.  I'm
20     not sure.  Can you say your question --
21         Q.    Maybe I'll break it down a bit.
22               Who did you mean by "we"?
23         A.    I don't know exactly.  Like, I
24     don't remember writing this.
25         Q.    Based off this context, do you
```

```
 1              RIVAS - CONFIDENTIAL
 2    have any understanding of what you might
 3    have meant by "we"?
 4        A.    I think I meant people who hold
 5    GME.
 6        Q.    And when you wrote "those
 7    people," you know, do you think you were
 8    referring to investors that were short
 9    GME?
10        A.    Based upon the sentence, yes.
11    These people keep shorting means I'm
12    referring to the people that are shorting.
13        Q.    That are short GME?
14        A.    Yeah.
15        Q.    And does billions refer to, you
16    know, what those institutions would -- or
17    those short sellers would have to pay to
18    cover or exit their short positions?
19        A.    That's what I, yeah, understand
20    the sentence to mean.
21        Q.    And by "won't stop," were you
22    expressing that you wouldn't sell your
23    share of GME at this time at least?
24        A.    It's a humorous sentence.
25        Q.    And it rhymes.
```

Page 152

1                     RIVAS - CONFIDENTIAL
2          A.     Right.  It's a reference to a
3      broader, like, pop culture phrase.
4          Q.     Why would you have posted this
5      on Facebook?
6          A.     Like, I don't remember my
7      motivation for posting this.
8          Q.     But again, I think that you said
9      that these were, you know, one of only two
10     kind of periods when you posted about your
11     investments on social media; right?
12         A.     Mm-hmm.
13         Q.     Sitting here today, is there any
14     reason why you think that you might have
15     wanted to post something publicly about
16     this, about those investments?
17              MR. ROSEN:  Objection.  Vague.
18         Q.     You can answer.
19         A.     What do you mean by public?
20     Because I don't --
21         Q.     Public on social media.  I don't
22     mean, like, that your actual Facebook page
23     is publicly to everybody, but people that
24     have access to your account.
25         A.     I use Facebook as a, like -- I

1          RIVAS - CONFIDENTIAL

2   use Facebook for engaging with friends and

3   family and, like, activity to connect

4   socially.

5          MS. YOUNG:  I think I'm done

6       with this document.  But if you guys

7       want to go a little bit longer, we

8       can.  Do you have any preference?

9          MR. ROSEN:  Well, he's got --

10          MS. YOUNG:  Do you need to

11       switch over now, Zef?  How much longer

12       do you have before you need to switch

13       over?

14          THE VIDEOGRAPHER:  I'd say,

15       like, ten minutes or so.

16          MR. ROSEN:  You want to take a

17       break now or --

18          MS. YOUNG:  Yeah.  Maybe now

19       is -- is now good for lunch maybe?

20          THE WITNESS:  Sure.

21          MS. YOUNG:  Okay.

22          THE VIDEOGRAPHER:  We're going

23       off the record at 12:46 p.m.

24          (Luncheon recess: 12:46 p.m.)

25

```
 1            RIVAS - CONFIDENTIAL
 2          A F T E R N O O N   S E S S I O N
 3                    1:41 p.m.
 4            THE VIDEOGRAPHER:  We're back on
 5       the record at 1:41 p.m.
 6  BY MS. YOUNG:
 7       Q.    Okay.  Let's go to Tab 8.
 8       A.    Oh, is this a new one?
 9       Q.    Mm-hmm.
10       A.    Okay.
11       Q.    Yeah.
12            (Defendant's Exhibit 82, An
13       article titled "GameStop short-sellers
14       are still not surrendering despite
15       nearly $20 billion in losses this
16       year," was hereby marked for
17       identification, as of this date.)
18            MR. ROSEN:  Exhibit 82?
19            MS. YOUNG:  This is 82.  Yeah.
20       Q.    Okay.  Do you recognize this
21  article, Ms. Rivas?
22       A.    Looks familiar.
23       Q.    I think when we were in the last
24  exhibit we were looking at, which is 81 --
25       A.    Right.
```

Page 155

1              RIVAS - CONFIDENTIAL
2        Q.    Tab 7.
3              Does it look like this is the
4    article that you linked to that post?
5        A.    Yeah.  Which page number is
6    that, is the Facebook post?
7        Q.    Oh, it's the -- it's not in
8    the big packet.  It's in that freestanding
9    one.  It should be No. 81, the last
10   exhibit.
11       A.    Here we go.  Yes.
12       Q.    And if you posted it, it's safe
13   to say you read this article?
14       A.    I did read it.
15       Q.    And could you read the second
16   paragraph on -- well I guess it's not on
17   the page -- the paragraph that's fourth
18   from the bottom on the second page.
19       A.    "The video game stock" -- that
20   paragraph?
21       Q.    Yeah.
22       A.    "The video game stock has been
23   the star of the show on the WallStreetBets
24   Reddit forum, whose members have grown
25   rapidly to over 5 million.  A wave of day

RIVAS - CONFIDENTIAL

1

2    traders continued to encourage each other

3    to pile into GameStop's shares and call

4    options, creating a massive short squeeze

5    that inflicted pain for hedge funds

6    betting against the name."

7        Q.    The paragraph mentions a short

8    squeeze that inflicted pain for hedge

9    funds betting against the stock; right?

10       A.    Yes.

11       Q.    Does a desire to force losses

12   for hedge funds that were short GME

13   motivate you to hold onto your share of

14   GME?

15            MR. ROSEN:  Asked and answered.

16       Q.    You can answer.

17       A.    I think I've said my primary

18   motivation with buying and selling GME was

19   to make money.

20       Q.    Were you in any way motivated to

21   hold onto your share to inflict losses on

22   short sellers that were short GME?

23       A.    Yeah.  It's hard to say exactly

24   what I was thinking besides the motivation

25   to make money.  Like, that is the

Page 157

1              RIVAS - CONFIDENTIAL
2    overriding.
3         Q.    Let's take a look back on -- at
4    81.
5         A.    Yes.
6         Q.    "We'll keep draining billions as
7    long as these people keep shorting.  GME
8    stock up 68 percent today.  Can't stop,
9    won't stop, GameStop," diamond hand
10   Emojis; right?
11        A.    Mm-hmm.
12        Q.    And so at the time at least you
13   wrote that, you wanted to diamond hands
14   hold GME to keep draining billions as long
15   as these investors were short GME.
16             MR. ROSEN:  Objection.  That's
17        not what the document says.
18        Q.    Ms. Rivas, what did you mean by
19   "we'll draining billions as long as these
20   people keep shorting"?
21        A.    Given that I own one share, I'm
22   pretty confident I didn't think I
23   was draining billions.  However, I don't
24   remember exactly what I was thinking at
25   that moment.

```
                                        Page 158
 1            RIVAS - CONFIDENTIAL
 2      Q.    But "we" presumably includes
 3   more than just you; right?
 4      A.    "We" is a plural.
 5      Q.    Right.
 6      A.    Yes.
 7      Q.    And so did you have a broader
 8   community of individuals in mind than just
 9   yourself when you said "we'll keep
10   draining billions"?
11      A.    I think I've indicated that the
12   idea of hedge funds losing money was
13   appealing to me.  But I -- when I say
14   things on social media, they're not to be
15   taken literally.  This is just where I go
16   to have fun and banter with friends and,
17   you know, perhaps trash talk, one might
18   say.
19      Q.    And it mentions traders
20   continued to encourage each other to pile
21   into GameStop shares; right?
22            MR. ROSEN:  Are you talking
23      about Exhibit 82?
24      Q.    I meant 82.  Sorry.  Not yours.
25   The article.
```

```
                                        Page 159
 1              RIVAS - CONFIDENTIAL
 2       A.      The article?
 3       Q.      Yeah.
 4       A.      Yes.  A wave of day traders.
 5       Q.      Did you observe users on social
 6   media encouraging each other to pile into
 7   GameStop?
 8              MR. ROSEN:  Objection.
 9       Q.      You can answer.
10       A.      Yeah.  I mean, can you, like --
11   can you explain encouraging versus posting
12   what they are doing?  Like -- what I read
13   on social media was people saying, "I'm
14   buying GameStop.  Woohoo."  Like -- so if
15   that's the sense that you mean, then yes.
16       Q.      Did any of that general
17   enthusiasm for GME encourage you to invest
18   or hold onto your shares?
19       A.      I feel like we're going back in
20   a circle here.  My primary goal is or was
21   to make money.  And if, you know, making
22   money at the expense of a hedge fund was
23   what was happening, then all the better.
24       Q.      In any of these posts, did you
25   say that your primary motive for buying
```

```
 1              RIVAS - CONFIDENTIAL
 2   one -- one share of GME was to make money?
 3        A.    I would need a minute to go back
 4   over them.  But probably not.
 5        Q.    When you say that you would go
 6   to social media to sort of have fun, and
 7   there's some levity to it, was there
 8   any -- did you find anything fun about
 9   your investment in GME at this time?
10        A.    Did I find anything fun about
11   it?
12        Q.    Yes.
13        A.    Yes.
14        Q.    Can you expand on that?  Or,
15   like, how was that fun?
16        A.    It had entertainment value to be
17   invested in something that, you know,
18   other people were talking about.  Like,
19   it's kind of socially engaging.
20        Q.    I think earlier, you also -- you
21   used the expression or the term, rather,
22   "gamification."
23              What do you mean by that?
24        A.    When I referred to gamification,
25   I don't think I was referring specifically
```

Page 161

```
 1          RIVAS - CONFIDENTIAL
 2   to GameStop.
 3       Q.    Right.
 4       A.    But broadly gamification -- I
 5   mean, it refers to making something into a
 6   game that's not a game, and in the case of
 7   Robinhood, you know, they gamified
 8   investing, which is a serious thing with
 9   things like putting confetti, you know, on
10   the app when you buy a stock.
11       Q.    And that --
12       A.    So making a serious thing into
13   a -- into a game.
14       Q.    And that was -- I guess is it
15   fair to say that you felt that way about
16   it back when you started trading, which I
17   think you said was earlier in 2020?
18       A.    August 2020 --
19       Q.    August 2020.
20       A.    -- is when I first invested.
21       Q.    Right.
22             So prior to the Meme stock
23   events, I mean, you felt this way about
24   this gamification idea.
25       A.    I think the gamification is a
```

```
 1              RIVAS - CONFIDENTIAL
 2   real, like, psychological effect, and so I
 3   think, like, yeah, you know, seeing
 4   confetti is, like, a dopamine hit, if you
 5   will.
 6       Q.    But you would -- that's separate
 7   from the fun of investing at this time
 8   that seems more kind of community driven,
 9   online community driven, I mean.
10              Is that fair?
11       A.    I think the primary -- like, my
12   primary motivation was to profit.  And so
13   I'm not sure what you're, like, trying to
14   get me to say.
15       Q.    I think I was just -- I don't
16   see it updating right now, but what -- you
17   just said something about it being fun.
18              MR. ROSEN:  I think she said
19       posting on social media was fun.
20       Q.    Right.  And I said is there
21   anything fun about your investment in GME
22   at that time.  I believe you said that
23   there was.
24       A.    Yeah.  And I said that it's fun
25   to own a stock that so many people are
```

Page 163

1          RIVAS - CONFIDENTIAL

2    talking about.

3         Q.    People are talking about.  Yeah.

4         A.    Yeah.  I guess the distinction

5    I'm making is between something having

6    entertainment value and me doing it for

7    entertainment value.

8         Q.    But -- withdrawn.

9              Let's go to -- back to that big

10   packet, Exhibit 79.

11        A.    Yes.

12        Q.    So this time, you'll go to

13   page 355 for the Bates.

14              It looks like this is another

15   post by Mr. Camarda; is that right?

16        A.    Yes, Camarda.

17        Q.    And this is February 21, 2021.

18        A.    Yes.

19        Q.    It's two days after the last

20   post we were looking at.

21              Do you see where he writes, "It

22   didn't take much more than" -- I guess he

23   means -- "a week before an establishment

24   comedian blamed Russia for what's going on

25   on Reddit."

```
                                            Page 164

 1              RIVAS - CONFIDENTIAL

 2       A.    Yes.

 3       Q.    Do you see that at the top?

 4       A.    Mm-hmm.

 5       Q.    And then at the bottom, looks

 6   like he tags you, and this goes on to the

 7   second page.  But he says, "Cecilia Rivas,

 8   how many rubles you getting from Putin?"

 9              Do you see that?

10       A.    Yes.

11       Q.    And then you respond,

12   "Hahahahaha.  I have no need for rubles on

13   the moon."

14       A.    Yes.

15       Q.    And so at this point in time, on

16   February 21st, you were still holding onto

17   your GME share; right?

18       A.    I still had one share.  Yeah.

19       Q.    And this "to the moon"

20   expression is something that you also saw

21   used on Reddit around this time; is that

22   right?

23       A.    It was also used on Reddit at

24   this time.

25       Q.    And so if you're using
```

Page 165

RIVAS - CONFIDENTIAL

1  RIVAS - CONFIDENTIAL
2  expressions like "on the moon," is that
3  because you at this point in time still
4  believed that the price of GME would
5  increase?
6      A.    So although I don't like to
7  speculate about my mindset, the fact that
8  I put "ha," like, eight times before my
9  words suggests to me that I was joking.
10     Q.    But if you really thought that
11 it wasn't going to increase, you would
12 have sold your shares, right, if you're
13 only investing because, you know, you
14 wanted to make money?
15     A.    I don't remember at that moment,
16 like, my feelings about where the stock
17 was going to go.
18     Q.    And this was a couple of days
19 into the restrictions --
20     A.    Yes.
21     Q.    -- that we talked about.
22     A.    Right.
23     Q.    Okay.  So if we go back to 76.
24 That's that spreadsheet with the orders.
25     A.    Yes.

```
 1              RIVAS - CONFIDENTIAL
 2       Q.     And flip to the second page.
 3              That last row, looks like you
 4   sold your share of GME on February 4th at
 5   the price of $57.22; right?
 6       A.     Yes.
 7       Q.     And why did you decide to sell
 8   your share at this time?
 9       A.     I remember, like, feeling a
10   sense of hopelessness at Robinhood's
11   manipulation and just feeling like I guess
12   I should cut my losses.
13       Q.     Could you expand on that
14   hopelessness?
15       A.     I felt that the restrictions
16   that were so affecting the price of the
17   stock were, like -- weren't allowed or
18   shouldn't be allowed.  You know, I'm not
19   an expert in those rules.  But it seemed
20   like I guess they're getting away with
21   this.
22       Q.     Was it your view that
23   Robinhood's trading restrictions alone
24   caused you to lose money on GME?  On the
25   share of GME?
```

```
 1              RIVAS - CONFIDENTIAL
 2      A.     Robinhood puts actions alone on
 3  this specific share.
 4      Q.     Robinhood's restrictions alone
 5  were the only contributing factor to you
 6  losing money on this share of GME.
 7      A.     Share prices are affected by
 8  different things, and I wouldn't, like,
 9  venture a guess one way or the other as to
10  one decisive factor.
11      Q.     So you believe it's possible
12  that other factors could have contributed
13  to the share price decline in GME at this
14  time.
15              MR. ROSEN:  Objection.  Asked
16      and answered.
17              MS. YOUNG:  I didn't ask that.
18      Q.     You can answer.
19      A.     I don't want to speculate about,
20  like, the exact reasons why GameStop or
21  any stock rises or falls at any given
22  moment.
23      Q.     Do you believe that the end of a
24  short squeeze or attempted short squeeze
25  could cause you to lose any money on your
```

Page 168

```
 1            RIVAS - CONFIDENTIAL
 2    GME investment?
 3        A.    No.
 4        Q.    I think you testified earlier
 5    today that you believe that a short
 6    squeeze -- a short squeeze causes a stock
 7    price to be overvalued relative to its
 8    fundamental value.  Is that right?  Or am
 9    I mischaracterizing anything?
10            MR. ROSEN:  Objection.
11        A.    I can't remember if I said it
12    like that.  Like, I probably shouldn't
13    have spoken with such confidence if that's
14    what I did say.
15        Q.    I'm probably paraphrasing.  If
16    you have a more -- I don't want to
17    misrepresent anything if that's not --
18            MR. ROSEN:  Well, what's the
19        specific question you're asking her?
20        Q.    I'm asking how do you think that
21    an attempted short squeeze in GME would
22    have impacted the stock price, prior to
23    you selling, immediately prior to you
24    selling?
25            MR. ROSEN:  On February 4th?
```

Page 169

```
 1            RIVAS - CONFIDENTIAL
 2       Q.    In late January to early
 3  February.
 4       A.    I mean, my feeling or my belief
 5  is that Robinhood's -- by, you know, going
 6  to position close only and those other
 7  restrictions were the primary reason that
 8  the stock tanked, and I can't say what
 9  would have or could have or should have
10  happened had they not done that.  Like,
11  what they did was tank the stock.
12       Q.    Do you know if, after all of
13  those restrictions were lifted, whether or
14  not the stock price recovered?
15       A.    At what --
16       Q.    At -- let's say the January 27th
17  peak.
18       A.    Like, did it recover on -- when
19  did it -- I'm sorry.
20       Q.    After Robinhood -- after there
21  were no more restrictions on Robinhood's
22  platform, do you know whether or not GME's
23  stock price recovered to the
24  January 27, 2021, peak price?
25       A.    I'm not sure if it did.
```

```
                                        Page 170

 1            RIVAS - CONFIDENTIAL

 2       Q.    Do you recall whether --

 3  actually, withdrawn.

 4            Between January and

 5  February 2021, you didn't buy or sell any

 6  shares of AMC; right?

 7       A.    No.

 8       Q.    Or Blackberry.

 9       A.    No.

10       Q.    Bed Bath & Beyond?

11       A.    No.

12       Q.    Express?

13       A.    No.

14       Q.    Nokia?

15       A.    No.

16       Q.    Koss?

17       A.    No.

18       Q.    Tootsie Roll?

19       A.    No.

20       Q.    And Trivago?

21       A.    No.

22       Q.    Did you consider buying any of

23  those shares in January 2021?

24       A.    I don't remember if I considered

25  it or not.
```

Page 171

1            RIVAS - CONFIDENTIAL

2       Q.     Since January 2021, when you

3    purchased the shares of GME, have you ever

4    purchased any more shares?

5       A.     Since January, yes.

6       Q.     When was that?

7       A.     I'm trying to remember.  It was

8    later in 2021.  I don't think I've bought

9    any after 2021.

10       Q.     But you don't know when in 2021.

11       A.     I don't remember.

12       Q.     And you still trade today;

13    right?

14       A.     I haven't bought or sold any

15    stocks in a while, but I still have a

16    brokerage account.

17       Q.     And I think you said earlier

18    that that's mainly Fidelity; right?

19       A.     Yes.

20       Q.     Today, do you hold, you know,

21    stock in any of the companies we've

22    discussed?

23       A.     Yes.

24       Q.     Which ones?

25       A.     I still have a couple of shares

Page 172

```
 1              RIVAS - CONFIDENTIAL
 2      of GameStop in Fidelity.
 3           Q.    And what stocks make up the
 4      biggest portion of your portfolio today?
 5           A.    An S&P index fund and a NASDAQ
 6      index fund.
 7           Q.    And what's the approximate value
 8      of your portfolio today?
 9           A.    My total portfolio, it's I think
10      about ███████
11           Q.    And what's your role in this
12      lawsuit?
13           A.    I'm a plaintiff.
14           Q.    Are you a named plaintiff?
15           A.    Yes, a named plaintiff.
16           Q.    Do you know what a class
17      representative is in a class action?
18           A.    I do.
19           Q.    And are you seeking to be a
20      class rep in this action?
21           A.    I am.
22           Q.    And what do you understand your
23      responsibilities to be in that role?
24           A.    My responsibilities are to
25      represent and look out for the interests
```

Page 173

RIVAS - CONFIDENTIAL

1                RIVAS - CONFIDENTIAL
2     of the absent class members by, you know,
3     participating in the litigation.
4          Q.    And how did you hear about this
5     lawsuit?
6          A.    I was, like, Googling for
7     whether or not there were lawsuits related
8     to the Robinhood market manipulation, and
9     so the Rosen Law Firm came up.
10         Q.    And did you contact the Rosen
11    firm?
12         A.    I did.
13         Q.    How did you reach out?
14         A.    They had a, you know, inquiry
15    form on their website.
16         Q.    Why did you want to be involved
17    in this lawsuit as a named plaintiff?
18         A.    Because I was and am angry at
19    Robinhood's manipulation of the stocks
20    during this time.
21         Q.    And I think earlier today, I was
22    asking about a post about Exhibit 80
23    maybe.  You don't have to go back to it.
24    But it's the one where you reference
25    another class action that had been filed

```
                                              Page 174
  1              RIVAS - CONFIDENTIAL
  2    in January of 2021.
  3              And I believe in that post, you
  4    describe the plaintiffs in that action as
  5    American heroes?
  6         A.   Yes.  I remember that.
  7         Q.   What did you think was heroic
  8    about the plaintiff in that lawsuit?
  9         A.   The post was referring to the
 10    attorneys.  Like, are you asking about the
 11    attorneys or the, like --
 12         Q.   Oh, I thought you were talking
 13    about the plaintiffs.
 14         A.   The plaintiffs that the
 15    attorneys represented.  I'm sorry.
 16         Q.   It's -- I guess the better
 17    question would have been who are the
 18    American heroes that you're referring to
 19    in that post?
 20         A.   I think it was the lawyers.
 21         Q.   Okay.  So do you consider
 22    Mr. Rosen heroic, then, in this case?
 23         A.   I consider him an American hero.
 24         Q.   An American hero.  Thank you.
 25              So you don't consider your own
```

Page 175

1              RIVAS - CONFIDENTIAL

2    participation in this action heroic?

3         A.    Let's say it is.  Sure.  My

4    participation in this litigation is

5    heroic.  I will agree with that

6    characterization.

7              MR. ROSEN:  After what you've

8         gone through in this deposition.

9         Q.    I can't believe it was that

10   unpleasant.  Those were some good cookies

11   that hopefully you enjoyed.

12        A.    I'll have one on my way out.

13        Q.    They're good.

14             Excluding your dep today, how

15   much time have you spent on things related

16   to this lawsuit?

17        A.    I'm not sure exactly, but it's

18   been quite a bit of time.

19        Q.    Does it sort of vary over

20   different periods?

21        A.    Yeah.

22        Q.    Have you read filings in the

23   case?

24        A.    I have.

25        Q.    Anything in particular?

Page 176

RIVAS - CONFIDENTIAL

```
 1
 2        A.      I think I've read all of them.
 3   So I've read the original complaint, the
 4   amended complaint, the -- Robinhood's
 5   motion to dismiss, the response to that,
 6   and the judge's opinion.
 7        Q.      How often do you communicate
 8   with counsel, about?
 9        A.      It varies.  But I don't think
10   we've gone more than three or four weeks
11   without some communication.
12        Q.      Have you been compensated for
13   the time you've spent on this case?
14        A.      No.
15        Q.      Have you been told whether you
16   will receive compensation at any point for
17   your involvement in this case?
18        A.      As the certification indicates,
19   I believe I have been told that I will not
20   be compensated by the Rosen Law Firm for
21   my participation in this case.
22        Q.      And you're aware that a request
23   for production of documents was served on
24   you to your counsel; right?
25        A.      Yes.
```

```
                                      Page 177
 1              RIVAS - CONFIDENTIAL
 2      Q.     And we talked about this a
 3  little bit earlier with respect to the
 4  Facebook posts.
 5              But I gather you did some sort
 6  of search for potentially responsive
 7  documents?
 8      A.     Yes.
 9      Q.     And when was that?
10      A.     It would have been shortly
11  before the law firm produced them.  It was
12  a few months ago now.  I'm not sure
13  exactly when.
14      Q.     Do you have a personal email
15  account?
16      A.     I do.
17      Q.     Did you search through your
18  email or email accounts for documents that
19  Robinhood requested?
20      A.     No.
21      Q.     And why is that?
22      A.     Because I knew that I wasn't
23  emailing people concerning the affected
24  stocks or the, you know, issues at hand in
25  the litigation.
```

Page 178

1           RIVAS - CONFIDENTIAL

2      Q.    Ever?

3      A.    Yes.  Other than my attorneys,

4   yes.

5      Q.    I think you also said -- when

6   did you say that you reached out to the

7   Rosen firm about participating in this

8   action?  Or did I not ask you that?

9      A.    I don't think that you asked me

10  that.

11     Q.    When did -- when about did you

12  reach out to them?

13     A.    I can't remember how long it was

14  before I signed the certification, but it

15  was a few weeks before I signed the

16  certification.

17     Q.    Okay.  I think the

18  certification -- well --

19     A.    November 23, 2021.

20     Q.    Yeah.  And you mentioned that

21  you have your cellphone set to delete --

22  did you say texts every three months,

23  automatically delete texts every month?

24     A.    Three months --

25     Q.    Three months.

1           RIVAS - CONFIDENTIAL

2      A.      -- is how long they're retained.

3      Q.      Yeah.  And that's always been a

4  setting on your phone?

5      A.      As long as I can remember.

6      Q.      After signing on to act as a

7  plaintiff in this litigation, did you

8  change that setting?

9      A.      I did not change that setting.

10      Q.      Do you ever communicate through

11  any other apps, like WhatsApp or instant

12  messaging apps like that?

13      A.      I have used WhatsApp.

14      Q.      Did you search WhatsApp or any

15  sort of similar apps for any responsive

16  material?

17      A.      Did I search WhatsApp or --

18      Q.      Mm-hmm.

19      A.      I did not search WhatsApp.

20      Q.      And is that because, like text,

21  you're confident that nothing responsive

22  would exist there?

23      A.      I'm confident on WhatsApp

24  because I only use it to communicate with

25  a couple of people that I know I wasn't

```
 1              RIVAS - CONFIDENTIAL
 2   communicating with them about stocks.
 3        Q.    And what about Facebook
 4   Messenger?
 5        A.    I searched Facebook Messenger.
 6        Q.    Does Reddit have direct
 7   messaging?
 8        A.    It might.  I'm not sure.
 9        Q.    Okay.  I assume, then, you've
10   never used that feature on Reddit if it
11   does exist.
12        A.    I'm pretty sure I have not.
13        Q.    Okay.  Have you deleted or
14   thrown out any kind of social media posts
15   that were related to issues in this
16   litigation?
17        A.    No.
18        Q.    Have you taken any steps to
19   preserve documents requested in this
20   litigation?
21        A.    Yes.
22        Q.    What kind of actions?
23        A.    I screen shotted or downloaded
24   these materials.
25        Q.    So throughout the day today, we
```

Page 181

1                RIVAS - CONFIDENTIAL
2     talked a lot about sort of enthusiasm on
3     Reddit and other social media sites
4     related to GME in, say, late January 2021.
5          A.    Yes.
6          Q.    Fair?
7          A.    Quite a bit.
8          Q.    And did you consider yourself a
9     participant of any of that social media
10    enthusiasm?
11         A.    I don't know if I would have
12    called myself a participant.  I don't know
13    if I would have used that
14    characterization.
15         Q.    Would you consider yourself
16    engaged in that social media enthusiasm
17    related to GME in late January of 2021?
18         A.    What I would say is that I
19    followed that enthusiasm and made a
20    limited number of posts.
21         Q.    And a lot of -- we've discussed
22    today that a lot of users on social media
23    were using kind of jargon like "to the
24    moon," right, or "diamond hands"; right?
25         A.    Yes.

```
                                            Page 182
 1            RIVAS - CONFIDENTIAL
 2       Q.    Those are also expressions or
 3   Emojis or terms that you used in posts
 4   around this time; right?
 5       A.    Yes.
 6       Q.    And on days where you actually
 7   posted things like "I'm holding to the
 8   moon" and things like that were during
 9   periods where you actually were holding
10   your GME share; right?
11       A.    The posts that we have gone
12   over, yes, I was holding a GME share.
13       Q.    Right.  I think earlier, you
14   testified that you thought that some of
15   your social media posts were more comedic
16   in nature rather than a serious reflection
17   of how you felt about your investment in
18   GME.
19       A.    Yes.
20       Q.    But you took your investment in
21   GME very seriously as an actual financial
22   investment?
23       A.    I don't know if I would say that
24   I, like, took it -- like, seriously is not
25   the word that came to my mind.  I hoped to
```

Page 183

1                RIVAS - CONFIDENTIAL
2    make money off of it.  So if you define
3    seriously, like, what's your definition of
4    serious?
5         Q.    Let me ask maybe a different --
6    a better question.
7                Were you motivated to either
8    invest in GME or hold onto your share of
9    GME in solidarity with the larger Reddit
10   community that was enthusiastic about the
11   company at that time?
12        A.    I was primarily motivated by the
13   desire to make a profit and the fact that
14   there was, like, a potential benefit to --
15   like, a potential, you know, negative
16   effect to hedge funds was an added bonus.
17   I was not motivated by a desire to be,
18   like, a part of Wall Street Bets.
19        Q.    Prior to January of 2021, you
20   know, you for a while have been investing
21   in Robinhood; right?
22        A.    Yes.
23        Q.    And after this time, you
24   continued investing I assume not on
25   Robinhood as actively but on your Fidelity

```
                                        Page 184

 1              RIVAS - CONFIDENTIAL

 2    account; right?

 3         A.    Yes.

 4         Q.    Do you recall any other

 5    instances where you ever posted on social

 6    media about those investments?

 7         A.    I don't recall any.

 8         Q.    The only time you recall ever

 9    posting about investing -- your actual

10    investments, I mean -- was this time for

11    your one share of GME in January and I

12    guess in early February of 2021.

13         A.    Yes.

14         Q.    You never prior to that or after

15    that felt the need to post about, you

16    know, your investments that you made in

17    companies, you know, driven by your desire

18    to make money off of those investments.

19              MR. ROSEN:   When you're asking

20         her if she felt the need, are you

21         asking her if she did it or if she

22         ever felt the need to do it?

23         Q.    Did you ever do it?

24         A.    I have not, but I -- did I post

25    about my desire to make money off of
```

```
 1              RIVAS - CONFIDENTIAL
 2   investments?  Was that the question?
 3        Q.    I'm asking did you ever -- I
 4   should rephrase.
 5              Why did you -- if GME is the
 6   only investment that you ever posted about
 7   on social media, you know, why was that?
 8        A.    I can't say why I didn't post
 9   about other investments.  I can say that I
10   did post about GameStop because I used
11   Facebook as a social venue, and so I was
12   talking with other people about it in,
13   like, a social sense.  It wasn't about
14   investments.  It was about -- the pop
15   culture phenomenon is what I was talking
16   with people about, because that's what's
17   fun to talk about on Facebook.
18        Q.    And is that what also made your
19   investment in GME fun?  Like, this -- I
20   think you described it as a social
21   movement in this cultural phenomenon
22   around GME at this time?
23        A.    Is that what made is fun?
24        Q.    Yeah.  I think a couple of
25   times, you used the word "fun" to describe
```

Page 186

1              RIVAS - CONFIDENTIAL
2    your experience investing at this time.
3         A.    Is -- so is talking with people
4    on social media what made it about it --
5    what made it fun.
6         Q.    Yeah, or is that part of what
7    made it fun?
8         A.    Yeah, that's part of what made
9    it fun.
10              (Pause)
11              MS. YOUNG:  I'm just going over
12         my notes, but I don't think I have
13         much more.
14              (Pause)
15              MS. YOUNG:  I think -- I want to
16         take ten minutes, but then I think I'm
17         done.
18              MR. ROSEN:  Okay.
19              MS. YOUNG:  Okay.
20              THE VIDEOGRAPHER:  We're going
21         off the record at 2:14 p.m.
22              (Recess)
23              THE VIDEOGRAPHER:  We're back on
24         the record at 2:30 p.m.
25              MS. YOUNG:  Thank you for your

Page 187

RIVAS - CONFIDENTIAL

1   time, Ms. Rivas.  I don't have any

2   further questions for you.

3           THE WITNESS:  You're welcome.

4   Thanks.

5           MR. ROSEN:  No questions from

6   us.

7           THE VIDEOGRAPHER:  We're off the

8   record at 2:30 p.m.  This concludes

9   today's testimony given by Cecilia

10  Rivas.

11          MR. ROSEN:  I just want to

12  designate the transcript Confidential

13  pursuant to the protective order.

14          (TIME NOTED:  2:30 p.m.)

15

16

17  _____

18  CECILIA RIVAS

19

20  Subscribed and sworn to

21  before me this _____

22  day of _____, 2023.

23

24   _____

25      Notary Public