# Exhibit 23

 Search Facebook     

 **Cecilia Rivas**
January 29, 2021

The squeeze hasn't squoze yet, and we'll keep draining billions as long as these people keep shorting. GME stock up 68% today. Can't stop, won't stop, GameStop.



CNBC.COM
**GameStop short sellers are still not surrendering despite nearly $20 billion in losses this month**

Ciruce Movahedi-Lankarani, Chris Skene and 8 others    14 comments

Like    Comment    Share

Most relevant

**Michael Camarda**
i put my IRA cash until this war (and this style of battle) is settled.
Like  Reply  1y

**Cecilia Rivas**
Michael wait... you pulled your IRA out of the market? I'm confused
Like  Reply  1y

**Michael Camarda**
Cecilia Rivas yes, i think this could make everything very volatile. we are down 4.5% this week, that's half a correction right there. and i don't see this ending

Search Facebook

Cecilia Rivas
Michael wait... you pulled your IRA out of the market? I'm confused
Like Reply 1y

Michael Camarda
Cecilia Rivas yes, i think this could make everything very volatile. we are down 4.5% this week. that's half a correction right there. and i don't see this ending.
Like Reply 1y

Alejandro Rivas Jr.
I think he sold his stock inside his IRA so he's only holding cash in his account.

It looks like the Gamespot thing is messing with the broader market. Possibly funds are selling their winners to cover their short losses, driving stocks across the board lower.

My wife and I probably "lost" five figures in value in my retirement accounts this week, but I just don't check those accounts since I'm not even able to use that money for another 30 years.
Like Reply 1y 2

Cecilia Rivas
Michael Interesting. I'm concerned about a serious downturn (considering newfound interest in "the fundamentals") but I didn't touch the IRA figuring it's not worth the effort when I'm 34. But if you time it well and buy back in at the right moment, that'll be a real boss move.
Like Reply 1y

Cecilia Rivas
okay I'll confess I put my IRA in GME
Like Reply 1y

Cecilia Rivas
Kidding.... or am I?
Like Reply 1y

Alejandro Rivas Jr.
My worry is that people are going to realize that stocks are fake and stupid and worthless. Too many tech stocks in my portfolio are priced like GameStop even though no one is complaining.
Like Reply 1y

Michael Camarda
Cecilia Rivas i like to time when bells start ringing—sometimes i'm right and sometimes i'm wrong. the most important thing is knowing when to get back in. but i want to sit on the sidelines for a month while this plays out.
Like Reply 1y

Search Facebook

in. But I want to sit on the sidelines for a month while this plays out.

Like Reply 1y

**Marilyn Geewax**
**Cecilia Rivas** Rule #1 - market timing never works in the long run. Save and hold - and get back to me in 30 years. Your future self will thank you for saving steadily over decades.

Like Reply 1y

**Michael Camarda**
**Cecilia Rivas** https://www.barrons.com/.../gamestop-erased-the-stock...

BARRONS.COM
GameStop Erased the Stock Market's January Gains. February Could Be Worse.

Like Reply 1y

Write a reply...

**Neil Skene**
This is the classic war of attrition. GME is not a good strategic battleground for the millennials, who are swimming upstream in making a physical/mall store the poster child of a war on hedge funds. This has been a tremendous demonstration. It can be done again if needed, and that is as potent as trying to maintain GME at an unsustainable level. Take profits. Don't be the last one out. And if Washington doesn't act, find another short interest target and do it again. Victory in rebellion against entrenched forces comes not from a long war but a series of guerrilla assaults, as this has been. Finance the next assault by taking profits on this one. Rinse and repeat.

Like Reply 1y

**Alex Rivas**
**Neil Skene** so you're saying you bought SVL?

Like Reply 1y

**Cecilia Rivas**
**Neil / Alex** you mean SLV. And I hear all the cool boomers are buying SLV these days.

Like Reply 1y

Write a reply...

Write a comment...



