# Exhibit 24

**RE:** Plaintiff, Santiago Gil Bohorquez



