# Exhibit 27




**Get the most out of your statement**

Your statement is broken down into **five** straight forward categories, each designed to help you understand how your investments are performing:
- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:
- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:
- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT
Order execution only account



Current month balance:
(January 29, 2021)

Last month balance:
(December 31, 2020)

**MARCEL POIRIER**

Account #: ▮▮▮▮▮▮▮▮    Current month: January 29, 2021

Type: Individual Tax-Free Savings Account (TFSA)    Account opened: March 05, 2012

Currency: CAD/USD    Dealer: Questrade, Inc.

## CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.




Current month FX rate: $1.00 USD = $1.2778 CAD    Previous month FX rate: $1.00 USD = $1.2733 CAD    Account #: ▮▮▮▮▮▮▮▮    Current month: January 29, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



**ACCOUNT STATEMENT**

## Stocks owned

|  | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
|  | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | ■ | ■ | ■ | ■ | ■ | ■ |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Securities held in CAD | | | | | | | | | | |
| WEED | CANOPY GROWTH CORPORATION COMMON SHARES | BK | 25.00 | 25.00 | 45.25 | 1,131.29 | 51.15 | 1,278.75 | 147.46 | 13.03 | 0.04 |
| PE | PURE ENERGY MINERALS LIMITEDCOM | BK | 40,000.00 | 40,000.00 | 1.14 | 45,407.31 | 1.86 | 74,400.00 | 28,992.69 | 63.85 | 2.18 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Securities held in USD | | | | | | | | | | |
| ACB | AURORA CANNABIS INC COM NEW | BK | 1,000.00 | 1,000.00 | 10.25 | 10,249.15 | 11.14 | 11,140.00 | 890.85 | 8.69 | 0.42 |
| BRKB | BERKSHIRE HATHAWAY INC DEL CL B | BK | 2.00 | 2.00 | 224.22 | 448.44 | 227.67 | 455.34 | 6.90 | 1.54 | 0.02 |
| BB | BLACKBERRY LTD COM | BK | 19,000.00 | 19,000.00 | 12.66 | 240,496.22 | 14.11 | 268,090.00 | 27,593.78 | 11.47 | 10.03 |
| DIS | WALT DISNEY CO | BK | 330.00 | 330.00 | 173.17 | 57,146.56 | 168.07 | 55,463.10 | -1,683.46 | -2.95 | 2.08 |
| NFLX | NETFLIX COM INC | BK | 126.00 | 126.00 | 586.28 | 73,870.98 | 531.90 | 67,019.40 | -6,851.58 | -9.28 | 2.51 |
| OVV | OVINTIV INC COMMON STOCK | BK | 6,730.00 | 6,730.00 | 5.29 | 35,611.03 | 15.76 | 106,064.80 | 70,453.77 | 197.84 | 3.97 |
| SPCE | VIRGIN GALACTIC HLDGS INC COMMON STOCK | BK | 1,620.00 | 1,620.00 | 36.15 | 58,568.95 | 44.28 | 71,733.60 | 13,164.65 | 22.48 | 2.69 |

**03. INVESTMENT DETAILS**

¹Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** the market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
Note: Continue reading on glossary page

---

Current month FX rate: $1.00 USD = $1.2778 CAD   Previous month FX rate: $1.00 USD = $1.2733 CAD   Account #: ■   Current month: January 29, 2021



**ACCOUNT STATEMENT**

| Trans Date. | Settle Date. | Activity type | Symbol | Description | Qty | Price | Gross. | Com. | Net | Price | Gross. | Com. | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-08-2021 | 01-08-2021 | Foreign Exchange | | CONVERSION - CAD/USD | - | - | - | - | (19,001.62) | - | - | - | 14,721.95 |
| 01-11-2021 | 01-12-2021 | Sell | | CALL BB  01/29/21  8\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 323 | | | | | 0.383 | 12,387.00 | (342.90) | 12,043.82 |
| 01-11-2021 | 01-12-2021 | Sell | | CALL BB  01/29/21  9\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 616 | | | | | 0.179 | 11,046.00 | (645.85) | 10,399.90 |
| 01-11-2021 | 01-11-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 28,247.69 | - | - | - | (22,443.74) |
| 01-13-2021 | 01-14-2021 | Buy | | CALL ACB1  01/21/22  2\|AURORA CANNABIS INC\|ADJ 1:12 REV SPLIT DEL:8 ACB\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 250 | | | | | 0.204 | (5,104.00) | (269.90) | (5,373.90) |
| 01-13-2021 | 01-14-2021 | Sell | | CALL BB  06/18/21  7\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 15 | | | | | 1.850 | 2,775.00 | (24.95) | 2,749.98 |
| 01-13-2021 | 01-14-2021 | Buy | | CALL BB  06/18/21  10\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 100 | | | | | 1.018 | (10,180.00) | (109.95) | (10,289.95) |
| 01-13-2021 | 01-14-2021 | Buy | | CALL BB  03/19/21  15\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 500 | | | | | 0.150 | (7,500.00) | (509.95) | (8,009.95) |
| 01-13-2021 | 01-14-2021 | Buy | | CALL BB  01/20/23  15\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 44 | | | | | 1.900 | (8,360.00) | (53.95) | (8,413.95) |
| 01-13-2021 | 01-14-2021 | Buy | | CALL NFLX  01/29/21  600\|NETFLIX INC\|WE ACTED AS AGENT | 10 | | | | | 3.400 | (3,400.00) | (19.95) | (3,419.95) |
| 01-13-2021 | 01-15-2021 | Sell | OVV | OVINTIV INC\|COMMON STOCK\|WE ACTED AS AGENT | 520 | | | | | 17.351 | 9,022.57 | (5.20) | 9,017.17 |
| 01-13-2021 | 01-13-2021 | Foreign Exchange | | CONVERSION - CAD/USD | - | - | - | - | (30,630.07) | - | - | - | 23,740.56 |
| 01-14-2021 | 01-15-2021 | Buy | | CALL ACB1  01/21/22  2\|AURORA CANNABIS INC\|ADJ 1:12 REV SPLIT DEL:8 ACB\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 100 | | | | | 0.240 | (2,400.00) | (109.95) | (2,509.95) |
| 01-14-2021 | 01-15-2021 | Sell | | CALL BB  03/19/21  15\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 500 | | | | | 1.000 | 50,000.00 | (509.95) | 49,488.94 |
| 01-14-2021 | 01-15-2021 | Buy | | CALL BB  01/20/23  15\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 123 | | | | | 3.363 | (41,360.00) | (132.95) | (41,492.95) |
| 01-14-2021 | 01-15-2021 | Sell | | CALL BB  01/29/21  8\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 600 | | | | | 1.840 | 110,398.00 | (639.80) | 109,755.76 |
| 01-14-2021 | 01-15-2021 | Buy | | CALL NFLX  01/29/21  600\|NETFLIX INC\|WE ACTED AS AGENT | 10 | | | | | 2.610 | (2,610.00) | (19.95) | (2,629.95) |
| 01-14-2021 | 01-18-2021 | Buy | .PE | PURE ENERGY MINERALS\|LIMITEDCOM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 5,500 | 1.207 | (6,640.00) | (29.20) | (6,669.20) | - | - | - | - |
| 01-14-2021 | 01-18-2021 | Buy | .PE | PURE ENERGY MINERALS\|LIMITEDCOM\|WE ACTED AS AGENT | 3,500 | 1.200 | (4,200.00) | (12.25) | (4,212.25) | - | - | - | - |
| 01-14-2021 | 01-18-2021 | Buy | .PE | PURE ENERGY MINERALS\|LIMITEDCOM\|WE ACTED AS AGENT | 3,500 | 1.200 | (4,200.00) | (12.25) | (4,212.25) | - | - | - | - |
| 01-14-2021 | 01-18-2021 | Buy | .PE | PURE ENERGY MINERALS\|LIMITEDCOM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 5,500 | 1.205 | (6,625.00) | (17.50) | (6,642.50) | - | - | - | - |
| 01-14-2021 | 01-19-2021 | Buy | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT | 8,000 | | | | | 9.200 | (73,600.00) | (9.95) | (73,609.95) |

Current month FX rate: $1.00 USD = $1.2778 CAD       Previous month FX rate: $1.00 USD = $1.2733 CAD       Account #: ▮▮▮▮▮       Current month: January 29, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



**QUESTRADE**

**ACCOUNT STATEMENT**

| Trans Date. | Settle Date. | Activity type | Symbol | Description | Qty | Price | Gross. | Com. | Net | Price | Gross. | Com. | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-25-2021 | 01-26-2021 | Buy | | CALL BB   03/19/21   15\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 56 | - | - | - | - | 6.514 | (36,480.00) | (75.90) | (36,555.90) |
| 01-25-2021 | 01-26-2021 | Buy | | CALL TSLA  03/19/21  1200\|TESLA INC\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 10 | - | - | - | - | 26.200 | (26,200.00) | (19.95) | (26,219.95) |
| 01-25-2021 | 01-26-2021 | Sell | | CALL BB   03/19/21   15\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 90 | - | - | - | - | 9.878 | 88,905.00 | (119.85) | 88,783.18 |
| 01-25-2021 | 01-27-2021 | Buy | ACB | AURORA CANNABIS INC\|COM NEW\|WE ACTED AS AGENT | 1,000 | - | - | - | - | 10.239 | (10,239.20) | (9.95) | (10,249.15) |
| 01-25-2021 | 01-27-2021 | Buy | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 8,000 | - | - | - | - | 18.861 | (150,886.07) | (9.95) | (150,896.02) |
| 01-25-2021 | 01-27-2021 | Buy | DIS | WALT DISNEY CO\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 100 | - | - | - | - | 171.500 | (17,150.00) | (4.95) | (17,154.95) |
| 01-25-2021 | 01-27-2021 | Buy | SPCE | VIRGIN GALACTIC HLDGS INC\|COMMON STOCK\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 1,000 | - | - | - | - | 38.813 | (38,813.30) | (9.95) | (38,823.25) |
| 01-25-2021 | 01-25-2021 | Foreign Exchange | | CONVERSION - CAD/USD | - | - | - | - | (3,094.91) | - | - | - | 2,390.08 |
| 01-26-2021 | 01-27-2021 | Buy | | CALL FB   03/19/21   330\|FACEBOOK INC CL A\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 20 | - | - | - | - | 3.900 | (7,800.00) | (29.95) | (7,829.95) |
| 01-26-2021 | 01-28-2021 | Buy | .WEED | CANOPY GROWTH CORPORATION\|COMMON SHARES\|WE ACTED AS AGENT | 25 | 45.050 | (1,126.25) | (5.04) | (1,131.29) | | | | |
| 01-26-2021 | 01-28-2021 | Sell | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 1,000 | - | - | - | - | 18.458 | 18,457.53 | (10.00) | 18,447.12 |
| 01-26-2021 | 01-26-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 13,272.50 | - | - | - | (10,617.15) |
| 01-27-2021 | 01-28-2021 | Sell | | CALL BB   03/19/21   15\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 56 | - | - | - | - | 11.221 | 62,840.00 | (75.90) | 62,762.71 |
| 01-27-2021 | 01-28-2021 | Sell | | CALL BB   01/21/22   10\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 60 | - | - | - | - | 17.833 | 107,000.00 | (89.85) | 106,907.78 |
| 01-27-2021 | 01-27-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 213,937.53 | - | - | - | (169,670.50) |
| 01-28-2021 | 01-28-2021 | Fee | | WIRE FEE | | - | - | - | (20.00) | - | - | - | - |
| 01-28-2021 | 01-28-2021 | WDR | | TFSA WITHDRAWAL\|TO ACCOUNT 266-11724-17 | | - | - | - | (11,980.00) | - | - | - | - |
| 01-28-2021 | 01-29-2021 | Buy | | CALL BB   02/05/21   15\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 30 | - | - | - | - | 2.880 | (8,640.00) | (39.95) | (8,679.95) |
| 01-28-2021 | 01-29-2021 | Sell | | CALL FB   03/19/21   330\|FACEBOOK INC CL A\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 30 | - | - | - | - | 1.699 | 5,096.00 | (39.95) | 5,055.93 |
| 01-28-2021 | 01-29-2021 | Buy | | CALL BB   02/05/21   20\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 100 | - | - | - | - | 3.112 | (31,115.00) | (139.80) | (31,254.80) |
| 01-28-2021 | 01-29-2021 | Buy | | CALL BB   01/21/22   20\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 60 | - | - | - | - | 7.767 | (46,600.00) | (79.90) | (46,679.90) |
| 01-28-2021 | 01-29-2021 | Buy | | CALL TSLA  03/19/21   900\|TESLA INC\|WE ACTED AS AGENT | 1 | - | - | - | - | 51.700 | (5,170.00) | (10.95) | (5,180.95) |
| 01-28-2021 | 01-29-2021 | Sell | | CALL BB   01/21/22   10\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 40 | - | - | - | - | 8.800 | 35,200.00 | (49.95) | 35,149.27 |

Current month FX rate: $1.00 USD = $1.2778 CAD    Previous month FX rate: $1.00 USD = $1.2733 CAD    Account #: ▮▮▮▮▮▮    Current month: January 29, 2021



**QUESTRADE**

**ACCOUNT STATEMENT**

**05.   TRADES TO SETTLE AFTER MONTH END**

## Unsettled trades

¹Trade details

**Transaction date (Trans. date):** the date a transaction occurred.
**Settle date:** the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
**Gross:** the total before any commission.
**Commission (Com.):** the total commission incurred on the trade.
**Net:** the total after commission is paid.

| | | | | | | CAD | | | | USD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date.¹ | Settle Date.¹ | ActivityType | Symbol | Description | Qty | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
| 01-28-2021 | 02-01-2021 | Buy | BB | BLACKBERRY LTD COM WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 8,000 | | | | | 19.494 | (155,955.73) | (9.95) | (155,965.68) |
| 01-28-2021 | 02-01-2021 | Sell | BB | BLACKBERRY LTD COM WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | (5,000) | | | | | 16.025 | 80,127.00 | (39.80) | 80,085.42 |
| 01-29-2021 | 02-01-2021 | Buy | | CALL BB 01/21/22 25 BLACKBERRY LIMITED WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 71 | | | | | 6.000 | (42,600.00) | (90.90) | (42,690.90) |
| 01-29-2021 | 02-01-2021 | Buy | | CALL BB 09/17/21 30 BLACKBERRY LIMITED WE ACTED AS AGENT | 5 | | | | | 4.700 | (2,350.00) | (14.95) | (2,364.95) |
| 01-29-2021 | 02-02-2021 | Sell | BB | BLACKBERRY LTD COM WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | (3,000) | | | | | 14.214 | 42,641.22 | (9.95) | 42,630.32 |

Current month FX rate: $1.00 USD = $1.2778 CAD     Previous month FX rate: $1.00 USD = $1.2733 CAD     Account #: ▓▓▓▓▓▓     Current month: January 29, 2021