# Exhibit 28





**Get the most out of your statement**

Your statement is broken down into **five** straight forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT
Order execution only account

Current month balance:
(December 31, 2020)

Last month balance:
(November 30, 2020)

**MARCEL POIRIER**

Account #:
Type: Individual Registered Retirement Savings Plan (RRSP)
Currency: CAD/USD

Current month: December 31, 2020
Account opened: March 05, 2012
Dealer: Questrade, Inc.

## CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

**06 ANNUAL FEES AND REBATES SUMMARY**
The summary of all fees you paid and the rebates you received.





Current month FX rate: $1.00 USD = $1.2733 CAD   Previous month FX rate: $1.00 USD = $1.3008 CAD   Account #:   Current month: December 31, 2020

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



**ACCOUNT STATEMENT**

## 03. INVESTMENT DETAILS

### Stocks owned

| | | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|---|
| | | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | ■ | ■ | ■ | - | ■ | ■ |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in CAD | | | | | | | | | | |
| PE | PURE ENERGY MINERALS LIMITED COM | BK | 10,000.00 | 10,000.00 | 0.97 | 9,662.90 | 0.68 | 6,800.00 | -2,862.90 | -29.63 | 1.58 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| ACB | AURORA CANNABIS INC COM NEW | BK | 1,333.00 | 1,333.00 | 10.04 | 13,376.82 | 8.31 | 11,077.23 | -2,299.59 | -17.19 | 3.29 |
| ABNB | AIRBNB INC CLASS A COMMON STOCK | BK | 90.00 | 90.00 | 167.36 | 15,062.79 | 146.50 | 13,185.00 | -1,877.79 | -12.47 | 3.91 |
| BB | BLACKBERRY LTD COM | BK | 18,500.00 | 18,500.00 | 4.46 | 82,566.15 | 6.63 | 122,655.00 | 40,088.85 | 48.55 | 36.38 |
| DIS | WALT DISNEY CO | BK | 160.00 | 160.00 | 171.56 | 27,449.82 | 181.10 | 28,976.00 | 1,526.18 | 5.56 | 8.59 |
| OVV | OVINTIV INC COMMON STOCK | BK | 1,500.00 | 1,500.00 | 12.52 | 18,777.65 | 14.35 | 21,525.00 | 2,747.35 | 14.63 | 6.38 |

¹**Investment details**

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** the market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest. A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined

For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.

In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
Note: Continue reading on glossary page

---

Current month FX rate: $1.00 USD = $1.2733 CAD      Previous month FX rate: $1.00 USD = $1.3008 CAD      Account #: ■      Current month: December 31, 2020