# Exhibit 31


MERRILL
A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com       Account Number: ▇▇▇       24-Hour Assistance: (877) 653-4732
                                                                Access Code: ▇▇▇
THOMAS E CASH
▇▇▇                                                             **Net Portfolio Value:**    ▇▇▇

**Your Merrill Office:**
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

# ■ CMA® ACCOUNT
This account is enrolled in the Preferred Rewards Platinum Honors                    January 01, 2021 - January 29, 2021

|  | This Statement | Year to Date |
|---|---|---|
| Opening Value (01/01) | ▇▇▇ |  |
| Total Credits | 0.18 | 0.18 |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | ▇▇▇ | ▇▇▇ |
| Closing Value (01/29) | ▇▇▇ |  |

| ASSETS | January 29 | December 31 |
|---|---|---|
| Cash/Money Accounts | ▇▇▇ | ▇▇▇ |
| Fixed Income | - | - |
| Equities | ▇▇▇ | ▇▇▇ |
| Mutual Funds |  |  |
| Options | ▇▇▇ | ▇▇▇ |
| Other |  |  |
| Subtotal (Long Portfolio) | ▇▇▇ | ▇▇▇ |
| **TOTAL ASSETS** | ▇▇▇ | ▇▇▇ |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | ▇▇▇ | ▇▇▇ |
| **TOTAL LIABILITIES** | ▇▇▇ | ▇▇▇ |
| **NET PORTFOLIO VALUE** | ▇▇▇ | ▇▇▇ |
| MARGIN AVAILABLE CREDIT | ▇▇▇ |  |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.
Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |


**MERRILL**
A BANK OF AMERICA COMPANY

THOMAS E CASH                           Account Number: ███

## ITEMS FOR ATTENTION

January 01, 2021 - January 29, 2021

| Security | Message | Date | Security | Message | Date |
|---|---|---|---|---|---|
| PUT  XOM   00040.500 | Option Expiring | 01/29/21 | CALL KHC   00036.000 | Option Expiring | 02/19/21 |
| CALL PRU   00090.000 | Option Expiring | 02/19/21 | | | |

## YOUR CMA ASSETS

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | ███ | ███ | | ███ | | |
| ✛ML DIRECT DEPOSIT PROGRAM | ███ | ███ | ███ | ███ | 7 | .01 |
| ✛FDIC INSURED NOT SIPC COVERED | | | | | | |
| TOTAL | | ███ | | ███ | 7 | .01 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| GAMESTOP CORP NEW  CL A | GME | 1,000.0000 | 21,586.88 | 325.0000 | 325,000.00 | 303,413.12 | |
| KRAFT (THE) HEINZ CO SHS | KHC | 100.0000 | 3,048.65 | 33.5100 | 3,351.00 | 302.35 | 160 |
| CURRENT YIELD  4.77% | | | | | | | |
| LUMEN TECHNOLOGIES INC | LUMN | 1,000.0000 | 9,800.00 | 12.3800 | 12,380.00 | 2,580.00 | 1,000 |
| REG SHS  CURRENT YIELD  8.07% | | | | | | | |
| NORTHERN STAR | STIC | 400.0000 | 7,034.50 | 12.8300 | 5,132.00 | (1,902.50) | |
| ACQUISITION CORP RE CL A | | | | | | | |
| PRUDENTIAL FINANCIAL INC | PRU | 100.0000 | 7,550.00 | 78.2800 | 7,828.00 | 278.00 | 440 |
| CURRENT YIELD  5.62% | | | | | | | |
| TOTAL    YIELD .45% | | | | ███ | ███ | ███ | ███ |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

+



**MERRILL**
A BANK OF AMERICA COMPANY

THOMAS E CASH                    Account Number: ▮▮▮▮

## YOUR CMA LIABILITIES

January 01, 2021 - January 29, 2021

| SHORTS (continued) Description | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| PUT XOM 00040.500<br>EXXON MOBIL CORP  COM  EXP 01-29-2021 | 12/18/20 | 2.0000 | 1.2434 | 248.69 | 0.0800 | 16.00 | 232.69 | |
| CALL KHC 00036.000<br>KRAFT (THE) HEINZ CO SHS  EXP 02-19-2021 | 01/20/21 | 1.0000 | 0.2034 | 20.34 | 0.4000 | 40.00 | (19.66) | |
| **TOTAL** | | | | **348.37** | | **86.00** | **262.37** | |

## YOUR CMA TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Taxable Interest** | | | | | |
| 01/29 | BANK DEPOSIT INTEREST | ¤ Bank Interest | | .18 | |
| | Subtotal (Taxable Interest) | | | .18 | .18 |
| | **NET TOTAL** | | | **.18** | **.18** |

### SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 01/20 | CALL AMC 00001.000<br>AMC ENTMT HLDGS INC CL A EXP 01-20-23  OPEN TRAN AMC    JAN   1.00000 PRICE 2.600000 UNIT PRICE   2.6000 | Option Purchase | 20.0000 | (5,200.00) | (13.00) | (5,213.00) | |
| 01/21 | AMC ENTMT HLDGS INC CL A<br>CUS NO 00165C104  UNIT PRICE   3.0000 | Purchase | 2,000.0000 | (6,000.00) | | (6,000.00) | |
| 01/21 | GAMESTOP CORP NEW  CL A<br>CUS NO 36467W109  UNIT PRICE   37.9678 | Purchase | 200.0000 | (7,593.56) | | (7,593.56) | |
| 01/26 | CALL GME 00100.000<br>GAMESTOP CORP NEW  CL A EXP 01-29-21  OPEN TRAN GME    JAN  100.00000 PRICE 22.100000 UNIT PRICE   22.1000 | Option Purchase | 10.0000 | (22,100.00) | (6.50) | (22,106.50) | |

THOMAS E CASH  
Account Number: ███  
24-Hour Assistance: (877) 653-4732  
Access Code: ███  

## YOUR CMA TRANSACTIONS

January 01, 2021 - January 29, 2021

### SECURITY TRANSACTIONS (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| | **Subtotal (Purchases)** | | | (40,893.56) | (19.50) | (40,913.06) | |
| **Sales** | | | | | | | |
| 01/05 | CALL XOM 00044.000 | Option Sale | -1.0000 | 33.00 | (.66) | 32.34 | |
| | EXXON MOBIL CORP COM EXP 01-15-21 OPEN TRAN XOM   JAN 44.00000 PRICE .330000 UNIT PRICE   .3300 | | | | | | |
| 01/20 | EXXON MOBIL CORP COM | Sale-Option Assigned | -100.0000 | 4,400.00 | (.10) | 4,399.90 | |
| | TRADE AS OF   01/15/21 A/C CALL W9HB9 XOM CUS NO 30231G102 UNIT PRICE   44.0000 | | | | | | |
| 01/21 | CALL PRU 00090.000 | Option Sale | -1.0000 | 80.00 | (.66) | 79.34 | |
| | PRUDENTIAL FINANCIAL INC EXP 02-19-21 OPEN TRAN PRU   FEB 90.00000 PRICE .800000 UNIT PRICE   .8000 | | | | | | |
| 01/21 | CALL KHC 00036.000 | Option Sale | -1.0000 | 21.00 | (.66) | 20.34 | |
| | KRAFT (THE) HEINZ CO SHS EXP 02-19-21 OPEN TRAN KHC   FEB 36.00000 PRICE .210000 UNIT PRICE   .2100 | | | | | | |
| 01/25 | AMC ENTMT HLDGS INC CL A | Sale | -2,000.0000 | 5,797.00 | (.13) | 5,796.87 | |
| | CUS NO 00165C104 UNIT PRICE   2.8985 | | | | | | |
| 01/27 | CALL GME 00100.000 | Option Sale | -10.0000 | 50,000.00 | (7.61) | 49,992.39 | |
| | GAMESTOP CORP NEW  CL A EXP 01-29-21 CLOSE TRAN GME   JAN 100.00000 PRICE 50.000000 UNIT PRICE   50.0000 | | | | | | |
| | **Subtotal (Sales)** | | | 60,331.00 | (9.82) | 60,321.18 | |
| **Other Security Transactions** | | | | | | | |
| 01/11 | CALL KHC 00035.500 | Option Expired | 1.0000 | | | | |
| | EXP 01-08-21   NOCC | | | | | | |
| 01/19 | PUT PRU 00070.000 | Option Expired | 1.0000 | | | | |
| | EXP 01-15-21   NOCC | | | | | | |
| 01/19 | PUT GME 00013.000 | Option Expired | 4.0000 | | | | |
| | EXP 01-15-21   NOCC | | | | | | |
| 01/19 | PUT GME 00020.000 | Option Expired | 2.0000 | | | | |
| | EXP 01-15-21   NOCC | | | | | | |
| 01/19 | PUT GME 00021.000 | Option Expired | 2.0000 | | | | |

THOMAS E CASH  Account Number ▇▇▇  24-Hour Assistance: (877) 653-4732
Access Code: ▇▇▇

## YOUR CMA TRANSACTIONS

January 01, 2021 - January 29, 2021

**REALIZED GAINS/(LOSSES)** (continued)

| Description | Quantity | Acquired/ Cover Short Date | Liquidation/ Short Sale Date | Sale Amount | Cost Basis | Gains/(Losses) This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| AMC ENTMT HLDGS INC CL A | 2000.0000 | 01/19/21 | 01/21/21 | 5,796.87 | 6,000.00 | (203.13) | |
| ✧ EXXON MOBIL CORP  COM | 100.0000 | 04/18/20 | 01/19/21 | 4,432.24 | 4,376.74P | 55.50 | |
| Subtotal (Short-Term) | | | | | | 33,197.07 | 33,197.07 |
| **TOTAL** | | | | 65,680.31 | 32,483.24 | 33,197.07 | 33,197.07 |

✪ - Excludes transactions for which we have insufficient data
S - Short Sale
P - Indicates that an option premium has been included in the calculation.
✧ This transaction has been affected by a "Wash Sale" based on IRS regulations. There are two different types of adjustments that may be occurring.
(A) If the gain/loss displays as N/C, this transaction has been identified as a "Wash Sale" based on IRS regulations and the loss has been added to the cost basis of the related purchase.
(B) If the gain/loss is calculated, the cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and your gain or loss will be inclusive of this amount.

**UNSETTLED TRADES**

| Trade Date | Settlement Date | Description | Symbol/ Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 01/28 | 02/01 | GAMESTOP CORP NEW  CL A | GME | Sale | 500.0000 | 132.0000 | 65,998.54 |
| 01/29 | 02/01 | CALL GME  00020.000 | GME | Sale | 10.0000 | 310.0000 | 309,986.65 |
| | | **NET TOTAL** | | | | | 375,985.19 |

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 01/04 | ML DIRECT DEPOSIT PROGRM | 1,024.00 | | 01/26 | ML DIRECT DEPOSIT PROGRM | 8,209.00 | |
| 01/21 | ML DIRECT DEPOSIT PROGRM | | 22,910.00 | 01/28 | ML DIRECT DEPOSIT PROGRM | | 41,892.00 |
| 01/25 | ML DIRECT DEPOSIT PROGRM | | 99.00 | | | | |
| | **NET TOTAL** | | | | | | 55,668.00 |

+