# Exhibit 32


PO BOX 2577
OMAHA NE 68103 2577

THOMAS ELLIOT CASH

**Statement for Account #** ▮▮▮▮
02/01/21 - 02/28/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | ▮▮▮▮ |
| 01/28/21 | 02/01/21 | Margin | Buy - Securities Purchased | GAMESTOP CORPORATION COM CL A | GME | 5 | $ 277.9999 | $ (1,390.00) | 2,032.33 |
| 02/03/21 | 02/05/21 | Margin | Sell - Securities Sold | GAMESTOP CORPORATION COM CL A Regulatory Fee 0.01 | GME | 5- | 90.134 | 450.66 | 2,482.99 |
| 02/10/21 | 02/11/21 | Margin | Buy - Securities Purchased | TILRAY INC TLRY Feb 19 21 45.0 P TO OPEN Commission/Fee 3.25 Regulatory Fee 0.07 | - | 5 | 4.85 | (2,428.32) | 54.67 |
| 02/10/21 | 02/11/21 | Margin | Sell - Securities Sold | TILRAY INC TLRY Feb 19 21 50.0 P TO OPEN Commission/Fee 3.25 Regulatory Fee 0.16 | - | 5- | 7.55 | 3,771.59 | 3,826.26 |
| 02/16/21 | 02/17/21 | Margin | Buy - Securities Purchased | TILRAY INC TLRY Feb 19 21 50.0 P TO CLOSE Commission/Fee 3.25 Regulatory Fee 0.07 | - | 5 | 17.66 | (8,833.32) | (5,007.06) |
| 02/16/21 | 02/17/21 | Margin | Sell - Securities Sold | TILRAY INC TLRY Feb 19 21 45.0 P TO CLOSE Commission/Fee 3.25 Regulatory Fee 0.22 | - | 5- | 13.06 | 6,526.53 | 1,519.47 |
| 02/19/21 | 02/22/21 | Margin | Sell - Securities Sold | APPLE INC AAPL Mar 19 21 140.0 C TO OPEN Commission/Fee 0.65 Regulatory Fee 0.01 | - | 1- | 1.08 | 107.34 | 1,626.81 |
| 02/19/21 | 02/22/21 | Margin | Buy - Securities Purchased | PALANTIR TECH INC PLTR Mar 19 21 18.0 P TO OPEN Commission/Fee 1.95 Regulatory Fee 0.04 | - | 3 | 0.15 | (46.99) | 1,579.82 |
| 02/19/21 | 02/22/21 | Margin | Sell - Securities Sold | PALANTIR TECH INC PLTR Mar 19 21 23.0 P TO OPEN Commission/Fee 1.95 Regulatory Fee 0.05 | - | 3- | 0.90 | 268.00 | 1,847.82 |
| 02/26/21 | 02/26/21 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 02/26/2021 | - | - | 0.00 | 0.01 | 1,847.83 |
| **Closing Balance** | | | | | | | | | ▮▮▮▮ |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.