# Exhibit 33

DocuSign Envelope ID: 2BB6D344-FE10-4B40-847B-0CDB1457048C

## CERTIFICATION

Blue Laine-Beveridge (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2.     Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.     Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.     The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5.     Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.     Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____4/14/2023_____          DocuSigned by:

3C8FCE2F96F34CC9.

BLUE LAINE-BEVERIDGE

**Exhibit**

**275**

exhibitstickers.com #405

## SCHEDULE A

### BLUE LAINE-BEVERIDGE

| PURCHASES | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | | | **DATE** | **SHARES** | **PRICE** |
| AMC minimum opening position 14,977 shares | | | AMC | | 2/3/2021 | 6 | $8.29 |
| | | | AMC | | 2/3/2021 | 3 | $8.29 |
| | | | AMC | | 2/3/2021 | 6 | $8.29 |
| | | | AMC | | 2/3/2021 | 15 | $8.29 |
| | | | AMC | | 2/3/2021 | 7 | $8.29 |
| | | | AMC | | 2/3/2021 | 25 | $8.29 |
| | | | AMC | | 2/3/2021 | 3 | $8.29 |
| | | | AMC | | 2/3/2021 | 10 | $8.29 |
| | | | AMC | | 2/3/2021 | 2 | $8.29 |
| | | | AMC | | 2/3/2021 | 4 | $8.29 |
| | | | AMC | | 2/3/2021 | 4 | $8.29 |
| | | | AMC | | 2/3/2021 | 5 | $8.29 |
| | | | AMC | | 2/3/2021 | 10 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 2 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 3 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 4 | $8.29 |
| | | | AMC | | 2/3/2021 | 2 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 5 | $8.29 |
| | | | AMC | | 2/3/2021 | 5 | $8.29 |
| | | | AMC | | 2/3/2021 | 6 | $8.29 |
| | | | AMC | | 2/3/2021 | 10 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 2 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |
| | | | AMC | | 2/3/2021 | 1 | $8.29 |

| | | | |
|---|---|---|---|
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 20 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 10 | $8.29 |
| AMC | 2/3/2021 | 20 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 25 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 15 | $8.29 |
| AMC | 2/3/2021 | 4 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 4 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 25 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 8 | $8.29 |
| AMC | 2/3/2021 | 11 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 100 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 7 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 25 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 120 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |

| | | | |
|---|---|---|---|
| AMC | 2/3/2021 | 17 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 10 | $8.29 |
| AMC | 2/3/2021 | 100 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 20 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 4 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 30 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 100 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 9 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 17 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 11 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 7 | $8.29 |
| AMC | 2/3/2021 | 37 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 11 | $8.29 |

| | AMC | 2/3/2021 | 18 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 72 | $8.29 |
| | AMC | 2/3/2021 | 24 | $8.29 |
| | AMC | 2/3/2021 | 35 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 7 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 35 | $8.29 |

DocuSign Envelope ID: 2DEB0234FE1E-1D70-84F2-0CEDFFB7049C

| | | | |
|---|---|---|---|
| AMC | 2/3/2021 | 11 | $8.29 |
| AMC | 2/3/2021 | 20 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 37 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 32 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 48 | $8.29 |
| AMC | 2/3/2021 | 18 | $8.29 |
| AMC | 2/3/2021 | 12 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 12 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 36 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 4 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 8 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 9 | $8.29 |
| AMC | 2/3/2021 | 13 | $8.29 |
| AMC | 2/3/2021 | 11 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |

| | AMC | 2/3/2021 | 2 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 50 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 7 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 35 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 54 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 12 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |

| | AMC | 2/3/2021 | 5 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 12 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 13 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 14 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 40 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 20 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 19 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |

DocuSign Envelope ID: 2EB0E9A4-FE16-4B10-8479-6CBDF457048C

| | AMC | 2/3/2021 | 2 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 12 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 70 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 12 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 30 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 30 | $8.29 |
| | AMC | 2/3/2021 | 50 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 26 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 7 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 18 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |

| | AMC | 2/3/2021 | 4 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 30 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 12 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 50 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 7 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 40 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 59 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |

DocuSign Envelope ID: 2BB0B344-FE16-4B70-847D-5CBB145F018C

| | AMC | 2/3/2021 | 90 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 20 | $8.29 |
| | AMC | 2/3/2021 | 16 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 12 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 17 | $8.29 |
| | AMC | 2/3/2021 | 22 | $8.29 |
| | AMC | 2/3/2021 | 20 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 119 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 12 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |

| | AMC | 2/3/2021 | 2 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 117 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 9 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 12 | $8.29 |
| | AMC | 2/3/2021 | 9 | $8.29 |
| | AMC | 2/3/2021 | 7 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 30 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 40 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |

DocuSign Envelope ID: 4EB2E344-FE9F-4B70-8479-9C6DE145F048

| | | | |
|---|---|---|---|
| AMC | 2/3/2021 | 7 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 10 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 20 | $8.29 |
| AMC | 2/3/2021 | 4 | $8.29 |
| AMC | 2/3/2021 | 41 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 8 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 4 | $8.29 |
| AMC | 2/3/2021 | 12 | $8.29 |
| AMC | 2/3/2021 | 24 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 12 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 10 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 11 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 16 | $8.29 |
| AMC | 2/3/2021 | 25 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 7 | $8.29 |
| AMC | 2/3/2021 | 64 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 12 | $8.29 |

| | AMC | 2/3/2021 | 30 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 29 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 12 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 58 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 47 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 56 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |

| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 25 | $8.29 |
| | AMC | 2/3/2021 | 108 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 9 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 18 | $8.29 |
| | AMC | 2/3/2021 | 27 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 20 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 9 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 45 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 12 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 24 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |

P00002848

| | | | |
|---|---|---|---|
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 8 | $8.29 |
| AMC | 2/3/2021 | 4 | $8.29 |
| AMC | 2/3/2021 | 13 | $8.29 |
| AMC | 2/3/2021 | 23 | $8.29 |
| AMC | 2/3/2021 | 4 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 7 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 11 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 4 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 24 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 40 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 11 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 20 | $8.29 |
| AMC | 2/3/2021 | 119 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 12 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |

DocuSign Envelope ID: 4EB6E544-FE10-4EA0-84FE-9C8DBF431046

| | AMC | 2/3/2021 | 1 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 7 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 20 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.30 |
| | AMC | 2/3/2021 | 1 | $8.30 |
| | AMC | 2/3/2021 | 24 | $8.30 |
| | AMC | 2/3/2021 | 6 | $8.30 |
| | AMC | 2/3/2021 | 1 | $8.30 |
| | AMC | 2/3/2021 | 12 | $8.30 |
| | AMC | 2/3/2021 | 3 | $8.30 |
| | AMC | 2/3/2021 | 10 | $8.30 |
| | AMC | 2/3/2021 | 5 | $8.30 |
| | AMC | 2/3/2021 | 8 | $8.30 |
| | AMC | 2/3/2021 | 200 | $8.30 |
| | AMC | 2/3/2021 | 2 | $8.30 |
| | AMC | 2/3/2021 | 3 | $8.32 |
| | AMC | 2/3/2021 | 1 | $8.32 |
| | AMC | 2/3/2021 | 2 | $8.32 |
| | AMC | 2/3/2021 | 1 | $8.32 |
| | AMC | 2/3/2021 | 3 | $8.32 |
| | AMC | 2/3/2021 | 6 | $8.32 |
| | AMC | 2/3/2021 | 12 | $8.32 |
| | AMC | 2/3/2021 | 2 | $8.32 |
| | AMC | 2/3/2021 | 1 | $8.32 |
| | AMC | 2/3/2021 | 3 | $8.33 |
| | AMC | 2/3/2021 | 6 | $8.33 |
| | AMC | 2/3/2021 | 1 | $8.33 |
| | AMC | 2/3/2021 | 11 | $8.33 |
| | AMC | 2/3/2021 | 1 | $8.33 |
| | AMC | 2/3/2021 | 3 | $8.33 |
| | AMC | 2/3/2021 | 120 | $8.33 |
| | AMC | 2/3/2021 | 6 | $8.33 |
| | AMC | 2/3/2021 | 12 | $8.33 |
| | AMC | 2/3/2021 | 1 | $8.33 |
| | AMC | 2/3/2021 | 4 | $8.33 |

| | AMC | 2/3/2021 | 1 | $8.33 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 19 | $8.33 |
| | AMC | 2/3/2021 | 40 | $8.33 |
| | AMC | 2/3/2021 | 10 | $8.33 |
| | AMC | 2/3/2021 | 15 | $8.33 |
| | AMC | 2/3/2021 | 2 | $8.33 |
| | AMC | 2/3/2021 | 1,193 | $8.33 |
| | AMC | 2/3/2021 | 1 | $8.33 |
| | AMC | 2/3/2021 | 1 | $8.33 |
| | AMC | 2/3/2021 | 1 | $8.33 |
| | AMC | 2/3/2021 | 2 | $8.33 |
| | AMC | 2/3/2021 | 120 | $8.33 |
| | AMC | 2/3/2021 | 1 | $8.34 |
| | AMC | 2/3/2021 | 1 | $8.33 |
| | AMC | 2/3/2021 | 2 | $8.33 |
| | AMC | 2/3/2021 | 12 | $8.33 |
| | AMC | 2/3/2021 | 1 | $8.33 |
| | AMC | 2/3/2021 | 5 | $8.33 |
| | AMC | 2/3/2021 | 12 | $8.33 |
| | AMC | 2/3/2021 | 3 | $8.33 |
| | AMC | 2/3/2021 | 8 | $8.34 |
| | AMC | 2/3/2021 | 2 | $8.34 |
| | AMC | 2/3/2021 | 110 | $8.33 |
| | AMC | 2/3/2021 | 1 | $8.34 |
| | AMC | 2/3/2021 | 1 | $8.32 |
| | AMC | 2/3/2021 | 2 | $8.34 |
| | AMC | 2/3/2021 | 5 | $8.34 |
| | AMC | 2/3/2021 | 3 | $8.34 |
| | AMC | 2/3/2021 | 35 | $8.34 |
| | AMC | 2/3/2021 | 1 | $8.33 |
| | AMC | 2/3/2021 | 8 | $8.33 |
| | AMC | 2/3/2021 | 2 | $8.32 |
| | AMC | 2/3/2021 | 5 | $8.34 |
| | AMC | 2/3/2021 | 1 | $8.34 |
| | AMC | 2/3/2021 | 12 | $8.34 |
| | AMC | 2/3/2021 | 18 | $8.34 |
| | AMC | 2/3/2021 | 10 | $8.34 |
| | AMC | 2/3/2021 | 420 | $8.34 |
| | AMC | 2/3/2021 | 12 | $8.34 |
| | AMC | 2/3/2021 | 1 | $8.34 |
| | AMC | 2/3/2021 | 15 | $8.35 |
| | AMC | 2/3/2021 | 10 | $8.34 |
| | AMC | 2/3/2021 | 1 | $8.34 |

DocuSign Envelope ID: 2EB0E349-FE10-4E70-84F2-9CDB1A37C680

| | AMC | 2/3/2021 | 7 | $8.34 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 5 | $8.34 |
| | AMC | 2/3/2021 | 4 | $8.34 |
| | AMC | 2/3/2021 | 14 | $8.34 |
| | AMC | 2/3/2021 | 4 | $8.34 |
| | AMC | 2/3/2021 | 95 | $8.35 |
| | AMC | 2/3/2021 | 10 | $8.35 |
| | AMC | 2/3/2021 | 6 | $8.35 |
| | AMC | 2/3/2021 | 10 | $8.35 |
| | AMC | 2/3/2021 | 3 | $8.36 |
| | AMC | 2/3/2021 | 5 | $8.34 |
| | AMC | 2/3/2021 | 100 | $8.34 |
| | AMC | 2/3/2021 | 1 | $8.34 |
| | AMC | 2/3/2021 | 2 | $8.34 |
| | AMC | 2/3/2021 | 22 | $8.34 |
| | AMC | 2/3/2021 | 2 | $8.34 |
| | AMC | 2/3/2021 | 5 | $8.34 |
| | AMC | 2/3/2021 | 30 | $8.34 |
| | AMC | 2/3/2021 | 3 | $8.34 |
| | AMC | 2/3/2021 | 300 | $8.36 |
| | AMC | 2/3/2021 | 2 | $8.36 |
| | AMC | 2/3/2021 | 1 | $8.36 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 200 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |

| | AMC | 2/3/2021 | 1 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 14 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 23 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 20 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 30 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 15 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 7 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 7 | $8.29 |
| | AMC | 2/3/2021 | 15 | $8.29 |

P00002853

| | AMC | 2/3/2021 | 178 | $8.29 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 8 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 9 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 9 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 25 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 23 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 11 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 30 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 30 | $8.29 |

DocuSign Envelope ID: 2EB0E344-FE18-4B7b-847D-6CBB1437018C

| | | | |
|---|---|---|---|
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 11 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 11 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 6 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 3 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 28 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 14 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 4 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 61 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 42 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 14 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 5 | $8.29 |
| AMC | 2/3/2021 | 2 | $8.29 |
| AMC | 2/3/2021 | 1 | $8.38 |
| AMC | 2/3/2021 | 1 | $8.38 |
| AMC | 2/3/2021 | 10 | $8.38 |
| AMC | 2/3/2021 | 1 | $8.38 |
| AMC | 2/3/2021 | 56 | $8.38 |
| AMC | 2/3/2021 | 9 | $8.38 |
| AMC | 2/3/2021 | 1 | $8.38 |
| AMC | 2/3/2021 | 1 | $8.38 |
| AMC | 2/3/2021 | 3 | $8.38 |
| AMC | 2/3/2021 | 1 | $8.38 |
| AMC | 2/3/2021 | 90 | $8.38 |

DocuSign Envelope ID: 2BB6D344-FE1b-4B4b-847B-bCDB1457b48C

| | AMC | 2/3/2021 | 1 | $8.38 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 30 | $8.38 |
| | AMC | 2/3/2021 | 5 | $8.38 |
| | AMC | 2/3/2021 | 5 | $8.38 |
| | AMC | 2/3/2021 | 11 | $8.38 |
| | AMC | 2/3/2021 | 5 | $8.38 |
| | AMC | 2/3/2021 | 1 | $8.38 |
| | AMC | 2/3/2021 | 18 | $8.38 |
| | AMC | 2/3/2021 | 2 | $8.38 |
| | AMC | 2/3/2021 | 1 | $8.38 |
| | AMC | 2/3/2021 | 1 | $8.40 |
| | AMC | 2/3/2021 | 1 | $8.40 |
| | AMC | 2/3/2021 | 1 | $8.40 |
| | AMC | 2/3/2021 | 1 | $8.40 |
| | AMC | 2/3/2021 | 7 | $8.40 |
| | AMC | 2/3/2021 | 3 | $8.40 |
| | AMC | 2/3/2021 | 50 | $8.40 |
| | AMC | 2/3/2021 | 11 | $8.40 |
| | AMC | 2/3/2021 | 1 | $8.40 |
| | AMC | 2/3/2021 | 90 | $8.40 |
| | AMC | 2/3/2021 | 1 | $8.41 |
| | AMC | 2/3/2021 | 1 | $8.40 |
| | AMC | 2/3/2021 | 1 | $8.40 |
| | AMC | 2/3/2021 | 20 | $8.40 |
| | AMC | 2/3/2021 | 36 | $8.40 |
| | AMC | 2/3/2021 | 5 | $8.40 |
| | AMC | 2/3/2021 | 2 | $8.40 |
| | AMC | 2/3/2021 | 90 | $8.40 |
| | AMC | 2/3/2021 | 2 | $8.40 |
| | AMC | 2/3/2021 | 11 | $8.40 |
| | AMC | 2/3/2021 | 7 | $8.40 |
| | AMC | 2/3/2021 | 1 | $8.40 |
| | AMC | 2/3/2021 | 11 | $8.40 |
| | AMC | 2/3/2021 | 4 | $8.40 |
| | AMC | 2/3/2021 | 1,900 | $8.40 |
| | AMC | 2/3/2021 | 1 | $8.40 |
| | AMC | 2/3/2021 | 5 | $8.40 |
| | AMC | 2/3/2021 | 23 | $8.40 |
| | AMC | 2/3/2021 | 1 | $8.40 |
| | AMC | 2/3/2021 | 10 | $8.42 |
| | AMC | 2/3/2021 | 5 | $8.42 |
| | AMC | 2/3/2021 | 12 | $8.42 |
| | AMC | 2/3/2021 | 1 | $8.42 |

DocuSign Envelope ID: 2BB6D344-FE10-4B40-847B-0CDB1457046C

| | AMC | 2/3/2021 | 10 | $8.42 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 12 | $8.42 |
| | AMC | 2/3/2021 | 21 | $8.42 |
| | AMC | 2/3/2021 | 5 | $8.42 |
| | AMC | 2/3/2021 | 1 | $8.42 |
| | AMC | 2/3/2021 | 12 | $8.42 |
| | AMC | 2/3/2021 | 3 | $8.42 |
| | AMC | 2/3/2021 | 1 | $8.42 |
| | AMC | 2/3/2021 | 4 | $8.42 |
| | AMC | 2/3/2021 | 1 | $8.42 |
| | AMC | 2/3/2021 | 5 | $8.42 |
| | AMC | 2/3/2021 | 2 | $8.42 |
| | AMC | 2/3/2021 | 12 | $8.42 |
| | AMC | 2/3/2021 | 100 | $8.42 |
| | AMC | 2/3/2021 | 6 | $8.42 |
| | AMC | 2/3/2021 | 1 | $8.42 |
| | AMC | 2/3/2021 | 20 | $8.42 |
| | AMC | 2/3/2021 | 5 | $8.42 |
| | AMC | 2/3/2021 | 20 | $8.42 |
| | AMC | 2/3/2021 | 8 | $8.42 |
| | AMC | 2/3/2021 | 12 | $8.42 |
| | AMC | 2/3/2021 | 6 | $8.42 |
| | AMC | 2/3/2021 | 11 | $8.42 |
| | AMC | 2/3/2021 | 2 | $8.42 |
| | AMC | 2/3/2021 | 1 | $8.42 |
| | AMC | 2/3/2021 | 100 | $8.42 |
| | AMC | 2/3/2021 | 5 | $8.43 |
| | AMC | 2/3/2021 | 20 | $8.43 |
| | AMC | 2/3/2021 | 200 | $8.43 |
| | AMC | 2/3/2021 | 4 | $8.44 |
| | AMC | 2/3/2021 | 4 | $8.44 |
| | AMC | 2/3/2021 | 2 | $8.44 |
| | AMC | 2/3/2021 | 45 | $8.44 |
| | AMC | 2/3/2021 | 3 | $8.44 |
| | AMC | 2/3/2021 | 189 | $8.44 |
| | AMC | 2/3/2021 | 1 | $8.44 |
| | AMC | 2/3/2021 | 10 | $8.44 |
| | AMC | 2/3/2021 | 8 | $8.44 |
| | AMC | 2/3/2021 | 1 | $8.44 |
| | AMC | 2/3/2021 | 1 | $8.44 |
| | AMC | 2/3/2021 | 2 | $8.44 |
| | AMC | 2/3/2021 | 10 | $8.44 |
| | AMC | 2/3/2021 | 1 | $8.44 |

DocuSign Envelope ID: 2BB6D344-FE10-4B40-847B-0CDB1457046C

| | AMC | 2/3/2021 | 139 | $8.44 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 1 | $8.44 |
| | AMC | 2/3/2021 | 12 | $8.44 |
| | AMC | 2/3/2021 | 1 | $8.44 |
| | AMC | 2/3/2021 | 2 | $8.44 |
| | AMC | 2/3/2021 | 1 | $8.44 |
| | AMC | 2/3/2021 | 1 | $8.44 |
| | AMC | 2/3/2021 | 4 | $8.44 |
| | AMC | 2/3/2021 | 100 | $8.44 |
| | AMC | 2/3/2021 | 23 | $8.44 |
| | AMC | 2/3/2021 | 10 | $8.44 |
| | AMC | 2/3/2021 | 8 | $8.44 |
| | AMC | 2/3/2021 | 100 | $8.44 |
| | AMC | 2/3/2021 | 5 | $8.44 |
| | AMC | 2/3/2021 | 2 | $8.45 |
| | AMC | 2/3/2021 | 450 | $8.45 |
| | AMC | 2/3/2021 | 10 | $8.46 |
| | AMC | 2/3/2021 | 7 | $8.44 |
| | AMC | 2/3/2021 | 1 | $8.44 |
| | AMC | 2/3/2021 | 11 | $8.44 |
| | AMC | 2/3/2021 | 4 | $8.29 |
| | AMC | 2/3/2021 | 7 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 5 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 10 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 3 | $8.29 |
| | AMC | 2/3/2021 | 2 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 1 | $8.29 |
| | AMC | 2/3/2021 | 6 | $8.29 |
| | AMC | 2/3/2021 | 100 | $8.44 |
| | AMC | 2/3/2021 | 287 | $8.44 |
| | AMC | 2/3/2021 | 108 | $8.44 |
| | AMC | 2/3/2021 | 179 | $8.46 |
| | AMC | 2/3/2021 | 1 | $8.30 |
| | AMC | 2/3/2021 | 10 | $8.30 |

DocuSign Envelope ID: 2BB6D344-FE10-4B40-847B-0CDB1457046C

| | AMC | 2/3/2021 | 15 | $8.30 |
|---|---|---|---|---|
| | AMC | 2/3/2021 | 1 | $8.30 |
| | AMC | 2/3/2021 | 69 | $8.30 |
| | AMC | 2/3/2021 | 23 | $8.30 |
| | AMC | 2/3/2021 | 1 | $8.30 |
| | AMC | 2/3/2021 | 6 | $8.30 |
| | AMC | 2/3/2021 | 5 | $8.30 |
| | AMC | 2/3/2021 | 87 | $8.30 |