# Exhibit 38

# Document Provided in Native Format

RHMDL00047970

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| **MARGIN REQUIREMENTS** | | | | | | |
| Initial margin requirement set to 50% and maintenance margin requirement set to 25% | GME | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-25 4:05:52 | 2021-01-25 8:04:50 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 56% and maintenance margin requirement set to 45% | GME | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-25 8:04:50 | 2021-01-25 8:05:24 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 50%. | GME | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-25 8:05:24 | 2021-01-26 4:54:03 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 68% and maintenance margin requirement set to 60% | EXPR | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-26 4:07:36 | 2021-01-26 5:05:48 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 68% and maintenance margin requirement set to 60% | TR | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-26 4:07:46 | 2021-01-28 8:56:41 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 68% and maintenance margin requirement set to 60% | GME | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-26 4:54:03 | 2021-01-26 4:54:39 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 84% and maintenance margin requirement set to 80% | GME | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-26 4:54:39 | 2021-01-26 5:05:01 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 80% | GME | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-26 5:05:01 | 2021-01-27 5:06:54 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial and maintenance margin requirement set to 100% | EXPR | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-26 5:05:48 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial and maintenance margin requirement set to 100% | GME | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-27 5:06:54 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 100% | DDS | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:13:43 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 100% | LGND | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:14:05 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 100% | BBBY | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:15:00 | 2021-01-29 9:03:35 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 100% | FIZZ | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:15:24 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial and maintenance margin requirement set to 100% | AMCX | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:18:17 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 100% | MAC | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:19:30 | 2021-04-14 4:11:20 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 100% | SPWR | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:22:22 | 2021-02-09 6:41:58 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial and maintenance margin requirement set to 100% | SKT | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:23:00 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 100% | AXDX | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:23:00 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 100% | BB | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:28:27 | 2021-01-28 8:33:09 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 72% and maintenance margin requirement set to 65% | BB | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:33:09 | 2021-01-29 9:02:25 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| Initial margin requirement set to 100% | TR | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:56:41 | 2021-01-29 9:05:02 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 50% and maintenance margin requirement set to 25% | NOK | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-29 6:40:15 | 2021-01-29 6:47:46 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 68% and maintenance margin requirement set to 60% | TRVG | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-29 6:40:20 | 2021-01-29 6:47:51 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial margin requirement set to 60% and maintenance margin requirement set to 50% | NOK | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-29 6:47:46 | 2021-01-29 7:15:55 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial and maintenance margin requirement set to 100% | TRVG | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-29 6:47:51 | 2021-02-26 4:06:45 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial and maintenance margin requirement set to 100% | NOK | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-29 7:15:55 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial and maintenance margin requirement set to 100% | AAL | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-29 7:17:03 | 2021-05-25 8:54:48 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial and maintenance margin requirement set to 100% | BB | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-29 9:02:25 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial and maintenance margin requirement set to 100% | BBBY | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-29 9:03:35 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| Initial and maintenance margin requirement set to 100% | TR | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-29 9:05:02 | Requirement Ongoing | Jim Swartwout, President and Chief Operating Officer of RHS | RHS increased margin requirements for certain symbols for risk management purposes given extreme market volatility. |
| **POSITION LIMITS (PRE-JANUARY 28, 2021 PCOS)** | | | | | | |
| **Option Contract Position Limits** | | | | | | |
| Reduced position limits for options contracts from 5,000 to 3,000 | GME | N/A | 2021-01-26 16:52:21 | 2021-01-27 13:28:28 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS reduced position limits for options contracts for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| Reduced position limits for options contracts from 5,000 to 1,000 | AMC | N/A | 2021-01-27 10:01:12 | 2021-01-27 15:47:44 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS reduced position limits for options contracts for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| Reduced position limits for options contracts from 5,000 to 1,000 | EXPR | N/A | 2021-01-27 10:23:05 | 2021-01-28 20:58:09 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS reduced position limits for options contracts for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| Reduced position limits for options contracts from 5,000 to 1,000 | TR | N/A | 2021-01-27 10:23:05 | 2021-01-28 20:58:09 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS reduced position limits for options contracts for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| Reduced position limits for options contracts from 3,000 to 300 | GME | N/A | 2021-01-27 13:28:28 | 2021-01-27 15:47:44 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS reduced position limits for options contracts for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| Reduced position limits for options contracts from 300 to 100 | GME | N/A | 2021-01-27 15:47:44 | 2021-01-28 20:58:09 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS reduced position limits for options contracts for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| Reduced position limits for options contracts from from 1,000 to 100 | AMC | N/A | 2021-01-27 15:47:44 | 2021-01-28 20:58:09 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS reduced position limits for options contracts for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| Implemented PCO restrictions for options contracts expiring on January 29, 2021 | AMC | N/A | 2021-01-27 20:56:24 | 2021-01-28 20:23:03 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS reduced position limits for options contracts for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| | GME | N/A | 2021-01-27 20:21:37 | 2021-01-28 20:20:18 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS reduced position limits for options contracts for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| **Equity Position Limits** | | | | | | |
| Imposed $10,000 equity position limits for all customer accounts for the following: | AMC | Fractional - Not Applicable Drip - Not Applicable Recurring - Not Applicable | 2021-01-28 1:32:23 | 2021-01-28 21:08:36 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed position limits on equities for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| | BB | Fractional - Not Applicable Drip - Not Applicable Recurring - Not Applicable | 2021-01-28 1:32:23 | 2021-01-28 21:08:36 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed position limits on equities for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| | EXPR | Fractional - Not Applicable Drip - Not Applicable Recurring - Not Applicable | 2021-01-28 1:32:23 | 2021-01-28 21:08:36 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed position limits on equities for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| | GME | Fractional - Not Applicable Drip - Not Applicable Recurring - Not Applicable | 2021-01-28 1:32:23 | 2021-01-28 21:08:36 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed position limits on equities for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| | KOSS | Fractional - Not Applicable Drip - Not Applicable Recurring - Not Applicable | 2021-01-28 1:32:23 | 2021-01-28 21:08:36 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed position limits on equities for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| | NOK | Fractional - Not Applicable Drip - Not Applicable Recurring - Not Applicable | 2021-01-28 1:32:23 | 2021-01-28 21:08:36 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed position limits on equities for certain symbols for risk management purposes because those symbols were subject to extreme market volatility. |
| **PCO RESTRICTIONS** | | | | | | |
| **Equity PCO** | | | | | | |
| Implemented temporary PCO restrictions for equity symbols | AAL | Fractional - Applicable Drip - Applicable Recurring - Applicable | 2021-01-28 10:06:23 | 2021-01-28 21:41:28 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | AMC | Fractional - Applicable Drip - Applicable Recurring - Applicable | 2021-01-28 8:07:31 | 2021-01-28 21:41:40 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | BB | Fractional - Applicable Drip - Applicable Recurring - Applicable | 2021-01-28 8:09:28 | 2021-01-28 21:41:42 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | BBBY | Fractional - Applicable Drip - Applicable Recurring - Applicable | 2021-01-28 8:10:19 | 2021-01-28 21:41:27 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | CTRM (no option equivalent) | Fractional - Applicable Drip - Applicable Recurring - Applicable | 2021-01-28 8:09:55 | 2021-01-28 21:41:36 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| | EXPR | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:10:51 | 2021-01-28 21:41:35 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | GME | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:03:34 | 2021-01-28 21:41:41 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | KOSS (no option equivalent) | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:11:09 | 2021-01-28 21:41:34 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | NAKD (no option equivalent) | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:10:02 | 2021-01-28 21:41:43 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | NOK | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:08:24 | 2021-01-28 21:41:41 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | SNDL | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 9:53:24 | 2021-01-28 21:41:30 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | TR | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 9:54:04 | 2021-01-28 21:41:29 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| | TRVG | Fractional - Applicable<br>Drip - Applicable<br>Recurring - Applicable | 2021-01-28 8:09:23 | 2021-01-28 21:41:43 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on certain symbols to ensure that RHS would continue to meet National Securities Clearing Corporation's ("NSCC") deposit requirements. These symbols were the largest contributors to the NSCC "Value-at-Risk" or "VaR" charge and were viewed as presenting significant risk based on ongoing market conditions. |
| **Option Contract PCO** | | | | | | |
| Implemented temporary PCO restrictions for options contracts | AAL | N/A | 2021-01-28 10:07:04 | 2021-01-28 20:28:28 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on options contracts for these symbols to ensure consistency of limitations, so that restrictions would apply to all transactions in these symbols, whether in equities or options contracts. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| | AMC | N/A | 2021-01-28 8:36:01 | 2021-01-28 20:23:04 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on options contracts for these symbols to ensure consistency of limitations, so that restrictions would apply to all transactions in these symbols, whether in equities or options contracts. |
| | BB | N/A | 2021-01-28 8:34:17 | 2021-01-28 20:29:22 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on options contracts for these symbols to ensure consistency of limitations, so that restrictions would apply to all transactions in these symbols, whether in equities or options contracts. |
| | BBBY | N/A | 2021-01-28 8:35:16 | 2021-01-28 20:25:52 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on options contracts for these symbols to ensure consistency of limitations, so that restrictions would apply to all transactions in these symbols, whether in equities or options contracts. |
| | EXPR | N/A | 2021-01-28 8:34:44 | 2021-01-28 20:01:14 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on options contracts for these symbols to ensure consistency of limitations, so that restrictions would apply to all transactions in these symbols, whether in equities or options contracts. |
| | GME | N/A | 2021-01-28 8:35:55 | 2021-01-28 20:20:18 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on options contracts for these symbols to ensure consistency of limitations, so that restrictions would apply to all transactions in these symbols, whether in equities or options contracts. |
| | NOK | N/A | 2021-01-28 8:33:35 | 2021-01-28 20:03:28 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on options contracts for these symbols to ensure consistency of limitations, so that restrictions would apply to all transactions in these symbols, whether in equities or options contracts. |
| | SNDL | N/A | 2021-01-28 9:57:33 | 2021-01-28 20:18:08 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on options contracts for these symbols to ensure consistency of limitations, so that restrictions would apply to all transactions in these symbols, whether in equities or options contracts. |
| | TR | N/A | 2021-01-28 9:57:36 | 2021-01-28 19:54:36 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on options contracts for these symbols to ensure consistency of limitations, so that restrictions would apply to all transactions in these symbols, whether in equities or options contracts. |
| | TRVG | N/A | 2021-01-28 10:09:33 | 2021-01-28 20:00:18 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed temporary PCO restrictions on options contracts for these symbols to ensure consistency of limitations, so that restrictions would apply to all transactions in these symbols, whether in equities or options contracts. |
| Restricted trading on options contracts expiring on January 29, 2021 | GME (Options contracts with strike price of 310 and 320) | N/A | 2021-01-27 21:01:00 | Restriction expired at close of day on January 29. | Jim Swartwout, President and Chief Operating Officer of RHS | RHS restricted trading in GME options contracts expiring on January 29, 2021 to reduce customer risk associated with early sellouts of expiring options contracts." |
| | GME (Options contracts with strike price between 580 and 650) | N/A | 2021-01-28 22:06:00 | Restriction expired at close of day on January 29. | Jim Swartwout, President and Chief Operating Officer of RHS | RHS restricted trading in GME options contracts expiring on January 29, 2021 to reduce customer risk associated with early sellouts of expiring options contracts." |
| Implemented PCO restrictions for options contracts expiring on January 29, 2021 | AAL | N/A | 2021-01-28 20:28:55 | Restriction expired at close of day on January 29. | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on options contracts expiring on January 29, 2021 to reduce customer risk associated with early sellouts of expiring options contracts. |
| | AMC | N/A | 2021-01-28 20:23:35 | Restriction expired at close of day on January 29. | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on options contracts expiring on January 29, 2021 to reduce customer risk associated with early sellouts of expiring options contracts. |
| | BB | N/A | 2021-01-28 20:29:53 | Restriction expired at close of day on January 29. | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on options contracts expiring on January 29, 2021 to reduce customer risk associated with early sellouts of expiring options contracts. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| | BBBY | N/A | 2021-01-28 20:26:00 | Restriction expired at close of day on January 29. | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on options contracts expiring on January 29, 2021 to reduce customer risk associated with early sellouts of expiring options contracts. |
| | GME | N/A | 2021-01-28 21:40:00 | Restriction expired at close of day on January 29. | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on options contracts expiring on January 29, 2021 to reduce customer risk associated with early sellouts of expiring options contracts. |
| | NOK | N/A | 2021-01-28 20:04:00 - 20:14:26* <br><br>*Time range to implement PCO restrictions across all expiring NOK option series. | Restriction expired at close of day on January 29. | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on options contracts expiring on January 29, 2021 to reduce customer risk associated with early sellouts of expiring options contracts. |
| | SNDL | N/A | 2021-01-28 20:22:20 | Restriction expired at close of day on January 29. | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on options contracts expiring on January 29, 2021 to reduce customer risk associated with early sellouts of expiring options contracts. |
| **Fractional Trading PCO** | | | | | | |
| Implemented PCO restrictions on fractional trading | AAL | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:28:50 | 2021-01-30 22:37:01 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | AMC | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:29:20 | 2021-02-03 7:53:42 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | BB | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:29:41 | 2021-02-02 10:49:44 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | BBBY | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:30:01 | 2021-01-30 22:27:34 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | CTRM | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:30:22 | 2021-01-30 22:30:18 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | CTRM | Drip - Applicable<br>Recurring - Applicable | 2021-02-01 4:32:32 | 2021-02-10 4:28:50 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | EXPR | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:31:02 | 2021-02-02 20:14:55 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | GME | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:32:21 | 2021-02-03 4:30:21 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | KOSS | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:32:39 | 2021-02-02 10:49:46 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | NAKD | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:33:02 | 2021-02-02 20:14:31 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | NOK | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:33:24 | 2021-02-02 20:15:30 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| | SNDL | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:33:46 | 2021-01-30 22:32:02 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | TR | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:34:18 | 2021-01-30 22:36:10 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | TRVG | Drip - Applicable<br>Recurring - Applicable | 2021-01-28 22:34:38 | 2021-01-30 22:36:39 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| Implemented PCO restrictions on fractional trading | ACB | N/A | 2021-01-29 15:10:15 | 2021-01-30 22:20:38 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | AG | N/A | 2021-01-29 15:10:37 | 2021-01-30 22:21:52 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | AMD | N/A | 2021-01-29 15:11:07 | 2021-01-30 22:23:54 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | BYND | N/A | 2021-01-29 15:11:50 | 2021-01-30 22:27:38 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | CCIV | N/A | 2021-01-29 15:12:11 | 2021-01-30 22:28:33 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | CLOV | N/A | 2021-01-29 15:12:38 | 2021-01-30 22:29:01 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | CRIS | N/A | 2021-01-29 15:13:00 | 2021-01-30 22:29:44 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | EZGO | N/A | 2021-01-29 15:13:42 | 2021-01-30 22:31:07 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | GM | N/A | 2021-01-29 15:14:30 | 2021-01-30 22:37:29 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | HIMS | N/A | 2021-01-29 15:15:13 | 2021-01-30 22:33:35 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | INO | N/A | 2021-01-29 15:29:53 | 2021-01-30 22:33:54 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | IPOE | N/A | 2021-01-29 15:30:26 | 2021-01-30 22:34:17 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | IPOF | N/A | 2021-01-29 15:30:46 | 2021-01-30 22:34:37 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| | JAGX | N/A | 2021-01-29 15:31:04 | 2021-01-30 22:35:49 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | LLIT | N/A | 2021-01-29 15:31:35 | 2021-01-30 22:36:20 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | MRNA | N/A | 2021-01-29 15:31:53 | 2021-01-30 22:24:50 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | MUX | N/A | 2021-01-29 15:32:12 | 2021-01-30 22:29:04 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | NCTY | N/A | 2021-01-29 15:32:33 | 2021-01-30 22:29:38 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | NVAX | N/A | 2021-01-29 15:30:33 | 2021-01-30 22:26:59 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | OPEN | N/A | 2021-01-29 15:29:29 | 2021-01-30 22:21:33 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | RKT | N/A | 2021-01-29 15:29:01 | 2021-01-30 22:26:04 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | RLX | N/A | 2021-01-29 15:28:46 | 2021-01-30 22:18:34 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | SBUX | N/A | 2021-01-29 15:28:08 | 2021-01-30 22:23:25 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | SHLS | N/A | 2021-01-29 15:27:43 | 2021-01-30 22:22:56 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | SLV | N/A | 2021-01-29 15:27:03 | 2021-01-30 22:30:55 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | SOXL | N/A | 2021-01-29 15:26:20 | 2021-01-30 22:33:04 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | SRNE | N/A | 2021-01-29 15:25:35 | 2021-01-30 22:33:43 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | STPK | N/A | 2021-01-29 15:24:38 | 2021-01-30 22:34:28 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | TGC | N/A | 2021-01-29 15:23:32 | 2021-01-30 22:35:03 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| | TIRX | N/A | 2021-01-29 15:23:04 | 2021-01-30 22:35:31 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | WKHS | N/A | 2021-01-29 15:21:09 | 2021-01-30 22:19:16 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | XM | N/A | 2021-01-29 15:20:27 | 2021-01-30 22:37:09 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| | ZOM | N/A | 2021-01-29 15:18:44 | 2021-01-30 22:15:32 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed PCO restrictions on fractional trading in certain symbols to ensure position limits placed on those symbols would not be circumvented by fractional purchases. |
| **POSITION LIMITS (POST-JANUARY 28, 2021 PCOs)** | | | | | | |
| **Equity Position Limits** | | | | | | |
| Imposed limits on purchase of equity shares | AAL (55)<br>AMC (115)<br>BB (65)<br>BBBY (30)<br>CTRM (1650)<br>EXPR (200)<br>GME (5)<br>KOSS (25)<br>NAKD (750)<br>NOK (110)<br>SNDL (1200)<br>TR (25)<br>TRVG (400) | Fractional - Not Applicable<br>Drip - Not Applicable<br>Recurring - Applicable | 2021-01-28 21:08:36 | 2021-01-29 12:02:20 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| Imposed limits on purchase of equity shares | AAL (55)<br>AMC (25)<br>BB (25)<br>BBBY (30)<br>CTRM (1650)<br>EXPR (200)<br>GME (2)<br>KOSS (10)<br>NAKD (300)<br>NOK (50)<br>SNDL (1200)<br>TR (25)<br>TRVG (400) | Fractional - Not Applicable<br>Drip - Not Applicable<br>Recurring - Applicable | 2021-01-29 12:02:20 | 2021-01-29 13:36:53 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| Imposed limits on purchase of equity shares | AAL (5)<br>AG (5)<br>AMC (10)<br>AMD (1)<br>BB (5)<br>BBBY (2)<br>CTRM (100)<br>EXPR (5)<br>GME (1)<br>GTE (150)<br>JAGX (30)<br>KOSS (1)<br>MRNA (1)<br>NAKD (50)<br>NCTY (5)<br>NOK (20)<br>RYCEY (75)<br>SLV (5)<br>WKHS (3)<br>XM (2) | Fractional - Not Applicable<br>Drip - Not Applicable<br>Recurring - Applicable | 2021-01-29 13:36:53 | 2021-01-29 14:48:07 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| Imposed limits on purchase of equity shares for the following:<br><br>1. AAL<br>2. ACB<br>3. AG<br>4. AMC<br>5. AMD<br>6. BB<br>7. BBBY<br>8. BYDDY<br>9. BYND<br>10. CCIV<br>11. CLOV<br>12. CRIS<br>13. CTRM<br>14. EXPR<br>15. EZGO<br>16. GM<br>17. GME<br>18. GTE<br>19. HIMS<br>20. INO<br>21. IPOE<br>22. IPOF | **49 symbols:** GME (1); AMC (1); NAKD (5); BB (1); NOK (5); KOSS (1); EXPR (5); CTRM (5); BBBY (1) XM (1); MRNA (1); NCTY (1); GTE (5); RYCEY (5); AAL (1); AG (1); SLV (1); WKHS (1); AMD (1); JAGX (5); NVAX (1); SHLS (1); TGC (5); SRNE (1); IPOE (1); SOXL (1); SBUX (1); IPOF (1); ZOM (5); LLIT (5); CCIV (1); MUX (5); BYND (1); HIMS (1); EZGO (5); INO (1); CLOV (1); CRIS (1); TIRX (1); TRVG (5); GM (1); TRXC (5); RKT (1); STPK (1); OPEN (1); ACB (1); RLX (1); SIEB (5); BYDDL (1) | Fractional - Not Applicable<br>Drip - Not Applicable<br>Recurring - Applicable | 2021-01-29 14:48:07 | 2021-01-29 15:24:27 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| | **51 symbols:** GME (1); AMC (1); NAKD (5); BB (1); NOK (5); KOSS (1); EXPR (5); CTRM (5); BBBY (1) XM (1); MRNA (1); NCTY (1); GTE (5); RYCEY (5); AAL (1); AG (1); SLV (1); WKHS (1); AMD (1); JAGX (5); NVAX (1); SHLS (1); TGC (5); SRNE (1); IPOE (1); SOXL (1); SBUX (1); IPOF (1); ZOM (5); LLIT (5); CCIV (1); MUX (5); BYND (1); HIMS (1); EZGO (5); INO (1); CLOV (1); CRIS (1); TIRX (1); TRVG (5); GM (1); TRXC (5); RKT (1); STPK (1); OPEN (1); ACB (1); RLX (1); SIEB (5); BYDDL (1); SNDL (5); TR (1) | Fractional - Not Applicable<br>Drip - Not Applicable<br>Recurring - Applicable | 2021-01-29 15:24:27 | 2021-01-30 21:46:59 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| Imposed limits on purchases of equity shares | AMC (10)<br>BB (700)<br>EXPR (20)<br>GME (1)<br>GNUS (600)<br>KOSS (2)<br>NAKD (600)<br>NOK (200) | Fractional - Not Applicable<br>Drip - Not Applicable<br>Recurring - Applicable | 2021-01-30 21:46:59 | 2021-02-01 11:08:16 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| | AMC (75)<br>BB (700)<br>EXPR (200)<br>GME (4)<br>GNUS (5000)<br>KOSS (25)<br>NAKD (6500)<br>NOK (2000) | Fractional - Not Applicable<br>Drip - Not Applicable<br>Recurring - Applicable | 2021-02-01 11:08:16 | 2021-02-01 13:22:05 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| | AMC (350) BB (700) EXPR (1000) GME (20) GNUS (5000) KOSS (150) NAKD (6500) NOK (2000) | Fractional - Not Applicable Drip - Not Applicable Recurring - Applicable | 2021-02-01 13:22:05 | 2021-02-02 10:44:45 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| | AMC (1250) EXPR (3000) GME (100) NAKD (12000) NOK (2000) | Fractional - Not Applicable Drip - Not Applicable Recurring - Applicable | 2021-02-02 10:44:45 | 2021-02-02 20:15:27 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| | AMC (1250) GME (100) | Fractional - Not Applicable Drip - Not Applicable Recurring - Applicable | 2021-02-02 20:15:27 | 2021-02-03 20:59:12 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| | AMC (5500) GME (500) | Fractional - Not Applicable Drip - Not Applicable Recurring - Applicable | 2021-02-03 20:59:12 | 2021-02-04 21:17:50 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| **Option Contract Position Limits** | | | | | | |
| Imposed limits on purchases of options contracts | AAL (50) AMC (100) BBBY (50) DASH (1000) DDS (1000) EXPR (100) FIZZ (1000) FOSL (1000) GME (10) GSX (1000) IRBT (1000) M (1000) NOK (100) SKT (1000) SNDL (100) SPCE (1000) TR (50) TRVG (100) *NAKD and KOSS inadvertently added and removed on 2021-01-28 21:14:41 | N/A | 2021-01-28 20:58:09 | 2021-01-28 21:14:41 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| Imposed limits on purchases of options contracts | AAL (25)<br>AMC (50)<br>BB (50)<br>BBBY (25)<br>DASH (1000)<br>DDS (1000)<br>EXPR (50)<br>FIZZ (1000)<br>FOSL (1000)<br>GME (5)<br>GSX (1000)<br>IRBT (1000)<br>M (1000)<br>NOK (50)<br>SKT (1000)<br>SNDL (50)<br>SPCE (1000)<br>TR (25)<br>TRVG (50) | N/A | 2021-01-28 21:14:41 | 2021-01-29 13:42:13 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| Imposed limits on purchases of options contracts | AAL (10)<br>AMC (10)<br>BB (10)<br>BBBY (10)<br>DASH (1000)<br>DDS (1000)<br>EXPR (10)<br>FIZZ (1000)<br>FOSL (1000)<br>GME (5)<br>GSX (1000)<br>IRBT (1000)<br>M (1000)<br>NOK (10)<br>SKT (1000)<br>SNDL (10)<br>SPCE (1000)<br>TR (10)<br>TRVG (10) | N/A | 2021-01-29 13:42:13 | 2021-01-30 21:16:02 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| Imposed limits on purchases of options contracts | AMC (10)<br>BB (700)<br>DASH (1000)<br>DDS (1000)<br>EXPR (20)<br>FIZZ (1000)<br>FOSL (1000)<br>GME (5)<br>GSX (1000)<br>IRBT (1000)<br>M (1000)<br>NOK (1000)<br>SKT (1000)<br>SPCE (1000) | N/A | 2021-01-30 21:16:02 | 2021-02-01 11:12:11 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| Imposed limits on purchases of options contracts | AMC (75)<br>BB (700)<br>DASH (1000)<br>DDS (1000)<br>EXPR (200)<br>FIZZ (1000)<br>FOSL (1000)<br>GME (5)<br>GSX (1000)<br>IRBT (1000)<br>M (1000)<br>NOK (1000)<br>SKT (1000)<br>SPCE (1000) | N/A | 2021-02-01 11:12:11 | 2021-02-01 13:25:33 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| Imposed limits on purchases of options contracts | AMC (350)<br>BB (700)<br>DASH (1000)<br>DDS (1000)<br>EXPR (1000)<br>FIZZ (1000)<br>FOSL (1000)<br>GME (20)<br>GSX (1000)<br>IRBT (1000)<br>M (1000)<br>NOK (1000)<br>SKT (1000)<br>SPCE (1000) | N/A | 2021-02-01 13:25:33 | 2021-02-02 10:45:07 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| Imposed limits on purchases of options contracts | AMC (1250)<br>DASH (1000)<br>DDS (1000)<br>EXPR (3000)<br>FIZZ (1000)<br>FOSL (1000)<br>GME (100)<br>GSX (1000)<br>IRBT (1000)<br>M (1000)<br>NOK (2000)<br>SKT (1000)<br>SPCE (1000) | N/A | 2021-02-02 10:45:07 | 2021-02-02 20:17:21 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| Imposed limits on purchases of options contracts | AMC (1250)<br>DASH (1000)<br>DDS (1000)<br>FIZZ (1000)<br>FOSL (1000)<br>GME (100)<br>GSX (1000)<br>IRBT (1000)<br>M (1000)<br>SKT (1000)<br>SPCE (1000) | N/A | 2021-02-02 20:17:21 | 2021-02-03 20:57:14 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |
| Imposed limits on purchases of options contracts | AMC (5000)<br>DASH (1000)<br>DDS (1000)<br>FIZZ (1000)<br>FOSL (1000)<br>GME (500)<br>GSX (1000)<br>IRBT (1000)<br>M (1000)<br>SKT (1000)<br>SPCE (1000) | N/A | 2021-02-03 20:57:14 | 2021-02-04 21:16:55 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |

| Trade Limit or Restriction | Symbol (Equity/Option) | Application to Fractional/Dividend Reinvestment/Recurring Orders | Date and Timestamp — When Effective (Eastern) | Date and Timestamp — When Removed (Eastern) | Approver | Reason |
|---|---|---|---|---|---|---|
| Imposed limits on purchases of options contracts | DASH (1000) DDS (1000) FIZZ (1000) FOSL (1000) GSX (1000) IRBT (1000) M (1000) SKT (1000) SPCE (1000) | N/A | 2021-02-04 21:16:55 | 2021-02-18 12:06:28 | Jim Swartwout, President and Chief Operating Officer of RHS | RHS imposed limits on certain symbols' options and equities from January 29, 2021 through February 4, 2021 to ensure RHS would continue to meet NSCC's deposit requirements. RHS imposed the narrowest possible quantity limits based on how RHS anticipated trading in these securities would affect NSCC's VaR charge and adjusted the limits based on net trading activity. |