# Exhibit 39

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | AMC | market | sell | | 3 | 2020-12-08 16:50:22.109850+00 | | 2020-12-08 16:50:22.370000+00 | 3.9413 | 3 |
| | AMC | market | buy | 4.14 | 1 | 2020-12-08 16:51:05.063445+00 | | 2020-12-08 16:51:05.267000+00 | 3.9585 | 1 |
| | AMC | market | sell | | 1 | 2020-12-14 14:53:04.954754+00 | | 2020-12-14 14:53:05.223000+00 | 3.21 | 1 |
| | AMC | limit | buy | 3.11 | 1000 | 2020-12-14 14:54:26.424460+00 | 2020-12-14 14:54:42.193775+00 | | | |
| | AMC | market | buy | 3.28 | 1000 | 2020-12-14 14:55:13.408508+00 | | 2020-12-14 14:55:13.919000+00 | 3.129 | 1000 |
| | AMC | market | sell | | 999 | 2020-12-15 14:57:00.321454+00 | | 2020-12-15 14:57:00.613000+00 | 3.0414 | 999 |
| | AMC | limit | sell | 2.9 | 1 | 2020-12-16 14:02:33.646482+00 | | 2020-12-16 14:02:34.014000+00 | 2.92 | 1 |
| | AMC | limit | buy | 2.88 | 1 | 2020-12-16 14:15:50.855359+00 | 2020-12-16 14:16:01.236276+00 | | | |
| | AMC | limit | buy | 2.91 | 1 | 2020-12-16 14:19:52.644804+00 | 2020-12-16 14:20:30.925945+00 | | | |
| | AMC | limit | buy | 2.99 | 1 | 2020-12-16 14:20:49.834384+00 | | 2020-12-16 14:20:50.005000+00 | 2.97 | 1 |
| | AMC | market | buy | 3.26 | 1000 | 2021-01-19 19:42:12.861741+00 | | 2021-01-19 19:42:13.024000+00 | 3.1088 | 1000 |
| | AMC | market | sell | | 1000 | 2021-01-20 14:55:25.747935+00 | | 2021-01-20 14:55:26.009000+00 | 3.0414 | 1000 |
| | AMC | limit | buy | 4.83 | 100 | 2021-01-25 14:20:58.027152+00 | | 2021-01-25 14:20:58.254000+00 | 4.77 | 100 |
| | AMC | limit | sell | 4.74 | 100 | 2021-01-25 14:23:45.751613+00 | | 2021-01-25 14:23:45.932000+00 | 4.77 | 1 |
| | AMC | limit | sell | 4.74 | 100 | 2021-01-25 14:23:45.751613+00 | | 2021-01-25 14:23:45.932000+00 | 4.77 | 99 |
| | AMC | limit | buy | 4.79 | 1000 | 2021-01-25 22:55:46.736625+00 | | 2021-01-25 22:55:46.930000+00 | 4.78 | 19 |

Exhibit 0105

RHMDL00097429.001

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | AMC | limit | buy | 4.79 | 1000 | 2021-01-25 22:55:46.736625+00 | | 2021-01-25 22:55:46.929000+00 | 4.78 | 100 |
| | AMC | limit | buy | 4.79 | 1000 | 2021-01-25 22:55:46.736625+00 | | 2021-01-25 22:55:46.928000+00 | 4.78 | 300 |
| | AMC | limit | buy | 4.79 | 1000 | 2021-01-25 22:55:46.736625+00 | | 2021-01-25 22:55:46.926000+00 | 4.77 | 50 |
| | AMC | limit | buy | 4.79 | 1000 | 2021-01-25 22:55:46.736625+00 | | 2021-01-25 22:55:46.926000+00 | 4.77 | 250 |
| | AMC | limit | buy | 4.79 | 1000 | 2021-01-25 22:55:46.736625+00 | | 2021-01-25 22:55:46.926000+00 | 4.77 | 100 |
| | AMC | limit | buy | 4.79 | 1000 | 2021-01-25 22:55:46.736625+00 | | 2021-01-25 22:55:46.925000+00 | 4.77 | 181 |
| | AMC | market | sell | | 1000 | 2021-01-26 15:19:51.718145+00 | | 2021-01-26 15:19:52.049000+00 | 4.7514 | 1000 |
| | AMC | market | buy | 5.08 | 500 | 2021-01-26 20:47:36.726108+00 | | 2021-01-26 20:47:36.913000+00 | 4.8483 | 340 |
| | AMC | market | buy | 5.08 | 500 | 2021-01-26 20:47:36.726108+00 | | 2021-01-26 20:47:36.913000+00 | 4.845 | 160 |
| | AMC | market | buy | 5.17 | 500 | 2021-01-26 20:53:47.337280+00 | | 2021-01-26 20:53:47.530000+00 | 4.9387 | 500 |
| | AMC | limit | buy | 21 | 1000 | 2021-01-27 14:08:10.905615+00 | | 2021-01-27 14:08:11.111000+00 | 20.45 | 1000 |
| | AMC | limit | buy | 22 | 2000 | 2021-01-27 14:09:15.363235+00 | | 2021-01-27 14:09:15.583000+00 | 21.22 | 2000 |
| | AMC | limit | buy | 24 | 1000 | 2021-01-27 14:11:00.856857+00 | | 2021-01-27 14:11:01.032000+00 | 23.89 | 1000 |
| | AMC | market | sell | | 5000 | 2021-01-27 16:14:42.661091+00 | | 2021-01-27 16:14:42.957000+00 | 16.74 | 5000 |
| | AMC | limit | buy | 15.85 | 1000 | 2021-01-27 16:16:45.949868+00 | 2021-01-27 16:17:22.839373+00 | | | |
| | AMC | limit | buy | 15.99 | 1000 | 2021-01-27 16:17:45.383556+00 | | 2021-01-27 16:17:46.832000+00 | 15.99 | 200 |
| | AMC | limit | buy | 15.99 | 1000 | 2021-01-27 16:17:45.383556+00 | | 2021-01-27 16:17:46.832000+00 | 15.99 | 20 |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | AMC | limit | buy | 15.99 | 1000 | 2021-01-27 16:17:45.383556+00 | | 2021-01-27 16:17:46.832000+00 | 15.99 | 200 |
| | AMC | limit | buy | 15.99 | 1000 | 2021-01-27 16:17:45.383556+00 | | 2021-01-27 16:17:46.831000+00 | 15.99 | 200 |
| | AMC | limit | buy | 15.99 | 1000 | 2021-01-27 16:17:45.383556+00 | | 2021-01-27 16:17:46.831000+00 | 15.99 | 200 |
| | AMC | limit | buy | 15.99 | 1000 | 2021-01-27 16:17:45.383556+00 | | 2021-01-27 16:17:46.831000+00 | 15.99 | 180 |
| | AMC | market | buy | 16.79 | 66 | 2021-01-27 16:38:33.424975+00 | | 2021-01-27 16:38:33.660000+00 | 15.9468 | 66 |
| | AMC | market | buy | 14.33 | 50 | 2021-01-27 16:50:47.565494+00 | 2021-01-27 16:51:01.634468+00 | | | |
| | AMC | market | buy | 14.14 | 500 | 2021-01-27 17:01:33.375162+00 | 2021-01-27 17:04:12.997309+00 | | | |
| | AMC | market | sell | | 67 | 2021-01-27 17:04:53.050974+00 | | 2021-01-27 17:05:04.175000+00 | 14 | 55 |
| | AMC | market | sell | | 67 | 2021-01-27 17:04:53.050974+00 | | 2021-01-27 17:05:04.174000+00 | 14 | 4 |
| | AMC | market | sell | | 67 | 2021-01-27 17:04:53.050974+00 | | 2021-01-27 17:05:04.174000+00 | 14 | 8 |
| | AMC | market | buy | 14.88 | 500 | 2021-01-27 17:12:30.659602+00 | | 2021-01-27 17:12:30.819000+00 | 14.18 | 500 |
| | AMC | limit | sell | 14.25 | 1499 | 2021-01-27 17:14:25.299918+00 | | 2021-01-27 17:15:10.975000+00 | 14.25 | 1499 |
| | AMC | market | sell | | 1 | 2021-01-27 17:15:56.559278+00 | | 2021-01-27 17:15:56.893000+00 | 13.992 | 1 |
| | AMC | limit | buy | 13.84 | 1000 | 2021-01-27 17:16:22.084300+00 | | 2021-01-27 17:16:57.658000+00 | 13.84 | 1000 |
| | AMC | limit | sell | 14.25 | 999 | 2021-01-27 17:17:47.201403+00 | | 2021-01-27 17:18:01.358000+00 | 14.25 | 999 |
| | AMC | limit | buy | 13.84 | 1000 | 2021-01-27 17:18:44.092320+00 | 2021-01-27 17:23:09.144646+00 | | | |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | AMC | market | buy | 14.29 | 1000 | 2021-01-27 17:25:34.344817+00 | | 2021-01-27 17:25:34.540000+00 | 13.6361 | 1000 |
| | AMC | market | sell | | 1000 | 2021-01-27 17:28:21.648577+00 | | 2021-01-27 17:28:21.862000+00 | 13.71 | 1000 |
| | AMC | market | buy | 17.09 | 500 | 2021-01-27 18:11:18.614170+00 | | 2021-01-27 18:11:18.829000+00 | 16.308 | 500 |
| | AMC | market | buy | 17.5 | 500 | 2021-01-27 18:12:34.672938+00 | | 2021-01-27 18:12:34.914000+00 | 16.6551 | 500 |
| | AMC | market | sell | | 1000 | 2021-01-27 18:43:20.478071+00 | | 2021-01-27 18:43:21.026000+00 | 16.12 | 100 |
| | AMC | market | sell | | 1000 | 2021-01-27 18:43:20.478071+00 | | 2021-01-27 18:43:21.026000+00 | 16.12 | 100 |
| | AMC | market | sell | | 1000 | 2021-01-27 18:43:20.478071+00 | | 2021-01-27 18:43:21.026000+00 | 16.12 | 293 |
| | AMC | market | sell | | 1000 | 2021-01-27 18:43:20.478071+00 | | 2021-01-27 18:43:21.026000+00 | 16.12 | 107 |
| | AMC | market | sell | | 1000 | 2021-01-27 18:43:20.478071+00 | | 2021-01-27 18:43:21.026000+00 | 16.12 | 100 |
| | AMC | market | sell | | 1000 | 2021-01-27 18:43:20.478071+00 | | 2021-01-27 18:43:21.026000+00 | 16.12 | 300 |
| | AMC | market | buy | 18.33 | 500 | 2021-01-27 19:02:11.832988+00 | | 2021-01-27 19:02:12.010000+00 | 17.44 | 500 |
| | AMC | market | buy | 19.21 | 500 | 2021-01-27 19:04:41.778548+00 | | 2021-01-27 19:04:41.953000+00 | 18.43 | 376 |
| | AMC | market | buy | 19.21 | 500 | 2021-01-27 19:04:41.778548+00 | | 2021-01-27 19:04:41.953000+00 | 18.43 | 92 |
| | AMC | market | buy | 19.21 | 500 | 2021-01-27 19:04:41.778548+00 | | 2021-01-27 19:04:41.952000+00 | 18.43 | 10 |
| | AMC | market | buy | 19.21 | 500 | 2021-01-27 19:04:41.778548+00 | | 2021-01-27 19:04:41.952000+00 | 18.43 | 20 |
| | AMC | market | buy | 19.21 | 500 | 2021-01-27 19:04:41.778548+00 | | 2021-01-27 19:04:41.952000+00 | 18.43 | 1 |
| | AMC | market | buy | 19.21 | 500 | 2021-01-27 19:04:41.778548+00 | | 2021-01-27 19:04:41.952000+00 | 18.43 | 1 |
| | AMC | market | sell | | 1000 | 2021-01-27 19:34:50.028418+00 | | 2021-01-27 19:34:50.326000+00 | 17.91 | 1000 |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| ███ | AMC | market | buy | 20.35 | 1000 | 2021-01-27 20:23:31.407505+00 | | 2021-01-27 20:23:31.622000+00 | 19.38 | 1000 |
| ███ | AMC | market | sell | | 1000 | 2021-01-27 20:28:24.137854+00 | | 2021-01-27 20:28:24.351000+00 | 19.1 | 1000 |
| ███ | AMC | market | sell | | 1 | 2021-01-27 20:34:50.697932+00 | | 2021-01-27 20:34:51.175000+00 | 18.955 | 1 |
| ███ | AMC | market | buy | 19.83 | 1000 | 2021-01-27 20:36:13.113914+00 | | 2021-01-27 20:36:13.307000+00 | 18.8988 | 1000 |
| ███ | AMC | limit | buy | 16.79 | 500 | 2021-01-27 21:24:55.510943+00 | 2021-01-27 21:25:23.236179+00 | | | |
| ███ | AMC | limit | buy | 14.84 | 700 | 2021-01-27 21:26:15.241198+00 | 2021-01-27 21:26:36.795142+00 | | | |
| ███ | AMC | limit | buy | 15.32 | 500 | 2021-01-27 21:35:38.352608+00 | 2021-01-27 21:35:50.551052+00 | | | |
| ███ | AMC | limit | sell | 16.7 | 500 | 2021-01-27 21:53:48.378519+00 | | 2021-01-27 21:53:48.673000+00 | 16.82 | 200 |
| ███ | AMC | limit | sell | 16.7 | 500 | 2021-01-27 21:53:48.378519+00 | | 2021-01-27 21:53:48.672000+00 | 16.82 | 100 |
| ███ | AMC | limit | sell | 16.7 | 500 | 2021-01-27 21:53:48.378519+00 | | 2021-01-27 21:53:48.672000+00 | 16.82 | 100 |
| ███ | AMC | limit | sell | 16.7 | 500 | 2021-01-27 21:53:48.378519+00 | | 2021-01-27 21:53:48.672000+00 | 16.82 | 100 |
| ███ | AMC | limit | sell | 16 | 400 | 2021-01-27 21:55:18.098386+00 | | 2021-01-27 21:55:18.425000+00 | 16.59 | 143 |
| ███ | AMC | limit | sell | 16 | 400 | 2021-01-27 21:55:18.098386+00 | | 2021-01-27 21:55:18.424000+00 | 16.6 | 1 |
| ███ | AMC | limit | sell | 16 | 400 | 2021-01-27 21:55:18.098386+00 | | 2021-01-27 21:55:18.424000+00 | 16.6 | 6 |
| ███ | AMC | limit | sell | 16 | 400 | 2021-01-27 21:55:18.098386+00 | | 2021-01-27 21:55:18.424000+00 | 16.6 | 47 |
| ███ | AMC | limit | sell | 16 | 400 | 2021-01-27 21:55:18.098386+00 | | 2021-01-27 21:55:18.424000+00 | 16.6 | 3 |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | AMC | limit | sell | 16 | 400 | 2021-01-27 21:55:18.098386+00 | | 2021-01-27 21:55:18.422000+00 | 16.61 | 200 |
| | AMC | limit | sell | 16 | 99 | 2021-01-27 21:57:30.489730+00 | | 2021-01-27 21:57:30.817000+00 | 16.45 | 40 |
| | AMC | limit | sell | 16 | 99 | 2021-01-27 21:57:30.489730+00 | | 2021-01-27 21:57:30.817000+00 | 16.45 | 59 |
| | AMC | limit | buy | 16.29 | 500 | 2021-01-27 22:16:15.710533+00 | | 2021-01-27 22:16:19.677000+00 | 16.29 | 28 |
| | AMC | limit | buy | 16.29 | 500 | 2021-01-27 22:16:15.710533+00 | | 2021-01-27 22:16:19.110000+00 | 16.29 | 20 |
| | AMC | limit | buy | 16.29 | 500 | 2021-01-27 22:16:15.710533+00 | | 2021-01-27 22:16:18.863000+00 | 16.29 | 94 |
| | AMC | limit | buy | 16.29 | 500 | 2021-01-27 22:16:15.710533+00 | | 2021-01-27 22:16:18.398000+00 | 16.29 | 232 |
| | AMC | limit | buy | 16.29 | 500 | 2021-01-27 22:16:15.710533+00 | | 2021-01-27 22:16:17.461000+00 | 16.29 | 10 |
| | AMC | limit | buy | 16.29 | 500 | 2021-01-27 22:16:15.710533+00 | | 2021-01-27 22:16:17.085000+00 | 16.29 | 16 |
| | AMC | limit | buy | 16.29 | 500 | 2021-01-27 22:16:15.710533+00 | | 2021-01-27 22:16:16.380000+00 | 16.29 | 100 |
| | AMC | limit | buy | 16.1 | 500 | 2021-01-27 22:21:51.772863+00 | | 2021-01-27 22:22:06.926000+00 | 16.1 | 283 |
| | AMC | limit | buy | 16.1 | 500 | 2021-01-27 22:21:51.772863+00 | | 2021-01-27 22:21:52.054000+00 | 16.1 | 12 |
| | AMC | limit | buy | 16.1 | 500 | 2021-01-27 22:21:51.772863+00 | | 2021-01-27 22:21:51.982000+00 | 16.1 | 150 |
| | AMC | limit | buy | 16.1 | 500 | 2021-01-27 22:21:51.772863+00 | | 2021-01-27 22:21:51.982000+00 | 16.1 | 30 |
| | AMC | limit | buy | 16.1 | 500 | 2021-01-27 22:21:51.772863+00 | | 2021-01-27 22:21:51.982000+00 | 16.1 | 25 |
| | AMC | limit | sell | 8.9 | 500 | 2021-02-02 14:03:43.167939+00 | | 2021-02-02 14:03:43.384000+00 | 8.99 | 500 |
| | AMC | market | buy | 10.16 | 1 | 2021-02-03 18:05:06.036330+00 | | 2021-02-03 18:05:06.341000+00 | 9.64 | 1 |
| | AMC | market | buy | 9.78 | 500 | 2021-02-03 18:07:16.602281+00 | | 2021-02-03 18:07:16.781000+00 | 9.3199 | 500 |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | AMC | market | sell | | 500 | 2021-02-03 18:07:49.412215+00 | | 2021-02-03 18:07:49.734000+00 | 9.271 | 500 |
| | AMC | market | buy | 9.77 | 500 | 2021-02-03 18:08:17.216305+00 | | 2021-02-03 18:08:17.452000+00 | 9.2796 | 500 |
| | AMC | market | sell | | 500 | 2021-02-03 18:08:32.829823+00 | | 2021-02-03 18:08:33.081000+00 | 9.2503 | 500 |
| | AMC | market | buy | 9.71 | 500 | 2021-02-03 18:08:47.416864+00 | | 2021-02-03 18:08:47.631000+00 | 9.26 | 500 |
| | AMC | market | sell | | 500 | 2021-02-03 18:09:05.478070+00 | | 2021-02-03 18:09:05.655000+00 | 9.17 | 500 |
| | AMC | market | buy | 9.61 | 500 | 2021-02-03 18:09:41.573119+00 | | 2021-02-03 18:09:41.732000+00 | 9.17 | 500 |
| | AMC | market | sell | | 500 | 2021-02-03 18:09:56.201811+00 | | 2021-02-03 18:09:56.394000+00 | 9.2101 | 500 |
| | AMC | market | buy | 9.69 | 500 | 2021-02-03 18:10:12.818404+00 | | 2021-02-03 18:10:13.026000+00 | 9.2387 | 500 |
| | AMC | market | sell | | 500 | 2021-02-03 18:10:38.432621+00 | | 2021-02-03 18:10:38.645000+00 | 9.15 | 377 |
| | AMC | market | sell | | 500 | 2021-02-03 18:10:38.432621+00 | | 2021-02-03 18:10:38.645000+00 | 9.15 | 10 |
| | AMC | market | sell | | 500 | 2021-02-03 18:10:38.432621+00 | | 2021-02-03 18:10:38.644000+00 | 9.15 | 10 |
| | AMC | market | sell | | 500 | 2021-02-03 18:10:38.432621+00 | | 2021-02-03 18:10:38.644000+00 | 9.15 | 100 |
| | AMC | market | sell | | 500 | 2021-02-03 18:10:38.432621+00 | | 2021-02-03 18:10:38.644000+00 | 9.15 | 3 |
| | AMC | market | sell | | 500 | 2021-02-03 18:11:11.085382+00 | | 2021-02-03 18:11:11.311000+00 | 9.0701 | 500 |
| | AMC | market | buy | 9.6 | 500 | 2021-02-03 18:12:11.241681+00 | | 2021-02-03 18:12:11.458000+00 | 9.15 | 500 |
| | AMC | market | sell | | 500 | 2021-02-03 18:14:55.521618+00 | | 2021-02-03 18:14:55.741000+00 | 9.2601 | 500 |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | AMC | market | buy | 9.76 | 1000 | 2021-02-03 18:15:13.683830+00 | | 2021-02-03 18:15:13.895000+00 | 9.3288 | 1000 |
| | AMC | market | sell | | 500 | 2021-02-03 19:55:56.263342+00 | | 2021-02-03 19:55:56.501000+00 | 9.1401 | 500 |
| | AMC | limit | buy | 9.1 | 500 | 2021-02-03 19:56:48.781887+00 | | 2021-02-03 19:56:49.026000+00 | 9.0988 | 500 |
| | AMC | market | sell | | 800 | 2021-02-03 19:59:32.146357+00 | | 2021-02-03 19:59:32.408000+00 | 8.911 | 800 |
| | AMC | limit | buy | 8.9 | 800 | 2021-02-03 19:59:56.260279+00 | | 2021-02-03 19:59:56.519000+00 | 8.8688 | 800 |
| | AMC | limit | sell | 8.95 | 500 | 2021-02-03 20:00:57.541911+00 | | 2021-02-03 20:01:06.832000+00 | 8.95 | 100 |
| | AMC | limit | sell | 8.95 | 500 | 2021-02-03 20:00:57.541911+00 | | 2021-02-03 20:01:06.831000+00 | 8.95 | 100 |
| | AMC | limit | sell | 8.95 | 500 | 2021-02-03 20:00:57.541911+00 | | 2021-02-03 20:01:06.831000+00 | 8.95 | 100 |
| | AMC | limit | sell | 8.95 | 500 | 2021-02-03 20:00:57.541911+00 | | 2021-02-03 20:01:06.829000+00 | 8.95 | 100 |
| | AMC | limit | sell | 8.95 | 500 | 2021-02-03 20:00:57.541911+00 | | 2021-02-03 20:01:06.828000+00 | 8.95 | 100 |
| | AMC | limit | buy | 8.88 | 500 | 2021-02-03 20:01:55.115665+00 | | 2021-02-03 20:10:36.971000+00 | 8.88 | 100 |
| | AMC | limit | buy | 8.88 | 500 | 2021-02-03 20:01:55.115665+00 | | 2021-02-03 20:10:36.970000+00 | 8.88 | 100 |
| | AMC | limit | buy | 8.88 | 500 | 2021-02-03 20:01:55.115665+00 | | 2021-02-03 20:10:36.970000+00 | 8.88 | 29 |
| | AMC | limit | buy | 8.88 | 500 | 2021-02-03 20:01:55.115665+00 | | 2021-02-03 20:10:36.969000+00 | 8.88 | 71 |
| | AMC | limit | buy | 8.88 | 500 | 2021-02-03 20:01:55.115665+00 | | 2021-02-03 20:10:36.968000+00 | 8.88 | 100 |
| | AMC | limit | buy | 8.88 | 500 | 2021-02-03 20:01:55.115665+00 | | 2021-02-03 20:10:36.967000+00 | 8.88 | 100 |
| | AMC | market | sell | | 900 | 2021-02-03 20:12:30.679890+00 | | 2021-02-03 20:12:30.925000+00 | 8.7007 | 900 |
| | AMC | limit | sell | 8 | 99 | 2021-02-03 22:16:25.872618+00 | | 2021-02-03 22:16:26.058000+00 | 8.75 | 1 |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
|  | AMC | limit | sell | 8 | 99 | 2021-02-03 22:16:25.872618+00 |  | 2021-02-03 22:16:26.058000+00 | 8.75 | 9 |
|  | AMC | limit | sell | 8 | 99 | 2021-02-03 22:16:25.872618+00 |  | 2021-02-03 22:16:26.057000+00 | 8.75 | 72 |
|  | AMC | limit | sell | 8 | 99 | 2021-02-03 22:16:25.872618+00 |  | 2021-02-03 22:16:26.057000+00 | 8.75 | 17 |
|  | AMC | limit | sell | 5 | 2 | 2021-02-08 14:21:03.949494+00 |  |  |  |  |
|  | AMC | market | sell |  | 2 | 2021-02-08 15:06:31.951987+00 |  | 2021-02-08 15:06:32.257000+00 | 6.112 | 2 |
|  | AMC | market | sell |  | 1 | 2021-02-08 17:37:54.271165+00 |  | 2021-02-08 17:37:54.614000+00 | 6.0501 | 1 |
|  | AMC | market | buy | 6.12 | 1 | 2021-02-18 16:52:03.751787+00 |  | 2021-02-18 16:52:03.962000+00 | 5.83 | 1 |
|  | BB | market | buy | 7.65 | 1000 | 2020-12-01 22:58:17.411925+00 |  | 2020-12-01 22:58:17.613000+00 | 7.3 | 550 |
|  | BB | market | buy | 7.65 | 1000 | 2020-12-01 22:58:17.411925+00 |  | 2020-12-01 22:58:17.610000+00 | 7.28 | 450 |
|  | BB | market | sell | 7 | 900 | 2020-12-02 22:34:37.465783+00 |  | 2020-12-02 22:34:37.709000+00 | 7.35 | 800 |
|  | BB | market | sell | 7 | 900 | 2020-12-02 22:34:37.465783+00 |  | 2020-12-02 22:34:37.709000+00 | 7.35 | 100 |
|  | BB | market | sell | 7.18 | 99 | 2020-12-03 14:10:33.203264+00 |  | 2020-12-03 14:10:33.442000+00 | 7.53 | 99 |
|  | BB | market | sell |  | 1 | 2021-02-08 17:34:08.880356+00 |  | 2021-02-08 17:34:09.195000+00 | 13.545 | 1 |
|  | BB | market | buy | 10.81 | 1 | 2021-03-01 14:05:58.927853+00 |  | 2021-03-01 14:05:59.137000+00 | 10.29 | 1 |
|  | BB | market | sell | 9.32 | 1 | 2021-03-05 14:25:21.819130+00 |  | 2021-03-05 14:25:22.007000+00 | 9.8 | 1 |
|  | GME | market | buy | 145.7 | 1 | 2021-02-24 22:14:57.714402+00 |  | 2021-02-24 22:14:57.942000+00 | 139.97 | 1 |
|  | GME | market | buy | 149.1 | 1 | 2021-02-24 22:29:01.166929+00 |  | 2021-02-24 22:29:01.411000+00 | 143 | 1 |
|  | GME | market | sell |  | 1 | 2021-02-25 17:03:05.587766+00 |  | 2021-02-25 17:03:05.762000+00 | 137.3001 | 1 |

RHMDL00097429.009

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | GME | market | sell | 101.65 | 1 | 2021-02-25 22:42:01.766388+00 | | 2021-02-25 22:42:02.020000+00 | 106.52 | 1 |
| | KOSS | limit | buy | 22 | 1 | 2021-02-24 21:55:59.416218+00 | | 2021-02-24 21:55:59.690000+00 | 21.48 | 1 |
| | KOSS | limit | buy | 36 | 10 | 2021-02-25 14:13:51.146128+00 | | 2021-02-25 14:13:51.336000+00 | 34.99 | 10 |
| | KOSS | limit | buy | 36 | 100 | 2021-02-25 14:15:59.113606+00 | | 2021-02-25 14:15:59.384000+00 | 34.99 | 100 |
| | KOSS | market | buy | 21.71 | 100 | 2021-02-25 20:38:26.292441+00 | | 2021-02-25 20:38:26.559000+00 | 20.79 | 100 |
| | KOSS | market | buy | 20.48 | 100 | 2021-02-25 20:40:40.236681+00 | | 2021-02-25 20:40:40.513000+00 | 19.58 | 100 |
| | KOSS | limit | buy | 18.5 | 88 | 2021-02-25 21:20:47.117299+00 | 2021-02-25 21:23:01.467114+00 | | | |
| | KOSS | limit | buy | 18.3 | 89 | 2021-02-25 21:24:06.256386+00 | 2021-02-25 21:24:24.701668+00 | | | |
| | KOSS | limit | buy | 18.82 | 89 | 2021-02-25 22:03:57.752682+00 | | 2021-02-25 22:03:58.227000+00 | 18.82 | 15 |
| | KOSS | limit | buy | 18.82 | 89 | 2021-02-25 22:03:57.752682+00 | | 2021-02-25 22:03:57.948000+00 | 18.82 | 50 |
| | KOSS | limit | buy | 18.82 | 89 | 2021-02-25 22:03:57.752682+00 | | 2021-02-25 22:03:57.918000+00 | 18.81 | 24 |
| | KOSS | market | sell | | 100 | 2021-02-26 20:40:40.417167+00 | | 2021-02-26 20:40:40.595000+00 | 16.8245 | 92 |
| | KOSS | market | sell | | 100 | 2021-02-26 20:40:40.417167+00 | | 2021-02-26 20:40:40.595000+00 | 16.8245 | 8 |
| | KOSS | limit | buy | 16.8 | 100 | 2021-02-26 20:41:08.648239+00 | 2021-02-26 20:41:48.097433+00 | | | |
| | KOSS | market | sell | | 100 | 2021-02-26 20:42:07.038463+00 | | 2021-02-26 20:42:07.211000+00 | 17.15 | 100 |
| | KOSS | limit | buy | 16.9 | 100 | 2021-02-26 20:42:41.607443+00 | 2021-02-26 20:43:42.204324+00 | | | |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | KOSS | limit | buy | 17.8 | 100 | 2021-02-26 20:43:21.824883+00 | | 2021-02-26 20:43:22.075000+00 | 17.4 | 100 |
| | KOSS | limit | buy | 16.85 | 100 | 2021-02-26 20:46:17.114595+00 | 2021-02-26 20:49:41.348388+00 | | | |
| | KOSS | limit | buy | 16.95 | 100 | 2021-02-26 20:50:05.813378+00 | 2021-02-26 20:52:36.418593+00 | | | |
| | KOSS | limit | buy | 16.9 | 100 | 2021-02-26 20:55:27.216229+00 | | 2021-02-26 20:55:27.409000+00 | 16.9 | 100 |
| | KOSS | limit | sell | 15 | 399 | 2021-03-01 14:22:35.648797+00 | | 2021-03-01 14:22:35.810000+00 | 16.82 | 168 |
| | KOSS | limit | sell | 15 | 399 | 2021-03-01 14:22:35.648797+00 | | 2021-03-01 14:22:35.801000+00 | 16.84 | 2 |
| | KOSS | limit | sell | 15 | 399 | 2021-03-01 14:22:35.648797+00 | | 2021-03-01 14:22:35.792000+00 | 16.85 | 29 |
| | KOSS | limit | sell | 15 | 399 | 2021-03-01 14:22:35.648797+00 | | 2021-03-01 14:22:35.792000+00 | 16.85 | 200 |
| | NOK | market | buy | 5.26 | 1 | 2021-01-27 14:24:34.853492+00 | | 2021-01-27 14:24:35.092000+00 | 5.01 | 1 |
| | NOK | market | buy | 7.4 | 5000 | 2021-01-27 18:39:58.359631+00 | | 2021-01-27 18:39:58.826000+00 | 7.03 | 133 |
| | NOK | market | buy | 7.4 | 5000 | 2021-01-27 18:39:58.359631+00 | | 2021-01-27 18:39:58.810000+00 | 7.035 | 67 |
| | NOK | market | buy | 7.4 | 5000 | 2021-01-27 18:39:58.359631+00 | | 2021-01-27 18:39:58.809000+00 | 7.03 | 133 |
| | NOK | market | buy | 7.4 | 5000 | 2021-01-27 18:39:58.359631+00 | | 2021-01-27 18:39:58.809000+00 | 7.03 | 67 |
| | NOK | market | buy | 7.4 | 5000 | 2021-01-27 18:39:58.359631+00 | | 2021-01-27 18:39:58.809000+00 | 7.035 | 33 |
| | NOK | market | buy | 7.4 | 5000 | 2021-01-27 18:39:58.359631+00 | | 2021-01-27 18:39:58.807000+00 | 7.035 | 4567 |
| | NOK | market | sell | | 1000 | 2021-01-27 19:11:17.103974+00 | | 2021-01-27 19:11:17.462000+00 | 7.41 | 1000 |
| | NOK | market | buy | 8.01 | 1000 | 2021-01-27 19:19:36.018819+00 | | 2021-01-27 19:19:36.262000+00 | 7.5988 | 1000 |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.662000+00 | 7.64 | 100 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.654000+00 | 7.64 | 200 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.644000+00 | 7.64 | 200 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.588000+00 | 7.63 | 100 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.565000+00 | 7.63 | 100 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.188000+00 | 7.61 | 300 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.179000+00 | 7.61 | 100 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.169000+00 | 7.61 | 500 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.160000+00 | 7.61 | 100 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.151000+00 | 7.61 | 200 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.141000+00 | 7.61 | 225 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.106000+00 | 7.6 | 300 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.097000+00 | 7.6 | 100 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.087000+00 | 7.6 | 200 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.078000+00 | 7.6 | 300 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.068000+00 | 7.6 | 275 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:20:00.026000+00 | 7.59 | 200 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:19:59.987000+00 | 7.585 | 100 |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:19:59.973000+00 | 7.585 | 200 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:19:59.964000+00 | 7.585 | 20 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:19:59.955000+00 | 7.585 | 31 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:19:59.945000+00 | 7.585 | 49 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:19:59.918000+00 | 7.585 | 57 |
| | NOK | market | buy | 8.02 | 4000 | 2021-01-27 19:19:59.682433+00 | | 2021-01-27 19:19:59.902000+00 | 7.585 | 43 |
| | NOK | market | buy | 7.71 | 1000 | 2021-01-27 19:28:02.078665+00 | | 2021-01-27 19:28:02.522000+00 | 7.329 | 922 |
| | NOK | market | buy | 7.71 | 1000 | 2021-01-27 19:28:02.078665+00 | | 2021-01-27 19:28:02.522000+00 | 7.325 | 78 |
| | NOK | market | buy | 7.49 | 2000 | 2021-01-27 19:38:20.166498+00 | | 2021-01-27 19:38:20.438000+00 | 7.15 | 602 |
| | NOK | market | buy | 7.49 | 2000 | 2021-01-27 19:38:20.166498+00 | | 2021-01-27 19:38:20.437000+00 | 7.15 | 979 |
| | NOK | market | buy | 7.49 | 2000 | 2021-01-27 19:38:20.166498+00 | | 2021-01-27 19:38:20.437000+00 | 7.15 | 419 |
| | NOK | market | sell | | 2000 | 2021-01-27 19:47:05.156619+00 | | 2021-01-27 19:47:05.403000+00 | 6.7401 | 2000 |
| | NOK | market | sell | | 3000 | 2021-01-27 20:08:41.664381+00 | | 2021-01-27 20:08:41.906000+00 | 6.811 | 3000 |
| | NOK | market | sell | | 2000 | 2021-01-27 20:13:03.608607+00 | | 2021-01-27 20:13:03.786000+00 | 6.8701 | 2000 |
| | NOK | market | sell | | 5000 | 2021-01-27 20:15:06.038366+00 | | 2021-01-27 20:15:06.213000+00 | 6.8508 | 4000 |
| | NOK | market | sell | | 5000 | 2021-01-27 20:15:06.038366+00 | | 2021-01-27 20:15:06.214000+00 | 6.855 | 100 |
| | NOK | market | sell | | 5000 | 2021-01-27 20:15:06.038366+00 | | 2021-01-27 20:15:06.214000+00 | 6.855 | 100 |
| | NOK | market | sell | | 5000 | 2021-01-27 20:15:06.038366+00 | | 2021-01-27 20:15:06.213000+00 | 6.855 | 100 |

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOK | market | sell | | 5000 | 2021-01-27 20:15:06.038366+00 | | 2021-01-27 20:15:06.212000+00 | 6.855 | 100 |
| | NOK | market | sell | | 5000 | 2021-01-27 20:15:06.038366+00 | | 2021-01-27 20:15:06.212000+00 | 6.855 | 402 |
| | NOK | market | sell | | 5000 | 2021-01-27 20:15:06.038366+00 | | 2021-01-27 20:15:06.211000+00 | 6.855 | 198 |
| | NOK | market | buy | 7.28 | 1000 | 2021-01-27 20:34:20.329922+00 | | 2021-01-27 20:34:20.704000+00 | 6.945 | 200 |
| | NOK | market | buy | 7.28 | 1000 | 2021-01-27 20:34:20.329922+00 | | 2021-01-27 20:34:20.703000+00 | 6.945 | 100 |
| | NOK | market | buy | 7.28 | 1000 | 2021-01-27 20:34:20.329922+00 | | 2021-01-27 20:34:20.703000+00 | 6.945 | 300 |
| | NOK | market | buy | 7.28 | 1000 | 2021-01-27 20:34:20.329922+00 | | 2021-01-27 20:34:20.702000+00 | 6.945 | 100 |
| | NOK | market | buy | 7.28 | 1000 | 2021-01-27 20:34:20.329922+00 | | 2021-01-27 20:34:20.701000+00 | 6.945 | 300 |
| | NOK | market | sell | 6.35 | 1000 | 2021-01-27 21:49:27.032064+00 | | 2021-01-27 21:49:27.272000+00 | 6.67 | 471 |
| | NOK | market | sell | 6.35 | 1000 | 2021-01-27 21:49:27.032064+00 | | 2021-01-27 21:49:27.272000+00 | 6.67 | 129 |
| | NOK | market | sell | 6.35 | 1000 | 2021-01-27 21:49:27.032064+00 | | 2021-01-27 21:49:27.271000+00 | 6.67 | 200 |
| | NOK | market | sell | 6.35 | 1000 | 2021-01-27 21:49:27.032064+00 | | 2021-01-27 21:49:27.271000+00 | 6.67 | 200 |
| | NOK | market | buy | 7.25 | 100 | 2021-01-27 22:26:17.046724+00 | | 2021-01-27 22:26:17.321000+00 | 6.92 | 100 |
| | NOK | market | sell | | 100 | 2021-02-03 19:21:18.747497+00 | | 2021-02-03 19:21:18.872000+00 | 4.65 | 100 |
| | NOK | market | buy | 4.34 | 1 | 2021-02-24 21:56:33.646674+00 | | 2021-02-24 21:56:33.915000+00 | 4.13 | 1 |
| | TRVG | market | buy | 4.41 | 1 | 2021-02-22 17:46:05.251741+00 | | 2021-02-22 17:46:05.539000+00 | 4.21 | 1 |
| | TRVG | market | buy | 4.5 | 500 | 2021-02-22 19:25:03.708972+00 | | 2021-02-22 19:25:07.847000+00 | 4.3189 | 500 |
| | TRVG | market | buy | 4.51 | 500 | 2021-02-22 19:26:22.074476+00 | | 2021-02-22 19:26:22.295000+00 | 4.3094 | 500 |

RHMDL00097429.014

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇ | TRVG | limit | sell | 4 | 1000 | 2021-02-23 14:15:59.834357+00 | | 2021-02-23 14:16:00.077000+00 | 4.2 | 275 |
| ▇▇▇▇ | TRVG | limit | sell | 4 | 1000 | 2021-02-23 14:15:59.834357+00 | | 2021-02-23 14:16:00.023000+00 | 4.21 | 725 |

RHMDL00097429.015