# Exhibit 47

← **Tweet**

⇄ Ava Retweeted

 **Dave Portnoy**
@stoolpresidente

So @RobinhoodApp is saying they are protecting their users from over leveraging and getting burned.  But somehow it's okay when hedgefunds literally do the same exact thing.  Nobody had a problem then until the hedge funds lost.  Now speculating is a huge issue.   #frauds

11:30 AM · Jan 28, 2021 from Miami Beach, FL

**8,906** Retweets   **472** Quote Tweets   **61K** Likes

Exhibit 0110