# Exhibit 48



Exhibit 0111