# Exhibit 49

reddit u/Dismal_Statement9295 Search Reddit Get App Log In

OVERVIEW POSTS COMMENTS AWARDS RECEIVED (LEGACY)

New Hot Top

Dismal_Statement9295 commented on The Rosen Law Firm, P.A. Defeats Motion to Dismiss in Robinhood Securities Class Action - Link in comments. Haven't seen this discussed elsewhere, could anyone smarter than me explain what might come out of this trial in ways of discovery etc? imgur.com/a/41zY... · r/UrvinFinance · Posted by u/Butthwy

Dismal_Statement9295 1 point · 7 months ago
Anyone here thinks it go be the biggest stock market settlement ever? In the billions?
Reply Share ···

Dismal_Statement9295 commented on Canadian class action suit against Robinhood ($GME) · r/Questrade · Posted by u/MnkyBzns

Dismal_Statement9295 1 point · 9 months ago
I'm working on class action in canada, I'll post it when it's finalized , congress report is taking retail investors side, one California that canada might be automatically in but it's Grey area so I'm preparing one anyways
Reply Share ···

Dismal_Statement9295 2 points · 11 months ago
Joe Bautista robinhood trader got his 30k back in abritiation because agreement they have with robinhood, he's the first, with questrade it will have to be lawsuit in court , I personally think we still have chance, it's so obvious it was illegal what they did it's just who will get the blame.
Reply Share ···

Dismal_Statement9295 1 point · 11 months ago
If more evidence comes out from doj investigation with citadel, what would be the next step of proven guilty?
Reply Share ···

Dismal_Statement9295 1 point · 11 months ago
Does canada has class action lawsuit on going?
Reply Share ···

Dismal_Statement9295 1 point · 11 months ago
Any details on canada lawsuit I could join?
Reply Share ···

Dismal_Statement9295 commented on Blackberry: Buy it for Big Potential · r/BB_Stock · Posted by u/0508kawi

Dismal_Statement9295 3 points · 1 year ago
Update this week, next 30 days 75% next 60 days 90% and 10% that something is wrong
Reply Share ···

Dismal_Statement9295 commented on Call Options Expiring 6/18 · r/BB_Stock · Posted by u/Interesting-Skill321

Dismal_Statement9295 1 point · 2 years ago
Everyone should be buying 2022/2023 ...don't gamble short term
Reply Share ···

Dismal_Statement9295 commented on Most discussed stocks of last week! what are your next moves? i.redd.it/aqkxwz... Discussion · r/StockMarket · Posted by u/nobjos

Dismal_Statement9295 0 points · 2 years ago
Between 42$ and 100$ soon!!! Momentum and consolidation
Reply Share ···

Dismal_Statement9295 commented on 45 Million Shares sold short today. Nearly 10% of the float. Today. nakedshortreport.com/compan... · r/BB_Stock · Posted by u/midnightrambler108

Dismal_Statement9295 1 point · 2 years ago
Bigger the short interest bigger the squeez, they are not buying more like amc?
Reply Share ···

Dismal_Statement9295 1 point · 2 years ago
Short sellers bought 45 million shares??
Reply Share ···

Dismal_Statement9295 commented on Why not Blackberry next? · r/blackberrystock · Posted by u/BayStBullI

Dismal_Statement9295 1 point · 2 years ago
100$/share
Reply Share ···

Dismal_Statement9295 commented on Are you expecting $$BB to shortsqueeze? Discussion · r/BB_Stock · Posted by u/compoundinterest_

Dismal_Statement9295 -5 points · 2 years ago
Patent deal could squeez to 100$ no bullshit 500k price targer
Reply Share ···

Dismal_Statement9295 commented on Blackberry's patent value and overnight stock to $40 DD · r/wallstreetbets · Posted by u/ModernBuddha1

BB vs FB
u/Dismal_Statement9295 · 2y
Create Your Own Avatar >
Blackberry, tesla
Karma 73
Cake day January 15, 2021
Follow
More Options

Trophy Case (2)
Two-Year Club
Gilding I
gilder

User Agreement Content Policy
Privacy Policy Moderator Code Of Conduct

Reddit Inc © 2023. All rights reserved

Exhibit
exhibitindexes.com #485
125

reddit Log In

Reply Share ···

Dismal_Statement9295 commented on 2014, worth alot more today! #BBm Blackberry i.redd.it/j1b7nn... · r/BB_Stock · Posted by u/Dismal_Statement9295

Dismal_Statement9295 OP 1 point · 2 years ago
It's not valued of what's its worth for blackberry but for facebook at eh market cap 850 billions
Reply Share ···

Dismal_Statement9295 OP 2 points · 2 years ago
Top of page, that the article
Reply Share ···

Dismal_Statement9295 commented on Is there hope? · r/blackberrygang · Posted by u/Leather_Ad_7377

Dismal_Statement9295 2 points · 2 years ago
We want see under 20$ again after patent sale!! Not sure if its good exit
Reply Share ···

Dismal_Statement9295 commented on BlackBerry: How the Patent Sale could transform BB DD · r/wallstreetbets · Posted by u/Rivaaal

Dismal_Statement9295 1 point · 2 years ago
They payed 19 billion for whatsapp, no patents, now they need to protect it
Reply Share ···

Dismal_Statement9295 commented on When the day comes it will be glorious $BB i.redd.it/mu5q9c... Meme · r/BB_Stock · Posted by u/wallskreetbets

Dismal_Statement9295 7 points · 2 years ago
Bb patents 750k per patent should be the topic
Reply Share ···

Dismal_Statement9295 commented on Blackberry will beat estimates on March 30 · r/BB_Stock · Posted by u/Chance-Progress-7356

Dismal_Statement9295 27 points · 2 years ago
50$ before summer!!
Reply Share ···

Back to Top

Dismal_Statement9295 commented on Price target after earnings ? Discussion · r/BB_Stock · Posted by u/Dampfupa

Dismal_Statement9295 1 point · 2 years ago
Easily 20$ to 40$ !! No brainer
Reply Share ···

Dismal_Statement9295 commented on How much money do you think BB got from FB? i.redd.it/o6ys6f... Meme · r/BB_Stock · Posted by u/sonotworthit420

Dismal_Statement9295 1 point · 2 years ago
Cash as big as market cap,,,will definitely see this over 30$
Reply Share ···

Dismal_Statement9295 commented on Intriguing speculation on BB share price i.redd.it/3wdqab... · r/BB_Stock · Posted by u/discombobulantics

Dismal_Statement9295 1 point · 2 years ago
This is not unrealistic, its basically = to tesla auto pilot price to 1 trillion bull case!!....every time we get attacked by bears this should be are last argument!!!
Reply Share ···

Dismal_Statement9295 commented on EOY (21) PT?? Vote!!! · r/blackberrygang · Posted by u/ModernBuddha1 🚀🚀🚀🚀 TO THE MOON!! 🚀🚀🚀🚀

Dismal_Statement9295 1 point · 2 years ago
Everything else about the company has already been said! Ohhh and by the way extremely cheap just by comparison lol 😆😆 what else do u need to know?
Reply Share ···

Dismal_Statement9295 2 points · 2 years ago
To many good news, if nothing happens to the whole market or just tech stocks I can see 120 to 140$ end 2021...the phone will be winner plus the huge settlement deal revenue from Facebook!!
Reply Share ···

Dismal_Statement9295 commented on I will tattoo a diamond in my hands if $BB hits $100 by the end of 2021! Meme · r/BB_Stock · Posted by u/[deleted]

Dismal_Statement9295 3 points · 2 years ago
40$ 80$, 128$, in the next 9 months!!!
Reply Share ···

Dismal_Statement9295 commented on BlackBerry a phone company? Meme · r/wallstreetbets · Posted by u/[deleted]

Dismal_Statement9295 1 point · 2 years ago
Friday the 22nd jan??
Reply Share ···



