# Exhibit 50





