# Exhibit 51

← **MP... 📱 🚀 💬**
3,087 Likes

**Follow**

**real aloy** @rimisback · Jan 15, 2021      ...
Replying to @ACinvestorBlog
Biggest SHORT SQUEEZE
BlackBerry on fire 🔥 again TODAY,  Now with the Facebook settlement,
don't let the SHORTS cover for cheap.

$BB $FB
@business @Reuters @CNBC @jimcramer @MadMoneyOnCNBC
@businessinsider @WSJ
$AAPL $TSLA $MSFT $PLTR $SNOW $CRWD $FEYE



♡ 3

**real aloy** @rimisback · Jan 14, 2021      ...
Replying to @JohnChen @Sony and @BlackBerry
The New BlackBerry Everyone is Talking About...

$BB

stockhouse.com/companies/buil...

@BlackBerry @mobileiron @business @Reuters @BNN @BNNBloomberg
@CNBC @JohnChen @MadMoneyOnCNBC @jimcramer @symantec
@McAfee @verge @RBC @cibc @TD_Canada

$AAPL $TSLA $MSFT $PLTR $CRWD

**Stockhouse.**
stockhouse.com
TSX:BB Forum Post | REALALOY-32093887 | The ...
The New BlackBerry Everyone is Talking About
When suddenly the BlackBerry and Amazon ...

♡ 2          ♡ 6



**Exhibit**

_133_