# Exhibit 52

MP... 📗 🚀 ···
3,087 Likes

**Follow**

Nave @NaveYoung · Jan 28, 2021
$BB is rising AH



💬 1          ↻          ♡ 6          ᴗᴗ          ⬆️


real aloy @rimisback · Jan 28, 2021
$GME Tops $500 , that is how bad a trade the reckless and risky Hedge
funds indulged in....That is the price of the Gamble that Hedge funds
indulged in.... that is the real story here.... Reddit just exposed that...

DON'T SELL
$BB $AMC $NOK $EXPR



💬 1          ↻ 2          ♡ 10          ᴗᴗ          ⬆️


**Exhibit**

145