# Exhibit 54

MY SUBREDDITS ▼ | POPULAR - ALL - RANDOM - USERS | ASKREDDIT - FUNNY - WORLDNEWS - GAMING - PICS - MOVIES - VIDEOS - EXPLAINLIKEIMFIVE - NEWS - TODAYILEARNED - OLDSCHOOLCOOL - MILDLYINTERESTING - BOOKS - LIFEPROTIPS - AWW - TWOXCHROMOSOMES - JOKES - DATAISBEAUTIFUL - SCIENCE - NOTTHEONION - MUSIC - IAMA - TIFU - UPLIFTINGNEWS - SHOWERTHOUGHTS - PHOTOSHOPBATTLES - ASKSCIENCE - FUTUROLOGY - GIFS - SPACE - FOOD - GADGETS - MORE »



comments   other discussions (5)

Want to join? Log in or sign up in seconds. | English

### Welcome to Reddit,
the front page of the internet.

[ BECOME A REDDITOR ] and join one of thousands of communities.

**The REAL Greatest Short Burn of the Century Part III: GME Infinity War** (self.wallstreetbets)
submitted 2 years ago * by jeffamazon   7  &  51 more



> Oh and uh short burn of the century comin soon. Flamethrowers should arrive just in time.

2610

-Elon Musk

Oh Elon, sorry to steal your thunder. But GME will make TSLA vol look like TLT. Jeff haunting your every accomplishment yet again.

---

I'm back with the final warning bell. The next time I post in 2021 will be to recap the squeeze's results and post gain porn along with u/Deep_Fucking_Value, u/SIR_JACK_A_LOT, u/Tomatotowers, and more. *This is the last stop before the moon mission.*

It's currently not too late. But after Q3 earnings on Dec 8th, it will be. And of course, as always, not financial advice. Just for bragging rights and entertainment. Here goes:

Here's a comprehensive GME overview for all new and returning WSB-monkeys. Sit down and grab some tea. This is a long one unlike the previous posts.

**GME Overview:**

The GME story can be broken up into 2 main theses. The first is a deep value play which has credibility all on its own. The second is an infinity short squeeze like we've never seen before in history, which has credibility all on its own. When combining the two, you get the trade of a lifetime.

In all my (albeit limited) days, I have never EVER seen a trade set up like this before. I've pored over every source of historical finance material I can get my hands on, and still have nothing to reference to. IMO, this will look more like the 2008-MBS bet, or the Ackman 2020-COVID "Hell is coming" bet, than TSLA, OSTK, KBIO, or VW.

Just a fucking face-ripping, out-of-nowhere, legendary-HOF-ticker bet that will bankrupt some funds and get people fired - and of course, will no community other than WSB's name next to it in the history books (and if I could pencil in our lovely GME discord and u/RoaringKitty's YT stream).

Let's begin.

**Act 1 - The Set Up:**

Q: Why is GME so heavily shorted in the first place? Why are we betting the long? Aren't they going bankrupt ala Blockbuster? If not, are we just trading this short term like a HTZ/CCL meme stonk?

A: NO. This is a fundamentally solid deep value play at its core.

First let's go back a few years. We must give the shorts due credit in order to understand where we are now. GME has been profitably shorted since 2013 when the market correctly bet on the digitization of video games and spread of mobile gaming. Some data here:

- GME sales have plunged from $9.5 billion in fiscal year 2011 to $6.4 billion in fiscal year 2019.
- GME Annual EBITDA has dropped from $839 million in fiscal year 2011 (before the last console cycle) to only $111 million in fiscal year 2019.
- Net income has fallen off a cliff from $339 million in fiscal year 2011 to a staggering loss of $470 million in fiscal year 2019.
- In the two most recent quarters alone, GME lost another $277 million.

The shorts are betting on $0.

However, in the last 12 months, GME has shown that their terminal velocity does not lead to bankruptcy. GME has a strong balance sheet. Cash on hand is worth over $12 a share. Net cash is worth over $5 a share and is FCF positive (nixing the bankruptcy thesis). They also paid off $125M in debt last month just to show Moody's they're healthy due to their incoming console cycle FCF (which may lead to possible bond upgrade, enticing more institutional investors).

So give the shorts credit. They had a legitimate case until the last 12 months, when George Sherman (CEO), Reggie Fils-Aime (ex-Nintendo, current GME board member), and others have been conducting a phenomenally well executed turnaround.

That explains why we currently have ~70M shares short out of ~65M shares outstanding - but they're all now caught on the wrong side of the trade.

In case the severity of the short interest hasn't hit you yet, **there is a bigger market for shorting GME than the business of GME itself.** This is not even taking into account the long holders (Senvest, Ryan Cohen, Burry, Donald Foss, Sherman, Hestia/Permit) which takes ~25M shares out of circulation. So short interest in reality could be around 180%+ of true float.

A true head-scratcher.

And a worthy opponent.

But they're wrong.

**Act 2 - Avengers, Assemble:**

Q: Why am I so sure GME is prime to blow? Isn't this just another meme stonk hunch driven by WSB and Michael Burry hype? How can a few online gamblers and a few activist investors turn a dying business into a trade of a lifetime?

Couldn't the shorts be right? Also, hasn't it blown already?

A: NO AGAIN.

Let me show you the ridiculous Avengers team we have. By Avengers team, I mean all the bullish cases:

**1) Ryan Cohen**

Iron Man of the bunch, some call him the Dog-Man.

This guy is a crazy entrepreneur. He took on Bezos with a pet food company (CHWY) and won. Let me repeat - he beat Jeff Amazon without AWS subsidizing his loss leaders.

In other words, he built Markk I (CHWY) in a tiny cave with scraps all by himself with his dad, and now that he has billions, he wants to build nanotech Markk 50 (GME). Read up on this guy. He's as crazy and as smart as they come.

He also wrote a scathing letter to GME leadership, but if you read between the lines, he's not addressing the existing board, who had only been there temporarily. He's setting this letter up in order to potentially offer a takeover bid (rumor mill - unconfirmed).

Either way, GME leadership needs to address this letter in the Q3 earnings call on Dec 8th - which means they need to either post a good quarter, provide good guidance, or add color to existing developments.

Otherwise George Sherman (Cpt America)'s ass is out the door and Cohen takes over as the leader of the Avengers through a vote or buyout. Either of which requires shares to be recalled.

One more thing to note about RC. There has been no 13D/A filling since his initial purchases. Which means he is STILL IN. He has not sold a single share.

**2) GME Leadership and activist investors - Guardians of the Galaxy, Dr. Very Strange Burry, and the old Captain trying to fit in with the youngsters:**

Dr. Very Strange Burry - AKA Big Short Man. Supreme numbers aspie who might have a screw loose but is unmatched at spotting contrarian trades.

*Edit 2: BTW for those asking about his holdings drop. He's trimming to stay under 5%, but still has a large position.

- Q1: 3,000,000 shares worth $10,500,000
- Q2: 2,750,000 shares worth $11,935,000
- Q3: 1,703,400 shares worth $17,375,000

Hestia/Permit/Senvest - Contrarian, activist investors.

Cpt George Sherman - Boomer CEO who knows what he's doing.

Reggie Fils-Aime - Beloved ex-Nintendo President.

**3) Bond repurchase**

GME just bought back $125M of debt maturing in 2021. Who cares? Yes - normally this is a nothing burger even for a micro-cap, but if the shorts are betting on $0 - this is clear evidence against that bet.

Secondly, rumor mill has it that this debt repurchase plus positive Q3 earnings/guidance will allow Moody's to upgrade their 2023 debt to A or maybe higher.

This is HUGE because it allows institutional investors to long GME without further restrictions. In other words, they may not be allowed to long companies with B- debt. Once this is upgraded, more buyers are allowed to come in.

Very underplayed story here.

**4) TA - When the stars and crayons align. Here's an excerpt from our resident astrologist u/JayAreW:**

> Ignoring the short squeeze element of GME and just looking at chart action, there are two elements that are important to keep track of. The cup and handle pattern and $15.80.
>
> While my trading style is 90% technical analysis, there are certain elements which I shy away from — mainly chart patterns. However, it is important to at least recognize the obvious ones because if you see it, chances are others see it too. The main pattern I keep an eye out for are

this post was submitted on 01 Dec 2020
**2,610 points** (98% upvoted)
shortlink: https://redd.it/k4csaa

[ username ] [ password ]
☐ remember me   reset password   [ login ]

[ submit link ]
[ submit text post ]

**reddit premium**
Get an ad-free experience with special benefits, and directly support Reddit.
[ Get Reddit Premium ]

**wallstreetbets**
● join 13,831,488 YOLOers
● 19,216 searching for DDs

The rules and submission guidelines are maintained on new Reddit so be sure to check them and make sure you're up to date.
- Read the rules
- Read the comment and submission guide
- Read the FAQ if you're new to both wallstreetbets and trading.

**JOIN THE DISCORD**

WSB Discord


**FILTER BY FLAIRS**
DD | Discussion | YOLO | Gain | Loss | Shitpost | Meme | Storytime | Satire | Options | Futures | Forex | Stocks | Fundamentals | Technicals

Earnings Thread - Daily Thread

**MARKET TRADING HOURS**

| Exchange | Open | Close |
|---|---|---|
| Frankfurt | 9:00 AM | 8:00 PM |
| New York | 9:30 AM | 4:00 PM |
| CME | 5:00 PM | 4:15 PM |
| CBOE | 8:30 AM | 3:15 PM |
| Tokyo | 9:00 AM | 3:00 PM |
| Hong Kong | 9:30 AM | 4:00 PM |

- Hours respective to their own timezone.
source

**MODERATORS**
[ MESSAGE THE MODS ]

**Exhibit 0210**

The buy signal is traditionally a breakout above the handle, and a good estimate for price target is the distance from the base of the cup to the handle, added to the breakout point. A recent example of this is $JMIA (daily - figure 2). Notice not one, but two failures to break the top of the handle and the subsequent parabolic run. Compare $JMIA with $GME and you see almost the same pattern (daily – figure 3). The traditional buy signal would be a breach above the red line (~$15.80). The difference between $JMIA and $GME is that $JMIA was far more condensed; the pattern played out over a period of a few months where $GME's cup and handle started in late 2019. Playing this pattern exclusively, I would expect a price target of roughly $27, stretched out over a period of weeks/months and not as explosive as it's African counterpart (assuming a squeeze doesn't happen between now and then). Typically, any chart pattern calls for a retest of the breakout point, so don't be surprised if $GME retraces to $15.80 and look for a bounce there as confirmation that the breakout is on. The other important element is the $15.80 price. Not only is it the breakout point for the cup and handle pattern, but it coincides to a price point which I believe was a major short-selling entry point (fig 4). Notice the nearly 20% gap down on 33 million of volume. This type of action doesn't just happen with selling alone and I believe massive short positions were opened on that day.

This $15.80 then represents a breaking even point for those shorts if they have not closed their positions (and we have no real reason to believe they have). Breaking even is a huge psychological barrier for people when a trade isn't going their way and often times represents an exit point for crowded positions. Most of the shorts were already underwater - above $15.80 and that water begins to boil. I believe this position is becoming borderline untenable for existing short positions and is a crowded and disastrous trade. So to recap, $15.80 not only serves as an important chart pattern breakout point, but the proverbial "line in the sand" for existing short positions.

JeffAmazon here again: Note Jay and I don't agree on a few major points, but are nevertheless both seeing bullish action to come very very soon.

**5) Product Mix**

GameStop is expanding their product mix to include monitors, PC parts, and more. GME is no longer a Disc-Drive only store (which is fine itself), but an all-things-tech e-commerce growth start up. Or you can at least bet that's the narrative.

GIVE ME THAT F-ING CHWY SALES MULTIPLE.

**6) Three signs of a bubble: leverage, lack of liquidity, and consensus.**

This is an inverse bubble - it will rise as quickly as other bubbles drop. KBIO and VW are often quoted as short squeeze examples. Those are wrong comparisons. The only similarity is the fact that shorts were involved.

Instead, think of any other market bubble. It's simply about leverage, lack of liquidity, and consensus. We have all 3 in GME. Everyone thinks GME will go like BlockBuster to $0 and is using leverage to short (by definition and current SI).

So instead, think of Burry's 2008 MBS trade, Ackman's 2020 COVID trade, PTJ's Black Monday Trade, or Chanos' Enron trade.

Same thing, different direction. Will go up as fast as the others went down.

And oh boy do we lack liquidity. Crowded party, one exit.

**7) Phenomenal numbers due to current console cycle.**

$GME bull Rod Alzmann (Uberkikz on Stocktwits) has great breakdowns on Q4 EPS/order count due to console cycle. He tracks orders by order number among a slew of other information here.

Check out his models. In short, we expect over $5 EPS in Q4 base case. Which is bananas.

**8) MSFT Partnership gross margin**

GME is getting free money from Satya Nadella.

Conservative estimate $180M, 100% margin for 2 years.

**9) January and April option OI**

OI in option calls for Jan and April are almost 4X that of Decembers. Is GME going to exercise the ITM calls for a squeeze? Why are they so insanely large? Who are these buyers? WTF are they doing?

No clue. But something is about to go down.

Note put call skew isn't that low, so no infinity gamma squeeze yet, but it will come as GME obtains meme status.

**10) Most importantly, YOU.**

CNBC and other misled, egoistic mass media companies and institutional investors continue, time and time again, to look down upon the new generation of traders and laugh at WSB.

Tell me, which one of them has read all of Moody's credit reports on GME? Which one of them live streams collaborative GME DD 20+ hours a week for 6+ months straight? Which one of them tracks order flows by the f-ing second based on skimmed CC data? Who scours r/GameStop to see how leadership is treating their employees and customers at a testimonial level? Do they even know about the bond repurchase?

They don't know jack s-.

**Act 3 - The Trade**

What more evidence do you want? Time for action.

First, the PT. u/ronoron summed it up well:

> A 3 billion market cap (not even 0.5x of their revenues) would already leave GME at $46/share.Going back to their 2013 peak at around 6 billion market cap would leave them at almost $100/share already, not the $56 peak/share. The algos trading still can't appreciate the fact that GME halved its number of outstanding shares a while ago.
>
> For comparison. Bestbuy is trading at almost ~0.7x of revenues with lower gross margins. Nordstrom is almost at 0.4x of revenues despite the bigger liability their department stores are having through corona (never mind their uglier balance sheet). GME is still hovering just above 0.2x revenues because stinky shorts overestimated how bad corona would be for GME (e.g. delayed console cycle, digital consoles becoming widely popular)."

PT can easily be over $100. The JeffAmazon target is $420 which gives them about ~$25B market cap at a P/S ratio of 5, maybe 4 with console cycle revenue. That wouldn't even be considered an euphoric price with today's growth stocks. For comparison, NVDA is 22, TSLA is 20, and CHWY is 5.

Timing: This all hinges on Dec 8 earnings. If GME misses (it historically has), Cohen will use this opportunity to attack leadership and take over as CEO. Therefore, GME leadership needs to provide a great earnings report or else Sherman will lose his job.

Here's my responsible trade (do whatever you want): All in calls and shares now. If IV and $GME is sky-high before earnings, sell half to secure profit. If GME misses and tanks, bet your bottom dollar a takeover bid will be announced shortly.

In all honesty, I'm going to probably hold everything through earnings WSB style.

My positions: 1/15/21 $30Cs, shares

(I would buy April $30Cs too, but I'm all tapped out of cash).

Shorts and longs both have their cases. All the cards are on the table. Which side are you on?

---

If I missed anything, comment and I will update above. I'm aiming to make this the final stop for all high-level GME DD.

*Edit 1: Educate yourself right now on IV crush (in short, we expect a lot of vol now, so option prices are high. After earnings, expected vol normally decreases, so your option prices will normally drop). GME is the king of IV crush after earnings. If you're playing FDs, prepare to get destroyed like always. Safer bets are LEAPS or FDs after earnings.

*Edit 2: All these beat earnings recently: SNE, MSFT, BBY, BBBY, NTDOY, ATVI, TTWO, JWN, M, KSS

923 comments   share   save   hide   report

---

**top 200 comments**   show 500

sorted by: best (suggested)

```
                    Want to add to the discussion?
                        Post a comment!
                      [ CREATE AN ACCOUNT ]
```



[–] ddroukas  793 points 2 years ago*

Come children, sit, gather:

The whole market took a massive shit today, not just GME. Shares are up 132% for the past 3 months, 57% for the past month and 19% for the past week and everyone on here is complaining because the day still ended +3%. *Boomers leave their wives for 3% returns on the yearly*. Man up, buy up and hold fucking tight you soft skulls.

permalink   embed   save   report   reply



[–] maxfort86  294 points 2 years ago

> Boomers leave their wives for 3% returns on the yearly

Hahahhaha

permalink   embed   save   parent   report   reply

[–] frokost1  196 points 2 years ago

Someone in the daily thread yesterday asked if it was time to abandon ship because they where down 400 dollars. At this point I'm almost more concerned about the paper hands of the kids here playing with their weekly allowance than I am about hedgies gearing in for a fight. This play is not for paper handed bitches.

permalink   embed   save   parent   report   reply

[–] JayAreW  88 points 2 years ago

Hedge funds stand to lose a fucking unbelievable amount of money and will fight dirty; this trade is not for the delicate of hands

permalink   embed   save   parent   report   reply

load more comments (2 replies)



[–] Red-eleven  75 points 2 years ago

That's what makes me nervous about this whole push. This is probably going to take a few weeks to play out, maybe longer. Most of the latest wsb crowd can't hold on to plays more than a week or so. They're buying in and dumping at signs of first loss. We're used to seeing quick pumps and cash outs. I don't have a lot of faith in some of these paint lickers to diamond hand their way to glory.

permalink   embed   save   parent   report   reply

[–] Wonderful-Goose2322  14 points 2 years ago

I had paper hands with PLTR and learnt my lesson, never again.

permalink   embed   save   parent   report   reply

load more comments (10 replies)

load more comments (2 replies)

load more comments (1 reply)

[–] **South_ParkRepublican** 37 points 2 years ago
Just getting into investing but I'm a certified retard who wants to ride this rocket to the moon. I'm in goddamnit
permalink  embed  save  parent  report  reply

load more comments (2 replies)

load more comments (3 replies)

[–] **RedYellowOrangeGreen** 405 points 2 years ago
These are the types of posts to finally get me to buy in after seeing a ticker all over the place here.
permalink  embed  save  report  reply

[–] **bdangles** 366 points 2 years ago S
yeah this is the type of content WSB needs. instead we just have an echo chamber of clowns tuggin their micropenis whispering "GME. moon. rocket rocket rocket. short skweeze ree"
permalink  embed  save  parent  report  reply

[–] **Thereian** 218 points 2 years ago
GME 🌙🚀🚀🚀🚀🔥ree
permalink  embed  save  parent  report  reply

[–] **crumbycanadianpoutin** 88 points 2 years ago
Why use lot words when few words do trick?
permalink  embed  save  parent  report  reply

[–] **Whitet1ger7** 23 points 2 years ago
They see. One day, they see...
permalink  embed  save  parent  report  reply

load more comments (2 replies)

load more comments (2 replies)

load more comments (5 replies)

load more comments (6 replies)

[–] **RocPileUpInThisMa** GME 352 points 2 years ago S 2
This is the first time I've ever read DD on a stock in my life. Not only have I karate chopped 50 pieces of wood, I'm also fully erect. This is the way to tendy town and I will ride it to victory. The WSB whales and pussies will prevail and we will all be very rich buy up all the yachts cocaine and hookers and sell them at a premium for permanent tendies 🚀🚀🚀🚀🚀🚀🚀🚀🚀🚀
permalink  embed  save  report  reply

[–] **jwakk1** 45 points 2 years ago
But did you karate chop 50 pieces of wood with your wood?
permalink  embed  save  parent  report  reply

[–] **RocPileUpInThisMa** GME 23 points 2 years ago
While that would be poetic my wood has not yet reached terminal velocity until there is a GME catalyst then my wood will be smashing concrete blocks
permalink  embed  save  parent  report  reply

[–] **jwakk1** 18 points 2 years ago
Vibes. I'm in for 1500 shares
permalink  embed  save  parent  report  reply

load more comments (2 replies)

load more comments (2 replies)

load more comments (1 reply)

[–] **Volkswagen1** Owns the sexy firefighter calendar, also Mr. March 11 points 2 years ago
Wax me on, then wax me off, grasshopper
permalink  embed  save  parent  report  reply

[–] **nopantsno** 516 points 2 years ago
I'm a stupid aussie who has been on the WSB sidelines for months but this GME play and the big dick swingers in it made me change dollarydoos to freedom bucks and yolo some OTM calls because it's just too retardedly perfect to not work.
permalink  embed  save  report  reply

[–] **Palehorse0000** 212 points 2 years ago
I read this entire thing in Australian.
permalink  embed  save  parent  report  reply

[–] **TheWhiskeyFish** 113 points 2 years ago
Ozzy Man reviews WSB
permalink  embed  save  parent  report  reply

load more comments (3 replies)

[–] **nopantsno** 55 points 2 years ago
you havin a giggle m8?
permalink  embed  save  parent  report  reply

[–] **ID6ic** 10 points 2 years ago
I wish I knew some foreign language...
permalink  embed  save  parent  report  reply

load more comments (1 reply)

load more comments (1 reply)

load more comments (18 replies)

[–] **ShutterLeaf** 158 points 2 years ago
This needs to be fucking pinned
permalink  embed  save  report  reply

[–] **deerhwy** 23 points 2 years ago
Yes pls. Went in hard this morn
permalink  embed  save  parent  report  reply

[–] **focustokes** 149 points 2 years ago
I read it all! I've been in and out 4 times the past few weeks, but now I'm getting in and staying in. 🙏
permalink  embed  save  report  reply

[–] [deleted] 2 years ago
[deleted]

[–] **CodeMaitre** 15 points 2 years ago
Was hard not to take an 8k profit yesterday but fuck that I held, let it dip, then let it dip, then bought some more. Cheers.
permalink  embed  save  parent  report  reply

load more comments (2 replies)

load more comments (2 replies)

[–] ElonsNumba1Bitch 119 points 2 years ago
All you had to say was Gamestop man.
Im in with you
permalink embed save report reply

[–] [deleted] 2 years ago
[deleted]

[–] raemone 14 points 2 years ago
Where is your fucking time machine man?! 😩
permalink embed save report reply

load more comments (4 replies)

[–] Uberkikz11 103 points 2 years ago
Jesus fucking christ Rod Alzmann is me and I was in this DD. And I am GME DD. DD Inception.
permalink embed save report reply

[–] Jeffamazon [S] 50 points 2 years ago
I see all. Great work Rod.
permalink embed save report reply

[–] Uberkikz11 42 points 2 years ago
Thank you, there's been a lot of work put in by a lot of really impressive retail investors. I hope a lot of people have their lives changed for the positive thanks to a rapid re-rating over the next few years (or days/weeks, who knows how fast it will end up being, such a truly unprecedented circumstance IMHO).
permalink embed save parent report reply

load more comments (4 replies)

load more comments (1 reply)

[–] swanpenguin 20 points 2 years ago
When I saw your name I was thinking "THIS MAN HAS A NAME AND HIS NAME IS UBERKIKZ11" lol
permalink embed save parent report reply

[–] Uberkikz11 11 points 2 years ago
/u/Jeffamazon can we edit me in both basic and final forms (StockTwits)?
permalink embed save parent report reply

[–] swanpenguin 8 points 2 years ago
Actually, /u/jeffamazon has a price target of $420 in his post... but I was curious. What is your read on it? I don't know if I've read about your price target on stocktwits yet.
permalink embed save parent report reply

[–] Uberkikz11 12 points 2 years ago
Without infinity squeeze $100+ by 2023 ... we end up in deep space somewhere past Voyager II on the real McCoy.
permalink embed save parent report reply

[–] mks5588 11 points 2 years ago
100 in 2023? I could be dead by then. How about 30 by end of Q1 2021?
permalink embed save parent report reply

load more comments (6 replies)

[–] powahTEN 11 points 2 years ago
keep up the good work. no pressure, but were counting on you.
permalink embed save parent report reply

[–] Uberkikz11 11 points 2 years ago
Don't fuck up. Heard.
permalink embed save parent report reply

load more comments (4 replies)

[–] hugh_g_reckshon 258 points 2 years ago
Say less I just bought every share on the market
permalink embed save report reply

[–] [deleted] 2 years ago
[deleted]

[–] Horfield 13 points 2 years ago
RemindMe! 7 days
permalink embed save report reply

load more comments (4 replies)

load more comments (1 reply)

[–] FastBanana27 75 points 2 years ago
Im convinced. Selling everything at a profit at 0945 (weed gainz) to all in on GME.
My paper hands sold my faggy Ds this morning for breakeven because the price action scared me.
permalink embed save report reply

load more comments (1 reply)

[–] tortuga1713 79 points 2 years ago
Seriously had zero interest in this stock until the post...please forgive me fellow autists as I've awakened. To the 🌙!!!!
permalink embed save report reply

[–] robbinhood69 PAPER TRADING COMPETITION WINNER 67 points 2 years ago
Best GME porn i've seen. TY 🍌🍌
permalink embed save report reply

[–] [deleted] 2 years ago 🏆
[deleted]

[–] WhysmynameCarl 6 points 2 years ago
I'm a smidge over 10k in so balls to the walls comrade
permalink embed save report reply

load more comments (3 replies)

[–] veryforestgreen 81 points 2 years ago*
Sick DD. I'm so fucken hard right now.
I sold my other holdings and am going to be buying every fucken dip.
permalink embed save report reply

[–] [deleted] 2 years ago
[deleted]

load more comments (1 reply)

[–] Key-Complex-1609 62 points 2 years ago
I'm in—not for the profit though. I just hate these hedge fund wire dicks thinking they're gonna profit on us. Nah brah. I'm gonna rage trade and hold until GME is well past the plutosphere. I'll even hold it on the way down, fuck it.
permalink embed save report reply

[–] Jeffamazon [S] 18 points 2 years ago
Exactly.
permalink embed save parent report reply

load more comments (1 reply)



load more comments (1 reply)

[–] shawtygotdlo 216 points 2 years ago
GME to $1000 if you don't believe it get out of this Subreddit
permalink embed save report reply

[–] GratefulShag 51 points 2 years ago
I have my limit sells set to $1000 so yeah lets do that.
permalink embed save parent report reply

[–] Ike11000 23 points 2 years ago
I have them at 600, am I 🏳️‍🌈🐻?
permalink embed save parent report reply

[–] achesst 25 points 2 years ago
You're more of a bi-curious bear at that price point.
permalink embed save parent report reply

load more comments (5 replies)

[–] Sharptire 37 points 2 years ago
Possible if you time it right
permalink embed save parent report reply

[–] [deleted] 8 points 2 years ago
How the fk do you time a 50x increase?
permalink embed save parent report reply

load more comments (1 reply)

load more comments (4 replies)

[–] testfire10 57 points 2 years ago
Jesus fucking christ. I read the first paragraph and put in orders for 5 contracts. By the end I had 15 contracts GME $30C 1/15/21.

Stop writing my balls are blue and my account is empty
permalink embed save report reply

[–] SIR_JACK_A_LOT AMA GUEST SPEAKER 53 points 2 years ago
༼ つ ◕_◕ ༽つ GME SHORT SQUEEZE ༼ つ ◕_◕ ༽つ
༼ つ ◕_◕ ༽つ GME SHORT SQUEEZE ༼ つ ◕_◕ ༽つ
༼ つ ◕_◕ ༽つ GME SHORT SQUEEZE ༼ つ ◕_◕ ༽つ
permalink embed save report reply

[–] Maczuna 47 points 2 years ago
I may have bought 1000 shares at 19 but I'm still all in 😫

Let's ride
permalink embed save report reply

[–] Kenney420 18 points 2 years ago
You'll be green within 2 days I bet.
permalink embed save parent report reply

[–] Red-eleven 8 points 2 years ago
2 days? Let's go today
permalink embed save parent report reply

load more comments (2 replies)

load more comments (1 reply)

load more comments (3 replies)

[–] [deleted] 42 points 2 years ago
I think I read less in my entire high school career than this post. But yeah great job. I'm with you brother. This is the way
permalink embed save report reply

[–] TwoBobcats 74 points 2 years ago
Bought 380 shares today....no whammies!
permalink embed save report reply

load more comments (3 replies)

[–] SchoolingUson 36 points 2 years ago
Making some quick cash off of NKLA puts tomorrow then I'll be going even more in on GME
permalink embed save report reply

[–] jackietsaah 13 points 2 years ago
Same here, NKLA puts printing some more dough for GME shares :)
permalink embed save parent report reply

load more comments (1 reply)

load more comments (2 replies)

[–] Stonksflyingup 36 points 2 years ago
u/Jeffamazon Hey great DD. Just would like you to add that roughly 11.5million shares of GME are currently sitting inside PASSIVE ETFs. These passive funds will not be selling during a violent squeeze as they are unable to. That is ~18% of shares outstanding. Should add to the liquidity issues for shorts during a squeeze.
permalink embed save report reply

load more comments (7 replies)

[–] HookEmNation 131 points 2 years ago
You have my penis stiff as a board right now ... can I touch it?
permalink embed save report reply

[–] megatroncsr2 36 points 2 years ago
You have to ask permissions to touch your own dick?
permalink embed save parent report reply

[–] Beastmode3792 24 points 2 years ago
His wifes boyfriend has the key to the cage
permalink embed save parent report reply

load more comments (1 reply)

load more comments (1 reply)

[–] Sharptire 33 points 2 years ago
I wouldn't be surprised if GME hits 300
permalink embed save report reply

load more comments (2 replies)

[–] True_Relief6563 37 points 2 years ago
Did this man just fucking call a perfect $15.80 floor? It hit that today.. just now..
permalink embed save report reply

[–] [deleted] 20 points 2 years ago
Dude I'm gonna stalk this bastards account for life
permalink embed save parent report reply

[–] thismakesmeanonymous 15 points 2 years ago
15.76 was the low but yeah really god damn close.
permalink embed save parent report reply

[–] True_Relief6563 11 points 2 years ago
I just bought more at that level

load more comments (2 replies)

---

[–] **ahminus** 70 points 2 years ago

Good recap, and all good points.

A few quibbles: I don't view Sherman as being a great CEO... he's got a short term retail mentality, and maybe he was the right guy to at least turn the boat in the right direction. Cohen knows the boat they're currently on is a pile of shit, though, and wants to trade it in for something a lot sexier that can do 30 knots and not 8.

Foss is a bit of a wildcard, and I'm not sure he can be counted as a long-term holder.

As for all the rest, I think longer term holders are going to be very rewarded. I'm holding through earnings, too.

permalink  embed  save  report  reply

> [–] **Jeffamazon** [S] 58 points 2 years ago
>
> Sherman executes on the unsexy stuff.
>
> Positive FCF and MSFT partnership are big pluses in my book. He just doesn't announce them to the world like a Musk or Cook would.
>
> permalink  embed  save  parent  report  reply
>
> > [–] **ahminus** 54 points 2 years ago
> >
> > Agreed. I'm just worried Sherman wants to go below deck and spend a couple weeks fidgeting with the broken bilge pump instead of trading this fucker in for a 2021 model.
> >
> > permalink  embed  save  parent  report  reply
> >
> > > [–] **rational_numbers** 38 points 2 years ago
> > >
> > > Dude way to squeeze all the juice out of this boat metaphor!
> > >
> > > permalink  embed  save  parent  report  reply
> > >
> > > > [–] **ahminus** 25 points 2 years ago
> > > >
> > > > I'M THE CAPTAIN, NOW!
> > > >
> > > > permalink  embed  save  parent  report  reply
> > > >
> > > > load more comments (2 replies)
>
> > [–] [deleted] 2 years ago
> >
> > [deleted]
> >
> > > [–] **bNoaht** 12 points 2 years ago
> > >
> > > Haha yeah I did this in 2019 with my business. My wife thought we were just fucking rich all of a sudden. Until I explained that my business was actually not doing well and all the profit was only because I wasnt buying new inventory but still selling older inventory.
> > >
> > > If I did that forever I wouldnt have any business at all.
> > >
> > > And then covid hit. And my supplier shut down completely.
> > >
> > > permalink  embed  save  report  reply
> >
> > load more comments (17 replies)

load more comments (2 replies)

---

[–] [deleted] 32 points 2 years ago

This absolute fucking legend called the bottom price for the bounce within ten cents.

I'm all aboard this train

permalink  embed  save  report  reply

load more comments (1 reply)

---

[–] **bblurker** 27 points 2 years ago

This is the DD I come to WSB for. You son of a bitch... count me in for a 1000. I'll see y'all in Cancun once this COVID thing blows over.

permalink  embed  save  report  reply

---

[–] **-End-** 24 points 2 years ago*

Adding 100 more shares tomorrow and setting a limit buy for 16.00 for another 100.

Nice write up, now take your dick out of my wife.

permalink  embed  save  report  reply

---

[–] **snarkytrashpanda** 23 points 2 years ago

Amazing write up, thank you for your time.

permalink  embed  save  report  reply

---

[–] **xLogicx01** 23 points 2 years ago

I'm so convinced I'm willing to exercise my 1/15 10cs I got all the way back in fcking July. Can't stop won't stop. F the bears. Time to redistribute some wealth

permalink  embed  save  report  reply

load more comments (2 replies)

---

[–] **sunchaser91** 22 points 2 years ago

Jesus. That was the best book I've ever read

permalink  embed  save  report  reply

---

[–] **Prometheism1** Gecko Gang 22 points 2 years ago

Okay, not gonna lie, first DD I've read more than 55% of. Buying tomorrow, same calls. My bday actually.

permalink  embed  save  report  reply

---

[–] **everlastingdeath** PALANTARD, can't stop, won't stop, buying the top 21 points 2 years ago

What are you setting your sell limits to?

permalink  embed  save  report  reply

> [–] **rgraz620** 19 points 2 years ago
>
> Feel like this isn't being talked about enough. I'd hate to be overly conservative if this thing really does takeoff.
>
> permalink  embed  save  parent  report  reply
>
> > [–] **Kenney420** 9 points 2 years ago
> >
> > I feel the same way. I have no sell orders but I'm unemployed and am able to watch it basically all day anyways
> >
> > permalink  embed  save  parent  report  reply
> >
> > load more comments (2 replies)

> [–] **Jeffamazon** [S] 11 points 2 years ago
>
> Not setting any.
>
> permalink  embed  save  parent  report  reply
>
> load more comments (5 replies)

---

[–] **fantasy_football_nut** 22 points 2 years ago

The IV is already insanely high. Buy call spreads or shares or deep itm calls that have minimal premium added on top to leverage your cash.

permalink  embed  save  report  reply

> [–] **Jeffamazon** [S] 10 points 2 years ago
>
> This could be a good strategy too.
>
> permalink  embed  save  parent  report  reply

load more comments (1 reply)

---

[–] **Ma50n24e** 19 points 2 years ago

This guy fuuks. Please hire me when you run a giant hedge fund you rich bastard.

permalink  embed  save  report  reply

> [–] **Jeffamazon** [S] 24 points 2 years ago
>
> Link this comment when you interview.
>
> permalink  embed  save  parent  report  reply
>
> > [–] **Ma50n24e** 17 points 2 years ago
> >
> > I'll be the asshole with the mustache and a GameStop shirt ;)
> >
> > permalink  embed  save  parent  report  reply
>
> load more comments (1 reply)

[–] eagseagle 21 points 2 years ago
Worth noting that Burry's position in GME is the fourth largest in his whole fund by value. Honestly that dude should be this sub's spirit animal, he oozes autism and makes bank on outlandish shit.
permalink  embed  save  report  reply

> [–] [deleted] 2 years ago
> [deleted]

load more comments (1 reply)

[–] bobwastakentoo 42 points 2 years ago
You're gonna need a bigger yacht
permalink  embed  save  report  reply
load more comments (1 reply)

[–] msw2020 19 points 2 years ago*
If i'm gonna die, i'm gonna die historic on GME road
permalink  embed  save  report  reply

> [–] Kenney420 10 points 2 years ago
> They're going to write songs about us. History will forever remember the time a bunch of reckless retail traders bankrupted half of Wall Street.
> permalink  embed  save  parent  report  reply

load more comments (1 reply)

[–] Markymark133113 18 points 2 years ago
This is a good way to lay out the total picture of GME in one spot. But...What if Cohen organizes a takeover and wants to take the company private?
I mean at that point shares would be recalled and cause a squeeze right?
Just wondering how that would affect the PT if he offered to buy all shares at $x amount. (That would send it to vote right?)
Sorry I'm probably an idiot.
500 shares 1/21 5x 15c, 10x 20/c, 40x 30c 4/21 10x 20c, 10x 30c
permalink  embed  save  report  reply

> [–] Jeffamazon [S] 17 points 2 years ago
> I have no historical precedent for this. If you find it let me know. Option premiums should exist until expiration though.
> permalink  embed  save  parent  report  reply

>> [–] Markymark133113 10 points 2 years ago
>> This guy theorizes about it, obviously he knows jack shit if Cohen will take it private. He basically says the squeeze would be inevitable
>> "If Ryan Cohen will take GameStop private it will need to be at least $20/share for all the other activist investors (Michael Burry, Hestia Capital and Permit Capital) to make a good profit. They bought at higher prices than him. Besides, it will be impossible for him to own 50% of the shares and will require their collaboration along with the board
>> In June, there was a proxy fight on GameStop and about 10% of shares were recalled. In order to take the company private, all shares will need to be recalled and a short squeeze will be inevitable."
>> I'll have to dig through his other DD
>> https://www.google.com/amp/s/www.ishfaaqpeerally.com/amp/is-ryan-cohen-taking-gamestop-private
>> permalink  embed  save  parent  report  reply

load more comments (1 reply)

[–] HokkaidoHeroes 18 points 2 years ago
You son of a bitch, I'm in.
permalink  embed  save  report  reply

[–] meemo89 16 points 2 years ago
I can't afford to keep putting more money into gamestop. My bank account is begging me to stop but my stomach growls for tendies
permalink  embed  save  report  reply
load more comments (2 replies)

[–] heerofenix95 15 points 2 years ago
Hey man thx for the posts. Do you have any links or guides on how to write a thesis as good as yours? Hope to contribute back to the retards here once gme 🚀.
permalink  embed  save  report  reply

> [–] Jeffamazon [S] 36 points 2 years ago
> It's just insatiable curiosity for the truth.
> permalink  embed  save  parent  report  reply

load more comments (1 reply)

[–] [deleted] 15 points 2 years ago
So if we don't want to fuck with options were good to go with shares then ?
permalink  embed  save  report  reply

> [–] derrkks 50 points 2 years ago
> YES. Buy the shares and don't ever sell them. Ever. Even if the price goes down. Never ever. Especially if the price goes down.
> permalink  embed  save  parent  report  reply

load more comments (1 reply)

> [–] Jeffamazon [S] 16 points 2 years ago
> Yes.
> permalink  embed  save  parent  report  reply

[–] ChickenSandwichGuy 14 points 2 years ago
You son of a bitch I'm in.
permalink  embed  save  report  reply

[–] jsolaux 12 points 2 years ago
Wow, it reached down and tapped 15.80 just like the post said.
permalink  embed  save  report  reply
load more comments (1 reply)

[–] robot3201 14 points 2 years ago
I missed buying in at the high recently. Gonna wait until it rises some then buy in.
permalink  embed  save  report  reply
load more comments (1 reply)

[–] PSwayzeInRoadhouse 13 points 2 years ago
I'm in - been in but going balls deep
permalink  embed  save  report  reply

[–] Desperate_Routine_44 14 points 2 years ago
fucks yeah 12k holding here . We can do it
permalink  embed  save  report  reply

[–] lasop876123 13 points 2 years ago
I'm in you fucking clowns
permalink  embed  save  report  reply

[–] Haveyoureddit100 12 points 2 years ago
Crowded party, one exit
permalink  embed  save  report  reply

[–] PixSonic 13 points 2 years ago
Serious question, in what scenario would this short squeeze not work in our favor?
I've been holding GME since $14, few calls for April 16C got in cheap. 🚀🚀🚀
permalink  embed  save  report  reply
load more comments (1 reply)

[–] YaUGFeed 15 points 2 years ago
I AINT SELLING. I'M WAITING FOR COHEN TO TAKE OVER
permalink  embed  save  report  reply

  [–] Jeffamazon [S] 8 points 2 years ago
  My man.
  permalink  embed  save  parent  report  reply

    [–] YaUGFeed 8 points 2 years ago
    You better not sell.
    permalink  embed  save  parent  report  reply

      [–] Jeffamazon [S] 15 points 2 years ago
      Momma didn't raise no bitch
      permalink  embed  save  parent  report  reply

      load more comments (1 reply)

[–] iobviouslyamme  Top Kachin Autist  87 points 2 years ago
Did anyone read this? I didn't.
I just saw $GME and I upvoted.
permalink  embed  save  report  reply

  [–] sneakersourcerer  58 points 2 years ago
  You should, you'll learn a thing or two
  permalink  embed  save  parent  report  reply

    [–] Nobleneon80 14 points 2 years ago
    I know a thing or two, because Ive seen a thing or two
    permalink  embed  save  parent  report  reply

    load more comments (4 replies)

  load more comments (1 reply)

[–] MaticPecovnik 11 points 2 years ago
I did my part and yeeted all of my liquidity (200 dollars) into it. Not much but it is all of the play money I have.
permalink  embed  save  report  reply

  [–] frokost1 15 points 2 years ago
  That's only half the job. The difficult part comes next - holding on when hedgies try to steal your lunch money. This part will tell you what kind of man you are.
  permalink  embed  save  parent  report  reply

  load more comments (1 reply)

load more comments (4 replies)

[–] 8HokiePokie8  has the Epstein touch  11 points 2 years ago
Damn it dropped to almost exactly $15.80 this morning and bounced. You goddamn savant
permalink  embed  save  report  reply

[–] Finance_69 12 points 2 years ago*
I have become completely desensitized to losing money at this point. It has been both a good and bad thing. Good when I'm holding deep otm calls with 2 months till expiration. Bad when I'm trying to scalp a 15% gain on QQQ calls on a red day.

This situation is the former. This is the ideal time to have diamond hands. I am the ideal warrior for this fight because I won't even think about hitting sell. I will double down on this thing every red day until I am out of money. I will let my calls expire worthless if I must. I don't think that will happen though. I trust this dd, hence the confidence.
permalink  embed  save  report  reply

load more comments (3 replies)

[–] morganml 11 points 2 years ago
sold to lock in 20k this morning at open, got back in with initial capital at around same price.
bought another 22k on the dip. @ $16.92.
permalink  embed  save  report  reply

load more comments (5 replies)

[–] sneakersourcerer  11 points 2 years ago
I'm no longer convinced of a vw/kbio squeeze… I think after this past weekend we're primed for an infinity gamma tsla style squeeze. It's going to squeeze slowly and there's going to be a constant ebb and flow of fomo. Guys who will believe that it's go up too much therefore it's time to short versus "plz daddy can I get the tip of that 10 bagger."
permalink  embed  save  report  reply

load more comments (2 replies)

[–] IsoAgent 11 points 2 years ago
By Friday I'll have another 20k to sink into shares to bring me up to 2020 shares (limit sell @420) and 69 calls for 4/2021.
This will be a poetic/autistic ending.
permalink  embed  save  report  reply

load more comments (1 reply)

[–] bagel_maker974  Swift with Stock  11 points 2 years ago
In reference to number 10 - 100% - if you are trying to be a successful investor and are not comfortable with staying away from the crowd and being confident; good luck.

CNBC, Schwab, Martketwatch and all those "buy ratings" suddenly start making a WHOLE lot less sense when you've got the stocks story understood and *then* look outside for further info and see the conclusion others reached.

They either have no idea what they are talking about, or are basically trying to dump/prop the price so they can enter/exit.

I just saw a big bank (JPM?) Recommending that NKLA is a clear buy now; because according to them, without the badger truck and now knowing the details of the lack-luster GM deal, NKLA can focus on their amazing truck technology and stop wasting their time on personal vehicles; because that was clearly their problem.

Straight up fraudulent.
permalink  embed  save  report  reply

load more comments (1 reply)

[–] deadlypantstx 11 points 2 years ago
Which one of you are bitching out? Hold retards.
permalink  embed  save  report  reply

[–] cryptoFIYA 11 points 2 years ago
Fuck I saved this post but never bought in. Great DD.
permalink  embed  save  report  reply

[–] purplecow1337 11 points 2 years ago
The only thing I'd add is the potential for retail investors to flock in massively if a stimulus is passed before the squeeze.
permalink  embed  save  report  reply

[–] 871643 10 points 2 years ago
Any concerns about Burry having cut his position by 38% in Q3?
permalink  embed  save  report  reply

[–] Flat-Cockroach3676 9 points 2 years ago
You had me convinced at the second word. But I already have 4000 shares and 150 January 25c. I will do my part and buy 1000 more shares today and another 1000 everyday after that until earnings
permalink  embed  save  report  reply

load more comments (2 replies)

[–] AJnewbie 11 points 2 years ago
15.80 WTF. Post is legit!!!. That's why I'm 2K shares at 17.9 not worry. Hold it bro. Worst case. Fking lose it all:)))))
permalink  embed  save  report  reply

load more comments (2 replies)

[–] holypancakes8 18 points 2 years ago



My current plan is this, since volatility and call premiums are insanely high this week: buy up and hold shares through earnings on the 8th. Then if earnings are mind blowing and good enough to trigger the squeeze, I ride those shares up past $100. If earnings miss and the stock doesn't go up, I sell half (maybe all? Don't hate) of my shares and use that money to buy early 2021 calls that should now be less expensive with earnings reported. I think Cohen will want to offer on GME on bad earnings (cheaper short term value), and he'll want to offer before the next GME earnings report in 2021 in case GME does beat expectations and become pricier next year. Thoughts?

permalink embed save report reply

[–] mczyk 18 points 2 years ago

Q3 earnings aren't going to be mind-blowing as it will not include any of the console revenue.

permalink embed save parent report reply

load more comments (2 replies)

load more comments (3 replies)

[–] brycedriesenga 10 points 2 years ago

I see your position, but what triggers are you looking at to start selling? Also, where's this discord?

permalink embed save report reply

[–] swanpenguin 8 points 2 years ago

+1 for the discord

permalink embed save parent report reply

load more comments (1 reply)

[–] Defiant-Window-807 8 points 2 years ago

I did it, retards. 300 shares of GME. Let's get these tendies!

permalink embed save report reply

[–] CPTHubbard 9 points 2 years ago

Jesus christ, really testing that 15.80 thesis with the price and volume at the close.

permalink embed save report reply

[–] 0Bubs0 9 points 2 years ago

Investment account. Loaded. 401k Loaded. HSA. Loaded. Leverage. Loaded. Text to boomer dad telling him to buy. Done.

permalink embed save report reply

load more comments (2 replies)

[–] felibrown2 9 points 2 years ago

I just wanna thank you for posting this. This is the DD i read that convinced me to buy GME shares and options at $15. Could not be more thankful. you were 100% right in almost all your predictions. you are a legend!!

permalink embed save report reply

load more comments (3 replies)

[–] [deleted] 2 years ago

[deleted]

load more comments (1 reply)

[–] ShoddyLetterhead3491 7 points 2 years ago

*put your seatbelt on ladies and gentlemen*

permalink embed save report reply

[–] DerianV 7 points 2 years ago

Give him all the fucking awards!

permalink embed save report reply

[–] bigbawlsman 7 points 2 years ago

I've been slightly roasted by PLTR (in the red for 1000).

Will GME give me replacement tendies?

permalink embed save report reply

[–] BeardsByLaw 7 points 2 years ago

Yes but you have to diamond hands this bitch. If you feel like you'll sell at the first sign of trouble, you'll miss out on it and become a 🌈🐻. This isn't a simple buy and sell. This is a line in the sand that proclaims boomers can eat my shit

permalink embed save parent report reply

load more comments (1 reply)

load more comments (1 reply)

[–] CPTHubbard 8 points 2 years ago

Excellent stuff man. Thank you for the succinct sum-up of this story - really great. Moved a ton in my accounts earlier this month to jump on this. All in on 20K shares and too many Jan and April $20Cs. Never seen anything like this set up and can't imagine I will ever again. YOLO indeed. Let's do this. Good luck to you fellow traveler.

permalink embed save report reply

[–] plodzik 9 points 2 years ago

Hope it goes up 🤞 bought today at open 500 shares $18.85 🤡🤡

permalink embed save report reply

[–] TheApricotCavalier 8 points 2 years ago

The institutions think GME will go bankrupt, even though GME is profitable & not in debt. You cannot make up how retarded these boomers are

permalink embed save report reply

[–] CPTHubbard 8 points 2 years ago

The chart etc analysis about the 15.80 level seems particularly interesting today since it looks like we bounced off right around there. Could be the handle forming off that "line in the sand" today.

permalink embed save report reply

[–] [deleted] 7 points 2 years ago

The fucking legend called it.

permalink embed save parent report reply

[–] thehelper900 8 points 2 years ago

Reading this again to not paper hand out of GME

permalink embed save report reply

[–] Jeffamazon [S] 11 points 2 years ago

I don't get why people are selling before earnings.

Edit: No - actually I get it. I just disagree.

permalink embed save parent report reply

load more comments (6 replies)

load more comments (1 reply)

[–] possibly6 8 points 2 years ago

Yea yea we dumped at er, dont be a paper handed bitch and use tmr to load on Jan and April leaps. Loaded shares and calls last week and will load and many more April calls tomorrow morning at open🚀

permalink embed save report reply

load more comments (25 replies)

[–] denniseveryone 7 points 2 years ago

The question is whether to load up calls now or after earnings

permalink embed save report reply

load more comments (2 replies)

[–] rational_numbers 7 points 2 years ago

Flair this man.

permalink embed save report reply

[–] lasop876123 7 points 2 years ago

I read this 2 hours ago and I'm still hard. How much longer until I'm supposed to call my doctor?

permalink embed save report reply

[–] **TheCrick** 7 points 2 years ago
Let's see if I do this right. Going taking the trendies I got from papa Elon 233 shares @ $29 in 2013 and yolo on $GME calls
permalink  embed  save  report  reply
load more comments (1 reply)

[–] **frokost1** 7 points 2 years ago
Even though large tracts of the market and many old and famous plays have fallen or may fall into the grip of the hedgies and all the odious apparatus of boomer rule, we shall not flag or fail. **We shall go on to the end. We shall fight through earnings, we shall fight on the pre market and the after market, we shall fight with growing confidence and growing strength in our autism, we shall defend our stocks, whatever the cost may be. We shall fight on the options market, we shall fight in the dark pools, we shall fight in the fields and in the streets by getting our PS5 from GME, we shall fight in the media; we shall never surrender,** and, if, which I do not for a moment believe, this play or a large part of it were subjugated and starving, then our autist friends beyond the seas, armed and guarded by the forex market, would carry on the struggle, until, in God's good time, the New World, with all its power and might, steps forth to the rescue and the liberation of the old.
**Translation for the new kids:** This is fight for tendies, not your mommas tit. If you're afraid of big boys stealing your lunch money, wait this one out.
permalink  embed  save  report  reply
load more comments (9 replies)

[–] **dayvanzombie** 7 points 2 years ago
GME gang. Loaded up! Let's go moon baby 🚀🚀🚀
permalink  embed  save  report  reply

[–] **1HalterN** 7 points 2 years ago
Beautiful. Watched it not do shit for 15mins and as soon as I bought calls it tanks. The bog is real.
permalink  embed  save  report  reply
load more comments (1 reply)

[–] **kriddon** 8 points 2 years ago
hmmmm I already have 70% of my portfolio here. Perhaps more?
permalink  embed  save  report  reply

[–] **CPTHubbard** 6 points 2 years ago
Again bounced off that ~15.80 mark just after 3pm...
permalink  embed  save  report  reply

   [–] [deleted] 7 points 2 years ago
   As the prophets have foretold.
   permalink  embed  save  parent  report  reply

[–] **jediknight2**  ANAL GOD  6 points 2 years ago
GME closed at $15.80 today. This astrologist is pretty good.
permalink  embed  save  report  reply

[–] **temporalRock**  5326C - 85 - 1 year - 1/2  7 points 2 years ago
Checked my other accounts I forgot about from September when I left my last job… up to 15k shares with today's purchase of 500. Too many calls to count, something like 150-200 with a ton of $12-15 spread from Dec—> July 2021
permalink  embed  save  report  reply

[–] **TiestoIsMyDad** 8 points 2 years ago
Diamond hands mode engage, fuck it I already came this far.
permalink  embed  save  report  reply
load more comments (2 replies)

[–] [deleted] 17 points 2 years ago
I'm in with 425 shares. Considering putting my emergency fund on this lmao
permalink  embed  save  report  reply

   [–] **Jeffamazon** [S] 44 points 2 years ago
   i'm what you would call, irresponsibly overleveraged.
   permalink  embed  save  parent  report  reply

      [–] **swanpenguin** 11 points 2 years ago
      brb taking out bank loan for 1mill
      permalink  embed  save  parent  report  reply

load more comments (2 replies)

[–] [deleted] 12 points 2 years ago
Instructions unclear, buying calls on lumber liquidators at open.
permalink  embed  save  report  reply

[–] **zinkymink** 6 points 2 years ago
Sooooo what's your target sell for the squeeze?
permalink  embed  save  report  reply

   [–] **Jeffamazon** [S] 14 points 2 years ago
   I'll unload after my first million and we'll see from there.
   permalink  embed  save  parent  report  reply

[–] [deleted] 8 points 2 years ago
So if they smash earnings, we'll make money and if they don't smash earnings then what ?
permalink  embed  save  report  reply

   [–] **derrkks** 9 points 2 years ago
   Nothing. You just get in your helicopter one foggy morning and decide to fly it towards a small mountain…
   permalink  embed  save  parent  report  reply

load more comments (4 replies)

[–] **rynodawg** 6 points 2 years ago
Went in with 950 shares yesterday, that is all the free cash I have available at the moment without selling other positions.
permalink  embed  save  report  reply

[–] **buisson44** 6 points 2 years ago
Just bought 600 shares at the open like a fucking autist
permalink  embed  save  report  reply

[–] **PM_ME_TENDIEZ**  big man online hahahaha  5 points 2 years ago
Stumble on this post, pull up gme. See biggest red dick I've ever seen lmfao
permalink  embed  save  report  reply
load more comments (2 replies)

[–] **hjshog** 6 points 2 years ago
i refuse to sell anything until it hits 100$ 🚀🚀
permalink  embed  save  report  reply

[–] **skwolf522** 5 points 2 years ago
Did my part 2000 more shares bought.
permalink  embed  save  report  reply

[–] **JDUB0044** 5 points 2 years ago
In for 155k now, better not go tits up.
permalink  embed  save  report  reply

[–] **mfortney43** 6 points 2 years ago
You think I would have learned by now to not follow these but nope
permalink  embed  save  report  reply
load more comments (1 reply)

[–] **FriedChickenSkin** 5 points 2 years ago
Literally at the last fucking second, my Jan 15 calls are saved. You're a god and I'm sorry I ever doubted you

