# Exhibit 57



| | |
|---|---|
| **HD** | **Nokia Corporation Nokia Comments On Trading Activity Of Its Stock** |
| **WC** | 233 words |
| **PD** | 27 January 2021 |
| **ET** | 01:15 PM |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2021, Dow Jones & Company, Inc. |
| **TD** | |

```
TIDMNOKIA

Nokia Corporation

   Stock Exchange Release

   January 27, 2021 at 8.15 pm (CET +1)

   Nokia comments on trading activity of
its stock

   Espoo, Finland - Nokia is issuing this
stock exchange release to comment
on recent trading activity of its stock.
Nokia is not aware of any
material, undisclosed corporate
developments or material change in its
business or affairs that has not been
publicly disclosed that would
account for the recent increase in the
market price or trading volume of
its shares.

   About Nokia

   We create the critical networks and
technologies to bring together the
world's intelligence, across businesses,
cities, supply chains and
societies.

   With our commitment to innovation and
technology leadership, driven by
the award-winning Nokia Bell Labs, we
deliver networks at the limits of
science across mobile, infrastructure,
cloud, and enabling technologies.
```

   Adhering to the highest standards of integrity and security, we help
build the capabilities we need for a more productive, sustainable and
inclusive world.

   For our latest updates, please visit us online
https://www.globenewswire.com/Tracker?data=5MH7KqmKLESxDmo5g0rowKhdCHyS8wafhQJ5FLuhRH4IpVQfWIpzKjFqMhRixhMZ8zs-_lVq3iVtz6MvxOvSxw==
www.nokia.com and follow us on Twitter @nokia.

   Media Inquiries

   Nokia

   Communications

   Tel. +358 (0) 10 448 4900

   Email: press.services@nokia.com

   Katja Antila, Head of Media Relations

(END) Dow Jones Newswires

January 27, 2021 13:15 ET (18:15 GMT)

| | |
|---|---|
| **CO** | nokia : Nokia Oyj |
| **IN** | i3441 : Telecommunications Equipment \| itech : Technology |
| **NS** | ccat : Corporate/Industrial News \| m11 : Equity Markets \| neqac : Equities Asset Class News \| mcat : Commodity/Financial Market News \| ncat : Content Types \| nfact : Factiva Filters \| nfce : C&E Exclusion Filter |
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020210127eh1r003ay |