# Exhibit 62

# CERTIFICATION

Marcel Poirier (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") and others in connection with the purchase and sale of one or more of the common stock of AMC Entertainment Holdings, Inc. (NYSE: AMC), Bed Bath & Beyond Inc. (NASDAQ: BBBY), BlackBerry Ltd. (NYSE BB), Express Inc. (NYSE: EXPR), GameStop Corp. (NYSE: GME), Koss Corp. (NASDAQ: KOSS), Tootsie Roll Industries Inc. (NYSE: TR), or the American Depositary Shares of foreign-issuers Nokia Corp. (NYSE: NOK) and Trivago N.V. (NASDAQ: TRVG) (collectively "the Affected Stocks").

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against RH and retained The Rosen Law Firm, P.A.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the transactions Plaintiff has made in the Affected Stocks during the class period set forth in the consolidated complaint:

See Schedule A

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  1/9/2023

DocuSigned by:
*Marcel Poirier*
6F6B73C3549D4D8...
Marcel Poirier

## SCHEDULE A

### MARCEL POIRIER

| | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| | Minimum opening position 15,000 shares | | | BB | 1/28/2021 | 5,000 | $16.03 |
| | | | | BB | 1/29/2021 | 3,000 | $14.21 |
| | | | | BB | 2/1/2021 | 5,000 | $14.77 |
| | | | | BB | 2/2/2021 | 4,000 | $11.58 |
| BB | 1/28/2021 | 8,000 | ($19.49) | | | | |

*Rounded to the nearest cent.
**May include averaged prices.