# Exhibit 71

## Nokia sets a record and clarifies that it has no hidden secrets

CE Noticias Financieras English

January 27, 2021 Wednesday

Copyright 2021 Content Engine, LLC.
All Rights Reserved
Copyright 2021 CE Noticias Financieras All Rights Reserved

**Length:** 327 words

## Body

**Nokia Corp's shares soared upwards** in very volatile and active operations on Wednesday and the Finland-based company clarified that **"Nokia has no knowledge** of any undisclosed material corporate development or material change in its business or issues that have not been publicly disclosed that could explain the recent increase in the market price or trading volume of its shares."

**NOK shares soared 47.8%** in afternoon operations to a maximum of five years. That is the **highest percentage gain in** a day since it began trading in February 1991.

The increase, of course, caught the attention of specialists for the lack of explanation, on a very particular day for the New York market, after a group of cyber-ists who clustered on **the Reddit** platform pushed a video game store that knew how to see the glory when the titles were bought in physical format and just announced that it closes its stores, so its actions were on the floor.
            Mocking Wall Street: Reddit users jump actions            Actions

In Nokia's case, the volume of **trades soared to 752.7 million shares,** well above the **full-day average of around 47.3 million shares.**

The company's shares had already been halted five times for volatility during afternoon operations, and they also stopped once for the news broadcast **before the company commented on the movement of the shares.**
  New York Stock Exchange

Nokia shares were the second most active on the **New York Stock Exchange, behind only 941.2 million shares** traded on the **AMC Entertainment Holding Inc.C of securities.**

AMC was part of a group of actions that moved strong and also included **GameStop Corp's GME, whose value was triggered by the action** of the cyber-ists of the **Reddit platform.**

Nokia shares **recovered 64.9% in the last three months,** while the S&P; 500 SPX index, -2.58% has gained 11.8%.
  Reddit

Activists also jumped on **BlackBerry.** The group that promoted him is made up of more than two million people.

Nokia sets a record and clarifies that it has no hidden secrets

**Load-Date:** January 28, 2021

---

**End of Document**