# Exhibit 72




# ACCOUNT STATEMENT
Order execution only account



Current month balance:
(February 26, 2021)

Last month balance:
(January 29, 2021)

### Get the most out of your statement
Your statement is broken down into **five** straight forward categories, each designed to help you understand how your investments are performing:
- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

### Talk to us, follow us, watch us
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:
- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:
- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

**MARCEL POIRIER**

**Account #:** ▮▮▮▮▮▮
**Type:** Individual Tax-Free Savings Account (TFSA)
**Currency:** CAD/USD

**Current month:** February 26, 2021
**Account opened:** March 05, 2012
**Dealer:** Questrade, Inc.

## CONTENT

**01 SUMMARY** — An overview of current and historical balances.

**02 PERFORMANCE** — Your current and historical rate of return.

**03 INVESTMENT DETAILS** — A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS** — A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END** — A summary of all trades not settled by the end of the month.




Current month FX rate: $1.00 USD = $1.2742 CAD    Previous month FX rate: $1.00 USD = $1.2778 CAD    Account #: ▮▮▮▮▮▮    Current month: February 26, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



**ACCOUNT STATEMENT**

## 04. ACTIVITY DETAILS

### Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| | | | | | | CAD | | | | | USD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
| | | | | Opening balance | - | - | - | - | 2,724.67 | - | - | - | 78,305.78 |
| 01-28-2021 | 02-01-2021 | Buy | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 8,000 | - | - | - | - | 19.494 | (155,955.73) | (9.95) | (155,965.68) |
| 01-28-2021 | 02-01-2021 | Sell | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 5,000 | - | - | - | - | 16.025 | 80,127.00 | (39.80) | 80,085.42 |
| 01-29-2021 | 02-01-2021 | Buy | | CALL BB   01/21/22   25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 71 | - | - | - | - | 6.000 | (42,600.00) | (90.90) | (42,690.90) |
| 01-29-2021 | 02-01-2021 | Buy | | CALL BB   09/17/21   30\|BLACKBERRY LIMITED\|WE ACTED AS AGENT | 5 | - | - | - | - | 4.700 | (2,350.00) | (14.95) | (2,364.95) |
| 01-29-2021 | 02-02-2021 | Sell | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 3,000 | - | - | - | - | 14.214 | 42,641.22 | (9.95) | 42,630.32 |
| 02-01-2021 | 02-02-2021 | Buy | | CALL BB   09/17/21   25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 50 | - | - | - | - | 5.000 | (25,000.00) | (59.95) | (25,059.95) |
| 02-01-2021 | 02-02-2021 | Buy | | CALL BB   06/18/21   20\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 80 | - | - | - | - | 4.850 | (38,800.00) | (89.95) | (38,889.95) |
| 02-01-2021 | 02-02-2021 | Buy | | CALL DIS   03/19/21   200\|WALT DISNEY CO\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 50 | - | - | - | - | 2.250 | (11,250.00) | (59.95) | (11,309.95) |
| 02-01-2021 | 02-03-2021 | Sell | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 5,000 | - | - | - | - | 14.770 | 73,852.00 | (19.90) | 73,830.46 |
| 02-01-2021 | 02-03-2021 | Sell | OVV | OVINTIV INC\|COMMON STOCK\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 1,500 | - | - | - | - | 16.560 | 24,840.00 | (9.95) | 24,829.50 |
| 02-01-2021 | 02-03-2021 | Buy | SPCE | VIRGIN GALACTIC HLDGS INC\|COMMON STOCK\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 400 | - | - | - | - | 55.548 | (22,219.01) | (4.95) | (22,223.96) |
| 02-01-2021 | 02-01-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 1,488.42 | - | - | - | (1,176.15) |
| 02-02-2021 | 02-03-2021 | Buy | | CALL BB   06/18/21   25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 80 | - | - | - | - | 1.625 | (13,000.00) | (99.90) | (13,099.90) |
| 02-02-2021 | 02-03-2021 | Buy | | CALL BB   06/18/21   20\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 40 | - | - | - | - | 2.030 | (8,120.00) | (49.95) | (8,169.95) |
| 02-02-2021 | 02-03-2021 | Buy | | CALL BB   06/18/21   30\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 100 | - | - | - | - | 1.333 | (13,334.00) | (119.90) | (13,453.90) |

Current month FX rate: $1.00 USD = $1.2742 CAD          Previous month FX rate: $1.00 USD = $1.2778 CAD          Account #:          Current month: February 26, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



**QUESTRADE** — ACCOUNT STATEMENT

| Trans Date | Settle Date | Activity type | Symbol | Description | Qty | Price | Gross. | Com. | Net | Price | Gross. | Com. | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-02-2021 | 02-04-2021 | Sell | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT | 4,000 | - | - | - | - | 11.580 | 46,320.00 | (9.95) | 46,309.02 |
| 02-02-2021 | 02-02-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 14,592.81 | - | - | - | (11,585.27) |
| 02-03-2021 | 02-04-2021 | Buy | | CALL BB 06/18/21 15\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 49 | - | - | - | - | 2.640 | (12,936.00) | (58.95) | (12,994.95) |
| 02-03-2021 | 02-04-2021 | Buy | | CALL GME 03/19/21 240\|GAMESTOP CORP\|WE ACTED AS AGENT | 7 | - | - | - | - | 19.900 | (13,930.00) | (16.95) | (13,946.95) |
| 02-03-2021 | 02-04-2021 | Sell | | CALL DIS 01/20/23 200\|WALT DISNEY CO\|WE ACTED AS AGENT | 5 | - | - | - | - | 26.500 | 13,250.00 | (14.95) | 13,234.75 |
| 02-03-2021 | 02-05-2021 | Buy | ARKK | ARK ETF TRUST\|ARK INNOVATION ETF\|WE ACTED AS AGENT | 80 | - | - | - | - | 147.190 | (11,775.20) | - | (11,775.20) |
| 02-03-2021 | 02-05-2021 | Sell | ARKK | ARK ETF TRUST\|ARK INNOVATION ETF\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 77 | - | - | - | - | 147.260 | 11,339.04 | (4.95) | 11,333.83 |
| 02-03-2021 | 02-03-2021 | Foreign Exchange | | CONVERSION - CAD/USD | - | - | - | - | (18,377.50) | - | - | - | 14,148.51 |
| 02-04-2021 | 02-05-2021 | Buy | | CALL .BB 01/19/24 20\|BLACKBERRY LTD\|WE ACTED AS AGENT | 6 | 10.000 | (6,000.00) | (15.95) | (6,015.95) | - | - | - | - |
| 02-04-2021 | 02-05-2021 | Buy | | CALL BB 01/20/23 25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT | 8 | - | - | - | - | 4.700 | (3,760.00) | (17.95) | (3,777.95) |
| 02-04-2021 | 02-05-2021 | Buy | | CALL BB 06/18/21 18\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 138 | - | - | - | - | 2.146 | (29,611.00) | (167.85) | (29,778.85) |
| 02-04-2021 | 02-05-2021 | Sell | | CALL BB 09/17/21 7\|BLACKBERRY LIMITED\|WE ACTED AS AGENT | 50 | - | - | - | - | 6.050 | 30,250.00 | (59.95) | 30,189.38 |
| 02-04-2021 | 02-05-2021 | Sell | | CALL TSLA 03/19/21 900\|TESLA INC\|WE ACTED AS AGENT | 1 | - | - | - | - | 48.600 | 4,860.00 | (10.95) | 4,848.94 |
| 02-04-2021 | 02-05-2021 | Sell | | CALL GME 03/19/21 240\|GAMESTOP CORP\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 7 | - | - | - | - | 5.100 | 3,570.00 | (16.95) | 3,552.97 |
| 02-04-2021 | 02-04-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 6,357.53 | - | - | - | (5,034.47) |
| 02-08-2021 | 02-09-2021 | Buy | | CALL BB 01/21/22 25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 150 | - | - | - | - | 4.000 | (60,000.00) | (159.95) | (60,159.95) |
| 02-08-2021 | 02-09-2021 | Sell | | CALL DIS 03/19/21 200\|WALT DISNEY CO\|WE ACTED AS AGENT | 25 | - | - | - | - | 5.650 | 14,125.00 | (34.95) | 14,089.73 |
| 02-08-2021 | 02-09-2021 | Buy | | CALL BB 03/26/21 18\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 50 | - | - | - | - | 1.660 | (8,300.00) | (59.95) | (8,359.95) |
| 02-08-2021 | 02-10-2021 | Buy | ARKG | ARK ETF TRUST\|ARK GENOMIC REVOLUTION ETF\|WE ACTED AS AGENT | 25 | - | - | - | - | 112.200 | (2,805.00) | - | (2,805.00) |
| 02-08-2021 | 02-10-2021 | Sell | NFLX | NETFLIX COM INC\|WE ACTED AS AGENT | 126 | - | - | - | - | 547.384 | 68,970.32 | (4.95) | 68,963.84 |
| 02-08-2021 | 02-08-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 14,711.30 | - | - | - | (11,728.69) |
| 02-09-2021 | 02-10-2021 | Sell | | CALL BB 06/18/21 25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 80 | - | - | - | - | 1.600 | 12,800.00 | (89.95) | 12,709.76 |
| 02-09-2021 | 02-10-2021 | Sell | | CALL BB 09/17/21 25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 50 | - | - | - | - | 2.470 | 12,350.00 | (59.95) | 12,289.77 |
| 02-09-2021 | 02-10-2021 | Sell | | CALL BB 06/18/21 18\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 138 | - | - | - | - | 2.420 | 33,396.00 | (147.95) | 33,247.31 |

Current month FX rate: $1.00 USD = $1.2742 CAD     Previous month FX rate: $1.00 USD = $1.2778 CAD     Account #: ▮▮▮▮▮     Current month: February 26, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.