# Exhibit 2

Page 1

1

2            IN THE UNITED STATES DISTRICT COURT

          FOR THE SOUTHERN DISTRICT OF FLORIDA

3              CASE NO. 1:21-MD-2989-CMA

4   IN RE:                        :

                                  :

5   JANUARY 2021 SHORT           :

    SQUEEZE TRADING              :

6   LITIGATION                   :

                                  :

7   ------------------------   :

8

9              ** CONFIDENTIAL **

10        VIDEOTAPE DEPOSITION VIA ZOOM OF:

11            SANTIAGO GILL BOHORQUEZ

12            FRIDAY, APRIL 28, 2023

13

14

15

16

17

18

19

20

21

22

23

24   REPORTED BY:

25   SILVIA P. WAGE, CCR, CRR, RPR

```
                                              Page 2

 1

 2                                  April 28, 2023

 3                                  3:08 p.m. Serbian

 4

 5            Videotape deposition via Zoom of

 6    SANTIAGO GILL BOHORQUEZ, pursuant to agreement

 7    before SILVIA P. WAGE, a Certified Shorthand

 8    Reporter, Certified Realtime Reporter, Registered

 9    Professional Reporter, and Notary Public for the

10    States of New Jersey, New York and Pennsylvania.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1
 2   A P P E A R A N C E S:
 3

     THE ROSEN LAW FIRM
 4   Attorneys for Plaintiffs
     275 Madison Avenue, 40th Floor
 5   New York, New York  10016
     (212) 686-1060
 6   PKim@rosenlegal.com
     BY:  PHILLIP KIM, ESQ.
 7
 8   CRAVATH SWAINE & MOORE LLP
     Attorneys for Defendants
 9   825 Eighth Avenue
     New York, New York  10019
10   (212) 474-1000
     SCohen@cravath.com
11   MVincent@cravath.com
     BY:  SCOTT COHEN, ESQ.
12   BY:  MEGAN VINCENT, ESQ.
13
14   A L S O   P R E S E N T:
15

     MARK FRIEDMAN
16   VIDEOGRAPHER
17
18
19
20
21
22
23
24
25
```

Page 4

1

2                          I N D E X

3  WITNESS:  SANTIAGO GILL BOHOROQUEZ              PAGE

4  EXAMINATION BY MR. COHEN                         9

5

                       E X H I B I T S

6

    NO.                  DESCRIPTION              PAGE

7  Exhibit 268    copy of Mr. Gill's curriculum    19
                  vitae

8  Exhibit 269    copy of Mr. Gill's December      45
                  2020 account statement for

9                 CredicorpCapital P00002761 to
                  P00002763 marked Confidential

10 Exhibit 270    copy of Mr. Gill's December      50
                  2020 account statement for

11                Grupo Bancolumbia Capital
                  P00002776 to P00002780 marked

12                Confidential

   Exhibit 271    copy of Mr. Gill's December      84

13                2020 account statement for TD
                  Ameritrade P00002114 to

14                P00002119 marked Confidential

   Exhibit 272    Exhibit A Mr. Gill's            95

15                Certification dated 11/29/21
                  and attachment

16 Exhibit 273    Exhibit A Mr. Gill's            97

17                Certification dated 4/17/23
                  and attachment

   Exhibit 274    copy of Mr. Gill's January      104

18                2021 account statement for TD
                  Ameritrade P00002120 to

19                P00002127 marked Confidential

   Exhibit 275    Twitter thread P00001326 &      117

20                P00001327 marked Confidential

   Exhibit 276    different Twitter threads       136

21                with no Bates

   Exhibit 277    Ameritrade announcement         144

22                entitled, "Security Impacts
                  Related to Market

23                Conditions,"

   Exhibit 278    copy of Mr. Gill's February     160

24                2021 account statement for
                  Ameritrade P00002128 to

25                P00002135 marked Confidential

Page 5

```
 1

 2                    E X H I B I T S

 3    NO.                DESCRIPTION                PAGE

 4   Exhibit 279    copy of Mr. Gill's March 2021    167
                    account statement for
 5                  Ameritrade P00002136 to
                    P00002142 marked Confidential
 6   Exhibit 280    history of playlist of           193
                    YouTube videos produced by
 7                  Mr. Gill

 8
                  PREVIOUSLY MARKED EXHIBITS
 9

10    NO.                DESCRIPTION                PAGE

11   Exhibit 2     2/27/23 letter from The Rosen     27
                   Law Firm to the Cravath Law
12                 Firm and attachment

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 6

```
 1
 2                              -   -   -
 3                   DEPOSITION SUPPORT INDEX
 4                              -   -   -
 5
 6    Direction to Witness Not to Answer
      Page Line
 7
        99        23
 8     103        11
       122        18
 9
10    Request for Production of Documents
      Page Line
11
12
13    Stipulations
      Page Line
14
15
16    Question Marked
      Page Line
17
18
19    Reservation
      Page Line
20
21
22    Motion to Strike
      Page Line
23
24
25
```

```
                                                  Page 7

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2                    THE VIDEOGRAPHER:  Good morning.  We

 3      are going on the record at 3:08 p.m. local Serbia

 4      time on Friday, April 28, 2023.

 5                    Please note that this deposition

 6      success conducted virtually.  Quality of the

 7      camera -- quality of the recording depends on the

 8      quality of the camera and Internet connections of

 9      all participants.

10                    What is heard from the witness and

11      seen on the screen is what will be recorded.

12                    Audio and video recording will

13      continue to take place, unless all parties agree

14      to go off the record.

15                    This is Media Unit 1 of the video

16      recorded deposition of Santiago Gill in the

17      matter of January 2021 Short Squeeze Trading

18      Litigation.

19                    This case is filed in the United

20      States District Court, Southern District of

21      Florida, Case No. 1:21-MD-2989-CMA.

22                    My name is Marc Friedman.  I'm the

23      your Certified Video Legal Specialist.  Your

24      Court Reporter is Silvia Wage.  And we are both

25      from the firm of Veritext Legal Solutions.
```

```
                                              Page 8
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2               I am not related to any parties in
 3     this action, nor financially interested in the
 4     outcome.  If there are any objections to these
 5     proceedings, please state them at the time of
 6     your appearance.
 7               Counsel will now state their
 8     appearances and affiliations for the record
 9     beginning with the noticing attorney.
10               MR. COHEN:  Scott Cohen from Cravath
11     Swaine & Moore on behalf of the Defendants.  And
12     I'm joined here by Megan Vincent also of Cravath.
13               MR. KIM:  This is Phillip Kim, Rosen
14     Law Firm, Counsel for Mr. Gill and other
15     Plaintiffs.
16               THE VIDEOGRAPHER:  Would the Court
17     Reporter please swear in our witness and we can
18     proceed.
19               THE STENOGRAPHER:  Mr. Gill, if you
20     can please raise your right hand.
21     SANTIAGO GILL BOHOROQUEZ,
22          ███████████████████████  after having
23          been duly sworn, was examined and testified
24          as follows:
25               THE STENOGRAPHER:  Thank you.
```

```
                                            Page 9
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2              You may proceed.
 3   EXAMINATION BY MR. COHEN:
 4        Q.  Good morning, sir.
 5        A.  Good morning.
 6        Q.  My name is Scott Cohen.  I'm an
 7   attorney from Cravath Swaine & Moore and we
 8   represent the Defendants in this case.
 9              Could you please state your full name
10   for the record?
11        A.  Santiago Gill Bohorquez.
12        Q.  Okay.  And just a few minutes before
13   you said that you preferred to be called Mr. Gill
14   or Gill is your preferred last name?
15        A.  Yes.
16        Q.  And what is your current address, Mr.
17   Gill?
18        A.  ████████████████████████████████
19   ████████████████████████████████████████
20   ███████████████████████
21        Q.  And you speak English fluently?
22        A.  Yes, I do.
23        Q.  Have you ever been deposed before?
24        A.  No, I haven't.
25        Q.  Okay.  In that case, I'm just going
```

```
                                                    Page 10
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     to go over a few preliminary matters before we
 3     get to things.
 4          A.   Correct.
 5          Q.   Do you understand you've been sworn
 6     in and the testimony that you are giving today is
 7     given under oath?
 8          A.   Yes, for sure.
 9          Q.   Is there any reason you cannot give
10     complete truthful testimony today?
11          A.   No, not at all.
12          Q.   Do you have any condition that would
13     prevent you from having an accurate recollection
14     or from giving true and complete testimony today?
15          A.   No, not at all.
16               I have a thing in my lung, so I might
17     cough during the deposition, but it's like
18     normal; just in case.
19          Q.   Okay.  Do you have any memory
20     problems?
21          A.   No.
22          Q.   The Court Reporter is taking down
23     everything we say.  So it's important that you
24     provide verbal responses to any questions you're
25     asked.
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2               Do you understand?

 3          A.   Yeah, for sure.

 4          Q.   So say yes or no rather than nodding

 5     or shaking your head.

 6          A.   Yes.

 7          Q.   Also, during the course of the

 8     deposition, your Counsel might object to the form

 9     of a question that I ask.  That objection is just

10     for the record and you should proceed to answer

11     the question, if you can.  Unless your Counsel

12     instructs you, specifically, not to answer the

13     question on the basis of privilege.

14               Do you understand?

15          A.   Yes.

16          Q.   And if you don't understand the

17     question I ask, please just let me know and I'll

18     rephrase or clarify so that you can understand

19     it.

20               Does that make sense?

21          A.   Yes.

22          Q.   And if you don't hear a question

23     fully, same thing, ask me to repeat myself and I

24     will be happy to do so.

25          A.   Perfect.
```

Page 12

1    CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2        Q.  Also, if you would please allow me to
3    finish the questions I ask before you start
4    answering.  I'll be sure to let you finish your
5    answer before I ask the next question and that's
6    just so that the record remains clear.
7            Does that make sense?
8        A.  Yes.
9        Q.  And if you need to take a break at
10   anytime, just let me know and we'll try to make
11   that happen.  And I only ask that you don't ask
12   to take a break while there is a question still
13   pending.
14       A.  Yes.
15       Q.  So you said you're in Serbia right
16   now?
17       A.  Yes.
18       Q.  But you're from Columbia, right?
19       A.  I am from Columbia, yes.
20       Q.  Have you ever been to the United
21   States?
22       A.  Yes.
23       Q.  When?
24       A.  I've been many times.  I've been --
25   since I was a little kid, I've been going, at

```
                                            Page 13
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     least, twice a year.
 3              Q.   Where do you usually come?
 4              A.   To Miami, actually, most of the time.
 5              Q.   To visit family?
 6              A.   Just to sometimes to see family,
 7     sometimes to see friends, sometimes just visiting
 8     around, sometimes business.
 9              Q.   When you made your stock trades, are
10     you usually in Columbia?
11              A.   Yes, most of the time.
12              Q.   Is there anybody else in the room
13     with you, by the way?
14              A.   No.
15              Q.   And are you in a hotel room?
16              A.   I'm in an apartment I rented.
17              Q.   And are you communicating with
18     Counsel electronically in any way right now?
19              A.   No.
20              Q.   Did you take any steps to prepare for
21     your deposition today?
22              A.   Can you repeat that question?
23              Q.   Did you take any steps to prepare for
24     your deposition?
25              A.   Yes, sure.
```

```
                                                    Page 14
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2               Q.   What did you do?
 3               A.   I had a meeting with my lawyers two
 4      times in the week.  I saw some documents, yeah,
 5      the ones in the case and, basically, that's it.
 6               Q.   So who did you meet with?
 7               A.   I was meeting with Phil and another
 8      two guys from the firm.
 9               Q.   And you said you met twice earlier
10      this week?
11               A.   Yes.
12               Q.   Do you remember which days?
13               A.   Yesterday and the day before.
14               Q.   So Wednesday and Thursday?
15               A.   Yes.
16               Q.   And about how long were those
17      meetings?
18               A.   Like two hours, an hour, two hours,
19      more or less.
20               Q.   So was anybody else in the meeting
21      with you besides yourself and Counsel?
22               A.   No, you know, just us.
23               Q.   And you said that you reviewed
24      documents, right?
25               A.   Uh-huh.
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2            Q.  And that was to just make sure that
 3     your memory was correct about the events relevant
 4     to this case?
 5               MR. KIM:  Objection, vague.
 6            A.  Yeah, I saw the documents on the
 7     case, yeah, just to see the general things about
 8     the case.
 9            Q.  And did that jog your memory about
10     the events of this case?
11            A.  Yeah, it helped.
12            Q.  Okay.  Do you know which specific
13     documents those were?
14            A.  Mostly the complaint.  Yeah, we saw
15     the other documents but mostly the complaint.
16     The Certification we saw as well.
17            Q.  Okay.  And that's the Certification
18     that was served that shows the trades you made
19     during the stock period?
20            A.  Yes.
21            Q.  Did you speak with anybody else at
22     anytime in preparing for this deposition?
23            A.  No, not at all.
24            Q.  Did you take any other preparatory
25     steps for this deposition?
```

```
                                         Page 16

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           A.   The other matters are attorney
 3      privilege with The Rosen Law Firm.
 4           Q.   Yeah, to be clear, I'm not asking you
 5      what you discussed with your attorneys.
 6                I'm asking, for instance, did you
 7      read any deposition transcripts from previous
 8      depositions?
 9           A.   No.
10           Q.   Did you speak with other named
11      Plaintiffs about their depositions?
12           A.   No.
13           Q.   Have you discussed this lawsuit at
14      all with anybody else other than your lawyers?
15           A.   No.
16           Q.   You said you've never been deposed
17      before; is that in any proceeding or just in an
18      American proceeding?
19           A.   No, not at all.  Not in Columbia, not
20      in the US.
21           Q.   Have you ever been involved in a
22      legal proceeding in any way?
23           A.   Not that I recall.
24           Q.   So, for example, were you ever a
25      plaintiff suing somebody else?
```

Page 17

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          A.   No, not that I recall.

3          Q.   Have you ever been sued?

4          A.   Not that I recall.

5          Q.   Have you ever acted as a witness in a

6     case that you weren't either suing someone or

7     being sued?

8          A.   No, not that I recall.

9          Q.   So it stands to reason that you've

10    never been a class representative before,

11    correct?

12         A.   That's correct.

13         Q.   And could you please just tell me

14    about your background and education please?

15         A.   Sure.  I work with IT.  I have

16    studies in IT in Columbia.  I did a Bachelor's

17    and the Master's for IT.  And I did Master's as

18    well in innovation, yeah.  And I have around

19    17 years of experience in IT.

20         Q.   Okay.  And where did you receive

21    those degrees?

22         A.   The three main ones in Columbia and

23    the second Master in Spain, in Barcelona.

24         Q.   Okay.  So, in Columbia, it was at Los

25    Andes University?

```
                                                    Page 18
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           A.   Yes.
 3           Q.   And your main educational background
 4      is in something called a systems engineer?
 5           A.   Yes.
 6           Q.   And is that the same thing as IT?
 7           A.   Yes.  Yes, that's how it is called in
 8      Columbia, in that university, specifically.
 9           Q.   So what is it that a systems engineer
10      does?
11           A.   Basically, we design IT systems,
12      yeah, in all the phases that it has and all the
13      kind of different systems that there exists.
14           Q.   And so you first received your
15      Bachelor's in 2005?
16           A.   Uh-huh, yes.
17           Q.   And then you received your Master's
18      in systems engineering in 2009?
19           A.   Yes.
20           Q.   And your Master's in innovation
21      strategy and entrepreneurship in Barcelona, as
22      you were saying, in 2014?
23           A.   Yes.
24           Q.   And what was that Master's?
25           A.   Hum?  What was the question?
```

```
                                          Page 19
```

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2         Q.   I'm sorry, yes.

3              What was that Master's degree?

4         A.   It is about techniques for innovation

5    and entrepreneurship.  It included a project on

6    entrepreneurship.

7              MR. COHEN:  Okay.  Let's mark Tab 4.

8         Q.   Are you set up with Exhibit Share?

9         A.   Can you repeat the question?  What is

10   that?

11             MR. KIM:  Yeah, he's -- Santiago,

12   you've got that Exhibit Share link, right, where

13   they're going to show you documents?

14             THE WITNESS:  Yes, I have it.

15             MR. KIM:  They just put something in

16   the -- in your folder, an exhibit called 268.

17             Is that right, Scott?

18             THE WITNESS:  Yes, I'm seeing it.

19             (Deposition Exhibit 268, copy of Mr.

20   Gill's curriculum vitae, was marked for

21   identification.)

22        Q.   Okay.  And what is this document?

23        A.   I'll take a look.

24             That is my CV.  Well, a version of my

25   CV, of course.

```
                                                    Page 20

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2          Q.  Is this the most updated version of

 3    your CV?

 4          A.  Let me take a look.

 5              It's very close to that.  I have made

 6    some minor adjustments but, yes.

 7          Q.  Okay.  Could you tell me what has

 8    changed from your previous --

 9          A.  I think things with the details of

10    the deduction and the way it's written.

11              THE STENOGRAPHER:  Can you say that

12    again I'm sorry.

13          A.  Details some changes regarding how it

14    is written, some things that are in the CV.

15          Q.  So they're non-substantive?

16          A.  Non-substantive, yeah.

17          Q.  And other than those few minor

18    changes, this fairly and accurately represents

19    your education and work experience?

20          A.  Yes.

21          Q.  Okay.  Do you have any education in

22    finance or economics?

23          A.  Yes.

24          Q.  And what is that?

25          A.  I -- I started finance, everything
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     related to finance in 2020 and I have made three
 3     courses on finances and I operate the markets
 4     since 2020, around three years, two years and a
 5     half.
 6          Q.  And when in 2020 was that that you
 7     started this company [sic]?
 8          A.  In April.
 9          Q.  April 2020.
10               And what do you do when you say you
11     "operate the markets"?
12          A.  Okay.  I invest in the markets.  I
13     invest in both the Columbian market, the
14     Columbian Stock Exchange and the US Stock
15     Exchange.
16          Q.  Okay.  Do you know what "market
17     efficiency" means?
18          A.  I have an idea, yes, of the term.
19          Q.  What is your understanding of that
20     term?
21          A.  It's that the market, like, it puts
22     on the price what is happening on the reality.
23     That's like a rough idea I have.
24          Q.  And by "reality," do you mean
25     information --
```

```
                                              Page 22

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2          A.   Yes.

 3          Q.   -- about a company?

 4          A.   Information regarding the macro

 5     economics, the companies and et cetera.

 6          Q.   And what do you mean by "et cetera"?

 7          A.   Well, there are many things, like,

 8     that impact the market, like all the --

 9     macroeconomics drops in the market, all the

10     indicators, other indicators, yeah, other

11     equities that are being negotiated and the things

12     happening in the reality, yes.

13          Q.   And you said since April 2020, when

14     you started this company [sic], you educate

15     people on --

16          A.   No, I don't educate.  I just took

17     some courses.  But I'm not a trainer.

18          Q.   Where did you take those courses?

19          A.   One of them, the first one was in a

20     school -- yeah, a firm in Columbia called Arena

21     Alpha, which is an education institution in

22     Columbia.  I took another course in the Columbian

23     Stock Exchange.  They offered courses, yeah.  I

24     took other course in Udemy, yeah, about the US

25     stock market.  And that's, basically, it.
```

```
                                        Page 23
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2            Q.  And this document also notes that
 3    from July 2020 to the present you have been
 4    employed by SuperNat Retail in Bogota.
 5            A.  Yes.
 6            Q.  Is that still correct?
 7                THE STENOGRAPHER:  I think he froze.
 8            A.  Can you repeat the question please?
 9            Q.  Do you still work for SuperNat
10    retail?
11            A.  Yes.
12            Q.  And your job title is Analytics
13    Architect and Financial Operations?
14            A.  Yes.
15            Q.  And what do you do for that?
16            A.  So, basically -- well, it's a company
17    retailer.  We sell natural products and I -- my
18    responsibility is to design the information
19    system so that we have accurate information about
20    the financials of the company.  And then I
21    operate and standardize the process to operate
22    everything related to the financials of the
23    company.
24            Q.  If you look at the second page of
25    your résumé, would you say that the description
```

```
                                            Page 24
```

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2      of your role at SuperNat Retail is correct?

 3              A.  It is correct, yeah.  I will note

 4      that this is CV oriented for IT position.  So all

 5      the description there, under the descriptions

 6      there, are focused on the things related to IT

 7      mostly.

 8              Q.  And so you do things unrelated to IT,

 9      but that's not on this résumé?

10              A.  Let me see again the résumé.

11              I do some other things for them

12      besides what it is written.  It is focused -- the

13      résumé is focused on the IT things.

14              Q.  Do you do anything financed based for

15      them?

16              A.  Yes.  We -- it's -- I go, like,

17      supervise the financial operations of the

18      company, yeah, like the day-to-day activities.

19              Q.  Such as the accounting activity?

20              A.  Yes.

21              Q.  And what does that entail?

22              A.  So we have a group of people, yeah,

23      that run the company.  And, specifically, my team

24      is -- includes the accounting team, yeah.  So,

25      basically, we -- I with the team supervise the

```
                                              Page 25
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     activities are done accordingly to standards.
 3          Q.  Do you do any investing on behalf of
 4     this company?
 5          A.  No.
 6          Q.  Okay.  And before you were at
 7     SuperNat Retail, you were a digital architecture
 8     manager at T&AS?
 9          A.  Yes, that was the name of the unit.
10     It was in -- you can see it up, the name of the
11     company is Everis, which it was -- it is part of
12     Entity Data.
13          Q.  And is the description below that an
14     accurate description of your role there?
15          A.  Yes.
16          Q.  And prior to that in 2016 through
17     2019, you were employed as a CTO Architect and
18     co-founder of Wide Sports?
19          A.  Yes, that is correct.
20          Q.  What did you do at Wide Sports?
21          A.  I was, basically, leading the company
22     technically from the IT point of view and I was
23     the co-founder for that.  So I with the team, we
24     designed the architecture for that platform and
25     developed and put it to operation.
```

```
                                                    Page 26
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2              Q.   And why did you start this business?
 3              A.   Well, basically, because I saw an
 4      opportunity on that.   That business is now
 5      stopped.   I actually -- I stopped it because of
 6      the pandemics; so no events.
 7              Q.   You stopped this in 2019?
 8              A.   No, in 2020, when the pandemic start.
 9              Q.   Okay.   Who are your other
10      co-founders?
11              A.   A friend in Columbia.
12              Q.   And your résumé says that your hobby
13      include being an independent investor?
14              A.   Yes, I am.
15              Q.   What do you mean by that?
16              A.   That I invest in the markets, yeah,
17      and follow the markets, yes.
18              Q.   And it's a hobby, so you enjoy doing
19      that?
20              A.   I enjoy doing that, yes.
21              Q.   How did you first learn about
22      investing?
23              A.   I first learned from some courses I
24      took in Columbia and the courses I told you
25      before.
```

```
                                          Page 27

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2           Q.   With the Arena Alpha?

 3           A.   Arena Alpha, yes, and the Stock

 4      Market Exchange in Columbia and another course in

 5      Udemy.

 6           Q.   I want to show you what's been

 7      previously marked in this case as Exhibit 2.

 8                (Deposition Exhibit 2, 2/27/23 letter

 9      from The Rosen Law Firm to the Cravath Law Firm

10      and attachment, was previously marked for

11      identification.)

12                MR. KIM:  Is it in there yet?  I

13      don't see it.

14                THE WITNESS:  I don't see it either.

15                MR. KIM:  Oh, there we go.

16           Q.   Do you have that up, sir?

17           A.   Let me review it please.

18                I don't have that document, but it

19      has some information that I send to the -- to my

20      lawyers, yeah, about my, yeah, social media

21      accounts.

22           Q.   But you've never seen this document

23      before?

24           A.   I don't recall.

25           Q.   Did your Counsel ever reach out to
```

```
                                              Page 28
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    you to ask you which social media platforms you
 3    were on?
 4              A.  Yes.
 5              Q.  And so, if you would turn to your
 6    name, do you see on Page 2?
 7              A.  Yes.
 8              Q.  Are these the only social media
 9    accounts you have now?
10              A.  Yes.
11              Q.  And it looks like it also goes on to
12    Page 3.
13              A.  Yes.
14              Q.  Are these the only social media
15    accounts you've ever had?
16              A.  Yes.
17              Q.  So your YouTube account is
18    ████████████████████?
19              A.  Yeah, the thing is that ID is
20    automatically generated.  So I don't know it by
21    hard.  The YouTube account is associated with the
22    -- with my e-mail, the e-mail you have been using
23    to reaching me out.
24              Q.  And what e-mail is that?
25              A.  It's  ████████████████████████████
```

```
                                                Page 29
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2              Q.   Okay.  So is your YouTube account
3      private, as far as you know?
4              A.   Yes.
5              Q.   And how frequently do you use it?
6              A.   Everyday.
7              Q.   And have you been using it everyday
8      since, at least, December 2020?
9              A.   Yes.
10             Q.   And what do you use it for?
11             A.   I use it to watch videos -- videos.
12             Q.   About in particular?
13             A.   Well, about everything, basically,
14     about sports, about hobbies, about investments.
15     Yeah, that's it.
16             Q.   Do you ever delete anything off of
17     YouTube?
18             A.   Not that I recall.  I usually don't
19     do it.
20             Q.   And going to the next one, is this
21     your Twitter handle?
22             A.   Yes.
23             Q.   ███████████████
24             A.   Yes.
25             Q.   And is that your only Twitter

```
                                           Page 30
```

 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2    account?

 3            A.  Yes.

 4            Q.  About how frequently do you use it?

 5            A.  I basically -- I would say everyday

 6    or every two days, I watch Twitter.

 7            Q.  And for about how long?

 8            A.  It's difficult to say; about an hour.

 9    I see, basically, news on that.

10            Q.  And had you been engaging on Twitter

11    everyday or twice a day since around

12    December 2020?

13            MR. KIM:  Objection, vague.

14            A.  I mainly watch Twitter.  I don't post

15    that much, yeah.  So but, yeah, I use it for

16    reading.

17            Q.  And you used it for reading going

18    back to, at least, December 2020?

19            A.  Mostly for reading.  I post from time

20    to time but not much.

21            Q.  When you post, would you say it's for

22    something more important?

23            A.  No.  I don't post because I don't

24    have the time and I don't use it for any specific

25    purpose.  But sometimes I like to comment.

```
                                                    Page 31
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    That's it.  But not views in particular, no
 3    objective in particular.
 4           Q.  Alright.  The next one down is your
 5    Facebook account, right?
 6           A.  Yes.
 7           Q.  And this is the accurate --
 8           A.  Yes.
 9           Q.  -- address?
10           How often do you use Facebook?
11           A.  I would say, yeah, everyday, every
12    two days depending on the things I need.
13           Q.  And that account is private too,
14    correct?
15           A.  Yes, it's private.
16           Q.  Do you ever delete posts off your
17    Facebook account?
18           A.  Not that I recall, no.
19           Q.  Did you ever delete any -- sorry.
20           A.  Maybe, but not that I recall.
21    Nothing that I recall, to be honest.
22           Q.  Do you ever delete anything off your
23    Twitter?
24           A.  Not that I recall.  I don't post much
25    and I don't -- well, I don't delete as well
```

```
                                              Page 32
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    either.
 3          Q.  Do you ever post on Twitter or
 4    Facebook about investing?
 5          A.  Not much.  Sometimes I comment.  Some
 6    people post things about investing, but, yeah,
 7    not much, yeah.  I don't have the time to do it.
 8          Q.  When you do your reading on Twitter,
 9    do you look at investment information ever?
10          A.  Yeah, sometimes I look for investment
11    like a status of the market, mostly information
12    and news.  But that's, like, the main idea of it,
13    besides news on the -- mostly in Columbia.
14          Q.  And this last account is your
15    Instagram, right?
16          A.  Yes.
17          Q.  And that's your handle is ████████
18          A.  Yes.
19          Q.  How often do you use that?
20          A.  More or less the same frequency as
21    the other; everyday or every two days.
22          Q.  And that was the same in
23    December 2020 as it is now?
24          A.  I think, yes, as I recall.
25          Q.  Do you ever delete posts off of that?
```

```
                                                    Page 33
```

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2          A.   No.   And I don't post much at all,

 3     maybe a couple but nothing, nothing much.

 4          Q.   And you said you never had any social

 5     media accounts other than these, correct?

 6          A.   Not that are active, as I recall.

 7          Q.   What about accounts that are no

 8     longer active but that you had before?

 9          A.   Hmm.  I have to -- I don't recall.

10     For example, I had something like on Messenger,

11     but that's inactive; long time ago.  But I don't

12     recall.

13          Q.   That's Facebook Messenger?

14          A.   No, that's the Microsoft Messenger.

15          Q.   Did you ever have a Reddit account?

16          A.   No.

17          Q.   No TikTok account?

18          A.   No.

19          Q.   Or Twitch?

20          A.   (No response.)

21          Q.   Okay.

22               THE STENOGRAPHER:  I'm sorry, your

23     answer?  I didn't hear an answer.

24          A.   Sorry; no.

25          Q.   We noted before that your résumé said

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    that one of your hobbies was as an independent
 3    investor, correct?
 4          A.  Yes.
 5          Q.  And, generally speaking, how would
 6    you describe your level of experience in
 7    investing?
 8          A.  From one to ten, I would say six.
 9          Q.  When did you first start investing in
10    the stock market?
11          A.  In April 2020.
12          Q.  And how did you first start
13    investing?
14          A.  I started and I took some courses,
15    some institutions in Columbia with the Arena
16    Alpha.  That's one of the courses I took.  The
17    stock market exchange, I took another course
18    there and another one in Udemy.
19          Q.  And did you sign up with a brokerage
20    at that time?
21          A.  Yes.  The first brokers I started
22    using were in Columbia, in Columbia in the stock
23    market in Columbia, which were Valores
24    Bancolumbia and CredicorpCapital.  Later I
25    started with TD Ameritrade.
```

```
                                            Page 35
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.  Why did you open up three different
 3    accounts?
 4          A.  Well, basically, the accounts in
 5    Columbia just trade the stock market in Columbia.
 6    But there are some products that work in the US
 7    market, but I don't like to use them.  But mostly
 8    they operate in the stock market in Columbia.
 9    And TD Ameritrade I use it for, yeah, operating
10    the US market.
11          Q.  Do you invest in a company called
12    Avianca?
13          A.  Yes.
14          Q.  Is that one of your larger holdings?
15          A.  It's a -- it was, yeah, at that time.
16          Q.  At what time?
17          A.  Around the 2020, as I recall.
18          Q.  Do you remember how big your position
19    in Avianca was?
20          A.  It was big, as I recall.  But I don't
21    remember the specifics.
22          Q.  Okay.  Were -- is that a publically
23    traded company?
24          A.  It was at that time, yes.  Right now
25    I don't know, because they were sold to another
```

```
                                              Page 36
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     company.  I haven't followed much Avianca since
 3     then.
 4          Q.  Okay.  About how much time today do
 5     you spend investing?
 6          A.  It depends on the day.  But I would
 7     say one hour daily, something around that.  But
 8     it depends on the day.
 9          Q.  And what about in December 2020 and
10     January 2021?
11          A.  Around that, maybe a bit more.  I
12     would say two hours, three hours.  It all depends
13     on the market.
14          Q.  What made you interested in starting
15     to invest in 2020?
16          A.  Well, basically, I started because of
17     the pandemic.  My thinking was that even before
18     going -- starting in investing, my feeling was
19     that there was a lot of opportunities brought by
20     the pandemic, in terms of the stock market.  So
21     that was my feeling before starting.  So I
22     started with that.  That made me start with the
23     courses and all the things I have told you
24     before.
25          Q.  And what were the opportunities you
```

```
                                                Page 37

 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2      saw in the stock market during the pandemic?

 3            A.  Well, basically, that was my -- my

 4      feeling before starting.  When I started

 5      investing, I started investing in the Columbian

 6      market and many companies were very undervalued.

 7      So that's why -- well, I got into investing.

 8                 The companies that were interesting

 9      were Avianca, as you mentioned, and other in

10      Columbia.

11            Q.  What do you mean by, "they were

12      undervalued"?

13            A.  The price that was in the stock

14      market was lower than the real value of the

15      companies I was seeing.

16            Q.  What did you base the "real value of

17      the companies" on?

18            A.  I, basically, do all my investing

19      based on value investing, yeah.  I see the

20      financials and I see as well the real operation

21      of the company.  I mean, where they are located

22      and all the things happening in the real world

23      besides the statements and the indicators.

24            Q.  So, when you think that a company is

25      "undervalued," you're thinking that the stock
```

```
                                            Page 38

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    market price does not correctly reflect the
 3    information that's publically available about the
 4    company's financials and its operations?
 5              MR. KIM:  Objection, vague.
 6          A.  Yeah, I do an analysis to see the --
 7    how it is the price compared to its valuation.
 8    And if I see an opportunity that the price will
 9    go up, I invest in it.  I do a plan for that
10    investment and I invest on it.
11          Q.  And do you base your perception of
12    the value of a company on anything except
13    publically available information?
14          A.  Yeah, about the information I see
15    about the news and about the -- all the
16    information regarding the company, yes.
17          Q.  And it's only publically available
18    information that you base your idea of the value
19    of the company on?
20          A.  Yes.
21              MR. KIM:  Objection.
22          Q.  You said, "yes"?
23          A.  Yes.
24          Q.  Is that how you would describe your
25    investment philosophy for all stocks you
```

Page 39

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     purchase?
 3             A.  It's difficult to say that it's "for
 4     all," also.  But that's like my general view of
 5     the stock market.
 6             Q.  Is there any particular industry you
 7     invest in?
 8             A.  No, not any particular.
 9             Q.  You invest in Columbian stocks and
10     American stocks you said, correct?
11             A.  Yes.
12             Q.  And what type of Columbian traded
13     companies do you invest in?
14             A.  I don't recall the specifics.  But,
15     as you mentioned, Avianca, that's one of them.
16     Another one is like Cementos Argos, Grupo Argos,
17     which are companies related to construction, you
18     know, Ecopetrol, a petrol company and, yeah, some
19     others, but I don't recall the specifics.
20             Q.  How would you describe your risk
21     tolerance?
22             A.  I would say medium.
23             Q.  Are there times when you're mostly
24     trusting your intuition when investing in a
25     stock?
```

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                MR. KIM:  Objection, vague.

3           A.  I would say I do my analysis and I

4      trust my analysis, yeah, and that's how I try to

5      operate.

6           Q.  And what do you mean when you say

7      that your risk tolerance is "medium" when you're

8      investing?

9           A.  Yeah, sometimes the positions go low

10     and I tolerate some level of going down, yeah.

11     And if it's going down -- even though I did the

12     valuation and did the technicals, yeah, sometimes

13     I tolerate that it's going down.  But I -- like,

14     sometimes I prefer to trigger a stop loss, yeah,

15     for that.  But I don't do it on extremes.  If

16     it's going too much, I don't go to extremes.

17          Q.  What factors do you consider when

18     evaluating the riskiness of a certain stock?

19          A.  Well, I see mainly fundamentals.  I

20     see the company, what the company is doing, yeah.

21     And I see news about the company.  And I do

22     technical analysis as well.  I do all these

23     analysis and I analyze the market conditions as

24     well.  Based on this mix I make the decisions.

25          Q.  Do you only invest in stocks?

```
                                            Page 41
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          A.   No.
 3          Q.   Do you also invest in options?
 4          A.   No, I don't invest in options.
 5          Q.   What else?
 6          A.   I invest in real estate.  I have an
 7   investment in Columbian real estate and I invest
 8   in another company that is outside of the stock
 9   market in Columbia.
10          Q.   What kind of real estate do you
11   invest in?
12          A.   Oh, apartments.
13          Q.   So residential?
14          A.   Residential, yes.  Actually, at the
15   moment I only have one apartment.
16          Q.   Have you ever invested on someone
17   else's behalf?
18          A.   No.
19          Q.   For example --
20               THE STENOGRAPHER:  I didn't catch the
21   answer.
22               MR. KIM:  He said, "no."
23          A.   No.
24               THE STENOGRAPHER:  I thought he said
25   something along with that.
```

```
                                              Page 42
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           A.  Yeah, not that I recall.
 3           Q.  Has anybody ever invested on your
 4      behalf?
 5           A.  No.
 6           Q.  Have you ever hired an investment or
 7      a financial adviser?
 8           A.  No.
 9           Q.  Do you talk about investing with
10      friends?
11           A.  Actually, no.  My friends don't
12      invest in the stock market.  I speak about
13      investments that are outside the stock market
14      with friends.
15           Q.  Like --
16           A.  Like real estate -- like real estate,
17      for example.
18           Q.  And now you use multiple brokerages
19      to invest?
20           A.  Yes.
21           Q.  And you use one of them more for the
22      Columbian-listed companies?
23           A.  Yes.
24           Q.  And the other one you use for
25      American-listed companies?
```

```
                                           Page 43
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          A.   Yes, exactly that.
 3          Q.   Which brokerages do you use again?
 4          A.   One is called Valores Bancolumbia,
 5    CredicorpCapital and TD Ameritrade.
 6          Q.   How do you fund these accounts?
 7          A.   With my personal savings.
 8          Q.   Just what you made from your
 9    occupation?
10          A.   Exactly.
11          Q.   And you became an American -- an
12    Ameritrade customer in April 2020?
13          A.   I think it was after, but I don't
14    recall the detail.
15          Q.   So you first became -- you first
16    opened up a brokerage account with the brokerages
17    in which you traded Columbian stocks?
18          A.   Yes, that's correct.
19          Q.   And about how long after that did you
20    open up your Ameritrade account in which you
21    trade American stocks?
22          A.   I don't remember specifics.  I would
23    say around a year, but I don't remember
24    specifics.
25          Q.   And you opened up your Columbian
```

Page 44

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     brokerages in April 2020 you said?

3          A.  Yes.

4          Q.  So would you agree that you opened up

5     your Ameritrade account at the end of 2020?

6          A.  Yeah, around those dates, yes.

7          Q.  So December 2020?

8          A.  Around those dates.  I -- I don't

9     remember the specifics.

10         Q.  And why did you start using

11    Ameritrade?

12         A.  Well, basically, I did an evaluation

13    of different brokers in the US.  And after the

14    evaluation, I decided that TD Ameritrade was the

15    best for my interests.

16         Q.  Do you still use that account?

17         A.  Yes.

18         Q.  How frequently?

19         A.  It depends on the market and it

20    depends on my investments that I have active but

21    daily, twice -- every two days.

22         Q.  And you said you became associated

23    with CredicorpCapital around April 2020?

24         A.  That's correct.

25         Q.  Why did you --

                    CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1
2          A.  I don't remember the exact date I
3     opened the account with them but around those
4     dates.
5          Q.  And you decided to open that when you
6     first became interested in investing during the
7     pandemic?
8          A.  Yes, that's correct.
9          Q.  How frequently do you use that
10    account?
11         A.  Right now I don't -- I don't use it.
12         Q.  And the late 2020 did you use it?
13         A.  Yes.
14         Q.  About how frequently?
15         A.  Around more or less the same.  It
16    depends on the investments I had; sometimes
17    everyday, sometimes every two days.
18              MR. COHEN:  Let's mark Tab 3.
19              (Deposition Exhibit 269, copy of Mr.
20    Gill's December 2020 account statement for
21    CredicorpCapital P00002761 to P00002763 marked
22    Confidential, was marked for identification.)
23         Q.  Mr. Gill, in your folder you should
24    be seeing Exhibit 269.
25              MR. COHEN:  And, for the record, the

                                                          Page 46

1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2       beginning Bates Number of this document is

3       P00002761.

4                   MR. KIM:  Is there a question?

5                   MR. COHEN:  I'm waiting for Mr. Gill

6       to tell me that he's opened up the document.

7            A.   Yes, I opened, okay, the document.

8            Q.   Do you recognize this document?

9            A.   Yes.

10           Q.   This is a copy of your

11      CredicorpCapital account statement from

12      December 1st, 2020 through December 31st, 2020?

13           A.   Yes, that is correct.

14           Q.   And, according to this page, you had

15      ████████████████████████████

16        ██████████████████████████

17        ████████████████████████████████████

18     █████████████████████████

19        ███████████

20        ██████████████████████████████████████

21     ███████████████████████████████

22           A.   Yes, that is correct.

23           Q.   Let's look at the second page?

24           A.   Uh-huh.

25           Q.   Am I correct on December 14th, 2020,

```
                                                   Page 47
```

```
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      you sold 1200 shares of AO Grupo Argos for 13,400
 3      pesos?
 4            A.   Yes.
 5            Q.   This is a company in the construction
 6      industry?
 7            A.   Yes.  It's a holding --
 8            Q.   Why did you --
 9            A.   (INAUDIBLE DUE TO CROSS-TALK.)
10            THE STENOGRAPHER:  I didn't catch the
11      answer.  I'm sorry.
12            A.   It's a holding company.
13            Q.   And why did you invest in this
14      company?
15            A.   Because -- well, I don't remember the
16      specifics.  It's around two years ago.  But,
17      basically, I used the same thesis, which is I
18      thought it was undervalued based on the
19      fundamentals and the operations of the company.
20      But I don't remember the specifics.
21            Q.   And on December 22nd, 2020, you sold
22      4,756 shares of Ecopetrol?
23            A.   Yes.
24            Q.   And that was for 2,259 pesos per
25      share?
```

```
                                                Page 48
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           A.   Yes, that is correct.
 3           Q.   This is a petroleum company, correct?
 4           A.   It's correct.
 5           Q.   And why did you invest in this?
 6           A.   Well, I don't remember the specifics,
 7      but it is the same thesis for investment.  I
 8      thought it was undervalued at that time and --
 9      yes, so I saw an opportunity on that.
10           Q.   And why did you sell at this time?
11           A.   I don't remember the specifics.
12           Q.   Do you usually sell when you perceive
13      that a company is now being valued at what you
14      think it should be valued at?
15                MR. KIM:  Objection, vague.
16           A.   I don't remember the specifics, but I
17      take into consideration a lot of things from the
18      market.  But the specifics are I don't know.  I
19      don't remember.
20           Q.   In general, what are the
21      considerations from the market that you take into
22      account when selling a stock?
23                MR. KIM:  Objection, asked and
24      answered.
25           A.   I see the market, the direction of
```

```
                                             Page 49

 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    the market and the news related to the market and
 3    to the company and based in that, I do an
 4    analysis and I decide the strategy on that.
 5              Q.   And on each trade, it looks like you
 6    pay a commission, right?
 7              A.   Yes, that is correct.
 8              Q.   You also have a Bancolumbia account?
 9              A.   It is called Valores Bancolumbia but,
10    yes.
11              Q.   And you said "Valores"?
12              A.   Valores Bancolumbia, that's the name
13    of the broker.
14              Q.   Thank you.
15                   When did you first open your Valores
16    Bancolumbia account?
17              A.   Around those days, around
18    April/May 2020.
19              Q.   And why did you start using Valores
20    Bancolumbia?
21              A.   Basically, I did an analysis of the
22    brokers in Columbia and it was -- the
23    characteristics of both CredicorpCapital and
24    Valores Bancolumbia were the best for my needs.
25              Q.   Do you also only invest in Columbian
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     stocks on Valores Bancolumbia?

3          A.  Yes, as I recall.

4          Q.  And about how frequently do you use

5     that now?

6          A.  Right now I don't use it much.  I see

7     through it every once a month.  That is because

8     the characteristics of the market in Columbia

9     right now.

10          Q.  What's going on in Columbia?

11          A.  Basically, we have a President that

12     it goes in another line different to mine.  So

13     he's impacting the stock market.  So I prefer not

14     to invest because -- because of that.

15          Q.  Is that one of the reasons why you

16     said before that you don't trade Columbian-traded

17     stocks as much now?

18          A.  Yes, that is the reason.  Yeah, it is

19     because politics and the impact of the stock

20     market more than the price, because, actually,

21     there are plenty of opportunities in Columbia.

22     But the risk is too high.

23               MR. COHEN:  Let's mark Tab 4.

24               (Deposition Exhibit 270, copy of Mr.

25     Gill's December 2020 account statement for Grupo

```
                                            Page 51
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2     Bancolumbia Capital P00002776 to P00002780 marked

 3     Confidential, was marked for identification.)

 4                MR. KIM:  Scott, we've been going

 5     about an hour.  I mean, if you got just a couple

 6     more minutes on this document, maybe after we

 7     could take a break or we can take a break now.

 8     Whatever you want to do, five minutes.

 9                THE WITNESS:  I agree.

10                MR. COHEN:  Yeah, let's take a break

11     now.

12                MR. KIM:  Alright, sounds good; five

13     minutes, 10:10?

14                MR. COHEN:  Perfect.

15                THE WITNESS:  Perfect, sounds good.

16                MR. COHEN:  Alright.

17                THE VIDEOGRAPHER:  Stand by please.

18                The time is 4:05 p.m.  We are going

19     off the record.  This will end Media Unit 1.

20                One second please.  And we are off

21     the record.

22                (Recess taken 4:05 to 4:16 p.m.

23     Serbian time.)

24                THE VIDEOGRAPHER:  The time is

25     4:16 p.m.  We are back on the record.  This will
```

```
                                              Page 52
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     be start of Media Unit No. 2.
 3              Counsel.
 4          Q.  Mr. Gill, in your folder, you should
 5     be seeing Exhibit 270.
 6          A.  Yes, I see it.
 7          Q.  Do you recognize this document?
 8          A.  Yes.  This is -- yes, sorry.  Sorry
 9     about that.
10          Q.  No, no.  Go on, please.
11          A.  It is a statement of Valores
12     Bancolumbia, that broker.
13          Q.  And this statement shows your account
14     activity from December 1st, 2020 through
15     December 31st, 2020?
16          A.  Yes, that is correct.
17              MR. COHEN:  And for the record the
18     beginning Bates Number is P00002776.
19          Q.  Did you use your Bancolumbia account
20     from January through March 2021?
21          A.  Yes.  But I don't remember the
22     specifics.
23          Q.  Did you make further trades from this
24     account after that time?
25          A.  Yes.
```

```
                                                    Page 53
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                 MR. KIM:   Which time, January or
 3      December?
 4                 MR. COHEN:   The time period from
 5      January 2021 through March 2021.
 6          A.   I don't remember the specifics.
 7          Q.   In which stocks do you generally
 8      invest using this account?
 9          A.   I invest in the Columbian market.  So
10      stocks that are listed in the Columbian market
11      mainly but not one in particular.
12          Q.   And what's your portfolio value in
13      this account today?
14          A.   Today, I don't remember the
15      specifics.   ████████████████████████████████
16      ████████████████████████
17          Q.   Let's look at the summary of your
18      portfolio listed on this first page.  In the
19      column that says -- I'm sorry, the row that says,
20      "acciones."
21          A.   Yes.
22          Q.   Do you see that?
23          A.   Yes.
24          Q.   It notes that your balance as of
25      ████████████████████████████████████████████
```

Page 54

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    ███████████████
 3              A.   Yes.
 4              Q.   And your balance a month later as of
 5    December 31st, 2020 was 20,224,000 Columbia
 6    pesos, correct?
 7              A.   That's correct.
 8              Q.   So, according to the next block over,
 9    that was a drop of 46.284 percent in value?
10              A.   That's -- that's correct.  That's
11    what the statement is saying.
12              Q.   Was that a significant loss for you?
13              A.   I don't remember the specifics.  But
14    I don't think that is a loss.  That is just
15    mostly stocks that were sold and are not there
16    anymore.  So I don't think it's a loss.  But I
17    don't remember the specifics at that time.
18              Q.   So, when you sell a stock, do you
19    take the money out of your account?
20              A.   No.
21              MR. KIM:  Objection, vague.
22              A.   I, typically, don't do it.
23              Q.   Do you, typically, leave the money
24    you get for selling your stocks in the brokerage
25    account, correct?
```

```
                                            Page 55
```

1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2            A.  Yes, that's correct, typically.  But

3    I don't remember the specifics at that time.

4            Q.  ████████████████████████████████

5    ██████████████████████████████████████████

6    ███████████████████████████████████████

7    ████████████████

8            MR. KIM:  Objection to form, vague.

9            A.  Actually, not really, yeah.  I would

10   see the total, yeah.  That's the last column of

11   that table, yeah.  That's the total, yeah, in the

12   account, yeah.  And I would see the totals that

13   were taken out from the account.  So I wouldn't

14   say those were losses.  But I have -- I don't

15   remember the specifics and I would have to see,

16   specifically, this document.

17           Q.  Let's go to the page ending 2777 at

18   the bottom.

19               Do you see that?

20           A.  I'm going there.

21               Which page again in the document?

22           Q.  It's the second page of the document

23   and on the bottom right-hand corner it -- the

24   last four numbers will be 2777.

25           A.  Yes.  I'm seeing that.

```
                                           Page 56
```

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2          Q.  So it looks like you primarily bought

 3     and sold petroleum-related securities in

 4     December 2020; is that right?

 5          A.  Yeah, that's what the document says,

 6     yes.

 7          Q.  Is this your usual trading strategy

 8     in this brokerage account?

 9             MR. KIM:  Objection, vague.

10             I mean, what -- are you saying his

11     usual trading strategy in buying oil stocks or

12     buying and selling stocks or something else?

13          Q.  Is purchasing petroleum stocks, your

14     general target industry in this Bancolumbia

15     account?

16             MR. KIM:  Objection.  It's vague,

17     compound question but...

18          A.  I don't -- I don't trade in

19     particular industry, yeah.  Even in this

20     statement, you can see different types of

21     companies.  You see petrol companies.  That is

22     Terpel.  Actually, Terpel is not a petrol

23     company, as it is it commercializes petrol.  But

24     it is like a gas station company, but it's not a

25     petrol company.

```
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2              You see Ecopetrol, which is a petrol
 3       company.  You see Suramericana, which is a
 4       holding; Grupo Argos, which is a holdings.  So
 5       you see many different titles of companies.  So I
 6       don't trade in a particular industry, no.
 7            Q.  And, Mr. Gill, I want to make sure
 8       that the video captures your face the whole time.
 9       Could you pull your screen down or adjust your
10       screen?
11            A.  I'm sorry.  I was watching the
12       document.
13            Q.  No problem.
14              So, according to this page, most of
15       your purchases in December 2020 were made on
16       December 3rd, correct?
17              MR. KIM:  Objection.  The document
18       speaks for itself.
19            A.  Yes, they were -- if that's what the
20       document says, it is.  It is like that.
21            Q.  And that same day you also made two
22       purchases in AO Grupo Argos?
23              MR. KIM:  What day?  What day are you
24       talking about?
25              MR. COHEN:  That same day.  The
```

```
                                          Page 58
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    previous question was about December 3rd, Phil.
 3              A.   Yes.   That is what is stated on the
 4    document.
 5              Q.   Is there any reason you made most of
 6    your purchases on December 3rd, 2020?
 7              A.   Yes, that is what is stated in the
 8    document.
 9              Q.   Was there a reason that you made all
10    of your purchases on a single day?
11              A.   I don't remember the specifics now.
12              Q.   And you also made purchases on
13    December 22nd, correct?
14              A.   That's correct, according to this
15    document, yes.
16              Q.   And these are all Columbian
17    companies?
18              A.   Yes, they are.   Basically --
19    actually, there is one -- the last one is a Cemex
20    LatAm Holding.   It's a holding company.   It's
21    foreign company, but is -- it's being traded in
22    the Columbian stock market.   Cemex is a
23    multinational.
24                   MR. KIM:   It's a cement company;
25    isn't it?
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2              THE WITNESS:  Yeah, it's a holding
 3     company, yeah, that has presence in Columbian.
 4              MR. KIM:  I see.
 5         Q.  So it looks like you purchased these
 6     same -- the stock in the same company multiple
 7     times in the same day.
 8              Do you see that?
 9         A.  Yes, that is what is stated in the
10     company -- in the document, sorry.
11         Q.  On December 3rd, 2020, for example,
12     you purchased AO Ecopetrol stock at four
13     different points in that day, correct?
14         A.  Yeah, that's correct.  That's what
15     the -- it's stated in the document.
16         Q.  Is that common for you to do?
17              MR. KIM:  Well, I mean, look, we all
18     know that these document show when the trades
19     were made, you know, when the purchases were
20     made.  It doesn't necessarily show that there
21     were multiple trades, right.  You could make one
22     trade that could be filled with multiple
23     purchases.
24              And, you know, I don't read Spanish.
25     So I don't know what this document shows.  So I
```

Page 60

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    don't think you can assume that, you know, these
 3    Ecopetrol transactions was each a trade rather
 4    than one trade or two trades, you know, filled
 5    with multiple transactions.
 6             MR. COHEN:  Phil, this is not your
 7    deposition.  I'm sorry.  But could you please let
 8    Mr. Gill answer the questions that are asked of
 9    him?
10             MR. KIM:  I am.  I'm just trying to
11    clear the record so that we get to the facts, not
12    speculation and, you know, testimony based on
13    assumptions.  That's all.
14             MR. COHEN:  Well, testimony from a
15    lawyer --
16             MR. KIM:  It's not testimony from a
17    lawyer.  I'm just clarifying the record.
18             So let's, you know, let's see what
19    Mr. Gill has to say about this.
20        A.  The statement is showing purchases,
21    yeah, of one company, yeah, on the same day.  And
22    the purchases -- it doesn't mean that it's a
23    trade or not or -- it's a purchase.  That's what
24    is in the document.
25             And, basically, what it shows is that
```

Page 61

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2       the purchases were done in different -- in

3       independent orders.  But that doesn't mean it's

4       like different strategies, different trades.

5       That just means that I first bought as a portion

6       of the company, some stocks of the company and

7       then I added some stocks of the company.

8       Sometimes how the system puts the same order, it

9       breaks it in different prices.

10                    Actually, when you see the specific

11      price for each of the -- of the part of the

12      stock, you can see it in the -- where it says

13      that's our price column, you see a very very

14      similar price, yeah, as you can see there.  So

15      it's like the same purchase.  It's just broke

16      down in different prices, yeah.  That's like

17      typical from the stock market.

18              Q.  Okay.  Would that have been your

19      response before Mr. Kim chimed in?

20              A.  Yes.  I'm just reading the document.

21              Q.  Okay.  I appreciate that, Mr. Gill.

22      I'm just trying to signal to Mr. Kim that you're

23      capable of answering questions on your own.

24              A.  Okay, thank you.

25              Q.  Do you ever make multiple purchases

Page 62

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2       of stock in the same company on the same day?

3            A.   It's difficult to generalize.  But

4       sometimes I do, sometimes I don't.  Sometimes I

5       -- when I do, which could be -- I think it's a

6       natural process.  It's because I needed -- I want

7       to have a bigger position for that company.  So

8       sometimes I do.  Sometimes I don't do it.  But I

9       would say it's part of the natural process of the

10      stock market, of operating the stock market.

11           Q.   So, if you see information about the

12      company in between your first purchase of the

13      stock, that could potentially cause you to buy or

14      sell that same stock later on in the day?

15                MR. KIM:  Objection, incomplete

16      hypothetical, calls for speculation.

17           A.   I -- I agree it's "speculation."

18      It's, like, you can do that for a lot of reasons,

19      yeah.  You can -- you can do it because you are

20      waiting for a price and it's met.  You can do it

21      because you change your portfolio and want to

22      have a bigger position, yeah.  It can change as

23      well because you sold the position and then you

24      have the available money to increase your

25      position.  It can be many ways.  It calls for

Page 63

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     "speculation."
 3          Q.  Other than your Ameritrade,
 4     CredicorpCapital and Bancolumbia accounts, do you
 5     have any other brokerage accounts?
 6          A.  No, no.  I now have another
 7     Ameritrade account that is very recent.
 8          Q.  Within the last year?
 9          A.  I don't remember the specifics but,
10     yes.
11          Q.  Okay.  What type of stocks do you
12     trade on that newest account?
13          A.  I -- it's a TD Ameritrade account and
14     I trade the US market.
15          Q.  Do you do anything differently
16     between your two TD Ameritrade accounts?
17          A.  One account, the newest is longer
18     term, like, yeah, very long term, like years,
19     yeah, and the other one is a bit shorter term,
20     three or six months.
21          Q.  Did you open up your newest
22     Ameritrade account in order to pursue longer term
23     strategy just for that account?
24          A.  I just open it to have a separation.
25     That's all.  It's management of the capital, just
```

```
                                              Page 64
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      that.
 3           Q.  About how frequently do you use that
 4      account?
 5           A.  It's difficult to say.  But I would
 6      say, yeah, every two days, every day, depending
 7      on the market.
 8           Q.  And what's your portfolio value?
 9           A.  ████████████████████████████████
10      ██████████████████████
11           Q.  Do you keep up to date on news of
12      stocks and companies?
13           A.  Yes, I do.
14           Q.  And is there any particular manner of
15      education for how you keep up to date with these
16      stocks and companies?
17           A.  I -- what I do now, I basically see
18      sites for news related to the market like
19      Investing.com.  I see YouTube videos for market
20      recaps, yeah.  And I see news in different media,
21      in Twitter as well.
22           Q.  Is that also how you kept up to date
23      on stock and industry news in December 2020 and
24      January 2021?
25           A.  Yeah, I don't remember exactly how I
```

Page 65

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2    was following the market during those days, but I
3    would guess it's similar, maybe with different
4    YouTube channels and sites.  In my opinion, my
5    investing strategies have evolved everything
6    else.
7           Q.  How have they "evolved" since 2020?
8           A.  As I recall, I follow now different
9    channels, which are following indicators, macro
10   indicators, which is -- have been very good.
11          Q.  So back in 2020 you didn't follow
12   these channels that showed macro indicators?
13          A.  They showed the indicators but in a
14   different way.
15          Q.  What types of videos do you watch?
16          A.  I -- right now I watch market recap,
17   yeah, for the -- a weekly recap or daily recaps
18   and are mostly on technical and fundamentals
19   analysis.
20          Q.  Did you watch those videos back in
21   December 2020, January 2021 as well?
22          A.  I would say different channels.
23          Q.  What channels -- go on.
24          A.  But they -- but the idea was more or
25   the less the same, to see the recap, the summary

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     of the market.
 3          Q.  Do you describe to any newsletter
 4     about investing?
 5          A.  I mostly watch the media that we have
 6     discussed, which is YouTube and Twitter, and --
 7     yeah, more or less that but no newsletters, no.
 8          Q.  What about podcasts?
 9          A.  Podcasts, no, I don't use podcasts.
10          Q.  What about regular broadcast
11     television shows?
12          A.  I -- mostly YouTube and different
13     channels and stuff but mostly YouTube.
14          Q.  Okay.  And all of these videos and
15     social media and other ways in which you followed
16     these stock market in December 2020 and
17     January 2021, did you hear about a possible short
18     squeeze of certain companies?
19          A.  I was following the market at that
20     time, yes.
21          Q.  Can you explain what a "short
22     squeeze" is?
23          A.  A "short squeeze" is like -- is part
24     of the market, of the market dynamics.  It's when
25     a lot of people is short on a stock, yeah, and as
```

```
                                            Page 67
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     you know, the -- when someone is short is
 3     borrowing a stock, right, from the broker.  And
 4     then when a "short squeeze" is when the price is
 5     going up for those stocks and then taking the
 6     stock back to the broker will mean a lot of
 7     losses for a lot of people.  So that causes the
 8     short squeeze that is the price to go up based on
 9     those dynamics, but that's part of the dynamics
10     of the market.
11          Q.  So a short squeeze, according to your
12     understanding, affects the price of a stock?
13          A.  Yes, it does.
14          Q.  And, according to your understanding,
15     does a short squeeze affect the price of a stock
16     even in situations where there is no new
17     information about the company's financials?
18              MR. KIM:  Objection, vague.
19          A.  It is vague.  A short squeeze can
20     happen for many reasons, very different reasons,
21     the same reasons that for a stock price to go
22     down or up but many reasons can affect the price.
23          Q.  Reasons other than information about
24     the company itself?
25          A.  The reasons --
```

Page 68

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2               MR. KIM:  Objection, vague.

3          A.  Yeah, the reasons are -- anything can

4     happen in the market and at the end is the market

5     is just supply and demand.

6          Q.  And what did you hear about the short

7     squeeze in late 2020/early 2021?

8          A.  Well, basically, I saw the news,

9     yeah, and I was following the markets.  So I saw

10    the happenings in the market.

11         Q.  What did you see happening in the

12    market?

13         A.  Well, basically, I -- as you already

14    know, I do value investing.  I was investing in

15    companies that were affected by the pandemic.

16    For example, cinema chains, yeah, and other

17    similar stocks like airlines and et cetera.  So I

18    was -- I saw what was happening with AMC, yeah,

19    and -- well, all the news and everything that I

20    saw that was related to my investments because of

21    that.

22         Q.  So you invested in companies that you

23    saw had stocks that were being affected by the

24    short squeeze, correct?

25               MR. KIM:  Objection.  That's not what

Page 69

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     he said.

3               A.   Yeah, exactly, it's not what I said.

4                    It's -- I -- my investment strategy

5     is based on the fundamentals and I was -- I -- my

6     hypothesis was that the stocks -- the companies

7     that were affected were -- for the pandemic -- by

8     the pandemic were going to recover.  I mean, in

9     this sense, the stock price of those companies

10    would be higher.

11               Q.   In December 2020 and January 2021,

12    according to the news that you were consuming at

13    that time, which companies were being affected by

14    the short squeeze?

15               A.   Well, the companies I know, yeah,

16    were AMC, which I was investing on that company

17    even much much before, I saw about the GameStop,

18    yeah and others that I don't recall.

19               Q.   Okay.  And you invested in GameStop

20    as well?

21               A.   Yes.

22               Q.   And you invested in that at what

23    time?

24               A.   I don't remember the specifics.

25               Q.   What was your opinion about the short

Page 70

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1
2    squeeze?

3         MR. KIM:  Objection, vague.

4         Are you talking about now, then,

5    yesterday?  What are we talking about?

6         Q.  While it was going on in

7    December 2020 and January 2021, what was your

8    opinion about the short squeeze?

9         MR. KIM:  Well, I object.  It hasn't

10    been established that it was actually going on,

11    right.  So I'm objecting to the question because

12    it's vague, assumes facts and it's not clear to

13    me.

14         Q.  During 2020 and 2021 -- during

15    December 2020 and 2021, you saw news and other

16    media that expressed the belief that there was a

17    short squeeze occurring in GameStop and AMC,

18    correct?

19         A.  Correct.

20         Q.  And at that time, what was your

21    opinion of what was happening regarding that

22    supposed short squeeze?

23         A.  I think it's all aligned to my

24    strategy initial.  So I was investing in

25    companies that were, like, undervalued because of

Page 71

                    CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1    -- they were affected by the pandemic, yeah, and

2    many people was short of that -- on that, on

3    them.  And then, typically, what the market does

4    when it -- when everybody is thinking one way,

5    the market does the other way around.  That's how

6    the market goes in many many cases in most of the

7    case.  So that's my opinion.  That plus the fact

8    that there is a value in those companies.

9                    So I think, yeah, as an opportunity

10   they were undervalued companies to my

11   understanding, my analysis at that time.  So that

12   was my analysis.

13        Q.  Have you heard the term "meme stock"

14   before?

15        A.  Yes, I do.

16        Q.  And what does that mean to you?

17        A.  "Meme" is a cartoon.  But the term

18   mean -- what the term says is that it's -- those

19   are cartoon stocks, yeah.  I don't agree with the

20   term, because, for example, saying that AMC,

21   which is one of the biggest cinema chains in the

22   world, to be a cartoon, that is -- it's not fair

23   to me.  It's like a bureaucratic term.  It's like

24   a bad term, in my opinion.  But that's how people

Page 72

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     call several stocks.
 3          Q.  And by "cartoon," do you mean that it
 4     was a joke?
 5          A.  That's what the term is, yeah.  I
 6     didn't invent the term.
 7          Q.  Where did you hear the term?
 8          A.  I heard the term in the news.
 9          Q.  And on social media?
10          A.  Yeah, I -- I saw a lot -- news mostly
11     on YouTube and the platform I use for trading,
12     which is TD Ameritrade.  And in TD Ameritrade,
13     there is the component for news.  So I saw -- I
14     saw the term over there.
15          Q.  Which stocks did the term "meme
16     stock" apply to?
17              MR. KIM:  When?
18          Q.  When you first learned about this
19     term "meme stock," Mr. Gill, to what stocks did
20     you see that it was being applied?
21          A.  (INAUDIBLE DUE TO CROSS-TALK.)
22              MR. KIM:  The we -- the we -- I'm
23     trying to get the timing clear.  I don't think
24     it's been established when he first learned of
25     the term.  Has it?
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.  When did you first learn of the term
 3    "meme stock"?
 4          A.  Around that time.  I don't remember
 5    the specifics; around that time.
 6          Q.  And by "around that time," you're
 7    referring to December 2020?
 8          A.  Yes.
 9          Q.  Okay.  According to what you saw in
10    December 2020, which stocks were being referred
11    to as "meme stocks"?
12          A.  As I recall, GME and AMC.  But, as I
13    told you before, I don't agree with the term.
14          Q.  Have you ever heard of Reddit?
15          A.  Yes, I've heard.
16          Q.  And you said that you never had a
17    Reddit account, right?
18          A.  That's correct.
19          Q.  Have you ever visited Reddit?
20          A.  I have, yes.
21          Q.  On what occasions?
22          A.  Oh, sometimes I look things on Google
23    for anything and sometimes Google takes me to
24    Reddit.  Sometimes there are threads there that
25    are, like, good but nothing in particular -- in
```

```
                                              Page 74
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    particular.
 3            Q.  When you say you're Googling things,
 4    do you mean you're researching things?
 5            A.  Yeah, I research not only in the
 6    stock market, but, actually, I research a lot on
 7    technology.  As you know, I work with IT.
 8            Q.  But sometimes when you would research
 9    the stock market, it would -- Google would take
10    you to Reddit, correct?
11            A.  Yeah, that's correct.
12            Q.  And then have you ever from there
13    gone to Wall Street Bets?
14            A.  No.  I saw the term but, no, not
15    really.
16            Q.  And Wall Street Bets is a sub-Reddit;
17    is that correct?
18            A.  Without seeing it that it is part of
19    Reddit, it's an account there but nothing else.
20            Q.  And have you ever interacted with
21    Wall Street Bets in any way?
22            A.  Not that I recall.
23            Q.  You never posted on a different
24    social media platform a message that was also
25    posted on Wall Street Bets?
```

```
                                                    Page 75

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2                MR. KIM:  Objection, vague.

 3           A.   I basically use -- the social media I

 4      use is mainly Twitter, as you know.  And in

 5      Twitter, you find a lot of things, yeah, not a

 6      lot of news.  I use it for information.  So

 7      that's information I consume.  It's good to be

 8      informed on what is going on in the market and in

 9      life.  So that's how I use the social media.  And

10      that's how I use Twitter, yeah.  And I reply

11      sometimes but really not that much.

12           Q.   And sometimes on Twitter you reply to

13      Wall Street Bets' posts, correct?

14                MR. KIM:  Objection, vague.

15           A.   I don't recall the specifics, to be

16      honest.  Maybe I did, but I don't recall the

17      specifics.

18           Q.   Are you familiar with a company

19      called GameStop?

20           A.   Yes, I am.

21           Q.   We were just talking about it before,

22      correct?

23           A.   Uh-huh.

24           Q.   What kind of company is it?

25           A.   It is a company selling --
```

```
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      distributing games, physical games.
 3               Q.  Have you done any research into
 4      GameStop?
 5               A.  I did the research during that time.
 6      But I don't recall much, to be honest.  I did my
 7      studies for those investments over that time, but
 8      I don't recall the specifics.
 9               Q.  Did you start looking into GameStop
10      around December 2020 and January 2021?
11               A.  I think before that as well, but I
12      don't recall the specifics.
13               Q.  Have you ever looked into the SEC
14      filings associated with GameStop?
15               A.  Sometimes when I do the research, I
16      go through the filings.  But I don't remember,
17      specifically, if I saw the filings for GameStop.
18      I cannot recall.  But I -- it's the type of
19      information I use for evaluation.
20               Q.  And do you recall looking at press
21      releases put out by GameStop at that time?
22               A.  I don't recall the specifics.
23               Q.  In January 2021, do you recall any
24      company announcements that GameStop made?
25               A.  I don't remember specifics.  I was
```

Page 77

1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    following the news on the market and I was

3    following the news with the channels and media I

4    have told you, on YouTube, on Twitter, on the TD

5    Ameritrade platform in the news component.  But I

6    don't remember specifics what were the news.

7            Q.  Have you ever been to a GameStop?

8            A.  Yes, I have.

9            Q.  Are you familiar with a company

10    called AMC?

11            A.  Yes.

12            Q.  And that's the AMC movie theater

13    chain that you referenced before, correct?

14            A.  That is correct.

15            Q.  And what type of research had you

16    done into AMC when you first started purchasing

17    AMC stock?

18            A.  Well, I did the research.  The

19    research I do for the investments I do and,

20    basically, I do -- I check what the company is

21    doing, the fundamentals, the ratios.  I mainly

22    use the information in the Thinkorswim platform,

23    the value that is there.  And based on that and

24    the technical analysis, I make my decisions and

25    invest.

```
                                              Page 78
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2          Q.  Did you hear any news about AMC in

 3    December 2020 and January 2021?

 4          A.  Yes, I was following the news on that

 5    time.  But I don't remember a specific news for

 6    AMC.

 7          Q.  Can you -- do you recall generally

 8    the type of news coverage that AMC was getting

 9    around that time?

10          A.  Generally speaking, about the -- all

11    these happenings regarding the short squeeze that

12    you mentioned and I -- I remember all these, all

13    these happenings, yes, and the situation that was

14    not easy for the movie chains during that period.

15    Yeah, I remember.  But I don't remember

16    specifics.

17          Q.  And you saw other people posting on

18    social media about AMC at that time?

19          A.  I saw -- I was following the news and

20    the market and the media that we have been

21    discussing on Twitter and on YouTube.  And, yeah,

22    I saw postings.  I saw news.  I saw all kind of

23    information, which is part of the investment

24    process.

25          Q.  That news included people discussing
```

```
                                            Page 79
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2       the price spike in AMC due to a purported short
 3       squeeze, correct?
 4              A.  Well, they were describing the
 5       situation, the general news on that.  Yeah, those
 6       were the news I was following.  Nothing as
 7       specific I recall.  I cannot recall.
 8              Q.  Are you familiar with a company
 9       called BlackBerry?
10              A.  Yes.
11              Q.  What kind of company is that?
12              A.  It does devices, mobile devices.
13       Actually, I like a lot of the devices they do --
14       they do.
15              Q.  Do you own any BlackBerry devices?
16              A.  Right now, no.  But I used to own.  I
17       had, at least, three or four.
18              Q.  When was that?
19              A.  I cannot recall.
20              Q.  Was it before 2020?
21              A.  It was before 2020, yes.
22              Q.  Had you ever done any research into
23       BlackBerry as a company?
24              A.  Well, I -- I was -- I invested once
25       in BlackBerry and I did more or less the same
```

```
                                        Page 80
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2   research I do for the companies.  I check news on
 3   the company.  I check the fundamentals.  I check
 4   the price, the technicals.  And based on that, I
 5   do my decisions.  I make my decisions.
 6        Q.  And in December 2020 and
 7   January 2021, do you recall that BlackBerry was
 8   discussed as among the meme stocks such as
 9   GameStop and AMC?
10             MR. KIM:  Objection to form.
11        A.  I was following the markets and I saw
12   in general what was going on there with this part
13   of the investment process to follow the markets
14   and to see what is going on but, yes -- but I
15   don't remember, specifically, something.
16        Q.  Do you recall generally that
17   BlackBerry was being referred to as a meme stock?
18        A.  I don't remember specifics.  But I
19   think I saw on that group of stocks.
20        Q.  Okay.  And are you familiar with a
21   company called Express Inc.?
22        A.  I am familiar, yes.
23        Q.  What kind of company is that?
24        A.  It's a retailer for fashion.
25        Q.  Do you own any Express items?
```

```
                                              Page 81
```

 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2        A.   No, but I've seen friends, yeah.
 3        Q.   Have you ever done any research into
 4   Express as a company?
 5        A.   Well, basically, the same research
 6   that I have been doing when I did investing.  I
 7   follow news.  I go through the fundamentals.  I
 8   see the technicals and based on that, I do the --
 9   I make my decisions.
10        Q.   Okay.  And, in January 2021, do you
11   recall any company announcements from Express?
12        A.   No, I don't recall the specifics.
13        Q.   Do you recall encountering any news
14   about Express that caused you to want to invest
15   in it in January 2021?
16        A.   My basic analysis, yeah, for all the
17   stocks are more or less the same.  If I see that
18   the companies are undervalued, that they are like
19   below the value, I think, the stock should have
20   and I see the things going on in the market, what
21   is maybe the participants and what the people is
22   stating and I see -- and if I see an opportunity
23   in technicals as well, I make me decision to buy.
24   That's more or less the analysis that I saw for
25   Express as well.

```
                                              Page 82
```

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                Q.   Is this analysis similar to what is

3      called "beating the market"?

4                     MR. KIM:   Objection to form, vague.

5                A.   Yeah, I don't know what exactly is

6      "beating the market."

7                     What I know about "beating the

8      market" is to simply be more -- that your income,

9      your profitability in the market is better than

10     the S&P 500.   That is "beating the market," to my

11     understanding.   But it's very vague, the concept,

12     and be very different in many context.

13               Q.   And are you familiar with a company

14     called Nokia?

15               A.   Yes.

16               Q.   And what kind of company is that?

17               A.   For devices as well.   I have owned

18     many Nokia devices, of course.   I like them a

19     lot.

20               Q.   Have you ever looked into Nokia as a

21     company?

22               A.   Yes.   Basically, I did an analysis

23     for the company, as I did with the others.   So,

24     basically, I see the news on the company.   I see

25     the fundamentals, yeah, for the company.   And

Page 83

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    with this and the technicals, I make my decisions
 3    to invest in the company.  That's more or less
 4    the analysis that I was doing.
 5            Q.  Do you recall encountering any news
 6    in January 2021 about Nokia?
 7            A.  It's more or less what we have been
 8    discussing, yeah.  I was following the market.  I
 9    was following the news and, yeah, it was a
10    mention as well at that time.
11            Q.  And it was mentioned in the same
12    conversation as GameStop and AMC and BlackBerry,
13    correct?
14            A.  They were all in the same group,
15    yeah.
16            Q.  Okay.  And did you hear any news that
17    would -- that did affect your desire to purchase
18    shares of Nokia at that time in 2021?
19            A.  Well, basically, for my decision,
20    yeah, I was doing the same analysis.  So I saw
21    the fundamentals of Nokia, saw the news around
22    Nokia, yeah, and I was thinking it was
23    undervalued.  It was under demand.  So, based on
24    all the factors, I saw an opportunity to invest
25    in the company.
```

```
                                                  Page 84
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2               MR. COHEN:  Okay.  Let's mark Tab 2.
 3               (Deposition Exhibit 271, copy of Mr.
 4     Gill's December 2020 account statement for TD
 5     Ameritrade P00002114 to P00002119 marked
 6     Confidential, was marked for identification.)
 7          Q.  Mr. Gill, in your folder in a few
 8     seconds, you'll see Exhibit 271.
 9               MR. COHEN:  And, for the record, the
10     beginning Bates Number is P00002114.
11          A.  Uh-huh.
12          Q.  Is this your TD Ameritrade statement
13     from December 1st, 2020 through December 31st,
14     2020?
15          A.  Yes.
16          Q.  And this catalogs all the trades made
17     through your TD Ameritrade account in
18     December 2020, correct?
19          A.  Yes, it does.
20          Q.  Okay.  Let's go to the page with the
21     Bates Number ending 2116.
22          A.  Yes.
23          Q.  In the lower left-hand corner, do you
24     see where it says, "cash activity summary"?
25          A.  I'm looking.  I'm looking.
```

```
                                          Page 85
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          Q.  And it notes there that you purchased

3    ████████████████████████████████████████████████

4    on this brokerage account, correct?

5          A.  Yeah, can you repeat exactly where on

6    the page?  I'm looking for the specific place

7    that you were mentioning.

8          Q.  It's at the bottom.  Depending on

9    your orientation of the page, it should be --

10          MR. KIM:  It's the third page.  It's

11    the third page of the PDF.  And it's on the

12    bottom left-hand corner.

13          "Cash activity summary," do you see

14    that?

15          THE WITNESS:  Yes.

16          Q.  So it notes in that box beneath the

17    words, "opening balance," that in D██████████

18    ████████████████████████████████████████████████

19    ████████████████████████████

20          A.  Yes, that is correct.  That is what

21    is in the document.

22          Q.  Is that a typical amount for you to

23    trade in a month?

24          MR. KIM:  Objection, vague.

25          A.  It's vague and it's typical -- it's

Page 86

1       CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    difficult to remember specifics.  Yeah, I don't

3    keep track of that number.  Sometimes it's

4    higher.  Sometimes it's lower.  It can vary from

5    month to month.

6          Q.  If you look to the next column over

7    to the right, do you see where it says ██████

8    █████████████████████████████████████████

9    ██████████████████████

10         A.  Yes, I see it.  It's in the document.

11         Q.  So, in December of 2020, you

12   purchased about a third of all securities

13   purchased that year on your TD Ameritrade

14   account, correct?

15         A.  Well, that's what the document says,

16   yes.

17         Q.  Do you have a reason to doubt that

18   the document is correct here?

19         A.  No, not at all.

20         Q.  So why did you purchase an outsize

21   share of your stock on TD Ameritrade in December?

22             MR. KIM:  Objection to form.

23         A.  I don't -- I don't remember the

24   specifics.  And I don't know if that analysis

25   that you're doing is correct is because probably

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     I was not using this account from the whole year,
 3     yeah.  So -- but I don't remember the specifics
 4     of that, of that year.  I don't remember it being
 5     more than usual, to be honest.
 6          Q.  Okay.  ████████████████████████
 7     █████████████████████████████████████████
 8              MR. KIM:  Objection to form, asked
 9     and answered.
10          A.  It's -- it's subjective, but I don't
11     see like a very big difference.  Actually, I
12     think I am trading more now.
13          Q.  Okay.  Let's go to the next page.
14          A.  Uh-huh, yes.
15          Q.  And do you see that the document
16     notes that on December 2nd, 2020 you decided to
17     purchase 1,325 AMC shares for a price of $4.14
18     per share?
19          A.  Yes.
20          Q.  And you -- had you previously
21     purchased AMC?
22          A.  I don't remember when was my first
23     purchase of AMC.  I think it was before this
24     time.  But I don't recall the specifics, yeah.
25              My general strategy for investing
```

Page 88

```
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    this type of stocks was the recovery from the
 3    pandemic.  As you can see in the document, there
 4    is an AMC and you can see as well there is
 5    American Airlines, Norwegian Cruise Line,
 6    Cinemark Holdings, yeah, which are all companies
 7    that are affected by the pandemic.  So I think it
 8    was -- by my strategy in that sense is that they
 9    were recovering and then the price of the stock
10    was going up because they were recovering.  That
11    was my investment thesis, as I recall, yeah.
12              And it doesn't apply only to AMC but
13    for the other companies as well.  So that's what
14    is -- that's -- those general aspects of the
15    investment strategy I recall.
16         Q.  While you were making these trades,
17    did you see other people on social media and the
18    news discussing the AMC stock?
19         A.  Well, I see the news and I see
20    general comments on the stock market as well as
21    specific comments on different stocks.  But it's
22    part of the investment strategy.  At the end the
23    decision to make an investment or not, it's
24    completely mine.
25         Q.  So what I asked you, Mr. Gill, is if
```

```
                                          Page 89
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    at that time you saw people posting about the AMC
 3    stock on social media and talking about the AMC
 4    stock on TV.
 5           A.   I was following the news on those
 6    dates.  So, yes, I saw the AMC stock in the news,
 7    yes.
 8           Q.   And you saw that other people were
 9    purchasing AMC stock for reasons other than the
10    fundamental value analysis that you were engaging
11    in, correct?
12              MR. KIM:  Objection, calls for
13    speculation.
14           A.   I don't know what are the other --
15    the reasons for other people to buy the stock.
16    My reasons are the ones I am stating to you, that
17    the fundamentals and there is a recovery that
18    they will go on for the company and that was my
19    investment strategy at that time.
20           Q.   Did you observe --
21           A.   I didn't know --
22           Q.   Go ahead.
23           A.   Sorry?
24           Q.   No, go ahead please.
25           A.   So I don't know the thesis for other
```

Page 90

1       CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    investors.  I don't know.  And my strategy is to

3    follow my thesis.  That's how I do the

4    investment.

5          Q.  Did you observe that other people

6    were talking about investing in AMC stock for

7    reasons other than the fundamental analysis that

8    you engaged in?

9          A.  I saw --

10              MR. KIM:  Objection, vague.

11          A.  I saw the news during those dates and

12   what was going on with the AMC stock.  But, yeah,

13   I don't -- I didn't base my investment strategy

14   on that.  I based my strategy on the fundamentals

15   and their recovery of the stock.

16          Q.  And two days later, if you look back

17   at the chart, you purchased 664 shares of AMC for

18   $3.71 per share, correct?

19          A.  That's the last row of this page,

20   right?

21          Q.  Correct.

22          A.  Yes, I saw it -- see it in the

23   document.

24          Q.  And what was your reason for

25   purchasing more of the stock four days later?

Page 91

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1

2      A.   I don't remember the specific of

3   those specific orders, yeah, but it was aligned

4   to my main thesis.  That's what I can recall,

5   like, there is an opportunity for the company

6   because it's -- it has a value.  It's

7   undervalued, yeah, and the price will go up

8   because -- well, the general -- what was going on

9   in the market and about the company.  It is

10   aligned to that.  But I don't recall specifics

11   for that order, in particular.

12      Q.   If you turn to the next page of the

13   document, do you see on December 15th, 2020 you

14   purchased 800 more AMC shares for $2.87 a share?

15      A.   Yes, I see it.

16      Q.   And the price had fallen for AMC

17   stock since the last time you purchased it,

18   correct?

19      A.   I don't remember, specifically, the

20   -- how the market was going and if I sold any in

21   between.  I -- I can't recall the specifics.

22      Q.   Well, you can see on the chart here

23   all of the stock purchases and sales that you

24   made during January and during -- I'm sorry,

25   during December --

```
                                              Page 92

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2               MR. KIM:  December.

 3          Q.  -- 2020 in chronological order.

 4          A.  Yeah.

 5          Q.  So would you agree that after your

 6     purchase of AMC stock on December 4, 2020, the

 7     next time you purchased AMC stock was

 8     December 15, 2020?

 9          A.  Yes.

10          Q.  And would you agree that the purchase

11     price in December 15, 2020 was lower than the

12     purchase price of AMC stock in December 4, 2020?

13          A.  Yes, I agree.

14          Q.  Okay.  But you purchased it anyway

15     because you assumed the price would go up?

16          A.  Yes.  Well, basically, if something

17     is cheaper, yeah, it's better to buy, right?  It

18     applies to stocks and it applies to a house or

19     electronics or whatever, I mean.

20          Q.  And based on what you saw on the news

21     and social media, were other people saying that

22     they believed the stock price of AMC would go up?

23          A.  Well, my process was exactly the

24     same.  Basically, I was seeing the news, what was

25     going on in the market.  And I did my analysis
```

```
                                                         Page 93
 1             CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    for the company.  I thought it was undervalued so
 3    I saw an opportunity.  That's more or less the
 4    reasoning behind it.
 5             Q.   Okay.  So, at that time, you believed
 6    the company was "undervalued" and that the stock
 7    price would eventually go up, correct?
 8             A.   That was my hypothesis, yes.
 9             Q.   Then why on December 17, 2020 did you
10    sell so many shares of AMC?
11             A.   I don't remember the specifics, yeah.
12    But if there is a sale, I -- it was aligned to my
13    risk tolerance that we spoke about at the
14    beginning of the deposition.  So, basically it's
15    that.  But that's like a normal process in
16    investing.
17             Q.   And you sold all of the AMC shares
18    you bought earlier in December on December 17,
19    2020, correct?
20             A.   I don't know if they are "all," but
21    it's -- but they are more or less they add.  But
22    I don't remember the specifics on why I did that
23    sale or the specifics of the strategy there,
24    yeah, if I wanted to come in the trade have a
25    better position afterwards or -- I cannot recall
```

Page 94

```
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      the specifics, honestly.
 3                 MR. KIM:  So, Scott, we've been going
 4      about an hour.  I don't know if you're done with
 5      the document.  But maybe when you're done, it
 6      might be a good point to take another, you know,
 7      five or ten-minute break.
 8                 MR. COHEN:  It's good for me.
 9                 MR. KIM:  Are you done with this
10      or...
11                 MR. COHEN:  Yes.  Yeah, we can set
12      this aside.
13                 MR. KIM:  Alright.
14                 THE VIDEOGRAPHER:  Stand by please.
15                 The time is 5:20 p.m.  We are going
16      off the record.  And this will end media unit
17      No. 2.
18                 And we are off the record.
19                 (Recess taken 5:20 to 5:34 p.m.
20      Serbian time.)
21                 THE VIDEOGRAPHER:  The time is
22      5:34 p.m.  We are back on the record.  This is
23      the start of Media Unit No. 3.
24           Q.  Mr. Gill, in your folder, you'll see
25      Exhibit 272; if you could pull that up please.
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                  (Deposition Exhibit 272, Exhibit A
 3     Mr. Gill's Certification dated 11/29/21 and
 4     attachment, was marked for identification.)
 5          A.  Sure.
 6          Q.  And this is the certification you
 7     signed authorizing The Rosen Law Firm to file
 8     this action on your behalf?
 9          A.  Yes, it is.
10          Q.  And if you look at Paragraph 4, the
11     Certification lists, "All of the purchases and
12     sales Plaintiff has made in the affected
13     securities for which Plaintiff seeks redress
14     pursuant to the claims set forth in the
15     consolidated complaint."
16          A.  Yes.
17          Q.  And you're the "Plaintiff" that this
18     refers to?
19          A.  Yes.
20          Q.  You signed this declaration on
21     November 29th, 2021, correct?
22          A.  Yes, that is correct.
23          Q.  Alright.  Let's look at the next
24     page.
25          A.  Yes.
```

```
                                            Page 96

 1             CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2             Q.   Does this accurately display your

 3      trading information at issue in this action?

 4             A.   Yes.

 5             Q.   Does this exhaustively display your

 6      trading information at issue in this action?

 7             A.   This is -- this certification was

 8      made by my lawyer, of course, and I reviewed the

 9      document and signed it.  So, yes, it includes the

10      transactions I made on this stock under the scope

11      of this certification.

12             Q.   And, according to Paragraph 4 that I

13      just read, you are seeking redress for Express,

14      Nokia and BlackBerry stock purchases, correct?

15             A.   That is correct.

16             Q.   And you're not seeking redress for

17      other stocks, according to this certification,

18      correct?

19             MR. KIM:  Well, I mean, I think, you

20      know, we're getting into the realm of, you know,

21      attorney-client privilege.

22             But, you know, as you know, we

23      amended the Certification and -- to include

24      additional trades that were accidentally not

25      included.  So I think, to that extent, you know,
```

Page 97

```
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    maybe you should ask him about the amended
 3    certification.
 4              MR. COHEN:  I'm glad that's --
 5         A.  Yeah, I -- there is -- there are
 6    details discussed with the attorney-client
 7    privilege.  But the technical work, it's done by
 8    my attorneys.  And I trust what all the technical
 9    work and the legal knowledge of my attorneys.
10              So I was advised to make a new
11    version of this Certification that was having
12    another scope, yeah.  And, as you mentioned, it
13    includes additional trades.  That is correct.
14         Q.  Okay.  And let's take a look at that
15    later Certification.
16              MR. COHEN:  It's Tab 23.
17         Q.  And you should see that come up as
18    Exhibit 273.
19              (Deposition Exhibit 273, Exhibit A
20    Mr. Gill's Certification dated 4/17/23 and
21    attachment, was marked for identification.)
22         A.  I'm not watching it.  I'm not
23    (INAUDIBLE).
24         Q.  So this was the later Certification
25    to which you were referring, correct?
```

Page 98

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2              A.  Let me see.

3                  Yes, that is correct.

4          Q.  And this was produced to us signed by

5      you on April 17, 2023?

6              A.  Yes, that is correct.

7          Q.  And like the previous certification

8      we looked at this, this Certification lists,

9      quote, "all of the transactions Plaintiff has

10     made in the affected stocks during the class

11     period set forth in the consolidated complaint."

12             A.  Yes, that is correct.

13         Q.  And you're the Plaintiff to which

14     this document refers?

15             A.  Yes.  Yes, I am.

16         Q.  If we take a look at the next page,

17     we see that additional detail that you were

18     mentioning, correct?

19             A.  That is correct.

20         Q.  And what was your explanation for why

21     this additional detail was added?

22             MR. KIM:  Well, I'm going to -- I

23     think we're sort of treading into attorney-client

24     communications.

25             So I think, you know, Mr. Gill, can

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     you answer the question, if you can without

3     revealing the substance of our communications

4     relating to this corrected Certification.  So, to

5     the extent that you can answer the question

6     without revealing the substance and content of

7     our communications relating to it, you can.  But

8     if you can't, then say you can't and then I would

9     direct you not to answer the question.

10          A.  Basically, the two Certifications are

11    having a different scope.  So both certifications

12    are correct having a different scope.  That's

13    what I can say about the certifications.  And the

14    reasons are technical and legal and are under

15    attorney-client privilege, as stated before.

16          Q.  And, to be clear, I would not ask you

17    to divulge the contents of your communications

18    with your attorney.  So I thank you for your

19    answer.

20               Can you tell me what the different

21    "scope" is of this second document than the first

22    Certification we saw?

23               MR. KIM:  [INSTRUCTION] Well I'm

24    going to direct Mr. Gill not to answer that

25    question, as it will reveal attorney-client

Page 100

1      CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2    communications.
3            What I will say, though, this is the
4    corrected and operative Certification in the
5    case.
6        A.  Yeah, basically, the two
7    certifications are different in the way that the
8    scope of the document is different.  And the
9    differences are because of technicalities and
10   legal terms.  So I prefer not to disclose any
11   other information because of client attorney
12   privilege.
13       Q.  Okay.  So, just the pure drafting of
14   this was done by your attorney?
15       A.  That is correct.
16       Q.  Could you look at the left-hand box
17   under "Purchases"?
18       A.  Yes.
19       Q.  What is -- what are -- what's the
20   information beneath "date" before you get to AMC
21   in the fourth last row?
22       A.  I'm reviewing the document.
23       Q.  Take your time.
24            MR. KIM:  It's the fourth last row?
25   You mean AMC 128282021; is that what you're

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     referring to.
 3               MR. COHEN:  The information above
 4     that is what I'm asking about.
 5               MR. KIM:  Ah.
 6          A.  My view of the document is that it's
 7     related to the NOK shares, yeah, and that's
 8     referring to the Nokia shares.
 9          Q.  So my question is all of the
10     information from where it says, "date," down to
11     the fourth last row, what is that?
12          A.  The table shows a summary of the
13     transactions during those times.
14          Q.  Okay.  So what dies "AMC minimum
15     opening position 400 shares" mean?
16          A.  So, basically, it's -- what it states
17     is that before that there was a position on AMC
18     with that number of shares.
19          Q.  When you say, "before," do you mean
20     --
21          A.  Before the period of the class.
22          Q.  Okay.  And so, for the next one down,
23     the "BB opening position 200 shares" is referring
24     to a position you held in BlackBerry before the
25     beginning of the class period?
```

```
                                              Page 102
```

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2              A.   That's what I understand on the -- on

3       the document.

4              Q.   And "Express minimum opening position

5       788 shares" refers to the position you held in

6       Express prior to the beginning of the class

7       period?

8              A.   That is what is in the file, yeah.

9              Q.   And then finally Nokia or "NOK

10      minimum opening position 200-ADSS" that refers to

11      the position you held in Nokia stock prior to the

12      beginning of the stock price -- the class period?

13             A.   That's what's in the document.

14             Q.   What is "ADSS" mean?

15             A.   As I understand it, the Nokia as it

16      is a company that is based outside the United

17      States, it is being listed in the US as ADR,

18      yeah, so that is what it is referring to.

19             Q.   That makes sense.

20                  This Certification also lists

21      purchases of AMC stock, correct?

22             A.   Yes, that is correct.

23             Q.   And do you know why it lists --

24             A.   So, basically -- sorry to interrupt.

25             Q.   No, no.  Please go ahead.

Page 103

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          A.   Basically, the Certification states

3    about the transactions held during those periods,

4    during that period.

5          Q.   And the previous certification did

6    not include AMC; is that correct?

7          A.   Well, the two certifications are

8    having a different scope, yeah, and, basically,

9    the reasons to having a different scope I prefer

10   not to reveal because of client-attorney

11   privilege [INSTRUCTION].  That was worked out

12   with the my lawyers, yes.

13         Q.   Is one of these Certifications the

14   current and correct certification for this

15   lawsuit?

16         A.   This is --

17              MR. KIM:  Well, Scott, I think as I

18   noted before, this is -- you know, when we served

19   it, this is the operative Certification.  So, you

20   know, I don't want to reveal communications.  But

21   this is the corrected one.  This is the operative

22   one.

23              The prior one, obviously, didn't have

24   AMC in it, right.  The document speaks for

25   themselves.

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2             So, I think, it's just getting hard
 3    to, you know -- we're approaching on
 4    attorney-client sort of communications.  And I'm
 5    very, you know, cautious about that.  That's why
 6    I'm interposing myself.  But I think, you know,
 7    we'll just leave it at that.  And if you have
 8    different questions, you know, unrelated to the
 9    reasons or like that, I think, we should, you
10    know, move along.
11             MR. COHEN:  No.  Thank you, Phil.  I
12    was just trying to ask, as you said, if this was
13    the "operative" one.  So you did answer that
14    question.
15             MR. KIM:  Okay.
16             MR. COHEN:  Let's mark Tab 10.
17             (Deposition Exhibit 274, copy of Mr.
18    Gill's January 2021 account statement for TD
19    Ameritrade P00002120 to P00002127 marked
20    Confidential, was marked for identification.)
21        Q.  So you'll see in your folder
22    Exhibit 274.
23        A.  Yes, I'm seeing.
24        Q.  Is this your Ameritrade account
25    statement for the month of January 1st, 2021
```

Page 105

```
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    through January 31st, 2021?
 3         A.  Yes, it is.
 4         Q.  And do you recognize this document?
 5         A.  Yes.
 6         Q.  Let's go to the page with the Bates
 7    Number ending 2124.
 8         A.  I'm on that page.
 9         Q.  It looks like from January 4th to
10    January 26th you continued to purchase stocks
11    related to ships and airlines; is that correct?
12         A.  That is correct.
13         Q.  And you didn't purchase any of the
14    stocks listed in your operative certification
15    until January 25th, 2021 in January, correct?
16              MR. KIM:  Well, it's kind of vague,
17    right, cause -- I mean, GameStop isn't listed.
18              Like, what -- you mean not -- it's
19    not listed as Schedule A, but, you know, you're
20    talking about one of the relevant securities,
21    right?
22              MR. COHEN:  Yeah, I mean, any of --
23    any of the affected stocks but, specifically,
24    those listed in his certification in Schedule A.
25              MR. KIM:  Well...
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2               MR. COHEN:  I don't see why that

3     matters.

4               MR. KIM:  Well, I just want it to be

5     clear.  Let me just -- sorry, I just -- let me

6     just look at the document again.

7          A.  Can you repeat the question please?

8               MR. KIM:  Well, GameStop isn't listed

9     in Schedule A.  That's why and the first tray

10    that you're talking about is GameStop, right.  So

11    I just wanted to...

12              MR. COHEN:  Right.  So there is going

13    to be another question about the affected stocks,

14    in particular.

15              MR. KIM:  Oh, okay.  Alright,

16    alright.  So maybe I jumped ahead.

17              Can you just re-read the question so

18    we -- sorry about that.

19              MR. COHEN:  Sure.  And I'll -- I

20    guess if it makes it clearer, I'll just skip to

21    that.

22         Q.  Do you understand, Mr. Gill, what I

23    refer to when I say, "the affected stocks"?

24         A.  Yes, the ones that are inside of this

25    case, are part of this case.

```
 1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2         Q.   So would you agree that from the
 3    beginning of January 2021 through January 24th,
 4    2021, you did not buy or sell any of the affected
 5    stocks in this case?
 6         A.   Well, that is what is in the
 7    statement so, yes.
 8         Q.   Then on January 25th, 2021 you
 9    purchased 81 shares of GameStop stock, correct?
10         A.   That is correct.
11         Q.   And that was for $69.38 per share?
12         A.   Yes, that is correct.
13         Q.   Can you walk us through why on that
14    day you chose to purchase GameStop stock?
15         A.   Basically, my process for investing
16    is more or the less as the ones that have been
17    discussed.  Basically, I analyzed the company
18    news.  I analyzed the company valuation, yeah.  I
19    went through a technical analysis as well.  And
20    based on that, I did -- I bought and did the
21    investment, yeah.
22              That's really the process I,
23    typically, do.  And that's the process I did in
24    this case.  But I don't remember any other
25    specifics for that case.
```

1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2        Q.  Would you agree that this is the

3    first time you ever purchased GameStop stock?

4        A.  I don't remember if I bought it

5    before.

6        Q.  But you didn't buy it before in

7    January 2021, correct?

8        A.  Before in January, no.  That isn't

9    what is in the statement, yes.

10       Q.  And you don't recall seeing it in

11   your December 2020 statement correct?

12       A.  That is correct.  But before that, I

13   don't recall, to be honest.

14       Q.  And the only brokerage at this time

15   in which you traded American stocks was this

16   Ameritrade account?

17       A.  Yes, that is correct.

18       Q.  So it stands to reason that you

19   likely did not purchase GameStop stock prior to

20   January 25th, 2021, correct?

21       A.  Well, there is a possibility.  But I

22   would have to check the details.

23       Q.  Okay.  On January 25th, 2021 or

24   thereabouts, did you see the concentration of

25   attention on GameStop in the news and in other

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    media?
 3               MR. KIM:  Objection, vague.
 4          A.  I was following the news on those
 5    dates, yeah, following the news on the
 6    Thinkorswim platform, and the media we have
 7    discussed before.  And, yes, I saw about the --
 8    what was happening around this group of stocks.
 9          Q.  And what brought -- strike that.
10               Isn't it true that it was that media
11    and social media attention that brought GameStop
12    stock to your attention on January 25th, 2021?
13          A.  I see the news daily to follow the
14    markets and I see what is going on and all
15    around.  But, in general, the conclusions and the
16    decisions to make an investment is completely
17    mine.
18          Q.  So did you read anything on the Wall
19    Street Bets sub-Reddit about GameStop around this
20    time?
21          A.  I cannot recall, yeah.
22          Q.  But it's possible?
23               MR. KIM:  Objection to form.
24          A.  I don't recall.  I, typically, use it
25    in the media that we have discussed, which is the
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     Thinkorswim platform, YouTube videos and Twitter
 3     and that's like my normal -- it's the normal
 4     information that I use for investing.  And it's
 5     difficult because I don't remember all the
 6     details exactly what I read during those times.
 7          Q.  Looking at the next page, we can see
 8     that you sold all of your GameStop stock the next
 9     day on January 26th, 2021, correct?
10          A.  That is correct.
11          Q.  And you sold it at $115.4575 per
12     share?
13          A.  That is what it is stated in the
14     document, yes.
15          Q.  So you made a profit from that sale,
16     correct?
17          A.  That is what is stated in the
18     document, yes.
19          Q.  Why did you chose to sell GameStop
20     after one day?
21          A.  It's difficult to remember the
22     specifics on why and which indicators were there.
23     It's difficult to know the specifics.  But I was
24     following the market.  I was following the news.
25     And I was following, you know, what was going on
```

Page 111

1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    in that period.  And the decision is what is in

3    the statement.  So I decided to sell.

4         Q.  Is it fair to say that you sold

5    because you weren't certain that the price would

6    continue to go up?

7             MR. KIM:  Objection to form.

8         A.  I, honestly, don't know, don't know

9    if it was going be up or down.  I just yeah,

10   decided to sell based on what the market was

11   telling me, what was going on in the market and

12   in the news.

13        Q.  As a general matter, if you believe

14   that a stock price is going to go up and you hold

15   that security, would you continue to hold onto

16   it?

17            MR. KIM:  Objection.

18        A.  Well, it's difficult to say because,

19   you know, all the strategy and all the things

20   depend on a lot of information.  So generalizing

21   is complicated.  I wouldn't go to any conclusion

22   or based conclusion.  It depends on the case, you

23   know, from case to case.

24        Q.  At this time do you recall seeing any

25   news attention about a stock squeeze with respect

                                                    Page 112

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     to GameStop stock?

3           A.   I was watching the news, as you

4     probably heard, and I was -- I was aware of what

5     was going on in the market.

6           Q.   Okay.   Going back to the previous

7     page, you see that on January 26, 2021 you

8     deposited $2800 into this Ameritrade account?

9           A.   Yes.   That is what is in the

10    statement, yes.

11          Q.   Do you recall why you deposited that

12    money in your account at that time?

13          A.   Sorry.   I was closing a window that

14    was like -- I'll get back to it.

15               Basically, no, I wanted to -- I had a

16    payment from something, what I recall, or maybe I

17    was like doing rebalancing from the accounts from

18    -- that I was having in Columbian and I put some

19    money into TD Ameritrade.   The specific reasons I

20    don't know.   I think I was -- I wanted to invest

21    in the market, which, of course, is the objective

22    of TD Ameritrade.

23          Q.   Do you recall on January 26, 2021

24    when you made that deposit that you anticipated

25    to make a significant investment in certain

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     stocks in the near future?
 3               MR. KIM:  Objection, vague.
 4          A.   Yeah, I don't -- I don't remember the
 5     specifics of why I did that decision and what was
 6     I was going to do with that money.  Of course,
 7     the decision was to put it into the TD Ameritrade
 8     account to invest, but I don't know exactly the
 9     strategy or what I was going to do afterwards.
10          Q.   We briefly touched on the social
11     media sources that you were engaging in before.
12               And do you recall what you said the
13     social media sources you were viewing in
14     January 2021 are?
15               MR. KIM:  Objection --
16          A.   I wasn't --
17               MR. KIM:  -- asked and answered.
18          A.   I was -- I was given the same
19     information I was -- I had been telling you,
20     which is the news on TD Ameritrade in the
21     Thinkorswim platform, YouTube videos.  I do -- I
22     see information on the recaps for the market and
23     I see Twitter.  I follow Twitter for news.
24     That's what I do, typically.
25          Q.   And you mention something called
```

Page 114

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    Arena Alpha?

3          A.  I, typically, follow, yeah, this

4    account, yes.

5          Q.  And what is Arena Alpha again?

6          A.  Arena Alpha is an institution.  They

7    do education on investments.  It's very good.

8          Q.  And they have a presence on social

9    media?

10          A.  They have a presence in social media,

11    yes.

12          Q.  Do you know what platforms?

13          A.  They, typically, use YouTube and,

14    typically, use Twitter as well mainly.

15          Q.  Is there a person associated with

16    Arena Alpha who is posting that you're aware of?

17          A.  Yes, basically, it is an institution

18    and the person that knows more about the

19    advancement in this institution is -- it was a

20    professor I was with when I did the course with

21    them years before.

22          Q.  Oh, it's your professor.

23          A.  It was my professor at that time,

24    which is it was like a year before or something

25    like that.

1      CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2           Q.  So did you first learn about Arena

3    Alpha's social media engagement when you were

4    being educated at Arena Alpha?

5                MR. KIM:  Objection, vague.

6           A.  I started in the investment world

7    with both Arena Alpha and courses from the stock

8    market exchange in Columbian.  Those were my

9    first learnings, yeah.  And Arena Alpha, it's a

10   good source of information for investment.  They

11   do -- their base is value investing.

12          Q.  Do you trust that source of

13   information?

14          A.  Well, it's like --

15                MR. KIM:  Objection, vague.

16          A.  It's like any other type of

17   information.  It's like you listen what they say.

18   They provide some information regarding that.

19   But all the decisions are personal, yeah.

20          Q.  Are you a paid subscriber to any

21   Arena Alpha accounts?

22          A.  I been a -- I been a -- I used

23   courses in the past, as I was -- had told you and

24   I was a paid subscriber as well for some time.

25          Q.  And --

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1

2          A.   Not anymore.

3          Q.   What weighs the name of this

4    professor?

5          A.   Let me recall.  It's called Sebastian

6    Toro.

7          Q.   Could you spell that?  I'm sorry.

8          A.   Sebastian Toro, S-E-B-E-S-T-I-N-I --

9    I'll put it in the...

10              He works for Arena Alpha.

11              (The witness typed out the name in

12    Zoom chat as S-E-B-A-S-T-I-A-N  T-O-R-O.)

13         Q.   And do you watch most of the content

14    that Professor Toro puts out on Arena Alpha's

15    platforms?

16              MR. KIM:  Objection, vague.

17         A.   I watch some content from them.  All

18    it's all like very difficult to know.  They

19    operate both the Columbian market and the US

20    stock market as well; mostly Columbian market.

21    But they have good content, but that's not the

22    only source of information.

23         Q.   Do you listen Arena Alpha's podcasts?

24         A.   They -- I don't know if they do

25    podcasts.  I don't hear much podcasts.  But I see

1      CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    the videos on YouTube.  They -- they post videos

3    on YouTube.

4           Q.  Do you ever ask Professor Toro's

5    advice on investment matters?

6           A.  Sometimes I ask things, but it's not

7    that common.

8               MR. COHEN:  Okay.  Let's mark Tab 5

9    please.

10              (Deposition Exhibit 275, Twitter

11   thread P00001326 & P00001327 marked Confidential,

12   was marked for identification.)

13          Q.  Mr. Gill, in your folder, you'll soon

14   see, I believe, Exhibit 275.

15              Do you recognize this document?

16          A.  I have -- I have seen, yes, some of

17   the tweets.  Yes, some things I remember posting,

18   yeah.  I don't post much.

19          Q.  Okay.  And, for the record, you

20   produced this to us with the beginning Bates No.

21   P00001326.

22          A.  Okay.

23          Q.  Now, these are your tweets, correct?

24          A.  Yes.

25          Q.  And did you create this document that

```
                                          Page 118
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     you see in front of you?
 3          A.   I don't recall "creating" it, but
 4     these are the tweets, yes.
 5          Q.   Do you recall finding these tweets so
 6     that this document could be created?
 7          A.   Yes.
 8          Q.   And how did you find these tweets?
 9          A.   I go -- I went, basically, to my
10     account and looked for in the history in Twitter.
11          Q.   And what were you looking for in your
12     history?
13          A.   I don't recall the specific key
14     words.  But I was looking for -- by different
15     searches and this is what I found.
16          Q.   Okay.  Let's look at the first page
17     of this document.
18               And this top tweet has a comment on
19     it, correct?
20          A.   Yes.
21          Q.   That you made?
22          A.   Yes.
23          Q.   And that was on January 26, 2021?
24          A.   The date I see in the first comment,
25     it's January 27th.
```

```
                                          Page 119
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.   If you look below that, sir, do you
 3     see on January 26, 2021 --
 4          A.   On the second one?
 5               MR. KIM:  Are you talking about at
 6     the Arena Facol one; is that the one?
 7               MR. COHEN:  Yes.
 8               MR. KIM:  Okay.
 9          A.   Okay, I see it.
10          Q.   So that is -- you're tweeting at
11     Arena Alpha, correct?
12          A.   Yeah, that is correct.
13          Q.   And I'm going to read what it says
14     here in English.  And you'll let me know if I've
15     translated this correctly.
16               "Doc, what do you think about the
17     GameStop issue about the legality of what is
18     happening?  What do you think?  As a retailer,
19     can you get into trouble excluding, of course,
20     the risks of trading?"
21          A.   The translation is correct.
22          Q.   So when you say, "Doc, are you
23     referring to your professor Professor Toro?
24          A.   Yes.
25          Q.   So this tweet is to ask Professor
```

```
 1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     Toro advice about investing, correct?
 3              MR. KIM:  Objection to form.  I think
 4     it's more like a question.
 5              A.  I don't see the advice on investing.
 6     I see his opinion.  I am seeking his opinion on
 7     the topic, which I think by seeing on the tweet
 8     -- I don't recall any answer or anything.
 9     Actually, the account that is listed, which is
10     Arena Alpha Facol, is the one that is for the
11     paid service, specifically, in Columbia.  The
12     call is for Columbia.  So my guess is I didn't
13     have any answer, but I don't recall the
14     specifics.
15              Q.  What did you mean by "tema del
16     GameStop?"
17              That means GameStop issue, correct?
18              A.  The topic.  "Tema" is topic as well.
19              Q.  Okay.  And what did you mean by
20     "GameStop topic"?
21              A.  I cared what was going around.
22              Q.  What was going around about the
23     GameStop price spike?
24              A.  The GameStop topic, all the news
25     surrounding GameStop.
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          Q.  Could you be more specific about what

3      you meant about "GameStop topic"?

4          A.  It's difficult to recall specifics on

5      that matter.  Because I don't know the -- exactly

6      what were, specifically, the happenings on that

7      date and everything.  It's January 26th.  So it's

8      before -- even it's before the period of this

9      class.  So I don't -- I don't know exactly what

10     is the context of that tweet, of that message.

11     But it's around the topic of GameStop, which is

12     literally what is stated there in the tweet.

13         Q.  You said the GameStop topic involves

14     several different attributes of what was going on

15     with GameStop at that time?

16         A.  Yeah, it's like the literal question

17     states, "what do you think about the topic around

18     GameStop," which is very vague.

19         Q.  Did the "topic around GameStop" at

20     that time include the GameStop stock price spike

21     at that time?

22         A.  It's -- I'm assuming -- it's

23     difficult to assume and I don't remember the

24     specifics or what was going on January 26th or

25     before, which was before all the matters of this

Page 122

```
 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      class.  But it's difficult to recall specifics.
 3            Q.  In general, did the GameStop topic
 4      have to do with trading GameStop stock?
 5            A.  There was -- it's like it's very
 6      vague, yeah, I mean, that topic.  And that topic
 7      involves many things, yeah.  And -- but it was
 8      referring -- that tweet was referring in general
 9      to that topic, not to something in particular.
10            And I can only judge -- I can only
11      answer for what it's in the tweet.  More from
12      that it's more like speculation.
13            Q.  Well, please speculate.  Tell me --
14            MR. KIM:  No, he's not going to
15      speculate.  We're not here to -- you know, come
16      on.  You're not asking a witness to speculate
17      about something that happened a couple of years
18      ago.  [INSTRUCTION] He's not going to answer that
19      question.
20            Q.  Mr. Gill, is it your testimony under
21      oath that you don't recall anything about what
22      the "GameStop topic" was when you asked your
23      professor?
24            A.  Well, the "GameStop topic," yeah,
25      what I recall is that there was a demand for a
```

Page 123

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     group of stocks.  The stocks that the -- called
 3     the meme stock, there was demand for that.  There
 4     was many people short on those stocks and there
 5     was a lot of news about this topic, yeah, about
 6     these stocks.  That's what I recall.
 7               And -- but, specifically, what was
 8     going on on that day and what was like taking me
 9     to ask this person about it, I don't -- I don't
10     remember the specifics.  The generalities it's
11     like -- it's what we know about the case.
12          Q.  And, in general, this also refers to
13     the purported coordinated trading of GameStop
14     stock, right?
15               MR. KIM:  Objection, assumes facts.
16          A.  I don't -- I don't know about any
17     coordinated attack or -- I don't know anything
18     about if people were getting involved with each
19     other.  I don't know, yeah.  I just saw the news
20     and I saw the news on the media that we have been
21     discussing, which is the Thinkorswim platform,
22     the YouTube videos I watch for the market recap
23     videos and the Twitter.  That's what I can see.
24     And I cannot state anything about any coordinated
25     attack.  I have --
```

Page 124

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          Q.  And what did you -- what did you

3    think might be illegal then if you look at your

4    tweet?

5          A.  I don't -- I don't know and I don't

6    remember.  That's speculation.

7          Q.  But you don't deny that you are

8    asking about the legality of what was happening

9    with regard to GameStop, correct?

10         A.  Well, that's the question.  Of

11   course, I cannot deny that.  That's for sure.

12              But exactly what I was referring to

13   is -- honestly, I don't recall it, specifically.

14         Q.  Were you worried that your investment

15   in GameStop the day before this could potentially

16   be a legal problem?

17         A.  That's speculation as well.  But it

18   was related to that, of course.

19         Q.  And is that because you -- no, go

20   ahead.

21         A.  So -- but the details are

22   speculation.

23         Q.  Were you worried that you believed

24   what was going on with GameStop stock was market

25   manipulation?

Page 125

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2              MR. KIM:  Objection to form.

3          A.  I don't know.  I was not worried for

4      that.  That's -- that's -- that's what I

5      remember, not for that specific reason for sure,

6      but as you can see in the tweet, I was worried.

7      But I cannot recall exactly the reason.

8          Q.  You refer to retail traders, correct?

9          A.  Yeah, saying that there are, like,

10     big groups of traders or investors, yeah,

11     institution and retail.  So we are all the

12     retail.  If we are in the market, we are all the

13     retail.

14         Q.  And you're asking can retailers like

15     you get into trouble regarding the GameStop stock

16     topic, correct?

17         A.  That's what the tweet says, yes.

18         Q.  Are you normally worried about the

19     legality of your stock trades?

20             MR. KIM:  Objection, form.

21         A.  I am like -- of course, when you do

22     an investment, you do the research and you do it

23     in order, of course, to make the best of the

24     investment.  That's what we all do when we

25     invest, not only in the stock market but in

Page 126

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     general.  So that's part of the process.
 3          Q.  Have you ever asked Professor Toro
 4     before about the legality of your stock trades?
 5          A.  I have asked several things to this
 6     guy, to Sebastian, definitely.
 7          Q.  About whether your stock trades could
 8     be illegal?
 9          A.  No.  It's like -- I have asked
10     generalities, yeah.  It's like -- I would say
11     when we are students of somebody and then you
12     trusted somebody, it's good to ask his view on
13     these things.  But at the end all the decisions,
14     the final decisions are completely mine.  That is
15     just one opinion, as watching one news or
16     watching one video.  They have their views.  They
17     have their saying on any topic and then you say
18     -- you see many opinions, yeah, many news and
19     then you make your own decision.  But decisions
20     are personal.
21              By the way, he's not a financial
22     advisor in any case.
23          Q.  You mean he's --
24          A.  He's just in education.
25          Q.  Right, I understand that.
```

Page 127

```
1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                   So, just as a general matter, based

3      on your trades in GameStop stock the day before,

4      you are asking your professor about the possible

5      illegality surrounding the GameStop topic?

6                   MR. KIM:  Objection.  I think you're

7      mischaracterizing the document.  The document

8      speaks for itself so...

9          A.   Yeah, it's what the tweet was about

10     and nothing else, yeah.  It's like nothing as

11     specific on that topic, yeah.  And I don't recall

12     if there was an answer or not or what was the

13     answer.  It's like -- it's like that.  It's

14     what's in the document.

15         Q.   And it's your testimony here today

16     that you have no idea what you were talking about

17     when you said the, legality of the GameStop

18     topic?

19                  MR. KIM:  I mean, you don't need to

20     raise your voice at the client.  So I'd ask you

21     to refrain from raising your voice to the client.

22                  But I think to the extent that you

23     can answer the question, you can, Mr. Gill.

24         A.   Well, I remember what I am telling

25     you, yeah, that I was seeing the news, yeah, and
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2   what was going on in the market surrounding these
 3   stocks and the other part of the market, which
 4   is, of course, very big and what's going on with
 5   the whole market.  And I had -- I had questions
 6   and so I reached out to the professor.  But the
 7   specifics why, I cannot recall, to be honest.
 8        Q.  And this was the same time that you
 9   purchased GameStop stock, correct?
10        A.  I don't remember if it was before or
11   after.  But it was around that date, as we saw on
12   the statement.
13        Q.  Okay.  When we looked at your trades
14   before, we noted that you made a profit in
15   selling the GameStop that day, correct?
16        A.  Yeah, that is correct.
17        Q.  And you made the profit after only
18   holding GameStop for one day, correct?
19        A.  Yes, that is correct.  That is what
20   is in the document.
21        Q.  Do you remember tweeting this before
22   or after you sold that stock?
23        A.  I don't remember if it was --
24            THE STENOGRAPHER:  He froze.
25        A.  -- before or after or there was this
```

Page 129

```
1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     tweet.
3                   THE VIDEOGRAPHER:  He's frozen.
4          A.  I don't remember -- am I back again?
5               I don't remember if I tweeted this
6     before or after, but I tweeted it and it was
7     around that date.
8          Q.  Let's go back to your Ameritrade
9     January 2021 account statement.  I believe it is
10    Exhibit 274?
11                  MR. KIM:  Hey, Scott, I just want to
12    flag we've been going an hour.  So, I mean, if
13    you got a few more minutes, you know, that would
14    be good.  But, you know, whenever you want to
15    take a break.
16                  MR. COHEN:  Okay.  Let's go a few
17    more minutes.
18                  MR. KIM:  Okay.
19         A.  Okay.
20         Q.  Alright.  We noted before that, you
21    deposited more funds into your account on
22    January 26th, correct?
23         A.  Let me go back to that page.  Yes,
24    correct.
25         Q.  And we can also see that on
```

Page 130

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1      CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2      January 27th you decided to deposit more funds
3      into your account, correct?
4           A.  Yes, that is correct.
5           Q.  And that was for $1400?
6           A.  Yes, that is correct.
7           Q.  And that was the day after the tweet
8      we were just looking at regarding the legality of
9      the GameStop topic, correct?
10               MR. KIM:  I'd just object to the form
11     insofar that it assumes that's when the deposits
12     were made.  I don't know -- you know, it just
13     says, funds deposited, wire received.  I mean, I
14     don't know how long to do a wire to be reflected
15     in a brokerage account.  I mean, I guess, it's
16     possible that it might have been a day other than
17     those days.  So, to that extent, I object.
18               But you can answer the questions if
19     you can.
20          A.  It was around those dates.
21          Q.  Okay.  And, just to be clear, you see
22     that on January 27, 2021 you made -- you took the
23     action to deposit -- to make your wire transfer
24     and on that same day, that transaction settled,
25     correct?

```
                                              Page 131

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2           A.  I don't remember the duration of the

 3    -- of those transfer and those dates.  Right now

 4    it's like in the same day.  But in two years ago,

 5    I'm not pretty sure.  I think it takes one day

 6    or, at least, half a day depending on the time.

 7    But it was around those dates.

 8           Q.  Why did you deposit more funds around

 9    that date?

10           MR. KIM:  Objection, asked and

11    answered.  I mean, didn't we go over this when we

12    were looking at this document earlier?

13           MR. COHEN:  No.  Actually, we went

14    over the deposit of the January 26th funds.  This

15    is a new deposit.

16           MR. KIM:  Oh, okay.  Alright.  Well,

17    my attention is not as good as yours.

18           A.  Basically, yeah, I put some money in

19    the account, yeah, because I wanted to invest.

20    But the specifics of how to invest it and stuff

21    is -- it's difficult to know.  I don't recall the

22    details.

23           Q.  Okay.  And you put this money in the

24    account on that day because you wanted to invest

25    more in GameStop, specifically, correct?
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2            A.   That is speculation.  I don't know.
 3            Q.   Alright.  Well, let's --
 4            A.   I don't know.  And as I -- I don't
 5    recall it, specifically, what -- why -- what did
 6    I buy with those funds.  I don't recall.  But,
 7    yeah, it's the information that is in the
 8    statements where we can see the details.
 9            Q.   Let's turn to the next page, sir,
10    ending 2125.
11            A.   I am in this page.
12            Q.   On January 27, 2021, do you see that
13    you purchased AMC, BlackBerry, Nokia and Express
14    stock?
15            A.   Yes, it's in there.
16            Q.   And these were all stocks that you
17    had heard at the time were being affected by the
18    short squeeze, correct?
19            MR. KIM:  Objection to form.
20            A.    If those were stocks that were in the
21    news, yeah, I agree completely.  They were in the
22    news during those days and that's why I did the
23    process for investing in this company and the
24    process was to the same one that I typically use,
25    yeah.
```

```
                                         Page 133
  1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

  2                  So I see the news around them.  I see

  3       the fundamentals.  I see the technicals and based

  4       on all the information, I make a decision, yeah.

  5       And that's the process I have done with all the

  6       stocks I, typically, trade.

  7                  Q.  You had previously purchased AMC

  8       stock in December 2020, correct?

  9                  A.  Yes, that is correct.

 10                  Q.  And why did you decide to buy more

 11       AMC stock on this specific day?

 12                  A.  Well, basically -- I don't know the

 13       specifics of the trading strategy.  But what I

 14       can see is that, basically, I was right on the

 15       initial strategy, yeah, and the initial strategy

 16       is exactly aligned to what I'm telling you.  It's

 17       company that is undervalued, yeah, based on the

 18       analysis I did and now the price is going higher.

 19       So that's like the analysis that was done before.

 20       You can see it in the price action.  So it's part

 21       of the process.

 22                  Q.  Did you believe at that time that the

 23       increase in share price in AMC at the time was

 24       solely due to the market realizing the

 25       fundamental value of the company?
```

Page 134

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                   MR. KIM:  Objection to form, vague.

3          A.  It's always difficult to know why a

4     stock is going up in value or why it's going down

5     in value.  It's very difficult to know from the

6     market and from the news it's like that's the day

7     to day of every person that is on the market.

8     And that's what happens with these stocks as

9     well, yeah.

10                  And, basically, what my personal

11    process is the one that I have been speaking

12    about is I see the company.  I see the

13    fundamentals.  I see the news.  Based on that, I

14    do the decisions to buy the stocks, yeah.  That's

15    more or less the process.

16                  And when you see the price is going

17    down -- going up, you validate your analysis that

18    -- the analysis that you have done.  So it

19    actually don't make sense, yeah.  And that's more

20    or less the process that I was going through

21    those days.

22         Q.  This was the first time you had ever

23    purchased BlackBerry stock, right?

24         A.  I cannot -- I cannot recall.  But I

25    think so...

Page 135

1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2            Q.   And this was the first time you had

3    ever purchased Nokia stock, right?

4            A.   I don't recall, but I think so...

5            Q.   And this was the first time you had

6    ever purchased Express stock, right?

7            A.   I don't recall the specifics, but I

8    would say so...

9                MR. COHEN:  Alright.  You want to

10   take a break now?

11               MR. KIM:  Sure, sure.

12           A.   Sure.

13               THE VIDEOGRAPHER:  Stand by.  One

14   second please.  Stand by.

15               The time is 6:35 p.m.  We're going

16   off the record.  This will end Media Unit No. 3.

17   We're off the record.

18               (Recess taken 6:35 to 6:52 p.m.

19   Serbian time.)

20               THE VIDEOGRAPHER:  The time is

21   6:52 p.m.  We are back on the record.  This will

22   be the start of Media Unit No. 4.

23           Q.   Mr. Gill, when you were making those

24   trades on January 27th, 2021, you were also

25   viewing news and social media about the market in

```
                                          Page 136
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    general, correct?

3          A.   Yeah, that is correct.

4          Q.   And in viewing that news, you saw

5    items regarding the so-called meme stocks?

6          A.   I saw news in the market including

7    those stocks, yes.

8          Q.   And were you reading anything

9    specific?

10         A.   I don't remember the specific.  But,

11   yes, I was watching the news, including that

12   group of stocks.

13         Q.   Were you watching YouTube at all?

14         A.   Yes, for sure.

15         Q.   And you were on Twitter?

16         A.   On Twitter, yes.

17         Q.   I want to show you Exhibit 276, if

18   you can pull that up.

19              (Deposition Exhibit 276, different

20   Twitter threads with no Bates, was marked for

21   identification.)

22         A.   Sure.

23         Q.   And these are more of your tweets,

24   correct?

25         A.   I'm taking -- yes.

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          Q.  Let's go to the last page of this
 3     document.
 4          A.  Last page?
 5          Q.  The last page, right.
 6          A.  Yes.
 7          Q.  Oh, I'm sorry, the second to last
 8     page.  So you'll see a picture of a shark it
 9     looks like in one of the tweets.
10          A.  Uh-huh.
11          Q.  It looks like on January 27, 2021,
12     you responded to a tweet from Arena Alpha; is
13     that correct?
14          A.  Well, that is what is in the
15     document, yes.
16          Q.  And you commented -- the tweet that
17     you commented on says, "FUBO AMC, NOK and GME
18     were el nuevo FANG," correct?
19          A.  Yes, that is in the tweet.
20          Q.  And in English that means the new
21     F.A.N.G.?
22          A.  Yes.
23          Q.  Can you explain what that means?
24          A.  Well, basically, there is a group of
25     stocks, yeah, that are well-known which are the
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    FANG, yeah.  It's a Facebook -- I don't remember
 3    the -- it's Facebook in there.  It's Google in
 4    there.  It's Netflix in there for the end.  I
 5    don't remember the "A."  Maybe it's Alphabet;
 6    Facebook Alphabet and Nokia -- well, big stocks,
 7    yeah, big technological stocks, yeah.  And I was
 8    saying the "new FANG," which are the stocks
 9    below, which is FUBO, AMC, Nokia and GME.
10          Q.  And this tweet has as a laughing face
11    next to it, right?
12          A.  Yes, it's there.
13          Q.  So did you perceive this tweet to be
14    making a joke of some kind?
15          A.  Well, it was a tweet I saw and I
16    reacted to it, of course.
17          Q.  Did you think it was funny?
18          A.  It's what was happening in the
19    market.  I mean, Facebook, Google, Netflix are
20    huge companies, yeah, and the others are smaller
21    companies.  That's -- there is no question about
22    it.  And it was what was going on in the market
23    and I was reacting to that.
24          Q.  So you were reacting to how FUBO,
25    AMC, Nokia and GameStop were being compared to
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     these enormous companies?
 3          A.   Yeah.  Well, they were going up in
 4     valuation, yeah, actually, aligned to what was my
 5     analysis.  So, yeah, I reacted to that, which is
 6     I would say normal.
 7          Q.   You've heard of Robinhood, correct?
 8          A.   Yes, I've heard, of course.
 9          Q.   And you understand this is an action
10     against Robinhood?
11          A.   Yes, that is correct.
12          Q.   You don't have a Robinhood account,
13     though, right?
14          A.   No, I don't.  I am TD Ameritrade
15     client, but I don't have a Robinhood account.
16          Q.   Why not?
17          A.   Basically, when I started operating
18     the US market, I evaluated different options.
19     And based on my needs, TD Ameritrade was the one
20     that fit my needs.
21          Q.   And if you don't have a Robinhood
22     account and you don't trade on Robinhood, then
23     why are you suing Robinhood?
24          A.   Well, basically, this class is for --
25     we are suing Robinhood for market manipulation
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     and when it turned off the buy button, it, like,
 3     affected the demand for these stocks.  So there
 4     is a market manipulation.  It's for the market,
 5     not only for their clients.  It's for the market.
 6     So that's why.
 7          Q.  Is it your opinion that by turning
 8     off the buy button, Robinhood affected the stock
 9     prices?
10          MR. KIM:  Objection to form.
11          A.  Well, basically, there is a market
12     manipulation, yeah, and there are technical
13     proofs on that and technical proofs that
14     disabling the buy button it makes the demand
15     lower for these stocks thus making the price of
16     the stock go down.  If you only have one side
17     equation for defining the price, yeah, only --
18     you can only sell, not buy, then you are
19     manipulating the price of the stock market.  And
20     that's why -- that's what's in the class.
21          Q.  Was that analysis something you
22     believed back when Robinhood put the stock
23     purchase restrictions in place?
24          A.  That was an analysis of mine, yes,
25     and that's why I contacted The Rosen Law Firm.
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     But technicals and the details and the evidence,

3     everything was prepared by them, by The Rosen Law

4     Firm.

5          Q.   But as soon as you saw these

6     restrictions were in place, was that your fear?

7               MR. KIM:   Objection, form.

8          A.   I don't remember exactly how it

9     happened.  It's like in the day to day.  But, of

10    course, it affected me because, of course, if you

11    cannot buy, yeah, you affect the stock price, the

12    demand, and then that is, like, affects directly

13    the price.  So, yes, of course, it affected my

14    decisions on the day to day.

15              But I don't remember exactly how it

16    happened.  But it affected, of course, the

17    overall performance in the market and, of course,

18    I lost money on that and that's why we are here.

19         Q.   So, as we were discussing, you're

20    aware that Robinhood implemented certain

21    purchasing restrictions on its platform on

22    January 28th, right?

23         A.   Yeah, I don't remember exactly the

24    specifics.  But, yeah, those restrictions were

25    implemented.  And that was all over the news.

```
                                                    Page 142

 1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2              Q.  Was it -- it was all over the news

 3        the day it happened?

 4              A.  Yes, I remember I was on the

 5        Thinkorswim platform and I saw the news there.

 6        It was like very public.  And -- but, yes, I

 7        don't remember exactly the date or the time.

 8              Q.  Can you describe for me the

 9        restrictions that Robinhood put in place?

10              A.  Yeah, all the evidence, all the

11        technical analysis was done by The Rosen Law

12        Firm, yeah.  But their restrictions I remember

13        was the first one, the main one was that the buy

14        button was disabled.  Thus affecting the stock

15        prices, as we discussed, that made the prices go

16        down directly.  And besides that there were some

17        restrictions to buy, like, you can just buy one

18        share or five shares of something, but it was

19        like more or less the same as having the button

20        disabled.  And I don't remember the specifics on

21        those restrictions.  But those restrictions were

22        in place and there was public documentation in

23        place, even Robinhood documentation stating those

24        restrictions.

25              Q.  And Robinhood never forced you to
```

Page 143

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2    trade securities, correct?
3           A.  Yeah, that is correct.
4           Q.  Do you recall which stocks
5    Robinhood's restrictions affected?
6           A.  I don't remember the specifics.  But
7    they are in the group of the ones discussed in
8    this class.
9           Q.  Do you know how long the restrictions
10   lasted?
11          A.  No.  Those details I don't know them,
12   but they are part of the complaint.
13          Q.  Do you have an understanding about
14   why Robinhood imposed the restrictions?
15          A.  I have a general understanding, yeah.
16   But I don't agree.  It's market manipulation,
17   yeah.  And that's why I don't agree, yeah, and
18   that's why I contacted The Rosen Law Firm in the
19   first place.  But all the technical details and
20   what was going on in the market, yeah, it's part
21   of the work being done by The Rosen Law Firm.
22          Q.  When the restrictions were put in
23   place and you first learned about it, did you
24   speak with anyone about them?
25          A.  Not that I recall.  In Columbia, not

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

many of my friends -- actually, no one of my friends trades on the market. So, no, that I recall.

Q. Do you recall any restrictions by other brokers?

A. I remember there were some, yes.

Q. Okay. I want to show you another exhibit. This will be Exhibit 277 in your folder.

(Deposition Exhibit 277, Ameritrade announcement entitled, "Security Impacts Related to Market Conditions," was marked for identification.)

Q. Let me know when you have it up.

A. I have it open.

Q. Do you recognize this announcement?

A. I recognize that it is from TD Ameritrade.

Q. Have you seen it before?

A. Maybe I have. I could have, of course, because I was very on the market during those times. But exactly if I saw it, I cannot recall, but I might have seen it.

Q. And this is an announcement by TD

Page 145

```
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2     Ameritrade alerting its customers that, "In the

 3     interest of mitigating risks for our company and

 4     clients, we have put in place several

 5     restrictions on some transactions in GME, AMC and

 6     other securities," right?

 7           A.  Yes, that's what is in the

 8     communication.

 9           Q.  Did there come a time when you became

10     aware that TD Ameritrade imposed certain

11     restrictions on these same stocks that we've been

12     talking about?

13               MR. KIM:  Which ones?  Are you

14     talking about this announcement, GME, AMC, or are

15     you talking about other stocks?

16               MR. COHEN:  The group of stocks that

17     we've been talking about in this case but

18     including GME and AMC.

19           A.  Sorry, can you repeat that question

20     again?  Sorry about that.

21           Q.  No problem.

22               Did there come a time when you became

23     aware that TD Ameritrade also imposed certain

24     restrictions on the trading of these stocks

25     including GameStop and AMC?
```

Page 146

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          A.   I was aware there were restrictions

3     in the market, yes.  I don't know to what extent

4     was the market and the prices, like, impacted by

5     this.  I believe you have to do a much deeper

6     analysis to that and that analysis has been done

7     by my lawyers, by The Rosen Law Firm.  And

8     basically, what I understand is that the impact

9     is way more less than their restrictions done by

10    Robinhood.

11          But all the technicals, yeah, and all

12    the specific analysis are -- have been done by

13    The Rosen Law Firm and, of course, I support all

14    this analysis.

15          Q.   So the restrictions that TD

16    Ameritrade put on these stocks, did those affect

17    your ability to purchase stocks like GameStop and

18    AMC?

19          MR. KIM:  Objection to form.

20          A.   It's difficult to say specifics.

21    Even in this communication, there is no detail on

22    what restrictions were.  And I don't remember,

23    specifically, what was going in the specific

24    time, yeah.

25          But I believe these things, this

Page 147

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    detail, this technical detail is to be seen with

3    all the detail analysis done by The Rosen Law

4    Firm.

5          Q.  Are you also suing TD Ameritrade?

6          A.  No, it's not part of this class.

7          Q.  Are you seeking to sue them in

8    addition?

9          A.  That's another matter, another

10   discussion.  But what we have done for this class

11   is that only Robinhood is being sued because

12   that's what the evidence suggests and that the

13   technical analysis suggests.  So that's why it's

14   only part -- that -- they are the only ones in

15   this class.  That's why.

16         Q.  And you believe that Robinhood has

17   been wrong for doing this for a long time,

18   correct?

19         A.  Yeah, that is correct.  I personally

20   -- I am in the stock market and we are investors.

21   So I think that the conditions of the market

22   should be transparent.  And these kind of things,

23   this market manipulation, I think they are wrong

24   and they are wrong for the market and the market

25   it's important that it is transparent and it's

```
                                         Page 148
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    transparent to all the investors.  So that's why
 3    I don't like this market manipulations.
 4         Q.  Let's go --
 5         A.  Any of them.
 6         Q.  Let's go back to 275, the exhibit.
 7         A.  I am in the exhibit.
 8         Q.  If you can turn to the last page
 9    please.
10         A.  Yes.
11         Q.  This shows two tweets of yours, one
12    on January 29, 2021 and one on January 30, 2021?
13         A.  Yeah that's what's in the document,
14    yes.
15         Q.  So, on January 29, 2021, you were
16    responding to another tweet saying, "looks like
17    Robinhood is limiting most of chamath's SPAC
18    stocks," and then it lists other stocks too,
19    correct?
20         A.  That's what it says in the tweet,
21    yes.
22         Q.  And the article that was posted along
23    with that tweet is -- at least, the first part of
24    the title says, "Robinhood is still severely
25    limiting trading"?
```

Page 149

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2         A.  Yes, that's what's in the tweet, yes.

3         Q.  And then you say, "that's illegal.

4    Cowards and robbers.  At least 20 years.  We need

5    transparency in the markets," correct?

6         A.  That's correct.  That's what's in the

7    tweet.

8         Q.  Can you explain what that means?

9         A.  Yeah, I don't recall exactly the

10   contents of the article, yeah.  But I was

11   basically having a reaction, you know, to what

12   was going on in the market.

13             As I was telling you before, I don't

14   like market manipulations at all.  And I think

15   the market should be transparent and good for

16   investors.  In the long-term and in the

17   short-term, that has to happen.  That's my

18   reaction.  And that was their reaction then.

19   That's what I can see in the tweet.  So,

20   basically, I am against market manipulation.  But

21   I don't know what is in that article.  So it's

22   difficult to draw up further conclusions to that.

23        Q.  Okay.  But it's fair to say that as

24   of the time you posted that, you believed that

25   Robinhood had done something wrong, correct?

```
                                          Page 150
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2          A.   Yeah, that is correct.
 3          Q.   You believe that they were engaging
 4     in market manipulation, right?
 5          A.   Yes.
 6          Q.   Who were the "cowards and robbers"
 7     that you're talking about here?
 8          A.   I don't know the contents of the
 9     article.  But I was against market manipulation
10     so the people doing the market manipulation,
11     yeah.
12               I am not, specifically, talking about
13     anyone, in particular, but the people doing
14     market manipulation I don't approve.
15          Q.   And you say here, "at least
16     20 years"?
17          A.   That was very reactive, of course.
18          Q.   But you're talking about jail time,
19     right?
20          A.   Yeah, I'm not a lawyer, as you know.
21     I am someone in IT and I was doing -- having a
22     reaction on Twitter for something that I don't
23     approve.
24               I don't remember, specifically, the
25     happenings, the specific happenings on those
```

Page 151

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2      dates.  But I was having a reaction.  And that's

3      what's in the tweet.  And this is from a

4      non-lawyer.

5           Q.  SPAC insider is a known lawyer?

6           A.  Where are you reading?  I'm sorry.

7           Q.  I'm sorry.  Who are you saying that's

8      from a known [sic] lawyer?

9               THE STENOGRAPHER:  He said

10     non-lawyer.  I'm so sorry.

11          Q.  Oh, a non-lawyer.  I'm sorry.

12          A.  Oh, a non-lawyer.  That's me.

13          Q.  No, it was my mishearing.

14              You also tweeted beneath that, "go to

15     Webull."

16              Do you see that?

17          A.  Yeah, I see it.

18          Q.  What is "Webull"?

19          A.  It's another broker.

20          Q.  Oh.  Do you use Webull?

21          A.  No, not at all.  I know that it

22     exists and it's in the market, but I don't use

23     it.  I have evaluated Webull when I did the

24     evaluation.  Webull was one of the alternatives.

25     But I haven't used Webull before.  But it is part

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     of the tweet and it's part of their reaction.
 3     That's it.
 4          Q.  Do you recall why you wanted people
 5     to go to Webull?
 6               MR. KIM:  Objection to form.
 7          A.  Yeah, we are in a case against market
 8     manipulation.  So it was a reaction, yeah.  I
 9     know it's bad to react, but it was a reaction to
10     something I don't agree with.  So that's why the
11     comment.  But, yeah, nothing else.
12          Q.  So it was your reaction that Webull
13     was also involved in restricting stock purchases?
14          A.  Well, that is speculation and that is
15     not what it says on the tweet.  The tweet says,
16     "go to Webull."  But that doesn't suggest
17     anything else.
18          Q.  Right.  So I'm just trying to figure
19     out what it means, because I also don't know.
20               MR. KIM:  Well, I think he answered
21     the question the first time but...
22          Q.  I'm sorry, then one more time.
23               What are you suggesting with respect
24     to "Webull"?
25          A.  Well, Webull is another broker, yeah.
```

```
                                        Page 153
 1         CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    I haven't used Webull.  Actually, I don't follow
 3    much about what is happening to Webull, yeah.  On
 4    that period of time, I don't know if they put
 5    restrictions or not.  I'm not aware of that.
 6    Maybe they did, maybe they don't.  I don't know.
 7    I was just -- that tweet is regarding a reaction
 8    I had to an article, yeah, and it doesn't mean
 9    anything else.  It's like the article -- the
10    title says, Robinhood is limiting trading,
11    "severely limiting trading," et cetera, et
12    cetera.  And I'm reacting to that, yeah, saying
13    that there is market manipulation.
14              And the next comment says, "go to
15    Webull."  That's like, I think, it's
16    self-explanatory.  So, that if someone reads the
17    tweet, yeah, tell -- it's like telling the people
18    to go to other broker that doesn't do this kind
19    of market manipulation.
20         Q.   So let's go back to your January 2021
21    Ameritrade statement, which is Exhibit 274, I
22    think.
23         A.   I'm in it.  Which page?
24         Q.   Let's go to the page ending 2126?
25         A.   I'm in it.
```

```
                                          Page 154
 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           Q.   It looks like that on January 28th,
 3      2021 you purchased 81 more AMC shares on your
 4      Ameritrade account, correct?
 5           A.   Yes, that is correct.
 6           Q.   Okay.  Why did you buy these shares
 7      at that time?
 8           A.   Well, I don't remember the specifics,
 9      yeah.  The general investment thesis was the
10      same, yeah, in which I did based on the
11      fundamentals I went to the news, I went to
12      technicals.  And based on that, I went to do
13      these buy, all those -- actually, all those
14      transactions there.
15                But the specifics of why I did this
16      order or the other one, it's difficult to recall
17      and I don't recall.
18           Q.   Do you recall if you made this
19      purchase before or after you found out that
20      Robinhood had implemented its purchasing
21      restrictions?
22           A.   I don't recall the specifics.  Yeah,
23      I don't recall it, specifically, on which date
24      the restrictions started and where they were
25      changed and then when they were like up.  Yeah, I
```

```
                                                Page 155
 1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2      don't recall exactly that.  And I don't recall
 3      how it goes with this transactions.  Honestly,
 4      that's a lot of detail to remember, to recall.
 5              Q.  You also purchased 14 Express shares
 6      on this day, correct?
 7              A.  Yeah, that is correct.
 8              Q.  And you purchased Express shares for
 9      the same reason as you purchased your AMC shares?
10              A.  It's like -- it's -- the analysis --
11      the base analysis is the same, yeah, and it's the
12      same done with AMC but for Express, yeah.  And
13      based on the analysis -- well, the operation was
14      made and it was made as it is on this statement.
15              But I don't remember exactly what was
16      happening on that time and I don't remember
17      exactly what the price action was.  So it's
18      difficult to say exactly the strategy for those
19      trades for those buys.
20              Q.  After you purchased Express shares on
21      January 28, 2021, it looks like you in that same
22      day quickly sold off shares for several companies
23      that same day, correct?
24              A.  Yeah, that is what is in the
25      statement.
```

```
                                              Page 156

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2           Q.   So you sold AMC, Nokia, BlackBerry

 3      and Express shares on January 28th, 2021?

 4           A.   That's what's in the statement, yes.

 5           Q.   Okay.  Is it a fair inference that

 6      that you sold these shares after you learned of

 7      Robinhood's restrictions?

 8           A.   Yeah.  Honestly, exactly, I don't

 9      know exactly why I sold seeing at the statement

10      right now, because, yeah, it's difficult to

11      remember the exact things that were happening in

12      and which times the things were happening and

13      which specific news were going on at that time.

14      So, the specifics I, honestly, don't recall.

15           Q.   These are the stocks that were being

16      affected by the Robinhood trade restrictions,

17      correct?

18           A.   As I recall, yes.

19           Q.   Did you see something on social media

20      at this time indicating that there were stock

21      purchase restrictions on these companies' stocks?

22           A.   Yeah, I don't remember, specifically,

23      the news on those dates, yeah, and what was

24      happening in that specific date.  I, honestly,

25      don't remember, yeah.
```

Page 157

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                What I can tell you is that I

3      operated the market based on the Thinkorswim

4      platform, the news on Thinkorswim platform and

5      the Twitter that I have been telling you and the

6      YouTube I have been telling you all along.

7           Q.  And then if you look at the next day,

8      on January 29th, you continued to sell AMC,

9      Express and BlackBerry shares, correct?

10          A.  Yeah, that is what is in the

11     statement, yes.

12          Q.  And, as we saw in the tweet we looked

13     at just a few minutes ago, you were certainly

14     aware that Robinhood had instituted its

15     restrictions by January 29th, correct?

16          A.  Yeah, as I was telling you, I don't

17     remember the specifics, yeah, and exactly when

18     the restrictions were imposed.

19                What was the scope of their

20     restrictions each day, what was the price action,

21     yeah, that was happening on the markets during

22     those times, yeah, I don't recall that -- those

23     specifics.  But the transactions are there in the

24     statement.  So, of course, yeah, they happen as

25     they are reflected on the statement.

```
                                              Page 158
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          Q.   And on January 29th, you made the

3     comment on Twitter to go to "Webull," correct?

4          A.   It is what is in the document.

5          Q.   Okay.   Let's go back to that

6     document.

7          A.   What's the exhibit?

8               (There is a discussion off the

9     record.)

10         Q.   It's 275.

11         A.   275?

12         Q.   Yes.

13         A.   I'm back in, in the exhibit.  I'm on

14    that page.

15         Q.   So you see that the January 29th,

16    2021 tweet was about Robinhood "severely limiting

17    trading," correct?

18         A.   Yeah, that's what's in the tweet,

19    yes, in the article from that tweet, yes.

20         Q.   And then on January 29, 2021, you

21    also commented on that tweet, correct?

22         A.   Yes, that's correct.  That is what is

23    in that tweet, yes.

24         Q.   So, on January 29th, you were aware

25    that there were trading restrictions that

Page 159

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    Robinhood implemented, right?
 3          A.   That is what is in the tweet, yes.
 4          Q.   Let's go back to the exhibit we were
 5    just in, which is Exhibit 274.
 6          A.   In what page?
 7          Q.   Page 2127.
 8          A.   Alright.  I'm here.
 9          Q.   So, also, on January 29th, after you
10    made those -- you sold those shares, you also
11    purchased more AMC stock.
12               Do you see that?
13          A.   I see it's in the statement, yes.
14          Q.   Do you know why you had purchased the
15    AMC stock on January 29th after selling it that
16    same day?
17          A.   Yeah, it's difficult to see -- to
18    recall the detail, yeah.  And without knowing
19    what was going on, specifically, on those day in
20    the news and, specifically, in those days on the
21    price action.  So it's difficult to say, yeah.
22    It's -- honestly, I don't recall.
23          Q.   Is it fair to say that there was a
24    lot of confusion going on from your perspective?
25               MR. KIM:  Objection to form.
```

Page 160

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1

2      A.   That is difficult to say, yeah.  I

3    don't recall exactly what was -- why I did all

4    these -- all these purchase and sells, yeah.  And

5    they were -- and the processes on that.

6          But to say it's "confusion," it's

7    like -- it's difficult to say.  I wouldn't agree

8    to that.

9      Q.   And do you recall what was going

10   through your head at all at this time?

11     A.   No, those specifics, no.

12     Q.   Let's go to a new exhibit.

13          MR. COHEN:  Tab 12.

14     Q.   And it will be 278.

15          (Deposition Exhibit 278, copy of Mr.

16   Gill's February 2021 account statement for

17   Ameritrade P00002128 to P00002135 marked

18   Confidential, was marked for identification.)

19     A.   I can see it.

20     Q.   We're having some technical

21   difficulties.

22     A.   There it is.

23          MR. COHEN:  And, for the record, the

24   beginning Bates Number is P00002128.

25     Q.   So, Mr. Gill, this is your Ameritrade

1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     account statement for the month of February 1st,

3     2021 through February 28, 2021?

4           A.  Yes, that is correct.

5           Q.  Let's go to the page ending 2133.

6           A.  I'm in the page.

7           Q.  If you look at the fourth row down --

8           A.  Yes.

9           Q.  -- you made -- you made several stock

10    trades on February 3rd, 2021.

11              Do you see that?

12              MR. KIM:  You mean February 1 or is

13    it the 3rd?

14          Q.  I'm sorry.  They were --

15    February 1st, 2021 and settled on February 3rd,

16    2021.

17          A.  Yes, I see them.

18          Q.  Okay.  So we can see that you bought

19    a 150 more shares of AMC stock for $15.20 per

20    share, correct?

21          A.  That's correct.

22          Q.  And this was after you saw that

23    Robinhood had imposed its purchasing

24    restrictions, correct?

25          A.  Yeah, that is correct.

Page 162

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1

2          Q.   Could you tell me why you continued

3     to buy the AMC stock at this time?

4          A.   Yeah, it's -- it's difficult to say

5     because it's all -- it is tied to the news and to

6     the market what is pricing there in the details.

7     I don't remember if there were like some

8     restrictions that were not there anymore, yeah,

9     or any other things happening in the market,

10    yeah.  So it's like -- basically, I don't know.

11    I don't recall.

12         Q.   And then you sold 100 shares of AMC

13    on that same day, right?

14         A.   I think it's the day after.  It's the

15    2nd of February.

16         Q.   This is the 1st of February; the row

17    up from where you're looking.

18         A.   Ah, okay.

19         Q.   Do you see that you sold 100 shares

20    of AMC stock at $12.37 per share?

21         A.   Yeah.  Yeah, I see it.

22         Q.   Do you recall the reason why you sold

23    the AMC shares shortly after purchasing them?

24         A.   I don't -- I don't remember the

25    specifics, yeah.  But they are tied to specific

```
                                            Page 163
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     news in the market and the price action.  So it's
 3     difficult to comment, yeah, after two years.  I
 4     don't recall.
 5          Q.   Did you at the time believe that
 6     AMC's stock was trading in a volatile way?
 7          A.   It was volatile, yes.
 8          Q.   Did that affect your analysis of when
 9     to buy and sell stock?
10          A.   Well, the pricing -- the market --
11     what the pricing -- what the market was pricing,
12     of course, was affecting the -- my decisions, of
13     course.  And some were good decisions, some not
14     so much, but they were affected as well by their
15     restrictions, yeah.  And the -- but that was what
16     was going on in the market at that time.
17               But the specifics on why each of the
18     transactions is difficult to know, difficult to
19     say.  I don't recall the specifics.
20          Q.   And then you sold 150 shares of AMC
21     on February 2nd, right?
22          A.   Yes.
23          Q.   And then you went on to buy 210
24     shares of AMC on February 5th, right?
25          A.   Yeah, that's what's in this
```

Page 164

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

```
 1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     statement.
 3              Q.  Is this type of alternating of buying
 4     and selling the same shares a common way that you
 5     invest?
 6              A.  No, it is not but were not common
 7     days in the market.
 8              Q.  Okay.  If you go to the next page, on
 9     February 10th, 2021, you bought Express, GameStop
10     and Koss?
11              MR. KIM:  You mean it's on the same
12     page, no?  You said, "the next page."
13              What page are we talking about?
14              MR. COHEN:  Oh, sorry.  Yeah, it's
15     the bottom of the same page.  You're correct,
16     Phil.
17              Q.  So I can ask that again.
18              Do you see that on February 10th,
19     2021 you bought Express, GameStop and Koss
20     shares?
21              A.  Yes, I see it's in the statement,
22     yes.
23              Q.  And do you recall why at that time
24     you purchased those shares?
25              A.  Well, the hypothesis, the initial
```

Page 165

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     hypothesis was still there, yeah, and the

3     analysis was still there, yeah.  So what I did

4     was, like, reviewing the fundamentals, the price

5     action and the news and that's -- it reflects of

6     what I was doing, yeah.  But the specifics on why

7     the specific transaction is difficult to say.

8               THE VIDEOGRAPHER:  I think the

9     Videographer has got some audio -- there you go.

10              MR. COHEN:  Thank you.

11         Q.  Isn't it true that this is the first

12    time you had ever purchased Koss shares?

13         A.  I cannot recall when was the first

14    time, but maybe it was, maybe not.  I cannot

15    recall.

16         Q.  Do you know what Koss does?

17         A.  It's a consumer electronics, yes.  I

18    did the analysis at those times, yeah,

19    headphones.  And I did the analysis and -- well,

20    it was worked at that time, yeah, and that's why

21    that is reflected on the transactions.

22         Q.  Looking at the next page, on

23    February 24th, 2021, you purchased more Nokia,

24    Express and GameStop stock, correct?

25         A.  That is correct.

Page 166

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2              Q.  Could you talk me through your
3      thinking in purchasing those three stocks on that
4      day?
5              A.  Yeah, the strategy and the way of
6      doing the process, it's more or less the same,
7      yeah.  And reviewing the fundamentals, the news
8      and the price action and based on that good to
9      buy, that was after, you know, with all the
10     happenings.  And so -- well, the overall strategy
11     was more or less the same.  So it's a
12     continuation of the same.  But the specifics of
13     each trade, it's difficult to know.
14             Q.  So, because --
15             A.  I don't recall.
16             Q.  Because this was after the events
17     that we were just talking about with regard to
18     Robinhood, would you characterize these purchases
19     as being long on the stock?
20             MR. KIM:  Objection to form.
21             A.  It's -- I don't remember exactly what
22     was the strategy for these trades.  So I cannot
23     comment on the details.  About the overall
24     strategy is more or less the same.
25             Q.  Okay.  Let's look at -- it will be

Page 167

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2    Exhibit 279.
3                (Deposition Exhibit 279, copy of Mr.
4    Gill's March 2021 account statement for
5    Ameritrade P00002136 to P00002142 marked
6    Confidential, was marked for identification.)
7          A.  I'm not seeing the exhibit yet.
8          Q.  It will be coming up soon.
9                MR. COHEN:  And, for the record, the
10   beginning Bates Number is P0002136.
11         A.  There it is.
12         Q.  And I'll point you to the page --
13   well, first of all, this is your March 2021
14   Ameritrade statement, correct?
15         A.  Yes, that is correct.
16         Q.  And if you go to Page 2140.
17         A.  Yes.
18         Q.  On February 25th, you bought AMC and
19   GameStop stocks, correct?
20         A.  Yes, that is correct.
21         Q.  And then you went on to sell those
22   same stocks on February 26, 2021?
23         A.  Well, that's what is in the
24   statement, yes.
25         Q.  And you sold the same number of

```
                                        Page 168
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    shares that you purchased, correct?
 3          A.  Yes, that is correct.
 4          Q.  Do you have any recollection about
 5    why you bought and sold these same shares within
 6    a day of each other?
 7          A.  I don't recall the specifics.  And I
 8    don't recall what was going on in the news or in
 9    the market or in the price action.  It's
10    difficult to say, yeah.  But what could happen,
11    which is normal, are stop losses, right, that
12    happens, typically, in the market.
13          Q.  What are "stop losses"?
14          A.  "Stop losses" is when you automate,
15    yeah, to sell a stock when it reaches a certain
16    limit, yeah, that's part of the operation of the
17    stock market in every trading strategy, yeah.
18    But I'm guessing because I don't -- I don't know,
19    specifically, the -- their reasons in that time.
20    But I, typically, use the stop losses.
21          Q.  Understood.
22          A.  Yeah.  And that happens when you
23    analyze the things like this without all the
24    context, yeah.  So, for example, a stop loss,
25    yeah, looks like trading a lot.  But what happens
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2   is that you simply put -- define some limits and
 3   if the limit is surpassed, it's automatic.  It's
 4   like -- it will prevent damages.  But that's the
 5   normal investing either long-term or short-term.
 6   Using a stop loss is very very valuable.
 7        Q.   And before we talked briefly about
 8   your familiarity with Reddit, correct?
 9        A.   Can you repeat?  The communication
10   cut a bit.
11        Q.   We spoke briefly before about your
12   familiarity with Reddit?
13        A.   Yeah, I more or less know what it is.
14        Q.   And I also asked you about Wall
15   Street Bets, the sub-Reddit, correct?
16        A.   Yes, that is correct.
17        Q.   But you couldn't recall whether you
18   interacted with Wall Street Bets at all; is that
19   right?
20        A.   Yeah, that is right.
21        Q.   When if at all did you first hear
22   about Wall Street Bets?
23        A.   I don't recall the specifics, yeah.
24   But it was on the news during those days, yeah.
25   I -- like, the most up-to-date news I get are
```

Page 170

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    typically, from the Thinkorswim platform.  And in

3    the Thinkorswim platform, they say the news and

4    they were on the news, yes.

5          Q.  And do you recall re-tweeting any

6    Wall Street Bets comments?

7          A.  Maybe I did.

8          MR. KIM:  Objection to form, asked

9    and answered.

10          A.  I don't recall specifics, but maybe I

11    did.

12          Q.  Do you recall up voting or down

13    voting any Wall Street Bets content?

14          A.  I don't remember specifics of the

15    content I saw during those days or they -- if I

16    had re-tweeted or commented or something.  Maybe

17    I did.

18          Q.  And by "those days," you're talking

19    about December 2020 and January 2021, correct?

20          A.  Yeah, that's correct.  But I don't

21    remember specifics what I did, but maybe I did,

22    yes.

23          Q.  Do you remember at all your general

24    view of Wall Street Bets around that time?

25          A.  Basically, what was in the news,

1      CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2    yeah.  And the news were saying, yeah, that they

3    were manipulating the market.  That what was in

4    the news, yeah.  But that's the general view.  I

5    don't know, specifically.

6           Q.  And what was your view of Wall Street

7    Bets around December 2020 and January 2021?

8           A.  Well, they are a community, yeah,

9    and, yeah, they discuss things in the community.

10   I don't know the details, yeah.  And, yeah and

11   they were a community and they were investing in

12   these stocks, yeah.  But I don't know more

13   details.  I don't recall.

14          Q.  Did you at that time have a positive

15   view of Wall Street Bets?

16          A.  They were -- it was a view, but if

17   it's possible good or bad, it's like they are a

18   community.  They're in the market, yeah, and as

19   we have been speaking, I was in the market, yeah.

20          But how do I see them?  Well, I don't

21   know.  Maybe I commented something or -- yeah, I

22   don't know.

23          Q.  Let's look at Exhibit 276.

24          A.  Yes.  Which page?

25          Q.  These are your tweets, right?

```
                                                    Page 172

 1           CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2           A.   Yes.

 3           Q.   I'll point you to Page 1, actually.

 4           A.   Uh-huh.

 5           Q.   You see at the bottom of this page a

 6      Wall Street Bets moderator tweet that you

 7      re-tweeted on March 12th, 2021?

 8           A.   Yeah, it's there.

 9           Q.   And the tweet says, "CNBC uses the

10      term Wall Street Bets like we're El Qaeda."

11           A.   Yes.  Yes, that's in the document.

12           Q.   What did you understand this tweet to

13      mean?

14           A.   Well it is what it says.  I cannot

15      say further.  "CNBC uses the term Wall Street

16      Bets like we are El Qaeda."  That's like, yeah,

17      like -- that's what CNBC is saying, comparing

18      this community to El Qaeda, and I reacted to that

19      tweet.

20           Q.   When you re-tweeted this, was it

21      because you disagreed with that assessment?

22           A.   I found it amusing, but, yeah,

23      because it's amusing, that comparison.  But still

24      -- you know, but that's the reason.  That is what

25      is in the tweet.
```

Page 173

CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

1
2          Q.   Let's go two pages in.
3               MR. KIM:  What do you mean?  You mean
4     two more pages down or the second page?
5               MR. COHEN:  Two more pages down.  So
6     it will be the third page.
7          A.   Okay.
8          Q.   You see a Wall Street Bets moderator
9     tweet that you replied to?
10          A.   I think I am in the same page.  But,
11    yes, there is one.
12          Q.   And the tweet says, "Casual reminder
13    that this actually happened," with a picture of a
14    screen displaying common Wall Street Bets lingo,
15    correct?
16          A.   Yeah, that's what's in the picture.
17          Q.   Were you familiar with this lingo?
18          A.   It was on the news, yeah, all over
19    the news.  So I saw it, of course.  It was
20    everywhere in the news.
21               Actually, they are showing a picture
22    of a guy on TV, showing it.  So, yes, it was all
23    over the news.
24          Q.   Have you ever used these terms?
25          A.   Like, some but, like, nothing

Page 174

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
2     serious.
3          Q.  So, for example, in the tweet itself
4     it says, To the moon means a "belief that a stock
5     will gain significantly."
6          A.  Yeah, that's what's in the tweet.
7     But that's what they were saying in the news, all
8     over the news.  It's a kind of amusing way of
9     referring.  It's, like, amusing.  That's why I
10    tweeted that.  But that's it.
11         Q.  So it was in the news, all over the
12    news that "to the moon" meant that a stock was
13    going to gain significantly?
14         A.  Yes.  Actually, the picture shows a
15    guy, yeah, a reporter in Bloomberg, yeah, saying
16    that.  So it was all over the news.
17         Q.  And then your response to that was,
18    "the best.  I am into the moon."
19         A.  It's amusing, yeah, but nothing else.
20         Q.  What were you saying?
21         A.  Yeah, I was just reacting to the
22    message.  That's all.
23         Q.  And did you go on to repeat this
24    language in other context?
25         A.  No, not at all.  In Twitter, like,

Page 175

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     but it's like sporadic.  I don't comment too
 3     much.  So it's -- it's a way to referring to
 4     which was, like, everywhere in the news.
 5              Q.  Could you go to the next page please.
 6                  And this is a comment to a different
 7     tweet that you make, correct?
 8              A.  Correct.
 9              Q.  And in that comment you say, "to the
10     moon!", right?
11              A.  Yes, it's there.
12              Q.  Do you recall what the deleted tweet
13     was about?
14              A.  Well, it was more or less the same.
15     It was actually -- it was on September the 2nd,
16     which was more -- much -- way after all the
17     events, yeah.  But I don't remember exactly what
18     was I reacting to.  But it was a reaction.
19              Q.  Do you recall if in January 2021 you
20     bought shares of Tootsie Roll?
21              A.  Tootsie Roll?  It doesn't -- I don't
22     remember.  But I don't think so.
23              Q.  And what about Trivago?
24              A.  It don't remember, but I don't think
25     so.
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2        Q.  Koss Corporation?
 3             THE STENOGRAPHER:  What was it?
 4             MR. COHEN:  Koss, K-O-S-S.
 5             MR. KIM:  Didn't we just go over Koss
 6    on the account statements?
 7             MR. COHEN:  In January 2021, I
 8    believe --
 9        A.  I don't remember the specifics, but I
10    have bought Koss, yes.
11        Q.  And you bought that in February 2021?
12        A.  I don't remember the specific date,
13    but I did bought Koss, yes.
14        Q.  And Bed Bath & Beyond, do you
15    remember if you purchased that stock in
16    January 2021?
17        A.  I don't recall, but I don't think so.
18        Q.  Did you consider buying any of these
19    stocks on January 2021?
20        A.  Maybe I analyzed some of them, maybe,
21    maybe not, I don't remember.  But if I didn't buy
22    them, then that was -- there was a reason for
23    that.  But I think I didn't buy them.  But that's
24    what I can recall.
25        Q.  Do you hold any of these stocks
```

```
                                              Page 177
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    today?
 3            A.   That I recall, no, I don't think so,
 4    no.
 5            Q.   What are the stocks that make up the
 6    largest portion of your portfolio today --
 7            A.   Today?
 8            Q.   -- in TD Ameritrade, specifically?
 9            MR. KIM:  You cut out.  Can you
10    repeat the question?  My signal cut out.  I
11    didn't hear the question.
12            MR. COHEN:  No problem.
13            Q.   What are the stocks that make up the
14    biggest portion of your portfolio today in your
15    Ameritrade account in which you trade more
16    short-term?
17            A.   "Short-term"?
18            Q.   So let me go back.
19            Before you testified that you now
20    have two Ameritrade accounts, correct?
21            A.   That is correct.
22            Q.   And the newest account, which you
23    created just within the last several months, is
24    more for long-term holdings, correct?
25            A.   That is correct.
```

Page 178

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          Q.   So what are the stocks that make up

3     the biggest portion of your Ameritrade portfolio

4     in the other Ameritrade account, the short-term

5     account?

6          A.   The short-term or the long-term?

7          Q.   The short-term.

8          A.   The short-term.  Let me remember.

9               I have Digital Ocean, the SAS

10    platform, yeah.  Actually, now technology has

11    good prices in general.  So I'm aiming

12    technology.  So right now it's a bit too up.

13    It's up above the market.  So I'm bit out at the

14    moment, yeah.

15               But the ones that I am -- I have

16    right now in the portfolio -- let me remember.  I

17    have a position in KRE in K -- K-R-E, which is

18    ETF for banks, I believe, in the banks that they

19    am recover.  That's one part of the portfolio --

20    the portfolio.

21               The other one?  There is one in AI.

22    That's in the short-term portfolio.  I would call

23    the things going around AI, I think, it will --

24    that helps a lot for the stock market on that.

25    So I'm long on AI.

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2                   What else?  I don't recall others

3      but...

4          Q.  Do you recall the stocks that make up

5      the largest portion of your long-term Ameritrade

6      portfolio?

7          A.  Yeah, basically, I am waiting a bit.

8      I am partially long, partially out and partially

9      long.  Actually, I am waiting for the market to

10     rest a little bit to go into the market.  But

11     right now I have a portion of Digital Ocean I

12     mentioned.  I have a portion -- I am waiting to

13     go down.  I want to buy the Qs, yeah, the ETF --

14                 THE STENOGRAPHER:  I'm sorry.  What

15     is that?

16         A.  QQQ, which is the ATF -- ETF for

17     technology, yeah.  Depending on what goes down, I

18     will go for one of the big technology companies,

19     which are good, which have good value now; either

20     Google, Microsoft, CRM, which is sales for --

21     sales first to go down.  Depending on which one

22     will go down, I would go long on any of this.

23                 I like another stock which is outside

24     the US market, which is ADR.  It is called ASML,

25     which is on semi-conductors.  It's from the

```
                                              Page 180
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     Netherlands.  I'm waiting that one to go down a
 3     bit more.
 4               So more or less that's what I'm doing
 5     in the market for the long-term.  But I'm waiting
 6     for a rest.  I think it needs to rest a bit.
 7          Q.  Do you know the approximate value of
 8     your long-term Ameritrade portfolio?
 9          A.  The account for the long-term is
10     ████████████████████
11          Q.  And for the other Ameritrade account?
12          A.  It's like ████████████████████████
13               MR. KIM:  So, Scott, I think we've
14     been going an hour and ten minutes.  I don't know
15     if you have more questions on this topic.  Maybe
16     we can take another ten-minute break.
17               MR. COHEN:  Be back at 2:10.
18               MR. KIM:  Alright.  Oh, you're done
19     on this topic?
20               MR. COHEN:  Yeah, yeah.
21               MR. KIM:  Alright, 2:10 it is.
22          A.  2:10?
23               THE VIDEOGRAPHER:  Stand by please.
24               The time is 8:01 p.m.  We are going
25     off the record.  This will end media unit No. 4.
```

```
                                              Page 181
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                  (Recess taken 8:01 to 8:12 p.m.
 3      Serbian time.)
 4                  THE VIDEOGRAPHER:  The time is
 5      8:12 p.m.  We're back on the record.  This will
 6      be the start of Media Unit No. 5.
 7          Q.  You're a named Plaintiff in this
 8      case, Mr. Gill, correct?
 9          A.  Yes.
10          Q.  And what does that mean?
11          A.  Well, basically, we are in a class
12      action.  So that is a lawsuit in which many
13      people are involved, yeah, hundreds even
14      thousands of people.  And, basically, I am -- we
15      are in the class certification process, which is
16      -- we are asking the Court to approve this class
17      action and then I would be their representative
18      of these class members, which are many people as
19      I was stating.
20          Q.  What does it mean to be the
21      representative of the class?
22          A.  Basically, yeah, I will represent all
23      the class members in this class action and
24      oversee the case and see that the case goes
25      through well.
```

```
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2            Q.  When did you first hear about this
 3    case?
 4            A.  When I was -- during those period --
 5    during that period of time, actually, of course,
 6    after, yeah, I saw on the news.  They were
 7    commenting everywhere that there were people --
 8    like firms that were, like, opening cases against
 9    Robinhood.  I don't agree the acting on
10    Robinhood, as we have stated before.  So I got in
11    contact with The Rosen Law Firm and signed up for
12    being in this case.
13            Q.  How did you know to contact The Rosen
14    Law Firm?
15            A.   I Googled and I searched different
16    entities and evaluated them and then I went to
17    contact The Rosen Law Firm.
18            Q.  Had The Rosen Law Firm reached out to
19    you before in any way?
20            A.  No.  I reached them and then I signed
21    in in the process.
22            Q.  Was it always your intent in reaching
23    out to be a named plaintiff?
24            A.  Not actually.  But after going
25    through all the process with them, the
```

```
                                          Page 183
 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2    possibility came and, yeah, and I'm here.
 3            Q.  And excluding your deposition today,
 4    how much time have you spent on matters related
 5    to this case?
 6            A.  We have been in touch with The Rosen
 7    Law Firm since, approximately, November 2021, if
 8    I recall correctly.  And we have been, yeah,
 9    preparing the -- reviewing the documents and
10    going through meetings, et cetera.
11                All the preparation and the
12    technicalities of the case, of course, has been
13    worked out by The Rosen Law Firm.  I've been
14    reviewing the documents, yeah, and participating
15    in the meetings.
16            Q.  Have you ever attended these meetings
17    in person?
18            A.  No, remotely.  They have been all
19    remotely.
20            Q.  You said before that you read the
21    complaint in this case, right?
22            A.  Yes.
23            Q.  Have you read any other court
24    filings?
25            A.  Yeah, I read the court filings, yeah.
```

```
                                              Page 184

 1            CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2            Q.   Like what?

 3            A.   Yeah, of course, I read the

 4    documents.   I was involved in the Certification,

 5    obviously, the two of them that we saw.   There

 6    was another Court dismissing any -- some -- the

 7    Defendants were like asking to dismiss this case

 8    and that was dismissed by the Court, yeah.   And I

 9    read that document as well.   And, yeah, I don't

10    recall any other.

11            Q.   Could you give me an estimate of the

12    number of hours you've spent working on this case

13    so far?

14            A.   It's difficult to recall, but I would

15    say around 30 hours, around that.

16            Q.   How much time do you expect to spend

17    on this lawsuit going forward?

18            A.   I don't know.   Honestly, I don't

19    know.   It's the first time I have been

20    participating in this type of lawsuit.   So I

21    don't know.   But I am open to the idea of

22    continuing working together.

23            Q.   Have you been compensated for your

24    role in this case in any way?

25            A.   No, not at all, of course.
```

```
                                        Page 185
```

 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2            Q.  Have you been told whether you'll

 3    receive compensation?

 4            A.   No.  Basically, we have an agreement

 5    with The Rosen Law Firm and this is with a

 6    success fee.  So, basically, if there is a

 7    recovery and The Rosen Law Firm take a

 8    percentage, a percentage that is approved by the

 9    Court, and then we get something that is like a

10    -- based on the amount of stocks and the amount

11    of the damages that were cost, yeah.  But it's

12    like those specific numbers and everything is for

13    the Court to decide.

14            Q.  Do you understand what the class is

15    in this lawsuit?

16            A.   Yes.

17            Q.  Could you describe the definition of

18    the class?

19            A.   Well, basically, the class is -- we

20    are suing Robinhood and subsidiaries for market

21    manipulation.  Basically, what the Robinhood was

22    doing is -- applying those restrictions we have

23    been speaking about, specifically, turning off

24    the buy button and the other restrictions on the

25    buying of the stocks and thus making the price go

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     down and making -- and that was a bit difficult

3     for Robinhood in those days.  So we are -- the

4     complaint is going through all the specifics in

5     that matter.

6          Q.  Who are the members of the class?

7          A.  The members is -- are everyone that

8     is affected by these market manipulation.  There

9     are -- there is an estimate of around a

10    thousand -- thousands of people, but there is not

11    a number, a specific number.  But that's more or

12    less the number of people that there is and,

13    basically, the people that were affected by this

14    market manipulation.

15         Q.  "Affected" in any way?

16         A.  Yeah, the level of being affected,

17    it's, of course, to be decided by the Court,

18    yeah.  And the calculation of damages is decided

19    by the Court, the specifics, yeah.  But there

20    were people that were having that stock during

21    that period and were affected and got damages, in

22    that sense, for the market manipulation.

23              But all the specifics and how to

24    calculate who is -- and the damages and all that

25    is, like, decided by the Court.

```
                                          Page 187
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2          Q.  How much money are you contending

3     that you lost as a result of Robinhood's

4     purchasing restrictions?

5          A.  I don't remember the specifics.  Of

6     course I lost money, yeah; otherwise, I wouldn't

7     have, like, sign up for the case.  But I don't

8     remember the specifics and the way to calculate

9     the damages changes and there are specifics on

10    that.  And that's for the Court to decide.

11         Q.  Are you aware that a request for

12    production was served on you through your

13    Counsel?

14              MR. KIM:  You mean production of

15    documents?

16              MR. COHEN:  Yeah.

17         Q.  Are you aware that a request for

18    production of documents in your possession or

19    control was served on you through your Counsel?

20         A.  Yeah, that The Rosen Law Firm

21    contacted me to provide some document and I did.

22    And I did based on the -- what was going on with

23    the case.

24         Q.  Have you ever seen a document from

25    the Robinhood Defendants asking for specific

Page 188

1              CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2      items to produce?

3              A.  I haven't.  I just been asked by The

4      Rosen Law Firm.

5              Q.  Do you recall when that was?

6              A.  I don't know.  I don't remember.  I

7      don't recall.

8              Q.  Was it closer to when you first came

9      on as a named Plaintiff?

10             A.  I don't recall, exactly.  I think it

11     was last year in 2022, but I don't recall,

12     specifically.

13             Q.  Do you recall the types of documents

14     that you were asked to produce?

15             A.  Yes.  They were asking me, for

16     example, the social media account, which we saw

17     already, documents regarding the trading

18     strategies, investment methodologies, things

19     related to that.

20             Q.  And you were asked to go through your

21     different social media accounts and produce the

22     responsive tweets and messages and comments and

23     so forth, correct?

24             A.  Yes, that is correct.

25             Q.  So, for example, we looked before

```
                                        Page 189
```

1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2      today at a tweet that you produced when you were

3      discussing -- when you were asking the opinion of

4      the Professor Toro, right?

5          A.   Uh-huh.

6          Q.   And then we looked at other tweets

7      that you didn't produce.

8              Do you recall that?

9          A.   Yeah, I recall -- I recall that I

10     looked through my social media account.  I went

11     through some terms, yeah, and -- but, yes, there

12     were more terms there.  I didn't look through all

13     the terms possible.  I don't remember exactly

14     which ones I saw and which ones you find

15     additional to the ones I found.

16         Q.   Did you preserve the documents that

17     you were ultimately asked to produce in any way?

18         A.   I keep track of the records for the

19     case, yeah, so I have a folder for that.

20         Q.   Okay.  And from February 2021 through

21     the present, are you aware of any documents that

22     would have been responsive to our requests that

23     you discarded?

24         A.   When I was asked to produce the

25     documents, I went through all the things I got

```
                                        Page 190

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2     and I gave everything I was asked for.  Maybe I
 3     didn't find something as you found in the social
 4     media, yeah.  But I made -- I went through the
 5     search and I gave everything.
 6          Q.  Was there anything that you may have
 7     thrown out before you received the request for
 8     production?
 9          A.  Well, I -- I wouldn't call it like I
10     throw, yeah.  I was asked for the specific
11     trading strategies, you know, if I had it.  And
12     my reply to The Rosen Law Firm is that I usually
13     do the trading strategies in an Excel, yeah, but
14     that Excel file it's a living document.  So I
15     only have the trades that are going now.  So
16     closed positions and stocks or securities that I
17     don't plan to use in the future, I simply discard
18     and go and define new ones.
19              So I had the specifics, yeah, for
20     that but they are not there in the living
21     document.
22          Q.  Okay.  Did you delete any documents
23     or social media content?
24              THE STENOGRAPHER:  I'm sorry.  He
25     froze.  And I didn't hear what he said.
```

```
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2                  Can you repeat that, sir?  You froze.
 3                  MR. KIM:  I think they were talking
 4     over each other.  Maybe, Scott, you can repeat
 5     that question and then Mr. Gill can respond.
 6                  MR. COHEN:  Sure.
 7          Q.  Did you delete any documents or
 8     social media content that would be relevant to
 9     this case?
10          A.  Not that I recall.
11          Q.  And where did you look for responsive
12     documents?
13          A.  So, basically, I use OneNote, yeah.
14     I searched through that.  I went through my
15     laptop.  I searched the contents of the laptop.
16     I went through the social media accounts and I
17     did some searches, yeah.
18          Q.  Do you ever -- you searched through
19     your personal computer?
20          A.  Yes, the laptop.
21          Q.  And do you have a work computer, a
22     separate work computer?
23          A.  Not at the moment.
24          Q.  Did you go through your text
25     messages?
```

```
                                            Page 192
```

 1        CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2           A.   Yes, I did.
 3           Q.   Did you go through your e-mails?
 4           A.   Yes.
 5           Q.   Did you communicate in any -- with
 6    anybody in writing regarding your purchase or
 7    sale of GameStop or Nokia or AMC shares?
 8           A.   Not that I recall.
 9           Q.   You produced something to us or
10    rather your Counsel produced something to us two
11    days ago.
12                Are you aware of that?
13           A.   Yes, for sure.  Basically, we were on
14    the operation --
15                MR. KIM:  Yeah, Mr. Gill, I don't
16    think -- you're starting to get into details
17    about attorney-client privilege.  But, you know,
18    you don't want to disclose anything about any
19    advice you received.
20                But as to how you discovered those
21    YouTube links, you can talk about that, but not
22    anything specific as to any advice or
23    communications we had with you.
24                THE WITNESS:  Agreed.
25           Q.   Yeah, that's fine.

```
                                              Page 193
 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ
 2              So, just explain the process of how
 3     you discovered you needed to turn this new
 4     information over and when that happened please.
 5          A.   It happened this week.  Basically, it
 6     was related to YouTube, my YouTube account.  And
 7     I didn't know the history was saved for two years
 8     before, three years ago.
 9              So I checked.  I went through the
10     history and I found some videos I saw and that's
11     exactly what I delivered to The Rosen Law Firm.
12          Q.   And so these were videos that you
13     watched in the relevant time period?
14          A.   Yes.
15          Q.   In January 2021 and December 2020?
16          A.   Yes.
17          Q.   I'll ask you to take a look at
18     Exhibit 280.
19              (Deposition Exhibit 280, history of
20     playlist of YouTube videos produced by Mr. Gill,
21     was marked for identification.)
22          Q.   Let me know when you're there.
23          A.   Yes, I'm looking at it.
24          Q.   Is this the document that you gave to
25     your Counsel to produce?
```

```
                                          Page 194

 1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

 2          A.  I produced a playlist on YouTube and

 3     this is the document produced by that playlist.

 4          Q.  So these are the videos that you

 5     watched in December 2020 and January 2021?

 6          A.  Yes.

 7          Q.  Mr. Gill, I don't have any more

 8     questions for you.  I really appreciate you

 9     taking time to do this, especially when you're so

10     far away and in a different time zone.

11          A.  Thank to you.

12               MR. KIM:  I don't have any questions.

13               Thank you very much.  And, hopefully,

14     you can sit back and relax.

15               THE WITNESS:  Okay.  Thank you.

16               MR. KIM:  Thank you.

17               THE WITNESS:  Bye-bye.

18               Can I disconnect?

19               MR. KIM:  Yeah, you can disconnect.

20               THE WITNESS:  Okay bye-bye.

21               THE VIDEOGRAPHER:  Please stand by

22     while I close the record.

23               You can disconnect, if you like, Mr.

24     Gill.

25               This concludes today's deposition of
```

Page 195

```
1          CONFIDENTIAL - SANTIAGO GILL BOHORQUEZ

2     Santiago Gill.  The number of media units used is

3     five, but they will be retained by Veritext Legal

4     Solutions.

5                    We are going off the record at 8:32

6     local Serbia time.

7                    Thank you everybody.  Appreciate your

8     assistance today.

9                    (Time noted: 2:33 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```