# Exhibit 3

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

     FOR THE SOUTHERN DISTRICT OF FLORIDA

3    Case No. 1:21-MD-2989-CMA

     - - - - - - - - - - - - - - - - - - - -x

4

     IN RE JANUARY 2021 SHORT SQUEEZE

5    TRADING LITIGATION

6    - - - - - - - - - - - - - - - - - - - -x

7                        April 25, 2023

                         10:15 a.m.

8

9          ***** CONFIDENTIAL *****

10

11                Virtual Videotaped

12   Deposition of THOMAS ELLIOT CASH,

13   taken by Defendant, pursuant to Notice,

14   held remotely, before Sharon Pearce, RDR,

15   CRR, CRC, NYRCR, a Registered Diplomate

16   Reporter, Certified Realtime Reporter, and

17   Notary Public of the State of New York.

18              *      *      *

19

20

21

22

23

24

25

Page 2

1

2  A P P E A R A N C E S:

3

4     THE ROSEN LAW FIRM
             Attorneys for Plaintiffs
5             275 Madison Avenue
             40th Floor
6             New York, New York 10016
      BY:   LAURENCE M. ROSEN, ESQ.
7             MICHAEL COHEN, ESQ.
             PHILLIP KIM, ESQ.

8

9

10

      CRAVATH, SWAINE & MOORE LLP
11            Attorneys for Defendants
             825 Eighth Avenue
12            Suite 4043B
             New York, New York 10019
13     BY:   SCOTT COHEN, ESQ.
             SHUYU SUN, ESQ.

14

15

16

17

18

19  ALSO PRESENT:
      MARC FRIEDMAN, Videographer
20

21               *      *      *

22

23

24

25

```
 1          CASH - CONFIDENTIAL
 2             THE VIDEOGRAPHER:  Good morning.
 3       We are going on the record at
 4       10:15 a.m. Eastern Daylight Time on
 5       Tuesday, April 25, 2023.  Please note
 6       this deposition is being conducted
 7       virtually.  Quality of the recording
 8       depends on the quality of the camera
 9       and internet connection of all
10       participants.  What is heard from the
11       witness and seen on screen is what
12       will be recorded.  Audio and video
13       recording will continue to take place
14       unless all parties agree to go off the
15       record.
16             This is Media Unit No. One of
17       the video recorded deposition of
18       Thomas Cash in the matter of
19       January 2021 Short Squeeze Trading
20       Litigation.  This case is filed in the
21       United States District Court, Southern
22       District of Florida, Case
23       No. 21-2989-MDL.
24             My name is Marc Friedman.  I'm
25       your certified video legal specialist.
```

```
                                        Page 4
 1          CASH - CONFIDENTIAL
 2       Your court reporter today is
 3       Sharon Pearce, and we are both from
 4       the firm of Veritext Legal Solutions.
 5       I am not related to any parties in
 6       this action, nor am I financially
 7       interested in the outcome.
 8            If there are any objections to
 9       these proceedings, please state them
10       now.
11            Hearing no objection, counsel
12       will be noticed on the stenographic
13       record.  And at this time, our court
14       reporter will swear in our witness,
15       and we can proceed.
16  T H O M A S   E L L I O T   C A S H,
17       having first been duly sworn by
18       Sharon Pearce, the Notary Public,
19       was examined and testified as
20       follows:
21  EXAMINATION
22  BY MR. S. COHEN:
23       Q.   Good morning, Mr. Cash.  My name
24  is Scott Cohen, and I'm from Cravath,
25  Swaine & Moore.  We represent the
```

```
                                          Page 5
 1            CASH - CONFIDENTIAL
 2   defendants in this matter.
 3            Could you please state your full
 4   name for the record.
 5       A.    Sure.  It's Thomas Elliot Cash.
 6       Q.    Okay.  And you go by Elliot?
 7       A.    Yes.
 8       Q.    And what's your birth date?
 9       A.    March 3, 1985.
10       Q.    And your current address?
11       A.    Is ████████████████████████
12   ██████████████
13       Q.    Have you ever been deposed
14   before?
15       A.    No.
16       Q.    Okay.  Well, in that case, I'll
17   go over some preliminary matters before we
18   get to the meat of it.
19            Do you understand that you've
20   been sworn in and the testimony you will
21   give today is under oath?
22       A.    Yes.
23       Q.    Is there any reason you can't
24   give complete and truthful testimony
25   today?
```

1              CASH - CONFIDENTIAL

2       A.     No.

3       Q.     Do you have any condition that

4   would prevent you from providing true and

5   complete testimony today?

6       A.     No.

7       Q.     The court reporter is taking

8   down everything we say, so it's important

9   that you provide verbal responses to any

10  questions you're asked.

11             Do you understand?

12      A.     Yes.

13      Q.     So no nodding or shaking your

14  head.

15      A.     Got it.

16      Q.     And also, during the course of

17  the deposition, your counsel may object to

18  the form of a question.  That objection is

19  just for the record, and you should still

20  answer the question.  And then unless your

21  counsel instructs you specifically not to

22  answer it on the basis of privilege, you

23  should answer it.

24             Do you understand?

25      A.     Yes.

```
 1              CASH - CONFIDENTIAL
 2       Q.     And if you don't understand any
 3   question, just let me know, and I'll be
 4   sure to rephrase it and try to clarify.
 5              Do you understand that?
 6       A.     Yes.
 7       Q.     And if you don't fully hear a
 8   question, just ask me to repeat it.
 9       A.     Okay.
10       Q.     And if you would allow me to
11   finish a question before answering, I'll
12   be sure to let you finish answering before
13   I start with my next question.  And that's
14   just so that the court reporter can get
15   everything down on the transcript.
16              Does that make sense?
17       A.     Yes.
18       Q.     Okay.  And if you need to take a
19   break at any time, just let me know, and
20   we'll make that happen.  I just ask that
21   you don't take a break while a question is
22   pending.
23       A.     Got it.
24       Q.     Okay.  Where are you now?
25       A.     I'm at my office.
```

```
                                            Page 8

 1              CASH - CONFIDENTIAL
 2         Q.    Okay.  Is anybody in that room
 3    with you?
 4         A.    No.
 5         Q.    And are you communicating with
 6    counsel electronically during this
 7    deposition?
 8         A.    Other than this call that we're
 9    all on.
10         Q.    Did you take any steps to
11    prepare for this deposition today?
12         A.    Yes.
13         Q.    What did you do?
14         A.    I've had a couple of meetings
15    with my attorneys and other plaintiffs.
16         Q.    And your attorneys are
17    Mr. Rosen?
18         A.    Correct.
19         Q.    And anybody else?
20         A.    Just other attorneys that are
21    part of his law firm.
22         Q.    Mr. Kim?
23         A.    I'm sorry?
24         Q.    Mr. Kim as well?
25         A.    I think Phil has been working
```

Page 9

                 CASH - CONFIDENTIAL
1
2    with me, Michael.
3        Q.    Okay.  And what other plaintiffs
4    did you meet with?
5        A.    Well, I don't remember their
6    names, but I know we've hopped on video
7    calls, and they're on the case like I am.
8        Q.    And that was in anticipation of
9    this deposition?
10        A.    Not specifically.  But --
11        Q.    Okay.  In preparing specifically
12    for this deposition, did you meet with
13    counsel?
14        A.    Yes.
15        Q.    How many times, about?
16        A.    Two.
17        Q.    When was that?
18        A.    Yesterday and Friday.
19        Q.    And for how long for each
20    meeting?
21        A.    I'd say roughly two hours.
22        Q.    For each meeting?
23        A.    Yes.
24        Q.    Okay.  And was anybody else
25    present in the room besides counsel for

```
                                        Page 10
 1            CASH - CONFIDENTIAL
 2   those?
 3        A.    Not that I'm aware of.
 4        Q.    Did you speak with anybody else
 5   in preparing for this deposition?
 6        A.    Just my wife.
 7        Q.    Okay.  And that was in between
 8   Friday and yesterday?
 9        A.    In speaking with my wife?
10        Q.    About the deposition.
11        A.    Yeah.
12        Q.    Did you review any documents to
13   prepare for the deposition?
14        A.    Yes.
15        Q.    Do you have any of those with
16   you?
17        A.    I do not.
18        Q.    Did any of those documents jog
19   your memory for the events of late
20   2020/early 2021?
21        A.    Not that I recall.
22        Q.    Did you take any other
23   preparatory steps for this deposition --
24   write any notes down, look into your
25   records?
```

1           CASH - CONFIDENTIAL

2       A.    No.

3       Q.    All right.  And have you

4    discussed this lawsuit with anybody other

5    than your attorneys, your wife, and the

6    other plaintiffs in this case?

7       A.    No.

8       Q.    Have you ever been a plaintiff

9    in a lawsuit before?

10      A.    No.

11      Q.    Have you ever been sued before?

12      A.    No.

13      Q.    Okay.  So then I take it you've

14   also never been a class representative

15   before.

16      A.    I'm a first-timer.

17      Q.    Have you ever participated in

18   any way in a lawsuit?

19      A.    No.

20      Q.    As a witness?

21      A.    This is my biggest forte in any

22   kind of legal anything.

23      Q.    Okay.  Well, welcome to the

24   craft.

25      A.    Thank you.

```
                                        Page 12
 1           CASH - CONFIDENTIAL
 2       Q.     All right.  So are you currently
 3   employed?
 4       A.     Yes.
 5       Q.     And is that at the Egg Harbor
 6   Cafe?
 7       A.     Yes.
 8       Q.     Let's mark Tab 46.
 9              (Exhibit 235, LinkedIn profile
10       page, was hereby marked for
11       identification, as of this date.)
12       Q.     We're marking Exhibit 235 in
13   this case.  I think that should be
14   available in your folder.
15       A.     Okay.
16       Q.     All right.  And is this your
17   LinkedIn page?
18       A.     It may be.  I don't recall
19   having a LinkedIn.
20       Q.     But you do work for the Egg
21   Harbor Cafe you said.
22       A.     Correct.
23       Q.     And what do you do?
24       A.     I'm the director of customer
25   experience.
```

```
                                        Page 13
 1            CASH - CONFIDENTIAL
 2      Q.    Is that a family-owned business?
 3      A.    It is.
 4      Q.    Your family?
 5      A.    My mother- and father-in-law.
 6      Q.    And what is -- what do you do
 7   for that -- in that role?
 8      A.    I help strategize new service
 9   concepts, review feedback from customers,
10   oversee secret shopper programs, analyze
11   operational challenges that could
12   negatively or positively impact the
13   guest's experience -- anything that
14   relates to the customer, which is a lot, I
15   oversee.
16      Q.    And are there multiple
17   locations?
18      A.    Yes.
19      Q.    What are they?
20      A.    What are the locations?
21      Q.    Yes, sir.
22      A.    We have 21 locations across
23   Wisconsin, Illinois, and Georgia.
24      Q.    Okay.  But you primarily work
25   out of Georgia?
```

```
                                            Page 14

 1            CASH - CONFIDENTIAL
 2       A.    Well, I -- yeah.  I live in
 3  Georgia and have an office here, but I
 4  oversee the whole company in that regard.
 5       Q.    Okay.  How long have you been in
 6  that role?
 7       A.    This specific role, a couple of
 8  years.
 9       Q.    And what did you do before the
10  Egg Harbor Cafe role?
11            Or let me -- let me back up.
12            Did you have another role at the
13  Egg Harbor Cafe before this role?
14       A.    Yes.  I've had several roles.
15       Q.    Could you just quickly walk me
16  through those.
17       A.    Sure.  I started as a server,
18  worked my way up to be an assistant store
19  manager, a store manager, a regional
20  manager, and then just various, say,
21  bigger, more all-encompassing roles at the
22  corporate level around the guest
23  experience.
24       Q.    When did you start out at egg
25  harbor cafe?
```

```
                                            Page 15

 1           CASH - CONFIDENTIAL
 2      A.      2009.
 3      Q.      Okay.  So did you do anything --
 4  any work before 2009?
 5      A.      Yeah.  I mean, I worked at UPS,
 6  worked at Best Buy, worked a McDonald's in
 7  high school.
 8      Q.      All right.  So let's talk about
 9  your education, then.
10              What's the highest level of
11  education that you've received?
12      A.      Officially a GED.
13      Q.      And unofficially?
14      A.      I think I flunked out of a
15  couple of semesters of technical college.
16      Q.      Okay.  And where was that?
17      A.      So I guess officially and
18  unofficially a GED.
19      Q.      Where did you go to technical
20  college?
21      A.      Greenville Technical College.
22      Q.      Is that in North Carolina?
23      A.      South Carolina.
24      Q.      South Carolina.
25              And how many years were you
```

```
                  CASH - CONFIDENTIAL
```

1                  CASH - CONFIDENTIAL

2    there?

3         A.    I think I decided to stop

4    wasting money after two semesters.

5         Q.    All right.  And do you have any

6    other educational credentials or degrees

7    or licenses?

8         A.    I guess not that I would say,

9    like, official degrees or licenses.

10        Q.    Any sort of unofficial degrees

11   or licenses?

12        A.    No.  I mean, nothing that's --

13   that would give me a piece of paper or

14   certificate or whatever.  I mean, I spend

15   a lot of time reading lots of books and

16   podcasts and just continuing my own

17   personal education, but nothing really

18   like an official you get a piece of paper

19   that says you accomplished this or that.

20        Q.    And during the course of your

21   employment and education, did you

22   attain -- did you ever have to know about

23   finance or investing?

24        A.    Through my job?

25        Q.    Either your job or in your

```
                                            Page 17
 1              CASH - CONFIDENTIAL
 2   educational experience.
 3         A.    I mean, I've chosen to learn
 4   about investing on my own.
 5         Q.    Okay.  But in your role at Egg
 6   Harbor Cafe, do you do anything with
 7   finance or investing?
 8         A.    Nothing with investing.  In
 9   finance, just looking at restaurant
10   statements, financial statements, sales
11   like food costs, that kind of stuff.
12         Q.    Let's mark Tab 39.
13               (Defendant's Exhibit 2, A letter
14         dated February 27, 2023, was
15         previously marked for identification.)
16         Q.    You're going to see in your
17   folder what has previously been marked in
18   this case as Exhibit 2.  And when that
19   comes up, could you pull it up, please.
20         A.    Okay.  I got it.
21         Q.    All right.  And that's a letter
22   your counsel previously provided in this
23   action on February 27, 2023, that lists
24   social media handles; correct?
25         A.    Yes.
```

```
                                            Page 18
```

 1           CASH - CONFIDENTIAL
 2      Q.     If you go to page 3 --
 3      A.     Okay.
 4      Q.     -- you see -- you see at the
 5   bottom of page 3, going on to page 4?
 6      A.     Yes.
 7      Q.     And that's you, Thomas Cash?
 8      A.     That's correct.
 9      Q.     All right.  And these are your
10   social media accounts; correct?
11      A.     Yes.
12      Q.     Do you recall ever seeing this
13   document before?
14      A.     Yes.
15      Q.     And you provided these account
16   names and handles to your attorneys?
17      A.     Correct.
18      Q.     Is this all of the social media
19   you have?
20      A.     I'm not a big social media
21   person.  Yes.
22      Q.     Let's take a look at your
23   Facebook.  That's ███████████    That's
24   your username; right?
25      A.     I think so.

```
                                          Page 19
 1            CASH - CONFIDENTIAL
 2       Q.     Okay.  And let's mark Tab 42.
 3   You're going to get another exhibit soon.
 4   I believe Exhibit 236.
 5               (Exhibit 236, Facebook profile
 6       page, was hereby marked for
 7       identification, as of this date.)
 8       A.     What's it called?
 9       Q.     Exhibit 236.
10       A.     Oh, there it is.
11       Q.     You've got it pulled up?
12       A.     Yes.
13       Q.     And this is your Facebook
14   account?
15       A.     Yes.
16       Q.     Is this your only Facebook
17   account?
18       A.     That I know of.
19       Q.     Do you ever use Facebook to
20   research the stock market?
21       A.     No.
22       Q.     Or investment strategies?
23       A.     No.
24       Q.     Do you ever post on Facebook
25   about investing?
```

1           CASH - CONFIDENTIAL
2      A.     Sometimes.
3      Q.     And I see on the left of your
4  Facebook page, there's a link to
5  elliotcash.net?
6      A.     Yeah.
7      Q.     Is that a website you have?
8      A.     I don't think so.
9      Q.     Do you ever delete posts or
10 comments off Facebook?
11     A.     Not that I remember.
12     Q.     So you wouldn't remember ever
13 deleting a post or comment about
14 investing; right?
15     A.     Not that comes to mind.
16     Q.     And on the right-hand side, this
17 is talking about your From Zero account?
18     A.     Yeah.
19     Q.     And you say that on
20 April 15th -- is that 2023?
21     A.     Yes.
22     Q.     And you say that you've begun to
23 post about different investment issues on
24 From Zero?
25     A.     Just on a general educational

Page 21

```
 1            CASH - CONFIDENTIAL
 2    basis, but yes.
 3         Q.    Could you explain more about
 4    what you do on From Zero.
 5         A.    It's just a blog that I started
 6    whenever I made that post, just like an
 7    introductory to get people curious about
 8    different investments.
 9         Q.    How often do you post on it?
10         A.    Well, so far, I think I might
11    have three posts, maybe four, so maybe
12    once a week.
13         Q.    Okay.  And you started it on
14    April 15th?
15         A.    I believe so.
16         Q.    So three or four in the last ten
17    days.
18         A.    Yeah.
19         Q.    And is the information that you
20    post stuff that you've learned from your
21    self-education?
22         A.    Yes.
23         Q.    And what are the topics that you
24    post about?
25         A.    Bitcoin, stocks, options.  I
```

```
                  CASH - CONFIDENTIAL
 1
 2   mean, in terms of, like, play into posts,
 3   I can't remember what I actually posted
 4   yet, but a lot of it has been about
 5   Bitcoin.  Maybe there was, like, one
 6   introductory into, like, what the stock
 7   market is as a generic post.
 8        Q.    And it's to get people
 9   interested in investing?
10        A.    Just a way for me to catalog my
11   own kind of thoughts and organize my own
12   thinking and an opportunity to maybe share
13   what I've spent hours learning with
14   somebody else.
15        Q.    Are there people who subscribe
16   to your From Zero?
17        A.    I mean, it's new.  So there's
18   not a lot.
19        Q.    Is it like a friends-based model
20   like Facebook?
21        A.    I think anyone could potentially
22   find it and subscribe to it.
23        Q.    How long have you been
24   interested in investing?
25        A.    Probably since I was 18 or 19.
```

```
                                            Page 23
 1            CASH - CONFIDENTIAL
 2      Q.    And what did you start with when
 3   you were 18 or 19 in terms of investing?
 4      A.    Just basic buy and hold stocks.
 5      Q.    And you also have a Twitter
 6   account; right?
 7      A.    Yes.
 8      Q.    And are you more active on
 9   Twitter than you are on Facebook?
10      A.    Maybe a little bit.
11      Q.    Your handle is ███████████
12      A.    Correct.
13      Q.    Is that the only Twitter account
14   that you use?
15      A.    Yes.
16      Q.    Let's mark Tab 43.
17            (Exhibit 237, Twitter profile
18      page, was hereby marked for
19      identification, as of this date.)
20      Q.    Mr. Cash, that -- I think in
21   your folder, you'll see Exhibit 237 coming
22   up.
23      A.    I see it.
24      Q.    All right.  And is this your
25   Twitter page?
```

```
                                              Page 24
 1              CASH - CONFIDENTIAL
 2        A.      Yes.
 3        Q.      And your handle is here;
 4   correct?
 5        A.      Correct.
 6        Q.      And your screen name or username
 7   is ████████?
 8        A.      Yes.
 9        Q.      What does "BTC" mean?
10        A.      That's the short abbreviation
11   for Bitcoin.
12        Q.      And then you mentioned before
13   that you were interested in Bitcoin;
14   right?
15        A.      That's one of my favorite
16   things.
17        Q.      Why?
18        A.      I just think it's over the long
19   term the best investment someone can make.
20        Q.      Because of it's decentralized
21   nature?
22        A.      Decentralized, fixed supply cap
23   at 21 million Bitcoins, immutable
24   protocol.  Like, it's -- yeah.
25        Q.      In your view, how does investing
```

```
 1              CASH - CONFIDENTIAL
 2   in Bitcoin differ from investing in the
 3   stock market?
 4             MR. ROSEN:  Objection.  Vague.
 5        Calls for expert testimony.  But you
 6        can answer it.
 7        A.    Well, I think that investing in
 8   Bitcoin is different because it's a form
 9   of currency or money, and stocks are
10   securities of companies.
11        Q.    Do you think about investing in
12   Bitcoin differently in terms of your
13   strategy?
14        A.    Yeah.
15        Q.    How so?
16        A.    I will never sell Bitcoin.
17        Q.    And that's the only difference?
18        A.    I mean, that's the primary
19   difference.  I -- let's say when it comes
20   to stocks or real estate, I would be open
21   to selling any of those if the conditions
22   were right.  But I cannot see a situation
23   where I would voluntarily sell Bitcoin.
24        Q.    How long have you been investing
25   in Bitcoin?
```

Page 26

```
 1              CASH - CONFIDENTIAL
 2      A.     Since 2020.
 3      Q.     In your self-introduction on
 4   your Twitter page, there's a long hashtag
 5   under "Nostr."
 6              Do you see that?
 7      A.     Yes.
 8      Q.     Is that a website?
 9      A.     No.
10      Q.     Does that link to anything in
11   particular?
12      A.     It's -- it's part of Nostr.
13   It's just a decentralized platform.  I
14   mean, I don't know if you would consider
15   it a social media or not.  But it's a
16   decentralized platform for people to talk
17   or communicate or make posts.  You can
18   kind of think of it like Twitter, but it's
19   not, like, owned or controlled by anyone,
20   so to speak.
21      Q.     Okay.  And you use that to
22   discuss investing?
23      A.     No.
24      Q.     What do you use it for?
25      A.     I'm mostly just talking about
```

```
 1            CASH - CONFIDENTIAL
 2   Bitcoin on it, which I guess you could
 3   consider investing, but outside of
 4   Bitcoin, that's really all people talk
 5   about on Nostr.
 6        Q.    How long have you had that
 7   account?
 8        A.    Maybe since January or February,
 9   somewhere roughly around there.
10        Q.    Okay.  And beneath that, you see
11   it says ███████████████████████?
12        A.    Yes.
13        Q.    And that's the From Zero page or
14   account that you were talking about
15   before?
16        A.    Yeah.  That's just a blog.
17        Q.    All right.  Have you ever
18   Tweeted from this account?
19        A.    Yes.
20        Q.    How often do you Tweet from it?
21        A.    I don't know.  Maybe once or
22   twice a day.  It kind of just depends.  I
23   can go a few days without Tweeting
24   anything.  I might Tweet three or four
25   things in a day.
```

```
                                        Page 28
 1            CASH - CONFIDENTIAL
 2      Q.      Do you ever use Twitter to
 3  research the stock market?
 4      A.     No.
 5      Q.     Do you ever use it to discuss
 6  investment strategies?
 7      A.     Not outside of Bitcoin.
 8      Q.     Do you ever use it to discuss
 9  the news in the business world?
10      A.     I follow people that report on
11  the news.
12      Q.     Do you follow them to gain
13  information about the news?
14      A.     I follow them to get their
15  opinions on certain things.
16      Q.     Such as investment topics?
17      A.     I'd say mostly macroeconomic
18  things, CPI, inflation, et cetera.
19      Q.     Have you ever used it to look
20  into investment strategies?
21      A.     Not that I recall.
22      Q.     Or to research companies for
23  investing?
24      A.     No.  I don't think so.
25      Q.     Okay.  Do you ever delete posts
```

```
                                            Page 29

 1            CASH - CONFIDENTIAL
 2    off of Twitter?
 3        A.    Not that I remember.
 4        Q.    Or re-Tweets or any comments?
 5        A.    Not that I remember.
 6        Q.    And you also have a Reddit
 7    account; correct?
 8        A.    Correct.
 9        Q.    And what's your handle at
10    Reddit?
11        A.    ███████████.
12            MR. S. COHEN:  Could we put up
13        Tab 41.
14            (Exhibit 238, A Reddit thread,
15        was hereby marked for identification,
16        as of this date.)
17        Q.    I'm marking right now which
18    should be Exhibit 238.
19        A.    I got it.
20        Q.    Okay.  And this shows your
21    Reddit account?
22        A.    Looks like it, yes.
23        Q.    All right.  And you said your
24    handle is ████████  right?
25        A.    Yes.
```

```
                                     Page 30
 1              CASH - CONFIDENTIAL
 2       Q.    And this is your only Twitter --
 3   your only Reddit?  I'm sorry.
 4       A.    Yes.
 5       Q.    You've had this account since
 6   January 4, 2019?
 7       A.    Sounds about right.
 8       Q.    You see on the right-hand
 9   side -- I'm sorry.  Go ahead.
10       A.    No.  I was just saying that that
11   sounds about right.  It looks like it on
12   the profile is what it says.
13       Q.    Where it says "Cake day"?
14       A.    Yes.
15       Q.    Do you ever use Reddit to
16   research the stock market?
17       A.    No.
18       Q.    Do you ever use Reddit to
19   discuss investment strategies?
20       A.    Reddit is mostly used just to
21   have fun and just blow off steam.
22       Q.    Did you ever use Reddit to
23   discuss investment strategies?
24       A.    Sometimes.
25       Q.    Like when?
```

```
                                          Page 31
  1            CASH - CONFIDENTIAL
  2      A.    I don't recall specifically
  3   when.
  4      Q.    Do you ever use Reddit to
  5   research possible companies to invest in?
  6      A.    No.
  7      Q.    Never?
  8      A.    Not that I recall.
  9      Q.    Have you ever posted anything on
 10   Reddit related to your investment
 11   strategies?
 12      A.    Not that I recall.
 13      Q.    How far back do you recall your
 14   activity on Reddit?
 15            MR. ROSEN:  Objection.
 16      Ambiguous question.
 17      Q.    You can answer.
 18      A.    The last few months maybe.  I
 19   mean --
 20      Q.    Do you have a memory issue?
 21      A.    No.
 22            MR. ROSEN:  Objection.  That's
 23      what I would consider harassing.  So
 24      Mr. Cohen, please don't harass the
 25      witness.
```

```
                                            Page 32

  1              CASH - CONFIDENTIAL
  2      Q.    All right.  At the beginning of
  3  this deposition, I asked if you had any
  4  conditions that would prevent you from
  5  testifying completely; correct?
  6      A.    Yes.
  7      Q.    And are you -- do you have any
  8  issues with your memory or cognitive
  9  functions that would prevent you from
 10  testifying completely to your recollection
 11  of the past?
 12      A.    No.
 13      Q.    Have you ever viewed discussions
 14  on Wallstreetbets?
 15      A.    Yes.
 16      Q.    And what is that?
 17      A.    It's a sub-Reddit.
 18      Q.    What's a sub-Reddit?
 19      A.    It's a community within Reddit.
 20      Q.    Are you a member of
 21  Wallstreetbets sub-Reddit?
 22      A.    I might be.
 23      Q.    I mean, when did you first learn
 24  about Wallstreetbets?
 25      A.    I don't recall exactly.
```

```
                                                Page 33
 1              CASH - CONFIDENTIAL
 2      Q.    Do you know if you've been a
 3   member for several years?
 4      A.      That would sound about right.
 5              (Exhibit 239, A Reddit post
 6         titled "How to Consistently Outperform
 7         the S&P 500 using Theta Gang Strategy.
 8         A Comprehensive Guide to Wheeling
 9         ETFs," was hereby marked for
10         identification, as of this date.)
11      Q.    Mr. Cash, you're going to see in
12   your folder soon -- I believe it will be
13   Exhibit 239.
14      A.      I got it.
15      Q.      And what is this?
16      A.      It looks like some kind of post.
17      Q.      A post on Reddit; correct?
18      A.      Correct.
19      Q.      And it's specifically in the
20   Wallstreetbets sub-Reddit?
21      A.      Looks like it.
22      Q.      And this is a long post on the
23   sub-Reddit; correct?
24      A.      Depends on I guess how you
25   define long, but yeah.  It's a solidly
```

Page 34

```
 1           CASH - CONFIDENTIAL
 2   written-out post.
 3        Q.    And it's discussing someone's
 4   investment strategies?
 5        A.    Looks like it.
 6        Q.    Is this a common type of post on
 7   the Wallstreetbets sub-Reddit, as far as
 8   you know?
 9            MR. ROSEN:  Objection.  Vague.
10        Q.    You can answer.
11        A.    I would say not uncommon.  I
12   don't know what your definition of common
13   is.
14        Q.    You've seen posts like this
15   before?
16        A.    Sure.
17        Q.    Do you read them?
18        A.    Sometimes.
19        Q.    And if you look at page 9, I
20   believe, page 5 maybe.
21            MR. ROSEN:  I only have six
22        pages.
23            MR. S. COHEN:  Page 5.
24            MR. ROSEN:  So -- and what's on
25        it?  Some pages don't paginate.  Is it
```

```
 1           CASH - CONFIDENTIAL
 2      the one that says ███████████████████
 3      ████████████████████
 4           MR. S. COHEN:  That's it.
 5           MR. ROSEN:  Okay.
 6      A.    Okay.  Got it.
 7      Q.    I'm sorry about the pagination.
 8           On your version, what page is
 9  this?
10      A.    I see it on page 4.
11      Q.    Okay.
12      A.    4 of 6.
13      Q.    So do you see a comment that you
14  made to this post?
15      A.    Yes.
16      Q.    And what's the timestamp of that
17  comment?
18      A.    It says Tuesday,
19  October 27, 2020, at 6:10 p.m.
20      Q.    So you've been active on
21  Wallstreetbets since at least
22  October 27, 2020; right?
23      A.    I -- yeah.
24      Q.    And what made you join
25  Wallstreetbets?
```

Page 36

```
 1            CASH - CONFIDENTIAL
 2       A.    I thought it was entertaining.
 3       Q.    And did you follow it closely in
 4   late 2020?
 5       A.    Depends on what you define as
 6   closely, but I might have looked at it
 7   maybe once a day or so.
 8       Q.    Did you comment once a day or so
 9   in late 2020 on the Wallstreetbets
10   sub-Reddit?
11       A.    I don't recall exactly.
12       Q.    Would it surprise you to learn
13   that you commented about -- frequently on
14   Wallstreetbets?
15       A.    No, depending on the timeframe.
16       Q.    Okay.  And has your involvement
17   or engagement on the Wallstreetbets
18   sub-Reddit changed over time?
19       A.    Yes.  I haven't spent much time
20   on it recently, it or Reddit at all.
21       Q.    Okay.  If you could go back to
22   your profile page on Reddit.  I think it's
23   Exhibit 238.
24       A.    Okay.
25       Q.    Do you see on the far right a
```

```
 1              CASH - CONFIDENTIAL
 2   box with the title "Trophy Case"?
 3        A.    Yes.
 4        Q.    And the second item down says
 5   "Powerups Hero."
 6              Do you see that?
 7        A.    Yes.
 8              MR. ROSEN:  Which exhibit are
 9        you in, Scott?
10              MR. S. COHEN:  238.
11              Are you there, Larry?
12              MR. ROSEN:  Yeah.  Yeah.  I got
13        it.  Thank you.
14        Q.    So you see in the trophy case,
15   the row that says "Powerups Hero"?
16        A.    Yes.
17        Q.    And in that area, in the
18   "Powerups Hero" section, it lists
19   Wallstreetbets.
20              Do you see that?
21        A.    Yes.
22        Q.    And there's also a date next to
23   Wallstreetbets that says February 2021?
24        A.    Correct.
25        Q.    What is Powerups Hero?
```

Page 38

                    CASH - CONFIDENTIAL
1
2        A.    I honestly don't know.
3        Q.    And you don't know what it means
4    that in your account, it shows
5    Wallstreetbets in the trophy case?
6        A.    Correct.
7        Q.    Do you recall that having
8    something in the trophy case in Powerups
9    Hero means that you've paid for content?
10       A.    I don't know if that's what that
11   means, but I know I did at one point
12   subscribe to Reddit so that there was no
13   ads as you're scrolling through posts.
14       Q.    So you got -- would you call
15   that a premium version of Reddit?
16       A.    I think that's what they called
17   it.
18       Q.    And you got that in early 2021?
19       A.    That sounds about right.
20       Q.    Okay.  Do you ever delete posts
21   off of Reddit?
22       A.    Not that I recall.
23       Q.    Or comments?
24       A.    Not that I remember.
25       Q.    Do you use any other social

```
                                        Page 39
 1            CASH - CONFIDENTIAL
 2   media platforms?
 3        A.    No.
 4        Q.    You don't have an Instagram
 5   account?
 6        A.    I do not have an Instagram.
 7        Q.    What about a YouTube account?
 8        A.    I have a Gmail, so that comes
 9   with YouTube.
10        Q.    Do you use YouTube at all?
11        A.    Not really.
12        Q.    To look at investment videos
13   ever?
14        A.    No.
15        Q.    Had you ever done that before?
16        A.    Not that I remember.
17        Q.    Do you have a TikTok?
18        A.    No.
19        Q.    Discord?
20        A.    No.
21        Q.    Twitch?
22        A.    No.
23        Q.    Stocktwits account?
24        A.    No.
25        Q.    Any other accounts or social
```

```
                                        Page 40
```

1          CASH - CONFIDENTIAL
2    media platforms that you've engaged in
3    over the last three years?
4          A.    Not that I recall.  I really try
5    to cut down on that social media.
6          Q.    So you invest in the stock
7    market; correct?
8          A.    Correct.
9          Q.    And you started investing when
10   you were you say 18 or 19?
11         A.    Roughly thereabout.
12         Q.    And why did you start investing?
13         A.    My dad just always kind of
14   imparted on me to save money and try to
15   grow it for the future.
16         Q.    Did he tell you that investing
17   in the stock market was the way to do
18   that?
19         A.    He told me it was a way to do
20   that.
21         Q.    And how did you start investing
22   in the stock market?
23         A.    What do you mean?
24         Q.    Did you have a third-party
25   broker when you first started?

```
 1              CASH - CONFIDENTIAL
 2      A.     Oh, yes.
 3      Q.     And who was that?
 4      A.     I don't remember.
 5      Q.     Is it somebody you met on your
 6  own or through your parents?
 7      A.     Probably through my parents.
 8      Q.     And do you remember what company
 9  they were with?
10      A.     No.
11      Q.     Okay.  At what point did you
12  look into brokerages for which you could
13  invest yourself?
14             MR. ROSEN:  Objection.  Vague.
15      Q.     Do you understand the question?
16      A.     I mean, I've looked in
17  companies a variety of times throughout my
18  life.
19      Q.     Did you -- when did you open up
20  your Merrill account?
21      A.     I don't remember exactly.  If I
22  had to guess, I'd say 2019, maybe 2020.
23      Q.     Okay.  Is that the first
24  electronically based brokerage account
25  that you opened up?
```

```
                                          Page 42
 1              CASH - CONFIDENTIAL
 2       A.     I don't remember.
 3       Q.     Do you recall -- you don't
 4   recall anything before that, though?
 5       A.     Not that I could say with
 6   confidence was before or after or during a
 7   certain timeframe.
 8       Q.     Okay.  So 2019 or 2020 is when
 9   you opened up your Merrill account;
10   correct?
11       A.     I believe so, but --
12       Q.     And you trade both stocks and
13   options?
14       A.     Correct.
15       Q.     Do you prefer stocks or options?
16       A.     I don't have a preference.
17       Q.     And when you invest in options,
18   would you say that you invest more in puts
19   or calls?
20       A.     I'd say it's pretty split.
21       Q.     Okay.  And you traded on your
22   Merrill account between December 2020 and
23   January 2021; correct?
24       A.     That sounds correct.
25       Q.     Are you still a Merrill
```

                                                      Page 43

1              CASH - CONFIDENTIAL
2      customer?
3           A.     I am not.
4           Q.     Why did you -- why did you stop?
5           A.     I liked TD Ameritrade's platform
6      better.
7           Q.     Why did you start using Merrill?
8           A.     I traditionally banked with Bank
9      of America.
10          Q.     And that's affiliated with Bank
11     of America?
12          A.     Correct.
13          Q.     How frequently did you use your
14     Merrill account when you still had it?
15          A.     Weekly.
16          Q.     Okay.  And that -- when did you
17     stop using it?
18          A.     I don't recall exactly.
19          Q.     Do you recall how frequently you
20     used it in late 2020, early 2021?
21          A.     I would say potentially daily.
22          Q.     And that changed over time
23     afterwards?
24          A.     Yes.  I am less active now than
25     I was then.

Page 44

1         CASH - CONFIDENTIAL
2      Q.    Okay.  Did you use Merrill for
3  other services other than as a brokerage
4  account?
5      A.    No.
6      Q.    You also -- did you say TD
7  Ameritrade before?
8      A.    Yes.
9      Q.    So you trade on TD Ameritrade?
10     A.    Yes.
11     Q.    And when did you open up that
12  account?
13     A.    I don't recall exactly, but I
14  would say sometime in 2020.
15     Q.    Do you think November or
16  December of 2020 sounds right?
17     A.    Potentially.
18     Q.    And you traded stocks on TD
19  Ameritrade in December 2020 and
20  January 2021; correct?
21     A.    Correct.
22     Q.    And before, you said you prefer
23  TD Ameritrade, so I take it you're still a
24  customer?
25     A.    Yes.

Page 45

```
 1            CASH - CONFIDENTIAL
 2       Q.     And why did you start using TD?
 3       A.     They have a great platform
 4   called "Think or Swim."  It's a desktop
 5   application.
 6       Q.     What does that mean?
 7       A.     It's just a -- it's a platform
 8   that shows you charts, trade options,
 9   stocks, et cetera.
10       Q.     So you use that in order to
11   research the stock market?
12       A.     Yeah.
13       Q.     And to look into investments to
14   possibly invest in?
15       A.     Correct.
16       Q.     Okay.  How frequently do you use
17   your TD account?
18       A.     Today?
19       Q.     Yeah.
20       A.     Very infrequently.
21       Q.     And how often did you use it in
22   December 2020 and January 2021?
23       A.     Potentially daily, weekly.
24       Q.     Did you trade every time you
25   were on your TD Ameritrade account?
```

Page 46

```
           CASH - CONFIDENTIAL
 1
 2              MR. ROSEN:  Objection.
 3    A.     No.
 4    Q.     You can answer.
 5    A.     I'd say most likely not.
 6    Q.     And you also have an E-Trade
 7  account?
 8    A.     Yes.
 9    Q.     When did you open that account?
10    A.     I don't remember exactly.
11  Potentially early 2021.
12    Q.     Okay.  So you traded stocks in
13  early 2021 on your E-Trade account too?
14    A.     Yes.
15    Q.     And that was when you first
16  opened it up.
17    A.     Yes.
18    Q.     Do you currently trade on it?
19    A.     No.
20    Q.     Why not?
21    A.     Why don't I trade on E-Trade?
22    Q.     Yes.
23    A.     I think TD Ameritrade has a
24  better platform.
25    Q.     When you're using E-Trade, how
```

Page 47

```
 1            CASH - CONFIDENTIAL
 2    often were you using it?
 3        A.    Maybe once a week.
 4        Q.    And were you using it once a
 5    week in January 2021?
 6        A.    Probably.
 7        Q.    So it sounds like you opened up
 8    all three of the brokerage accounts we
 9    just discussed either in late
10    December 2020 or early January 2021; is
11    that correct?
12        A.    I don't know.  I think I said
13    that Merrill was early 2020 or late 2019.
14        Q.    Okay.  Why did you open up these
15    three accounts around 2019, 2020, 2021?
16        A.    I was just learning a lot about
17    trading options, and I just wanted to see
18    what their different platforms offered in
19    terms of charts and services and features
20    and just user interface.
21        Q.    And late 2020 and early 2021 is
22    also when you were active on Reddit;
23    correct?
24        A.    Roughly.
25        Q.    And that's when you were active
```

```
                                            Page 48
 1             CASH - CONFIDENTIAL
 2   on the Wallstreetbets sub-Reddit?
 3        A.    I was on Wallstreetbets around
 4   that time.
 5        Q.    Have you ever used any other
 6   brokerage accounts to invest besides the
 7   three we just talked about and the one you
 8   opened up when you were a late teenager or
 9   early 20s?
10        A.    I also tried out one called
11   Tastyworks.
12        Q.    What's that?
13        A.    It's called Tastyworks.
14        Q.    Okay.  And you don't still use
15   that?
16        A.    Correct.
17        Q.    Why not?
18        A.    I, again, just wanted to try it
19   for the user interface and decided TD
20   Ameritrade was still my favorite.
21        Q.    Have you ever considered using
22   other brokerages?
23        A.    I mean, I've considered several
24   brokerages, I guess.
25        Q.    Was there a time when you were
```

```
                                          Page 49
 1            CASH - CONFIDENTIAL
 2   active on multiple brokerage accounts at
 3   the same time?
 4        A.     Yeah.
 5        Q.     And under what circumstances
 6   would you trade on one but not the other
 7   during those times?
 8        A.     I don't know.
 9        Q.     Would you say that in late 2020,
10   early 2021, you traded most frequently on
11   Merrill?
12        A.     Probably.
13        Q.     Do you invest on behalf of
14   anybody else?
15        A.     No.
16        Q.     On your wife's behalf?
17        A.     Not directly.
18        Q.     Indirectly?
19        A.     Well, I mean, it's -- we're
20   married, so, I mean, we have joint
21   checking accounts and things.  I don't
22   invest in her IRA, for example.
23        Q.     Okay.  Does anybody invest on
24   your behalf?
25        A.     No.
```

```
                                          Page 50
 1            CASH - CONFIDENTIAL
 2      Q.     You don't have an investment
 3  manager that handles your money?
 4      A.     Correct.
 5      Q.     Have you ever had an investment
 6  manager?
 7      A.     Not as an adult.
 8      Q.     Have you ever had any other type
 9  of financial advisor?
10      A.     No.
11      Q.     About how much time do you
12  currently devote to investing?
13      A.     I guess that depends on what do
14  you mean by devote to investing?
15      Q.     About how much time do you spend
16  researching companies to invest in their
17  stocks?
18      A.     You're talking specifically
19  the -- yeah -- stocks or the stock market,
20  I spend very little time these days being
21  active in the stock market.
22      Q.     And in December 2020 and
23  January 2021, would you say that you were
24  frequently engaged in investing in the
25  stock market?
```

Page 51

```
 1            CASH - CONFIDENTIAL
 2      A.     Yeah.
 3             MR. S. COHEN:  I think it has
 4      been about an hour, Larry, if you want
 5      to take a break.
 6             MR. ROSEN:  All right.  Sure.
 7      Take a break.  Thank you.
 8             THE VIDEOGRAPHER:  Stand by,
 9      please.  The time is 11:09.  We are
10      going off the record.  This will end
11      Media Unit No. 1.
12             (Recess)
13             THE VIDEOGRAPHER:  The time is
14      11:23 a.m.  We are back on the record.
15      This will be the start of Media Unit
16      No. 2.  Counsel.
17   BY MR. S. COHEN:
18      Q.     Mr. Cash, before we took our
19   break, we were discussing your investment
20   history; right?
21      A.     Yes.
22      Q.     Let's talk about your investment
23   strategy.
24             How would you describe your
25   investment strategy?
```

```
                                            Page 52
  1              CASH - CONFIDENTIAL
  2        A.    Currently?
  3        Q.    Sure.
  4        A.    I hold as much Bitcoin as I
  5   possibly can.
  6        Q.    And how would you describe your
  7   investment strategy in late 2020 and early
  8   2021?
  9        A.    At that time, I liked to buy
 10   stocks and trade options.
 11        Q.    And how did you prioritize the
 12   stocks that you would purchase and the
 13   options that you would purchase?
 14              MR. ROSEN:  Objection.  Vague.
 15        A.    I mean, it varied --
 16   opportunity, time horizon.  At that time,
 17   there was just lots of different
 18   opportunities in the market, so it was
 19   just really about figuring out what was
 20   going to be the best course over the time
 21   horizon I was looking to invest.
 22        Q.    You said your time horizon now
 23   is pretty long term; right?
 24        A.    For this particular asset class.
 25        Q.    For Bitcoin?
```

```
                                        Page 53

 1              CASH - CONFIDENTIAL

 2       A.       Correct.

 3       Q.       What was your time horizon in

 4   investing in stocks in late 2020 and early

 5   2021?

 6       A.       I mean, it varied.  But I'd say

 7   for the most part, when I bought a stock,

 8   the idea was to hold it for the long term,

 9   meaning at least one year.

10       Q.       Was your main objective always

11   for profit?

12       A.       I would not recommend anyone

13   invest to not make profit.

14       Q.       Did you ever invest for reasons

15   other than to make profit?

16       A.       I think making a return on your

17   investment is the only goal that I can

18   think of.

19       Q.       Did you ever invest in stocks

20   for any political goal?

21       A.       No.

22       Q.       Do you ever invest in stocks for

23   any idealogical goal?

24       A.       No.

25       Q.       When you decide to purchase a
```

```
                                          Page 54
 1            CASH - CONFIDENTIAL
 2   particular stock, can you walk me through
 3   how you make that decision.
 4        A.    Sure.   It depends, again, on the
 5   goal; right?  But there's a great little
 6   book I read called "The Little Book That
 7   Still Beats the Market."  They have a nice
 8   layout of fundamentals to evaluate for
 9   long-term stocks.  I like to use that as a
10   nice guide for long-term buy and holds.
11            Shorter term stuff, it just kind
12   of depends on the thesis for a given
13   company and what direction I think it's
14   going to go and, you know, potentially
15   when I think it's going to go there.  It's
16   all speculation, but that can vary from
17   company to company.
18        Q.    Do you research the companies
19   online?
20        A.    Yes.
21        Q.    Do you read their SEC filings?
22        A.    Sometimes.
23        Q.    Do you read their earnings
24   announcements?
25        A.    Sometimes.
```

Page 55

```
 1              CASH - CONFIDENTIAL
 2      Q.     For which companies would you do
 3  that?
 4      A.     I'd say most companies that I
 5  would end up buying in a long-term
 6  position I would do that for.
 7      Q.     And how would you define
 8  long-term position?
 9      A.     At least a year.
10      Q.     And how frequently would you --
11  how frequently in late 2020 and early 2021
12  would you purchase a stock not for
13  long-term holding?
14      A.     I don't -- I don't recall how
15  frequently I would do that.
16      Q.     Did you ever do that?
17      A.     Yeah.
18      Q.     Like, for what?
19      A.     You mean like a specific
20  example?
21      Q.     Yeah, sure.
22      A.     I mean, are you talking just
23  stocks or are you talking options?
24      Q.     Let's start with stocks.
25      A.     I can't think of the specific
```

Page 56

```
 1          CASH - CONFIDENTIAL
 2   ticker that it used to be, but Lucid, a
 3   car company at one time, was a SPAC that I
 4   thought was going to do pretty well in the
 5   short term, so I bought some of their
 6   shares while they were, you know, working
 7   towards coming -- going public as Lucid.
 8       Q.    When you are investing in a
 9   stock, do you generally do it after
10   reading a recent press release from the
11   company or news of the company's earnings?
12          MR. ROSEN:  Objection.  Vague.
13       A.    Sometimes.
14       Q.    You said sometimes?
15       A.    I mean, that would be not an
16   uncommon thing to do.
17       Q.    Is that usually the trigger for
18   your investment?
19       A.    I would say I couldn't classify
20   anything as being a, quote, usual trigger
21   or not.
22       Q.    When do you decide to sell your
23   stocks?
24       A.    That -- that can vary greatly.
25   I might have a stop loss put in.  I might
```

Page 57

```
                            CASH - CONFIDENTIAL
 1
 2    have a trailing stop put in.  I might just
 3    have a target in mind of I think it's
 4    going from here to here by here, and, I
 5    mean, there's always kinds of variables
 6    that could play into that.
 7         Q.    Do you keep up to date on news
 8    of the stock market?
 9         A.    Currently?
10         Q.    Yes.
11         A.    I'd say it's not really.  It's
12    more of a distant.
13         Q.    And did you keep up to date on
14    stock market news in December 2020 and
15    January 2021?
16         A.    Yes.
17         Q.    How frequently?
18         A.    I'd say several times a week, if
19    not daily.
20         Q.    How would you check up on the
21    status of the stock market in that time
22    period?
23         A.    I would use news apps, Yahoo
24    Finance, just general -- CNBC, business,
25    just --
```

```
                                                      Page 58
 1            CASH - CONFIDENTIAL
 2       Q.    Are there any other particular
 3   news segments that you would tune into
 4   more often?
 5       A.    Not really.  Just depends on my
 6   schedule and when I'm watching TV.
 7       Q.    What segments on CNBC would you
 8   look at?
 9       A.    Well, I remember they had a show
10   that I had, like, a DVR set for called --
11   I can't remember exactly what it was
12   called -- options something.  It was,
13   like, a 30-minute segment.
14       Q.    Do you -- did you subscribe to
15   any newsletters on investments or stock
16   market?
17       A.    Not that I remember.
18       Q.    All right.  Did you listen to
19   any podcasts at that time about
20   investments or the stock market?
21       A.    I listened to podcasts on the
22   stock market.  Yes.
23       Q.    Which ones?
24       A.    One is called The Investor's
25   Network - We Study Billionaires, and Andy
```

CASH - CONFIDENTIAL

1
2   Tanner has a podcast.  I can't remember
3   the exact name of it anymore.  But those
4   are the two that come to mind.
5       Q.    And at that time, December 2020,
6   January 2021, do you recall following
7   stock market news on any social media
8   sites?
9       A.    Not that I can recall following
10  specific people for news, if that's what
11  you're asking.
12      Q.    Do you remember in that time
13  period looking at social media sites in
14  order to learn about what was happening in
15  the stock market?
16      A.    No.  I wouldn't categorize it
17  as, like, a source of learning.  But there
18  were certainly things on Reddit that were
19  interesting to get people's opinions.
20      Q.    Opinions on what?
21      A.    Just various things going on in
22  the market.
23      Q.    And what they were investing in?
24      A.    I couldn't tell you what
25  somebody else was investing in, put people

```
                                             Page 60
 1              CASH - CONFIDENTIAL
 2    could make a post about an opinion about
 3    something.
 4        Q.    And during that time, you also
 5    posted your opinions on your investment
 6    strategies and the stock market on Reddit?
 7        A.    I can't remember any specific
 8    examples, but probably.
 9        Q.    Did your investment strategy at
10    all change around December 2020 and
11    January 2021?
12        A.    Not that I remember.
13        Q.    Are you familiar with a company
14    called GameStop?
15        A.    Yes, I am.
16        Q.    If I say GME at some point
17    during this deposition, will you know I'm
18    talking about the GameStop stock?
19        A.    I know the company and their
20    ticker symbol.  So yes.  You're good.
21        Q.    What kind of company is
22    GameStop?
23        A.    It's a retail video game store.
24        Q.    And do you like GameStop as a
25    company?
```

```
                                          Page 61

 1              CASH - CONFIDENTIAL
 2       A.      As a customer?
 3       Q.      Yes.
 4       A.      I guess I'm indifferent.  I
 5  haven't been to a GameStop since I was a
 6  kid, probably.
 7       Q.      Are you a gamer?
 8       A.      My wife would prefer I game
 9  less, but I can game every now and then.
10       Q.      And did you ever look into
11  GameStop as a potential investment?
12       A.      Yes.
13       Q.      What did you do to look into it?
14       A.      I ran a stock filter that
15  flagged GameStop as an interesting
16  company.  I looked at news articles.  I
17  looked at some historical performances.
18       Q.      And that was in December 2020?
19       A.      Roughly.  I'd say the fourth
20  quarter of 2020.  I can't remember exactly
21  when.  But --
22       Q.      Did you at that time learn
23  anything about the finances or profits of
24  GameStop?
25       A.      Not that I recall specifically.
```

Page 62

1            CASH - CONFIDENTIAL
2       Q.     Do you recall looking at their
3   earnings announcements?
4       A.     I don't recall specifically.
5       Q.     Do you recall looking at press
6   releases that GameStop put out?
7       A.     Not that I can specifically say
8   were GameStop's press releases.
9       Q.     Or any press covering GameStop
10  at that time?
11      A.     Yeah.
12      Q.     Just general stock market news?
13      A.     General stock market news and
14  just news that was specific to GameStop.
15      Q.     Did you ever look into
16  GameStop's financials in or around that
17  time?
18      A.     Not specifically that I recall.
19      Q.     In January 2021, do you recall
20  any specific announcements that GameStop
21  put out?
22      A.     I believe, from what I recall,
23  they put out an announcement that Ryan
24  Cohen joined their board of directors.
25      Q.     And that was January of 2021;

```
                                      Page 63

 1            CASH - CONFIDENTIAL

 2   right?

 3        A.     I believe so.

 4        Q.     Do you remember what the date

 5   was?

 6        A.     No.

 7        Q.     Okay.  Is that the only news you

 8   heard about GameStop around that time?

 9        A.     No.  I mean, I know that they

10   were planning for new console releases.

11   The PlayStation 5 and the new Xbox was

12   coming out in November of 2020, which,

13   historically for them, it only happens

14   every five to eight years roughly that

15   they come out with new consoles, and

16   historically, that's -- that plus the

17   holidays is a great boost to their sales.

18        Q.     When you say it's their

19   consoles, you mean they sell them, but

20   they're not the producers; right?

21        A.     Correct.  They're selling Sony

22   and Microsoft's gaming systems.

23            MR. S. COHEN:  Let's mark

24        Tab 13.

25
```

```
                                        Page 64
 1            CASH - CONFIDENTIAL
 2              (Exhibit 240, Dow Jones
 3        Newswires page, was hereby marked for
 4        identification, as of this date.)
 5        Q.    You'll see in your Exhibit Share
 6    file a new exhibit.  I think it will be
 7    240.
 8        A.    Got it.
 9        Q.    Okay.  And this is a Dow Jones
10    Newswires article?
11        A.    Yes.
12        Q.    And it was published on
13    January 26, 2021?
14        A.    Correct.
15        Q.    All right.  When you were
16    looking into GameStop as a company around
17    this time, did you read this article?
18        A.    Not that I recall.
19        Q.    If you'll go to -- it should be
20    the next page on that -- on your version.
21    But it will be a paragraph that starts
22    "GameStop has not."
23        A.    Okay.
24        Q.    Do you see --
25        A.    "GameStop has not."
```

Page 65

```
 1              CASH - CONFIDENTIAL
 2       Q.     And it says, "GameStop has not
 3   released any news to coincide with the
 4   spike, and has not responded to a request
 5   from MarketWatch to comment."
 6              Do you see that?
 7       A.     Yes.
 8       Q.     Do you know what spike this
 9   article is talking about?
10       A.     I would speculate and say
11   potentially the -- from what I know, the
12   price action.
13       Q.     Which is to say the increase in
14   GameStop stock price in January 2021?
15       A.     That's what I -- that's what I
16   would speculate.
17       Q.     And where it says GameStop has
18   not released any news to coincide with
19   that spike, does that comport with your
20   memory of GameStop news around that time?
21       A.     I mean, I can't remember if
22   GameStop had self-announced things or if
23   things were just being reported in the
24   news, but from what I remember, there was
25   news -- positive news about Ryan Cohen's
```

1              CASH - CONFIDENTIAL

2    involvement with GameStop as a shareholder

3    and then a member of the board.

4         Q.     And do you recall that Ryan

5    Cohen took the board seat

6    January 11, 2021?

7         A.     I don't recall the specific

8    date, but that sounds right.

9         Q.     If you'll go to the last

10   paragraph, do you see in that body of text

11   where it says, "Over the past two

12   quarters, losses for the company have

13   widened significantly"?

14        A.     I don't -- oh, yes, I see that.

15        Q.     Okay.  And does that comport

16   with the research you did on GameStop in

17   January 2021?

18        A.     I don't really specifically

19   remember the level of losses or looks into

20   their financials over specific two

21   quarters.

22        Q.     If you were looking to invest in

23   a stock in January 2021, would you have

24   looked at the losses on a quarterly basis?

25                MR. ROSEN:  Objection.  Calls

```
                                        Page 67
```

1              CASH - CONFIDENTIAL
2        for speculation.
3        Q.    You can answer what you
4    remembered looking at.
5        A.    Potentially.
6        Q.    If you go up a little bit to the
7    paragraph beginning "GameStop has been a
8    darling."
9        A.    I see it.
10       Q.    So it says, "GameStop has been a
11   darling of Reddit message board
12   Wallstreetbets, where hundreds of posters
13   have been pushing for purchases of the
14   stock after investors betting against the
15   chain put short interests to more than
16   100 percent."
17             Do you see that?
18       A.    Correct.
19       Q.    Did I read that correctly?
20       A.    Yeah.
21       Q.    And this was the time you were
22   on the Wallstreetbets sub-Reddit?
23       A.    Probably, yes.
24       Q.    And do you recall seeing such
25   posts of people pushing for purchasing of

```
 1          CASH - CONFIDENTIAL
 2   the GameStop stock?
 3       A.    Yes.
 4       Q.    Did you ever post about the
 5   purchasing of GameStop stock on
 6   Wallstreetbets?
 7       A.    I don't have any specific
 8   examples that come to mind, but probably.
 9       Q.    And do you recall how frequently
10   you would have posted about GameStop stock
11   on --
12             MR. ROSEN:  Would have?
13       Q.    -- that sub-Reddit?
14             MR. ROSEN:  You're asking how
15       frequently he would have or how
16       frequently he did?
17       Q.    Do you recall how frequently you
18   posted on Wallstreetbets about purchasing
19   GameStop stock in January 2021?
20       A.    No.  I mean, that would probably
21   just depend on the day and how busy it
22   was.
23       Q.    Okay.  Do you know about the
24   GameStop short squeeze, sitting here
25   today?
```

```
                                              Page 69
 1              CASH - CONFIDENTIAL
 2        A.     The short squeeze?  I know that
 3   there's potential alleged short squeeze,
 4   but that's all speculation, I would say.
 5        Q.     But you know what I'm talking
 6   about when I refer to that; correct?
 7        A.     Sure.
 8        Q.     Had you heard about that in
 9   January 2021?
10        A.     I don't recall any specific
11   examples, but I'd say probably.
12        Q.     You remember that it was a topic
13   of conversation in 2021, January 2021;
14   correct?
15        A.     It was a topic of speculation
16   for sure.
17        Q.     And do you recall discussing the
18   GameStop short squeeze in January 2021?
19        A.     Not specifically, in terms of
20   making specific posts or comments.
21        Q.     But you recall in general that
22   you had discussions about -- that you had
23   discussions about the GameStop short
24   squeeze in January 2021.
25        A.     Sure.
```

```
                                                Page 70
```

1              CASH - CONFIDENTIAL

2       Q.    Did you par want to participate

3   in the GameStop short squeeze?

4       A.    I don't think a short squeeze is

5   something that you can knowingly

6   necessarily participate in, in terms of a

7   thesis to invest in.

8       Q.    Why not?

9       A.    Just too many factors in my

10  opinion on what could happen.

11      Q.    Such as?

12      A.    Well, I mean, depends on the --

13  you know, a short squeeze is just a

14  fundamental dictating of a price of a

15  stock based on supply and demand.  So

16  shorts have to buy stock to close their

17  position, and you have no idea when that

18  would happen at a rate that would cause

19  any kind of significant price spike.

20      Q.    So one of the requirements of

21  participating in a short squeeze is

22  knowing that another company is attempting

23  to short the stock of a company; correct?

24      A.    Well, I don't know if it's a

25  company shorting another company's stock

Page 71

CASH - CONFIDENTIAL

1
2     or if it's individuals, but there's always
3     two sides to a trade, and if someone is
4     shorting a stock, they're betting it's
5     going to go down.  If they're wrong, then
6     they have to buy at a loss to close their
7     position.
8          Q.    All right.  So going back to
9     what you were saying before.  One of the
10    factors in there being a short squeeze is
11    there has to be knowledge that somebody or
12    some company is shorting a stock; correct?
13              MR. ROSEN:  Objection.
14         Mischaracterizes his prior testimony.
15         Why don't you re-ask the question?
16         You'll see that it's -- you'll
17         understand why it's not a precise
18         question.  Go ahead.  Re-ask it.
19         Q.    What are -- what are the other
20    aspects of the short squeeze besides one
21    individual or company having a short
22    position in a stock?
23         A.    The other aspects of a short
24    squeeze is just simply that people have to
25    close their position to make a profit or

Page 72

```
1              CASH - CONFIDENTIAL
2     cover a loss.  And they have to do that
3     from the available shares that are for
4     sale.
5          Q.     And how is someone squeezed?
6          A.     Well, I guess that would depend
7     on the person that's short and whether
8     they were -- and I can't speak to anyone
9     else's practices, but if you didn't have a
10    hedge or a stop loss, then you having to
11    buy shares at a higher price than you
12    shorted means that you're getting squeezed
13    out of your position, because the higher
14    the price goes up beyond what you shorted
15    it at, the bigger your losses are, so
16    you've got to cut your losses at some
17    point.
18         Q.     So are you aware of any attempts
19    in January 2021 among a grassroots group
20    of investors to run up the price of stocks
21    that other companies had shorted?
22         A.     I would say I couldn't speak
23    with any confidence to anyone else's
24    intention.
25         Q.     I didn't ask about intention,
```

```
 1            CASH - CONFIDENTIAL
 2    though.
 3              Were you aware of that
 4    phenomenon?
 5        A.    I was --
 6              MR. ROSEN:  What phenomenon?
 7        What's the phenomenon that you're
 8        talking about?
 9        Q.    Were you aware, Mr. Cash, of
10    short squeezes in the market in
11    January 2021?
12        A.    I was aware of short squeezes in
13    the market before January 2021.  Short
14    squeezes have happened all throughout the
15    history of the stock market.  As long as
16    there has been shorting, there has been
17    people that have been squeezed out of
18    their position.  That's kind of the
19    definition of a short squeeze.
20        Q.    In January 2021, were you aware
21    of discussion of any attempt to
22    purposefully squeeze a short-selling
23    entity in the market?
24        A.    I was aware of conversations
25    people had, but I don't know what their
```

Page 74

```
 1            CASH - CONFIDENTIAL
 2    specific intentions would be about trying
 3    to squeeze or not squeeze a stock.
 4        Q.    Do you think that a squeeze
 5    reflects the true value of a company?
 6            MR. ROSEN:  Objection.  Vague.
 7        A.    I believe that a squeeze is a
 8    true value of the price per share based on
 9    basic and simple supply-and-demand
10    fundamentals.
11        Q.    In January 2021, were you aware
12    of a short squeeze of AMC?
13        A.    I had heard similar things as to
14    GameStop, that it was a heavily shorted
15    company.
16        Q.    And had you heard that there
17    were a group of investors that were
18    attempting to run up the price of AMC?
19        A.    I don't know what their intent
20    was in terms of running up the price, but
21    I know that there were people that talked
22    about liking the company of AMC and
23    wanting to buy their stock.
24        Q.    Had you heard, though -- I'm not
25    asking if you knew that they were doing
```

Page 75

```
 1              CASH - CONFIDENTIAL
 2     it.
 3              Had you heard rumors that there
 4     were a group of investors attempting to
 5     run up the stock price of AMC in
 6     January 2021?
 7        A.    Sure.  I heard rumors.
 8        Q.    And you heard that in
 9     January 2021.
10        A.    I couldn't say for certain, but
11     around that time.
12        Q.    Had you heard rumors that there
13     were -- there was a group of investors in
14     January 2021 attempting to run up the
15     stock price of any other stocks in order
16     to --
17              MR. ROSEN:  Objection.
18        Q.    -- in order to squeeze --
19              MR. ROSEN:  Objection.  You use
20        the term "run up."  What do you mean
21        by "run up"?  How do people run up the
22        stock?  It's an undefined term.  It's
23        vague and ambiguous.
24        Q.    Mr. Cash, do you know what the
25     term "run up" means?
```

Page 76

1          CASH - CONFIDENTIAL
2      A.     All I would say is that people
3  make decisions to buy a stock and not sell
4  it.
5      Q.     All right.
6      A.     That can positively impact a
7  stock's price based on, again, just simple
8  supply and demand.
9      Q.     Are you aware around -- were you
10 aware in January of 2021 of rumors that
11 investors were attempting to increase the
12 stock price of shares in certain companies
13 in order to squeeze a company with short
14 positions?
15     A.     I was aware that people are on
16 two sides of a trade, and if you are long
17 a company, you want to see it do well, and
18 if you're short a company, on the opposite
19 side of that trade, you don't want to see
20 them do well, because if they do well, you
21 don't do well.  So again, it's just basic
22 supply and demand.
23     Q.     And so in that situation, were
24 you aware of investors attempting to go
25 shop the price of a stock by purchasing in

Page 77

```
 1          CASH - CONFIDENTIAL
 2    large volumes?
 3        A.     I was aware of people that liked
 4    a company and a stock that were buying
 5    lots of it and were unwilling to sell it.
 6    And I think it would be natural for anyone
 7    that makes an investment to want to see it
 8    go up in value.
 9        Q.     But it's your testimony that you
10    are not aware of any concerted effort to
11    purposefully push up the stock price of
12    AMC in order to squeeze the short position
13    of another company.
14        A.     I can't say that I remember any
15    kind of organized effort, if you will.
16    Like, there was no kind of newsletter or
17    signup list or some kind of potluck
18    registration for people to, like, agree to
19    do things, you know.  I was on message
20    boards where people maybe chatted about
21    stuff like you could around a watercooler
22    in an office, but I don't know anything
23    about an organized attempt beyond just
24    message board chatter, which --
25        Q.     So what kind of message board
```

Page 78

1                CASH - CONFIDENTIAL

2      chatter are you talking about?

3          A.     Well, from what I remember, just

4      people talking, again, liking companies

5      and buying their shares and wanting to see

6      those companies do well.

7          Q.     Wanting to see the stock price

8      go up?

9          A.     Yeah, which I think is a

10     reasonable position for someone that owns

11     a share to want to see it go up.

12         Q.     And wanting to purchase the

13     share and hold on to it in order to

14     squeeze companies with short positions in

15     those shares.

16         A.     Again, I think that's too much

17     speculation for me to be able to comment

18     on that.  It's very hard to try to predict

19     when a short would get squeezed out of

20     their position, because there's too many

21     unknowns there.

22         Q.     But I'm asking do you remember

23     seeing that on message boards, that that

24     was the intention and the goal of the

25     people posting on the message boards?

1              CASH - CONFIDENTIAL

2        A.     Probably vaguely, yeah.  I mean,

3    it's been three years.

4        Q.     Do you recall news in

5    January 2021 or media attention of any

6    kind that the price of certain stocks were

7    increasing beyond what most people

8    believed they were actually worth?

9        A.     Yeah.  I remember a lot of

10   people said that about Tesla.

11       Q.     And do you remember people

12   saying that about AMC?

13       A.     And those people's opinion, I

14   remember hearing that about AMC.

15       Q.     On the news?

16       A.     Yes.

17       Q.     And same thing with Blackberry?

18       A.     I don't know about Blackberry.

19       Q.     What about Nokia?

20       A.     I don't recall hearing about

21   them on the news.

22       Q.     Koss Corporation?

23       A.     No, not that I remember.

24       Q.     Trivago?

25       A.     Not that I remember.

```
                                        Page 80

  1              CASH - CONFIDENTIAL

  2       Q.    Tootsie Roll?

  3       A.    Not that I remember.

  4       Q.    Do you remember news about

  5   GameStop in particular?

  6       A.    I remember there being news

  7   about GameStop.

  8       Q.    And on the news, do you recall

  9   people talking about its value increasing

 10   beyond what financial professionals

 11   believed it to be worth?

 12       A.    I remember that.  Again, I would

 13   clarify and say based on certain

 14   performances or criteria that those

 15   specific professionals were using.

 16       Q.    And did you also hear about

 17   GameStop that while its prices were

 18   increasing, there were hedge funds with

 19   large short positions in GameStop?

 20       A.    I remember hearing about that.

 21       Q.    Have you ever heard the term

 22   "Meme stock"?

 23       A.    Yes.

 24       Q.    What is that?

 25       A.    I guess the way I would describe
```

```
                                        Page 81
 1            CASH - CONFIDENTIAL
 2    it is just a stock that has gained
 3    internet fame or notoriety.  It's turned
 4    into a Meme.
 5        Q.    Is there a time when that term
 6    started to be used that you can recall?
 7        A.    I mean, not that I recall.  I
 8    don't know how long it's been used.
 9        Q.    Do you recall that term being
10    used in January 2021?
11        A.    Yes.
12        Q.    And do you recall the companies
13    about which it was being used?
14        A.    I remember a few.
15        Q.    Was GameStop one of them?
16        A.    Yes.
17        Q.    Was AMC one of them?
18        A.    Yes.
19        Q.    Any others that you can recall?
20        A.    I think just Blackberry.
21        Q.    Do you think that -- withdrawn.
22              So we've been talking a lot
23    about GameStop, and I don't know if I've
24    asked you if you've ever purchased shares
25    of GameStop.  Have you?
```

```
                                        Page 82
```

CASH - CONFIDENTIAL

1

2       A.      I did.  I have.

3       Q.      And did you in late 2020?

4       A.      That sounds about right.

5       Q.      And that was the -- when was the

6    first time you purchased stock in

7    GameStop?

8       A.      I can't remember a specific

9    date.  I think that's probably in my

10   financial statements I sent over.  But I

11   would guess sometime in the fourth quarter

12   of 2020.

13      Q.      Okay.  And why did you decide to

14   purchase GameStop then -- stock?

15      A.      It met certain criteria I was

16   looking for in terms of a good

17   opportunity.

18      Q.      Like what?

19      A.      Well, historically, like I said

20   before, when Microsoft and PlayStation do

21   come out with new consoles, which they

22   only do every five to eight years or

23   roughly thereabouts, that is a huge boost

24   to GameStop's sales.  And historically,

25   when you combine that with the holiday

Page 83

```
          CASH - CONFIDENTIAL
1
2    season, they have a very strong fourth
3    quarter and first quarter of the following
4    year of those kind of rare events of a new
5    console model coming out.  So I thought
6    that was a strong potential boost to their
7    sales.  I thought -- and their stock
8    price.  Then I learned about Ryan Cohen
9    being --
10       Q.    I'm sorry.  That Ryan Cohen was
11   in January 2021; right?
12       A.
13            MR. KIM:  Did you just interrupt
14       him answering a question, Scott?
15       You've got to let him finish his
16       answer.
17            MR. S. COHEN:  You're right.
18       I'm sorry.  Go ahead.
19       A.    That's all right.  I mean, Ryan
20   Cohen was an investor before he got on the
21   board, and I read that he had purchased a
22   large percentage of GameStop's shares.  He
23   was the founder of Chewy.  So in the
24   e-commerce space, when he gets involved in
25   a company, it's kind of a big deal,
```

Page 84

1          CASH - CONFIDENTIAL
2    considering he went head to head with
3    Amazon and the pet space and kind of won.
4    So I thought him being involved was a very
5    bright potential turnaround for GameStop
6    in addition to the potential boom from the
7    holiday sales.
8              And I thought from a certain
9    perspective, the price of a stock was
10   being artificially suppressed based on the
11   fact that when I ran a stock search, it
12   came back being 140 percent short, which
13   to my knowledge at the time was
14   unprecedented of how short a company could
15   actually be compared to the float.  So
16   fundamentally, there was something there
17   in terms of the stock price being
18   suppressed beyond what you could argue was
19   the actual value of the company.
20       Q.   So in January 2021, you believed
21   that the stock price of GameStop was being
22   artificially suppressed?
23             MR. ROSEN:  He didn't say
24      artificially.
25             MR. S. COHEN:  Yes, he did.

Page 85

1              CASH - CONFIDENTIAL
2              MR. ROSEN:  Did he?
3       Q.    I'll ask it again, just to
4    clarify the record.
5              MR. S. COHEN:  Do you want me to
6         tell you the page and line number,
7         Mr. Rosen?
8              MR. ROSEN:  I will look.  Oh, he
9         did say "artificially suppressed."
10        Okay.  Fair enough.
11      Q.    So just to redo that.
12             In January 2021, you believed
13   that the game stock -- that GameStop's
14   stock price was being artificially
15   suppressed.
16      A.    Well, I was more referring to Q4
17   of 2020 when I bought the stock.  But
18   potentially artificially suppressed in the
19   sense that it was short 140 percent,
20   meaning that multiple shares were borrowed
21   repeatedly to just sell them; right?  So
22   shorting obviously has an impact on stock
23   price, as does buying.  And I thought
24   there was the potential there that it was
25   potentially artificially suppressed based

Page 86

```
 1            CASH - CONFIDENTIAL
 2   on how short it was.
 3            But Cohen -- Ryan Cohen being
 4   involved and new consoles coming out were
 5   huge factors in my decision.  And then
 6   sometime in January 2021, beyond him being
 7   named in the board, there was also a lot
 8   of positive news that I -- if I remember
 9   right, he also obtained seats -- other
10   board seats for other executives that
11   worked with him at Chewy.  So it also
12   seemed like he was putting together a very
13   strong board of directors and potentially
14   executive team to lead GameStop.
15       Q.    But still you thought that at
16   that point in time in December 2020 and
17   potentially January of 2021, GameStop's
18   stock price was being artificially
19   suppressed by companies heavily shorting
20   their stock.
21       A.    Yeah.  I mean, I'd say by
22   artificially, I mean the fact that it's
23   supply and demand; right?  And if there's
24   more supply on the sell side than is
25   natural or that has ever been seen in the
```

```
                                    Page 87
 1              CASH - CONFIDENTIAL
 2    company, then yeah, I would say that
 3    that's an interesting opportunity for that
 4    company to perform well and raise their
 5    stock price.
 6         Q.    And you said that as a result of
 7    this artificial suppression, the stock
 8    market at that time was not reflecting
 9    what you believe to be the true value of
10    GameStop; right?
11         A.    Correct.
12         Q.    I want to go back to
13    Exhibit 240.  Let me know when you're
14    there.
15         A.    That was the Newswires?
16         Q.    Yeah.
17         A.    Yes.
18         Q.    And it's a paragraph that we
19    looked at before, but it starts, "Earlier
20    this month."
21         A.    Yes.
22         Q.    So it says, "Earlier this month,
23    GameStop admitted that holiday-quarter
24    sales had dropped more than 25 percent and
25    come in lower than expectations."
```

```
                                              Page 88
 1              CASH - CONFIDENTIAL
 2              Do you see that?
 3      A.     Yes.
 4      Q.     So the expected sales and
 5  profits for GameStop in the holiday season
 6  of December 2020 did not come to pass;
 7  correct?
 8      A.     Potentially.
 9      Q.     Do you have any reason to
10  disagree with GameStop's characterization
11  as relayed in this article?
12      A.     No.  I mean, I would say that
13  from what I remember, there was plenty of
14  reasons to know that with supply chain
15  issues and shortages on the consoles
16  themselves, trying to buy them.
17      Q.     What supply chain issues in
18  January 2,021?
19      A.     I mean, pretty much anything
20  coming out of China, but, I mean, you can
21  Google it.  It was very hard for people to
22  get their hands on PlayStation 5s and just
23  specifically PlayStation 5s.
24      Q.     You're referring to -- sorry.
25      A.     Yeah.  From a retail
```

```
                                        Page 89
 1            CASH - CONFIDENTIAL
 2   perspective.
 3       Q.    And the supply chain issue
 4   you're talking about is from the Covid
 5   situation?
 6       A.    I mean, as far as I would know,
 7   yeah.
 8       Q.    And that would -- that had been
 9   persisting for the last almost year;
10   correct?
11       A.    Correct.
12       Q.    Okay.
13             (Exhibit 241, Certification, was
14        hereby marked for identification, as
15        of this date.)
16       Q.    We'll do another exhibit shortly
17   here.
18             All right.  You'll see
19   Exhibit 241 pop up.
20       A.    Okay.
21       Q.    Okay.  Do you recognize this
22   document?
23       A.    Yes.
24       Q.    And it's beginning -- the first
25   page has a Bates number stamp at the
```

```
                                     Page 90
 1            CASH - CONFIDENTIAL
 2   bottom right, P00002830.  That's just for
 3   the record.
 4            Is this the certification you
 5   signed authorizing the Rosen Law Firm to
 6   file this action on your behalf?
 7       A.    Yes.
 8       Q.    And I'll direct you to
 9   paragraph 4.
10            Do you see where the
11   certification says that it lists "all of
12   the transactions plaintiff has made in the
13   affected stocks during the class period
14   set forth in the consolidated complaint"?
15       A.    Yes.
16       Q.    And you're that plaintiff?
17       A.    Yes.
18       Q.    And at the bottom of the page is
19   your signature; right?
20       A.    Electronic, yes.
21       Q.    Electronic signature executed
22   just a few weeks ago; correct?
23       A.    Yes.
24       Q.    April 11, 2023?
25       A.    Yes.
```

```
                                            Page 91
 1              CASH - CONFIDENTIAL
 2       Q.     If you look at the next page, is
 3   that a complete list of all the
 4   transactions you made in the affected
 5   stocks during the class period?
 6       A.     To the best of my knowledge.
 7   You would have to confirm with my
 8   statements, I guess.
 9       Q.     And the only stock here is for
10   GameStop; right?
11       A.     Correct.
12              MR. S. COHEN:  Let's mark Tab 6.
13              (Exhibit 242, Merrill account
14         trading data, Bates P00002502 through
15         P00002517, was hereby marked for
16         identification, as of this date.)
17       Q.     You'll soon see Exhibit 242 in
18   your file.
19       A.     Okay.  I got it.
20       Q.     And for the record, the
21   beginning Bates stamp is P00002502.
22              Mr. Cash, this exhibit contains
23   the trading data you produced in
24   connection with this litigation; right?
25       A.     Yes.
```

Page 92

                    CASH - CONFIDENTIAL
1
2        Q.     And this is for your Merrill
3    account.
4        A.     Yes.
5        Q.     And this includes all the trades
6    settled in December 2020?
7        A.     I assume so.  I guess you'd have
8    to double check other statements, but I
9    assume that's how a statement would work.
10       Q.     You do see on the right-hand
11   side, it says December 1, 2020, through
12   December 31, 2020; right?
13       A.     Yes.
14       Q.     If you go to the page ending
15   2507.
16       A.     Okay.
17       Q.     In the middle of the page, you
18   see the row "Security Transactions" in
19   bold?
20       A.     Yes.
21       Q.     And below it, the first
22   transaction you engaged in in December was
23   to purchase 600 shares of GameStop on
24   December 2, 2020?
25       A.     I see that.

```
                                      Page 93
 1             CASH - CONFIDENTIAL
 2        Q.     And that was at $18.17 per
 3   share?
 4        A.     Correct.
 5        Q.     And the total amount was
 6   $10,902?
 7        A.     Correct.
 8        Q.     Was that a large purchase for
 9   you at the time?
10        A.     Not that I recall.
11        Q.     Do you recall often purchasing
12   stocks or options for over $10,000?
13        A.     I will say that that was in line
14   with potential other purchases.  I'd have
15   to check my statements.
16        Q.     If you look at the rest of this
17   statement, do you see other purchases of
18   stock for over $10,000?
19        A.     Not that I see on this
20   statement.
21        Q.     Before you made your investment
22   in GameStop stock on December 2nd, how
23   much time did you spend researching the
24   company?
25        A.     I don't recall specifically.
```

```
                                            Page 94
 1              CASH - CONFIDENTIAL
 2   But I would guess a few hours, several
 3   hours.
 4        Q.    Do you recall looking at the
 5   business fundamentals of GameStop at this
 6   time?
 7        A.    I mean, I recall looking at past
 8   performance of when new consoles came out.
 9        Q.    At this time, had you formed an
10   opinion as to the real value of GameStop?
11        A.    I don't recall.
12        Q.    Did you read anything about
13   GameStop on Wallstreetbets around this
14   time?
15        A.    I don't recall specifically.
16        Q.    Do you recall generally?
17        A.    Generally, I recall reading
18   Wallstreetbets in December and January.
19   But if you're talking about specifically
20   January 2nd or whenever I bought these
21   shares, I don't recall.
22        Q.    Do you recall in January 2021
23   and December 2020 reading anything about
24   GameStop on Wallstreetbets in general?
25        A.    You said January or December?
```

```
1           CASH - CONFIDENTIAL
2       Q.    Yes.
3       A.    Yes.
4       Q.    Did you read about anybody
5   encouraging others to purchase GameStop on
6   Wallstreetbets around this time?
7       A.    I saw posts about that probably.
8       Q.    And you saw posts about
9   attempting to squeeze the short-selling
10  companies holding GameStop stock in
11  December 2020 and January 2021; correct?
12      A.    I saw posts about people talking
13  about liking the stock and buying the
14  stock.
15      Q.    Okay.  Let's look at -- I'm
16  sorry.
17      A.    I was just going to say, I mean,
18  I don't recall any specific examples of,
19  like, a title or something I could give
20  you really directly to a squeeze.
21      Q.    I'm sorry.  In general, though,
22  do you recall comments and posts about
23  this, even if you can't remember the
24  titles to them?
25      A.    Yeah.
```

```
                                            Page 96
 1           CASH - CONFIDENTIAL
 2              MR. S. COHEN:   Let's do Tab 2,
 3      please.
 4              (Exhibit 243, A Wallstreetbets
 5      Sub-Reddit post titled "Exactly how
 6      the GME squeeze will go for you," was
 7      hereby marked for identification, as
 8      of this date.)
 9      Q.      In your folder, you'll see
10  Exhibit 243.
11      A.      Okay.
12      Q.      And this is a post on the
13  Wallstreetbets sub-Reddit?
14      A.      That's what it looks like.
15      Q.      And it was posted December 3,
16  2020; correct?
17      A.      Correct.
18      Q.      And the title is "Exactly how
19  the GME squeeze will go for you."
20      A.      Correct.
21      Q.      Do you recognize this post?
22      A.      I don't specifically recall this
23  post.
24      Q.      On the second and third pages,
25  do you see that you commented on this
```

Page 97

```
 1           CASH - CONFIDENTIAL
 2    post?
 3         A.    Yes.
 4         Q.    And do you see you commented
 5    that same day, December 3, 2020?
 6         A.    Yes.
 7         Q.    And this was the day after you
 8    purchased several hundred shares of
 9    GameStop; right?
10         A.    Looks like it.
11         Q.    What do you think, if you go
12    back to the front page, GME squeeze means?
13         A.    I would be speculating, I guess.
14    I think they were potentially referring to
15    a short squeeze.
16         Q.    And it's referring to a group of
17    investors who host on the Wallstreetbets
18    sub-Reddit that are engaging in the short
19    squeeze of GameStop; right?
20         A.    I'm sorry.  Can you repeat that?
21         Q.    You said that you would
22    speculate that this post is about the
23    GameStop short squeeze.
24         A.    Yeah, or a theory on the short
25    squeeze.
```

Page 98

1          CASH - CONFIDENTIAL

2      Q.    And that theory that it's

3   discussing is referring to a group of

4   investors who are also on Wallstreetbets

5   engaging in the short squeeze; correct?

6      A.    Potentially.

7      Q.    The first paragraph is referring

8   to purchasing GameStop stock in high

9   volumes of shares; correct?

10     A.    Depends on your definition of

11   high volume, but sure.

12     Q.    Do you recall seeing this

13   article at any time, this post at any

14   time?

15     A.    I don't specifically remember

16   coming across it.

17     Q.    Based on this post and the

18   comments that you can see here, people

19   were expecting a short squeeze of

20   GameStop; correct?

21     A.    That's what it looks like.

22     Q.    Were you also expecting a short

23   squeeze of GameStop around this time?

24     A.    I don't recall.

25     Q.    But you could have been.

Page 99

                         CASH - CONFIDENTIAL

1

2       A.    I think it was possible,

3    considering how short it was.

4       Q.    If you look at the fourth

5    paragraph, where it says "Trading

6    resumes."

7       A.    Mm-hmm.  I see it.

8       Q.    It says, "Trading resumes.  You

9    watch the price rise.  $30.  $48.  $70.

10   Your mind and your heart race as you

11   mentally calculate how much money you've

12   made.  $115.  $130.  The squeeze has

13   squoze.  You watch the share price trend

14   back down, settling at a respectable

15   $17.04, but that no longer matters to you.

16   You're rich."

17             Did I read that correctly?

18      A.    Yes.

19      Q.    And that describes an effective

20   short squeeze; correct?

21      A.    I can't say that I'd say that's

22   necessarily an accurate description.  That

23   would imply that you timed the top

24   perfectly and sold when you should have or

25   could have potentially if you're talking

```
                                    Page 100
 1              CASH - CONFIDENTIAL
 2    about maximizing profits.  But that's a
 3    massive assumption to make, and I would
 4    say, in reading this post, it's a very
 5    hypothetical whole outline.  It's talking
 6    about you as, you know, some random
 7    person.
 8        Q.    It's saying here that after a
 9    squeeze has squoze, the price will
10    decline.
11              Do you see that?
12        A.    Yes.
13        Q.    Do you know what that means?
14        A.    Well, it's based on supply and
15    demand of a stock.  And if there is a
16    short squeeze in a stock, typically, there
17    is a brief period of strong upward
18    momentum, as supply and demand dictates
19    there is more demand to buy the stock than
20    there is to sell it, and then often that
21    can reverse course, and there's more
22    demand to sell it.
23        Q.    And what's driving the demand in
24    a short squeeze usually?
25        A.    Well, usually, it's the shorts
```

Page 101

1              CASH - CONFIDENTIAL

2    not hedging or setting stop losses or

3    making their play with what I would

4    classify as proper risk management.

5         Q.    Not proper risk management or

6    with proper risk management?

7         A.    The shorts not exercising proper

8    risk management, in my opinion.

9         Q.    And so the investors who are

10   attempting to squeeze the short recognize

11   that there is a short position in the

12   market, and they are taking advantage of

13   that by purchasing at high volumes to

14   increase the price?

15        A.    Potentially.  I think that's

16   also true with shorting the stock, if you

17   see that there's a potential to short in

18   high volumes to drive down the stock to

19   make a profit, and that's just -- that's

20   just how a market works.

21        Q.    And at the time that you

22   commented on this post, you were aware of

23   this short squeeze beginning to occur for

24   GameStop; correct?

25        A.    I can't say that at the time of

```
 1              CASH - CONFIDENTIAL
 2   this post, I was aware that something was
 3   occurring.
 4        Q.    At what point did you become
 5   aware that something was occurring?
 6        A.    I can't recall exactly.  But, I
 7   mean, I would say that most of January --
 8   or December, from my recollection, was
 9   just pretty -- pretty tame in terms of
10   price and action from what I remember
11   about the stock price.
12        Q.    And January?
13        A.    Well, obviously, January, things
14   got interesting.
15        Q.    And you were watching that
16   happen?
17        A.    I didn't think -- it would be
18   foolish to not watch what you're invested
19   in.
20              MR. S. COHEN:  Let's go to
21        Tab 3.  Mark Tab 3.
22              (Exhibit 244, A Wallstreetbets
23        Sub-Reddit post titled "GME Squeeze
24        Double Dip," was hereby marked for
25        identification, as of this date.)
```

Page 103

```
 1            CASH - CONFIDENTIAL
 2       Q.    You'll soon see an exhibit, I
 3   think 244.
 4       A.    Got it.
 5       Q.    Okay.  Do you recognize this
 6   post?
 7       A.    Not specifically.
 8       Q.    This is a post you made on
 9   Wallstreetbets; correct?
10       A.    It looks like it.  Yes.
11       Q.    And that was on
12   December 3, 2020?
13       A.    Correct.
14       Q.    Could you read the title of the
15   post.
16       A.    "GME Squeeze Double Dip."
17       Q.    All right.  What does "GME
18   squeeze" refer to here?
19       A.    Well, if there was a squeeze of
20   people out of their position, whether
21   that's up or down, people are either for
22   sellers or for buyers.
23       Q.    You're referring to a squeeze in
24   GameStop; right?
25       A.    Correct.
```

Page 104

CASH - CONFIDENTIAL

1

2      Q.     And you're referring to a
3  squeeze that you anticipated happening in
4  GameStop; correct?
5      A.     Well, this is just honestly a
6  hypothetical think post.  I mean, I'm just
7  getting people's opinions on a scenario
8  and if they thought that would actually
9  potentially, like, play out as something
10  feasible.  So, I mean, I wouldn't say that
11  this is what I thought was going to
12  happen.  This is just more of like a
13  hypothetical situation that I post.
14      Q.     But you thought it could happen.
15      A.     I thought that it could happen.
16      Q.     This first sentence says you're
17  holding 1,000 GME shares you bought at
18  $18.
19             Do you see that?
20      A.     Yes.
21      Q.     You bought your GameStop shares
22  at around $18 the day before; correct?
23      A.     Correct.
24      Q.     It then goes on to say, "You buy
25  ten protective puts four months out at 175

```
 1              CASH - CONFIDENTIAL
 2      to lock in your profit against it gapping
 3      down."
 4              What does "gapping down" mean?
 5         A.    Well, in the stock market, you
 6      have pre-market and post-market activity
 7      where even though the market closes at
 8      4:00 p.m. and opens I think it's at 9:30,
 9      there is trading that can occur before and
10      after those times.  And it's usually very
11      low-volume trading.  So it's not uncommon
12      for a stock to either get up in price or
13      down in price in the pre-market based on
14      the low volume and at whatever price it's
15      at in the pre-trading at the 9:30 bell is
16      where it will be opening for the day.
17         Q.    Okay.  And it goes on to say,
18      "During that time, GME drops back down to
19      $18 and you buy 1,000 shares again to
20      exercise your ten puts to sell at 175,
21      effectively double dipping the squeeze."
22              Do you see that?
23         A.    Correct.
24         Q.    What does double dipping mean
25      here?
```

```
 1              CASH - CONFIDENTIAL
 2       A.    Well, again, in this
 3  hypothetical scenario, I was just
 4  proposing the idea that if you bought
 5  shares long, on the way up, if you --
 6  again, you'd have to time it right, but if
 7  you sold at the top, you'd make a profit,
 8  and if you bought shares at the top and
 9  protective puts against them, or at least
10  just bought the puts, then you could
11  profit on the stock going down.  That's
12  just, again, tools of every trader --
13  well -- that has options available to them
14  to profit when stocks go up or down.
15       Q.    And did you purchase protective
16  puts in GameStop?
17       A.    I don't recall.  We'd have to
18  look at the statements.
19       Q.    But if you did, that was
20  potentially to double dip the squeeze in
21  GameStop; correct?
22       A.    Well, it would be to protect
23  your profits potentially from the stock
24  dropping.  That's why it's called a
25  protective put.  You're just trying to
```

```
                    CASH - CONFIDENTIAL
 1
 2   protect your stock price and locking in
 3   your ability to sell it at a higher price.
 4       Q.    In this scenario, you describe a
 5   situation in which over four months,
 6   GameStop's stock price goes from $175 to
 7   $18; is that correct?
 8       A.    Well, I think what I'm saying
 9   here is you buy the puts four months out
10   because they would expire.  So they would
11   expire -- you would want them to be -- you
12   don't want them to expire on you too soon;
13   right?  So any time you're buying a call
14   or a put, traditionally, you want some
15   time further out that you're buying it
16   from when you think the activity or action
17   that you're anticipating will happen so
18   that it does not eat away the value of
19   your call or put.
20       Q.    In this scenario that you wrote,
21   were you saying that there was a
22   possibility that GameStop stock could at
23   one point be around $185 and then shortly
24   after be $18?
25       A.    I mean, in this -- in this
```

1        CASH - CONFIDENTIAL

2   hypothetical, I guess.  I was -- that was

3   part of just the think -- the thought

4   process of, like, the scenario.  Right?

5   It's just a hypothetical if this happened,

6   would this play out?  I mean, the last

7   line in my post is "would this work,"

8   right, so it's obviously just a thought

9   exercise.

10       Q.    Okay.  Let's go back to the

11  December 2020 Merrill statement, which I

12  think is Exhibit 242.

13       A.    Okay.

14       Q.    If you go to the page with the

15  numbers on the bottom right ending 2508.

16       A.    Okay.

17       Q.    On December 23, 2020, you

18  purchased another 200 shares of GameStop

19  stock; correct?

20       A.    Correct.

21       Q.    And that was at $15.4566 per

22  share?

23       A.    Correct.

24       Q.    For a total purchase price of

25  $3,091.32?

Page 109

1                  CASH - CONFIDENTIAL

2        A.      Correct.

3        Q.      Why did you decide to buy

4    GameStop stock on December 23rd?

5        A.      I don't recall specifically why

6    I bought it that day.

7        Q.      Do you recall buying this

8    because you were under the impression that

9    there was a short squeeze going on with

10   GameStop stock?

11       A.      That wouldn't make much sense to

12   me, considering I bought it on the 2nd at

13   $18, and the price has gone down to this

14   purchase.  So I can't say that I thought

15   it was squeezing when the price was

16   dropping.  If anything, if I would

17   speculate, I'd say I bought it because my

18   thesis on GameStop, with everything I laid

19   out earlier, had now been invalidated in

20   my mind, and the price was on sale.

21       Q.      So it was trading at a lower

22   stock price than you believed GameStop was

23   worth.

24       A.      Yeah.  I mean, if I would buy a

25   company at 18 and change, why not buy it

1          CASH - CONFIDENTIAL

2    at 15 and change?

3        Q.    And again, why did you think

4    that the market was not reflecting the

5    price you believed GameStop should be

6    traded at?

7        A.    I believed the value of GameStop

8    was going to go up and because of their

9    performance with the consoles and

10   long-term Ryan Cohen's involvement of

11   being a major investor.

12       Q.    Okay.

13            MR. S. COHEN:  Let's mark Tab 5.

14       A.    I don't know if I can just point

15   this out.  But earlier, you had asked if I

16   spent 10,000, and while it's not exactly

17   at 10,000, at the bottom of that page, I

18   did buy $9,800 worth of Lumen.  So, you

19   know, thereabouts 10,000 was in the realm

20   of possibility for me to make an

21   investment.

22            (Exhibit 245, A Wallstreetbets

23       Sub-Reddit post titled "GME YOLO

24       Update - December 22, 2020," was

25       hereby marked for identification, as

Page 111

1          CASH - CONFIDENTIAL

2      of this date.)

3      Q.    Mr. Cash, in your folder should

4  be Exhibit 245.

5      A.    Okay.

6      Q.    And this is another

7  Wallstreetbets post?

8      A.    Correct.

9      Q.    And who is it by?

10     A.    The post?

11     Q.    Yes.

12     A.    It's by a user of the name

13  DeepFuckingValue.

14     Q.    Okay.  And who is that?  Do you

15  know who that is?

16     A.    I do now.

17     Q.    Do you -- did you see posts by

18  him on Wallstreetbets frequently around

19  this time?

20     A.    I don't recall specifically in

21  terms of what would be frequent or not,

22  but I recall seeing a few posts from him.

23     Q.    And did you comment on his posts

24  ever?

25     A.    I can't say with certainty, but

Page 112

1          CASH - CONFIDENTIAL
2    I would not be surprised if I did.
3        Q.    And this is -- the date of this
4    post is December 22, 2020?
5        A.    Correct.
6        Q.    And this is the day before you
7    purchased more stock in GameStop; correct?
8        A.    Correct.
9        Q.    Could you read the title of the
10   post.
11       A.    The post says, "GME YOLO
12   update -- December 22, 2020."
13       Q.    What -- do you recall what that
14   meant to you?
15       A.    I mean, I believe "YOLO" is an
16   acronym for "you only live once," which is
17   applied to all kinds of things in life.
18       Q.    So it's about missing an
19   opportunity or not missing an opportunity
20   in investing in GameStop?  Would you say
21   that's fair?
22       A.    The term "YOLO" specifically or
23   this post?
24       Q.    In the context of the post.
25       A.    I guess so.  I mean, that was --

```
 1            CASH - CONFIDENTIAL
 2    I can't speak for that poster.  But, I
 3    mean, that's what that would imply.
 4         Q.    Turning to the next page, I
 5    believe, it should be for you.
 6         A.    Okay.
 7         Q.    That's a comment you made to
 8    that post; right?
 9         A.    Yes.
10         Q.    That's on December 22, 2020?
11         A.    Correct.
12         Q.    Again, the day before you
13    sold -- the day before you purchased
14    shares of GameStop?
15         A.    Correct.
16         Q.    And you say, "I am but a peon in
17    this GME battle, but I'm holding the
18    fucking line."
19              Do you see that?
20         A.    I do.
21         Q.    All right.  What's the GME
22    battle that you're talking about?
23         A.    Well, I don't recall
24    specifically what I was thinking at the
25    time I wrote the post, because it was over
```

1       CASH - CONFIDENTIAL

2  three years ago.  But I would say every

3  stock that you're buying, there's buying

4  and selling pressure.

5       Q.    And it's your position that the

6  GME battle is just about run-of-the-mill

7  buying and selling pressure?

8       A.    You would have to --

9            MR. ROSEN:  Objection.

10      A.    -- classify "run of the mill,"

11  but GME, just like any company, is about

12  people buying and selling the stock.

13      Q.    When you posted this, did you

14  perceive there to be a battle with regard

15  to GameStop?

16      A.    I don't recall.

17      Q.    What did you mean that you were

18  holding the line?

19      A.    I don't remember.

20      Q.    Okay.  Possibly that you were

21  folding GameStop stock?

22      A.    Well, that would certainly be a

23  possibility.  I mean, I was not planning

24  on selling at that time.

25      Q.    Okay.  And you call yourself a

Page 115

1          CASH - CONFIDENTIAL
2    peon there?
3         A.     A peon.
4         Q.     What did you mean by that?
5         A.     I'm just a small fish in the --
6    in the scope of Wall Street.
7         Q.     Is it a fair characterization of
8    this post that you were saying, "I'm just
9    one person, but I'm continuing to hold my
10   GameStop stock in the midst of the GME
11   battle"?
12        A.     I -- I mean, I guess.  I
13   couldn't specifically remember what I was
14   intending to say in that post.
15        Q.     Mr. Cash, you'll see
16   Exhibit 246.
17             (Exhibit 246, January 2021
18        Merrill statement, Bates P00002390
19        through P00002401, was hereby marked
20        for identification, as of this date.)
21        A.     Okay.
22        Q.     And this is your January 2021
23   Merrill statement; correct?
24        A.     Yes.
25        Q.     And for the record, this is

```
                                     Page 116
 1            CASH - CONFIDENTIAL
 2   beginning Bates No. P00002390.
 3            If you'll turn to the page with
 4   the numbers on the bottom ending 2394.
 5       A.    Okay.
 6       Q.    The second-to-last row, do you
 7   see that?
 8       A.    Yes.
 9       Q.    And it shows that on
10   January 21, 2021, you purchased 200 more
11   shares in GameStop stock; correct?
12       A.    Correct.
13       Q.    And you purchased the shares at
14   $37.9678 per share?
15       A.    Correct.
16       Q.    For a total share purchase
17   amount of $7,593.56.
18       A.    Correct.
19       Q.    Why did you decide to buy
20   GameStop stock on January 21, 2021?
21       A.    I couldn't recall specifically
22   why I bought more shares on that specific
23   day.
24       Q.    And this share price was a lot
25   higher than it was when you purchased it
```

1           CASH - CONFIDENTIAL

2    in December; correct?

3        A.    Depends on your definition of a

4    lot higher, but it was higher.

5        Q.    Was it twice as much?

6        A.    Sure.

7        Q.    Was it more than twice as much?

8        A.    Yeah.

9        Q.    Did you believe when you

10   purchased this stock at this time,

11   GameStop's stock price would continue to

12   increase?

13       A.    I can't say anything other than

14   probably.  I mean, I don't think I would

15   buy shares of a stock that I thought was

16   going to go down.

17       Q.    What did you think at the time

18   would have caused the stock price to

19   increase?

20       A.    I couldn't recall a specific

21   reason, but a lot of investing can just be

22   based on momentum.  Stock has momentum,

23   people buy.  You see examples of that all

24   the time in the market.  Tesla that year

25   was a great example of 2020 and 2021.  The

Page 118

CASH - CONFIDENTIAL

1
2    price goes up, the more people buy.  The
3    price goes up, more people buy.  I mean,
4    momentum is a factor in trading and
5    stocks' prices.
6        Q.    So it's like a feedback loop
7    where the more people who purchase, the
8    more people see the demand increase, and
9    so they continue to purchase as well?
10       A.    Potentially.
11       Q.    And that in turn drives the
12   price up?
13       A.    Sometimes.  Just supply and
14   demand.  I mean, there's an increase in
15   demand because the price is going up.
16       Q.    And sometimes that doesn't have
17   to do with any release of new company
18   information?
19            MR. ROSEN:  Objection.  Calls
20       for speculation.
21       A.    Correct.  And I would say that
22   sometimes, in the opposite way, it can
23   come from manipulation of people panic
24   selling because you're not allowed to buy,
25   and that causes momentum downward.

Page 119

CASH - CONFIDENTIAL

1

2      Q.     Okay.  So for reasons other than
3   the information about the company out on
4   the market, a stock price can rise or fall
5   based on either momentum trading or panic
6   selling?

7      A.     Or panic buying.  Yeah.

8      Q.     And that's potentially -- in
9   your mind, on January 21, 2021, what was
10  happening with GameStop?

11     A.     I can't recall specifically what
12  was happening that day, but it's certainly
13  not an unreasonable assumption.

14     Q.     Do you recall that that was an
15  assumption that you had at any time during
16  January 2021?

17     A.     I think it would be safe to say
18  that it was reasonable to have an
19  assumption that GameStop had a lot of
20  momentum in both directions during that
21  time.

22     Q.     So it was a volatile stock at
23  that time.

24     A.     Insanely.

25     Q.     When you purchased this, did you

Page 120

1              CASH - CONFIDENTIAL
2    consider it a long-term investment in
3    GameStop?
4         A.    I don't recall.  I mean, you'd
5    have to get more granular, because I
6    viewed GameStop in a what I consider more
7    of a long-term and a more short-term
8    position.  I had calls which had
9    expiration dates on them I believe in
10   April.  We'd have to check the statements.
11   But that would obviously be a shorter-term
12   outlook based on what I thought they would
13   perform in Q4 and Q1 of 2020 and 2021.
14   And then shares are obviously indefinite
15   hold from a definition standpoint.
16        Q.    So you had calls in GameStop at
17   this point.
18        A.    I believe so.  I mean, we would
19   have to go look at some of these statement
20   pages.  But yeah.
21        Q.    And you would invest in call
22   options when you thought there was a
23   chance the stock price would continue to
24   increase; correct?
25        A.    Sometimes.  I mean, sometimes I

Page 121

CASH - CONFIDENTIAL

1

2    would sell calls as a covered call

3    strategy if I, you know, took cash for a

4    stock.

5        Q.    At this time, in January 2021,

6    January 21, 2021, you knew there was a

7    short squeeze attempt on GameStop stock;

8    correct?

9        A.    I would say I had read people's

10   thesis and theories about a short squeeze.

11       Q.    And it was a theory that you

12   thought couldn't be true at that point in

13   time?

14       A.    I didn't think it was an

15   unreasonable or outlandish idea,

16   considering when I first stumbled across

17   the stock, it was short 140 percent.

18              MR. S. COHEN:  Let's mark Tab 8.

19              (Exhibit 247, A Wallstreetbets

20       Sub-Reddit post titled "Daily

21       Discussion Thread for

22       January 20, 2021," was hereby marked

23       for identification, as of this date.)

24       Q.    You're going to see in your

25   folder a new exhibit.  Should be

```
                                            Page 122
 1            CASH - CONFIDENTIAL
 2   Exhibit 247.
 3        A.    Got it.
 4        Q.    And this is another
 5   Wallstreetbets post; correct?
 6        A.    Yes.
 7        Q.    From January 21, 2021?
 8        A.    I see January 20th.
 9        Q.    I'm sorry.  I'm looking at the
10   wrong exhibit.  So let's start over again.
11            This is a Wallstreetbets post
12   from January 20, 2021; correct?
13        A.    Correct.
14        Q.    And this is the day before you
15   purchased 200 shares in GameStop stock?
16        A.    Correct.
17        Q.    And the title is "Daily
18   Discussion Thread for January 20, 2021";
19   right?
20        A.    Correct.
21        Q.    Now, turning to the next page.
22            Do you see that you commented on
23   this post?
24        A.    I do.
25        Q.    And that was January 20, 2021?
```

Page 123

```
                    CASH - CONFIDENTIAL
1
2       A.      Correct.
3       Q.      Could you read the first line of
4   that comment, please.
5       A.      Sure.  It says, "Buying the
6   fucking GME dip today," and there's two
7   Emojis -- a diamond and a middle finger --
8   "Melvin and Citron."
9       Q.      What does "GME dip today" mean?
10      A.      Well, from what I could
11  probably -- I can't recall exactly, but
12  I'm assuming the price was on sale.
13      Q.      And so what you're saying is you
14  are buying the GME dip today?
15      A.      I can't recall.  I don't know if
16  I was talking about me or just people in
17  general.  But I didn't buy any that day,
18  so -- at least, according to the
19  statements we just looked at, so, I mean,
20  we would have to confirm with my
21  statements, I guess.
22      Q.      But you purchased it the next
23  day; right?
24      A.      I think so.
25      Q.      And what are these -- the
```

```
 1            CASH - CONFIDENTIAL
 2   diamond -- what's the diamond Emoji?
 3       A.    The diamond, just -- it's an
 4   Emoji of a diamond.
 5       Q.    It doesn't have any meaning in
 6   the context of this post?
 7       A.    Well, I think in the context of
 8   this post, a diamond represents toughness,
 9   hardness.
10       Q.    And does a diamond like this
11   mean anything in the context of
12   Wallstreetbets in general, as far as
13   you're aware?
14       A.    From what I know, Wallstreetbets
15   is -- I don't know how -- I guess you
16   could classify it as an online frat house,
17   and a diamond meant that you were strong
18   willed in your convictions on your
19   purchase decisions.
20       Q.    And what was a strong will
21   necessary for in purchasing GME stock that
22   day?
23       A.    Well, I don't recall about why
24   you would -- about that specific day.  But
25   in January, as we've said before, it was a
```

1           CASH - CONFIDENTIAL

2   very volatile stock.

3       Q.    And Melvin and Citron, are those

4   friends of yours?

5       A.    Depends on how you look at

6   friends.  I think they've -- they've

7   helped me out some in terms of their poor

8   investing strategy and lack of risk

9   management, but I believed at the time

10  they were considered to be -- rumored to

11  be involved on the opposite side of a long

12  position on GameStop.

13      Q.    So they were shorting GameStop.

14      A.    Allegedly.  I don't have any

15  financial forensic evidence myself knowing

16  what they do as a company or organization.

17      Q.    Based on what you wrote in this

18  post, you believed them to be shorting

19  GameStop; right?

20      A.    As a theory.

21      Q.    And you didn't like them, it

22  looks like; is that correct?

23      A.    Well, I think in an investing

24  sense, someone is always on the opposite

25  side of the trade as you.  So when someone

Page 126

                              CASH - CONFIDENTIAL
1
2    is on the opposite side of the trade as
3    you, it's a win-lose -- investing is a
4    win-lose outcome.  So --
5         Q.    So I'm referring to the middle
6    finger in this post.  Is that directed at
7    Melvin and Citron?
8         A.    I can't recall.  It was common
9    on Wallstreetbets to put a diamond hand
10   of -- any kind of Emoji just to represent
11   your conviction in your own decision.  And
12   the middle finger could have just been a
13   play on the fact that Wallstreetbets is,
14   again, an online frat house to kind of
15   roll with that crowd.
16        Q.    Okay.  And so you were posting
17   about your conviction in purchasing
18   GameStop stock opposite Melvin and
19   Citron's short position, as you saw it;
20   correct?
21        A.    I was convinced that GameStop
22   had a positive outlook regardless of who
23   or what was on the other side of the
24   trade.
25        Q.    I'm just going to repeat my

Page 127

1              CASH - CONFIDENTIAL
2    question.
3              You were posting about your
4    conviction in purchasing GameStop stock
5    opposite Melvin and Citron's short
6    position; isn't that right?
7         A.    Well, alleged short positions or
8    hypothetical.  I mean, again, I don't know
9    that.  But it wouldn't matter specifically
10   who was short.  I was convinced that
11   GameStop was a good bullish play.
12        Q.    So you're posting about your
13   conviction in purchasing GameStop stock
14   opposite Melvin and Citron's short
15   position as you believed them to have; is
16   that right?
17        A.    Sure.
18             MR. S. COHEN:  Let's go to
19        Tab 9.
20             MR. ROSEN:  Hey Scott, it's
21        nearing 1:00.  So before you start
22        another exhibit -- I don't know how
23        much we spent on the last exhibit.
24        But when you want to take a lunch
25        break.

Page 128

1          CASH - CONFIDENTIAL

2              MR. S. COHEN:  Let's do it now.

3      It's a good stopping point.

4              MR. ROSEN:  All right.

5              THE VIDEOGRAPHER:  Stand by,

6      please.  The time is 12:59 p.m.  We

7      are going off the record.  This will

8      end Media Unit No. 2.

9              (Luncheon recess: 12:59 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 129

1              CASH - CONFIDENTIAL

2         A F T E R N O O N    S E S S I O N

3                   2:00 p.m.

4              THE VIDEOGRAPHER:  The time is

5         2:01 now, and we are back on the

6         record.  This will be the start of

7         Media Unit No. 3.

8    BY MR. S. COHEN:

9         Q.    Hello, Mr. Cash.

10        A.    Hi.

11        Q.    I want you to go into your

12   folder and look up Exhibit 248.

13              (Exhibit 248, A Wallstreetbets

14        Sub-Reddit post titled "What Are Your

15        Moves Tomorrow, January 22, 2021," was

16        hereby marked for identification, as

17        of this date.)

18        A.    Got it.

19        Q.    Okay.  And this is another

20   Wallstreetbets post; correct?

21        A.    That's what it looks like, yes.

22        Q.    And it was posted on

23   January 21, 2021?

24        A.    Yes, January 21, 2021.

25        Q.    And if you recall, this is the

```
                                    Page 130
 1            CASH - CONFIDENTIAL
 2   day you purchased stock in GameStop;
 3   correct?
 4        A.    I believe so.
 5        Q.    Do you recognize this post?
 6        A.    It does not elicit a specific
 7   memory of me making it.
 8        Q.    And the title of the post is
 9   "What Are Your Moves Tomorrow,
10   January 22, 2021"; right?
11        A.    Correct.
12        Q.    If you go to the next page, you
13   posted a comment on this post; right?
14        A.    It looks like it.
15        Q.    And that was also on
16   January 21, 2021?
17        A.    Correct.
18        Q.    And you write, "My moves
19   tomorrow:  Sit back, relax, have a few
20   bourbons, and watch GME burn the world
21   down with its powerful thrusters to the
22   edge of the observable universe."
23            Do you see that?
24        A.    I do.
25        Q.    So what was going to happen the
```

Page 131

```
 1              CASH - CONFIDENTIAL
 2   next day, as far as you were concerned?
 3       A.    Well, I can't specifically
 4   recall specifically making that post.  It
 5   was made at 8:23 p.m. so I probably had a
 6   few bourbons that night as well.
 7       Q.    And what did you mean "GME will
 8   burn the world down"?
 9       A.    I can't recall specifically what
10   I meant when I made anything about that
11   post, specific to that post.  All I can
12   maybe imply or infer is GameStop was very
13   volatile at this time, and it was just
14   entertaining to watch.
15       Q.    Okay.  What -- what does
16   "thrusters" mean in this post, in this
17   comment?  Do you recall?
18       A.    No, I don't.
19       Q.    And you have some pictures at
20   the bottom of this.  There are three
21   bourbons, as you were referencing before.
22   Then there are three rockets.
23             Could you tell me what the
24   rockets refer to.
25       A.    Rockets probably refer to
```

Page 132

```
 1              CASH - CONFIDENTIAL
 2    extreme price action up or down.
 3         Q.    And that's in reference to what
 4    was happening with GameStop's stock price?
 5         A.    Yeah, I would say so.
 6         Q.    Okay.  And what are these -- the
 7    next three pictures?
 8         A.    I have no idea.  I don't
 9    remember those at all.  They look like
10    peanuts or something.  I don't know what
11    they are.
12         Q.    That's what it looks like to me.
13    Okay.  I don't know.
14         A.    Yeah.  They look like a peanut
15    possibly.  I don't know if Reddit or
16    Wallstreetbets, like, have their own
17    Emojis, like, beyond, like, your typical
18    texting Emoji or not, but, I mean, that
19    would be my guess.
20         Q.    All right.  But suffice it to
21    say by January 21, 2021, you were well
22    aware of the price volatility in
23    GameStop's stock price, and you expected
24    that to continue on to the next day.
25         A.    I expected continued volatility.
```

Page 133

CASH - CONFIDENTIAL

1

2    Q.    And you were aware at this time,
3    were you not, that this volatility was due
4    to a short squeeze going on in GameStop's
5    stock price?

6    A.    I wouldn't say I could say that
7    definitively.  I think that's a thesis at
8    the time.

9    Q.    Was that the general consensus
10   on Wallstreetbets, as far as you're aware?

11   A.    As far as I was aware, that was
12   what most people was hypothesizing.

13   Q.    And were you also aware of
14   social media commentary encouraging people
15   to engage in the short squeeze?

16   A.    What do you mean by social media
17   commentary?  Like, beyond Reddit?

18   Q.    Let's start with Reddit.

19         Were you aware of posts and
20   comments on Reddit that encouraged
21   participation in this GameStop short
22   squeeze in late January 2021?

23   A.    I vaguely recall seeing posts
24   like we've talked about on Reddit that
25   talked about buying the stock.

Page 134

1          CASH - CONFIDENTIAL
2       Q.     And buying it specifically with
3    the knowledge that there was a short
4    squeeze?
5       A.     Well, I don't think anyone could
6    say that with knowledge.  But as a thesis,
7    potentially.
8       Q.     The stated intention in the
9    posts and comments was to purchase
10   GameStop's stock because of a short
11   squeeze, whether or not that was true.
12      A.     I mean, a potential short
13   squeeze.  I mean, I think people were
14   buying the stock because they believed it
15   was going to go up.  Why it would go up is
16   up for speculation.
17      Q.     Let's look at another exhibit.
18   This will be Exhibit 249, I believe.
19              (Exhibit 249, A Reddit post
20         titled "The Importance of what's
21         happening with GME," was hereby marked
22         for identification, as of this date.)
23      A.     Okay.  I got it.
24      Q.     And this is a Reddit post again?
25      A.     Yes.

Page 135

CASH - CONFIDENTIAL

1
2      Q.      Posted on January 22, 2021?

3      A.      Correct.

4      Q.      So the day after the post we

5  were just looking at?

6      A.      Yes.

7      Q.      If you -- and the title is "The

8  Importance of what's happening with GME."

9      A.      Correct.

10      Q.      Do you see that?

11      A.      Yeah.

12      Q.      If you go to the next page, you

13  see that you commented on this post.

14      A.      Yes.

15      Q.      And you commented on

16  January 23, 2021.

17      A.      Correct.

18      Q.      So the first sentence says, "GME

19  Squeeze hasn't even begun yet in a lot of

20  ways."

21          Do you see that?

22      A.      I do.

23      Q.      So you were saying that it has

24  begun in some ways, but it was still going

25  to continue on in other ways; correct?

```
                                    Page 136
 1          CASH - CONFIDENTIAL
 2      A.      Potentially.
 3      Q.      And the next sentence says,
 4  "Yesterday was a gamma squeeze."
 5      A.      It does.
 6      Q.      And that's referring to a gamma
 7  squeeze of GameStop stock?
 8      A.      And options.
 9      Q.      Could you explain what a gamma
10  squeeze is?
11      A.      Well, a lot of times, stocks can
12  move a lot based on expiration of options,
13  and that's kind of a reference to the fact
14  that calls and puts and things are
15  expiring long and short.  So there's a lot
16  of effort on both sides, bulls and bears,
17  to move the price for their options to
18  potentially expire in the money or out of
19  the money, if you're on the other side.
20      Q.      So the price of GameStop stock
21  was moving based on squeezing activity by
22  buyers and sellers in the options market
23  as well as the stock market the day
24  before, on January 22, 2021.
25      A.      As a theory.
```

Page 137

1        CASH - CONFIDENTIAL

2        Q.    In the next paragraph, do you

3    see where it says, "Also, there may have

4    been a couple brokers closing out people's

5    positions that they couldn't support at

6    the halts"?

7        A.    I see that.

8        Q.    And what is that referring to?

9        A.    I can't recall specific details,

10   since it was so long ago, but I believe

11   what I remember was it was a theory that

12   certain positions were being closed, and

13   they did not have the liquidity as an

14   investor to continue in their position,

15   and their positions were sold to other

16   investors that had more liquidity.

17       Q.    And as a result of that, you say

18   in the last line of that paragraph, the

19   last full line, that the stock tanked;

20   correct?

21       A.    That's what it says.  Yes.

22       Q.    That's what you said; right?

23       A.    Yeah.

24       Q.    In the next paragraph, you say,

25   "This is shaping up like a Tesla squeeze

Page 138

1    CASH - CONFIDENTIAL
2    to me."
3    Do you see that?
4    A.    Yes.
5    Q.    And you mentioned Tesla before;
6    right?
7    A.    I have.
8    Q.    In this deposition, you were
9    saying that what happened with GameStop --
10   what happened with Tesla would potentially
11   be what was going to happen with GameStop?
12   A.    Are you saying in this post?
13   Q.    In this deposition, that's what
14   you testified.
15   A.    I mean, if you have specific
16   comments that I said, but what I recall
17   saying was just simply that Tesla was a
18   stock that had a high stock price compared
19   to what some people thought the company's
20   value would be and that it was a very
21   volatile stock in the year 2020 and 2021.
22   Q.    And that's what seemed to be
23   happening to you with GameStop stock.
24   A.    Not really.
25   Q.    Well, you say that it's shaping

Page 139

1           CASH - CONFIDENTIAL

2    up to be like the Tesla squeeze; right?

3         A.    I mean, I would say that Tesla,

4    in my opinion, was a situation where, due

5    to momentum, people kept buying the stock,

6    like we talked about earlier.  The price

7    kept going up.  There were people -- a lot

8    of people -- that thought the price was

9    overpriced for the value of the company,

10   so they would short it, thinking that they

11   had timed the top of the price.

12            The momentum of the buyers still

13   buying Tesla would make those shorts

14   underwater and squeeze them out of their

15   position in the sense that if you're

16   losing money, you're going to close your

17   position.  And, you know, I mean, unless

18   you want to lose infinite money, you have

19   stop losses and you have a hedge in place.

20            So the stock would keep going up

21   because they're closing and new buyers are

22   coming in because of the momentum, then

23   opened a new position at a higher level

24   thinking, well, this is the top, and

25   continued to be wrong.  So that would

Page 140

                    CASH - CONFIDENTIAL
1
2    continue them closing out of stop losses,
3    the price still going up, more momentum to
4    buy, et cetera.
5              So, I mean, that's not a very
6    uncommon thing to happen in stocks that
7    have a lot of bullish momentum.  Shorts
8    want to try to time the top, and sometimes
9    they get it wrong repeatedly, and they
10   only help fuel upward momentum.  It's just
11   supply and demand.
12      Q.    Okay.  So you were writing here
13   that GameStop -- the squeeze in GameStop
14   is shaping up like the Tesla squeeze that
15   you just described; right?
16      A.    I mean, based on the assumption
17   of this post, of this -- me hypothecating
18   that if there were other people coming in,
19   in new short positions, that they were
20   doing so thinking that they had timed the
21   top.
22      Q.    So in this scenario that you're
23   envisioning could be what's happening with
24   GameStop, there is --
25      A.    It was a theory.

Page 141

                    CASH - CONFIDENTIAL
1
2        Q.       In this theory that you thought
3    could be happening with GameStop --
4        A.         I thought that was a potential
5    explanation for the price of action.
6        Q.       I'm sorry.  Could you let me
7    finish, though.
8                In this theory about what you
9    thought was happening with GameStop
10   potentially, like the Tesla squeeze, there
11   was momentum trading and selling on both
12   sides; correct?
13       A.       Correct.
14       Q.       And there was a lot of
15   volatility in the market; correct?
16       A.       Correct.
17       Q.       And people were trying to guess
18   where the price would go next based on
19   that momentum and volatility; correct?
20       A.       I mean, I don't know what others
21   would do, but I think in general, when
22   you're investing, you're guessing where
23   the price is going to go.
24       Q.       In the last line here, you say,
25   "GME is like a" volcano?  Is that a

Page 142

```
 1          CASH - CONFIDENTIAL
 2   picture of a volcano?
 3       A.    That's what it looks like to me.
 4   I don't specifically remember making this
 5   post, but it looks like a volcano Emoji.
 6       Q.    And you say, "It's spitting a
 7   few rocks and smoke," which would also
 8   indicate that that's a volcano; right?
 9       A.    Correct.
10       Q.    And then you go on to say, "But
11   it's just building up to the big" and then
12   a picture of an explosion; right?
13       A.    Correct.
14       Q.    What does that mean, building up
15   to the big explosion?
16       A.    I mean potentially a strong
17   upward move due to the momentum of the
18   stock, fundamental buying and selling,
19   supply and demand.
20       Q.    So there would be just a
21   tremendous increase in stock price leading
22   up to a certain point?
23       A.    Potentially.
24       Q.    And then what happens after it
25   hits the explosion?
```

```
 1              CASH - CONFIDENTIAL
 2        A.    I don't know.  I mean, that
 3   would be speculating on what investors
 4   were choosing to do at certain points.
 5        Q.    Did you have any idea about a
 6   timeframe for when this would happen?
 7        A.    No.  I mean, one, I don't think
 8   it would be fair to say I knew for certain
 9   anything would happen or could happen.
10   But my original thesis was their first
11   quarter earnings report was going to be
12   very positive with console news and
13   continued interest and investment from
14   Ryan Cohen and other Chewy members joining
15   the board.  So I guess I don't remember
16   specifically when that earnings call was,
17   but I think they had one scheduled in
18   March sometime.
19        Q.    So you were anticipating an
20   increase in stock price until March when
21   that earnings call was?
22        A.    I don't think I could say all
23   the way until March, no.  I'm just saying
24   that I don't think it is easy or
25   reasonable to try to predict a timeline on
```

Page 144

                CASH - CONFIDENTIAL
1
2    any stock price movement, especially
3    volatile ones.
4              MR. S. COHEN:  Let's mark
5         Tab 11.
6              (Exhibit 250, A Reddit post
7         titled "Is it still worth it to buy
8         into GME?" was hereby marked for
9         identification, as of this date.)
10        Q.    Mr. Cash, you'll see an
11   Exhibit 250, I believe, in your folder.
12        A.    Okay.
13        Q.    And this is another Reddit post;
14   right?
15        A.    Yes.
16        Q.    And it's -- the title is "Is it
17   worth it to buy into GME?"
18        A.    Correct.
19        Q.    And that's referring to
20   GameStop?
21        A.    Yes.
22        Q.    On the next page, you commented
23   on that post; correct?
24        A.    Yes.
25        Q.    And you commented on

```
 1              CASH - CONFIDENTIAL
 2    January 25, 2021?
 3        A.    Correct.
 4        Q.    And you say in your comment,
 5    starting from the second sentence, "It
 6    will go up ten times from here, in my
 7    opinion.  The circumstances surrounding
 8    GME are unprecedented in a lot of ways."
 9              Do you see that?
10        A.    I do.
11        Q.    So you thought that the price of
12    GameStop stock would increase by a factor
13    of ten going forward from January 25th;
14    correct?
15        A.    It looks like that's true.  I
16    mean, I don't remember what the price was
17    on that day or specifically writing that
18    post, but, I mean, that's certainly what I
19    wrote.
20        Q.    That was your opinion at the
21    time.
22        A.    That was my opinion.  Yeah.
23        Q.    And then you say, "The
24    circumstances surrounding GameStop are
25    unprecedented in a lot of ways."
```

```
1              CASH - CONFIDENTIAL
2                 What does that mean?
3      A.     Well, I mean, I've said it
4   before, but my recollection today is when
5   I first found GameStop, it was short
6   140 percent of the float, which is far way
7   more than I have ever seen in my time as
8   an investor, which would certainly set up
9   to a unique supply-and-demand play-out in
10  the future.
11             There was very strong
12  convictions on the opinions of the shorts
13  that were in that highly short position
14  that GameStop was a walking dead man, if
15  you will.  It was the next Blockbuster, et
16  cetera.  So you had a very high short
17  position.
18             You had very strong convictions
19  in the people that were in that over the
20  levered short position, and yet you still
21  had a lot of positive momentum coming from
22  GameStop on a bullish case with new
23  consoles, models coming out, and a very
24  charismatic, successful person in the
25  e-commerce space and Ryan Cohen investing
```

1              CASH - CONFIDENTIAL

2    heavily in GameStop, getting on the board,

3    getting his former executives from Chewy

4    on the board, and, you know, planning out

5    a potential strong pivot.  So, I mean,

6    there was a lot of things that aligned

7    that you would not find in a typical

8    situation.

9              MR. S. COHEN:  Let's take a look

10       at Tab 14.

11              (Exhibit 251, A Wallstreetbets

12       Sub-Reddit post titled "The GME Thread

13       Part 2 for January 26, 2021," was

14       hereby marked for identification, as

15       of this date.)

16       Q.    So you'll see Exhibit 241 -- I'm

17    sorry -- 251 in your folder.

18              This is another post on

19    Wallstreetbets; correct?

20       A.    Correct.

21       Q.    And the date is January

22    26, 2021?

23       A.    Yes.

24       Q.    And the title is "The GME thread

25    Part 2 for January 26, 2021"; right?

Page 148

1          CASH - CONFIDENTIAL
2      A.    Correct.
3      Q.    On the next page, do you see
4   that you commented on that same day?
5      A.    Yes.
6      Q.    And you said, "We are eating
7   dips like a fat kid eats cake."
8      A.    Yes, I did.
9      Q.    What does "we're eating dips"
10  mean?
11     A.    Well, at the time, it looked
12  like people that were bullish on the stock
13  were buying more, as the price was
14  dipping.
15     Q.    And when you say "we," you're
16  talking about investors like yourself?
17     A.    I don't recall specifically,
18  because I made that -- that was a long
19  time ago that I made that post, but it
20  would stand to reason that I'm referring
21  to people that are bullish on GameStop.
22     Q.    And you were bullish on
23  GameStop.
24     A.    I was long GameStop.  I would
25  be -- I would not be long on a company I

Page 149

```
 1              CASH - CONFIDENTIAL
 2    was not bullish on.
 3         Q.    If you go to the next page,
 4    you'll see a comment -- another comment by
 5    you on the same post; correct?
 6         A.    Yes.
 7         Q.    And you say, "It's a short
 8    attack.  Digging themselves a deeper
 9    hole"?
10         A.    I see that.
11         Q.    And that was the same day as
12    your previous comment?
13         A.    Correct.
14         Q.    Who is digging themselves a
15    deeper hole?
16         A.    Well, again, I don't recall the
17    specifics of me making that post.  But
18    based on the first sentence, I would say
19    shorts.  Again, we touched on this
20    earlier, but if you're shorting a stock at
21    X price, and you think you've timed the
22    top, you're only -- and you're wrong,
23    you're only setting yourself up for more
24    losses.  And if you keep shorting at
25    higher levels that keep getting blown up,
```

Page 150

```
 1              CASH - CONFIDENTIAL
 2    you just are digging yourself a deeper
 3    hole to try to recover losses.  But that's
 4    up for shorts to manage their own risk.
 5    It's not my responsibility.
 6         Q.    Why do you keep posting about
 7    these companies with short positions with
 8    GameStop on Wallstreetbets?
 9         A.    Well, I was mostly answering
10    people's posts or questions, it looks
11    like.
12         Q.    So people were interested in
13    your views on GameStop?
14         A.    I don't know if people were
15    interested in my specific views.  But,
16    again, Wallstreetbets is just like a giant
17    frat house of degenerate gamblers.
18         Q.    But these were gamblers who were
19    actively investing in the stock market;
20    correct?
21         A.    Presumably so.  I guess -- I
22    can't know for sure what anyone was doing
23    with their money.  Even though they were
24    making a post, they didn't follow up all
25    the time with bank statements showing that
```

Page 151

CASH - CONFIDENTIAL

1     CASH - CONFIDENTIAL
2  they were doing anything.
3     Q.    And on the next page, if you'll
4  turn to it, maybe two pages, you wrote on
5  the same day, "We like the stock" in all
6  capital letters.
7     A.    I see that.
8     Q.    Is that, like, a rallying cry on
9  Wallstreetbets, as far as you know?
10     A.    I think that's just a statement
11  to say that we like the stock.  I mean, if
12  you're wrong, we like the stock.
13     Q.    Is that a common refrain on
14  Wallstreetbets?
15     A.    I can't recall how common it
16  would or would not have been.
17     Q.    Is that something you saw people
18  say all caps on Wallstreetbets?
19     A.    I can't specifically recall
20  whether it was all caps or not.
21     Q.    Is that statement "We like the
22  stock" a repeated mantra on
23  Wallstreetbets?
24     A.    I would say that I have seen it
25  posted a couple of times.

Page 152

```
         CASH - CONFIDENTIAL
 1
 2    Q.    And you posted it here?
 3    A.    It looks like it.
 4    Q.    If you go to the next page, you
 5 see on January 26, 2021, at 2:16 p.m.,
 6 someone with the handle "opposite14"
 7 replied to your comment?
 8    A.    Yes.
 9    Q.    And their reply was, all
10 capitals, "We like the stock," next line,
11 "We like the stock."
12          Do you see that?
13    A.    I do.
14    Q.    So opposite14 is treating it
15 like a rallying cry; correct?
16    A.    I wouldn't say I can agree with
17 that.  Part of Reddit culture, even beyond
18 Wallstreetbets, is someone will make a
19 post, and you'll have 50 people literally
20 copy and paste and reply a giant reply
21 chain of the exact same thing, whether
22 that's related to the stocks or Memes or
23 across all sub-Reddits.  It's a very
24 common thing for people to do -- do that.
25    Q.    So momentum posting, if you
```

```
                                        Page 153

 1            CASH - CONFIDENTIAL

 2   will.

 3       A.    Yeah.

 4       Q.    And "We like the stock" means

 5   that we're going to hold on to the stock;

 6   correct?

 7       A.    I mean, I don't know what other

 8   people would use it for.  I mean, that

 9   would make sense for -- from my

10   perspective, as I like the stock.

11            MR. S. COHEN:  Let's do tabs 15.

12            (Exhibit 252, A Wallstreetbets

13       Sub-Reddit post titled "The GME Thread

14       for January 27, 2020," was hereby

15       marked for identification, as of this

16       date.)

17       Q.    In your folder, Mr. Cash, you'll

18   see Exhibit 252, I believe.

19       A.    I see it.

20       Q.    And this is another post

21   published in Wallstreetbets sub-Reddit?

22       A.    Yeah, it looks like it.

23       Q.    And that was on

24   January 27, 2021?

25       A.    Yeah.  For whatever reason, I
```

Page 154

```
 1              CASH - CONFIDENTIAL
 2    see 2020.  But there's a little highlight
 3    at the top saying 2021.  But the thread
 4    title says 2020.
 5         Q.    Okay.  So is it fair to say that
 6    the thread title is a typo?
 7         A.    Yes.  There's a lot of typos on
 8    Wallstreetbets.
 9         Q.    And the title of this thread is
10    "The GME Thread for January 27, 2020,"
11    which we know to be 2021; correct?
12         A.    Correct.
13         Q.    If you go to the next page, you
14    see you commented on that?
15         A.    Yes.
16         Q.    And could you read your comment,
17    please.
18         A.    Sure.  It says, "I can't fucking
19    sleep.  I just wanted to remind
20    everyone... we like the stock."
21         Q.    So you say, "We like the stock"
22    again.  You're reminding everybody;
23    correct?
24         A.    That's what the post says.
25         Q.    And does this refresh your
```

```
1              CASH - CONFIDENTIAL
2    memory as to whether "we like the stock"
3    is like a mantra on Wallstreetbets?
4         A.    I mean, I can't say that that's
5    what I was using it as at that time, did I
6    specifically remember that being my
7    intention, since it was so long ago, but
8    it certainly would stand to say that that
9    is something that people posted.
10        Q.    And you said you couldn't sleep
11   that night; right?
12        A.    Correct.
13        Q.    Was it because you were aware of
14   the soaring price of GameStop's stock on
15   January 27, 2021?
16        A.    Well, I can't recall
17   specifically why I wouldn't be able to
18   sleep, but, I mean, that post was made at
19   2:44 a.m., so I would not yet know about
20   any January 27th price action, since it
21   would not have started yet.
22        Q.    Were you aware of the stock
23   price soaring the day before?
24        A.    I can't remember what the stock
25   did the day before specifically, but I was
```

```
1              CASH - CONFIDENTIAL
2    aware of the volatility of the stock every
3    day.
4       Q.    Turning to -- well, I guess the
5    next page, if you look at that, you
6    commented at 2:49 a.m.
7              Do you see that?
8       A.    I do.
9       Q.    And I'm guessing this means "We
10   like the stock" in German; is that right?
11      A.    I honestly have no idea.  I
12   don't speak a lick of German.
13      Q.    Would you be surprised to learn
14   that this means "we like the stock" in
15   German?
16      A.    I mean, I can't say I'd be
17   surprised.
18            MR. ROSEN:  Is that true, Scott?
19       Because it's not what -- I'm not sure
20       that's what it means.  Is it true
21       that's what it means?
22            MR. S. COHEN:  I put it in
23       Google Translate.
24            MR. ROSEN:  Because "lager" is
25       beer, is it not?
```

Page 157

1          CASH - CONFIDENTIAL
2               MR. S. COHEN:  I don't speak
3     German.
4               MR. ROSEN:  Yeah.
5               THE WITNESS:  Well, that makes
6     three of us.
7  BY MR. S. COHEN:
8     Q.    So why would you write this?
9     A.    Well, I can't recall.  That was
10 a couple of years ago, and it was
11 obviously 2 whatever in the morning.  So
12 sleep deprivation?  I don't know.
13    Q.    All right.
14              MR. ROSEN:  It could also mean
15     stock.  It means camp.  It means
16     stock.  It means warehouse.  Anyway...
17    Q.    If you go to page 6, I think.
18    A.    Page 6?
19    Q.    Well, it's -- there is a comment
20 from hkeylian.
21              Do you see that?
22    A.    I think so.
23    Q.    And that comment is a question
24 asking "Should I buy after hours right now
25 on Robinhood or wait until the market

Page 158

1          CASH - CONFIDENTIAL

2    opens tomorrow?"

3              Do you see that?

4       A.    I do.

5       Q.    And you replied at 3:16 a.m.

6    Eastern, "Punch your ticket.  There's no

7    promise up or down on what the price will

8    be even five minutes from now."

9              Do you see that?

10      A.    I do.

11      Q.    And you were referring to the

12   extreme price volatility of GameStop's

13   stock during that period of time; correct?

14      A.    Correct.

15      Q.    And if you go to -- I think it

16   should be page 14, if you count it.  It's

17   a comment by Orange Remoteless on the same

18   post.

19           MR. ROSEN:  What does it read?

20       What's the first words?  Because I

21       don't see it.

22           MR. S. COHEN:  First words are

23       "I'm a cryptobitch."

24      A.    I see it.

25      Q.    So that's -- there's a comment

```
 1              CASH - CONFIDENTIAL
 2    to this post by someone with the handle
 3    Orange Remoteless, and they say, "I'm a
 4    cryptobitch, but I want to be part of this
 5    movement.  Will I still be of assistance
 6    when I put in, like, 2K today?"
 7              Do you see that?
 8        A.    I do.
 9        Q.    And you said, 4:20 a.m. Eastern
10    on January 27th, "Yes.  Enjoy the ride."
11              Do you see that?
12        A.    I do.
13        Q.    So you were responding to the
14    question; correct?
15        A.    It looks like it.  I mean, I
16    don't specifically remember this question
17    or responding to it.  But --
18        Q.    And the comment was written by
19    someone who wants to be part of this
20    movement.
21              Do you see that?
22        A.    Yes.
23        Q.    And this movement is referring
24    to participating in the short squeeze of
25    GameStop stock; correct?
```

Page 160

1         CASH - CONFIDENTIAL

2      A.    I can't say for certain I

3   remember what that was specifically

4   referring to.   Part of Wallstreetbets is

5   just going up or down; people just like to

6   be a part of the community.   So I don't

7   know specifically that's referring to a

8   short squeeze or just being part of the

9   community of Wallstreetbets, because it's

10  not really a crypto community.

11      Q.    This is the GME thread for

12  January 27, 2020; correct?

13      A.    Correct.

14      Q.    And so it stems to reason that a

15  post in this thread or a comment in this

16  thread would refer to GameStop

17  specifically; correct?

18      A.    For the most part.  I mean,

19  people posted in threads that were just

20  very popular to get replies for anything.

21  Like, I couldn't -- I mean, I would say

22  that I could not 100 percent say every

23  single post and every single thread

24  started by the automoderator of the

25  sub-Reddit is 100 percent about GameStop,

Page 161

1          CASH - CONFIDENTIAL
2    because people posted everything in those
3    threads.
4        Q.    Is it a fair estimation of this
5    comment and your response that you're both
6    talking about what was happening in the
7    GameStop stock at that day?
8        A.    I would say that's a fair guess.
9    Again, I can't specifically recall
10   answering that person's post in that
11   moment.
12       Q.    If you go to page 21, there's a
13   post by k0olk4t.
14            Do you see that?
15       A.    Yes.
16       Q.    And k0olk4t comments on this GME
17   thread for January 27th, "I think today is
18   the final squeeze tards."
19            Do you see that?
20       A.    Yes.
21       Q.    And at 5:09 a.m. Eastern on that
22   same day, you respond, "No, it will take
23   days to unwind."
24            Do you see that?
25       A.    I do.

Page 162

1              CASH - CONFIDENTIAL
2        Q.     And so what are you talking when
3    you're answering about the final squeeze?
4        A.     Well, again, I don't
5    specifically remember taking -- making
6    that post and my specific thoughts around
7    it.  But at the time, my research or line
8    of thinking was a 140 percent short
9    position is not going to be a single-day
10   event.  I mean, that's a lot of shares to
11   unwind that could be underwater, so I just
12   didn't think it would be reasonable to
13   expect that to just be a
14   six-hours-in-the-market kind of event.
15   And a lot of times, big positions like
16   that are multiday.
17       Q.     So you're talking about the
18   heavily shorted position in GameStop stock
19   that several hedge funds were in; correct?
20       A.     Well, yeah.  I'm just talking
21   about the supply and demand fundamentals
22   of the stock, that the demand to buy would
23   not just go away in a day, in my opinion.
24       Q.     For GameStop.
25       A.     Correct.

Page 163

1        CASH - CONFIDENTIAL
2        Q.     And so both you and the
3   commenter are recognizing that there is a
4   squeeze going on in GameStop at this
5   moment; correct?
6        A.     Potentially.
7        Q.     Well, you say pretty
8   affirmatively, no, the squeeze is still
9   going on.  It will take days to unwind.
10       A.     Well, as a hypothesis.  I mean,
11  I can't -- I don't know that for a fact.
12       Q.     But that's what you thought.
13       A.     Yeah.
14       Q.     Let's go to -- I believe it's
15  the last page of this post.  It's page 27,
16  a comment that you made on January 27th at
17  8:47 a.m.
18              Do you see that?
19       A.     I do.
20       Q.     And you commented, "The GME
21  rocket ship has never left anyone behind.
22  We got the 50s, the 70s, we're getting the
23  150s at open, and we're coming for our 300
24  astronauts.  GME" and then six rocket
25  ships after that.

Page 164

CASH - CONFIDENTIAL

1            CASH - CONFIDENTIAL
2                  Did I read that correctly?
3       A.     Yes.
4       Q.     So you're referring to GME as a
5    rocket ship.
6       A.     Well, based on the volatility of
7    the stock, it definitely had some dramatic
8    movements up and down.
9       Q.     Unpredictable movements?
10      A.     I would say any stock movement
11   is unpredictable, I mean, with certainty.
12      Q.     And it was based on the -- the
13   volatility was based on the competing
14   shorting and momentum trading in GameStop
15   stock; correct?
16              MR. ROSEN:  Objection.  Calls
17      for speculation.
18      Q.     It was your view that the
19   extreme volatility was due to extreme
20   shorting and momentum trading in GameStop
21   stock; correct?
22      A.     As a function of supply and
23   demand.  Yes.
24      Q.     You're throwing out numbers
25   here.  You have 50s, 70s, 150s, and 300.

Page 165

```
1              CASH - CONFIDENTIAL
2              Do you see that?
3     A.     Yes.
4     Q.     And you're referring to the
5    prices that you expect GameStop stock
6    price to reach?
7     A.     I can't say for certain that's
8    what I was writing at the time.  I don't
9    remember my thoughts writing this specific
10   post or what the price was from that day
11   back then.
12    Q.     But it's likely you were
13   referring to this GameStop stock price
14   when you read these numbers; right?
15    A.     Yes.  And it turned out I was
16   pretty spot on.
17    Q.     Okay.  And then the rockets at
18   the end of the post indicate, again, that
19   you thought GameStop's stock price would
20   continue to surge upward?
21    A.     That was my thesis.
22    Q.     And how long did you expect that
23   to last?
24    A.     No idea.
25    Q.     You thought it would be into the
```

Page 166

                           CASH - CONFIDENTIAL

1          CASH - CONFIDENTIAL

2    next week?

3         A.    I had no idea.  It was very

4    volatile.  It's just a day-by-day,

5    hour-by-hour situation.

6              MR. S. COHEN:  Let's mark

7         Tab 16.

8              (Exhibit 253, A Wallstreetbets

9         Sub-Reddit post titled "GME: Gamestonk

10        Thread," was hereby marked for

11        identification, as of this date.)

12        Q.    And you'll see in your exhibit

13   folder Exhibit 253.

14        A.    I got it.

15        Q.    This is another Wallstreetbets

16   post; correct?

17        A.    Yes.

18        Q.    January 27, 2021, at 11:43 a.m.?

19        A.    Yes.

20        Q.    And the title is "GME:

21   Gamestonk Thread."

22              Do you see that?

23        A.    Yes.

24        Q.    Does "Gamestonk" mean anything

25   to you?

Page 167

CASH - CONFIDENTIAL

1

2      A.     I think that was just a
3  reference to GameStop.
4      Q.     Do you know where it started?
5      A.     I don't remember where it
6  started.
7      Q.     If you go to the next page, do
8  you see a comment that you made?
9      A.     Yes.
10     Q.     That was on January 27th as
11 well?
12     A.     Yes.
13     Q.     And you write, "I'm thirsty.
14 Someone pass the tears of shorts."
15     A.     Yeah.  I wrote that.
16     Q.     And what did you mean by that?
17     A.     I mean, I don't remember
18 specifically, but I'm guessing the stock
19 had a nice upward move, and shorts --
20 again, the person on the opposite side of
21 my trade -- were having a tough go of it.
22     Q.     And --
23     A.     And I was thirsty.
24     Q.     By the tone of this comment, it
25 seems safe to say you were enjoying that

Page 168

1      CASH - CONFIDENTIAL
2  whoever was holding a short position was
3  losing money.
4      A.    Yeah.  I mean, I'd say
5  99.9 percent of comments on Reddit are
6  pretty tongue in cheek, fraternity, just
7  messing around.
8      Q.    And turning to page 5.  You post
9  another comment on that thread; right?
10      A.    Yes.
11      Q.    At 12:40 p.m. Eastern?
12      A.    Correct.
13      Q.    And you say in all caps, "We're
14  still here CNBC.  We're still here Wall
15  Street."
16      A.    Yes.
17      Q.    What does CNBC have to do with
18  this?
19      A.    I don't remember.
20      Q.    Did they predict that GameStop's
21  stock price would decline at this point?
22      A.    I don't remember.
23      Q.    And what about Wall Street?
24      A.    I don't remember.  I mean,
25  that's a very generic phrase.  Wall Street

                                    Page 169

1          CASH - CONFIDENTIAL
2    is a literal street in New York City.
3        Q.    Is it fair to say you're
4    gloating that the short squeeze is
5    succeeding?
6              MR. ROSEN:  Objection.
7        Mischaracterizing the document.
8        Q.    You can answer.
9              Is it fair to say that you're
10   gloating because the short squeeze is
11   succeeding in GameStop's stock price?
12       A.    No.  I mean, I can't say I would
13   say that's totally fair.  I mean, it looks
14   like to me it's just saying that we're --
15   the longs are still holding on to the
16   stock.
17       Q.    And why are you telling that to
18   Wall Street and CNBC?
19       A.    I don't -- I don't remember.
20       Q.    Why is it in all capitals?
21       A.    I don't remember.  I could have
22   accidentally hit caps lock.
23       Q.    Is it your testimony that you're
24   not writing this post as spitting in the
25   face of Wall Street and CNBC that you were

Page 170

```
 1              CASH - CONFIDENTIAL
 2    right about GameStop's stock?
 3              MR. ROSEN:  Objection.
 4       A.     I can't say that that's what I'm
 5    writing about, because I don't recall my
 6    intentions when I was writing this.  It
 7    was so long ago.  And I don't know off the
 8    top of my head what the price of the stock
 9    even was back then on that day.
10       Q.     So it's possible that that was
11    your intention, but you don't recall.
12       A.     It's possible.  You know, I
13    don't know the timelines, but there were
14    also just reports of -- from CNBC not
15    about stock price but just about shorts
16    being out of it and this being over or
17    whatever from a -- you know, their
18    strategy perspective, and -- I don't know
19    if that led to any comments or not.
20       Q.     But that could be what you're
21    referring to.
22       A.     I mean, potentially.  That would
23    still indicate that we just like the
24    stock, whether someone is in it on the
25    short side or not.
```

Page 171

```
 1          CASH - CONFIDENTIAL
 2              MR. S. COHEN:  Let's do Tab 17.
 3              (Exhibit 254, A Wallstreetbets
 4       Sub-Reddit post titled "The GME
 5       Thread, Part 2.1, for
 6       January 27, 2021," was hereby marked
 7       for identification, as of this date.)
 8       Q.    You'll see, Mr. Cash, in your
 9  folder I believe Exhibit 253.  254.
10       A.    I got it.
11       Q.    This is another post in
12  Wallstreetbets; correct?
13       A.    Correct.
14       Q.    Posted January 27, 2021?
15       A.    Correct.
16       Q.    And it's titled "The GME Thread,
17  Part 2.1, for January 27, 2021."
18       A.    Correct.
19       Q.    If you go to page 5 on that
20  thread.
21       A.    Okay.
22       Q.    Do you see a post you made at
23  2:34 p.m. that day?
24       A.    Correct.
25       Q.    And you comment, "They are
```

Page 172

1              CASH - CONFIDENTIAL
2    shorting more," exclamation point.  "Buy
3    up those dips," exclamation point.
4         A.     Correct.
5         Q.     "They are shorting more" meaning
6    there are companies that are holding a
7    short position in GameStop?
8         A.     Potentially.
9         Q.     That's likely what it is,
10   though, given the thread; right?
11        A.     Yeah.
12        Q.     And then you're encouraging
13   people to buy up those dips in the next
14   sentence; right?
15        A.     If they like -- yeah, if they
16   like it.  Everyone has to make their own
17   decisions.
18               (Exhibit 255, A Wallstreetbets
19        Sub-Reddit post titled "The GME
20        Thread, Part 3.14, for
21        January 27, 2021," was hereby marked
22        for identification, as of this date.)
23        Q.     All right.  Mr. Cash, in your
24   folder, you'll see Exhibit 255.
25        A.     I got it.

```
 1              CASH - CONFIDENTIAL
 2      Q.     This is another Wallstreetbets
 3  post.
 4      A.     Correct.
 5      Q.     And it's dated January 27, 2021,
 6  at 2:26 p.m.; correct?
 7      A.     Correct.
 8      Q.     And the title is "The GME
 9  Thread, Part 3.14, for January 27, 2021";
10  right?
11      A.     Correct.
12      Q.     Okay.  If you look on the next
13  page, you see that you posted in this --
14  you commented in this post at 2:47 p.m.?
15      A.     Yes.
16      Q.     By the way, earlier in the
17  deposition, you testified that you
18  couldn't remember if you had ever posted
19  on Wallstreetbets about investments and
20  stocks that you were interested in.
21             Do you remember that?
22      A.     I -- maybe.
23      Q.     After seeing these several
24  numerous posts in Wallstreetbets about
25  GameStop, does that jog your memory that
```

```
 1            CASH - CONFIDENTIAL
 2   you did in fact post frequently about it?
 3       A.    I mean, seeing the posts
 4   obviously help.  You know, I don't really
 5   pay much attention to social media and
 6   recall everything I post from several
 7   years ago.
 8       Q.    But you agree, now that you've
 9   seen this, that you did post frequently in
10   Wallstreetbets about GameStop.
11       A.    It -- I mean, I've certainly
12   made several posts.
13       Q.    So if you look at the post you
14   made -- the comment you made on this
15   thread on January 27, 2021, at
16   2:47 p.m. --
17       A.    Yes.
18       Q.    -- you say, "GME is still overly
19   shorted."
20            Do you see that?
21       A.    Correct.
22       Q.    And you're referring to the
23   short position that several companies had
24   in GameStop stock?
25       A.    I believe so.
```

Page 175

CASH - CONFIDENTIAL

1

2      Q.    Then you say, "Fundamentally, it

3   cost us nothing to hold.  It costs them

4   everything."

5            Do you see that?

6      A.    Yes.

7      Q.    So you're saying that you and

8   the people reading this post should hold

9   GameStop stock; correct?

10      A.    I don't think I'm telling anyone

11   what to do.

12      Q.    What are you saying here?

13      A.    I think I'm just highlighting

14   for people that may or may not know that

15   obviously, if you own shares in a company,

16   it costs you nothing to hold them, but if

17   you're borrowing shares to short, you pay

18   for that.

19      Q.    And when you say it costs them

20   everything, you're talking about the money

21   that the people in short positions in

22   GameStop stock are going to lose?

23      A.    Well, or the fact that you just

24   have to -- you're taking out a loan

25   essentially from -- you're loaning the

```
 1              CASH - CONFIDENTIAL
 2   shares from a broker, and they're charging
 3   you interest on that position as well.  So
 4   whether the stock stays flat, you're still
 5   paying money to short the stock in those
 6   situations.
 7       Q.    So you're pointing out how
 8   costly it is to the people who have
 9   maintained short positions in GameStop
10   throughout the last several days or weeks;
11   correct?
12       A.    Correct.
13       Q.    And then you say, "The squeeze
14   hasn't squeezed."
15             Do you see that?
16       A.    I do.
17       Q.    And there, you're referring to
18   the idea that there is more to be done in
19   order to fully squeeze out the companies
20   who have a short position in GameStop;
21   correct?
22       A.    The basic supply and demand has
23   not played out based on what percent
24   GameStop is still short.  There's more
25   bullish upside.
```

```
 1              CASH - CONFIDENTIAL
 2       Q.      And right below that, you say,
 3   "Stay patient," all caps, "Stay strong,"
 4   all caps.
 5       A.      Correct.
 6       Q.      And you're telling people to
 7   continue to hold GameStop stock throughout
 8   the volatility of the market; correct?
 9              MR. ROSEN:  I'm not sure that
10       the word "volatility" exists there.
11       Are you putting words in his mouth,
12       Scott?
13              MR. S. COHEN:  I'm asking him
14       what he's saying.  He's free to
15       explain what he's saying, but I don't
16       appreciate the speaking objection with
17       you telling him what to say.
18              MR. ROSEN:  I'm not telling him
19       what to say.
20              MR. S. COHEN:  You keep on
21       putting words in his mouth.
22              MR. ROSEN:  You can't just put
23       words into the document and try and
24       convince him to agree with you that it
25       says something that it doesn't say.
```

1          CASH - CONFIDENTIAL
2       So, you know, I just -- I just
3       think -- I object to the form of that
4       question where you mischaracterize the
5       document in such a way.
6   BY MR. S. COHEN:
7       Q.    Mr. Cash, you're telling people
8   that continue to hold on to GameStop
9   stock; correct?
10      A.    I don't see where I say that in
11  the lines that we've read.  I'm just
12  telling people that if you stay patient,
13  stay strong.  I mean, it's a very
14  volatile, emotional time for people,
15  seeing wild prices, you know, swinging.
16  So it's just my opinion that patience and
17  emotional strength are a big part of
18  investing.
19      Q.    To what end?  What are they
20  staying patient for?
21      A.    That's up to an individual
22  investor to decide.
23      Q.    So could you -- could they be
24  deciding to stay patient and hold the
25  GameStop stock?  Is that what you're

```
1              CASH - CONFIDENTIAL
2    thinking?
3        A.    I don't have an opinion on what
4    someone would say and hold on to.  You
5    know?  It's not for me to decide when
6    someone should buy or sell a stock.  I'm
7    just simply saying there's a lot of
8    volatility.  Patience and emotional
9    control are key during a highly, you
10   know -- of moving stock up and down.
11       Q.    And is it your position that
12   you're not encouraging people to hold on
13   to GameStop stock here?
14       A.    I don't recall making that post
15   with that intention.  I was -- I read that
16   as just sharing knowledge on how holding a
17   stock versus shorting it works from a
18   financial perspective, and that just
19   fundamentally, you have the stronger
20   financial position, because it costs you
21   nothing to hold a stock, and it does cost
22   you interest to short a stock, and in
23   times of market volatility, one of the
24   best things you could do is stay patient
25   and emotionally just stay strong.
```

```
                                        Page 180
 1            CASH - CONFIDENTIAL
 2       Q.    All right.  Mr. Cash, I'm going
 3   to ask you to read the next line, the very
 4   next line in your post.
 5       A.    Sure.  It says, "Fuck your
 6   retard sell button."
 7       Q.    And that's talking about the
 8   sell button on GameStop stock; correct?
 9       A.    Presumably.
10       Q.    Let's now think about
11   January 28, 2021.
12            Were you aware that Robinhood
13   implemented certain restrictions on its
14   platform on that date?
15       A.    I am aware that Robinhood had a
16   direct manipulation on the price by
17   restricting people from buying the stock.
18       Q.    Did you know that on
19   January 28th?
20       A.    I recall seeing that posted
21   across multiple social media outlets.
22       Q.    On that day?
23       A.    Yes.
24       Q.    How early?
25       A.    I don't recall exactly how early
```

Page 181

CASH - CONFIDENTIAL

1
2    specifically in terms of the time.  But I
3    would be confident saying I was aware of
4    it shortly after it happened.
5         Q.    And that was before trading?
6         A.    I believe that was midday.
7         Q.    Can you describe the
8    restrictions that you were aware of at
9    that time.
10         A.    I was aware that people were not
11    allowed to buy shares of the stock or
12    options, but people were still allowed to
13    sell their shares.
14         Q.    Do you recall which stocks this
15    was affecting?
16         A.    Specifically what I do recall
17    was GameStop and AMC on that day.
18         Q.    Do you recall any increases in
19    restrictions as the day progressed?
20         A.    I remember there were increases
21    and maybe margin requirements and some
22    other things with stocks and options.
23         Q.    Do you remember how long
24    Robinhood kept its restrictions in place?
25         A.    I don't remember specifically

```
                                        Page 182
 1           CASH - CONFIDENTIAL
 2    how long.
 3        Q.    And we briefly saw one of your
 4    posts where you thought that other brokers
 5    were imposing purchasing restrictions a
 6    few days before.
 7               Do you remember that?
 8        A.    Yes.
 9        Q.    How did you hear about
10    Robinhood's restrictions?
11        A.    Posts on social media, people
12    reporting it.
13        Q.    Okay.  And did you see any
14    information on news sources about this?
15        A.    I vaguely remember seeing it on
16    the news.
17        Q.    On TV?
18        A.    I believe so, or at least the
19    front page of a website or something.
20        Q.    Let's go to Tab 20.
21            MR. ROSEN:  Before you go to
22        another exhibit, we've been going a
23        little bit over an hour.  Can we take
24        a break?
25            MR. S. COHEN:  Yeah.
```

1            CASH - CONFIDENTIAL

2       Absolutely.

3            MR. ROSEN:  All right.  Thank

4       you.

5            THE VIDEOGRAPHER:  Excuse me.

6       Stand by, please.  The time is

7       3:06 p.m.  We are going off the

8       record.  This will end Media Unit No.

9       3.

10           (Recess)

11           THE VIDEOGRAPHER:  The time is

12      3:17 p.m.  We are back on the record.

13      This will be the start of Media Unit

14      No. 4.  Counsel.

15   BY MR. S. COHEN:

16      Q.    Hello again, Mr. Cash.

17      A.    Hello.

18           (Exhibit 256, A Twitter thread,

19      was hereby marked for identification,

20      as of this date.)

21      Q.    You'll see in the exhibit folder

22   Exhibit 256.  If you could pull that up.

23      A.    Yes.

24      Q.    And we're back to your Twitter

25   account; right?

Page 184

1      CASH - CONFIDENTIAL
2      A.    Yes.
3      Q.    And do you recall before the
4  break you said that you believed that
5  Robinhood imposed purchasing restrictions
6  midday on January 28, 2021?
7      A.    That was an attempted
8  recollection, but yes.
9      Q.    And you see in this first
10 Twitter post, you write, "It's pathetic
11 @Robinhood app is now blocking many
12 @WallstreetbetsMOD members from buying
13 GME"?
14     A.    I see that, yes.
15     Q.    And you posted that at 8:11 a.m.
16 on January 28, 2021; right?
17     A.    Correct.
18     Q.    So you were aware of the
19 Robinhood trading restrictions prior to
20 the market opening on January 28th?
21     A.    I mean, it looks like that's
22 what that Tweet says.
23     Q.    And what it's saying that it's
24 blocking -- what does "WSBMOD" mean?
25     A.    I think that was a Twitter

Page 185

1      CASH - CONFIDENTIAL

2  account for Wallstreetbets moderators.

3      Q.    Were you a Wallstreetbets

4  moderator?

5      A.    No.

6      Q.    So when you wrote that Robinhood

7  is blocking Wallstreetbets moderators

8  members from buying GME, you're referring

9  to the purchasing restrictions that

10  Robinhood put in place?

11      A.    It looks like it.

12      Q.    And one of those purchasing

13  restrictions was GameStop stock.

14      A.    Correct.

15      Q.    And you say in the next

16  sentence, "Wall Street protecting each

17  other?"

18      A.    Yes.

19      Q.    So you're connecting Robinhood

20  to Wall Street?  Is that fair?

21      A.    I can't recall specifically

22  making that connection to make this post.

23  But --

24      Q.    That's what it looks like here?

25      A.    Yeah.  Robinhood is a stock

```
                                          Page 186
 1            CASH - CONFIDENTIAL
 2    broker.
 3              CERTIFIED STENOGRAPHER:  I'm
 4       sorry.  Could you repeat that?
 5       A.    Robinhood is a brokerage app.
 6       Q.    And that relates to Wall Street
 7    activity; right?
 8       A.    Correct.
 9       Q.    Who are "GMEGANG"?
10       A.    I can't recall specifically.  It
11    was just a hashtag.
12       Q.    So you say hashtag "GMEGANG
13    doesn't need 'protection.'  We can make
14    our own decisions."
15              Do you see that?
16       A.    Yes.
17       Q.    So from the perspective of this
18    post, you considered yourself part of the
19    GME Gang; right?
20       A.    I would say so.  I was long
21    GameStop.
22       Q.    Okay.  And you're saying that
23    the GME Gang doesn't need protection.
24       A.    Correct.
25       Q.    What did you mean by that?
```

Page 187

CASH - CONFIDENTIAL

1
2      A.     I think, at the time, "We can

3   make our own decisions" is my next

4   sentence, meaning that, from what I

5   recall, there was chatter about people

6   trying to, quote, protect retail investors

7   from their own decisions, and we don't

8   node protection from anyone else telling

9   us what stocks we can and cannot buy.

10  We're able to make our own investment

11  decisions.

12     Q.     So is it fair to say you were

13  upset that Robinhood imposed these

14  restrictions because the GME Gang would

15  like the opportunity to continue to

16  purchase GameStop stock?

17          MR. ROSEN:  Objection.  Calls

18     for speculation.

19     Q.     I'm asking about what you felt.

20     A.     I can't remember specifically

21  what I felt at the time.  But I would say

22  that I found it, not being a lawyer, but

23  at a minimum, unethical, if not illegal,

24  that they would restrict buying stocks

25  without also restricting the ability to

Page 188

1        CASH - CONFIDENTIAL
2    sell stocks.
3        Q.    And that's in part because you
4    thought that the GME Gang should continue
5    to be able to purchase GameStop stock?
6        A.    I think that because it's a
7    blatant manipulation of the stock price if
8    you let people sell the stock but not buy
9    it.
10       Q.    You didn't use Robinhood;
11   correct?
12       A.    Correct.
13       Q.    And you traded your GameStop
14   stock in your Merrill account?
15       A.    Correct.
16       Q.    Did you trade it in other
17   accounts too?
18       A.    I think I had some in TD
19   Ameritrade, but, I mean, I would recommend
20   we check the statement that I sent over.
21       Q.    So Robinhood's restrictions did
22   not in any way prevent you from purchasing
23   more GameStop stock; right?
24       A.    Specifically purchasing stock,
25   correct.

```
 1              CASH - CONFIDENTIAL
 2       Q.    But are you aware that Merrill
 3   also put restrictions on GameStop stock?
 4       A.    I vaguely remember there were
 5   some restrictions.
 6       Q.    And you were aware of that on
 7   January 28, 2021?
 8       A.    I believe so.
 9             MR. S. COHEN:  Let's mark
10       Tab 22.
11             (Exhibit 257, A Wallstreetbets
12       Sub-Reddit post titled "GME
13       Megathread," was hereby marked for
14       identification, as of this date.)
15       Q.    You'll see in your folder soon
16   Exhibit 257.
17       A.    I got it.
18       Q.    Okay.  And this is another
19   Wallstreetbets Reddit -- sub-Reddit post?
20       A.    Correct.
21       Q.    And that was posted on
22   January 28, 2021, at 11:27 a.m.; correct?
23       A.    Correct.
24       Q.    If you go two pages in, so it's
25   page 3, you see a comment you posted on
```

```
 1              CASH - CONFIDENTIAL
 2    that?
 3         A.    I think so.  Can you say what it
 4    says?
 5         Q.    Well, it's January 28, 2021,
 6    11:35 a.m. ?
 7         A.    Okay.
 8         Q.    And you wrote, "Merrill has
 9    blocked buying GME."
10         A.    I see that comment.
11         Q.    So by 11:35 of January --
12    11:35 a.m. of January 28, 2021, you were
13    aware that the brokerage through which you
14    traded in GameStop stock had placed a
15    purchasing restriction on GameStop; right?
16         A.    Potentially.  I can't recall if
17    it was a stock restriction or an options
18    restriction, because I did buy stocks and
19    calls.
20         Q.    If you go to the next page, do
21    you see another post that you commented --
22    another comment you made?
23         A.    Yes.
24         Q.    Also on January 28, 2021?
25         A.    Correct.
```

Page 191

1          CASH - CONFIDENTIAL
2     Q.    And here, you say, "At this
3  point, I believe every broker is blocking
4  buying GME."
5     A.    Correct.
6     Q.    All right.  So by this time, you
7  were fully aware that GameStop stock was
8  not able to be purchased on many, if not
9  all, brokerage accounts; correct?
10          MR. ROSEN:  Objection.  Lack of
11      foundation.
12     Q.    It was your belief at that point
13  that every broker was blocking the
14  purchase of GameStop stock at that time?
15     A.    It's possible speculation.  I
16  mean, I don't have an account with every
17  brokerage to be able to verify that back
18  at the time.  And again, I can't recall if
19  the brokers I did use I was trying to buy
20  stock or options and being restricted,
21  because I was buying both.
22     Q.    But at the time, you believed
23  that; right?
24     A.    At the time, I believed there
25  was some level of restriction for buying

Page 192

```
 1              CASH - CONFIDENTIAL
 2    either the stock or the options.  I can't
 3    say what I recall specifically the
 4    restriction was posted on.
 5              MR. S. COHEN:  Let's go to
 6         Tab 23.
 7              (Exhibit 258, A Wallstreetbets
 8         Sub-Reddit post titled "Daily
 9         Discussion: Thread Part 4 for
10         January 28, 2021," was hereby marked
11         for identification, as of this date.)
12         Q.    You'll see Exhibit 258 in your
13    folder.
14         A.    Got it.
15         Q.    And this is another
16    Wallstreetbets sub-Reddit thread; correct?
17         A.    Correct.
18         Q.    Also January 28, 2021?
19         A.    Correct.
20         Q.    And the title is "Daily
21    Discussion Thread Part 4 for
22    January 28, 2021"?
23         A.    Yes.
24         Q.    If you go to the third page.
25         A.    Okay.
```

Page 193

```
1              CASH - CONFIDENTIAL
2        Q.    Do you see your post at
3   2:48 p.m. that day?
4        A.    Yes.
5        Q.    And you say, "Merrill still
6   blocking GME."
7        A.    Yes.
8        Q.    So at this time, you're aware
9   that Merrill was still preventing you from
10  purchasing GME.
11       A.    Again, I can't recall if it was
12  stock or options that had the restriction,
13  but there was some level of restriction.
14       Q.    Do you -- it's fair to say that
15  you believed at this time Merrill was
16  blocking purchasing of stocks; right?
17            MR. ROSEN:  Objection.  Asked
18        and answered.  Mischaracterizes his
19        testimony.
20       A.    I thought that I was trying to
21  buy.  I bought both stocks and options,
22  and I can't remember what specifically I
23  was attempting to buy when I wrote these
24  posts.
25       Q.    That's your testimony?  You
```

Page 194

CASH - CONFIDENTIAL

1
2   really don't recall that Merrill was
3   placing purchasing restrictions on GME's
4   stock?
5           MR. ROSEN:  He answered that
6       question at least three times, maybe
7       four.  So if you're asking him to
8       please change it, if you want him to
9       change his testimony, I don't --
10      that's not a question; right?  So I'm
11      not -- I'm not sure what you're trying
12      to get out of this, Scott.
13          MR. S. COHEN:  I'm just asking
14      if that's his testimony under oath.
15      A.    I have no way of being able to
16  remember if I was trying to buy a stock or
17  a call option on that day.  That was two
18  years ago.
19          MR. ROSEN:  And not to mention,
20      Scott, that we have the house report
21      that says exactly what the
22      restrictions were.  We also have your
23      expert's report that lists all the
24      restrictions.  So to ask him to
25      remember whether it was stock or

Page 195

```
 1        CASH - CONFIDENTIAL
 2      options, you know, two years ago, when
 3      you have, you know, expert evidence
 4      and original evidence on this, I don't
 5      know why, you know, you need to dwell
 6      on it more than you've already done.
 7      So --
 8            MR. S. COHEN:  Well, that's not
 9      really your problem, Mr. Rosen.  But I
10      will move on because I got the answer
11      I wanted.
12   BY MS. S. COHEN:
13      Q.    Did you believe that the
14   purchasing restrictions by these brokers
15   would affect the GameStop stock price?
16      A.    The manipulative measure of
17   preventing people from buying the stock
18   while letting them sell of course would
19   manipulate the price downward, especially
20   causing panic in the market that people
21   can't buy it, but they can sell it.  It's
22   a one-way street at that point.
23      Q.    And were you upset that you
24   weren't able to sell all of your
25   Merrill -- all of your GameStop
```

```
 1              CASH - CONFIDENTIAL
 2   securities?
 3       A.    I don't think there was ever a
 4   restriction on someone trying to sell
 5   their GameStop, which is the problem.
 6       Q.    You're right.  You're right.
 7   I'm sorry.
 8             Were you -- were you upset that
 9   you were no longer able to purchase
10   GameStop securities on Merrill?
11       A.    I was upset that there were
12   restrictions placed by any broker in a
13   manipulative fashion that would not allow
14   there to be fairness in the market of
15   allowing people to buy and sell.  It's not
16   uncommon for stocks to be halted by the
17   SEC to prevent buying and selling, which
18   is a fair action to me.  But when you turn
19   off the buy button and only let people
20   sell and then turn it into a one-way
21   street instead of it being a two-way
22   street as a market, yeah, I'd say that's
23   upsetting.  That's a blatant manipulation
24   in a stock price.
25       Q.    And so at that time, were you
```

CASH - CONFIDENTIAL

1

2    concerned that GameStop's stock price

3    would fall purely because of the

4    purchasing restrictions on GameStop?

5        A.    Yeah.  Again, like I said

6    before, this was an unprecedented

7    situation in a lot of ways, and this was a

8    new unprecedented situation where I had

9    never seen a stock being -- or multiple

10   stocks being blocked from being bought but

11   only sold.  So I think the rules of the

12   game were changed, and that is a

13   concerning, an unprecedented situation.

14       Q.    Okay.  Earlier, we went through

15   your stock purchases of GameStop stock.

16             Do you recall that?

17       A.    Yes.

18       Q.    And you purchased shares in

19   December of 2020 and January 2021?

20       A.    Correct.

21       Q.    I want to go to what will be

22   Exhibit 258.  Or maybe 259.

23

24

25

Page 198

```
 1          CASH - CONFIDENTIAL
 2              (Exhibit 259, February 2021
 3       Merrill Edge Report account statement,
 4       Bates P00002372 through P00002389, was
 5       hereby marked for identification, as
 6       of this date.)
 7       Q.    And this -- are you there?
 8       A.    259?
 9       Q.    Yes.
10       A.    Yes.
11       Q.    This is another -- it's a
12   similar statement from Merrill Edge;
13   correct?
14       A.    Yes.
15       Q.    And this is your February 2021
16   Merrill account statement; right?
17       A.    Correct.
18       Q.    And for the record, this is
19   beginning Bates No. P00002372.
20              So this reflects all the trades
21   that were settled in your Merrill
22   brokerage platform in February 2021;
23   right?
24       A.    It should.
25       Q.    Let's go to the page with the
```

Page 199

1              CASH - CONFIDENTIAL

2     Bates number ending 2381.

3         A.     Okay.

4         Q.     And if we look at the first row,

5     it looks like you sold 500 shares of

6     GameStop's stock on February 1st?

7         A.     Yes.

8         Q.     And that was at $132 per share;

9     right?

10        A.     Correct.

11        Q.     You actually executed this sale

12    on January 28th; is that right?

13        A.     I can't remember.  What day of

14    the week was that?

15        Q.     So that would be a Thursday.

16        A.     Okay.  That makes sense.

17        Q.     And then it settled on the 1st.

18        A.     Okay.

19        Q.     And this was the January 28th

20    transaction that you put down in the

21    certification we looked at before?

22        A.     Correct.

23        Q.     Do you recall when in the day

24    you made this sale?

25        A.     I think it was a Thursday.

Page 200

1         CASH - CONFIDENTIAL
2     Q.    I'm sorry.  Do you recall at
3  what time in the day you made the sale?
4     A.    I don't recall the specific
5  time.
6     Q.    But this was after you became
7  aware of Robinhood's trading restrictions?
8     A.    Correct.
9     Q.    But you didn't sell all of the
10 GameStop shares that you held at that
11 point; correct?
12    A.    That's correct.
13    Q.    And why is that?
14    A.    Why didn't I sell all my shares?
15    Q.    Yes.
16    A.    I still had a bullish outlook on
17 the overall situation.
18    Q.    So why did you sell any shares?
19    A.    Well, again, it was a very
20 historic, unprecedented, in my opinion,
21 blatant manipulation of a stock by turning
22 off the buy button by a major broker,
23 pushing the price down, and it was
24 something that was unprecedented in my
25 experience of people being able to sell a

Page 201

1        CASH - CONFIDENTIAL
2   stock but not buy it.  So I wanted to take
3   some chips off the table, still collect
4   some profits without knowing how much more
5   manipulation or foolery there would be in
6   the market, considering we were in
7   unchartered territory.
8        Q.    So you knew that there was
9   market manipulation as it pertained to
10  GameStop's stock, but you wanted to try to
11  save some value if you could by selling
12  500 shares of the stock at that point;
13  correct?
14       A.    Correct.
15       Q.    And you believed that in the
16  long run, there was still demand to
17  purchase GameStop stock as there was
18  before January 28th?
19            MR. ROSEN:  Objection.
20       Mischaracterizes his prior testimony.
21       Q.    Did you believe there was still
22  a demand to purchase GameStop stock as --
23  in the same way there was prior to
24  January 28th?
25       A.    Without there being manipulative

Page 202

1          CASH - CONFIDENTIAL

2   components in place of not letting people

3   buy, I still thought that a fair ability

4   for supply and demand to play out, there

5   was still bullish momentum for GameStop to

6   continue to go up.  That was obviously

7   heavily impeded by there being a direct

8   negative impact on the supply and demand

9   basic fundamentals by cutting off the

10  demand.

11     Q.    Was it your thinking that if the

12  restrictions were lifted, the momentum

13  purchasing of GameStop's stock would

14  continue?

15     A.    If the restrictions were lifted

16  or had never taken place?

17     Q.    If they were lifted in the

18  future, did you think that the momentum

19  purchasing would resume?

20     A.    Yes.

21          MR. S. COHEN:  Let's go to

22     Tab 21.

23     Q.    And before you go to the next

24  exhibit, you sold your shares at $132 per

25  share; right?

```
                                        Page 203
 1              CASH - CONFIDENTIAL
 2       A.     Correct.
 3       Q.     And do you recall the price at
 4   which you purchased your shares?
 5       A.     No.  You'd have to look at the
 6   statements in terms of that specific block
 7   of shares.  We went over earlier.  I
 8   bought some at various prices.
 9       Q.     Fair to say that you never
10   purchased GameStop stock at -- as high as
11   $132?
12       A.     I believe in my TD Ameritrade
13   account, I did.  I bought it higher than
14   that.
15       Q.     In your Merrill account.
16       A.     Not in my -- I don't believe I
17   did in my Merrill the but you'd have to
18   check the statements.
19       Q.     Do you recall the price at which
20   you purchased your shares on January 28th?
21       A.     How much I purchased shares for?
22       Q.     I'm sorry.  How much you
23   purchased the shares for on January 21st.
24       A.     I would say we would have to
25   confirm on the statement.
```

```
1              CASH - CONFIDENTIAL
2      Q.     If you go to 260.
3      A.     Okay.
4      Q.     I'm sorry.  Exhibit 242.
5             MR. ROSEN:  Exhibit 242?
6      A.     Okay.
7      Q.     If you go to page 6 of 13.
8      A.     6 of 13?  I'm showing 16 pages
9   on this.
10     Q.     There should be type on here
11  that says 6 of 13, 7 of 13.
12     A.     Oh, you're talking about from
13  the statement.  Okay.  Got it.
14     Q.     You see your first purchase of
15  GameStop stock in December of 2020 was for
16  $18.17 per share?
17     A.     Correct.
18     Q.     Do you see your next purchase of
19  GameStop stock on December 23, 2020, was
20  for $15.4566 cents per share?
21     A.     Yes.
22     Q.     Both of those are a lot lower
23  than the 130-plus dollars that you sold
24  your GameStop stock at; correct?
25     A.     Yes.
```

```
 1           CASH - CONFIDENTIAL
 2      Q.     Now I'll have you go to
 3  Exhibit 246.
 4      A.     Okay.
 5      Q.     And this is your January Merrill
 6  trading account?
 7      A.     Yes.
 8      Q.     And if you go to 5 of 11 on
 9  that.
10      A.     Yes.
11      Q.     You purchased GameStop stock on
12  January 21, 2021, at $37.9678 per share?
13      A.     Yes.
14      Q.     And that is also a lot lower
15  than the 135-plus dollars per share that
16  you sold your GameStop stock at on
17  January 28th, and that settled on
18  February 1st; correct?
19      A.     Depends on your perspective, but
20  yes.
21      Q.     It's many multiples of -- you
22  sold at many multiples of your purchase
23  price; correct?
24      A.     Correct.  But I would also say
25  that before the buy button was off,
```

```
 1          CASH - CONFIDENTIAL
 2   GameStop that day had hit 483, which is
 3   many multiples higher than after it was
 4   manipulated.  So I guess it depends on
 5   your perspective.
 6       Q.    You didn't --
 7            MR. S. COHEN:  Are we on Tab 21?
 8            (Exhibit 260, A Wallstreetbets
 9       Sub-Reddit post titled "GME
10       Containment Zone 2 for
11       January 28, 2021," was hereby marked
12       for identification, as of this date.)
13       Q.    All right.  In your folder,
14   could you go to tab -- Exhibit 260,
15   please.
16       A.    Got it.
17       Q.    This is another Wallstreetbets
18   post; correct?
19       A.    Correct.
20       Q.    Dated January 28, 2021?
21       A.    Yes.
22       Q.    And its title is "GME
23   Containment Zone 2 for January 28, 2021"?
24       A.    Yes.
25       Q.    And it's posted at 9:48 a.m.?
```

```
 1           CASH - CONFIDENTIAL
 2      A.     The thread.
 3      Q.     The thread.
 4      A.     Yes.
 5      Q.     If you go to the third page, do
 6  you see a comment you made to this thread?
 7      A.     Yes.
 8      Q.     And that was on January 28th at
 9  10:29 a.m.?
10      A.     Yes.
11      Q.     All right.  And this was after
12  your Tweet about Robinhood imposing
13  purchasing restrictions; correct?
14      A.     I believe so, yes.
15      Q.     That was before the market?
16      A.     Correct.
17      Q.     And this is after the market
18  opened.
19      A.     Correct.
20      Q.     And you commented, "Hey Wall
21  Street.  I know you're lurking and have
22  some pathetic intern reading it.  Take
23  notes intern.  Your bullshit scare tactics
24  won't work.  We've got diamonds hands and
25  we're too retarded to even know how to
```

```
                                         Page 208
 1              CASH - CONFIDENTIAL
 2    sell.  We only know how to buy."
 3              Did I read that correctly?
 4       A.    Yes.
 5       Q.    So you address this comment to
 6    Wall Street; right?
 7       A.    I mean, it's a satire post, but
 8    sure.
 9       Q.    Okay.  What were you talking
10    about here?
11       A.    I can't recall exactly, but
12    there was theories that certain firms were
13    posting or participating in Wallstreetbets
14    just like any other poster would be
15    allowed to.
16       Q.    And you mentioned diamond hands
17    before; correct?
18       A.    Correct.
19       Q.    And what did you say that meant?
20       A.    Just being strong in your
21    conviction.
22       Q.    And what was your conviction at
23    this point when making this post?
24       A.    I still like the stock.  I still
25    thought it was a bullish outlook on its
```

1            CASH - CONFIDENTIAL
2    potential.
3        Q.    You said below that, "GME will"
4    rocket -- you have seven rocket ships
5    there; correct?
6        A.    Correct.
7        Q.    And that's what you were saying
8    before, you believed that GameStop would
9    prevail and continue to have increased
10   stock prices?
11       A.    I thought the supply and demand
12   was still very bullish.
13       Q.    Did you post this in order to
14   inform the other Wallstreetbets readers
15   what your thoughts were about GameStop?
16       A.    I can't remember what my
17   thoughts were when I posted that.  It
18   reads to me as like a tongue-in-cheek
19   post.  I mean, I'm addressing a whole
20   industry that nobody knows if they're even
21   there or not.  So, I mean, it just seems
22   kind of like a joke.
23            MR. S. COHEN:  Let's go to the
24       next exhibit.
25

```
 1            CASH - CONFIDENTIAL
 2              (Exhibit 261, A Wallstreetbets
 3       Sub-Reddit post titled "I just watched
 4       'The Big Short' and I finally get it,"
 5       was hereby marked for identification,
 6       as of this date.)
 7       Q.    You'll see in your folder
 8   Exhibit 261 shortly.
 9       A.    I got it.
10       Q.    And are you there?
11       A.    Yes.
12       Q.    Okay.  This is another
13   Wallstreetbets sub-Reddit post; correct?
14       A.    Yes.
15       Q.    Published on January 31, 2021?
16       A.    Correct.
17       Q.    On page 2, you posted a comment.
18             Do you see that?
19       A.    Yes.
20       Q.    And can you read the first
21   sentence, please.
22       A.    The comment where I'm saying,
23   "I'm holding for every retard on this
24   sub."
25       Q.    Right.  So you were -- you're
```

Page 211

                    CASH - CONFIDENTIAL

1        holding GameStop stock is what you're

2        referring to?

3            A.    I can't recall.

4            Q.    Do you believe that's what

5        you're talking about here?

6            A.    It's possible.

7            Q.    And then you say, "This is a

8        fucking message to Wall Street"; right?

9            A.    Yes.

10               (Exhibit 262, A Wallstreetbets

11           Sub-Reddit post titled "Breaking

12           Market News on Twitter: YTD

13           Performance of Melvin: -53 percent,"

14           was hereby marked for identification,

15           as of this date.)

16           Q.    You'll see in your folder soon I

17       believe Exhibit 262.

18           A.    Okay.  Got it.

19           Q.    And this is another

20       Wallstreetbets sub-Reddit post; correct?

21           A.    Yes.

22           Q.    Posted on January 31, 2021?

23           A.    Yes.

24           Q.    And it's posting a Tweet that

Page 212

                    CASH - CONFIDENTIAL
1
2   was itself posted earlier that day; right?
3        A.    That the Tweet was posted?
4        Q.    Yes.  The Tweet was posted
5   earlier that day?
6        A.    Yes.
7        Q.    And now this -- the post on
8   Wallstreetbets is -- they copy and posted
9   that Twitter post onto the thread; right?
10       A.    Yeah, or linked it.
11       Q.    Or linked it.
12             And that Twitter post says, in
13   all capitals, "Hedge fund Melvin Capital
14   lost 53 percent in January, hit partly by
15   soaring prices of GameStop and other
16   shorted stocks."
17             Did I read that correctly?
18       A.    Yes.
19       Q.    And Melvin Capital is one of the
20   companies to which you raised a middle
21   finger Emoji in a previous Wallstreetbets
22   post; correct?
23       A.    Yes.
24       Q.    If you look on the next page,
25   please.

Page 213

1          CASH - CONFIDENTIAL

2      A.     Okay.

3      Q.     You commented on that thread;

4  right?

5      A.     Yes.

6      Q.     And you wrote, "Only 47 percent

7  to go," exclamation point.  "Hold,"

8  exclamation point.

9      A.     Yes.

10      Q.     Did I read that --

11      A.     Yes.

12      Q.     When you say "only 47 percent to

13  go," that would be the remaining value of

14  Melvin Capital with reference to the

15  Tweet; correct?

16      A.     I mean, I don't specifically

17  remember writing that message, but that

18  seems like a good -- a good assumption

19  there.

20      Q.     And you're encouraging people to

21  hold; right?

22      A.     Well, again, I don't know what I

23  was inferring when I wrote that, but I was

24  still holding.

25      Q.     Holding GameStop specifically;

Page 214

```
 1              CASH - CONFIDENTIAL
 2   right?
 3        A.    Correct.  I mean, I had other
 4   positions in other companies at the time
 5   too, but --
 6                (Exhibit 263, A Wallstreetbets
 7        Sub-Reddit post titled "What Are Your
 8        Moves Tomorrow, February 03, 2021,"
 9        was hereby marked for identification,
10        as of this date.)
11        Q.    You'll see in your folder
12   Exhibit 263.
13        A.    Okay.
14        Q.    This is another Wallstreetbets
15   sub-Reddit post; correct?
16        A.    Yes.
17        Q.    This one posted
18   February 2, 2021?
19        A.    Correct.
20        Q.    And it's titled "What Are Your
21   Moves Tomorrow, February 3, 2021."
22        A.    Correct.
23        Q.    And if you go to the next page,
24   you'll see that you responded to the
25   question "What are your moves tomorrow?"
```

Page 215

1          CASH - CONFIDENTIAL
2    "Diamond fucking hands."
3        A.    Yes.
4        Q.    And that means that you're going
5    to continue to hold GameStop stock;
6    correct?
7        A.    Correct.
8              MR. S. COHEN:  Tab 30.
9              (Exhibit 264, A Wallstreetbets
10       Sub-Reddit post titled "What Are Your
11       Moves Tomorrow, February 04, 2021,"
12       was hereby marked for identification,
13       as of this date.)
14       Q.    You'll see Exhibit 264 in your
15    folder.
16       A.    Okay.
17       Q.    This is another Wallstreetbets
18    sub-Reddit post; correct?
19       A.    Yes.
20       Q.    This was posted
21    February 3, 2021.
22       A.    Yes.
23       Q.    And the title of the thread is
24    "What Are Your Moves Tomorrow,
25    February 4, 2021."

```
               CASH - CONFIDENTIAL
 1
 2        A.     Correct.
 3        Q.     And if you look at the comment
 4   that you wrote in response, what do you
 5   say?
 6        A.     It looks like I say, "Holding
 7   the fucking line."
 8        Q.     And you're talking about
 9   continuing to hold GameStop stock;
10   correct?
11        A.     I don't recall specifically
12   making that post, but it's a fair guess.
13        Q.     So throughout February 3, 2021,
14   you're still holding GameStop stock with
15   the hope that the price would rise.
16        A.     I can't recall when I
17   specifically sold all or any of my
18   position in GameStop.  We'd have to check
19   the statements.
20        Q.     Did you -- do you recall at this
21   time still believing GameStop stock would
22   rise?
23        A.     I can't specifically say that I
24   remember that, but it seems reasonable.
25        Q.     Okay.  Do you recall thinking
```

Page 217

CASH - CONFIDENTIAL

1    that there is still a short squeeze going

2    on with GameStop stock?

3        A.    I don't know.  I mean, it's hard

4    to think back specifically to what I was

5    thinking on these dates in early February,

6    because we were still coming out of, say,

7    manipulation of the stock price and the

8    buy button being -- impacting a lot of the

9    value of the stock or the price, so I

10   can't really recall what I was

11   hypothesizing back then.

12       Q.    Okay.

13             MR. S. COHEN:  Let's go to

14       Tab 32.

15             (Exhibit 265, TD Ameritrade

16       account statement, Bates P00002715

17       through P00002720, was hereby marked

18       for identification, as of this date.)

19       Q.    You'll see Exhibit 265 in your

20   folder soon.

21       A.    Okay.

22       Q.    This is your TD Ameritrade

23   statement; right?

24       A.    Correct.

Page 218

1           CASH - CONFIDENTIAL
2       Q.    And this is the statement for
3   February 2021?
4       A.    Correct.
5       Q.    So it includes all of the trades
6   you made that were settled in
7   February 2021 on Ameritrade, TD
8   Ameritrade.
9       A.    Yes.
10      Q.    Okay.  And for the record, this
11  is beginning Bates P00002715.
12            And Mr. Cash, I'll ask you to
13  turn to the page ending 2719.
14      A.    2719.  Got it.
15      Q.    And it shows in the first row
16  that you --
17            MR. ROSEN:  I don't have a 2719.
18      I have a 2720 and a 2718.  That's
19      strange.  Are you sure it's 2719?
20      It's totally blanked out for me.
21            MR. S. COHEN:  So the beginning
22      Bates number is 2715.  And I --
23            MR. ROSEN:  Yeah --
24            MR. S. COHEN:  -- had Mr. Cash
25      turn to 2719.

Page 219

CASH - CONFIDENTIAL

1
2          MR. ROSEN:  I may be able to
3      pull it up on my own.  So let me pull
4      it up on my own.
5          MR. S. COHEN:  Yeah.  We'll
6      wait.
7          MR. ROSEN:  Because I have it
8      somewhere in my files.  So I just need
9      a sec.  This is TD Ameritrade
10     February?
11         MR. S. COHEN:  Correct.
12         MR. ROSEN:  Just give me a
13     second.  I'm sorry.  Just give me a
14     second.
15         (Pause)
16         MR. ROSEN:  Okay.  I found it.
17     Q.    So if you look -- Mr. Cash, if
18  you look at the first row on that page
19  ending 2719, do you see that you purchased
20  five shares of GameStop stock on
21  January 28, 2021?
22     A.    Correct.
23     Q.    And it was -- it was settled on
24  February 1, 2021?
25     A.    Yes.

Page 220

```
1            CASH - CONFIDENTIAL
2       Q.    And you -- the purchase price of
3    those five shares was $277.9999 per share;
4    right?
5       A.    Yes.
6       Q.    January 28th was the same day
7    you sold the 500 shares of GameStop;
8    right?
9       A.    Correct.
10      Q.    Do you remember when in the day
11   you bought these five shares?
12      A.    I believe I bought them in the
13   morning shortly after the market opened.
14      Q.    Okay.  But you were already
15   aware of the purchasing restrictions
16   before the market opened; correct?
17      A.    I was aware of rumors of some
18   people on Reddit claiming that.
19      Q.    And you Tweeted about those
20   rumors?
21      A.    Correct.
22      Q.    Why did you buy these five
23   shares?
24      A.    Well, that -- that morning, the
25   stock was breaking out, again, a lot of
```

Page 221

CASH - CONFIDENTIAL

1   CASH - CONFIDENTIAL

2   momentum and a lot of positive supply and

3   demand, and again, it did break up to

4   483 that day, so I was just throwing a few

5   more shares at a potential breakout,

6   bullish breakout in my opinion, and then

7   after the buy back button was turned off

8   on Robinhood, it started to crash, from

9   what I remember.

10       Q.    Why did you buy at one account

11  and sell in the other account the same

12  stock?

13       A.    Well, I had a lot more shares in

14  Merrill.  I mean, I only bought five.

15  Here in TD Ameritrade is just a bullish

16  breakout small play, low risk in terms of

17  total capital put up.  But in terms of

18  trying to respond to the manipulation of

19  the stock crashing down from 483 to losing

20  over half its value during interday

21  trading, most of my shares that I could

22  sell to try to at least lock in some level

23  of profits off the overall position, I

24  would have to do that in Merrill.

25       Q.    But I'm asking why didn't you --

Page 222

CASH - CONFIDENTIAL

1

2  why did you use a different account to buy

3  these five shares?  Why didn't you just

4  either sell 495 shares in Merrill or sell

5  500 shares and purchase five in Merrill?

6       A.    I don't recall exactly that

7  level of detail as to why I did that in TD

8  versus Merrill.  I mean, at the time, TD

9  was an account that I was still exploring

10  the user interface for and wanting to just

11  get more practice with.  So I was just

12  trying to do a little trading.

13       Q.    If you look at the next row

14  down, do you see that on February 3, 2021,

15  you sold your five shares in GameStop

16  stock?

17       A.    Correct.

18       Q.    And because you purchased these

19  in -- on January 28, 2021, you understand

20  that these shares don't count towards your

21  loss in this lawsuit; correct?

22       A.    I will leave that up to the

23  judge and lawyers to determine.

24       Q.    Okay.  Is it correct that in

25  January 2021 and February 2021, you did

```
                                        Page 223

 1            CASH - CONFIDENTIAL
 2   not buy shares of Blackberry?
 3        A.    I can't recall.
 4        Q.    Do you recall whether or not you
 5   purchased shares of Bed Bath & Beyond
 6   during this time?
 7        A.    I can't recall.  I don't believe
 8   so, but, again, I'd have to check the
 9   statements.
10        Q.    Do you believe that during this
11   time, you purchased shares in Express
12   Inc.?
13        A.    I don't recall, but I don't
14   believe so.
15        Q.    Do you recall whether you
16   purchased or sold shares in Nokia during
17   this time?
18        A.    I don't specifically recall.
19        Q.    Do you recall whether you
20   purchased or sold shares of Koss
21   Corporation during this time?
22        A.    I don't believe so.
23        Q.    Do you recall whether or not you
24   purchased or sold shares in Tootsie Roll
25   during this time?
```

Page 224

                     CASH - CONFIDENTIAL

1

2       A.     I don't believe so, but, again,

3    I'd check the statements.

4       Q.     And do you recall whether or not

5    you purchased or sold shares of Trivago

6    during this time?

7       A.     Same situation.  I don't

8    specifically remember, but I'd check the

9    statements.

10      Q.     And I think that you did sell

11   some AMC shares in January 2021; correct?

12      A.     I don't -- I don't recall that.

13   We'd have to check the statements.

14      Q.     Okay.  Did you consider buying

15   any of these stocks in January 2021?

16      A.     Not that I remember.

17      Q.     And since -- I'm sorry.

18      A.     Oh, I'm sorry.  I was just going

19   to say I don't remember specifically,

20   but --

21      Q.     Since 2021, have you ever

22   purchased GameStop shares?

23      A.     Since 2021?  Like, in 2022 or --

24      Q.     Yes.

25      A.     No.

Page 225

CASH - CONFIDENTIAL

1

2      Q.     Okay.  Did you purchase GameStop

3  shares after January 2021?

4      A.     I don't recall.

5      Q.     You still trade stocks today;

6  right?

7      A.     Currently, no.

8      Q.     Okay.  Do you still have any of

9  your brokerages open?

10     A.     Yes.

11     Q.     Which ones?

12     A.     TD Ameritrade and E-Trade.

13     Q.     And as far as you know, do you

14  hold any stock in any of the companies I

15  just listed before?  And I can list them

16  again if you'd like me to.

17     A.     I do not.

18     Q.     You don't hold stock in any of

19  those companies.

20     A.     Not currently.

21     Q.     What stocks make up the largest

22  portion of your portfolio right now?

23     A.     Probably Lucid.

24     Q.     That's the majority, you think?

25     A.     Right now, it might be the only

Page 226

```
           CASH - CONFIDENTIAL
 1
 2   thing.
 3       Q.    And do you know about how much
 4   value is in your portfolio right now?
 5       A.    I don't recall.  I don't look at
 6   it very often.
 7       Q.    What's your role in this
 8   lawsuit, in your own words?
 9       A.    My role is to be a
10   representative of the class.
11       Q.    And what does that mean?
12       A.    My role is to act in a manner
13   that benefits all the members of the class
14   equally, whether they're present in this
15   suit or not, and to act in their best
16   interest and work with our legal team to
17   make sure things are done the right way
18   and to the best of their ability.
19       Q.    And do you know anything about
20   your specific responsibilities as a class
21   representative?
22       A.    It's mostly fiduciary.  I have a
23   fiduciary responsibility to the rest of
24   the class to make sure that we act in
25   their best interest.
```

Page 227

CASH - CONFIDENTIAL

1

2    Q.    And what does it mean to you to
3    be a named plaintiff, if at all different
4    than being a class representative?
5    A.    Pretty much what I just said,
6    that, you know, I'm involved in, you know,
7    having a bigger role in overseeing this
8    process and being a part of it and making
9    sure that things are done in the best
10   interest of the class.
11   Q.    What have you done so far as a
12   representative in this lawsuit besides
13   sitting for this deposition?
14   A.    I have complied with turning
15   over documents.  I have met with our legal
16   team and the other members of the class.
17   Q.    How did you hear about this
18   lawsuit?
19   A.    I reached out to the Rosen Law
20   Firm directly.
21   Q.    You affirmatively reached out?
22   A.    Can you clarify what you mean by
23   affirmatively?
24   Q.    There was no search for
25   plaintiffs that they put out that you're

Page 228

CASH - CONFIDENTIAL

1    CASH - CONFIDENTIAL

2    aware of; correct?

3         A.    Correct.

4         Q.    You just -- you were looking for

5    somebody -- you were looking for a law

6    firm to help you sue Robinhood.

7         A.    Correct.

8         Q.    Who did you first reach out to

9    at the Rosen Law Firm?

10        A.    I don't recall.  I called a

11   number off maybe their website.

12        Q.    How did you find out about this

13   lawsuit?

14        A.    I didn't specifically find out

15   about this lawsuit.  I first reached out

16   shortly after this happened to inquire

17   about starting one.

18        Q.    And how long -- well, about when

19   was that?

20        A.    When this happened.

21        Q.    So February 2021?

22        A.    February, end of January,

23   somewhere in that --

24        Q.    And that's when you -- sorry.

25              That's when you reached out to

```
 1            CASH - CONFIDENTIAL
 2   the Rosen Law Firm?
 3        A.    Correct.
 4        Q.    But you didn't -- you didn't
 5   sign a retainer with the Rosen Law Firm
 6   until February 23, 2023?
 7        A.    That sounds correct.
 8        Q.    What was happening in those two
 9   years in between?
10            MR. ROSEN:  Objection.  Vague.
11       Ambiguous.
12            You want to give him a hint as
13       to whether you're asking him what was
14       happening in the stock market, what
15       was happening in the lawsuit --
16            MR. S. COHEN:  We're talking
17       about --
18            MR. ROSEN -- what was happening
19       in baseball?
20   BY MR. S. COHEN:
21        Q.    We're talking about your
22   engagement in this lawsuit.
23            So I'm wondering what happened
24   with the Rosen Law Firm from the time you
25   reached out to them in February of 2021 to
```

Page 230

CASH - CONFIDENTIAL

1

2     the time you retained them in February of

3     2023?

4         A.    Just communications, you know,

5     asking what about my situation, about, you

6     know, my perspective on what happened, and

7     keeping up with a possibility of there

8     being a case.

9         Q.    And the first complaint on which

10    you show up as a named plaintiff was the

11    amended complaint; is that correct?

12        A.    I believe so.

13        Q.    And that was filed on

14    January 17, 2023?

15        A.    Correct.

16        Q.    Did you want to be in the

17    original complaint?

18        A.    I don't recall.  I mean, I'm

19    happy to be part of it in any capacity.

20        Q.    In excluding your deposition

21    today, about how much time would you say

22    you've been involved in activities as a

23    named plaintiff?

24        A.    I would guess eight or nine.

25        Q.    Eight or nine hours total?

```
1              CASH - CONFIDENTIAL
2      A.     Correct.
3      Q.     And have you read the complaint?
4      A.     Yes.
5      Q.     When?
6      A.     Before it was filed.
7      Q.     Was that the amended complaint
8  that you read?
9      A.     Yes.
10     Q.     Did you review any other
11 documents related to the events at issue
12 in this case?
13     A.     Yes.
14     Q.     Like what?
15     A.     I reviewed my documents that
16 were requested to be submitted.
17     Q.     Did you review any court filings
18 other than the complaint?
19     A.     Yes.
20     Q.     Do you recall which ones you --
21 which court filings you looked at?
22     A.     I do not.
23     Q.     What did you do during those I
24 think you said nine hours total other than
25 this deposition that you were working as a
```

Page 232

CASH - CONFIDENTIAL

1
2  named plaintiff?
3       A.    Well, we had meetings with my
4  lawyers on several occasions.  There was a
5  meeting with the other plaintiffs, and
6  I've spent some time getting together the
7  documents and posts.
8       Q.    How much time do you expect to
9  be involved in this lawsuit going forward?
10      A.    I wouldn't say I have an
11  expectation.
12      Q.    Do you know what stage of
13  litigation the case is currently in?
14      A.    We're seeking certification.
15      Q.    Class certification?
16      A.    Yes.
17      Q.    What does that mean, if you
18  know?
19      A.    To classify and certify this as
20  a class action suit to represent the
21  members of the class against Robinhood and
22  its subsidiaries.
23      Q.    Have you been compensated for
24  your time or work involved in this case?
25      A.    No.

```
 1            CASH - CONFIDENTIAL
 2       Q.    Have you been told whether you
 3  would receive compensation in connection
 4  with your involvement in this case?
 5       A.    I think that's up to a judge.
 6       Q.    So you haven't been told that.
 7       A.    Correct.
 8       Q.    Could you tell me what the class
 9  is that you're seeking to represent?
10       A.    Yeah.  I'm seeking to represent
11  the class of people that owned many of the
12  stocks that you mentioned on January 27th
13  that were negatively impacted by the
14  manipulation of the price by turning off
15  the buy button and sold during
16  January 28th or February 4th.
17       Q.    And this suit is against
18  Robinhood?
19       A.    Robinhood and any relevant
20  subsidiaries.
21       Q.    And why would Robinhood's
22  conduct affect you as a non-Robinhood
23  customer of a different brokerage?
24       A.    Because Robinhood's actions
25  rippled across the entire market in terms
```

```
 1              CASH - CONFIDENTIAL
 2   of -- you wouldn't have to be a Robinhood
 3   customer to be impacted.  You just had to
 4   own shares in a company in which their
 5   direct actions manipulated the price
 6   downward, preventing the true value of the
 7   price to play out through basic
 8   supply-and-demand principles.  So even if
 9   my shares were with Merrill Lynch, my
10   Robinhood -- my GameStop share price was
11   not different because I was with Merrill
12   Lynch compared to Robinhood.  So --
13       Q.    So is it fair to say that the
14   contentions that you as a plaintiff are
15   making in this case also apply to the
16   other brokerages that impose trading
17   restrictions on the relevant stocks?
18            MR. ROSEN:  Objection.  Calls
19       for a legal conclusion.
20       Q.    I asked if that was your
21   contention.
22            Is it your contention that this
23   applies -- what -- you know, the theory
24   you're bringing applies to the other
25   brokerages who imposed restrictions on the
```

Page 235

1              CASH - CONFIDENTIAL
2    relevant stocks?
3              MR. ROSEN:  Same objection.
4         A.    I would say that's up for a
5    lawyer or a judge to determine.  I do not
6    have the legal background to answer that.
7         Q.    Do you think that the other
8    brokerages imposing trading restrictions
9    on the relevant stocks affected the price
10   of GameStop?
11             MR. ROSEN:  Objection.  Calls
12        for expert testimony.
13        A.    Again, I would say that I am
14   also not qualified to make that
15   speculation.
16        Q.    Didn't you testify at length
17   before that that was what you thought
18   happened in the market?
19             MR. ROSEN:  Objection.
20        Mischaracterizes his prior testimony.
21        If you want to show him a transcript
22        in which he made that testimony,
23        that's fine.  But you can't -- there's
24        no basis that I know of to say that.
25        Q.    Do you recall whether or not you

```
            CASH - CONFIDENTIAL
 1
 2   testified today, Mr. Cash, that as a
 3   result of the brokerages who imposed
 4   restrictions on trading GameStop, that
 5   that affected the share price of GameStop
 6   stock?
 7       A.    Well, I don't recall anyone
 8   other than Robinhood turning off the buy
 9   button for shares.
10       Q.    You said that it's possible that
11   Merrill did that as well, although you
12   didn't remember; correct?
13       A.    I said I don't remember, but I
14   also believe there has been investigations
15   and other testimony that can more answer
16   that in a solid manner compared to my
17   speculation.
18       Q.    What are you claiming are your
19   losses in this case?
20       A.    That's for a judge to decide.
21       Q.    Well, it's for a judge to
22   decide.  But what are you -- what are your
23   contentions?
24       A.    That the stock was heavily
25   manipulated by people not being able to
```

1        CASH - CONFIDENTIAL

2    buy but still being able to sell their

3    shares.

4        Q.    So do you recall earlier today,

5    we discussed the fact that you purchased

6    your GameStop shares at a price lower than

7    what you sold them at during the class

8    period?

9        A.    Correct.

10       Q.    And do you recall that you said

11   you could have sold them still at a higher

12   price had Robinhood not imposed the trade

13   restrictions?

14       A.    Sure.

15       Q.    Is it your contention that the

16   difference between what you could have

17   sold it at -- GameStop stock at and what

18   you did sell GameStop stock at constitutes

19   a loss?

20       A.    Just to clarify, are you asking

21   if I view what I ended up selling GameStop

22   at was a loss compared to what I think

23   GameStop should have gone without the

24   manipulation?

25       Q.    Yes.

Page 238

                    CASH - CONFIDENTIAL

1

2       A.     That would -- my personal

3    opinion, yes.

4       Q.     And is that what you're hoping

5    to recover in bringing this lawsuit?

6       A.     Recover my hypothetical where I

7    think the stock would go?

8       Q.     Yes.

9       A.     Again, that's not for me to

10   decide.

11      Q.     But you think of that as a loss.

12      A.     I think of that as a direct

13   negative impact on the fair market playing

14   out in supply and demand.

15             (Exhibit 266, A Wallstreetbets

16       Sub-Reddit post titled "We are

17       Preparing a Class Action Lawsuit

18       against Robinhood," was hereby marked

19       for identification, as of this date.)

20      Q.     You'll see in your folder soon

21   Exhibit 266.

22             MR. ROSEN:  Scott, how much

23       longer are we going to go?  Because

24       we've been going about an hour and

25       15 minutes, and we're due for a break.

Page 239

```
1              CASH - CONFIDENTIAL
2       So how much -- I mean, if this is your
3       last exhibit, I guess we don't have to
4       break.  But if you've got a ways to
5       go, we should take a break.
6              MR. S. COHEN:  We could take a
7       five, ten-minute break.
8              MR. ROSEN:  Okay.  Sounds good.
9       Thanks.
10             THE VIDEOGRAPHER:  Stand by,
11      please.  The time is 4:29.  We're
12      going off the record.  This will end
13      Media Unit No. 4.
14             (Recess)
15             THE VIDEOGRAPHER:  The time is
16      4:38 p.m.  We are back on the record,
17      and this will be the start of Media
18      Unit No. 5.
19   BY MR. S. COHEN:
20      Q.    Mr. Cash, if you could open up
21   your folder to Exhibit 266.
22      A.    Okay.
23      Q.    This is a Wallstreetbets
24   sub-Reddit post; correct?
25      A.    Yes.
```

```
 1            CASH - CONFIDENTIAL
 2     Q.     Posted January 28, 2021?
 3     A.     Correct.
 4     Q.     And the title is "We are
 5  preparing a class action lawsuit against
 6  Robinhood," exclamation point.
 7     A.     Yes.
 8     Q.     If you go to page 3, do you see
 9  that you commented on this thread?
10     A.     I do.
11     Q.     And you commented, "Let's lump
12  Merrill, TDA, Tastyworks, and every other
13  corrupt shitty broker into it."
14            Do you see that?
15     A.     I do.
16     Q.     And then you say, "This isn't
17  class action just against Robinhood.  It's
18  against the entire fucking industry."
19     A.     Yes.
20     Q.     So is it fair to say that you
21  believe your harm was the result of all of
22  these brokers?
23            MR. ROSEN:  Objection.  When you
24     say -- there's a couple of things.
25     First of all, your question is
```

```
 1              CASH - CONFIDENTIAL
 2        imprecise.  You say you believe.
 3        You're referring to something that
 4        happened two years ago, and then
 5        you're saying do you believe.  So are
 6        you asking what he believed at that
 7        point in time or what he believes
 8        today?
 9        Q.    Let's start with at that point
10   in time.  You believed that it was -- all
11   of these brokers that you listed who
12   contributed to the stock price decline of
13   GameStop?
14        A.    Well, I couldn't say for certain
15   what I believed I was thinking at the time
16   I wrote that post, and -- but it certainly
17   would read that way.
18        Q.    Let's go to Tab 24.
19              (Exhibit 267, A Wallstreetbets
20        Sub-Reddit post titled "GME Megathread
21        IV for January 28, 2021," was hereby
22        marked for identification, as of this
23        date.)
24        Q.    And is it your contention now
25   that all of these companies' trading
```

```
 1          CASH - CONFIDENTIAL
 2   restrictions impacted the price of
 3   GameStop stock?
 4           MR. ROSEN:  Objection.  Calls
 5       for expert testimony.
 6       Q.     Is it your contention?
 7       A.     I couldn't say that it is,
 8   because I don't know what the details of
 9   their restrictions were, which I think was
10   put out in reports and things, and how
11   those would have impacted the stock price
12   based on what they ended up doing.
13       Q.     You'll see in your folder
14   Tab 267.
15       A.     Got it.
16       Q.     This is another Wallstreetbets
17   sub-Reddit post; correct?
18       A.     Yes.
19       Q.     From January 28, 2021?
20       A.     Yes.
21       Q.     And it's titled "GME Megathread
22   IV for January 28, 2021"?
23       A.     Correct.
24       Q.     If you go to the second page.
25       A.     Yes.
```

1          CASH - CONFIDENTIAL

2      Q.    Do you see that you -- you see

3  that you commented on that post?

4      A.    Correct.

5      Q.    And what did you say?

6      A.    I said, "I called a huge law

7  firm about suing Merrill Lynch for

8  blocking the purchase if" -- I meant of --

9  "GME and AMC.  Lawyer is going to call me

10 back."

11     Q.    And were you referring to

12 reaching out to the Rosen Law Firm?

13     A.    I can't recall.

14     Q.    But at this point in time, you

15 were focused on suing Merrill Lynch for

16 blocking purchasing of GME and AMC.

17     A.    I was focused on suing anyone

18 and everyone involved at the time.

19     Q.    You only list Merrill Lynch;

20 right?

21     A.    Correct.

22     Q.    Why did you want to sue Merrill

23 Lynch?

24     A.    Well, I'm not a legal expert.

25 But part of my assumption at the time was

Page 244

                    CASH - CONFIDENTIAL
 1
 2    that I was a direct customer of theirs,
 3    and I can't remember if they restricted
 4    stocks or options.  But any kind of
 5    restriction obviously upset me.
 6         Q.    So you wanted to sue Merrill
 7    Lynch because what they did upset you.
 8         A.    Well, it seemed illegal and
 9    unethical at the time.
10         Q.    But you're not a lawyer.
11         A.    Nor did I stay at the Holiday
12    Inn, so I can't pretend to be.
13         Q.    I don't understand that.
14         A.    Oh, it's just -- sorry.  It was
15    just a joke from Holiday Inn commercials.
16    They used to say, "I'm not a doctor, but I
17    stayed at Holiday Inn."
18         Q.    Sounds like it would have been a
19    good joke if I was aware of the reference.
20         A.    That's okay.
21         Q.    Are you aware that the
22    defendants in this case served a request
23    for the production of documents?
24         A.    Yes.
25               MR. S. COHEN:  Could we bring up

```
                                        Page 245

 1            CASH - CONFIDENTIAL
 2       Exhibit 31.
 3            (Exhibit 31, Defendants' First
 4       Set of Requests For the Production of
 5       Documents and Electronically Stored
 6       Information Directed To Plaintiffs,
 7       was previously marked for
 8       identification.)
 9       Q.    You'll see in your folder soon
10   an exhibit previously marked Exhibit 31 in
11   this case.
12       A.    Yes.
13       Q.    Did it come up as 267?  Or --
14       A.    268.  It came up as 268.
15            MR. ROSEN:  But it's marked --
16       it's marked as 31.  So it's been --
17       it's been previously marked.  So I
18       guess you're going to have some --
19            MR. S. COHEN:  Some
20       administrative work to do.  All right.
21            MR. ROSEN:  Yeah.  But anyway,
22       it doesn't matter for purposes of
23       right now.
24   BY MR. S. COHEN:
25       Q.    Have you seen this document
```

1              CASH - CONFIDENTIAL
2    before, Mr. Cash?
3         A.    Yes.
4         Q.    Is this the request for the
5    production of documents that we were
6    previously speaking about?
7         A.    I believe so.
8         Q.    And when was this -- when did
9    you first see this?
10        A.    I don't recall specifically.
11        Q.    Do you know how you got it?
12        A.    From my lawyers.
13        Q.    The Rosen Law Firm sent it to
14   you.
15        A.    Correct.
16        Q.    But you don't recall when?
17        A.    Correct.
18        Q.    Was it within the last month,
19   say?
20        A.    I couldn't say for certain.
21        Q.    Do you know if this was after
22   you retained the Rosen Law Firm?
23        A.    I don't recall.
24        Q.    What is your understanding of
25   what this document is?

Page 247

1          CASH - CONFIDENTIAL
2      A.    It's defendants' first set of
3   requests for the production of documents
4   and electronically stored information
5   directed to plaintiffs.
6      Q.    And what does this obligate you
7   to do, if anything?
8      A.    Provide documents that are
9   requested.
10     Q.    And did you go through this
11  request for production?
12     A.    Yes.
13     Q.    Did you go through it with
14  counsel, without disclosing anything you
15  may have spoken with -- spoken about with
16  counsel?
17          MR. ROSEN:  Hold on a second.  I
18      have to object.  So -- so if you're
19      asking him if he discussed this with
20      us, that's not allowed.  So -- well,
21      since you're asking a question that
22      doesn't ask for attorney-client
23      privilege.
24     Q.    Did you seek to respond to this
25  document alone or with assistance?

```
 1            CASH - CONFIDENTIAL
 2              MR. ROSEN:  How does he --
 3       how -- I mean, I still have to object.
 4       So I'll just instruct, Mr. Cash.  So
 5       if you understand the question, you
 6       can answer it.  But you're not allowed
 7       to -- you should not -- I'm
 8       instructing you not to disclose
 9       anything that we've discussed, you've
10       discussed with any of the lawyers in
11       our office relating to this document
12       or anything else.  So if you can
13       answer the question without doing
14       that, that's fine.
15       A.    I don't know how I would answer
16   that question comfortably without doing
17   that.
18       Q.    Okay.  I'll ask you a different
19   question.
20            When you received this request
21   for production, did you go through this
22   alone and find the documents that are
23   requested in here?
24       A.    Are you asking if I went through
25   my documents alone?
```

```
 1              CASH - CONFIDENTIAL
 2        Q.    Did you go through this document
 3   alone and interpret the requests here on
 4   your own?
 5        A.    I don't recall.  We went over a
 6   lot of stuff.
 7        Q.    Can you tell me the process of
 8   how you went about producing the documents
 9   in accordance with those requests?
10        A.    I downloaded statements from the
11   financial institutions required and social
12   media posts.
13        Q.    Did you go through your text
14   messages?
15        A.    No.
16        Q.    Okay.  Are you aware that you
17   were supposed to go through your text
18   messages for responsive documents in this?
19        A.    There was nothing in my texts
20   related to anything.
21        Q.    How did you know if you didn't
22   go through them?
23        A.    The only things I've ever done,
24   I've been on social media, that I've
25   provided, and my bank statements, which
```

Page 250

```
 1           CASH - CONFIDENTIAL
 2    are not in a text message.
 3         Q.    Did you look for hard copy
 4    documents that were responsive to these
 5    requests?
 6         A.    I don't keep hard copy
 7    documents.
 8         Q.    Did you go through your
 9    electronic files that were -- for
10    documents that were responsive to this
11    request?
12         A.    I don't store those.
13         Q.    You don't store documents on
14    your computer?
15         A.    Not related to this.  Bank
16    statements I get from the broker's
17    website, and I got the social media
18    downloads from the social media companies.
19    I don't save anything outside of that.
20         Q.    Did you go through your email
21    accounts?
22         A.    Same situation.  I don't email
23    about any of this kind of stuff.
24         Q.    And you don't receive emails
25    from your brokerage accounts?
```

Page 251

1                    CASH - CONFIDENTIAL

2          A.     Sometimes.   They don't contain

3     anything in them.

4          Q.     What types of emails do you

5     receive from them?

6          A.     I might get an email that says

7     "Your statement is ready" with a link

8     going back to their website to view said

9     statement.

10         Q.     Okay.   And do you retain

11    investment records anywhere else?

12         A.     No.

13         Q.     Have you communicated in writing

14    with anybody regarding GameStop outside of

15    social media?

16         A.     No.

17         Q.     Did you turn over all of your

18    direct messages through these social media

19    accounts relating to the requests at

20    issue?

21         A.     To the best of my knowledge,

22    yes.

23         Q.     What social media accounts do

24    you engage in direct messages with?

25         A.     None that I can think of.

Page 252

1          CASH - CONFIDENTIAL

2     Q.     Reddit?

3     A.     Very rarely, if someone sends

4  you a private message, but most of that is

5  just like a public message board forum.

6     Q.     Did you in December of 2020 or

7  January of 2021 communicate with people

8  through direct messages on Reddit?

9     A.     Not that I recall.

10    Q.     Okay.  What about through your

11 Twitter?

12    A.     No.

13    Q.     Or Facebook?

14    A.     Correct.  No.

15    Q.     And you don't -- do you have any

16 messaging platforms like WhatsApp or

17 anything like that that's just

18 specifically for messaging?

19    A.     No.  I'm a basic text message

20 kind of guy.

21    Q.     And when did you give your

22 documents to counsel?

23    A.     I don't recall.  Multiple --

24 multiple times.

25    Q.     But it was within the last few

Page 253

```
                              CASH - CONFIDENTIAL
 1
 2     months, would you say?
 3          A.    I don't recall specifically.
 4          Q.    You said you had a Tastyworks
 5     account; correct?
 6          A.    Correct.
 7          Q.    Did you look through that
 8     account for responsive information?
 9          A.    I submitted statements for that.
10     It's a brokerage account.
11          Q.    And you produced the responsive
12     documents from Tastyworks?
13          A.    Yes.
14          Q.    When did you give counsel the
15     statements from Tastyworks?
16          A.    I believe that was yesterday.
17          Q.    Do you know how many statements
18     you produced from Tastyworks?
19          A.    I think it was three.
20          Q.    And for which months you did
21     that for?
22          A.    Maybe it was two.  January --
23     no.  I think it was three.  I think it was
24     December, January, and March.  And it was
25     odd.  There was no statement for February.
```

Page 254

1           CASH - CONFIDENTIAL

2               MR. ROSEN:  Actually, I think

3       there was one statement covered

4       February and March.

5               THE WITNESS:  Oh, got it.  There

6       was no separate statement from them.

7               MR. ROSEN:  Yeah.

8               THE WITNESS:  Okay.

9    BY MR. S. COHEN:

10      Q.    So based on the Reddit comments

11   that you made that we just looked at, you

12   were interested in pursuing litigation

13   related to the GameStop matter starting in

14   January 28, 2021; right?

15      A.    I was interested in pursuing

16   litigation.  Yes.

17      Q.    At that time and since, have you

18   deleted any relevant information or

19   documents that would have been responsive

20   to these requests?

21      A.    No.

22      Q.    From January 28, 2021, did you

23   make sure to preserve relevant documents

24   that would have been related to a future

25   lawsuit on this matter?

Page 255

CASH - CONFIDENTIAL

1

2       A.      Yes.

3       Q.      And how did you make sure to

4   preserve those documents?

5       A.      Well, I didn't really know what

6   documents would be needed, because I'm not

7   a lawyer.  But again, all the statements

8   my brokers have on file, and Reddit and

9   others have data downloads of your

10  comments that I was able to get.

11      Q.      Mr. Cash, that's it from me

12  today.  I appreciate you taking the time

13  for this deposition.

14              MR. ROSEN:  I have two quick

15      questions.

16  BY MR. ROSEN:

17      Q.      Mr. Cash, earlier today, you had

18  referred to Reddit Wallstreetbets

19  participants or people who post there as a

20  frat house of degenerate gamblers.

21              What did you mean by that?

22      A.      Yeah.  I mean, that was

23  mostly -- that was a joke.  But I was just

24  trying to characterize that, you know,

25  posts on Reddit should be taken with a

```
 1            CASH - CONFIDENTIAL
 2     grain of salt and should probably not be
 3     taken seriously as investment advice, and
 4     it was not anything that drove my
 5     decisions.  My decisions were based on my
 6     own research and analysis of the GameStop
 7     situation.
 8        Q.    Okay.  I don't have any further
 9     questions.
10            MR. S. COHEN:  Nor do I.
11            MR. ROSEN:  Okay.  Thank you,
12        Mr. Cash.
13            THE VIDEOGRAPHER:  Stand by
14        while I close the record.
15            This concludes today's
16        deposition by Thomas Cash.  The number
17        of media units used was five.  They
18        will be retained by Veritext Legal
19        Solutions.  We are going off the
20        record at 4:58 p.m. Eastern Daylight
21        Time.  Thank you, everybody.  Stay
22        safe.
23            (TIME NOTED:  4:58 p.m.)
24
25
```