# Exhibit 4

```
 1
 2        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF FLORIDA
 3           CASE NO. 1:21-MD-2989-CMA
 4   IN RE:                        :
                                   :
 5   JANUARY 2021 SHORT            :
     SQUEEZE TRADING               :
 6   LITIGATION                    :
                                   :
 7   ------------------------      :
 8
 9        VIDEOTAPE DEPOSITION VIA ZOOM OF:
10               ALVAN C. CHOW
11            TUESDAY, APRIL 25, 2023
12
13
14
15
16
17
18
19
20
21
22
23
24   REPORTED BY:
25   SILVIA P. WAGE, CCR, CRR, RPR
```

Page 38

1    ALVAN C. CHOW
2  interest in GME?
3       A. My initial interest was sparked by an
4  investment made by Dr. Michael Burry.
5       Q. And Dr. Michael Burry is the guy from
6  the mortgage backed securities, he's the guy in
7  "The Big Short," right?
8       A. That's correct.
9       Q. And how much research did you do into
10 GME prior to your initial investment?
11      A. A dozen hours maybe.
12      Q. Did you say a thousand hours?
13      A. No, a dozen, dozen.
14      Q. "A dozen," okay, sorry. I really
15 misheard you there.
16         Did the high shortage risk in GME
17 make it more appealing to you as a potential
18 investment?
19      A. Yes.
20      Q. And why is that?
21      A. Because it was a signal to me that
22 the market was -- the perception was heavily
23 skewed to the down side for that company. So
24 there was, you know, a tremendous negative
25 sentiment on GameStop, which I believed to be

Page 39

1    ALVAN C. CHOW
2  false.
3       Q. So you disagreed with the views of a
4  lot of these short sellers, right?
5       A. Correct.
6          MS. YOUNG: Let's look at Tab 1. I
7  think this will be 207.
8          (Deposition Exhibit 207, post titled,
9  "The Real Greatest Short Burn of the Century,"
10 was marked for identification.)
11      Q. I think if you -- this should just
12 take a second. It looks like it's loading. It
13 should be available now.
14         We can screen share it or you can
15 pull it up on your own, Mr. Chow. It's up to
16 you, whatever is more convenient.
17      A. Which tab?
18      Q. Sorry. It's Exhibit 207/Tab 1.
19      A. Okay, I'm pulling it up.
20      Q. Thank you.
21         And do you recognize this document
22 whenever you have it in front of you?
23      A. Yes, I do.
24      Q. And is this a post from you to the
25 sub-Reddit at Wall Street Bets on September 9th,

Page 40

1    ALVAN C. CHOW
2  2020?
3       A. Yes.
4       Q. Was this the first time that you
5  posted on Wall Street Bets, if you recall?
6       A. No.
7       Q. Do you frequently post on Wall Street
8  Bets prior to this time?
9       A. No.
10      Q. And on the intro section about
11 halfway down the page, do you see where you
12 write, "Sup gamblers feel bad about missing the
13 game train on Tesla. Fear not. Something much
14 greater and stupider is here"?
15      A. Yes.
16      Q. And what do you mean by "gamblers"?
17      A. Wall Street Bets was a community
18 known for very reckless investments, to the point
19 where they're not investments. They're just
20 buying options, which is very similar to a
21 gambling activity, where, you know, the outcomes
22 can be drastic.
23      Q. So were you suggesting that this --
24 were you referring to people who might be
25 interested in making a relatively speculative

Page 41

1    ALVAN C. CHOW
2  stock investment then when you said "gamblers"?
3       A. Right, right.
4       Q. And around this time had there been a
5  big, you know, price run up of Tesla stock in
6  investors that hadn't gotten in on the ground
7  floor and sort of missed out on that; is that
8  what the reference to Tesla is about?
9       A. Yes.
10      Q. And so when you wrote, "something
11 much greater and stupider is here," you're
12 talking about GameStop?
13      A. Yes.
14      Q. In the next paragraph, you talk about
15 Citadel, right?
16      A. Yes.
17      Q. And you write, "We're going to
18 temporarily join forces with the Galatic Empire
19 hijack the Death Star."
20         By "Death Star" were you referring to
21 Citadel?
22      A. Yes.
23      Q. And who is "we"?
24      A. "We" is whoever chooses to believe in
25 my analysis.

11 (Pages 38 - 41)

Page 90

1      ALVAN C. CHOW
2  that there was a high likelihood that GME could
3  hit $400 a share, did you think that there was a
4  high likelihood it could hit that when you factor
5  in, you know, short interest and the possibility
6  of a squeeze?
7      A.  Yeah, I think -- yeah, I think, it
8  probably should have went even higher.  But 400
9  felt, you know, very good to me.
10     Q.  And why did you say that it probably
11 should have gone even higher?
12     A.  You know, this probably intersects
13 with while we're here in the halts.  I think that
14 if -- you know, it's just so hard to say.  I just
15 don't know because what happened happened.  But
16 it seems to me that the halts caused some sort of
17 disruption in the price and, you know, if there's
18 nothing that happened, it would have gone higher.
19     Q.  So, when you said you were pricing
20 for "insanity," how did you account for that
21 expected insanity?
22     A.  I think the strongest analog is just
23 to look at Tesla.
24     Q.  Where you felt that Tesla's stock
25 price became disconnected from its underlying

Page 91

1      ALVAN C. CHOW
2  fundamentals?
3      A.  Not so much that it was disconnected
4  but just that it was a very fervor belief that
5  the company, you know, had a very bright future.
6      Q.  And then you characterized -- this is
7  a little bit further down.  You said, "I think
8  more value investing plus short burn, cherry on
9  top."
10         Do you see that?  I think it's about
11 midway down the page.
12     A.  Yes.
13     Q.  So you thought that a GME turnaround
14 was possible coupled with the possibility of a
15 short burn, right?
16     A.  Yes.
17     Q.  And both of these factors were
18 important to you or important to your thesis
19 about GameStop, right?
20     A.  Yes.
21     Q.  And why did you engage with other
22 users on social media that were commenting on
23 these posts?
24     A.  I consistently tried to look for
25 holes in my thesis so I that can exit, you know,

Page 92

1      ALVAN C. CHOW
2  if someone provides a piece of evidence that's
3  compelling and it disproves what I have to say.
4  So I engage with them to extract as much
5  information I can from them to see if I'm wrong.
6  That's why I talked with them.
7      Q.  So it's fair to say you kind of
8  wanted to debate with or learn from these other
9  users?
10     A.  Right.  Especially the ones that
11 disagreed with me so that, you know --
12     Q.  It's way of stress testing your
13 theory?
14     A.  Yes.
15         MS. YOUNG:  Let's go to Tab 4, which
16 I think will be Exhibit 210.
17         (Deposition Exhibit 210, Reddit
18 thread, was marked for identification.)
19     Q.  I think it should be available now.
20         Do you see that?
21     A.  Yes.
22     Q.  And do you recognize this document?
23     A.  I do.
24     Q.  And this is Wall Street Bets post you
25 made on December 1st, 2020?

Page 93

1      ALVAN C. CHOW
2      A.  Yes.
3      Q.  And it's titled, "The Real Greatest
4  Short Burn of the Century Part 3 GME Infinity
5  War"?
6      A.  Yes.
7      Q.  And near the top you write that
8  you're posting that, "The final warning bell in
9  that next time I post in 2021 will be to recap
10 the squeeze's result and post game porn along
11 with Deep Fucking Value and others."
12         And that, "This is the last stop
13 before the moon mission."
14     A.  Yes.
15     Q.  Do you see that?
16         And why did you want to warn others
17 in this way?
18     A.  I make these, you know, consecutive
19 posts because there's -- there was so much
20 happening and so many changes going on at the
21 company at that moment that I thought, you know,
22 people who were nice enough to read my previous
23 posts, I should keep them in the loop, in case
24 anything changed.  And, to me, at that point,
25 nothing had changed.  In fact, the thesis had

Page 94

1  ALVAN C. CHOW
2  become even stronger.
3  Q. And at this point, you referred to a
4  "squeeze" rather than a short burn.
5  At this point in time, did you have a
6  view that that would be more of a short squeeze
7  in GME rather than a short burn?
8  A. I guess. I guess so. That's why I
9  wrote that word.
10  Q. And you mentioned Deep Fucking Value
11  here along with a couple of other Reddit users.
12  Why did you mention this group of
13  users?
14  A. I think I had been conversing with
15  them, you know, either directly or in a group and
16  they -- they shared my view and I was happy to
17  have some friends.
18  Q. And I think you testified earlier
19  that you thought that Mr. Gill didn't emphasize
20  the importance of Ryan Cohen's involvement in the
21  company quite as significantly as you; is that
22  right?
23  A. Yes.
24  Q. But were there any other kind of
25  differences in your investment thesis or strategy

Page 95

1  ALVAN C. CHOW
2  with respect to GME that you observed?
3  A. I think he was a much more thorough
4  analyst than me. That's really all I can say.
5  Q. "He" being Gill?
6  A. Yes.
7  Q. And when you say, The next time you
8  post, you'll "recap the squeeze's result and post
9  game porn" and "this is the last stop before the
10  moon mission," you know, did you at all hope that
11  this post would gin up support for GME?
12  A. I think for the people who agreed,
13  you know, people who had been following along
14  this entire time, I was just providing more and
15  more information. But if you disagreed, I mean,
16  more power to you.
17  Q. So fair to say you weren't actively,
18  you know, trying to convince people to invest,
19  but for the people who also saw value or, you
20  know, agreed with your investment thesis, you
21  know, you did hope that they would support GME?
22  A. Yes. It's just the nature of these
23  forums where I don't actually know, you know, who
24  I am talking to. I could just be talking to
25  nobody.

Page 96

1  ALVAN C. CHOW
2  And so it seems easier to make like
3  large pronouncements, which is why I enjoy
4  engaging with them individually. But, yeah, I
5  don't know how else to, like, talk to, you know,
6  like everyone that wants and, you know, sort of
7  like identify the people who are interested in
8  evaluating the stock so that we can continue to,
9  like, find information, right.
10  So, if I engage with viewers in this
11  way, then it's more extremist than the people who
12  disagree can come out and then I can talk to
13  them. And, of course, you know, people who
14  already agree, I don't really care about, you
15  know.
16  Q. And you mention that GME would
17  release Q3 earnings a week later on December 8th,
18  I think.
19  Is that why you thought that this was
20  "the last stop before the moon"?
21  A. Yes.
22  Q. So you expected the GME stock price
23  would increase after earnings?
24  A. Yes.
25  Q. And further down you say that, "The

Page 97

1  ALVAN C. CHOW
2  GME story can be broken up in two main theses and
3  that GME is both the deep value play and an
4  infinity short squeeze, which was credibility all
5  on its own."
6  And then you say, "When combining the
7  two, you get the trade of a lifetime."
8  I think this is under -- this is
9  under "GME Overview," that first paragraph there.
10  Do you see that?
11  A. Yes.
12  Q. And what's an "infinity short
13  squeeze"?
14  A. It's a planned infinity war title.
15  It's just a short squeeze.
16  Q. And this is about three months since
17  your first post about GME. At least, I think so.
18  Why were you still convinced that
19  there would be a squeeze?
20  A. Well, I guess, cause to me like just
21  the company keeps getting better, right. And the
22  shorts are not closing their position. So that's
23  why I thought it would happen.
24  Q. And further down you write, "I have
25  never ever seen a trade set up like this before.

25 (Pages 94 - 97)

Page 98

ALVAN C. CHOW

2  I poured over every source of historical finance
3  material that I can get my hands out. Still have
4  nothing to reference to. In my opinion, this
5  will look more like the 2008 MBS bet."
6      Does "MBS" refer to mortgage-backed
7  securities?
8      A. Yes.
9      Q. And what parallel were you drawing
10 here to the, you know, to the 2008
11 mortgage-backed securities bet?
12     A. The fact that -- so, if you short a
13 stock, by nature you are borrowing against. So
14 that's the inherent leverage built into it.
15 There's the lack of liquidity and then there's
16 the general consensus that's wrong.
17     And all these three things were
18 present in the 2008 mortgage-backed security bet
19 where people were, you know, had eight different
20 mortgages. There was no one to sell it to and,
21 you know, they were wrong to expect the economy
22 to continue or whatever the personal lifestyle.
23     So it's drastic in the amount of
24 people that, I guess, you know, involved. And
25 it's just such a strong, you know, price

Page 99

ALVAN C. CHOW

2  correction that I thought it would be equivalent
3  to, you know, something as attention grabbing as
4  2008.
5      Q. And beneath that you say, "Just stay
6  fucking face ripping out of nowhere legendary HOF
7  ticker bet that will bankrupt some funds and get
8  people fired. And, of course, but no community
9  other than WSB's name next to it in the history
10 books. And if I could pencil only our own lovely
11 GME Discord and Roaring Kitty's YouTube stream."
12     Do you see that?
13     A. Yes.
14     Q. And what's the reference to the
15 "legendary HOF ticker bet"?
16     A. That's GameStop.
17     Q. And when you say, that this is a bet
18 "with no community other than Wall Street Bets
19 name next to it in the history books," what did
20 you mean by that?
21     A. Look, I think, for a long time retail
22 was not well-respected. I think that's probably
23 still the case. So this is a time where we found
24 a price -- sorry.
25     We found a company that was mispriced

Page 100

ALVAN C. CHOW

2  before anyone else did and we were the ones to do
3  it, not Ray Dalio, not Warren Buffet or not --
4  you know, whoever, Paul Tudor Jones. It was the
5  retail people. And so I think that's a good win
6  for the small guys.
7      Q. And by, "we," are you referring to
8  like the Wall Street Bets community, the retail
9  investors on the site?
10     A. Yes.
11     Q. And you saw this community as being,
12 at least, partially responsible for the price run
13 up of GME?
14     A. I, actually, don't think so. You
15 know, the buying power collectively of Wall
16 Street Bets at the time was very very little.
17 Again, you know, these crazy price movements
18 really just happened after Andrew Left of Citron,
19 you know, started to make a fuss and, of course,
20 Ryan Cohen increasing his stake.
21     You know, before all the media
22 attention, Wall Street Bets was maybe a less than
23 a tenth of what it is today. Only after was it
24 revealed that we discovered that everyone sort of
25 joined. So I think that, like, the impact of

Page 101

ALVAN C. CHOW

2  Wall Street Bets is drastically overstated. We
3  were just the first ones.
4      Q. But here you wrote with, "no
5  community other than Wall Street Bets's name next
6  to it in the history books," right?
7      A. Yes.
8      Q. And that's referring to GME?
9      A. Yes. Like, we predicted it, right.
10     Q. Right.
11     And so you're saying that -- you're
12 not saying that some of these other investors are
13 listed in the history books next to GME, right,
14 just the Wall Street Bets community?
15     A. Yes.
16     Q. And you also mentioned the GME
17 Discord and Roaring Kitty's YouTube.
18     Why did you mention those sites or
19 platforms?
20     A. So that they could be recorded as
21 part of history.
22     Q. Because you saw those, you know, the
23 GME Discord and Roaring Kitty's YouTube as
24 contributing to the success of this bet on GME?
25     A. There is a small group of people who

26 (Pages 98 - 101)

Page 102

1  ALVAN C. CHOW
2  were collaborating for, you know, streaming
3  information. And, you know, I have a limited
4  amount of time, limited amount of energy and
5  focus and, you know, it's very helpful when other
6  people can bring something to the table,
7  something we haven't seen. You know, they just
8  crawl the entire Internet web and, you know,
9  share information. So I am thankful for their
10 contributions and a lot of that was, like,
11 brought up to Roaring Kitty and his YouTube
12 streams.
13      Q.  And you saw that the sharing of
14 information on those platforms as contributing to
15 the success of this bet on GME; is that right?
16      A.  It helped me refine my thesis, yeah.
17      Q.  If you look further down on the page,
18 there is a header that states, "Act Two Avengers
19 assemble."
20      A.  Yeah.
21      Q.  It's in bold.
22         Do you see that?
23      A.  Yes.
24      Q.  And then beneath that, right below
25 the header numbered one, you say, "Let me show

Page 103

1  ALVAN C. CHOW
2  you the ridiculous Avengers teams we have. By
3  Avengers team, I mean, all the bullish cases,"
4  and then there is a numbered list beneath that.
5      Why did you analogize the bullish
6  cases for GME to the Avengers?
7      A.  That was one of my favorite movies at
8  the time. So I was just paying homage to them.
9      Q.  And No. 6 on the list -- this is if
10 you -- you have to go down to the next page. You
11 mention three signs of a bubble, "leverage, lack
12 of liquidity and consensus."
13     And you say that, "consensus is a
14 necessary factor in identifying a bubble."
15     What does that mean in the context of
16 GME?
17     A.  Yeah. Well, it seemed to me that the
18 market was extremely bearish on GameStop. That
19 was the consensus that it would go bankrupt. So
20 everywhere online like most of the other forums
21 that I would read or any analysis about GameStop
22 was bearish. So everyone thought it would go
23 bankrupt except for, you know, a handful of
24 people, couple dozen probably that did enough of
25 the work to know that that's not true.

Page 104

1  ALVAN C. CHOW
2      Q.  And so, when you say, "consensus,"
3  you're saying consensus that's contrary to your
4  view?
5      A.  The "consensus" was that GameStop
6  would go bankrupt, yeah.
7      Q.  Right.
8         And so part of the factors that you
9  thought would lead to a "bubble" is that the
10 consensus was inconsistent with your conclusion?
11     A.  Yes.
12     Q.  And No. 10 on the list of Avengers --
13 and this is on the second page -- says, "most
14 importantly you."
15        And then it says beneath that, "CNBC
16 and other misled egotistic mass media companies
17 and institutional investors continue time and
18 time again look down upon the new generation of
19 traders and laugh at Wall Street Bets. Tell me
20 which one of them has read all of the Moody's
21 credit reports on GME? Which one of them
22 livestreams collaborative GME due diligence 20
23 plus hours a week for six months plus straight?"
24        This sentiment that you're -- you
25 know, expressed about institutional investors

Page 105

1  ALVAN C. CHOW
2  looking down upon the new generation of traders
3  and laughing at Wall Street Bets, did that
4  contribute to your desire to hold or buy or hold
5  GME at this time?
6      A.  No.
7      Q.  So why did you mention this?
8      A.  Well, I -- I find buy and hold
9  GameStop because I believe in, you know,
10 turnaround story. I believe it's mispriced. I
11 believe, you know, I can make money from it. I
12 think it's just very interesting that -- my brain
13 is, like, slowing down -- that, you know, even
14 when we -- even when we shared all the stuff on
15 line publically, people still refused to look at
16 the facts. So that was very interesting to me.
17     Sorry. It's like, hey, this apple is
18 red and everyone is saying it's purple. It's
19 like what the heck is going on.
20     Q.  And who are the people that you say
21 "refused to look at the facts"?
22     A.  So media news outlets, a lot of
23 people online who were posting on bearish
24 articles, you know, it's reflective in the short
25 interest. I didn't know who those shorts were,

27 (Pages 102 - 105)

|  | Page 106 |  | Page 108 |
|---|---|---|---|
| 1 | ALVAN C. CHOW | 1 | ALVAN C. CHOW |
| 2 | but they increased their position. So, | 2 | trade," you suggest that price target is easily |
| 3 | obviously, they disagreed. | 3 | over 100 and that the Jeff Amazon target is 420. |
| 4 | Q. And so you included this not because | 4 | What's the reference to a hundred |
| 5 | it was important to your investment thesis but | 5 | dollar a share target here? |
| 6 | just because you thought it was interesting? | 6 | A. I can't recall. It probably has to |
| 7 | A. Well, because I wanted to make a | 7 | do with something with price to sales ratio, |
| 8 | point that, you know, I don't think that they | 8 | price of earnings. |
| 9 | have the right analysis and we do. A lot of | 9 | Q. So does that suggest that -- so |
| 10 | their analysis is very shallow, right. So they | 10 | what's the difference then between that hundred |
| 11 | just -- oh, they say, bull blockbuster, | 11 | dollar share target and the $420 a share target? |
| 12 | blockbuster, it's going to go bankrupt, whatever, | 12 | A. You know, when Tesla was experiencing |
| 13 | but they didn't do the work like we did. | 13 | its own short burn, I had purchased it, you know |
| 14 | Q. And you saw this online community on | 14 | -- so this is pre-split prices. So I purchased |
| 15 | Wall Street Bets, you know, that had done this | 15 | it around 180 and it went to 420 and I sold -- |
| 16 | actual research as being, you know, some of the | 16 | actually, sorry. |
| 17 | "Avengers" that were bullish on GME? | 17 | I purchased it around 180 and it went |
| 18 | A. I posted to Wall Street Bets, you | 18 | to 360, which is its all time high, and I sold at |
| 19 | know, agnostic of who was on it. But I just | 19 | 360. Who would have known that it went to over, |
| 20 | wanted to, like, communicate to, you know, the | 20 | like, $3,000, right. So there's a conservative |
| 21 | people in support of this company that it seemed | 21 | price target and there's a very, you know -- you |
| 22 | to me that nobody else did as much work as we | 22 | know, outlandish price target. For reasons we |
| 23 | did, right. | 23 | don't know why, but that's why I accounted for |
| 24 | So, you know, Wall Street Bets is | 24 | that fact. Like, this -- I'm just analoging from |
| 25 | very big. You know, you can make a posting and | 25 | Tesla, right. I think, like, that there can |

|  | Page 107 |  | Page 109 |
|---|---|---|---|
| 1 | ALVAN C. CHOW | 1 | ALVAN C. CHOW |
| 2 | nobody really cares but... | 2 | about so much -- |
| 3 | Yeah, I was just trying to | 3 | Q. I'm sorry. I didn't mean to |
| 4 | communicate a position to people who are in my | 4 | interrupt you. |
| 5 | camp. | 5 | A. No, no, go ahead. |
| 6 | Q. And when you say, "my camp," did you | 6 | Q. No, no, please. |
| 7 | feel a sense of, you know, unity within this | 7 | A. There can be some price appreciation |
| 8 | online community of retail investors that were | 8 | and there can be, you know, one that makes, you |
| 9 | supportive of GME? | 9 | know, makes you re-evaluate how you view the |
| 10 | A. It's a very small subset of Wall | 10 | world. |
| 11 | Street Bets, which is very -- you know, I think | 11 | Q. And so is 420 a share the more |
| 12 | it was like 800,000 or a million people at the | 12 | outlandish price target? |
| 13 | time. It was a small subset of people on Wall | 13 | A. Yeah, relative to a hundred, yeah. |
| 14 | Street Bets. I don't -- again, I don't know who | 14 | Q. A hundred dollars a share was the |
| 15 | they are. But I just wanted to communicate to | 15 | more conservative GME price target, in your view, |
| 16 | those people, just probably a couple dozen | 16 | at that time, at least? |
| 17 | handful of people. | 17 | A. Yes. |
| 18 | Q. So a subset of that community maybe | 18 | Q. And so what did the, you know, $420 a |
| 19 | is more accurate to say? | 19 | share price target for GME, what did that account |
| 20 | A. Yes, "a subset" of Wall Street Bets. | 20 | for that the hundred dollar share price target |
| 21 | Q. And the reference to "livestream | 21 | didn't account for? |
| 22 | collaborative GME due diligence 20 plus hours a | 22 | A. Yeah, I think, I mention it right |
| 23 | week," does that refer to the Roaring Kitty? | 23 | after it. But my text is a little bit hard to |
| 24 | A. Yes. | 24 | see. |
| 25 | Q. And on Page 2 under "Act 3, the | 25 | PS ratio of five, what else does it |

|  |  |
|---|---|
| Page 110<br>1  ALVAN C. CHOW<br>2  say?<br>3  Q. "Maybe four with console cycle<br>4  revenue. That wouldn't even be considered a<br>5  euphoric price with today's growth stocks."<br>6     And then for comparison, you mention<br>7  a couple of tickers. One of which is Tesla.<br>8  A. Yeah. So, In Vidia 22; Tesla at 20<br>9  and what's the last one? Chewy at 5. So<br>10 GameStop at --<br>11    (Stenographer Clarification.)<br>12 A. At Chewy, Chewy at 5.<br>13    So GameStop at 420 would be 4 times<br>14 cheaper than In Vidia with the same evaluation.<br>15 So 420 seems -- you know, it even seems<br>16 conservative almost.<br>17 Q. I thought you said that a hundred<br>18 dollars a share for GME was a conservative price<br>19 target?<br>20 A. A hundred dollars is conservative,<br>21 yes. 420 puts GameStop at a price to sell ratio<br>22 of 5, which compared to like the 0 interest rate<br>23 phenomenon back in the 20 -- late 2021 -- I'm<br>24 sorry, late 2020 still made it cheaper than other<br>25 expensive stocks so... | Page 112<br>1  ALVAN C. CHOW<br>2  the conservative end or closer to the outlandish<br>3  end?<br>4     MR. MUHLENDORF: Asked and answered.<br>5  He's answered that a couple of times, I think.<br>6     I mean, you can go ahead.<br>7     THE WITNESS: Oh, sorry.<br>8  A. Can you say that again?<br>9  Q. Sure.<br>10    So what factors did you believe would<br>11 contribute to whether or not GME's stock price<br>12 was closer to the conservative hundred dollars a<br>13 share price target or the more outlandish 420<br>14 price target?<br>15 A. Like, I make, you know, guesses, but<br>16 I can't predict how the stock will behave. So,<br>17 if it hits a hundred and there begins to show<br>18 some weakness, you can shift your strategy.<br>19 Maybe I'll just allocate a little bit for it in<br>20 case it, you know, increases. If it hits 420,<br>21 great. Then I'm done, right. That's what I<br>22 expect sort of to happen. But, you know, you<br>23 can't really predict the stock prices. They're<br>24 just two different targets.<br>25 Q. I think that in your October 2020 |
| Page 111<br>1  ALVAN C. CHOW<br>2     Yeah, it's a spectrum, right.<br>3  Q. Do you recall any kind of discussion<br>4  on social media about, you know, placing GME<br>5  orders for 420 shares or any jokes about 420<br>6  around this time?<br>7  A. Yes.<br>8  Q. Is that in any way related to your<br>9  $420 a share price target for GME?<br>10 A. Yes.<br>11 Q. Can you elaborate on that? What's<br>12 the joke?<br>13 A. I think Elon Musk sort of popularized<br>14 this number, 420. It's a reference to, I think,<br>15 marijuana. Tesla hit this price and people<br>16 speculated that GameStop would also hit this<br>17 price sort of as a joke.<br>18    But if I look at it from a PS ratio,<br>19 it's like very very reasonable.<br>20 Q. So going back to this differential<br>21 between what you viewed as the conservative<br>22 hundred dollar a share price target and the<br>23 outlandish $420 a share price target, what<br>24 factors did you see as contributing to that, to,<br>25 you know, whether or not the price was closer to | Page 113<br>1  ALVAN C. CHOW<br>2  post you mention a price target of 400.<br>3     Do you know if here you're -- the<br>4  reference to 420 is because of this joke that we<br>5  were talking about earlier, or is there any kind<br>6  of math that was rolling up into your increase<br>7  from 400 to 420?<br>8  A. Yeah, it's mainly a joke. Although<br>9  it's like a -- it's like reasonable, right. It's<br>10 only like -- what is it? Half a percent more --<br>11 sorry, 25 percent more, if I -- yeah.<br>12 Q. And you purchased shares and call<br>13 options of GME in late 2020, right?<br>14 A. Yes.<br>15 Q. And you made those purchases in a<br>16 number of separate accounts, I think, an e-Trade<br>17 investment account, an e-Trade IRA account, a<br>18 Fidelity Roth IRA account and a Robinhood<br>19 account?<br>20 A. Yeah.<br>21 Q. And why did you spread those trades<br>22 across multiple accounts?<br>23 A. I don't really know. Maybe like ease<br>24 of use of the brokerages. Retirements, you know,<br>25 you can only buy shares. There was -- you know, |

| Page 114 | Page 116 |
|---|---|
| ALVAN C. CHOW | ALVAN C. CHOW |
| 2  some of the brokerages have different option | 2  Exhibit 211. |
| 3  prices.  Some of them have options commissions. | 3       Q.  I think it should be available now, |
| 4  I just sort of just -- I don't really know; | 4  if you refresh your page. |
| 5  again, multitude of factors. | 5       A.  Okay.  It's loading. |
| 6       MR. MUHLENDORF:  Hey, Kathleen, now | 6       Q.  Do you see it now or is it still |
| 7  that we've gotten through document, can you give | 7  loading? |
| 8  us a sense of how much time you've got left or | 8       A.  I see it. |
| 9  whether we need another break? | 9       Q.  And can you identify this document? |
| 10      MS. YOUNG:  I think I probably have | 10      A.  This is a video with -- it's a meme, |
| 11 maybe another hour. | 11 basically, a video meme. |
| 12      Is now a good time for a break?  Do | 12      Q.  And this is a video that you posted |
| 13 you want to take a break for lunch. | 13 on Reddit on Wall Street Bets on January 14, |
| 14      MR. MUHLENDORF:  Yeah, for everyone, | 14 2021, right? |
| 15 let's take a break. | 15      A.  Yes. |
| 16      MS. YOUNG:  Okay. | 16      Q.  And it states, "GME End Game," and |
| 17      MR. STERN:  And, again, I will need a | 17 then there are five rocket ship emojis, right? |
| 18 short break at one just a reminder. | 18      A.  Yes. |
| 19      MS. YOUNG:  Well, maybe we should | 19      Q.  What do the rocket ship emojis mean? |
| 20 break for like 45 minutes. | 20      A.  I guess it's in support of the |
| 21      THE VIDEOGRAPHER:  Let's go off now | 21 company.  It signifies like an increase in price. |
| 22 and then you can discuss. | 22      Q.  And the price of GME stock? |
| 23      The time is 12:34 p.m.  This the end | 23      A.  Yes. |
| 24 of Media 2 and we are going off the record. | 24      Q.  And what did you mean by "GME End |
| 25      (Lunch recess taken 12:34 to 1:20 | 25 Game"? |

| Page 115 | Page 117 |
|---|---|
| ALVAN C. CHOW | ALVAN C. CHOW |
| 2  p.m.) | 2       A.  Kind of going off the theme of the |
| 3       THE VIDEOGRAPHER:  The time is | 3  previous post, which was Infinity War.  End Game |
| 4  1:20 p.m.  This is the beginning of No. 3 and we | 4  is the sequel to Marvel's sort of like Mano |
| 5  are on the record. | 5  series.  So "End Game" is a I'll say reference to |
| 6       Q.  Mr. Chow, earlier today, I believe, | 6  Marvel. |
| 7  you testified that you began investing in GME | 7       Q.  So you're tying this back to your |
| 8  around September of 2020; is that right? | 8  December 2020 post where you talk about the GME |
| 9       A.  I believe so, yes. | 9  Avengers? |
| 10      Q.  And from the account statements your | 10      A.  Yes. |
| 11 Counsel produced to us, I believe that you | 11      Q.  And did you think that you were |
| 12 continued investing in GME call options and | 12 reaching some conclusion about the end game of |
| 13 shares of GME throughout the end of the year of | 13 GME? |
| 14 2020; is that right? | 14      A.  You know, I believe around this time, |
| 15      A.  Yes.  Yes. | 15 I think, these three that you see pictured here |
| 16      Q.  So now we're going to take a look at | 16 Jim Grube, Ryan Cohen and Alan Attal, had joined |
| 17 -- | 17 the Board of GameStop and so I thought this was |
| 18      MS. YOUNG:  Would you do Tabs 22 and | 18 -- you know, at the -- previous to this, Ryan |
| 19 23, Vineet. | 19 Cohen was just an investor, right.  So we were |
| 20      (Deposition Exhibit 211, Reddit | 20 unsure of his involvement in GameStop. |
| 21 thread, was marked for identification.) | 21      And we, you know, theorized -- "we" |
| 22      (Deposition Exhibit 212, video clip | 22 as, you know, people who were just online and on |
| 23 of "Avengers Endgame" manipulated by Mr. Chow, | 23 this string theorized, you know, maybe is he |
| 24 was marked for identification.) | 24 going to buy the entire company, is he going to |
| 25      MS. YOUNG:  And I think this will be | 25 -- you know, what is he going to do?  We don't |

|  | Page 126 |  | Page 128 |
|---|---|---|---|
| 1 | ALVAN C. CHOW | 1 | ALVAN C. CHOW |
| 2 | decrease on January 21st, 2021? | 2 | A. Okay. |
| 3 | A. No, I don't think so. Well, like, | 3 | MR. MUHLENDORF: The very top. |
| 4 | every day, you know, matters a lot, right. At | 4 | THE WITNESS: Oh. Oh, oh, I see. |
| 5 | this point, it's, basically, every hour. If -- | 5 | MR. MUHLENDORF: There you go. |
| 6 | and there's all sorts of things that could | 6 | A. Okay, we see it. |
| 7 | happen. | 7 | Q. And you see this is an article dated |
| 8 | For example, let's say the stock runs | 8 | January 26, 2021 titled, "GameStop jumps after |
| 9 | up to 200 and GameStop decides to do a share | 9 | hours as Elon Musk tweets out Reddit board that's |
| 10 | offering, then it would probably tank a lot. So, | 10 | hyping stock"? |
| 11 | you know, day to day it's like -- it's just | 11 | A. Yes. |
| 12 | impossible or you're just watching it all the | 12 | Q. And it states in the third bullet, |
| 13 | time. You're looking for, basically, every piece | 13 | "The Tesla CEO tweeted GameStop stonk with I |
| 14 | of news, every hint of, like, weakness in the | 14 | think two exclamation points." |
| 15 | stock. You're just watching every thing. It's | 15 | Did you see this tweet on |
| 16 | like -- it's so hard to predict, you know, what | 16 | January 26th? |
| 17 | will actually happen. | 17 | A. Yes, I did. |
| 18 | Q. And why is it that at this time you | 18 | Q. And did this tweet signal anything to |
| 19 | had to watch it this closely or like every hour | 19 | you? |
| 20 | in your -- you know, really matters, as I think | 20 | A. Yes, it did. |
| 21 | that you put it? | 21 | Q. And what did it signal? |
| 22 | A. Oh, yeah. Just cause I thought, you | 22 | A. To me it signaled the height of the |
| 23 | know, there was more and more attention being put | 23 | mania, which I was very comfortable exiting my |
| 24 | towards it, especially after Andrew Left. | 24 | position at that moment. |
| 25 | Q. And "attention" from whom? | 25 | Q. And what do you mean by "mania"? |

|  | Page 127 |  | Page 129 |
|---|---|---|---|
| 1 | ALVAN C. CHOW | 1 | ALVAN C. CHOW |
| 2 | A. Everybody. | 2 | A. So volatility in, I think, in markets |
| 3 | Q. Do you mean investors, people on | 3 | is rare because for the most part things are |
| 4 | social media? | 4 | priced appropriately and, of course, like over |
| 5 | A. Like, everyone on the planet with an | 5 | time based on the fundamentals, things may |
| 6 | Internet connection. | 6 | change. |
| 7 | Q. And did you think that that attention | 7 | If there is a very large market |
| 8 | was contributing to price volatility? | 8 | moving event maybe similar to like I saw today |
| 9 | A. Yes. | 9 | First Republic, you know, dropping 50 percent in |
| 10 | Q. But you didn't have any view as to | 10 | a day, there needs to be sort of like a marketer, |
| 11 | whether or not the price of GME would increase or | 11 | in my opinion, as a market participant to sort of |
| 12 | decrease at that time? | 12 | signal end of an episode. You know, this is, |
| 13 | A. I -- certainly hoped it would. But, | 13 | typically, for enthusiasm for bull cases. This |
| 14 | you know, it would just have to play whatever the | 14 | is when everyone is at their max optimism. And |
| 15 | market gives you. | 15 | for stocks that are decreasing, it's, typically, |
| 16 | MS. YOUNG: Let's look at previously | 16 | at their max estimates. It's hard to say exactly |
| 17 | marked Exhibit 15, Vineet. | 17 | what those are. |
| 18 | (Deposition Exhibit 15, article | 18 | But Elon Musk is tweeting. That to |
| 19 | titled, "GameStop jumps after hours as Elon Musk | 19 | me was signal. Of course, maybe who knows, maybe |
| 20 | tweets out Reddit board that's hyping stock," was | 20 | Donald Trump could have tweeted and I'd be wrong. |
| 21 | previously marked for identification.) | 21 | But to me, you know, Elon Musk was enough. |
| 22 | Q. Okay. I think it should be available | 22 | Q. And when you say, "end of an |
| 23 | now. It will be the first exhibit in the list. | 23 | episode," what do you mean by that? |
| 24 | Because this was previously used at a different | 24 | A. It's like if you have a thesis on why |
| 25 | deposition. | 25 | your stock is like unappreciated by the market, |

33 (Pages 126 - 129)

| Page 130 | Page 132 |
|---|---|
| 1    ALVAN C. CHOW<br>2  you know, there needs to be like a beginning and<br>3  end point to your thesis. So maybe similar to<br>4  Michael Burry in his mortgage-backed securities,<br>5  the end point for him was when Bear Stearns went<br>6  bankrupt. That's when he knew, like, he was able<br>7  to -- like, that's the time to close out his<br>8  credit default swaps, right. Because if he held<br>9  them, they would be worthless. But there needs<br>10 to be a time to trade them, you know.<br>11    Q. And, I think, you testified a few<br>12 moments ago that you think that market volatility<br>13 is "rare" because for the most part, you know,<br>14 stocks are priced appropriately.<br>15       Does that suggest that, you know,<br>16 during this period of volatility that you did not<br>17 think that GME was priced appropriately?<br>18       MR. STERN: Objection.<br>19    A. I didn't think GME was priced<br>20 appropriately, like, late 2020. I thought<br>21 eventually it would be priced appropriately.<br>22    Q. And when you mention the end point of<br>23 your thesis, I think you said, did you view<br>24 Elon's tweet as sort of being the end point of<br>25 your thesis in when you should exit your | 1    ALVAN C. CHOW<br>2       ALVAN CHOW: "You can see the risk in<br>3  his name. If the stock went from 10 to 150, you<br>4  know, then everyone thinks, well, it should go<br>5  from 150 to 10,000, right? There is no limit.<br>6       Who knows how high this could go. It<br>7  could go to 1,000, 2,000. You don't want to<br>8  overreact or try to steal a ball and risk a foul<br>9  in the key movements. You want to be extremely<br>10 disciplined in everything that you are trained to<br>11 do. So I was training myself to look for this<br>12 moment of euphoria. And then right before after<br>13 hours, Elon tweeted, 'game stonk.'"<br>14       (Playing video concluded.)<br>15    Q. And so this is the Elon Musk tweet<br>16 that we were just looking at, right?<br>17    A. Yes.<br>18    Q. And you call this the "moment of<br>19 euphoria"?<br>20    A. Yes.<br>21    Q. Why is it that you were confident<br>22 that this was an optimal time to sell?<br>23    A. Because it's Elon Musk. He's like<br>24 the coolest guy.<br>25    Q. And did you think that his tweet |
| Page 131 | Page 133 |
| 1    ALVAN C. CHOW<br>2  position?<br>3    A. In that moment, yes.<br>4    Q. Is that because you didn't think the<br>5  stock price would continue to climb after that?<br>6    A. Correct. Personally --<br>7    Q. Let's look at --<br>8    A. I'm sorry.<br>9    Q. Oh, sorry. Go ahead. I didn't mean<br>10 to interrupt you.<br>11    A. It was more that I was comfortable if<br>12 it did increase. Like, I was comfortable with<br>13 that price, right, like. If it went to a<br>14 thousand or whatever, I don't care cause, you<br>15 know, cause that's the end point. So it could<br>16 have still gone up, but that's -- it was<br>17 irrelevant to me.<br>18       MS. YOUNG: So let's look at Tab 23.<br>19       (Deposition Exhibit 215, video clip<br>20 labeled, "CNBC Documentary #3.mp4," was marked<br>21 for identification.)<br>22       MS. YOUNG: This will be Exhibit 215.<br>23    Q. I think this is another clip. So<br>24 Vineet can screen share once it's available.<br>25       (Playing video commences.) | 1    ALVAN C. CHOW<br>2  caused the GME stock price to shoot up and so<br>3  that --<br>4       MR. STERN: Objection. Sorry.<br>5    Q. You can answer.<br>6    A. Yes.<br>7    Q. And that's why you thought that it<br>8  was the right time to sell?<br>9    A. I don't remember exactly when I sold<br>10 but, generally, yes.<br>11       MS. YOUNG: Let's look at Tab 24.<br>12       (Deposition Exhibit 216, video clip<br>13 labeled, "CNBC Documentary #4.mp4," was marked<br>14 for identification.)<br>15       MS. YOUNG: And this will be<br>16 Exhibit 216, I believe.<br>17       (Playing of video commences.)<br>18       ALVAN CHOW: "When Elon tweeted after<br>19 hours, I remember texting my dad. I was like,<br>20 okay, this is the top for sure. So I sold<br>21 everything after he did that. So, by the skin of<br>22 my teeth, I escaped that. I mean, this 8 million<br>23 is kind of like -- I'm like just eating scraps<br>24 that are left over from a massive battle. I<br>25 think I'm really a small fish in a very crazy |

```
 1  IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION
 2  4/25/2023 - Alvan C. Chow (#5878015)
 3                      E R R A T A  S H E E T
 4  PAGE  9    LINE  4    CHANGE  "Ch-Heng" should be
 5    Chi-Heng
 6  REASON  Typo
 7  PAGE  14   LINE  22   CHANGE  "there was an inflict
 8   change" should be "there was a change"
 9  REASON  Deponent misspoke
10  PAGE  62   LINE  2-3  CHANGE  "I placed so much high"
11    should be "I placed so much--high"
12  REASON  Clarity
13  PAGE  82   LINE  20-21 CHANGE  "Whom I to direct your
14   investments." should be "Who am I to direct your
    investments?"
15  REASON  Transcription error
16  PAGE  90   LINE  13   CHANGE  "while we're here"
17    should be "why we're here"
18  REASON  Transcription error
19  PAGE  91   LINE  4    CHANGE  "fervor belief" should
20   be "fervent belief"
21  REASON  Typo
22
23  _Alvan Chow_____      5/25/2023____
24  Alvan C. Chow                           Date
25                                  [Continued on next page]
```

```
                                                           Page 150
1    IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION
2    4/25/2023 - Alvan C. Chow (#5878015)
3                     E R R A T A   S H E E T
4    PAGE   97   LINE   14   CHANGE   "it's a planned" should
5      be "it's a play on the"
6    REASON   Transcription error
7    PAGE  106   LINE   11   CHANGE    "bull blockbuster"
8      should be "blockbuster"
9    REASON   Deponent misspoke
10   PAGE  110   LINE   14   CHANGE   "In Vidia" should be
11     "Nvidia"
12   REASON   Typo
13   PAGE  113   LINE   11   CHANGE   "sorry, 25 percent"
14     should be "sorry, .25 percent"
15   REASON   Transcription error
16   PAGE  117   LINE    4   CHANGE   "Mano" should
17     be "Thanos"
18   REASON   Transcription error
19   PAGE  129   LINE   10   CHANGE   "like a marketer" should
20     be "like a marker"
21   REASON   Transcription error
22
23   ____Alvan Chow_____       ____5/25/2023____
24   Alvan C. Chow                        Date
25
```

Page 151

1  IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION
2  4/25/2023 - Alvan C. Chow (#5878015)
3              ACKNOWLEDGEMENT OF DEPONENT
4     I, Alvan C. Chow, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____*Alvan Chow*_____     ____5/25/2023_____
12  Alvan C. Chow                      Date
13  *If notary is required
14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS
15              _____ DAY OF _____, 20___.
16
17
18                    _____
19                    NOTARY PUBLIC
20
21
22
23
24
25