# Exhibit 7

Page 1

1      UNITED STATES DISTRICT COURT

2      SOUTHERN DISTRICT OF FLORIDA

3

4    Case No. 1:21-MD-2989-CMA

5    ------------------------------x

6    In Re: JANUARY 2021 SHORT

7    SQUEEZE TRADING LITIGATION

8    ------------------------------x

9

10

11           ** CONFIDENTIAL **

12         VIDEOTAPE DEPOSITION OF

13             BRIAN HARBISON

14       VIA ZOOM VIDEOCONFERENCE

15             April 19 2023

16               10:04 a.m.

17

18

19

20

21

22

23

24   Reported by:

25   Maureen Ratto, RPR, CCR

Page 2

1                    * * *

2

3          Videotape deposition of Brian

4     Harbison held virtually via Zoom

5     Teleconference, hosted from Veritext

6     Legal Solutions, pursuant to notice,

7     before Maureen Ratto, Certified Court

8     Reporter, License No. XI01165,

9     Registered Professional Reporter,

10    License No. 817125, and Notary Public.

11

12                    * * *

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1   A P P E A R A N C E S:

 2   Counsel for Plaintiff:

 3       THE ROSEN LAW FIRM

 4       275 Madison Avenue

 5       New York, New York 10016

 6       BY:  PHILLIP KIM, ESQ.

 7           pkim@rosenlegal.com

 8           MICHAEL COHEN, ESQ.

 9           mcohen@rosenlegal.com

10

11   Counsel for Defendant:

12       CRAVATH SWAINE & MOORE, LLP

13       825 Eighth Avenue

14       New York, New York 10019

15       BY: KATHLEEN E. YOUNG, ESQ.

16           keyoung@cravath.com

17           ROBERT DeNUNZIO, ESQ.

18           rdenunzio@cravath.com

19

20   ALSO PRESENT:

21   LEE BOWRY, Legal Video Specialist

22

23

24

25
```

1           VIDEOGRAPHER:  Good morning.

2      We are going on the record at 10:04

3      a.m. on April 19, 2023.

4           Please note that this

5      deposition is being conducted

6      remotely using virtual technology.

7      Quality of recording depends on the

8      quality of camera and internet

9      connection of participants.

10          What is seen from the witness

11     and heard on screen is what will be

12     recorded.

13          Audio and video recording will

14     continue to take place unless all

15     parties agree to go off the record.

16          This is Media Unit 1 of the

17     video-recorded deposition of Brian

18     Harbison in the matter of In Re:

19     January 2021 Short Squeeze Trading

20     Litigation, filed in the United

21     States District Court Southern

22     District of Florida, Case No.

23     1:21-MD-2989 CMA.

24          My name is Lee Bowry

25     representing Veritext New York and

```
 1          I am the videographer. The court
 2          reporter is Maureen Ratto, also
 3          with Veritext.
 4              I am not related to any party
 5          in this action, nor am I
 6          financially interested in the
 7          outcome. If there are any
 8          objections to proceeding, please
 9          state them at the time of your
10          appearance.
11              Counsel attending remotely
12          will now state their appearances
13          and affiliations for the record,
14          beginning with the noticing
15          attorney.
16              MS. YOUNG:  This is Kathleen
17          Young from Cravath, Swaine & Moore
18          on behalf of Defendant, and from
19          Cravath also with me is Robert
20          DeNunzio.
21              MR. KIM:  This is Phil Kim
22          from the Rosen Law Firm, also on
23          line is Michael Cohen from my firm,
24          representing named Plaintiff, Brian
25          Harbison.
```

```
                                                    Page 6
 1          BRIAN HARBISON - CONFIDENTIAL
 2                VIDEOGRAPHER:  Will the court
 3         reporter please swear in the
 4         witness and then counsel may
 5         proceed.
 6                      *  *  *
 7    B R I A N   H A R B I S O N, having been
 8    first duly sworn according to law by
 9    the Officer, testifies as follows:
10    DIRECT EXAMINATION BY MS. YOUNG:
11          Q.     Good morning, Mr. Harbison.
12          A.     Good morning.
13          Q.     My name is Kathleen Young, I'm
14    from Cravath, as I just mentioned, and we
15    represent Robinhood in this matter.
16                Would you mind stating your
17    full name for the record?
18          A.     Brian Harbison.
19          Q.     And what is your current
20    address?
21          A.     ████████████████████████
22    ████████████████████████████████████████
23          Q.     And have you ever been deposed
24    before?
25          A.     No.
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2       Q.    Okay. So your counsel may have
 3  gone over some of this with you, but
 4  we'll start with some ground rules before
 5  we really get started.
 6              You understand that you've
 7  been sworn in today and that you have to
 8  testify truthfully?
 9       A.    Yes.
10       Q.    And is there any reason why
11  you cannot give complete and truthful
12  testimony today?
13       A.    I'm not sure what you mean.
14       Q.    Is there anything that would
15  prohibit you from telling, giving
16  complete and truthful testimony today?
17              Did you say no?
18       A.    Yeah.
19       Q.    So our court reporter,
20  Maureen, is going to transcribe our
21  conversations, so it's important to give,
22  you know, verbal answers rather than
23  nodding or shaking your head. Does that
24  make sense?
25       A.    Yes.
```

```
1          BRIAN HARBISON - CONFIDENTIAL
2          Q.    Your counsel may object from
3    time to time. You still have to answer
4    the question with the exception of if
5    Mr. Kim gives you an instruction not to
6    answer a question specifically. Does that
7    make sense?
8          A.    Yes.
9          Q.    And if you don't understand a
10   question or need me to repeat it, just
11   let me know and I'll repeat it for you.
12   Does that make sense?
13         A.    Yes.
14         Q.    And if you'll allow me to
15   finish questions before you respond, I'll
16   try to do the same. That will also help
17   Maureen here. Does that make sense?
18         A.    Yes.
19         Q.    And we can -- we'll take break
20   periodically. You can let us know if you
21   need a break, that's fine, we can take
22   one at any time. The only exception to
23   that is if a question is still pending.
24   Then we'll need you to respond to the
25   question and then we can take a break.
```

```
                                            Page 9

 1            BRIAN HARBISON - CONFIDENTIAL
 2    Sound good?
 3          A.    Yes.
 4          Q.    Okay. And what did you do to
 5    prepare for today's deposition?
 6          A.    I went over with my attorneys
 7    and had calls and discussed everything,
 8    how it would go, the depositions and all.
 9          Q.    And those calls were just with
10    your attorneys at the Rosen firm?
11          A.    Yes.
12          Q.    And how many calls or meetings
13    did you have?
14          A.    Two.
15          Q.    Two, you said?
16          A.    Yes.
17          Q.    How long were those calls or
18    meetings?
19          A.    About two hours, I would say.
20          Q.    Two hours each?
21          A.    Yes.
22          Q.    Was anybody else present
23    besides your attorneys from the Rosen
24    firm?
25          A.    No.
```

```
                                        Page 10
 1          BRIAN HARBISON - CONFIDENTIAL
 2       Q.      Have you ever been involved in
 3   any other civil proceeding before?
 4       A.      No.
 5       Q.      Have you ever been involved in
 6   any criminal proceedings?
 7       A.      No.
 8       Q.      And what is your role in this
 9   lawsuit?
10       A.      Class representative.
11       Q.      A representative --
12       A.      Yes.
13       Q.      -- is that what you said?
14               Do you mean a class
15   representative?
16       A.      Yes.
17       Q.      And what do you understand the
18   class action to be?
19       A.      Pretty much we're people that
20   are suing the company for the actions
21   they did.
22       Q.      What do you understand your
23   responsibilities to be in that role?
24       A.      To pretty much go for the best
25   interests of the class and make sure
```

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   they're repaid for Robinhood's actions.
 3        Q.    And who is the class in this
 4   lawsuit?
 5        A.    The class? I'm sorry. We're
 6   the class, the people that's suing
 7   Robinhood.
 8        Q.    So who is "we", I guess is my
 9   question? Who does the class consist of?
10        A.    The people Robinhood took the
11   buy button from, it was the shares, the
12   AMCs, the GameStops.
13        Q.    So is it people that were --
14   that wanted to trade on Robinhood, wanted
15   to trade AMC on Robinhood, is that what
16   you're saying, and GameStop?
17        A.    All the stocks listed on the
18   sheet, the deposition.
19        Q.    And when did those class
20   members need to trade on Robinhood or
21   need to or were trying to invest?
22             MR. KIM:  Objection to form,
23        vague. You can answer the question,
24        Mr. Harbison, if you understand it.
25        A.    Yeah, I'm not sure what you
```

```
 1         BRIAN HARBISON - CONFIDENTIAL
 2    mean.
 3              MS. YOUNG:  We're having a
 4         fire drill right now. Maybe we
 5         should -- I don't know if that's
 6         coming through on your end. I guess
 7         we could keep going. You can't hear
 8         anything?
 9              THE WITNESS:  I could hear
10         you.
11              MR. KIM:  I mean, we can take
12         a ten minute break. How long do you
13         think it's going to take? Do you
14         guys have to, like, actually step
15         out of the building?
16              MS. YOUNG:  I can't imagine we
17         need to, but maybe it's okay now.
18         Okay. Sorry about that.
19              MR. KIM:  We don't want you
20         going up in flames.
21              MS. YOUNG:  Well, it would be
22         a very short deposition if that
23         happened.
24              MR. KIM:  Maybe not literally.
25              MS. YOUNG:  All right. Maybe
```

```
                                          Page 13
 1          BRIAN HARBISON - CONFIDENTIAL
 2       we can take a few minutes because
 3       now it's getting worse.
 4              MR. KIM:  Why don't we come
 5       back, like -- it's 10:12 -- maybe
 6       10:30.  Is 15 minutes enough for
 7       you guys to sort it out?
 8              MS. YOUNG:  Yes.
 9              VIDEOGRAPHER:  Okay. Going off
10       the record. The time is 10:12 a.m.
11              (Recess is taken.)
12              VIDEOGRAPHER:  We are back on
13       the record. The time is 10:30 a.m.
14       Q.    Mr. Harbison, let's discuss
15    your educational background briefly.
16              Oh, he's back now.
17              MR. KIM:  He's putting his
18       headphones on.
19              MS. YOUNG:  Okay.
20       Q.    Can you hear us?
21       A.    Yeah. I turned the light back
22    off, it was blocking the vision.
23       Q.    What degrees do you hold,
24    Mr. Harbison?
25       A.    An associate's.
```

```
                                            Page 14
 1           BRIAN HARBISON - CONFIDENTIAL
 2       Q.      An associate's degree from
 3  what school?
 4       A.      From Bronx Community College.
 5       Q.      Do you have any other
 6  educational credentials like licenses or
 7  certifications?
 8       A.      No.
 9       Q.      Do you have any education in
10  finance, economics or accounting?
11       A.      No.
12       Q.      And are you currently
13  employed?
14       A.      Yes.
15       Q.      And what's your -- what's your
16  job currently?
17       A.      Technician work.
18       Q.      What kind of technician work?
19       A.      Field technician.
20       Q.      Field technician, did you say?
21       A.      A-hum, yes.
22       Q.      What are your main
23  responsibilities in that position?
24       A.      Depends on the job. Sometimes
25  installing printers, setting up POS
```

```
                                        Page 15
 1          BRIAN  HARBISON - CONFIDENTIAL
 2   systems, running cable.
 3        Q.    And how long have you held
 4   that position?
 5        A.    About ten years.
 6        Q.    And let's go ahead and look at
 7   exhibit previously marked Exhibit 2. So
 8   tab 24.
 9             You might have to go to
10   Exhibit Share, Mr. Harbison, although we
11   can screen share if that's easier for
12   you.
13             I think it should available
14   now.  If you take a look at it you
15   sometimes have to refresh the page.
16             (Exhibit 2, letter from Rosen
17        Law Firm dated February 27, 2023,
18        having been previously marked, is
19        shown to the Deponent.)
20        Q.    Do you see it?
21        A.    It says I need to access
22   permission to access the folder.
23        Q.    Are you in the Marked Exhibits
24   folder under your name?
25        A.    There is nothing here.
```

```
                                              Page 16
```

1            BRIAN HARBISON - CONFIDENTIAL

2                    MR. KIM:  You got to hit

3           refresh, maybe it will show up.

4           A.    Yeah, I had it -- I see reset

5     files, links, tasks and workflows. I went

6     to share and it has a little rock symbol.

7                    MR. KIM:  What about on the

8           left, on the left you got Home,

9           Recent and Files.  If you click on

10          files does something open up on the

11          right side of that?

12                   THE WITNESS:  Yeah.

13                   MR. KIM:  Is there a folder

14          called deposition of Brian

15          Harbison?

16                   THE WITNESS:  No. It just says

17          Bookmarks and Shared.

18                   MR. KIM:  If you click on

19          Share, does it open up other

20          folders?

21                   THE WITNESS:  No.  It says

22          you're not permissioned to access

23          folder.

24                   MR. KIM:  You guys need --

25                   MS. YOUNG:  Is that an issue

Page 17

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        with the permissions?
 3              MR. KIM:  That's what it
 4        sounds like.
 5              THE WITNESS:  It says, "Ask
 6        administrator for help."
 7              MS. YOUNG:  I don't know if
 8        somebody from the Veritext team
 9        knows whether or not we can see it,
10        if that's something we can fix.
11              VIDEOGRAPHER:  We would need
12        to contact someone on the back end.
13        We don't have control over that but
14        we can certainly do that for you.
15              MS. YOUNG:  I mean, we can do
16        that and maybe in tandem but I
17        guess we can screen share until
18        then.
19              VIDEOGRAPHER:  I'll contact
20        the back end while we're screen
21        sharing and see if we can get it
22        taken care of.
23              MS. YOUNG:  Sounds good.
24        Q.    Mr. Harbison, this is a letter
25   your counsel sent in connection with this
```

```
 1          BRIAN  HARBISON - CONFIDENTIAL
 2    matter on February 27 of 2023. Do you see
 3    that?
 4          A.    Yes.
 5          Q.    And if you scroll down to the
 6    second page, I think it's the page that's
 7    actually numbered two but it's the third
 8    page in the pdf.  Do you see your name
 9    here about midway down the page?
10          A.    Yes.
11          Q.    And is this an accurate list
12    of your social media handles?
13          A.    Yes.
14          Q.    Does this -- so this contains
15    all of your social media accounts?
16          A.    This is one account.
17          Q.    You don't have any other
18    social media accounts?
19          A.    No.
20          Q.    And so you have a StockTwits
21    account with a user name ██████ right?
22          A.    Yes.
23          Q.    What is StockTwits?
24          A.    It's pretty much like a forum
25    where you just -- an open forum just
```

```
                                        Page 19
 1          BRIAN HARBISON - CONFIDENTIAL
 2    about stocks or anything pretty much but
 3    it's posting for stocks.
 4          Q.    It's a forum where people post
 5    about stocks, is that what you said?
 6          A.    Yes.
 7          Q.    So is it people that are, you
 8    know, potential investors in stocks?
 9          A.    Yes.
10                MS. YOUNG:  And Robert, let's
11          go ahead and mark tab 26 and I
12          think the exhibit -- what exhibit
13          number?  148, tab 26.
14                (Exhibit 148, copy of posts on
15          StockTwits, was received and marked
16          on this date for identification.)
17          Q.    How often do you view -- do
18    you call it StockTwits or StockTwist?
19          A.    StockTwits.
20                MR. KIM:  Twits like T-W-I-T.
21          Q.    StockTwits.
22          A.    About every day.
23          Q.    About every day?
24          A.    Yeah.
25          Q.    Do you look at it multiple
```

```
                                            Page 20
 1          BRIAN HARBISON - CONFIDENTIAL
 2   times a day?
 3          A.    I would say yes, yeah.
 4          Q.    And are you posting every time
 5   you go on the site or sometimes are you
 6   just looking at other posts?
 7          A.    Just looking.
 8          Q.    And how often did you view the
 9   site in January of 2021?
10          A.    I don't remember. You want an
11   exact number or --
12          Q.    No.  I guess, was it
13   consistent with your general practice of
14   looking at the site multiple times a day?
15          A.    Yes.
16          Q.    Any more than that?
17          A.    No.
18          Q.    And you post pretty often on
19   the site, right?
20          A.    No.
21               MR. KIM:  Objection, form.
22          Q.    You don't?
23          A.    No.
24          Q.    Let's go ahead and look at
25   148. Mr. Harbison, is this your profile?
```

```
                                                Page 21

 1            BRIAN HARBISON - CONFIDENTIAL
 2       A.    Yes.
 3       Q.    And Robert, if you can zoom in
 4   a little bit.
 5             Do you see where it states
 6   "Joined 4/2018"?
 7       A.    Yes.
 8       Q.    So is this when you created
 9   the account?
10       A.    Yes.
11       Q.    And if we look down do you see
12   where it says 4,000 posts on that tab?
13       A.    Yes.
14       Q.    So that reflects that you
15   posted on the site approximately 4,000
16   times?
17       A.    Yes.
18       Q.    And that's in let's say the
19   six years you've been on the site, five
20   years you've been on the site, right?
21       A.    Yes.
22       Q.    So your testimony is that
23   that's not -- you still don't post often
24   on the site?
25             MR. KIM:  Objection to form.
```

```
                                            Page 22
```

1        BRIAN HARBISON - CONFIDENTIAL

2        Q.    I'm sorry. I didn't hear your

3    answer, Mr. Harbison.

4        A.    I don't. Because it's not --

5    those are conversations.  In six years,

6    4,000 posts, that's not a lot when you

7    divide that.

8        Q.    And you've liked more than

9    11,000 posts, right?

10        A.    Yes.

11        Q.    And do you use the site to

12    research the stock market?

13        A.    Sometimes.

14        Q.    Do you use it to get

15    information about potential investment

16    strategies?

17        A.    Sometimes.

18        Q.    Do you have a LinkedIn

19    profile, Mr. Harbison?

20        A.    Yes.

21        Q.    Was your LinkedIn profile

22    listed on the social media accounts in

23    the letter we just looked at?

24        A.    No.

25        Q.    And why is that?

```
                                              Page 23
 1          BRIAN HARBISON - CONFIDENTIAL
 2          A.      I just did it for work.
 3          Q.      You don't consider LinkedIn
 4    social media?
 5          A.      No.
 6          Q.      Do you have a Reddit account,
 7    Mr. Harbison?
 8          A.      Yes.
 9          Q.      What's your handle?
10          A.      Umm, let me see. I thought I
11    did. I don't have one.
12          Q.      You don't have one?
13          A.      No. I signed in, like, my
14    email.  So no, there is no, like, account
15    or nothing.
16          Q.      But you have a sign-in --
17    you're able to log into the site using
18    your email but you don't have an actual
19    handle?
20          A.      I don't see nothing popping up
21    on my screen for Google. I hardly -- I
22    used it -- I use Reddit for some
23    medication, to comment on something. That
24    was it.
25          Q.      You use Reddit for information
```

```
                                        Page 24
 1           BRIAN HARBISON - CONFIDENTIAL
 2    about medications?
 3           A.     It was a question to ask
 4    somebody and that was it.
 5           Q.     Okay. So you're able to post
 6    without an account, though, or without a
 7    handle?
 8           A.     If I did, I must have deleted
 9    it because nothing is coming up when I
10    type my name, my email.
11           Q.     How often do you look at
12    Reddit?
13           A.     I don't. That was literally
14    this summer.
15           Q.     That was literally this
16    summer?  By that do you mean the one post
17    that you posted on Reddit you think was
18    this past summer?
19           A.     Yes. I know it was this
20    summer.
21           Q.     And do you ever -- even if
22    that's the only time you posted on
23    Reddit, you don't ever go to Reddit, the
24    site, just to look at other posts?
25           A.     No.
```

```
                                          Page 25
 1           BRIAN HARBISON - CONFIDENTIAL
 2      Q.      So you never used Reddit to
 3   research potential investment strategies
 4   or potential investments more generally?
 5      A.      No.
 6      Q.      Have you ever viewed
 7   discussions on Wallstreetbets on Reddit?
 8      A.      No.
 9      Q.      Do you have a Facebook
10   account?
11      A.      No.
12      Q.      Do you have a Twitter account?
13      A.      No.
14      Q.      Do you have an Instagram
15   account?
16      A.      No.
17      Q.      Do you have a TikTok account?
18      A.      No.
19      Q.      Do you have any other social
20   media like YouTube or Discord?
21      A.      Yeah, I have YouTube.
22      Q.      Do you have an account name or
23   handle on YouTube?
24      A.      Yes.
25      Q.      What is it?
```

```
                                              Page 26
 1            BRIAN HARBISON - CONFIDENTIAL
 2       A.    It's just titled B. That's it.
 3       Q.    That was not listed in the
 4    social media, among the social media
 5    accounts in the letter we looked at a few
 6    moments ago, right?
 7       A.    No, because it's not used for
 8    nothing except for work.
 9       Q.    You use YouTube for work?
10       A.    Yeah, technician work.
11    Sometimes they'll put something to show
12    something from a different angle how to
13    get stuff done.
14       Q.    So you never use YouTube to --
15    well, you never -- do you ever, yourself,
16    post on YouTube or do you just look at
17    videos from other users?
18       A.    Just look at videos.
19       Q.    Do you ever use YouTube to
20    look up anything about investing?
21       A.    No.
22       Q.    Do you currently invest in the
23    stock market?
24       A.    Yes.
25       Q.    When did you start investing?
```

```
                                              Page 27
 1          BRIAN HARBISON - CONFIDENTIAL
 2        A.      2018.
 3        Q.      What prompted you to start
 4   investing in 2018?
 5        A.      Just wanted to try it out.
 6        Q.      And did you invest in the
 7   stock market or were you still investing
 8   in the stock market in January 2021?
 9        A.      Yes.
10        Q.      And you're a Robinhood
11   customer, right?
12        A.      Yes.
13        Q.      Do you know when you began
14   using Robinhood?
15        A.      2018.
16        Q.      2018? And why did you decide
17   to start using Robinhood?
18        A.      Just research.
19        Q.      You used the platform to
20   conduct investment research; is that what
21   you mean?
22        A.      No.  I use Google for, like,
23   free brokers.
24        Q.      I see. You researched brokers
25   and that's how you found Robinhood?
```

```
                                              Page 28

 1         BRIAN HARBISON - CONFIDENTIAL

 2         A.     Yes.

 3         Q.     Okay. And how frequently do

 4    you trade on Robinhood?

 5                MR. KIM:  Objection, form. You

 6         can answer.

 7         A.     At least once a week. A few

 8    times a week, depending, it's up and

 9    down.

10         Q.     Okay. But, in general, you'd

11    say roughly a few times a week?

12         A.     It depends because sometimes

13    it would be no times a week.

14         Q.     And did you trade on Robinhood

15    with roughly the same frequency in

16    January 2021?

17                MR. KIM:  Objection, vague.

18         A.     I don't remember.

19         Q.     You're also a customer with TD

20    Ameritrade, right?

21         A.     Yes.

22         Q.     Is it all right if I refer to

23    TD Ameritrade as TD?

24         A.     Yes.

25         Q.     And when did you begin using
```

```
                                        Page 29

 1          BRIAN HARBISON - CONFIDENTIAL

 2    TD?

 3          A.     I don't remember the exact

 4    date.

 5          Q.     Do you remember why you

 6    decided to start using TD?

 7          A.     Yes.

 8          Q.     Why is that?

 9          A.     For over-the-counter stocks

10    and warrants.

11          Q.     What are warrants?

12          A.     It's like an option, you get

13    the chance to buy it from a SPAC, Special

14    Acquisition Shell Company.  After, like,

15    five years you can buy the shares.  With

16    the warrant or you could sell it like an

17    option.

18          Q.     I think you said special

19    acquisition, are you talking about

20    Special Purpose Acquisition Companies?

21          A.     SPACS.

22          Q.     SPACS. And roughly how

23    frequently do you trade on TD?

24          A.     Not frequently.

25          Q.     Less frequently than on
```

```
                                                Page 30
  1          BRIAN  HARBISON  -  CONFIDENTIAL
  2     Robinhood?
  3          A.     Yes.
  4          Q.     Any  particular  reason  for
  5     that?
  6          A.     No.
  7          Q.     Other  than  Robinhood  and  TD,
  8     have  you  ever  used  any  other  brokerages
  9     to  invest?
 10          A.     No.
 11          Q.     Has  anyone  ever  invested  on
 12     your  behalf?
 13          A.     No.
 14          Q.     Have  you  ever  invested  on
 15     anyone  else's  behalf?
 16          A.     No.
 17          Q.     Have  you  ever  hired  an
 18     investment  or  financial  advisor?
 19          A.     No.
 20          Q.     How  much  time  do  you  devote  to
 21     investing?
 22               MR.  KIM:   Objection,  vague.
 23          A.     What  do  you  mean?
 24          Q.     So  how  much  time  do  you  spend,
 25     you  know,  conducting  research  or  looking
```

```
                                            Page 31
 1          BRIAN HARBISON - CONFIDENTIAL
 2   up companies or talking with others about
 3   potential investments, actually executing
 4   the trades, that kind of thing?
 5          A.    It depends. I can't really put
 6   an exact number on it.
 7          Q.    I understand. Can you give me
 8   an approximate sense? Is it a couple
 9   minutes a day? A couple of hours?
10          A.    Umm, I honestly can't put a
11   number on it. It depends if I have free
12   time. Sometimes it would be an hour,
13   sometimes it's 20 minutes a day, in my
14   free time.
15          Q.    How would you describe your
16   investment strategy?
17          A.    Pretty much swing trading and
18   investing.
19              (Reporter clarification.)
20              MR. KIM:  "Swing trading and
21          investing" is what he said.
22          Q.    What do you mean by swing
23   trading?
24          A.    It's like day trading but you
25   hold it past a day.
```

```
                                                Page 32

 1           BRIAN HARBISON - CONFIDENTIAL
 2       Q.    And how often do you typically
 3   hold swing trades?
 4       A.    It depends.
 5       Q.    Any time longer than a day,
 6   though, would that qualify as a swing
 7   trade to you?
 8       A.    Yeah.  Anything that's not the
 9   same day you bought it.
10       Q.    And what do you understand day
11   trading to be?
12       A.    Buy/sell the same day.
13       Q.    And is the strategy, you know,
14   for day trading that you try to profit
15   from minor price fluctuations that occur
16   just throughout the day?
17           MR. KIM:  Objection, vague.
18           THE WITNESS:  Do I answer
19       or --
20           MR. KIM:  You can answer the
21       question if you know.
22       A.    Say it one more time.
23       Q.    And is it your understanding
24   that the general strategy of day trading
25   is that you try to profit from minor
```

```
                                              Page 33
 1        BRIAN HARBISON - CONFIDENTIAL
 2   price fluctuations that occur throughout
 3   the day?
 4           MR. KIM:  Same objection. You
 5       can answer.
 6       A.    Yes. Yes.
 7       Q.    What's your main objective in
 8   investing?
 9       A.    Pretty much to have it for a
10   rainy day, that's pretty much it.
11       Q.    So if you decide to buy a
12   particular stock can you walk me through
13   how you make that decision?
14       A.    What stock are you talking
15   about?
16       Q.    Just any stock. In general, or
17   does it depends on the stock in terms of
18   your process of how you make that
19   decision?
20       A.    It depends on the stock.
21       Q.    Okay. Do you usually research
22   the specific company online?
23       A.    This specific or any specific
24   company?
25       Q.    In general, when you're
```

```
                                          Page 34
 1         BRIAN HARBISON - CONFIDENTIAL
 2    considering a pension investment, do you
 3    research the company?
 4         A.    Yes.
 5         Q.    Do you read SEC filings from
 6    the company?
 7         A.    Umm, it depends on the
 8    company.
 9         Q.    Do you -- would you, you know,
10    let's say for the majority of the
11    companies that you consider investing in,
12    do you look at their SEC filings?
13              MR. KIM:  Objection, vague.
14         A.    Depends on the company.
15         Q.    Do you usually consider the
16    company's cash flow projections?
17         A.    It depends on the company.
18         Q.    So for some companies you do
19    consider their cash flow projections?
20         A.    Yes.
21         Q.    And do you ever research these
22    companies on social media?
23         A.    No.
24         Q.    And what about when you decide
25    to sell a particular stock, can you
```

```
                                          Page 35
 1         BRIAN HARBISON - CONFIDENTIAL
 2   explain to me how you make that decision?
 3         A.    Umm, pretty much I look at the
 4   trend lines and the volume, when I'm
 5   about to pick a stock, the trend lines,
 6   the volume, the earnings.
 7         Q.    And by "trend lines", do you
 8   mean, like, the price, trends in the
 9   price?
10         A.    Like the moving averages and
11   stuff like that.
12         Q.    And when you say that you look
13   at volume, are you kind of looking at --
14   when you're looking at volume and trend
15   lines, are you looking at general kind of
16   momentum in the stock?
17         A.    Yes.
18         Q.    So do you tend to sell if you
19   see that the trendline is declining and
20   the price is dropping?
21         A.    Yes.
22         Q.    And do you often buy when you
23   see that the trendline is increasing and
24   the price is increasing?
25         A.    Yes.
```

```
                                              Page 36

 1          BRIAN HARBISON - CONFIDENTIAL
 2       Q.    And there is increased
 3   momentum in the stock, so maybe more
 4   trading volume?
 5       A.    Yes.
 6       Q.    So do you keep up-to-date on
 7   news in the stock market?
 8       A.    Yes.  I would say yes.
 9       Q.    And how do you get your news
10   about the stock market?
11       A.    Umm, apps.  It really depends
12   on the stock.
13       Q.    What kind of apps do you --
14   sorry.  I interrupted you. You can
15   finish.
16       A.    It depends on the stock.
17   Sometimes it's research, Google research,
18   sometimes I have a tech app, they have
19   the latest technology news.  So something
20   comes across my attention, I'll read it.
21       Q.    And what apps do you use?
22            MR. KIM:  Objection to form.
23       Are we talking about now? Then?
24            MS. YOUNG:  Now.
25       Q.    What apps do you use to keep
```

Page 37

```
 1          BRIAN  HARBISON  -  CONFIDENTIAL
 2    up-to-date  about  the  stock  market?
 3          A.      TechNews,  StockTwits,
 4    MarketWatch,  SmartNews,  investing.
 5          Q.      What  was  the  last  one?   Did
 6    you  just  say  investing?
 7          A.      A-hum,  yes.
 8          Q.      And  MarketWatch.  And  do  you
 9    subscribe  to  any  newsletters  about
10    investing?
11          A.      No.
12          Q.      Do  you  listen  to  any  podcasts
13    about  the  stock  market  or  investing?
14          A.      No.
15          Q.      Do  you  watch  any  television
16    shows  about  the  market  or  investing?
17          A.      No.
18          Q.      Do  you  recall  what  stocks  you
19    were  investing  in  at  the  end  of  2020?
20          A.      No.
21               MS.  YOUNG:   Robert,  let's  look
22          at  tab  3,  it  should  be  Exhibit  149.
23               MR.  KIM:   Have  we  gotten  the
24          Exhibit  Share  issue  resolved  or  --
25               VIDEOGRAPHER:   I  have  emailed
```

Page 38

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        the team and they're working on it
 3        currently. If I get an email saying
 4        that they've taken care of it and
 5        permissions are granted, I'll
 6        certainly let you know but I don't
 7        know that it's been taken care of
 8        quite yet.
 9             THE WITNESS:  It's still
10        asking for permission from
11        administrator.
12             VIDEOGRAPHER:  So I guess
13        they're working on it but have not
14        fixed it yet.
15             MR. KIM:  Well, they need to
16        work faster.
17             (Exhibit 149, Robinhood
18        monthly statement of Brian
19        Harbison, Bates P00002046 was
20        received and marked on this date
21        for identification.)
22        Q.   Okay. So Robert, if you can
23   see in a little bit.
24             Can you see this,
25   Mr. Harbison?
```

```
                                              Page 39

 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    And do you see your name in
 4   the upper right-hand corner?
 5      A.    Yes.
 6      Q.    And this is your Robinhood
 7   account statement from or for December
 8   2020, right?
 9      A.    Yes.
10      Q.    And as of December 31st, 2020
11   you had a closing account balance of
12   about ██████  in your portfolio, right?
13      A.    Yes.
14      Q.    And Robert, if you can scroll
15   down to the next page?
16            This shows some of your
17   holdings as of December 31st, 2020,
18   right?
19      A.    Yes.
20      Q.    And Robert, you might have to
21   zoom in a little bit for this.
22            If you look down the market
23   value column, do you see that your three
24   largest holdings by market value that are
25   on this page were RTS Acquisition, Cohn
```

```
                                        Page 40
 1          BRIAN HARBISON - CONFIDENTIAL
 2    Robbins and Stable Road Acquisition?
 3          A.    Yes.
 4          Q.    What is RTS Acquisition?
 5          A.    It's a SPAC.
 6          Q.    A SPAC?
 7          A.    Yeah.
 8          Q.    Is Cohn Robbins also a SPAC?
 9          A.    Yes.
10          Q.    Is Stable Road Acquisition
11    also a SPAC?
12          A.    Yes.
13          Q.    Can you explain to me what you
14    understand a SPAC to be?
15          A.    It's pretty much shell
16    companies -- not pretty much. It is shell
17    companies looking to bring private
18    companies public.
19          Q.    And why did you decide to
20    invest in SPACS at this time?
21              MR. KIM:  Objection to form. I
22        mean, it shows what he's holding at
23        this time. It doesn't establish
24        when he actually brought theme.
25              MS. YOUNG:  I'll rephrase.
```

```
                                                   Page 41
 1           BRIAN HARBISON - CONFIDENTIAL
 2        Q.    Can you explain to me why you
 3   were holding shares in these SPACS at
 4   this time?
 5        A.    So pretty much -- not pretty
 6   much. I was holding them, hoping to see
 7   they pull a big company, I researched the
 8   team.  And usually, you get a good
 9   company, the stock shoots up, it trends,
10   more people jump in and the volume push
11   up and the volume goes higher, especially
12   if it's a good company.
13        Q.    So did you expect that there
14   would be a lot of positive momentum in
15   terms of the trading after these SPACS
16   went public --
17        A.    Yes.
18        Q.    -- or these private companies
19   went public?
20             And that's why you thought
21   they would be potentially good investment
22   opportunities for you?
23        A.    Yes.
24        Q.    And the market value of your
25   investments in each of these companies at
```

Page 42

1          BRIAN HARBISON - CONFIDENTIAL

2     the end of 2020 exceeded I think seven

3     grand for each of them, if you look at

4     that column. Does that sound about right?

5          A.    Yes.

6          Q.    If you look at the Quantity

7     column on this page, this account

8     statement also lists a number of

9     companies for which you had purchased

10    only a single share, right? I think

11    that's about ten of the securities on

12    this page.

13         A.    Yes.

14         Q.    Do you often only purchase a

15    single share of stocks?

16         A.    Yes. Umm -- yes.

17         Q.    And why?

18         A.    Because I see stocks get lost

19    in the pile or the watchlist section, so

20    I just buy one share to keep it in mind

21    so I don't forget about it.

22         Q.    So it's a way of kind of

23    keeping it top of mind?

24         A.    Yes.

25               MS. YOUNG: Okay. Let's look at

```
                                         Page 43

 1        BRIAN HARBISON - CONFIDENTIAL
 2        tab 4 and this will be Exhibit 150.
 3             (Exhibit 150, TD Ameritrade
 4        monthly statement Brian Harbison,
 5        Bates P00002790 was received and
 6        marked on this date for
 7        identification.)
 8        Q.    Can you this exhibit,
 9   Mr. Harbison?
10        A.    Yes.
11        Q.    And if you could scroll down
12   to the third page, do you see your name
13   at the top of this page?
14             MR. KIM:  Why don't we scroll
15        through the entire document so you
16        can put eyeballs on it?
17             MS. YOUNG:  That's fine.
18        Robert, do you want to go back to
19        the third page, unless the witness
20        or Phil wants to look at any other
21        section in more detail before I ask
22        him a couple of questions?
23        Q.    So this is your TD account
24   statement for the period ending December
25   31st, 2020, right?
```

```
                                              Page 44
 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.     Yes.
 3      Q.     And this lists that your
 4  account had a current value, then current
 5  value of about ███████ at this time,
 6  right?
 7      A.     Yes.
 8      Q.     And the next two pages show
 9  your holdings as of December 31st, 2020?
10      A.     Yes.
11      Q.     And if you look at the page
12  273, that's the one we're on, your
13  largest holdings by market value were in
14  Brainchip and CloudMD Software, do you
15  see those?
16      A.     Yes.
17      Q.     What is Brainchip Holdings?
18      A.     It's a chip company out of
19  Australia, deals with AI.
20      Q.     Do you recall why you decided
21  to invest in this company?
22      A.     Yes.
23      Q.     Can you tell me why?
24      A.     I researched it, thought it
25  was a good company and it was cheap at
```

```
                                                    Page 45
 1           BRIAN HARBISON - CONFIDENTIAL
 2    the time I bought it.
 3           Q.     Do you still hold shares in
 4    Brainchip?
 5           A.     No.
 6           Q.     Do you recall when you sold?
 7           A.     I'm not sure. No.
 8           Q.     Do you recall why you decided
 9    to sell your shares of Brainchip?
10           A.     Yes.  I had an important
11    family matter that I needed some money.
12           Q.     And when you described
13    Brainchip Holdings as a good company,
14    what did you mean by that?
15           A.     They're pretty much -- I'm
16    sorry. They're making artificial
17    intelligence chips to, like, advance
18    technology.
19           Q.     So did you like the products
20    that they were selling?
21           A.     It's not a product yet.
22    They're still working on it, last time I
23    remember. But it's a good company and
24    they have a good vision.
25           Q.     So you thought the technology
```

```
                                      Page 46
 1          BRIAN HARBISON - CONFIDENTIAL
 2   might be promising in the future, the
 3   stuff they were developing?
 4        A.    Yes.
 5              MR. KIM:  Objection.
 6        Q.    And what is CloudMD software?
 7        A.    That is -- it's -- it's pretty
 8   much -- this -- this is like a Zoom
 9   version for doctors. This is, like,
10   during COVID, if I remember.
11        Q.    And why did you decide to
12   invest in that company?
13        A.    At the time with COVID and
14   lockdown it seemed a good idea.
15        Q.    And this page also shows that
16   you held one share of Tesoro Enterprises
17   and one share of The Very Good Food
18   Company, right?
19        A.    Yes.
20        Q.    So these are other examples of
21   you buying one share so you could kind of
22   keep the stocks in mind, even if you
23   weren't really ready to commit to a
24   bigger investment?
25        A.    Yes.
```

```
                                            Page 47
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.     Are you familiar with the
 3  company called GameStop, Mr. Harbison?
 4      A.     Yes.
 5      Q.     What kind of company is it?
 6      A.     From what I remember -- not
 7  from what I remember. I'm not 100% sure.
 8  I didn't really research it, so I don't
 9  want to say or guess.
10      Q.     So you've not ever done any
11  sort of research into GME as a potential
12  investment?
13      A.     No.
14      Q.     And do you recall any sort of
15  news or information about GME around
16  January 2021?
17      A.     Yes.
18      Q.     And what do you recall in that
19  period?
20      A.     I just remember seeing it
21  trending online and the stock price
22  shooting up.
23      Q.     Do you remember discussions
24  about GME trending online and the stock
25  price of the company increasing in
```

```
                                              Page 48
 1          BRIAN HARBISON - CONFIDENTIAL
 2    January 2021?
 3          A.     Yes.
 4          Q.     You can't describe anything
 5    else you heard in more detail?
 6          A.     No.
 7          Q.     Do you know what short
 8    positions or shorts are, Mr. Harbison, in
 9    the investing context, I mean?
10          A.     Yes.
11          Q.     And can you describe what you
12    understand shorts to be?
13          A.     You borrow some shares to
14    bring the share price down.
15          Q.     So if you're short a stock you
16    can profit from betting that the stock
17    price is going to go down?
18          A.     Yeah, you borrow the shares
19    for a fee, if I'm understanding -- I
20    never did shorts, so it's kind of pricey
21    if you don't know what you're doing.
22          Q.     Have you ever heard the term
23    short squeeze before?
24          A.     Yes.
25          Q.     How would you define a short
```

Page 49

```
 1        BRIAN  HARBISON  -  CONFIDENTIAL
 2   squeeze?
 3        A.    It's pretty much when -- I'm
 4   sorry. It's when the volume, a lot of
 5   people pile in, there's way too more
 6   shorts than there has to be. So after a
 7   certain while the more people that start
 8   to buy that company, the volume pushed it
 9   up and then shorts have to cover or sell
10   their shares back from who they bought it
11   from for a certain price and get out in
12   time before it keeps eating up their
13   profits.
14        Q.    Thank you. That's helpful.
15             And around this period that
16   we've been discussing, January of 2021,
17   had you heard about a possible short
18   squeeze in GameStop?
19        A.    I don't remember.
20        Q.    And you're familiar with a
21   company call AMC, right?
22        A.    Yes.
23        Q.    And did you ever research AMC
24   as a potential investment?
25        A.    Yes.
```

```
                                              Page 50

  1          BRIAN HARBISON - CONFIDENTIAL
  2          Q.      And what research did you
  3     conduct?
  4          A.      There was rumors about Amazon
  5     supposedly buying it and then also --
  6     that was it, yeah. There is two AMC
  7     stocks, so that was just it.
  8          Q.      And when do you recall hearing
  9     about rumors that Amazon might buy AMC?
 10          A.      I don't remember exactly.
 11          Q.      Do you know anything about the
 12     finances or profits of AMC?
 13          A.      No.
 14          Q.      Have you ever looked at any
 15     SEC filings by AMC?
 16          A.      No.
 17          Q.      Or earnings announcements,
 18     press releases, that sort of thing, put
 19     out by AMC?
 20          A.      Press releases, yes.
 21     Earnings, no.
 22          Q.      When do you recall looking at
 23     press releases or AMC's press releases?
 24                  I'm sorry. I didn't hear you.
 25          A.      I don't remember.
```

1           BRIAN HARBISON - CONFIDENTIAL

2           Q.     Okay. Thank you. In January

3     2021 do you recall any company

4     announcements from AMC?

5           A.     I don't recall.

6           Q.     Are you aware of anything AMC

7     was doing differently as a company in

8     January of 2021?

9           A.     I honestly --

10                 MR. KIM:  Objection, form.

11          Q.     You can answer, Mr. Harbison.

12          A.     I honestly don't recall.

13          Q.     So you don't recall hearing

14    anything, any news about the company that

15    would make the stock price increase in

16    this time period?

17                 MR. KIM:  Objection to form.

18          You can answer, Mr. Harbison.

19          A.     I don't recall, honestly.

20          Q.     And you also don't recall any

21    new products or developments from AMC in

22    January 2021; is that right?

23          A.     No, I would have heard about

24    that one, I didn't hear about that.

25          Q.     And did you hear about a

```
                                        Page 52
 1          BRIAN HARBISON - CONFIDENTIAL
 2   possible short squeeze in AMC in January
 3   2021?
 4        A.    Yes.
 5        Q.    And when did you first hear
 6   about a possible short squeeze in AMC?
 7        A.    I don't remember the exact
 8   date.
 9        Q.    Can you describe what you
10   heard around that time?
11        A.    I honestly can't.
12        Q.    Were you interested in
13   potentially participating in an attempted
14   short squeeze of AMC?
15        A.    Yes.
16        Q.    And why is that?
17        A.    To see profit.
18        Q.    So you thought that if there
19   was a short squeeze or an attempted short
20   squeeze in AMC that you could potentially
21   invest -- see the price increase and then
22   sell your shares before the end of the
23   squeeze?
24            MR. KIM:  Objection to form.
25        Q.    You can answer, Mr. Harbison.
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2       A.    At that time I don't recall.
 3       Q.    Well, how do you profit from a
 4    short squeeze if you're taking a long
 5    position in AMC?
 6             MR. KIM:  Objection to form.
 7       A.    Yeah.  Umm, so from what I
 8    recall, I remember hearing the short
 9    squeeze in that year timeframe, but also
10    I remember for long-term I remember
11    buying it for Amazon as well about buying
12    AMC.  Amazon purchasing AMC, that was the
13    rumor.
14       Q.    Mr. Harbison, I believe a few
15    moments ago you testified that you were
16    interested in participating in a
17    potential short squeeze of AMC to
18    profit --
19       A.    Yes.
20       Q.    -- right?
21             So how did you think that you
22    could profit from a short squeeze in AMC?
23             MR. KIM:  Objection to form.
24       A.    It's a win win, because if
25    it's short squeezed, I get paid.  If the
```

```
                                                    Page 54
 1         BRIAN HARBISON - CONFIDENTIAL
 2    rumor is true about Amazon buying AMC, I
 3    get paid.
 4         Q.    And when you say you get paid,
 5    do you mean when you sell the shares?
 6         A.    No, I would just hold them and
 7    sell options.
 8         Q.    So how would you profit from a
 9    short squeeze in AMC if you held the
10    shares?
11         A.    I would put my stop loss, I
12    would a stop loss on it if it started to
13    go down fast.  Is that what you're
14    asking?
15         Q.    Not exactly. So Mr. Harbison,
16    if the -- if there's a short squeeze,
17    let's say in AMC --
18         A.    Yes.
19         Q.    -- when the short squeeze
20    ends, is it your understanding that the
21    price of the shares will decline?
22              MR. KIM:  Objection, calls for
23         speculation, lack of foundation,
24         but he can answer the question if
25         you can.
```

```
                                              Page 55
 1           BRIAN HARBISON - CONFIDENTIAL
 2      A.     It's a 50/50 because some
 3   short squeezes they come back down on
 4   pump and dump stocks, and some short
 5   squeezes are good earnings and everything
 6   else, like Tesla.
 7      Q.     You just used the phrase "pump
 8   and dump."  What's a pump and dump?
 9      A.     Umm, pretty much anybody buys
10   -- rushes to buy the stock and you have
11   to get out real quick before it falls
12   back down.
13      Q.     And would you characterize
14   certain short squeezes or attempted
15   squeezes as pump and dumps in this way?
16           MR. KIM:  Objection, calls for
17      speculation.
18           THE WITNESS:  Should I answer?
19           MR. KIM:  You can answer if
20      you can. Same objection, calls for
21      speculation.
22      A.     Can you repeat the question
23   one more time?
24      Q.     Sure. So would you
25   characterize certain short squeezes or
```

```
                                        Page 56
 1          BRIAN HARBISON - CONFIDENTIAL
 2    attempted short squeezes as pump and
 3    dumps in this way?
 4             MR. KIM:  Objection, calls for
 5         speculation, vague.
 6         A.    Umm, No.
 7         Q.    Mr. Harbison, I think you
 8    testified a few moments ago that you
 9    would describe a pump and dump as a rush
10    to buy the stock and you have to get out
11    real quick before it falls back down,
12    right?
13         A.    Yes.
14         Q.    So is it your understanding
15    that short squeezes or attempted short
16    squeezes can also involve a rush to
17    purchase many shares of a certain stock?
18             MR. KIM:  Objection, asked and
19         answered, calls for speculation.
20             MS. YOUNG:  I hadn't asked
21         that question. You can answer,
22         Mr. Harbison.
23             MR. KIM:  Same objection.
24         A.    My understanding, no, because
25    pump and dumps could be of low volume,
```

1            BRIAN HARBISON - CONFIDENTIAL
2     low amount of shares, and it's a company
3     you might never heard of. Short squeeze
4     is something like if everybody believes
5     Tesla is going to go down, they drop the
6     price down $50, and he has a new truck
7     coming out and good earnings, it will
8     pump back up and it's going to stay up
9     there.
10           Q.     So in that example you would
11    not call that a pump and dump, is that
12    what you mean?
13           A.     Which example?
14           Q.     In the Tesla example you just
15    used.
16           A.     Yeah, it's not a pump and
17    dump.
18           Q.     So for a short squeeze, I just
19    want to understand again, because you
20    said you were interested in participating
21    in a potential short squeeze in AMC to
22    profit, right?
23           A.     Yes.
24           Q.     Can you explain again to me
25    how you can profit from a short squeeze?

```
                                          Page 58
```

1           BRIAN HARBISON - CONFIDENTIAL

2                   MR. KIM:  Objection to form,

3           asked and answered. This is the

4           third time you are asking him the

5           same question.

6           Q.    You can answer, Mr. Harbison.

7           A.    So pretty much the more it

8    goes up, you profit.  If the sell calls

9    or sell puts and you use the shares as

10   collateral, so it falls back down, you

11   still get paid, because the calls that

12   you sold somebody bought go in your

13   pocket plus the money they give you

14   upfront, they give you money upfront for

15   selling calls and you get more money if

16   the price falls down. So you still get to

17   keep the shares to use as collateral.

18          Q.    And in this same timeframe,

19   January 2021, are you aware of attempted

20   short squeezes in any other stocks?

21          A.    In 2021 or in a certain month?

22          Q.    In January 2021.

23          A.    I'm not sure. I can't recall

24   that.

25          Q.    You don't recall, you know,

```
                                        Page 59
  1        BRIAN HARBISON - CONFIDENTIAL
  2   any discussions about attempted short
  3   squeezes in GME?
  4        A.    Honestly, I don't recall. I
  5   remember hearing it in 2021 but not the
  6   exact month.
  7        Q.    Okay. And 2021, let's say the
  8   whole year, do you recall discussions
  9   about attempted short squeezes in
 10   Blackberry?
 11        A.    No.
 12        Q.    What about Bed Bath & Beyond?
 13        A.    No.
 14        Q.    Kos?
 15        A.    No.
 16        Q.    Nokia?
 17        A.    No.
 18        Q.    Express?
 19        A.    No.
 20        Q.    Tootsie Roll?
 21        A.    No. I don't recall any of
 22   those. I didn't really check for them
 23   like that either, so that's probably why.
 24        Q.    Do you recall any news or
 25   media attention about the price of any of
```

Page 60

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   these stocks increasing, you know, beyond
 3   what most people thought that they were
 4   actually worth --
 5             MR. KIM:  Objection.
 6        Objection, calls for speculation.
 7        A.    From what I remember, I just
 8   seen the tickers trending online in those
 9   rooms trending. I just look to see what
10   it was and...
11        Q.    And was this about AMC
12   specifically?
13        A.    This was all in those posts up
14   there.  I remember seeing GameStop up
15   there.  I remember seeing AMC. I don't
16   want to guess, so it was those two.
17        Q.    Do you recall anything about
18   AMC or GME being heavily shorted by hedge
19   funds or other institutional investors
20   around this time?
21        A.    Which time?
22        Q.    January 2021.
23        A.    I'm not sure about that month.
24   In that year, yes.
25        Q.    And I think you testified a
```

```
                                              Page 61
 1          BRIAN  HARBISON  -  CONFIDENTIAL
 2    little  while  earlier  that  you  recall  the
 3    price  of  GME  increasing  substantially
 4    around  this  time  in  January  2021;  is  that
 5    right?
 6                MR.  KIM:   Objection  to  form.
 7         A.    Did  I  say  that?
 8                MR.  KIM:   You  can  answer.
 9         A.    I  don't  recall.  That  was  two
10    years  ago.
11         Q.    Do  you  recall  the  price  of  AMC
12    increasing  dramatically  around  this  time
13    in  January  2021?
14                MR.  KIM:   Objection  to  form,
15         vague.
16         Q.    You  can  answer,  Mr.  Harbison.
17         A.    Honestly,  I'm  not  sure.
18         Q.    Have  you  heard  the  term  meme
19    stock  before?
20         A.    In  what  year  or  exact  --
21         Q.    Just  ever.
22         A.    Yeah.
23         Q.    Do  you  recall  when  you  first
24    heard  the  term  meme  stock,  approximately?
25         A.    No.
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.    What do you understand a meme
 3  stock to be?
 4      A.    I'm not 100% sure.  So I'm
 5  just going to say I've heard it
 6  somewhere, Reddit. It's a popular stock.
 7  I don't want to guess but that's --
 8          MR. KIM:  I mean, you
 9      shouldn't guess.
10          THE WITNESS:  Okay.
11          MR. KIM:  It's what you know.
12      We're not here to get your
13      guessing.
14      Q.    Is it your understanding that
15  memes are supposed to be funny,
16  Mr. Harbison?
17      A.    I don't recall that. I'm not
18  sure.
19      Q.    Do you know what memes are?
20      A.    Yeah, I know memes.  You're
21  talking about the stock market or are you
22  talking in general?
23      Q.    Just memes.
24      A.    Yeah.
25      Q.    And is it your understanding
```

```
                                            Page 63
 1          BRIAN HARBISON - CONFIDENTIAL
 2   that memes are supposed to be funny?
 3        A.    Not all of them.
 4        Q.    Not all of them? Some of them?
 5        A.    Yes.
 6        Q.    Did you believe that any of
 7   the stocks we've been discussing today
 8   were considered meme stocks around this
 9   time in January 2021?
10            MR. KIM:  Objection, vague.
11        A.    I don't recall.
12        Q.    Let's go back to AMC. Can you
13   describe in any more detail anything you
14   heard about AMC on social media or in the
15   news more generally in January of 2021?
16            MR. KIM:  Objection, asked and
17        answered.
18        A.    No. I don't recall.
19            MS. YOUNG:  Let's go ahead and
20        look at tab 6, I believe this will
21        be Exhibit 151.
22            (Exhibit 151, copy of posts
23        from StockTwits, was received and
24        marked on this date for
25        identification.)
```

```
                                              Page 64
 1          BRIAN HARBISON - CONFIDENTIAL
 2               MS. YOUNG:  I got an email
 3        saying that the Exhibit Share
 4        should be working, Mr. Harbison.
 5        Just hit reload. I emailed them
 6        myself and that's what they said.
 7        So let's see if it's working.
 8               THE WITNESS:  It's working.
 9               MR. KIM:  What number are we
10        looking at?
11               MS. YOUNG:  151.
12               MR. KIM:  It's not up there,
13        151.
14               THE WITNESS:  Yeah, I see it.
15               MR. KIM:  Okay. Here we go.
16               THE WITNESS:  Okay.
17        Q.   Do you recognize this
18   document, Mr. Harbison?
19        A.   I know it's StockTwits.
20        Q.   Do you see a couple of posts
21   on this page from your handle?
22               MR. KIM:  What page are we
23        looking at?
24               MS. YOUNG:  The first one.
25        A.   Yeah, I see it.
```

```
                                              Page 65
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.     It looks like these date from
 3  January 26, 2021, right?
 4      A.     Yes.
 5      Q.     Thank you. In the original
 6  post it looks like it's from somebody
 7  with the user name Oceanavekid. Do you
 8  see that?
 9      A.     Yes.
10      Q.     And he writes, "GME $200
11  tomorrow. The SEC doesn't even care about
12  pumps anymore. It's the wild west,
13  everyone for themselves." Do you see
14  that?
15      A.     Yes.
16      Q.     And beneath that do you see
17  that there's GME's ticker and where it
18  states "Since post $152.53 and then
19  besides that", kind of over to the side
20  it states, "Thin: 174.60 and now 22.07."
21  Do you see that?
22      A.     Yes.
23      Q.     On StockTwits does the "then"
24  price represent the stock's price at the
25  time of the original post?
```

```
                                                    Page 66
 1         BRIAN HARBISON - CONFIDENTIAL
 2              MR. KIM:  Objection to form.
 3      A.    Yes.
 4      Q.    So here that would be 174.60
 5  for GME, right?
 6      A.    Yes.
 7      Q.    And do you see where about
 8  halfway down the page you then responded
 9  to this post on January 26th at 4:39
10  p.m.?
11      A.    Yes.
12      Q.    So what did you understand
13  Oceanavekid to mean when he or she wrote
14  "GME $200 tomorrow"?
15              MR. KIM:  Objection, calls for
16         speculation.
17      A.    I can't recall. That was two
18  years ago.
19      Q.    Sitting here today, what do
20  you understand that to mean?
21              MR. KIM:  I mean, if he
22         doesn't -- he doesn't recall then,
23         he doesn't recall now. Objection,
24         asked and answered.
25              MS. YOUNG:  I didn't ask what
```

```
                                          Page 67
 1          BRIAN HARBISON - CONFIDENTIAL
 2       he recalled, Phil.
 3              MR. KIM:  Objection, asked and
 4       answered, calls for speculation.
 5       Q.    Mr. Harbison, sitting here
 6    today, what do you understand that to
 7    mean?
 8              MR. KIM:  Same objection,
 9       asked and answered, calls for
10       speculation.
11       Q.    You can answer, Mr. Harbison.
12       A.    Yeah, I don't want to guess. I
13    can't really.
14       Q.    I'm not asking you to guess.
15       A.    I can't --
16       Q.    So if the price of GME at this
17    time was about $174 a share, did you
18    believe or do you believe today that he
19    was expressing that he thought the GME
20    share price would hit $200 on January
21    27th?
22              MR. KIM:  Objection, calls for
23       speculation.
24              You're asking for what he
25       thinks someone else -- what's in
```

Page 68

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        someone else's mind. I mean, this
 3        is fully speculative.  Objection,
 4        calls for speculation.
 5                 MS. YOUNG:  Your repeated
 6        speaking objections are noted
 7        though they are improper. You may
 8        answer, Mr. Harbison.
 9                 MR. KIM:  Objection, calls for
10        speculation.
11                 MS. YOUNG: You already
12        objected. I don't why you need to
13        say it again and again.
14        A.    I can't really -- I can't
15   guess, so I don't want to -- that's
16   pretty much it.
17        Q.    So sitting here today, what do
18   you believe he meant when he wrote, "The
19   SEC doesn't care about pumps anymore?"
20                 MR. KIM:  Objection, calls for
21        speculation.
22        A.    I have no idea.
23        Q.    What are pumps to you in this
24   context?
25                 MR. KIM:  Objection, calls for
```

Page 69

BRIAN HARBISON - CONFIDENTIAL

1       speculation.

2       A.      I don't want to guess, so...

3       Q.      Earlier today you used the

4   phrase "pump and dump", right?

5       A.      Yes. Yes.

6       Q.      Do you understand pumps to be

7   an abbreviated version of pump and dump?

8               MR. KIM:  Objection, calls for

9       speculation.

10      A.      I don't want to guess because

11  -- yeah, I don't know.  I would assume he

12  means pumps and dumps.

13      Q.      And by that do you understand

14  then that the stock price of GME was

15  inflated?

16              MR. KIM:  Objection, calls for

17      speculation.

18      A.      That I'm not sure. I never

19  researched GME.

20      Q.      And what do you understand is

21  the "wild west, everyone for themselves"

22  to mean?

23              MR. KIM:  Again, objection,

24      calls for speculation.

Page 70

1           BRIAN HARBISON - CONFIDENTIAL
2        A.     That I can't say.
3        Q.     And you commented two emojis,
4    like with the laughing faces and wrote "I
5    should have jumped in", right?
6        A.     Yes.
7        Q.     Did you mean you should have
8    purchased GME?
9        A.     Yes.
10       Q.     So in this context you were
11   saying you should have jumped in by
12   trading GME, right?
13       A.     Yes, I sold options.
14       Q.     And that's because the price
15   of GME was increasing, right?
16       A.     Yes.
17       Q.     And what about the post from
18   Oceanavekid made you laugh or that you
19   found comical?
20       A.     The "wild wild west" part.
21       Q.     And why is that?
22       A.     That -- that's what I can
23   think of but at the time it just seemed
24   funny.
25       Q.     It seemed funny that there are

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   potential pump and dumps in GME, is that
 3   what you mean?
 4             MR. KIM:  Objection,
 5        argumentative. It's not what he
 6        said.
 7        A.    No, I'm not 100%.  It's the
 8   "wild wild west", that's pretty much it.
 9        Q.    And what about GME or, you
10   know, the market at this time related to
11   the "wild wild west" comment?
12             MR. KIM:  Objection, vague. Is
13        that a question or a statement?
14             MS. YOUNG:  It was a question.
15             MR. KIM:  Well, I don't
16        understand it. Objection, vague.
17             MS. YOUNG:  You don't have to
18        understand it, Phil. You're not the
19        witness.
20             MR. KIM:  I suspect others
21        don't understand it.
22        Q.    What do you mean about the
23   "wild wild west" in the context of this
24   --
25             MR. KIM:  Objection, asked and
```

```
                                        Page 72
```

1          BRIAN HARBISON - CONFIDENTIAL

2          answered. You already testified --

3          you already asked him that

4          question.

5      Q.     You can answer, Mr. Harbison.

6              MR. KIM:  Objection, asked and

7          answered.

8      A.     I'm not sure what he means by

9    it.

10     Q.     That wasn't my question.

11             My question was, what did you

12   find funny about the "wild wild west"

13   comment?

14             MR. KIM:  Objection, asked and

15         answered.

16     A.     I don't want to guess. It's

17   two years ago.

18     Q.     Today do you find the post

19   funny?

20             MR. KIM:  Objection, asked and

21         answered.

22             MS. YOUNG:  I didn't ask that.

23     A.     It's a post on StockTwits,

24   it's a regular post.

25     Q.     I'm not sure I follow. Today

```
                                        Page 73
 1          BRIAN  HARBISON  -  CONFIDENTIAL
 2    do you find the post funny?
 3          A.     I mean, it's regular now.
 4                 (Reporter clarification.)
 5          Q.     So you don't find the post
 6    funny today?
 7          A.     No.
 8                 MR. KIM:  Objection to form.
 9          Q.     And immediately beneath that
10    Oceanavekid responded to you writing,
11    includes your handle, "You and I both.  I
12    saw it go up since '14 but didn't want to
13    jump in a shit stock. Never thought the
14    SEC would let it get to this point.
15    Never thought I'd see $200 for GameStop.
16    People say AMC might be next. It would be
17    fucking wild if that just starts pump all
18    of a sudden." Do you see that?  "Starts
19    to pump all of a sudden." Excuse me. Do
20    you see that?
21                 This is kind of near the
22    bottom of the page.
23          A.     Yeah, I see it. Yeah, I see
24    it.
25          Q.     So did you understand this to
```

```
                                        Page 74
 1          BRIAN HARBISON - CONFIDENTIAL
 2    mean that Oceanavekid was expressing
 3    regret that they hadn't jumped in to
 4    trade GME?
 5              MR. KIM:  Objection, calls for
 6         speculation.
 7         A.    That's what he wrote.
 8         Q.    And when he wrote "but didn't
 9    want to jump in a shit stock", what do
10    you understand a "shit stock" to be?
11              MR. KIM:  Objection, calls for
12         speculation and document speaks for
13         itself.
14         A.    Yeah, I can't speak on what he
15    calls a shit stock.
16         Q.    What do you think a shit stock
17    is?
18              MR. KIM:  Same objection.
19         A.    My definition?
20         Q.    Yeah.
21         A.    Or what he thinks --
22         Q.    No. What you think a shit
23    stock is.
24         A.    Me, personally, I call a shit
25    stock that's something that's not worth
```

Page 75

```
 1       BRIAN HARBISON - CONFIDENTIAL
 2   it.
 3       Q.    And by "not worth it" you mean
 4   not worth the price?
 5       A.    Not worth buying, to me.
 6       Q.    As an investment, like, you
 7   just think it's not worth -- it's not
 8   worth the investment?
 9       A.    Yes.
10       Q.    So if you didn't think a stock
11   was worth the investment you wouldn't
12   expect to see the stock price increase,
13   right?
14            MR. KIM:  Objection, form,
15       vague, hypothetical. You can answer
16       the question.
17       A.    I'm sorry. Repeat one more
18   time.
19       Q.    Sure. So if you didn't think a
20   stock was worth the investment you
21   wouldn't expect to see the stock price
22   increase, right?
23            MR. KIM:  Objection to form,
24       incomplete hypothetical, vague.
25       A.    Not really because there's
```

Page 76

1          BRIAN HARBISON - CONFIDENTIAL

2    been stocks that were considered shit

3    stocks but they turned it around.  But if

4    you wasn't researching it you wouldn't

5    know, so...

6              MR. KIM:  We've been going

7         about a hour. So, you know, once

8         you finish this sort of line of

9         questioning or if you think this is

10        a good time to take a break.

11             MS. YOUNG:  No. Let's just

12        finish this document and then we

13        can take a break.

14             MR. KIM:  That's fine.

15        Q.    So when you wrote "People say

16   AMC might be next, will be fucking wild

17   if that starts to pump all of a sudden",

18   sitting here today, do you believe that

19   he was anticipating that AMC stock may

20   rise?

21             MR. KIM:  Objection, calls for

22        speculation, the document speaks

23        for itself.

24        Q.    You can answer, Mr. Harbison.

25        A.    Yes.

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        Q.    Did you consider GME a shit
 3   stock in January 2021?
 4        A.    I never fully researched it,
 5   so I know -- I'm not a fan of GME,
 6   GameStop, I didn't have anything to trade
 7   as a kid, so I stayed away from games
 8   altogether.  But the actual stock, I
 9   never researched it, so I can't really
10   say.
11        Q.    And by "next", do you
12   understand him to be saying that AMC's
13   price would increase just as GME's had
14   around this time?
15             MR. KIM:  Same objection,
16        calls for speculation.
17        A.    Yeah, he said "might be next".
18   I guess he's hoping AMC goes to 200 or
19   whatever the number was at the time for
20   GameStop.
21        Q.    And then you respond to
22   Oceanavekid, "I'm still trying to see why
23   it's even this high", and then there is
24   two laughing emojis and then you said, "I
25   thought about AMC too.  It might get some
```

```
                                          Page 78

 1          BRIAN HARBISON - CONFIDENTIAL
 2   lotto plays."  Do you see that?
 3          A.    Yes.
 4          Q.    And when you wrote, "I'm still
 5   trying to see why it's even this high",
 6   were you saying that you didn't
 7   understand why GME's stock price was as
 8   high as it was at that time?
 9          A.    Yes.
10          Q.    And is that because you didn't
11   think that the price of GME was, like,
12   supported by from what you knew about the
13   company?
14              MR. KIM:  Objection, calls for
15          speculation, lack of foundation.
16              He already said he didn't look
17          into it, so it's an improper
18          question.
19          Q.    You can answer.
20          A.    I didn't research it so that's
21   why I didn't know why it was that high.
22          Q.    And when you wrote, "I thought
23   about AMC too.  It might get some lotto
24   plays", you described the purchase of AMC
25   as lotto plays, right?
```

Page 79

1        BRIAN HARBISON - CONFIDENTIAL

2            MR. KIM:  Objection, document

3        speaks for itself.

4        A.    Yes.

5        Q.    What are lotto plays?

6        A.    Umm, it's when you buy call

7    options or puts, put options either for

8    extremely cheap for, like, a dollar, two

9    dollars, five dollars and if it hits, you

10   own -- you get paid, the lotto.

11        Q.    So there's no relationship

12   between lotto plays and gambling?

13        A.    No.  It's a gamble when you

14   buy something,that's that high or that

15   low, because that's why it's that cheap

16   because it's that high or that low,

17   nobody expects it to go that high or that

18   low.

19        Q.    So were you expressing that

20   you believe trading AMC at this time to

21   be a gamble?

22        A.    No.

23            MR. KIM:  Objection to form.

24        A.    No.

25        Q.    But you characterized it as a

```
                                    Page 80
 1        BRIAN HARBISON - CONFIDENTIAL
 2   lotto play, right?
 3        A.    Yeah.
 4             MR. KIM:  Objection to form.
 5        A.    If -- I don't remember exactly
 6   how much the options were but let's
 7   suppose they're for a dollar, if you
 8   could spend $10 and make back 2,000,
 9   that's -- why not?
10        Q.    And would you ever
11   characterize purchasing shares, not
12   trading options but actually purchasing
13   the underlying security as being a lotto
14   play?
15        A.    No.
16        Q.    And you understood from
17   Oceanavekid's post that there were
18   discussions about AMC being the next
19   stock after GME to be pumped, right?
20             MR. KIM:  Objection, calls for
21        speculation.
22        A.    Yeah, no because you can't
23   guess that and it didn't even go that
24   high. AMC didn't even go up to a hundred.
25   So he was wrong about it being next.
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2     Q.     So you don't remember any
 3 dramatic increase in the price of AMC
 4 after this point in time in January -- on
 5 January 26, 2021?
 6          MR. KIM:  Objection, vague.
 7     A.     I can't recall that.
 8     Q.     And so Oceanavekid responds to
 9 you, and this is at the top of the next
10 page, if you just want to flip over or
11 scroll down, I guess. He says "It's just
12 people pumping it and shorts trying to
13 make money anticipating a drop getting
14 squeezed.  Big pump going on, only reason
15 it's up." Do you see that?
16     A.     Yes.
17     Q.     And that's in response to your
18 question about "I'm still trying to see
19 why it's even this high", right?
20     A.     A-hum.
21          MR. KIM:  Wait.  That's not a
22          question but, you know, objection,
23          mischaracterizes the document,
24          calls for speculation.
25     Q.     Mr. Harbison, did you
```

1           BRIAN HARBISON - CONFIDENTIAL
2    understand this post to be in response to
3    your question about still trying to see
4    why -- your statement that you're still
5    trying to see why it's even this high?
6               MR. KIM:  Objection, document
7         speaks for itself.
8         A.    Yes and no. That's his opinion
9    but it's not 100% accurate, so...
10        Q.    I'm asking something just more
11   basic, as to whether or not his post is
12   responding to what you said about not
13   understanding why it's even this high.
14        A.    Oh, is he answering me?
15        Q.    Yeah, in that portion of your
16   post.
17        A.    Yes.
18        Q.    And you understood that this
19   was providing you an explanation as to
20   why it was so high at this point in time,
21   right?
22        A.    An opinion.
23              MR. KIM:  Objection to form.
24        Q.    I'm sorry. I didn't hear you,
25   Mr. Harbison.

```
                                                       Page 83
```

 1        BRIAN HARBISON - CONFIDENTIAL

 2        A.      An opinion.

 3        Q.      Sure. And his opinion was the

 4    only reason the price of GME was up was

 5    because of investors pumping the stock,

 6    right?

 7        A.      That's what he says there,

 8    yeah.

 9        Q.      In this context you understand

10    pumping to mean an effort to increase the

11    stock price before dumping it, right?

12               MR. KIM:   Objection to form.

13        A.      Umm, looking back at it, it

14    doesn't really make too much sense

15    because he says shorts are trying to make

16    money -- oh, I see.

17               Honestly -- yeah, I don't want

18    to assume so -- but that's -- if that's

19    what he's written, that's what he wrote

20    down, yes.

21        Q.      He also mentions shorts that

22    were getting squeezed, right? I think you

23    testified earlier today that you have a

24    general understanding of what short

25    squeezes are, right?

```
                                    Page 84
 1        BRIAN HARBISON - CONFIDENTIAL
 2        A.    Yes.
 3        Q.    So at this time you were aware
 4   of some discussions of potential short
 5   squeezes in AMC, right?
 6             MR. KIM:  Objection to form.
 7        A.    No. Because he said it might
 8   be next. It wasn't a guarantee that that
 9   it is next or it's going on right now.
10        Q.    Right. I think that's why I
11   used the word "potential".
12             So at this time you're aware
13   of some discussion of potential short
14   squeezes in AMC, right?
15        A.    I'd say yes.
16        Q.    And you commented -- this is a
17   little further, I think one post down,
18   that you want to jump in but nervous that
19   will be the time it actually falls, and
20   then there are these, like,
21   crying/laughing emojis, right?
22        A.    Yes.
23        Q.    And that was at 4:55 p.m.?
24        A.    Yes.
25        Q.    And were you referring -- by
```

1        BRIAN HARBISON - CONFIDENTIAL

2    "I want to jump in", are you referring to

3    AMC there?

4              MR. KIM:  Object to the form.

5        A.    No, because he said it might

6    be next. And this says -- if I'm saying

7    it's going to fall by the time I get in,

8    it can't be AMC because it might be, it

9    means AMC didn't start yet.

10       Q.    Oh, I'm sorry. What do you

11   mean by "I want to jump in"?

12       A.    I'm not sure.

13             MR. KIM:  Don't speculate.

14             THE WITNESS:  All right.

15       Q.    From this context, sitting

16   here today, what do you believe that you

17   were referring to when you said that you

18   wanted to jump in?

19             MR. KIM:  I mean, again, calls

20       for speculation. Don't speculate.

21             He said he didn't know what he

22       was doing then and then now you're

23       asking him what he believed now.

24       So, again, calls for speculation,

25       asked and answered.

Page 86

1              BRIAN HARBISON - CONFIDENTIAL

2          A.     I know it's not AMC by the way

3      it's written.

4          Q.     GME?

5          A.     I said AMC. Are you talking

6      about AMC or GME?

7          Q.     I asked you earlier if you

8      thought it was AMC and you said you

9      didn't, unless I misunderstood your

10     response.

11         A.     Oh, okay. Yeah. Yeah. That's

12     what I said. So with this --

13             MR. KIM:  Objection, calls for

14         speculation.

15         A.     -- it's not really detailed so

16     --

17         Q.     So from this context you're

18     not sure whether or not when you wrote "I

19     want to jump in", whether that refers to

20     jumping into trade GME or AMC?

21             MR. KIM:  Objection.

22         A.     No.

23             MR. KIM:  He's already said it

24         wasn't AMC, so you keep asking him

25         the same questions.

```
                                        Page 87
```

1           BRIAN HARBISON - CONFIDENTIAL

2         A.     Yeah, it's not AMC by the way

3    it's worded, so...

4         Q.     But by "jump in" you were

5    referring to trading, right?

6         A.     Yes.

7         Q.     And you were nervous because

8    you thought the price of whatever stock

9    it is that you were referring to in this

10   response might fall, right?

11        A.     Yes.

12        Q.     And sitting here today, do you

13   have any understanding as to why you

14   would worry that the price of these -- of

15   whatever stock this was might fall?

16             MR. KIM:   Objection, calls for

17        speculation, asked and answered.

18        A.     Worried you're going to lose

19   money.  If it falls before you jump in

20   you are going to lose your money.

21        Q.     And that's because there is

22   discussion of possible short squeezes at

23   least in these two stocks we've been

24   discussing with respect to this chain,

25   right?

```
                                              Page 88
 1        BRIAN HARBISON - CONFIDENTIAL
 2              MR. KIM:  Objection.
 3        A.    No. Because this stock goes to
 4   52 week high and could fall back down
 5   too, so...
 6        Q.    But in this chain where you
 7   are going back and forth with Oceanavekid
 8   you are discussing pumps and short
 9   squeezes, right?
10              MR. KIM:  Objection,
11        mischaracterizes the document, it
12        speaks for itself.
13        A.    No. Matter of fact -- I don't
14   want to guess, I don't recall.
15        Q.    And why did you want to jump
16   in?
17              MR. KIM:  Objection, vague.
18        A.    To make money.
19        Q.    To make money from a pump and
20   dump?
21              MR. KIM:  Objection, calls for
22        speculation, lack of foundation.
23        A.    I want to say yes, but I
24   didn't buy the stock so I guess I ain't
25   jumping in.
```

                                                        Page 89

1              BRIAN HARBISON - CONFIDENTIAL

2                    MS. YOUNG:  Now is probably a

3          good time for a break. How long do

4          you guys need?

5                    MR. KIM:  I think we've been

6          going for, like, 70 minutes. I'd

7          like a ten minute break at least.

8                    Mr. Harbison, do you need more

9          or less time? Is ten minutes good?

10         It's up to you.

11                   THE WITNESS:  Like 20.

12                   MR. KIM:  20.

13                   VIDEOGRAPHER:  All right.

14         Going off the record. The time is

15         11:48 a.m.  This is the end of

16         Media Unit 1.

17                   (Recess is taken.)

18                   VIDEOGRAPHER:  We're back on

19         the record. The time is 12:12 p.m.

20         This is the beginning of Media Unit

21         2.

22         Q.    Mr. Harbison, you understand

23    that you're still sworn in and under oath

24    and have to testify truthfully, right?

25         A.    Yes.

```
                                          Page 90
```

1          BRIAN HARBISON - CONFIDENTIAL

2          Q.     Thank you. All right. Let's go

3     ahead and mark tab 31. This will be

4     Exhibit 152. It should be available right

5     now I think if you refresh your pages.

6                    (Exhibit 152, Robinhood

7              trading data re: Brian Harbison,

8              Bates RHMDL00097431.001 was

9              received and marked on this date

10             for identification.)

11         Q.     Do you see it?

12         A.     Tab 32.

13         Q.     Or tab 31.

14                MR. KIM:  It says Exhibit 152.

15             Are you seeing that?

16                THE WITNESS:  All right. I'm

17             seeing it.

18                MR. KIM:  It's a spreadsheet.

19                THE WITNESS:  Yeah.

20         Q.     And I can represent to you

21     that this exhibit contains trading data

22     that Robinhood produced in connection

23     with this matter and that the account

24     number in the left-hand column is your

25     Robinhood account number.

```
                                              Page 91
```

1            BRIAN HARBISON - CONFIDENTIAL

2                  If you want to see one of your

3      statements to confirm that for yourself

4      we can do that but --

5                  MR. KIM:  We'll stipulate.

6                  MS. YOUNG:  Thank you.

7          Q.    Okay. And if you look at this

8      first row here do you see that you

9      purchased 100 shares of AMC -- this is in

10     the second row, excuse me.  You purchased

11     100 shares of AMC for 6.86 a share at

12     22:10 UTC on January 26 -- 27?

13         A.    Say it one more time?

14         Q.    Sorry. Do you see the trade

15     for 100 shares of AMC for 6.86?

16         A.    6.86?

17                MR. KIM:  Is that 7?

18                MS. YOUNG:  Excuse me. I'm

19         sorry. I'm mixing up --

20                MR. KIM:  That's the Robinhood

21         execution price, no?

22                MS. YOUNG:  This is the first

23         row, 100 shares.  The 6.86 I

24         actually think, Phil, if it's a

25         limit buy, the 6.86 is what he

Page 92

BRIAN HARBISON - CONFIDENTIAL

1

2        paid.

3               MR. KIM:  Oh. Because I

4        thought in the other one it was

5        what Robinhood --

6               MS. YOUNG:  I think it was

7        maybe confused with that one. I

8        think it's a limit order.

9               MR. KIM:  I see. Okay. Well...

10       Q.     Do you see that purchase, Mr.

11   Harbison?

12       A.     Yeah. It has order price as 7,

13   it shows, yeah.

14       Q.     And 22 UTC -- so that's the

15   universal time period, which is five

16   hours ahead of Eastern.  So this was

17   placed at 5:10 p.m. Eastern. So this is

18   about 15 minutes after you posted the

19   last post that we looked at in the prior

20   exhibit, Exhibit 151, right?

21       A.     Yes.

22       Q.     Okay. So why did you purchase

23   these shares of AMC on January 26?

24       A.     I don't want to speculate.

25       Q.     Was there something in

1          BRIAN HARBISON - CONFIDENTIAL

2    particular that prompted you to trade at

3    this time?

4          A.    I don't recall. Yeah, I don't

5    want to assume, so...

6          Q.    Had you heard anything, any

7    news from AMC about the company on

8    January 26, to the best of your

9    recollection?

10         A.    On that exact date, no.

11         Q.    But you had been reading posts

12   concerning AMC on the same day prior to

13   trading, right?

14         A.    I don't recall.

15         Q.    We just looked at several.

16         A.    That was the same day?

17         Q.    Right.

18         A.    Okay.

19         Q.    And you were posting about AMC

20   the same day as this trading too, right?

21              MR. KIM:  Objection to form.

22         Mischaracterization of posting

23         about AMC.  I think those posts you

24         showed him speak for themselves.

25              MS. YOUNG:  He can also speak

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        for himself, Mr. Kim.
 3        A.    Yeah, I don't remember those
 4   posts about GameStop. There was nothing
 5   about me saying anything about AMC.
 6        Q.    Let's go back to the post.
 7   That was 151, tab 6. If you look at the
 8   first page of Exhibit 151, do you see
 9   that your post at 4:45 p.m. where you say
10   "I thought about AMC too."
11        A.    Yeah, I see it.
12        Q.    So you posted about AMC at
13   4:45 on January 26, 2021, prior to
14   trading at 5:10 p.m. Eastern, right,
15   trading in AMC at 5:10 p.m. Eastern?
16        A.    Yes.
17        Q.    And did any of this discussion
18   on social media that you participated in
19   concerning AMC at all influence your
20   decision to buy shares of AMC on this
21   day?
22        A.    No, because it says lotto
23   plays, and I said before lotto plays is
24   options.
25        Q.    Yeah. So you're saying this
```

Page 95

1            BRIAN HARBISON - CONFIDENTIAL
2    was fully independent of any discussion
3    of AMC at this time that you saw on
4    social media?
5         A.    Yes.
6         Q.    But you don't have any idea
7    why you decided to trade on this date on
8    January 26, 2021?
9              MR. KIM:   Objection, asked and
10        answered.
11        A.    At that exact time, no.
12        Q.    What about just on this day,
13    do you have any understanding why you
14    decided to buy AMC on January 26, 2021?
15        A.    No.
16        Q.    But at this point in time you
17    were aware of discussions about a
18    potential short squeeze in AMC, right?
19              MR. KIM:   Objection,
20        mischaracterizes the record.
21        A.    No.
22        Q.    You testified earlier, Mr.
23    Harbison, that you were interested in
24    participating in a potential short
25    squeeze of AMC around this time, do you

```
                                      Page 96
 1         BRIAN HARBISON - CONFIDENTIAL
 2    recall that?
 3              MR. KIM:  Objection to form.
 4         A.    Where at?
 5         Q.    Where?
 6         A.    Yeah.
 7         Q.    You testified to that earlier
 8    today.
 9              MR. KIM:  Objection to form. I
10         don't -- you know.
11         Q.    You do not recall saying
12    anything about wanting to profit from a
13    short squeeze, a potential short squeeze
14    in AMC around this time?
15              MR. KIM:  Objection. I think
16         it mischaracterizes prior
17         testimony.
18         A.    Yeah, I never said the exact
19    date or any day.
20         Q.    I didn't say a date in my
21    question just now. I just said around
22    this time.
23         A.    "At this time" meaning?
24              MR. KIM:  Objection. As I
25         recall I think he said GME, but I
```

```
                                            Page 97
 1          BRIAN  HARBISON  -  CONFIDENTIAL
 2       don't  recall  him  saying  AMC  but  my
 3       memory  is  not  as  good  as  yours.
 4              MS.  YOUNG:   Probably  true.
 5              MR.  KIM:   So  objection
 6       misstates  his  testimony.
 7       Q.    Now,  the  order  type  for  this
 8   trade,  Mr.  Harbison,  is  a  limit  order.
 9              What  is  a  limit  order,  in  your
10   own  words?
11       A.    It's  pretty  much  when  you  buy
12   at  a  certain  price  that  you  set  the  order
13   to  be  filled  in.
14       Q.    Is  that  in  contrast  to  a
15   market  order  --
16       A.    No.
17       Q.    --  that  you're  trading?  Okay.
18       A.    So  it's  pretty  much  --  it's
19   not  pretty  much.  If  the  stock  is  at,  say,
20   eight  dollars  or  nine  dollars  and  you
21   think  it's  going  to  fall  down  to  seven,
22   you  put  the  limit  order  for  seven
23   dollars.
24       Q.    And  it  will  automatically
25   purchase  shares  at  that  praise?
```

```
                                            Page 98
```

1            BRIAN HARBISON - CONFIDENTIAL

2        A.      If it falls to that number,

3    yes.

4        Q.      So other trades -- so that's

5    in the order type column. You don't -- do

6    you know what market order types are?

7        A.      Yes.

8                MR. KIM:  Objection, vague.

9        Q.      Can you describe what a market

10   order is?

11       A.      So you just -- you buy at --

12   you put the order in and the market gives

13   you whatever they feel is the exact

14   number at that time.

15       Q.      So it's a trade for the

16   current market price?

17       A.      Yes, or it might fall at that

18   price.

19       Q.      And did you often place orders

20   as limit orders around this time?

21       A.      What do you mean exactly?

22       Q.      I mean, did you frequently,

23   instead of placing market orders, did you

24   place limit orders around this time? It

25   looks like there are a fair number of

```
                                            Page 99
 1          BRIAN HARBISON - CONFIDENTIAL
 2   these that are limit orders.
 3          A.    Yes.
 4          Q.    So I'm wondering if that's a
 5   practice of yours?
 6          A.    Yes.
 7          Q.    And what determines whether
 8   you are going to place a market order or
 9   a limit order?
10          A.    Umm, if I feel the stock is
11   going to go down at a certain price, if I
12   want a certain amount of shares for a
13   certain amount of money, I'll place a
14   limit order and see what I get filled.
15          Q.    Is this the first time you
16   purchased shares of AMC, January 26,
17   2021?
18          A.    That I don't recall. I don't
19   think so, but I don't want to guess.
20               MR. KIM:  Don't guess.
21               THE WITNESS:  Okay. I don't
22       recall.
23               MS. YOUNG:  Can we look at tab
24       7? This will be Exhibit 153.
25               (Exhibit 153, copy of
```

```
                                        Page 100
 1          BRIAN HARBISON - CONFIDENTIAL
 2          StockTwits messages, was received
 3          and marked on this date for
 4          identification.)
 5          Q.     I think it should be available
 6    now.
 7          A.     Yeah. All right.
 8          Q.     And do you recognize this
 9    document, Mr. Harbison?
10          A.     I recognize the user I'm
11    talking to.
12          Q.     OTCgod?
13          A.     Yes.
14          Q.     Who is that?
15          A.     It's like a guy I'm friends
16    with on the app.
17          Q.     On StockTwits?
18          A.     Yes.
19          Q.     Do you know anything about the
20    user?
21          A.     Just on StockTwits.
22          Q.     And these are posts from
23    January 26, beginning at 5:07, right?
24          A.     Yes.
25          Q.     Okay. And do you see in the
```

Page 101

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2    top post he writes, "AMC added LOL", and
 3    then says "bullish" next to that?
 4          A.    Yes.
 5          Q.    And below that you commented,
 6    so this is at 5:11 p.m., and you
 7    commented with two laughing emojis and
 8    wrote "Same.  Did you get in on GME?
 9    LOL." Do you see that?
10          A.    Yes.
11          Q.    What do you mean by "same"?
12          A.    I don't recall.
13          Q.    Sitting here today, what do
14    you think you meant by "same"?
15                MR. KIM:  Objection, calls for
16          speculation.
17          A.    Yeah, I don't recall. I can't.
18          Q.    So do you believe that OTCgod
19    in the first post was expressing that
20    they had bought shares of AMC?
21                MR. KIM:  Objection, calls for
22          speculation, document speaks for
23          itself.
24          A.    That's what he says, that's
25    what he wrote down. He said "added".
```

Page 102

1          BRIAN HARBISON - CONFIDENTIAL

2          Q.    And does "added" mean

3    purchased AMC?

4          A.    It could but I didn't -- I

5    wasn't there to actually see him buy it,

6    so he could just be saying it, playing

7    around.

8          Q.    Fair. But that's what you

9    would understand that to mean, purchased

10   AMC, right?

11         A.    Yes.

12               MR. KIM:  Objection.

13         Q.    That's three minutes before

14   you purchased your 100 shares of AMC on

15   January 26 at 5:10 p.m. Eastern, right?

16               MR. KIM:  Objection, calls for

17         speculation.  I mean, we don't know

18         if these -- the time on these

19         things are synced, right? I mean,

20         so...

21         Q.    Mr. Harbison, do you recall

22   that in the prior exhibit that we looked

23   at you purchased 100 shares of AMC at

24   5:10 p.m., right?

25         A.    Okay.

Page 103

1           BRIAN HARBISON - CONFIDENTIAL

2        Q.     And in your post right here

3    from January 26 at 5 -- it's at 5:11

4    p.m., right?

5        A.     Yes.

6        Q.     It's a minute after you bought

7    100 shares of AMC, right?

8        A.     Yes.

9        Q.     Okay. So when you wrote

10   "same", do you believe that you were

11   suggesting that you had also bought

12   shares of AMC?

13       A.     Yeah. Yes.

14       Q.     And what does "bullish" mean

15   to you?

16       A.     You're in favor of the stock.

17       Q.     Were you also bullish about

18   AMC at this time?

19       A.     This exact time I bought it,

20   yes, I had to be.

21       Q.     And why did you want to post

22   about your trade?

23       A.     I really don't. I told people

24   that I got friends with on there, like

25   him, and that's pretty much it.

Page 104

1           BRIAN HARBISON - CONFIDENTIAL

2           Q.     Did you want him to know that

3     you were also invested in AMC?

4           A.     That I can't recall. I'm just

5     -- just talking. I can't recall exactly

6     what I was thinking at the time, if I

7     wanted him to think it or --

8                  MS. YOUNG:  I think he's

9           frozen. Mr. Harbison?

10                 MR. KIM:  Did we lose him?

11                 VIDEOGRAPHER:  I think we

12          should go off the record.

13                 Going off the record. The time

14          is 12:28 p.m.

15                 (Recess is taken.)

16                 VIDEOGRAPHER:  We're back on

17          the record. The time is 12:35 p.m.

18          Q.     Okay. Mr. Harbison, you

19     testified earlier that you sometimes use

20     StockTwits to research potential

21     investments, right?

22          A.     I wouldn't say research, but

23     get info.

24          Q.     Okay. So is it fair to say

25     that you sometimes use StockTwits to get

Page 105

1          BRIAN HARBISON - CONFIDENTIAL

2     information about potential investments?

3          A.    Yes.

4          Q.    And a little while earlier we

5     looked at a post from you on January 26th

6     that mentioned AMC, right?

7          A.    Yes.

8          Q.    And then on this day or later

9     the same day you respond to a different

10    post about AMC, right? So this is back in

11    Exhibit 153.

12         A.    Yes.

13         Q.    And that post that you are

14    responding to is posted at 5:07, right?

15         A.    Tab 7?

16         Q.    Yeah.

17         A.    Okay. Yeah, I see.

18         Q.    And in the spreadsheet of your

19    trades that we looked at earlier, Exhibit

20    152 that we saw earlier, we saw that you

21    bought 100 shares of AMC at 5:10 p.m. on

22    January 26th, right?

23         A.    Yes.

24         Q.    And here at 5:11 on January 26

25    you respond to the post about "AMC added"

Page 106

1           BRIAN HARBISON - CONFIDENTIAL

2    saying "same", right?

3           A.    Yes.

4           Q.    And did anything you were

5    hearing or writing about AMC on

6    StockTwits on this day on January 26

7    influence your decision to buy AMC on

8    this day?

9                 MR. KIM:  Objection, asked and

10          answered.

11          A.    I don't recall.

12          Q.    And your testimony is that you

13   don't recall anything about your -- the

14   reasons why you decided to trade AMC on

15   this day?

16          A.    On that particular date, no.

17          Q.    Do you recall your reasons for

18   buying AMC on any other date?

19          A.    Umm, the rumor about Amazon

20   purchasing AMC.

21          Q.    And when was that?

22          A.    I don't recall.

23          Q.    And you also asked in this

24   post, "Did you get in on GME?" Right?

25          A.    Yes.

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2      Q.    And you wrote "LOL"?
 3      A.    Yes.
 4      Q.    Why did you write "LOL"?
 5      A.    Yeah, I don't know.
 6      Q.    Is there anything funny about
 7  these posts?
 8      A.    I don't recall at that time.
 9      Q.    If you go further down OTCgod
10  says he didn't get in on GME but in
11  hindsight he should have. And then you
12  respond, "facts. LOL.  You and me both,
13  especially today. LOL." Do you see that?
14      A.    Yeah.
15      Q.    And by -- sorry. Did you say
16  something?
17      A.    I see it.
18      Q.    Why did you believe that you
19  should have bought GME at this time?
20      A.    Honestly, I can't recall.
21      Q.    At the time you wrote this did
22  you expect GME stock price to continue to
23  increase?
24      A.    I can't recall. There's
25  nothing saying what the stock price was
```

Page 108

1        BRIAN HARBISON - CONFIDENTIAL

2    or anything in this post.

3        Q.    I think earlier today, Mr.

4    Harbison, you mentioned that you have not

5    researched GME as a potential investment,

6    right?

7        A.    Yes.

8        Q.    So why would you regret not

9    investing in GME around this time if you

10   had never done any sort of research on

11   the company as a potential investment?

12       A.    I can't recall. I don't want

13   to guess.

14       Q.    Sitting here today, do you

15   have any understanding as to why you may

16   have regretted not purchasing shares of

17   GME at this time?

18            MR. KIM:  Objection, calls for

19       speculation.

20       A.    I can't -- I don't want to

21   guess, so...

22       Q.    Do you regret not investing in

23   GME in January 2021, sitting here today?

24            MR. KIM:  Objection, calls for

25       speculation.

```
 1           BRIAN HARBISON - CONFIDENTIAL
 2               MS. YOUNG:  It doesn't.
 3               MR. KIM:  It does. When he
 4         says he doesn't know on both then
 5         and now and now you're asking if he
 6         regrets something that he  didn't
 7         know about, that's speculative.
 8               MS. YOUNG:  It's a different
 9         question that I asked. You can look
10         at the realtime.
11         Q.    Mr. Harbison, do you regret
12   not investing in GME in January 2021, as
13   you sit here today?
14               MR. KIM:  Same objection.
15         A.    I'd have to see the price, the
16   price difference, so I can't really say
17   yes or no.
18         Q.    What do you mean as to the
19   price difference?
20         A.    How much could I have bought
21   in at, could you have sold options, were
22   options turned off.  It depends on
23   everything, so I can't really say.
24         Q.    Did the fact that you didn't
25   get in on GME influence your decision to
```

Page 110

1           BRIAN HARBISON - CONFIDENTIAL

2    invest in AMC?

3           A.    No.

4                 MS. YOUNG:  Let's look at tab

5           8. This will be Exhibit 154.

6                 (Exhibit 154, copy of

7           StockTwits messages was received

8           and marked on this date for

9           identification.)

10          Q.    Is it available?

11          A.    Yes. I'm looking at it.

12          Q.    Okay. Sorry. I thought it was

13   taking a while. Do you recognize this

14   document?

15          A.    I know it's on StockTwits. I

16   recognize the user.

17          Q.    G0ldmanSnacks?

18          A.    Yes.

19          Q.    Who is G0ldmanSnacks?

20          A.    A person that I met on the

21   app.

22          Q.    Do you know anything about

23   them?

24          A.    Personally, no, just on the

25   app.

1           BRIAN HARBISON - CONFIDENTIAL

2        Q.      Do you communicate with

3    G0ldmanSnacks pretty regularly?

4                MR. KIM:  Objection to form.

5        A.      Back then, during lockdown,

6    yeah.

7        Q.      And he wrote or she, don't

8    know, "SPY I just hope the GME doesn't

9    cause the SEC to put some knee jerk rule

10   in place as a band aid to prevent

11   something similar that ends up punishing

12   realtime traders (see PDT rule)." And

13   that's in parenthesis. Do you see that?

14       A.      Yes.

15       Q.      What is the GME thing?

16       A.      I can't recall. At least on

17   GameStop, that's the ticker.  But that's

18   as far as I can say.

19       Q.      Do you recall GME stock price

20   increasing dramatically around this time?

21                MR. KIM:  Objection, asked and

22       answered.

23       A.      I can't recall.

24       Q.      What do you understand it to

25   mean, that they hope that the GME thing

Page 112

```
          BRIAN HARBISON - CONFIDENTIAL
 1
 2   doesn't cause the SEC to put a knee jerk
 3   rule in place as a band aid to prevent
 4   something similar?
 5        A.    I have no idea.
 6        Q.    Why would there be a concern
 7   with respect to punishing retail traders?
 8             MR. KIM:  Objection, calls for
 9        speculation.
10        A.    Yeah, I have no idea.
11        Q.    Do you know what PDT is?
12        A.    No.
13        Q.    Have you ever heard the phrase
14   pattern day trader?
15        A.    Okay, yes.
16        Q.    What's a pattern day trader?
17        A.    Umm, if you have 25,000 -- you
18   have 25,000 in your account and you day
19   trade more than I think it's three times
20   in seven days, you're given a PDT, PDT,
21   you can't trade for I think three months,
22   I think it is, the first time.
23        Q.    Is that -- is that a
24   regulation that you just described, is
25   that the PDT rule?
```

1          BRIAN HARBISON - CONFIDENTIAL

2               MR. KIM:  Objection to form.

3     A.     Is that what?  One more time.

4     Q.     The PDT rule?

5               MR. KIM:  He said he didn't

6     know what it meant and then you

7     asked him what pattern day trading

8     meant. So I'd say you're

9     mischaracterizing his testimony.

10    A.     Say it one more time.

11    Q.     So I think you just described

12   that if you have less than 25,000 in your

13   account, and you trade more than a

14   certain number of times a day which I

15   think you thought was about three in

16   seven days, you can't trade for three

17   months, right?

18    A.     Yes.

19    Q.     I was asking whether or not

20   that referred to a PDT rule?

21               MR. KIM:  Objection,

22       mischaracterizes the record.

23    A.     Yes. That's a PDT rule or it's

24   a punishment of doing it. I'm not 100%

25   sure about the rules of PDT.  I'm 50/50

Page 114

1            BRIAN HARBISON - CONFIDENTIAL
2    with it, I'm not 100% sure because I
3    haven't done any day trading.
4          Q.    And further down do you see
5    where you respond to G0ldmanSnacks?
6          A.    Yeah.
7          Q.    And you write, "I already seen
8    a screenshot of them crying to the SEC.
9    LOL."
10         A.    Yeah.
11         Q.    Who is "them"?
12         A.    I have no idea.
13         Q.    What screenshot are you
14   referring to?
15         A.    I have no idea.
16         Q.    What is the relationship or
17   what are you responding to in the prior
18   post?
19         A.    What do you mean?
20         Q.    How does what you wrote right
21   here at 5:16 p.m. relate to the 5:01 p.m.
22   post?
23         A.    I can't recall. At that
24   moment, talking right now it's like over
25   two years ago, so I can't really recall

```
                                        Page 115
 1          BRIAN HARBISON - CONFIDENTIAL
 2    what was going on at that time.
 3          Q.    Then beneath that
 4    G0ldmanSnacks writes, "They're using our
 5    tricks against us", frowny face with a
 6    tear, right?
 7          A.    Yeah.
 8          Q.    And further down you commented
 9    with two laughing emojis and said "I
10    didn't get it -- get in but it's glad to
11    see people tasting their own medicine."
12    Right?
13          A.    Yeah, I see it.
14          Q.    You didn't invest in GME,
15    right?
16          A.    No.
17          Q.    And what people are tasting
18    their own medicine?
19          A.    I can't recall. At that time I
20    don't know what was being said or what I
21    was watching or reading, so I can't say.
22    I forgot about this whole conversation.
23    It's been two years.
24          Q.    And seeing this doesn't at all
25    refresh your recollection or provide any
```

```
                                              Page 116
 1         BRIAN HARBISON - CONFIDENTIAL
 2   context?
 3         A.    No.
 4         Q.    And GME was heavily shorted
 5   around this time, right?
 6              MR. KIM:  Objection, assumes
 7         facts.
 8         A.    Yes.
 9         Q.    So if the price of GME
10   increased, hedge funds who had short
11   positions would have to scramble to cover
12   their positions, right?
13              MR. KIM:  Objection,
14         incomplete hypothetical.
15         A.    With GME or on a short
16   squeeze, in general?
17         Q.    On GME.
18              MR. KIM:  Objection, calls for
19         speculation.
20         A.    Yeah, I don't want to
21   speculate.
22         Q.    Were you glad to see that any
23   institutional investors that were short a
24   stock like GME might have to taste their
25   own medicine?
```

1          BRIAN HARBISON - CONFIDENTIAL

2               MR. KIM:  Objection, vague.

3      A.    Where do you see that at?

4      Q.    You said "glad to see people

5   tasting their own medicine," right?

6      A.    Yes.

7      Q.    Why were you glad to see that?

8               MR. KIM:  Objection, asked and

9         answered.

10      A.    I don't recall.

11      Q.    You don't know who "they"

12   refers to in any of these?

13               MR. KIM:  Objection, asked and

14         answered. How many times do we have

15         to go over this?

16               MS. YOUNG:  As many as I feel

17         like.

18               MR. KIM:  Then we're going to

19         be here forever.

20               MS. YOUNG:  Will you stop this

21         relentless coaching of the witness.

22               MR. KIM:  I'm not coaching the

23         witness.  You have asked him that

24         same question, like, three times.

25               MS. YOUNG:  Okay. Thank you.

1      BRIAN HARBISON - CONFIDENTIAL

2      A.    I said I don't recall. It's

3  two years ago.

4      Q.    Go to 152, that exhibit we

5  were looking at a little while earlier.

6  This is the spreadsheet with your trades

7  on it, right?

8      A.    Yes.

9      Q.    If you look at the second row,

10  on January 27th you placed a limit sell

11  order for 100 shares or 100 shares of AMC

12  at 20.46, right?

13      A.    Yes.

14      Q.    But if you look at the -- a

15  couple column over you see the order

16  cancelled column?

17      A.    A-hum.

18      Q.    And looks like this trade was

19  cancelled, right?

20      A.    I don't see cancelled but...

21      Q.    It has the actual date and the

22  cancel time in it. Do you see that in the

23  fourth row from the right?

24      A.    Oh, okay. I see it.

25      Q.    And why did you cancel this

Page 119

1          BRIAN HARBISON - CONFIDENTIAL

2    order?

3          A.    I can't recall.

4          Q.    Did you believe the stock

5    price might increase beyond 20.46 a

6    share?

7          A.    I have no idea. I'd have been

8    looking at it at that time, so I'm not

9    sure what I was doing at that time, at

10   that moment.

11         Q.    In the third row do you see,

12   this is still on January 27th, that you

13   sold your 100 shares of AMC at 19.78 a

14   share?

15         A.    Yes.

16         Q.    And that was at 14:24 UTC or

17   9:24 a.m., right?

18         A.    Yeah.

19         Q.    And this is the day after you

20   purchased your shares on January 26,

21   right?

22         A.    A-hum.

23         Q.    So why did you decide to sell

24   your shares just a day after you bought

25   them?

```
                                        Page 120
 1          BRIAN HARBISON - CONFIDENTIAL
 2       A.     That was -- I remember I did
 3   it by accident. I meant to put a stop
 4   loss sell, instead I clicked on limit
 5   sell.  I put a stop loss on it in case it
 6   fell down too fast so I can get my own
 7   options filled. That's why I rebought in.
 8       Q.     You are referring to the trade
 9   beneath that from 14:41?
10       A.     Yes.
11       Q.     Now, if we look -- but if we
12   look back at the one that you executed on
13   accident, you had purchased for 6.86 and
14   sold it for 19.78?
15       A.     One more time?
16       Q.     I said you had purchased those
17   shares originally on the 26th at 6.86 a
18   share and sold them for 19.78, right?
19       A.     A-hum.
20       Q.     So just on that day the stock
21   price of AMC had close to tripled, right?
22       A.     Yes.
23       Q.     And then about 20 minutes
24   later that's when you place your buy
25   order for 100 shares at 18.10, right, a
```

```
 1         BRIAN  HARBISON  -  CONFIDENTIAL
 2   share?
 3         A.     Yes.
 4         Q.     And that was at 14:41 UTC?
 5         A.     What time is that on the East
 6   Coast? I'm not sure what UTC at that
 7   time.
 8         Q.     I think it's in the morning.
 9   Yeah, 9:41.
10         A.     Okay. Thank you.
11         Q.     Then it looks like it's
12   cancelled, if you look in the cancelled
13   column?
14         A.     Yeah.
15         Q.     Do you recall why you
16   cancelled this order?
17         A.     Because I wanted to buy it for
18   cheaper and I set my limit order for 16.
19         Q.     And is that why we see the
20   purchase beneath that --
21         A.     Yes.
22         Q.     -- for 15.70 a share?
23         A.     Yes.
24         Q.     So you thought that 18.10 was
25   too high a price to pay when you
```

```
                                          Page 122
 1        BRIAN HARBISON - CONFIDENTIAL
 2   cancelled the prior order?
 3        A.    It wasn't too high but most
 4   likely, I don't want to speculate, but if
 5   it was going -- I seen it going down I
 6   might as well get it for cheaper.
 7        Q.    Why did you think the price
 8   would decline?
 9        A.    My thinking is if you see it
10   going down the trend lines or if it's
11   falling down, either way, you know where
12   it's heading to.
13        Q.    I'm sorry. I cut you off.
14        A.    I'm pretty much done.
15        Q.    So if the price of a stock is
16   declining, your view is that it will
17   continue to decline?
18        A.    Yeah. And then until it gets
19   to the support level.
20        Q.    What's the support level?
21        A.    That's the price where it will
22   hold or has to hold or it will fall
23   further.
24        Q.    And how do you know when a
25   stock has hit its support level?
```

Page 123

1          BRIAN HARBISON - CONFIDENTIAL

2      A.     Well, you chart it.

3      Q.     And how do you identify that

4  point on the chart?

5      A.     Umm, just -- it's hard to

6  explain because I'm more of a hands-on

7  type of person but it's just certain

8  areas where it has to hold.

9      Q.     By "hold" you mean the price

10  kind of flattens out, it's not

11  substantially increasing or decreasing?

12      A.     It's not going to fall past

13  that line.

14      Q.     "Past the line" being a

15  certain price?

16      A.     The support level, yeah, yes.

17      Q.     But if you saw the price of

18  AMC declining and your general view is

19  that if a stock price is dropping it's

20  going keep dropping, why did you want to

21  buy in again?

22          MR. KIM:  Objection to form.

23      A.     Because it was going towards a

24  support level. And that's what I mean by

25  it -- it filled it at that support level,

```
                                            Page 124
 1           BRIAN HARBISON - CONFIDENTIAL
 2    a little bit below it.
 3           Q.    Are you saying that you
 4    thought that the stock price would drop
 5    further and that's why you bought?
 6           A.    No.
 7                 MR. KIM:   Objection to the
 8           form.
 9           A.    It would fall, it would stop
10    right there and slowly go back up. At
11    that time I was doing the charting, so I
12    should have waited a little longer, but
13    that's usually how it goes.
14           Q.    So you regret buying at this
15    price, is that what you mean?
16           A.    No, I was --
17           Q.    You said "I should have waited
18    a little longer." Why did you mean by
19    that?
20           A.    Umm, I probably should have --
21    I was new to charting.  So I see the sell
22    order under it, so that's probably my
23    stop loss.
24           Q.    And two hours later you sell
25    all but one of these shares at 16.32. Do
```

```
                                          Page 125
 1        BRIAN HARBISON - CONFIDENTIAL
 2   you see that, this is for 15.97?
 3             MR. KIM:  You sold at 199.
 4             MS. YOUNG:  199 to all but
 5        one.
 6             MR. KIM:  I thought you meant
 7        like $16 or something.
 8             MS. YOUNG:  I said at 15.97
 9        per share.
10        A.    I bought it at 15.98 a share.
11        Q.    15.08?
12        A.    98.
13        Q.    Oh, yeah. I'm talking about
14   the 16.32 sale of 199 shares at 15.97, do
15   you see that, on January 27 at 6:32 UTC?
16        A.    Oh, I see the execution price,
17   15.97, yeah, I see it, 199.
18        Q.    Why did you decide to sell all
19   but one share?
20        A.    I was getting back in and it
21   probably broke the trend lines. Like I
22   say, I was new at charting.
23        Q.    You were selling at this time,
24   though, right?
25        A.    No, it was a stop loss. Was it
```

Page 126

1        BRIAN HARBISON - CONFIDENTIAL
2    a stop loss?
3        Q.    Oh, yeah, you're selling at
4    this price, right, 15.97 at 199 shares?
5        A.    Yeah, for stop loss.
6        Q.    So you still had one share of
7    AMC at this time, right?
8        A.    Yeah, but I was going to get
9    back in.
10       Q.    So you said you kept one in
11   case you wanted to get back in?
12       A.    Yeah, after it finished
13   falling, when it starts to go back up.
14       Q.    So in this -- sorry. I didn't
15   mean to interrupt you.
16       A.    It's all right.
17       Q.    So is this sort of like how
18   you used to sometimes purchase one share,
19   so that -- so that stock would be in your
20   portfolio so you would remember it and
21   think about it in case you wanted to
22   invest more?
23       A.    Yes.
24       Q.    So it would be a way for you
25   to more easily basically track the price

```
                                        Page 127
 1          BRIAN HARBISON - CONFIDENTIAL
 2   movement and you could remember if you
 3   wanted to invest more, right?
 4          A.    Yes.
 5          Q.    And do you recall why you
 6   thought that the price might continue to
 7   decline and you might want to invest at a
 8   lower price?
 9          A.    I can't recall at that time.
10          Q.    And you made a profit on those
11   sales, right?
12          A.    I lost money.
13          Q.    You sold them for 15.97,
14   right?
15          A.    Yeah, and I bought in for 16.
16          Q.    I think you bought them for
17   15.70?
18          A.    Okay, yeah.
19          Q.    And in the earlier sale you
20   had bought in at 6.86 or you had -- where
21   you sold your shares for 19.78 you had
22   bought them for 6.86, right?
23          A.    Yes.
24          Q.    So that was a pretty
25   substantial profit on that sale, right?
```

Page 128

1          BRIAN HARBISON - CONFIDENTIAL

2          A.      I guess, yeah.

3          Q.      And then about two minutes

4    after you sold the 199 shares you bought

5    another 200. Do you see that?

6          A.      Yes.

7          Q.      And that's for 15.98 a share?

8          A.      Yes.

9          Q.      And you created that order at

10   14: 34, so that's 11:34 Eastern, right,

11   Mr. Harbison?

12         A.      Yes.

13         Q.      Okay. Sorry. I didn't hear

14   you.  So why did you buy these shares of

15   AMC?

16         A.      Why did I buy them?

17         Q.      Yes, why did you buy them?

18         A.      Oh, I see it was trending back

19   up.

20         Q.      And so you thought it was a

21   good time to buy?

22         A.      Yes, it had stopped falling.

23         Q.      And was there anything else

24   that impacted your decision to buy the

25   shares, aside from seeing the stock price

Page 129

                    BRIAN HARBISON - CONFIDENTIAL

1
2    tick upwards?

3          A.    What do you mean exactly?

4          Q.    Was there any other factor

5    that impacted your decision about whether

6    or not to buy shares of AMC at this time,

7    aside from watching the price chart?

8                MR. KIM:  Objection, vague.

9          A.    Yeah, I'm not 100% sure at

10   that moment what I was doing.

11         Q.    In general, is there other

12   factors besides the price trends that

13   influence your trading decisions?

14               MR. KIM:  Objection, asked and

15         answered.

16         A.    Yeah, the volume and the

17   Amazon rumor.

18         Q.    Is it typical for you to trade

19   the same security numerous times

20   throughout a single trading day?

21               MR. KIM:  Objection, form.

22         A.    It's not normal but it's

23   happened before.

24         Q.    And do you recall anything

25   about the circumstances of January 27th

Page 130

1           BRIAN HARBISON - CONFIDENTIAL

2     that contributed to why you traded AMC

3     multiple times?

4           A.    No, I can't remember at the

5     time, at the moment.

6                 MS. YOUNG:  Let's look now at

7           tab 9, which I think is going to be

8           Exhibit 155.

9                 (Exhibit 155, copy of

10          StockTwits message was received and

11          marked on this date for

12          identification.)

13          Q.    Do you see this document?

14          A.    I see it now.

15          Q.    Do you recognize it?

16          A.    I know it's StockTwits.

17          Q.    And do you see that there is a

18    post from somebody with the user name

19    HollywoodWolf777 and he writes, "GME no

20    shit, margin call 2 p.m. start today for

21    bulls." Do you see that?

22          A.    Yeah.

23          Q.    And then beneath that he lists

24    several securities including AMC and

25    Express, right?

Page 131

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        A.    Oh, okay. I see, yeah.
 3        Q.    And then there is a -- I don't
 4   know if it's a tag or something but says
 5   "bearish".
 6        A.    Yeah.
 7        Q.    And the post also included a
 8   picture of a bear made of fire?
 9        A.    Yeah.
10              MR. KIM:  Very creative.
11        Q.    What does bearish mean to you?
12        A.    It means the stock is going to
13   go down.
14        Q.    And so do you understand this
15   to be saying that you expect AMC and GME
16   and Express, those stock prices to
17   decline?
18        A.    Yes.
19        Q.    And do you know what this
20   reference to margin call means?
21        A.    Yeah.
22        Q.    Can you explain?
23        A.    That's when you borrow money
24   to buy more shares of something and the
25   price goes down past the margin limit
```

```
                                        Page 132
 1          BRIAN HARBISON - CONFIDENTIAL
 2     they set for you, you have to either sell
 3     something to get the money back to give
 4     it to the broker or pay out of your
 5     pocket.
 6          Q.    Do you have to put up more to
 7     hold onto those shares?
 8          A.    Yeah.
 9          Q.    And below that you say, you
10     tag HollywoodWolf and say, "You can't
11     margin on high volatility stocks."
12          A.    Yes.
13          Q.    What did you mean by that?
14          A.    Because it's high volatility,
15     a lot of brokers -- I know on Robinhood
16     they tell you you can't use no margin.
17     It's strictly all cash.
18          Q.    And so you observed some high
19     volatility around this time in the
20     market?
21          A.    Yeah, the volume.
22          Q.    By "volume" you mean many
23     shares or maybe an unusually high number
24     of shares being traded?
25          A.    Yes.
```

```
                                         Page 133
 1         BRIAN HARBISON - CONFIDENTIAL
 2      Q.    Are these specific stocks?
 3           MR. KIM:  Objection to form.
 4      A.    What do you mean? I'm talking
 5   for -- which one?
 6      Q.    I guess I'm asking if this
 7   high volatility, in terms of volume that
 8   you described, whether or not that was
 9   the market generally or specific stocks?
10      A.    I'm not sure what's your
11   question. What are you asking? I'm not
12   really understanding.
13      Q.    So when I asked if you
14   observed high volatility, because that
15   was a term you used in this post around
16   that time, you said yeah, the volume.
17      A.    Yeah.
18      Q.    And so I asked if by that you
19   meant that was an unusually high number
20   of shares being traded and you said yes.
21   So I was asking, with respect to these
22   particular stocks or the market broadly?
23           MR. KIM:  Objection to form.
24      A.    Yeah, I'm not really sure what
25   you mean.
```

Page 134

1          BRIAN HARBISON - CONFIDENTIAL

2                   High volatility, they tell you

3     on Robinhood apps this stock has a high

4     volatility and you will see at the bottom

5     you can't use your margin for it.

6          Q.    So does the high volatility

7     that you recall observing in around this

8     time relate to any specific stocks you

9     can name for me?

10         A.    GameStop, AMC, and that's

11    about it that I can remember.

12         Q.    And you also mentioned

13    Robinhood. You were discussing certain

14    restrictions that brokers implemented in

15    January 2021?

16                MR. KIM:  Objection.

17         A.    I'm sorry. Say that one more

18    time, the last part.

19         Q.    I think you mentioned

20    something about Robinhood.

21         A.    Yes.

22         Q.    And saying you couldn't use

23    margin for certain securities --

24         A.    Yes.

25         Q.    -- right?

Page 135

1          BRIAN HARBISON - CONFIDENTIAL

2                    So are you here in this post

3      referencing some restrictions that

4      certain brokers implemented around this

5      time?

6                    MR. KIM:  Objection, document

7          speaks for itself.

8          A.    Yeah, this on high volatility

9      stocks, period, on any stocks they

10     believe have high volatility, you can't

11     use margin on.

12         Q.    So the margin call at two p.m.

13     that's mentioned above that, is it your

14     understanding that refers to a certain

15     margin call around this time on January

16     27th?

17         A.    That I'm not sure what -- I

18     think that's, like, different brokers

19     they call your phone and tell you it's a

20     margin call, from what I heard.

21         Q.    And when you wrote "can't use

22     margin on high volatility stocks" --

23         A.    Yes.

24         Q.    -- you weren't especially

25     surprised that these changes were

Page 136

1           BRIAN HARBISON - CONFIDENTIAL

2    implemented on trading high volatility

3    stocks at this time, right?

4              MR. KIM:  Objection to form,

5        vague.

6        A.    Yeah, I can't really say. I

7    can't really say for that.

8        Q.    You knew prior to this point

9    in time, though, that you can't use

10   margin on high volatility stocks, right?

11       A.    Yeah, because the app said it

12   was a high volatility stock.

13       Q.    And you testified earlier that

14   you observed high volatility for certain

15   stocks around this time, right?

16       A.    Yes.

17       Q.    And so it wouldn't be a

18   surprise to you that there would be

19   margin calls?

20             MR. KIM:  Objection to form.

21       A.    I wouldn't be surprised or he

22   wouldn't be surprised?

23       Q.    That you wouldn't be.

24       A.    No, I'm not -- margin -- no. I

25   didn't say nothing about a margin call. I

```
                                        Page 137
 1        BRIAN HARBISON - CONFIDENTIAL
 2   was responding to him, because it's high
 3   volatility.
 4        Q.    So you were expecting you
 5   wouldn't be able to use margin to hold
 6   onto high volatility stocks at this time,
 7   right?
 8             MR. KIM:  Objection.
 9        A.    Yes. You can't use margin for
10   any high volatility stock.
11        Q.    Right. So your expectation was
12   you couldn't trade those securities on
13   margin at this time?
14             MR. KIM:  Objection, form,
15        vague.
16        A.    No. If I remember they tell
17   you, you don't have to guess, like, on
18   the app it tells you high volatility and
19   they take the margin away automatically
20   so you can't use it.
21             If you have the stock, the
22   ticker, by pump it to high volatility on
23   the app -- not pump it but if you have
24   it, like, they stamp "high volatility" on
25   that ticker, then whatever margin you was
```

1           BRIAN HARBISON - CONFIDENTIAL

2     using at that time, they take it away and

3     you have to put funds in to keep those

4     shares or sell them.

5           Q.    And you considered GME a high

6     volatility stock at this time?

7                 MR. KIM:  Objection to form.

8           A.    I can't recall. The only thing

9     I remember is the Robinhood app said it's

10    a high volatility stock.

11                MS. YOUNG:  Let's look at tab

12          10.

13                (Exhibit 156, copy of

14          StockTwits messages was received

15          and marked on this date for

16          identification.)

17          Q.    Do you see the document, Mr.

18    Harbison?

19          A.    Yes.

20          Q.    Do you recognize it?

21          A.    StockTwits, that's about it.

22          Q.    It's from January 27, 2021?

23          A.    I see it.

24          Q.    And this was a post with

25    somebody by the user name FredericLamar,

Page 139

         BRIAN HARBISON - CONFIDENTIAL

1  right and he writes "AMC, GME, WSB

2  playing the Guy Gentile game with these

3  issues. Trade safe, peeps..." Do you see

4  that?

5       A.    Yes.

6       Q.    And what did you understand

7  FredericLamar to be referring to by the

8  term WSB?

9       A.    I don't know. I asked him what

10 he means.

11      Q.    And what does he say back? You

12 can read it.

13      A.    Yeah.

14      Q.    He writes, "Lock down the

15 float, pump it AH and of course,

16 eventually dump it."  Right?

17      A.    Yes.

18      Q.    And you wrote, "Okay, thanks."

19      A.    Yeah.

20      Q.    Do you know who Guy Gentile

21 is?

22      A.    Oh, yeah. I don't know what

23 that is either. That's why I was lost.

24 That's why I asked him what he meant.

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        Q.    What does AH mean?
 3        A.    After hours.
 4        Q.    And so that would read, "Lock
 5  down the float, pump it after hours and
 6  of course eventually dump it", right?
 7        A.    Yes.
 8        Q.    And this is with respect to
 9  AMC and GME?
10        A.    From what he's saying?
11        Q.    Right.
12        A.    Yes. That's what he typed,
13  yeah.
14        Q.    Do you know if WSB is
15  Wallstreetbets?
16        A.    Yeah, I found out later.
17        Q.    And so pump it after hours
18  would mean buy more of these stocks after
19  hours; is that right?
20             MR. KIM: Objection to form.
21        A.    Yes. I'm assuming that's what
22  he means.
23        Q.    And would "dump it" mean sell
24  those shares of AMC and GME?
25        A.    Yes.
```

1          BRIAN HARBISON - CONFIDENTIAL

2          Q.    The goal being that by pumping

3    it after hours it will increase the price

4    and then you can sell at a higher price

5    when you dump it, right?

6               MR. KIM:  Objection to form.

7          A.    I'm assuming that's what he

8    means.

9          Q.    And in the original post what

10   does "trade safe peeps" mean to you?

11         A.    I guess he means trade safely.

12         Q.    Is there something unsafe or

13   risky about selling AMC or GME at that

14   time?

15         A.    I don't recall. Yeah, I don't

16   recall at all. I don't know who Guy

17   Gentle or Gentile is.

18         Q.    If a stock price is pumped up,

19   do you think that means that the stock

20   price is inflated?

21               MR. KIM:  Objection, asked and

22        answered.

23         A.    I can't say for sure for that

24   one, on what he means by that. Everybody

25   has different terms, so I'm not really

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   sure.
 3            MR. KIM:  Are we done -- I
 4        think we've been going for like
 5        another 70 minutes, if my
 6        calculations are right. Maybe it's
 7        time to take a break, when you're
 8        done with this thing.
 9            MS. YOUNG:  Time flies when
10        you're having fun.
11            MR. KIM:  I'm glad.
12            MS. YOUNG:  How long do you
13        guys want, like, a few minutes?
14            MR. KIM:  Yeah. Mr. Harbison,
15        is that sufficient time for you? 15
16        minutes works for me.
17            THE WITNESS:  Yes. That's
18        good.
19            VIDEOGRAPHER:  Going off the
20        record. The time is 1:22 p.m.  This
21        is the end of Media Unit 2.
22            (Recess is taken.)
23            VIDEOGRAPHER:  We're back on
24        the record. The time is 1:44 p.m.
25        This is the beginning of Media Unit
```

Page 143

```
 1         BRIAN HARBISON - CONFIDENTIAL
 2      3.
 3      Q.    Okay. Let's go back to Exhibit
 4   152, that's the trading spreadsheet.
 5            So, Mr. Harbison, just to sum
 6   up some of these trades that we've been
 7   discussing, on the first row in the
 8   spreadsheet you buy 100 shares of AMC on
 9   January 26th at 6.86 a share, right?
10      A.    Yeah.
11      Q.    And then you sell those shares
12   of AMC at a profit on January 27th at
13   19.78 a share, right?
14      A.    Yeah.
15      Q.    And then you buy 200 shares of
16   AMC on January 27th at 15.70 per share,
17   right?
18      A.    Yeah.
19      Q.    And then you sell all but one
20   of those shares of AMC at a profit for
21   15.97 a share, right?
22      A.    I wouldn't really call it a
23   profit, yeah.
24      Q.    You wouldn't call it a profit
25   or you don't recall a profit?
```

Page 144

1          BRIAN HARBISON - CONFIDENTIAL

2          A.     I wouldn't call it a profit

3     but yeah.

4          Q.     Did you sell them for a higher

5     price than you paid for them?

6          A.     I'm not sure what I did at

7     that time but yeah.

8          Q.     You bought them for 15.70 a

9     share, right, and then you sold them for

10    15.97 a share?

11         A.     Yeah.

12         Q.     So you sold them for a profit,

13    right?

14         A.     Yeah.

15         Q.     And then you buy 200 shares of

16    AMC on January 27th at 11:34 Eastern at

17    15.98 a share, right?

18         A.     Yeah.

19         Q.     And then after that you see a

20    post at 4:04 p.m. Eastern on the 27th

21    about pumping AMC after hours and

22    dumping, right?

23         A.     Yeah.

24         Q.     And then the next morning on

25    January 28th, so this is in three rows

Page 145

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2    from the bottom, you sell your 200
 3    hundred shares of AMC for 13.02 at 9:17
 4    a.m. Eastern, right?
 5          A.    Yeah.
 6          Q.    And why did you sell your
 7    shares of AMC at this time?
 8          A.    I'm assuming that's when they
 9    took the buy button away and the price is
10    plummeting.
11          Q.    So you're saying that prior to
12    making this sale of AMC you became aware
13    of certain restrictions on Robinhood's
14    platform; is that right?
15          A.    They removed the buy button
16    yes.
17          Q.    By "buy button" you couldn't
18    buy more shares of AMC?
19          A.    Yes.
20          Q.    And that's why you chose to
21    sell your shares of AMC?
22          A.    Yes.
23          Q.    Were there any other
24    contributing factors?
25          A.    The price was falling.
```

1          BRIAN HARBISON - CONFIDENTIAL

2      Q.    Were you influenced at all by

3  users on social media that were telling

4  you to dump the shares of AMC?

5              MR. KIM:  Objection to form.

6      A.    No.

7      Q.    So you don't recall why you

8  bought or sold any of your shares of AMC

9  on the 26th or the 27th, but you know

10  that the reason you sold your shares on

11  the 28th was because of Robinhood's

12  restrictions, right?

13      A.    Yeah.

14      Q.    And you don't recall why you

15  made any of those purchases or sales of

16  AMC on the 26th or the 27th but you're

17  certain that none of these discussions

18  about AMC that you were participating in

19  on social media on those same days had

20  any influence over your trading

21  decisions, right?

22              MR. KIM:  Objection to form.

23      A.    No. I said earlier, the rumor

24  about Amazon purchasing AMC.

25      Q.    That was on January 26th and

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2     27th of 2021?
 3          A.    It was in 2021. That's the
 4     only time I bought AMC.
 5          Q.    So the only time you bought
 6     AMC around this time you're claiming is
 7     when there were rumors about Amazon
 8     buying AMC?
 9          A.    Yes.
10          Q.    Did he end the post concerning
11     buying AMC at this time that you
12     participated in that we've looked at
13     today, did any of them reference any
14     rumors about Amazon buying AMC?
15          A.    No.
16          Q.    Did any of them reference
17     potential short squeezes in AMC?
18               MR. KIM:  Objection to form.
19          A.    I have to see it again.  But
20     if I remember, I seen GameStop mission
21     for short squeeze. I don't remember
22     seeing AMC being short squeezed.
23          Q.    I believe you testified
24     earlier today that you recall discussions
25     of a potential short squeeze in AMC
```

```
                                              Page 148
```

1          BRIAN  HARBISON  -  CONFIDENTIAL

2     around  this  time  and  that  you  wanted  to

3     profit  from  it.  Do  you  remember  that?

4                MR. KIM:   Objection  to  form.

5          A.     No,  I  didn't.  I'm  talking

6     about  GameStop.

7          Q.     Do  you  recall  posts  that  we've

8     looked  at  today  from  prior  to  your  sale

9     that  talk  about  pumping  and  dumping  AMC?

10                MR. KIM:   Objection  to  the

11          form,  asked  and  answered.

12          A.     No,  I  don't.

13          Q.     If  we  go  back  to  the  exhibits,

14     what  was  the  last  one?  156,  which  tab?

15          A.     Which  tab?

16          Q.     10,  so  it's  Exhibit  156.

17          A.     Okay.

18          Q.     Do  you  remember  looking  at

19     this  document  a  little  while  earlier?

20          A.     Yeah.

21          Q.     And  in  this  post  you  are

22     responding  to  this  user  on  StockTwits

23     that's  talking  about  AMC  and  GME,  right?

24          A.     Yes.

25          Q.     And  you  ask  him  what  he  means

```
                                      Page 149

 1         BRIAN HARBISON - CONFIDENTIAL
 2   and he says "lock down the float, pump it
 3   after hours and of course eventually dump
 4   it", right?
 5         A.    Yes.
 6         Q.    Does this refresh your
 7   recollection that you were participating
 8   in discussions about pumping and dumping
 9   AMC on January 27th, 2021?
10             MR. KIM:  Objection to form.
11         A.    No, it doesn't. I asked him
12   what he meant. He told me what he meant.
13   I said thanks. That was it.
14         Q.    Right. So you responded to his
15   response to you about pumping and
16   dumping, right?  So you saw it?
17         A.    I don't see nobody, him or me,
18   saying to pump anything.
19         Q.    "Pump it after hours and of
20   course eventually dump it", January 27,
21   4:14 p.m.  Do you see that?
22         A.    Yeah, I see that but it's not
23   saying him or me doing it.
24         Q.    I didn't suggest that you did
25   say that.
```

Page 150

1              BRIAN HARBISON - CONFIDENTIAL

2        A.     You didn't say that.

3        Q.     I'm saying you were aware of

4    discussions about pumping and dumping AMC

5    on January 27th, 2021.

6              MR. KIM:  Objection to form.

7        A.     I see the words pump and dump

8    it and that's his definition, his own

9    opinion.

10             MR. KIM:  How many times do we

11        have to go over this? I mean, we

12        went over this document for a half

13        hour and now we're doing it again.

14        Come on. You got what you want.

15        Let's go. Come on.

16             MS. YOUNG:  Maybe we should

17        spend another half hour on it.

18             MR. KIM:  I mean, we could

19        but, like, this is not the time for

20        you to argue with the witness.

21             MS. YOUNG: The only way we can

22        continue with this deposition if

23        you stop this back-and-forth.

24             MR. KIM:  It's not stopping,

25        it's just, like -- like -

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2            MS. YOUNG:  It's my time, it's
 3        my time, Phil.
 4            MR. KIM:  This is not -- this
 5        is not -- I mean, you know, this is
 6        -- you're not Matlock, right? You
 7        are here to gather facts.  So
 8        gather them. Stop going back to the
 9        documents to try to show whatever
10        you are trying to show, which is
11        showing nothing.
12            MS. YOUNG:  It's really hard
13        to gather facts when you are so
14        busy taking up time on the record.
15            MR. KIM:  Sure. You want to go
16        back to the other exhibits too.
17            MS. YOUNG:  I might have to.
18            MR. KIM:  Yeah, well, I mean
19        that's par for the course for you.
20            MS. YOUNG:  The posts that he
21        participated in that discussed this
22        stuff.
23            MR. KIM:  Just stop arguing
24        with him..  you just don't like his
25        answers but it is what it is.
```

```
                                        Page 152

 1        BRIAN HARBISON - CONFIDENTIAL
 2        Q.    Mr. Harbison, you were
 3   mentioning the buy button, right?
 4        A.    Yes.
 5        Q.    And you became aware of those
 6   restrictions on Robinhood's platform on
 7   January 28th, right?
 8        A.    I don't recall the exact date.
 9        Q.    I believe you said that you
10   sold your shares on the morning of
11   January 28th because of the suspension of
12   the buy button, right?
13        A.    Yes.
14        Q.    So it's fair to say that you
15   knew about those restrictions as of the
16   morning of January 28th, right?
17        A.    Yes.
18        Q.    And can you describe the
19   restrictions?
20        A.    They removed the buy button.
21        Q.    Are there any other
22   restrictions that you're aware of?
23        A.    It was halted and -- yeah, it
24   was halted.
25        Q.    Do you recall hearing about
```

Page 153

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   brokers besides Robinhood imposing
 3   restrictions on their platforms around
 4   that time?
 5        A.    Yes.
 6        Q.    Do you recall which brokers?
 7        A.    TD Ameritrade and I'm not 100%
 8   sure of the other ones. I don't want to
 9   guess.
10        Q.    Do you recall what
11   restrictions TD Ameritrade implemented?
12        A.    Not exactly.
13        Q.    When you first learned about
14   the trading restrictions Robinhood
15   imposed, do you recall hearing anything
16   about the reason that Robinhood
17   implemented those restrictions?
18        A.    No.
19        Q.    And when you decided to sell
20   on January 28th, sell your shares of AMC
21   on January 28th, I mean, had you learned
22   anything new about AMC as a company since
23   purchasing the shares on the 27th that
24   led you to believe that it was now
25   overvalued?
```

```
                                        Page 154
  1        BRIAN HARBISON - CONFIDENTIAL
  2             MR. KIM:  Objection to form.
  3        A.    I didn't say it was overvalued
  4   at all. Once you remove the buy button
  5   and everybody starts selling, panicking
  6   because that's what happened before, I
  7   might as well get out too before I lose
  8   all my money.
  9        Q.    So why didn't you hold onto
 10   your shares?
 11        A.    If it's dropping, why would
 12   you?
 13        Q.    So you always sell when the
 14   price is declining for any of your
 15   investments?
 16        A.    When the buy button is taken
 17   away, yes.
 18        Q.    Did you ever purchase AMC
 19   again after January 27 -- yeah, after
 20   January 27, 2021?
 21             MR. KIM:  You mean 28th?
 22             MS. YOUNG:  I thought I said
 23        purchase, right? You sold on the
 24        28th.
 25        A.    Yeah, I don't recall.
```

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        Q.    You don't recall ever holding
 3   AMC after this time?
 4        A.    I don't recall. It's two years
 5   ago.
 6        Q.    So since then you don't recall
 7   ever trading AMC?
 8        A.    No.
 9              MS. YOUNG:  So let's look at
10        tab 12. This will be 157.
11              (Exhibit 157, copy of
12        StockTwits messages was received
13        and marked on this date for
14        identification.)
15              MR. KIM:  Did the Exhibit
16        Share go down? It says it's
17        temporarily unavailable to me. Is
18        yours working, Mr. Harbison?
19              THE WITNESS:  It's working.
20              MR. KIM:  Let's see what's
21        going on. Here we go.
22        Q.    Do you recognize this
23   document, Mr. Harbison?
24        A.    This is crypto.
25        Q.    I just asked if you recognize
```

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   the document?
 3        A.    Yes.
 4        Q.    And what is it?
 5        A.    Cryptocurrency.
 6        Q.    Are you talking about DOGE.X?
 7        A.    Yes.
 8        Q.    This is a -- this is a post
 9   from you from January 29, 2021, right?
10        A.    Oh, yeah, I see it. Yeah.
11        Q.    And you wrote, "DOGE.X how
12   many people are actually buying the dip
13   here?" I think that's a teary face but
14   I'm not positive.  And then "because this
15   is falling way too much for all these dip
16   buy posts. Reminds me of AMC."
17        A.    Yes.
18        Q.    What did this mean?
19        A.    It was falling, like, AMC was
20   falling and Robinhood turned the buy
21   button off.
22        Q.    And what do you mean by
23   "buying the dip"?
24        A.    They keep buying when it's
25   falling.
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2          Q.     You're saying for DOGE.X or --
 3          A.     Yeah.
 4          Q.     And what is buying the dip? I
 5   mean, is it a strategy?
 6          A.     Some people use it as a
 7   strategy to keep buying.  If it goes low
 8   they keep buying.
 9          Q.     And so if enough people buy
10   the dip, does that make the stop price
11   increase?
12          A.     No.
13          Q.     So then how is it an effective
14   strategy?
15          A.     I think they average down or
16   they buy more for cheap or cheaply
17   figuring it's going to go back up
18   eventually and so they keep buying more
19   and more.
20          Q.     And you say, "For all of these
21   dip buy posts reminds me of AMC", does
22   that mean there are lots of, you know,
23   posts about people buying the dip of AMC
24   around this time?
25          A.     No, I don't recall exactly, so
```

Page 158

1          BRIAN HARBISON - CONFIDENTIAL
2     I can't really -- I don't want to
3     speculate.
4          Q.    So you said that -- well, let
5     me rephrase.
6               If enough people buy the dip
7     such that you would expect -- well, if a
8     sufficient number of people were buying
9     the dip would you expect the price to
10    fall?
11         A.    Yes, if there's more sellers
12    than buyers.
13         Q.    Then why are you asking here
14    how many people are actually buying the
15    dip because this is falling way too much
16    for all of these dip buy posts?
17         A.    Because by people post it
18    buying the dip but you are losing more
19    money because it's still falling.
20         Q.    Right. So you're querying --
21    aren't you asking, I would expect the
22    price to increase if all these people
23    were actually buying the dip right now?
24              MR. KIM:  Objection to form,
25         document speaks for itself.

1          BRIAN HARBISON - CONFIDENTIAL

2          A.    No. Because cryptocurrency is

3     different stock to begin with, and either

4     way the amount of people buy if there's

5     more people selling it's still going to

6     go down.

7          Q.    So why were you asking about

8     people buying the dip here for this

9     cryptocurrency?

10         A.    Because the post says it.

11    People are posting about buying the dip.

12         Q.    You weren't seeing that

13    reflected in the stock price because you

14    noticed that it's falling way too much,

15    right?

16              MR. KIM:  And DOGE -- are you

17         talking about DOGE?

18              MS. YOUNG:  Yeah, of the

19         cryptocurrency.

20         A.    Say it one more time.

21         Q.    And you weren't seeing people

22    buying the dip reflected in the price of

23    DOGE, right, because you noticed it was

24    falling and you called it way too much?

25         A.    DOGE is different because you

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   can't really buy the dip because there's
 3   so many coins. This is pretty much
 4   different from stocks altogether,
 5   cryptocurrency. It's a lot to explain,
 6   like, just different.
 7        Q.    Well, then why did you speak
 8   about buying the dip if it's not
 9   applicable to cryptocurrency?
10        A.    You said what?
11        Q.    Why did you post about buying
12   the dip for DOGE if it's not really
13   applicable to a cryptocurrency?
14             MR. KIM:  Objection to form.
15        A.    Why did I post buying the dip?
16        Q.    Why did you post about buying
17   the dip for DOGE if buying the dip isn't
18   really applicable to crypto currencies?
19        A.    To that cryptocurrency.
20        Q.    Right. So why did you post
21   this?
22        A.    Because people were posting
23   about buying the dip.
24        Q.    Let's go to tab 20, it's
25   Exhibit 158.
```

Page 161

                    BRIAN HARBISON - CONFIDENTIAL

 1                  BRIAN HARBISON - CONFIDENTIAL

 2                      (Exhibit 158, copy of

 3          StockTwits messages was received

 4          and marked on this date for

 5          identification.)

 6          Q.    Do you see the document, Mr.

 7    Harbison?

 8          A.    Yes, I see it.

 9          Q.    Can you identify it?

10          A.    Yes. I see it's StockTwits.

11          Q.    And this is from October 2021,

12    right?

13          A.    Yeah.

14          Q.    And then do you see in the top

15    post it's from somebody OccupyInvesting,

16    "BGRY we see the stop raid and we're

17    sending shorts packing."

18          A.    Yeah.

19          Q.    Do you see that?  What is

20    BGRY?

21          A.    It's a ticker, Berkshire Grey.

22          Q.    Do you know what kind of

23    company that is?

24          A.    Robotics.

25          Q.    Do you own shares of BGRY or

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   did you around this time?
 3        A.    Yeah.
 4        Q.    Why did you want to invest in
 5   BGRY?
 6        A.    It's a robotics for warehouses
 7   and stuff, so it's robotics. I'm a big
 8   fan of technology.
 9        Q.    Does the term OccupyInvesting
10   have any significance to you, other than
11   this user name?
12        A.    No.
13        Q.    Have you ever heard of Occupy
14   Wall Street?
15        A.    Yeah.
16        Q.    Do you understand that
17   OccupyInvesting to be in any way related
18   to the Occupy Wall Street movement?
19        A.    I can't -- I don't know. I was
20   in that group, that board, rather, for
21   that ticker.
22        Q.    What do you understand "we are
23   sending shorts packing" to mean?
24        A.    No idea.
25        Q.    Do you recall whether there
```

```
                                    Page 163
 1        BRIAN HARBISON - CONFIDENTIAL
 2   was -- whether BGRY was heavily shorted
 3   around this time?
 4            MR. KIM:  Objection to form.
 5        A.    Yeah, I'm not sure.
 6        Q.    And you respond with, I think
 7   it's, like, the emoji and says "let us
 8   load first" and then two crying emojis,
 9   right?
10        A.    Yeah.
11        Q.    What does "let us load" mean?
12        A.    That means buy first.
13        Q.    Who is "us" in this context?
14        A.    Really me, personally.
15        Q.    Then why did you say "us"?
16        A.    I can't recall at that time.
17        Q.    Does it refer to investors in
18   StockTwits, the community, more
19   generally?
20        A.    Most likely.
21        Q.    And you wanted to buy more
22   shares before the stock price of -- what
23   is this company called, Berkshire Grey?
24   -- increased further?
25        A.    Yes.
```

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2        Q.    And why did you think the
 3   stock price would increase?
 4        A.    Because it's robotics and it's
 5   AI.
 6        Q.    So you want there to be more
 7   time for investors in this community to
 8   kind of build up their positions before
 9   -- before the stock price was driven up
10   further?
11             MR. KIM:  Objection to the
12        form.
13        A.    Yeah.
14        Q.    There is also something funny
15   about this.  I'm wondering what the
16   emojis are for?
17        A.    At the time I don't remember.
18        Q.    And then OccupyInvesting, "The
19   time is now.  Let's run it and trim on
20   the peak.  Reload and repeat." Do you see
21   that?
22        A.    Yeah.
23        Q.    And "run" refers to driving up
24   the stock price?
25        A.    I have no idea.
```

```
                                        Page 165

 1        BRIAN HARBISON - CONFIDENTIAL

 2        Q.     You don't have any idea what

 3   this means?

 4        A.     No.

 5        Q.     So you respond "I don't know,

 6   I'd rather wait and get more shares. I

 7   want to see how low it can go and get a

 8   bigger position, then just sit back and

 9   chill."

10        A.     Yeah, I see it.

11        Q.     So if you would rather wait,

12   you want to see how low it goes, does

13   that refer to how low the stock price can

14   go?

15        A.     Yes.

16        Q.     Okay. And you then want to buy

17   when the price is low so you can get a

18   bigger position, right?

19        A.     Yeah.

20        Q.     So you are saying that you

21   would prefer that the price not increase

22   right now?

23        A.     That hash means I want to get

24   some more.

25        Q.     Some more, right?
```

1          BRIAN HARBISON - CONFIDENTIAL

2       A.     And bring my average down.

3       Q.     Did you also want to send

4    shorts packing?

5       A.     I didn't post none of that.

6            MR. KIM:   Objection.

7       Q.     You responded to it, though,

8    right?

9       A.     Umm.

10      Q.     You went back and forth with

11   OccupyInvesting several times, right?

12      A.     Yeah, I see that.

13      Q.     You have no idea what "sending

14   shorts packing" means?

15      A.     No. I -- I can't recall it.

16   Oh, I see what it is.

17      Q.     Sorry?

18      A.     The news was putting out

19   there.  So I guess before anybody else

20   started to see it he probably started to

21   buy more shares, if you start posting

22   more and more news about that company. I

23   read about it.

24      Q.     So when you wrote "I don't

25   know. I'd rather wait" was a direct

page

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   response to "sending shorts packing"
 3   though, right?
 4            MR. KIM:  Objection to form.
 5        A.    "The time is now, let's run
 6   it", that was my response to him.
 7        Q.    And why would you rather wait?
 8        A.    And get more shares. I want to
 9   see how low it can go, get a bigger
10   position.
11        Q.    And then when OccupyInvesting
12   tags you and says "Don't whine if you
13   spend more tomorrow" you say "eh, it's a
14   win win either way", how is it a win win?
15        A.    Because I already have shares.
16        Q.    Is it not also a win if the
17   price increases because you wanted to
18   send shorts packing?
19            MR. KIM:  Objection to form.
20        A.    There's -- there's no shorts
21   on that stock.
22        Q.    There are no shorts on that
23   stock?
24        A.    I mean, there probably was
25   people shorting it, but it was not a meme
```

Page 168

1           BRIAN HARBISON - CONFIDENTIAL

2    stock or nothing.  This is a robotic

3    stock, this is about jobs not being

4    filled in warehouses.

5           Q.    So you think meme stocks are

6    heavily shorted stocks?

7           A.    Umm, I don't know too much

8    about it like that to answer that

9    question.

10          Q.    Well, I'm just curious because

11   we were just talking about shorts here

12   you said there are no shorts on the

13   stock. It wasn't a meme stock.

14          A.    A meme?

15          Q.    A meme stock, isn't that what

16   you said?

17          A.    Yeah, it's not a stock that,

18   like, anybody is going to run to like

19   GameStop.

20          Q.    And what do you mean by "run

21   to"?

22          A.    Run to buy more shares and

23   short squeeze. This is -- I know this

24   company, like, they're robotics.

25          Q.    But you considered GME a meme

1          BRIAN HARBISON - CONFIDENTIAL

2   stock?

3          A.     That's what I consider it now.

4          Q.     Do you consider AMC a meme

5   stock?

6                 MR. KIM:  Objection to the

7          form, asked and answered.

8          A.     I only heard GameStop used on

9   the news.

10                MS. YOUNG:  Let's go tab 21.

11         This will be 159.

12                (Exhibit 159, copy of

13         StockTwits messages was received

14         and marked on this date for

15         identification.)

16         Q.     Do you recognize this

17  document, Mr. Harbison?

18         A.     Yeah.

19         Q.     Is it a post from you from

20  April 6, 2022?

21         A.     I remember this.

22         Q.     And in the first post you say

23  "GGR I wish people would stop coming

24  around with AMC, GME and other squeeze

25  play pump nonsense", right?

```
                                        Page 170
```

 1           BRIAN HARBISON - CONFIDENTIAL

 2           A.     Yes.

 3           Q.     And when you wrote this did

 4      you mean that there were discussions

 5      about pumping the price of GGR to create

 6      a short squeeze?

 7           A.     There was people coming into

 8      the board, that room, and they'd tag

 9      other tickers and talk about a short

10      squeeze, but there was no short squeeze.

11           Q.     Oh, so you were frustrated

12      that they were talking about short

13      squeezes of AMC and GME in the page about

14      GGR?

15           A.     No. They kept on tagging --

16      they was trying to say let's make another

17      GME meme stock, whatever, with GGR. And

18      they kept tagging, so you can't really

19      see if the actual news people are talking

20      about in the comments because --

21           Q.     Were they also discussing meme

22      stock or short squeeze events with AMC?

23           A.     I don't know if this was real

24      people. A lot of them were bots. So I'm

25      not sure if there was even a real person

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   doing it.
 3        Q.    Why did you mention AMC in
 4   this post?
 5        A.    Because Mike kept tagging it.
 6        Q.    Tagging AMC with respect to
 7   squeeze play pump nonsense?
 8        A.    Yeah. I won't say squeeze pump
 9   nonsense, but they kept on definitely
10   tagging, like, make it another AMC or GME
11   or something around that area.
12        Q.    But you did say "AMC squeeze
13   play pump nonsense", right?
14        A.    Yeah.
15        Q.    That's what you wrote?
16              And why did you want people to
17   stop coming around with this squeeze play
18   pump nonsense regarding AMC and GME?
19        A.    Because I said before, when a
20   bunch of people flood the room it's hard
21   to see the actual news and people who
22   actually care about the company because
23   you keep seeing a bunch of bots posting
24   the same -- the comment over and over.
25        Q.    So you actually cared about
```

Page 172

1        BRIAN HARBISON - CONFIDENTIAL

2    the fundamentals of this company GGR?

3         A.    Yes.

4         Q.    And you felt that it was

5    harder to see that actual information

6    about the company because it was, you

7    know, obscured from these discussions

8    about short squeezes?

9         A.    Yeah.

10        Q.    So discussions of short

11   squeezes, you don't consider that

12   relevant news to an investment you're in,

13   right?

14        A.    No.

15        Q.    That's because you don't

16   consider short squeezes to reflect the

17   actual value of a company that you're

18   interested in, right?

19             MR. KIM:  Objection to form.

20        A.    No, I don't --

21             (Reporter clarification.)

22        A.    I don't look at that for the

23   company I'm invested in.

24        Q.    And somebody else comments and

25   says, "True. That ruins all good momentum

Page 173

1        BRIAN HARBISON - CONFIDENTIAL

2   of goof stocks." Right and then you

3   respond to that and say, "100%"?

4        A.    Yes.

5        Q.    And then after that you follow

6   back up and say, laughing crying emoji,

7   "I see your point."

8        A.    Yeah, I don't know what was

9   said but there's nothing here. Something

10  is missing.

11       Q.    Oh.

12       A.    So maybe the person deleted

13  his account or it got deleted.

14       Q.    So this wasn't like a double

15  response to the, "True that ruins all

16  good momentum of goof stocks?"

17       A.    No. NavitheSTfactchecker made

18  a comment but it's not up there.

19       Q.    I see. So you just responded

20  to the prior post with exactly the 100%

21  emoji?

22       A.    Yeah.

23       Q.    Okay. Why did you agree with

24  what was said in the prior post?

25       A.    Because he's saying it's going

Page 174

1          BRIAN HARBISON - CONFIDENTIAL
2     to ruin the company, like, the stock.
3          Q.     You mean discussions of short
4     squeezes that are in this -- I don't know
5     if you describe it as a page or a chain
6     or something?
7               MR. KIM:  Objection to form.
8          A.     Yeah, it's just a message
9     board, pretty much, with different
10    tickers have separate rooms.
11         Q.     How does that discussion ruin
12    good momentum?
13         A.     I'm not sure exactly what he
14    meant, when looking at it.
15         Q.     But you agreed with it, right?
16         A.     Yeah.
17         Q.     So what did you understand him
18    to mean that you were agreeing with?
19         A.     Unless that's one of his
20    comments got taken out too.
21         Q.     Why do you --
22         A.     Oh, I see. So good momentum is
23    it goes up regularly and doesn't shoot
24    up.
25         Q.     What's a goof stock to you?

Page 175

1              BRIAN HARBISON - CONFIDENTIAL

2         A.    I have no idea about that

3    part.

4              MR. KIM:  If I had to guess

5         it's probably a typo.

6              THE WITNESS:  Oh, yeah, "good

7         stocks".  Yeah.

8         Q.    So then if you agreed that

9    short squeezes ruin good momentum of good

10   stocks, then are you saying that you

11   don't think AMC is a good stock?

12        A.    No.  I'm just saying I don't

13   want -- they'd probably take the button

14   off again when I'm trying to invest in

15   that company.

16        Q.    Sorry?

17        A.    I don't want Robinhood to take

18   off the buy button again while I'm

19   investing in that company, it's not a

20   meme stock.

21        Q.    You are saying AMC is not a

22   meme stock?

23             MR. KIM:  Objection, form.

24        A.    GameStop.

25        Q.    Yeah. What about it?  Are you

```
 1         BRIAN HARBISON - CONFIDENTIAL
 2   saying you think that GameStop is a meme
 3   stock?
 4         A.    Pretty much I don't want to --
 5   we don't want the buy button to be taken
 6   off because it's a whatever type of
 7   stock, a meme stock or a GameStop stock
 8   or whatever the case may be.
 9         Q.    Is there any discussion of the
10   buy button here or Robinhood?
11         A.    On this particular post?
12         Q.    Sorry?
13         A.    On this particular post?
14         Q.    Right.  I'm not sure what the
15   connection is to what you were
16   explaining.
17              MR. KIM:  You asked him a
18         question and he answered it, so --
19              MS. YOUNG:  And I'm trying to
20         understand his answer, Phil.
21         That's why I'm asking him the
22         question.
23              MR. KIM:  You don't have to
24         argue with him.
25              MS. YOUNG:  I'm not arguing.
```

```
                                        Page 177
 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.      There is no buy button there.
 3      Q.      I'm wondering why you
 4  mentioned the buy button in this context?
 5      A.      Because it ruins all good
 6  stocks.
 7      Q.      The short squeeze ruins all
 8  good stocks?
 9      A.      I'm assuming that's what he
10  means.
11      Q.      And you consider short squeeze
12  play pump to be nonsense?
13              MR. KIM:  Objection to form.
14      A.      That's what I wrote at the
15  time. So I'm not really sure what I was
16  --
17      Q.      I think earlier you testified
18  that you were interested in participating
19  in a short squeeze to profit from it.
20              MR. KIM:  Objection to form.
21      Q.      Is there a reason why you also
22  think that short squeeze play pump is
23  nonsense?
24              MR. KIM:  Objection, form.
25      A.      I mean, after that buy button
```

Page 178

1           BRIAN HARBISON - CONFIDENTIAL

2      it is nonsense because a lot of people

3      lost money.  So, you know, you can't

4      really gain nothing from it.

5           Q.    So you were worried that a

6      short squeeze or pump play nonsense could

7      lead brokers to restrict purchasing?

8           A.    Robinhood.

9           Q.    Or TD Ameritrade, for

10     instance, any broker?

11          A.    Umm, I'm going to say

12     Robinhood, because that's who took the

13     buy button off and not other brokers, so

14     I can't really say.

15          Q.    So you were -- are you saying

16     that "short squeeze play pump nonsense"

17     is why or led to brokers restricting

18     purchasing?

19               MR. KIM:  Objection to form.

20          A.    I can't speak for other

21     brokers.

22          Q.    Let's just say Robinhood.

23          A.    Yeah.

24          Q.    You are saying that the short

25     squeeze or play pump nonsense could lead

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   Robinhood to restrict purchasing?
 3        A.    Yes.
 4              MR. KIM:  Object to form.
 5        Q.    And that's what happened with
 6   AMC?
 7              MR. KIM:  Objection to form.
 8        A.    Yes.
 9        Q.    And you didn't want all of
10   that -- all that squeeze play pump
11   nonsense, like what happened with AMC or
12   GME, to interfere with GGR, right?
13              MR. KIM:  Objection, form.
14        A.    Yes.
15        Q.    And is that what you meant by
16   "I see your point"?  Oh, you think that's
17   for a deleted post.
18        A.    Yeah.
19        Q.    That's just why you said
20   "exactly 100%"?
21        A.    Yeah.
22              MS. YOUNG:  Let's go to tab
23        25. This will be Exhibit 160.
24              (Exhibit 160, copy of
25        StockTwits messages was received
```

```
                                              Page 180

 1           BRIAN HARBISON - CONFIDENTIAL

 2         and marked on this date for

 3         identification.)

 4         Q.     Do you see the document?

 5         A.     Yeah.

 6         Q.     Do you recognize this?

 7         A.     Yeah.

 8         Q.     And this is a post from March

 9   30th, 2023, right?

10         A.     Yeah.

11         Q.     This is pretty recent?

12         A.     A-hum.

13         Q.     And the first post is from

14   SevenSXtheGOAT and they wrote "FFIE

15   almost 150 million shares short sheesh."

16   Right?

17         A.     Yeah.

18         Q.     What is FFIE?

19         A.     It's a ticker for Faraday

20   Future Automation Company.

21         Q.     Are you invested in that

22   company?

23         A.     I was.

24         Q.     So then are you understanding

25   this to mean that some investors had a
```

```
                                              Page 181
 1         BRIAN HARBISON - CONFIDENTIAL
 2   significant short interest in FFIE?
 3         A.    Yeah, 150 million shares.
 4         Q.    And then you write -- you tag
 5   him and say, "I think we see a squeeze."
 6   What kind of emoji is after that?
 7         A.    Is it like a --
 8         Q.    Is it like one of those -- I
 9   don't know how to say it, monster faces?
10         A.    You tilt your head to the
11   side, are you unsure?
12         Q.    Okay. And then, "I've been
13   here for a while.  LOL."
14         A.    Yeah.
15         Q.    Were you saying that you
16   wanted to see a squeeze?
17         A.    I wanted the price to go back
18   up to my -- to the money I lost.
19         Q.    So since you invested in the
20   company the price had declined?
21         A.    Yeah.
22         Q.    And there's a lot of short
23   interest around this time?
24         A.    Yeah.
25         Q.    And you were hoping for there
```

Page 182

1          BRIAN HARBISON - CONFIDENTIAL

2     to be a squeeze so that the price of your

3     shares would increase?

4          A.    Yes.

5          Q.    And had you heard about a

6     short squeeze prior to this time?

7          A.    In this company?

8          Q.    Yeah.

9          A.    No.

10         Q.    And then he says "average" and

11    then you say something like ".56 I think,

12    started off a little higher. Hopefully a

13    buck or two comes out of this.  I believe

14    in the company just not the economy for

15    it." Right?

16         A.    Yeah.

17         Q.    What do you mean by that?

18         A.    Which part?

19         Q.    I guess all of it.

20         A.    I got in at a low to high of

21    56 cent, hoping for at least a dollar or

22    two, and I believe in the company but

23    seeing the way things is going in America

24    and around the world and interest rates

25    going up, inflation, it's not a good time

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2   for luxury vehicles.
 3          Q.    So you are saying that you
 4   just -- you hope the price would increase
 5   enough that you could sell it and not
 6   necessarily hold it longer because the
 7   economy didn't look great for it right
 8   now, even though you believed in the
 9   company?
10          A.    Yeah. After the drone power
11   meets and everything.
12          Q.    But you thought that with a
13   squeeze you could hopefully get, you
14   know, a buck or two out of it?
15          A.    Yeah, make my money back.
16          Q.    So you were hoping that in
17   some way you could profit from a squeeze,
18   the potential squeeze in this company?
19                MR. KIM:  Objection to form.
20          A.    Yes.
21          Q.    Is that part of your -- you
22   know, an investment strategy for any of
23   your investments to invest in companies
24   where you think there might be
25   significant short interest and
```

Page 184

```
 1        BRIAN HARBISON - CONFIDENTIAL
 2   potentially short squeezes?
 3        A.    No. That's a term that
 4   everybody throws around StockTwits now
 5   ever since GameStop came around. It's
 6   either short squeezes or little rocket
 7   emojis.
 8        Q.    But that --
 9             MS. YOUNG:  What did you say,
10        Phil?
11             MR. KIM:  I'm surprised we
12        haven't seen any rockets.
13             MS. YOUNG:  Right. I'm
14        disappointed.
15             MR. KIM:  They're coming up.
16             MS. YOUNG:  I don't think so,
17        actually.
18        Q.    So do you often invest in
19   companies, you know, when you see a lot
20   of discussion about short squeezes around
21   it, around them?
22        A.    No.
23             MR. KIM:  Objection to form.
24        I think we're hitting an hour soon,
25        so whenever you want to wrap up
```

```
                                              Page 185
 1        BRIAN HARBISON - CONFIDENTIAL
 2      your sort of whatever you're doing.
 3             MS. YOUNG:  I'm kind of at a
 4      good point now actually. So maybe,
 5      I'm going to say 15 minutes or so.
 6             MR. KIM:  Is that too long or
 7      too short for you, Mr. Harbison?
 8             THE WITNESS:  1:20.
 9             VIDEOGRAPHER:  All right.
10      Going off the record. The time is
11      2:33 p.m.  This is the end of Media
12      Unit 3.
13             (Recess is taken.)
14             VIDEOGRAPHER:  We are back on
15      the record. The time is 2:57 p.m.
16      This is the beginning of Media Unit
17      4.
18      Q.    Mr. Harbison, did you ever
19   trade AMC options?
20      A.    Yes.
21      Q.    Do you remember when?
22      A.    Around that same time period.
23      Q.    Do you recall whether or not
24   you exercised them?
25      A.    No, I couldn't.
```

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2        Q.    You couldn't?
 3        A.    Yeah.
 4        Q.    And why is that?
 5        A.    It wasn't worth it because
 6   they halted the stock and brought it back
 7   down, so there would be no point in
 8   buying them.
 9        Q.    So you are saying this was in
10   January 2021?
11        A.    Around that time, yeah.
12        Q.    Is it correct that in January
13   or February 2021 you didn't buy or sell
14   any of the other shares at issue in this
15   litigation?
16        A.    What do you mean? What are you
17   talking about?
18        Q.    So, for instance, am I right
19   in thinking that in January or February
20   2021 you didn't buy or sell any shares of
21   Bed Bath & Beyond?
22        A.    No.
23        Q.    Or Blackberry?
24        A.    Not that I'm aware of.
25        Q.    Or Express?
```

Page 187

BRIAN HARBISON - CONFIDENTIAL

1

2      A.      No, definitely not Express.

3      Q.      Or GameStop?

4      A.      No.

5      Q.      Or Kos?

6      A.      Not that I'm aware of.

7      Q.      Tootsie Roll?

8      A.      No.

9      Q.      Nokia?

10     A.      Not that I'm aware of with

11   that either.

12     Q.      Or Travago?

13     A.      No.

14     Q.      Have you ever purchased

15   options for any of those stocks?

16     A.      I can't recall.

17     Q.      Did you consider buying any of

18   those stocks in January, 2021?

19           MR. KIM:  Objection to form,

20       asked and answered.

21     A.      I can't recall.

22     Q.      Do you hold any of those

23   stocks today?

24     A.      No.

25     Q.      Do you still use Robinhood?

```
                                        Page 188
 1           BRIAN HARBISON - CONFIDENTIAL
 2      A.      Yeah.
 3              MS. YOUNG:  Now, let's go to
 4      tab 23. This will be Exhibit 160 --
 5      161.
 6              (Exhibit 161, Certification of
 7      Brian Harbison was received and
 8      marked on this date for
 9      identification.)
10      A.      You said tab 3.
11      Q.      It's tab 23 and I think it
12   should be Exhibit 161.
13              Do you recognize this
14   document, Mr. Harbison?
15      A.      Yes.
16      Q.      And is this the certification
17   that you signed authorizing the Rosen Law
18   Firm to file this action on your behalf?
19      A.      Yes.
20      Q.      And do you see that if you
21   look at the first page paragraph 4 it
22   says, "The following is a list of all the
23   transactions Plaintiff has made in the
24   respective stocks during the class period
25   set forth in the Consolidated Complaint:
```

```
                                            Page 189
 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    And then if you flip to the
 4  next page, you see AMC minimum opening
 5  position 201 shares?
 6      A.    Yes.
 7      Q.    And there are other trades
 8  that you made in AMC besides these 201
 9  shares in January 2021, right?
10      A.    I'm not sure. I can't recall.
11      Q.    Well, earlier today I think we
12  saw that you bought and sold like 100
13  shares of AMC between the 26th and 27th
14  and bought and sold 200 shares of AMC on
15  the 27th and then bought --
16      A.    Oh yeah, yeah, yeah. I thought
17  you were talking about after the 28th.
18      Q.    Right. But you're only suing
19  on the latter 201 shares of AMC that you
20  traded in January 2021, right?
21      A.    Yes.
22      Q.    And why is it that this --
23  you're not suing on the earlier set of
24  AMC shares that you bought?
25              MR. KIM:  Objection. I'm going
```

Page 190

1              BRIAN HARBISON - CONFIDENTIAL

2          to direct the -- Mr. Harbison not

3          to answer the question to the

4          extent that he's going to reveal

5          legal strategy or advice that we've

6          given him on this point.

7                    So if you have facts, other

8          than what we told you about that,

9          you can tell them. If you don't,

10         then you don't.

11                   So with that instruction, you

12         can answer the question.

13         Q.    Did you earn a profit on your

14    -- the first 100 shares of AMC that you

15    bought in January 2021?

16         A.    Umm, January '21?

17         Q.    You can go back to that

18    exhibit if you want. I think it's 152. I

19    think we looked at it earlier and you

20    agreed that you did earn a profit on

21    those trades.

22         A.    January 27th or 21.

23         Q.    I mean January of 2021 in the

24    first 100 shares of AMC that you bought?

25         A.    Yeah.

1          BRIAN HARBISON - CONFIDENTIAL

2          Q.     Did you earn a profit on

3   those?

4          A.     Yes.

5          Q.     And in the second batch that

6   you bought, you earned a profit on those

7   as well, right?

8          A.     Yes.

9          Q.     Thank you. And now, when did

10   you first hear about this lawsuit, Mr.

11   Harbison?

12          A.     In 2021.

13          Q.     How did you hear about it?

14          A.     Google.

15          Q.     What were you looking for on

16   Google?

17          A.     Class action lawsuit. Matter

18   of fact, it was class action lawsuits

19   against Robinhood or lawsuits around

20   Robinhood, rather.

21          Q.     And you saw something about

22   the Rosen firm?

23          A.     Yes.

24          Q.     So did you contact the Rosen

25   firm rather than vice versa?

```
                                          Page 192

 1          BRIAN HARBISON - CONFIDENTIAL
 2      A.     I don't recall.
 3      Q.     You don't recall whether or
 4  not you contacted the Rosen firm or
 5  whether or not the Rosen firm contacted
 6  you first?
 7      A.     No, I contacted them first.
 8  Yeah. I left a note, yeah.
 9      Q.     And why did you want to be
10  involved in this lawsuit?
11      A.     Recoup the money I lost
12  because of Robinhood.
13      Q.     How frequently do you
14  communicate with the Rosen firm?
15      A.     Umm, often, leading up to the
16  deposition.
17      Q.     And have you read the
18  Complaint in this case?
19      A.     The retainer, yes.
20      Q.     No. I'm sorry. I said the
21  Complaint in this case.
22      A.     Yeah, I read that too.
23      Q.     How much time have you
24  dedicated to this case outside of
25  preparing for your deposition?
```

1          BRIAN HARBISON - CONFIDENTIAL

2          A.    I couldn't give an exact

3     number.

4          Q.    Can you give an approximate

5     sense?

6          A.    I really can't.

7          Q.    And do you ever delete your

8     StockTwits posts?

9          A.    You can't.

10         Q.    You can't?

11         A.    No.

12         Q.    Like, it's not a feature

13    that's --

14         A.    Yeah. They keep it up there.

15         Q.    I thought that in one of the

16    prior exhibits that we looked at you

17    thought that something that you had

18    posted would have been in response to

19    somebody else but that that post was now

20    unavailable.

21              How do posts disappear on the

22    site?

23         A.    Because if they ban you or you

24    delete your whole profile, it will still

25    show up.

```
                                    Page 194
 1        BRIAN HARBISON - CONFIDENTIAL
 2        Q.    I see. So you have to actually
 3   delete your account or be banned,
 4   otherwise, you can't selectively delete
 5   your posts?
 6        A.    No.
 7        Q.    Are you aware a request for
 8   production of documents was served on you
 9   through your counsel?
10        A.    Yes.
11        Q.    And have you seen those
12   requests?
13        A.    Yes.
14        Q.    What steps did you take to
15   preserve documents after you were
16   informed of the requests?
17        A.    I gave my statements, anything
18   they asked me, they needed social media
19   handles, and so on.
20        Q.    And did you search things like
21   text messages for any responsive
22   materials?
23        A.    No.
24        Q.    Why is that?
25        A.    I didn't use it for stocks.
```

1          BRIAN HARBISON - CONFIDENTIAL

2          Q.    You never would have discussed

3    Robinhood or AMC in any text messages

4    with anyone ever?

5          A.    No.

6          Q.    And what about your email?

7          A.    Same.

8          Q.    You would have never discussed

9    Robinhood with anybody by email ever?

10         A.    No. Only -- only people I know

11   personally trades stocks, except for me.

12         Q.    So you're saying the only

13   communication you had with people about

14   investing or stocks would be on one of

15   these platforms like StockTwits?

16         A.    Yes.

17              MS. YOUNG:  Let's look at tab

18         33, and this will be Exhibit 162.

19              VIDEOGRAPHER:  Okay.  We need

20         to go off the record. We've lost

21         the court reporter.

22              MS. YOUNG:  Okay.

23              VIDEOGRAPHER:  She's had some

24         issue, I guess.  Going off the

25         record. The time is 3:08 p.m.

Page 196

```
 1              BRIAN HARBISON - CONFIDENTIAL
 2                   (Off the record.)
 3                   VIDEOGRAPHER:  We're back on
 4        the record. The time is 3:11 p.m.
 5        Q.    And Mr. Harbison, can you send
 6   private messages on StockTwits or no?
 7        A.    Yeah.
 8        Q.    Did you search those messages
 9   in looking for responsive material?
10        A.    Yes.
11        Q.    And did you have any
12   responsive messages to produce?
13        A.    No.
14        Q.    Okay. Now we're going to look
15   at Exhibit 62, which I think should be
16   available now, 162. Excuse me.
17                   (Exhibit 162, copy of
18        StockTwits messages, Bates
19        P00001316 was received and marked
20        on this date for identification.)
21        Q.    Do you see this document, Mr.
22   Harbison?
23        A.    I'm looking at it, yes.
24        Q.    And do you recognize this?
25        A.    Yes.
```

Page 197

1          BRIAN HARBISON - CONFIDENTIAL
2          Q.     And this is a document that
3    was produced by your counsel that
4    includes some posts or comments that you
5    made, right?
6          A.     Yes.
7          Q.     Did you compile this document
8    at the request of your counsel?
9          A.     Did I make this document?
10         Q.     Or did you identify the posts
11   to be included in this document?
12         A.     What do you mean?
13         Q.     Were you involved in
14   identifying any of these posts or
15   messages that needed to be produced?
16         A.     Yes.
17         Q.     And how did you go about doing
18   that?
19         A.     I just told them my own user
20   name for StockTwits and they did the
21   rest.
22         Q.     I see. So you didn't say,
23   okay, here are the specific posts or
24   messages from my 4,000 on StockTwits that
25   are relevant here, you just provided your

Page 198

```
 1          BRIAN HARBISON - CONFIDENTIAL
 2    handle?
 3          A.     Yes.
 4          Q.     And Mr. Harbison, I think most
 5    of these or some of these we've seen
 6    before. I'm not sure that we've seen this
 7    last one.
 8                 Do you know whether or not
 9    this last post is still available on
10    StockTwits?
11          A.     It should be. I didn't delete
12    nothing. You can't delete nothing.
13          Q.     Are these all from different
14    chains?
15          A.     Different chains?
16          Q.     Or different -- I don't know
17    how it works on StockTwits in terms of
18    pages or --
19          A.     Oh, possibly. I would need to
20    see the ticker or what room it was in.
21          Q.     And this doesn't include a
22    number of the posts that we've reviewed
23    today, right?
24          A.     Yeah.
25                 MS. YOUNG:  Okay. I don't
```

Page 199

1      BRIAN HARBISON - CONFIDENTIAL

2      think I have any further questions,

3      Mr. Harbison. Thank you very much

4      for your time today.

5           MR. KIM:  I didn't see a

6      rocket emoji on there either. Thank

7      you.

8           VIDEOGRAPHER:  We are off the

9      record at 3:14 p.m.  And this

10     concludes today's testimony given

11     by Brian Harbison. The total number

12     of Media Units used was four and

13     will be retained by Veritext.

14         (The proceedings were

15   adjourned at 3:14 p.m.)

16

17

18

19

20

21

22

23

24

25