# Exhibit 10

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-MD-2989-CMA

------------------------------------x

IN RE JANUARY 2021 SHORT SQUEEZE

TRADING LITIGATION

------------------------------------x

May 12, 2023

9:37 a.m.

    Videotaped Deposition of WILLIAM MEADE, taken by Defendants, pursuant to Notice, held via ZOOM REMOTE, before Erica Ruggieri, a Registered Professional Reporter and Notary Public of the State of New York.

Page 94

1  MEADE
2  Q. Because that's nearly like
3  what, seven times or something the
4  $1.30 a share price on January 22nd?
5  A. Yeah, it says six six.
6  Q. Something like that?
7  A. Yeah.
8  Q. Okay. Do you recall any
9  news about Express around this time
10 that you thought might explain that,
11 you know --
12 A. Again, the only news was
13 that everyone in the trading
14 community and Wall Street was
15 looking for the next GameStop. And
16 again, there were articles all over
17 the financial press about how to
18 find the next GameStop or here are
19 three stocks or five stocks that
20 could be the next GameStop. Like
21 again, it was the trade that
22 everyone was looking at for that
23 period of time.
24 Q. Looks like you were right
25 in your -- from your January 22nd

Page 95

1  MEADE
2  one. You predicted correctly that
3  it did, you know, did rise.
4      This is at 10:49 a.m., right?
5  A. Yes.
6  Q. Okay. Thank you.
7      MS. YOUNG: Megan, can you
8  pull up tab 25. And this will be
9  Exhibit 309.
10     (Exhibit 309, Tweet of William
11 Meade 1/27/2021, marked for
12 identification, as of this date.)
13 Q. Do you recognize this
14 document, Mr. Meade?
15 A. I do.
16 Q. And this is a tweet of
17 yours from January 27, 2021. But it
18 looks like if you look at the
19 specific time underneath it, it's at
20 11:25 a.m.
21 A. Okay.
22 Q. That's like half an hour
23 after the prior tweet I think. Is
24 that right?
25 A. Yes.

Page 96

1  MEADE
2  Q. And you retweet the same
3  January 22nd tweet again but then on
4  the top you write, "$12 now, why not
5  go for the 10 bagger in one week to
6  $13 LOL Express"?
7  A. Yes.
8  Q. Can you explain what you
9  meant by that?
10 A. Yeah. More like -- I said
11 lots of laughs. I was just shocked
12 at how extreme a move it was.
13 Q. And so basically even in
14 this half hour the price of Express
15 had risen from $9 to 12, right?
16 A. Correct.
17 Q. I gather you considered
18 that a significant increase in that
19 period of time?
20 A. Absolutely.
21 Q. Did you believe that any of
22 that increase in the price of
23 Express around that time could be
24 attributed to a short squeeze or
25 potential short squeeze?

Page 97

1  MEADE
2  A. I'm not sure, but again, I
3  think at that -- at that period
4  everyone was looking for the next
5  GameStop or stock similar to
6  GameStop and they were buying stocks
7  that were looking for big moves like
8  GameStop.
9  Q. What's a 10 bagger?
10 A. A thousand percent.
11 Q. Oh, okay. So you are
12 saying it might, you know, why not
13 go for the thousand percent increase
14 in one week?
15 A. I was joking and you see
16 lots of laughs. I was just --
17 again, I was just shocked at how
18 extreme a move it was.
19 Q. And did you think that the
20 increase in the price of Express
21 reflected the kind of actual value
22 of the company at that time?
23 A. I have no opinion. I will
24 say that traders don't really look
25 at the value of what a stock is.

Page 106

MEADE

A. He may have been. I don't know the answer to that. Sorry.

Q. That's okay. This is Exhibit 312.

(Exhibit 312, Article, "Billionaire Investor Chamath Palihapitiya Follows Reddit. Investors Into GameStop With Purchase of Bullish Options That Start Paying Out If the Stock Soars Another 28%", marked for identification, as of this date.)

Q. Do you recognize this document, Mr. Meade?

A. I do.

Q. This is the article that was linked to your -- in your tweet?

A. Yes.

Q. Okay. Now, I'm going to actually just -- you are welcome to read the whole article if you want, but I'll tell you right now that I'm going to ask you specifically about the top of the fourth page.

Page 107

MEADE

MS. YOUNG: Megan, if you want to scroll down.

MS. BRAGANCA: Would you take a minute --

THE WITNESS: Yeah.

Q. No, yeah, take your time. So I was going to ask you specifically about the top of page 4 where it states, "Palihapitiya is joining a group of retail investors that have sparked a massive short squeeze in the video-game retailer. The stock soared as much as 145 percent in Monday's trading session on no apparent news."

My only question on this, Mr. Meade, is whether at this time you are aware of reporting in the media that the price of GME increased substantially on no apparent news?

A. I am.

Q. Thank you. And earlier I think that you mentioned that -- I

Page 108

MEADE

think this was in the context of us discussing Express but you should correct me if I'm mistaken, that around this time there's some traders that weren't really looking at the value of certain stocks but more at, I think you used the phrase "game theory"?

A. Yes.

Q. What do you mean by game theory in that context?

A. Meaning that people were trying to predict what the next big short squeeze stock would be like GameStop. You know, they are looking at companies with similar business models at GameStop and obviously companies that had a lot of short interest in trying to predict or be early in stocks that could turn into the next GameStop. They weren't necessarily looking at the fundamentals.

Q. Got it. And I think that

Page 109

MEADE

you called that a trading style maybe that was popular at that time?

A. Yes.

Q. Did you notice that that was a distinct shift for this particular point in time?

A. Yes.

Q. And was that specifically January 2021?

A. I would say December and January, yes.

Q. Got it. And when you say that that's sort of game theory, you know, or efforts to predict, anticipated efforts to predict short squeezes that being sort of different from looking at fundamentals, what do you mean by fundamentals?

A. Fundamentals would be like the price earnings ratio, the balance sheet, the cash flow. That generally, you know, people use that to look for, you know, blue chip

Page 110

MEADE

1  
2  stocks to buy and hold for years.
3  In terms of game theory that traders
4  or investors look at, more
5  short-term investors would look at
6  something like basically trying to
7  be, you know, like trying to be the
8  right chess or checkers board before
9  everyone else or basically escape to
10 where the puck is going to go.
11     Q.  What was that last, where
12 what is going to go?
13     A.  As a Wayne Gretzky saying
14 you want to skate to where the puck
15 is going to be not where it is.
16 That's sort of exactly what people
17 were trying to do, trying to figure
18 out what is the next stock that
19 could be the next GameStop or short
20 squeeze stock.
21     Q.  I see.  Could you
22 characterize those types of run-ups
23 from some of these game theory
24 investors creating a bubble?
25     A.  I would -- I would say that

Page 111

MEADE

1  
2  generally short squeezes are short
3  and extreme.  I would not
4  necessarily characterize it as a
5  bubble.
6      Q.  Fair enough.
7       Do you recall that -- well,
8  withdrawn.  That's not a good
9  question.
10      I think one of the things that
11 you mentioned earlier is that a
12 difficulty in trading is timing your
13 trades?
14     A.  Yes.  At the top, I
15 mentioned that selling and trading
16 is the hardest thing to do.
17     Q.  Because you are trying to
18 figure out exactly when the stock
19 price is going to peak?
20     A.  Yes. And stocks usually go
21 higher than people expect and lower
22 than people expect so it's really --
23 it's a very, very hard thing to do.
24     Q.  And around this time
25 because of the short squeezes or

Page 112

MEADE

1  
2  potential short squeezes that we
3  have been discussing today did you
4  consider the stocks that we have
5  discussed today, so GME, AMC,
6  Express, Koss, others, to be
7  relatively risky investments?
8       MS. BRAGANCA:  I'm going to
9   object to that as being an
10  ambiguous question.
11      MS. YOUNG:  I'm sorry, I can't
12  hear you, Lisa.  What did you say?
13      MS. BRAGANCA:  Objection,
14  ambiguous.  You can answer.
15     A.  Sorry, could you repeat the
16 question?
17     Q.  Sure.  So around this time
18 did you consider that the stocks
19 that we have been discussing today,
20 would you consider those relatively
21 risky investments?
22     A.  I would consider them
23 volatile.
24     Q.  And volatile because of the
25 price movements you observed?

Page 113

MEADE

1  
2     A.  Yeah.  The extreme price
3  movements.
4      Q.  We have looked at a lot of
5  your tweets from around this time.
6  You obviously have a lot of
7  followers.  Do you pay attention to
8  kind of the amount of engagement
9  that, you know, you tweets receive,
10 like the number of comments or
11 retweets or --
12     A.  I don't.  Actually, I
13 closed my comments I think like two
14 years ago.  I don't have comments
15 anymore.  I think they are mostly
16 useless.  And most times there --
17 there are a lot of Twitter accounts
18 that simply you have no idea if they
19 are telling the truth or not.
20     Q.  Fair enough.  I was going
21 to ask if around this time you
22 noticed maybe more engagement with
23 your tweets related to investing or
24 the stock market relative to other
25 points in time?

29 (Pages 110 - 113)

Page 114

1  MEADE
2      A.  Yes, absolutely.
3      Q.  Do you think that's because
4  of a lot of the sort of social media
5  enthusiasm about these meme stocks
6  around this time?
7      A.  I think it was a couple
8  things.  I think we were in COVID, a
9  period of COVID and everyone was
10 home and trading was one of the
11 things you could do from home and
12 there were a lot of new traders that
13 came into the market and you had
14 people that were watching the market
15 all day instead of working.  Those
16 are the two big things.  More
17 participation, more people were
18 looking at minutes daily time.  And
19 then yeah, just in the news, I mean
20 you couldn't -- you couldn't miss
21 the news.  I many every article
22 every day from the sources I
23 followed was about GameStop, short
24 squeezes, et cetera, et cetera.
25     Q.  So it's just so widely

Page 115

1  MEADE
2  reported that you think that that
3  naturally led to people paying more
4  attention to your investment-related
5  tweets?
6      A.  Absolutely.  I think there
7  was just more engagement on Twitter.
8  I think Twitter -- again, people
9  were home and they were engaging on
10 Twitter now instead of being at
11 work.
12     Q.  Right.  Right.  Fair
13 enough.
14     MS. YOUNG:  I think that's
15 probably it for us, Mr. Meade.
16 This was very helpful.  We really
17 appreciate your time today and I
18 hope you have a great rest of your
19 day.  Obviously, Mr. Cohen might
20 have some questions for you as
21 well.
22     MR. COHEN:  Thank you,
23 Mr. Meade.  I don't have anything
24 for you.
25     THE WITNESS:  Thank you.

Page 116

1  MEADE
2      THE VIDEOGRAPHER:  Counsel, if
3  there's no other stipulations and
4  any objections, I'll conclude the
5  video recording for today's
6  proceeding.  So here ends media
7  unit two.
8      This concludes the video
9  recorded virtual remote deposition
10 of William Meade taken by the
11 defendant on Friday, May 12, 2023.
12 The time is 12 noon Central
13 Daylight Time and we are going off
14 the record.
15     (Time noted:  12:00 p.m.)

Page 117

1  IN RE JANUARY 2021 SHORT SQUEEZE
   TRADING LITIGATION
2  5/12/2023 - WILLIAM MEADE
3      ACKNOWLEDGEMENT OF DEPONENT
4    I, WILLIAM MEADE, do hereby declare
5  that I have read the foregoing transcript,
6  I have made any corrections, additions, or
7  changes I deemed necessary as noted on the
8  Errata to be appended hereto, and that the
9  same is a true, correct and complete
10 transcript of the testimony given by me.
11
12 _____  _____
13 WILLIAM MEADE          Date
14 *If notary is required
15
16     SUBSCRIBED AND SWORN TO BEFORE ME THIS
17 _____ DAY OF _____, 20___.
18
19
20     _____
21 NOTARY PUBLIC