# Exhibit 11

Page 1

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF FLORIDA

3

4   Case No. 1:21-MD-2989-CMA

5   -----------------------------x

6   In Re: JANUARY 2021 SHORT

7   SQUEEZE TRADING LITIGATION

8   -----------------------------x

9

10        VIDEOTAPE DEPOSITION OF

11          SANDY GAR-LUN NG

12       VIA ZOOM VIDEOCONFERENCE

13          March 31, 2023

14            11:00 a.m.

15

16

17

18

19

20

21

22

23   Reported by:

24   Maureen Ratto, RPR, CCR

25

Page 2

1                    *  *  *

2

3        Videotape deposition of Sandy

4    Gar-Lun Ng held virtually via Zoom

5    Teleconference, hosted from Veritext

6    Legal Solutions, pursuant to notice,

7    before Maureen Ratto, Certified Court

8    Reporter, License No. XI01165,

9    Registered Professional Reporter,

10   License No. 817125, and Notary Public.

11

12                    *  *  *

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
1   A P P E A R A N C E S :

2

3   Counsel for Plaintiffs:

4       THE ROSEN LAW FIRM

5       275 Madison Avenue

6       New York, New York 10016

7       BY:   LAURENCE ROSEN, ESQ.

8             lrosen@rosenlegal.com

9             MICHAEL COHEN, ESQ.

10            mcohen@rosenlegal.com

11

12  Counsel for Defendants:

13      CRAVATH SWAINE & MOORE, LLP

14      825 Eighth Avenue

15      New York, New York 10019

16      BY: DANIEL SLIFKIN, ESQ.

17            Dslifkin@cravath.com

18            ROBERT DeNUNZIO, ESQ.

19            rdenunzio@cravath.com

20

21  ALSO PRESENT:

22  Adam Venturini, Legal Videographer

23

24

25
```

                                                    Page 4

1              VIDEOGRAPHER:  Good morning.

2       We are going on the record 10:59

3       a.m. Eastern Standard Time on March

4       31st, 2023.

5              Please note that this

6       deposition is being conducted

7       virtually.  Quality of recording

8       depends on quality of camera and

9       internet connections of

10      participants. What is seen from the

11      witness and heard on screen is what

12      will be recorded.

13             Audio and video recording will

14      continue to take place unless all

15      parties agree to go off the record.

16             This is Media Unit 1 of the

17      video-recorded deposition of Sandy

18      Ng in the matter of In Re: January

19      2021 Short Squeeze Trading

20      Litigation, filed in the United

21      States District Court for the

22      Southern District of Florida, Case

23      No. 1:21-MD-2989-CMA.

24             This deposition is being

25      conducted remotely using virtual

Page 5

```
 1        technology. My name is Adam
 2        Venturini representing Veritext and
 3        I am the videographer. The court
 4        reporter today is Maureen Ratto
 5        from the firm Veritext.
 6             I'm not authorized to
 7        administer an oath, I'm not related
 8        to any party in this action, nor am
 9        I financially interested in the
10        outcome.
11             If there are any objections to
12        proceeding please state them at the
13        time of your appearance.
14             Counsel and all present,
15        including those remotely, will now
16        state their appearances and
17        affiliations for the record,
18        beginning with the noticing
19        attorney.
20             MR. SLIFKIN:  Good morning. My
21        name is Daniel Slifkin. I'm a
22        partner in the law firm of Cravath,
23        Swaine & Moore. I'm here
24        accompanied by my colleague Robert
25        DeNunzio, who is off camera but
```

Page 6

1              SANDY GAR-LUN NG

2        present in the room and we

3        represent the defendants in this

4        litigation.

5              MR. ROSEN:   This is Laurence

6        Rosen.   I am representing Mr. Ng,

7        as well as the other plaintiffs,

8        proposed Class Representatives in

9        this action from the Rosen Law

10       Firm.

11                   * * *

12  SANDY GAR-LUN NG, having been first

13  duly sworn according to law by the

14  Officer, testifies as follows:

15  DIRECT EXAMINATION BY MR. SLIFKIN:

16       Q.    Could you please give us your

17  full name?

18       A.    My name is Sandy Gar-Lun Ng.

19       Q.    And what is your current

20  address, Mr. Ng?

21       A.    It is ████████████████████████

22  ████████████████████████.

23       Q.    And are you a Canadian

24  citizen?

25       A.    That is correct.

```
                                        Page 7
 1               SANDY GAR-LUN NG
 2        Q.     And do you both live and work
 3   in Canada?
 4        A.     Yes, I do.
 5        Q.     Have you been involved in any
 6   legal proceedings prior to this one?
 7        A.     No.
 8        Q.     Not involved in any civil
 9   proceedings?
10        A.     Correct.
11        Q.     And I take it you weren't
12   involved in any criminal proceedings?
13        A.     I have not been involved in
14   any of that.
15        Q.     Do you understand that you are
16   a plaintiff in this action?
17        A.     Yes, I do.
18        Q.     What is your understanding of
19   your role as plaintiff in this matter?
20        A.     I understand as a class
21   representative that there are other
22   people similar to me who feel they've
23   suffered loss.
24        Q.     So you used the phrase "class
25   representative" in your prior answer.
```

Page 8

```
 1              SANDY GAR-LUN NG

 2              In order to get on the same

 3    page, could you just give me your

 4    understanding of what that is?

 5         A.    To provide information to my

 6    lawyers that also -- and to also, like,

 7    best represent the other plaintiffs who

 8    are not here with us.

 9         Q.    Okay. When you say your

10    lawyers, are you referring to Mr. Rosen

11    and his colleagues at the Rosen Law Firm?

12         A.    That is correct.

13         Q.    So when did you first hear

14    about this lawsuit?

15         A.    I didn't really hear about the

16    lawsuit, I was kind of upset with what

17    happened to me and I did a Google Search

18    and the Rosen Law Firm appeared in one of

19    my searches.

20         Q.    Okay. So perhaps you can just

21    in your own words explain to us how you

22    came to be a plaintiff here? I don't want

23    you to get into any conversations you had

24    with your lawyers.

25         A.    How? Yeah, like, I sold shares
```

```
 1              SANDY GAR-LUN NG
 2   in GME at a loss, and I understood that
 3   Robinhood had disabled the buy button and
 4   I was a bit upset about that.
 5        Q.    So you -- when you say you did
 6   a Google Search, what was your Google
 7   Search?
 8        A.    Class action Robinhood.
 9        Q.    And when did you do that
10   Google Search, approximately?
11        A.    Oh, last year sometime,
12   summer.
13        Q.    Okay. And the Google results
14   led you to the Rosen Law Firm; is that
15   fair?
16        A.    Yeah. I'd say that's fair.
17        Q.    And again, without -- I don't
18   want to know what you said to them or
19   they said to you, but could you just tell
20   me the steps along the way what
21   ultimately you became a plaintiff?
22        A.    I had emailed a couple other
23   law firms and had not received a reply. I
24   went onto the Rosen Law Firm and I
25   submitted my information and after a
```

Page 10

```
 1              SANDY GAR-LUN NG
 2   period of time they reached out and we
 3   connected.
 4        Q.    Okay. And you think that was
 5   sometime in 2022?
 6        A.    It was some time ago.
 7        Q.    You mentioned, what you said a
 8   few moments ago, that Robinhood had
 9   disabled the buy button. Can you just
10   sort of elaborate for us on what you mean
11   by that?
12        A.    So there was a period of time
13   when the stocks tanked and I didn't
14   understand why and on the Reddit forums
15   people were saying that they couldn't buy
16   the shares that they wanted. So something
17   was amiss there and that shouldn't
18   happen, in my opinion.
19        Q.    Okay. And when did you first
20   learn that Robinhood had disabled the buy
21   button?
22        A.    I can't remember the precise
23   time but it was sometime after I sold my
24   -- yeah, so my shares tanked severely and
25   I wanted to retain some of the value I
```

```
 1              SANDY GAR-LUN NG
 2   had there so I sold and that's when, you
 3   know, I saw the information on Reddit.
 4        Q.    Okay. And so that was my next
 5   question. You mentioned Reddit forums.
 6   Explain to us what you mean by Reddit
 7   forums?
 8        A.    That's the social media
 9   platform.
10        Q.    Okay. I'm going to come back
11   to social media platforms in a minute.
12   Let me ask you a few more questions about
13   your background before we get into the
14   substance.
15              So when did you graduate high
16   school?
17        A.    Around '94. It's been a while.
18        Q.    And then did you have any
19   formal education beyond high school?
20        A.    I did some college, about a
21   year and a half and I dropped out of
22   that.
23        Q.    Where did you go to college
24   for a year and a half?
25        A.    To a community college named
```

```
                                           Page 12
 1              SANDY GAR-LUN NG
 2   Centennial College, it's in the Toronto
 3   area.
 4        Q.    In Toronto, Canada?
 5        A.    Correct.
 6        Q.    What did you study at
 7   Centennial College?
 8        A.    Microcomputer analyst.
 9        Q.    Sorry. I didn't quite follow
10   that. Is that, microcomputer analyst, is
11   that a subject or a vocation?
12        A.    That's just the name of the
13   course. So it involved some accounting,
14   operations management, things like that.
15        Q.    Did you do any, either at high
16   school or college, did you do any classes
17   in economics?
18        A.    I did a grade 10 or 11 class
19   in economics.
20        Q.    Was that like a microeconomics
21   class?
22        A.    It covered both. It was a very
23   general course. I even remember the
24   instructor, Mr. Tessielli.
25        Q.    You have a better memory than
```

```
 1               SANDY GAR-LUN NG
 2   me.  I can't remember my teachers in high
 3   school.
 4        A.    He was a good economics
 5   teacher, so I remember him. My other
 6   teachers were rather forgettable.
 7        Q.    I'm embarrassed I can't
 8   remember my teacher's name.
 9              Have you ever heard the phrase
10   "the efficient market hypothesis"?
11        A.    No, I haven't.
12        Q.    Okay.
13        A.    That sounds like a very
14   advanced thing.
15        Q.    Okay. So when you dropped out
16   of college, what did you go to do then?
17        A.    I worked for a friend who
18   opened up an internet cafe.  I did that
19   for a period of time.
20        Q.    And let me try and make this
21   quicker. Are you currently employed?
22        A.    Yes, I am.
23        Q.    By whom are you employed?
24        A.    The Government of Nunavut,
25   Department of Health. I work in health
```

Page 14

1                SANDY GAR-LUN NG

2    IT.

3        Q.    And what are your job

4    responsibilities?

5        A.    I'm responsible for supporting

6    the electronic health record system, so I

7    teach the clinicians, other users, I also

8    support the videoconferencing,

9    telehealth. That's my main job.

10       Q.    Since dropping out of college,

11   have you continually been employed

12   working in, you know, technology support,

13   if I can put it that way?

14       A.    Yes, I have.

15       Q.    And how long have you been in

16   your current job?

17       A.    This particular job, since

18   March 2011.

19       Q.    Okay.  I want to -- now, what

20   I would like to do is show you something

21   that's previously been marked as an

22   exhibit. I don't know if you've been

23   through how you do that, how you look at

24   that with you.

25       A.    I have that Veritext thing, if

```
 1                    SANDY GAR-LUN NG
 2   that's what you're talking about.
 3        Q.    The Veritext thing?
 4              Okay. So somebody needs to
 5   help me as to what we do, Robert. What do
 6   you click on, files?
 7              MR. DeNUNZIO:  If you tell me
 8         -- I have to upload it. So if you
 9         tell me --
10              MR. SLIFKIN:  Okay.
11              (Exhibit 2, letter from Rosen
12         Law Firm, dated February 27, 2023
13         re: Social media, having been
14         previously marked, is shown to the
15         Deponent.)
16        Q.    I'm going to show you what's
17   previously been marked as Exhibit 2. And
18   since you work in IT hopefully you're
19   going to be better at this than I am.
20              MR. DeNUNZIO:  If you refresh
21         the page.
22              MR. SLIFKIN:  Okay.
23              THE WITNESS:  I see it.
24        Q.    And you have what was
25   previously marked as Exhibit 2. Do you
```

```
 1                  SANDY GAR-LUN NG
 2   see that?
 3        A.    Yes, I do.
 4        Q.    And if you go down to page 3
 5   of the exhibit --
 6        A.    I'm there.
 7        Q.    -- do you see there's a box
 8   which says Sandy Ng in it?
 9        A.    Correct.
10        Q.    And is that you, Mr. Ng?
11        A.    Yes, it is.
12        Q.    And there is another box which
13   lists Reddit, Twitter, Facebook and
14   YouTube. Do you see that?
15        A.    Yes.
16        Q.    And under Reddit it has the
17   word ███████ is that your user name on
18   Reddit?
19        A.    That is correct.
20        Q.    Similarly, on Twitter is the
21   it the case you are ███████?
22        A.    That is correct. Those are all
23   my accounts, yes.
24        Q.    I'll just ask another couple
25   of questions so it's really crystal clear
```

Page 17

```
1                 SANDY GAR-LUN NG
2     on the record.
3                 On Facebook are you ██████████?
4         A.     Yes, I am. ██████████████
5     ██████████████████████████████
6         Q.     Totally understood. And on
7     YouTube are you ████████████████
8         A.     That is correct.
9         Q.     Okay. Thank you for that.
10                So your Reddit account under
11    which you are identified as ████████, for
12    how long have you had that account?
13        A.     I've had it for quite some
14    time, at least eight years.
15        Q.     So I take it in 2020 and 2021
16    ████████ on Reddit was your account?
17        A.     Yes.
18        Q.     And in that -- let me focus
19    now on that timeframe, late 2020, early
20    2021, are you with me?
21        A.     Yes.
22        Q.     Okay. In that time how
23    frequently did you use Reddit?
24        A.     Daily, I'd say. It's a source
25    of entertainment so...
```

1            SANDY GAR-LUN NG

2        Q.    And if you recall, if you can

3    generalize, how frequently would you post

4    on Reddit during that time period?

5        A.    Not particularly often.

6        Q.    So you were primarily reading;

7    is that fair?

8        A.    Yeah.

9        Q.    All right. I want to ask you

10   some questions about your investment

11   history, okay?

12            Do you currently, as we sit

13   here today, invest in stocks and shares?

14       A.    Yes.

15       Q.    For how long have you been a

16   stock investor?

17       A.    Probably since 2000.

18       Q.    And what caused you to start

19   investing money in the stock market?

20       A.    In that economics class we

21   talked earlier, there was a little stock

22   piece so I found that rather interesting.

23       Q.    Do you have any particular

24   recollection of what you were told in

25   your economics class that caused you to

Page 19

1                SANDY GAR-LUN NG

2    start investing in the stock market?

3         A.    No, I just found it fun, so it

4    seems like a way of making money.

5         Q.    So you're Canadian, you live

6    in Canada, would you invest in Canadian

7    companies?

8         A.    I have invested in the past,

9    yes.

10        Q.    And I take it you've invested,

11   from what you told me already, in

12   American companies?

13        A.    Yes.

14        Q.    United States companies?

15        A.    Correct.

16        Q.    Do you invest in companies

17   based outside of the U.S. or Canada?

18        A.    No.

19        Q.    And your stock investments,

20   are they all securities that are traded

21   in either U.S. or Canadian exchanges?

22        A.    Yes.

23        Q.    Okay. So if we focus -- excuse

24   me. So you understand that this

25   litigation is called the January 2021

```
                                        Page 20
```

1          SANDY GAR-LUN NG

2   Short Squeeze Trading Litigation, I take

3   it?

4       A.    Yes.

5       Q.    And to be clear, what's your

6   understanding of what a short squeeze is?

7       A.    When there is huge buying

8   pressure often after, like, a margin

9   call, so people will need to cover and

10  purchase shares on the open market.

11      Q.    Okay. There was a lot in

12  there. So you used the phrase margin call

13  and you used the phrase cover. I want to

14  make sure we're all on the same page

15  here.

16            Can you unpack what you said?

17  Or I can ask you more questions,

18  whichever you prefer.

19      A.    What would you like me to

20  elaborate on?

21      Q.    Okay. So you said, you talked

22  about margin calls. So explain to me what

23  a margin call is, in your understanding?

24      A.    My understanding is that if

25  you're being loaned some money or shares

```
 1                 SANDY GAR-LUN NG
 2   you have to maintain a certain amount of
 3   money and if you get called, then you
 4   have to pay a share or put in more
 5   capital or more money.
 6        Q.    Okay. And how does that relate
 7   to the concept of short squeeze?
 8        A.    That relates when there's a
 9   lot of demand for a particular equity and
10   then if there's -- if the demand is high
11   enough, the price will rise with that
12   demand.
13        Q.    And how does that affect
14   margin calls?
15        A.    Well, as prices rise --
16              MR. ROSEN:  Objection.
17        Q.    You can answer.
18        A.    As the price rises the margin
19   calls become -- the capital required will
20   increase as well, so it's this loop.
21        Q.    Okay. And so are you referring
22   to margin calls for people who are
23   shorting the stock?
24        A.    Not necessarily. You can be
25   margin called just by holding stock by
```

Page 22

```
 1              SANDY GAR-LUN NG
 2    leveraging what you own.
 3         Q.    Okay. I'm not quite following.
 4              So if you hold --
 5    hypothetically if you hold XYZ stock, and
 6    you borrowed money against it and the
 7    market price of XYZ stock goes up, in
 8    your understanding how can that lead to a
 9    margin call?
10              MR. ROSEN:  Objection. He's
11         not testifying as an expert
12         witness. So to the extent he has
13         knowledge, he can answer the
14         question.
15              Why don't you repeat your
16         question?
17         Q.    So I gave you a hypothetical,
18    like a fictitious stock called XYZ. And
19    let's say you borrowed money against the
20    XYZ stock and then the value of the stock
21    goes up because the price goes up. In
22    your understanding can that lead to a
23    margin call?
24         A.    If the stock goes up, no.  If
25    it goes down it would, if I'm just
```

```
                                         Page 23
 1                SANDY GAR-LUN NG
 2    borrowing.
 3         Q.    Okay. So if there's buying
 4    pressure in your, as you described to me
 5    earlier, if there is buying pressure and
 6    the price of a stock goes up, I take it
 7    the person who could be negatively
 8    affected is a person who has a short
 9    position; is that right?
10         A.    Yes.
11         Q.    And so is that -- to go back
12    to the use of the phrase short squeeze,
13    so is it fair to say in your
14    understanding a short squeeze can occur
15    to people who hold short positions if
16    there's a lot of buying pressure that
17    drives the stock up?
18         A.    Yes.
19         Q.    Okay. And when you used the
20    word "cover" in your prior answer, it's
21    those folks holding short positions who
22    need to then go out and buy more stock to
23    cover their position; is that fair?
24         A.    Yes.
25         Q.    Have you heard the phrase
```

Page 24

```
 1                  SANDY GAR-LUN NG
 2   gamma squeeze?
 3        A.    Yes.
 4        Q.    What do you understand a gamma
 5   squeeze to be?
 6        A.    That's supposed to be where
 7   the price is astronomical.
 8        Q.    Can you unpack that? The price
 9   of what is astronomical?
10             MR. ROSEN:  Unpack what? He
11        said three words. There is nothing
12        to unpack.  So if you have a
13        question you can ask it but --
14        Q.    The question was, the price of
15   what is astronomical?
16        A.    The share, whatever equity is
17   being shorted that you have to cover
18   with.
19        Q.    And how do you define
20   astronomical?
21        A.    I can't define astronomical,
22   it's whatever one feels what the price is
23   is.
24        Q.    Is it fair to say a gamma
25   squeeze is a form of short squeeze?
```

```
                                             Page 25

 1                 SANDY GAR-LUN NG
 2        A.     Yes.
 3        Q.     And in the -- a gamma squeeze
 4   is an extreme form of short squeeze, in
 5   which, in your words, the stock price
 6   becomes astronomical?
 7        A.     Correct.
 8        Q.     In your understanding, what
 9   causes a gamma squeeze?
10        A.     The buying pressure.
11        Q.     Okay. And you mentioned
12   Robinhood earlier and disabling the buy
13   button. Do you recall that?
14        A.     Yes.
15        Q.     Are you with me? Okay.
16               Are you currently a Robinhood
17   customer?
18        A.     No, I am not.
19        Q.     Have you ever been a Robinhood
20   customer?
21        A.     Never.
22        Q.     What -- who do you use for
23   your stock investments?
24        A.     I use TD WebBroker.
25        Q.     And is TD Toronto Dominion
```

```
                                            Page 26
 1                  SANDY GAR-LUN NG
 2   Bank?
 3        A.    Yes.
 4        Q.    And that's a Canadian bank, I
 5   take it?
 6        A.    Yes.
 7        Q.    And you say -- I think you
 8   used the word TD WebBroker. So is this an
 9   online platform?
10        A.    That is correct.
11        Q.    When did you start using --
12   well, withdrawn.
13              I'm just going to use the
14   acronym TD, is that fair, rather than the
15   full name?
16        A.    That's fine. Yeah.
17        Q.    When did you start using TD?
18        A.    The platform, probably mid
19   2000s.
20        Q.    Who did you use for stock
21   investments prior to using TD?
22        A.    E-Trade.
23        Q.    Why did you switch from
24   E-Trade to TD?
25        A.    It was just convenient since
```

Page 27

```
 1              SANDY GAR-LUN NG
 2   all my banking was done through TD.
 3         Q.    Do you still have an account
 4   with TD?
 5         A.    Yes, I do.
 6         Q.    Can you tell us approximately
 7   how much money you had invested in the
 8   stock market when you started using TD in
 9   the mid 2000s?
10         A.    Probably ██████ or so.  I
11   started small and just started adding to
12   it.
13         Q.    And as we sit here today in
14   2023, approximately how much money have
15   you invested in the stock market?
16              MR. ROSEN:  Objection.  Look,
17         you are not going to ask him what
18         his wealth is.
19              If you want to ask him about a
20         specific investment, that's one
21         thing but he's not going to tell
22         you what the total value of his
23         nest egg or stock portfolio is.
24         That information is not at issue
25         here.
```

```
                                        Page 28
 1              SANDY GAR-LUN NG
 2       Q.    You can go ahead and answer
 3   the question unless you are instructed
 4   not to answer.
 5       A.    Can you repeat your question,
 6   please?
 7            MR. ROSEN:  I'm going to
 8       instruct Mr. Ng not to disclose his
 9       total wealth or the total value of
10       the stock portfolio.
11            THE WITNESS:  I will take my
12       counsel's advice.
13            MR. SLIFKIN:  And are you
14       instructing him based upon a
15       privilege?
16            MR. ROSEN:  I believe there is
17       a right of privacy to his total
18       personal wealth. That's not
19       something at issue and it's not
20       something that you are entitled to.
21            I've been doing this many many
22       years and that is the general
23       understanding.
24            So, you know, if you want to
25       take it up with the judge later, we
```

```
 1                 SANDY GAR-LUN NG
 2      can take it up with the judge and
 3      you can get an order allowing him
 4      to -- forcing him to give you that
 5      answer, but today he will not give
 6      it to you.
 7                 MR. SLIFKIN:  Okay.
 8                 (Direction not to answer.)
 9      Q.    Let's focus in January of
10  2021, the time of -- the timeframe in
11  which this litigation is concerned.
12                 At that point in time, January
13  of 2021, were you an investor in the
14  stock market?
15      A.    Yes.
16      Q.    And were all of your
17  investments in the stock market via TD?
18      A.    Yes.
19      Q.    And approximately how much
20  money did you have invested in the stock
21  market via TD as of January 1, 2021?
22      A.    I feel that is related to the
23  previous objection by my counsel.
24                 MR. ROSEN:  You are trying to
25      get his total personal wealth and I
```

```
                                              Page 30
 1              SANDY GAR-LUN NG
 2       don't think you are entitled to
 3       that, Mr. Slifkin, I really don't.
 4           MR. SLIFKIN:  Are you
 5       instructing him not to answer?
 6           MR. ROSEN:  Yeah. I'm
 7       instructing him not to -- I mean
 8       and then you're going to ask him,
 9       well, if you spend $100,000 on this
10       trade, what percentage of your
11       total portfolio was that or
12       something like that.
13           I mean, I've been through --
14       you are not entitled to know his
15       total wealth and, you know, it's
16       just an invasion of privacy and I
17       don't think you are entitled to it.
18           If I'm wrong, then we'll give
19       you that number when the time
20       comes, but I don't think you're
21       entitled to it today.
22           MR. SLIFKIN:  So the answer to
23       my question was; you are
24       instructing him not to answer?
25           MR. ROSEN:  Yes, Mr. Slifkin.
```

Page 31

```
 1                 SANDY GAR-LUN NG
 2            MR. SLIFKIN:  Okay. And are
 3       you asserting attorney-client
 4       privilege?
 5            MR. ROSEN:  I am not asserting
 6       attorney-client privilege. I
 7       believe it's a privacy right,
 8       privacy privilege.
 9            (Direction not to answer.)
10       Q.    Okay. Let's do it slightly
11  differently.
12            Let's focus on the period
13  let's say January, February and March of
14  2021, okay? Are you with me?
15            How many accounts did you have
16  at TD?
17       A.    I have two main accounts and
18  they are divided between a Canadian
19  account and an American account. They can
20  be further subdivided by a cash account
21  or a registered account. The registered
22  account is sort of like a -- there's tax
23  consequences, I guess, like your IRA and
24  Roths in U.S.
25       Q.    One thing I'm not is an expert
```

Page 32

```
 1              SANDY GAR-LUN NG
 2  on Canadian taxes. So can you --
 3              MR. ROSEN:  Mr. Ng is not an
 4       expert either. If he understands
 5       your question, he can answer.
 6       Q.    So you say there is a thing
 7  called a cash account, a thing called a
 8  registered account and you say it's a bit
 9  like an IRA or Roth, and can you explain
10  to me which is which?
11       A.    Well, I'm not really familiar
12  with the American registered accounts.  I
13  just know they are registered accounts.
14              So in Canada we have a TFSA,
15  tax-free savings account where you put
16  money in and anything that happens to
17  that there is no tax consequences. I
18  cannot claim capital losses or gains in
19  that.
20              And then another account is
21  called an RSP or registered savings plan,
22  that is usually saved for retirement. I
23  can put money in there and at some point
24  if I take money out there are tax
25  consequences.
```

```
                                              Page 33

  1                    SANDY GAR-LUN NG

  2         Q.     Okay. So --

  3         A.     So the account in question, to

  4    let you know before you ask, is my GME

  5    was in my tax-free savings account,

  6    primarily.

  7         Q.     And is that --

  8         A.     And I had some in my cash

  9    account, Canadian cash account.

 10         Q.     Okay. So your holdings of GME,

 11    when you say that, you are referring to

 12    GameStop, right?

 13         A.     Yes.

 14         Q.     Okay. And your principal

 15    holdings of GME were in your TSA; is that

 16    correct?

 17         A.     Yes, the TFSA.

 18         Q.     TFSA?

 19         A.     Tax-free savings account.

 20         Q.     Okay. Is that also what you

 21    referred to as the tax account or not?

 22         A.     No. That's a separate account,

 23    the cash account.

 24         Q.     Okay. So is the TFSA --

 25    withdrawn.
```

```
                                           Page 34

 1                  SANDY  GAR-LUN  NG

 2                  Is  the  TFSA  a  registered

 3   account?

 4        A.     Yes.

 5        Q.     Okay.  And  in  that  account,  am

 6   I  correct  in  saying,  you  can  neither  be

 7   taxed  or  --  withdrawn.   Let  me  unpack  it.

 8                  So  your  GameStop  stock  was

 9   principally  held  in  your  TFSA,  correct?

10        A.     Yes.

11        Q.     That  is  what  is  called  a

12   registered  account  in  Canada,  correct?

13        A.     Yes.  Yes.

14        Q.     And  TFSA  stands  for  tax-free

15   savings  account?

16        A.     Yes.

17        Q.     And  that  means  any  capital

18   gains  you  receive  from  stocks  in  that

19   account  are  not  subject  to  taxation  in

20   Canada;  is  that  fair?

21        A.     That  is  correct.

22        Q.     Is  it  also  the  case  that  any

23   losses  that  you  suffer  in  your  TFSA  are

24   not  deductible  for  purposes  of  Canadian

25   taxes?
```

```
                                      Page 35

 1                  SANDY GAR-LUN NG
 2        A.    That is correct.
 3        Q.    Okay. You previously told me
 4   you had two main accounts, a Canadian
 5   account and an American account, I think?
 6        A.    Yeah. So there's the cash
 7   account is the Canadian side.
 8        Q.    And what is the American
 9   account?
10        A.    Well, so the TFSA also has a
11   Canadian portion which I wasn't using. So
12   it's split in two but I was using the
13   American side of the TFSA.
14        Q.    Okay. And so when you
15   distinguished between an American account
16   and a Canadian account, are you referring
17   to the location of the exchanges upon
18   which the securities are traded?
19        A.    No, just the currency in which
20   the account is currently holding.
21        Q.    I see. So we have been
22   provided with some of your -- with some
23   of your account statements by counsel.
24   And I'll turn to them in a minute, but
25   generally, so in your TFSA where you held
```

```
 1                SANDY GAR-LUN NG
 2    the GME stock, the numbers we see, should
 3    those be in U.S. dollars?
 4         A.    For the most part, yes. The
 5    TFSA is American and that is in USD.
 6         Q.    All right. Thank you. That's
 7    extremely helpful.
 8               Your investments in
 9    securities, have they always been solely
10    on your own behalf?
11         A.    Yes.
12         Q.    Have you ever invested money
13    for other folks?
14         A.    Only recently when I had mason
15    I opened up an RESP, a Registered
16    Education Savings Plan, otherwise it's
17    all for myself.
18         Q.    And the accounts we've been
19    talking about, the TFSA, that's held in
20    your name, I take it?
21         A.    That is correct.
22         Q.    And have you ever used an
23    investment advisor?
24         A.    No, I have not.
25         Q.    Does TD provide you with any
```

Page 37

```
 1                SANDY GAR-LUN NG
 2   financial advisory services?
 3        A.    I'm sure they do.
 4        Q.    With respect to the --
 5   focusing in with respect to the purchase
 6   of tradeable securities, have they
 7   provided you with those services?
 8        A.    There are tools for
 9   self-discovery of these investments.
10        Q.    Okay. Can you explain what you
11   mean by that?
12        A.    If I select a particular
13   stock, they'll have various, I guess,
14   heads of people who are advisors and
15   their views on the particular stock.
16   There is also, like, Morningstar ratings
17   related to the stock.
18        Q.    So I take it that -- sorry. I
19   didn't mean to interrupt you. Were you
20   finished?
21        A.    No. Go ahead. No. Go ahead.
22        Q.    Thank you. So I take it that
23   -- so TD is an online platform, correct?
24        A.    Yes. It's a direct -- what do
25   you call it?  -- a discount brokerage. So
```

```
                                           Page 38
 1                    SANDY GAR-LUN NG
 2   the services are limited to online there.
 3        Q.    If you are interested in a
 4   particular stock, for example, GME, can
 5   you sort of search it on the platform?
 6        A.    Yes.
 7        Q.    The platform then directs you
 8   to certain information about that
 9   security?
10        A.    Just the Morningstar rating
11   which allows you to -- I can't remember
12   if it goes to the website or not, but...
13        Q.    Well, you mentioned heads of
14   people who were advisors. Can you explain
15   what you mean by that?
16        A.    Yes. So there are listings of
17   advisors from various other, I guess,
18   companies, and they just -- yeah, it's
19   just a list.
20        Q.    And can you click on -- click
21   on a link and get a report?
22        A.    Yeah. And then, not so much a
23   report but what their opinion is or what
24   their rating is on that particular stock.
25        Q.    Like buy, hold or whatever?
```

```
                                              Page 39

 1                 SANDY GAR-LUN NG

 2        A.     That's right.

 3        Q.     So let's focus in on the

 4   beginning of 2021, so January 2021,

 5   January 1st, I don't know what day of the

 6   week that was, but as of the beginning of

 7   January 2021 do you recall what stocks

 8   you held in your TD accounts?

 9        A.     I think I had some Aurora

10   Cannabis stock, I had some probably

11   Bombardier, it's a Canadian company, I

12   held ETFs. Those are index stocks.

13        Q.     ETFs being electronically

14   traded funds?

15        A.     Correct.

16             MR. SLIFKIN:  Okay. Why don't

17        I mark -- why don't we mark tab 9,

18        Robert.  So you should see if you

19        refresh Exhibit 33.

20             And let me just identify the

21        production numbers. This is

22        P00002180 through 2212.

23             (Exhibit 33, TD Investment

24        account statement, beginning Bates

25        P00002180 was received and marked
```

```
                                               Page 40
 1                    SANDY GAR-LUN NG
 2          on this date for identification.)
 3          Q.    Let me know when you have
 4    Exhibit 33.
 5          A.    I do have it up.
 6          Q.    Okay. Could you just take a
 7    moment to flip through it?
 8          A.    Yes. They're my statements.
 9          Q.    Okay. Do you recognize what
10    Exhibit 33 contains?
11          A.    They are my accounts, yes.
12          Q.    That was going to be my
13    question. So can you tell us what these
14    are?
15          A.    They are my investment account
16    statements.
17          Q.    From TD?
18          A.    That is correct.
19          Q.    And do they cover the period
20    from January 1st, 2021 through March
21    31st, 2022?
22          A.    To March 2022?
23          Q.    Through March 31st, 2021. I
24    apologize.
25                    MR. ROSEN:  Take your time and
```

Page 41

SANDY GAR-LUN NG

1    go through them before you answer

2    the question.

3            Are these both accounts here,

4    Mr. Slifkin? Are they representing

5    two different accounts?

6            MR. SLIFKIN:  I don't actually

7    know. I'm going to ask about that.

8            MR. ROSEN:  Because one has an

9    opening balance. It looks like two

10   different accounts.

11           THE WITNESS:  Yes. That's what

12   it looks like. You have the account

13   number redacted. But -- well, it

14   says "your TFSA statement", so that

15   you can tell is for the TFSA

16   account and the other would be the

17   cash account in the heading.

18   Q.    If we look at the first page

19 of Exhibit 33, you see in the sort of

20 near the top right it says "your

21 investment account statement"?

22   A.    Yes.

23   Q.    And then if you look on page

24 2180 at the bottom, do you see that?

Page 42

```
 1              SANDY GAR-LUN NG
 2      A.    Oh, yes.
 3      Q.    And if you go to 2183?
 4      A.    Yup.
 5      Q.    And it says "your TFSA
 6  statement", do you see that?
 7      A.    Yes.
 8      Q.    So are those two different
 9  accounts?
10      A.    That is correct.
11      Q.    Okay. So why don't we take a
12  look at the second page of Exhibit 33. So
13  this is your cash account, I take it?
14      A.    Second page? Yes.
15            MR. ROSEN:  That's Bates
16      stamped 2181?
17            MR. SLIFKIN:  That's correct.
18      Q.    So this is your investment
19  account statement. And is that the same
20  thing as your cash account?
21      A.    Yes, this is the cash account.
22      Q.    Okay. And this, am I correct
23  in saying that this shows the sale of
24  Aurora Cannabis stock and the purchase of
25  GameStop stock?
```

Page 43

                    SANDY GAR-LUN NG

1

2       A.     That's what's happened there,

3   yes.

4       Q.     Okay. So why did you decide to

5   sell your Aurora Cannabis stock?

6       A.     Because I wanted to buy

7   GameStop.

8       Q.     Okay. So it was for the

9   purposes of obtaining liquidity to

10  purchase another security, yes?

11      A.     Correct.

12      Q.     Next question. Why did you

13  want to purchase GameStop?

14      A.     Why? Because I wanted to.

15      Q.     But why did you want to?

16      A.     Why? Because I saw a post on

17  Reddit that interested me.

18      Q.     Do you recall what the Reddit

19  post said?

20      A.     It was a post by DFV showing

21  his GME update.

22      Q.     So on the second page of

23  Exhibit 33, the dates for the purchase of

24  GameStop is given as January 27th, 2021.

25  Do you see that?

Page 44

1                    SANDY GAR-LUN NG

2        A.     Yes.

3        Q.     Was that when you put in the

4    instruction to purchase it or is that a

5    different date?

6        A.     I believe that would have been

7    -- yeah. I'm not sure if that's the

8    settle date or what. I don't know.

9        Q.     I take it you understand there

10   is a difference between, like, an order

11   date and a settlement date?

12       A.     That's correct.

13       Q.     And I'm going to come back to

14   that a little bit later.

15              So prior to your order date,

16   you had seen a post on Reddit by DFV; is

17   that correct?

18       A.     That is correct.

19       Q.     And who is DFV?

20       A.     His user name is

21   DeepFuckingValue on Reddit.

22       Q.     Okay. But do you know who that

23   person is?

24       A.     Not personally.

25       Q.     Do you have a name other than

Page 45

```
1              SANDY GAR-LUN NG
2   the acronym?
3       A.    I've come to know him. He is
4   known on YouTube as Roaring Kitty and his
5   real name is Keith Gill.
6       Q.    Let's take these in pieces.
7             Did you at the time follow DFV
8   on Reddit?
9       A.    No, I did not.
10      Q.    Did you watch Roaring Kitty on
11  YouTube?
12            MR. ROSEN:  As of what date?
13            MR. SLIFKIN:  I'm talking now
14      -- we're talking about January of
15      2021.
16      Q.    Let me start again.
17            January of 2021 did you watch
18  Roaring Kitty videos on YouTube?
19      A.    No, I did not.
20      Q.    Have you ever watched Roaring
21  Kitty on YouTube?
22      A.    Never.
23      Q.    When did you start following
24  DFV on Reddit?
25      A.    After I saw the post on my
```

Page 46

1                    SANDY GAR-LUN NG
2    front page of Reddit.
3         Q.    And was that in January of
4    2021?
5         A.    Yes.
6         Q.    And was that the post that
7    caused you to purchase GameStop stock?
8         A.    It may not have been the
9    first, but I might have seen another
10   posts of his. I don't recall
11   specifically.
12        Q.    Okay. And when did you first
13   learn that DFV was a user name for
14   somebody called Keith Gill?
15        A.    That was probably after the
16   Congressional hearing where he had to
17   reveal himself.
18        Q.    So that was subsequent to the
19   events we've been discussing, I take it?
20        A.    Yes.
21        Q.    So we were looking at the
22   second page of Exhibit 33. That's your
23   cash account, right?
24        A.    Yes.
25        Q.    So let's go forward to page

```
                                        Page 47
 1               SANDY GAR-LUN NG
 2    2183.
 3          A.    Okay. TFSA account.
 4          Q.    And this at the top says, you
 5    see under the redacted account number it
 6    says Account Type: Tax-free savings
 7    account CDN?  Do you see that?
 8          A.    Yes.
 9          Q.    So CDN I assume means
10    Canadian?
11          A.    Yes.
12          Q.    And if we go to the next page,
13    am I correct in saying that in January
14    you sold Aurora Cannabis and Sabina Gold
15    and Silver out of this account?
16          A.    Yes.
17          Q.    And did you in January then
18    place an order for GameStop out of your
19    TFSA Canada account?
20          A.    Probably in there.
21          Q.    Could you see where it says on
22    the page 2184 it says Pending Activity?
23          A.    There was a buy on 2183.
24          Q.    If you look at 2184 --
25          A.    Yeah. There is a buy on
```

```
 1              SANDY GAR-LUN NG
 2   February 1st.
 3        Q.    And it says pending because
 4   this is a statement dated January 31st,
 5   right?
 6        A.    Yes.
 7        Q.    Okay. So, again, did you sell
 8   Aurora Cannabis and Sabina Gold and
 9   Silver in order to get liquidity to buy
10   GameStop?
11        A.    Yes.
12        Q.    And tell us what Sabina Gold
13   and Silver was?
14        A.    It's a Canadian mining
15   company.
16        Q.    Okay. Let's go forward to page
17   2186?
18        A.    I'm there.
19        Q.    Okay. And 2186 at the top you
20   see it says "your TFSA statement", are
21   you with me?
22        A.    Yes.
23        Q.    And am I right in saying that
24   this is the U.S. portion of your tax-free
25   savings account?
```

```
                                            Page 49
 1                 SANDY GAR-LUN NG
 2        A.      Yes.
 3        Q.      And if we go to page 2187, it
 4   shows activity towards the bottom. Do you
 5   see that?
 6        A.      Yup.
 7        Q.      Give me one second just to
 8   catch up here.
 9                Am I right in saying that in
10   January of 2021 out of the U.S. portion
11   of your TFSA you sold Tesla stock?
12        A.      Yes, I did.
13        Q.      And why did you sell Tesla
14   stock?
15        A.      Because I wanted to buy GME.
16        Q.      So, again, for liquidity
17   reasons?
18        A.      Yes.
19        Q.      When did you originally
20   purchase the Tesla stock?
21        A.      I can't remember.
22        Q.      Did you make a profit on your
23   sale of the Tesla stock?
24        A.      Yes.
25        Q.      And did you take all that
```

```
                                          Page 50

 1                 SANDY GAR-LUN NG

 2   money from out of Tesla and put it into

 3   GameStop?

 4        A.    That's correct.

 5        Q.    And if we look at the top of

 6   page 2187 do you see where it says -- do

 7   you see it says "GameStop Corp. CL-A

 8   GME"?  Do you see that?

 9        A.    Yes.

10        Q.    And am I reading this

11   correctly to say as of January 1st, 2021

12   in, your U.S. denominated TFSA, you had

13   ████████████████████████████████

14        A.    Yes.

15        Q.    And that cost you somewhere

16   over ████████████

17        A.    Yes.

18        Q.    It had a market value at the

19   end of January of ██████████████

20             MR. ROSEN:   Objection.

21        Objection. First you got to ask a

22        question rather than make a

23        statement. But the document says

24        that. But whether he knows what the

25        actual value was and whether the
```

```
                                                Page 51

 1                SANDY GAR-LUN NG

 2        document is correct is another

 3        issue. So please reframe your

 4        question.

 5        Q.     Sure. So in your -- so this is

 6   your TFSA statement for January -- for

 7   the month of January 2021, correct?

 8        A.     Yes, it's the official

 9   statement.

10        Q.     Okay. And was this mailed to

11   you? Did you get it online?

12        A.     Online. I don't look at these,

13   generally speaking. They're horrible to

14   look at.

15        Q.     So this, how do you track then

16   your investments in your TD account?

17        A.     Online.

18        Q.     How frequently, back in

19   January of 2021, how frequently did you

20   look online at your statements or

21   investments?

22        A.     On the website, it was fairly

23   frequently, daily.

24        Q.     Okay. So this statement says,

25   am I correct in reading this statement
```

Page 52

1           SANDY GAR-LUN NG

2    that it says the ████████████████████

3    that you held in your U.S. TFSA had a

4    market value of █████████████████████

5    ██████████████

6        A.    That is indeed what it says.

7        Q.    So as of January 31st, 2021

8    were you aware of that?

9        A.    Yes.

10       Q.    And so within less than a

11   month you had made more than a 200%

12   profit on your investment in GameStop, I

13   take it?

14       A.    Yes, the numbers indicate

15   that.

16       Q.    Okay. And again, you were

17   aware of that as of the end of January

18   2021?

19       A.    Yup.

20       Q.    Okay. So did you make --

21   withdrawn.

22             Did you consider selling your

23   GameStop stock in the beginning of

24   February of 2021?

25             MR. ROSEN:   Objection, calls

1                SANDY GAR-LUN NG

2        for speculation.

3        A.    I considered it.

4        Q.    Did you make a decision not to

5    sell?

6        A.    Yes.

7        Q.    I'm trying to understand. Was

8    that a conscious decision or were you

9    just holding it without paying any

10   attention to it?

11       A.    Yeah, I held onto it. I felt

12   it could go up further.

13       Q.    And what made you think that

14   it could go up further?

15       A.    What? The possibility of a

16   squeeze.

17       Q.    You mentioned the DFV post on

18   Reddit prior to the purchase of any

19   GameStop stock. Are you with me?

20       A.    Yup.

21       Q.    At that point in time did you

22   think there was a possibility of a

23   squeeze on GameStop?

24       A.    It was mentioned but his

25   thesis was that this was an undervalued

Page 54

1                  SANDY GAR-LUN NG

2    stock.

3        Q.    Okay. Based upon the business

4    fundamentals, is that what you're saying?

5        A.    Based on his -- yes, based on

6    his research.

7        Q.    And did you do any of your own

8    research into the business fundamentals

9    of GameStop?

10       A.    No, I did not.

11       Q.    Throughout this period of

12   January, February and March of 2021, did

13   you do any research into the fundamental

14   business of GameStop?

15       A.    Other than what Keith posted.

16       Q.    So let's go forward in this

17   Exhibit, Exhibit 33, and go to page 2190.

18       A.    Okay.

19       Q.    So am I correct in saying this

20   is the first page of your investment

21   account statement for February 2021 in

22   your Canadian cash account?

23       A.    Correct.

24       Q.    And if we go to the next page

25   2191, it shows a February 4th transfer

```
                                         Page 55
 1                SANDY GAR-LUN NG
 2   out of GameStop stock?
 3        A.    Yes.
 4        Q.    Were you just moving that to
 5   your U.S. cash account?
 6        A.    The U.S. TFSA account.
 7        Q.    Well, so can you go forward
 8   then to 2193 and 2194 --
 9        A.    Okay.
10        Q.    -- and look at 2194. That
11   shows a transfer in of 75 shares of
12   GameStop. Do you see that?
13        A.    Yes.
14        Q.    Are those the ones that came
15   out of the Canadian cash account?
16        A.    Yes. So it looks like it was
17   from the Canadian cash to the U.S. cash,
18   I guess. Let's see. Yeah.
19        Q.    And then you sold it; is that
20   fair?
21        A.    Eventually, yes.
22        Q.    Okay. And then if we go to
23   2196, this is your Canadian TFSA,
24   correct?
25        A.    Yes.
```

```
                                               Page 56

 1                  SANDY GAR-LUN NG

 2        Q.     And you buy, in February you

 3   buy 55 shares of GameStop, correct?

 4        A.     Yes.

 5        Q.     And that's what's previously

 6   seen as a pending order. Am I reading

 7   that right?

 8        A.     I believe so.

 9        Q.     And then you transfer that out

10   of your Canadian TFSA also in February,

11   right?

12        A.     Yes.

13              MR. ROSEN:  Mr. Slifkin, it's

14        not clear whether these are trade

15        dates or settlement dates. So

16        unless the witness knows for sure,

17        I wouldn't put words in his mouth.

18        I think we're better off seeing the

19        confirmations.

20              Do you remember, Mr. Ng,

21        whether these are settlement dates

22        or trade dates?

23              THE WITNESS:  I don't know. I

24        don't look at these statements.

25        Q.     Well, I think we can clear
```

```
                                            Page 57

 1                  SANDY GAR-LUN NG
 2    that up in a minute or two.
 3               But for now, this a statement
 4    for February, right?  That we can agree
 5    upon?
 6        A.    Yes.
 7        Q.    Okay. And if we go forward to
 8    page 2200?
 9        A.    Okay.
10        Q.    Okay. This is now your U.S.
11    denominated TFSA, correct?
12        A.    Correct.
13        Q.    And so is it fair to say in
14    early February of 2021 you sold 1,633
15    shares of GameStop?
16        A.    Yes.
17        Q.    And then later in February you
18    bought 1,895 shares of GameStop correct?
19        A.    Yup.
20        Q.    And then you sold that
21    GameStop stock, the 1,895 shares a few
22    days later; is that fair?
23        A.    Yup.
24        Q.    Okay. So I want to ask some
25    why questions now.
```

```
 1              SANDY GAR-LUN NG
 2              Why did you sell 1,633 shares
 3   of GameStop in early February?
 4        A.    It could be because -- I'm
 5   trying to think of my mindset then.
 6              MR. ROSEN:  If you don't know
 7         the answer, you don't have to give
 8         -- you don't have to guess at an
 9         answer. You have to be sure of an
10         answer.
11        A.    I clearly sold it and then I
12   bought it back again. So that allowed me
13   I guess to profit the difference and then
14   pick it up again later. That's what
15   happened, that's what it looks like.
16        Q.    Okay. During this period in
17   time do you recall monitoring the
18   movement of GameStop stock?
19        A.    Yes. It was tumultuous.
20        Q.    Did you have any understanding
21   as to why it was tumultuous?
22        A.    I wasn't quite sure.
23        Q.    In buying and selling and
24   buying GameStop stock, what was your
25   ultimate goal here?
```

Page 59

1                    SANDY GAR-LUN NG

2          A.      On these dates here on page

3      2200?

4          Q.      What were your investment

5      goals with respect to GameStop during

6      February of 2021?

7          A.      I believe at this point it was

8      just damage control.

9          Q.      Let me show you -- let me just

10     mark one more document.  And we've been

11     going a little over an hour, so we should

12     take a break. Let me get through another

13     document first.

14                   Tab 29, Robert.  Thank you.

15                   (Exhibit 34, TD transaction

16          confirmation, beginning Bates

17          P00002691 was received and marked

18          on this date for identification.)

19         Q.      So you should have Exhibit 34

20     now, whatever this is, on your screen.

21     And this is a document with the Bates

22     numbers P00002691 through 2700. Let me

23     know when you have that?

24         A.      Okay. It's on my screen.

25         Q.      First question, do you know

```
                                      Page 60
 1              SANDY GAR-LUN NG
 2   what this collection of pages are?
 3        A.    This is a transaction
 4   confirmation.
 5        Q.    Are these your transaction
 6   confirmations for your trading in
 7   GameStop stock during January and
 8   February of 2021?
 9        A.    That's what it looks like.
10        Q.    From this can we see what the
11   order dates were and what the settlement
12   dates were?
13        A.    Yes.
14             MR. SLIFKIN:  Okay. You can
15        put that to one side. Why don't we
16        take, I don't know, a short break.
17             MR. ROSEN:  Five minutes or
18        so?
19             MR. SLIFKIN:  Whatever you
20        guys want.
21             VIDEOGRAPHER:  Let me just
22        take us off the record first. Off
23        the record 12:08 p.m.
24             (Recess is taken.)
25             VIDEOGRAPHER:  We're back on
```

```
 1              SANDY GAR-LUN NG

 2         the record 12:24 p.m. Eastern

 3         Standard Time.

 4         Q.    Mr. Ng, we were talking about

 5    Exhibit 34. Do you still have that with

 6    you?

 7         A.    I do.

 8         Q.    Okay. Could you turn to the

 9    page of Exhibit 34, which has the number

10    at the bottom 2694?

11         A.    2694, yes. I have it up.

12         Q.    And am I correct in saying

13    that this is the transaction confirmation

14    for your purchase of 1,550 shares of

15    GameStop that we were discussing earlier?

16         A.    Yes.

17         Q.    And am I -- is it correct the

18    date of January 27th is the settlement

19    date for that transaction?

20         A.    That's what the statements

21    indicates.

22         Q.    Do you have any reason to

23    doubt your TD transaction confirmations?

24         A.    No.

25         Q.    Based upon your experience
```

Page 62

1                    SANDY GAR-LUN NG

2    over the last I guess more than 20 years

3    with TD -- let me withdraw.

4                    You've been with TD a long

5    time. Have they ever sent you incorrect

6    transaction confirmations?

7          A.    Not that I'm aware of.

8          Q.    So is it fair to say that

9    based upon at least this page it looks

10   like you placed your order for those

11   1,550 shares on or before January 25th,

12   2021?

13         A.    Yes.

14         Q.    Okay. I'm going to -- okay. I

15   want to go through some Reddit posts with

16   you. So I'm going to start -- my

17   colleague is going to start putting those

18   into the Marked Exhibits folder. Let's

19   start with tab 3.

20         A.    Tab 35 or tab 3?

21         Q.    It should be Exhibit -- it

22   should say Exhibit 35. Do you see that?

23         A.    Yes, I do.

24         Q.    Okay.

25                    (Exhibit 35, Reddit

```
 1              SANDY GAR-LUN NG
 2      wallstreetbets post dated January
 3      27, 2021, was received and marked
 4      on this date for identification.)
 5      Q.    Have you seen this document
 6  before?
 7      A.    Let me scroll through it. It
 8  doesn't scroll.
 9      Q.    It's just one page.
10      A.    Yeah. I see this post, yeah.
11      Q.    So let's just try and figure
12  out the structure of this.
13            Is this what's called a
14  sub-Reddit?
15      A.    Yes.
16      Q.    So if you look at the sort of
17  top right-hand corner it says About
18  Community. Do you see that?
19      A.    Yes. It's the wallstreetbets
20  community.
21      Q.    Is that a sub-Reddit that you
22  followed in January of 2021?
23      A.    Not normally.
24      Q.    So if we look down at the
25  bottom of that page it says Wednesday
```

Page 64

                        SANDY GAR-LUN NG

1       January 27th, 2021. Do you see that?

2       A.      Yes.

3       Q.      And underneath that it says

4  Mudgruff. Is that you?

5       A.      That is me.

6       Q.      So were you commenting on the

7  posts above?

8       A.      Yes.

9       Q.      And were you commenting on the

10  post -- withdrawn.

11              Did you post a comment for the

12  post --

13      A.      Yes.

14      Q.      -- starting, "Theory:  The

15  hold is working and the squeeze is

16  starting." Is that the structure?

17      A.      That is the structure.

18      Q.      Okay. So with respect to the

19  post on which you commented, do you know

20  who JonDum is?

21      A.      Who?

22      Q.      That post was posted by

23  someone called JonDum?

24      A.      I see that. I do not know any

Page 65

1              SANDY GAR-LUN NG

2    of these users.

3         Q.    Okay.  Since you commented on

4    that post I assume you read it. Is that

5    fair?

6         A.    Yes.

7         Q.    Did you know what this was

8    referring to?

9         A.    I'm just reading the comments

10   here. I was probably commenting on

11   mtoms48's comments, "Holding it like

12   explosive diarrhea on a bus stuck in

13   traffic."

14        Q.    Okay. When you wrote, "He is

15   the rocket", what were you referring to?

16        A.    Probably the guy holding the

17   diarrhea.

18        Q.    Do you recall why you were

19   commenting on these posts?

20        A.    Because I thought it was

21   funny.

22        Q.    Okay. At the top where it says

23   the post under which you commented where

24   it says "Theory: The hold is working and

25   the squeeze is starting", do you see

```
                                              Page 66

 1                    SANDY GAR-LUN NG
 2   that?
 3          A.     Yes.
 4          Q.     Is that referring to a short
 5   squeeze?
 6          A.     Yes.
 7          Q.     And in what stock was it
 8   referring to a short squeeze?
 9          A.     Most likely GME at the time.
10          Q.     Okay. Did you agree that the
11   hold was working and the squeeze was
12   starting as of January 27th, 2021?
13          A.     I don't know.
14          Q.     Did this Reddit post influence
15   your investment decisions in any way?
16          A.     Not likely.
17          Q.     Let's look at tab 4.
18          A.     Okay.
19                 (Exhibit 36, Reddit
20          wallstreetbets post dated January
21          28, 2021 was received and marked on
22          this date for identification.)
23          Q.     Okay.  I think you should have
24   Exhibit 36 there?
25          A.     All right.
```

```
                                              Page 67
 1                SANDY GAR-LUN NG
 2        Q.     So do you recognize Exhibit
 3   36?
 4        A.     No, not really.
 5        Q.     Okay. If we look at the top,
 6   is this a post by you?
 7        A.     I don't see a post.
 8        Q.     Do you see the date?
 9        A.     Yes, but I don't see the
10   content of the post.
11        Q.     Okay. Do you see a date
12   January 28, 2021? Do you see that?
13        A.     Yes.
14        Q.     And then it says, ███████████
15   ████████████     Do you see that?
16        A.     Yes.
17        Q.     And are you ███████████
18        A.     I am ███████████
19        Q.     And then it says, "Keep
20   holding you lovely bastids." Do you see
21   that?
22        A.     Yes.
23               MR. SLIFKIN: B-a-s-t-i-d-s,
24        for the court reporter's benefit.
25        A.     Yes.
```

```
                                              Page 68
 1                 SANDY GAR-LUN NG
 2       Q.     Did you write that?
 3       A.     Apparently I did.
 4       Q.     And below it it says "meme".
 5  Do you see that?
 6       A.     Yes.
 7       Q.     Right below it says "meme". Do
 8  you see that?
 9       A.     Yes.
10       Q.     I know it's a little small. Do
11  you have an understanding of what the
12  word meme means?
13       A.     I do.
14       Q.     And what is your
15  understanding?
16       A.     It's something that's
17  politically popular at the time.
18       Q.     When you wrote, "Keep holding
19  you lovely bastids", what were you
20  referring to?
21       A.     Probably the stocks.
22       Q.     Is that GME stock?
23       A.     I was probably holding that at
24  the time, yes.
25       Q.     Is it fair to say that as of
```

```
                                        Page 69
 1               SANDY GAR-LUN NG
 2    January 28, 2021 GME was the principal
 3    stock you had in your portfolio?
 4         A.    Yes.
 5         Q.    And why did you want to keep
 6    holding GME as of January 28, 2021?
 7         A.    Why? I wanted the shares to go
 8    up.
 9         Q.    Did you believe the shares
10    would go up?
11         A.    Definitely.
12         Q.    Why do you say "definitely"?
13         A.    It just seems like what the
14    sentiment was with everybody in
15    wallstreetbets.
16         Q.    Did you think that the GME
17    stock was going to go up because of a
18    short squeeze?
19         A.    I felt the potential was
20    there.
21         Q.    The potential for a short
22    squeeze?
23         A.    Yes.
24         Q.    And then there is something
25    that has been deleted by the moderators.
```

```
                                          Page 70

 1                 SANDY GAR-LUN NG

 2   Do you see that?

 3        A.    Yes.

 4        Q.    Is that something that you

 5   posted?

 6        A.    Yes. I posted it and it was

 7   deleted and then moderators removed it.

 8        Q.    Do you recall what it is you

 9   posted?

10        A.    The contents, no.

11        Q.    Let's go to tab 5.

12              (Exhibit 37, Reddit

13        wallstreetbets post dated January

14        28, 2021 was received and marked on

15        this date for identification.)

16        Q.    So Exhibit 37 should be up

17   now.

18        A.    Okay.

19        Q.    Do you know what Exhibit 37

20   is?

21        A.    Yes. It's a little poem I

22   made.

23        Q.    A little what?  I didn't hear

24   you.

25        A.    It's a little poem or a chant.
```

```
                                           Page 71

 1                  SANDY GAR-LUN NG
 2        Q.     And did you write this?
 3        A.     Yes.
 4        Q.     Right.  Because it rhymes,
 5   right? Squeeze and Hercules and bees all
 6   rhyme?
 7        A.     Yeah, terribly.
 8        Q.     Well, we can't call be
 9   Shakespeare?
10        A.     No, we cannot.
11        Q.     So did you post this on
12   January 28, 2021?
13        A.     Yes, I did post it.
14        Q.     And is it a comment on
15   something to do with GME?
16        A.     Yes.
17        Q.     Okay.  So you wrote, "GME GME
18   must hold out for the gamma squeeze."  Do
19   you see that?
20        A.     Yes.
21        Q.     And what did you mean by "must
22   hold out for the gamma squeeze"?
23        A.     To hold one's shares.
24        Q.     In anticipation of an
25   astronomical squeeze on the stock, as you
```

```
                                        Page 72
 1                SANDY GAR-LUN NG
 2   described to me earlier?
 3        A.    Yes.
 4        Q.    And then, "DFV, DFV slaying
 5   shorters like Hercules." Do you see that?
 6        A.    Yes.
 7        Q.    I'm sorry. Go ahead.
 8        A.    Yeah. Continue.
 9        Q.    And so DFV, that's
10   DeepFuckingValue, also known as Keith
11   Gill?
12        A.    Yes.
13        Q.    And when you say "slaying
14   shorters", you're talking about hedge
15   funds who assume short positions with
16   respect to GME, I take it?
17        A.    Yes.
18        Q.    Then it says "WSB, WSB" -- is
19   that --
20        A.    That is wallstreetbets.
21        Q.    -- "attacking like a swarm of
22   bees."  Are you talking about the people
23   on the sub-Reddit of wallstreetbets
24   executing a short squeeze on the hedge
25   funds that you referred to in the prior
```

```
                                              Page 73

 1                    SANDY GAR-LUN NG
 2    stanza?
 3          A.     Yes. That was my observation.
 4          Q.     Then if you look below that it
 5    says -- well, so then there's a post or a
 6    comment or something by somebody called
 7    due11. Do you see that?
 8          A.     Yes.
 9          Q.     And am I right, right below
10    that is this your comment on what due11
11    writes?
12          A.     Allow me to read what due11
13    wrote. It's been a while.
14          Q.     Sure.
15                 (Deponent reviews the
16    document.)
17          A.     Okay.
18          Q.     Okay. So what we see at the
19    bottom where it says ███████  "It's so
20    blatantly obvious too", do you see that?
21          A.     Yes.
22          Q.     Was that a response to or a
23    comment on what was written above by
24    due11?
25          A.     Yes.
```

```
                                          Page 74
 1              SANDY GAR-LUN NG
 2      Q.    And did you post that on
 3  January 28th, 2021?
 4      A.    I do not have the precise
 5  timestamp of it but if that is what it
 6  is, then it is.
 7      Q.    That is the date at the top of
 8  the page, right?
 9      A.    Well, comments can occur at
10  almost any time so...
11      Q.    So the only particular
12  timestamp on your post at the bottom says
13  "two years ago". Do you see that?
14      A.    Yes.
15      Q.    So two years ago from today is
16  sometime in 2021, I take it; is that
17  right?
18      A.    Yes.
19      Q.    So due11 -- so in your post
20  when you say "It's so blatantly obvious
21  too", what are you referring to?
22      A.    It's a comment related to how
23  Trading 212 -- okay. So he's saying that
24  new positions cannot be opened. So it
25  sounds like you can't buy additional
```

```
                                            Page 75
```

1           SANDY GAR-LUN NG

2    shares in GameStop and AMC.

3           Q.     I'm sorry. Have you finished

4    your answer?

5           A.     That's my interpretation of

6    that.

7           Q.     Okay. So what's Trading 212?

8           A.     I don't know if that's a

9    brokerage or a user. I'm not sure.

10          Q.     And it says, "Warning: In the

11   interest of mitigating risks for our

12   clients we have temporarily placed

13   GameStop and AMC Entertainment in

14   reduce-only mode as highly unusual

15   volumes have lead to an unprecedented

16   market environment."  Do you see that?

17          A.     Yes.

18          Q.     Then it says, "New positions

19   cannot be opened.  Existing ones can be

20   reduced or closed." Do you see that?

21          A.     Yes.

22          Q.     When did you learn of those

23   types of trading restrictions being

24   placed upon GameStop and AMC?

25          A.     It would be around the time of

```
                                              Page 76
  1                  SANDY GAR-LUN NG
  2    this post.
  3         Q.    Okay. So then due11 seems to
  4    -- writes "WTF?" Do you see that?
  5         A.    Yes.
  6         Q.    And this person continues,
  7    "They really think people will fall for
  8    the 'mitigating risk for our client.'" Do
  9    you see that?
 10         A.    Yup.
 11         Q.    And then you say "It's so
 12    blatantly obvious too."
 13         A.    Yes.
 14         Q.    So I'm trying to understand
 15    what was blatantly obvious?
 16         A.    That they want to prevent
 17    people from buying.
 18              MR. SLIFKIN:  Okay. Can we go
 19         to tab 6?
 20              (Exhibit 38, Reddit
 21         wallstreetbets post was received
 22         and marked on this date for
 23         identification.)
 24         Q.    So Exhibit 38 should be up
 25    now.
```

Page 77

1          SANDY GAR-LUN NG

2              MR. ROSEN:  Mr. Ng, take a

3     look at the exhibit carefully

4     before you answer the questions.

5     Q.    Yes, please do.

6          This is rather indistinct but

7     there is a button which allows you to

8     magnify stuff.

9     A.    Yes. I am trying to zoom in on

10    it. Your screenshot is of low fidelity.

11             MR. ROSEN:  It's hard to

12    magnify this.

13    Q.    Let me know when you've had a

14    chance to read it.

15    A.    Okay. I've read it.

16    Q.    Okay. So, again, can you

17    explain to us what this document is,

18    Exhibit 38?

19    A.    It's -- it looks like a post

20    by our LordofWar. He's explaining the

21    short stock. Telling people not to panic

22    and he likes the stock. Subsequently I

23    put my little chant there.

24    Q.    So LordofWar posted this thing

25    about short stock and the squeeze, and

```
 1              SANDY GAR-LUN NG
 2   then you put that same little chant that
 3   we saw on Exhibit 37 as a comment to the
 4   posting on Exhibit 38; is that fair?
 5         A.    Yes.
 6         Q.    So thank you for that. Why
 7   don't we put up tab 7.
 8               (Exhibit 39, Tweet post dated
 9         January 28, 2021 was received and
10         marked on this date for
11         identification.)
12         Q.    So Exhibit 39 should now be
13   available to you?
14         A.    Yes, I see it.
15         Q.    Okay. Do you recognize what
16   these are?
17         A.    It's a Tweet. Let me read
18   this. It's been a while.
19               (Deponent reviews the
20   document.)
21         A.    Okay.
22         Q.    Okay. So first off, can you
23   tell us what Exhibit 39 is, please?
24         A.    It's a Tweet by the WSBMod.
25   Sorry. I just clicked something. I have
```

1              SANDY GAR-LUN NG

2    to reload it. Just give me a minute here.

3    Sorry.

4        Q.    Yeah. Sure.

5        A.    And there's -- okay. So, yeah

6    the mod is saying that TD Ameritrade

7    restricted trading. There is another user

8    who posted saying it's unreal, and I made

9    a comment on it.

10        Q.    So WSBMod makes -- well,

11    Tweets out on January 28th, 2021. That's

12    at the top, right?

13        A.    Yes.

14        Q.    And do you know who WSBMod is?

15        A.    No.

16        Q.    Is that the moderator for

17    wallstreetbets?

18        A.    It's possible. I don't know. I

19    can only assume.

20        Q.    I'm sorry. I cut you off. I

21    apologize. Were you finished with your

22    answer?

23        A.    Yeah.

24        Q.    Okay. So that was posted out

25    January 28th, 2021, right?

```
                                        Page 80
 1                SANDY GAR-LUN NG
 2       A.    Yes.
 3       Q.    And at the bottom you reply to
 4  that and to Mr. Skinner. Do you see that?
 5       A.    Yes.
 6       Q.    And below that it has a
 7  timestamp of 10:36 a.m. on January 28,
 8  2021?
 9       A.    Yes.
10       Q.    Is that when you Tweeted out?
11       A.    Yes.
12       Q.    And you were responding to
13  WSBMod saying "There are widespread
14  reports that retail brokers such as TD
15  Ameritrade will restrict trading for
16  individual investors today." Do you see
17  that?
18       A.    Yes.
19       Q.    Is that the first time you
20  heard of such potential trading
21  restrictions?
22       A.    Yes.
23       Q.    Do you recall if you heard
24  about those trading restrictions from any
25  other sources?
```

```
                                    Page 81
 1              SANDY GAR-LUN NG
 2       A.    I don't recall.
 3       Q.    Okay. So TD Ameritrade is
 4  affiliated with TD Bank, right?
 5       A.    I don't know their business
 6  structure. It is in name, anyway.
 7       Q.    Am I correct in saying that
 8  you were not trading on TD Ameritrade,
 9  however?
10       A.    That is correct. The Canadian
11  and American side are different.
12       Q.    And did TD, the platform on
13  which you traded, impose any trading
14  restrictions on you?
15       A.    No restrictions.
16       Q.    Okay. So on the morning of
17  January 28th, 2021 you wrote "They want
18  the stimulus from the taxpayer instead of
19  those fat whales sitting on wealth doing
20  squat because it's on someone's balance
21  sheet like a high score in a video game."
22  Do you see that?
23       A.    Yes.
24       Q.    Can you explain what you meant
25  by that?
```

Page 82

                    SANDY GAR-LUN NG

1

2       A.     Reading this, the "they" is

3  the hedge funds.  So, yeah, they want the

4  people's stimulus checks.

5       Q.     And was that your view as of

6  January 28th, 2021?

7       A.     That was apparently my view at

8  the time.

9            MR. SLIFKIN:  Okay. Let's move

10       to a few more of these. I'm trying

11       to do this chronologically.

12            Robert, let's move to tab 10.

13       I apologize.  I am getting a call

14       so let me just get rid of that.

15            Okay. So Exhibit 40 should be

16       in your folder now. I think that

17       one is --

18            (Exhibit 40, Reddit

19       wallstreetbets post dated February

20       1, 2021 was received and marked on

21       this date for identification.)

22       A.     Yes, I see that.

23       Q.     And am I right in saying that

24  Exhibit 40 is another set of posts on the

25  sub-Reddit wallstreetbets?

```
                                            Page 83

 1                    SANDY GAR-LUN NG

 2        A.     Yes.

 3        Q.     And is it correct that at the

 4   top that's a post by DFV, who you

 5   described earlier?

 6        A.     Yes.

 7        Q.     And he wrote, "GME YOLO update

 8   February 1, 2021", and below that it says

 9   "YOLO"?

10        A.     Yes.

11        Q.     And what do you understand --

12   well, withdrawn.

13               So if we go down to the

14   bottom, then you respond to that or

15   comment on that, correct, saying "If he's

16   still in, I'm still in"?

17        A.     Yes.

18        Q.     And what did you mean by that?

19        A.     If DFV is holding, I am -- I

20   was holding.

21        Q.     And you understood from YOLO

22   that he was still holding, right?

23        A.     Yes.

24        Q.     YOLO being an acronym for "you

25   only live once", I take it?
```

Page 84

                    SANDY GAR-LUN NG

1

2    A.    Correct.

3    Q.    And that's from February 1st,

4    2021, right?

5    A.    Yes. A-hum.

6    Q.    And then if we go to the next

7    exhibit which is being posted, tab 11.

8         (Exhibit 41, Reddit

9         wallstreetbets post dated February

10        2, 2021 was received and marked on

11        this date for identification.)

12   Q.    I'm sorry. I had an error.

13        MR. ROSEN:  You don't want to

14        show that Exhibit 41.

15        MR. SLIFKIN:  I do. My whole

16        screen just died. Sorry. I got my

17        stuff back.

18   Q.    Okay. So, yes, quickly Exhibit

19   41 --

20   A.    It's another update by DFV and

21   I did reply.

22        MR. ROSEN:  You got to let him

23        ask the question.

24        MR. SLIFKIN:  Mr. Rosen and I

25        finally agree on something.  Yeah.

```
                                           Page 85

 1                SANDY GAR-LUN NG

 2        It really helps if you let me ask

 3        the question.

 4               THE WITNESS:  I'm happy to

 5        unite you two.

 6               MR. ROSEN:  That's okay. We're

 7        happy to be adversaries.

 8               Let him ask the question, take

 9        a second, think about the answer

10        and then you can respond.

11               THE WITNESS:  Yes.

12        Q.    Okay. So do you have --

13        A.    I can anticipate them. Yes, I

14   do.

15        Q.    Do you have Exhibit 41 in

16   front of you?

17        A.    I do.

18        Q.    And can you tell us what

19   Exhibit 41 shows?

20        A.    Similar to the previous posts,

21   it's by DeepFuckingValue, his YOLO update

22   and I replied with, "The post we needed"

23   and "If he's still in, I'm still in."

24        Q.    And, again, you understood

25   Mr. Gill to be saying that he was holding
```

```
                                       Page 86
 1              SANDY GAR-LUN NG
 2    GME stock as of February 2nd, 2021 and if
 3    he was doing that you were going to do
 4    that too; is that fair?
 5         A.    That's fair.
 6         Q.    And let's go -- so that's
 7    February 2nd. Let me mark as Exhibit 41 a
 8    post from February 3rd?
 9              MR. ROSEN:  As Exhibit 42 you
10         mean.
11              MR. SLIFKIN:  Yes. I
12         apologize.
13              (Exhibit 42, Reddit
14         wallstreetbets post dated February
15         3, 2021 was received and marked on
16         this date for identification.)
17         Q.    So Exhibit 42 should be up
18    now.
19         A.    Okay. It's loading. Okay.
20         Q.    Do you have it now, do you?
21         A.    Yes.
22         Q.    And is this another -- well --
23    withdrawn.
24              Can you tell me what this is?
25         A.    It's a post.
```

```
                                            Page 87

  1                 SANDY GAR-LUN NG

  2        Q.     Is that on Reddit?

  3        A.     Yes.

  4        Q.     So the post at the top is by

  5    IANA?

  6        A.     It's by, yes, some random user

  7    I don't know.

  8        Q.     And you commented on this

  9    post, I take it?

 10        A.     Yes.

 11        Q.     And you wrote "In these hours

 12    of darkness you made me laugh. Thanks!"

 13    Do you see that?

 14        A.     Yes.

 15        Q.     And that's in response to the

 16    post "Keep diamond dicking those suits

 17    you beautiful retards. We're taking GME

 18    out of the galaxy." Do you see that?

 19        A.     Yes.

 20        Q.     What made you laugh in that?

 21        A.     I don't know what the -- looks

 22    like there is a picture of something that

 23    you guys haven't included in your exhibit

 24    here. I don't know what it is. It's

 25    probably a picture or a video.
```

Page 88

```
 1                    SANDY GAR-LUN NG
 2        Q.    Do you know what IANA was
 3   referring to when he said, "Keep diamond
 4   dicking those suits you beautiful
 5   retards?"
 6        A.    It's probably in relation to
 7   the short squeeze.
 8        Q.    And given the next line "we're
 9   taking GME out of the galaxy", is that a
10   reference to the short squeeze for GME
11   stock?
12        A.    That is correct.
13             MR. SLIFKIN:  Let's  go
14        forward and do tab 13.
15             (Exhibit 43, Reddit
16        wallstreetbets post dated February
17        18, 2021 was received and marked on
18        this date for identification.)
19        Q.    In a moment you can have
20   Exhibit 42 -- 43. I apologize.
21        A.    43. All right. I'm waiting for
22   that.
23        Q.    I'm getting a little thing
24   going round and round.
25             MR. ROSEN:  What number is
```

```
 1                    SANDY GAR-LUN NG
 2          this exhibit now?
 3                    MR. SLIFKIN:  It should be 43.
 4                    MR. ROSEN:  It's not showing
 5          up. I'm just getting 42. I don't
 6          see a 43. You may want to re-upload
 7          it or something, delete and
 8          re-upload it.
 9                    MR. SLIFKIN:  Let's do that,
10          Robert. That's a good idea. This is
11          tab 13.
12                    THE WITNESS:  I see it.
13                    MR. ROSEN:  I was able to
14          access 43.
15                    THE WITNESS:  I have it up.
16          Q.     Okay. Great. Can you identify
17     Exhibit 43 for us, please?
18          A.     It is another Reddit post by a
19     random user I do not know.
20          Q.     Is it one that you commented
21     on?
22          A.     Yes, I did.
23          Q.     So the post says "Citadel CEO:
24     We had no role in Robinhood's decision to
25     limit trading in GameStop." Do you see
```

```
                                        Page 90
 1                 SANDY GAR-LUN NG
 2   that?
 3        A.     Yes.
 4        Q.     And you wrote, "Hey Ken, I
 5   believe you when millions don't"; is that
 6   right?
 7        A.     That is right.
 8        Q.     And is "Ken" a reference to
 9   Ken Griffin?
10        A.     That is the person in the
11   image.
12        Q.     And he is and was the CEO of
13   Citadel, I take it?
14        A.     I don't know his -- I'm
15   assuming he is still.
16        Q.     But that picture on Exhibit 43
17   is of Mr. Griffin, I take it?
18        A.     Yes.
19        Q.     And I take it that your post
20   was facetious?
21        A.     That is the reasoning for the
22   "/S" at the end of the comment.
23        Q.     Okay.
24        A.     It indicates sarcasm.
25        Q.     Sarcasm. Okay. I learned
```

```
                                            Page 91
 1                  SANDY GAR-LUN NG
 2    something.
 3                  So you made your post on
 4    February 18th, 2021. Is that the first
 5    time you heard of Robinhood's decision to
 6    limit trading in GameStop?
 7         A.     Not likely.
 8         Q.     Okay. Why do you say "not
 9    likely"?
10         A.     Well, it was limited earlier.
11    I most likely would have seen other posts
12    by other users indicating the limit or
13    the restriction.
14         Q.     That's prior to February 18 of
15    2021, I take it?
16         A.     Yes.
17         Q.     Let's go forward to tab 16.
18                (Exhibit 44, Reddit
19           wallstreetbets post dated March 10,
20           2021 was received and marked on
21           this date for identification.)
22         Q.     Okay. You should have Exhibit
23    44 now.
24         A.     I see it up.
25         Q.     Can you tell us what Exhibit
```

Page 92

```
 1               SANDY GAR-LUN NG
 2   44 is?
 3        A.    It's a post by another random
 4   user I don't know.
 5        Q.    A post on the wallstreetbets
 6   sub-Reddit?
 7        A.    That is correct.
 8        Q.    And you placed a comment at
 9   the bottom of this page on March 10th,
10   2021?
11        A.    Yes.
12        Q.    And so that's immediately
13   below the comment that's from Nero_Wolff.
14   Do you see that?
15        A.    Yes.
16        Q.    And are these comments all
17   about Robinhood?
18        A.    I do not know.
19        Q.    So if you look at the box, the
20   red outlined box it says, "I don't want
21   to have to say this every post but once
22   the rocket lands on Uranus I will close
23   my RH account." Do you see that?
24        A.    Yes.
25        Q.    Do you understand what RH
```

```
                                                      Page 93
 1                   SANDY GAR-LUN NG
 2    refers to?
 3         A.    Yes, Robinhood.
 4         Q.    And then if we go down it
 5    says, "They and other brokers cratered
 6    the stock on January 27th affecting all
 7    GME holders worldwide." Do you see that?
 8         A.    Yes.
 9         Q.    It says, "I'm a Canadian and
10    they fucked me. Fuck RH and fuck bitch
11    boy Vlad Tenev." Do you see that?
12         A.    Yes.
13         Q.    And do you have an
14    understanding who Mr. Tenev is?
15         A.    I do.
16         Q.    Who is he?
17         A.    He is one of the founders of
18    Robinhood.
19         Q.    Okay. Do you believe that
20    GameStop stock cratered on January 27th?
21         A.    I don't know what the price
22    was on January 27th.
23         Q.    Isn't it true, sir, that as of
24    January 31st, you had made more than a
25    200% profit on your GameStop investment?
```

```
                                        Page 94
```

 1                SANDY GAR-LUN NG

 2          A.    I did.

 3          Q.    Then you write, "Don't forget

 4   that cunt Thomas Peterffy", if I am

 5   pronouncing that correctly?

 6          A.    Yes.

 7          Q.    Who is Mr. Peterffy?

 8          A.    He's the chairman of

 9   Interactive Brokers.

10          Q.    Okay.  And why were you

11   referring to Mr. Peterffy in pejorative

12   terms?

13          A.    Because he felt that GameStop

14   was only worth $17.

15          Q.    Okay. And you disagreed with

16   him?

17          A.    I do.

18          Q.    And what was your basis for

19   disagreeing with him?

20          A.    That was probably in a

21   previous video of his, if not -- I don't

22   recall this specific video, but one of

23   his videos he did say that the shares --

24   if the restrictions weren't there, the

25   prices would have been into the

```
                                          Page 95
```

```
 1              SANDY GAR-LUN NG
 2   thousands.
 3       Q.    And that's -- in your
 4   understanding that's something that
 5   Mr. Peterffy said?
 6       A.    That is correct.
 7       Q.    Then you referred to him with
 8   a pejorative term?
 9       A.    Yes.
10       Q.    Okay. Do you have any --
11   withdrawn.
12              We've been referencing
13   restrictions that Robinhood placed on the
14   trading of GME stock on its platform. Are
15   you with me, sir?
16       A.    Yes.
17       Q.    Do you have any understanding
18   as to why Robinhood placed those
19   restrictions on trading?
20       A.    At the time I wasn't sure.
21   Rather, I didn't know. But after reading
22   the Complaint, I do now.
23       Q.    And when you say "the
24   Complaint" you are referring to the
25   Complaint in this litigation, I take it?
```

```
                                            Page 96

 1                  SANDY GAR-LUN NG

 2        A.      That is correct.

 3        Q.      Okay. And when did you first

 4    read the Complaint in this litigation?

 5        A.      When it was sent to me. I do

 6    not have a specific date.

 7        Q.      I take it that was well after

 8    the spring of 2021?

 9        A.      Most definitely.

10        Q.      Okay. So in the spring of 2021

11    -- well, let me be more precise.

12                In the period January 1st

13    through March 31st, 2021 did you have any

14    understanding as to why Robinhood had

15    imposed trading restrictions on its

16    platform?

17        A.      No, I didn't really know what

18    was going on there.

19        Q.      Did you care?

20        A.      Did I care? Yes, I did care.

21        Q.      Did you make any effort to

22    determine the reasons behind Robinhood's

23    actions?

24        A.      I don't know if I was looking

25    at posts on the website. I don't
```

```
                                        Page 97
 1              SANDY GAR-LUN NG
 2   remember. I don't know. I might have dug.
 3   It's been a while.
 4        Q.    But you don't recall learning
 5   anything as to the reasons behind
 6   Robinhood's actions?
 7        A.    No, I don't remember.
 8        Q.    So one of the -- we've been
 9   talking about GME. You saw there was a
10   reference in one of the documents we
11   looked at to AMC. Do you recall that?
12        A.    Yes.
13        Q.    And do you have an
14   understanding as to what AMC was?
15        A.    It's the movie chain. It's one
16   of the other meme stocks that were
17   restricted.
18        Q.    Okay. And do you understand
19   whether or not a short squeeze was being
20   placed upon AMC stock?
21        A.    I believe that the people felt
22   that was a possibility as well.
23        Q.    Did you invest in AMC?
24        A.    Not during that timeframe.
25        Q.    And why not?
```

```
                                      Page 98
 1                SANDY GAR-LUN NG
 2       A.     My money was in GME.
 3       Q.     Okay. So you told me
 4  previously that you read the Complaint in
 5  this matter, correct?
 6       A.     Yes.
 7       Q.     And you understand there
 8  are -- beyond AMC and GME stock, there
 9  were seven other stocks at issue?
10       A.     Yes.
11       Q.     Are you familiar with that?
12       A.     Yes.
13       Q.     I don't have to list them,
14  they're listed in the Complaint, unless
15  you want me to.
16       A.     No.
17       Q.     But did you consider investing
18  in any of those other stocks, other than
19  GME and AMC, that are identified in the
20  Complaint of this matter?
21       A.     I did not.
22       Q.     And why not?
23       A.     I wasn't interested in them.
24              MR. SLIFKIN:  Okay.  Maybe we
25        can just go off the record and I
```

Page 99

                    SANDY GAR-LUN NG

1

2        can look through my materials and

3        see what else I have.

4              MR. ROSEN:  How long do you

5        want to take?

6              MR. SLIFKIN:  Why don't we

7        just go to -- I like to give a

8        coming back time, so why don't we

9        just say 1:30.

10             MR. ROSEN:  So 13 minutes.

11             VIDEOGRAPHER:  Let me just

12       take us off the record. Off the

13       record 1:17 p.m. Eastern Standard

14       Time.

15             (Recess is taken.)

16             VIDEOGRAPHER:  We're back on

17       the record 1:30 p.m., Eastern

18       Standard Time.

19       Q.    Okay. Could we go back to

20    Exhibit 33, and can you go to page 2210?

21             MR. ROSEN:  2210?

22             MR. SLIFKIN:  Yes. It's

23       towards the back.

24             MR. ROSEN:  March 1st TFSA

25       statement?

```
                                    Page 100

 1              SANDY GAR-LUN NG

 2              MR. SLIFKIN:  Yes.

 3       Q.    Mr. Ng, are you with me?

 4       A.    Yes.

 5       Q.    So that looks to be your U.S.

 6  TFSA statement for March of 2021; is that

 7  right?

 8       A.    Yes.

 9       Q.    And if we go to the next page,

10  am I right in saying in March of 2021 you

11  acquired 512 shares of GameStop?

12       A.    That is correct.

13       Q.    So why were you buying

14  GameStop again in March of 2021?

15       A.    At that time I noticed that

16  there is a huge uptick in GameStop's

17  price, so I bought it again.

18       Q.    And what did you think was

19  going on with respect to GameStop stock?

20       A.    Possible squeeze again or

21  maybe de-squeeze. Who knows. At the time

22  I wasn't sure.

23              MR. SLIFKIN:  Okay. Let's mark

24       tab 17.

25              (Exhibit 45, Reddit
```

```
 1              SANDY GAR-LUN NG
 2       wallstreetbets post dated March 10,
 3       2021 was received and marked on
 4       this date for identification.)
 5              MR. ROSEN:  That be Exhibit
 6       45?
 7              MR. SLIFKIN:  Yes, it would.
 8       Q.    That's up now. Do you have
 9  Exhibit 45?
10       A.    I see it. It's loading. Okay.
11       Q.    Okay. And do you recognize
12  Exhibit 45?
13       A.    It's a post I made.
14       Q.    Is that on the wallstreetbets
15  sub-Reddit?
16       A.    Yes.
17       Q.    And at the bottom -- well,
18  sort of the bottom third you say "I want
19  your autograph?"
20       A.    Yes.
21       Q.    And then you say "No can do.
22  I'm still holding."
23       A.    Yes.
24       Q.    What are you referring to?
25       A.    The short squeeze.
```

Page 102

SANDY GAR-LUN NG

1

2      Q.     Is that the short squeeze of
3  GME?

4      A.     Yes.

5      Q.     And then there is one more
6  document so tab 18. So shortly Exhibit 46
7  should show up?

8      A.     Okay. I'm waiting for it.

9          (Exhibit 46, Reddit
10      wallstreetbets post dated March 16,
11      2021 was received and marked on
12      this date for identification.)

13     Q.     You should have that now.

14     A.     Okay. It's loading. I see the
15  Reddit post.

16     Q.     So you have Exhibit 46 in
17  front of you?

18     A.     Yes.

19     Q.     Okay. And can you tell us what
20  it is, please?

21     A.     It's a Reddit post and I'm
22  replying to someone's comment.

23     Q.     Is it a comment with respect
24  to GME? (Coughing.)

25     A.     Yes, I can hear you.

1                SANDY GAR-LUN NG

2       Q.     Sorry. Something went the

3    wrong way. Let me start again.

4              And this Reddit post, which is

5    Exhibit 46, is it -- does it concern GME?

6       A.     Yes, it does.

7       Q.     And on March 16th, 2021 did

8    you write "It has hit some nice highs

9    twice.  Why not a third time?"

10      A.     Yes.

11      Q.     And are you referring again to

12   GME there?

13      A.     Yes.

14      Q.     And what did you mean by "nice

15   highs twice"?

16      A.     It had -- if you look at the

17   graph there is two spikes in the pricing.

18      Q.     When you say "the graph", are

19   you referring to the thing in the top

20   right-hand corner?

21      A.     It could be that or in general

22   the GME graph that everyone posts.

23      Q.     And as of March 16, 2021 did

24   you believe that GME was going to hit a

25   third high?

```
                                    Page 104

1                 SANDY GAR-LUN NG

2       A.      Quite possible.

3       Q.      And did it hit a third high?

4       A.      I don't believe so.

5       Q.      Do you still hold GME stock?

6       A.      Yes, I do.

7       Q.      Subsequent to March of 2021,

8   did you sell any of your GME stock?

9       A.      No. I've held the 512 and

10  increased my holdings of GME.

11      Q.      And do you recall

12  approximately when you increased your GME

13  holdings?

14      A.      Well, the day I bought the 512

15  and I've added a few more.  But no, I

16  don't have specific dates. It's been then

17  and now.

18      Q.      Okay. "Then" being March of

19  2021 and now?

20      A.      Yes. Yeah.

21      Q.      And why did you increase your

22  holdings since March of 2021 of GME?

23      A.      I like the company. I wanted

24  more shares of it.

25      Q.      Okay. I'll just ask you a few
```

Page 105

1            SANDY GAR-LUN NG

2   questions about your role as a plaintiff

3   here.

4            So you explained to me

5   previously how you came in contact with

6   the Rosen Law Firm. I think you also said

7   you reviewed the Complaint. Do you recall

8   that?

9        A.    Yes.

10        Q.    Was that before --

11        A.    Yes.

12        Q.    I'm sorry. Was that before it

13   was filed?

14        A.    Yes.

15        Q.    And did you provide any

16   comments? You can answer that "yes" or

17   "no". I'm not asking you for what you

18   said.

19        A.    No.

20        Q.    Okay. And I take it you

21   consented to your name being added as a

22   plaintiff?

23        A.    Yes.

24        Q.    Okay. So at about that time

25   did you take any measures to preserve

```
                                    Page 106

 1                SANDY GAR-LUN NG

 2    your documents?

 3         A.    Yes.

 4                MR. ROSEN:  At what time?

 5                MR. SLIFKIN:  At the time that

 6         he was reading the Complaint.

 7         Q.    What did you do to preserve

 8    documents?

 9         A.    I did nothing.

10         Q.    Okay. Did you become aware

11    that there were document requests served

12    upon you?

13         A.    Yes.

14         Q.    And when did you become aware

15    of that?

16         A.    When my counsel emailed me for

17    them.

18         Q.    Okay. And do you recall

19    approximately when that was?

20         A.    Pardon me? Your voice broke

21    up.

22         Q.    Do you recall approximately

23    when that was?

24         A.    No, I do not.

25         Q.    Okay. So when you were
```

```
1                    SANDY GAR-LUN NG
2   emailed, what did you do to search for
3   documents?
4        A.    For my statements, I looked
5   through my brokerage account. For Reddit,
6   I downloaded a -- they have a link where
7   you can request information on your
8   account, so I put in the dates requested,
9   I downloaded the CSV file. For Twitter, I
10  just -- I wasn't active on there, it was
11  easy, so I just went to my profile.
12  Facebook, I do not post on there. And
13  YouTube, I looked at my history there,
14  but there wasn't very much there. Most of
15  my social media activity is on Reddit.
16       Q.    Did you look at your emails?
17       A.    I do not talk to people about
18  GME over emails.
19       Q.    Did you look at your texts?
20       A.    I do not use texting to talk
21  to anyone about GME.
22       Q.    Prior to searching for
23  documents on social media sites, had you
24  deleted any of your Tweets concerning
25  GME?
```

```
 1                SANDY GAR-LUN NG
 2      A.     No.
 3      Q.     Had you deleted any of your
 4   Reddit posts concerning GME?
 5      A.     No.
 6      Q.     Had you sent any private
 7   social media messages concerning GME?
 8      A.     No.
 9             MR. SLIFKIN:  I think I have
10      no further questions. Thank you.
11             MR. ROSEN:  I don't have any
12      questions for you, Mr. Ng, so I
13      think we're done. The videographer
14      is going to close us out.
15             VIDEOGRAPHER:  I'll take us
16      off the record right now.
17             We are concluded for the day
18      and off the record at 1:42 p.m.
19      Eastern Standard Time.
20             (The proceedings were
21   adjourned at 1:42 p.m.)
22
23
24
25
```