# Exhibit 13

Page 1

1

2     ** C O N F I D E N T I A L **

3     IN THE UNITED STATES DISTRICT COURT

4     FOR THE SOUTHERN DISTRICT OF FLORIDA

5     Case No. 1:21-MD-2989-CMA

6     ----------------------------------x

7     IN RE JANUARY 2021 SHORT SQUEEZE

8     TRADING LITIGATION

9     ----------------------------------x

10                    April 17, 2023

                      10:07 a.m.

11

12

13        Videotaped Deposition of MARCEL

14    POIRIER, taken by Defendant, pursuant to

15    Notice, held at the offices of Cravath,

16    Swaine & Moore LLP, 825 Eighth Avenue,

17    before Todd DeSimone, a Registered

18    Professional Reporter and Notary Public of

19    the State of New York.

20

21

22

23

24

25

```
                                          Page 2

 1
 2   A P P E A R A N C E S :
 3   THE ROSEN LAW FIRM
     275 Madison Avenue
 4   40th Floor
     New York, New York 10016
 5        Attorneys for Plaintiffs
     BY:  LAURENCE M. ROSEN, ESQ.
 6          lrosen@rosenlegal.com
 7
 8
 9   CRAVATH, SWAINE & MOORE LLP
     825 Eighth Avenue
10   New York, New York 10019
          Attorneys for Defendants
11   BY:  SCOTT COHEN, ESQ.
            scohen@cravath.com
12        SHUYU SUN, ESQ.
           ssun@cravath.com
13
14
15
16   ALSO PRESENT:
        CARLOS KING, Videographer
17
18
19
20
21
22
23
24
25
```

1       POIRIER - CONFIDENTIAL

2              THE VIDEOGRAPHER: Good morning.

3       We are going on the record at 10:07

4       a.m. on April 17th, 2023.

5              Please note that the

6       microphones are sensitive and may pick

7       up whispering and private

8       conversations.  Please mute your phones

9       at this time.  Audio and video

10      recording will continue to take place

11      unless all parties agree to go off the

12      record.

13             This is media unit number one

14      of the video-recorded deposition of

15      Mr. Marcel Poirier taken by counsel for

16      defendants in the matter of In Re

17      January 2021 Short Squeeze Trading

18      Litigation filed in the United States

19      District Court, Southern District of

20      New York, case number 1:21-MD-2989-CMA.

21      The location of this deposition is 825

22      Eighth Avenue, New York, New York.

23             My name is Carlos King

24      representing Veritext and I'm the

25      videographer.  The court reporter is

```
                                              Page 4

 1            POIRIER - CONFIDENTIAL
 2         Mr. Todd DeSimone also representing
 3         Veritext.  I'm not authorized to
 4         administer an oath, I'm not related to
 5         any party in this action, nor am I
 6         financially interested in the outcome.
 7              If there are any objections to
 8         the proceedings, please state them at
 9         the time of your appearance.  Counsel
10         and all present, including remotely,
11         will now state their appearance and
12         affiliations for the record, beginning
13         with noticing attorney.
14              MR. COHEN:  Scott Cohen from
15         Cravath Swaine & Moore representing
16         defendants, and I'm joined by my
17         colleague Shuyu Sun.
18              MR. ROSEN:  I'm Larry Rosen.
19         I'm representing Marcel Poirier and the
20         other class members.
21              THE VIDEOGRAPHER:  Can the
22         court reporter please swear in or
23         affirm the witness.
24              *   *   *.
25
```

```
                                           Page 5
 1            POIRIER - CONFIDENTIAL
 2    M A R C E L   P O I R I E R,
 3    called as a witness, having been first duly
 4    sworn, was examined and testified
 5    as follows:
 6    EXAMINATION BY MR. COHEN:
 7         Q.      Good morning, Mr. Poirier.  My
 8    name is Scott Cohen.  I'm an attorney from
 9    Cravath Swaine & Moore and we represent the
10    Robinhood defendants.
11               Can you please state your full
12    name for the record.
13         A.      Marcel Poirier.
14         Q.      And you live in Canada?
15         A.      Yeah.
16         Q.      Did you come here from Canada?
17         A.      Yeah.
18         Q.      Have you been to the United
19    States before?
20         A.      Yeah.
21         Q.      Have you been to the United
22    States before for this case?
23         A.      Yeah.
24         Q.      Well, welcome back.  You are
25    fluent in both English and French?
```

```
                                        Page 6
 1              POIRIER - CONFIDENTIAL
 2        A.      Yeah, but mostly French, so
 3   there might be some words that I will have
 4   a hard time.
 5        Q.      Okay.
 6        A.      I'm more of a visual person.
 7   So I might have to see your question if
 8   that's appropriate.  I will try my best.
 9   It shouldn't be a problem.
10        Q.      Sounds good.  If there is
11   anything you don't understand, please let
12   me know and I will try to rephrase it to
13   help you out.
14              Have you ever been deposed
15   before?
16        A.      No.
17        Q.      So in that case I will go over
18   some preliminary matters, some ground
19   rules.
20              Do you understand that you have
21   been sworn in and the testimony that you
22   are giving today will be under oath?
23        A.      Yes.
24        Q.      Do you have any condition that
25   would prevent you from providing true and
```

```
 1              POIRIER - CONFIDENTIAL
 2   complete testimony today?
 3        A.     No.
 4        Q.     The court reporter is taking
 5   down everything we say, so it is important
 6   that you provide verbal responses to any
 7   questions that I ask.  For example, you
 8   should make sure to say yes and no rather
 9   than nodding or shaking your head.  Do you
10   understand?
11        A.     Yes.
12        Q.     Also, during the course of the
13   deposition Mr. Rosen may object to the form
14   of a question that is asked.  That
15   objection is just for the record and you
16   should still answer the question unless
17   your counsel instructs you not to answer it
18   on the basis of privilege.  Do you
19   understand?
20        A.     Yes.
21        Q.     As I said before, if you don't
22   understand something that I've said, just
23   feel free to tell me that and I will try to
24   clarify.
25        A.     Yeah.
```

```
 1              POIRIER - CONFIDENTIAL
 2        Q.      And if you don't hear the
 3   question fully, let me know and I will
 4   repeat it.  Does that sound okay?
 5        A.      Yeah.
 6        Q.      And if you would allow me to
 7   finish each question before you begin to
 8   answer, I will be sure to let you finish
 9   answering before I begin my next question.
10   Does that make sense?
11        A.      Yes.
12        Q.      And that's so that the court
13   reporter can get a clear record, so we are
14   not talking over each other.
15              And if you need to take a break
16   at any time, just let me know and I will
17   try to find a good place to stop.  I only
18   ask that you wait until there is no
19   question pending currently before asking to
20   take a break.
21        A.      Okay.
22        Q.      Did you take any steps to
23   prepare for this deposition today?
24        A.      Yes.
25        Q.      What were they?
```

Page 9

1              POIRIER - CONFIDENTIAL
2        A.     We just chitchatted a little
3   bit.
4        Q.     With Mr. Rosen?
5        A.     Yeah.
6        Q.     Okay.  Anybody else?
7        A.     No.
8        Q.     When did you talk with
9   Mr. Rosen?
10       A.     Just ten minutes before.
11       Q.     And that's the only time you
12  spoke about this deposition?
13       A.     No.  Today?
14       Q.     At all, anytime leading up to
15  this deposition.
16       A.     No, we talked before.
17       Q.     How long ago?
18       A.     We talked about it yesterday.
19       Q.     Was that the first time you
20  spoke about this deposition?
21       A.     No.
22       Q.     When was the first time you
23  discussed this deposition?
24       A.     A few weeks back we had a
25  meeting.

```
                                        Page 10
 1              POIRIER - CONFIDENTIAL
 2        Q.      How long was that?
 3        A.      A few weeks ago.
 4        Q.      How long did the meeting last?
 5        A.      Maybe a half hour, an hour.
 6        Q.      And how many meetings have you
 7   had with Mr. Rosen since then?
 8        A.      Since that meeting?  Just one.
 9        Q.      And that was the one --
10        A.      Yesterday.
11        Q.      -- yesterday?  You spoke for 30
12   minutes you said?
13        A.      Not yesterday.  That was the
14   first meeting.
15        Q.      Okay.  Was anybody else present
16   at any of those meetings?
17        A.      Yeah.
18        Q.      Who?
19        A.      The whole class representatives
20   and Michael Cohen -- yesterday was Michael
21   Cohen also with him.
22        Q.      Did you speak with the other
23   class representatives?
24        A.      No.  I just listened to the
25   meeting.
```

```
                                              Page 11
 1              POIRIER - CONFIDENTIAL
 2        Q.      Did they speak about their
 3    depositions?
 4        A.      No.
 5        Q.      Have you reviewed any documents
 6    in preparation for today?
 7        A.      Yeah.
 8        Q.      And are those the ones in front
 9    of you?
10        A.      Yeah.
11        Q.      Okay.  Are there any markings
12    on them?
13        A.      Markings?  No.
14        Q.      Have you written on them?
15        A.      No.
16        Q.      Are these documents that you've
17    used to jog your memory about the case?
18        A.      Yes.
19        Q.      And what are those documents?
20        A.      The complaint.  I reviewed the
21    complaint and the certification.
22        Q.      Okay.
23              MR. COHEN:  Are all of these
24        produced documents?
25              MR. ROSEN:  Yeah.  Those are
```

```
                                        Page 12
 1            POIRIER - CONFIDENTIAL
 2        all stuff that's been produced in
 3        discovery, I mean, or filed with the
 4        court.  But, you know, nothing -- no
 5        surprises.
 6                MR. COHEN:  Okay.
 7        Q.    Did you review anybody's
 8   deposition transcripts?
 9        A.    No.
10        Q.    You said you have never been
11   deposed before, correct?
12        A.    Yes.
13        Q.    Have you ever been a plaintiff
14   in a different lawsuit?
15        A.    No.
16        Q.    Have you ever sued anybody
17   before?
18        A.    No.
19        Q.    Have you ever been sued?
20        A.    No.
21        Q.    Has any company that you've
22   been involved with been sued?
23        A.    No.
24        Q.    So then I take it you have also
25   never been a class representative?
```

Page 13

1           POIRIER - CONFIDENTIAL
2      A.      Yes, I have never been.
3      Q.      Were you ever interested in
4   joining another lawsuit?
5      A.      No.
6      Q.      You never -- you never
7   researched the possibility of joining
8   another lawsuit?
9      A.      I tried -- I tried to find the
10  right one for me.
11     Q.      What do you mean by that?
12     A.      That I was qualified for.
13     Q.      So you are speaking in the
14  context of the Robinhood case?
15     A.      Yeah.
16     Q.      So there were other possible
17  Robinhood cases that you looked into
18  joining?
19     A.      There could be, yeah, I think
20  there is another Robinhood that got
21  disqualified.
22     Q.      Was that a Canadian case?
23     A.      No, a California case.
24     Q.      What were the claims of that
25  other case?

```
                                              Page 14
 1              POIRIER - CONFIDENTIAL
 2        A.      Collusion.
 3        Q.      Collusion.  And why wasn't that
 4   a right fit for you?
 5        A.      I think it got disqualified.
 6        Q.      So did you try to join it
 7   first?
 8        A.      No.  I don't remember, like it
 9   was probably already disqualified by the
10   time I found it.  This is the only one that
11   is going forward.
12        Q.      And why was it important to you
13   to find a case against Robinhood to join?
14        A.      I think I didn't do anything
15   wrong that day and something bad happened.
16        Q.      In any other way have you
17   participated in a class action lawsuit?
18        A.      No.
19        Q.      Mr. Poirier, I'm showing you
20   what's been marked Exhibit 123 in this
21   case.
22              (Defendant's Exhibit 123 marked
23   for identification.)
24        Q.      Can you identify this document?
25        A.      My LinkedIn profile.
```

```
 1            POIRIER - CONFIDENTIAL
 2        Q.     Based on what you see, does
 3   this fairly represent your educational and
 4   work experience?
 5        A.     Yes.
 6        Q.     Turning to the second page on
 7   the back of the sheet, are you currently
 8   employed at Gypsum West?
 9        A.     No.
10        Q.     Where are you currently
11   employed?
12        A.     Fundy Drywall.  This is who I
13   worked for last year.  I have been -- I had
14   a pinched nerve, so I have been on medical
15   leave.
16        Q.     I'm sorry to hear that.  When
17   did you pinch your nerve, last year?
18        A.     Yeah.
19        Q.     So you are at Fundy Drywall.
20   What position do you hold there?
21        A.     As a journeyman.
22        Q.     What do you do as a journeyman?
23        A.     Drywaller and steel stud
24   framing and T-bar.
25        Q.     Do you have any administrative
```

```
1              POIRIER - CONFIDENTIAL
2    roles in that job?
3         A.     No.
4         Q.     And is that a full-time job?
5         A.     Yes.
6         Q.     Is your time at Fundy Drywall
7    the only thing that you have done since you
8    were at Gypsum West?
9         A.     No.
10        Q.     What did you do before you were
11   at Fundy Drywall?
12        A.     Before I was self-employed,
13   Poirier Drywall.  That's my company name.
14        Q.     That was quite a bit earlier
15   though, correct?
16        A.     I had the company since 2006
17   and I still had it until last year, I think
18   I closed it.
19        Q.     Okay.  Why did you close it?
20        A.     They were all mixed up.  It was
21   easier to work for -- with a subcontractor
22   number, so I opened a subcontractor number,
23   so I didn't need the company no more.
24        Q.     What's your salary at Fundy?
25        A.     Well, I got hurt.  If I work
```

```
 1              POIRIER - CONFIDENTIAL
 2    the whole year, it would be like  ███████
 3         Q.      And you don't work the whole
 4    year because of your pinched nerve?
 5         A.      Yeah, and now technically I
 6    could go back or I could be looking for
 7    work, because it still hurts, I have --
 8    like it should be like light duty right
 9    now, and I don't know if they have that for
10    me at the moment.  Drywall is a pretty
11    heavy, physical job.
12         Q.      Right.
13         A.      So there might be some back and
14    forth there.  There could be jobs I could
15    be available for, but I wanted to focus on
16    this first.
17         Q.      On this lawsuit?
18         A.      Yeah.
19         Q.      So before you closed up shop at
20    Poirier Drywall, you were at Gypsum West;
21    is that correct?
22         A.      I worked, when I first got to
23    Calgary, there is a guy who wanted to start
24    Gypsum West, and I would have been an
25    estimator for him, but I only lasted two
```

```
                                           Page 18
  1            POIRIER - CONFIDENTIAL
  2    weeks.  He changed his mind and I found
  3    another job, so I started working for
  4    myself.
  5         Q.     So when it says on your
  6    LinkedIn profile page that you worked at
  7    Gypsum West from September 2014 to present,
  8    that's purely because you forgot to update
  9    this page?
 10         A.     Yeah.  I think LinkedIn is a
 11    waste of time because -- I don't know.  It
 12    never worked for me, LinkedIn never worked
 13    for me.  So it is supposed to help you to
 14    find a job.  It never did.
 15         Q.     Okay.  Well, we'll run through
 16    the rest of what's on here quickly so we
 17    don't overly prolong it.  But before you
 18    were at Gypsum West, it looks like you were
 19    at Ocean Construction, right?
 20         A.     Is it here?  Oh, yeah, yeah.
 21         Q.     And you were a project
 22    coordinator there?
 23         A.     He is a guy from Saskatchewan
 24    and it just looks better on your resumé if
 25    I put coordinator.
```

```
                                        Page 19
 1              POIRIER - CONFIDENTIAL
 2        Q.      So you did this to embellish
 3   your resumé?
 4        A.      Yeah, to help me find -- I
 5   wanted to be an estimator for a long time,
 6   I'm good with numbers, and if you don't
 7   have the experience, they don't hire you.
 8   But they always have a nephew that is ready
 9   to take it.
10        Q.      So you put project coordinator
11   on your resumé even though that's not your
12   job so that you could find better work
13   opportunities?
14        A.      Yeah, because I graduated as a
15   civil engineer, so coordinating a job site
16   as a project manager shouldn't be that
17   hard.
18        Q.      And then before you were at
19   Ocean Construction, you were at Francis
20   Construction?
21        A.      Yeah.
22        Q.      What did you do for Francis
23   Construction?
24        A.      We built a high-rise building
25   for them, the same thing, steel stud and
```

```
                                        Page 20
 1            POIRIER - CONFIDENTIAL
 2    drywall.  We always, as a journeyman, you
 3    are always helping the foremen for other
 4    trades and timelines, so the coordinating
 5    part is not -- is pretty much in the
 6    ballpark.  It is not lying.
 7         Q.      Was your role at Francis full
 8    time or part time?
 9         A.      I think, again, it was full
10    time, but it is construction, once the
11    building is done, you're not guaranteed for
12    another job site.  So they always say they
13    have four or five years of work coming up,
14    so you finish the first one for them, but
15    after that usually something happens and
16    you have to find another guy.
17         Q.      I understand.
18         A.      So at the moment it is always
19    full time, but it's not for life.  I never
20    found a company that had 25 years of work
21    and said you are going to be here and you
22    are going to retire with us and everything.
23         Q.      And all the while you were with
24    Ocean and Francis and Gypsum West, you also
25    had your own company?
```

```
                                        Page 21
 1              POIRIER - CONFIDENTIAL
 2        A.      On and off.  I think I reopened
 3   the company in 2015.  The financial crisis
 4   in 2008 kind of made a dent, so I stopped
 5   using it, and I moved back out west and I
 6   reopened it in 2015.
 7        Q.      What were you doing during
 8   COVID?
 9        A.      COVID, trading mostly stocks.
10        Q.      Because construction was kind
11   of on a halt there at that time?
12        A.      Yeah.  Well, it wasn't safe.  I
13   moved back from Calgary to home, New
14   Brunswick, and I had made a lot of money
15   with Tesla, so I didn't have to go to work
16   right away.
17        Q.      What did you do with Tesla?
18   Oh, you invested in stock in Tesla?
19        A.      Yeah.
20        Q.      What made you invest in Tesla?
21        A.      I think that's the future, like
22   it had a lot of potential.  Elon Musk is a
23   genius.  All that kind of stuff.  It is
24   almost like a no-brainer.
25        Q.      You are a fan of his too?
```

```
                                        Page 22
 1           POIRIER - CONFIDENTIAL
 2      A.      Yeah, yeah.  He is -- he is
 3  entertaining.
 4      Q.      Do you follow him on social
 5  media?
 6      A.      Yeah.  It took me a while, like
 7  I don't know what year, it was like I like
 8  the company, I like the car, and then out
 9  of nowhere, I'm like, you know, I'm not a
10  stock expert, but CEOs and their names,
11  like nobody knows who they are, so at some
12  point I'm like oh, yeah, I should Google
13  who is the CEO of Tesla, and Elon Musk
14  popped up, and then you start to learn a
15  little bit more about him.
16              And even like Jeff Bezos, I had
17  no clue who Jeff Bezos was.  Amazon was a
18  great company too, and I started like
19  getting more interested in the stock market
20  because it seemed like everything was like
21  so obvious the last ten years, like
22  Facebook, Mark Zuckerberg, like the FAANG
23  stocks, like I was using all products, I
24  was using it, and it was just starting, you
25  know.
```

```
                                                    Page 23
 1           POIRIER - CONFIDENTIAL
 2       Q.       So Elon Musk is a visionary,
 3   right?
 4       A.       Yeah.
 5       Q.       Does he ever give investment
 6   advice?
 7       A.       No.
 8       Q.       Does he ever comment on certain
 9   companies?
10       A.       I don't remember.
11       Q.       If he did, would you listen?
12                MR. ROSEN:  Calls for
13       speculation.
14       Q.       You can answer.
15       A.       No, I can make up my own mind.
16       Q.       Before Francis Construction,
17   you were at Acadian Steel Stud Limited?
18       A.       I don't see it.  Is it on the
19   second page?  Okay, yeah, I see it.
20       Q.       And you were there for a year,
21   right?
22       A.       Acadian Steel Stud.  I don't
23   remember, no.  There would be like another
24   boss before Acadian.  I just know the guy
25   that works for Acadian.  I went for an
```

```
 1              POIRIER - CONFIDENTIAL
 2    interview with him and he is from my
 3    hometown, but we just talked once.  It is a
 4    good company.
 5         Q.     Okay.  But this year period,
 6    January 2011 through December 2011, do you
 7    see that?
 8         A.     Yeah.
 9         Q.     That was -- that was actually
10    just one conversation you had with
11    Mr. Acadian?
12         A.     They had a job site, so we
13    worked -- I worked for another guy that
14    worked for Acadian.  So technically like he
15    didn't hire me.
16         Q.     I see.  And then before that
17    you were a journeyman with KHS&S
18    Contractors?
19         A.     Yeah.  There was a project in
20    Edmonton and their company website looks
21    good, so that's why I put it there.
22         Q.     And all of these jobs are
23    relatively short periods, correct?
24         A.     Yeah.
25         Q.     Is there a reason for that?
```

Page 25

```
 1              POIRIER - CONFIDENTIAL
 2      A.      It is construction.
 3      Q.      That's just a common pattern in
 4  construction, career construction workers?
 5      A.      Yeah.
 6      Q.      I'm showing you what's been
 7  marked Exhibit 124 now.
 8              (Defendant's Exhibit 124 marked
 9  for identification.)
10      Q.      Can you identify this document?
11      A.      Yes.
12      Q.      And it doesn't look like this
13  resumé mentions any of the jobs you have
14  listed on LinkedIn, right?
15      A.      No, this was before I think,
16  before LinkedIn was popular.
17      Q.      So this resumé hasn't been
18  updated since 2011?
19      A.      No.  Well, you could put
20  Poirier Drywall until 2022, 2020.
21      Q.      Is there a reason you put 2011
22  instead of present?
23      A.      It would have been smarter to
24  put present, yeah.  I never used my resumé.
25  I never applied for a job using this.  They
```

1               POIRIER - CONFIDENTIAL

2    asked me my experience and then they have

3    to believe me.  After the first two weeks,

4    if you can do the job, you keep it.  In

5    construction resumés are a waste of time.

6    If you can't do the job, you can't do it.

7         Q.      Well, other than it saying 2011

8    instead of present, does this resumé fairly

9    and accurately represent your work and

10   educational experience up until the time --

11        A.      This seems like my first

12   resumé.  Sorry, I should have let you

13   finish.

14        Q.      That's okay.  Thanks.

15        A.      This seems to be my first

16   resumé after college.

17        Q.      And just to touch back on

18   Poirier Drywall, you started this business?

19        A.      Yeah, me and my twin brother.

20        Q.      Okay.  What made you want to

21   start it?

22        A.      In Alberta, they wanted us to

23   be self-employed.  It was easier for them

24   to be a subcontractor.  I think it is for

25   in case we get hurt or something like that,

Page 27

```
 1              POIRIER - CONFIDENTIAL
 2   so they can't take the blame.
 3        Q.     I see.  And as the co-founder
 4   of this business, you both worked on
 5   drywall and ran the company, correct?
 6        A.     Yeah.
 7        Q.     What did running the company
 8   involve?
 9        A.     At first I was doing the
10   paychecks, like transferring the money.  I
11   tried to find an accountant to do the taxes
12   and stuff, and my twin brother was more --
13   more of a construction worker and I had
14   the -- I had the education.  Anything with
15   paperwork, I tried to do it, because I had
16   never drywalled before.  He is the one that
17   taught me the trade.
18        Q.     Your brother?
19        A.     Yeah.  So when we first got
20   there, I was just a civil engineer who
21   never worked a day -- well, I had worked
22   with the other places, but never
23   residential construction.
24        Q.     So when you were there, you
25   managed payroll and did your bookkeeping?
```

```
                                              Page 28
 1            POIRIER - CONFIDENTIAL
 2        A.      Yeah.
 3        Q.      And what exactly did that
 4   entail?
 5        A.      Just give the paychecks to my
 6   brother, and we had two guys at some point,
 7   so we paid them, subcontractor.  We would
 8   invoice our bosses and we would make sure
 9   that there was money in our account to pay
10   the taxes at the end of the year, cell
11   phone bills and gas and stuff.
12        Q.      How long did you have those two
13   employees?
14        A.      Not too long, maybe like one
15   year, not even.  It was booming before the
16   2008 crisis.
17        Q.      Were there any risks related to
18   running your business?
19             MR. ROSEN:  Objection, vague.
20        Q.      Do you understand the question?
21        A.      Yeah.  It felt like a safe bet,
22   because Alberta was really busy and we were
23   willing to go anywhere, any location where
24   there was work.  So it was a smart move
25   until 2008.  The plan was -- well, we
```

1          POIRIER - CONFIDENTIAL

2    figured that there will always be work

3    somewhere; Toronto, Alberta, Vancouver, the

4    big cities.  I never guessed that we would

5    have a financial global crisis, and that

6    changed everything.

7          Q.     Well, it sounds like you were

8    pretty adventurous, traveling to all of

9    those cities, setting up shop?

10         A.     Yeah, it was an adventure for

11   sure, cowboys almost.

12         Q.     Cowboys?

13         A.     Yeah.

14         Q.     In what way?

15         A.     I think we were were 22 at the

16   time, 23, and I had one Visa credit card

17   with $1,000 and my brother had another

18   Visa, and just crossing the country and

19   stuff, it cost a lot of money, the first

20   month's rent and all that kind of stuff.

21   So I think a lot of people thought we were

22   not going to make it and we would have to

23   crawl back home and say we need money to

24   come back, but it worked out.

25         Q.     No risk/no reward, right?

```
 1              POIRIER - CONFIDENTIAL
 2        A.      Yeah.
 3        Q.      On an average year at Poirier
 4   Drywall, how much would you earn in
 5   profits?
 6        A.      I think the company made --
 7   well, we were four workers the first year
 8   and, you know, it was probably close to
 9   200,000, but there is no profits, like
10   income.
11        Q.      So you are saying the business
12   itself earned $200,000?
13        A.      Yeah, and if you paid me, my
14   brother and the two workers, there is not
15   much left.  And I don't think it was
16   200,000, it was probably less than 200,000.
17   More than 100 but less than 200.
18        Q.      And that was the average over
19   the course of its --
20        A.      Well, we stayed there two and a
21   half years I think.  It was pretty busy,
22   until 2008.
23        Q.      And what did you do in 2008?
24        A.      I moved back home, and that was
25   a mistake.  I should have stayed in
```

Page 31

```
 1              POIRIER - CONFIDENTIAL
 2   Calgary.
 3        Q.      Because of better opportunities
 4   there?
 5        A.      It never stops.  It is like New
 6   York, it never stops.  There is always
 7   something.  They have a lot of money.  It
 8   is a province, so they have oil.  It is a
 9   rich province.
10        Q.      Any other jobs not mentioned on
11   your resumé?
12              MR. ROSEN:  You mean every
13         construction job he has ever taken or
14         where he has been an employee of
15         somebody else?
16        Q.      Any period of time where you
17   worked for a company, you worked for a
18   drywall company or a construction company.
19        A.      Well, Poirier Drywall worked
20   for a lot of people.
21        Q.      As a subcontractor?
22        A.      Yeah.
23        Q.      That's not what I'm talking
24   about.  Are there -- are there any other
25   periods of employment for other
```

```
                                              Page 32
 1              POIRIER - CONFIDENTIAL
 2    subcontractors or other contractors that's
 3    not represented on this resumé or on the
 4    LinkedIn profile we just looked at?
 5         A.     I might have worked for TDL
 6    Drywall in Calgary, and it was payroll for
 7    the first two weeks and then I switched it
 8    to Poirier Drywall.  That's when I reopened
 9    the company.  I don't see it here.
10         Q.     Okay.  That's okay.  So all
11    of -- all of your work experience is in the
12    context of drywall or construction or
13    lather?
14         A.     Yes.
15         Q.     And what is lather?
16         A.     It is the trades, drywall
17    taping and steel stud T-bar.
18         Q.     So going back to your LinkedIn
19    page, you have a CET diploma in civil
20    engineering?
21         A.     Yes.
22         Q.     And CET stands for certified
23    engineering technologist, correct?
24         A.     Yes.
25         Q.     Do you remember the courses you
```

POIRIER - CONFIDENTIAL

2  took in order to get that degree?

3      A.    Yeah, some of it, yeah.  It is

4  a tough course.  It was for two years, but

5  now I think it is three years.

6      Q.    And what kind of classes were

7  you taking?

8      A.    Project management, estimating,

9  statistics, like communication classes.

10  There was a computer class, auto CAD,

11  blueprint reading.  That's the first time I

12  used Google was in college.

13      Q.    That was from 2003 to 2005,

14  right?

15      A.    Yeah.

16      Q.    So that makes sense.

17            You got that degree from it

18  says NBCC, is that New Brunswick Community

19  College?

20      A.    Yeah.

21      Q.    And how did you become

22  interested in a construction career in the

23  first place?

24      A.    I was good with numbers and

25  blueprint reading seems it was easy for me

```
                                      Page 34
 1           POIRIER - CONFIDENTIAL
 2    to understand.
 3         Q.     So it sounds like through your
 4    education and work experience you gained at
 5    the very least a basic knowledge of
 6    accounting and bookkeeping practices?
 7         A.     Yeah.
 8         Q.     Is it also fair to say you
 9    needed to know how to process complex
10    information?
11              MR. ROSEN:  Objection, vague.
12         Q.     Do you understand the question?
13         A.     No.
14         Q.     Do you have any other
15    educational credentials or licenses?
16         A.     No.
17         Q.     So you don't have any licenses
18    or background in investing or finance?
19         A.     Well, I drove for Uber for one
20    year on my spare time.
21         Q.     When was that?
22         A.     So I got my Uber license in
23    Calgary, 2018 maybe.  I wanted to know a
24    little bit more how the company works and
25    stuff, since I liked the stock market a
```

Page 35

1                POIRIER - CONFIDENTIAL
2       little bit, so I wanted to know if it was a
3       good deal.
4            Q.      So you did that for about a
5       year?
6            A.      Yeah.  Well, I don't know, I
7       tried it out.  I had the license maybe for
8       a couple of years.  It cost me like a
9       thousand bucks, and, yeah, I just used it
10      after work or the weekends and stuff, and
11      it wasn't for me.  But with electric cars,
12      you could maybe make a living out of it.
13      Maybe you could quit your job.  But you
14      can't quit and work for Uber right now in
15      Calgary.
16           Q.      So what do you mean you can
17      make a living from electrical cars?
18           A.      Well, I would wait for somebody
19      at the airport and I would drive, you know,
20      20 or 40 minutes, and once you drop them
21      off, there is nobody there waiting for
22      another drive to go back to the airport, so
23      I wasted like a lot of gas, and at the end
24      of the day maybe made a hundred bucks.  So
25      at the end of the month it helps so much

```
                                                    Page 36
 1              POIRIER - CONFIDENTIAL
 2   with the payments, like $400 extra money,
 3   but the wear and tear on the truck, it is
 4   not enough, and you have to pay for gas.
 5        Q.     I was going to ask, I didn't
 6   realize you would have to pay for gas as an
 7   Uber driver.
 8        A.     Yeah.  It is good for them,
 9   they take 20 percent or 30 percent on that
10   charge, like an Airbnb and stuff.
11        Q.     All right.  I want to show you
12   what's been previously marked as Exhibit 2
13   in this case.  This is a letter you counsel
14   previously provided in this action on
15   February 27th, 2023 that lists social media
16   handles that you've used.  Do you recall
17   ever seeing this before?
18        A.     This document?
19        Q.     Yes.
20        A.     No, it's the first time.
21        Q.     Did anybody ask you about your
22   social media handles and accounts?
23        A.     Yeah, I gave -- I gave it all
24   to the law firm.
25        Q.     And do you remember about when
```

```
                                              Page 37
  1             POIRIER - CONFIDENTIAL
  2     that was?
  3          A.      In January, February.
  4          Q.      So if you turn to page 3, you
  5     will see a box with your name.
  6          A.      Yes.
  7          Q.      So let's just run through these
  8     accounts quickly.  You have a Facebook
  9     account, correct?
 10          A.      Yeah.
 11          Q.      And your user name is ███████
 12     ████████
 13          A.      I think so, yeah.
 14          Q.      Do you ever use Facebook to
 15     research the stock market?
 16          A.      No.
 17          Q.      Do you ever use it to gain
 18     insight on investment strategies?
 19          A.      No.  Maybe lately I added a few
 20     companies, Androids in Canada and stuff,
 21     but I don't log in on Facebook that much.
 22     So there is a couple of companies that I
 23     want to -- I just added for fun.
 24          Q.      Do you ever post anything
 25     related to investing on Facebook?
```

```
                                                    Page 38
 1              POIRIER - CONFIDENTIAL
 2        A.      No.
 3        Q.      Do you ever delete posts on
 4   Facebook?
 5        A.      Yeah, probably.
 6        Q.      Why would you delete something?
 7        A.      Privacy.  I like my privacy.
 8   Sometimes it's funny the first day and then
 9   the next day it looks stupid.
10        Q.      I understand.  But you've never
11   deleted anything related to investing?
12        A.      No.
13        Q.      The next one on the list is
14   Instagram.  Do you have an Instagram
15   account?
16        A.      Yeah.
17        Q.      And your handle is
18   ████████████████?
19        A.      Yeah.
20        Q.      Is this the only Instagram
21   account you have?
22        A.      Yeah.
23        Q.      And have you ever posted or
24   commented on that account?
25        A.      Yes.
```

```
 1              POIRIER - CONFIDENTIAL
 2        Q.       And this is a private account,
 3   correct?
 4        A.       Yeah.
 5        Q.       Nobody publicly can see it
 6   unless you've brought them in to see it?
 7        A.       Yeah, I hope so.  But there is
 8   a back door though.  You can if you want
 9   to.
10        Q.       How do you do that?
11        A.       If you hashtag something, I
12   think it is a back door.  I'm not 100
13   percent sure.
14        Q.       Why do you keep it private?
15        A.       Well, like Facebook and stuff,
16   I thought there was a lot of jealousy and
17   negativity.  I don't know, I felt like it
18   was giving me bad luck, so I hated it, and
19   I hate LinkedIn too.
20        Q.       Do you ever use Instagram to
21   research the stock market?
22        A.       Lately I added, it's getting
23   better, that was the first one, it was not
24   the first one there, but now it is
25   getting -- CNBC has an Instagram account
```

```
                                              Page 40
 1              POIRIER - CONFIDENTIAL
 2      now and other stuff, so I have been adding,
 3      I have been looking for dividend stocks,
 4      and that's what I added lately.
 5           Q.      By dividend stocks, you mean
 6      companies that you can invest in and they
 7      will pay a dividend at regular periods?
 8           A.      Yeah, and they have cool
 9      graphs, like Warren Buffett's type of
10      stocks, and the best ones in the last five
11      years, the top ones, the top 20 ones and
12      stuff like that, and I'm a more visual
13      person, so one photo, you don't need to --
14      you don't need to read ten pages to
15      understand, they have graphs.
16           Q.      So that's why Instagram is
17      good, it has photos and graphs that you can
18      see?
19           A.      Yeah, because I'm -- I'm a
20      really visual person, and searching on the
21      internet and finding takes a lot of time.
22      Yeah, if there is -- if there is numbers
23      attached to a photo, I like to see it.
24           Q.      And that's -- that's the type
25      of research that you do?
```

```
                                              Page 41

 1            POIRIER - CONFIDENTIAL
 2       A.      It is simpler, yeah.
 3       Q.      Okay.  So you said over the
 4  last few years Instagram has gotten better
 5  at providing this type of investment
 6  information?
 7            MR. ROSEN:  Objection.  Are you
 8       reiterating his testimony?  Are you
 9       saying that's what he said?  Or are you
10       asking him if that's what he said?
11       Because it is confusing.
12       Q.      Am I correct that you said
13  before that over the last few years --
14       A.      I think so, it is getting more
15  popular, but that's what I'm -- I'm the one
16  that is searching.  You would need the
17  people that are posting it to see if it is
18  going out higher, more followers I guess.
19       Q.      Right.
20       A.      But just like before it was
21  just like amateurs, now it seems it is more
22  professional type of, it is getting free
23  advertisement I guess.
24       Q.      So that's the last five years
25  would you say?
```

Page 42

```
 1              POIRIER - CONFIDENTIAL
 2        A.      I don't think so.  I think it
 3   has only been two years.
 4        Q.      Two years, 2021?
 5        A.      Yeah.  I think -- well, the
 6   first one was CNBC.
 7        Q.      When was that?
 8        A.      I think during COVID.
 9        Q.      During COVID?
10        A.      I think so, yeah.
11        Q.      So 2020 to 2021?
12        A.      Yeah.
13        Q.      Have you ever deleted any --
14        A.      No, the dividend ones is like
15   after 2021.  It is like last year, in 2022.
16        Q.      And CNBC only does dividend?
17        A.      No, they post -- they post like
18   their topic of the week and stuff.
19        Q.      Were they doing that before
20   they were doing dividends?
21        A.      Dividends are separate
22   accounts.  It is different type of people.
23   Yeah, it is nothing to do with CNBC.
24        Q.      So is it fair to say that CNBC
25   and news sites like it were starting to
```

```
                                           Page 43
 1              POIRIER - CONFIDENTIAL
 2    utilize Instagram for investment
 3    information to put up investment
 4    information during COVID?
 5         A.      Yeah, I think so.  I think it
 6    started during COVID.
 7         Q.      Have you ever deleted posts off
 8    of Instagram?
 9         A.      I probably deleted, but every
10    time you update it, I think it comes back.
11    So you can't really delete anything in
12    social media I think.  It always comes back
13    every time you update your phone.
14         Q.      I didn't know that.
15         A.      If you delete it on your phone
16    and you go on your laptop, I don't think
17    you delete it on your laptop, because you
18    didn't update the same software -- the same
19    update.
20         Q.      So it's not synchronized?
21         A.      I don't think so.
22         Q.      Do you ever delete investment
23    related information off of Instagram?
24         A.      No.  No, I just save it.  I
25    just try to save it.  Maybe one day I'll
```

```
                                              Page 44
 1            POIRIER - CONFIDENTIAL
 2    have time to look at it.
 3         Q.     You save it as it pops up on
 4    your news feed?
 5         A.     Yeah.
 6         Q.     Do you have a TikTok account?
 7         A.     Yeah.
 8         Q.     And that's the account listed
 9    here?
10         A.     Yeah.
11         Q.     ████████████████
12         A.     Yeah, ███████████
13         Q.     Is that the only TikTok account
14    you use?
15         A.     Yeah.
16         Q.     Have you ever posted or
17    commented on TikTok?
18         A.     No.  That's not for me.  I just
19    wanted to see what was going on.
20         Q.     It is a very young site?
21         A.     A lot of dancing and stuff.
22    I'm not a dancer.
23         Q.     Do you ever use TikTok to
24    research the stock market?
25         A.     No.  I didn't -- I don't think
```

```
                                              Page 45
 1              POIRIER - CONFIDENTIAL
 2    I have ever seen one before.  I might not
 3    be following the right people.
 4         Q.      Let's go to YouTube.  Do you
 5    have a YouTube account?
 6         A.      Yes.
 7         Q.      And is this handle
 8    ███████████████████████  your handle?
 9         A.      I think so, yeah.
10         Q.      Is this the only YouTube
11    account you use?
12         A.      I think so, yeah.
13         Q.      And have you ever posted or
14    commented from this account?
15         A.      No.
16         Q.      Do you ever use YouTube to
17    research the stock market?
18         A.      Yeah.  I listen to opinions of
19    other people, and that's the same thing, it
20    is getting more popular now.  Everybody
21    thinks they are an expert, so it's
22    entertaining.
23         Q.      So you watch videos of people
24    who post about investing?
25         A.      Yeah.  I try to learn the more
```

```
 1              POIRIER - CONFIDENTIAL
 2   that I can, and YouTube is a big part of
 3   it.  I think it is great.
 4        Q.    Do you find the videos
 5   trustworthy?
 6        A.    Well, maybe back then.  Now
 7   I'm -- now I don't think you can believe
 8   anything.  Anything you read on the
 9   internet, you can't believe it.  You can
10   only believe the numbers.
11        Q.    What do you mean by "back
12   then"?
13        A.    Well, like I believe
14   everything -- I'm not a liar, so when
15   somebody says something, I'm like oh, he's
16   honest.
17        Q.    But is there a time period back
18   then when you believed what people said?
19        A.    Well, before Robinhood.
20        Q.    So leading up to when Robinhood
21   imposed its restrictions?
22        A.    Yeah.
23        Q.    You were generally trusting of
24   the sources there?
25        A.    Yeah.
```

Page 47

```
 1              POIRIER - CONFIDENTIAL
 2        Q.        Do you ever delete posts or
 3   comments off of YouTube?
 4        A.        I don't remember deleting --
 5   yeah, not posts, no.  I don't post very
 6   much.  I don't remember deleting anything.
 7        Q.        Or comments?
 8        A.        Yeah.  I don't -- yeah.  Can
 9   you delete a comment on YouTube?  I'm not
10   sure.
11        Q.        You are talking to a bad
12   millennial.  I'm not very good at these
13   things.
14                  And you have a Twitter account,
15   right?
16        A.        Yeah.
17        Q.        And is this handle on the
18   exhibit the correct account,
19   ███████████████████?
20        A.        Yeah.
21        Q.        What's ██████████
22        A.        ██████████████████████████
23   ████████████████████████.
24        Q.        Oh, the ████████████████
25        A.        ██████████████████████████
```

```
                                              Page 48

 1              POIRIER - CONFIDENTIAL

 2        Q.      And so ████████████, that's

 3    the maritime province?

 4        A.      ████████████████████████████████

 5    ████████████████████████

 6        Q.      And what is ██████

 7        A.      ██████████

 8        Q.      ████████████████████████████████

 9        A.      ████████████████████████████████

10    ████████████████████████████████████████

11    ████████████████████████████████████

12    ████████████████████████████████████

13    ████████████████████████████████████████

14    ████

15        Q.      ██████

16        A.      ████████████████████████████

17    ██████████████    NBA is a business also.  It

18    might be in the future.  But it has nothing

19    to do with, you know...

20        Q.      Is this the only Twitter

21    account you have?

22        A.      Yeah.

23        Q.      Have you ever tweeted?

24        A.      I tweeted, yeah.

25        Q.      Do you tweet pretty often?
```

```
                                        Page 49
 1           POIRIER - CONFIDENTIAL
 2      A.      Retweet or like, yeah, tweet,
 3  yeah.
 4      Q.      And you retweet and like and
 5  tweet about investments?
 6      A.      About everything.
 7      Q.      Stock market?
 8      A.      I joke around a lot about
 9  whatever is going on.  I try to stay
10  positive, if I see something negative.
11      Q.      And you do that to keep other
12  people upbeat as well?
13      A.      No, no.  It is my personal
14  entertainment.  It is almost like a diary.
15  I go back sometimes and see if I miss
16  anything.  There is some good information,
17  but mostly I'm joking around a lot.  But
18  there could be some useful information.  It
19  is always nice to check back once in a
20  while.
21      Q.      Do you ever use the Twitter
22  account to research investment strategies?
23      A.      I just follow some people,
24  smart people, and I guess it is research.
25  I don't know if it is research, Elon Musk
```

Page 50

```
 1              POIRIER - CONFIDENTIAL
 2   and everybody, Cathie Wood is a smart
 3   person too.
 4        Q.     Cathie Wood?
 5        A.     Yeah.
 6        Q.     Who is that?
 7        A.     She is Ark Investment, Ark
 8   Investment for Tesla.  And Jeff Bezos I
 9   think too, but he doesn't tweet a lot.
10   Warren Buffett.
11        Q.     So if these people tweet,
12   well-known figures, that's something that
13   will show up on your --
14        A.     Yeah, I'm hoping that I want to
15   see what is going on, if I miss anything.
16        Q.     Do you ever delete posts or
17   comments off of your Twitter account?
18        A.     Yeah, yeah, because sometimes
19   the next day it is not -- it is not as
20   funny.  You know, in my spare time, so if
21   I'm drinking, it is entertaining, so I'm
22   just wasting time.  It is like YouTube, now
23   I almost don't even watch TV, it is like
24   YouTube and check my Twitter account and
25   Instagram.
```

```
 1              POIRIER - CONFIDENTIAL
 2        Q.      When you delete things off of
 3   Twitter, do you ever delete
 4   investment-related stories or posts?
 5        A.      Yeah, maybe if it is -- if I
 6   think it has nothing to do with me or is
 7   nothing useful, I might have deleted it.  I
 8   try to keep it clean.
 9        Q.      What does that mean?
10        A.      I try to keep it so it's not
11   like all over the place.  I try to --
12   what's more important, I guess, what is
13   going on that year.  But I think after two
14   years, everything is deleted.  They can
15   only save the last two years.
16        Q.      So you tried to keep it
17   organized such that the most relevant, up
18   to date information is what you're seeing?
19        A.      Yeah.
20        Q.      All right.  Let's go to Reddit.
21   Is this your handle, █████████████████
22        A.      Yeah.
23        Q.      Is this the only Reddit account
24   that you have?
25        A.      Yes.
```

Page 52

```
 1              POIRIER - CONFIDENTIAL
 2          Q.     And you also have a user name,
 3  ████████████?
 4          A.     I don't remember.  Is that a
 5  user name?
 6          Q.     Is that something that you have
 7  seen before?
 8          A.     I don't understand Reddit that
 9  much.
10          Q.     You don't understand Reddit?
11          A.     No.  I don't like it actually.
12          Q.     Does ███████████ mean anything to
13  you?
14          A.     Yes, yes.  There was a lawsuit
15  between ████████████████████████, a big
16  patent deal, that I was interested in.
17          Q.     You followed the litigation?
18          A.     Yeah.  Well, I tried.  You
19  can't find out anything actually.  I
20  couldn't find that much about the lawsuit,
21  but I knew like the patents, I felt like
22  the patents were worth a lot of money and
23  Facebook has a lot of cash in their
24  account, so I thought for sure there was
25  going to be a big deal, a massive deal
```

Page 53

POIRIER - CONFIDENTIAL

1
2    actually.
3        Q.     Did that turn out to be the
4    case?
5        A.     No.  It is still not even
6    complete.  They said it was a nondisclosed
7    agreement.
8        Q.     A nondisclosure agreement?
9        A.     Yeah.  I don't know why they
10    did that.
11        Q.     Is that in connection with the
12    settlement or --
13        A.     Yeah, they reached a settlement
14    so they didn't have to go to court, and I
15    was thinking Facebook made a big deal, so,
16    you know, just to save what they had, and I
17    come to find out it was a nondisclosed
18    agreement, and John Chen is selling the
19    patents to someone else and it is still not
20    done and not complete.
21        Q.     Mr. Poirier, I'm going to show
22    you what has been marked Exhibit 125.
23               (Defendant's Exhibit 125 marked
24    for identification.)
25        Q.     This is your Reddit account,

```
                                          Page 54
 1            POIRIER - CONFIDENTIAL
 2    right?
 3         A.      Yeah.
 4         Q.      And in the upper right-hand
 5    corner you see where it says ████████████
 6         A.      Upper right corner, oh, yeah.
 7         Q.      And so that's your -- that's in
 8    big bold letters, right?
 9         A.      Yeah.
10         Q.      That's your user name?
11         A.      Yeah.
12         Q.      And then below that in smaller
13    letters is ███████████████████████?
14         A.      Yeah, I think that is the user
15    name they gave me.
16         Q.      Oh, you didn't pick
17    dismal_statements?
18         A.      No.  I think I just took the
19    first one.
20         Q.      Do you see below that it says
21    Cake Day?
22         A.      Cake Day, yeah.
23         Q.      And that means -- a cake day is
24    when the account was created, right?
25         A.      I'm not sure.
```

```
                                             Page 55
 1              POIRIER - CONFIDENTIAL
 2                   MR. ROSEN:  What are you
 3         pointing to?
 4                   MR. COHEN:  The upper right,
 5         there is a picture of a --
 6                   MR. ROSEN:  Oh, Cake Day.
 7         Q.       And so you opened your account
 8   on January 15th, right, 2021?
 9         A.       I don't remember.  I thought I
10   opened the Reddit account after Robinhood,
11   because I had no clue what was going on.
12   So this is like a surprise to me.
13         Q.       Would it surprise you to know
14   that you posted on January 15th, 2021?
15         A.       Yeah.
16         Q.       Why did you create your account
17   then?
18         A.       Because of GameStop fiasco.
19   They were saying Reddit, the Reddit crowd,
20   and all that kind of stuff.  I had no clue.
21   I had no clue.  So I tried to see what was
22   going on.
23         Q.       But if you posted in January
24   15th, 2021, that would be before what you
25   call a fiasco, correct?
```

```
                                        Page 56
 1            POIRIER - CONFIDENTIAL
 2       A.     Yeah, that would be before.  I
 3    don't think I posted something.
 4                 MR. ROSEN:  Could we take a
 5        break?  We have been going --
 6                 MR. COHEN:  Can I -- we can
 7        take a break.
 8                 THE VIDEOGRAPHER:  The time is
 9        11:14 a.m. and this marks the end of
10        media unit number one.
11                 (Recess taken.)
12                 THE VIDEOGRAPHER:  The time is
13        11:28 a.m.  This begins media unit
14        number two.
15    BY MR. COHEN:
16       Q.     How was your break?
17       A.     Good.
18       Q.     So we left off talking about
19    your Reddit account, and you were surprised
20    to learn that you had opened your account
21    on January 15th, 2021, correct?
22       A.     Yes.
23       Q.     Do you ever use Reddit to
24    research investments or stocks?
25       A.     No.
```

```
                                            Page 57
 1              POIRIER - CONFIDENTIAL
 2         Q.      Do you ever use Reddit to look
 3    at what's going on in the investment world?
 4         A.      I tried.  I tried it.
 5         Q.      When was that?
 6         A.      After the Robinhood thing.
 7         Q.      So you opened up your Reddit
 8    account -- strike that.
 9              Did you open up your Reddit
10    account in order to see what was going on
11    in the investment world?
12         A.      They were saying Reddit Army,
13    Reddit Army on TV, a Reddit Army, so I
14    wanted to see what they were talking about.
15         Q.      And what were they talking
16    about?
17         A.      I have no clue.
18         Q.      What's the Reddit Army?
19         A.      I didn't find anything.
20         Q.      Was it related to investing?
21         A.      No.  It seems -- it seems just
22    entertaining.  Everybody is making fun of
23    everybody.
24         Q.      Have you ever posted or
25    commented on Reddit?
```

```
 1              POIRIER - CONFIDENTIAL
 2         A.      Yes.
 3         Q.      Have you ever viewed
 4   discussions on a subreddit called
 5   WallStreetBets?
 6         A.      I don't remember.
 7         Q.      Do you know what WallStreetBets
 8   is?
 9         A.      I think so.
10         Q.      What is it?
11         A.      I don't know.  I think it is a
12   user name.
13         Q.      Do you know what kind of
14   content is posted under WallStreetBets?
15         A.      No.
16         Q.      Have you ever been on
17   WallStreetBets?
18         A.      I don't remember.
19         Q.      Could you look at the bottom of
20   the page in front of you.  I'm sorry, could
21   you go to the second page, please, and go
22   to the bottom of that.  Do you see a post
23   comment on WallStreetBets?
24         A.      No.  Is it the last one?
25         Q.      The last one.
```

```
 1            POIRIER - CONFIDENTIAL
 2       A.      Oh, okay, yeah.
 3       Q.      You see that this was a post on
 4  WallStreetBets, correct?
 5       A.      Okay, yeah.
 6       Q.      And you see that you commented
 7  Friday the 22nd January "??"?
 8       A.      Yes.
 9       Q.      So you were engaging on
10  WallStreetBets subreddit?
11       A.      I don't remember.
12       Q.      But looking at this, can you
13  tell me now that you were engaging on
14  WallStreetBets subreddit?
15       A.      What was the question?
16  "BlackBerry a phone company?"
17       Q.      It looks like the title of the
18  post was "BlackBerry a phone company?"  Do
19  you see that?
20       A.      Yeah, that's the title, okay.
21       Q.      And that was posted in
22  WallStreetBets.  Do you see that?
23       A.      Yes.
24       Q.      And on that post you made a
25  comment.  Do you see that?
```

```
                                          Page 60
 1              POIRIER - CONFIDENTIAL
 2        A.      Yes.
 3        Q.      Okay.  And the comment
 4   references Friday the 22nd of January,
 5   right?
 6        A.      Yes.
 7        Q.      Do you know what that's
 8   regarding?
 9        A.      No.
10        Q.      If you go to the third box down
11   from the top of this page.  I know it is
12   small writing, I'm sorry.  Do you see
13   another comment that you made here?
14        A.      Yes.
15        Q.      And can you read that, please?
16        A.      The third one?  Can you point
17   at it?
18        Q.      It is -- well, I will read.
19   "They paid 19 billion."
20                Do you see that?
21        A.      Yeah.
22        Q.      Can you read that comment that
23   you made?
24        A.      "They paid 19 billion for
25   WhatsApp, no patents, now they need to
```

Page 61

```
 1            POIRIER - CONFIDENTIAL
 2   protect it."
 3       Q.      And that's in the
 4   WallStreetBets subreddit too, right?
 5       A.      Yes.
 6       Q.      And I don't think I was clear
 7   before, this is your statement, right?
 8               MR. ROSEN:  Are you asking if
 9        he made that post?
10       Q.      Did you make this comment?
11       A.      Yes, it seems like it.  I don't
12   remember.
13       Q.      So it would seem that you do
14   engage with the WallStreetBets subreddit?
15               MR. ROSEN:  Are you saying now
16        or he did in the past?
17       Q.      That you did at this time two
18   years ago it says.
19       A.      After the Robinhood.
20       Q.      We are going to mark Exhibit
21   126.
22               (Defendant's Exhibit 126 marked
23   for identification.)
24       Q.      If you turn to the second page,
25   please.  Now, what we did here is hover our
```

Page 62

                          POIRIER - CONFIDENTIAL

1        mouse over where it says "2 years" and it

2        reveals the date that you posted this

3        comment.  Do you see that?

4             A.      Yes.

5             Q.      And what is that date?

6             A.      Friday, January 15, 2021.

7             Q.      And so that is before Robinhood

8        imposed its restrictions, correct?

9             A.      Yes.

10            Q.      And so does this refresh your

11       recollection regarding your posts on

12       Reddit?

13            A.      No.

14            Q.      Does this help you to identify

15       what Friday the 22nd January means?

16            A.      No.  I was probably joking

17       around.

18            Q.      But there is no doubt, is

19       there, that this is referring to Friday the

20       22nd January 2021, correct?

21            A.      I don't remember what that

22       means.

23            Q.      Even if you don't remember what

24       it means, you would agree that it is

```
                                                    Page 63
1              POIRIER - CONFIDENTIAL
2    discussing seven days from the time you
3    posted this, right?
4               MR. ROSEN:  Objection.
5         Q.    You can answer.
6         A.    It says "BlackBerry a phone
7    company?"  It doesn't make any sense.  I
8    have no -- I don't remember what it means.
9         Q.    Do you recall deleting any
10   posts or comments on Reddit?
11        A.    No.
12        Q.    Have you deleted any
13   investment-related posts or comments on
14   Reddit?
15        A.    No.
16        Q.    You don't remember?
17        A.    I don't remember deleting.
18        Q.    But it's possible that you did?
19        A.    I guess so.  It's possible.  I
20   don't -- yeah.  I think it is a hard
21   platform to work on.
22        Q.    Okay.  Do you have a StockTwits
23   account?
24        A.    Yeah.
25        Q.    And what is StockTwits?
```

```
                                        Page 64
 1              POIRIER - CONFIDENTIAL
 2         A.      It is a chatting -- chatting
 3    platform that you give your opinion about a
 4    company.
 5         Q.      In the investment context?
 6         A.      Anything I guess.
 7         Q.      Like stocks?
 8         A.      News related, mostly stocks.
 9         Q.      And your handle on that is
10    ███████████?
11         A.      Yeah.
12         Q.      Where does that name come from?
13         A.      ██████████
14         Q.      Oh, like ████████████?
15         A.      Yeah.
16         Q.      And also connected to that
17    handle is ████████████████████.   What does
18    that refer to?
19         A.      I don't remember.
20         Q.      Did you choose your user name?
21         A.      Yeah, I think so, yes.
22         Q.      And you don't remember what
23    Jordan means?
24         A.      I try to be creative.
25         Q.      Okay.  Is this the only account
```

```
                                        Page 65
 1            POIRIER - CONFIDENTIAL
 2   you have on StockTwits?
 3        A.      I think so.
 4        Q.      And have you ever posted on
 5   this account?
 6        A.      Yes.
 7        Q.      What types of things do you
 8   post?
 9        A.      Jokes about the stock market.
10        Q.      Do other people see the jokes?
11        A.      I think so.
12        Q.      Do you get comments on them?
13        A.      Not too often.
14        Q.      Or likes?
15        A.      It feels like half of
16   StockTwits are robots.
17        Q.      Do you comment or like on
18   anybody else's StockTwits posts?
19        A.      Yes, yes, probably.
20        Q.      What types of posts?
21        A.      Stocks related, if it was a
22   good joke.
23        Q.      Do you use StockTwits to
24   research what's going on in the stock
25   market?
```

```
                                        Page 66
 1            POIRIER - CONFIDENTIAL
 2       A.      No.  I got burned way back, so
 3   I just read them.
 4       Q.      What do you mean, you got
 5   burned?
 6       A.      It wasn't true, one comment
 7   wasn't true, and I believed it.
 8       Q.      Oh, so you invested on the
 9   basis of someone's false comment?
10       A.      Yeah.
11       Q.      And you lost money from it?
12       A.      Probably, yeah.
13       Q.      What was the context of that?
14       A.      I don't remember.
15       Q.      Was that leading up to the
16   Robinhood situation?
17       A.      No, no, I don't think so.
18       Q.      Was it before or after that?
19       A.      After.  Like the -- yeah,
20   after.  I made up my mind that everything
21   you read is not true anymore.
22       Q.      And you made up your mind about
23   that after Robinhood?
24       A.      Yeah.
25       Q.      But also after this post?
```

```
                                              Page 67

 1              POIRIER - CONFIDENTIAL
 2       A.      After this post, yeah,
 3   probably.
 4       Q.      I'm showing you what's been
 5   marked Exhibit 127.
 6               (Defendant's Exhibit 127 marked
 7   for identification.)
 8       Q.      Do you recognize the
 9   information here?
10       A.      Yes.
11       Q.      And this is your StockTwits
12   account, correct?
13       A.      Yes.
14       Q.      Now, this, on your profile page
15   would you call this?
16       A.      Yes, I think so.
17       Q.      This has a watch list, correct?
18       A.      Yes.
19       Q.      And it shows 59 different
20   stocks on that watch list, right?
21       A.      Yes.
22       Q.      And you monitored these stocks
23   from your StockTwits account?
24       A.      Yes.
25       Q.      And do you recall if you were
```

Page 68

1              POIRIER - CONFIDENTIAL

2    monitoring this list in January 2021?

3         A.     No, I don't remember.

4         Q.     You don't remember, okay.

5                Have you ever deleted posts or

6    comments off of StockTwits?

7         A.     I don't remember.

8         Q.     Do you use any other social

9    media platforms at all?

10        A.     No.  That's all the -- that's

11   the list.  You have everything.

12        Q.     No Discord?

13        A.     No.

14        Q.     No Twitch?

15        A.     No.

16        Q.     And did you have all of those

17   accounts that we just went through in

18   January 2021?

19        A.     I'm surprised about the Reddit

20   one.  I don't remember, I thought I wanted

21   to know more about Reddit after Robinhood,

22   so I'm surprised about that.

23        Q.     But other than that, you do

24   remember having in January 2021?

25        A.     Having social media?

```
                                              Page 69
 1            POIRIER - CONFIDENTIAL
 2                 MR. ROSEN:  All of those social
 3       media listed in that exhibit he showed
 4       you.
 5       A.      Yes.
 6       Q.      Thank you.  I have to say,
 7  you're a lot less talkative after the break
 8  than before.
 9       A.      Well, it must be the Coca-Cola.
10       Q.      It is wearing off?
11       A.      The sugar, yeah.
12       Q.      Let's talk about how you invest
13  in the stock market.  First of all, do you
14  invest in the stock market?
15       A.      Yes.
16       Q.      And when did you first start
17  investing?
18       A.      2012.
19       Q.      Why did you start investing
20  then?
21       A.      Because of 2008 financial
22  crisis.
23       Q.      Could you explain that?
24       A.      I wanted to know why something
25  in the stock market could affect my life in
```

Page 70

```
 1              POIRIER - CONFIDENTIAL
 2     construction.
 3         Q.       So because of the turmoil that
 4     resulted from the 2008 financial crisis,
 5     you wanted to gain more information about
 6     the stock market?
 7         A.       Yes.
 8         Q.       And did you?
 9         A.       Yeah, I learned a lot over the
10     years.
11         Q.       How did you start investing?
12         A.       With Questrade.
13         Q.       That's the first broker you
14     used?
15         A.       Yeah, yes.
16         Q.       Do you use any others now?
17         A.       No, only Questrade.
18         Q.       It has always only been just
19     Questrade?
20         A.       Yeah.  I might have opened a
21     couple of accounts, but I decided to go
22     with Questrade was the best.
23         Q.       So you are saying before you
24     started Questrade, you may have opened a
25     few accounts?
```

```
 1              POIRIER - CONFIDENTIAL
 2        A.      I looked at it.  I didn't like
 3   the look.
 4        Q.      Okay.  And you're still a
 5   Questrade customer?
 6        A.      Yeah.
 7        Q.      You opened your Questrade
 8   account in March 2012 you said, right?
 9        A.      Yeah.
10        Q.      Why did you choose Questrade as
11   opposed to the other ones that you were
12   looking into?
13        A.      They just have more details,
14   charts.
15        Q.      And those were helpful?
16        A.      Yes.  It is faster too I think.
17        Q.      Do you check your Questrade
18   account frequently?
19        A.      Not anymore.
20        Q.      But you used to?
21        A.      Yeah, yes.
22        Q.      Just from the time you opened
23   it in 2012?
24        A.      Yeah.
25        Q.      Until when?
```

Page 72

1            POIRIER - CONFIDENTIAL

2        A.      Until Robinhood.

3        Q.      And now how frequently do you

4   use it?

5        A.      Not too often.

6        Q.      Like weekly?

7        A.      Monthly.

8        Q.      So you just let your

9   investments sit now?

10               MR. ROSEN:  Objection, vague.

11       Q.      Do you understand the question?

12       A.      I don't need to look at it

13   every day.

14       Q.      Only every month?

15       A.      Yeah.

16       Q.      And that's the frequency with

17   which you may trade stocks too?

18       A.      Right now, yeah.

19       Q.      But prior to February 2021, you

20   were on it daily?

21       A.      Yeah.

22       Q.      Did you trade every time you

23   opened up your Questrade account back then?

24       A.      No.  I would just look at the

25   numbers.

Page 73

```
 1            POIRIER - CONFIDENTIAL
 2      Q.      Did you trade premarket ever?
 3      A.      No, I'm not allowed to.
 4      Q.      Why not?
 5      A.      I don't have that -- Questrade
 6  doesn't allow it.
 7      Q.      Oh, I see.  Do you trade post
 8  market?
 9      A.      No, I can't.
10      Q.      You can't trade post market?
11      A.      Only trading hours.
12              MR. ROSEN:  Is there a
13      difference between premarket and post
14      market?
15              MR. COHEN:  Yeah.  Before 9 is
16      premarket, after 9 -- after 4:30 is --
17              MR. ROSEN:  That's all right.
18      Well, I was just assuming it is before
19      the market, it is after the market from
20      the day before, so it is the same sort
21      of window.
22              MR. COHEN:  I see what you are
23      saying.  I believe they are discrete
24      periods.  It doesn't extend all the way
25      to the previous day.
```

```
                                                       Page 74
 1            POIRIER - CONFIDENTIAL
 2                 MR. ROSEN:  All right, anyway,
 3       sorry.
 4                 MR. COHEN:  Whoever reads this
 5       record will have a fun time with this.
 6       Q.      So you only trade during --
 7       A.      Yes.
 8       Q.      -- market hours, which is 9 to
 9  4:30 eastern time?
10       A.      I think it is 10:30 -- 10:30 to
11  5 eastern time, Atlantic time.
12                 MR. ROSEN:  Yeah, he is in a
13       different time zone.
14                 MR. COHEN:  Okay, thank you.
15       Q.      You have two accounts on
16  Questrade, right?
17       A.      Yes.
18       Q.      One is called RRSP?
19       A.      Uh-huh.
20       Q.      And the other one is -- did you
21  say yes?
22       A.      Yes.
23       Q.      And the other one is TFSA?
24       A.      Yes.
25       Q.      And what's the difference
```

Page 75

```
 1            POIRIER - CONFIDENTIAL
 2    between those two?
 3         A.    Tax, it is in the word, TFSA is
 4    a tax-free account, so it is tax-free, and
 5    RRSP, you can deduct what you put in, and
 6    you need to pay taxes when you cash out.
 7         Q.    Is RRSP a retirement account?
 8         A.    It is supposed to be, yeah.
 9         Q.    What do you mean, it is
10    supposed to be?
11         A.    Well, I think the tax-free is
12    better for retirement, if it is tax-free.
13         Q.    How does trading work on
14    Questrade?
15         A.    What do you mean?
16         Q.    Explain the process by which
17    you would trade in securities when you open
18    up your Questrade account.
19              MR. ROSEN:  Objection, vague.
20         Q.    You can answer.
21         A.    I can buy and sell.
22         Q.    You can personally buy and
23    sell?
24         A.    Companies that are in the stock
25    market.
```

Page 76

1                   POIRIER - CONFIDENTIAL

2          Q.      So you make the trades

3    yourself?

4          A.      Yes.

5          Q.      Does anybody review these

6    trades before --

7          A.      No.

8          Q.      -- they are executed?

9                  Why do you have these two

10   different accounts?

11         A.      I think I had a pension plan

12   with someone and I transferred -- I could

13   only transfer it to the RRSP without

14   getting penalized.

15         Q.      Because that's the designated

16   retirement account?

17         A.      Yeah.  And the tax-free, there

18   is a limit, you can only put 6,000, 5,000 a

19   year, and it adds up.  So it is nice to

20   have, you know, depending how much money

21   you make during the year, there could be --

22   you could play around with the numbers.

23         Q.      How do you choose which account

24   to invest with?

25         A.      I like tax-free a lot better,

```
 1              POIRIER - CONFIDENTIAL
 2   as long as I don't go over the limit.
 3        Q.     What's the limit?
 4        A.     Right now the total limit I
 5   think is like 80,000.
 6        Q.     And 80,000 is the amount per
 7   trade?
 8        A.     No.  If you never put money in
 9   that account, it is like 5,000, 6,000,
10   every year, it started in I don't know what
11   year, 2008 maybe, or '9.  If you never had
12   a tax-free savings account, you are allowed
13   to -- it is now at like 80,000, the next
14   year it will be 85, it adds up.  You are
15   allowed to put every year.
16        Q.     But your balance can go over,
17   correct?
18        A.     You can make -- you can't put
19   more money, but if you make money, it is
20   tax free.
21        Q.     So if in the stock market you
22   make a million dollars --
23        A.     It is tax-free.
24        Q.     It is tax-free?
25        A.     Yeah.
```

```
 1            POIRIER - CONFIDENTIAL
 2       Q.      But you just can't add outside
 3  money to it?
 4       A.      No.
 5       Q.      Do you have different
 6  investment strategies depending on which of
 7  these two accounts you use?
 8       A.      Well, before I wanted to be
 9  more safe, I tried to be more safe and more
10  aggressive so I don't lose everything.
11       Q.      So more safe with the
12  retirement account?
13       A.      Yeah.
14       Q.      And more aggressive with the
15  TFSA?
16       A.      Yes.
17       Q.      And aggressive means you will
18  go in on high-risk/high-reward stocks more?
19            MR. ROSEN:  Objection, vague.
20       Q.      Do you understand the question?
21       A.      Yes.  I just -- more frequently
22  on one, and on one I don't try to touch it.
23       Q.      So you are more conservative on
24  the retirement one?
25       A.      Yeah, I don't even want it
```

Page 79

                    POIRIER - CONFIDENTIAL
 1
 2      to -- but I fucked up after, like after
 3      Robinhood, I got -- I lost everything.
 4          Q.      Why did you say that you messed
 5      up?
 6          A.      I didn't stick to the plan, to
 7      not touch the RRSP.
 8          Q.      Did you mess up in the way that
 9      you invested?
10          A.      I got emotionally damaged.
11          Q.      What do you mean?
12          A.      From the Robinhood thing.  I
13      was confused.  It felt like a rollercoaster
14      ride.
15          Q.      Leading up to it also?
16          A.      No.  I was okay.  I felt good
17      with my investments.
18          Q.      Why?
19          A.      It was going higher.
20          Q.      Do you ever use Questrade's
21      prebuilt portfolios?
22          A.      No.
23          Q.      Do you read things from
24      Questrade's learning center?
25          A.      No.

```
                                              Page 80

 1              POIRIER - CONFIDENTIAL
 2       Q.      Now that you are more -- are a
 3   more experienced investor, have you
 4   considered using a different account now?
 5       A.      No.
 6       Q.      Do you invest on behalf of
 7   anybody else?
 8       A.      No.
 9       Q.      Does anybody else invest on
10   your behalf?
11       A.      No.
12       Q.      Do you have a financial advisor
13   of any kind?
14       A.      No.
15       Q.      Besides the people you see on
16   social media?
17              MR. ROSEN:  Objection,
18       mischaracterizes his prior testimony.
19       A.      I don't even know who is a
20   financial advisor on social media.
21       Q.      Have you ever hired an
22   investment manager?
23       A.      No.
24       Q.      You have just always traded on
25   your own?
```

```
 1              POIRIER - CONFIDENTIAL
 2      A.      Yes.
 3      Q.      About how much time in early
 4  2021 did you devote to investing?
 5      A.      Early '21 until now?
 6      Q.      No, until let's say --
 7              MR. ROSEN:  You mean on a daily
 8      basis, a weekly basis, what?
 9      Q.      On a daily basis from let's
10  even say the December 2020 through March
11  2021, about how frequently on a daily basis
12  would you be on your Questrade account?
13      A.      I try to make like a work
14  schedule, it was like five days a week.
15      Q.      Because you were out of work
16  during this period of time?
17      A.      Yes, and -- yes.  I could
18  financially afford to look at it.
19      Q.      Do you more frequently trade in
20  U.S. stocks than Canadian stocks?
21      A.      Yes.
22      Q.      How much more frequently?
23      A.      Like except for BlackBerry,
24  everything is American.
25      Q.      Do you also trade U.S. options?
```

Page 82

1              POIRIER - CONFIDENTIAL
2         A.      Yes.
3         Q.      Is BlackBerry only on the U.S.
4    stock exchange?
5         A.      No.  I prefer to buy on the
6    U.S. The numbers are more -- is all U.S.,
7    American.
8         Q.      So when you invest in
9    BlackBerry, it is usually -- strike that.
10             When you invest in BlackBerry,
11   is it always in the American stock
12   exchange?
13        A.      Not always, but most of the
14   time, yeah.
15        Q.      And what type of options
16   trading do you engage in?
17        A.      All of them, puts and calls,
18   mostly calls.  I don't like betting against
19   a company.
20        Q.      So mostly calls because that's
21   like predicting that the value of the stock
22   will go up?
23        A.      Yeah.  I try to find the
24   potential of the business for a long-term
25   investment.

Page 83

1                  POIRIER - CONFIDENTIAL

2          Q.        Why do you choose to invest in

3    options versus stocks when you do?

4          A.        I didn't -- I don't have a lot

5    of money to invest, so if you're right in

6    options, it pays good, it pays better for

7    the minimum amount.  But for Warren

8    Buffett, it is better to buy the stocks, he

9    doesn't need to play with options.

10         Q.        So you are saying between

11   December 2020 and March 2021 you preferred

12   call option trading because it was less

13   risky?

14                   MR. ROSEN:  Objection,

15         mischaracterizes his testimony.

16         Q.        Between December 2020 and March

17   2021, you preferred to trade in options,

18   call options, because you didn't have

19   enough money generally to risk on

20   purchasing stock?

21                   MR. ROSEN:  Objection.

22         A.        No.

23         Q.        Sorry, could you explain again

24   why calls are better for you, why calls

25   were better for you at that time?

```
                                        Page 84
 1              POIRIER - CONFIDENTIAL
 2        A.      You are talking about two
 3   different times.
 4        Q.      Could you explain?
 5        A.      When I first started with
 6   options, it was for that reason.
 7        Q.      And when was that?
 8        A.      When I first started.
 9        Q.      Questrade?
10        A.      Yeah, 2012.
11        Q.      So in 2020, December 2020
12   through March 2021, did you more often
13   invest in options or in stocks themselves?
14        A.      Options.
15        Q.      And why was that?
16        A.      It just kind of happened that I
17   have been staring at options for like ten
18   years, so I could see the potential of
19   those options paying off, and they are
20   long-term options, 2022, 2023, so a little
21   bit of risk, but not that much.
22        Q.      And stocks were more risky?
23        A.      Stocks are safer.  You can keep
24   them forever.  Options has an expiry date.
25        Q.      Do you pay a commission on your
```

```
                                            Page 85
 1            POIRIER - CONFIDENTIAL
 2   Questrade trades?
 3       A.      Every time I trade they take a
 4   commission.
 5       Q.      Do you consider those
 6   commission fees when you do make trades?
 7       A.      Yes.
 8       Q.      Are they -- would you
 9   characterize the commission fees as high?
10       A.      It feels like it is higher now.
11   Something happened after Robinhood,
12   something changed.
13       Q.      What's your main objective when
14   you invest?
15       A.      To not lose money.
16       Q.      Was that your main objective
17   when you first started to invest?
18       A.      No.  I just wanted to be right
19   once.
20       Q.      Right once?
21       A.      Yeah.
22       Q.      What do you mean?
23       A.      When a stock breaks out,
24   options pay pretty good, and I just wanted
25   to be right once.
```

```
                                             Page 86
 1            POIRIER - CONFIDENTIAL
 2       Q.      Like to hit the big stock?
 3       A.      Yes.
 4       Q.      But over time that became less
 5  of your objective while investing?
 6       A.      Yeah.
 7       Q.      When did that happen?
 8       A.      2020.
 9       Q.      2020, and that was during
10  COVID?
11       A.      Yes.
12       Q.      Was it because of COVID?
13       A.      No.
14       Q.      What happened that made you
15  change your investment strategy?
16       A.      The plan worked out.
17       Q.      You hit it big?
18       A.      Yes.
19       Q.      On what stock?
20       A.      Tesla.
21       Q.      And what did you invest in
22  Tesla?
23       A.      Call options.
24       Q.      And could you walk me through
25  how you chose the Tesla stock and your
```

Page 87

1          POIRIER - CONFIDENTIAL

2     approach to investing with the call option?

3          A.     Well, since 2015 I think Tesla

4     was the best company in the world.  It felt

5     like the next Microsoft.  I didn't know a

6     lot about the stock market, but I could

7     read the charts like a blueprint and I

8     could see that they gave a lot of -- there

9     is a lot of demand when there is a big

10    potential involved, and that could break

11    out the stock.  Tesla was like valued as a

12    Ford company, they didn't sell one car yet,

13    so it always -- it was always overvalued,

14    and I just didn't want to miss the next

15    step, the next leg up, so I was buying

16    long-term call options, I lost everything,

17    I lost everything, I lost everything, and

18    then I finally got it right.

19         Q.     What happened in 2020 that

20    caused Tesla's stock to rise such that you

21    would make a lot of money on a call option?

22         A.     The chart breaked out.  There

23    is a ceiling and it broke the ceiling, and

24    when it breaks out, it goes high fast.

25    There is nothing stopping it.

```
                                            Page 88

  1           POIRIER - CONFIDENTIAL
  2      Q.      What does that mean?
  3      A.      I'm not a technical expert, but
  4  if you learn a little bit about chart
  5  reading, it hits resistance but if it
  6  breaks out, there is no resistance.  So
  7  then there is like fear, far more fear of
  8  missing out coming in, all that kind of
  9  stuff.
 10      Q.      So then everybody --
 11      A.      Shorts are covering.  People
 12  are betting against it.  It needs to cover.
 13  If you compare it to other chart readings,
 14  there could be a 50 percent breakout, 20
 15  percent minimum breakout.  So if you have
 16  in-the-money calls, it pays out pretty
 17  good.  So like I did my homework, I knew --
 18  I knew it could happen, and I became a
 19  millionaire.
 20      Q.      Well, congratulations.
 21      A.      But I lost everything after.
 22      Q.      So when you find a company like
 23  Tesla, what makes you think that it is
 24  going to be the one that breaks out?
 25              MR. ROSEN:  Objection, calls
```

```
                                              Page 89
 1              POIRIER - CONFIDENTIAL
 2        for speculation, and vague.
 3        Q.      You can answer.
 4        A.      They are selling more cars,
 5   like the numbers are -- the potential, we
 6   are starting to see the results.  It is no
 7   longer speculation.
 8        Q.      But you have to buy before
 9   everybody else finds out?
10        A.      Yeah.  I used to joke around
11   that you need to buy the Tesla stock before
12   you see all Tesla cars parked at the coffee
13   shop in the morning.  That will be too
14   late.
15        Q.      So you have to be a good
16   guesser?
17        A.      A visionary.
18        Q.      A visionary, what does that
19   mean?
20        A.      Predicting the future.
21        Q.      What about how do you make a
22   decision about selling a stock?
23              MR. ROSEN:  Objection, vague.
24        A.      I don't have, it is like
25   freestyle, I don't have a plan.  If it
```

Page 90

1              POIRIER - CONFIDENTIAL
2    feels right to sell, sell.
3         Q.     Feels right based on intuition?
4         A.     Yeah.  And you learn from your
5    mistakes, so I'm still learning.
6         Q.     How long do you usually hold a
7    particular stock?
8         A.     There is no -- it is freestyle.
9         Q.     Are there any particular news
10   segments or videos that you watch when
11   deciding whether to buy or sell?
12        A.     No.
13        Q.     You mentioned CNBC before?
14        A.     Yeah, on Instagram, but it is
15   just news like on Instagram.
16        Q.     People like Jim Cramer?
17        A.     Yeah, sometimes, yeah.
18        Q.     You watch him?
19        A.     Yes, I used to.
20        Q.     Not any more?
21        A.     No, because I lost everything.
22   I don't have to watch it.
23        Q.     Do you subscribe to any
24   newsletter about investing?
25        A.     Yeah, but now they are

1            POIRIER - CONFIDENTIAL

2    charging, it is not even free any more, so

3    I want to delete it.  I tried to delete all

4    of it.

5         Q.     What is that one called?

6         A.     Oh, I don't know.  There are so

7    many.  I don't even remember subscribing,

8    but I have some e-mails.

9         Q.     So you keep getting charged for

10   a subscription that you have, but you don't

11   recall what --

12        A.     I think I deleted a couple of,

13   in the past year, they tried to charge

14   more.

15        Q.     And you used to read these?

16        A.     Sometimes they have one that

17   you want to read, so you have no choice but

18   to subscribe and then you forget to cancel

19   the subscription, and then it is like junk

20   mail.

21        Q.     Do you listen to any podcasts

22   about the market or investing?

23        A.     Not too often.

24        Q.     But sometimes?

25        A.     Sometimes, yeah.

```
                                              Page 92
 1              POIRIER - CONFIDENTIAL
 2        Q.       Like which ones?
 3        A.       On YouTube I follow Compound,
 4   Compound Investment I think.
 5        Q.       And what do they do?
 6        A.       He works for CNBC.  They talk
 7   about the market.
 8        Q.       And I know before you said that
 9   you barely watch TV anymore.
10        A.       Yeah.
11        Q.       But do you currently watch any
12   television shows about the market or
13   investing?
14        A.       Now it is like Netflix and
15   YouTube.  I watched Eat the Rich.
16        Q.       The Netflix documentary?
17        A.       Yeah.  That's a good show.
18        Q.       In December 2020 through March
19   2021, did you watch TV shows about
20   investing?
21        A.       I don't remember.  I learned
22   everything by myself, by my mistakes.
23   Nobody -- I make up my own mind.
24        Q.       When you say your mistakes,
25   what type of mistakes?
```

Page 93

1          POIRIER - CONFIDENTIAL
2     A.     A lot of them, a lot of them.
3  Like buy the rumor, sell the news.  I lost
4  money one time on that one.
5     Q.     What does that mean, buy the
6  rumor, sell the news?
7     A.     It is like when a -- like
8  Disney Plus, they were going to show what
9  Disney Plus was in April, but we're in
10  January, it is not -- buy the rumor, sell
11  the news -- so it is kind of a rumor,
12  because you don't know what is Disney Plus,
13  and once you get the news, usually the
14  stock drops.  So there is like a fear of
15  missing out on the potential of Disney
16  Plus, and it is just a stock market thing.
17     Q.     So that was --
18     A.     The stock market is like a
19  game.  There is a lot of different -- it
20  can happen, once it happens, then you know
21  it's a buy the rumor, sell the news, but
22  you never know.  Then it could go higher
23  and you made a mistake.  You just can't
24  predict the market, but sometimes there is
25  certain things that happens frequently.

Page 94

```
                              POIRIER - CONFIDENTIAL
 1
 2        Q.      So you hear a rumor and you
 3   want to get in before the news contradicts
 4   the rumor?
 5                MR. ROSEN:  Are you asking if
 6        that's what he -- the way he invests,
 7        or you are asking him about the concept
 8        of buy the rumor, sell the news?
 9                MR. COHEN:  Well, I should
10        follow up on this.
11        Q.      Buy the rumor, sell the news
12   is --
13        A.      Just one example.
14        Q.      Of what?
15        A.      Like the question that you
16   asked.
17        Q.      The types of mistakes that you
18   made?
19        A.      Yeah.
20        Q.      When you were investing?
21        A.      That's one example of the
22   mistakes I made.
23        Q.      So when you were investing,
24   leading up to Robinhood imposing
25   restrictions, one of the mistakes you made
```

Page 95

1           POIRIER - CONFIDENTIAL

2    was buy the rumor, sell the news?

3         A.     No, not that one.

4         Q.     What was the mistakes you made

5    around that time?

6                MR. ROSEN:  Objection.  Did he

7         say he made a mistake about that time?

8                MR. COHEN:  I think several

9         times.

10        A.     No, I didn't make a mistake,

11   and I didn't say I made a mistake.

12        Q.     You discussed a company called

13   BlackBerry, right?

14        A.     Yes.

15        Q.     What kind of company is that?

16        A.     It was a phone company with a

17   bunch of patents of cybersecurity and

18   stuff, and now they are trying to be more

19   in the car software type of company.  It is

20   almost like a smart car, a smart cell

21   phone, a smart TV, the car is not smart

22   yet, but they are trying to get there.

23   They have the product already to be in that

24   business.

25        Q.     Do you own any BlackBerry

```
                                            Page 96
 1            POIRIER - CONFIDENTIAL
 2    products?
 3         A.      Right now, no.
 4         Q.      Have you ever?
 5         A.      Yes, I think I bought something
 6    that was going to protect my phone from
 7    hacking.
 8         Q.      When was that?
 9         A.      During COVID.
10         Q.      And you liked that product?
11         A.      Yeah, it seems, now I think
12    they cancelled it, but now it seems my
13    phone is more vulnerable, and during that
14    time -- now it seems like it worked
15    perfectly, but you just don't know, like if
16    you don't get hacked, you don't really know
17    if it's working or not.  But now it seems,
18    yeah, just like weird stuff happening.
19         Q.      Weird stuff happening with
20    BlackBerry?
21              MR. ROSEN:  Objection.  That's
22         not what he said.
23         A.      With my cell phone.
24         Q.      With your cell phone.  But
25    you're a big fan of BlackBerry?
```

```
                                              Page 97
 1              POIRIER - CONFIDENTIAL
 2         A.      I was.
 3         Q.      You were, up until when?
 4         A.      Still, if I had, yeah, there
 5   was some frustration, but yes, I still like
 6   it, yeah.  Deep, deep down I still like it.
 7         Q.      Emotionally?
 8         A.      Not emotionally, but everybody
 9   should like BlackBerry if it is true, their
10   potential is big, but it is going to take
11   longer than I first thought.
12         Q.      Would you say it's one of your
13   favorite companies?
14         A.      Yeah, top five probably, top
15   two.
16         Q.      What would you say are the
17   other ones?
18         A.      I think Tesla and BlackBerry
19   from here to 2030 will be the top two.
20         Q.      I'm showing you, Mr. Poirier,
21   what has been marked Exhibit 128.
22                 (Defendant's Exhibit 128 marked
23   for identification.)
24         Q.      Do you recognize this?
25         A.      Yes.
```

Page 98

1              POIRIER - CONFIDENTIAL

2         Q.      What is it?

3         A.      My Twitter page.

4         Q.      The three lines above where it

5    says "Canada" and "joined February 2012,"

6    do you see that?

7         A.      Yes.

8         Q.      Is this a profile?

9         A.      That one is a profile.

10        Q.      And this is something that

11   reflects your personality, correct?

12              MR. ROSEN:  Objection, vague.

13        A.      Yeah.  Once you read my

14   profile, you shouldn't take me seriously.

15        Q.      Well, I --

16        A.      There is a cat as a profile

17   picture, so...

18        Q.      These three lines are permanent

19   unless you change it, right?

20        A.      Yeah, I can modify it.

21        Q.      How often do you modify it?

22        A.      Not too often.  It is for me to

23   remember.  I like it -- I like it the way

24   it is.

25        Q.      How long have you had it this

```
                                             Page 99
 1              POIRIER - CONFIDENTIAL
 2   way?
 3        A.      A couple of years probably.
 4        Q.      And so when somebody goes on to
 5   your Twitter page and they look at this, it
 6   lets them know what you're about?
 7        A.      No, I don't even have
 8   followers.  It is for me.  It is like a
 9   tool that I have to remember so I don't
10   forget.
11        Q.      So you don't forget what?
12        A.      Tesla and BlackBerry is my top
13   two picks.
14        Q.      So I was going to ask you to
15   read your profile here.  If you could read
16   those lines.
17        A.      This says "Just for shit and
18   giggles.  Auto-pilot in stocks (#Tesla=420
19   billion's).  The BlackBerry, the intech in
20   tech.  $BB equals 100" with an emoji.  "In
21   case you missed it, to the moon Puffy."
22        Q.      And what does "to the moon
23   Puffy" mean?
24        A.      It is the cat over there.
25        Q.      And is that related to
```

```
                                              Page 100
 1            POIRIER - CONFIDENTIAL
 2    anything?
 3         A.    It is for me to not forget
 4    about Tesla and forget about BlackBerry.
 5         Q.    "To the moon Puffy" is related
 6    to not forgetting about BlackBerry and
 7    Tesla?
 8         A.    Yeah.
 9         Q.    And what does "to the moon"
10    mean?
11         A.    The stock would go higher.
12         Q.    And you've had this for a few
13    years you said?
14         A.    This one I think after
15    Robinhood.
16         Q.    So you continued to believe --
17         A.    Like if I would have listened,
18    auto-pilot and stocks, I would still be a
19    millionaire today.
20         Q.    What does auto-pilot and stocks
21    mean?
22         A.    I should just buy the stock and
23    leave it there and not touch it, but I
24    don't -- sometimes I don't listen to
25    myself.  So every time I go on Twitter, it
```

Page 101

POIRIER - CONFIDENTIAL

1
2      breaks my heart.

3          Q.     Because you ended up touching

4      your stocks in a way that lost you money?

5          A.     No, I think I got, whatever

6      Robinhood did, manipulated to lose money.

7          Q.     Do you follow news about

8      BlackBerry?

9          A.     Yeah.

10         Q.     And did you follow news about

11     BlackBerry in December 2020 through

12     February 2021?

13         A.     Yes.

14         Q.     Did you look at their press

15     releases?

16         A.     Yes.

17         Q.     Their earnings announcements?

18         A.     Yes.

19         Q.     Did you look into their

20     financials at all?

21         A.     Yes.

22         Q.     Did you ever look at the SEC

23     filings for BlackBerry?

24         A.     I don't remember.

25         Q.     In January 2021 -- strike that.

```
                                          Page 102

 1              POIRIER - CONFIDENTIAL

 2                   In late January 2021 do you

 3    recall any company announcements from

 4    BlackBerry?

 5         A.      From BlackBerry?  I don't

 6    remember.

 7         Q.      Or --

 8         A.      About BlackBerry?  I think

 9    there was a lot of information about the

10    lawsuit with Facebook, maybe not a lot, but

11    there was -- 15th of January was the

12    deadline for the settlement.

13         Q.      Okay.  And after that, in

14    between January 15th and January 28th?

15         A.      Completely silent I think.

16         Q.      And you would -- you would have

17    been aware had there been an announcement

18    of something about BlackBerry because you

19    followed the company very closely, correct?

20         A.      There are good odds, yeah, I

21    would have found it.

22         Q.      I'm showing you Exhibit 129.

23                 (Defendant's Exhibit 129 marked

24    for identification.)

25         Q.      Do you know what this is?
```

1              POIRIER - CONFIDENTIAL

2       A.      No.

3       Q.      Could you read the title?

4       A.      "BlackBerry comments on trading

5  activity at request of the Industry

6  Regulatory Organization of Canada."

7       Q.      And this was a press release by

8  BlackBerry, correct?

9       A.      Yes.

10       Q.      And it was dated -- it was

11  issued January 25th, 2021?

12       A.      Uh-huh.

13       Q.      Could you read the first

14  paragraph, please?

15              MR. ROSEN:  Objection.  He is

16       not going to read the press release.

17       If you have a question about it, it's

18       not his job to come here and read for

19       you.  So if you have a question, ask

20       him a question.  He is not a narrator,

21       he is not a reader, he is not a

22       newscaster, he is a witness.  Ask him

23       the question.

24              MR. COHEN:  It is three lines.

25              MR. ROSEN:  No.  Just ask him a

```
 1              POIRIER - CONFIDENTIAL
 2         question.
 3         Q.      Do you see in the paragraph
 4    beginning "The company is not aware," it
 5    says "The company is not aware of any
 6    material undisclosed corporate developments
 7    and has no material change in its business
 8    or affairs that has not been publicly
 9    disclosed that would account for the recent
10    increase in the market price or trading
11    volume of its common shares"?
12         A.      Yes.
13         Q.      So this confirms what you were
14    saying before, that there was no material
15    undisclosed developments or change in
16    BlackBerry's business?
17              MR. ROSEN:  Objection, calls
18         for speculation, mischaracterizes the
19         document, mischaracterizes his prior
20         testimony.
21         A.      Can you say that again?
22         Q.      Does this confirm what you were
23    saying before?
24         A.      No.
25         Q.      What is different about it?
```

```
 1              POIRIER - CONFIDENTIAL
 2        A.        Everything.
 3        Q.        Had you heard about a possible
 4   short squeeze in BlackBerry in late January
 5   2021?
 6        A.        No.
 7        Q.        You never heard anything about
 8   it?
 9        A.        Not that I remember.
10        Q.        Do you know what a short
11   squeeze is?
12        A.        I heard about it, but I don't
13   know how to identify it.
14        Q.        Did you ever seek to
15   participate in a short squeeze for
16   BlackBerry?
17        A.        No.
18        Q.        Are you aware of any attempted
19   short squeezes in AMC around that time?
20        A.        No.
21        Q.        Are you aware of any short
22   squeezes in any of the -- do you know what
23   a meme stock is?
24        A.        Yes.
25        Q.        What is a meme stock?
```

```
 1              POIRIER - CONFIDENTIAL
 2         A.      It seems like they group a
 3   bunch of stocks that a lot of people
 4   comment with a picture on it.
 5         Q.      In January 2021, were you aware
 6   of any attempts to short squeeze a meme
 7   stock?
 8         A.      No.
 9         Q.      Do you recall any news or media
10   attention regarding short squeeze of meme
11   stocks in January 2021?
12         A.      No, I don't remember.
13         Q.      Do you recall hearing or seeing
14   anything on social media about retail
15   investors squeezing hedge funds?
16         A.      No.  I was clueless the whole
17   time.
18         Q.      In late January 2021 did you
19   notice that these meme stocks prices, the
20   stock prices, had dramatically increased
21   from what they were just a few months ago?
22         A.      GameStop got my attention.
23         Q.      What got your attention about
24   GameStop?
25         A.      It seems something was going --
```

```
 1              POIRIER - CONFIDENTIAL
 2   something was wrong about it.
 3        Q.      Like what?
 4        A.      I had no clue.
 5        Q.      Do you remember seeing that
 6   GameStop's stock price was out of
 7   proportion with what stock professionals
 8   believed?
 9        A.      At that time, yeah, but I had
10   no clue what was going on.
11        Q.      And what did you think, if
12   anything at all, about what was going on
13   with GameStop?
14        A.      I'm not an expert.  I had no
15   clue.  I was afraid the whole time that it
16   might affect BlackBerry because fear in the
17   stock market is not good.
18        Q.      Did you perceive other people
19   being afraid?
20              MR. ROSEN:  Objection, vague.
21        A.      No.
22        Q.      So what do you mean, fear in
23   the stock market?
24        A.      Well, I had no clue what was
25   going on, so a lack of confidence is almost
```

```
 1              POIRIER - CONFIDENTIAL
 2   fear.  So I didn't know if Jim Cramer knew
 3   what was going on.  He didn't say like -- I
 4   didn't see anybody saying oh, okay, there
 5   is a reason.  So I was afraid, whenever
 6   GameStop, whatever was going to happen, it
 7   could create fear.
 8        Q.      You testified before that
 9   around this time you went to -- you went to
10   Reddit to figure out what was going on.  Do
11   you recall that?
12        A.      Yeah, yeah.  I wanted to, yeah,
13   to know more about it.  I didn't find
14   anything.
15        Q.      You wanted to know more about
16   the meme stocks?
17        A.      Yeah.
18        Q.      And what was going on with
19   GameStop?
20        A.      Yes.
21        Q.      And why its price was out of
22   touch with what other stock professionals
23   were saying it should be?
24        A.      Yes.  Well, yeah.
25        Q.      So you went to Reddit and you
```

```
  1            POIRIER - CONFIDENTIAL
  2    signed up for an account?
  3         A.    Yes.
  4         Q.    Did you believe that BlackBerry
  5    was a meme stock?
  6                MR. ROSEN:  Objection.
  7         A.    No.
  8                MR. COHEN:  I don't know if you
  9         were --
 10                MR. ROSEN:  I was, I mean, I
 11         didn't list the reasons for the
 12         objection.  I can if you want.  But he
 13         answered the question, so you got an
 14         answer.
 15         Q.    So you have purchased shares of
 16    BlackBerry, correct?
 17         A.    Uh-huh.
 18         Q.    And you were investing in
 19    BlackBerry in early 2021?
 20         A.    Say that again.
 21         Q.    Were you investing in
 22    BlackBerry in early 2021?
 23         A.    I was, yes.
 24         Q.    Was that the first time you
 25    purchased BlackBerry stock?
```

```
                                        Page 110
1                POIRIER - CONFIDENTIAL
2        A.      No.
3        Q.      When did you start purchasing
4   BlackBerry stock?
5        A.      2020.
6        Q.      In 2020, okay.  And were you
7   purchasing the stock, BlackBerry stock, or
8   were you purchasing options in BlackBerry?
9        A.      Both of them I think.
10       Q.      Was it primarily call options
11  in BlackBerry?
12       A.      As time went on, yeah.
13       Q.      I'm showing you what has been
14  marked Exhibit 130.
15               (Defendant's Exhibit 130 marked
16  for identification.)
17               THE WITNESS:  I would like to
18       go back to the washroom.
19               MR. ROSEN:  Can we take a break
20       before you start any questioning?  He
21       wants to use the bathroom.  I could use
22       a bathroom break too.
23               MR. COHEN:  That is fine.  And
24       you know what, if that time is correct,
25       I think it is lunchtime.
```

1          POIRIER - CONFIDENTIAL

2              THE VIDEOGRAPHER:  The time is

3      12:42 p.m. and this marks the end of

4      media unit number two.

5              (Luncheon recess:  12:42 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 112

1    POIRIER - CONFIDENTIAL

2    A F T E R N O O N    S E S S I O N

3    1:35 p.m.

4    M A R C E L    P O I R I E R, resumed.

5    THE VIDEOGRAPHER:  The time is

6    1:35 p.m. and this begins media unit

7    number three.

8    CONTINUED EXAMINATION

9    BY MR. COHEN:

10    Q.    Mr. Poirier, before we took a

11    break for lunch, I put Exhibit 130 in front

12    of you, right?

13    A.    Yes.

14    Q.    Do you recognize this document?

15    A.    Yes.

16    Q.    Is this the certification you

17    signed authorizing The Rosen Law Firm to

18    file this action on your behalf?

19    A.    Yes.

20    Q.    And I will direct you to

21    paragraph 4.  Do you see where this says

22    that "All of the transactions plaintiff has

23    made in the affected stocks during the

24    class period set forth in the consolidated

25    complaint"?

```
                                        Page 113
 1            POIRIER - CONFIDENTIAL
 2       A.     Yes.
 3       Q.     And at the bottom of the page
 4  is your signature, correct?
 5       A.     Yes.
 6       Q.     Looking at the next page, if
 7  you take a look at this chart, is that the
 8  complete list of all the transactions that
 9  you made in the affected stock during the
10  class period?
11       A.     Yes.
12       Q.     Here is Exhibit 131.
13              (Defendant's Exhibit 131 marked
14  for identification.)
15       Q.     Mr. Poirier, this exhibit
16  contains the trading data that you produced
17  in connection with this matter?
18       A.     Yes.
19       Q.     And this is related to your
20  TFSA Questrade account, correct?
21       A.     Yes.
22       Q.     And, for the record, this is
23  beginning Bates P00002213.  So I will ask
24  you to turn to the page where it ends with
25  223 at the bottom.  This page shows the
```

```
 1            POIRIER - CONFIDENTIAL
 2    stock you owned by the end of December
 3    2020, right?
 4         A.      This shows -- can you repeat
 5    that?
 6         Q.      Do you see at the top of this
 7    page it says Stocks Owned?
 8         A.      Stocks Owned, yeah.
 9         Q.      And so this page shows the
10    stocks that you owned at the end of
11    December 2020?
12         A.      Yes.
13         Q.      Do you see the row starting on
14    the left with BB?
15         A.      Yes.
16         Q.      That's BlackBerry, right?
17         A.      Yes.
18         Q.      And you see the column titled
19    Qty?
20         A.      Yes.
21         Q.      That's quantity, right?
22         A.      Yes.
23         Q.      And that means the number of
24    shares purchased, right?
25         A.      Yes.
```

Page 115

POIRIER - CONFIDENTIAL

1

2          MR. ROSEN:  Actually, that's

3     shares owned.

4     Q.     That's number of shares owned,

5  correct?

6     A.     Yes.

7     Q.     And then two columns to the

8  right it says Cost/Share.  Do you see that?

9     A.     Cost/Share, okay, yeah, I see

10  it.

11     Q.     And this means that the price

12  of each share, this is the cost of each

13  share when you purchased those shares?

14     A.     Yes.

15     Q.     And this is in U.S. dollars?

16     A.     Yes, it probably is, yes.

17     Q.     So by the end of 2020, you held

18  4,000 shares of BlackBerry bought at a

19  price of $7.16 per share, correct?

20     A.     Yes.

21          MR. ROSEN:  Scott, before you

22     continue, it says somewhere here

23     securities held in CAD, in Canadian, so

24     in that chart, I'm not sure if that is

25     Canadian or U.S. dollars, because it

```
                                            Page 116
 1            POIRIER - CONFIDENTIAL
 2        says -- the first row in that chart, it
 3        says securities held in CAD.  Oh, then
 4        it is below in U.S. dollars, okay, I
 5        see, all right.  I just wanted to make
 6        sure.
 7                MR. COHEN:  No, thank you.
 8                MR. ROSEN:  So those three --
 9        the last three stocks are U.S. dollars
10        then, okay.  Sorry about that.
11        Q.     Do you know if you purchased
12    all 4,000 of these shares at the same time?
13        A.     No, I don't remember.  I don't
14    remember.
15        Q.     Okay.  Could you turn to the
16    page ending 229.
17        A.     Okay.
18        Q.     If you see eight rows from the
19    bottom, the transaction date of 12-18-2020,
20    and it is a purchase of BlackBerry stock.
21    Do you see that row?
22        A.     Yes.
23        Q.     And the quantity is 4,000
24    shares?
25        A.     Yes.
```

Page 117

1              POIRIER - CONFIDENTIAL

2        Q.        So do you agree that you

3    purchased all 4,000 shares that you held,

4    of BlackBerry that you held in December

5    2020 on December 18th?

6        A.        Say that again.

7        Q.        Would you agree that all 4,000

8    shares of BlackBerry stock that you held at

9    the end of December 2020 you purchased on

10   December 18th, 2020?

11       A.        Yes, it looks like it.

12       Q.        So do you recall why you

13   purchased the BlackBerry shares at this

14   time?

15       A.        It looked like a good

16   investment.

17       Q.        And did you often purchase

18   4,000 shares at one time of any stock?

19       A.        Often, no.

20       Q.        I'm going to show you what's

21   been marked Exhibit 132.

22                 (Defendant's Exhibit 132 marked

23   for identification.)

24       Q.        I'm sorry for all the documents

25   piling up in front of you.  Now, this is a

1            POIRIER - CONFIDENTIAL
2    very similar statement to the one we just
3    went through, correct?
4         A.     Yes.
5         Q.     But this is your January 2021
6    TFSA account statement, right?
7         A.     Yes.
8         Q.     And it includes all your trades
9    settled in January 2021 for that account,
10   right?
11        A.     Yes.
12        Q.     And, for the record, the
13   beginning Bates number of this document is
14   P00002234.
15             MR. ROSEN:  Scott, let me ask
16        you a question.  You said for the
17        current month, but this is dated
18        January 29th, 2021, so it looks like
19        there is two days, the 30th and the
20        31st of January that may or may not be
21        included in here.  I'm just wondering.
22        So I just point that out.  I haven't
23        looked at this carefully, so I don't
24        know.  I don't know if it includes the
25        last two days of January.  I guess we

```
                                              Page 119
 1              POIRIER - CONFIDENTIAL
 2        will find out if we look at it.
 3                  MR. COHEN:  It might just be
 4        about settlement, time to settlement.
 5        Q.      So let's go to the page ending
 6   247.  Are you there?
 7        A.      Yeah.
 8                  MR. COHEN:  Oh, and I believe
 9        that January 30th and 31st were weekend
10        days.
11                  MR. ROSEN:  I was wondering
12        about that.  Okay.
13        Q.      So at the bottom row, do you
14   see that you purchased 8,000 shares of
15   BlackBerry on January 14th, 2021?
16        A.      Yes.
17        Q.      And so this is double the share
18   purchase for BlackBerry stock that you made
19   in December of 2020, correct?
20        A.      Yes.
21        Q.      Is this the biggest stock
22   purchase in terms of value that you made in
23   2021?
24        A.      I don't remember.
25        Q.      You don't often purchase this
```

```
                                              Page 120
 1              POIRIER - CONFIDENTIAL
 2    much stock, correct?
 3         A.      No.  Well, it depends what you
 4    mean by often.
 5         Q.      I will move on.
 6                 So you placed this order -- or
 7    you purchased this on January 14th, 2021,
 8    right?
 9         A.      Yes.
10         Q.      Why did you decide to purchase
11    another 8,000 shares of BlackBerry on this
12    date?
13         A.      I liked the stock.  I don't
14    remember exactly why.
15         Q.      Did you think that the stock
16    price was going to rise?
17         A.      I don't remember.
18         Q.      Were you hoping that this was
19    going to be the next Tesla?
20         A.      Yeah, yes.  Well, not the next
21    Tesla, but a good -- a good company.
22         Q.      Were you hoping that this would
23    break the chart?
24                 MR. ROSEN:  Objection, vague.
25         Q.      Do you understand what I mean?
```

```
                                              Page 121
  1            POIRIER - CONFIDENTIAL
  2       A.      Break the chart?  No.
  3       Q.      Isn't that the term you used
  4  when describing Tesla's stock rising?
  5       A.      When, yeah, it can break out.
  6       Q.      Break out?
  7       A.      Yeah.
  8       Q.      Did you expect BlackBerry would
  9  break out?
 10       A.      No, because a break-out would
 11  be a new all-time high, and this wasn't a
 12  new all-time high, this was more like a
 13  52-week high maybe.
 14       Q.      But you expected the stock
 15  price to continue to rise?
 16       A.      Yeah, I was hoping.
 17       Q.      What were you hoping based on?
 18            MR. ROSEN:  You mean what were
 19       his hopes based on?
 20            MR. COHEN:  Yeah.
 21       A.      I was hoping not to fall again.
 22       Q.      Not to fall again?
 23       A.      Not the stock to fall again,
 24  yeah.
 25       Q.      Based on what did you believe
```

```
                                    Page 122

1              POIRIER - CONFIDENTIAL

2    or hope that BlackBerry stock would

3    continue to rise when you made the stock

4    purchase?

5         A.    I don't remember.

6         Q.    Do you recall when we looked at

7    your Reddit comments earlier in the

8    deposition?

9         A.    Yes.

10        Q.    And do you recall that you

11   commented on a -- on the WallStreetBets

12   subreddit regarding BlackBerry?

13        A.    Yes.

14        Q.    And do you remember that that

15   was on January 15th, 2021?

16        A.    Yes.

17        Q.    And so that comment was made

18   within a day of you purchasing 8,000 shares

19   of BlackBerry stock on January 14th, 2021,

20   correct?

21        A.    Yes.

22        Q.    Does that refresh your

23   recollection at all about why you made the

24   8,000 share stock purchase?

25        A.    No, I can't say 100 percent
```

```
                                        Page 123
 1            POIRIER - CONFIDENTIAL
 2    sure why.
 3         Q.    Do you recall now that you were
 4    influenced by what you read on Reddit in
 5    purchasing this stock?
 6              MR. ROSEN:  Is that a question?
 7              MR. COHEN:  Yes.
 8         A.    No, Reddit, no.
 9         Q.    Do you recall reading anything
10    else about BlackBerry stock on any social
11    media around the time that you purchased
12    8,000 shares of BlackBerry on January 14th,
13    2021?
14         A.    No.
15         Q.    Let's go to the page ending 250
16    in this same document.  Are you there?
17         A.    Yes.
18         Q.    If you look five rows down, do
19    you see that on January 25th, 2021 you
20    purchased another 8,000 shares in
21    BlackBerry?
22         A.    Yes.
23         Q.    Why did you decide to purchase
24    those shares on January 25th?
25         A.    I don't remember.  I liked the
```

```
 1              POIRIER - CONFIDENTIAL
 2   stock.
 3        Q.     That's all you remember, that
 4   you liked the stock?
 5        A.     I liked the company and I liked
 6   the stock.  I liked the same thing.
 7        Q.     So within just a few days of
 8   each other you purchased 16,000 shares of
 9   BlackBerry because you liked the stock?
10        A.     That would be one reason, yeah,
11   and I like -- stocks are safer than call
12   options, that could be a reason.
13        Q.     But why did you invest in
14   BlackBerry in particular?
15        A.     They have a lot of potential as
16   a company, as a software company.
17        Q.     Based on what?
18        A.     On QNX research.  QNX is a part
19   of their business.
20        Q.     And did you just learn about
21   QNX at this time or had you known about it
22   before?
23        A.     No, I had been keeping an eye
24   on BlackBerry for a long time.
25        Q.     So what was it that, from the
```

1           POIRIER - CONFIDENTIAL
2     middle to the end of January, that caused
3     you to become interested in purchasing
4     BlackBerry stock?
5           A.      The patent deal with Facebook,
6     I liked that potential too.  I liked the
7     QNX potential.  I liked a lot of things
8     about BlackBerry.
9           Q.      Did you notice that anybody
10    else was investing in BlackBerry around
11    this time?
12                MR. ROSEN:  Objection, vague,
13          calls for speculation.
14          Q.      You can answer.  I asked if you
15    noticed --
16          A.      No, I haven't noticed.
17          Q.      Do you recall any social media
18    around this time encouraging people to
19    invest in meme stocks?
20          A.      Say that again.
21          Q.      Do you recall seeing social
22    media around this time, mid January to late
23    January 2021, encouraging people to invest
24    in meme stocks?
25          A.      No.  No, I don't remember.

```
 1            POIRIER - CONFIDENTIAL
 2       Q.      At this time were you aware
 3   that there was a short squeeze going on in
 4   meme stocks?
 5       A.      No.  I still don't know how.
 6       Q.      I'm showing you Exhibit 133.
 7               (Defendant's Exhibit 133 marked
 8   for identification.)
 9       Q.      Can you tell me what this
10   document is?
11       A.      It seems somebody replied to
12   someone else on Twitter.
13       Q.      Okay.  And this was a Twitter
14   post that you liked, correct?
15       A.      Is it?
16       Q.      Do you see at the top --
17       A.      I see my name on top.  I don't
18   see the like.
19       Q.      Was this a -- do you see
20   beneath your name it says 3,087 likes?
21       A.      Yeah.
22       Q.      And would you agree that your
23   name above that indicates that you were one
24   of the people who liked this post?
25       A.      It doesn't indicate -- it
```

Page 127

                    POIRIER - CONFIDENTIAL
1
2    doesn't look like -- I'm not 100 percent
3    sure.
4         Q.      I'm being told by my social
5    media expert here that 3,087 likes is
6    actually the number of likes that you made.
7         A.      Really?  In 15 years?
8         Q.      I suppose so.  So do you have
9    any reason to doubt that this is a post
10   that you liked?
11        A.      Any reason to doubt?  The heart
12   would be dark, that would be proof of me
13   liking it I think.
14        Q.      Isn't it true that only a user
15   could see the heart dark?
16        A.      I don't know.
17        Q.      In other words, someone, a
18   third party viewing this like from their
19   computer could not see the heart filled in,
20   correct?
21        A.      I think we should see the same
22   thing everywhere.
23        Q.      Do you see this post is dated
24   January 15th, 2021?
25        A.      Yeah.

Page 128

1          POIRIER - CONFIDENTIAL

2      Q.     And do you know who Real Aloy

3  is?

4      A.     No.

5      Q.     Do you his post says "Biggest

6  short squeeze, BlackBerry on fire"?

7      A.     Yes, I see it.

8      Q.     And then the last line says

9  "Don't let the shorts cover for cheap."

10          Do you see that?

11      A.     Yes.

12      Q.     So on January 15th, 2021 is

13  when you -- is a day after you purchased

14  8,000 shares of BlackBerry stock, correct?

15      A.     A day after, yes.

16      Q.     And January 15th, 2021 is the

17  date that you created your Reddit account,

18  correct?

19      A.     Yes.

20      Q.     And January 15th, 2021 is the

21  date that you commented on a WallStreetBets

22  post about BlackBerry, correct?

23      A.     Yes.  You have the proof of

24  that, right?

25      Q.     What we just said, it's all in

```
                                            Page 129

 1              POIRIER - CONFIDENTIAL

 2     the documents we looked at.

 3          A.    You have the proof of me at the

 4     stated time in that document, is that what

 5     you are talking about?

 6          Q.    Yeah, it is -- you are talking

 7     about your Reddit post?

 8          A.    The last question you asked me.

 9              MR. ROSEN:  His Twitter post,

10          or Twitter retweet, or like, I'm sorry,

11          it is a Twitter like.  He is just

12          asking -- so are you saying you just --

13          you don't remember -- you don't

14          remember retweeting this or liking

15          this, is that the point?

16              THE WITNESS:  I don't remember,

17          yeah.

18              MR. ROSEN:  All right, that's

19          fine.

20              THE WITNESS:  And I don't

21          remember the Reddit thing too, exactly

22          what date.  Oh, this one.  You had

23          the --

24          Q.    So it is January 15th, correct?

25          A.    Okay, yeah.  Yeah, I don't
```

Page 130

POIRIER - CONFIDENTIAL

1                   POIRIER - CONFIDENTIAL

2  remember that one too.

3      Q.    I'm handing you Exhibit 134.

4          (Defendant's Exhibit 134 marked

5  for identification.)

6      Q.    You see your Twitter handle at

7  the top of this page?

8      A.    Yes.

9      Q.    And you see a post by Jim

10  Cramer in the middle?

11      A.    Yes.

12      Q.    And Jim Cramer is someone you

13  mentioned as a person you used to follow,

14  correct?

15      A.    Yes.

16      Q.    And this post is dated January

17  19th, 2021, correct?

18      A.    Yes.

19      Q.    And Jim Cramer says "Just

20  checking in to see how the short squeezes

21  are going.  All good?"

22          Did I read that correctly?

23      A.    Yes.

24      Q.    Do you know what he is talking

25  about?

```
                                      Page 131

 1           POIRIER - CONFIDENTIAL
 2      A.      No.  I have an idea what he is
 3  talking about, but I'm not an expert.
 4      Q.      And do you see the post below
 5  that from Real Aloy?
 6      A.      Yes.
 7      Q.      And that shows BlackBerry at
 8  the bottom, correct?
 9      A.      Yes.
10      Q.      And it says plus 25.07 percent,
11  right?
12      A.      Yes.
13      Q.      And that's referring to the
14  increase in stock price of BlackBerry
15  stock, correct?
16      A.      Yes.
17      Q.      I'm showing you Exhibit 135.
18              (Defendant's Exhibit 135 marked
19  for identification.)
20      Q.      And this is another instance of
21  your Twitter handle at the top, correct?
22      A.      Yes.
23      Q.      And another Real Aloy post,
24  correct?
25      A.      Yes.
```

```
                                              Page 132
 1            POIRIER - CONFIDENTIAL
 2       Q.       And the text in his post says,
 3  or in Real Aloy's post says "what a
 4  breakout for @BlackBerry BB stock...and up
 5  another $1 after hours."
 6                Do you see that?
 7       A.       Yes.
 8       Q.       And do you see this chart?
 9       A.       Some of it.
10       Q.       You said that you visually --
11  you learn best visually when it comes to
12  investment information, correct?
13       A.       Yes.
14       Q.       And can you tell me what this
15  chart is indicating with regard to
16  BlackBerry stock?
17       A.       It is going higher, but it
18  doesn't say to me much.  You need the full
19  picture.
20       Q.       The line going up to the top is
21  nearing a vertical line, correct?
22       A.       Yes.
23       Q.       That would indicate that the
24  stock price is dramatically increasing,
25  correct?
```

Page 133

```
 1            POIRIER - CONFIDENTIAL
 2       A.      Dramatic is a big word.
 3       Q.      Would you disagree with that?
 4       A.      It looked normal.  It looked
 5  okay.  It looks okay.  This picture looks
 6  dramatic, but the real picture looks okay.
 7       Q.      Do you doubt that this is the
 8  picture that was posted by Real Aloy on
 9  Twitter?
10       A.      If I doubt it?  No, I don't --
11  no, I don't doubt it.
12       Q.      And this was dated January
13  23rd, 2021, correct?
14       A.      Yes.
15       Q.      Let's go back to the previous
16  exhibit with your 2021 TFSA account,
17  January 2021.  I think it is Exhibit 132.
18            MR. ROSEN:  It is the January
19       statement?
20            MR. COHEN:  Yes.
21       A.      What page?
22       Q.      Ending 250, please.
23            So before we look at this page,
24  we just went through a lot of the social
25  media posts in the public view in late
```

Page 134

```
 1              POIRIER - CONFIDENTIAL
 2    January 2021, correct?
 3         A.     Yes.
 4         Q.     And they were all showing
 5    BlackBerry's stock price going higher and
 6    higher, correct?
 7         A.     Yes.
 8         Q.     And this is at the same time
 9    that you were purchasing BlackBerry stock,
10    correct?
11         A.     Yes.
12         Q.     And those social media posts
13    referenced a squeeze, correct?
14         A.     Yeah, yes.
15         Q.     If you look at the 11th row on
16    this page, I'm sorry to make you count, but
17    it will be the third row that has a
18    transaction date of January 26th.
19         A.     Yeah.
20                MR. ROSEN:  The buy or sell?
21                MR. COHEN:  The sell.
22         Q.     Do you see that row?
23         A.     Yes.
24         Q.     So you sold 1,000 shares of
25    BlackBerry at a price of $18.458 on that
```

Page 135

1          POIRIER - CONFIDENTIAL
2    day, correct?
3         A.     Yes.
4         Q.     And that was January 26th?
5         A.     Yes.
6         Q.     Do you recall when in the day
7    you sold those shares?
8         A.     No.
9         Q.     And that was within a day of
10   you purchasing 8,000 shares, correct?
11        A.     Yes.
12        Q.     Why did you decide to sell
13   those 1,000 shares within a day of you
14   purchasing 8,000 shares of BlackBerry
15   stock?
16        A.     I don't remember.
17        Q.     Do you recall learning anything
18   new about BlackBerry in between January
19   25th and 26th, 2021?
20        A.     No.
21        Q.     Did you think that there was --
22   do you recall thinking that there was price
23   volatility in BlackBerry stock at that
24   time?
25                   MR. ROSEN:  Objection, calls

Page 136

1              POIRIER - CONFIDENTIAL

2         for speculation.

3         Q.     You can answer if you recall

4    thinking that.

5         A.     I don't remember.

6         Q.     Is it possible that you wanted

7    to sell some of the stock to make a quick

8    profit?

9              MR. ROSEN:  Objection.

10        "Possible" is not a correct form of a

11        question.

12        Q.     You can answer.

13        A.     There is a lot of

14   possibilities.

15        Q.     Did you sell the 1,000 shares

16   on January 26th in order to make a quick

17   profit?

18        A.     Not to make a quick profit, no,

19   but I did sell.  I probably sold for some

20   reason, but I don't remember why.

21        Q.     Do you often buy, I'm sorry, do

22   you often sell stocks within a day of

23   buying the stock?

24        A.     Not often, no.

25        Q.     So that's out of the ordinary?

Page 137

POIRIER - CONFIDENTIAL

1

2      A.      Yeah, you would say it never

3    happened before and probably will never

4    happen again.

5      Q.      Why don't you think it will

6    ever happen again?

7      A.      At that time or now?

8      Q.      Now.

9      A.      The short interests, they will

10    change the rules about that.

11      Q.      If you look down at the trades

12    you made on January 27th, you didn't buy or

13    sell BlackBerry stock, correct?

14      A.      No.

15      Q.      And why is that?

16      A.      I don't remember.

17      Q.      But at this point on January

18    26th and 27th, 2021, besides the 1,000

19    shares you sold, you are holding the rest

20    of the BlackBerry shares that you

21    purchased, correct?

22      A.      Yes.

23      Q.      Was there any particular reason

24    that you recall holding on to these shares?

25      A.      I didn't see any danger at the

Page 138

```
                                    POIRIER - CONFIDENTIAL
 1
 2    time.
 3         Q.      Did you have a goal in mind in
 4    holding on to these shares?
 5         A.      No, I was, like I said, like a
 6    freestyle, I just go day by day.
 7         Q.      I'm showing you what has been
 8    marked Exhibit 136.
 9                 (Defendant's Exhibit 136 marked
10    for identification.)
11         Q.      Mr. Poirier, is this a screen
12    capture of your YouTube account?
13         A.      Yes.
14         Q.      And on the right-hand side it
15    shows the videos that you had saved,
16    correct?
17         A.      Yes.
18         Q.      And this particular list of
19    videos is titled Motivation?
20         A.      Yes.
21         Q.      Can you tell me what that
22    means?
23         A.      Motivational videos about
24    hockey.  It started with hockey and just
25    life itself, and then I just started adding
```

```
 1             POIRIER - CONFIDENTIAL
 2    other videos to it.
 3         Q.     Videos that motivate you?
 4         A.     No, just now the title doesn't
 5    make any sense, I should change it to
 6    entertainment.
 7         Q.     But, in any case, these are
 8    videos that you saved, correct?
 9         A.     Yes.
10         Q.     When do you usually add videos
11    to this play list?
12         A.     When?  There is no when.  It is
13    like my Twitter and stuff, it is like a
14    diary.  I want to learn -- learn more than
15    I came, because I'm not an expert.
16         Q.     I'm going to show you a video
17    on the screen behind you, and it is the
18    video -- actually, let me have you read on
19    your paper, do you see the video that is
20    highlighted on your YouTube account?
21         A.     Yes, yes.
22         Q.     Can you read that?
23         A.     The title?
24         Q.     Yes.
25         A.     "Reddit rebellion is sparking
```

```
 1           POIRIER - CONFIDENTIAL
 2   three market scenarios, and one's really
 3   bullish:  Fundstrat's Tom Lee."
 4           MR. COHEN:  Okay.  And my
 5   understanding, Mr. Rosen, is that we are
 6   going to e-mail these videos to Veritext
 7   and copy you and that it will all be part
 8   of the package of this exhibit.
 9           MR. ROSEN:  So this is an
10       exhibit?
11           MR. COHEN:  This video is an
12       exhibit.
13           MR. ROSEN:  The only question I
14       have is that says "GameStop's epic
15       move" and this says "Regime change on
16       Wall Street," are they the same video
17       or two different videos?
18           MR. COHEN:  It is the same
19       video.  A way that you can confirm, the
20       URL is at the top.  Or we can play the
21       URL if you prefer.
22           MR. ROSEN:  I don't have any
23       position one way or the other.  I'm
24       just asking if it is the same thing
25       that you are showing him.  But if you
```

```
                                            Page 141
 1              POIRIER - CONFIDENTIAL
 2        say so, I will take your word for it.
 3                MR. COHEN:  And we are going to
 4        play the beginning until 14 seconds.
 5                (Video played.)
 6        Q.     Do you remember Elon Musk
 7   tweeting out "Gamestonk"?
 8        A.     No.
 9        Q.     Sitting here today, are you
10   familiar with that tweet?
11        A.     Yeah.  I think it was on the
12   Netflix documentary.
13        Q.     And what did that tweet mean?
14        A.     I had no clue.  I have nothing
15   to do with GameStop.
16        Q.     But as a consumer of social
17   media at that time, you didn't see this at
18   all you're saying?
19        A.     I don't remember seeing it that
20   day.
21        Q.     Do you remember seeing it at
22   all around that time?
23        A.     No.  I was confused the whole
24   time.
25        Q.     What were you confused about?
```

```
                                              Page 142
 1           POIRIER - CONFIDENTIAL
 2      A.      This (indicating).
 3      Q.      The meme stocks?
 4      A.      Yeah.  A short squeeze is
 5  supposed to last two days, three days, if
 6  you ask an expert.  I'm not an expert.
 7      Q.      And this lasted longer?
 8      A.      So somebody -- somebody was
 9  manipulating it.  It wasn't a short
10  squeeze, it was something else.
11      Q.      And that's what confused you at
12  that time?
13      A.      Yes.
14              MR. ROSEN:  You are talking
15      about GameStop?
16              THE WITNESS:  Yes, all of it.
17      I was confused the whole time.
18      Q.      Because of how long the short
19  squeeze was?
20      A.      Yeah.  Like it doesn't -- it
21  doesn't seem normal.  There probably could
22  be another word for this.
23              MR. COHEN:  Let's play from
24      1:46 to 1:55.
25              (Video played.)
```

                                                    Page 143
1              POIRIER - CONFIDENTIAL
2                   MR. COHEN:  Oh, and pause it,
3         please.  Mr. Rosen, just to --
4                   MR. ROSEN:  I recognize it.
5                   MR. COHEN:  So, for the record,
6         this is the image that we see on the
7         hard copy document and this confirms
8         that the video is in fact related to
9         the hard copy document.  Do you agree,
10        Mr. Rosen?
11                  MR. ROSEN:  It looks the same.
12                  MR. COHEN:  Okay, thank you.
13                  (Video played.)
14        Q.      So when you saved this video,
15   what did you think this segment was talking
16   about?
17        A.      It was talking about GameStop
18   at that time, but I found these videos in
19   2022.
20        Q.      Did you hear it say "beyond
21   BlackBerry"?
22        A.      Yeah, she said "beyond
23   BlackBerry."  That was the part that, when
24   I said the fear earlier today, she is
25   confirming it.

1          POIRIER - CONFIDENTIAL

2      Q.      So could you explain what you

3  just said?

4      A.      Well, like it can affect the

5  broader market.

6      Q.      So earlier, correct me if I'm

7  wrong, earlier you testified that around

8  this time you had a fear that something was

9  amiss in the market?

10      A.      I had a fear it would affect my

11  BlackBerry position.

12      Q.      And that fear is confirmed

13  by --

14      A.      Well, she is asking the same

15  question, could it affect the broader

16  market, and everybody acted professional,

17  but if somebody -- it could have, it could

18  have went either way.

19      Q.      Okay.  And can I ask you to

20  look at the hard copy document really

21  quickly.  This video was posted on January

22  26th, 2021, correct?

23      A.      Yeah.  You see that's an

24  interview on that day, yeah.

25              MR. COHEN:  Let's go to 7

```
                                          Page 145
 1              POIRIER - CONFIDENTIAL
 2        minutes and 53 seconds.
 3                   (Video played.)
 4        Q.      So when she said "the little
 5   guy can actually win," did you hear that?
 6        A.      Yes.
 7        Q.      Is that consistent with your
 8   understanding of the meme stock short
 9   squeeze?
10              MR. ROSEN:  Objection, calls
11        for speculation.
12        A.      No, I was confused the whole
13   time.
14        Q.      Do you know at all what she was
15   talking about?
16        A.      I didn't watch this video at
17   that time.
18        Q.      I'm showing you what's marked
19   Exhibit 137.
20              (Defendant's Exhibit 137 marked
21        for identification.)
22        Q.      Mr. Poirier, this document also
23   shows your YouTube page, correct?
24        A.      Yes.
25        Q.      And it also shows videos listed
```

```
 1              POIRIER - CONFIDENTIAL
 2    in your Motivation saved video list?
 3         A.     Yes.
 4         Q.     And could you read the title of
 5    this video?
 6         A.     "Payne sounds off on Wall
 7    Street over GameStop:  All of this whining
 8    is making me sick."
 9         Q.     And this video was posted
10    January 27th, 2021?
11         A.     Yeah.
12         Q.     And do you recall why you saved
13    this video?
14         A.     Yeah, I was confused the whole
15    time.  I didn't even know people were
16    talking about it.  I didn't know -- I don't
17    have Fox channel.  I wish I knew.  I would
18    have -- I could have maybe understand more.
19         Q.     Okay.  Let's watch a short clip
20    of this.
21                Do we agree that this video
22         matches what's on the document?
23         A.     Yes.
24                MR. COHEN:  Let's play at 55
25         seconds.
```

```
                                              Page 147
 1            POIRIER - CONFIDENTIAL
 2                  (Video played.)
 3       Q.      So he is talking about shorting
 4   Wall Street firms, correct?
 5       A.      Yes.
 6                  MR. ROSEN:  Shorting Wall
 7       Street firms?
 8                  MR. COHEN:  Hedge funds.
 9       Squeezing, I'm sorry.
10       Q.      He is talking about squeezing
11   the hedge funds and Wall Street firms that
12   shorted the stock, correct?
13       A.      Can you replay it?
14       Q.      Yeah.
15                  (Video played.)
16       Q.      So he is talking about Wall
17   Street firms that were shorting GameStop,
18   correct?
19       A.      He said beyond 140 percent.
20       Q.      That's how much they were
21   shorting the stock?
22       A.      Yes.
23       Q.      And he said that he encouraged
24   his subscribers to buy the stock still,
25   correct?
```

```
 1              POIRIER - CONFIDENTIAL
 2         A.      I guess so.
 3         Q.      And is it your understanding
 4    that that is the mechanism by which a short
 5    squeeze is done?
 6              MR. ROSEN:  Objection, calls
 7         for speculation.
 8         A.      I'm guessing that Melvin
 9    Capital is covering his shorts and that's
10    what is creating the short squeeze.  Retail
11    investors, the little guy, these are all
12    big guys that's creating this.  Somebody
13    big made a lot of money and somebody big
14    lost a lot of money.  The little guy has no
15    control.
16         Q.      Is it your opinion that retail
17    investors, the little guy, as you say,
18    should band together?
19              MR. ROSEN:  Objection, calls
20         for speculation.  He is not here to
21         give you opinion, he is here to testify
22         about facts in his knowledge.
23         A.      I didn't know.  I didn't even
24    know about Reddit.
25         Q.      One last video.  I'm showing
```

```
 1              POIRIER - CONFIDENTIAL
 2    you, Mr. Poirier, an exhibit marked 138.
 3              (Defendant's Exhibit 138 marked
 4    for identification.)
 5         Q.    This is, once again, a screen
 6    capture of your YouTube page, correct?
 7         A.    Yes.
 8         Q.    And on the side it shows the
 9    videos that you saved in your Motivation
10    video folder, correct?
11         A.    Yes.
12         Q.    And the video that is
13    highlighted on this page is the one that
14    appears on a larger pane in the video play
15    position?
16         A.    Say that again.
17         Q.    Could you tell me what video is
18    being featured here?
19         A.    It is an interview on CNBC.
20         Q.    And what's the title?
21         A.    "Chamath," whatever his last
22    last name is, "on GameStop Stock, AMC
23    Stock... Reddit, WallStreetBets is Retail
24    Revenge."
25         Q.    And this was posted on January
```

```
                                        Page 150
 1            POIRIER - CONFIDENTIAL
 2    27th, 2021?
 3         A.    Yes.
 4              MR. COHEN:  Let's play this
 5         from 7:20.  Oh, and just for the
 6         record, could you confirm, Mr. Rosen,
 7         that this is the same video?
 8              MR. ROSEN:  I can't.  It looks
 9         to have the same picture on it.  But I
10         will take your word for it.  I don't
11         know.
12              (Video played.)
13         Q.    So you heard him talk about
14    momentum trading of retail investors,
15    correct?
16         A.    Yes.
17         Q.    And he was talking about stocks
18    such as AMC and GameStop, correct?
19         A.    Yes.
20         Q.    And those are meme stocks?
21         A.    They gave that title after I
22    think.
23         Q.    You were aware of something
24    amiss in the market in January 2021,
25    correct?
```

Page 151

1      POIRIER - CONFIDENTIAL
2              MR. ROSEN:  Objection, vague,
3      confusing.
4      Q.      You believed there to be
5  something amiss in the market in January
6  '21?
7              MR. ROSEN:  Objection,
8      mischaracterizes his testimony.
9      A.      Amiss?  It was the first time I
10  seen something like that.
11     Q.      In January 2021?
12     A.      Yeah, and it seems like it was
13  the first time they saw something like that
14  too.
15     Q.      So there was -- you were
16  uncertain about what was happening in the
17  market?
18     A.      Clueless the whole time.
19     Q.      Okay.  Let's fast forward a day
20  to January 28th, 2021.  And I'm sorry, you
21  can resume your position.
22              You are aware that Robinhood
23  implemented certain restrictions on
24  purchasing on its platform on January 28th,
25  2021?

```
                                          Page 152
 1           POIRIER - CONFIDENTIAL
 2      A.      Yes.
 3      Q.      Can you describe those
 4  restrictions for me?
 5      A.      They took out the buy button
 6  and it was sell only and they limited --
 7  they limited the amount you could buy.
 8      Q.      Did they do this for all
 9  stocks?
10      A.      No, for 50 stocks in total.
11      Q.      And do you recall any increase
12  in restrictions as the day went on?
13      A.      No.
14      Q.      Do you know how long Robinhood
15  kept those restrictions in place?
16      A.      Until the 4th of February.
17      Q.      And Robinhood -- these
18  restrictions only applied to Robinhood's
19  customers, correct?
20      A.      Yes.
21      Q.      Do you know if any other
22  brokers put similar restrictions on buying
23  during this time?
24      A.      I guess so, yeah.
25      Q.      You guess so?
```

Page 153

1        POIRIER - CONFIDENTIAL

2        A.      In the Congress report it says

3   whoever was in more trouble put more

4   restrictions, and the rest did their own

5   thing.

6        Q.      When did you first hear about

7   Robinhood's restrictions?

8        A.      I was confused, probably that

9   day, yeah, for GameStop, but I didn't know

10  BlackBerry was on the list.

11       Q.      Did you see social media posts

12  about Robinhood's restrictions on January

13  28th?

14       A.      I don't remember.

15       Q.      Did you see information in the

16  news about the restrictions on January

17  28th?

18       A.      I don't remember.

19       Q.      Where that day do you think you

20  heard of the restrictions that Robinhood

21  imposed on traders on January 28th?

22       A.      I don't remember.

23              MR. ROSEN:  Can we take a break

24       before you get started on the next one?

25              MR. COHEN:  Yeah.

Page 154

1          POIRIER - CONFIDENTIAL

2              THE VIDEOGRAPHER:  The time is

3      2:40 p.m. and this marks the end of

4      media unit number three.

5              (Recess taken.)

6              THE VIDEOGRAPHER:  The time is

7      2:49 p.m. and this begins media unit

8      number four.

9   BY MR. COHEN:

10      Q.    I'm showing you what's been

11  marked Exhibit 139.

12              (Defendant's Exhibit 139 marked

13  for identification.)

14      Q.    This is a retweet that you made

15  on January 28th, 2021, correct?

16      A.    Yes.

17      Q.    Could you read the text of the

18  post, please.

19      A.    The first one?

20      Q.    Of the one you retweeted.

21      A.    "Robinhood will not allow

22  opening positions in GameStop, AMC, Bed

23  Bath & Beyond, Nokia, Koss and NAKD."

24      Q.    And BlackBerry was in that

25  list?

```
 1              POIRIER - CONFIDENTIAL
 2        A.      Yes.
 3        Q.      So on January 28th, as you were
 4   saying, you did become aware of Robinhood's
 5   restrictions, correct?
 6        A.      Yes.
 7        Q.      What does "not allow opening
 8   position" mean?
 9        A.      To buy I think.
10        Q.      So Robinhood didn't allow
11   purchase of these stocks listed in the
12   tweet?
13        A.      Yes.
14        Q.      Including BlackBerry?
15        A.      Yes.
16        Q.      But you were still personally
17   able to buy BlackBerry stock?
18        A.      Yes.  I didn't believe what I
19   was seeing.
20        Q.      What didn't you believe?
21        A.      I had no clue if this was true.
22        Q.      But you retweeted it?
23        A.      Yeah, so I can read it again,
24   so I don't forget what was going on.
25        Q.      Okay.  So you wanted to remind
```

```
 1              POIRIER - CONFIDENTIAL
 2    yourself about these restrictions?
 3         A.     I have a very short-term
 4    memory, I had a couple of concussions
 5    playing hockey and, yeah.
 6         Q.     I'm sorry to hear that.
 7         A.     Yeah.
 8         Q.     I'm showing you what has been
 9    marked Exhibit 140.
10              (Defendant's Exhibit 140 marked
11    for identification.)
12         Q.     This is another January 28th,
13    2021 post that you retweeted, correct?
14         A.     Yes.
15         Q.     And it says "I told you
16    Robinhood is a front for Wall Street.
17    They've enriched themselves and Citadel at
18    your expense.  They lie about free trades.
19    Now banning GameStop/AMC trading.  This
20    will certainly hurt many people."
21              Did I read that correctly?
22         A.     Yes.
23         Q.     And you retweeted this,
24    correct?
25         A.     Yes.
```

Page 157

1            POIRIER - CONFIDENTIAL

2       Q.      What does banning GameStop/AMC

3    trading mean?

4       A.      You can't buy.

5       Q.      Earlier we discussed -- you can

6    put the exhibit away -- earlier we

7    discussed that you purchased 4,000 shares

8    of BlackBerry on December 18th, 2020,

9    right?

10      A.      Yes.

11      Q.      And then you purchased 8,000

12   shares of BlackBerry on January 14th, 2021,

13   right?

14      A.      Yes.

15      Q.      And then you purchased another

16   8,000 shares of BlackBerry on January 25th,

17   2021?

18      A.      Yes.

19      Q.      Then we saw that you sold 1,000

20   shares on January 26th, correct?

21      A.      Yes.

22      Q.      Let's look at your February

23   2021 TFSA account.  This is Exhibit 141.

24              (Defendant's Exhibit 141 marked

25   for identification.)

```
                                            Page 158
```

1           POIRIER - CONFIDENTIAL

2           Q.      Can you confirm that this is

3      your February 2021 Questrade TFSA account?

4           A.      Yes.

5           Q.      And it says at the top that

6      this reflects all the trades you settled

7      between February 1st, 2021 and February

8      26th, 2021, correct?

9           A.      Yes.

10          Q.      Let's go to the page ending

11     with 269, and, for the record, the

12     beginning Bates of this document is

13     P00002255.

14                  So in the first row of this

15     page you see that you bought 8,000 shares

16     of BlackBerry stock on January 28th, 2021,

17     correct?

18          A.      Yes.

19          Q.      Do you recall when in the day

20     you purchased those shares?

21          A.      No.

22          Q.      And this was the day you became

23     aware of Robinhood's restrictions, correct?

24          A.      Speculation of them

25     restricting.  I wasn't confirmed that they

```
                                              Page 159
 1              POIRIER - CONFIDENTIAL
 2    did it.
 3         Q.     But you saw news that they were
 4    doing that, correct?
 5                MR. ROSEN:  News or a tweet?
 6         Q.     You saw --
 7         A.     A rumor.
 8         Q.     On social media you saw posts
 9    that --
10         A.     There was a rumor that
11    Robinhood, and I bought some.
12         Q.     Why did you decide to buy
13    again?
14         A.     I wanted to -- I wanted to --
15    well, I liked the stock, I liked the
16    company, and I don't remember why exactly.
17         Q.     And do you remember why you
18    again purchased 8,000 shares?
19         A.     No, I can't -- I can't
20    remember.
21         Q.     But you liked the stock,
22    correct?
23         A.     Yeah.
24         Q.     And you thought it would still
25    continue to rise, correct?
```

```
                                          Page 160
 1            POIRIER - CONFIDENTIAL
 2      A.      Yeah.
 3      Q.      And at this time you purchased
 4  the stock even though you had seen rumors
 5  of Robinhood's trading restrictions, right?
 6      A.      Yes.
 7      Q.      Did you believe that there was
 8  a short squeeze ongoing at this time?
 9            MR. ROSEN:  Which stock are we
10      talking about?
11            MR. COHEN:  I'm sorry?
12            MR. ROSEN:  You are not
13      specifying which stock.
14      Q.      Did you believe that there was
15  a short squeeze going on for GameStop at
16  this time?
17      A.      I have no clue what was going
18  on with GameStop.
19      Q.      Did you think that there was a
20  short squeeze going on for any meme stock
21  at this time?
22      A.      No, I don't know if -- there
23  was something going on.  I didn't know it
24  was a short squeeze.
25      Q.      Okay.  But you decided on
```

```
1              POIRIER - CONFIDENTIAL
2     January 28th, 2021 that you were going to
3     buy BlackBerry stock regardless of the
4     other information that you had seen that
5     day?
6          A.       Yeah.
7          Q.       Did you have any reason to
8     believe that BlackBerry stock, the price of
9     BlackBerry stock would continue to increase
10    after you purchased?
11         A.       Anything can happen, yeah.
12         Q.       Did you believe that the
13    stock -- the BlackBerry stock price would
14    increase based on reasons other than the
15    company's fundamental value?
16         A.       Say that again.
17         Q.       Did you believe that, when you
18    purchased these shares, these 8,000 shares,
19    that BlackBerry's stock price would
20    continue to rise for reasons other than the
21    company's value?
22         A.       I don't remember.
23         Q.       But at that time you can't --
24    you can't recall that you had seen any
25    information about BlackBerry's company in
```

```
                                        Page 162
 1           POIRIER - CONFIDENTIAL
 2   any way?
 3               MR. ROSEN:  Objection, vague.
 4        Q.    Do you recall seeing any news
 5   about BlackBerry?
 6               MR. ROSEN:  On what day?
 7        Q.    On January 28th, 2021, do you
 8   remember seeing any news about BlackBerry?
 9        A.    No.
10        Q.    I'm showing you what has been
11   marked Exhibit 142.
12               (Defendant's Exhibit 142 marked
13   for identification.)
14        Q.    This is another post you
15   retweeted, correct?
16        A.    Yes.
17        Q.    And this is Real Aloy?
18        A.    Yes.
19        Q.    And the date of Real Aloy's
20   post is January 28th, 2021, correct?
21        A.    Yes.
22        Q.    6:06 a.m.?
23        A.    Yes.
24        Q.    The post that you retweeted
25   says "GME tops $500, that is how bad a
```

```
1              POIRIER - CONFIDENTIAL
2    trade the reckless and risky hedge funds
3    indulged in...DON'T SELL."  And "DON'T
4    SELL" is all in capitals, correct?
5         A.    Yes.
6         Q.    And below that it says "BB,
7    AMC, NOK, EXPR," right?
8         A.    Yes.
9         Q.    And BB is referring to
10   BlackBerry?
11        A.    Yes.
12        Q.    This post calls hedge funds
13   reckless and risky.  Do you see that?
14        A.    Yes.
15        Q.    Do you agree with that?
16        A.    At that time?
17        Q.    Yes.
18        A.    I had no clue.
19        Q.    Do you agree with that now?
20        A.    Yes.
21        Q.    Why?
22        A.    Melvin Capital had 50 percent
23   short interest in GameStop, the whole
24   float, 50 percent of the float.
25        Q.    And why was that risky?
```

```
1              POIRIER - CONFIDENTIAL
2                   MR. ROSEN:  Sorry, you can
3         answer the question.  Repeat the
4         question and let him answer it.
5         Q.      You said Melvin Capital had 50
6    percent short interest in GameStop, the
7    whole float, 50 percent of the float.  And
8    I asked why was that risky?
9         A.      Well, I'm not a hedge fund guy,
10   but look at the price.  It is not looking
11   good.
12        Q.      When you retweeted this tweet,
13   were you encouraged to hold on to your
14   BlackBerry stock?
15                  MR. ROSEN:  Are you asking him
16        if this tweet encouraged him to hold on
17        to his BlackBerry stock?
18                  MR. COHEN:  That's what I'm
19        asking.
20        A.      No, I don't -- I make my own
21   opinion.
22        Q.      And why did you retweet this?
23        A.      So I don't forget about it.  At
24   that time I don't even know what a hedge
25   fund is.  I'm still not 100 percent sure
```

Page 165

```
                                          POIRIER - CONFIDENTIAL
 1          POIRIER - CONFIDENTIAL
 2     what a hedge fund is.   A small bank that's
 3     allowed to trade?
 4          Q.     I'm showing you what has been
 5     marked as Exhibit 143.
 6                 (Defendant's Exhibit 143 marked
 7     for identification.)
 8          Q.     Can you look down at the bottom
 9     tweet.  Do you see that you retweeted Elon
10     Musk's tweet from January 28th, 2021?
11          A.     Yes.
12          Q.     And that tweet says "Buy and
13     hold companies that make goods and produce
14     services you love"?
15          A.     Yes.
16          Q.     And this is Elon Musk, the man
17     at the beginning of this deposition you
18     referred to as a genius, correct?
19          A.     Yes.
20          Q.     Do you think other people held
21     that same opinion of him?
22                 MR. ROSEN:  Objection, calls
23          for speculation.
24          A.     Yes.
25          Q.     And he is telling people to
```

```
1              POIRIER - CONFIDENTIAL
2    hold on to stock rather than sell it?
3         A.      That makes goods and produces
4    services you love, yeah.
5         Q.      BlackBerry makes goods and
6    produces services you love, correct?
7         A.      Yes.
8         Q.      I'm showing you what's been
9    marked Exhibit 144.
10                (Defendant's Exhibit 144 marked
11   for identification.)
12        Q.      This is from your Twitter feed,
13   correct?
14        A.      Yes.
15        Q.      Or is this Reddit?  I'm sorry.
16        A.      Twitter.
17        Q.      It is Twitter.  And at the
18   bottom of this page is a tweet from the
19   Chairman.  Do you see that?
20        A.      Yes.
21        Q.      And this is in the
22   WallStreetBets subreddit, correct?
23        A.      I'm not sure.  Yeah, it seems
24   that -- is it the same guy?  These are two
25   different guys.
```

1              POIRIER - CONFIDENTIAL

2       Q.      Do you see that it's -- the

3  handle is @WallStreetBetsChairman, or

4  @WSBChairman?

5       A.      Yes.

6       Q.      And the tweet says "Good night

7  everyone.  See you at the moon tomorrow."

8              Do you see that?

9       A.      Yes.

10      Q.      Do you know who WSB Chairman

11  is?

12      A.      No.

13      Q.      Do you know what "see you at

14  the moon" means?

15      A.      No.

16      Q.      On your Twitter profile, it

17  says "to the moon," doesn't it?

18      A.      Yes, Puffy to the moon.

19      Q.      And your Twitter profile talks

20  about BlackBerry, correct?

21      A.      To the moon is not regarding

22  BlackBerry, it is regarding Tesla.

23      Q.      The "to the moon," earlier when

24  you were describing what "to the moon"

25  means in your Twitter profile, do you

```
                                              Page 168
 1            POIRIER - CONFIDENTIAL
 2   remember that?
 3        A.     Did I say it was a joke?  It is
 4   supposed to be a joke.
 5        Q.     What was the joke?
 6        A.     It is a cat with a space moon
 7   helmet on it.
 8        Q.     I'm going to read you --
 9   earlier today did I ask you "And what does
10   'to the moon' mean?" And did you answer
11   "The stock will go higher"?
12             MR. ROSEN:  You are asking if
13        he remembers what he said five hours
14        earlier?
15        A.     I don't remember what I said.
16        Q.     Okay.  Does "to the moon" mean
17   that the stock will go higher?
18        A.     Tesla stock will go higher, I
19   believe in that, and one, it says for shit
20   and giggles.
21        Q.     When WSB Chairman said "See you
22   at the moon tomorrow" with a rocket, he was
23   saying that the stocks would go higher,
24   correct?
25             MR. ROSEN:  Objection.  The
```

Page 169

                              POIRIER - CONFIDENTIAL
1
2          stocks, what stocks?
3          A.      It could be SpaceX, another
4    Elon Musk company.
5          Q.      I'm showing you what's been
6    marked Exhibit 145.
7                  (Defendant's Exhibit 145 marked
8    for identification.)
9          Q.      At the top of this page it
10   shows your Twitter handle, correct?
11         A.      Yes.
12         Q.      This is your Twitter page,
13   correct?
14         A.      Yes.
15         Q.      And the first tweet on the page
16   is a January 28th, 2021 post saying "Let's
17   go," with a lot of O's, "BB!"
18                 Do you see that?
19         A.      Yes.
20         Q.      And BB is referring to
21   BlackBerry, correct?
22         A.      Yes.
23         Q.      And the figure in the middle is
24   a man behind a WallStreetBets sign,
25   correct?

```
                                          Page 170
 1           POIRIER - CONFIDENTIAL
 2      A.      Yes.
 3      Q.      And he is holding up with his
 4  left hand on the right side of the page the
 5  word "BlackBerry," correct?
 6      A.      Yes.
 7      Q.      And above "BlackBerry" is a
 8  picture of a moon and an astronaut,
 9  correct?
10      A.      It looks like the BlackBerry
11  logo and an astronaut and a golf ball.
12      Q.      So this post is saying that
13  BlackBerry will go to the moon, correct?
14           MR. ROSEN:  Objection.  The
15       document speaks for itself.
16      A.       It doesn't say that.
17           MR. COHEN:  I agree.
18           MR. ROSEN:  You are agreeing
19       with his answer or my objection?
20           MR. COHEN:  I agree that the
21       document speaks for itself.
22           MR. COHEN:  Your speaking
23       objections are getting a little
24       tiresome.
25           MR. ROSEN:  Well, I mean, in
```

Page 171

POIRIER - CONFIDENTIAL

1

2          all fairness, Scott, you are creating a

3          narrative around a document and saying

4          isn't it true, and you are just

5          creating this narrative around a

6          document.  I mean, it is like a

7          cartoon.  You are asking him to

8          interpret the cartoon the way you want

9          to, and I don't think that's -- I think

10         it mischaracterizes the cartoon and,

11         you know, but, anyway, keep going.

12              MR. COHEN:  Well, you're not on

13         deposition.

14         Q.    Let's go back to Exhibit 141,

15    please, which is your February Questrade

16    TFSA statement.

17              MR. ROSEN:  Which exhibit

18         number?

19              MR. COHEN:  141.

20              MR. ROSEN:  So it has got 2255

21         in the bottom, right, Exhibit 141?

22              MR. COHEN:  I believe that is

23         the beginning Bates, yes.

24         Q.    All right.  I will ask you to

25    go to the page ending 269.

```
                                               Page 172

  1            POIRIER - CONFIDENTIAL

  2       A.     Got it.

  3       Q.     So it looks like you sold 5,000

  4   shares of BlackBerry stock on January 28th,

  5   2021, right?

  6       A.     Yes.

  7       Q.     Do you remember when in the day

  8   you sold that?

  9       A.     No.

 10       Q.     But it was after you purchased

 11   the 8,000 shares, correct?

 12       A.     Yes.

 13       Q.     In the same day?

 14       A.     Yes.

 15       Q.     Did you have any new

 16   information about BlackBerry that would

 17   lead you to sell at this time?

 18       A.     No.  From the company,

 19   BlackBerry?

 20       Q.     Or about the company.

 21       A.     No.  I think it is me being

 22   disciplined.  You need to put some -- you

 23   need to sell at some point, and me being

 24   disciplined is -- I should be more

 25   disciplined, like Warren Buffett, 35
```

Page 173

1              POIRIER - CONFIDENTIAL
2   percent cash and stuff.  So I probably
3   tried to be more disciplined at least
4   starting that day with all the information
5   that was going on.
6        Q.     Let's go down three rows.  On
7   January 29th, 2021 you sold another 3,000
8   shares of BlackBerry, correct?
9        A.     Yes.
10       Q.     Do you recall why you sold at
11  that time?
12       A.     No, but probably panicking.
13       Q.     Because of the --
14       A.     I'm clueless, I'm not sure
15  what's going on, and the stock just dropped
16  50 percent, 44 percent, 45 percent.
17       Q.     And did you believe that had
18  anything to do with Robinhood's
19  restrictions?
20       A.     No, because I didn't know if
21  BlackBerry was on the list, because I
22  bought 8,000 that morning, and the rumor is
23  there's a restriction going on, and there
24  is another rumor saying there is a patent
25  getting done.  So there is a lot of

```
                           POIRIER - CONFIDENTIAL
 1
 2     confusion.
 3           Q.      So you were confused, correct?
 4           A.      Of the information that was on
 5     Twitter, yes.
 6           Q.      And if you go four more rows
 7     down, you sold 5,000 shares of BlackBerry
 8     on February 1st, 2021.  Do you see that?
 9           A.      Yes.
10           Q.      Do you know why you sold those
11     shares?
12           A.      I don't remember why, no.
13           Q.      Do you recall having any new
14     information about BlackBerry?
15           A.      No.  It is panicking and
16     discipline and confused the whole time, and
17     that seemed like the smart thing to do.
18           Q.      Did you believe that
19     BlackBerry's value had decreased at this
20     time?
21           A.      No, no.  Those videos, 44
22     percent drop, that is scary.  I don't
23     remember 40 percent drop that day, but...
24           Q.      Let's go to the next page
25     ending 270 at the bottom.  If you look at
```

```
                                            Page 175

 1              POIRIER - CONFIDENTIAL
 2      the first row, you sold 4,000 shares of
 3      BlackBerry on February 2nd, 2021, correct?
 4           A.     Yes.
 5           Q.     Do you remember why you sold
 6      those shares on that day?
 7           A.     For the same reasons.
 8           Q.     Just uncertainty?
 9           A.     Yeah, scary.  I could take a
10      better guess with the chart next to it than
11      just seeing the number.
12           Q.     Am I correct that in January --
13      you can put that away -- in January 2021
14      and February 2021 you did not buy or sell
15      shares of AMC?
16           A.     No.
17           Q.     Bed Bath & Beyond?
18           A.     No.
19           Q.     Did you buy or sell shares of
20      Express Inc.?
21           A.     No.
22           Q.     Did you buy or sell shares of
23      GameStop?
24           A.     No.
25           Q.     Did you buy or sell shares of
```

```
                                          Page 176
 1           POIRIER - CONFIDENTIAL
 2   Nokia?
 3        A.      No.
 4        Q.      Did you buy or sell shares of
 5   Koss Corporation?
 6        A.      No.
 7        Q.      Did you buy or sell shares of
 8   Tootsie Roll?
 9        A.      No.
10        Q.      Did you buy or sell shares of
11   Trivago?
12        A.      No.
13        Q.      Did you consider buying any of
14   these shares -- any shares of these stock
15   in January 2021?
16        A.      I maybe looked at GameStop, but
17   I was clueless.  I didn't know what was
18   going on.
19        Q.      But you looked at it because of
20   the price?
21        A.      Yeah, it went up.  AMC I
22   understood a little bit why, because the
23   movie theaters, like as long as nobody was
24   filing bankruptcy, it was cheap.
25        Q.      Purchasing those stocks were
```

Page 177

```
                                          Page 177
 1          POIRIER - CONFIDENTIAL
 2    cheap then?
 3          A.      I can understand people were
 4    buying it, because no bankruptcy, COVID was
 5    over.
 6          Q.      Since January 2021 have you
 7    purchased shares of BlackBerry again?
 8          A.      After?
 9          Q.      Yes.
10          A.      Yes.  Shares?  Probably.  I'm
11    not sure.
12          Q.      But options you have?
13          A.      Options I have, yeah.  I still
14    believed in the company afterwards.
15          Q.      And why aren't you purchasing
16    as much stock?
17          A.      Now, today?
18          Q.      Yeah.
19          A.      Well, mainly Robinhood made me
20    lost a lot of money, almost everything,
21    everything pretty much.
22          Q.      Right now is it your opinion
23    that BlackBerry stock is undervalued?
24          A.      Long-term, yes.
25          Q.      What does that mean?
```

```
                                            Page 178
 1              POIRIER - CONFIDENTIAL
 2        A.      They have a lot of potential in
 3    the future.
 4        Q.      And I think we covered this
 5    towards the beginning, but today you still
 6    use Questrade?
 7        A.      Yes.
 8        Q.      And that's the only brokerage
 9    that you use?
10        A.      Yes.
11        Q.      Do you hold stock in any of the
12    other companies we've discussed in this
13    deposition?
14              MR. ROSEN:  You mean the nine
15        stocks that are subject to the lawsuit?
16              MR. COHEN:  Yes.
17        Q.      And I will go -- I will go
18    through them for you.  Do you presently
19    hold any AMC stock?
20        A.      No.
21        Q.      Do you presently hold any Bed
22    Bath & Beyond stock?
23        A.      No.
24        Q.      Do you presently hold any
25    GameStop stock?
```

1           POIRIER - CONFIDENTIAL

2      A.     No.

3      Q.     Do you presently hold any

4   Express Inc. stock?

5      A.     No.

6      Q.     Do you presently hold any Koss

7   Corporation stock?

8      A.     No.

9      Q.     Do you presently hold any Nokia

10  stock?

11     A.     No.

12     Q.     Do you presently hold any

13  Tootsie Roll stock?

14     A.     No.

15     Q.     Do you presently hold any

16  Trivago stock?

17     A.     No.

18     Q.     Do you know what stocks make up

19  the greatest portion of your portfolio

20  today?

21     A.     Yes, I know, yeah.

22     Q.     Could you tell me?

23     A.     I have a put option on

24  Microsoft.

25     Q.     Long-term?

```
                                            Page 180
```

1           POIRIER - CONFIDENTIAL
2      A.      No, short-term.
3      Q.      And that makes up the bulk of
4  your portfolio?
5      A.      Yes.
6      Q.      Any other stocks?
7      A.      No.  Oh, yeah, maybe I have a
8  hundred bucks in weed stocks, the weed
9  stock.
10      Q.      Like cannabis?
11      A.      Yeah.
12      Q.      Is that an American company?
13      A.      I'm not sure.
14      Q.      What made you want to invest in
15  that?
16      A.      Sometimes I just buy a little
17  to remind me of I should look in it.  It is
18  a new industry, but it is complicated.
19      Q.      Because of the legality issue?
20      A.      No, just there is already like
21  so many companies, which company is going
22  to win.
23      Q.      Approximately what is the value
24  of your investment portfolio today?
25      A.      ████████████████

1              POIRIER - CONFIDENTIAL

2         Q.      So you are a named plaintiff in

3    this case, correct?

4         A.      Yes.

5         Q.      What does it mean to be a named

6    plaintiff?

7         A.      I'm going to try to help out

8    with everybody that's involved in the class

9    action, that sold their stocks during that

10   time period.

11        Q.      So you mentioned a class

12   action.  What is a class action?

13        A.      A group of people that suffered

14   damages.

15        Q.      And do you know what a class

16   representative is?

17        A.      Yes.

18        Q.      And you are seeking to be a

19   class representative in this action?

20        A.      Yes.

21        Q.      Why is that?

22        A.      I think I would be helpful for

23   this case.

24        Q.      How so?

25        A.      Just by my statements, the

```
                                    Page 182
 1              POIRIER - CONFIDENTIAL
 2    evidence I show speaks for themself.
 3         Q.    So because of your personal
 4    story, you think you will be a good class
 5    representative?
 6              MR. ROSEN:  Come on, don't put
 7         words in his mouth.  Ask him a
 8         legitimate question, please.
 9         Q.    What do you understand to be
10    the responsibilities of a class
11    representative?
12         A.    Yes, I understand.
13         Q.    I'm sorry, what are the
14    responsibilities of a class representative?
15         A.    To make sure they did -- the
16    complaint is reviewed and everything looks
17    good to go forward.
18         Q.    When did you first hear about
19    this lawsuit?
20         A.    2022.
21         Q.    How did you hear about it?
22         A.    On the internet.  I was
23    searching for -- I was searching for it.
24         Q.    You were affirmatively
25    searching for ways to join in an action
```

```
1              POIRIER - CONFIDENTIAL
2   against Robinhood?
3        A.     Yeah, because this is all brand
4   new to me.  I didn't know -- Questrade
5   wasn't going to let me know, so I guess
6   it's up to yourself to protect yourself.
7        Q.     Did you ask Questrade about
8   participating in a lawsuit?
9        A.     No.
10       Q.     Did you reach out to The Rosen
11  Law Firm?
12       A.     Yes.
13       Q.     And about when was that?
14       A.     In 2022.
15       Q.     And who did you speak with at
16  the firm?
17       A.     Laurence maybe the first time
18  or Michael.
19       Q.     Was this the first contact you
20  ever had with The Rosen Law Firm?
21       A.     Yes.
22       Q.     I'm handing you what's been
23  marked Exhibit 146.
24              (Defendant's Exhibit 146 marked
25  for identification.)
```

```
                                          Page 184
```

1           POIRIER - CONFIDENTIAL
2      Q.      This is a Reddit post, correct?
3      A.      Yes.
4      Q.      And the top post is about The
5  Rosen Law Firm defeating Robinhood's motion
6  to dismiss in this case, correct?
7      A.      Yes.
8      Q.      If you flip to the third page,
9  at the bottom is a comment that you made on
10  that post, correct?
11      A.      Yes.
12      Q.      And that was on August 31st,
13  2022?
14      A.      Yes.
15      Q.      And you say "Anyone here thinks
16  it go be the biggest stock market
17  settlement ever?  In the billions?"
18      A.      Yes.
19      Q.      Is this when you learned about
20  the lawsuit?
21      A.      I'm not sure.
22      Q.      Do you remember making this
23  comment?
24      A.      No.
25      Q.      Is it your goal to earn a

```
 1              POIRIER - CONFIDENTIAL
 2   settlement in this case?
 3        A.      To everybody in the class, to
 4   earn something.
 5        Q.      In the billions?
 6        A.      It could happen.  There was two
 7   lawsuits.  I'm not sure if it's -- if this
 8   is the Robinhood one or the Citadel one, of
 9   collusion that got dismissed.
10        Q.      Did you seek to join the
11   Citadel lawsuit?
12        A.      I think it was already
13   dismissed, that one, by the time I found
14   it.
15        Q.      I'm handing you what's been
16   marked Exhibit 147.
17                (Defendant's Exhibit 147 marked
18   for identification.)
19                MR. ROSEN:  I'm going to need a
20        truck to carry all of these things back
21        to my office.
22        Q.      So this is StockTwits, right?
23        A.      Yeah.
24        Q.      And this is your account?
25        A.      Yes.
```

```
                                        Page 186
  1              POIRIER - CONFIDENTIAL
  2        Q.      And on May 16th, 2022 you
  3   posted this post, correct?
  4        A.      Yes.
  5        Q.      Can you read what you wrote?
  6        A.      "Is there a lawsuit for Citadel
  7   and Robinhood for Canadians for January 28?
  8   Class action lawsuit that we should know
  9   about or lawyers to contact?"
 10        Q.      And why did you make this post?
 11        A.      To seek information, to seek an
 12   answer, if somebody had an answer for me.
 13        Q.      And this is the -- withdrawn.
 14              Does the lawsuit you are
 15   participating in now satisfy your quest to
 16   be part of a lawsuit like the one you were
 17   talking about in the StockTwits post?
 18        A.      Yes.
 19        Q.      Are you aware of any
 20   allegations against Citadel in the current
 21   complaint?
 22        A.      The current complaint?  Yes.
 23        Q.      Earlier today you mentioned the
 24   Congressional report.  Do you remember
 25   that?
```

```
                                         Page 187

1              POIRIER - CONFIDENTIAL

2        A.      Yes.

3        Q.      What were you talking about?

4        A.      The report, the document from

5    the Congress.

6        Q.      From the United States

7    Congress?

8        A.      Yeah.

9        Q.      And it dealt with Robinhood?

10       A.      Robinhood is involved, yeah.

11       Q.      Have you read that report?

12       A.      I tried to, yeah.

13       Q.      What do you mean, you tried to?

14       A.      Well, I'm not a lawyer, so

15   there was a lot of pages in that one.

16       Q.      Excluding your deposition

17   today, about how much time would you say

18   you have spent on matters relating to this

19   lawsuit?

20       A.      How much time?  It is a weekly

21   thing.  I talk to the lawyers and stuff,

22   frequently, since October I think, or

23   September.

24       Q.      Of 2022?

25       A.      Yeah.
```

1           POIRIER - CONFIDENTIAL

2           Q.      And how long are these weekly,

3    did you say they are meetings, how long is

4    this weekly thing?

5           A.      E-mails, stuff, we made a Zoom

6    call once, to sign the certification and

7    all that kind of stuff.  They added my name

8    as a representative.

9           Q.      In the complaint?

10          A.      Yeah.

11          Q.      Have you read the complaint?

12          A.      Yes.

13          Q.      When did you read it?

14          A.      A couple of times, and, again,

15   yesterday.

16          Q.      Have you reviewed the other

17   filings in this case?

18                  MR. ROSEN:  Could you be more

19          specific?

20          Q.      Have you reviewed --

21                  MR. ROSEN:  When you say

22          filings, I mean, he's not a lawyer.

23          You mean court filings?

24          Q.      Have you reviewed any other

25   court filings in this case?

Page 189

```
1              POIRIER - CONFIDENTIAL
2        A.      I think so, yeah.
3        Q.      Like what?
4        A.      Does the retainer agreement
5   count for one?  Certification.
6        Q.      Have you read any of the
7   motions that have been filed in this case?
8        A.      Probably not all of them.  Is
9   it in the document?
10       Q.      No, I haven't shown you
11  anything.  I'm just wondering about your
12  general involvement so far.
13       A.      I probably read it at some
14  point.
15       Q.      Have you done anything to
16  prepare for this lawsuit?
17              MR. ROSEN:  For this lawsuit?
18       That is a rather vague question.  Could
19       you be more specific, please?
20       Q.      Have you, Mr. Poirier, done
21  research about issues involved in this
22  lawsuit?
23       A.      No.
24       Q.      Have you spoken with the other
25  class representatives?
```

```
                                            Page 190
 1           POIRIER - CONFIDENTIAL
 2      A.      No.
 3      Q.      Do you know what stage this
 4  litigation is at?
 5      A.      Yes, I think, yes, discovery
 6  phase.
 7      Q.      Okay.  And how much time do you
 8  expect to spend on this lawsuit moving
 9  forward?
10      A.      As much time as they need to.
11      Q.      Have you been compensated for
12  your time and involvement in this case at
13  all?
14      A.      No.
15      Q.      Did you pay for your own travel
16  to get here today?
17      A.      No.
18      Q.      Who paid for that?
19      A.      Rosen.
20      Q.      And for your hotel?
21      A.      Yes.
22      Q.      Have you been told whether
23  you'll receive compensation as a result of
24  this case?
25      A.      No.
```

```
                                            Page 191

 1              POIRIER - CONFIDENTIAL

 2         Q.      This is previous Exhibit 5 in

 3    this case.   On page 1 -- well, do you know

 4    what this is?

 5         A.      It looks like a complaint

 6    document against Robinhood.

 7         Q.      And on page 1, under Summary of

 8    the Action in this first paragraph, it says

 9    that "This is a class action on behalf of

10    persons or entities who held common stock"

11    in these companies "as of the close of

12    trading of January 27th, 2021 and sold such

13    shares at a loss between January 28th, 2021

14    and February 4th, 2021."

15              Do you see that?

16         A.      Yes.

17         Q.      So is it your understanding

18    that in order to qualify as losses in this

19    case, a stock had to have been held as of

20    the close of trading on January 27th, 2021?

21         A.      Yes.

22         Q.      And before we looked at the

23    certification that you signed regarding the

24    trades you made in BlackBerry, do you

25    recall that?   It is Exhibit 130, if you
```

```
                                      Page 192

1              POIRIER - CONFIDENTIAL
2     could find it.
3          A.     Okay, yeah.
4          Q.     So this says that --
5                 MR. ROSEN:  "This" being the
6          certification form, exhibit?
7          Q.     I'm sorry, the certification
8     form that you signed on the back page, the
9     chart says that you purchased 8,000 shares
10    of BlackBerry stock on January 28th, 2021.
11    Do you see that?
12         A.     Yes.
13         Q.     Do you understand that this
14    date is after the date upon which you
15    needed to have held shares?
16         A.     Yes.
17         Q.     You understand that?
18         A.     Yes.
19         Q.     Are you alleging in this case
20    that Robinhood's restrictions is what
21    harmed you?
22         A.     Yes.
23         Q.     Even though you were able to
24    sell -- you were able to buy BlackBerry
25    stock through Questrade, correct?
```

1           POIRIER - CONFIDENTIAL

2      A.      Yes.

3      Q.      Did Robinhood force you to sell

4   your BlackBerry stock when you sold it?

5      A.      No.

6      Q.      So how did Robinhood's

7   restrictions cause you to lose money?

8      A.      They manipulated the stock

9   price.

10     Q.      How?

11     A.      By the restrictions.

12     Q.      And how do you define your

13   losses?

14     A.      From the stocks that I had on

15   the 27th to the ones I sold between the

16   time period, the 28th to the 4th.

17     Q.      Is it your allegation as a

18   named plaintiff that the only reason you

19   lost money in selling those shares was

20   because of the purchasing restrictions

21   Robinhood put in place?

22     A.      The only reason?  Yes.

23     Q.      What about your -- before you

24   talked about your discipline in buying and

25   selling stocks.  Do you remember that?

```
 1            POIRIER - CONFIDENTIAL
 2       A.    Yes.
 3       Q.    Would you attribute any amount
 4  of the losses you sustained to a lack of
 5  discipline?
 6            MR. ROSEN:  Objection, calls
 7       for a legal conclusion.
 8       A.    No.
 9       Q.    Is it your position that there
10  are no other events that occurred between
11  January 28th and February 4th that could
12  have caused your losses?
13       A.    Yes.
14       Q.    I'm going to show you what has
15  been previously marked Exhibit 31, and this
16  is Defendant's First Set of Requests for
17  the Production of Documents and
18  Electronically Stored Information Directed
19  to Plaintiffs, correct?
20       A.    Yes.
21       Q.    Have you seen this before?
22       A.    Yes.
23       Q.    When?
24       A.    In January.
25       Q.    How did you receive this?
```

```
                                              Page 195
```

 1            POIRIER - CONFIDENTIAL
 2        A.      E-mail, probably e-mail.  No,
 3    maybe not this one, no.  It just looks the
 4    same.  Maybe not this one.
 5        Q.      So this document is asking the
 6    plaintiffs to produce documents in their
 7    possession relevant to the lawsuit.
 8        A.      Okay.
 9        Q.      Do you see that?
10        A.      Yeah.
11        Q.      Did you receive anything like
12    this?
13        A.      Yes, yes, I think so.
14        Q.      When did you receive that?
15        A.      In January.
16        Q.      So what you were talking about
17    before is in fact what you are holding in
18    your hands now?
19        A.      Similar to it, yes.
20        Q.      When you received this
21    document --
22        A.      Okay, yeah.
23        Q.      I'm sorry.
24        A.      No, I'm starting to remember.
25    There is a lot of pages.

```
                                               Page 196
 1              POIRIER - CONFIDENTIAL
 2       Q.       When you received this document
 3   in January or something that looked like
 4   this document in January, did you search
 5   for the documents requested?
 6       A.       Yes.
 7       Q.       And did you search through your
 8   text messages?
 9       A.       Yes, I checked everything.
10       Q.       And hard copy documents too?
11       A.       Yes.
12       Q.       Where else did you look for
13   documents?
14       A.       My laptop and my cell phone.
15       Q.       When you looked on your laptop,
16   did you enter a search to find documents?
17       A.       I don't have a lot of saved, so
18   I just need to scroll down.
19       Q.       In your like saved Word files
20   you're saying?
21       A.       Yeah, or my cloud, whatever
22   it's called.
23       Q.       Do you have a work laptop?
24       A.       Personal laptop.
25       Q.       Do you use your personal laptop
```

```
                                        Page 197

 1            POIRIER - CONFIDENTIAL
 2   for work?
 3        A.      No.
 4        Q.      And do you have an e-mail
 5   account?
 6        A.      Yes.
 7        Q.      How many?
 8        A.      Google, Gmail account.
 9        Q.      Did you search both of those
10   accounts -- is that just one account?
11        A.      I have -- I have another
12   account that is like junk mail.  I don't
13   use it.
14        Q.      Did you search all of your
15   e-mail accounts for responsive documents?
16        A.      Yes.
17        Q.      Do you maintain your investment
18   records anywhere?
19        A.      No.
20        Q.      How do you see them when you
21   want to look at them?
22        A.      It's on Questrade.
23        Q.      So did you look -- did you look
24   at your Questrade interface for documents
25   responsive to this request?
```

```
                                          Page 198

 1              POIRIER - CONFIDENTIAL
 2        A.      Yes.
 3        Q.      And you produced everything
 4   that you had from it?
 5        A.      Yes, and I think they did a
 6   good job of putting everything together.
 7        Q.      Did you ever communicate in
 8   writing with anybody regarding BlackBerry
 9   securities?
10        A.      No.
11        Q.      Have you gotten a new phone in
12   the last few months, since January?
13        A.      No.
14        Q.      Did you search all of your
15   social media accounts for responsive
16   documents?
17        A.      Yes.
18        Q.      Did you search the private
19   areas of those social media accounts, like
20   direct messages?
21        A.      Yes.
22        Q.      And your private accounts you
23   searched?
24        A.      Yes.
25        Q.      And you turned over all of the
```

```
 1            POIRIER - CONFIDENTIAL
 2    documents responsive?
 3         A.    Yes.
 4         Q.    Did you limit your search to a
 5    specific time frame?
 6         A.    No.
 7         Q.    When did you give your
 8    documents to counsel?
 9         A.    January or February or March.
10    After January.  Time goes by so fast.
11         Q.    Did you take any steps to
12    preserve the documents and make sure they
13    didn't get deleted?
14              MR. ROSEN:  Do you have a time
15         frame that you're talking about?  Can
16         you be specific about what it is you
17         are asking him?
18         Q.    Since January 2021 have you
19    deleted or thrown out any documents that
20    would be responsive to these requests?
21         A.    No.
22              MR. COHEN:  Could I have --
23         could we take a short break?
24              THE VIDEOGRAPHER:  The time is
25         3:57 p.m. -- 3:56 p.m. and we are off
```

Page 200

1          POIRIER - CONFIDENTIAL

2      the record.

3              (Recess taken.)

4              THE VIDEOGRAPHER:  The time is

5      4:05 p.m. and we are back on the

6      record.

7              MR. COHEN:  I have no further

8      questions for you, Mr. Poirier.  Thank

9      you for sitting.

10             THE WITNESS:  Thanks.  I'm glad

11     it's over.

12             THE VIDEOGRAPHER:  We are going

13     off the record at 4:05 p.m. and this

14     concludes today's testimony given by

15     Mr. Marcel Poirier.  The total number

16     of media units used was four and will

17     be retained by Veritext.

18             MR. ROSEN:  I want to designate

19     the transcript confidential.

20

21             [TIME NOTED:  4:05 p.m.]

22

23

24

25