# Exhibit 14

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

     FOR THE SOUTHERN DISTRICT OF FLORIDA

3    Case No. 1:21-MD-2989-CMA

     - - - - - - - - - - - - - - - - - - -x

4    IN RE JANUARY 2021 SHORT SQUEEZE

5    TRADING LITIGATION

6    - - - - - - - - - - - - - - - - - - -x

7                        April 3, 2023

                         10:15 a.m.

8

9            ***** CONFIDENTIAL *****

10

11           Virtual Videotaped Deposition of

12   CECILIA RIVAS, taken by Defendant, pursuant

13   to Notice, held remotely, before Sharon

14   Pearce, RDR, CRR, CRC, NYRCR, a Registered

15   Diplomate Reporter, Certified Realtime

16   Reporter, and Notary Public of the State

17   of New York.

18

19

20

21

22

23

24

25

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
 4       THE ROSEN LAW FIRM
                Attorneys for Plaintiffs
 5              275 Madison Avenue
                40th Floor
 6              New York, New York 10016
 7       BY:  LAURENCE M. ROSEN, ESQ.
                PHILLIP KIM, ESQ.
 8
 9
10       CRAVATH, SWAINE & MOORE LLP
                Attorneys for Defendants
11              825 Eighth Avenue
                Suite 4043B
12              New York, New York 10019
13       BY:  KATHLEEN E. YOUNG, ESQ.
                SHUYU SUN, ESQ.
14
15
16
17
18    ALSO PRESENT:
19       ZEF COTA, Videographer
20
                     *      *      *
21
22
23
24
25
```

```
 1            RIVAS - CONFIDENTIAL
 2            THE VIDEOGRAPHER:  Good morning.
 3       We are going on the record at
 4       10:15 a.m. on April 3, 2023.  Please
 5       note that the microphones are
 6       sensitive and may pick up whispering
 7       and private conversations.  Please
 8       mute your phones at this time.  Audio
 9       and video recording will continue to
10       take place unless all parties agree to
11       go off the record.
12            This is Media Unit 1 of the
13       video recorded deposition of
14       Cecilia Rivas taken by counsel in the
15       matter of In Re January 2021 Short
16       Squeeze filed in the United States
17       District Court for the Southern
18       District of Florida, Case No.
19       1:21-MD-2989-CMA.  The location of
20       this deposition is 825 Eighth Avenue,
21       New York, New York.
22            My name is Zef Cota representing
23       Veritext, and I am the videographer.
24       The court reporter is Sharon Pearce
25       from the firm Veritext.  I am not
```

1            RIVAS - CONFIDENTIAL

2     authorized to administer an oath.  I

3     am not related to any party in this

4     action, nor am I financially

5     interested in the outcome.

6            Counsel and all present,

7     including remotely, will state their

8     appearances for the record, beginning

9     with the noticing attorney.

10            MS. YOUNG:  Kathleen Young from

11     Cravath, Swaine & Moore on behalf of

12     Robinhood.  I'm also here with my

13     colleague, Shuyu Sun.

14            MR. ROSEN:  Laurence Rosen from

15     the Rosen Law Firm on behalf of

16     Ms. Rivas.

17            THE WITNESS:  Cecilia Rivas.

18            MR. ROSEN:  And Phil Kim is

19     listening in on Zoom.

20            THE VIDEOGRAPHER:  Will the

21     court reporter please swear in the

22     witness and then counsel may proceed.

23

24

25

Page 5

```
 1              RIVAS - CONFIDENTIAL
 2  C E C I L I A     R I V A S,
 3      having first been duly sworn by
 4      Sharon Pearce, the Notary Public,
 5      was examined and testified as
 6      follows:
 7  EXAMINATION
 8  BY MS. YOUNG:
 9      Q.     Thank you.
10             Good morning, Ms. Rivas.  As I
11  mentioned, my name is Kathleen Young.  I'm
12  an attorney from Cravath, and we're here
13  representing defendants in this matter.
14             Can you please state your full
15  name for the record.
16      A.     Cecilia Rivas.
17      Q.     And what's your current address?
18      A.     ███████████████████████████████
19  █████████████████████████████████.
20      Q.     And have you ever been deposed
21  before?
22      A.     Yes.
23      Q.     On how many occasions?
24      A.     Once.
25      Q.     What kind of matter was that?
```

```
                                      Page 6
 1           RIVAS - CONFIDENTIAL
 2      A.    It was a civil suit related to a
 3  child welfare case.
 4      Q.    And were you a party or a
 5  witness?
 6      A.    A witness.
 7      Q.    Witness?
 8           CERTIFIED STENOGRAPHER:  I'm
 9      sorry.  What case was that?
10           THE WITNESS:  It was a civil
11      suit related to a child welfare case.
12      Q.    So you are probably familiar
13  with the rules of the road, but I'll go
14  over some basics before we begin just as a
15  refresher.
16           You understand that you've been
17  sworn in and the testimony you'll give
18  today is under oath; right?
19      A.    Yes.
20      Q.    And is there any reason why you
21  can't give complete and truthful testimony
22  today?
23      A.    No.
24      Q.    You don't have any condition
25  that would prohibit or prevent you from
```

```
 1              RIVAS - CONFIDENTIAL
 2    providing true and complete testimony?
 3         A.     No.
 4         Q.     And the court reporter is taking
 5    down everything we say, so it's important
 6    that you provide an actual verbal
 7    response, so, you know, rather than
 8    shaking your head or nodding, that sort of
 9    thing, since that won't be picked up on
10    record.
11         A.     Okay.
12         Q.     During the course of the
13    deposition, Mr. Rosen may object to the
14    form of the question that's asked.  That
15    objection is just for the record.  You
16    should still answer the question unless he
17    specifically instructs you not to answer
18    on the basis of privilege.
19              Does that all make sense?
20         A.     Yes.
21         Q.     If you don't understand a
22    question I ask, just let me know, and I'll
23    try to clarify it.  And if you don't hear
24    a question fully, just ask me to repeat
25    it.
```

```
                                                    Page 8
 1              RIVAS - CONFIDENTIAL
 2       A.      Okay.
 3       Q.      And if you allow me to just
 4  finish each question before answering, you
 5  know, I'll try to do the same and let you
 6  finish your answers before posing another
 7  question.  And if you need to take a break
 8  at any point during the deposition, that's
 9  completely fine.  It just can't be while
10  an actual question is pending.
11       A.      Okay.
12       Q.      So what steps did you take, if
13  any, to prepare for your deposition today?
14       A.      I reviewed documents and met
15  with my attorneys.
16       Q.      How many -- on how many
17  occasions did you meet with counsel?
18       A.      To prepare for this deposition
19  specifically?
20       Q.      Yes.
21       A.      Twice.
22       Q.      Twice?
23              And was that with Mr. Rosen?
24       A.      Yes.
25       Q.      Only Mr. Rosen, or was anybody
```

Page 9

```
 1            RIVAS - CONFIDENTIAL
 2   else present?
 3       A.    Others were present.
 4       Q.    Do you recall who was there?
 5       A.    Yes.  Michael Cohen, and on one
 6   of the occasions, Phillip Kim, and on the
 7   other, Robin Howard.
 8            CERTIFIED STENOGRAPHER:  I'm
 9       sorry.  Who?
10            THE WITNESS:  Robin Howard.
11            MR. ROSEN:  It's actually
12       Howell.
13            THE WITNESS:  Howell.  Thank
14       you.
15       Q.    I was impressed that you got so
16   many, actually.
17            How long were those meetings?
18       A.    One was an hour and a half and
19   one was about three hours.
20       Q.    And did you speak with anybody
21   else in preparation for this deposition?
22       A.    No.
23       Q.    And you said that you reviewed
24   some documents in preparation for the
25   deposition.
```

```
 1              RIVAS - CONFIDENTIAL
 2              Did any of those documents help
 3    refresh your recollection about past
 4    events?
 5         A.   Yes.
 6         Q.   What kind of -- or do you recall
 7    those documents specifically that
 8    refreshed your recollection?
 9         A.   Social media posts.
10         Q.   Anything specific?
11         A.   I don't -- off the top of my
12    head, I can't say what --
13         Q.   Okay.
14         A.   I remembered honestly nothing
15    about what I had posted on social until I
16    reviewed them.
17         Q.   Understood.
18              Did you take any other
19    preparatory steps for the deposition that
20    we haven't already discussed?
21         A.   No.
22         Q.   And have you discussed this
23    lawsuit with anybody other than your
24    lawyers?
25         A.   Yes.
```

```
                                            Page 11
 1              RIVAS - CONFIDENTIAL
 2       Q.     And with whom have you spoken
 3   about this lawsuit?
 4       A.     My husband.
 5       Q.     Anything specific or just that,
 6   you know, you're coming to New York for
 7   this deposition?
 8              MR. ROSEN:  Objection.  So
 9         there's a spousal privilege.  So the
10         specifics of your conversation are
11         privileged.
12       A.     Yes.
13       Q.     But you have spoken to him about
14   your participation in this lawsuit.
15       A.     Yes.
16       Q.     Have you ever been a plaintiff
17   in a lawsuit before?
18       A.     Yes.
19       Q.     And what kind of lawsuit?
20       A.     It was a dispute over a medical
21   bill.
22       Q.     Was that the only time you've
23   ever been a plaintiff in a lawsuit?
24       A.     Yes.
25       Q.     Okay.  Who were you suing?
```

```
                                              Page 12
 1              RIVAS - CONFIDENTIAL
 2       A.     It was a hospital.
 3       Q.     And what were the actual claims,
 4   if you recall?
 5       A.     That they basically were
 6   fraudulent, like, that they had me write
 7   my father's name and then claimed that it
 8   was his signature.
 9       Q.     I see.
10              Have you ever been sued before?
11       A.     Yes.
12       Q.     How many occasions?
13       A.     Once.
14       Q.     What kind of action?
15       A.     It was the same case.
16       Q.     Oh.
17       A.     So it was the hospital suing me,
18   yes, and me suing back.
19       Q.     I see.  So it was a cross -- you
20   sued them in response to their suit
21   against you?
22       A.     Correct.
23       Q.     Understood.
24              Have you ever been a class
25   representative before?
```

Page 13

```
 1              RIVAS - CONFIDENTIAL
 2       A.    No.
 3       Q.    Have you ever -- have you ever
 4    otherwise participated in a class action
 5    lawsuit?
 6       A.    Yes.
 7       Q.    In what capacity?
 8       A.    As a class member, receiving a
 9    postcard in the mail.
10       Q.    What suit, if you recall?
11       A.    There has been a couple.  One
12    was Facebook over using facial recognition
13    technology in Illinois.  Another was,
14    like, a car part.
15       Q.    Got it.
16             MS. YOUNG:  Shuyu, can we go
17       ahead and mark Tab 29.  I think this
18       will be Exhibit 67.
19             (Defendant's Exhibit 67,
20       LinkedIn profile, was hereby marked
21       for identification, as of this date.)
22       Q.    This will be your version.
23             MR. ROSEN:  So whenever you get
24       an exhibit to look at, just read it
25       through to make sure you understand
```

```
 1            RIVAS - CONFIDENTIAL
 2      what you're reading.
 3            THE WITNESS:  Okay.
 4      Q.    Ms. Rivas, can you identify this
 5   document?
 6      A.    Yes.
 7      Q.    Is it your LinkedIn profile?
 8      A.    Yes.
 9      Q.    Are you currently employed at
10   Casey Family Programs?
11      A.    Yes.
12      Q.    And what is Casey Family
13   Programs?
14      A.    It's an operating foundation
15   that works on child welfare system reform.
16      Q.    Is it a nonprofit?
17      A.    Yes.  It's a nonprofit operating
18   foundation.
19      Q.    And so I guess you said that
20   it's -- works on the child welfare system
21   reform; right?
22      A.    Yes.
23      Q.    So is it a mission-focused
24   organization?  Would you characterize it
25   as such?
```

```
 1              RIVAS - CONFIDENTIAL
 2         A.    I suppose that sounds, like, an
 3    accurate --
 4         Q.    Okay.
 5         A.    -- term.
 6         Q.    What position do you hold?
 7         A.    I'm a national partnership
 8    advisor.
 9         Q.    And what does that mean?
10         A.    It means that I manage our
11    relationships with a group of external
12    partners, advocacy organizations, and
13    professional organizations that share our
14    mission and goals.
15         Q.    And you've been in that role
16    since February of 2022?
17         A.    Correct.
18         Q.    And is that a full-time
19    position?
20         A.    Yes.
21         Q.    And I'd like to ask you about
22    some of your work experience before Casey
23    Family Programs, but let's maybe walk
24    through that experience with your résumé.
25              And so this will be 68.
```

```
 1              RIVAS - CONFIDENTIAL
 2                  (Defendant's Exhibit 68, Résumé
 3          of Cecilia Rivas, Bates P00001092, was
 4          hereby marked for identification, as
 5          of this date.)
 6          Q.    And can you identify this
 7      document?
 8          A.    Yes.
 9          Q.    This is your résumé?
10          A.    Yes.
11          Q.    And I don't think this résumé
12      mentions Casey Family Programs.
13                Has it just not been updated
14      since you started working there in
15      February 2022?
16          A.    Correct.
17          Q.    Okay.
18          A.    This was my most up-to-date
19      résumé as of when I was asked for it.
20          Q.    And understanding that it's, you
21      know, not completely up to date, does the
22      information contained here otherwise
23      accurately reflect your professional
24      experience and qualifications?
25          A.    It does.
```

```
 1              RIVAS - CONFIDENTIAL
 2      Q.    Okay.  So let's talk about some
 3  of those prior jobs.
 4            Can you tell me about your
 5  experience at the Youth Law Center?
 6      A.    Sure.  I was the implementation
 7  director for a foster care reform and
 8  improvement initiative called the Quality
 9  Parenting Initiative.  So we were focused
10  on ensuring that children had excellent
11  parenting every day while in foster care.
12  So I worked with different states that
13  were contracting with the Youth Law Center
14  to implement the Quality Parenting
15  Initiative.
16      Q.    And that's what QPI stands for.
17      A.    Yes.
18      Q.    Okay.  And you were in that role
19  for about two years?
20      A.    Yes.
21      Q.    And what about your position at
22  the Philadelphia Department of Human
23  Services?
24      A.    I had a couple of positions
25  there.  So I started out as the resource
```

1                RIVAS - CONFIDENTIAL

2    development administrator, which meant

3    that I was focused on developing the

4    network of resource homes for children in

5    foster care.  And then I became the

6    director of intervention and resource

7    development, which means that I worked on

8    ensuring an array of evidence-based

9    interventions for children and families

10   involved in the child welfare system as

11   well as continuing to oversee development

12   of resource homes.

13        Q.    Got it.

14              And prior to working at the

15   Philadelphia Department of Human Services,

16   you worked as a CUA case management

17   supervisor?

18        A.    Yes.

19        Q.    On the next page.

20        A.    Yes.  A community umbrella

21   agency case management supervisor.

22        Q.    You anticipated my next

23   question.

24              And you held that job for close

25   to four years?

```
 1              RIVAS - CONFIDENTIAL
 2      A.     Yes.
 3      Q.     And what were your main
 4  responsibilities?
 5      A.     So I supervised a seven-member
 6  case management team, and they managed
 7  cases ranging from in-home services for
 8  families with, you know, at risk of
 9  placement to foster care cases, kinship
10  cases, adoption cases, and/or youth.
11      Q.     And before that, you were a
12  therapist working in Chicago; right?
13      A.     Yes.
14      Q.     That was at One Hope United?
15      A.     Yes.
16      Q.     What is that?
17      A.     It's another -- it's a nonprofit
18  that does community-based foster care and
19  child welfare and mental health services.
20      Q.     And you have a master's in
21  social work; right?
22      A.     Yes.
23      Q.     What drew you to social work?
24      A.     Wanting to, you know, advocate
25  for children and families who were facing
```

Page 20

```
 1              RIVAS - CONFIDENTIAL
 2    injustices and wanting to help children
 3    and their families be, you know, safe and
 4    healthy and thrive.
 5        Q.    And the master's in social work,
 6    that's the highest level of education
 7    you've obtained; right?
 8        A.    Yes.
 9        Q.    And you received that degree in
10    2011 from the University of Central
11    Florida?
12        A.    Yes.
13        Q.    And you also have a BA in
14    history with a minor in women's studies
15    from the University of Central Florida as
16    well; right?
17        A.    Yes.
18        Q.    And you graduated in 2009?
19        A.    Yes.
20        Q.    Got it.
21              And you're also licensed in
22    Pennsylvania as a clinical social worker;
23    right?
24        A.    Yes.
25        Q.    Okay.  Do you have any other
```

Page 21

```
 1              RIVAS - CONFIDENTIAL
 2    educational credentials, like licenses or
 3    certifications, that sort of thing?
 4         A.    No.
 5         Q.    You don't have any
 6    certifications or licenses that relate to
 7    finance; right?
 8         A.    No.
 9         Q.    Ms. Rivas, do you have a
10    Facebook account?
11         A.    Yes, I do.
12         Q.    Do you recall your username or
13    handle?
14         A.    I don't recall my username or
15    handle.
16         Q.    Okay.
17              MS. YOUNG:  Let's take a look,
18         Shuyu, at 23.  This will be
19         Exhibit 69.
20              (Defendant's Exhibit 69,
21         Facebook profile page, was hereby
22         marked for identification, as of this
23         date.)
24         Q.    Do you recognize this document,
25    Ms. Rivas?
```

```
 1            RIVAS - CONFIDENTIAL
 2       A.     I do.
 3       Q.     Is this your Facebook profile
 4  page?
 5       A.     Yes.
 6       Q.     Okay.  How often do you use
 7  Facebook?
 8       A.     I look at it every day.
 9       Q.     Okay.  Do you ever use Facebook
10  to research the stock market?
11       A.     No.
12       Q.     You don't use it to, you know,
13  research investment strategies or possible
14  investments, anything like that?
15       A.     I see people talking about
16  investments and, you know, sometimes chat
17  with people, but not in a very
18  sophisticated way.  Like, I wouldn't call
19  it investment research.
20       Q.     Got it.
21              Have you ever posted anything on
22  Facebook that relates to investing?
23       A.     Yes.
24       Q.     How frequently, would you say?
25       A.     I think only during the
```

```
 1              RIVAS - CONFIDENTIAL
 2   situation with Robinhood and GameStop and
 3   then back during the Occupy Wall Street
 4   protests.  I would have been posting about
 5   that as well.
 6        Q.    Got it.
 7              Outside of those two time
 8   periods, you don't recall ever posting
 9   about --
10        A.    I don't recall ever posting, no.
11        Q.    Do you ever delete posts or
12   comments that you post on Facebook?
13        A.    I have.
14        Q.    Anything -- have you ever
15   deleted anything investment related?
16        A.    No.
17        Q.    Okay.  Do you have a Twitter?
18        A.    Yes.
19        Q.    Okay.
20              MS. YOUNG:  Shuyu, can we look
21        at Tab 25, which has been previously
22        marked as Exhibit 2.
23
24
25
```

```
                                              Page 24
 1              RIVAS - CONFIDENTIAL
 2                (Defendant's Exhibit 2, A letter
 3         dated February 27, 2023, was
 4         previously marked for identification.)
 5         Q.    So I just put in front of you,
 6    Ms. Rivas, a letter that your counsel
 7    previously provided in this action on
 8    February 27th of 2023 -- you can see that
 9    at the top -- that lists social media
10    handles that you've used.
11                If you take a look at page 2, do
12    you see your name?
13         A.    Yes.
14         Q.    And the handle of your Twitter
15    account that's provided here is
16    ████████████████████
17                Is that the correct account
18    name?
19         A.    I'm not sure.  I'm not sure if
20    my name is spelled that way in the account
21    name.
22         Q.    I got it.  Okay.
23                MS. YOUNG:  Let's take a look at
24         Tab 26, Shuyu, which should be
25         Exhibit 70.
```

```
                                                Page 25
 1          RIVAS - CONFIDENTIAL
 2              (Defendant's Exhibit 70, Twitter
 3       account web page, was hereby marked
 4       for identification, as of this date.)
 5       Q.    Do you recognize this document?
 6       A.    Yes.
 7       Q.    Is this your Twitter page?
 8       A.    Yes.
 9       Q.    And can you please read the
10    handle on this page, which is top --
11       A.    Yes.
12       Q.    -- left side.
13       A.    ████████████████████
14       Q.    And the account name is
15    ███████████████████████ rather than
16    ██████████
17       A.    Yes.
18       Q.    ████████████
19             Okay.   Thank you?
20             Is there any significance in the
21    ███████████?
22       A.    It was my ████████████████████
23       Q.    Okay.   I see.
24       A.    Philadelphia.
25       Q.    Is this the only account you
```

Page 26

```
 1              RIVAS - CONFIDENTIAL
 2    have on Twitter?
 3        A.    Yes.
 4        Q.    Have you ever Tweeted from this
 5    account?
 6        A.    I have.
 7        Q.    Is it just that it's private and
 8    that's why we can't see it?
 9        A.    I'm not sure if it's private or
10    if I deleted Tweets.  But I know I Tweeted
11    when I first started at DHS.
12        Q.    And when was that?
13        A.    That was -- well, I started in
14    November 2017.  It would have been
15    sometime while I was a resource
16    development administrator between
17    November 2017 and 2018.
18        Q.    But you don't know if there's
19    any Tweets that are currently available or
20    still posted on your Twitter profile.
21        A.    I can't remember if I deleted
22    them or if they're just not visible
23    publicly.
24        Q.    I see.
25              Do you ever use Twitter to
```

Page 27

```
 1              RIVAS - CONFIDENTIAL
 2    research the stock market?
 3        A.    No.
 4        Q.    Or investment strategies?
 5        A.    No.
 6        Q.    Do you have a Reddit account?
 7        A.    I do.
 8        Q.    Do you recall your handle?
 9        A.    ████████████████████████
10    ████████████.
11        Q.    Got it.  Okay.
12              CERTIFIED STENOGRAPHER:  I'm
13    sorry.  Could you repeat that handle.
14              THE WITNESS:  It's ██████████
15        Q.    And do you ever use Reddit to
16    research the stock market?
17        A.    No.
18        Q.    Or investment strategies?
19        A.    No.
20        Q.    Have you ever posted or
21    commented on anything on Reddit that
22    relates to investing?
23        A.    No.
24        Q.    Have you ever viewed discussions
25    on Wallstreetbets on Reddit?
```

```
 1            RIVAS - CONFIDENTIAL
 2       A.     Yes.
 3       Q.     When did you first learn about
 4  Wallstreetbets?
 5       A.     January 2021.
 6       Q.     How did you learn about it?
 7       A.     Either seeing friends write
 8  about it or in, like, you know, mainstream
 9  media articles.  I don't remember which.
10       Q.     How closely did you follow that
11  sub-Reddit during that period?
12       A.     I read it every day.
13       Q.     Every post or just --
14       A.     Looked at it every day.
15       Q.     Okay.
16       A.     I wouldn't say I read every
17  post.
18       Q.     Since January of 2021 or
19  February of 2021, have you followed --
20  gone back and looked at Wallstreetbets?
21       A.     Yes.
22       Q.     How frequently?
23       A.     Occasionally, I think, during
24  the rest of 2021.  I don't believe I've
25  looked at it since then.
```

```
                                        Page 29
 1              RIVAS - CONFIDENTIAL
 2       Q.    Got it.
 3              Do you ever delete posts or
 4    comments on Reddit?
 5       A.    No.
 6              MS. YOUNG:  Let's go ahead and
 7       mark 30, which I think is 71.
 8              (Defendant's Exhibit 71, Reddit
 9       account web page, was hereby marked
10       for identification, as of this date.)
11              MR. ROSEN:  This is 71?
12              MS. YOUNG:  Yes.
13       Q.    The account -- well, I think
14    it's similar.  But if you look in the
15    upper right-hand corner, do you see
16    "u/Cat-nap-215"?
17       A.    I do.
18       Q.    Is that your profile -- your
19    handle?
20       A.    It is.
21       Q.    Got it.
22              And under "Cake day," it says
23    July 21, 2021.
24              Does that indicate that that's
25    when you created this account?
```

```
                                         Page 30
 1              RIVAS - CONFIDENTIAL
 2       A.    I don't know what that
 3   indicates.
 4       Q.    Do you recall creating an
 5   account prior to that time?
 6       A.    I had an account prior to that
 7   time.
 8       Q.    Do you know if it was this
 9   account or a different account?
10       A.    I vaguely remember changing my
11   username at one point.
12       Q.    Got it.
13       A.    I don't remember if I, like,
14   created a different account or -- and I --
15   now that I look at this, I remember this
16   post, but I had completely forgotten it.
17       Q.    Understood.
18             MS. YOUNG:  Let's mark Tab 24,
19        Shuyu.  This will be 72.
20             (Defendant's Exhibit 72, Reddit
21        comment, was hereby marked for
22        identification, as of this date.)
23       Q.    And do you recognize this
24   account?
25       A.    Yes.  No.  I'm sorry.  Let me
```

```
 1              RIVAS - CONFIDENTIAL
 2    look at it for a second.
 3         Q.    Sure.
 4         A.    Yeah.  It looks like it's a
 5    different username.  So maybe this is
 6    where I created one under a different
 7    name.  This is not ringing a bell.
 8         Q.    The handle of it is
 9    ████████████████████; right?
10         A.    Yes.
11         Q.    But you're not sure if this is
12    your account?
13         A.    Maybe?  It's a long time ago,
14    and it's not -- I don't remember.
15         Q.    Could you read the date below
16    "Cake day."
17         A.    ████████████████████.
18         Q.    And that was the day before the
19    class period in this case; right?
20         A.    Yes.
21         Q.    And if you look kind of beneath
22    "New," looks like there's a post that
23    relates to Robinhood.
24         A.    I'm sorry.  Which exhibit are
25    you on now?  72 or 71?
```

```
 1            RIVAS - CONFIDENTIAL
 2       Q.    72.  So if you look at --
 3  there's a -- you commented on "Robinhood's
 4  Guinea Pig for Upending Public Offerings."
 5       A.    Yes.
 6       Q.    But you're not sure if this was
 7  your account?
 8       A.    I mean, it says ███████ so it's
 9  probably my account.  I truly do not
10  remember this at all.
11       Q.    That's not on the list, though,
12  on -- of handles on Exhibit 2; right?
13       A.    No.  I did not provide this,
14  because I completely forgot about it.
15       Q.    Got it.
16            Do you have an Instagram
17  account?
18       A.    I do.
19            MS. YOUNG:  Shuyu, let's mark
20       Tab 28.  73.
21            (Defendant's Exhibit 73,
22       Instagram account web page, was hereby
23       marked for identification, as of this
24       date.)
25       Q.    And while we're waiting for
```

```
                                          Page 33
 1            RIVAS - CONFIDENTIAL
 2   that, have you ever posted on Instagram?
 3        A.   I can't remember if I've ever
 4   posted.  I certainly don't post much.
 5        Q.   More of a lurker?
 6        A.   Yes.
 7        Q.   Me as well.  Oh, wait.  I should
 8   be giving you this one.
 9             MR. ROSEN:  This is 73?
10             MS. YOUNG:  Yeah.  73.
11        Q.   Is this your handle here?
12        A.   Yes.
13        Q.   And that's ██████████
14        A.   Yes.
15        Q.   This is the only account you
16   use?
17        A.   Yes.
18        Q.   Okay.  Do you ever use Instagram
19   to research the stock market?
20        A.   No.
21        Q.   Or investment strategies?
22        A.   No.
23        Q.   And do you have a TikTok?
24        A.   Yes.
25        Q.   Okay.
```

```
 1            RIVAS - CONFIDENTIAL
 2                MS. YOUNG:  Shuyu, let's mark
 3        Tab 27.  This will be 74.
 4                (Defendant's Exhibit 74, TikTok
 5        account page, was hereby marked for
 6        identification, as of this date.)
 7        Q.    Do you ever post on TikTok?
 8        A.    No.
 9        Q.    Is this your handle, ▮▮▮▮▮▮▮?
10        A.    Yes.
11        Q.    Do you ever use TikTok to
12   research the stock market?
13        A.    No.
14        Q.    Or investment strategies more
15   generally?
16        A.    No.
17        Q.    Do you ever delete posts or
18   comments on TikTok?
19        A.    No.
20        Q.    Do you use any other social
21   media?
22        A.    Off the top of my head, nothing
23   is coming to mind.  But let me double
24   check this exhibit.
25                No.
```

```
                                          Page 35
 1            RIVAS - CONFIDENTIAL
 2       Q.     You don't have a Discord
 3   account?
 4       A.     No.   I've never used Discord.
 5       Q.     Or a YouTube account?
 6       A.     I may have a YouTube account.   I
 7   don't watch it much.
 8       Q.     Got it.
 9       A.     I don't watch it at all, I
10   should say.
11       Q.     Do you invest in the stock
12   market?
13       A.     Yes.
14       Q.     When did you first start
15   investing?
16       A.     August 2020.
17       Q.     Why did you start investing?
18       A.     I was, you know, stuck at home
19   during a pandemic and got a couple of
20   stimulus checks and the first time decided
21   to take that step.
22       Q.     And how did you first start
23   investing?
24       A.     I had a Robinhood account.   I
25   downloaded Robinhood -- I downloaded
```

```
 1              RIVAS - CONFIDENTIAL
 2    Robinhood in 2018, but I did not put money
 3    into it until August 2020.
 4         Q.    Do you recall why you opened an
 5    account in 2018 if you didn't start
 6    actually trading until a couple of years
 7    later?
 8         A.    A friend wanted the, you know,
 9    credit for referring me, so I downloaded
10    it but didn't -- at that point, I
11    definitely did not have the money to put
12    into the stock market.
13         Q.    You're a better friend that I
14    was -- than I would be.  I'm not sure that
15    I would open an account.  But --
16         A.    Well, I didn't ultimately put
17    any money in it, so they probably didn't
18    get the bonus.
19         Q.    And are you still a Robinhood
20    user?
21         A.    Yes.
22         Q.    How frequently do you use
23    Robinhood?
24         A.    Hardly ever.  I just have one
25    stock left in there.
```

```
                                         Page 37

 1              RIVAS - CONFIDENTIAL
 2       Q.    And has your usage kind of waxed
 3   and waned over time?  Like, were there
 4   periods where you were using Robinhood
 5   more frequently?
 6       A.    Yes.
 7       Q.    And when was that?
 8       A.    I was using Robinhood more
 9   frequently from August 2020 when I first
10   got onto the platform until January, and
11   then in February, I switched over to
12   Fidelity and, you know, don't use
13   Robinhood too much to look at stocks
14   anymore.
15       Q.    So focusing just on that
16   August 2020 to January 2021 period, how
17   frequently would you say you used it?
18       A.    Daily.
19       Q.    And by daily --
20       A.    Sorry.  But when you say used,
21   do you mean, like, buying and selling, or
22   do you mean looking at the app?
23       Q.    You anticipated my next
24   question.
25              So I should say when you would
```

```
 1              RIVAS - CONFIDENTIAL
 2      go on to Robinhood onto the app, was it
 3      just checking your portfolio most of the
 4      time or actively trading?
 5          A.    Most of the time, it was just
 6      looking at stocks.
 7          Q.    And how frequently would you say
 8      approximately you traded on the app back
 9      during that period between August 2020 and
10      January of 2021?
11          A.    There were days where -- or,
12      like, weeks where I would, you know, trade
13      every day.  It was kind of that
14      gamification where, like, I would see if I
15      could make a little bit of money here and
16      there on stocks.
17          Q.    Got it.
18          A.    So waxed and waned, I would say.
19          Q.    And there were times I assume
20      that you would just open the app just to
21      take a look at your portfolio.
22          A.    Just to take a look at stocks in
23      general, not necessarily even my
24      portfolio.
25          Q.    So what features did you use on
```

```
                                                Page 39

 1              RIVAS - CONFIDENTIAL
 2    the app, if you recall, when you were
 3    using it more regularly?
 4        A.     Creating watch lists and then
 5    opening stocks to see how they were doing.
 6        Q.     Did you ever review
 7    company-specific information on the app?
 8        A.     Company-specific information,
 9    like -- like, where they would post, you
10    know, SEC filings and that kind of thing?
11        Q.     Yeah, stuff like that.
12        A.     I've done that with my brother's
13    company, but besides that, I don't think
14    I've ever looked at that type of -- like,
15    gone that far down the rabbit hole on any
16    stocks.
17        Q.     And what about more general news
18    that might be posted about certain
19    companies on the app?
20        A.     Yeah.  I would sometimes click
21    on the news.
22        Q.     Did you subscribe to Robinhood
23    Snack newsletters, if you recall?
24        A.     Yes.
25        Q.     Did you review those?
```

```
 1              RIVAS - CONFIDENTIAL
 2      A.    Yes.  I wouldn't say I
 3   subscribed.  I think Robinhood put me on
 4   the list, but I did not unsubscribe.
 5      Q.    Understood.
 6            You mentioned a Fidelity
 7   account.
 8      A.    Yes.
 9      Q.    Is that your only other
10   brokerage account that you've ever had?
11      A.    Yes.
12      Q.    And --
13      A.    No.  I'm sorry.  I created a --
14   that's right.  I'm sorry.  I created,
15   like, later on, after this -- after the
16   period that I was asked for documents a
17   public account for the, you know, free
18   opening of stocks, and I think last year,
19   I opened a Webull account, same thing, for
20   those stocks but did not trade on those
21   platforms.
22      Q.    So a Webull account and a
23   Fidelity account; right?
24      A.    And public.
25      Q.    And public.
```

```
 1              RIVAS - CONFIDENTIAL
 2                 But you opened the Webull
 3    account and the public account
 4    approximately when?
 5         A.    It was after the, like, period
 6    of time where I was producing my accounts.
 7    But it, like -- later in 2021, I think.
 8    This is so long ago.
 9         Q.    And is it only -- of those
10    brokerage accounts, is the only one that
11    you kind of actively use the Fidelity
12    account?
13         A.    Yes.  Yeah.
14         Q.    And when did you create that
15    account?
16         A.    That was right after Robinhood
17    turned off the buy button.  So it would
18    have been beginning of February 2021.
19         Q.    Got it.
20                 And how frequently do you use
21    Fidelity?
22         A.    Like, to trade or --
23         Q.    Yeah.
24         A.    -- looking at it?
25         Q.    Trade, I guess.
```

Page 42

```
 1            RIVAS - CONFIDENTIAL
 2       A.    Recently, I haven't done any
 3  trading.  It's just left the money that I
 4  have in there in it.
 5       Q.    Do you invest on behalf of
 6  anyone else?
 7       A.    No.
 8       Q.    Does anyone invest on your
 9  behalf?
10       A.    No.
11       Q.    Have you ever hired an
12  investment or financial advisor?
13       A.    No.
14       Q.    Focusing I guess back in that
15  August 2020 to January 2021 period, how
16  much time approximately did you dedicate
17  to investing?
18       A.    August 2022?
19       Q.    Oh, I'm sorry.  Between
20  August 2020 and January of 2021.
21            MR. ROSEN:  Per day?  Per week?
22       Per month?
23       Q.    Per day, let's say.
24       A.    It depended upon the day and --
25  so I -- it's hard to say.
```

Page 43

RIVAS - CONFIDENTIAL

1

2     Q.     What about focusing in on the

3   January 2021 period?  How much time would

4   you guess that you were, you know --

5   estimate that you invest?

6     A.     I mean, during that period of a

7   lot of activity, probably a couple of

8   hours.  So, like, reading and scrolling

9   and --

10    Q.     And since that time, have you

11  dedicated, you know, a couple of hours a

12  day to investing or --

13    A.     No.

14    Q.     -- less?

15    A.     No.  Much less.

16    Q.     How would you describe your

17  investment strategy?

18    A.     I think investment strategy is

19  probably too strong of a term for anything

20  I've ever had.

21    Q.     Well, what's your main objective

22  in investing?

23    A.     To make money.

24    Q.     So when you decide to buy a

25  particular stock, can you walk me through

```
 1              RIVAS - CONFIDENTIAL
 2    how you make that decision.
 3        A.    I buy stocks that I think are
 4    likely to go up.  It depends upon the
 5    stock as to how I make that decision.
 6        Q.    What factors do you consider
 7    when you're evaluating whether or not you
 8    think the stock price will increase?
 9        A.    Whether or not I think it's a,
10    you know, sound or good company, whether
11    or not I support the company in terms of,
12    like, ethics.  Like, I'm more likely to
13    invest in a green company.  I
14    categorically don't invest in, like, oil
15    or energy.  And also with respect to
16    stocks that have a lot of buzz among
17    friends, you know, or, like, Meme stocks I
18    would consider sort of the fun aspect of,
19    like, being a part of excitement or
20    enthusiasm.
21        Q.    And --
22        A.    So many different factors.
23        Q.    And so I guess honing in first
24    on when you said you consider whether or
25    not it's a good company.
```

```
 1            RIVAS - CONFIDENTIAL
 2            By that, do you mean that you
 3   agree with their -- you know, what you
 4   perceive to be the company's ethics?  Is
 5   that what you meant by "good"?
 6       A.    I think the first category that
 7   I said of, like, things to consider is do
 8   I think -- when I said good, I meant is
 9   the business doing well or sound.
10       Q.    Financially.
11       A.    Yeah.
12       Q.    And do you base that
13   determination on things like SEC filings
14   or earnings announcements?
15       A.    More like news articles and --
16   yeah, like, news articles and sort of
17   knowledge of the general environment for
18   that, you know, respective industries.
19       Q.    And do you consider the
20   company's cash flow projections, things
21   like that?
22       A.    No.  I am not that -- not that
23   savvy.
24       Q.    And a few minutes ago, you
25   did -- you mentioned also the fun aspect
```

```
                                        Page 46
 1              RIVAS - CONFIDENTIAL
 2    of being -- I think you said being --
 3    sorry.  I don't want to mischaracterize
 4    what you said.
 5         A.    Part of a lot of enthusiasm.
 6         Q.    Part of excitement or
 7    enthusiasm; right?
 8         A.    Yeah.  Yes.
 9         Q.    Is that how would you
10    characterize the Meme stock events?
11         A.    That was one factor, but not the
12    only factor.
13         Q.    And when you mention that, you
14    know, you might hear some buzz about a
15    company from friends and stuff like that,
16    is that often stuff that you would hear
17    online on social media?
18         A.    Yeah.  That's one place.
19         Q.    Where else?
20         A.    Sometimes text messages with
21    friends that, you know, I don't have
22    anymore.
23         Q.    What do you mean that you don't
24    have anymore?
25         A.    I mean my iPhone is set to only
```

```
 1              RIVAS - CONFIDENTIAL
 2   maintain text history for three months, so
 3   on a rolling basis, you know.  So without
 4   that history, I really can't remember what
 5   I've received via text message, but mostly
 6   social media.
 7       Q.    Are there any other factors that
 8   you consider when you're deciding whether
 9   or not to invest in a company?
10       A.    I think I hit everything.
11       Q.    What about the decision to sell
12   a particular stock?
13       A.    I sell when I think it's likely
14   going to not go up anymore.
15       Q.    And how do you make that
16   determination, or what informs your view
17   as to whether or not you think the stock
18   price will go down?
19       A.    If it seems like there's --
20   sometimes there might be momentum in a
21   downward direction where it seems like
22   investors have lost faith in a company.
23   It might be reading bad news about a
24   company.  It might be sometimes that it
25   has gone up so much that I just have a
```

```
                                        Page 48
 1            RIVAS - CONFIDENTIAL
 2   feeling like this stock can't go up
 3   anymore, you know.  Surely, it's going to
 4   come back down.
 5        Q.    And are there particular news
 6   segments or programs that you follow for
 7   investing?
 8        A.    Not specifically.  I mean, I,
 9   like, am more likely to read MSNBC News
10   online or, you know, I subscribe to the
11   New York Times and the Washington Post and
12   read their business sections.
13        Q.    Do you subscribe to any
14   newsletters about investing?
15        A.    I don't think so, no.
16        Q.    Or listen to any podcasts about
17   the market or investing?
18        A.    No.
19        Q.    Do you watch any television
20   shows about investing?
21        A.    No.  I don't own a TV.
22        Q.    I'm impressed.
23        A.    Thank you.
24        Q.    I think you probably answered
25   this earlier, but you don't follow any
```

```
                                        Page 49
 1              RIVAS - CONFIDENTIAL
 2   social media sources for advice about the
 3   market?
 4       A.    I don't think I follow anybody,
 5   no.
 6       Q.    Okay.  And did this general
 7   investment strategy that we just discussed
 8   change at all around January of 2021?
 9       A.    No.  I wouldn't say it changed.
10       Q.    And are you familiar with a
11   company called GameStop?
12       A.    Yes.
13       Q.    What kind of company is it?
14       A.    It's a company that sells games.
15   It's a retail company.
16       Q.    Have you ever done any research
17   into GME as a potential investment?
18       A.    Yes.
19       Q.    What did you do?
20       A.    Reading news articles and
21   chatter on social media.
22       Q.    And approximately when was this
23   that you recall doing this research?
24       A.    The first time that I've read
25   about GameStop as a stock as opposed to as
```

```
 1                RIVAS - CONFIDENTIAL
 2      a company at the mall, that would have
 3      been January 2021.
 4           Q.    And what do you recall reading
 5      around that time?
 6           A.    A lot of people believed that
 7      the stock was undervalued and poised for,
 8      you know, business turnaround.  A lot of
 9      people believed it was shorted even though
10      it was a company with potential.
11           Q.    Did you -- do you recall
12      researching things like earnings
13      announcements?
14           A.    No.
15           Q.    Or press releases, things like
16      that from the company?
17           A.    I don't specifically recall
18      reading press releases.
19           Q.    Or company financials that the
20      company put out?
21           A.    No.
22           Q.    Do you recall any -- and you
23      don't recall any company announcements
24      generally from GME in January of 2021.
25           A.    I recall that they were pretty,
```

```
 1              RIVAS - CONFIDENTIAL
 2   like, silent.  Like, they did not comment
 3   on the sharp price increase.  That's all I
 4   remember, because I remember thinking
 5   that's probably smart of them.
 6        Q.    Why was that?
 7        A.    Just because they -- nobody will
 8   be mad at them for their statements if
 9   they don't make statements.
10        Q.    Why do you have a view as to why
11   somebody could be mad at them if they had
12   made a statement about the increase in the
13   stock?
14        A.    It was a controversial stock, if
15   you will.  Many people wanted it to go up.
16   Many people wanted it to go down.
17        Q.    Are you aware of anything GME
18   was doing differently as a company in
19   January of 2021?
20        A.    Yes.
21        Q.    What was that?
22        A.    They were trying to pivot more
23   into online sales.
24        Q.    And you mentioned a moment ago
25   that you thought that GME was a fairly
```

Page 52

```
 1              RIVAS - CONFIDENTIAL
 2   controversial stock at this time because a
 3   lot of people wanted it to go down.
 4            Had you heard about a possible
 5   short squeeze in GameStop around this
 6   time?
 7       A.     Yes.
 8       Q.     And what did you hear about
 9   that?
10       A.     The belief that there was a
11   short squeeze.
12       Q.     Just generally that there was a
13   short squeeze?
14       A.     Yes, that the stock was heavily
15   shorted and that short sellers were having
16   to cover their shorts.
17       Q.     Did you want to participate in a
18   possible GME short squeeze?
19       A.     I didn't know if there was a
20   short squeeze.
21       Q.     But you heard about the
22   possibility of a short squeeze.
23       A.     Yes.
24       Q.     And to the extent that
25   materialized, were you interested in being
```

```
 1            RIVAS - CONFIDENTIAL
 2    part of that squeeze?
 3        A.    I liked the idea that shorts
 4    were losing money on GameStop.
 5        Q.    And why did you like that?
 6        A.    I don't like hedge funds.  I
 7    don't like anybody on Wall Street.  And I
 8    like GameStop as a company.
 9        Q.    And were you aware of any other
10    attempted short squeezes in other stocks
11    around this time?
12        A.    I heard things, yeah.
13        Q.    Do you recall any of those
14    companies?
15        A.    Yeah.
16        Q.    Can you tell me what those are?
17        A.    AMC, Bed Bath & Beyond, Koss,
18    Express, Trivago, something like that.
19    Those are the ones that come to mind.
20        Q.    Do you recall anything about an
21    attempted short squeeze of Blackberry?
22        A.    Yes, Blackberry as well.  That
23    was another one.
24        Q.    Nokia?
25        A.    Yes.
```

1            RIVAS - CONFIDENTIAL

2       Q.      Tootsie Roll?

3       A.      Yeah.  They sound familiar as

4   you name them, like, oh, right, there was

5   that too.

6       Q.      Do you recall any specifics

7   about what you heard about short --

8   potential short squeezes in some or all of

9   those stocks?

10      A.      That they were -- you know, the

11  theory was that they were heavily shorted

12  and that people wanted to take advantage

13  of that fact by buying the stock,

14  believing it would go up.

15      Q.      And by take advantage of that,

16  do you mean that they were trying to take

17  advantage of the fact that it was heavily

18  shorted to induce a short squeeze to make

19  money or to kind of stick it to hedge

20  funds and other institutional investors

21  that were heavily shorting those stocks?

22          MR. ROSEN:  Objection.  Compound

23      question.

24      Q.      I can break it down.

25      A.      Sure.

```
 1              RIVAS - CONFIDENTIAL
 2      Q.     And by -- well, I'll just ask it
 3  more generally.
 4              What did you mean by, you know,
 5  people were trying to take advantage of
 6  that, of the short interest or potential
 7  short squeeze in those companies?
 8      A.     I mean, I -- I can't speak for
 9  other people's decisionmaking --
10      Q.     Sure.
11      A.     -- processes.
12      Q.     But you had the impression that
13  there were at least some retail investors
14  that were trying to take advantage of
15  that.  I guess I'm just trying to
16  understand what you mean by take advantage
17  of that.
18      A.     When I said take advantage, I
19  meant to make a profit.
20      Q.     Got it.
21              And by late January of 2021, had
22  you heard that the stock price for any of
23  these companies had increased dramatically
24  around this time?
25      A.     Yes.
```

```
 1              RIVAS - CONFIDENTIAL
 2        Q.     Do you recall any news or media
 3   attention about the price of any of those
 4   stocks increasing beyond what many people
 5   thought that they were actually worth?
 6        A.     Yes.
 7        Q.     Do you recall anything specific
 8   about that?
 9        A.     I recall speculation in the
10   media that there was a short squeeze.
11        Q.     And is it your understanding
12   that a short squeeze would mean that the
13   price of a stock is driven beyond what it
14   would -- what it's really worth?
15        A.     That is my understanding of,
16   like, one aspect of what a short squeeze
17   is.
18        Q.     And what about for GME
19   specifically?
20        A.     What about it?
21        Q.     Would you -- did you -- do you
22   recall media or news attention about the
23   stock price of GME increasing beyond what
24   it was actually worth at that time?
25        A.     I recall reading news about
```

```
1              RIVAS - CONFIDENTIAL
2      there being a short squeeze.  Yeah.
3          Q.    And again, just to ensure that I
4      fully understand, your understanding is
5      that if there's a short squeeze, that that
6      means that the price of the stock is --
7      has exceeded what it's actually worth.
8          A.    I mean, I think that the idea of
9      what it's actually worth is something that
10     for every stock at all times people will
11     debate over.  That's why some people buy,
12     some people sell.
13         Q.    I think you have used the term
14     earlier "Meme stock."
15               When did you first hear that
16     term?
17         A.    I don't remember.
18         Q.    What do you understand a Meme
19     stock to be?
20         A.    I understand a Meme stock to be
21     a stock with a lot of retail interest and
22     buzz and excitement.
23         Q.    Is it your understanding that
24     Memes are supposed to be funny?
25         A.    In -- like, in terms of, like,
```

```
                                             Page 58
 1              RIVAS - CONFIDENTIAL
 2   posting, you know -- posting images on the
 3   internet, that in that sense, a Meme is
 4   generally funny.  But if you're asking
 5   with respect to a Meme stock, no.  I don't
 6   think that it necessarily means that.
 7        Q.    You don't think that there's --
 8   you didn't think that there was anything
 9   funny about Meme stocks.
10        A.    Not necessarily.
11        Q.    Did you believe any of the
12   stocks we've been discussing today were
13   considered Meme stocks around this time?
14        A.    Yes.
15        Q.    Which of them?
16        A.    All of the ones that we just
17   named were referred to as Meme stocks, you
18   know, in the media and pop culture.
19        Q.    And did you think there was
20   anything funny about these, you know,
21   events that we've been discussing in late
22   January of 2021?
23        A.    Did I think there was anything
24   funny?  I mean, there were aspects that
25   were funny, yes.  I think -- yeah.
```

1           RIVAS - CONFIDENTIAL

2        Q.     Could you expand on that, what

3   you mean by that?

4        A.     The idea of hedge funds losing

5   money at the hands of retail investors.

6   You know, like, if that was true, I would

7   find that funny.

8        Q.     Funny.

9        A.     Yeah.

10        Q.     Does that sort of relate to this

11   buzz or the excitement in the online

12   community around this time with respect to

13   these events and sort of momentum around

14   that trading activity?

15        A.     What do you mean does it relate

16   to -- like, does me finding it funny --

17        Q.     Funny.  Yeah.

18        A.     -- relate to that?

19        Q.     Is that part of what you meant

20   by -- I think earlier you described it

21   participating in some of the stuff was

22   fun --

23        A.     Yeah.

24        Q.     -- around that time, and it was

25   exciting, and it was part of the --

Page 60

```
 1          RIVAS - CONFIDENTIAL
 2      A.     Well, when I said it was fun, I
 3   didn't mean that it was funny.  But yeah.
 4      Q.     Okay.
 5      A.     Yeah.
 6      Q.     The part that you find funny is
 7   more just, you know, hedge funds
 8   potentially losing money because of their,
 9   you know -- how heavily they shorted these
10   stocks.
11      A.     Yes.
12      Q.     Is that fair?
13      A.     Yes.
14      Q.     Okay.
15          MR. ROSEN:  Can we take a break
16      at some point?
17          MS. YOUNG:  Yeah.  That's
18      actually a good time.  Ten minutes?
19          MR. ROSEN:  Sure.
20          MS. YOUNG:  Okay.
21          THE VIDEOGRAPHER:  We're going
22      off the record at 11:03 a.m.
23          (Recess)
24          THE VIDEOGRAPHER:  We're back on
25      the record at 11:19 a.m.
```

1              RIVAS - CONFIDENTIAL
2    BY MS. YOUNG:
3         Q.    And Ms. Rivas, you understand
4    you're still under oath.
5         A.    Yes.
6         Q.    Right?  Okay.
7               And have you purchased shares of
8    GME before?
9         A.    Yes.
10        Q.    And when was that approximately?
11        A.    Which shares?
12        Q.    Well, the first time you
13   purchased GME.
14        A.    The first time I purchased GME
15   was January 27th of 2021.
16        Q.    Okay.
17              MS. YOUNG:  Let's look at
18        Tab 21, Shuyu.  This is 75.
19              (Defendant's Exhibit 75,
20        Certification, was hereby marked for
21        identification, as of this date.)
22              MR. ROSEN:  Exhibit 75?
23              MS. YOUNG:  75.  Yeah.
24        Q.    Ms. Rivas, do you recognize this
25   document?

```
                                            Page 62
 1            RIVAS - CONFIDENTIAL
 2      A.    Yes.
 3      Q.    And can you identify it as a
 4   certification you signed authorizing the
 5   Rosen Law firm to file this action on your
 6   behalf?
 7      A.    Yes.
 8      Q.    I'm going to direct you to
 9   paragraph 4 on that first page.  You see
10   where the certification says it lists all
11   the transactions you have made in the
12   affected stocks during the class period
13   set forth in the consolidated complaint?
14      A.    Yes.
15      Q.    And at the bottom of the page,
16   that bears your signature there?
17      A.    Yes.
18      Q.    And if you look at the next
19   page, is this a complete list of all the
20   transactions you made in the affected
21   stocks during the class period?
22      A.    Yes.
23      Q.    And those only included trades
24   in GME; right?
25      A.    Well, there was a sale in
```

```
 1              RIVAS - CONFIDENTIAL
 2    February.
 3        Q.    Right.  Just during -- yeah.
 4    Trades in GME.
 5        A.    Yes.
 6        Q.    Right.
 7              Okay.  And then before we turn
 8    to the specific trades, I think you
 9    discuss a little bit of research that you
10    did or news articles and such that you
11    read about GME around this time period.
12              Was a lot of that prior to
13    investing in GME?
14        A.    I have read articles prior to
15    investing in GME.
16        Q.    And was there anything in
17    particular that prompted you to trade at
18    this point in time on January 27th?
19        A.    I liked the stock.
20        Q.    Can you expand on that?  What
21    did you like about it?
22        A.    I like GameStop as a company and
23    I believed that the stock would go up.
24        Q.    Why did you think the stock
25    would go up?
```

```
                                        Page 64

 1              RIVAS - CONFIDENTIAL
 2        A.     It seemed like there was
 3   momentum in an upward direction.
 4        Q.     And was it your understanding
 5   that any of that momentum was driven by
 6   the enthusiasm on social media?
 7        A.     I don't remember, like, my exact
 8   thought process about why is it going up.
 9        Q.     Did you have any understanding
10   that a lot of people on social media were
11   coordinating their trading to drive up the
12   price of GME?
13        A.     I don't believe that people were
14   coordinating.
15        Q.     Do you think that people were
16   encouraging others on social media to buy
17   GME or hold their shares of GME around
18   this time?
19        A.     There were people encouraging
20   others to buy GME.
21        Q.     And did you read anything
22   specific about GME on Wallstreetbets prior
23   to buying, you know, your share on the
24   27th?
25        A.     I read things about GME on
```

```
                                              Page 65
 1              RIVAS - CONFIDENTIAL
 2   Wallstreetbets prior to buying on the
 3   27th.
 4        Q.    Can you describe anything that
 5   you read with much particularity?
 6        A.    Not really.
 7        Q.    But at this point in time, you
 8   were aware of a potential short squeeze in
 9   GME; right?
10        A.    I was aware of speculation about
11   a potential short squeeze.
12        Q.    Right.  Discussion about the
13   possibility of a short squeeze.
14        A.    Yes.
15        Q.    Okay.  Let's look at Tab 10.
16   This will be 76.
17              (Defendant's Exhibit 76,
18         Robinhood trading data, Bates
19         RHMDL00097435.001, was hereby marked
20         for identification, as of this date.)
21        Q.    And I can represent to you that
22   this exhibit contains trading data that
23   Robinhood produced in connection with this
24   matter and that the account number in the
25   left-hand column is your Robinhood account
```

```
                                              Page 66
 1              RIVAS - CONFIDENTIAL
 2    number, but I can also show you one of
 3    your account statements if you want to
 4    confirm that for yourself.
 5         A.     It's okay.
 6         Q.     Okay.  And if you look at --
 7         A.     The account statements don't
 8    list, like, order created and order
 9    cancelled; right?
10         Q.     They don't have the specific
11    times, which is why I'm showing you this.
12         A.     Right.
13         Q.     But it doesn't have your name on
14    it either.  So if you want to just be able
15    to, you know, confirm that this number in
16    the account number field is the one in
17    your statement, then I can provide it to
18    you.  But --
19         A.     I do believe it's the same
20    account number.
21         Q.     And if you look at the seventh
22    column, the one titled "Order Created At
23    (UTC)," that shows the time you place each
24    order in the coordinated universal time
25    zone, which is eight hours ahead of
```

```
                                    Page 67
 1            RIVAS - CONFIDENTIAL
 2    Pacific Standard Time.
 3            And if you look at the trade on
 4    the second row, do you see that you put in
 5    an order to buy one share of GME at the
 6    price of 290 per share?
 7        A.    Yes.
 8        Q.    And you placed that order on
 9    January 27th at 14:40 UTC, which is
10    6:40 a.m. Pacific; right?
11        A.    Yes.
12        Q.    And just to confirm, you don't
13    really recall your exact thought process
14    about why you chose to buy GME at this
15    particular time; right?
16        A.    I don't recall my exact thought
17    process, no.
18        Q.    Do you recall anything, like,
19    generally?
20        A.    Any what?
21        Q.    Anything that motivated you,
22    like, more broadly at that time?
23            MR. ROSEN:  Objection.  Asked
24        and answered previously.
25        Q.    You can still answer.
```

```
                                            Page 68
 1              RIVAS - CONFIDENTIAL
 2       A.    I buy stocks when I think that
 3   they're going to go up.  So I definitely
 4   thought it would go up.
 5       Q.    And why did you think the price
 6   of GME was going to increase?
 7       A.    Why you said?
 8       Q.    Mm-hmm.
 9       A.    I mean, I didn't, like, know for
10   sure.  There's no way to know that.
11       Q.    But why did you think that at
12   the time?
13       A.    Both because it's a stock that
14   I -- or a company that I and a lot of
15   people like and because there was a lot of
16   enthusiasm, a lot of people, like, online
17   and via the media saying that they were
18   buying it.
19       Q.    Did you consider this a
20   long-term investment in GME?
21       A.    I didn't consider one way or the
22   other.  Like, I did not think that far
23   ahead.
24       Q.    And if you move on to the fifth
25   row, do you see where you sold one share
```

Page 69

1            RIVAS - CONFIDENTIAL
2    of GME at a price of 345 per share?
3        A.    Yes.
4        Q.    And that was at 15:52 UTC, which
5    is 7:52 a.m. Pacific; right?
6        A.    Yes.
7        Q.    So that was --
8        A.    I'll trust you on that.
9        Q.    Yeah.  I can represent to you
10   the conversion.
11            But that was less than an hour
12   and a half after you bought that share at
13   6:40 a.m. Pacific; right?
14       A.    Yes.
15       Q.    Why did you decide to sell that
16   share of GME so soon after buying it?
17       A.    I sell when I believe that a
18   stock is likely to go down.  So I was at
19   that point concerned that it would go
20   down, and so that's why I sold.
21       Q.    Did you learn anything new about
22   the company that led you to believe it was
23   now overvalued?
24       A.    Did I learn anything new, like,
25   as far as reading new financial statements

```
 1              RIVAS - CONFIDENTIAL
 2   or something or, like, what do you mean by
 3   learning anything new?
 4       Q.    Was there anything that you
 5   learned about GME between when you bought
 6   the share, you know, let's say an hour and
 7   a half earlier and when you sold it that
 8   made you feel differently about its actual
 9   value?
10       A.    I don't recall specifically why
11   I thought this is the moment where I
12   should sell.
13       Q.    But it's fair to say you thought
14   that the price was going to decrease.
15       A.    Yes.
16       Q.    And do you have any recollection
17   as to why you believed that?
18       A.    I don't remember exactly.  Like,
19   I don't want to speculate about my thought
20   process between 6:30 and 7:30 a.m.
21       Q.    Did you think that the stock
22   price had risen substantially during that
23   short period?
24       A.    I did think that that was a
25   substantial gain.
```

1              RIVAS - CONFIDENTIAL

2        Q.    Did you want to cash in on the

3    $55 profit?

4        A.    I mean, I cashed in on the $55

5    profit.

6        Q.    But you don't recall whether or

7    not that was part of the reason you

8    decided to sell at that time.

9        A.    It was a fact at the time that I

10   sold.  So I assumed that was part of the

11   reason.

12       Q.    Do you often sell stocks within

13   a couple of hours or days after buying

14   them?

15       A.    No.

16       Q.    Then what -- for, you know, most

17   of the other stocks that you buy, what

18   informs your decision about how long to

19   hold them?

20       A.    It really depends on the stock.

21       Q.    And was there any reason why you

22   considered GME an exception to your

23   general practice of holding stocks for

24   longer periods of time?

25       A.    I don't think I said that I have

```
 1              RIVAS - CONFIDENTIAL
 2    a general practice of holding stocks for a
 3    long time.  Or do you mean an exception to
 4    not buying and selling in the same day?
 5    Like --
 6        Q.    I think when I asked you do you
 7    often sell stocks within a couple of hours
 8    or days after buying them, you said no.
 9              MR. ROSEN:  Hours or days.
10        Q.    Sure.
11              So is it fair to say, then, that
12    for most stocks, you hold them for more
13    than a couple of days?
14        A.    Yes.
15        Q.    And is there a particular reason
16    why you treated GME differently than other
17    stocks you've held?
18        A.    It was, like, certainly an
19    unusual pattern for a stock.  It's very
20    rare that I have a stock that goes up that
21    percent in that short of a period of time.
22        Q.    Did you think that that price
23    might be more volatile than other stocks?
24        A.    That it would be more volatile
25    than other stocks?
```

```
 1              RIVAS - CONFIDENTIAL
 2                 MR. ROSEN:  At the time she
 3         purchased it?
 4         Q.     Right, or during this period.
 5    Let's say January 27th that the price
 6    movement was more volatile than other
 7    stocks maybe in your portfolio at that
 8    time.
 9                 MR. ROSEN:  It would have moved
10         up?
11         Q.     Throughout the day.  Up, down,
12    volatile.
13                 MR. ROSEN:  Before she
14         purchased?  Before she sold?  You have
15         to be precise.
16                 MS. YOUNG:  In general
17         throughout the day on the 27th, she
18         bought and sold and bought again on
19         the 27th.  So --
20                 MR. ROSEN:  And the question
21         is --
22         Q.     And the question is did you
23    think that the price of GME was relatively
24    volatile at that point in time?
25         A.     I would say that it was
```

```
 1              RIVAS - CONFIDENTIAL
 2    volatile.  Like, if volatile means
 3    particularly going up and down compared to
 4    usual intraday changes.
 5         Q.    Right.
 6         A.    Then yes.
 7         Q.    I think that's a fair --
 8         A.    By that, I --
 9         Q.    I think that's a fair
10    characterization.
11              Let's move to the eighth row.
12              So you bought one share of GME
13    this time at a price of 350.
14              Do you see that?
15         A.    I don't see a price.  Oh.
16         Q.    You have to go to the other
17    column.  305.  Not 350.  I'm sorry.
18         A.    Okay.  Yes.  The 305 order
19    price.
20         Q.    Yeah.
21         A.    Yes.
22         Q.    And you placed that order on
23    January 27th at 19:40 UTC, which is
24    11:40 a.m. Pacific.  And -- well, I'll
25    tell you that that's --
```

Page 75

1              RIVAS - CONFIDENTIAL
2        A.     I'm trusting you.
3        Q.     And that's less than four hours
4    after you sold your share of GME for 345;
5    right?
6        A.     Yes.
7        Q.     Do you recall why you decided to
8    buy it again?
9        A.     I don't recall specifically at
10   that moment.  As I said, I buy a stock
11   when I think it's going to go up at that
12   moment.
13       Q.     But earlier in the day, you
14   thought that the stock price was going to
15   decline; right?
16       A.     Yes.
17       Q.     And that's why you sold?  Is it
18   part of the reason you might have sold at
19   that time?
20       A.     Yeah.
21       Q.     And do you recall anything
22   happening in those let's call it four
23   hours that made you think it was going to
24   increase again?
25       A.     I mean, it was a day with a lot

```
 1              RIVAS - CONFIDENTIAL
 2   of talk about the stock, a lot of news
 3   coverage about the stock.
 4      Q.     Do you recall anything in
 5   particular in terms of, like, news or
 6   media about the stock?
 7      A.     People were reporting on the
 8   fact that it was going up and down
 9   rapidly.
10      Q.     But you don't recall reading
11   anything in particular, like, specific
12   Tweets or news articles on that day?
13      A.     I can't name off the top of my
14   head, like, specific Tweets or news
15   articles.
16      Q.     It's a long time ago.  I don't
17   expect you to.
18              And so the stock in those four
19   hours had dropped by about 40 bucks a
20   share; right?
21      A.     Yeah.
22      Q.     Have you heard the expression
23   "buying a dip"?
24      A.     Yes.
25      Q.     What do you understand that to
```

```
                                              Page 77
 1              RIVAS - CONFIDENTIAL
 2    mean?
 3         A.     It means buying a stock when it
 4    goes down temporarily, believing that it's
 5    going go back up.
 6         Q.     And is this an instance where
 7    you recall that you were buying a dip?
 8         A.     I don't remember if I would have
 9    phrased it that way at that time.
10         Q.     And at this point in time, did
11    you believe that this -- that it was
12    possible that a short squeeze in GME was
13    still ongoing?
14         A.     There was speculation about it,
15    and I was aware that there was speculation
16    about it.
17         Q.     Did you want to buy in again to
18    kind of hold before the stock price
19    increased further?
20         A.     I only buy when I think that the
21    stock price is likely to go up.
22         Q.     And so for each of these
23    transactions on the 27th, you only, you
24    know, bought and sold a single share of
25    GME; right?
```

```
                                             Page 78
 1             RIVAS - CONFIDENTIAL
 2      A.     Correct.
 3      Q.     Why is that?
 4      A.     I didn't have a ton of money at
 5   that point in my life, and I was, you
 6   know, keeping in mind not to invest, you
 7   know, too much money when I didn't have a
 8   lot to lose.
 9      Q.     Was part of the reason that
10   you -- that that made sense to you at that
11   time because of the price swings for GME
12   during this period, you know, you thought
13   maybe I should, you know, limit any sort
14   of potential loss?
15      A.     I can say at this time in my
16   life, $300 was a lot of money.
17          MS. YOUNG:  Let's go to Tab 2,
18      Shuyu, if you wouldn't mind pulling
19      that out.  This will be 77.
20          (Defendant's Exhibit 77, A
21      Facebook post dated January 27, 2021,
22      Bates P00001087, was hereby marked for
23      identification, as of this date.)
24      Q.     Do you recognize this document,
25   Ms. Rivas?
```

```
                                          Page 79

  1           RIVAS - CONFIDENTIAL

  2      A.     I do.

  3      Q.     Is this a Facebook post that you

  4   posted on January 27, 2021?

  5      A.     I do.  Yes, it is.

  6      Q.     That's the same day that you

  7   made those trades we just discussed in the

  8   prior exhibit; right?

  9      A.     Yes.

 10      Q.     Okay.  Can you please read aloud

 11   the text of the post.

 12      A.     "I'm holding" and then rocket

 13   signs and then "to the moon."  Did you

 14   want me to read the headline or just the

 15   text at the top?

 16      Q.     Sure.  Why not?  Throw the

 17   headline in there.

 18      A.     "'Dumb Money' is on GameStop,

 19   and it's Beating Wall Street at its Own

 20   Game."

 21      Q.     Thank you.

 22             And by "I'm holding," were you

 23   referring to holding your share of GME?

 24      A.     Yes.

 25      Q.     And there are those five rocket
```

1             RIVAS - CONFIDENTIAL

2    ship Emojis that you just described.

3             Why did you include those in the

4    post?

5         A.    It's a, you know, humorous Emoji

6    to use, so that's why I used it.

7         Q.    What does "to the moon" mean in

8    this context?

9         A.    "To the moon" is an expression

10   that means that a stock is going to go,

11   like, to a higher price or that people

12   will make money.

13        Q.    And why did you post this on

14   Facebook?

15        A.    I don't remember my specific

16   logic at that moment.

17        Q.    I think you testified earlier

18   that aside from the Occupy Wall Street

19   kind of period and then this period, you

20   didn't -- you don't really otherwise post

21   about investing; right?

22        A.    Correct.

23        Q.    So is there a particular reason

24   why you might have wanted to communicate

25   your intention to hold GME at this point

```
                                        Page 81
 1            RIVAS - CONFIDENTIAL
 2    in time?
 3                MR. ROSEN:   Objection.   Asked
 4        and answered.
 5        Q.    You can answer.
 6        A.    I don't remember specifically
 7    why, like, on that day, I posted this
 8    article.
 9        Q.    Did you want to encourage any
10    other retail investors to either buy GME
11    or hold their shares of GME at this time?
12        A.    No.
13        Q.    As a no, you didn't want them
14    to, or just you're agnostic?
15        A.    Like, I was agnostic.
16        Q.    And then this is a New York
17    Times article that you linked to the post;
18    right?
19        A.    Yes.
20        Q.    Let's take a look at that
21    specifically.
22                MS. YOUNG:   Shuyu, if you
23        wouldn't mind.   It's Tab 4.   So this
24        will be 78.
25
```

```
                                        Page 82
 1            RIVAS - CONFIDENTIAL
 2               (Defendant's Exhibit 78, An
 3        article titled "'Dumb Money' Is on
 4        GameStop, and It's Beating Wall Street
 5        at Its Own Game," was hereby marked
 6        for identification, as of this date.)
 7        Q.    Okay.  Do you recognize this
 8   document?
 9        A.    Yes.
10        Q.    Is this the article that you
11   linked in the prior exhibit?
12        A.    Yes.
13        Q.    And if you linked this to your
14   post, is it fair to say that you read the
15   article?
16        A.    Yes.
17        Q.    And it's dated January 27th?
18        A.    Yes.
19        Q.    And the sub-header beneath the
20   title is "GameStop shares have soared
21   1,700 percent as millions of small
22   investors, egged on by social media,
23   employ a classic Wall Street tactic to put
24   the squeeze -- on Wall Street."
25               Do you see that?
```

```
 1              RIVAS - CONFIDENTIAL
 2        A.      Yes.
 3        Q.      And I'm going to direct you to
 4   the first -- that second paragraph here.
 5              Do you see where it states,
 6   "They are among the millions of amateur
 7   traders collectively taking on some of
 8   Wall Street's most sophisticated
 9   investors -- and, for the moment at least,
10   winning.  Propelled by a mix of greed and
11   boredom, gleefully determined to teach
12   Wall Street a lesson, and turbocharged by
13   an endless flow of get-rich-quick hype and
14   ideas delivered via social media, these
15   investors have piled into trades around
16   several companies, pushing their stock
17   prices to stratospheric levels."
18              Do you see that?
19        A.      Yes.
20        Q.      And was it your understanding
21   that this -- around this time, do you
22   recall the stock price of GME soaring to
23   stratospheric levels?
24        A.      I don't know if I would have
25   used the term stratospheric levels.  Like,
```

1              RIVAS - CONFIDENTIAL

2    I'm not sure what that means specifically.

3              MR. ROSEN:  So Ms. Young, the

4         article says it was posted on

5         January 27, 2021.  But it says it was

6         updated October 18, 2021.  So it's

7         unclear what aspect of the article was

8         printed on January 27th and what

9         aspect was printed on October 18th.

10             MS. YOUNG:  Okay.  We can take a

11        look at that at a break.  For now,

12        I'll just continue asking her

13        questions about the post.

14             MR. ROSEN:  All right.

15        Q.    And was it your understanding

16   that this price went up as a result of

17   amateur traders, you know, collectively

18   taking on some of Wall Street's most

19   sophisticated investors, as it put it?

20        A.    As I think I said before, I was

21   aware that there was speculation of that.

22        Q.    Speculation of retail investors

23   trying to invest to the detriment of these

24   institutional investors?  Is that what you

25   mean?

```
 1            RIVAS - CONFIDENTIAL
 2       A.    Yes.
 3       Q.    Okay.  And could you read the
 4   fourth paragraph there that begins "On
 5   Wall Street."
 6       A.    "On Wall Street, individual
 7   investors are often derided as 'dumb
 8   money,' destined to lose against the
 9   highly compensated analysts and traders
10   who buy and sell stocks for a living.  But
11   in recent days, individual investors --
12   many of them followers of a popular,
13   juvenile, foul-mouthed Reddit page called
14   Wall Street Bets -- have upended that
15   narrative by banding together to put the
16   squeeze on at least two hedge funds that
17   had bet that GameStop's shares would
18   fall."
19       Q.    Thank you.
20             And so at this point in time,
21   you were well aware of this, you know,
22   potential short squeeze in GME, at least
23   as of January 27th; right?
24       A.    I was aware of speculation about
25   a short squeeze.
```

```
 1              RIVAS - CONFIDENTIAL
 2        Q.    And in the penultimate paragraph
 3   on that page, do you see where it states,
 4   "On Wednesday, the retail brokerage firm
 5   TD Ameritrade put restrictions on the
 6   trading of GameStop, AMC and other stocks,
 7   citing 'unprecedented market conditions'"?
 8        A.    Yes, I see that.
 9        Q.    So at this point in time, were
10   you aware of GME trading restrictions that
11   TD Ameritrade implemented?
12        A.    I read the article, so I would
13   have been aware of that sentence in the
14   article.  Like, I can say that.
15        Q.    Do you recall restrictions on
16   trading GME that any other brokerage put
17   in place on January 27th?
18        A.    No.
19        Q.    And then if you go to the second
20   page, the fourth paragraph from the
21   bottom, do you see where it says,
22   "Analysts say GameStop shares have become
23   unmoored from underlying expectations for
24   profit that typically determine the value
25   of a stock"?
```

```
                                        Page 87
 1              RIVAS - CONFIDENTIAL
 2        A.      I see that.
 3        Q.      And so at this point in time,
 4   you were aware of at least some analysts
 5   that thought that GME stock price was
 6   disconnected from the underlying
 7   fundamentals of the company?
 8        A.      Again, I had read that in this
 9   article.
10        Q.      And if you turn to the next
11   page, could you read the fourth paragraph
12   down.
13        A.      "And then there is Wall Street
14   Bets, the wildly popular Reddit forum
15   focused on options trading that has become
16   a sort of public hive mind where retail
17   investors loosely coordinate their
18   collective buying power on targets that
19   are most likely to amplify price pops.  In
20   recent weeks, posts began to appear on the
21   forum spotlighting the large amount of
22   GameStop shares held short, and explicitly
23   urging others to buy shares and options to
24   move the price higher."
25        Q.      And did you see yourself as
```

Page 88

1              RIVAS - CONFIDENTIAL
2      participating in that community on Wall
3      Street Bets?
4          A.      What do you mean by
5      participating?
6          Q.      Well, did you consider yourself
7      to be some of these retail investors that
8      were coordinating their collective buying
9      power and targets that are most likely to
10     amplify price pops?
11         A.      I don't remember if I, like,
12     thought of myself as part of a hive mind
13     or that, like -- yeah.  I don't recall my
14     exact thought process.
15         Q.      And in the next paragraph,
16     there's a quote that says, "'Rally the
17     troops, my brothers, for the war could be
18     over very soon,' a commentator that goes
19     by Gardeeon wrote on January 19th.  'You
20     control the power, GME is not going to the
21     moon, but to the edge of the [expletive]
22     observable universe.'"
23             This expression "to the moon,"
24     that was also in your post; right?
25         A.      Yes.

```
                                          Page 89

 1            RIVAS - CONFIDENTIAL

 2       Q.     Was this a commonly cited

 3   expression at this time?

 4       A.     It was a common expression.

 5       Q.     With respect to GME specifically

 6   or Meme stocks broadly?

 7       A.     Sorry.  I meant with respect to

 8   Meme stocks broadly.

 9       Q.     Got it.  But that would include

10   GME.

11       A.     Yes.

12       Q.     And let's look at the final

13   paragraph on the next page.  There's a

14   quote from a couple that invested in GME.

15            And do you see where it states,

16   "'There's a catharsis to actually making

17   money off their pain a little bit,' he

18   said of his modest earnings from GameStop.

19   His wife put it more bluntly.  'Eat the

20   rich.'"

21            Do you see that?

22       A.     I see that.

23       Q.     Did that sentiment resonate with

24   you?

25       A.     I don't remember, like, exactly
```

```
 1            RIVAS - CONFIDENTIAL
 2   what I was thinking on that day.
 3       Q.    Earlier, did you testify that
 4   you hated hedge funds?
 5       A.    Yes.
 6       Q.    Was your hatred for hedge funds
 7   or financial institutions --
 8            MR. ROSEN:  Objection.  Hedge
 9       fund is a subset of financial
10       institution.  She didn't say she hated
11       all financial institutions.
12       Q.    Okay.  Did your hatred for hedge
13   funds -- was that part of your interest in
14   holding your GME share?
15       A.    Was -- did I hold it because of
16   my hatred for hedge funds?
17       Q.    At least in part.
18       A.    I don't -- like, I don't
19   remember if that -- if I would have said
20   that at that time.
21       Q.    Did you -- at the time, did you
22   hate hedge funds?
23       A.    Yes.
24       Q.    Did you want -- did you hope
25   that holding GME or taking a long position
```

```
 1              RIVAS - CONFIDENTIAL
 2   on GME could inflict some losses on hedge
 3   funds?
 4        A.    I always want to see losses to
 5   large financial firms and institutions.
 6        Q.    Got it.
 7              MS. YOUNG:  Okay.  Let's look at
 8        Tab 3, which will be 79.  Is that
 9        right?  Yeah.
10              (Defendant's Exhibit 79, A
11        Facebook post, was hereby marked for
12        identification, as of this date.)
13        Q.    And do you recognize this
14   document, Ms. Rivas?
15        A.    Yes.
16        Q.    Does this document contain
17   Facebook posts from your Facebook feed?
18              MR. ROSEN:  Take a look at it.
19        A.    Does it contain, like --
20              MR. ROSEN:  Before you answer
21        the question, you should look at what
22        she handed to you.
23        A.    (Witness perusing document.)
24              Would you say the question
25   again?
```

```
 1            RIVAS - CONFIDENTIAL
 2       Q.    Oh, sure.
 3             I asked did this document
 4   contain Facebook posts from your Facebook
 5   feed?
 6       A.    Yes.
 7       Q.    Did you compile this document?
 8       A.    Did I compile --
 9       Q.    The screen shots in this
10   document.
11       A.    Yes.
12       Q.    Can you explain how you went
13   about searching for the post to include?
14       A.    I did a couple of things.
15   First, I, like, scrolled down to the date
16   range that I was asked to find posts for
17   and screen shotted anything that I saw,
18   and then I went to the search function
19   where you can search your own history and
20   typed in every keyword related to, like,
21   the issues at hand that I could think of
22   to make sure that I found posts that were
23   on other people's profiles as opposed to
24   my own.  So, you know, typed in different,
25   like, buzz phrases.
```

```
 1            RIVAS - CONFIDENTIAL
 2      Q.     Do you recall what keywords or
 3   searches you ran?
 4      A.     I can recall some of them at
 5   least.
 6      Q.     Yeah.
 7      A.     GME, GameStop, like, both
 8   GameStop as a full word and GME, AMC,
 9   Robinhood, short squeeze, Reddit, Wall
10   Street.  Those are the ones that come to
11   mind right now.
12      Q.     Thank you.
13             Does this contain only public
14   posts, or are there any private messages
15   that you exchanged with other Facebook
16   users that are contained in this?
17      A.     When you say -- do you
18   mean posts that are private -- like,
19   there's different levels of privacy.
20      Q.     I guess I mean messages rather
21   than -- like, DMs rather than --
22      A.     None of these are DMs.
23      Q.     Right.  Did you search DMs?
24      A.     Yes.
25      Q.     Okay.  And because I think that
```

Page 94

```
             RIVAS - CONFIDENTIAL
 1
 2    these posts span a couple of days, we'll
 3    be periodically returning to it.  But for
 4    now, I'm going to direct you to a post
 5    from January 27th, which is on the
 6    second-to-last page.  So if you look at
 7    the Bates on the bottom right-hand corner,
 8    it's the one that ends 383.
 9        A.    Okay.
10        Q.    And this message is posted by
11    Nathan Stuckey on January 27th; right?
12        A.    Yes.
13        Q.    Who is Nathan Stuckey?
14        A.    Nathan Stuckey is a high school
15    classmate.
16        Q.    And the person includes a quote,
17    "This country needs unity," and then he
18    writes, "I agree, and this GameStop stock
19    is going through the roof is actually a
20    pretty hefty dose of unity between left
21    and right lower classes."
22              Do you see that?
23        A.    I do.
24        Q.    And beneath that, there's a
25    thumbs up Emoji that states you besides
```

Page 95

1            RIVAS - CONFIDENTIAL
2    it.
3            Does that indicate that you
4    liked Mr. Stuckey's post?
5       A.    It does.
6       Q.    And what did you understand
7    Mr. Stuckey to be saying with respect to
8    unity in GME stock?
9       A.    I mean, like, I understood
10   what -- like, I can't provide further
11   interpretation besides what he said.  I
12   can re-tell you what he said.
13      Q.    Well, why did you like it?
14      A.    The sentiment was -- like, I
15   liked it.  I don't remember, like, what I
16   would have said at that time about why I
17   liked it.
18      Q.    Did you agree that GameStop
19   stock was creating unity between left and
20   right lower classes at this time?
21      A.    I don't remember if I would have
22   said that at that time.
23      Q.    Was there any portion of this
24   post that you agree with or endorsed?
25      A.    I mean, it seems like he --

```
1              RIVAS - CONFIDENTIAL
2    like, I hit "like," so I, like, in general
3    liked the sentiment.  Is there a specific,
4    like, aspect that I endorse?  I don't
5    know.  Or that I would have endorsed, I
6    don't know.
7         Q.     Did you in general enjoy what I
8    think you described as some of the
9    enthusiasm and the online community around
10   GME at this time?
11        A.     Did I enjoy the enthusiasm in
12   the online community?  Yeah.  I --
13        Q.     Specifically related to GME I
14   mean.
15        A.     Yes.
16        Q.     At the time.
17        A.     I like GameStop, so yes.
18        Q.     And then underneath that,
19   there's a comment from you stating, "Yes.
20   I've got my one share and I'm holding
21   baby"; right?
22        A.     Yes.
23        Q.     And how exactly does that
24   connect to Mr. Stuckey's post?
25        A.     He was posting about GameStop
```

```
                                        Page 97
 1              RIVAS - CONFIDENTIAL
 2   and I was posting about GameStop.
 3        Q.    And did you believe that by
 4   holding onto your share that you
 5   were participating in a kind of broader
 6   activist movement?
 7        A.    I don't know if at that moment,
 8   I, like, would have said that.
 9        Q.    Do you feel that way today, that
10   holding onto your share was a means of
11   participating in some sort of social
12   activism?
13        A.    I do, yeah.
14        Q.    And did you want to hold onto
15   your share of GME to be part of that
16   community of people that felt this way?
17              MR. ROSEN:   Objection.   Asked
18        and answered.
19        Q.    You can answer.
20        A.    As I said before, I hold on when
21   I think I'm likely to make money on a
22   stock, and I sell when I'm likely to lose
23   money on a stock or when I've gained
24   enough money.
25        Q.    Let's turn to January 28th.
```

```
                                        Page 98
 1              RIVAS - CONFIDENTIAL
 2              You're aware that Robinhood
 3    implemented certain purchasing
 4    restrictions on its platform on January
 5    28th; right?
 6         A.    I am.  Which -- what did you
 7    want me to turn to?
 8         Q.    Oh, no document yet.
 9         A.    Okay.
10         Q.    Yeah.  Just saying the date that
11    I'm turning to in my mind, it's more for
12    my own purposes.
13              Can you describe those
14    restrictions.
15         A.    They turned off the buy button
16    so you could not use their platform to
17    purchase GameStop.  They implemented other
18    steps, like closing options early and, you
19    know, later on limiting the number of
20    shares that you could buy, but most
21    immediate action that morning was to turn
22    off the buy button.
23         Q.    And those restrictions impacted
24    GME; right?
25         A.    Yes.
```

Page 99

```
 1              RIVAS - CONFIDENTIAL
 2        Q.     And do you know how long
 3   Robinhood kept those restrictions in
 4   place?
 5        A.     Until February 4th.
 6        Q.     Did they vary at all during that
 7   period from your recollection?
 8        A.     Yes.
 9        Q.     And do you know if any other
10   brokers put in similar restrictions around
11   this time in late January 2021?
12        A.     Yes.
13        Q.     Do you recall any of those other
14   brokers specifically?
15        A.     I don't recall specifically.
16        Q.     And when did you first hear
17   about Robinhood's restrictions?
18        A.     The morning of January 28, 2021.
19        Q.     And how did you hear about them?
20        A.     I don't remember if I heard --
21   like, I don't remember where exactly I
22   heard it first.
23             MS. YOUNG:  Let's go to Tab 5,
24        Shuyu.  80.
25        A.     Like, page 5 of this?
```

1            RIVAS - CONFIDENTIAL
2      Q.    Oh, no.  This is a different
3  one.  Sorry.  But you might want to keep
4  that just to the fact we'll be turning
5  back to it at some point.
6            (Defendant's Exhibit 80, A
7       Facebook post, was hereby marked for
8       identification, as of this date.)
9      Q.    Do you recognize this document,
10  Ms. Rivas?
11     A.    I do.
12     Q.    And is this a post from your
13  Facebook?
14     A.    Yes.
15     Q.    And did you post this message on
16  January 28th?
17     A.    I did.
18     Q.    And can you read the actual post
19  aloud for me.
20     A.    "LOL guys.  The class action
21  lawsuit against Robinhood for blocking GME
22  buys was already filed two hours ago.
23  American heros."  Diamond hands.
24     Q.    What does diamond hands connote?
25     A.    Diamond hands means, like,

```
 1              RIVAS - CONFIDENTIAL
 2    either holding a stock or, in this case,
 3    just more generally, like, enthusiasm.
 4        Q.    In this case, you think that you
 5    are including the diamond hands as a show
 6    of enthusiasm?
 7        A.    Yeah.
 8        Q.    And by blocking GME buys, were
 9    you referring to Robinhood's suspension of
10    the buy button --
11        A.    Yes.
12        Q.    -- as you sometimes refer to?
13              Okay.  And again, I think that
14    this is obvious, but it was your
15    understanding at the time that those, you
16    know, restricted securities included GME.
17        A.    Yes.
18        Q.    Did you also see information on
19    the Robinhood app regarding those
20    restrictions?
21        A.    Yes.
22        Q.    Do you recall the substance of
23    any of those posts?
24        A.    I remember that they made a blog
25    post at some point that day.
```

Page 102

```
 1           RIVAS - CONFIDENTIAL
 2      Q.    Do you recall reviewing it?
 3      A.    Yes.
 4      Q.    And you recall it referencing
 5  GME specifically?
 6      A.    I don't recall if it referenced
 7  GME specifically or if it just talked
 8  about their actions on, you know, stocks.
 9  I don't remember exactly.
10      Q.    Okay.  Let's take a quick at Tab
11  6.  This has been previously marked in a
12  deposition.
13           (Defendant's Exhibit 6, A blog
14      post titled "Keeping Customers
15      Informed Through Market Volatility,"
16      was previously marked for
17      identification.)
18      Q.    Do you recognize this document?
19      A.    Yes.
20      Q.    Is --
21      A.    Let me finish reading through
22  it.  I recognize the first page.
23           (Witness perusing document.)
24           Okay.  So what was the question
25  again?
```

```
 1            RIVAS - CONFIDENTIAL
 2       Q.    I was going to ask whether or
 3   not you recognize this document.  And I
 4   believe you said yes, but you were
 5   reading --
 6       A.    Yeah.  I recognize the, like,
 7   blog post portion, so the first two pages.
 8       Q.    And is it the blog post that you
 9   mentioned a few minutes ago?
10       A.    Yes.
11       Q.    Got it.  Okay.
12            And if you look at the second
13   page, I think in the second paragraph, it
14   says, "We continuously monitor the markets
15   and make changes where necessary.  In
16   light of recent volatility, we are
17   restricting transactions for certain
18   securities to position closing only,
19   including" -- and there's a list there
20   that includes GME; right?
21       A.    Yes.
22       Q.    Got it.
23            And so at least as of
24   January 28th, you're aware that GME was
25   among the stocks that Robinhood had
```

```
 1              RIVAS - CONFIDENTIAL
 2   implemented restrictions on.
 3        A.    I was aware of that.
 4        Q.    And -- you can set that aside, I
 5   think.
 6              Around this time, do you recall
 7   hearing anything about the specific
 8   reasons for the Robinhood restrictions?
 9        A.    Around that time -- specifically
10   which time?
11        Q.    28th, when you heard about the
12   restrictions.
13        A.    Do I recall hearing anything
14   about why?
15        Q.    The reasons that Robinhood
16   implemented them.
17        A.    Yes.
18        Q.    And what reason did you hear?
19        A.    What they wrote in their blog
20   post, so, like, we continuously monitor
21   volatility, and therefore, we're doing
22   this and other, you know, speculation.
23        Q.    And did you believe that reason?
24        A.    I don't remember exactly what I
25   believed and did not believe.
```

Page 105

1                RIVAS - CONFIDENTIAL

2        Q.     Fair enough.  It was a while

3   ago.

4               Okay.  Let's go back to a

5   document we were looking at, not the

6   Facebook post.  But let's see.  This was

7   76.  So it's that printout of that

8   spreadsheet with your trades on it.

9        A.     Okay.

10       Q.     And earlier, we discussed one

11  share of GME that you purchased and sold

12  on the 27th with a gain of, like, 355

13  bucks I think, and then on the same day,

14  you purchased another share of GME at the

15  price of 305.

16              Does that sound about right?

17       A.     Mm-hmm.

18       Q.     And then if you look at the

19  fourth-to-the-last row in that

20  spreadsheet, do you see where you placed a

21  limit order to try to sell that one share

22  of GME on January 28th for a thousand

23  bucks?

24       A.     Yes.

25       Q.     Is it fair to say that that

```
 1              RIVAS - CONFIDENTIAL
 2    price you set of $1,000 for the share was
 3    quite a bit higher than what you purchased
 4    it for at 305 on January 27th?
 5         A.    I would say it's about $700
 6    higher.
 7         Q.    Why did you think it was
 8    possible that GME stock price had
 9    increased so significantly?
10              MR. ROSEN:   Objection.
11         A.    Yeah.   I mean, I don't remember
12    what I, like, would have said at that time
13    about why it was possible.
14         Q.    Is it fair to say that you
15    thought that it was possible that it could
16    hit a thousand dollars a share around this
17    time?
18         A.    I'm not sure if I, like -- I
19    think I would have thought that it was
20    possible.   But the next trade makes me not
21    sure.   The next limit sell makes me not
22    sure.
23         Q.    The one on the 29th?
24         A.    No.   Yes.
25         Q.    And that makes you less sure
```

Page 107

                    RIVAS - CONFIDENTIAL
1
2    just because it's a lower price?  Is that
3    what you mean?
4         A.     No.  I mean just because it's a
5    joke.
6         Q.     Oh.  So what's the joke there?
7    What's the price that you placed that
8    limit order for?
9         A.     $694.20.
10        Q.     And what's the joke?
11        A.     It was a humorous -- it was two
12   humorous numbers, like, that people joked
13   about.
14        Q.     And were people joking about
15   694.20 on social media?
16        A.     That was one place, yeah.
17        Q.     Was there anywhere else that you
18   recall seeing this joke?
19        A.     I think people made it, like,
20   verbally.  I don't remember if I was
21   specifically talking to someone about it.
22   But if I was, they would have been making
23   it verbally.
24        Q.     And do you recall placing this
25   order as a joke?

1                RIVAS - CONFIDENTIAL

2       A.    I don't recall.  Like, it's sort

3  of funny as I look at it.

4       Q.    But does that at all relate to

5  your limit order that prior day for a

6  thousand dollars a share?

7       A.    I don't remember specifically.

8       Q.    Okay.  Do you recall telling

9  anybody about the limit order you placed

10  for $694.20 on the 29th?

11      A.    No.

12      Q.    Do you recall other people

13  trading in similar -- you know, with a

14  similar digit there?

15      A.    I do.

16      Q.    For GME specifically?

17      A.    Yes.

18      Q.    And do you recall learning any

19  information on or around the 28th that

20  made you believe that GME could

21  potentially achieve the

22  thousand-dollar-a-share price?

23      A.    Any information -- I mean, not

24  specifically.  Like, besides the general

25  speculation, like, not specifically, no.

```
 1              RIVAS - CONFIDENTIAL
 2      Q.      And by general speculation, do
 3  you mean just general social media buzz
 4  around GME?
 5      A.      Yeah.
 6      Q.      And you placed this limit
 7  order -- well, withdrawn.
 8              Let's go back to the big
 9  social -- the big Facebook --
10      A.      The big packet?
11      Q.      -- which is -- yeah, packet is I
12  guess a good way of putting it.  I think
13  that's 79.  And you can turn to the page
14  that ends 365.
15      A.      Okay.  I'm going to put on my
16  jacket.  It's freezing.
17      Q.      Oh, yeah.  Do you want to get a
18  coffee or tea or anything?
19      A.      No.  It's okay.
20      Q.      And this is a January 28, 2021,
21  post from Ciruce Movahedi-Lankarani?
22      A.      That's pretty good.  Ciruce.
23      Q.      Oh, Ciruce.  Sorry.
24              Is Mr. Movahedi-Lankarani your
25  husband?
```

```
                                         Page 110
 1                RIVAS - CONFIDENTIAL
 2       A.     Yes.
 3       Q.     And it's a pretty long post that
 4    spans a couple of pages if you flip.
 5              But before you dig into the
 6    substance of the post, if you look to 367,
 7    that's where the comments and likes
 8    starts.
 9              Do you see the thumbs up icon,
10    which is part of the comments, indicates
11    that you liked this post?
12       A.     Yes.
13       Q.     Okay.  And just above the like,
14    there's a link to a New York Times article
15    titled "The GameStop Reckoning was a Long
16    Time Coming" that's included with the
17    post; right?
18       A.     Yes.
19       Q.     Okay.  And I don't think we need
20    to go through all of this in a ton of
21    detail.  I mean, obviously, you're welcome
22    to read through it.  But I'm going to
23    direct you to a couple of portions, if you
24    turn back to 365, which is the beginning
25    of the post.
```

```
 1            RIVAS - CONFIDENTIAL
 2            And looking at the first
 3   sentence, do you see where he states,
 4   "This is the new Occupy Wall Street.
 5   Camping on the streets failed, for what
 6   does it mean to occupy the streets when
 7   our financial titans can helicopter over
 8   the crowds and place trades from anywhere
 9   in the world?  It means nothing.  Instead,
10   Occupy Wall Street Balance Sheets.  Make
11   hedge funds feel pain they cannot easily
12   escape.  Melvin Capital, which had a huge
13   uncovered short position on GameStop,
14   almost failed this week."
15            Do you see that?
16       A.    Yes.
17       Q.    Was it your understanding that
18   your husband was drawing a parallel
19   between Occupy Wall Street -- the Occupy
20   Wall Street movement to a movement
21   coalescing around this time in late
22   January 2021?
23       A.    I mean, that appears to be what
24   he is stating, yes.
25       Q.    And was it your view that that
```

Page 112

```
 1              RIVAS - CONFIDENTIAL
 2     movement related to a community of retail
 3     investors, you know, organizing on social
 4     media to drive up the price of GME?
 5              MR. ROSEN:  Which movement are
 6         you talking about?
 7              MS. YOUNG:  This analogy that he
 8         is drawing between Occupy Wall Street
 9         and Occupy Wall Street Balance Sheets.
10         A.    Sorry.  Say the rest of your
11     question again.
12         Q.    Sure.  Did this Occupy Wall
13     Street Balance Sheet -- let's call it,
14     like, a movement idea -- that he
15     references here, was it your understanding
16     that that related to the community of
17     retail investors that were organizing on
18     social media to invest in GME?
19         A.    I think your -- where I'm
20     concerned is your statement that they were
21     organizing, and I'm not sure what you mean
22     by -- like, your question assumes that
23     people were organizing, and I'm not sure
24     what you mean by organizing.
25         Q.    Driving up enthusiasm on social
```

1           RIVAS - CONFIDENTIAL

2    media for GME.  Is that fair?

3        A.    People were enthusiastic, yes.

4    People were enthusiastic.  There were

5    people who were enthusiastic.

6        Q.    And do you recall people on

7    social media around this time encouraging

8    others to buy or hold GME?

9        A.    Yes.

10       Q.    And when he wrote "Occupy Wall

11   Street Balance Sheets.  Make hedge funds

12   feel pain they cannot easily escape," what

13   did you understand that to mean?

14       A.    I don't remember what I, like,

15   specifically thought at this moment.

16       Q.    Sitting here today, what do you

17   understand that to mean?

18       A.    Sitting here today, what it

19   says, that, like, Occupy Wall Street

20   Balance Sheets is a way to make hedge

21   funds feel pain.

22       Q.    Is pain in your mind in this

23   context synonymous with, like, losses?

24       A.    Yeah.

25       Q.    And did you believe that

1              RIVAS - CONFIDENTIAL

2     investing in Meme stocks around this time

3     was a way of taking action against, like,

4     Wall Street establishment players?

5          A.    I'm not sure if I, like, felt

6     confident of that or would have said that.

7          Q.    And did you view your investment

8     in GME as a way of participating in any

9     sort of activist movement against certain

10    financial institutions?

11         A.    I'm not sure if I would have,

12    like, framed it in that way at that time.

13         Q.    Sitting here today, do you -- do

14    you view your investment in GME as a way

15    of, you know, demonstrating your support

16    for a movement against establishment

17    investment institutions?

18         A.    Yeah.

19         Q.    And if you flip to the second

20    page, if you look at the very end of the

21    post, your husband writes, "For the

22    record, I have exactly one share of

23    GameStop" --

24         A.    Oh, the second page of that.

25         Q.    Oh yeah.

Page 115

                              RIVAS - CONFIDENTIAL

1
2       A.      Sorry.  Let me get back to it.
3       Q.      Yeah.  Not the -- second page of
4    the post.  Bates ending 666.
5       A.      Yes.
6       Q.      And he writes, "For the record,
7    I have exactly one share of GameStop I
8    bought for the lulz and the politics of
9    it.  Whatever happens, I will be fine."
10              Do you see that?
11      A.      Yes.
12      Q.      Did your husband also buy one
13   share of GME, or does this refer to the
14   share of GME acquired on your Robinhood
15   account?
16      A.      He's not referring to my share.
17      Q.      He separately bought GME?
18      A.      He says that he did.
19      Q.      What did you understand "I
20   bought for the lulz and the politics of
21   it" to mean?
22      A.      I mean, I don't remember, like,
23   what I was thinking as I read this post.
24      Q.      What do you, sitting here today,
25   understand that to mean?

```
 1            RIVAS - CONFIDENTIAL
 2      A.    It -- lulz is humor and politics
 3  is, like, as he described, the occupy
 4  balance sheets.
 5      Q.    Is that also why you bought GME
 6  at this time -- around this time, I should
 7  say?
 8      A.    Again, I think I said I don't
 9  remember, like, exactly what I thought at
10  that moment.
11      Q.    If you turn two pages to the one
12  ending 367, where the comments to the post
13  begin.
14      A.    Yes.
15      Q.    And there's one done here by
16  Kristen Cevoli.
17      A.    Uh-huh.
18      Q.    Do you know Kristen Cevoli?
19      A.    I do.
20      Q.    Who is she?
21      A.    She is the owner of our favorite
22  beer store in Philadelphia.
23      Q.    Good woman.
24            And her comment begins -- it
25  spans onto the second page.  We can flip
```

```
 1              RIVAS - CONFIDENTIAL
 2    to it in a second.  But it begins, "I
 3    won't pretend to understand the finer
 4    details about the GameStop story, short of
 5    a large hedge fund was purposely trying to
 6    manipulate the price of stock down
 7    basically because they bet the stock was
 8    going to decrease, and wanted to make
 9    money."
10              It continues onto this next
11    page.  And then she says, "But I'm still a
12    little confused about the David versus
13    Goliath aspect of this story, as many
14    outlets have reported that individuals
15    were putting 10K to 50K into stocks (and
16    in theory will make millions when this is
17    all said and done).  If you've got that
18    much lying around to invest, I'm not sure
19    you really qualify as a main street
20    investor... or did I miss something?"
21              Do you see that?
22        A.    Yes.
23        Q.    And then -- sorry.  This one
24    goes on for a while.  But if you turn to
25    the next page, it looks like you respond
```

```
                                      Page 118
 1              RIVAS - CONFIDENTIAL
 2     to Ms. -- her name is -- Cevoli.
 3              Do you see you tag her and say
 4     "Kristen"?
 5          A.    Yes.
 6          Q.    So you're responding to her
 7     prior post; right?
 8          A.    Yes.  Yeah.
 9          Q.    And you can also -- if you flip
10     to the next page -- sorry -- you can
11     actually see your full response back to
12     her.
13          A.    Yes.
14          Q.    Can you read that aloud.
15          A.    "Kristen, it says a lot about
16     economic inequality that if you have
17     'only' $10,000 to $50,000 to put into
18     stocks, then you're a retail investor, but
19     that's where we are.  To become an
20     investor in the kind of hedge fund that
21     creates its own realities, you need tens
22     of millions of dollars, at which point you
23     can make more tens of millions while
24     people on Reddit are celebrating
25     life-altering gains of a few thousand
```

Page 119

```
 1              RIVAS - CONFIDENTIAL
 2   dollars in many cases.  Yeah, this spike
 3   wouldn't have happened if it was just low
 4   income folks putting their stimmy checks
 5   in.  But people with tens or even hundreds
 6   of thousands of dollars to invest on a
 7   retail basis are close enough to Davids
 8   that they can level the playing field for
 9   everybody.  I'm not exactly an investment
10   expert, but that's my hot take.  LOL."
11        Q.     And did you see your investment
12   in GME as a way of, you know, joining this
13   David versus Goliath fight?
14              MR. ROSEN:  Could you repeat the
15        question?
16        Q.     Did you see your investment in
17   GME as a way of joining the David versus
18   Goliath fight?
19        A.     I don't remember, like, what I
20   said at that point about whether I was
21   personally part of the David versus
22   Goliath fight.
23        Q.     I think earlier today, you
24   mentioned that you started investing in
25   2020 during the pandemic, getting stimulus
```

```
                                        Page 120
 1              RIVAS - CONFIDENTIAL
 2   checks.   That's sort of what turned you on
 3   to investing; right?
 4        A.     Mm-hmm.
 5        Q.     And I think you said that you
 6   bought one share because at the time, 300
 7   bucks was a lot.
 8        A.     Yeah.
 9        Q.     And this David versus Goliath
10   analogy, sitting here today, do you think
11   it's fair to say that you are more likely
12   a David in that scenario than a Goliath?
13        A.     I think yes, I would be in any
14   situation involving investments not a
15   Goliath.
16        Q.     And you conclude your post by
17   writing, "I'm not exactly an expert."
18              Do you consider yourself, like,
19   an inexperienced investor?
20        A.     I would say I am inexperienced.
21        Q.     Did you believe that around this
22   time, January 28th, that GME's stock price
23   was disconnected from the underlying value
24   of the company?
25        A.     I don't remember what I -- like,
```

```
                                     Page 121
 1            RIVAS - CONFIDENTIAL
 2    what exactly was going through my head at
 3    that time.
 4         Q.    If you could pull up four more
 5    pages to the one ending 374.
 6              This is a post from Nicholas
 7    Adam that he uploaded on January 28, 2021;
 8    right?
 9         A.    Yes.
10         Q.    Who is Mr. Adam?
11         A.    He is a college classmate.
12         Q.    He states, "Reddit has proven
13    that with a small amount of money and a
14    little coordination, you can asterisk
15    literally asterisk make the stock market
16    do whatever you want because stocks are so
17    disconnected from the underlying value of
18    the company."
19              Do you see that?
20         A.    Yes.
21         Q.    And you liked this post; right?
22         A.    I don't know if I hit like or
23    heart or angry face.
24         Q.    Oh.  Is that an angry face?
25         A.    The third one is I think the
```

Page 122

```
 1              RIVAS - CONFIDENTIAL
 2    angry face.
 3         Q.    Do you think that you would have
 4    hit the angry face?
 5              MR. ROSEN:   Objection.  Calls
 6         for speculation.
 7         Q.    You can answer, Ms. Rivas.
 8         A.    I don't, like, remember which
 9    one I hit or would have hit.
10         Q.    Do you recall agreeing with any
11    part of the post -- any part of Mr. Adam's
12    post?
13         A.    I don't remember specifically
14    what I thought at that moment.
15         Q.    Sitting here today, do you agree
16    with any portion of this post?
17         A.    Yes.
18         Q.    Can you elaborate on that?
19         A.    The richest one percent of
20    Americans own 50 percent of stocks I think
21    is a pretty -- I think I've read that fact
22    before, or I think it is a fact.
23         Q.    You don't have any view as to
24    whether or not at this time Reddit had
25    proven that you could with a little --
```

```
                                          Page 123
 1              RIVAS - CONFIDENTIAL
 2    with a small amount of money and a little
 3    coordination, you can make the stock
 4    market do whatever you want because stocks
 5    are so disconnected from the value of --
 6    the underlying value of the company?
 7        A.    You mean right now do I agree
 8    with it?  I'm sorry.
 9        Q.    Yeah.  Sure.  Right now.
10    Sitting here today.
11        A.    No.
12        Q.    And you don't recall how you
13    felt about this at the time.
14        A.    I don't.
15        Q.    And can you turn to the page
16    ending 377.
17              And this is a post from Michael
18    Camarda on January 28th; right?
19        A.    Yes.
20        Q.    Who is Mr. Camarda?
21        A.    Michael Camarda is a high school
22    classmate.
23        Q.    Another high school person.
24    Okay.
25              He posts, "Boomer hedge fund
```

```
                                        Page 124
 1              RIVAS - CONFIDENTIAL
 2    managers still believe in boring things
 3    like market fundamentals; millennials
 4    don't care -- they just want cash now
 5    because $600 checks ain't cutting it."
 6              Do you see that?
 7         A.    Yes.
 8         Q.    And do you know if you liked
 9    this post?
10         A.    I don't know if I hit like or
11    laugh face or care face.
12         Q.    What's care face?  Is that,
13    like, the inquisitive face, like I'm
14    pondering?
15         A.    No.  That -- where you're
16    hugging a heart means that you care about
17    what people are saying.
18         Q.    Oh, I didn't see that that was a
19    heart.  Okay.  That's the third one.
20         A.    Yes.
21         Q.    Okay.  Would you consider any of
22    those reactions that you might have
23    provided to be positive generally with
24    respect to the post?
25              MR. ROSEN:  Objection.  Vague.
```

Page 125

1                RIVAS - CONFIDENTIAL
2        A.    Yeah.  I'm not sure what you --
3        Q.    Well, you either liked it,
4    right, which would mean that you in some
5    ways supported this post.
6              Is that fair to say?
7              MR. ROSEN:  Objection.
8        A.    Not necessarily.
9        Q.    Do you recall agreeing with any
10   portion of this -- of the sentiment
11   expressed in this post?
12       A.    I don't remember what I thought
13   at the time.  It's sort of a confusing
14   post.  So I don't remember what I thought
15   at the time.
16       Q.    There's a cartoon with a couple
17   of people -- I think there's a label on it
18   that says millennials -- riding an arrow
19   up to the moon; right?
20       A.    Yes.
21       Q.    And we discussed that expression
22   that you used around this time that, you
23   know, "to the moon"; right?
24       A.    Yes.
25       Q.    So did you interpret this post

```
 1            RIVAS - CONFIDENTIAL
 2    in the context of the Meme stock events in
 3    late January 2021?
 4        A.    I don't remember, like -- I
 5    don't remember the post.  I don't remember
 6    looking at the cartoon.  So it's really
 7    hard to say what I thought about it at
 8    that time.
 9        Q.    Are you a millennial?
10        A.    I am.
11        Q.    And you don't have any view as
12    to whether this post resonated with you,
13    Mr. Camarda's.
14        A.    I don't.  I mean, sometimes you
15    hit like on a friend's post, and it
16    doesn't necessarily mean that you agree
17    with or disagree with what they're saying.
18    And so I don't remember what I
19    specifically thought at that moment.
20        Q.    And with respect to your
21    investment in GME, did you care about
22    boring things like market fundamentals?
23            MR. ROSEN:  Objection.
24        Q.    You can answer.
25        A.    Yeah.  I don't know -- I think
```

```
 1              RIVAS - CONFIDENTIAL
 2   your question, like, assumes that
 3   fundamentals are boring things.  I'm not
 4   sure what exactly you're asking me to
 5   agree or disagree with.
 6       Q.    Well, with respect to your
 7   investment in GME, did you care about
 8   market fundamentals?
 9       A.    I think I said previously that I
10   cared about, like, multiple things or
11   there are multiple factors when I choose
12   to buy something, including GME.
13       Q.    And do you recall any factors
14   related to market fundamentals that
15   motivated your investment in GME?
16       A.    I recall thinking that the
17   business had a, like, you know -- I was
18   hopeful that it was staging a turnaround,
19   as I mentioned, because of the, you know,
20   pivot to online.
21       Q.    Okay.  We can turn --
22       A.    Online sales.
23       Q.    -- to -- I know we've been
24   looking at a bunch of these.
25              But around this time, you had
```

```
                                              Page 128
 1              RIVAS - CONFIDENTIAL
 2    posted and engaged with other posts
 3    regarding GME.  Is that fair?
 4        A.    Yes.
 5        Q.    Okay.  So if we stay with the
 6    same exhibit, if you go to the page 357.
 7    So this is back near the beginning.
 8              And do you see a January 29th
 9    post from Chris Skene?
10        A.    Yes.
11        Q.    Who is Mr. Skene?
12        A.    He's a family friend and a
13    middle school classmate.
14        Q.    Do you know what he does
15    professionally?
16        A.    I'm not sure right now.
17        Q.    And can you describe the post?
18        A.    He posted a series of Emojis.
19        Q.    There's a peace sign and then a
20    heart and then an ampersand, and then I
21    think you called this diamond hands.
22        A.    Diamond hands.
23        Q.    Yeah.
24        A.    Yes.
25        Q.    And what did you understand this
```

```
                                              Page 129
 1              RIVAS - CONFIDENTIAL
 2    to communicate?
 3         A.    I don't remember what I
 4    specifically thought at that moment in
 5    looking at it.
 6         Q.    What about today?  What do you
 7    understand this to mean?
 8         A.    At this moment, I'm not sure.
 9    Like, peace, love and diamond hands, I
10    don't remember exactly what was happening
11    at that moment and why he said that.
12         Q.    So you then write beneath that,
13    "Buy the dip"; right?
14         A.    Yes.
15         Q.    And I think we discussed that a
16    little earlier.
17              Do you know what you might have
18    meant by "buy the dip" in this context?
19         A.    In this context -- I mean, I'm
20    not sure what his post meant, and so I'm
21    not sure, like, what exactly -- like, why
22    exactly I wrote that.
23         Q.    So sitting here today, you have
24    no clue why you would have said "buy the
25    dip"?
```

```
                                          Page 130

 1              RIVAS - CONFIDENTIAL
 2              MR. ROSEN:  Objection.
 3      Q.    You can answer.
 4      A.    Yeah.  I'm not sure, like -- I
 5   don't recall specifically.
 6      Q.    I understand you might not
 7   recall what you were thinking at the time
 8   or seeing this post --
 9              MR. ROSEN:  You asked her if she
10       had a clue.  That's not much of a
11       question.  So maybe a proper question
12       would be helpful.
13      Q.    Okay.  So sitting here today,
14   based off of the timing and the context of
15   this post itself and your response, do you
16   have any sense of what you might have
17   meant by "buy the dip"?
18      A.    It is a, you know, internet buzz
19   phrase.  So I think I was, you know,
20   having humorous banter with him.
21      Q.    Why was it humorous?
22      A.    Because we were going back and
23   forth with internet buzz phrases.
24      Q.    And sitting here today, is it
25   your understanding that this was likely in
```

Veritext Legal Solutions
212-279-9424                    www.veritext.com                    212-490-3430

Page 131

```
 1            RIVAS - CONFIDENTIAL
 2    the context of the Meme stock events?
 3        A.    Yes.
 4        Q.    And after Alex Rivas says, "We
 5    like the stock" -- is that somebody
 6    related to you, actually?
 7        A.    My brother.
 8        Q.    Oh, okay.  Your brother.
 9              You then say, "I want to see you
10    persuade your dad to buy the next dip.  He
11    could prove he's cool for less than $300.
12    It's a bargain.  He'll be the only boomer
13    allowed on the moon."  And then there's a
14    little rocket ship and then a little I
15    guess price graph maybe or line graph of
16    some sort.
17              Do you know what you were, you
18    know, trying to communicate in that
19    response?
20        A.    It -- I don't remember what I
21    was thinking at that moment.
22        Q.    Sitting here today?
23        A.    It reads to me like I was being
24    humorous.
25        Q.    When you say, "He could prove
```

Page 132

                    RIVAS - CONFIDENTIAL

1

2    he's cool for less than $300.  It's a

3    bargain," were you saying it was cool to

4    buy GME?

5         A.    I'm not sure if that's what I

6    was saying.

7         Q.    And sitting here today, do you

8    have any idea of what you meant by he'll

9    be the only boomer allowed on the moon

10   with those Emojis?

11        A.    We have ongoing jokes about,

12   like, boomers.  And his dad goes along

13   with it.  Like, his dad, you know, refers

14   to himself as a boomer.  Yeah.  So it's

15   banter that's not connected to, like, GME

16   but broader banter.

17        Q.    And when you wrote for less than

18   $300, it's a bargain, do you know if

19   you're expressing your belief that, like,

20   the stock price would increase after this

21   point in time?

22        A.    I don't remember if I thought

23   that the stock price would increase at

24   that time.

25        Q.    And if you look at the next

```
 1              RIVAS - CONFIDENTIAL
 2    page, because I think Mr. Skene's response
 3    gets cut off, he says, "Cecilia Rivas GME?
 4    I have one share.  The 30-minute chart
 5    shows this is the dip.  So maybe I'll
 6    double down and buy another share.  LOL."
 7              Do you see that?
 8        A.    Yes.
 9        Q.    You then write back tagging him
10    and saying, "Neil yes," all caps,
11    exclamation point, exclamation point,
12    exclamation point.  "Boomer to the moon.
13    I knew you were cool.  Now, got any advice
14    on how to know when the squeeze is at its
15    peak?"
16              Do you see that?
17        A.    Yes.
18        Q.    And so this is another kind of
19    reference to, like, boomers, and we heard
20    about millennials a couple of times.
21        A.    Generational banter.
22        Q.    Yeah.  Generational banter.
23              When you ask him about timing
24    the peak or knowing when the peak -- when
25    the squeeze is at its peak, were you
```

```
                                        Page 134
 1              RIVAS - CONFIDENTIAL
 2   asking him for kind of casual advice on
 3   anticipating when the GME short squeeze
 4   would be at its peak?
 5       A.    I don't remember what I was
 6   thinking specifically when I wrote that.
 7       Q.    Sitting here today, do you have,
 8   you know -- what's your best understanding
 9   of what you were asking in that question?
10       A.    I really only know what it says.
11       Q.    So you were asking if he had any
12   advice on how to know when the squeeze is
13   at its peak.
14       A.    That is what I said.
15       Q.    And when Mr. Skene said in his
16   prior post -- he said, "Cecilia Rivas
17   GME?"  Right?
18       A.    Yes.
19       Q.    And so if you did not respond
20   saying that you were talking about
21   something -- some other peak besides GME,
22   is it fair to say this was in the context
23   of, you know, you were asking about the
24   timing of GME's peak?
25              MR. ROSEN:  Objection.  Vague.
```

```
1              RIVAS - CONFIDENTIAL
2       And compound.
3       Q.    You can answer.
4       A.    Could you say your question
5   again?
6       Q.    Sure.  Based off this context
7   and understanding that you don't recall
8   specifically at the time, do you believe
9   that you were asking about -- for advice
10  on the timing of the peak of GME -- of the
11  GME squeeze, I should say?
12      A.    He wrote about two different
13  stocks prior to my post, so I, like, can
14  only speculate.
15      Q.    Do you know if you held SLV at
16  the time?
17      A.    I don't think I did.
18      Q.    I think that you said earlier
19  that you weren't sure what Mr. Skene does
20  professionally.
21            Do you know if he has ever
22  worked in any sort of, like, investment
23  capacity?
24      A.    Which Skene are you asking
25  about?
```

```
                                              Page 136
 1             RIVAS - CONFIDENTIAL
 2      Q.      Oh, are there two?
 3      A.      Yes.
 4      Q.      Neil -- oh, Neil and Chris.  I
 5  see.
 6              So Neil is the --
 7      A.      Generational banter because
 8  Neil --
 9      Q.      Yeah.
10      A.      -- is his father.
11      Q.      And were you asking -- so you're
12  asking the father for advice about the
13  timing of when the squeeze would be at its
14  peak.
15      A.      This is in the context of, like,
16  a lot of joking, clearly, banter.  So --
17  but, yes, that is what I said.  Do you
18  have any advice on how to know.
19      Q.      And do you know what Mr. Neil
20  Skene did for a living?
21      A.      I have an idea.
22      Q.      What is that?
23      A.      So he -- he has done a few
24  things.  One was being a newspaper
25  publisher for a while, he was a consultant
```

Page 137

```
 1              RIVAS - CONFIDENTIAL
 2     in child welfare, and he also is a pretty
 3     active investor.
 4          Q.    So do you often, you know,
 5     solicit any sort of even kind of informal
 6     investment advice from users on social
 7     media?
 8              MR. ROSEN:  Objection.  Vague.
 9          A.    Yeah.  What do you mean by often
10     and what do you mean by solicit?
11          Q.    Do you ever ask for even
12     informal investment advice from users on
13     social media?
14          A.    I don't -- I mean, are you
15     characterizing -- like, I'm -- what do
16     you --
17          Q.    I'm asking --
18          A.    I'm confused.
19          Q.    I'm asking a general question.
20              Do you ever ask other users on
21     social media for even informal investment
22     advice?
23              MR. ROSEN:  Other than the one
24        that you're asking her about?  Are
25        there other instances of that
```

```
                                              Page 138
 1              RIVAS - CONFIDENTIAL
 2      happening?
 3              MS. YOUNG:  I'm asking if she
 4      has ever done that.
 5      A.      There are no other instances
 6   that are coming to my mind.
 7      Q.      Thank you.
 8              And then if you look at the next
 9   page, Mr. Neil, I guess the father,
10   Skene's response that begins, "The peak is
11   hard to spot," and he says, "and to
12   distinguish from a pullback.  I suspect we
13   will see a bit of compression, trading in
14   a tighter range for a day or two, before a
15   bigger move up or down, but who can
16   predict a flash mob?  Traders use multiple
17   indicators (including stop-loss levels)
18   depending on risk tolerance."
19              Do you see that?
20      A.      Yes.
21      Q.      Do you know if you formulated
22   any sort of view as to when you thought
23   the squeeze would peak based off of this
24   feedback that you got from Mr. Skene?
25      A.      Like, your question assumes a
```

```
 1              RIVAS - CONFIDENTIAL
 2     couple of things.  So -- but I don't
 3     believe I, like, formed an opinion on
 4     anything as a result of the post.  Like, I
 5     don't typically read a post and then form
 6     an opinion.
 7         Q.     Then the -- can you turn to the
 8     page ending 360.
 9         A.     Okay.
10         Q.     This is another one from Mr. --
11     I guess the father -- Skene?
12         A.     Yes.
13         Q.     And it's a post from
14     January 29th, and it begins with him
15     sharing a memory about a feature on
16     Facebook.  In the last bit of the first
17     paragraph, he writes, "The billionaires
18     seem to be successfully using that to
19     distract the mob."
20                And then you comment, asking,
21     "To distract the mob?  What does that
22     mean?"
23                Do you see that at the bottom of
24     the page?
25         A.     I do.
```

```
                                      Page 140
 1             RIVAS - CONFIDENTIAL
 2        Q.      And then if you turn one more
 3    page, you can see that he responds to you,
 4    tagging you, and says -- I think that's
 5    your name bolded -- and says, "Wall Street
 6    views the Robinhood folks as a mob, wants
 7    to distract them by having them turn on
 8    Robinhood."
 9             Do you see that?
10        A.      Yes.
11        Q.      And then can you read what you
12    write back to Mr. Skene?
13        A.      "Gotcha.  I would disagree that
14    the mob is distracted.  The mob is adding
15    Robinhood to the hit list as they continue
16    to hold GME and drain as much money as
17    possible from the hedge funds.  I spend an
18    awful lot of time on Reddit these days and
19    most of the discussion when buying was
20    blocked yesterday was about the need to
21    hold firm and focus on the squeeze.  The
22    lack of retail selling yesterday even as
23    the stock fell was rather inspiring to
24    me."
25        Q.      Thank you.
```

```
 1              RIVAS - CONFIDENTIAL
 2              And did you hold onto your share
 3    of GME at this time to drain as much money
 4    from the hedge funds as possible?
 5       A.    I don't remember, like, what I
 6    would have said at that time was exactly
 7    my motivation.
 8       Q.    Sitting here today.
 9       A.    I don't -- I can't say what my
10    motivation was at that time.
11       Q.    Did you believe that other
12    retail investors on social media were
13    either buying or holding their shares of
14    GME to drain as much money from the hedge
15    funds as possible?
16       A.    I knew that people were writing
17    that they wanted to drain money from hedge
18    funds.
19       Q.    And is it accurate to say that
20    at this time, you spent an awful lot of
21    time on Reddit?
22       A.    What's an awful lot of time to
23    you?
24       Q.    These are your words, Ms. Rivas.
25              So what is an awful lot of time
```

```
 1          RIVAS - CONFIDENTIAL
 2   to you?
 3            MR. ROSEN:  You asked her a
 4       question.  So she's asking you how
 5       you define --
 6       Q.    Okay.  So how did you -- what do
 7   you mean by an awful lot of time?
 8       A.    I think the context that I need
 9   to make clear is that, like, not
10   everything that I post on Facebook is a
11   factual reflection of my opinions or
12   beliefs.  Like, this is, you know, where
13   you go to sort of have fun and have
14   conversation.  It's not a diary.
15       Q.    Are you suggesting that you were
16   not spending an awful lot of time on
17   Reddit those days or just that you weren't
18   using your -- choosing your words
19   carefully?
20       A.    Neither.  Like, neither of those
21   statements.
22       Q.    Okay.  So what did you mean when
23   you wrote, "I spend an awful lot of time
24   on Reddit these days"?
25       A.    I don't remember exactly what
```

Page 143

                    RIVAS - CONFIDENTIAL
1
2    was going through my head when I wrote
3    that.
4        Q.    Sitting here today, what would
5    you believe an awful lot of time meant?
6        A.    Again, like, because I am not
7    sure how serious I was being, I'm not
8    sure, like -- it's not possible to say
9    what I would have thought was an awful lot
10   of time, because I'm not even sure how
11   serious I was being.
12             MR. ROSEN:  Another way to get
13        the answer would be to ask her about
14        how much time she was spending on
15        Reddit.
16             MS. YOUNG:  I believe I already
17        asked her that question earlier today.
18             MR. ROSEN:  So then I guess
19        you're good.
20        Q.    Would you consider -- I think
21   earlier today, you testified that you
22   spent -- you think around this time, you
23   were spending several hours a day
24   investing loosely or reading about
25   investing, that sort of thing.

```
1              RIVAS - CONFIDENTIAL
2        A.    I think I said about a couple of
3   hours.
4        Q.    Couple of hours.  Is that not
5   what I said?
6        A.    You said a few hours.
7        Q.    Okay.  A couple of hours.
8              Would you consider your time
9   spent on Reddit to kind of count towards
10  those few hours?
11       A.    Yeah.  When I said that I spend
12  a couple of hours, like, thinking about
13  investing, if I was reading investment
14  threads on Reddit, then I'm including
15  that, like, the mental energy thinking
16  about the stock market.
17       Q.    And so when you say here -- you
18  said -- let's see -- when buying was
19  blocked yesterday -- and I think this post
20  was on the 29th, so I think you're
21  referring back to the 28th.
22             Does that seem fair to you?
23       A.    Yes.
24       Q.    And you saw a lot of discussion
25  about the need to hold firm and focus on
```

```
 1           RIVAS - CONFIDENTIAL
 2    the squeeze.
 3            Do you see that?
 4       A.    Yes.
 5       Q.    So was it your view at this time
 6    that the potential short squeeze in GME
 7    wasn't yet over or hadn't yet reached its
 8    peak?
 9       A.    Your question assumes that,
10    like, there was a short squeeze, and I --
11    again, I don't remember exactly what I
12    thought at that time.
13       Q.    So sitting here today, what do
14    you believe you meant by saying that the
15    discussion you heard about was about
16    focusing on the squeeze?
17       A.    I -- again, I don't know, like,
18    to what -- like, I don't know how serious
19    I was being.  I had no recollection of
20    this exchange until, you know, searching
21    for my screen shots or searching for my
22    posts.
23       Q.    You also mention that the lack
24    of retail selling was rather inspiring to
25    you.
```

```
                                     Page 146
```

 1              RIVAS - CONFIDENTIAL
 2       A.     Yes.
 3       Q.     Why was that inspiring to you?
 4       A.     Again, I don't know how serious
 5   I was being.  I don't know if I was being
 6   facetious.  Like, I just truly do not
 7   remember my thought process as I sat there
 8   typing, because I am so often facetious or
 9   just having fun on Facebook.
10       Q.     Do you think you were being
11   sarcastic about whether or not the lack of
12   retail selling was inspiring?
13              MR. ROSEN:  Objection.  Asked
14       and answered.
15              MS. YOUNG:  I didn't ask that
16       question.
17       Q.     You can answer.
18       A.     Again, I did not say that I was
19   being sarcastic.  I said I don't remember
20   whether I was being serious or not.
21       Q.     And sitting here today, you
22   don't have any view as to whether or not
23   you were likely being serious or
24   facetious?
25       A.     Yeah.  I don't want to speculate

```
                                        Page 147
 1            RIVAS - CONFIDENTIAL
 2   about my thought process at the time.
 3      Q.    But I don't mean at the time.  I
 4   mean right now.  Your view right now as to
 5   what you meant here.
 6            MR. ROSEN:  When you asked her
 7       what she was thinking back then, and
 8       then you asked her --
 9            MS. YOUNG:  Thank you, Mr.
10       Rosen.
11            MR. ROSEN:  -- what do you think
12       now about what she thought about back
13       then, isn't it the same thing?
14      Q.    No.  I'm asking you, reading
15   this today, what is your understanding of
16   the lack of retail selling being rather
17   inspiring to you?
18      A.    Again, I don't want to speculate
19   about my thought process at that time,
20   because I just don't remember.
21            MS. YOUNG:  Let's take a look at
22       Tab 7, Shuyu.  This is No. 81.
23
24
25
```

```
                                          Page 148
 1              RIVAS - CONFIDENTIAL
 2                  (Defendant's Exhibit 81, A
 3          Facebook post, Bates P00001088, was
 4          hereby marked for identification, as
 5          of this date.)
 6                  THE VIDEOGRAPHER:  Counsel, I
 7          just want to mention that at some
 8          point within the next 15 minutes, we
 9          should break to change the media.
10                  MS. YOUNG:  Okay.  Sure.  Maybe
11          we can finish this document and then
12          break for lunch, if that works.  Okay.
13                  MR. ROSEN:  What number is this?
14                  MS. YOUNG:  81.
15     BY MS. YOUNG:
16          Q.    Do you recognize this document,
17     Ms. Rivas?
18          A.    I do.
19          Q.    What is this?
20          A.    It's a post that I posted on
21     Facebook.
22          Q.    And this is on January 29th;
23     right?
24          A.    Yes.
25          Q.    Can you read the text of the
```

```
 1              RIVAS - CONFIDENTIAL
 2    post.
 3         A.    "The squeeze hasn't squoze yet
 4    and we'll keep draining billions as long
 5    as these people keep shorting.  GME stock
 6    up 68 percent today.  Can't stop, won't
 7    stop, GameStop."  And then a diamond hands
 8    symbol.
 9         Q.    And then you link a CNBC
10    article; right?
11         A.    Yes.
12         Q.    And what's the title of that?
13         A.    "GameStop short sellers are
14    still not surrendering despite nearly 20
15    billion in losses this month."
16         Q.    And what did you mean by "the
17    squeeze hasn't squoze yet"?
18         A.    Again, I don't remember -- like,
19    I don't remember posting this, so I don't
20    remember what I -- I can't offer you
21    interpretation on it beyond what it says.
22         Q.    What does "squoze" mean to you?
23    I don't know if that's in Merriam Webster.
24         A.    I don't think it is.  I would
25    have found the, like, verb funny as I
```

```
 1              RIVAS - CONFIDENTIAL
 2   often use that with respect to my cat's
 3   eyes.  So -- but I mean, "squeeze hasn't
 4   squoze" means, like, that it's not done.
 5        Q.    So based off of this,
 6   understanding that you might not, you
 7   know, recall specifically, this -- sitting
 8   here today, do you believe that this post
 9   expressed that you thought that the GME
10   short squeeze was still ongoing?
11        A.    Again, I don't remember posting
12   it, and therefore, I don't remember how
13   serious I was being.  And I don't take
14   this to be, like, a literal reflection of
15   my thought process at that time.
16        Q.    And what did you mean by "we'll
17   keep draining billions as long as these
18   people keep shorting"?
19        A.    Like, it says what it says.  I'm
20   not sure.  Can you say your question --
21        Q.    Maybe I'll break it down a bit.
22              Who did you mean by "we"?
23        A.    I don't know exactly.  Like, I
24   don't remember writing this.
25        Q.    Based off this context, do you
```

Page 151

```
 1              RIVAS - CONFIDENTIAL
 2   have any understanding of what you might
 3   have meant by "we"?
 4       A.    I think I meant people who hold
 5   GME.
 6       Q.    And when you wrote "those
 7   people," you know, do you think you were
 8   referring to investors that were short
 9   GME?
10       A.    Based upon the sentence, yes.
11   These people keep shorting means I'm
12   referring to the people that are shorting.
13       Q.    That are short GME?
14       A.    Yeah.
15       Q.    And does billions refer to, you
16   know, what those institutions would -- or
17   those short sellers would have to pay to
18   cover or exit their short positions?
19       A.    That's what I, yeah, understand
20   the sentence to mean.
21       Q.    And by "won't stop," were you
22   expressing that you wouldn't sell your
23   share of GME at this time at least?
24       A.    It's a humorous sentence.
25       Q.    And it rhymes.
```

Page 152

1            RIVAS - CONFIDENTIAL
2       A.    Right.  It's a reference to a
3   broader, like, pop culture phrase.
4       Q.    Why would you have posted this
5   on Facebook?
6       A.    Like, I don't remember my
7   motivation for posting this.
8       Q.    But again, I think that you said
9   that these were, you know, one of only two
10  kind of periods when you posted about your
11  investments on social media; right?
12      A.    Mm-hmm.
13      Q.    Sitting here today, is there any
14  reason why you think that you might have
15  wanted to post something publicly about
16  this, about those investments?
17            MR. ROSEN:  Objection.  Vague.
18      Q.    You can answer.
19      A.    What do you mean by public?
20  Because I don't --
21      Q.    Public on social media.  I don't
22  mean, like, that your actual Facebook page
23  is publicly to everybody, but people that
24  have access to your account.
25      A.    I use Facebook as a, like -- I

Page 153

```
 1              RIVAS - CONFIDENTIAL
 2    use Facebook for engaging with friends and
 3    family and, like, activity to connect
 4    socially.
 5              MS. YOUNG:  I think I'm done
 6         with this document.  But if you guys
 7         want to go a little bit longer, we
 8         can.  Do you have any preference?
 9              MR. ROSEN:  Well, he's got --
10              MS. YOUNG:  Do you need to
11         switch over now, Zef?  How much longer
12         do you have before you need to switch
13         over?
14              THE VIDEOGRAPHER:  I'd say,
15         like, ten minutes or so.
16              MR. ROSEN:  You want to take a
17         break now or --
18              MS. YOUNG:  Yeah.  Maybe now
19         is -- is now good for lunch maybe?
20              THE WITNESS:  Sure.
21              MS. YOUNG:  Okay.
22              THE VIDEOGRAPHER:  We're going
23         off the record at 12:46 p.m.
24              (Luncheon recess: 12:46 p.m.)
25
```

```
                                            Page 154

 1              RIVAS - CONFIDENTIAL
 2            A F T E R N O O N   S E S S I O N
 3                     1:41 p.m.
 4              THE VIDEOGRAPHER:  We're back on
 5         the record at 1:41 p.m.
 6    BY MS. YOUNG:
 7         Q.    Okay.  Let's go to Tab 8.
 8         A.    Oh, is this a new one?
 9         Q.    Mm-hmm.
10         A.    Okay.
11         Q.    Yeah.
12              (Defendant's Exhibit 82, An
13         article titled "GameStop short-sellers
14         are still not surrendering despite
15         nearly $20 billion in losses this
16         year," was hereby marked for
17         identification, as of this date.)
18              MR. ROSEN:  Exhibit 82?
19              MS. YOUNG:  This is 82.  Yeah.
20         Q.    Okay.  Do you recognize this
21    article, Ms. Rivas?
22         A.    Looks familiar.
23         Q.    I think when we were in the last
24    exhibit we were looking at, which is 81 --
25         A.    Right.
```

```
                                              Page 155
 1              RIVAS - CONFIDENTIAL
 2      Q.      Tab 7.
 3              Does it look like this is the
 4   article that you linked to that post?
 5      A.      Yeah.  Which page number is
 6   that, is the Facebook post?
 7      Q.      Oh, it's the -- it's not in
 8   the big packet.  It's in that freestanding
 9   one.  It should be No. 81, the last
10   exhibit.
11      A.      Here we go.  Yes.
12      Q.      And if you posted it, it's safe
13   to say you read this article?
14      A.      I did read it.
15      Q.      And could you read the second
16   paragraph on -- well I guess it's not on
17   the page -- the paragraph that's fourth
18   from the bottom on the second page.
19      A.      "The video game stock" -- that
20   paragraph?
21      Q.      Yeah.
22      A.      "The video game stock has been
23   the star of the show on the WallStreetBets
24   Reddit forum, whose members have grown
25   rapidly to over 5 million.  A wave of day
```

```
 1              RIVAS - CONFIDENTIAL
 2    traders continued to encourage each other
 3    to pile into GameStop's shares and call
 4    options, creating a massive short squeeze
 5    that inflicted pain for hedge funds
 6    betting against the name."
 7        Q.    The paragraph mentions a short
 8    squeeze that inflicted pain for hedge
 9    funds betting against the stock; right?
10        A.    Yes.
11        Q.    Does a desire to force losses
12    for hedge funds that were short GME
13    motivate you to hold onto your share of
14    GME?
15              MR. ROSEN:  Asked and answered.
16        Q.    You can answer.
17        A.    I think I've said my primary
18    motivation with buying and selling GME was
19    to make money.
20        Q.    Were you in any way motivated to
21    hold onto your share to inflict losses on
22    short sellers that were short GME?
23        A.    Yeah.  It's hard to say exactly
24    what I was thinking besides the motivation
25    to make money.  Like, that is the
```

```
                                          Page 157
 1           RIVAS - CONFIDENTIAL
 2    overriding.
 3        Q.    Let's take a look back on -- at
 4    81.
 5        A.    Yes.
 6        Q.    "We'll keep draining billions as
 7    long as these people keep shorting.  GME
 8    stock up 68 percent today.  Can't stop,
 9    won't stop, GameStop," diamond hand
10    Emojis; right?
11        A.    Mm-hmm.
12        Q.    And so at the time at least you
13    wrote that, you wanted to diamond hands
14    hold GME to keep draining billions as long
15    as these investors were short GME.
16            MR. ROSEN:  Objection.  That's
17        not what the document says.
18        Q.    Ms. Rivas, what did you mean by
19    "we'll draining billions as long as these
20    people keep shorting"?
21        A.    Given that I own one share, I'm
22    pretty confident I didn't think I
23    was draining billions.  However, I don't
24    remember exactly what I was thinking at
25    that moment.
```

```
                                         Page 158
```

1               RIVAS - CONFIDENTIAL

2        Q.     But "we" presumably includes

3    more than just you; right?

4        A.     "We" is a plural.

5        Q.     Right.

6        A.     Yes.

7        Q.     And so did you have a broader

8    community of individuals in mind than just

9    yourself when you said "we'll keep

10   draining billions"?

11       A.     I think I've indicated that the

12   idea of hedge funds losing money was

13   appealing to me.  But I -- when I say

14   things on social media, they're not to be

15   taken literally.  This is just where I go

16   to have fun and banter with friends and,

17   you know, perhaps trash talk, one might

18   say.

19       Q.     And it mentions traders

20   continued to encourage each other to pile

21   into GameStop shares; right?

22              MR. ROSEN:  Are you talking

23       about Exhibit 82?

24       Q.     I meant 82.  Sorry.  Not yours.

25   The article.

```
 1            RIVAS - CONFIDENTIAL
 2      A.    The article?
 3      Q.    Yeah.
 4      A.    Yes.  A wave of day traders.
 5      Q.    Did you observe users on social
 6  media encouraging each other to pile into
 7  GameStop?
 8            MR. ROSEN:  Objection.
 9      Q.    You can answer.
10      A.    Yeah.  I mean, can you, like --
11  can you explain encouraging versus posting
12  what they are doing?  Like -- what I read
13  on social media was people saying, "I'm
14  buying GameStop.  Woohoo."  Like -- so if
15  that's the sense that you mean, then yes.
16      Q.    Did any of that general
17  enthusiasm for GME encourage you to invest
18  or hold onto your shares?
19      A.    I feel like we're going back in
20  a circle here.  My primary goal is or was
21  to make money.  And if, you know, making
22  money at the expense of a hedge fund was
23  what was happening, then all the better.
24      Q.    In any of these posts, did you
25  say that your primary motive for buying
```

```
1              RIVAS - CONFIDENTIAL
2    one -- one share of GME was to make money?
3         A.    I would need a minute to go back
4    over them.  But probably not.
5         Q.    When you say that you would go
6    to social media to sort of have fun, and
7    there's some levity to it, was there
8    any -- did you find anything fun about
9    your investment in GME at this time?
10        A.    Did I find anything fun about
11   it?
12        Q.    Yes.
13        A.    Yes.
14        Q.    Can you expand on that?  Or,
15   like, how was that fun?
16        A.    It had entertainment value to be
17   invested in something that, you know,
18   other people were talking about.  Like,
19   it's kind of socially engaging.
20        Q.    I think earlier, you also -- you
21   used the expression or the term, rather,
22   "gamification."
23              What do you mean by that?
24        A.    When I referred to gamification,
25   I don't think I was referring specifically
```

```
                                              Page 161
 1            RIVAS - CONFIDENTIAL
 2    to GameStop.
 3        Q.    Right.
 4        A.    But broadly gamification -- I
 5    mean, it refers to making something into a
 6    game that's not a game, and in the case of
 7    Robinhood, you know, they gamified
 8    investing, which is a serious thing with
 9    things like putting confetti, you know, on
10    the app when you buy a stock.
11        Q.    And that --
12        A.    So making a serious thing into
13    a -- into a game.
14        Q.    And that was -- I guess is it
15    fair to say that you felt that way about
16    it back when you started trading, which I
17    think you said was earlier in 2020?
18        A.    August 2020 --
19        Q.    August 2020.
20        A.    -- is when I first invested.
21        Q.    Right.
22              So prior to the Meme stock
23    events, I mean, you felt this way about
24    this gamification idea.
25        A.    I think the gamification is a
```

Page 162

```
 1                RIVAS - CONFIDENTIAL
 2    real, like, psychological effect, and so I
 3    think, like, yeah, you know, seeing
 4    confetti is, like, a dopamine hit, if you
 5    will.
 6         Q.    But you would -- that's separate
 7    from the fun of investing at this time
 8    that seems more kind of community driven,
 9    online community driven, I mean.
10              Is that fair?
11         A.    I think the primary -- like, my
12    primary motivation was to profit.  And so
13    I'm not sure what you're, like, trying to
14    get me to say.
15         Q.    I think I was just -- I don't
16    see it updating right now, but what -- you
17    just said something about it being fun.
18              MR. ROSEN:  I think she said
19         posting on social media was fun.
20         Q.    Right.  And I said is there
21    anything fun about your investment in GME
22    at that time.  I believe you said that
23    there was.
24         A.    Yeah.  And I said that it's fun
25    to own a stock that so many people are
```

Page 163

1             RIVAS - CONFIDENTIAL
2    talking about.
3         Q.    People are talking about.  Yeah.
4         A.    Yeah.  I guess the distinction
5    I'm making is between something having
6    entertainment value and me doing it for
7    entertainment value.
8         Q.    But -- withdrawn.
9               Let's go to -- back to that big
10   packet, Exhibit 79.
11        A.    Yes.
12        Q.    So this time, you'll go to
13   page 355 for the Bates.
14              It looks like this is another
15   post by Mr. Camarda; is that right?
16        A.    Yes, Camarda.
17        Q.    And this is February 21, 2021.
18        A.    Yes.
19        Q.    It's two days after the last
20   post we were looking at.
21              Do you see where he writes, "It
22   didn't take much more than" -- I guess he
23   means -- "a week before an establishment
24   comedian blamed Russia for what's going on
25   on Reddit."

```
                                              Page 164

 1              RIVAS - CONFIDENTIAL
 2       A.      Yes.
 3       Q.      Do you see that at the top?
 4       A.      Mm-hmm.
 5       Q.      And then at the bottom, looks
 6   like he tags you, and this goes on to the
 7   second page.  But he says, "Cecilia Rivas,
 8   how many rubles you getting from Putin?"
 9               Do you see that?
10       A.      Yes.
11       Q.      And then you respond,
12   "Hahahahaha.  I have no need for rubles on
13   the moon."
14       A.      Yes.
15       Q.      And so at this point in time, on
16   February 21st, you were still holding onto
17   your GME share; right?
18       A.      I still had one share.  Yeah.
19       Q.      And this "to the moon"
20   expression is something that you also saw
21   used on Reddit around this time; is that
22   right?
23       A.      It was also used on Reddit at
24   this time.
25       Q.      And so if you're using
```

Page 165

1            RIVAS - CONFIDENTIAL

2      expressions like "on the moon," is that

3      because you at this point in time still

4      believed that the price of GME would

5      increase?

6            A.    So although I don't like to

7      speculate about my mindset, the fact that

8      I put "ha," like, eight times before my

9      words suggests to me that I was joking.

10           Q.    But if you really thought that

11     it wasn't going to increase, you would

12     have sold your shares, right, if you're

13     only investing because, you know, you

14     wanted to make money?

15           A.    I don't remember at that moment,

16     like, my feelings about where the stock

17     was going to go.

18           Q.    And this was a couple of days

19     into the restrictions --

20           A.    Yes.

21           Q.    -- that we talked about.

22           A.    Right.

23           Q.    Okay.  So if we go back to 76.

24     That's that spreadsheet with the orders.

25           A.    Yes.

```
 1              RIVAS - CONFIDENTIAL
 2       Q.    And flip to the second page.
 3             That last row, looks like you
 4   sold your share of GME on February 4th at
 5   the price of $57.22; right?
 6       A.    Yes.
 7       Q.    And why did you decide to sell
 8   your share at this time?
 9       A.    I remember, like, feeling a
10   sense of hopelessness at Robinhood's
11   manipulation and just feeling like I guess
12   I should cut my losses.
13       Q.    Could you expand on that
14   hopelessness?
15       A.    I felt that the restrictions
16   that were so affecting the price of the
17   stock were, like -- weren't allowed or
18   shouldn't be allowed.  You know, I'm not
19   an expert in those rules.  But it seemed
20   like I guess they're getting away with
21   this.
22       Q.    Was it your view that
23   Robinhood's trading restrictions alone
24   caused you to lose money on GME?  On the
25   share of GME?
```

Page 167

```
 1              RIVAS - CONFIDENTIAL
 2        A.       Robinhood puts actions alone on
 3   this specific share.
 4        Q.       Robinhood's restrictions alone
 5   were the only contributing factor to you
 6   losing money on this share of GME.
 7        A.       Share prices are affected by
 8   different things, and I wouldn't, like,
 9   venture a guess one way or the other as to
10   one decisive factor.
11        Q.       So you believe it's possible
12   that other factors could have contributed
13   to the share price decline in GME at this
14   time.
15              MR. ROSEN:  Objection.  Asked
16        and answered.
17              MS. YOUNG:  I didn't ask that.
18        Q.       You can answer.
19        A.       I don't want to speculate about,
20   like, the exact reasons why GameStop or
21   any stock rises or falls at any given
22   moment.
23        Q.       Do you believe that the end of a
24   short squeeze or attempted short squeeze
25   could cause you to lose any money on your
```

```
                                    Page 168
 1            RIVAS - CONFIDENTIAL
 2    GME investment?
 3         A.    No.
 4         Q.    I think you testified earlier
 5    today that you believe that a short
 6    squeeze -- a short squeeze causes a stock
 7    price to be overvalued relative to its
 8    fundamental value.  Is that right?  Or am
 9    I mischaracterizing anything?
10            MR. ROSEN:  Objection.
11         A.    I can't remember if I said it
12    like that.  Like, I probably shouldn't
13    have spoken with such confidence if that's
14    what I did say.
15         Q.    I'm probably paraphrasing.  If
16    you have a more -- I don't want to
17    misrepresent anything if that's not --
18            MR. ROSEN:  Well, what's the
19         specific question you're asking her?
20         Q.    I'm asking how do you think that
21    an attempted short squeeze in GME would
22    have impacted the stock price, prior to
23    you selling, immediately prior to you
24    selling?
25            MR. ROSEN:  On February 4th?
```

Page 169

1          RIVAS - CONFIDENTIAL
2      Q.     In late January to early
3   February.
4      A.     I mean, my feeling or my belief
5   is that Robinhood's -- by, you know, going
6   to position close only and those other
7   restrictions were the primary reason that
8   the stock tanked, and I can't say what
9   would have or could have or should have
10  happened had they not done that.  Like,
11  what they did was tank the stock.
12     Q.     Do you know if, after all of
13  those restrictions were lifted, whether or
14  not the stock price recovered?
15     A.     At what --
16     Q.     At -- let's say the January 27th
17  peak.
18     A.     Like, did it recover on -- when
19  did it -- I'm sorry.
20     Q.     After Robinhood -- after there
21  were no more restrictions on Robinhood's
22  platform, do you know whether or not GME's
23  stock price recovered to the
24  January 27, 2021, peak price?
25     A.     I'm not sure if it did.

```
                                        Page 170

 1              RIVAS - CONFIDENTIAL

 2        Q.    Do you recall whether --

 3   actually, withdrawn.

 4              Between January and

 5   February 2021, you didn't buy or sell any

 6   shares of AMC; right?

 7        A.    No.

 8        Q.    Or Blackberry.

 9        A.    No.

10        Q.    Bed Bath & Beyond?

11        A.    No.

12        Q.    Express?

13        A.    No.

14        Q.    Nokia?

15        A.    No.

16        Q.    Koss?

17        A.    No.

18        Q.    Tootsie Roll?

19        A.    No.

20        Q.    And Trivago?

21        A.    No.

22        Q.    Did you consider buying any of

23   those shares in January 2021?

24        A.    I don't remember if I considered

25   it or not.
```

```
                                              Page 171

  1              RIVAS - CONFIDENTIAL

  2       Q.    Since January 2021, when you

  3   purchased the shares of GME, have you ever

  4   purchased any more shares?

  5       A.    Since January, yes.

  6       Q.    When was that?

  7       A.    I'm trying to remember.  It was

  8   later in 2021.  I don't think I've bought

  9   any after 2021.

 10       Q.    But you don't know when in 2021.

 11       A.    I don't remember.

 12       Q.    And you still trade today;

 13   right?

 14       A.    I haven't bought or sold any

 15   stocks in a while, but I still have a

 16   brokerage account.

 17       Q.    And I think you said earlier

 18   that that's mainly Fidelity; right?

 19       A.    Yes.

 20       Q.    Today, do you hold, you know,

 21   stock in any of the companies we've

 22   discussed?

 23       A.    Yes.

 24       Q.    Which ones?

 25       A.    I still have a couple of shares
```

Page 172

```
                        RIVAS - CONFIDENTIAL
 1
 2     of GameStop in Fidelity.
 3          Q.     And what stocks make up the
 4     biggest portion of your portfolio today?
 5          A.     An S&P index fund and a NASDAQ
 6     index fund.
 7          Q.     And what's the approximate value
 8     of your portfolio today?
 9          A.     My total portfolio, it's I think
10     about ████████
11          Q.     And what's your role in this
12     lawsuit?
13          A.     I'm a plaintiff.
14          Q.     Are you a named plaintiff?
15          A.     Yes, a named plaintiff.
16          Q.     Do you know what a class
17     representative is in a class action?
18          A.     I do.
19          Q.     And are you seeking to be a
20     class rep in this action?
21          A.     I am.
22          Q.     And what do you understand your
23     responsibilities to be in that role?
24          A.     My responsibilities are to
25     represent and look out for the interests
```

Page 173

RIVAS - CONFIDENTIAL

1
2      of the absent class members by, you know,
3      participating in the litigation.
4          Q.     And how did you hear about this
5      lawsuit?
6          A.     I was, like, Googling for
7      whether or not there were lawsuits related
8      to the Robinhood market manipulation, and
9      so the Rosen Law Firm came up.
10         Q.     And did you contact the Rosen
11     firm?
12         A.     I did.
13         Q.     How did you reach out?
14         A.     They had a, you know, inquiry
15     form on their website.
16         Q.     Why did you want to be involved
17     in this lawsuit as a named plaintiff?
18         A.     Because I was and am angry at
19     Robinhood's manipulation of the stocks
20     during this time.
21         Q.     And I think earlier today, I was
22     asking about a post about Exhibit 80
23     maybe.  You don't have to go back to it.
24     But it's the one where you reference
25     another class action that had been filed

Page 174

1                    RIVAS - CONFIDENTIAL
2          in January of 2021.
3                    And I believe in that post, you
4          describe the plaintiffs in that action as
5          American heroes?
6               A.    Yes.  I remember that.
7               Q.    What did you think was heroic
8          about the plaintiff in that lawsuit?
9               A.    The post was referring to the
10         attorneys.  Like, are you asking about the
11         attorneys or the, like --
12              Q.    Oh, I thought you were talking
13         about the plaintiffs.
14              A.    The plaintiffs that the
15         attorneys represented.  I'm sorry.
16              Q.    It's -- I guess the better
17         question would have been who are the
18         American heroes that you're referring to
19         in that post?
20              A.    I think it was the lawyers.
21              Q.    Okay.  So do you consider
22         Mr. Rosen heroic, then, in this case?
23              A.    I consider him an American hero.
24              Q.    An American hero.  Thank you.
25                    So you don't consider your own

Page 175

```
 1            RIVAS - CONFIDENTIAL
 2   participation in this action heroic?
 3       A.    Let's say it is.  Sure.  My
 4   participation in this litigation is
 5   heroic.  I will agree with that
 6   characterization.
 7            MR. ROSEN:  After what you've
 8       gone through in this deposition.
 9       Q.    I can't believe it was that
10   unpleasant.  Those were some good cookies
11   that hopefully you enjoyed.
12       A.    I'll have one on my way out.
13       Q.    They're good.
14            Excluding your dep today, how
15   much time have you spent on things related
16   to this lawsuit?
17       A.    I'm not sure exactly, but it's
18   been quite a bit of time.
19       Q.    Does it sort of vary over
20   different periods?
21       A.    Yeah.
22       Q.    Have you read filings in the
23   case?
24       A.    I have.
25       Q.    Anything in particular?
```

1              RIVAS - CONFIDENTIAL

2       A.     I think I've read all of them.

3   So I've read the original complaint, the

4   amended complaint, the -- Robinhood's

5   motion to dismiss, the response to that,

6   and the judge's opinion.

7       Q.     How often do you communicate

8   with counsel, about?

9       A.     It varies.  But I don't think

10  we've gone more than three or four weeks

11  without some communication.

12      Q.     Have you been compensated for

13  the time you've spent on this case?

14      A.     No.

15      Q.     Have you been told whether you

16  will receive compensation at any point for

17  your involvement in this case?

18      A.     As the certification indicates,

19  I believe I have been told that I will not

20  be compensated by the Rosen Law Firm for

21  my participation in this case.

22      Q.     And you're aware that a request

23  for production of documents was served on

24  you to your counsel; right?

25      A.     Yes.

Page 177

RIVAS - CONFIDENTIAL

1
2       Q.     And we talked about this a
3    little bit earlier with respect to the
4    Facebook posts.
5             But I gather you did some sort
6    of search for potentially responsive
7    documents?
8       A.     Yes.
9       Q.     And when was that?
10      A.     It would have been shortly
11   before the law firm produced them.  It was
12   a few months ago now.  I'm not sure
13   exactly when.
14      Q.     Do you have a personal email
15   account?
16      A.     I do.
17      Q.     Did you search through your
18   email or email accounts for documents that
19   Robinhood requested?
20      A.     No.
21      Q.     And why is that?
22      A.     Because I knew that I wasn't
23   emailing people concerning the affected
24   stocks or the, you know, issues at hand in
25   the litigation.

Page 178

1              RIVAS - CONFIDENTIAL
2       Q.     Ever?
3       A.     Yes.  Other than my attorneys,
4    yes.
5       Q.     I think you also said -- when
6    did you say that you reached out to the
7    Rosen firm about participating in this
8    action?  Or did I not ask you that?
9       A.     I don't think that you asked me
10   that.
11      Q.     When did -- when about did you
12   reach out to them?
13      A.     I can't remember how long it was
14   before I signed the certification, but it
15   was a few weeks before I signed the
16   certification.
17      Q.     Okay.  I think the
18   certification -- well --
19      A.     November 23, 2021.
20      Q.     Yeah.  And you mentioned that
21   you have your cellphone set to delete --
22   did you say texts every three months,
23   automatically delete texts every month?
24      A.     Three months --
25      Q.     Three months.

Page 179

1              RIVAS - CONFIDENTIAL
2      A.      -- is how long they're retained.
3      Q.      Yeah.   And that's always been a
4   setting on your phone?
5      A.      As long as I can remember.
6      Q.      After signing on to act as a
7   plaintiff in this litigation, did you
8   change that setting?
9      A.      I did not change that setting.
10     Q.      Do you ever communicate through
11  any other apps, like WhatsApp or instant
12  messaging apps like that?
13     A.      I have used WhatsApp.
14     Q.      Did you search WhatsApp or any
15  sort of similar apps for any responsive
16  material?
17     A.      Did I search WhatsApp or --
18     Q.      Mm-hmm.
19     A.      I did not search WhatsApp.
20     Q.      And is that because, like text,
21  you're confident that nothing responsive
22  would exist there?
23     A.      I'm confident on WhatsApp
24  because I only use it to communicate with
25  a couple of people that I know I wasn't

Page 180

RIVAS - CONFIDENTIAL

1         communicating with them about stocks.

2              Q.    And what about Facebook

3         Messenger?

4              A.    I searched Facebook Messenger.

5              Q.    Does Reddit have direct

6         messaging?

7              A.    It might.  I'm not sure.

8              Q.    Okay.  I assume, then, you've

9         never used that feature on Reddit if it

10        does exist.

11             A.    I'm pretty sure I have not.

12             Q.    Okay.  Have you deleted or

13        thrown out any kind of social media posts

14        that were related to issues in this

15        litigation?

16             A.    No.

17             Q.    Have you taken any steps to

18        preserve documents requested in this

19        litigation?

20             A.    Yes.

21             Q.    What kind of actions?

22             A.    I screen shotted or downloaded

23        these materials.

24             Q.    So throughout the day today, we

```
1              RIVAS - CONFIDENTIAL
2    talked a lot about sort of enthusiasm on
3    Reddit and other social media sites
4    related to GME in, say, late January 2021.
5         A.    Yes.
6         Q.    Fair?
7         A.    Quite a bit.
8         Q.    And did you consider yourself a
9    participant of any of that social media
10   enthusiasm?
11        A.    I don't know if I would have
12   called myself a participant.  I don't know
13   if I would have used that
14   characterization.
15        Q.    Would you consider yourself
16   engaged in that social media enthusiasm
17   related to GME in late January of 2021?
18        A.    What I would say is that I
19   followed that enthusiasm and made a
20   limited number of posts.
21        Q.    And a lot of -- we've discussed
22   today that a lot of users on social media
23   were using kind of jargon like "to the
24   moon," right, or "diamond hands"; right?
25        A.    Yes.
```

1        RIVAS - CONFIDENTIAL
2        Q.    Those are also expressions or
3    Emojis or terms that you used in posts
4    around this time; right?
5        A.    Yes.
6        Q.    And on days where you actually
7    posted things like "I'm holding to the
8    moon" and things like that were during
9    periods where you actually were holding
10   your GME share; right?
11       A.    The posts that we have gone
12   over, yes, I was holding a GME share.
13       Q.    Right.  I think earlier, you
14   testified that you thought that some of
15   your social media posts were more comedic
16   in nature rather than a serious reflection
17   of how you felt about your investment in
18   GME.
19       A.    Yes.
20       Q.    But you took your investment in
21   GME very seriously as an actual financial
22   investment?
23       A.    I don't know if I would say that
24   I, like, took it -- like, seriously is not
25   the word that came to my mind.  I hoped to

```
 1           RIVAS - CONFIDENTIAL
 2   make money off of it.  So if you define
 3   seriously, like, what's your definition of
 4   serious?
 5        Q.    Let me ask maybe a different --
 6   a better question.
 7              Were you motivated to either
 8   invest in GME or hold onto your share of
 9   GME in solidarity with the larger Reddit
10   community that was enthusiastic about the
11   company at that time?
12        A.    I was primarily motivated by the
13   desire to make a profit and the fact that
14   there was, like, a potential benefit to --
15   like, a potential, you know, negative
16   effect to hedge funds was an added bonus.
17   I was not motivated by a desire to be,
18   like, a part of Wall Street Bets.
19        Q.    Prior to January of 2021, you
20   know, you for a while have been investing
21   in Robinhood; right?
22        A.    Yes.
23        Q.    And after this time, you
24   continued investing I assume not on
25   Robinhood as actively but on your Fidelity
```

```
                                      Page 184

 1               RIVAS - CONFIDENTIAL

 2    account; right?

 3         A.    Yes.

 4         Q.    Do you recall any other

 5    instances where you ever posted on social

 6    media about those investments?

 7         A.    I don't recall any.

 8         Q.    The only time you recall ever

 9    posting about investing -- your actual

10    investments, I mean -- was this time for

11    your one share of GME in January and I

12    guess in early February of 2021.

13         A.    Yes.

14         Q.    You never prior to that or after

15    that felt the need to post about, you

16    know, your investments that you made in

17    companies, you know, driven by your desire

18    to make money off of those investments.

19               MR. ROSEN:  When you're asking

20         her if she felt the need, are you

21         asking her if she did it or if she

22         ever felt the need to do it?

23         Q.    Did you ever do it?

24         A.    I have not, but I -- did I post

25    about my desire to make money off of
```

Page 185

1           RIVAS - CONFIDENTIAL
2    investments?  Was that the question?
3        Q.    I'm asking did you ever -- I
4    should rephrase.
5              Why did you -- if GME is the
6    only investment that you ever posted about
7    on social media, you know, why was that?
8        A.    I can't say why I didn't post
9    about other investments.  I can say that I
10   did post about GameStop because I used
11   Facebook as a social venue, and so I was
12   talking with other people about it in,
13   like, a social sense.  It wasn't about
14   investments.  It was about -- the pop
15   culture phenomenon is what I was talking
16   with people about, because that's what's
17   fun to talk about on Facebook.
18       Q.    And is that what also made your
19   investment in GME fun?  Like, this -- I
20   think you described it as a social
21   movement in this cultural phenomenon
22   around GME at this time?
23       A.    Is that what made is fun?
24       Q.    Yeah.  I think a couple of
25   times, you used the word "fun" to describe

Page 186

RIVAS - CONFIDENTIAL

1  RIVAS - CONFIDENTIAL
2  your experience investing at this time.
3      A.    Is -- so is talking with people
4  on social media what made it about it --
5  what made it fun.
6      Q.    Yeah, or is that part of what
7  made it fun?
8      A.    Yeah, that's part of what made
9  it fun.
10          (Pause)
11          MS. YOUNG:  I'm just going over
12      my notes, but I don't think I have
13      much more.
14          (Pause)
15          MS. YOUNG:  I think -- I want to
16      take ten minutes, but then I think I'm
17      done.
18          MR. ROSEN:  Okay.
19          MS. YOUNG:  Okay.
20          THE VIDEOGRAPHER:  We're going
21      off the record at 2:14 p.m.
22          (Recess)
23          THE VIDEOGRAPHER:  We're back on
24      the record at 2:30 p.m.
25          MS. YOUNG:  Thank you for your

Page 187

```
 1              RIVAS - CONFIDENTIAL
 2      time, Ms. Rivas.  I don't have any
 3      further questions for you.
 4              THE WITNESS:  You're welcome.
 5      Thanks.
 6              MR. ROSEN:  No questions from
 7      us.
 8              THE VIDEOGRAPHER:  We're off the
 9      record at 2:30 p.m.  This concludes
10      today's testimony given by Cecilia
11      Rivas.
12              MR. ROSEN:  I just want to
13      designate the transcript Confidential
14      pursuant to the protective order.
15              (TIME NOTED:  2:30 p.m.)
16
17   _____
18   CECILIA RIVAS
19
20   Subscribed and sworn to
21   before me this _____
22   day of _____, 2023.
23
24    _____
25        Notary Public
```