# Exhibit 25



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/01/2021 to 01/31/2021
**Abraham Huacuja** Account #: ▮▮▮▮
Cash Management ACH Account #: ▮▮▮▮



▦ Options     ■ Equities     ▩ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | ▮▮▮ | ▮▮▮ |
| Deposit Sweep Balance | ▮▮▮ | ▮▮▮ |
| Total Securities | ▮▮▮ | ▮▮▮ |
| **Portfolio Value** | ▮▮▮ | ▮▮▮ |

### Portfolio Allocation



Cash and Cash Equivalents 1.17%
Equities 98.83%
Options 0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.04 | $0.04 |

The Robinhood Cash Management Annual Percentage Yield (APY) is 0.30% as of the closing date of this statement. APY is determined by the program banks into which your uninvested cash is swept, and may change at any time. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ACH Deposit | | Margin | ACH | 01/25/2021 | | | | $500.00 |
| ARK Genomic Revolution ETF<br>Unsolicited, CUSIP: 00214Q302 | ARKG | Margin | Buy | 01/26/2021 | 2 | $110.70 | $221.40 | |
| Opendoor Technologies<br>Unsolicited, CUSIP: 683712103 | OPEN | Margin | Buy | 01/26/2021 | 10 | $27.60 | $276.00 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 1,000 | $19.09 | $19,088.00 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 15 | $18.24 | $273.56 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 105 | $17.86 | $1,875.30 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 100 | $17.85 | $1,785.00 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 100 | $17.85 | $1,785.00 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 100 | $17.85 | $1,785.00 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 100 | $17.85 | $1,785.00 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 300 | $17.85 | $5,355.00 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 95 | $17.85 | $1,695.75 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 150 | $16.35 | $2,452.50 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 5 | $16.25 | $81.24 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 50 | $16.35 | $817.50 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 1 | $15.25 | $15.25 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 9 | $15.39 | $138.49 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 01/27/2021 | 70 | $15.15 | $1,060.49 | |
| ARK Genomic Revolution ETF<br>Unsolicited, CUSIP: 00214Q302 | ARKG | Margin | Sell | 01/27/2021 | 4 | $103.66 | | $414.64 |
| Interest Payment | | Sweep | INT | 01/29/2021 | | | | $0.04 |
| Nokia<br>Unsolicited, CUSIP: 654902204 | NOK | Margin | Buy | 01/27/2021 | 100 | $7.68 | $767.50 | |
| Nokia<br>Unsolicited, CUSIP: 654902204 | NOK | Margin | Buy | 01/27/2021 | 100 | $7.68 | $767.50 | |
| Nokia<br>Unsolicited, CUSIP: 654902204 | NOK | Margin | Buy | 01/27/2021 | 1,000 | $7.53 | $7,530.00 | |
| Nokia<br>Unsolicited, CUSIP: 654902204 | NOK | Margin | Buy | 01/27/2021 | 774 | $7.27 | $5,626.98 | |
| Nokia<br>Unsolicited, CUSIP: 654902204 | NOK | Margin | Buy | 01/27/2021 | 100 | $7.27 | $727.00 | |
| Nokia<br>Unsolicited, CUSIP: 654902204 | NOK | Margin | Buy | 01/27/2021 | 51 | $7.27 | $370.77 | |
| Nokia<br>Unsolicited, CUSIP: 654902204 | NOK | Margin | Buy | 01/27/2021 | 75 | $7.27 | $545.25 | |
| Nokia<br>Unsolicited, CUSIP: 654902204 | NOK | Margin | Buy | 01/27/2021 | 900 | $7.18 | $6,462.00 | |
| Nokia<br>Unsolicited, CUSIP: 654902204 | NOK | Margin | Buy | 01/27/2021 | 100 | $7.18 | $718.00 | |
| Nokia<br>Unsolicited, CUSIP: 654902204 | NOK | Margin | Buy | 01/27/2021 | 60 | $6.73 | $403.80 | |