# Exhibit 36

# Document Provided in Native Format

RHMDL00020635

| Date | NSCC AM Requirement | RHS had on deposit | Deposited | Withdrew | EOD deposit of | tional Call Requirement | eposit to cover Call | New EOD deposit | n Daily Activity - Mastersheet Row 51 |
|---|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | 71,649,364.00 | 76,000,000 | | 0 | 76,000,000 | | | 76,000,000 | |
| 01/05/2021 | 98,792,223.41 | 76,000,000 | 26,000,000 | | 102,000,000 | | | 102,000,000 | |
| 01/06/2021 | 86,719,680.76 | 102,000,000 | | 12,000,000 | 90,000,000 | | | 90,000,000 | |
| 01/07/2021 | 116,857,804.96 | 90,000,000 | 30,000,000 | | 120,000,000 | | | 120,000,000 | |
| 01/08/2021 | 100,893,060.03 | 120,000,000 | | 16,000,000 | 104,000,000 | | | 104,000,000 | |
| 01/11/2021 | 105,267,718.31 | 104,000,000 | 5,000,000 | | 109,000,000 | | | 109,000,000 | |
| 01/12/2021 | 181,373,011.95 | 109,000,000 | 76,000,000 | | 185,000,000 | | | 185,000,000 | |
| 01/13/2021 | 156,099,382.69 | 185,000,000 | | 26,000,000 | 159,000,000 | | | 159,000,000 | |
| 01/14/2021 | 150,951,163.93 | 159,000,000 | | 5,000,000 | 154,000,000 | | | 154,000,000 | |
| 01/15/2021 | 149,540,201.30 | 154,000,000 | | 1,000,000 | 153,000,000 | | | 153,000,000 | |
| 01/19/2021 | 195,859,852.04 | 153,000,000 | 46,000,000 | | 199,000,000 | | | 199,000,000 | |
| 01/20/2021 | 161,496,778.50 | 199,000,000 | | 35,000,000 | 164,000,000 | | | 164,000,000 | |
| 01/21/2021 | 170,765,589.00 | 164,000,000 | 10,000,000 | | 174,000,000 | | | 174,000,000 | |
| 01/22/2021 | 132,933,301.92 | 174,000,000 | | 38,000,000 | 136,000,000 | | | 136,000,000 | |
| 01/25/2021 | 124,602,349.23 | 136,000,000 | | 8,000,000 | 128,000,000 | 202,428,708.17 | 78,000,000 | 206,000,000 | |
| 01/26/2021 | 290,930,632.62 | 206,000,000 | 88,000,000 | | 294,000,000 | | | 294,000,000 | |
| 01/27/2021 | 282,651,576.42 | 294,000,000 | | 8,000,000 | 286,000,000 | 693,770,190.70 | 410,000,000 | 696,000,000 | |
| 01/28/2021 | 1,429,976,926.71 | 696,000,000 | 737,000,000 | | 1,433,000,000 | | | 1,433,000,000 | |
| 01/29/2021 | 354,284,855.17 | 1,433,000,000 | | 1,075,000,000 | 358,000,000 | | | 358,000,000 | |

| Date | NSCC | | | DTCC | | | OCC - C (Daily margin collateral) | | | OCC - F (Daily margin collateral) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Requirement | Deposit | Excess/Deficit (-) | Requirement | Deposit | Excess/Deficit (-) | Requirement | Deposit | Excess/Deficit (-) | Requirement | Deposit | Excess/Deficit (-) |
| 01/04/2021 | $71,649,364.00 | $76,000,000.00 | $4,350,636.00 | $173,644.00 | $342,860.00 | $169,216.00 | $46,339,208.00 | $43,894,646.00 | -$2,444,562.00 | $1,492.00 | $124,451.00 | $122,959.00 |
| 01/05/2021 | $98,792,223.41 | $76,000,000.00 | -$22,792,223.41 | $173,644.00 | $342,860.00 | $169,216.00 | $75,558,200.00 | $46,339,208.00 | -$29,218,992.00 | $1,602.00 | $124,451.00 | $122,849.00 |
| 01/06/2021 | $86,719,680.76 | $102,000,000.00 | $15,280,319.24 | $173,644.00 | $342,860.00 | $169,216.00 | $53,283,600.00 | $75,558,200.00 | $22,274,600.00 | $1,480.00 | $124,451.00 | $122,971.00 |
| 01/07/2021 | $116,857,804.96 | $90,000,000.00 | -$26,857,804.96 | $173,644.00 | $342,860.00 | $169,216.00 | $70,333,227.00 | $53,558,200.00 | -$16,775,027.00 | $2,182.00 | $124,451.00 | $122,269.00 |
| 01/08/2021 | $100,893,060.03 | $120,000,000.00 | $19,106,939.97 | $173,644.00 | $342,860.00 | $169,216.00 | $48,294,589.00 | $70,333,227.00 | $22,038,638.00 | $1,770.00 | $124,451.00 | $122,681.00 |
| 01/11/2021 | $105,267,718.31 | $104,000,000.00 | -$1,267,718.31 | $173,644.00 | $342,860.00 | $169,216.00 | $34,280,466.00 | $48,333,227.00 | $14,052,761.00 | $1,972.00 | $124,451.00 | $122,479.00 |
| 01/12/2021 | $181,373,011.95 | $109,000,000.00 | -$72,373,011.95 | $173,644.00 | $342,860.00 | $169,216.00 | $75,283,223.00 | $34,333,227.00 | -$40,949,996.00 | $1,971.00 | $124,451.00 | $122,480.00 |
| 01/13/2021 | $156,099,382.69 | $185,000,000.00 | $28,900,617.31 | $173,644.00 | $342,860.00 | $169,216.00 | $74,915,809.00 | $75,283,223.00 | $367,414.00 | $1,903.00 | $124,451.00 | $122,548.00 |
| 01/14/2021 | $150,951,163.93 | $159,000,000.00 | $8,048,836.07 | $173,644.00 | $342,860.00 | $169,216.00 | $62,686,883.00 | $74,915,809.00 | $12,228,926.00 | $2,016.00 | $124,451.00 | $122,435.00 |
| 01/15/2021 | $149,540,201.30 | $154,000,000.00 | $4,459,798.70 | $173,644.00 | $342,860.00 | $169,216.00 | $75,030,927.00 | $63,327,724.24 | -$11,703,202.76 | $2,115.00 | $124,451.00 | $122,336.00 |
| 01/19/2021 | $195,859,852.04 | $153,000,000.00 | -$42,859,852.04 | $173,644.00 | $342,860.00 | $169,216.00 | $50,192,184.00 | $75,030,927.00 | $24,838,743.00 | $2,062.00 | $124,451.00 | $122,389.00 |
| 01/20/2021 | $161,496,778.50 | $199,000,000.00 | $37,503,221.50 | $173,644.00 | $342,860.00 | $169,216.00 | $68,970,831.00 | $50,192,184.00 | -$18,778,647.00 | $2,125.00 | $124,451.00 | $122,326.00 |
| 01/21/2021 | $170,765,589.00 | $164,000,000.00 | -$6,765,589.00 | $173,644.00 | $342,860.00 | $169,216.00 | $56,718,290.00 | $68,970,831.00 | $12,252,541.00 | $1,507.00 | $124,451.00 | $122,944.00 |
| 01/22/2021 | $132,933,301.92 | $174,000,000.00 | $41,066,698.08 | $173,644.00 | $342,860.00 | $169,216.00 | $50,774,992.00 | $56,970,831.00 | $6,195,839.00 | $2,103.00 | $121,648.00 | $119,545.00 |
| 01/25/2021 | $124,602,349.23 | $136,000,000.00 | $11,397,650.77 | $173,644.00 | $342,860.00 | $169,216.00 | $44,472,537.00 | $50,774,992.00 | $6,302,455.00 | $2,147.00 | $123,751.00 | $121,604.00 |
| 01/26/2021 | $290,930,632.62 | $206,000,000.00 | -$84,930,632.62 | $173,644.00 | $342,860.00 | $169,216.00 | $92,061,943.00 | $44,774,992.00 | -$47,286,951.00 | $2,047.00 | $123,751.00 | $121,704.00 |
| 01/27/2021 | $282,651,576.42 | $294,000,000.00 | $11,348,423.58 | $173,644.00 | $342,860.00 | $169,216.00 | $94,483,933.00 | $92,061,943.00 | -$2,421,990.00 | $2,124.00 | $121,627.00 | $119,503.00 |
| 01/28/2021 | $1,429,976,926.71 | $696,000,000.00 | -$733,976,926.71 | $173,644.00 | $342,860.00 | $169,216.00 | $311,346,934.00 | $169,358,941.00 | -$141,987,993.00 | $1,550.00 | $123,751.00 | $122,201.00 |
| 01/29/2021 | $354,284,855.17 | $1,433,000,000.00 | $1,078,715,144.83 | $192,827.00 | $342,860.00 | $150,033.00 | $418,346,934.00 | $311,346,934.00 | -$107,000,000.00 | $1,622.00 | $123,051.00 | $121,429.00 |

| Date | NSCC Requirement | NSCC Deposit | NSCC Excess/Deficit (-) | DTCC Requirement | DTCC Deposit | DTCC Excess/Deficit (-) | OCC - C (Daily margin collateral) Requirement | OCC - C Deposit | OCC - C Excess/Deficit (-) | OCC - F (Daily margin collateral) Requirement | OCC - F Deposit | OCC - F Excess/Deficit (-) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/2020 | $112,735,583.86 | $84,000,000.00 | -$28,735,583.86 | $315,328.00 | $342,860.00 | $27,532.00 | $25,689,268.00 | $35,194,830.00 | $9,505,562.00 | $1,314.00 | $135,351.00 | $134,037.00 |
| 11/06/2020 | $129,360,762.90 | $116,000,000.00 | -$13,360,762.90 | $315,328.00 | $342,860.00 | $27,532.00 | $31,746,620.00 | $26,194,830.00 | -$5,551,790.00 | $1,226.00 | $135,351.00 | $134,125.00 |
| 11/09/2020 | $111,179,458.59 | $132,000,000.00 | $20,820,541.41 | $315,328.00 | $342,860.00 | $27,532.00 | $14,666,131.00 | $31,746,620.00 | $17,080,489.00 | $1,134.00 | $135,351.00 | $134,217.00 |
| 11/10/2020 | $173,849,497.02 | $114,000,000.00 | -$59,849,497.02 | $315,328.00 | $342,860.00 | $27,532.00 | $45,477,255.00 | $14,746,620.00 | -$30,730,635.00 | $1,304.20 | $135,051.00 | $133,746.80 |
| 11/11/2020 | | $206,000,000.00 | $206,000,000.00 | $315,328.00 | $342,860.00 | $27,532.00 | | | $0.00 | | | $0.00 |
| 11/12/2020 | $243,698,482.86 | $206,000,000.00 | -$37,698,482.86 | $315,328.00 | $342,860.00 | $27,532.00 | $39,816,007.00 | $45,477,255.00 | $5,661,248.00 | $1,092.00 | $135,051.00 | $133,959.00 |
| 11/13/2020 | $103,720,854.82 | $247,000,000.00 | $143,279,145.18 | $315,328.00 | $342,860.00 | $27,532.00 | $40,216,744.00 | $39,816,007.00 | -$400,737.00 | $1,461.00 | $134,951.00 | $133,490.00 |
| 11/16/2020 | $118,205,044.83 | $107,000,000.00 | -$11,205,044.83 | $315,328.00 | $342,860.00 | $27,532.00 | $25,346,019.00 | $40,216,744.00 | $14,870,725.00 | $1,434.00 | $133,517.00 | $132,083.00 |
| 11/17/2020 | $121,307,783.56 | $121,000,000.00 | -$307,783.56 | $315,328.00 | $342,860.00 | $27,532.00 | $35,467,802.00 | $25,346,019.00 | -$10,121,783.00 | $1,409.00 | $134,951.00 | $133,542.00 |
| 11/18/2020 | $104,477,290.99 | $125,000,000.00 | $20,522,709.01 | $315,328.00 | $342,860.00 | $27,532.00 | $31,870,239.00 | $35,467,802.00 | $3,597,563.00 | $1,336.00 | $134,951.00 | $133,615.00 |
| 11/19/2020 | $99,581,384.33 | $108,000,000.00 | $8,418,615.67 | $315,328.00 | $342,860.00 | $27,532.00 | $28,693,934.00 | $32,467,802.00 | $3,773,868.00 | $1,095.00 | $134,951.00 | $133,856.00 |
| 11/20/2020 | $79,495,494.31 | $103,000,000.00 | $23,504,505.69 | $315,328.00 | $342,860.00 | $27,532.00 | $26,769,979.00 | $29,202,393.89 | $2,432,414.89 | $1,687.00 | $134,951.00 | $133,264.00 |
| 11/23/2020 | $85,310,038.64 | $83,000,000.00 | -$2,310,038.64 | $315,328.00 | $342,860.00 | $27,532.00 | $12,475,581.00 | $27,202,393.89 | $14,726,812.89 | $1,645.00 | $134,951.00 | $133,306.00 |
| 11/24/2020 | $87,158,341.98 | $89,000,000.00 | $1,841,658.02 | $315,328.00 | $342,860.00 | $27,532.00 | $35,561,750.00 | $13,189,606.60 | -$22,372,143.40 | $1,639.00 | $134,951.00 | $133,312.00 |
| 11/25/2020 | $159,266,049.05 | $91,000,000.00 | -$68,266,049.05 | $315,328.00 | $342,860.00 | $27,532.00 | $37,345,325.00 | $35,561,750.00 | -$1,783,575.00 | $1,473.00 | $134,951.00 | $133,478.00 |
| 11/26/2020 | $0.00 | $163,000,000.00 | $163,000,000.00 | | | $0.00 | | | $0.00 | | | $0.00 |
| 11/27/2020 | $123,607,127.83 | $163,000,000.00 | $39,392,872.17 | $315,328.00 | $342,860.00 | $27,532.00 | $31,314,614.00 | $37,345,325.00 | $6,030,711.00 | $1,264.00 | $134,951.00 | $133,687.00 |
| 11/30/2020 | $91,996,058.32 | $127,000,000.00 | $35,003,941.68 | $315,328.00 | $342,860.00 | $27,532.00 | $27,224,016.00 | $32,345,325.00 | $5,121,309.00 | $1,176.00 | $134,951.00 | $133,775.00 |
| 12/01/2020 | $145,428,439.77 | $134,000,000.00 | -$11,428,439.77 | $296,376.00 | $342,860.00 | $46,484.00 | $52,929,047.00 | $28,345,325.00 | -$24,583,722.00 | $1,206.00 | $134,951.00 | $133,745.00 |
| 12/02/2020 | $189,325,566.13 | $149,000,000.00 | -$40,325,566.13 | $296,376.00 | $342,860.00 | $46,484.00 | $54,268,898.00 | $52,929,047.00 | -$1,339,851.00 | $1,309.00 | $134,951.00 | $133,642.00 |
| 12/03/2020 | $124,441,908.47 | $192,000,000.00 | $67,558,091.53 | $296,376.00 | $342,860.00 | $46,484.00 | $54,150,491.00 | $54,268,898.00 | $118,407.00 | $1,298.00 | $134,951.00 | $133,653.00 |
| 12/04/2020 | $77,310,881.43 | $128,000,000.00 | $50,689,118.57 | $296,376.00 | $342,860.00 | $46,484.00 | $42,629,348.00 | $54,150,491.00 | $11,521,143.00 | $1,236.00 | $134,951.00 | $133,715.00 |
| 12/07/2020 | $79,556,095.39 | $81,000,000.00 | $1,443,904.61 | $296,376.00 | $342,860.00 | $46,484.00 | $22,877,519.00 | $44,150,491.00 | $21,272,972.00 | $1,157.00 | $134,951.00 | $133,794.00 |
| 12/08/2020 | $76,502,116.87 | $83,000,000.00 | $6,497,883.13 | $296,376.00 | $342,860.00 | $46,484.00 | $37,487,421.00 | $22,877,519.00 | -$14,609,902.00 | $1,182.00 | $134,951.00 | $133,769.00 |
| 12/09/2020 | $75,294,992.10 | $80,000,000.00 | $4,705,007.90 | $296,376.00 | $342,860.00 | $46,484.00 | $43,131,603.00 | $37,487,421.00 | -$5,644,182.00 | $1,189.00 | $134,951.00 | $133,762.00 |
| 12/10/2020 | $156,460,690.55 | $79,000,000.00 | -$77,460,690.55 | $296,376.00 | $342,860.00 | $46,484.00 | $59,457,154.00 | $43,131,603.00 | -$16,325,551.00 | $2,973.00 | $134,951.00 | $131,978.00 |
| 12/11/2020 | $152,740,810.70 | $160,000,000.00 | $7,259,189.30 | $296,376.00 | $342,860.00 | $46,484.00 | $47,182,847.00 | $59,457,154.00 | $12,274,307.00 | $8,053.00 | $134,951.00 | $126,898.00 |
| 12/14/2020 | $177,178,301.30 | $156,000,000.00 | -$21,178,301.30 | $296,376.00 | $342,860.00 | $46,484.00 | $29,032,402.00 | $47,457,154.00 | $18,424,752.00 | $4,249.00 | $134,951.00 | $130,702.00 |
| 12/15/2020 | $152,953,499.53 | $180,000,000.00 | $27,046,500.47 | $296,376.00 | $342,860.00 | $46,484.00 | $45,651,324.00 | $29,032,402.00 | -$16,618,922.00 | $3,239.00 | $127,951.00 | $124,712.00 |
| 12/16/2020 | $114,707,487.71 | $156,000,000.00 | $41,292,512.29 | $296,376.00 | $342,860.00 | $46,484.00 | $40,696,038.00 | $45,651,324.00 | $4,955,286.00 | $3,453.00 | $126,551.00 | $123,098.00 |
| 12/17/2020 | $83,541,932.92 | $118,000,000.00 | $34,458,067.08 | $296,376.00 | $342,860.00 | $46,484.00 | $37,593,989.00 | $41,651,324.00 | $4,057,335.00 | $3,232.00 | $126,551.00 | $123,319.00 |
| 12/18/2020 | $104,159,833.21 | $87,000,000.00 | -$17,159,833.21 | $296,376.00 | $342,860.00 | $46,484.00 | $23,279,425.00 | $37,876,060.20 | $14,596,635.20 | $2,990.00 | $126,551.00 | $123,561.00 |
| 12/21/2020 | $153,864,489.78 | $107,000,000.00 | -$46,864,489.78 | $296,376.00 | $342,860.00 | $46,484.00 | $7,543,500.00 | $23,876,060.20 | $16,332,560.20 | $2,857.00 | $126,551.00 | $123,694.00 |
| 12/22/2020 | $94,541,124.83 | $157,000,000.00 | $62,458,875.17 | $296,376.00 | $342,860.00 | $46,484.00 | $33,879,968.00 | $8,440,807.46 | -$25,439,160.54 | $3,285.00 | $126,551.00 | $123,266.00 |
| 12/23/2020 | $119,524,966.46 | $98,000,000.00 | -$21,524,966.46 | $296,376.00 | $342,860.00 | $46,484.00 | $44,206,938.00 | $33,879,968.00 | -$10,326,970.00 | $3,024.00 | $126,551.00 | $123,527.00 |
| 12/24/2020 | $111,208,922.15 | $123,000,000.00 | $11,791,077.85 | $296,376.00 | $342,860.00 | $46,484.00 | $34,879,549.00 | $44,206,938.00 | $9,327,389.00 | $2,429.00 | $126,551.00 | $124,122.00 |
| 12/25/2020 | $0.00 | $115,000,000.00 | $115,000,000.00 | | | $0.00 | | | $0.00 | | | $0.00 |
| 12/28/2020 | $104,521,726.07 | $115,000,000.00 | $10,478,273.93 | $296,376.00 | $342,860.00 | $46,484.00 | $29,881,279.00 | $34,879,549.00 | $4,998,270.00 | $2,344.00 | $125,851.00 | $123,507.00 |
| 12/29/2020 | $131,602,179.56 | $108,000,000.00 | -$23,602,179.56 | $296,376.00 | $342,860.00 | $46,484.00 | $57,229,294.00 | $29,881,279.00 | -$27,348,015.00 | $1,834.00 | $124,017.00 | $122,183.00 |
| 12/30/2020 | $129,505,821.69 | $135,000,000.00 | $5,494,178.31 | $296,376.00 | $342,860.00 | $46,484.00 | $57,894,646.00 | $57,229,294.00 | -$665,352.00 | $2,264.00 | $125,151.00 | $122,887.00 |
| 12/31/2020 | $72,774,074.93 | $133,000,000.00 | $60,225,925.07 | $296,376.00 | $342,860.00 | $46,484.00 | $43,442,508.00 | $57,894,646.00 | $14,452,138.00 | $1,645.00 | $125,151.00 | $123,506.00 |
| 01/01/2021 | $71,649,364.00 | | | $76,000,000.00 | | | | | | | | |

| | NSCC | DTCC | OCC-C | OCC-F | | Gross |
|---|---|---|---|---|---|---|
| 4/1/19 | $20,330,364.19 | $8,434.00 | $409,912.00 | | 4/1/19 | $20,748,710.19 |
| 4/2/19 | $24,821,353.48 | $8,434.00 | $934,820.00 | | 4/2/19 | $25,764,607.48 |
| 4/3/19 | $14,187,384.90 | $8,434.00 | $1,834,228.00 | | 4/3/19 | $16,030,046.90 |
| 4/4/19 | $11,503,233.85 | $8,434.00 | $1,495,989.00 | | 4/4/19 | $13,007,656.85 |
| 4/5/19 | $13,406,600.68 | $8,434.00 | $1,479,562.00 | | 4/5/19 | $14,894,596.68 |
| 4/8/19 | $13,406,922.36 | $8,434.00 | $412,120.00 | | 4/8/19 | $13,827,476.36 |
| 4/9/19 | $10,316,408.34 | $8,434.00 | $492,253.00 | | 4/9/19 | $10,817,095.34 |
| 4/10/19 | $13,543,999.84 | $8,434.00 | $1,762,760.00 | | 4/10/19 | $15,315,193.84 |
| 4/11/19 | $10,190,727.25 | $8,434.00 | $1,562,171.00 | | 4/11/19 | $11,761,332.25 |
| 4/12/19 | $10,937,910.38 | $8,434.00 | $2,219,416.00 | | 4/12/19 | $13,165,760.38 |
| 4/15/19 | $12,555,480.85 | $8,434.00 | $2,219,416.00 | | 4/15/19 | $14,783,330.85 |
| 4/16/19 | $11,696,017.50 | $8,434.00 | $779,282.00 | | 4/16/19 | $12,483,733.50 |
| 4/17/19 | $9,179,339.71 | $8,434.00 | $779,282.00 | | 4/17/19 | $9,967,055.71 |
| 4/18/19 | $9,987,392.33 | $8,434.00 | $1,598,090.00 | | 4/18/19 | $11,593,916.33 |
| 4/22/19 | $14,337,465.78 | $8,434.00 | -$273,098.00 | | 4/22/19 | $14,072,801.78 |
| 4/23/19 | $12,435,780.04 | $8,434.00 | $1,843,523.00 | | 4/23/19 | $14,287,737.04 |
| 4/24/19 | $12,962,404.81 | $8,434.00 | $1,530,483.00 | | 4/24/19 | $14,501,321.81 |
| 4/25/19 | $9,724,447.34 | $8,434.00 | $1,586,868.00 | | 4/25/19 | $11,319,749.34 |
| 4/26/19 | $9,724,447.34 | $8,434.00 | $1,867,663.00 | | 4/26/19 | $11,600,544.34 |
| 4/29/19 | $17,875,402.90 | $8,434.00 | $518,222.00 | | 4/29/19 | $18,402,058.90 |
| 4/30/19 | $11,875,338.57 | $8,434.00 | $2,916,321.00 | | 4/30/19 | $14,800,093.57 |
| 5/1/19 | $19,904,297.84 | $7,500.00 | -$658,813.00 | | 5/1/19 | $19,252,984.84 |
| 5/2/19 | $29,218,052.10 | $7,500.00 | -$5,154,739.00 | | 5/2/19 | $24,070,813.10 |
| 5/3/19 | $10,639,764.29 | $7,500.00 | $3,605,202.00 | | 5/3/19 | $14,252,466.29 |
| 5/6/19 | $19,334,023.28 | $7,500.00 | $464,221.00 | | 5/6/19 | $19,805,744.28 |
| 5/7/19 | $12,215,834.93 | $7,500.00 | $2,581,263.00 | | 5/7/19 | $14,804,597.93 |
| 5/8/19 | $20,686,512.97 | $7,688.00 | $5,586,488.00 | | 5/8/19 | $26,280,688.97 |
| 5/9/19 | $18,794,713.31 | $8,760.00 | $5,226,547.00 | | 5/9/19 | $24,030,020.31 |
| 5/13/19 | $24,455,042.21 | $9,332.00 | $2,160,606.00 | | 5/13/19 | $26,624,980.21 |
| 5/14/19 | $36,529,529.51 | $9,376.00 | $2,303,400.43 | | 5/14/19 | $38,842,305.94 |
| 5/15/19 | $15,507,295.92 | $10,895.00 | $4,093,965.00 | | 5/15/19 | $19,612,155.92 |
| 5/16/19 | $9,172,230.51 | $10,895.00 | $2,741,822.00 | | 5/16/19 | $11,924,947.51 |
| 5/17/19 | $11,824,230.52 | $10,895.00 | $2,567,603.00 | | 5/17/19 | $14,402,728.52 |
| 5/20/19 | $18,439,526.50 | $10,895.00 | $2,402,618.00 | | 5/20/19 | $20,853,039.50 |
| 5/21/19 | $22,000,000.00 | $13,179.00 | $4,485,707.00 | | 5/21/19 | $26,498,886.00 |

| Date | Value 1 | Value 2 | Value 3 | | Date | Total |
|---|---|---|---|---|---|---|
| 5/22/19 | $11,981,680.45 | $13,663.00 | $3,661,565.00 | | 5/22/19 | $15,656,908.45 |
| 5/23/19 | $13,237,414.14 | $13,672.00 | $4,627,000.00 | | 5/23/19 | $17,878,086.14 |
| 5/24/19 | $18,834,689.20 | $15,170.00 | $7,531,497.00 | | 5/24/19 | $26,381,356.20 |
| 5/28/19 | $13,158,304.98 | $15,166.00 | $3,181,416.00 | | 5/28/19 | $16,354,886.98 |
| 5/29/19 | $10,000,997.95 | $15,163.00 | $5,884,831.00 | | 5/29/19 | $15,900,991.95 |
| 5/30/19 | $10,066,141.21 | $17,170.00 | $4,318,230.00 | | 5/30/19 | $14,401,541.21 |
| 5/31/19 | $9,962,798.40 | $17,189.00 | $4,908,890.00 | | 5/31/19 | $14,888,877.40 |
| 6/3/19 | $13,263,349.02 | $18,706.00 | $3,694,093.00 | | 6/3/19 | $16,976,148.02 |
| 6/4/19 | $17,192,227.92 | $19,377.00 | $2,087,003.00 | | 6/4/19 | $19,298,607.92 |
| 6/5/19 | $11,955,821.41 | $19,394.00 | $3,264,488.00 | | 6/5/19 | $15,239,703.41 |
| 6/6/19 | $13,167,434.62 | $19,402.00 | $2,917,933.00 | | 6/6/19 | $16,104,769.62 |
| 6/7/19 | $12,923,905.91 | $19,380.00 | $4,283,485.00 | | 6/7/19 | $17,226,770.91 |
| 6/10/19 | $16,957,258.56 | $19,380.00 | $452,134.00 | | 6/10/19 | $17,428,772.56 |
| 6/11/19 | $12,699,613.06 | $20,632.00 | $1,362,111.00 | | 6/11/19 | $14,082,356.06 |
| 6/12/19 | $16,037,594.89 | $20,632.00 | $2,670,659.00 | | 6/12/19 | $18,728,885.89 |
| 6/13/19 | $16,392,667.21 | $20,632.00 | $866,769.00 | | 6/13/19 | $17,280,068.21 |
| 6/14/19 | $12,476,991.96 | $20,632.00 | $2,946,668.00 | | 6/14/19 | $15,444,291.96 |
| 6/17/19 | $13,620,847.56 | $20,632.00 | $1,539,033.00 | | 6/17/19 | $15,180,512.56 |
| 6/18/19 | $14,111,020.04 | $20,632.00 | $1,611,590.00 | | 6/18/19 | $15,743,242.04 |
| 6/19/19 | $13,933,790.75 | $20,632.00 | $2,500,223.00 | | 6/19/19 | $16,454,645.75 |
| 6/20/19 | $12,584,189.35 | $20,632.00 | $2,270,975.00 | | 6/20/19 | $14,875,796.35 |
| 6/21/19 | $21,862,942.74 | $20,632.00 | $2,037,720.00 | | 6/21/19 | $23,921,294.74 |
| 6/24/19 | $25,445,730.32 | $20,632.00 | $2,270,975.00 | | 6/24/19 | $27,737,337.32 |
| 6/25/19 | $17,522,967.74 | $20,632.00 | $313,617.00 | | 6/25/19 | $17,857,216.74 |
| 6/26/19 | $15,994,768.99 | $22,214.00 | $2,586,383.00 | | 6/26/19 | $18,603,365.99 |
| 6/27/19 | $19,683,540.55 | $22,200.00 | $1,659,959.00 | | 6/27/19 | $21,365,699.55 |
| 6/28/19 | $10,727,007.68 | $22,107.00 | $3,916,681.00 | | 6/28/19 | $14,665,795.68 |
| 7/1/19 | $12,996,870.82 | $22,091.00 | $525,127.00 | | 7/1/19 | $13,544,088.82 |
| 7/2/19 | $10,977,270.65 | $22,091.00 | $2,096,630.00 | | 7/2/19 | $13,095,991.65 |
| 7/3/19 | $10,827,460.41 | $22,099.00 | $3,743,105.00 | | 7/3/19 | $14,592,664.41 |
| 7/5/19 | $9,699,546.42 | $22,091.00 | $3,307,096.00 | | 7/5/19 | $13,028,733.42 |
| 7/8/19 | $9,215,189.97 | $22,091.00 | $1,414,752.00 | | 7/8/19 | $10,652,032.97 |
| 7/9/19 | $11,152,913.26 | $22,091.00 | $2,433,332.00 | | 7/9/19 | $13,608,336.26 |
| 7/10/19 | $9,921,107.17 | $22,091.00 | $3,008,837.00 | | 7/10/19 | $12,952,035.17 |
| 7/11/19 | $11,483,268.41 | $22,091.00 | $3,495,793.00 | | 7/11/19 | $15,001,152.41 |
| 7/12/19 | $11,000,353.46 | $22,091.00 | $3,715,996.00 | | 7/12/19 | $14,738,440.46 |
| 7/15/19 | $11,249,975.37 | $22,098.00 | $1,673,706.00 | | 7/15/19 | $12,945,779.37 |

| Date | Value 1 | Value 2 | Value 3 | | Date | Value 4 |
|---|---|---|---|---|---|---|
| 7/16/19 | $9,978,058.40 | $22,091.00 | $2,765,787.00 | | 7/16/19 | $12,765,936.40 |
| 7/17/19 | $11,968,839.90 | $22,091.00 | $3,368,255.00 | | 7/17/19 | $15,359,185.90 |
| 7/18/19 | $14,512,808.48 | $22,091.00 | $2,628,402.00 | | 7/18/19 | $17,163,301.48 |
| 7/19/19 | $16,210,766.63 | $22,091.00 | $1,975,968.00 | | 7/19/19 | $18,208,825.63 |
| 7/22/19 | $11,887,516.68 | $22,477.00 | $1,188,054.00 | | 7/22/19 | $13,098,047.68 |
| 7/23/19 | $9,046,977.35 | $22,502.00 | $2,195,999.00 | | 7/23/19 | $11,265,478.35 |
| 7/24/19 | $11,068,601.33 | $22,495.00 | $2,195,999.00 | | 7/24/19 | $13,287,095.33 |
| 7/25/19 | $11,157,746.69 | $22,493.00 | $1,773,447.00 | | 7/25/19 | $12,953,686.69 |
| 7/26/19 | $10,759,945.84 | $22,489.00 | $1,820,883.00 | | 7/26/19 | $12,603,317.84 |
| 7/29/19 | $11,111,322.59 | $23,276.00 | $479,520.00 | | 7/29/19 | $11,614,118.59 |
| 7/30/19 | $12,150,623.36 | $23,288.00 | $2,082,060.00 | | 7/30/19 | $14,255,971.36 |
| 7/31/19 | $15,857,703.02 | $23,294.00 | $2,750,290.00 | | 7/31/19 | $18,631,287.02 |
| 8/1/19 | $16,326,524.45 | $23,293.00 | $2,073,832.00 | | 8/1/19 | $18,423,649.45 |
| 8/2/19 | $20,029,057.94 | $24,032.00 | $2,073,832.00 | | 8/2/19 | $22,126,921.94 |
| 8/5/19 | $26,633,267.06 | $25,830.00 | $3,411,979.00 | | 8/5/19 | $30,071,076.06 |
| 8/6/19 | $51,708,922.50 | $25,860.00 | $13,320,953.00 | | 8/6/19 | $65,055,735.50 |
| 8/7/19 | $20,655,214.84 | $25,866.00 | $0.00 | | 8/7/19 | $20,681,080.84 |
| 8/8/19 | $10,896,324.02 | $28,837.00 | $2,620,864.00 | | 8/8/19 | $13,546,025.02 |
| 8/9/19 | $12,740,742.62 | $29,020.00 | $3,602,718.00 | | 8/9/19 | $16,372,480.62 |
| 8/12/19 | $17,088,339.95 | $28,990.00 | $1,889,696.00 | | 8/12/19 | $19,007,025.95 |
| 8/13/19 | $15,802,174.85 | $28,966.00 | $2,620,864.00 | | 8/13/19 | $18,452,004.85 |
| 8/14/19 | $11,500,529.54 | $29,019.00 | $3,845,522.00 | | 8/14/19 | $15,375,070.54 |
| 8/15/19 | $17,048,429.58 | $29,009.00 | $6,107,074.00 | | 8/15/19 | $23,184,512.58 |
| 8/16/19 | $22,849,121.71 | $35,243.00 | $7,586,574.00 | | 8/16/19 | $30,470,938.71 |
| 8/19/19 | $12,424,043.44 | $35,531.00 | $1,324,133.00 | | 8/19/19 | $13,783,707.44 |
| 8/20/19 | $18,140,833.42 | $35,560.00 | $1,128,128.00 | | 8/20/19 | $19,304,521.42 |
| 8/21/19 | $11,560,878.75 | $35,773.00 | $1,672,819.00 | | 8/21/19 | $13,269,470.75 |
| 8/22/19 | $9,185,631.71 | $39,844.00 | $1,302,833.00 | | 8/22/19 | $10,528,308.71 |
| 8/23/19 | $9,947,027.29 | $39,844.00 | $2,073,021.00 | | 8/23/19 | $12,059,892.29 |
| 8/26/19 | $21,651,372.41 | $39,882.00 | $3,031,909.00 | | 8/26/19 | $24,723,163.41 |
| 8/27/19 | $19,484,978.85 | $39,916.00 | $2,845,197.00 | | 8/27/19 | $22,370,091.85 |
| 8/28/19 | $9,576,822.65 | $39,910.00 | $3,381,584.00 | | 8/28/19 | $12,998,316.65 |
| 8/29/19 | $12,831,684.41 | $39,914.00 | $156,830.00 | | 8/29/19 | $13,028,428.41 |
| 8/30/19 | $20,464,921.18 | $40,006.00 | $156,830.00 | | 8/30/19 | $20,661,757.18 |
| 9/3/19 | $18,887,109.39 | $39,989.00 | $474,554.00 | | 9/3/19 | $19,401,652.39 |
| 9/4/19 | $18,887,109.39 | $40,038.00 | $3,290,916.00 | | 9/4/19 | $22,218,063.39 |
| 9/5/19 | $9,687,006.89 | $39,989.00 | $2,477,633.00 | | 9/5/19 | $12,204,628.89 |

| Date | Value 1 | Value 2 | Value 3 | | Date | Total |
|---|---|---|---|---|---|---|
| 9/6/19 | $26,327,000.60 | $40,001.00 | $2,477,633.00 | | 9/6/19 | $28,844,634.60 |
| 9/9/19 | $24,936,922.56 | $39,989.00 | $581,809.00 | | 9/9/19 | $25,558,720.56 |
| 9/10/19 | $19,908,172.89 | $39,992.00 | $4,252,861.00 | | 9/10/19 | $24,201,025.89 |
| 9/11/19 | $17,700,949.36 | $39,989.00 | $5,116,242.00 | | 9/11/19 | $22,857,180.36 |
| 9/12/19 | $17,703,882.72 | $41,614.00 | $4,041,016.00 | | 9/12/19 | $21,786,512.72 |
| 9/13/19 | $16,170,050.04 | $41,560.00 | $8,304,627.00 | | 9/13/19 | $24,516,237.04 |
| 9/16/19 | $15,551,771.10 | $41,483.00 | $2,274,220.00 | | 9/16/19 | $17,867,474.10 |
| 9/17/19 | $16,271,521.57 | $41,501.00 | $3,680,150.00 | | 9/17/19 | $19,993,172.57 |
| 9/18/19 | $14,972,892.31 | $51,162.00 | $3,394,168.00 | | 9/18/19 | $18,418,222.31 |
| 9/19/19 | $14,674,812.81 | $59,273.00 | $338,470.00 | | 9/19/19 | $15,072,555.81 |
| 9/20/19 | $16,174,095.50 | $59,340.00 | $3,196,206.00 | | 9/20/19 | $19,429,641.50 |
| 9/23/19 | $12,824,318.70 | $59,312.00 | $384,043.00 | | 9/23/19 | $13,267,673.70 |
| 9/24/19 | $14,129,976.03 | $59,441.00 | $2,835,404.00 | | 9/24/19 | $17,024,821.03 |
| 9/25/19 | $18,445,313.75 | $59,342.00 | $5,489,770.00 | | 9/25/19 | $23,994,425.75 |
| 9/26/19 | $14,530,156.79 | $79,520.00 | $3,874,539.00 | | 9/26/19 | $18,484,215.79 |
| 9/27/19 | $10,253,967.47 | $79,520.00 | $4,878,638.00 | | 9/27/19 | $15,212,125.47 |
| 9/30/19 | $15,014,349.83 | $79,520.00 | $3,176,092.00 | | 9/30/19 | $18,269,961.83 |
| 10/1/19 | $13,981,335.50 | $102,175.00 | $4,023,534.00 | | 10/1/19 | $18,107,044.50 |
| 10/2/19 | $14,483,661.14 | $102,175.00 | $5,183,995.00 | | 10/2/19 | $19,769,831.14 |
| 10/3/19 | $19,909,966.27 | $102,175.00 | $6,422,158.00 | | 10/3/19 | $26,434,299.27 |
| 10/4/19 | $9,875,398.84 | $102,175.00 | $6,157,052.00 | | 10/4/19 | $16,134,625.84 |
| 10/7/19 | $11,237,029.51 | $102,574.00 | $2,978,588.00 | | 10/7/19 | $14,318,191.51 |
| 10/8/19 | $9,760,256.43 | $102,458.00 | $4,302,626.00 | | 10/8/19 | $14,165,340.43 |
| 10/9/19 | $12,555,050.36 | $102,452.00 | $5,625,985.00 | | 10/9/19 | $18,283,487.36 |
| 10/10/19 | $9,912,669.03 | $107,253.00 | $5,625,985.00 | | 10/10/19 | $15,645,907.03 |
| 10/11/19 | $13,605,953.51 | $117,612.00 | $5,233,992.00 | | 10/11/19 | $18,957,557.51 |
| 10/15/19 | $25,630,978.61 | $117,612.00 | $5,513,428.00 | | 10/15/19 | $31,262,018.61 |
| 10/16/19 | $30,889,292.19 | $117,612.00 | $6,995,949.00 | | 10/16/19 | $38,002,853.19 |
| 10/17/19 | $13,391,741.65 | $117,612.00 | $6,537,180.00 | | 10/17/19 | $20,046,533.65 |
| 10/18/19 | $12,247,903.18 | $117,612.00 | $8,658,099.00 | | 10/18/19 | $21,023,614.18 |
| 10/21/19 | $12,912,825.06 | $117,612.00 | $2,566,181.00 | | 10/21/19 | $15,596,618.06 |
| 10/22/19 | $10,528,069.06 | $117,612.00 | $4,332,621.00 | | 10/22/19 | $14,978,302.06 |
| 10/23/19 | $12,671,724.80 | $117,639.00 | $4,947,347.00 | | 10/23/19 | $17,736,710.80 |
| 10/24/19 | $14,268,837.39 | $117,673.00 | $5,059,761.00 | | 10/24/19 | $19,446,271.39 |
| 10/25/19 | $43,430,398.53 | $128,090.00 | $4,020,759.00 | | 10/25/19 | $47,579,247.53 |
| 10/28/19 | $29,611,401.99 | $128,038.00 | $6,472,229.00 | | 10/28/19 | $36,211,668.99 |
| 10/29/19 | $29,611,401.99 | $128,038.00 | $6,472,229.00 | | 10/29/19 | $36,211,668.99 |

| Date | Col A | Col B | Col C | Date | Total |
|---|---|---|---|---|---|
| 10/30/19 | $20,263,240.96 | $133,463.00 | $6,948,772.00 | 10/30/19 | $27,345,475.96 |
| 10/31/19 | $14,652,633.27 | $150,747.00 | $7,556,725.00 | 10/31/19 | $22,360,105.27 |
| 11/1/19 | $13,651,719.28 | $170,475.00 | $991,138.00 | 11/1/19 | $14,813,332.28 |
| 11/4/19 | $15,194,814.49 | $171,167.00 | $7,405,679.00 | 11/4/19 | $22,771,660.49 |
| 11/5/19 | $23,214,527.39 | $171,286.00 | $13,468,993.00 | 11/5/19 | $36,854,806.39 |
| 11/6/19 | $16,585,522.28 | $171,338.00 | $13,468,993.00 | 11/6/19 | $30,225,853.28 |
| 11/7/19 | $16,754,462.24 | $171,292.00 | $11,638,633.00 | 11/7/19 | $28,564,387.24 |
| 11/7/19 | $20,677,976.15 | $171,052.00 | $11,638,633.00 | 11/7/19 | $32,487,661.15 |
| 11/8/19 | $20,138,892.83 | $175,952.00 | $11,319,732.00 | 11/8/19 | $31,634,576.83 |
| 11/12/19 | $14,655,234.60 | $176,135.00 | $12,453,088.00 | 11/12/19 | $27,284,457.60 |
| 11/13/19 | $12,686,822.72 | $176,349.00 | $12,735,303.00 | 11/13/19 | $25,598,474.72 |
| 11/14/19 | $13,545,415.61 | $176,573.00 | $10,465,710.00 | 11/14/19 | $24,187,698.61 |
| 11/15/19 | $13,545,415.61 | $176,573.00 | $10,465,710.00 | 11/15/19 | $24,187,698.61 |
| 11/18/19 | $15,528,251.15 | $174,953.00 | $2,788,021.00 | 11/18/19 | $18,491,225.15 |
| 11/19/19 | $16,293,431.52 | $175,114.00 | $6,526,585.00 | 11/19/19 | $22,995,130.52 |
| 11/20/19 | $18,295,705.51 | $175,145.00 | $7,575,281.00 | 11/20/19 | $26,046,131.51 |
| 11/21/19 | $12,146,692.14 | $175,257.00 | $7,106,484.00 | 11/21/19 | $19,428,433.14 |
| 11/22/19 | $10,931,402.41 | $174,904.00 | $7,603,483.00 | 11/22/19 | $18,709,789.41 |
| 11/25/19 | $12,955,791.80 | $174,904.00 | $3,753,672.00 | 11/25/19 | $16,884,367.80 |
| 11/26/19 | $15,316,678.74 | $201,683.00 | $5,979,856.00 | 11/26/19 | $21,498,217.74 |
| 11/27/19 | $14,820,289.18 | $201,683.00 | $6,298,535.00 | 11/27/19 | $21,320,507.18 |
| 11/29/19 | $10,013,753.01 | $201,683.00 | $5,629,563.00 | 11/29/19 | $15,844,999.01 |
| 12/2/19 | $15,084,272.34 | $216,329.00 | $4,474,608.00 | 12/2/19 | $19,775,209.34 |
| 12/3/19 | $16,638,040.00 | $216,329.00 | $7,146,061.00 | 12/3/19 | $24,000,430.00 |
| 12/4/19 | $15,924,971.68 | $216,329.00 | $7,480,624.00 | 12/4/19 | $23,621,924.68 |
| 12/5/19 | $10,683,678.18 | $216,335.00 | $7,661,976.00 | 12/5/19 | $18,561,989.18 |
| 12/6/19 | $13,617,058.21 | $216,395.00 | $10,206,317.00 | 12/6/19 | $24,039,770.21 |
| 12/9/19 | $10,807,979.27 | $216,765.00 | $5,229,055.00 | 12/9/19 | $16,253,799.27 |
| 12/10/19 | $13,997,370.09 | $216,849.00 | $7,839,004.00 | 12/10/19 | $22,053,223.09 |
| 12/11/19 | $11,305,532.57 | $216,951.00 | $8,476,001.00 | 12/11/19 | $19,998,484.57 |
| 12/12/19 | $9,588,391.74 | $217,006.00 | $8,911,855.00 | 12/12/19 | $18,717,252.74 |
| 12/13/19 | $12,340,676.58 | $216,903.00 | $9,467,452.00 | 12/13/19 | $22,025,031.58 |
| 12/16/19 | $12,143,535.76 | $216,443.00 | $5,074,044.00 | 12/16/19 | $17,434,022.76 |
| 12/17/19 | $12,376,838.33 | $216,329.00 | $8,087,093.00 | 12/17/19 | $20,680,260.33 |
| 12/18/19 | $12,456,094.48 | $216,329.00 | $7,950,797.00 | 12/18/19 | $20,623,220.48 |
| 12/19/19 | $9,317,946.45 | $216,329.00 | $8,439,914.00 | 12/19/19 | $17,974,189.45 |
| 12/20/19 | $11,535,314.22 | $216,329.00 | $10,028,965.00 | 12/20/19 | $21,780,608.22 |

| Date | Value 1 | Value 2 | Value 3 | Date | Total |
|---|---|---|---|---|---|
| 12/23/19 | $12,821,911.58 | $216,329.00 | $1,940,110.00 | 12/23/19 | $14,978,350.58 |
| 12/24/19 | $16,720,698.94 | $216,329.00 | $6,613,979.00 | 12/24/19 | $23,551,006.94 |
| 12/26/19 | $10,242,210.13 | $216,329.00 | $6,936,455.00 | 12/26/19 | $17,394,994.13 |
| 12/27/19 | $9,469,147.98 | $216,329.00 | $6,936,455.00 | 12/27/19 | $16,621,931.98 |
| 12/30/19 | $10,384,255.36 | $216,329.00 | $5,486,408.00 | 12/30/19 | $16,086,992.36 |
| 12/30/19 | $11,912,086.90 | $216,329.00 | $8,229,934.00 | 12/30/19 | $20,358,349.90 |
| 1/2/20 | $10,831,691.69 | $211,536.00 | $7,790,352.00 | 1/2/20 | $18,833,579.69 |
| 1/3/20 | $12,380,869.19 | $211,776.00 | $8,610,345.00 | 1/3/20 | $21,202,990.19 |
| 1/6/20 | $10,813,545.26 | $211,772.00 | $5,599,442.00 | 1/6/20 | $16,624,759.26 |
| 1/7/20 | $10,753,780.65 | $211,910.00 | $7,312,446.00 | 1/7/20 | $18,278,136.65 |
| 1/8/20 | $11,462,605.27 | $211,910.00 | $8,320,082.00 | 1/8/20 | $19,994,597.27 |
| 1/9/20 | $12,401,504.39 | $211,536.00 | $5,407,205.00 | 1/9/20 | $18,020,245.39 |
| 1/10/20 | $14,158,258.48 | $211,536.00 | $5,407,205.00 | 1/10/20 | $19,776,999.48 |
| 1/13/20 | $14,209,478.02 | $211,536.00 | $1,794,845.00 | 1/13/20 | $16,215,859.02 |
| 1/14/20 | $8,744,478.93 | $211,536.00 | $4,599,094.00 | 1/14/20 | $13,555,108.93 |
| 1/15/20 | $11,080,831.28 | $211,536.00 | $40,299,194.00 | 1/15/20 | $51,591,561.28 |
| 1/16/20 | $15,314,712.39 | $211,536.00 | $6,415,295.00 | 1/16/20 | $21,941,543.39 |
| 1/17/20 | $10,537,546.24 | $211,536.00 | $5,526,911.00 | 1/17/20 | $16,275,993.24 |
| 1/21/20 | $10,263,088.08 | $211,536.00 | $965,415.00 | 1/21/20 | $11,440,039.08 |
| 1/22/20 | $15,059,671.28 | $211,536.00 | $4,211,733.00 | 1/22/20 | $19,482,940.28 |
| 1/23/20 | $19,211,862.96 | $211,536.00 | $5,066,719.00 | 1/23/20 | $24,490,117.96 |
| 1/24/20 | $14,196,200.00 | $211,536.00 | $5,066,719.00 | 1/24/20 | $19,474,455.00 |
| 1/27/20 | $13,473,590.49 | $213,625.00 | $5,748,672.00 | 1/27/20 | $19,435,887.49 |
| 1/28/20 | $17,211,942.73 | $213,593.00 | $9,301,652.00 | 1/28/20 | $26,727,187.73 |
| 1/29/20 | $12,070,748.97 | $213,367.00 | $7,530,381.00 | 1/29/20 | $19,814,496.97 |
| 1/30/20 | $11,008,372.73 | $211,536.00 | $7,713,486.00 | 1/30/20 | $18,933,394.73 |
| 1/31/20 | $10,914,839.34 | $211,536.00 | $10,205,619.00 | 1/31/20 | $21,331,994.34 |
| 2/3/20 | $20,242,922.83 | $194,854.00 | $5,389,416.00 | 2/3/20 | $25,827,192.83 |
| 2/4/20 | $19,882,917.54 | $194,994.00 | $6,166,285.00 | 2/4/20 | $26,244,196.54 |
| 2/5/20 | $27,230,909.33 | $194,854.00 | $4,661,742.00 | 2/5/20 | $32,087,505.33 |
| 2/6/20 | $22,251,042.20 | $194,854.00 | $4,792,409.00 | 2/6/20 | $27,238,305.20 |
| 2/7/20 | $21,638,222.88 | $227,674.00 | $4,527,797.00 | 2/7/20 | $26,393,693.88 |
| 2/10/20 | $18,547,995.49 | $241,852.00 | $1,274,030.00 | 2/10/20 | $20,063,877.49 |
| 2/11/20 | $18,547,995.49 | $241,987.00 | $3,912,380.00 | 2/11/20 | $22,702,362.49 |
| 2/12/20 | $14,782,281.13 | $242,072.00 | $5,221,810.00 | 2/12/20 | $20,246,163.13 |
| 2/13/20 | $15,741,056.15 | $242,034.00 | $3,013,758.00 | 2/13/20 | $18,996,848.15 |
| 2/14/20 | $16,701,198.93 | $242,039.00 | $5,197,404.00 | 2/14/20 | $22,140,641.93 |

| Date | Col1 | Col2 | Col3 | Col4 | Date | Total |
|---|---|---|---|---|---|---|
| 2/18/20 | $17,339,910.73 | $242,077.00 | $1,580,961.00 | | 2/18/20 | $19,162,948.73 |
| 2/19/20 | $20,901,716.56 | $242,046.00 | $7,003,225.00 | | 2/19/20 | $28,146,987.56 |
| 2/20/20 | $16,988,076.76 | $241,559.00 | $4,188,284.00 | | 2/20/20 | $21,417,919.76 |
| 2/21/20 | $23,085,189.80 | $241,700.00 | $11,888,076.00 | | 2/21/20 | $35,214,965.80 |
| 2/24/20 | $27,440,789.24 | $231,279.00 | $4,334,155.00 | | 2/24/20 | $32,006,223.24 |
| 2/25/20 | $32,236,735.10 | $231,372.00 | $10,120,299.00 | | 2/25/20 | $42,588,406.10 |
| 2/26/20 | $33,254,467.69 | $231,628.00 | $9,904,863.00 | | 2/26/20 | $43,390,958.69 |
| 2/27/20 | $24,071,625.78 | $227,674.00 | $8,962,701.00 | | 2/27/20 | $33,262,000.78 |
| 2/28/20 | $50,151,506.99 | $227,674.00 | $8,849,845.00 | | 2/28/20 | $59,229,025.99 |
| 3/2/20 | $66,475,264.68 | $215,694.00 | $9,229,681.00 | | 3/2/20 | $75,920,639.68 |
| 3/3/20 | $15,468,372.90 | $215,694.00 | $9,261,611.00 | | 3/3/20 | $24,945,677.90 |
| 3/4/20 | $36,489,331.85 | $215,694.00 | $10,373,004.00 | | 3/4/20 | $47,078,029.85 |
| 3/5/20 | $25,941,071.93 | $215,694.00 | $6,235,656.00 | | 3/5/20 | $32,392,421.93 |
| 3/6/20 | $41,186,552.06 | $248,999.00 | $8,357,455.00 | | 3/6/20 | $49,793,006.06 |
| 3/9/20 | $61,776,327.71 | $248,999.00 | $7,391,663.00 | | 3/9/20 | $69,416,989.71 |
| 3/10/20 | $98,298,737.72 | $248,999.00 | $15,683,183.00 | | 3/10/20 | $114,230,919.72 |
| 3/11/20 | $88,369,223.61 | $252,512.00 | $14,932,593.00 | | 3/11/20 | $103,554,328.61 |
| 3/12/20 | $88,369,223.61 | $252,512.00 | $14,932,593.00 | | 3/12/20 | $103,554,328.61 |
| 3/13/20 | $94,653,657.43 | $253,173.00 | $20,545,495.00 | | 3/13/20 | $115,452,325.43 |
| 3/16/20 | $53,871,644.81 | $270,567.00 | $11,723,531.00 | | 3/16/20 | $65,865,742.81 |
| 3/17/20 | $148,482,107.05 | $270,677.00 | $15,506,786.00 | | 3/17/20 | $164,259,570.05 |
| 3/18/20 | $154,751,404.78 | $296,706.00 | $17,535,676.00 | | 3/18/20 | $172,583,786.78 |
| 3/19/20 | $170,282,382.10 | $297,150.00 | $16,575,911.00 | | 3/19/20 | $187,155,443.10 |
| 3/20/20 | $157,389,729.33 | $297,067.00 | $19,641,746.00 | | 3/20/20 | $177,328,542.33 |
| 3/23/20 | $173,948,953.97 | $296,750.00 | $8,645,812.00 | $48,626,802.00 | 3/23/20 | $231,518,317.97 |
| 3/24/20 | $231,048,838.81 | $296,706.00 | $16,476,314.00 | $25,277,810.00 | 3/24/20 | $273,099,668.81 |
| 3/25/20 | $135,600,731.96 | $296,706.00 | $28,372,353.00 | $19,991,352.00 | 3/25/20 | $184,261,142.96 |
| 3/26/20 | $144,943,134.60 | $296,706.00 | $30,480,389.00 | $17,588,122.00 | 3/26/20 | $193,308,351.60 |
| 3/27/20 | $173,799,460.87 | $296,706.00 | $33,881,969.00 | $14,761,946.00 | 3/27/20 | $222,740,081.87 |
| 3/30/20 | $180,913,083.24 | $296,706.00 | $13,928,234.00 | $13,898,204.00 | 3/30/20 | $209,036,227.24 |
| 3/31/20 | $144,346,362.05 | $296,706.00 | $21,260,334.00 | $10,426,443.00 | 3/31/20 | $176,329,845.05 |
| 4/1/20 | $147,025,992.57 | $294,357.00 | $23,454,178.00 | $7,223,887.00 | 4/1/20 | $177,998,414.57 |
| 4/2/20 | $252,871,174.54 | $294,357.00 | $19,026,935.00 | $5,502,142.00 | 4/2/20 | $277,694,608.54 |





| Date | NSCC | | | DTCC | | | OCC - Clearing Deposit | | |
|---|---|---|---|---|---|---|---|---|---|
| | Requirement | Deposit | Excess/Deficit (-) | Requirement | Deposit | Excess/Deficit (-) | Requirement | Deposit | Excess/Deficit (-) |
| 1/3/20 | $12,380,869.19 | $15,500,000.00 | $3,119,130.81 | $211,776.00 | $216,329.00 | $4,553.00 | $62,735,580.81 | $60,482,920.79 | -$2,252,660.02 |
| 3/23/20 | $173,948,953.97 | $177,500,000.00 | $3,551,046.03 | $296,750.00 | $296,706.00 | -$44.00 | $86,302,258.50 | $86,302,258.50 | $0.00 |

]