# Exhibit 37

```
                    NSCC
Time: 05:11:17 AM Thursday, January 28, 2021
F1: Final Notice 1
ROBINHOOD SECURITIES, LLC                                          # 6769
DEFICIT:($3,006,178,364.89)


Re:  Daily Margin Statement


The following clearing fund deposit is below your clearing
fund requirement. All SOD margin requirements for deficit must
be received no later than 10:00 a.m. EST.
If an intraday call is made, all deficits must be received within
one hour of the notification on this letter.


                    CNS fails                                 $55,883,127.62
                    Non-CNS Requirement                           $61,979.00
                    Volatility                                $1,291,704,174.99
                    MRD                                          $79,949,355.43
                    Coverage                                        $157,171.34
Excess Capital Premium Charge:
                    Premium Charge                            $2,272,201,438.18
                    Total Excess Capital Premium Charge:      $2,272,201,438.18
Special Charge due to BD Charge:
                    BackTest Surcharge                            $2,221,118.33
                    Total Special Charge due to BD Charge:        $2,221,118.33
                    TOTAL CLEARING FUND REQUIREMENT           $3,702,178,364.89
                    CURRENT DEPOSIT (Collateral Value)*         $696,000,000.00
                    DEFICIT                                 ($3,006,178,364.89)
Your firm's Excess Capital Ratio is greater than 1.0.
Accordingly, a premium has been calculated and applied to your firm's
Clearing Fund requirement.


* Your current deposit consists of the following:
Cash $696,000,000.00, Securities (Collateral Value) $0.00
Your minimum required Cash deposit is         $1,480,871,345.96


Negative values indicate collateral parameter breaks and must be addressed
```

according to the conditions stated below.
Positive values indicate excess collateral and may be requested provided that
the conditions stated below continue to be met.

Conditions

    Cash must be used to satisfy at least 40% of the total requirement, unless
    the requirement is $10,000 or less in which case the entire contribution is
    required to be in cash

    The remaining required deposit can be satisfied by cash, U.S. Treasury securities,
    government agency securities and mortgage-backed securities issued by government
    agencies or entities sponsored by the federal government, subject to applicable concentration
    limits and haircuts as contained in NSCC's Rules

Questions in reference to requirements should be
addressed to the following phone numbers:
Hotline (212) 855-5770
Or via email at NSCCProductRisk@dtcc.com

Questions in reference to deposit information
should be addressed to the following phone numbers:
Hotline (212) 855-3440

Copyright © 2005 Depository Trust and Clearing Corporation (DTCC). All rights reserved.

RHMDL00045650