# Exhibit 40

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| ███ | AMC | market | buy | 5.19 | 20.0005 | 2021-01-26 03:23:01.815690+00 | | 2021-01-26 14:30:20.144000+00 | 5 | 19.900497 |
| ███ | AMC | market | buy | 5.19 | 20.0005 | 2021-01-26 03:23:01.815690+00 | | 2021-01-26 14:30:20.144000+00 | 5 | 0.1 |
| ███ | AMC | market | buy | 7.21 | 3.535705 | 2021-01-26 22:43:09.886794+00 | 2021-01-27 14:37:41.429803+00 | | | |
| ███ | AMC | market | buy | 10.68 | 0.930665 | 2021-01-27 01:38:08.239451+00 | 2021-01-27 14:37:35.069540+00 | | | |
| ███ | AMC | market | buy | 15.75 | 6.095238 | 2021-01-27 15:21:08.945768+00 | 2021-01-27 15:21:10.263456+00 | | | |
| ███ | AMC | market | buy | 16.27 | 5.838967 | 2021-01-27 15:22:46.634421+00 | 2021-01-27 15:22:48.006253+00 | | | |
| ███ | AMC | market | buy | 16.15 | 5.572755 | 2021-01-27 15:23:34.034188+00 | 2021-01-27 15:23:35.366483+00 | | | |
| ███ | AMC | market | buy | 15.99 | 3.126954 | 2021-01-27 15:24:18.673692+00 | 2021-01-27 15:25:56.391236+00 | | | |
| ███ | AMC | market | buy | 17.3 | 2.832369 | 2021-01-27 15:27:32.081281+00 | 2021-01-27 15:27:33.514845+00 | | | |
| ███ | AMC | market | buy | 16.99 | 1.471453 | 2021-01-27 15:28:44.896548+00 | 2021-01-27 15:28:46.254535+00 | | | |
| ███ | AMC | market | buy | 17.07 | 2.929115 | 2021-01-27 15:29:47.471406+00 | 2021-01-27 15:29:48.886159+00 | | | |
| ███ | AMC | market | buy | 17.05 | 2.932551 | 2021-01-27 15:40:14.991600+00 | 2021-01-27 15:40:16.406119+00 | | | |
| ███ | AMC | market | buy | 17.83 | 1.402131 | 2021-01-27 15:40:53.068793+00 | 2021-01-27 15:40:54.382650+00 | | | |
| ███ | AMC | market | buy | 16.48 | 1.271455 | 2021-01-27 18:03:05.272346+00 | | 2021-01-27 18:03:05.703000+00 | 15.73 | 1.271455 |
| ███ | AMC | market | buy | 15.66 | 3.320561 | 2021-01-28 00:55:24.508461+00 | 2021-01-28 14:28:12.613789+00 | | | |
| ███ | AMC | market | sell | | 21.27195 | 2021-01-28 15:31:19.090439+00 | | 2021-01-28 15:36:22.293000+00 | 8.01 | 21.271952 |
| ███ | BB | market | buy | 22.41 | 2.141876 | 2021-01-27 15:25:53.912567+00 | | 2021-01-27 15:25:54.104742+00 | 21.43 | 0.013009 |
| ███ | BB | market | buy | 22.41 | 2.141876 | 2021-01-27 15:25:53.912567+00 | | 2021-01-27 15:25:54.496507+00 | 21.43 | 0.096552 |
| ███ | BB | market | buy | 22.41 | 2.141876 | 2021-01-27 15:25:53.912567+00 | | 2021-01-27 15:25:54.772578+00 | 21.43 | 0.036962 |

Exhibit 00121

RHMDL00097430.001

| rhs_account_number | symbol | Order Type | Order Side | Order Price | Order Quantity | Order Created At (UTC) | Order Cancelled At (UTC) | Execution Timestamp (UTC) | Execution Price | Execution Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | BB | market | buy | 22.41 | 2.141876 | 2021-01-27 15:25:53.912567+00 | | 2021-01-27 15:25:54.244000+00 | 21.4799 | 1.995353 |
| ▇ | BB | market | buy | 23.31 | 2.253459 | 2021-01-27 16:00:25.031254+00 | | 2021-01-27 16:00:26.447652+00 | 22.185 | 0.253775 |
| ▇ | BB | market | buy | 23.31 | 2.253459 | 2021-01-27 16:00:25.031254+00 | | 2021-01-27 16:00:26.571000+00 | 22.1885 | 1.999684 |
| ▇ | BB | market | buy | 24.28 | 4.411764 | 2021-01-27 18:04:59.217149+00 | | 2021-01-27 18:04:59.457691+00 | 23.12 | 0.411764 |
| ▇ | BB | market | buy | 24.28 | 4.411764 | 2021-01-27 18:04:59.217149+00 | | 2021-01-27 18:04:59.581000+00 | 23.12 | 4 |
| ▇ | BB | market | buy | 28.6 | 7.453373 | 2021-01-27 18:57:39.122516+00 | | 2021-01-27 18:57:39.452814+00 | 26.825 | 0.377351 |
| ▇ | BB | market | buy | 28.6 | 7.453373 | 2021-01-27 18:57:39.122516+00 | | 2021-01-27 18:57:39.529000+00 | 26.834 | 7 |
| ▇ | BB | market | buy | 28.6 | 7.453373 | 2021-01-27 18:57:39.122516+00 | | 2021-01-27 18:57:39.529000+00 | 26.834 | 0.076022 |
| ▇ | BB | market | buy | 28.22 | 24.83321 | 2021-01-27 18:59:16.268658+00 | | 2021-01-27 18:59:16.744000+00 | 26.98 | 24.833209 |
| ▇ | BB | market | sell | | 41.09368 | 2021-01-28 15:31:36.813693+00 | | 2021-01-28 15:31:37.042815+00 | 17.005 | 0.093681 |
| ▇ | BB | market | sell | | 41.09368 | 2021-01-28 15:31:36.813693+00 | | 2021-01-28 15:31:37.131000+00 | 17.0014 | 41 |