# Exhibit 42



| | |
|---|---|
| **HD** | **Press Release: BlackBerry Comments on Trading Activity at Request of the Industry Regulatory Organization of Canada (IIROC)** |
| **WC** | 443 words |
| **PD** | 25 January 2021 |
| **ET** | 11:08 AM |
| **SN** | Dow Jones Institutional News |
| **SC** | DJDN |
| **LA** | English |
| **CY** | Copyright © 2021, Dow Jones & Company, Inc. |
| **LP** | |

BlackBerry Comments on Trading Activity at Request of the Industry Regulatory Organization of Canada (IIROC)

PR Newswire

**TD**

WATERLOO, ON, Jan. 25, 2021

WATERLOO, ON, Jan. 25, 2021 /PRNewswire/ -- BlackBerry Limited (NYSE: BB; TSX: BB) is issuing this press release in response to a request by the Investment Industry Regulatory Organization of Canada ("IIROC") to comment on recent trading activity of its stock.

The Company is not aware of any material, undisclosed corporate developments and has no material change in its business or affairs that has not been publicly disclosed that would account for the recent increase in the market price or trading volume of its common shares.

About BlackBerry

BlackBerry (NYSE: BB; TSX: BB) provides intelligent security software and services to enterprises and governments around the world. The company secures more than 500M endpoints including over 175M cars on the road today. Based in Waterloo, Ontario, the company leverages AI and machine learning to deliver innovative solutions in the areas of cybersecurity, safety and data privacy solutions, and is a leader in the areas of endpoint security management, encryption, and embedded systems. BlackBerry's vision is clear - to secure a connected future you can trust.

BlackBerry. Intelligent Security. Everywhere.

For more information, visit BlackBerry.com and follow @BlackBerry.

Trademarks, including but not limited to BLACKBERRY, EMBLEM Design and QNX are the trademarks or

registered trademarks of BlackBerry Limited, its subsidiaries and/or affiliates, used under license, and the exclusive rights to such trademarks are expressly reserved. All other trademarks are the property of their respective owners. BlackBerry is not responsible for any third-party products or services.

Contact:

BlackBerry Investor Relations

+1 (519) 888-7465

Investor_relations@BlackBerry.com

BlackBerry Media Relations

+1 (519) 597-7273

mediarelations@BlackBerry.com

View original content to download multimedia: http://www.prnewswire.com/news-releases/blackberry-comments-on-trading-activity-at-request-of-the-industry-regulatory-organization-of-canada-iiroc-301214163.html

SOURCE BlackBerry Limited

/Web site: https://www.blackberry.com

25 Jan 2021 11:12 ET *BlackBerry Comments on Trading Activity at Request of IIROC

25 Jan 2021 11:12 ET *BlackBerry: Not Aware of Any Material, Undisclosed Corporate Developments to Account for Recent Increase in Market Price or Trading Volume of Common Shares>BB

25 Jan 2021 11:12 ET *BlackBerry: No Material Change Its Business or Affairs That Hasn't Been Publicly Disclosed to Account for Recent Increase in Market Price or Trading Volume of Common Shares >BB

(MORE TO FOLLOW) Dow Jones Newswires

January 25, 2021 11:12 ET (16:12 GMT)

| | |
|---|---|
| **CO** | reinmo : BlackBerry Ltd. |
| **IN** | i3302022 : Artificial Intelligence Technologies \| i7902 : Telecommunication Services \| icellph : Cell/Mobile/Smart Phones \| i3302 : Computers/Consumer Electronics \| i3441 : Telecommunications Equipment \| i34411 : Mobile Communications Devices \| i3454 : Personal Electronics \| ielec : Consumer Electronics \| ihandaps : Handheld Electronic Devices \| itech : Technology |
| **NS** | c13 : Regulation/Government Policy \| neqac : Equities Asset Class News \| npress : Press Releases \| cinfpo : Information Technology Policy \| ccat : Corporate/Industrial News \| ncat : Content Types \| nfact : Factiva Filters \| nfcpin : C&E Industry News Filter |
| **RE** | caon : Ontario \| cana : Canada \| namz : North America |

| | |
|---|---|
| **PUB** | Dow Jones & Company, Inc. |
| **AN** | Document DJDN000020210125eh1p002g0 |

Page 46 of 200 © 2023 Factiva, Inc. All rights reserved.