# Exhibit 44



Mudgruff commented on GME Containment Zone 2 for January 28, 2021 · **r/wallstreetbets** · Posted by u/OPINION_IS_UNPOPULAR AutoModerator's Father

Mudgruff 1 point · 2 years ago

*<chanting>*

**GME! GME!**
**Must hold out for the gamma squeeze!**

**DFV! DFV!**
**Slaying shorters like Hercules!**

**WSB! WSB!**
**Attacking like a swarm of bees!**

💎🙌🚀🚀🚀🚀🚀🌙

*</chanting>*

Give Award Share ···

due11 43 points · 2 years ago

> Trading 212: Warning! In the interest of mitigating risk for our clients, we have temporarily placed GameStop and AMC Entertainment in reduce-only mode as highly unusual volumes have led to an unprecedented market environment. New positions cannot be opened, existing ones can be reduced or closed. -<

Wtf? I signed an agreement acknowledging the risks of trading when I first signed up. They really think people will fall for the "mitigating risk for our clients", I guess they are mitigating the risk for their big hedge funds "clients". Little shits

Mudgruff 1 point · 2 years ago

It's so blatantly obvious too...

Give Award Share ···

**Exhibit**
0037