# Exhibit 45








reddit r/wallstreetbets | r/wallstreetbets Search Reddit | Advertise | KindlySuggestion9734 1 karma

wallstreetbets

Posts | Predictions | Wiki | YouTube | Discord | Twitch | Thread Filters

215k

Posted by u/DeepFuckingValue gamecock 2 years ago

## GME YOLO update — Feb 1 2021

i.redd.it/og8ca1...

YOLO

18.3k Comments | Award | Share | Save | Hide | Report

Sort By: Best

View all comments | View discussions in 24 other communities

JoeyIsActive · 2 yr. ago 2 3 & 23 More

IF HE'S STILL IN, I'M STILL IN.

18.8k Reply Share ···

Mudgruff · 2 yr. ago

IF HE'S STILL IN, I'M STILL IN.

1 Reply Share ···

About Community

r/wallstreetbets

Like 4chan found a Bloomberg Terminal.

Created Jan 31, 2012

13.8m Degenerates | 32.5k Buying FDs | #25 Ranked by Size

Join

Create Post

USER FLAIR PREVIEW

KindlySuggestion9734

COMMUNITY OPTIONS

Ticker Mentions

| Ticker | Mentions | - | Ticker | Mentions |
|---|---|---|---|---|
| SPY | 805 | | MMS | 51 |
| NVDA | 697 | | DB | 49 |
| FRC | 230 | | BAC | 45 |
| QQQ | 131 | | MSFT | 34 |
| TSLA | 129 | | UVXY | 34 |
| SVB | 102 | | UBS | 33 |
| AMD | 90 | | FR | 31 |
| SCHW | 67 | | PLUG | 24 |
| CS | 60 | | HR | 22 |

r/wallstreetbets Rules

1. Avoid Purely Political Discussion
2. Screenshots of Social Media Posts are Prohibited
3. Market Cap Must Be Above $500MM USD
4. Keep Threads Interesting, Otherwise Use the Daily!
5. YOLOs Must Be Above $10K or $25K (Options, Shares)
6. Gains and Losses Must Be Above $2.5K or $5K (Options, Shares)
7. Gains and Losses Must Be Realized
8. Only Crypto Allowed is BTC and ETH

Exhibit 0040

10. No Bullshitting - Only Comment If You Know What You're Talking About

11. Please Don't Derail Discussion by Brigading, Spreading Hate, or Downvoting Everyone

12. Don't Shit on the Community

13. No Advertisement, Self-Promotion, Fundraising, or Begging

14. Content Guidelines

15. Glorifying Losses is Unacceptable

**Moderators**

✉ Message the mods

u/OPINION_IS_UNPOPULAR  AutoModerator's F...
u/ShopBitter  ☢ poignant produce
u/zjz
u/OSRSkarma  Flipping at the Grand Exchange
u/TheIceCreamMansBro2  Garbage Collector
u/CHAINSAW_VASECTOMY  Get off my lawn
u/ThetaGang_wsb  FTX: Risk Manager
u/teddy_riesling  Get Vitalik on the line
u/VacationLover1  Jimmy Chill
u/Stylux  Got his law degree at the good Walm...

VIEW ALL MODERATORS



TOP POSTS FEBRUARY 1ST 2021

TOP POSTS OF FEBRUARY, 2021

TOP POSTS 2021

Back to Top