# Exhibit 46



Exhibit 0104