# Exhibit 47

← **Tweet**

⟲ Ava Retweeted

 **Dave Portnoy**
@stoolpresidente

So @RobinhoodApp is saying they are protecting their users from over leveraging and getting burned. But somehow it's okay when hedgefunds literally do the same exact thing. Nobody had a problem then until the hedge funds lost. Now speculating is a huge issue. #frauds

11:30 AM · Jan 28, 2021 from Miami Beach, FL

**8,906** Retweets   **472** Quote Tweets   **61K** Likes

💬       ♡   

**Exhibit 0110**