# Exhibit 51

← MP... 🔋 🚀 💬
3,087 Likes
Follow

real aloy @rimisback · Jan 15, 2021
Replying to @ACInvestorBlog
Biggest SHORT SQUEEZE
BlackBerry on fire 🔥 again TODAY, Now with the Facebook settlement, don't let the SHORTS cover for cheap.

$BB $FB
@business @Reuters @CNBC @jimcramer @MadMoneyOnCNBC
@businessinsider @WSJ
$AAPL $TSLA $MSFT $PLTR $SNOW $CRWD $FEYE

3

real aloy @rimisback · Jan 14, 2021
Replying to @JohnChen @Sony and @BlackBerry
The New BlackBerry Everyone is Talking About...

$BB

stockhouse.com/companies/bull...

@BlackBerry @mobileiron @business @Reuters @BNN @BNNBloomberg
@CNBC @JohnChen @MadMoneyOnCNBC @jimcramer @symantec
@McAfee @verge @RBC @cibc @TD_Canada

$AAPL $TSLA $MSFT $PLTR $CRWD

Stockhouse.
stockhouse.com
TSX:BB Forum Post | REALALOY-32093887 | The ...
The New BlackBerry Everyone is Talking About
When suddenly the BlackBerry and Amazon ...

2 6

exhibitindexes.com #485
Exhibit
133



