# Exhibit 52









Exhibit 145