# Exhibit 53

reddit
MY SUBREDDITS POPULAR | ALL | RANDOM | USERS | ASKREDDIT | FUNNY | WORLDNEWS | GAMING | PICS | MOVIES | VIDEOS | EXPLAINLIKEIMFIVE | NEWS | TODAYILEARNED | OLDSCHOOLCOOL | MILDLYINTERESTING | BOOKS | LIFEPROTIPS | AWW | TWOCHROMOSOMES | JOKES | DATAISBEAUTIFUL | SCIENCE | NOTTHEONION | MUSIC | IAMA | TIFU | UPLIFTINGNEWS | SHOWERTHOUGHTS | PHOTOSHOPBATTLES | ASKSCIENCE | FUTUROLOGY | GIFS | SPACE | FOOD | GADGETS | MORE »

comments   other discussions (2)

Want to join? Log in or sign up in seconds. | English

Welcome to Reddit.
Come for the cats, stay for the empathy.
BECOME A REDDITOR and start exploring.

## The REAL Greatest Short Burn of the Century Pt 2: The Two Towers ($GME)
submitted 2 years ago by Jeffamazon   & 4 more

"Another $GME post?" Sounds like you've made up your mind. Just downvote me and buy puts. Cya later.

As for the rest of the open-minded. Let me be clear: **IT HAS BEGUN.**

As always, not financial advice. Just entertainment and bragging rights. Here goes:

Did you pay attention last time? If so, I hope you traded without emotion and made money.

Or did you ignore that wall of text and think you missed the $GME train? Fear not. The best is yet to come.

They say the original is always better than the sequel, but *not* in the case of $GME. This second leg is going to go better I than expected. And I didn't take any adderall today, so this post will be short and sweet.

To recap:

- $GME has a massive short float - It actually **increased** from 55M shares short before earnings to **OVER 73M AS OF 10/10/2020**. **THIS IS A WHAT THE F- MOMENT.** Mr Market is handing you the deal of a lifetime on a silver platter. Don't pass it up or worse, fumble the ball (no life savings on FDs please).
- $GME is massively undervalued because their books are strong (net cash anyone?).
- $GME is in the midst of a turnaround story (RyanCohen+ReggieFilsAime).
- Due to TINA (there is no alternative), ZIRP (zero interest rate policy), Robinhood, and WSB, meme stonks and retail are not a joke and should be seriously considered.

One thing to clarify from my previous post: Turns out Kenny G (Citadel) isn't going to work with us right now. Unfortunate, but not a big deal. They will join us in part 3.

Reason: Although the MM delta hedging math is correct, short % of float is NOT A TRIGGER NUMBER. There is no significance to the 100%+ short float. It just means it is high. Shorts are willing to pay insane borrowing fees to continue to short $GME on the thesis that they'll go bankrupt. So WSB monkey YOLO FD strategy will NOT cause a short squeeze. This much is obvious now.

**Current day:**

Ok we're done with the flashbacks. We'll cover 3 main topics very quickly. Short float, trendline, and news.

**1) Short float:**

It's always hard to get this data. But as discussed with the @TheRoaringKitty stream, ORTEX is quoting **73M SHARES SHORT** of $GME. ShortSqueeze is quoting 68M, but their data always lags and isn't very accurate. Either way, SHORTS ARE DOUBLING DOWN ON THEIR POSITION.

This puts longs in a better position because of the inherent pent-up demand w/ regard to the short covering in the future. However, this reeks of $TSLA bankwupcy news cycles pre-Q3'19 earnings. So expect a lot of hate coming our way from many news outlets. Don't lose your conviction. We'll be here to reassure you. For example, CNBC just put out a massive 12 minute hit piece on GME. Expect much more of this to come. This is the mother of all HODLs. Being contrarian is never popular, but it is lucrative.

Stand strong against the Two Towers (BlackRock and Fidelity).

**2) Trendlines:**

Look at this console cycle graph here.

I believe there is credence to this trendline. But expect it to be rocky. Buy every dip. And if you're unemployed and want to watch markets all day, sell every spike.

If you're a mid-term gambler/investor like myself, buy and hold shares and Jan'21 $30Cs. I would not recommend you set limit orders if you have a fascist broker like Fidelity (which caps at +50%). $GME can easily pop 50% in a day. Also, according to S3 research, who I support, shorts and brokers are proven to be manufacturing synthetic shares in order to short more, meaning our limit sells does nothing except limit our own potential gains.

**3) News:**

To go on the record: the MSFT partnership is a nothing-burger. Even if you include the implied revenue-sharing agreement, the news content is very lukewarm. HOWEVER, the fact that this stupid piece of news moved $GME 50% in one day shows how primed for launch this stonk is. Imagine a real partnership with Sony and Nintendo (Reggie Fils Aime with the lay-up). Or imagine $GME launches a digital gaming platform (Steam competitor). Kaboom.

There will be a massive battle of bulls and bears on the news cycle. Ignore everything except for SEC filings from GME and tweets from @GameStop itself. Everything else is a shill for a position (I suppose even this post).

Watch especially close for Ryan Cohen news. My spidey senses say he will be the final match to light up the shorts (tender offer, board position, executive position, or outright purchase).

**TL;DR - $GME is just about to go parabolic. If you get on now, your diamond hands could turn to diamond rings.**

Positions: $GME shares and Jan'21 $30C. If there is a -10%+ dip and cheap OTM weeklies, I'll buy those as well. $100 can easily turn to $10K as seen on Thursday.

Feel free to ask any questions or dispute any fact. I love talking $GME and will do my best to answer your question.

*Edit (10/17/2020): DOMO Capital spoke with $GME IR and has confirmed a revenue sharing agreement with Microsoft. The deal is no longer a "nothingburger". $GME continues the trend towards digital. Big news.

126 comments   share   save   hide   report

all 126 comments

sorted by: best (suggested)

**Want to add to the discussion?**
Post a comment!
CREATE AN ACCOUNT

[–] Jack-Skinne 98 points 2 years ago
This guy doesn't know it, but he's my new best friend.
permalink   embed   save   report   reply

  [–] [deleted] 2 years ago
  [deleted]

    [–] AGayBlackMidget 1 point 2 years ago
    I also would murder that same kid. But regardless of GME's movements.
    permalink   embed   save   report   reply

  [–] Trance2000 1 point 2 years ago
  Wtf
  permalink   embed   save   report   reply

  [–] experiencednowhack 1 point 2 years ago
  Mods
  permalink   embed   save   report   reply

search
this post was submitted on 12 Oct 2020
444 points (98% upvoted)
shortlink: https://redd.it/j9kzhb
username   password
remember me   reset password   login
submit link
submit text post

**wallstreetbets**
join   13,831,430 YOLOers
18,923 searching for DDs

The rules and submission guidelines are maintained on new Reddit so be sure to check them and make sure you're up to date.
- Read the rules
- Read the comment and submission guide
- Read the FAQ if you're new to both wallstreetbets and trading.

**JOIN THE DISCORD**
WSB Discord

**FILTER BY FLAIRS**
DD / Best /Yearly
Discussion / Best /Yearly
YOLO / Best /Yearly
Gain / Best /Yearly
Loss / Best /Yearly
Shitpost / Best /Yearly
Meme / Best /Yearly
Storytime / Best /Yearly
Satire / Best /Yearly
Options / Best /Yearly
Futures / Best /Yearly
Forex / Best /Yearly
Stocks / Best /Yearly
Fundamentals / Best /Yearly
Technicals / Best /Yearly

Earnings Thread · Daily Thread

**MARKET TRADING HOURS**
| Exchange | Open | Close |
|---|---|---|
| Frankfurt | 9:00 AM | 8:00 PM |
| New York | 9:30 AM | 4:00 PM |
| CME | 5:00 PM | 4:15 PM |
| CBOE | 8:30 AM | 3:15 PM |
| Tokyo | 9:00 AM | 3:00 PM |
| Hong Kong | 9:30 AM | 4:00 PM |

• Hours respective to their own timezone.
source

**MODERATORS**
MESSAGE THE MODS

Exhibit
0209





[–] Jerseybo[illegible] 2 years ago*
I can never tell if these posts are legit or from a bagholder that bought the top and is now looking to unload.

Edit: I'm glad I didn't listen to myself back then. Not a bag holder. Can confirm.

permalink embed save report reply

[–] Jeffamazon [S] 39 points 2 years ago
I'm up and legit. Share PT= $400. Options will unload after Q4 earnings.

permalink embed save parent report reply

[–] [deleted] 2 years ago*
[deleted]

[–] Jeffamazon [S] 3 points 2 years ago
$GME current business (without Ryan Cohen and Reggies help) is doing $6B in sales a year trading at $800M market cap. They're pivoting to e-commerce and revival as a growth company.

$SNOW did $300M on a $70B valuation. PLTR did $800M on a $22B valuation. You tell me who's trolling.

permalink embed save report reply

[–] restioned 8 points 2 years ago
I think 400 is a bit high target even for the squeeze. Estimate 100 but nobody can tell until it happens.

permalink embed save parent report reply

[–] Jeffamazon [S] 13 points 2 years ago
How about TSLA who had 30% of auto market cap with 0.01% of sales and no profit. People love a good story.

Good point. Yes I am pricing in insanity.

permalink embed save parent report reply

[–] restioned 1 point 2 years ago
Tesla didn't go up over 2000%. Even the great VW squeeze with 200% short interest only went up 500%. 100 is already at Great VW squeeze levels.

permalink embed save parent report reply

[–] Jeffamazon [S] 4 points 2 years ago
Think more value investing plus short burn cherry on top than pure short burn. Think more OSTK than VW.

permalink embed save parent report reply

[–] restioned 1 point 2 years ago
Good point. We will have to see whether shorts only get burned or whether GME also releases a better business model, focusing more on the online side.

permalink embed save parent report reply

[–] Jeffamazon [S] 4 points 2 years ago
800% e-commerce increase last Q (they didn't post absolute numbers from what I know though, so could be $1 to $8 lol).

permalink embed save parent report reply

[–] el_figurin 2 points 2 years ago
Ha! Seems you under estimated.

permalink embed save parent report reply

[–] tjs17pct 1 point 2 years ago
This didn't age well lol

permalink embed save parent report reply

[–] Dudmuffin88 2 points 2 years ago
I would love to know if you still have those Diamond Hands Nostradamus?

permalink embed save parent report reply

[–] restioned 42 points 2 years ago
Great post! For anyone that's interested, my DD shows how CNBC actually manipulates the graphs they show to influence your opinion about GME's recovery negatively.

A news outlet with vested interest?

That can't be.... right?

permalink embed save report reply

[–] [deleted] 10 points 2 years ago
Cnbc represents the sell side... Inverse

permalink embed save parent report reply

[–] ControlPlusZ OG GME 4.85 DCA 23 points 2 years ago
You know why I am comfortable? Because I bought GME at 4.85 while everyone thought it was crap.

When it is $50 bucks you will look back and regret. Don't be that guy.

We may be wrong. We may be early. But the downside is limited still.

permalink embed save report reply

[–] wuhoo16 4 points 2 years ago
Same I got in early before the MSFT news. I've lost too much on QQQ plays to settle for a measly return. To the moon or nothing

permalink embed save parent report reply

[–] sunmoxy 4 points 2 years ago
Noob and single share owner here. You are a hero. Bet its nice to have underestimated at 50 huh!

permalink embed save parent report reply

[–] Zuko2001 <---- Downvote me im a cuck :) 6 points 2 years ago
I think there is still upside but I will be selling November 12th. If you take a look at the chart GME peaked on November 15th with the release of the PS4 so I'm going off that. Most of the run up I think has already occurred however, and we might see 15-20 by November. I don't think we really go too much above that. I don't think a VW type short squeeze is likely.

permalink embed save parent report reply

[–] Jeffamazon [S] 10 points 2 years ago
It won't be like VW. It will be more like OSTK or TSLA.

permalink embed save parent report reply

[–] TendiesHoarder 4 points 2 years ago
This guy still alive ^

permalink embed save parent report reply

[–] Zuko2001 <---- Downvote me im a cuck :) 4 points 2 years ago
Just barely.

permalink embed save parent report reply

[–] TendiesHoarder 5 points 2 years ago
Haha. Hang in there. Get em next time

permalink embed save parent report reply

[–] imoxamed 3 points 2 years ago
You'll catch the next one bub

permalink embed save parent report reply

[–] mattebeginning 17 points 2 years ago
How can anyone look at that graph from that hyper bull on twitter and not be all in?

permalink embed save report reply

[–] ryannoahm450 3 points 2 years ago
I've had this same idea since February and brought in at 3.95. Can't wait to see how high we hit
permalink embed save report reply

[–] Jeffamazon [S] 7 points 2 years ago
Smarter man than me.
permalink embed save parent report reply

[–] [deleted] 2 years ago
[deleted]

[–] Jeffamazon [S] 2 points 2 years ago
10+ years or whenever another blatantly obvious all-in play presents itself.
permalink embed save report reply

[–] OranginaFan1 3 points 2 years ago
Please tell me you held?
permalink embed save parent report reply

[–] ryannoahm450 3 points 2 years ago
Nope sold back in November unfortunately.
permalink embed save parent report reply

[–] Gr33t_the_mind 2 points 2 years ago
Don't fret on it buddy. If Jeff really thinks this is the definition of a moon stoink, if you're ballsy.. you can still make out very well getting in this week.
permalink embed save parent report reply

[–] ryannoahm450 2 points 2 years ago
Unfortunately the ship has sailed off without me. I don't have the disposable income to buy GME shares. But AMC to the moon🚀🚀🚀🚀
permalink embed save parent report reply

[–] Mortdeus 12 points 2 years ago*
The idea that gamestop is going to be able to compete with Steam in the digital space, is totally ignorant of the fact that Steam is already the "Chewy" to "Amazon" and each console manufactures app store.

Also the consoles are walled off gardens, gamestop couldn't open up an app store where it mattered even if they wanted to.

If were going to talk about what real value gamestop has, it's the notion that as a buyer/reseller of games they are in a prime position to become a "rent to own" rental service in a world where even RedBox doesn't even rent game anymore.

The best path forward for gamestop is to acquire gamefly and cement themselves as the only place you can obtain affordable games, and they need to do that as a "fuck you" back at Sony and Microsoft for vowing to not sell the newest consoles in gamestop stores.

Honestly if I had control of gamestop i'd be crazy with it to the point that I would vow to only hire high school kids who pull "4.0" grade point averages, and pay them $20 dollars an hour and vow to cover 2 years of their college tuition if they work hard for their junior and senior years.

Im saying if the goal is to save gamestop, I assure you the answer is not digital. It's literally small town economics.

And you also do the social hub thing. Host monthly smash bros competitons that you stream. Have twitch stars come visit the bible belt, implement VR arcades in stores where it actually makes sense, and host scheduled game development courses.

They just need to shift over to be the local community equivalent of what your county library is but instead of being all about books and community building, make it all about games and community building. Just instead of the old bat nannies running the joint, you hire a bunch of high school hipsters who are willing to work hard.

If you can't teach a sophmore 4.0 student in highschool how to run a small business by their senior year, frankly we should be shorting all our stocks to go to $0.00
permalink embed save report reply

[–] Jeffamazon [S] 23 points 2 years ago
I'm sure Cohen has a delightful plan in place. You should send him your ideas. I am not a decision maker for GME.
permalink embed save parent report reply

[–] yellowstickypad 6 points 2 years ago
You madlad. It was refreshing to read what you wrote months ago. Gives a better idea of the big picture and the long game. Despite all the world in attention, your explanation is still valid
permalink embed save parent report reply

[–] Specific-Industry-42 3 points 2 years ago
You two will be in in a conference call with Ryan soon.
permalink embed save parent report reply

[–] zawy2 2 points 2 years ago
Any predictions about what happens now?
permalink embed save parent report reply

[–] Mortdeus 3 points 2 years ago
Im just saying is the goal to save this company, or just try to make money?

Because everytime I come to places like this I think to myself, fuck im glad I pursued trying to become a software engineer and didn't spend all my time learning how the financial industry works.
permalink embed save parent report reply

[–] getduhbag 7 points 2 years ago
Now that I think about it. This year could be big for videogames. PS5 is coming out too. shit.
permalink embed save report reply

[–] AqeedBrat 6 points 2 years ago
Hey, nice to see you again. Made some gains on the recent spike to 14$ and bought the dip again at 11.50$ Looking forward to changing my license plate lol
permalink embed save report reply

[–] 0Bubs0 5 points 2 years ago
I was thinking GAINSTOP for our lambos
permalink embed save parent report reply

[–] something-clever-ish 7 points 2 years ago
GME 22$C 1/15/21 checking in.
permalink embed save report reply

[–] MrMelf 3 points 2 years ago
GME 14$C 1/15/21 here as well
permalink embed save parent report reply

[–] wuhoo16 2 points 2 years ago
GME 15$C 11/20/20, hopefully it dips and gets shorted more so I can load up more for a farther expiration
permalink embed save parent report reply

[–] largma 10 points 2 years ago
Here's my DD: My local GameStop is dusty as hell and the only people who go there are mental retards and 2k fans (dying markets). They have two years tops before bankruptcy, and they will likely still lose money this Q
permalink embed save report reply

[–] Rusty_Shacklefurd69 5 points 2 years ago
Ur retarded though
permalink embed save parent report reply

[–] Jeffamazon [S] 13 points 2 years ago
I suppose GME leadership sits at home all day and magically produces positive FCF. I suppose Ryan Cohen who went toe to toe with Bezos, hates retirement, and says no to 99% of things said yes to GME for the meme short squeeze.
permalink embed save parent report reply

permalink  embed  save  parent  report  reply

[–] **Vickuid** 5 points 2 years ago

Im still on the fence about GME since the microsoft talks. I believe their plan is to create a digital store likely to compete with steam/epic, etc so at this point is a complete gamble

permalink  embed  save  parent  report  reply

[–] **largma** 5 points 2 years ago

I don't see it going anywhere. Microsoft doesn't need GME, they already have an online store and a decent amount of business through it. Epic has poured an absolutely insane amount of money into their store and it's barely competitive, I don't see GameStop managing to do anything except fail

permalink  embed  save  parent  report  reply

[–] **Vickuid** 2 points 2 years ago

You're not wrong but i bought in anyway cause im special ed

permalink  embed  save  parent  report  reply

[–] [deleted] 4 points 2 years ago

I'm holding shares and I think that the Chewy Guy buying in is a big deal. The Microsoft announcement is just a trickle of news to expect later down the road.

I don't have the numbers exactly but the gaming business is the new hotness and it took a LONG time to get into the mainstream.

Looking at their balance sheet it appears that GameStop is positioned to whether the storm and to TRANSITION into something greater. What that is, I have no fucking clue but you'd like to think the people who are running the show have a plan in mind.

permalink  embed  save  report  reply

[–] **MusicalxFelony** 3 points 2 years ago

Shout outs to the RK gang. Diamond hands. fake news and a bitch dip doesn't deter me.

permalink  embed  save  report  reply

[–] **Jeffamazon** [S] 4 points 2 years ago

See you tonight.

permalink  embed  save  parent  report  reply

[–] **Stonk_inv** 3 points 2 years ago

Guys, there is no good fundamental reason for GME to increase in value, especially long term, so tread very carefully...

permalink  embed  save  report  reply

[–] **Jeffamazon** [S] 13 points 2 years ago

Present your case. This is very wrong. Until a split second ago they were trading under net cash.

permalink  embed  save  parent  report  reply

[–] **Stonk_inv** 2 points 2 years ago

Their market cap is around 802 million right now, and it's true that they have around 735 million in cash and equivalents, they have more than 1.1 billion in debt, so if you take that into consideration, they're actually net negative cash. Their book value per share is 5.40, which is significantly lower than what they're trading at. So you can't say that they're trading at an extremely low valuation. On top of that, the trends in gaming are against them, since more and more game purchases are being made online, and you have a company that's positioned for long term failure.

The only reason that it can increase from it's current price is because everyone here seems convinced that it can only go up from here...

permalink  embed  save  parent  report  reply

[–] **Jeffamazon** [S] 5 points 2 years ago

If you're going to include all debt might as well include all assets as well. And we're back to square 1.

The importance of net cash and positive (or negative) FCF is to give or take credence to the bankruptcy thesis. Between the $700M and the console cycle, they'll have more than enough bandwidth to reposition.

permalink  embed  save  parent  report  reply

[–] **Ratorbob** 5 points 2 years ago

I think including assets wouldnt be wise. Including debt is reasonable.

permalink  embed  save  parent  report  reply

[–] **Stonk_inv** 1 point 2 years ago

If you want to look at a metric that includes debt, you can look at book value per share, which takes all assets and liabilities into consideration. Even if somehow the assets are worth what they are on the balance sheet, you get a book value per share of $5.40, which is significantly below what it's currently trading at.

permalink  embed  save  parent  report  reply

[–] **yogibaba5491** 3 points 2 years ago

console cycle graph here

lol..What do you have to say now?

permalink  embed  save  parent  report  reply

[–] **Ackilles** 3 points 2 years ago

I'm confused. Why are we standing strong against Blackrock and Fidelity? They both have 15% share positions in GME.

MSFT news wasn't nothing, its pretty important even if it was overblown. The pre announce halt probably actually added to the hype tbh. It is pretty normal for MSFT partnership news to cause massive jumps.

All that said, I'm very much on the GME hype train (and have been for a few months). Thank you for pointing out that people should not buy FDs. I'm expecting a few more jumps like the ones we've been seeing before we possibly see "liftoff."

permalink  embed  save  report  reply

[–] **Jeffamazon** [S] 2 points 2 years ago

It seems to me the shorts are institutional. Data is unclear but I'm pretty sure fund managers at Fidelity/BlackRock are short GME. GME seems to inverse SPY some moments, so drawing that conclusion.

Yep - fair. I think we need actual news. Just a preview of what can come.

permalink  embed  save  parent  report  reply

[–] **Ackilles** 1 point 2 years ago

Why would they hold a 15% share position if they were heavily shorting it? They both hold over 9.5 million shares

https://money.cnn.com/quote/shareholders/shareholders.html?symb=GME&subView=institutional

permalink  embed  save  parent  report  reply

[–] **Jeffamazon** [S] 2 points 2 years ago

Example of Shorting Against The Box As an example, say you have a big paper gain on shares of ABC in your main brokerage account, which is not a margin account. You think that ABC has reached its peak and you want to sell. However, there will be a tax on the capital gain. Perhaps the next year you expect to make a lot less money, putting you in a lower bracket. It is more beneficial to take the gain once you enter a lower tax bracket.

To lock in your gains this year, you short the ABC's shares in your margin account. As is customary, you borrow the shares from a broker on the bet that ABC's stock price will rise. When your bet comes true, you return the shares that you already owned before the short to the broker, thereby circumventing the taxable event.

Only (partial) explanation I have for the 70M shares short. You think that all comes from retail? Genuinely curious. I haven't been able to lock down their identity. Big institutional makes sense to me.

permalink  embed  save  parent  report  reply

[–] **Ackilles** 2 points 2 years ago

That would be a fair explanation. That is still a massive position to have, to also be doing that. I know there are rules applied once you have 10%+ of a company, I wonder if that would affect the ability to short, especially if shorting en masse

I definitely agree that most of the short interest is probably institutional. If it was retail I think we would have squeezed already. I just don't think its likely that those two firms are the ones doing it

permalink  embed  save  parent  report  reply

[–] **i_likeTortles** 2 points 2 years ago

Anyone you see at the bottom. Fidelity is showing 17.25 Morgan Stanley 17.4 outs.

permalink embed save report reply

[–] **MrDionWaiters** 2 points 2 years ago

What do you see happening the rest of this week given today's price action? I'm on the fence in regard to selling what expires on Friday and moving to longer dates. Currently ITM

permalink embed save report reply

[–] **Jeffamazon** [S] 1 point 2 years ago

No idea. Impossible to predict when news will drop.

permalink embed save parent report reply

[–] **MrDionWaiters** 1 point 2 years ago

Looking at today's chart, it seems as though we could move up on a vol spike.

permalink embed save parent report reply

[–] **pseudocleric** 2 points 2 years ago

I'm really tempted to believe this.

permalink embed save report reply

[–] **ears2theground** 2 points 2 years ago

Is there still an advantage to brick and mortar model of game sales since the customer can resell the game back to the store for partial credit or money? Whereas if you buy a game like GTA 5 on a virtual storefront and its downloaded to your console/account you cant resell that game.

So if we keep seeing economic decline demand for Gamestop model might actually increase since customers can keep swapping games for partial credit back to the store. Its easier to buy a game for $60 at Gamestop, resell it to Gamestop for $30 and put that credit towards another new title. Where as the virtual model (Steam, Playstation Store, etc) makes it impossible to do this.

permalink embed save report reply

[–] **Jeffamazon** [S] 1 point 2 years ago

Yes that's right. Add to this that disc drive pre-orders are sold out, and that disc-less memory is limited:

> Games are big, and even today that storage space is limited; the PS5's SSD will reportedly only have 825GB of space. Spider-Man is 53GB. Call of Duty: Modern Warfare is 65GB. Final Fantasy 7 Remake is a whopping 85GB. That adds up fast, and having it on disc instead of needing to download it whenever you want to play it is really useful.

I do think the trend is towards digital, but it isn't tomorrow, next month, or next year. It is at least until the next console cycle.

Yes that's correct. Thus the need for GME B&M stores and GME's secret cash cow.

permalink embed save parent report reply

[–] **No-Proposal-2145** 2 points 2 years ago

Thank you for trying to make me millions, even though I didn't pay attention

permalink embed save report reply

[–] **thebeastboi4** 1 point 2 years ago

hey retar here help me with calls please daddy ?

permalink embed save report reply

[–] **Shadoom13579** 1 point 2 years ago

What do you think about my 11/20 17C? Too soon/ OTM?

permalink embed save report reply

[–] **Jeffamazon** [S] 2 points 2 years ago

A little risky imo. I'd prefer 11/27 but yours could hit.

permalink embed save parent report reply

[–] **gurupaste** 1 point 2 years ago

fuck it, i missed out last time although i had the idea in my head. im yoloing

permalink embed save report reply

[–] **Jeffamazon** [S] 3 points 2 years ago

No FDs pls

permalink embed save parent report reply

[–] **gurupaste** 1 point 2 years ago

never again, it's always a loss for me

permalink embed save parent report reply

[–] **YOLOtilitHURTS** 1 point 2 years ago

Thanks, I'm in

permalink embed save report reply

[–] **kungF-U** 1 point 2 years ago

Why calls so deep otm

permalink embed save report reply

[–] **Jeffamazon** [S] 3 points 2 years ago

If there was a higher strike I'd buy that instead.

permalink embed save parent report reply

[–] **AllsFairInPlowinHoes** 1 point 2 years ago

Why?

permalink embed save parent report reply

[–] **Jeffamazon** [S] 2 points 2 years ago

It would be cheaper and will most likely hit.

permalink embed save parent report reply

[–] **Rusty_Shacklefurd69** 1 point 2 years ago

Notice he says SHARES in hia recommendations...not just deep OTM calls, but also SHARES so you don't get absolutely gaped by IV.

permalink embed save report reply

[–] [deleted] 1 point 2 years ago

this assumes GME is actually in a turnaround... is it really tho?

permalink embed save report reply

[–] **Jeffamazon** [S] 2 points 2 years ago

DogMan to the rescue. (Ryan Cohen)

permalink embed save parent report reply

[–] **queefer__m4dness** 1 point 2 years ago

how confident on a scale from 1 to yolo are you?

permalink embed save report reply

[–] **Jeffamazon** [S] 10 points 2 years ago

99% of all my investable income/net worth into this.

permalink embed save parent report reply

[–] **Huge-Return** 1 point 2 years ago

you had me at "century"

permalink embed save report reply

[–] **Jeffamazon** [S] 5 points 2 years ago

From Musk's lips themselves: https://twitter.com/elonmusk/status/992388944774938626?lang=en

permalink embed save parent report reply

[–] equagl 1 point 2 years ago
What references do you use to find the % of shares short on GME? Just curious for self-tracking.
permalink embed save report reply

[–] Jeffamazon [S] 2 points 2 years ago
There isn't really a good single source. I just Google and accumulate an average. ORTEX purportedly states it live, but you need a subscription. Other than that, shortsqueeze(dot)com is decent - their numbers are off on other metrics so I'd take it with a grain of salt.

Marketwatch should have some data as well.
permalink embed save parent report reply

[–] 0Bubs0 2 points 2 years ago
I reached out to NYSE to subscribe to their short interest report and it is 2k per month. The data packages are so expensive and they have so many restrictions on sharing it it's crazy.
permalink embed save parent report reply

[–] Jeffamazon [S] 1 point 2 years ago
Jeez lol. They're the real winners here.
permalink embed save parent report reply

[–] equagl 1 point 2 years ago
That is what I found to be true as well. Different answers from different sources. I also read Burry's position is proposed to be somewhere around 3%? Seems hard to validate considering he does not have to disclose, unlike RC.

Fantastic write up by the way. GME has more than enough in terms of forward-thinking, e-commerce growth potential to retain profitability and force shorts to cover. Somewhat tentative about the Jan21 timeline though. Perhaps the actual squeeze may take a few more months to fully convince investors GME isn't a complete dumpster fire? I believe shares may be the best option rivaling the WSB mentality.
permalink embed save parent report reply

[–] Jeffamazon [S] 1 point 2 years ago
Yeah Scion has 4.3% according to this: https://fintel.io/so/us/gme, which I believe is as accurate as possible given the frequency of updates. Burry only needs to file 13Fs, which we won't know until a couple weeks from now.

Yeah I agree. Even Jan'21s are going to be a bit risky but I'm betting on a strong quarter being frontrun.
permalink embed save parent report reply

[–] TheHastyTypr 1 point 2 years ago
Love these posts! I'm balls deep and ready to share the gme love! What's your position on the cup and handle formed by gme in the 1 hr chart over the last week? I bought in fairly high (13.5 unfortunately), and can't withstand it going down too much. Do you think a 2 to 3 dollar decrease is likely at this point?

Thanks again for the awesome research. MMs can take a big suck of my soon to be gold plated dong
permalink embed save report reply

[–] theodros1 1 point 2 years ago
The msft deal is not a "nothing-burger" you should edit your post to reflect the revenue sharing
permalink embed save report reply

[–] Jeffamazon [S] 1 point 2 years ago
Good point. Done.
permalink embed save parent report reply

[–] AutoModerator [M] 1 point 2 years ago
This post was flaired as DD so it's on the DD list. Find more fresh WSB DD here.

Hey /u/Jeffamazon don't misuse DD flair. No shitposts, short and vague guesses, links as DD, etc. DD is for wall-of-text deep-dive Pepe Silvia shit. Please change the flair if this isn't DD. Mods have been notified of this thread.

Submission Flair Guide

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*
permalink embed save report reply

[–] AutoModerator [M] 1 point 2 years ago
Sir, this is the unemployment line.

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*
permalink embed save report reply

[–] desarrollador53 1 point 2 years ago
Unbelievable this only got 187 up votes. Hope you ended up rich sir 🚀
permalink embed save report reply

[–] Jack_Tha_R1ppir 1 point 2 years ago
Amazing!
permalink embed save report reply

[–] Zensen1 1 point 2 years ago
We need you to do part 3!!
permalink embed save report reply

[–] Electronic_Pirate_37 1 point 2 years ago
Great insights. I just wonder what is going to happen next week. After everyone excises the call or get a cash settlement, then what? For those who get GME stonks, you can't sell them after you excised your call options. No one will want them for the high market price. So the GME stonk will sit on a slipping slope and back to earth?
permalink embed save report reply

[–] zohaib510 1 point 2 years ago
Do you see anything else doing what $GME did?
permalink embed save report reply

[–] ciarandigital 1 point 2 years ago
Your DD is on another level! I will definitely be keeping an eye out on what you say from now on lol. Keep killing it
permalink embed save report reply

[–] saint521 1 point 2 years ago
OMG, how did I miss this? OP why didn't you post this on r/options or r/SecurityAnalysis. Maybe I would have caught it then. PLEASE DO MORE POSTS IN THE FUTURE!!!!

THANK YOU!
permalink embed save report reply

[–] Money_Temporary 1 point 2 years ago
So what about that post 33 days ago?
permalink embed save report reply

[–] Jeffamazon [S] 5 points 2 years ago
What about it?
permalink embed save parent report reply

[–] [deleted] 1 point 2 years ago
Great post!!!
permalink embed save report reply

[–] Wrong_Box_6203 1 point 2 years ago
You are the fucking GOAT
permalink embed save report reply

[–] GreatWhiteHeist 1 point 2 years ago
I really appreciate your dd on this. I've been following some of your posts in other subs so thanks for being all over the place.

My question to you at this point, why did you single out Fidelity up top? That's my only trading platform atm. Now that this squeeze is all but



