# Exhibit 66

# EXHIBIT 26

# January 29, 2021 All–Hands Agenda
## "The One About (Historic) Scaling" (30min only)

### 1 – Welcome Segment (XXmin end 10:XXAM)

HOST: Baiju & Vlad
STANDBY: Names
1. **Baiju & Vlad** – Welcome & Mission (XXmin)
   a. OKRs are Quality, Readiness, Growth, Org Health
2. **Baiju & Vlad** – last 48 hours
   a. What you've seen at RH: resilience, strength, care, great results,
   b. Emphasize growth – can they share a couple numbers?
      i. 100s of 1000s of new accounts
      ii. More people are coming in than wanting to leave
   c. Emphasize strength – people, engineering systems, etc
3. **Jason** – funding & health of the firm
4. [Transition – **Baiju:** now we're going to turn it over to Nafeesa and LJ to learn about Operation "Put Me in Coach"]
CAMERA OFF: Jason, Vlad

### 2 – "Put me in, coach, I'm ready!"

HOST: Baiju
1. ▮▮▮▮▮▮▮ – Operation PMIC
2. [Transition: Baiju – now please welcome Gretchen and Abhishek who can tell us more about the PCO decision from yesterday]
CAMERA OFF: ▮▮▮▮▮

### 3 – PCO – what we decided and when

HOST: Baiju
1. **Gretchen &** ▮▮▮▮▮ – PCO decision
2. [Transition: Baiju – let's go to Q&A]
CAMERA OFF: ▮▮▮▮▮ if he wants

### 4 – Q&A

HOST: C–Team and friends
STANDBY: Names
1. **Baiju** – Let's go to Slido for Q&A; C–Team, friends, come on up
2.
CAMERA OFF: Names

---

Questions from Slido (https://app.sli.do/event/gtntp9xp)
1. **(Jason)** Can we be more transparent to customers about what happened yesterday? I worry that our extreme lack of transparency has caused serious damage to Robinhood's

reputation. I think if we broadcast a clear and extensive explanation of what happened, we could get back a lot of the goodwill we lost.

2. **(Christina)** There's been a lot of out reach to traditional media to explain what happened. But given how RH's customer base is more likely to consumer content elsewhere (Reddit, twitch, etc.), what can we do to reach out and explain the situation to them?
   a. Multiple audiences matter (not just customers!)

3. # Redacted for Privilege

4. **(Jason)** We claimed to have no liquidity problem, but then we suddenly raise 1B in emergency funds? We had to know how this would look. Why didn't we just say "yeah we're hiring people so we don't have a lot cash, and we didn't want to get shut down by the SEC, so we had to stop trading." Why not be upfront?

5. **(Jason)** How do the recent events affect our initial timeline to go public? Some commentators have stated due to this event they can's see us going public at all in 2021 with questions now arising about our company's financial position.

6. **(Name)** How can we better consider the customer experience before taking actions on stocks, like PCO? Our app lacked information for customers for much of Thursday morning, including the inability to search for these high-visibility stocks and vague "This stock is not supported" wording

7. **(Name)** What are our guiding principles for PR and internal comms? For transparency and building empathy, can we share more about the decision making process of PR and internal comms in this incident and how those guiding principles led us? Thanks!

8. **(Name)** Can we create an info-graphic of how the process of trading works in relation to clearing and the DTCC collateral requirement during a "normal" trading week vs. what happened this week. Something that is easily digestible & education to our customers/general public. Have we considered this?

9. Did we have the new funding because of the PCO incident? Or something we've been planning for a while?

10. As associates we will never know exactly why the decision was made. That being said, given all of the backlash, if we were given another chance to approach the PCO/volatility stocks situation differently; would we and how?

11. There's no arguing that our brand suffered today in the eyes of our customers. In response and in an effort to rebuild the goodwill lost, can we commit to opening access to our IPO to our customer base, before Institutional Investors? That would be the pinnacle of serving our mission & very cool.

12. (**Jim**) Why are we only able to speak so vaguely and opaquely to the finance shows, whereas a smaller competitor like WeBull is able to clearly explain and in detail how regulatory and depository requirements lead directly to trading restrictions? Why can't we do this?

13. Taking yesterday's explanation re: net capital obligations and clearinghouse deposits at face value, could we not have restricted margin buys of the relevant securities (i.e. only allowed buys with settled funds) rather than moving them to PCO? Was this considered, and if so what were the downsides?

RHMDL00044036