# Exhibit 72





**Get the most out of your statement**

Your statement is broken down into **five** straight forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account



| | | |
|---|---|---|
| Current month balance: | ▆▆▆▆▆ | |
| (February 26, 2021) | | |
| Last month balance: | ▆▆▆▆▆ | |
| (January 29, 2021) | | |

**MARCEL POIRIER**

| | | |
|---|---|---|
| **Account #:** ▆▆▆ | | **Current month:** February 26, 2021 |
| **Type:** Individual Tax-Free Savings Account (TFSA) | | **Account opened:** March 05, 2012 |
| **Currency:** CAD/USD | | **Dealer:** Questrade, Inc. |

## CONTENT



**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.





Current month FX rate: $1.00 USD = $1.2742 CAD          Previous month FX rate: $1.00 USD = $1.2778 CAD          Account #: ▆▆▆          Current month: February 26, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.

P00002255



**ACCOUNT STATEMENT**

## 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.

Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.

Restricted share terms:

SUB-VTG: subordinate voting shares

REST-VTG: restricted voting shares

NON-VTG: non-voting shares

Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.

Gross: the total before any commission.

Commission (Com.): the total commission incurred on the trade.

Net: the total after commission is paid.

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | CAD Price | CAD Gross.¹ | CAD Com.¹ | CAD Net¹ | USD Price | USD Gross.¹ | USD Com.¹ | USD Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opening balance | - | - | - | - | 2,724.67 | - | - | - | 78,305.78 |
| 01-28-2021 | 02-01-2021 | Buy | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 8,000 | - | - | - | - | 19.494 | (155,955.73) | (9.95) | (155,965.68) |
| 01-28-2021 | 02-01-2021 | Sell | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 5,000 | - | - | - | - | 16.025 | 80,127.00 | (39.80) | 80,085.42 |
| 01-29-2021 | 02-01-2021 | Buy | | CALL BB   01/21/22   25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 71 | - | - | - | - | 6.000 | (42,600.00) | (90.90) | (42,690.90) |
| 01-29-2021 | 02-01-2021 | Buy | | CALL BB   09/17/21   30\|BLACKBERRY LIMITED\|WE ACTED AS AGENT | 5 | - | - | - | - | 4.700 | (2,350.00) | (14.95) | (2,364.95) |
| 01-29-2021 | 02-02-2021 | Sell | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 3,000 | - | - | - | - | 14.214 | 42,641.22 | (9.95) | 42,630.32 |
| 02-01-2021 | 02-02-2021 | Buy | | CALL BB   09/17/21   25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 50 | - | - | - | - | 5.000 | (25,000.00) | (59.95) | (25,059.95) |
| 02-01-2021 | 02-02-2021 | Buy | | CALL BB   06/18/21   20\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 80 | - | - | - | - | 4.850 | (38,800.00) | (89.95) | (38,889.95) |
| 02-01-2021 | 02-02-2021 | Buy | | CALL DIS   03/19/21   200\|WALT DISNEY CO\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 50 | - | - | - | - | 2.250 | (11,250.00) | (59.95) | (11,309.95) |
| 02-01-2021 | 02-03-2021 | Sell | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 5,000 | - | - | - | - | 14.770 | 73,852.00 | (19.90) | 73,830.46 |
| 02-01-2021 | 02-03-2021 | Sell | OVV | OVINTIV INC\|COMMON STOCK\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 1,500 | - | - | - | - | 16.560 | 24,840.00 | (9.95) | 24,829.50 |
| 02-01-2021 | 02-03-2021 | Buy | SPCE | VIRGIN GALACTIC HLDGS INC\|COMMON STOCK\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 400 | - | - | - | - | 55.548 | (22,219.01) | (4.95) | (22,223.96) |
| 02-01-2021 | 02-01-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 1,488.42 | - | - | - | (1,176.15) |
| 02-02-2021 | 02-03-2021 | Buy | | CALL BB   06/18/21   25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 80 | - | - | - | - | 1.625 | (13,000.00) | (99.90) | (13,099.90) |
| 02-02-2021 | 02-03-2021 | Buy | | CALL BB   06/18/21   20\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 40 | - | - | - | - | 2.030 | (8,120.00) | (49.95) | (8,169.95) |
| 02-02-2021 | 02-03-2021 | Buy | | CALL BB   06/18/21   30\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 100 | - | - | - | - | 1.333 | (13,334.00) | (119.90) | (13,453.90) |

**Current month FX rate: $1.00 USD = $1.2742   CAD**    **Previous month FX rate: $1.00 USD = $1.2778 CAD**    Account #: ▮▮▮▮▮▮    **Current month:** February 26, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.

P00002269



**ACCOUNT STATEMENT**

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-02-2021 | 02-04-2021 | Sell | BB | BLACKBERRY LTD\|COM\|WE ACTED AS AGENT | 4,000 | - | - | - | - | 11.580 | 46,320.00 | (9.95) | 46,309.02 |
| 02-02-2021 | 02-02-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 14,592.81 | - | - | - | (11,585.27) |
| 02-03-2021 | 02-04-2021 | Buy | | CALL BB  06/18/21  15\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 49 | - | - | - | - | 2.640 | (12,936.00) | (58.95) | (12,994.95) |
| 02-03-2021 | 02-04-2021 | Buy | | CALL GME  03/19/21  240\|GAMESTOP CORP\| WE ACTED AS AGENT | 7 | - | - | - | - | 19.900 | (13,930.00) | (16.95) | (13,946.95) |
| 02-03-2021 | 02-04-2021 | Sell | | CALL DIS  01/20/23  200\|WALT DISNEY CO\|WE ACTED AS AGENT | 5 | - | - | - | - | 26.500 | 13,250.00 | (14.95) | 13,234.75 |
| 02-03-2021 | 02-05-2021 | Buy | ARKK | ARK ETF TRUST\|ARK INNOVATION ETF\|WE ACTED AS AGENT | 80 | - | - | - | - | 147.190 | (11,775.20) | - | (11,775.20) |
| 02-03-2021 | 02-05-2021 | Sell | ARKK | ARK ETF TRUST\|ARK INNOVATION ETF\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 77 | - | - | - | - | 147.260 | 11,339.04 | (4.95) | 11,333.83 |
| 02-03-2021 | 02-03-2021 | Foreign Exchange | | CONVERSION - CAD/USD | - | - | - | - | (18,377.50) | - | - | - | 14,148.51 |
| 02-04-2021 | 02-05-2021 | Buy | | CALL .BB  01/19/24  20\|BLACKBERRY LTD\|WE ACTED AS AGENT | 6 | 10.000 | (6,000.00) | (15.95) | (6,015.95) | - | - | - | - |
| 02-04-2021 | 02-05-2021 | Buy | | CALL BB  01/20/23  25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT | 8 | - | - | - | - | 4.700 | (3,760.00) | (17.95) | (3,777.95) |
| 02-04-2021 | 02-05-2021 | Buy | | CALL BB  06/18/21  18\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 138 | - | - | - | - | 2.146 | (29,611.00) | (167.85) | (29,778.85) |
| 02-04-2021 | 02-05-2021 | Sell | | CALL BB  09/17/21  7\|BLACKBERRY LIMITED\|WE ACTED AS AGENT | 50 | - | - | - | - | 6.050 | 30,250.00 | (59.95) | 30,189.38 |
| 02-04-2021 | 02-05-2021 | Sell | | CALL TSLA  03/19/21  900\|TESLA INC\|WE ACTED AS AGENT | 1 | - | - | - | - | 48.600 | 4,860.00 | (10.95) | 4,848.94 |
| 02-04-2021 | 02-05-2021 | Sell | | CALL GME  03/19/21  240\|GAMESTOP CORP\| WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 7 | - | - | - | - | 5.100 | 3,570.00 | (16.95) | 3,552.97 |
| 02-04-2021 | 02-04-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 6,357.53 | - | - | - | (5,034.47) |
| 02-08-2021 | 02-09-2021 | Buy | | CALL BB  01/21/22  25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 150 | - | - | - | - | 4.000 | (60,000.00) | (159.95) | (60,159.95) |
| 02-08-2021 | 02-09-2021 | Sell | | CALL DIS  03/19/21  200\|WALT DISNEY CO\|WE ACTED AS AGENT | 25 | - | - | - | - | 5.650 | 14,125.00 | (34.95) | 14,089.73 |
| 02-08-2021 | 02-09-2021 | Buy | | CALL BB  03/26/21  18\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 50 | - | - | - | - | 1.660 | (8,300.00) | (59.95) | (8,359.95) |
| 02-08-2021 | 02-10-2021 | Buy | ARKG | ARK ETF TRUST\|ARK GENOMIC REVOLUTION ETF\|WE ACTED AS AGENT | 25 | - | - | - | - | 112.200 | (2,805.00) | - | (2,805.00) |
| 02-08-2021 | 02-10-2021 | Sell | NFLX | NETFLIX COM INC\|WE ACTED AS AGENT | 126 | - | - | - | - | 547.384 | 68,970.32 | (4.95) | 68,963.84 |
| 02-08-2021 | 02-08-2021 | Foreign Exchange | | CONVERSION - USD/CAD | - | - | - | - | 14,711.30 | - | - | - | (11,728.69) |
| 02-09-2021 | 02-10-2021 | Sell | | CALL BB  06/18/21  25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 80 | - | - | - | - | 1.600 | 12,800.00 | (89.95) | 12,709.76 |
| 02-09-2021 | 02-10-2021 | Sell | | CALL BB  09/17/21  25\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 50 | - | - | - | - | 2.470 | 12,350.00 | (59.95) | 12,289.77 |
| 02-09-2021 | 02-10-2021 | Sell | | CALL BB  06/18/21  18\|BLACKBERRY LIMITED\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 138 | - | - | - | - | 2.420 | 33,396.00 | (147.95) | 33,247.31 |

Current month FX rate: $1.00 USD = $1.2742  CAD     Previous month FX rate: $1.00 USD = $1.2778  CAD     Account #: ▉▉▉▉     Current month: February 26, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.

P00002270