UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-2989-ALTONAGA/DAMIAN

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Federal Securities Tranche

### DEFENDANTS ROBINHOOD MARKETS, INC., ROBINHOOD FINANCIAL LLC AND ROBINHOOD SECURITIES, LLC'S NOTICE OF STRIKING

Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC (collectively, "Robinhood") hereby file this Notice of Striking and state:

1. On June 7, 2023, Robinhood timely filed its Response in Opposition to Plaintiffs' Motion to Certify Class [ECF No. 567] ("Opposition").

2. After filing, counsel for Robinhood became aware that there were errors contained in the Opposition's Table of Contents, specifically, the page-number designations.

3. Therefore, Robinhood hereby notifies the Court of Robinhood's striking of its original Opposition [ECF No. 567]. Robinhood has re-filed an accurate Opposition to Plaintiffs' Motion to Certify Class [ECF No. 568].

|  |  |
|---|---|
| Dated: June 8, 2023 | /s/ Tom K. Schulte |

**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
Tom K. Schulte (FBN 1025692)
María Castellanos Alvarado (FBN 116545)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@huntonak.com
tschulte@huntonak.com
mcastellanos@hunton.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated:  June 8, 2023                                             */s/ Tom K. Schulte*
                                                                                  Tom K. Schulte (FBN 1025692)