# EXHIBIT A

BreakingLegalNews.com™
LAW PROMO | CNN Pipeline | PRLAW,Inc. | powered by YAHOO! SEARCH | HD Radio
The latest legal news and information from America's prominent legal professionals.
Breaking Legal News for You to Reach Famous Attorneys and America's Best Legal Professionals. - Law Firm, Lawyer and Legal Professional news in the Media.

## The Rosen Law Firm Announces Securities Class Action

**BLN Class Action** - POSTED: 2012/10/13 16:43

The Rosen Law Firm, P.A. today announced that a class action lawsuit has been filed on behalf of all persons or entities who purchased OCZ (OCZ) common stock or call options, or sold OCZ put options, between July 10, 2012 and October 10, 2012, inclusive (the "Class Period").

To join the OCZ class action, visit the firm's website at http://rosenlegal.com, or call Phillip Kim, Esq., toll-free, at 866-767-3653; you may also email pkim@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY CHOOSE TO DO NOTHING AT THIS POINT AND REMAIN AN ABSENT CLASS MEMBER.

The Complaint asserts violations of the federal securities laws against OCZ and certain if its officers and directors for issuing misleading financial information. Namely, the lawsuit asserts that OCZ: (a) was providing extraordinary customer incentives in excess of what was normal and customary in the past; and (b) improperly accounting for customer incentive programs. As a result, OCZ's financial results were misstated during the Class Period and the OCZ lacked adequate internal controls. The Complaint alleges that when this adverse information entered the market investors lost nearly half the value of their investment.

If you wish to serve as lead plaintiff, you must move the Court no later than December 10, 2012. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

www.rosenlegal.com.

Legal News | Breaking News | Terms & Conditions | Privacy

© Breaking Legal News. All Rights Reserved.

The content contained on the web site has been prepared by BLN as a service to the internet community and is not intended to constitute legal advice or a substitute for consultation with a licensed legal professional in a particular case.

Law Promo Website Design Company

**Legal News Headlines**
- Breaking Legal News
- Legal Business
- Law Center
- Court Watch

**Legal News Categories**
- Antitrust
- Bankruptcy
- Business
- Civil Rights
- Class Action
- Consumer Rights
- Corporate Governance
- Criminal Law
- Entertainment
- Environmental
- Family Law
- Health Care
- Human Rights
- Immigration
- Insurance
- International
- Intellectual Property
- Labor & Employment
- Litigation
- Maritime
- Medical Malpractice
- Mergers & Acquisitions
- Military Law
- Patent Law
- Political and Legal
- Politics
- Real Estate
- Securities
- Tax

**Legal News Highlights**
- Law Firm News
- Law School News
- Practice Focuses
- Attorneys in the News
- People in the News
- IPO/Venture Biz News
- World Business News

**Commentaries**
- Legal Spotlight
- Legal Outlook

**BLN Features**
- Elite Lawyers
- Featured Law Firms

**Legal Community**
- Events & Seminars
- Careers

**DUI Laws and Info**
Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, D.C., Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Mass., Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, N.Carolina, N.Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, S.Carolina, S.Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, W.Virginia, Wisconsin, Wyoming

Law Firm Website Design Companies : The Good, The Bad, and The Ugly

**More Legal News**
- Court rules death row inm..
- Southern Indiana man bolt..
- Court upholds judge's fi..
- 'Very last warning' for..
- West Virginia Supreme Cou..
- Families sue to block Ida..
- Donald Trump's lawyers a..
- Federal appeals court ove..
- Supreme Court rules again..
- Families sue to block Ida..
- Bus driver accused of sta..
- Ruling clears way for Pur..
- Biden and McCarthy reach ..
- Biden and GOP rush to fin..
- Why Texas Attorney Genera..
- Supreme Court limits regu..
- Tunisian court releases p..
- Connecticut House passes ..
- Court limits federal powe..
- Islamic scholar acquitted..

**Legal Spotlight - Exclusive Commentaries**
- Class Actions Issue - CLASSISM ISSUES
- Criminal Law - AMERICAN CRIMINAL LAW
- Business Litigation - GENERAL BUSINESS LITIGATION
- Tax Law - IRS AND TAX COURT FORMS

**Attorney & Blog - Blog Watch**
Law Firm News 1 2 3 4 5 6

**Lawyer & Law Firm Links**
- Car Accident Lawyers — Sunnyvale, CA Personal Injury Attorney — www.esrajunglaw.com
- San Francisco Trademark Lawyer — San Francisco Copyright Lawyer — www.onulawfirm.com
- Family Lawyer Rockville Maryland — Divorce lawyer rockville — familylawyersmd.com
- Family Law in East Greenwich, RI — Divorce Lawyer, Erica S. Janton — www.jantonfamilylaw.com
- Oregon DUI Law Attorney — Eugene DUI Lawyer. Criminal Defense Law — www.mjmlawoffice.com
- New York Adoption Lawyers — New York Foster Care Lawyers Adoption Pre-Certification — www.lawrsm.com
- Chicago, Naperville IL Workers' Compensation Lawyers — Chicago Workplace Injury Attorneys — www.krol-law.com
- St. Louis Missouri Criminal Defense Lawyer — St. Charles DUI Attorney — www.lynchlawonline.com
- Raleigh, NC Business Lawyer — www.rothlawgroup.com
- Lorain Elyria Divorce Lawyer — www.loraindivorceattorney.com
- Connecticut Special Education Lawyer — www.fortelawgroup.com

More Legal News 1 2 3 4 5 6

**Legal News Links**
- Click The Law
- Daily Bar News
- The Legal Voice
- The Legal Report
- Legal News Post
- Crisis Legal News
- Legal News Journal
- Korean Web Agency
- Law Firm Directory