# EXHIBIT B

Friday, June 9, 2023 at 11:46:17 Eastern Daylight Time

**Subject:** RH Securities Fraud Options Claims
**Date:** Friday, May 5, 2023 at 5:01:53 PM Eastern Daylight Time
**From:** Jeff Klafter
**To:** lrosen@rosenlegal.com
**CC:** maurice@pessahgroup.com, Stuart Chelin

Larry,

As you are no doubt aware, we filed a securities action on behalf of a class of option holders who held options in certain affected securities as of the close of trading on January 27, 2021. The putative options class sold their options, or had to let them expire, at a loss. Lead Plaintiff motions in our action are not due until June 9, 2023.

You are due to participate in a Court-ordered mediation on May 17, 2023. The case you have prosecuted is limited to only stockholders as of the close of trading on January 27, 2021. This has been consistent across the PSLRA notice you published, your Amended Complaint and the motion for class certification you filed last week.

As we are pursuing claims on behalf of a different class which was harmed by the same underlying conduct which damaged your class, we are writing to obtain confirmation from you that you will not seek to settle or compromise the options claims of the members of our alleged class. If you do intend to seek a settlement or compromise on behalf of option-holders, or for whatever reason are unable to provide the confirmation we are requesting, we will seek appropriate relief from the Court.

We hope to be appointed lead counsel for the options class, and, if you have not settled your stockholder claims by then, we would like to explore working in tandem with you to obtain an appropriate settlement from Robinhood covering both the stockholder and option holder claims.

Your prompt response to this email would be appreciated. Should you wish to hold a conference call with me and my co-counsels, please let us know.

Jeffrey A. Klafter
**KLAFTER LESSER LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200 x 301
Fax: (914) 934-9220
jak@klafterlesser.com

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Klafter Lesser LLP immediately at (914) 934-9200 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.