# EXHIBIT C

| | |
|---|---|
| **Subject:** | RE: RH Securities Fraud Options Claims |
| **Date:** | Monday, May 8, 2023 at 5:04:18 PM Eastern Daylight Time |
| **From:** | Laurence Rosen |
| **To:** | Jeff Klafter |
| **CC:** | maurice@pessahgroup.com, Stuart Chelin |
| **Attachments:** | image001.png, image002.jpg |

External (lrosen@rosenlegal.com)

Report This Email  FAQ  Agio Phishing Protection

Dear Mr. Klafter:

Thank you for your email concerning our upcoming mediation.

We do not intend to resolve the claims of any securities  +holders other than common stock holders at the May 17 mediation.

We have not yet determined what our formal position will be as to the claims raised in the complaint you filed in California and which was transferred to our MDL in Miami.

Very truly yours,

**LAURENCE ROSEN**
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Direct: (646) 437-7780
Main: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
www.rosenlegal.com



The Rosen Law Firm
INVESTOR COUNSEL

*Ranked 2nd in the nation for number of securities class action settlements in 2021 by ISS Securities Class Action Services.*



**From:** Jeff Klafter <jak@klafterlesser.com>
**Sent:** Friday, May 5, 2023 5:02 PM
**To:** Laurence Rosen <lrosen@rosenlegal.com>
**Cc:** maurice@pessahgroup.com; Stuart Chelin <stuart@chelinlaw.com>
**Subject:** RH Securities Fraud Options Claims

---
[EXTERNAL EMAIL]
---

Larry,

As you are no doubt aware, we filed a securities action on behalf of a class of option holders who held options in certain affected securities as of the close of trading on January 27, 2021. The putative options class sold their options, or had to let them expire, at a loss. Lead Plaintiff motions in our action are not due until June 9, 2023.

You are due to participate in a Court-ordered mediation on May 17, 2023. The case you have prosecuted is limited to only stockholders as of the close of trading on January 27, 2021. This has been consistent across the PSLRA notice you published, your Amended Complaint and the motion for class certification you filed last week.

As we are pursuing claims on behalf of a different class which was harmed by the same underlying conduct which damaged your class, we are writing to obtain confirmation from you that you will not seek to settle or compromise the options claims of the members of our alleged class.  If you do intend to seek a settlement or compromise on behalf of option-holders, or for whatever reason are unable to provide the confirmation we are requesting, we will seek appropriate relief from the Court.

We hope to be appointed lead counsel for the options class, and, if you have not settled your stockholder claims by then, we would like to explore working in tandem with you to obtain an appropriate settlement from Robinhood covering both the stockholder and option holder claims.

Your prompt response to this email would be appreciated. Should you wish to hold a conference call with me and my co-counsels, please let us know.


Jeffrey A. Klafter
**KLAFTER LESSER LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200 x 301
Fax: (914) 934-9220
jak@klafterlesser.com

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Klafter Lesser LLP immediately at (914) 934-9200 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Klafter Lesser, LLP immediately at (914) 934-9200 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.