# EXHIBIT E

| | |
|---|---|
| Subject: | Re: MDL 2989---Mediation Scheduled for May 17, 2023 |
| Date: | Monday, May 15, 2023 at 12:30:17 PM Eastern Daylight Time |
| From: | Kevin Orsini |
| To: | Stuart Chelin |
| CC: | Laurence Rosen, Jeff Klafter, Maurice Pessah, Antony Ryan, Brittany Sukiennik, Daniel Slifkin |
| Attachments: | image001.jpg, image001.jpg |

External (korsini@cravath.com)

Report This Email  FAQ  Agio Phishing Protection

Stuart,

We intend to proceed with the Court-ordered mediation scheduled for May 17 with the lead plaintiffs and lead counsel whom the Court appointed under the PSLRA to pursue all federal securities claims in this MDL.

Kevin

Sent from my iPad

> On May 10, 2023, at 5:19 PM, Stuart Chelin <stuart@chelinlaw.com> wrote:
>
> Dear Laurence and Kevin,
>
> As you know, Messrs. Pessah, Klafter and I have filed, and served, a Complaint in Scarborough et al. v. Robinhood Markets LLC et al. (the "Options Action").
>
> The Options Action, which was originally filed in the Central District of California, has been transferred, and is now a part of MDL No. 2989 (the "MDL"), Case No. 23-21572-CIV-ALTONAGA. The Options Action asserts the same securities fraud claims which are now pending before the Court in the MDL. However, the Options Action seeks redress on behalf of a class which is distinct from the existing securities action currently pending under the Securities Tranche of the MDL ("Stock Action"). The Stock Action asserts claims on behalf of those persons who held the affected common stocks at issue as of the close of trading on January 27, 2021, and sold such shares at a loss between January 28, 2021, and February 4, 2001 ("Stock Class"). The Options Action asserts claims on behalf of those persons who held call options to purchase the restricted securities at issue as of the close on January 27, 2021, and who either sold those options, or had them expire, resulting in a loss between January 28, 2021, and February 19, 2021 ("Options Class"). Further, the basket of affected options in the Options Action largely overlaps the basket of affected stocks in the Stock Action except that the affected options basket (i) includes options to purchase American Airlines Group Inc. (NASDAQ: AAL), and (ii) does not include options to purchase Koss Corp. ("KOSS"), Tootsie Roll Industries Inc. ("TR"), or Trivago N.V. ("TRVG").
>
> We are aware that the Court has entered an order requiring each of you to participate in a mediation on May 17, 2023 in an effort to settle the securities fraud claims sustained by the