# EXHIBIT C

## Movants Maurice Scarborough and Scott Schiller Losses

**MAURICE SCARBOROUGH**

| OPTION | PURCHASE PRICE | SALES/EXPIRY PRICE | LOSS |
|---|---|---|---|
| AMC - 1 Call Option (100 shares) expiry 2/19/21 | 1,922.02 | 13.98 | $ 1,908.04 |
| AMC - 1 Call Option (100 shares) expiry 2/19/21 | 968.00 | 13.98 | $ 954.02 |
| NOK - 7 Call OptionS (700 shares) expiry 2/19/21 | 980.00 | 0.00 | $ 980.00 |
| NOK - 1 Call Option (100 shares) expiry 2/19/21 | 278.00 | 0.00 | $ 278.00 |
| NOK - 1 Call Option (100 shares) expiry 2/19/21 | 140.00 | 0.00 | $ 140.00 |
| | | TOTAL LOSS | $ 4,260.06 |

**SCOTT SCHILLER**

| OPTION | PURCHASE PRICE | SALES/EXPIRY PRICE | LOSS |
|---|---|---|---|
| AAL - 5 Call Options (500 shares) expiry 2/19/21 | 135.00 | 0.00 | 135.00 |
| AAL - 3 Call Options (300 shares) expiry 2/19/21 | 81.00 | 0.00 | 81.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 27.00 | 0.00 | 27.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 27.00 | 0.00 | 27.00 |
| AAL - 3 Call Options (300 shares) expiry 2/19/21 | 48.00 | 0.00 | 48.00 |
| AAL - 5 Call Options (500 shares) expiry 2/19/21 | 105.00 | 0.00 | 105.00 |

| | | | |
|---|---:|---:|---:|
| AAL - 4 Call Options (400 shares) expiry 2/19/21 | 252.00 | 0.00 | 252.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 63.00 | 0.00 | 63.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 63.00 | 0.00 | 63.00 |
| AAL - 5 Call Options (500 shares) expiry 2/19/21 | 165.00 | 0.00 | 165.00 |
| AAL - 3 Call Options (300 shares) expiry 2/19/21 | 66.00 | 0.00 | 66.00 |
| AAL - 5 Call Options (500 shares) expiry 2/19/21 | 65.00 | 0.00 | 65.00 |
| AAL - 7 Call Options (700 shares) expiry 2/19/21 | 70.00 | 0.00 | 70.00 |
| AAL - 10 Call Options (1000 shares) expiry 2/19/21 | 60.00 | 0.00 | 60.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 22.00 | 0.00 | 22.00 |
| AAL - 2 Call Options (200 shares) expiry 2/19/21 | 32.00 | 0.00 | 32.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 21.00 | 0.00 | 21.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 21.00 | 0.00 | 21.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 17.00 | 0.00 | 17.00 |
| AAL - 3 Call Options (300 shares) expiry 2/19/21 | 27.00 | 0.00 | 27.00 |

| | | | |
|---|---:|---:|---:|
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 29.00 | 0.00 | 29.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 28.00 | 0.00 | 28.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 27.00 | 0.00 | 27.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 17.00 | 0.00 | 17.00 |
| AAL - 1 Call Option (100 shares) expiry 2/19/21 | 17.00 | 0.00 | 17.00 |
| | TOTAL LOSS | | 1,485.00 |
| | MOVANTS' COMBINED LOSS | | $ 5,745.06 |