# EXHIBIT E



**Maurice D. Pessah**
Attorney at Law
PESSAH LAW GROUP, PC
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212

Writer's Direct: 310.772.2261
Writer's Email: maurice@pessahgroup.com

June 9, 2023

**RESUME OF MAURICE D. PESSAH**

Maurice D. Pessah is the founder of Pessah Law Group, PC. Maurice is a highly sought-after counselor and litigator whose legal acumen and personal style have earned him the gratitude of clients, the respect of adversaries, and recognition in the Los Angeles legal community.

For the past ten years, Maurice has served his clients with equal skill in the courtroom and around the negotiating table. For eight consecutive years (2013 - 2021), Maurice was been named as a Super Lawyer Rising Star, a peer-based award reserved only for the top 2% of lawyers under 40 in Southern California.

Early in his career, Maurice was particularly noted for his effective representation of a media company and an amateur art collector in a dispute with the estate of late nature photographer, Ansel Adams. The case involved several novel intellectual property issues and received widespread media attention in the Wall Street Journal, New York Times, Los Angeles Times, and in various international media outlets such as CNN and BBC. Just two years into his legal career, Maurice was selected by his predecessor firm to argue a case before the Ninth Circuit Court of Appeal.

In 2017, Maurice was invited to join a group of powerful plaintiff's attorneys pursuing claims against Wells Fargo bank on behalf of a class of aggrieved employees who refused to participate in the bank's opening of unauthorized accounts. The case received widespread coverage (https://www.law.com/americanlawyer/almID/1202775869542/).

In 2019, Maurice secured a settlement on behalf of a class of employees pursuing claims against one of the largest consumer goods distributors in North America.

Recently, PLG was one of the first firms in California to pursue claims against Robinhood Financial for its decision to restrict trading of certain securities like Gamestop (GME), AMC Entertainment Holdings (AMC), Blackberry (BB), Nokia (NOK) and American Airlines (AAL). (https://money.yahoo.com/california-class-action-lawsuit-against-130000392.html).

Maurice is admitted to practice before all California state and federal courts, the Ninth Circuit Court of Appeals, and the District of Colorado.

During law school, Maurice was a member of both the Trial Advocacy and Moot Court honors programs and was named First Place Oralist and Best Alternate Writer.

Case No. 23-21572-CIV-ALTONAGA
Federal Securities Stock Tranche
June 9, 2023
Page **2** of **2**

      Prior to law school, Maurice lived in Paris where he pursued a post-baccalaureate degree in International Relations at the prestigious Institut d'Etudes Politiques, more commonly known as Sciences-Po. Upon completing his studies in Paris, Maurice worked at an NGO where he served as a political liaison and accompanied multiple European Union delegations to the Middle East.

      Maurice is fluent in French, Farsi and Spanish.