UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MDL-02989-ALTONAGA/Damian

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates to All Actions

### NOTICE OF FILING CERTIFICATES OF UNDERSTANDING

Please take notice that counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. (collectively, "Robinhood"), pursuant to the Court's Pretrial Order #1 [ECF No. 46], submits Certificates of Understanding for Attorneys Scott B. Cohen, Daniel Slifkin, and Kathleen E. Young of the law firm Cravath, Swaine & Moore LLP ("Cravath"), attached as Exhibit A.

Dated: June 12, 2023

Respectfully submitted,

/s/ *Tom K. Schulte*
**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
Tom K. Schulte (FBN 1025692)
333 S.E. 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
sdanon@huntonak.com
mcastellanos@hunton.com
tschulte@huntonak.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 12, 2023, I electronically filed a true and correct copy of the foregoing via CM/ECF, which will send notice to all counsel of record.

/s/ *Tom K. Schulte*
Tom K. Schulte (FBN 1025692)
