UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MDL-02989-ALTONAGA/Damian

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to All Actions

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), the undersigned hereby moves this Court for an order granting permission to withdraw the appearance of Andrew D. Huynh as counsel for Defendants Robinhood Financial LLC; Robinhood Securities, LLC; and Robinhood Markets, Inc. ("Robinhood") as Mr. Huynh no longer represents Robinhood and should be removed from the Court's service list with respect to the above captioned action. Attorney Antony L. Ryan of Cravath, Swaine & Moore LLP, among other attorneys, has an appearance on behalf of Robinhood, and is familiar with this matter, the posture of the case, and its current status on the calendar. Further, the undersigned attorneys with the law firm of Hunton Andrews Kurth LLP also remain counsel of record for Robinhood. Counsel for Robinhood have met and conferred with The Rosen Law Firm, P.A. who have not objected to this motion.

By way of this filing, the undersigned respectfully requests that the Court issue an order granting this motion to withdraw appearance.

1

Dated: June 15, 2023

Respectfully submitted,

/s/ *Tom K. Schulte*
**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
Tom K. Schulte (FBN 1025692)
333 S.E. 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
sdanon@huntonak.com
mcastellanos@hunton.com
tschulte@huntonak.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 15, 2023, I electronically filed a true and correct copy of the foregoing via CM/ECF, which will send notice to all counsel of record.

/s/ *Tom K. Schulte*
Tom K. Schulte (FBN 1025692)