UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MDL-02989-ALTONAGA/Damian

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

**THIS CAUSE** came before the court upon the Motion for Attorney Andrew D. Huynh to Withdraw Appearance [ECF No. _____ ] as counsel for Defendants Robinhood Financial, LLC; Robinhood Securities, LLC; and Robinhood Markets, Inc.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

DATED this ___ day of _____, 2023.

_____
The Honorable Cecilia M. Altonaga
Chief United States District Judge