# EXHIBIT F

# Exhibit C

# Pomerantz Law Firm Announces the Filing of a Class Action against Teva Pharmaceuticals Industries Limited and Certain Officers - TEVA

NEWS PROVIDED BY
**Pomerantz LLP** →
Sep 23, 2020, 20:20 ET

NEW YORK, Sept. 23, 2020 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Teva Pharmaceuticals Industries Limited  ("Teva" or the "Company") (NYSE: TEVA) and certain of its officers.   The class action, filed in United States District Court for the Eastern District of Pennsylvania, and docketed under 20-cv-04660, is on behalf of a class consisting of all persons other than Defendants who purchased or otherwise, acquired Teva securities between October 29, 2015 and August 18, 2020, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Teva securities during the class period, you have until November 23, 2020, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomer-

antzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Teva, a pharmaceutical company, develops, manufactures, markets, and distributes generic medicines, specialty medicines, and biopharmaceutical products in North America, Europe, and internationally.

Among Teva's products is Copaxone (glatiramer acetate), a prescription drug that is used to treat relapsing forms of multiple sclerosis ("MS"). Throughout the Class Period, Teva consistently described Copaxone as the Company's "leading specialty medicine," reporting Copaxone sales and revenues that consistently dwarfed the same metrics for other Teva specialty products. Teva attributed Copaxone's commercial success to "having the right mix" of, among other things, "a fantastic underlying demand," "patients hav[ing] access to it," and an "unparalleled . . . track record of both efficacy and safety."

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Teva had made substantial illegal kickback payments to charitable foundations to cover Medicare co-payment obligations of patients taking Copaxone; (ii) accordingly, Teva's revenues derived from Copaxone were in part the product of unlawful conduct and thus unsustainable; (iii) the foregoing misconduct subjected Teva to a foreseeable risk of heightened regulatory scrutiny and enforcement, as well as

Pomerantz Law Firm Announces the Filing of a Class Action against Teva Pharmaceutica... Page 3 of 4

Case 1:21-mc-00826-CM-OTW Document 57-2 Filed 11/28/20 Page 5 of 6
Case 1:20-cv-04660-KSM Document 75-2 Entered on FLSD Docket 06/16/2023 Page 5 of 6

reputational harm when the truth became known; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On August 18, 2020, the United States Department of Justice ("DOJ") issued a press release announcing that it had filed a complaint against Teva under the False Claims Act. Specifically, "[t]he government alleges that, from 2007 through 2015, Teva paid The Assistance Fund (TAF) and Chronic Disease Fund (CDF) with the intent and understanding that the foundations would use Teva's money to cover the Medicare co-pays of patients taking Copaxone. During the same period, Teva raised the price of Copaxone from approximately $17,000 per year to over $73,000 per year."

On this news, Teva's American depositary receipt ("ADR") price fell $1.11 per ADR from its previous close on August 17, 2020, or 9.6%, to close at $10.48 per ADR on August 18, 2020, on unusually heavy trading volume.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

Pomerantz Law Firm Announces the Filing of a Class Action against Teva Pharmaceutica... Page 4 of 4
Case 1:21-mc-00826-CM-OTW Document 57-2 Filed 11/23/20 Page 6 of 6
Case 1:20-cv-04660-KAM-SJB Document 75 Entered on FLSD Docket 06/16/2023 Page 6 of 6

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

SOURCE Pomerantz LLP

Related Links

www.pomerantzlaw.com