# EXHIBIT G

# EXHIBIT A

# Glancy Binkow & Goldberg LLP Announces Class Action Lawsuit Against New Oriental Education & Technology Group Inc.

Published: Jul 23 2012 19:36:00

Glancy Binkow & Goldberg LLP Announces Class Action Lawsuit Against New Oriental Education & Technology Group Inc.

Business Wire

LOS ANGELES -- July 23, 2012

Notice is hereby given that Glancy Binkow & Goldberg LLP has filed a class action lawsuit in the United States District Court for the Central District of California on behalf of a class consisting of all persons or entities who purchased the American Depositary Shares ("ADSs") of New Oriental Education & Technology Group Inc. ("EDU" or the "Company") (NYSE:EDU) between July 21, 2009 and July 17, 2012, inclusive (the "Class Period").

A copy of the Complaint is available from the court or from Glancy Binkow & Goldberg LLP. Please contact us by phone to discuss this action or to obtain a copy of the Complaint at (310) 201-9150 or Toll Free at (888) 773-9224, by email at shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com.

The Complaint charges EDU and certain of the Company's executive officers with violations of federal securities laws. EDU provides private educational services, primarily in China. The Complaint alleges that throughout the Class Period the defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the EDU's business, operations and prospects. Specifically, the Complaint alleges that the defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company lacked a sufficient basis for the consolidation of Beijing New Oriental Education & Technology (Group) Co., Ltd., a variable interest entity of the Company, and its wholly-owned subsidiaries, into EDU's consolidated financial statements; (2) that, as a result, the Company was improperly consolidating Beijing New Oriental Education & Technology (Group) Co., Ltd., into EDU's consolidated financial statements; (3) that, contrary to the Company's representations, EDU's entire store network is not company-owned because EDU has numerous franchisees; (4) that upfront franchise and other fees had inflated EDU's cash balances; (5) that the schools that conduct EDU's operations were ultimately state property; (6) that, as a result of the foregoing, the Company's financial results were misstated during the Class Period; (7) that the Company lacked internal and financial controls; and (8) that, as a result, the Company's financial statements and financial results were materially false and misleading at all relevant times.

On July 17, 2012, EDU disclosed that on July 13, 2012, the Company was informed that the SEC had issued a formal order of investigation captioned, "In the Matter of New Oriental Education & Technology Group Inc." According to EDU, the Company believes that the investigation concerns whether there is a sufficient basis for the consolidation of Beijing New Oriental Education & Technology (Group) Co., Ltd., a variable interest entity of the Company, and its wholly-owned subsidiaries, into EDU's consolidated financial statements. On this news, shares of the Company declined $7.64 per share, or 34.32%, to close on July 17, 2012, at $14.62 per share, on unusually heavy volume.

Thereafter, on July 18, 2012, a report, entitled "Initiating Coverage on EDU - Strong Sell," was published by the research firm Muddy Waters Research. The firm rated EDU a "Strong Sell because it is probable that EDU will

Bloomberg Law®

© 2012 Bloomberg Finance L.P. All rights reserved. For terms of service see bloomberglaw.com // PAGE 1
Document Link: http://www.bloomberglaw.com/ms/document/M7N0803V2800

have a significant restatement and that its auditor will resign." On this news, shares of the Company declined $5.12 per share, or 35.02%, to close on July 18, 2012, at $9.50 per share, on unusually heavy volume.

Plaintiff seeks to recover damages on behalf of class members and is represented by Glancy Binkow & Goldberg LLP, a law firm with significant experience in prosecuting class actions and substantial expertise in actions involving corporate fraud.

If you are a member of the class described above, you may move the Court, no later than 60 days from the date of this Notice, to serve as lead plaintiff; however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Michael Goldberg, Esquire, of Glancy Binkow & Goldberg LLP, 1925 Century Park East, Suite 2100, Los Angeles, California 90067, by telephone at (310) 201-9150 or Toll Free at (888) 773-9224, by e-mail to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com.

### Contact:

Glancy Binkow & Goldberg LLP, Los Angeles, CA
Michael Goldberg
(310) 201-9150 or (888) 773-9224
shareholders@glancylaw.com
www.glancylaw.com

-0- Jul/23/2012 23:36 GMT

Glancy Binkow & Goldberg LLP Announces Class Action Lawsuit Against New Oriental Education & Technology Group Inc.

# General Information

| | |
|---|---|
| **Headline** | Glancy Binkow & Goldberg LLP Announces Class Action Lawsuit Against New Oriental Education & Technology Group Inc. |
| **Date** | Mon Jul 23 19:36:00 EDT 2012 |

Bloomberg Law®  © 2012 Bloomberg Finance L.P. All rights reserved. For terms of service see bloomberglaw.com **// PAGE 1**
Document Link: http://www.bloomberglaw.com/ms/document/M7N0803V2800