# EXHIBIT H

# EXHIBIT A

Press Release                                                                                           Source: Rosen Law Firm P.A.

# The Rosen Law Firm Files Securities Class Action Charging Medicis Pharmaceutical Corp. With Violations of the Federal Securities Laws -- MRX

Friday October 3, 8:00 pm ET

NEW YORK, NY--(MARKET WIRE)--Oct 3, 2008 -- The Rosen Law Firm today announced that it has filed a class action lawsuit on behalf of all purchasers of Medicis Pharmaceutical Corp. ("Medicis") (MRX - News) stock during the period from October 30, 2003 through September 24, 2008 (the "Class Period").

To join the Medicis class action, go to the website at http://rosenlegal.com or call Laurence Rosen, Esq. or Phillip Kim, Esq. toll-free at 866-767-3653 or email mailto:lrosen@rosenlegal.comlrosen@rosenlegal.com or mailto:pkim@rosenlegal.compkim@rosenlegal.com for information on the class action.

The action is pending in the United States District Court for the District of Arizona as case no. 2:08-cv-1821. You can obtain a copy of the complaint from the clerk of court or you may contact counsel for plaintiffs Laurence Rosen, Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER. YOU MAY RETAIN COUNSEL OF YOUR CHOICE.

The complaint charges that Medicis and certain of its officers violated Sections 10(b) and 20(a) of the Exchange Act by issuing materially inaccurate financial statements to the investing public. On September 24, 2008, Medicis announced that it intends to restate its financial statements for each of the accounting periods beginning July 1, 2003 and ending June 30, 2008, and that investors can no longer rely on these financial statements. The restatement is necessary because Medicis applied an improper accounting method in determining reserves for sales returns during the Class Period. News of the pending restatement caused Medicis' stock price to fall significantly, damaging investors.

A class action lawsuit has already been filed on behalf of Medicis shareholders. If you wish to serve as lead plaintiff, you must move the Court no later than December 2, 2008. If you wish to join the litigation or to discuss your rights or interests regarding this class action, please contact plaintiff's counsel, Laurence Rosen, Esq. or Phillip Kim, Esq. of The Rosen Law Firm toll free at 866-767-3653 or via e-mail at lrosen@rosenlegal.com or pkim@rosenlegal.com.

The Rosen Law Firm represents investors throughout the world, concentrating its practice in securities class actions and shareholder derivative litigation.

Contact:
    Contact:
    Laurence Rosen, Esq.
    Email Contact
    Phillip Kim, Esq.
    Email Contact
    The Rosen Law Firm P.A.
    350 5th Avenue, Suite 5508
    Tel:   (212) 686-1060
    Weekends Tel: (917) 797-4425