# EXHIBIT I

# EXHIBIT 1

PRESS RELEASE

# Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Alibaba Group Holding Limited

By

Published: Jan 30, 2015 7:36 p.m. ET

SHARE  Aa

NEW YORK, Jan 30, 2015 (BUSINESS WIRE) -- Robbins Geller Rudman & Dowd LLP ("Robbins Geller") (http://www.rgrdlaw.com/cases/alibaba/) today announced that a class action has been commenced in the United States District Court for the Southern District of New York on behalf of purchasers of Alibaba Group Holding Limited ("Alibaba") (NYSE:BABA) American Depositary Shares ("ADSs") during the period between October 21, 2014 and January 28, 2015 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or David A. Rosenfeld of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.rgrdlaw.com/cases/alibaba/. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Alibaba and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Alibaba is a China-based online and mobile commerce company in retail and wholesale trade, as well as cloud computing and other services.

The complaint alleges that during the class period, Defendants issued materially false and misleading statements regarding the soundness of Company's business operations, the strength of its financial prospects and concealing substantial ongoing regulatory scrutiny. Specifically, the complaint alleges that Alibaba failed to disclose that Company executives had met with China's State Administration of Industry and Commerce ("SAIC") in July 2014, just two months before Alibaba's $25+ billion initial public offering in the United States (the "IPO"), and that regulators had then brought to Alibaba's attention a variety of highly dubious – even illegal – business practices. In the IPO, Alibaba and certain "selling shareholders" sold more than 368 million ADSs at $68 each. The complaint

alleges that selling shareholders included two of Alibaba's co-founders, Jack Ma and Joseph Tsai, each of whom sold millions of shares. The complaint also alleges that throughout the Class Period, Alibaba's ADSs continued trading at ever-increasing, artificially inflated prices reaching a Class Period high of $120 each in intraday trading on November 13, 2014 and that in November 2014, the Company raised another $8 billion in a debt offering.

The complaint further alleges that on January 28, 2015, before the opening of trading, various members of the financial media reported that SAIC had released a white paper accusing Alibaba of engaging in the very illegal conduct disclosed to Alibaba executives in July 2014. On this news, the complaint alleges that the price of Alibaba ADSs declined unusually high trading volume. Then, the complaint alleges, on January 29, 2015, before the market opened, Alibaba issued a press release announcing its financial results for the quarter ended December 31, 2014. The complaint alleges that revenue growth missed the target defendants had led the investment community to expect and that profits declined 28% from Alibaba's fourth quarter 2013 results. According to the complaint, the Company blamed an inability to monetize growing transactions on its mobile platforms, where advertising is less profitable than on personal computers. As a result of these disclosures, the complaint alleges that the price of Alibaba ADSs plummeted further and collectively the two drops erased more than $11 billion in market capitalization from the ADSs Class Period high.

Plaintiff seeks to recover damages on behalf of all purchasers of Alibaba ADSs during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Robbins Geller, with 200 lawyers in ten offices, represents U.S. and international institutional investors in contingency-based securities and corporate litigation. The firm has obtained many of the largest securities class action recoveries in history, including the largest securities class action judgment. Please visit http://www.rgrdlaw.com for more information.

SOURCE: Robbins Geller Rudman & Dowd LLP

Robbins Geller Rudman & Dowd LLP
Samuel H. Rudman or David A. Rosenfeld, 800-449-4900
djr@rgrdlaw.com

Copyright Business Wire 2015