# EXHIBIT J

# Exhibit K

Case 1:21-md-02989-CMA Document 577-6 Entered on FLSD Docket 06/16/2023 Page 3 of 4
Case 1:09-cv-00580-PKC Document 25-12 Filed 03/23/09 Page 2 of 3

1 of 2

```
PRN          Wolf Popper LLP Announces Filing of Class Action Lawsuit Against
             Jan 21 2009  13:41:25
```

Wolf Popper LLP Announces Filing of Class Action Lawsuit Against Bank of America - (BAC)

PR Newswire

NEW YORK, Jan. 21

   NEW YORK, Jan. 21 /PRNewswire/ -- Wolf Popper LLP has filed a class action
   lawsuit against Bank of America Corp. ("Bank of America") (NYSE: BAC),
   Kenneth Lewis and John Thain, among others, in the United States District
   Court for the Southern District of New York, on behalf of all persons who
   owned shares of Bank of America on October 10, 2008, who were entitled to
   vote to approve the adoption of a merger agreement between Bank of America
   and Merrill Lynch & Co., Inc. ("Merrill Lynch") pursuant to a Proxy
   Statement dated October 31, 2008 (the "Proxy Statement") (the "Class").
   This action alleges claims for violations of Section 14(a) of the
   Securities Exchange Act of 1934. The case has been assigned Civil Action
   No. 09 Civ. 580.

   The facts underlying this action concern the Merger of Bank of America and
   Merrill Lynch, which closed on January 1, 2009. The complaint alleges that
   on January 16, 2009, Bank of America disclosed Merrill Lynch's preliminary
   2008 fourth quarter loss of $15.3 billion. Merrill Lynch's fourth quarter
   2008 "principal transactions" revenue was negative $13.1 billion,
   reflecting a net loss owing to write-downs, mark-to-market valuation
   declines and other losses on assets held in its trading portfolio. It is
   alleged that as a result of this massive loss Bank of America was
   compelled to seek additional funding and asset guarantees from the United
   States Treasury Department. Following these disclosures, Bank of America
   shares declined by 31% between January 14, 2009 and January 16, 2009.

   The complaint charges that the Proxy Statement contained material
   misrepresentations and failed to disclose facts necessary to make the
   disclosures true. Specifically, defendants' misrepresentations and
   omissions include the failure to update, amend or correct the Proxy
   Statement to reflect, among other things, the risk or existence of Merrill
   Lynch's fourth quarter losses, prior to the December 5, 2008 vote by Bank
   of America shareholders to approve the Merger.

   If you are a member of the Class, you may move the court no later than
   March 23, 2009, and request that the Court appoint you as lead plaintiff.
   A lead plaintiff is a representative party acting on behalf of other class
   members in directing the litigation. To be appointed lead plaintiff, the
   Court must decide that your claim is typical of the claims of other class
   members, and that you will adequately represent the class.

   Wolf Popper LLP has extensive experience representing shareholders in
   class actions and has successfully recovered billions of dollars for
   defrauded investors and shareholders. The reputation and expertise of the
   firm in shareholder and other class action litigation has been repeatedly
   recognized by the courts, which have appointed the firm to major positions
   in complex multi-district and consolidated litigations.

   The firm's experience includes its representation of Mattel shareholders
   in similar claims under Section 14(a), where it was co-lead counsel with
   primary responsibility for the prosecution of those proxy statement
   claims. That action against Mattel resulted in what was believed to be the
   then largest settlement of a Section 14(a) case.

                             Copyright (c) 2009

Case 1:21-md-02989-CMA Document 577-6 Entered on FLSD Docket 06/16/2023 Page 4 of 4
Case 1:09-cv-00580-PKC Document 25-12 Filed 03/23/09 Page 3 of 3

2 of 2

PRN        Wolf Popper LLP Announces Filing of Class Action Lawsuit Against
           Jan 21 2009  13:41:25
   For more information or to pursue your right to be appointed lead
   plaintiff, please contact:

     Wolf Popper LLP
     James Harrod, Esq.
     845 Third Avenue
     New York, NY 10022
     Tel.: 212.759.4600 or 877.370.7703 (toll free)
     Fax: 212.486.2093 or 877.370.7704 (toll free)

   Email: irrep@wolfpopper.com

   website: www.wolfpopper.com

   Attorney Advertising - Prior results do not guarantee a similar outcome

   SOURCE Wolf Popper LLP

   Website: http://www.wolfpopper.com
   Contact: James Harrod, Esq. of Wolf Popper LLP, +1-212-759-4600, or
   +877-370-7703, toll free, or Fax, +1-212-486-2093, or Fax, +877-370-7704,
   toll free, or irrep@wolfpopper.com
   -0- Jan/21/2009 18:41 GMT

Copyright (c) 2009