UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MD-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to:

Austin Schaff v. Robinhood Markets, Inc., *et al.*
Case No: 1:21-cv-21264-CMA

**ORDER**

THIS CAUSE came before the Court on Justice Litigation Associates PLLC (formerly Justice for Justice LLC) and Chad Justice's Motion to Withdraw as Counsel for Named Plaintiff [ECF No. 575]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Chad Justice, together with the firm Justice Litigation Associates PLLC, are permitted to withdraw as attorneys for Named Plaintiff, Austin Schaff. All future filings will be mailed to Plaintiff at his address: Austin Schaff, 225 2nd Street NW, Apt. 1203, Canton, Ohio 44702.

**DONE AND ORDERED** in Miami, Florida, this 15th day of June, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**