This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/robinhood-users-regulation-retail-investing-order-flow-access-to-capital-investing-11632776071

OPINION | COMMENTARY    Follow

# Robinhood Users Come Under Attack

Some critics say the app is 'gamified,' but building wealth should be fun, not complex and difficult.

By Vlad Tenev

Sept. 27, 2021 6:25 pm ET



PHOTO: ANDREW KELLY/REUTERS

Amid the turmoil caused by the global pandemic, people who had been left behind by Wall Street started investing and creating wealth like never before. But now market gadflies, academics, and out-of-touch investors are attacking commission-free, no-minimum brokerages, potentially limiting access to capital markets.

The democratization of investing is no accident. Following Robinhood's lead, many brokerages across the industry dropped commissions in late 2019 after charging them for decades. By one estimate, this put about $13 billion back in the hands of retail investors. We've helped a generation of digitally savvy customers engage with and understand investing.

Our business has come under attack by critics who insist that our platform is "gamified." They point to feature                                                      ople discover

Subscribed with Google                    Manage

investments and notifications about stock movements that help them stay informed. We designed these features, many of which are common in our industry, to make it easier and more delightful for users to stay informed. Investing isn't a game, but must it be grim and difficult to understand?

Advertisement - Scroll to Continue

Meanwhile, some critics decry not only modern investing platforms, but also the people who use them, suggesting that new investors are uninformed gamblers looking to get rich quick. Not only are these stereotypes offensive, but the data tell a far different story. According to the Finra Foundation, many new investors in 2020 began saving for retirement with a small amount of money. Robinhood's own surveys indicate that our customers—about half of whom tell us at sign-up that they are new to investing—are more racially diverse than those at traditional brokerages.

Payment for order flow also is in the regulatory crosshairs. Robinhood accepts payments from market makers that execute our customers' trades at better prices than are generally available on exchanges. Brokerage firms have used this practice for decades. Before Robinhood, most firms received payment for order flow and charged upfront commissions. The money brokerages like Robinhood get from these market makers lets us offer commission-free investing without minimums, which has helped a new generation of retail investors get started. A ban on payment for order flow is unlikely to help retail investors get better prices and would likely re-erect barriers that kept so many out of the market.