# EXHIBIT 8

# Introduction to
# Mathematical Statistics

### Sixth Edition

Hogg · McKean · Craig



# Introduction to Mathematical Statistics

## Sixth Edition

**Robert V. Hogg**
*University of Iowa*

**Joseph W. McKean**
*Western Michigan University*

**Allen T. Craig**
*Late Professor of Statistics*
*University of Iowa*



PEARSON
Prentice
Hall

Upper Saddle River, New Jersey 07458

Library of Congress Cataloging-in-Publications Data

Hogg, Robert V.
Introduction to mathematical statistics-6th ed. / Robert V. Hogg,
Joseph W. McKean, Allen T. Craig
    p. cm
Includes bibliographical references and index.
ISBN 0-13-008507-3
    1. Mathematical statistics. I. Craig, A.T. (Allen Thornton)
    II. McKean, J. (Joseph) III. Title.

CIP data available

Executive Acquisitions Editor: *George Lobell*
Executive Editor-in-Chief: *Sally Yagan*
Vice President/Director of Production and Manufacturing: *David W. Riccardi*
Production Editor: *Bayani Mendoza de Leon*
Senior Managing Editor: *Linda Mihatov Behrens*
Executive Managing Editor: *Kathleen Schiaparelli*
Assistant Manufacturing Manager/Buyer: *Michael Bell*
Manufacturing Manager: *Trudy Pisciotti*
Marketing Manager: *Halee Dinsey*
Marketing Assistant: *Rachael Beckman*
Art Director: *Jayne Conte*
Cover Designer: *Bruce Kenselaar*
Art Editor: *Thomas Benfatti*
Editorial Assistant: *Jennifer Brady*
Cover Image: *Tun shell (Tonna galea). David Roberts/Science Photo Library/Photo Researchers, Inc.*



©2005, 1995, 1978, 1970, 1965, 1958 Pearson Education, Inc.
Pearson Prentice Hall
Pearson Education, Inc.
Upper Saddle River, NJ 07458

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Pearson Prentice Hall® is a trademark of Pearson Education, Inc.

Printed in the United States of America
10 9 8 7 6 5 4

ISBN: 0-13-008507-3

Pearson Education, Ltd., *London*
Pearson Education Australia PTY. Limited, *Sydney*
Pearson Education Singapore, Pte., Ltd
Pearson Education North Asia Ltd, *Hong Kong*
Pearson Education Canada, Ltd., *Toronto*
Pearson Education de Mexico, S.A. de C.V.
Pearson Education - Japan, *Tokyo*
Pearson Education Malaysia, Pte, Ltd

# Chapter 3
# Some Special Distributions

## 3.1 The Binomial and Related Distributions

In Chapter 1 we introduced the *uniform distribution* and the *hypergeometric distribution*. In this chapter we discuss some other important distributions of random variables frequently used in statistics. We begin with the binomial and related distributions.

A **Bernoulli experiment** is a random experiment, the outcome of which can be classified in but one of two mutually exclusive and exhaustive ways, for instance, success or failure (e.g., female or male, life or death, nondefective or defective). A sequence of **Bernoulli trials** occurs when a Bernoulli experiment is performed several independent times so that the probability of success, say $p$, remains the same from trial to trial. That is, in such a sequence, we let $p$ denote the probability of success on each trial.

Let $X$ be a random variable associated with a Bernoulli trial by defining it as follows:

$$X(\text{success}) = 1 \quad \text{and} \quad X(\text{failure}) = 0.$$

That is, the two outcomes, success and failure, are denoted by one and zero, respectively. The pmf of $X$ can be written as

$$p(x) = p^x (1-p)^{1-x}, \quad x = 0, 1, \tag{3.1.1}$$

and we say that $X$ has a *Bernoulli distribution*. The expected value of $X$ is

$$\mu = E(X) = \sum_{x=0}^{1} x p^x (1-p)^{1-x} = (0)(1-p) + (1)(p) = p,$$

and the variance of $X$ is

$$\begin{aligned} \sigma^2 = \text{var}(X) &= \sum_{x=0}^{1} (x-p)^2 p^x (1-p)^{1-x} \\ &= p^2 (1-p) + (1-p)^2 p = p(1-p). \end{aligned}$$

133

It follows that the standard deviation of $X$ is $\sigma = \sqrt{p(1-p)}$.

In a sequence of $n$ Bernoulli trials, we shall let $X_i$ denote the Bernoulli random variable associated with the $i$th trial. An observed sequence of $n$ Bernoulli trials will then be an $n$-tuple of zeros and ones. In such a sequence of Bernoulli trials, we are often interested in the total number of successes and not in the order of their occurrence. If we let the random variable $X$ equal the number of observed successes in $n$ Bernoulli trials, the possible values of $X$ are $0, 1, 2, \ldots, n$. If $x$ successes occur, where $x = 0, 1, 2, \ldots, n$, then $n - x$ failures occur. The number of ways of selecting the $x$ positions for the $x$ successes in the $n$ trials is

$$\binom{n}{x} = \frac{n!}{x!(n-x)!}.$$

Since the trials are independent and the probabilities of success and failure on each trial are, respectively, $p$ and $1 - p$, the probability of each of these ways is $p^x(1-p)^{n-x}$. Thus the pmf of $X$, say $p(x)$, is the sum of the probabilities of these $\binom{n}{x}$ mutually exclusive events; that is,

$$p(x) = \begin{cases} \binom{n}{x} p^x (1-p)^{n-x} & x = 0, 1, 2, \ldots, n \\ 0 & \text{elsewhere.} \end{cases}$$

Recall, if $n$ is a positive integer, that

$$(a+b)^n = \sum_{x=0}^{n} \binom{n}{x} b^x a^{n-x}.$$

Thus it is clear that $p(x) \geq 0$ and that

$$\begin{aligned} \sum_x p(x) &= \sum_{x=0}^{n} \binom{n}{x} p^x (1-p)^{n-x} \\ &= [(1-p) + p]^n = 1. \end{aligned}$$

Therefore, $p(x)$ satisfies the conditions of being a pmf of a random variable $X$ of the discrete type. A random variable $X$ that has a pmf of the form of $p(x)$ is said to have a **binomial distribution**, and any such $p(x)$ is called a **binomial pmf**. A binomial distribution will be denoted by the symbol $b(n, p)$. The constants $n$ and $p$ are called the **parameters** of the binomial distribution. Thus, if we say that $X$ is $b(5, \frac{1}{3})$, we mean that $X$ has the binomial pmf

$$p(x) = \begin{cases} \binom{5}{x} \left(\frac{1}{3}\right)^x \left(\frac{2}{3}\right)^{5-x} & x = 0, 1, \ldots, 5 \\ 0 & \text{elsewhere.} \end{cases} \tag{3.1.2}$$

The mgf of a binomial distribution is easily obtained as follows,

$$\begin{aligned} M(t) &= \sum_x e^{tx} p(x) = \sum_{x=0}^{n} e^{tx} \binom{n}{x} p^x (1-p)^{n-x} \\ &= \sum_{x=0}^{n} \binom{n}{x} (pe^t)^x (1-p)^{n-x} \\ &= [(1-p) + pe^t]^n \end{aligned}$$