UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

**This Document Relates to:**
Jimmy Lomax et al v. Robinhood Financial LLC et al. – **Case No.: 1:23-cv-20768-CMA**

Ryan Wong et al v. Robinhood Financial LLC et al. – **Case No.: 1:23-cv-20764-CMA**

Hollenback et al v. Robinhood Financial LLC et al. – **Case No.: 1:23-cv-20725-CMA**

Shah v. Robinhood Financial LLC. – **Case No.: 1:23-cv-20770-CMA**

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Rebeca Martinez from the law firm of Napoli Shkolnik NS PR Law Services, LLC, hereby enters his appearance as co-counsel in the above-captioned matter on behalf of Plaintiffs Jimmy Lomax, Ryan Wong, Daniel Hollenback, Maulik Shah, both individually and on behalf of all others similarly situated, and requests that copies of all motions, notices, pleadings, orders, and other correspondence be forwarded to the undersigned counsel.

Dated June 30, 2023.                              Respectfully Submitted,

/s/ Rebeca Martinez
Rebeca Martinez, Esq.
FL Bar No.:1026814
NAPOLI SHKOLNIK
NS PR LAW SERVICES, LLC
1302 Avenida Ponce de Leon
Santurce, PR 00907
Tele:(718) 493-5088

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 30, 2023 with the Clerk of Court using CM/ECF which caused a copy to be served on all counsel of record.

*/s/ Rebeca Martinez*
Rebeca Martinez, Esq
*Counsel for Plaintiffs*