UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

**This Document Relates to: All Actions Involving the Federal Securities Laws**

**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Laurence M. Rosen, hereby declare under penalty of perjury:

1. I am the Managing Partner of The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff Blue Laine-Beveridge, named plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash (collectively "Plaintiffs"). I make this Declaration in support of Plaintiffs' reply memorandum of law in further support of Plaintiffs' motion for class certification.

2. I am an attorney duly licensed to practice in the State of Florida and before this Court. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

3. Attached hereto as Exhibit 35 is a true and correct copy of the exhibit index to the deposition of Alvan Chow, taken on April 25, 2023.

4. Attached hereto as Exhibit 36 is a true and correct copy of the exhibit index to the deposition of Joseph Fonicello, taken on April 4, 2023.

5.     Attached hereto as Exhibit 37 is a true and correct copy of the transcript of the deposition of Daniel Fischel, taken on April 12, 2023.

6.     Attached hereto as Exhibit 38 is a true and correct copy of the transcript of the deposition of Steven Grenadier, Ph. D., taken on April 19, 2023.

7.     Attached hereto as Exhibit 39 is a true and correct copy of a *Seeking Alpha* post entitled, *When Will the Ride End? Analyzing GameStop Short Squeeze By Looking at History*, from February 1, 2021.  It was marked as exhibit 115 in the deposition of Daniel Fischel.

8.     Attached hereto as Exhibit 40 is a true and correct copy of a post on *Medium.com* entitled, *Danger to All Robinhooders*, from June 19, 2020.

9.     Attached hereto as Exhibit 41 is a true and correct copy of a post on *Medium.com* entitled, *Retail Investor Euphoria Will Come To Tears and Cause a Long-Term Cultural, Political and Regulatory Reckoning for Financial Engineering*, from June 23, 2020.

10.    Attached hereto as Exhibit 42 is a true and correct copy of an article by Brad M. Barber, et al., entitled, *Attention-Induced Trading and Returns: Evidence From Robinhood Users*, published in *The Journal of Finance* in December, 2022.

11.    Attached hereto as Exhibit 43 is a true and correct copy of an article written by Vlad Tenev, entitled *Robinhood Users Come Under Attack*, published in the *Wall Street Journal* on September 27, 2021.

12.    Attached hereto as Exhibit 44 is a true and correct copy of an article by Annie Massa, et al., entitled *Robinhood's Collateral-Crunch Explanation Puzzles Wall Street*, published on *Bloomberg* on February 6, 2021.

13.    Attached hereto as Exhibit 45 is a true and correct copy of an article by Richard Roll, entitled $R^2$, published in *The Journal of Finance* in July, 1988.

14. Attached hereto as Exhibit 46 is a true and correct copy of a treatise by Andrei Shleifer, entitled *Inefficient Markets*, published by Oxford University Press in 2000.

15. Attached hereto as Exhibit 47 is a true and correct copy of charts showing the losses incurred during the Class Period by Lead Plaintiff Blue Laine-Beveridge and Named Plaintiffs Joseph Gurney, Marcel Poirier, and Thomas Cash.

16. Attached hereto as Exhibit 48 is a true and correct copy of a chart showing the adequacy of Plaintiffs by identifying citations to Plaintiffs' deposition transcripts and declarations.

17. Attached hereto as Exhibit 49 is a true and correct copy of an article by Eugene Fama, entitled *Two Pillars of Asset Pricing*, published in the *American Economic Review* in June, 2014.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: June 30, 2023

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen, Esq.
Fla. Bar No. 0182877

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

      /s/Laurence M. Rosen