# EXHIBIT 35

```
 1
 2                    I N D E X
 3   WITNESS:  ALVAN C. CHOW                      PAGE
 4   EXAMINATION BY MS. YOUNG                     8
     EXAMINATION BY MR. STERN                     146
 5
 6                  E X H I B I T S
 7    NO.              DESCRIPTION                PAGE
      Exhibit 204      copy of Alvan Chow's résumé  12
 8    Exhibit 205      video clip labeled, "CNBC    29
                       Documentary Video Clip
 9                     #2.mp4"
      Exhibit 206      video clip labeled,          35
10                     "Netflix Documentary Video
                       Clip #2.mp4"
11    Exhibit 207      post titled, "The Real       39
                       Greatest Short Burn of the
12                     Century"
      Exhibit 208      video clip labeled,          67
13                     "Netflix Documentary Video
                       Clip #5.mp4"
14    Exhibit 209      Reddit thread                74
      Exhibit 210      Reddit thread                92
15    Exhibit 211      Reddit thread                115
      Exhibit 212      video clip of "Avengers      115
16                     Endgame" manipulated by Mr.
                       Chow
17    Exhibit 213      article titled,              120
                       "Short-seller Citron said
18                     its scheduled livestream on
                       why GameStop buyers are
19                     'suckers at this poker
                       game' was halted by
20                     attempted Twitter hacks
      Exhibit 214      Reddit thread                122
21    Exhibit 215      video clip labeled, "CNBC    131
                       Documentary #3.mp4"
22    Exhibit 216      video clip labeled, "CNBC    133
                       Documentary #4.mp4"
23    Exhibit 217      copy of Mr. Chow's January   136
                       2021 Robinhood account
24                     statement CHOW_00313 to
                       CHOW_00346 marked
25                     Confidential
```

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

```
 1
 2                   E X H I B I T S
 3   NO.                DESCRIPTION                PAGE
 4   Exhibit 218    video clip labeled, "CNBC      140
                   Documentary Video Clip
 5                 #5.mp4"
 6
 7           PREVIOUSLY MARKED EXHIBITS
 8   NO.                DESCRIPTION                PAGE
 9   Exhibit 15       article titled,              127
                    "GameStop jumps after
10                   hours as Elon Musk
                    tweets out Reddit board
11                   that's hyping stock"
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```