# EXHIBIT 36

```
                    I N D E X

WITNESS           EXAMINATION BY          PAGE

FONICELLO    RYAN                       5, 113
             STERN                         110

                   E X H I B I T S

DEFENDANT'S      DESCRIPTION              PAGE
Exhibit 83    Printout from Reddit          11
              WallStreetBets page
Exhibit 84    FONICELLO00000002-            25
              00000008
Exhibit 85    FONICELLO00000411             27
Exhibit 86    FONICELLO00000412             31
Exhibit 87    FONICELLO00000167-            40
              00000185
Exhibit 88    Video                         47
Exhibit 89    Printout from Discord         57
Exhibit 90    FONICELLO00000892             58
Exhibit 91    Printout from Discord         64
Exhibit 92    Printout from GMEdd.com       67
Exhibit 93    FONICELLO00000143-            72
              00000166
Exhibit 94    Printout from Twitter         74
Exhibit 95    FONICELLO00000405             81
Exhibit 96    Video                         95
Exhibit 97    Printout from                102
              Netflix.com
Exhibit 98    Video                        107

DIRECTIONS NOT TO ANSWER
Page     Line
    (NONE)



REQUESTS

Page     Line
    (NONE)
```