# EXHIBIT 38

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF FLORIDA

3

4

5    IN RE JANUARY 2021 SHORT

     SQUEEZE TRADING LITIGATION     No. 1:21-MD-2989-CMA

6    _____/

7

8

9

10

11

12           DEPOSITION OF STEVEN GRENADIER, PH.D.

13                Remote Zoom Proceedings

14                Menlo Park, California

15              Wednesday, April 19, 2023

16

17

18

19

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25

Page 2

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF FLORIDA

3

4

5    IN RE JANUARY 2021 SHORT

     SQUEEZE TRADING LITIGATION      No. 1:21-MD-2989-CMA

6    _____/

7

8

9

10

11          Deposition of STEVEN GRENADIER, PH.D., taken on

12   behalf of the Plaintiffs, Remote Zoom Proceedings from

13   Menlo Park, California, beginning at 9:05 a.m. Pacific

14   Daylight Time and ending at 4:11 p.m. Pacific Daylight

15   Time, on Wednesday, April 19, 2023, before

16   Leslie Rockwood Rosas, RPR, Certified Shorthand Reporter

17   No. 3462.

18

19

20

21

22

23

24

25

Page 3

1   APPEARANCES:

2

3   FOR THE PLAINTIFFS:

4        THE ROSEN LAW FIRM

5        BY: LAURENCE M. ROSEN, ESQ.

6        275 Madison Avenue, 40th Floor

7        New York, New York 10016

8        (866) 767-3653

9        lrosen@rosenlegal.com

10

11

12   FOR THE DEFENDANTS:

13        CRAVATH SWAYNE & MOORE LLP

14        BY: ANTONY L. RYAN, ESQ.

15            CHARLOTTE LEPIC, ESQ.

16        825 Eighth Avenue

17        New York, New York 10019-7475

18        (212) 474-1296 (Mr. Ryan)

19        (212) 474-1325 (Ms. Lepic)

20        aryan@cravath.com

21        clepic@cravath.com

22

23   Also Present:

24        Nicholas Lin, Robinhood

25

Page 4

1                           I N D E X

2

3

4      Wednesday, April 19, 2023

5

6      WITNESS                                    EXAMINATION

7

8      STEVEN GRENADIER, PH.D.

9

10      BY MR. ROSEN                                        6

11

12

13

14

15           QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

16                         (None)

17

18

19

20

21

22

23

24

25

```
                                                    Page 5

 1                       DEPOSITION EXHIBITS

 2                    STEVEN GRENADIER, PH.D.

 3      NUMBER                DESCRIPTION              IDENTIFIED

 4    Exhibit 175   Corrected Expert Report of            6

 5                  Professor Steven Grenadier,

 6                  02/24/23

 7    Exhibit 176   Rebuttal Expert Report of             6

 8                  Professor Steven Grenadier,

 9                  03/28/23

10    Exhibit 177   Court Order                          42

11    Exhibit 178   Efficient Capital Markets: II,       85

12                  by Eugene F. Fama

13    Exhibit 179   Inefficient Markets, by Andrei       93

14                  Shleifer

15

16

17        PREVIOUSLY MARKED EXHIBIT REFERRED TO HEREIN:

18               EXHIBIT NO.        PAGE

19               Exhibit 117        101

20

21

22

23

24

25
```

```
                                                    Page 6

 1          Menlo Park, California; Wednesday, April 19, 2023

 2                 9:05 a.m. Pacific Daylight Time

 3                         PROCEEDINGS

 4

 5                          --oOo--

 6          (Exhibit 175, Corrected Expert Report of

 7          Professor Steven Grenadier, 02/24/23, was marked

 8          for identification by counsel electronically.)

 9          (Exhibit 176, Rebuttal Expert Report of

10          Professor Steven Grenadier, 03/28/23, was marked

11          for identification by counsel electronically.)

12

13                  STEVEN GRENADIER, PH.D.,

14          having been first duly sworn, was examined

15          and testified as follows:

16

17          THE WITNESS:  I do.

18          THE REPORTER:  Thank you, sir.

19          You may proceed, Counsel.

20

21                         EXAMINATION

22     BY MR. ROSEN:

23          Q.  Good morning, Professor Grenadier.  How are you

24     doing?

25          A.  Very well.  Thank you.
```

```
 1        Q.   All right.  So let's see, where are you now?
 2        A.   I'm in Menlo Park, which is right near Stanford
 3   University.
 4        Q.   All right.  And what office are you with?
 5        A.   This is Cornerstone Silicon Valley office.
 6        Q.   All right.  Is anybody with you now?
 7        A.   Just the -- just the two Cravath attorneys.
 8        Q.   Two Cravath attorneys are with you?
 9        A.   Yes.
10        Q.   Okay.  Let's see.
11             So you're a professor at Stanford; is that
12   right?
13        A.   Pardon me?
14        Q.   You're in the business school?
15        A.   Yes, I am.
16        Q.   Okay.  And I'm going to introduce exhibit --
17   well, we've already introduced Exhibit 175 and 176.  The
18   first is your opening expert report which was corrected
19   for some typo, I think, and then -- so I have the
20   corrected version.  And then there's a rebuttal report
21   which is Exhibit 176.
22             Could you just identify them and tell me if
23   those are your reports.
24        A.   Sure.  Just give me a moment.  I'm going to -- I
25   see them on my screen.  I just have to download them.
```

```
                                                    Page 8

 1            Okay, I have them.

 2       Q.  All right.  Okay.

 3            So now in addition to being a professor at

 4   Stanford, you've also had some outside professional

 5   activities related to finance; is that right?

 6       A.  Yes.

 7       Q.  Okay.  And it shows here you're a director of

 8   E*TRADE funds; is that right?

 9       A.  That is correct, yes.

10       Q.  And what -- what did E*TRADE funds do?

11       A.  Sure.  So E*TRADE, the brokerage firm -- I don't

12   know if they still do, but for a while salvaged their own

13   proprietary fund family, and I was an outside trustee for

14   that fund family.

15            So it grew from maybe two to approximately ten

16   mutual funds, and then at one point, they shut them down.

17       Q.  I see.  And what was your role as a trustee of

18   the funds?

19       A.  So I was an outside trustee, and there were also

20   inside trustees.  And the outside trustee is a -- my

21   understanding, was a fiduciary area looking after the

22   investors in the underlying funds.

23       Q.  Okay.  And do you know approximately how many

24   funds they had?

25       A.  I think it grew to about ten.
```

1        Q.  And do they have specific strategies, those

2   funds?

3        A.  They were -- it's all -- as I can recall, all of

4   them were index funds.  And so it was a mixture of

5   different types, but your sort of classic stock, bond,

6   international, that kind of index fund.

7        Q.  So an index fund, does that mean -- were they

8   equally weighted or if they valuated the index funds?

9   How does that work?

10       A.  Most index funds are market valuated.

11       Q.  So an index fund that's market valuated would

12  purchase and maintain a portfolio of an equal weight of

13  every fund, every stock in that portfolio; is that how it

14  works?

15       A.  So it would not be like that.  So a classic

16  example -- and I'm sure we had one of them -- would be an

17  S&P 500 fund --

18       Q.  Uh-huh.

19       A.  -- which is approximately the 500 largest by

20  market value US stocks.  And what you would do to manage

21  a fund like that would buy each of them in their market

22  value proportions.  So, for example, today you would put

23  much more in Apple than you would do in some other one

24  like Walmart or something like that.

25            And then it's actually because they're market

```
 1    weighted, they're relatively easy to maintain because you

 2    can essentially buy and hold them.  They float.  So as

 3    Apple goes up, and you hold the same number of shares, it

 4    moves up with Apple's market cap.

 5            So valuated indices are generally quite easy o

 6    maintain and low cost to index because you don't really

 7    have to really do much.  You just buy in the right

 8    proportions, and then they essentially move in proportion

 9    over time.

10        Q.  Okay.  And what if suddenly you had a hundred

11    million dollar of new investment to the fund; would you

12    then buy the same proportion of the portfolio that you

13    already have with that hundred million, then?

14        A.  Yes.  They would get their pro-rata share of

15    that pie.  And so everybody in the fund would have the

16    same fractional weights in the underlying stocks, and

17    then as new money comes in, they just get another slice

18    of that pie.

19        Q.  All right.  And it says here that you also

20    worked as a director of Nicholas-Applegate Institutional

21    Funds; is that right?

22        A.  That is.

23        Q.  And what was your role there?

24        A.  Sure.

25            It was again as an outside trustee, and
```

                                                    Page 11

1    Nicholas-Applegate was, as it says, institutional funds.

2    It was different than E*TRADE funds in that the

3    underlying owners were essentially institutional

4    investors, not retail investors.

5            And that -- I don't remember exactly.  It's been

6    a while.  Nicholas-Applegate funds had a mixture of

7    mostly active funds, and they were much more hedge fund

8    like.  So they may have even involved some amount of

9    shorting in them.

10       Q.  I see.

11           Is Nicholas-Applegate still in business?

12       A.  Ha-ha.  I think so.  They -- but I haven't

13   followed them in like years.  They were -- my

14   understanding when -- at least when I was there, they

15   were a -- they were subsidiary of Allianz.  I believe

16   it's a larger international bank, and that -- that was my

17   recollection.  I don't know if that's still true, though.

18       Q.  And what about AQR Funds; what was your role

19   there?

20       A.  Sure.  It's the same thing.

21           So AQR is mostly known as a hedge fund, but they

22   started mutual fund family, and when they started the

23   mutual fund family, I was one of their outside directors.

24   And I did that for around five years or so.

25       Q.  And what type of investing did AQR do?

```
                                                          Page 12
 1        A.  So it was hedge fund like.  So there were some
 2   unusual funds in there.  So there was one relatively
 3   small fund that actually I would call hedge fund in the
 4   sense that they did things like merger arbitrage and
 5   stuff like that, which is unusual for a mutual fund.
 6   They had some more conventional funds that were
 7   international.  They even had a fund when I was there
 8   that was a momentum fund.
 9             So they were -- I don't know.  They don't fit
10   neatly into active versus passive.  They're somewhere in
11   between.  And like I say, I left there --
12        Q.  Passive would be E*TRADE, for example?
13        A.  Correct.
14        Q.  I see.  Okay.
15             All right.  Okay.  It says you're a senior
16   advisor to Cornerstone.  What does it mean to be a senior
17   advisor to Cornerstone Research?
18        A.  So I don't know specifically what that -- what
19   that means in general.  In my circumstance, I have a
20   relationship with Cornerstone where I do my expert
21   witness -- my expert witness work mostly exclusively with
22   them.
23             So when I have -- help on a case such as this
24   one, I work with Cornerstone, and because I work
25   exclusively with Cornerstone, I have a contract that has,
```

```
                                                      Page 13
 1    you know, some additional terms because of that.

 2         Q.  Some additional terms?

 3         A.  Yeah.

 4         Q.  What do you mean by "some additional terms"?

 5         A.  So normally when I work with -- in the old days,

 6    when I'd work with a litigation consultant, it would be

 7    on a per-deal basis.  You know, there would be some split

 8    and understanding of who I bill.  You know, very basic

 9    stuff.

10              When I work with Cornerstone, I have a contract

11    that will say exactly how much of their revenues, as it's

12    defined in the contract, that I would get a percentage

13    of.

14         Q.  So Cornerstone would bill the client for this

15    case, and you would just get a cut out of that?

16         A.  Yes.  You said it correctly.  I just was

17    self-correcting.  When I said a percentage of revenues,

18    obviously no revenues that I had no dealings with.  So

19    you put it correctly.

20              If I'm working on a case with them, I will bill

21    my hours, and Cornerstone bills their hours, and subject

22    to some sort of description of what hours I have a

23    fraction of, that's the case.  I get a fraction of their

24    hours on the case.

25         Q.  Okay.  All right.
```

```
                                              Page 14

1            You're familiar with Professor Fischel; is that

2    right?

3        A.  Yeah.  I am.

4        Q.  You know he -- he produced two reports in this

5    matter?

6        A.  I do.

7        Q.  Have you had a chance to read those reports?

8        A.  Yes.

9        Q.  And when did you -- did you read a draft of the

10   reports before they were finished?

11       A.  I did not.

12       Q.  Do you consider Professor Fischel to be an

13   economist?

14       A.  Yes.

15       Q.  Now your reports have very similar narratives

16   and conclusions, and I'm just wondering whether you had

17   an opportunity to discuss with Professor Fischel the case

18   prior to drafting your respective reports?

19       A.  I did not.

20       Q.  Have you ever represented a plaintiff,

21   plaintiffs, in a securities class action?

22       A.  Yes, I believe so.

23       Q.  Okay.  Can you tell me which case that was?

24       A.  So my recollection is there were many.  Let me

25   see if I can think of some here.  One was -- this was a
```

Page 15

1   long time ago.  It was -- so one of my very first cases

2   was on a class action.  I'm trying to think.  What's

3   the -- I forget.  It's like the largest German telecom

4   funds -- telecom firm, and it was a class action against

5   them.  I'm just forgetting.  Most people would know the

6   name.  It's not coming to me.

7           I believe I did some life insurance companies,

8   several of them that I worked for the plaintiffs in a

9   class action suit for.

10      Q.  Were those securities, though, or was that like

11  more of a consumer contract type of case?

12      A.  I don't recall.  It's -- I did -- I wouldn't

13  have known the distinction.  I assume that the one with

14  the German telecom was a securities one.  And there were

15  others.  You know, when I first started as an expert, I

16  think I predominantly worked for plaintiffs.

17      Q.  And why did you stop?  They weren't paying you

18  enough?

19      A.  It was all the -- I charge the same.  I enjoyed

20  working with those attorneys, too.  But I started getting

21  asked more often by defense sides.  Of course, from my

22  standpoint, a lot -- some of my cases, they're not class

23  action, and I can't really distinguish is one a

24  traditional -- you know, they're banks on both sides.  So

25  I don't see the normal distinction that others may see.

1      Q.  So let's talk about Robinhood.  You're familiar

2   with the defendant in this case, Robinhood Markets?

3      A.  Yes.

4      Q.  Okay.  And how do they -- do you know how they

5   make money?

6      A.  I have a vague understanding, but I'm certainly

7   not an expert in their business.

8      Q.  Are you aware that they derive a material

9   portion of their revenue from selling their clients'

10   order flow to market makers?

11      A.  That's my general understanding, yes.

12      Q.  Do you know why market makers would pay to have

13   that order flow?

14      A.  I have a general understanding.  It involves

15   things such as they can make money just on the

16   transactions themselves.  It's possible that there are

17   other benefits of understanding order flow, but that's

18   really all I know about that.

19      Q.  So is it possible that the order flow contains

20   valuable information for Citadel?

21      A.  It is possible.

22          (Discussion off the record.)

23          THE REPORTER:  Excuse me, Counsel.  Can we go

24   off the record, please.

25          MR. ROSEN:  Sure.

```
 1              (Discussion off the record.)
 2              MR. RYAN:  If there's anybody listening in,
 3     could they please identify themselves on the record.  I
 4     was unaware that anybody was listening in.
 5              MR. ROSEN:  I'm not sure anyone is, but I know
 6     there's other people in my office who have a link and may
 7     or may not log in to listen at some point.  But they're
 8     not making appearances, but they're just going to listen.
 9     So I don't know.
10              But it sounds like nobody's -- nobody's there at
11     the moment.
12              All right.  Let's go forward.
13         Q.  So you read the Complaint in this action,
14     Professor Grenadier; is that right?
15         A.  I did.
16         Q.  All right.  And what do you understand the
17     allegations of misconduct are against Robinhood and its
18     subsidiaries?
19         A.  So I'm -- I'm looking at the first exhibit that
20     you shared with me, my original report, and it's
21     paragraph 7 where it starts.  Let me go to paragraph 11,
22     please.
23              And I say -- this is, of course, my
24     understanding -- "Plaintiffs allege that the share prices
25     of the affected stocks" -- that's nine stocks that are
```

Page 18

1   named -- plummeted because of Robinhood's unexplained

2   decision to prohibit all share purchases."

3            And so my understanding is in paragraph 11 --

4   and it does show up in more detail below, but it's my

5   understanding that there are these restrictions on

6   purchases during this class week, and in 2021, that

7   plaintiffs allege caused the prices of these stocks to

8   fall during that week.

9       Q.  And did you -- you're aware that the Securities

10  and Exchange Commission issued a report about the what

11  they called the meme stock market events, something like

12  that; right?  Are you aware of that SEC report?

13            MR. RYAN:  I apologize.  Objection to form.  It

14  was an SEC staff report.

15            THE WITNESS:  So I cite a report from the SEC

16  talking about this matter, which had explicit emphasis

17  on -- yeah.  So I do mention that in my report, and I am

18  familiar with that report.

19      Q.  BY MR. ROSEN:  Yes.  It's titled "Staff Report

20  on Equity and Options Market Structure Conditions in

21  Early 2021."

22      A.  Correct.

23      Q.  All right.  Okay.

24            So you read that report?

25      A.  I have.

1      Q.  And in issuing your two expert reports in this

2    matter, did you assume the truth of the findings in the

3    SEC report?

4           MR. RYAN:  Objection to form.

5           THE WITNESS:  I have not thought about it that

6    way.  If you're -- you're welcome to ask me specific

7    questions.  There are so many things mentioned in that

8    report.  I certainly did not assume all of them as facts

9    in the sense a lot of the report -- my view of reading it

10   was it was some things reporting, some things

11   hypothesizing about.  I didn't view it as a normal like

12   statement of facts.  So I've never thought of it in the

13   way you're characterizing it.

14      Q.  BY MR. ROSEN:  Now did anyone at Cornerstone

15   Research participate in preparing either of your reports?

16      A.  Yes.  Cornerstone, which obviously is a group of

17   individuals, assisted me in the preparation of my

18   reports.

19      Q.  And do you know about how many people over there

20   helped?

21      A.  So I never know exactly because there's people

22   that move in and out, and also, there's always people

23   behind the scenes, generally more junior people.  So I

24   don't know.

25           But I would guess in terms of regular contact,

Page 20

```
 1    it might have been something like six or so individuals.
 2         Q.  And what function did they perform in your
 3    report for you?
 4         A.  Sure.
 5              So this would be no different than my other
 6    cases.  It's a matter of -- so one of the -- one of the
 7    things that they did for me in this case, which is very
 8    typical, is in terms of under my instruction, doing
 9    things with data.  I know that's very generic.  But for
10    example, collecting data.  For example, in this case,
11    running regressions, as I describe how to do that.
12    Doing -- basically acting as a professor would call a
13    research assistant.  And so helping me draft my report,
14    which means commenting on my draft, me commenting on
15    their updates, proofreading, that kind of stuff.
16              So it's generally like one would consider a
17    research assistant, but not for an academic paper, but
18    for a report of this kind.
19         Q.  And approximately how many hours have you spent
20    so far working on these two reports or this Robinhood
21    matter in total, you personally?
22         A.  Yes.
23              So I never -- you asked approximately, which
24    makes it very fair because I never really know.  But I
25    think between the two, I think something like 150, maybe
```

1   200 hours between all this, and I'm maybe including also

2   prep.

3        Q.  And do you know how many hours the research

4   staff at Cornerstone who assisted you spent to date?

5        A.  I don't.

6        Q.  What is your definition of a meme stock?

7        A.  It's obviously a term of art, and it really

8   shows up in this case.  It's not something that's

9   generic.  And it's a general mention of the stocks that

10  are named in this case.  GameStop is obviously -- I would

11  view as the quintessential one.  But it's stocks that had

12  lots of social media discussion during this time.

13       Q.  During this time?

14       A.  Yeah, during the time of this case.  So, for

15  example, you know, January 2021 would be sort of a big

16  period.

17       Q.  Okay.  Is there a joke element to meme stocks?

18       A.  I'm not aware of that.

19       Q.  Okay.  Have you ever purchased equity

20  securities?

21       A.  I have.

22       Q.  Do you have one or more investment strategies

23  that you've implemented in the past in purchasing equity

24  securities?

25       A.  Investment strategy broadly defined, yes.

```
                                             Page 22
 1        Q.  And what type of investment strategies have you
 2   used in the past?
 3        A.  So I am basically an index person.  So I have a
 4   very well-diversified portfolio, and I mean diversified
 5   across countries, asset classes, all that kind of stuff.
 6   So I'm very much -- very diversified.  I would say I --
 7   my only -- only idiosyncratic nature is I'm probably
 8   less risk -- more risk averse than the average person so
 9   I generally keep a higher component of my money in low
10   risk fixed income than -- than most people do.
11        Q.  Like corporate fixed income or government fixed
12   income?
13        A.  Generally government fixed income.  So of that,
14   of course, is for tax reasons, I hold a lot of California
15   municipal bonds, but I also own a lot of relatively
16   short-term treasury bonds.
17        Q.  Do you -- do you ever trade on momentum?
18        A.  I do not.
19        Q.  Do you ever make short-term trades in equities?
20        A.  I never have.
21        Q.  What is the fundamental value of a stock?
22        A.  So generally, so that's -- that's not a -- that
23   term can be defined different ways by different people.
24   Let me try to give you my best understanding of a sort of
25   umbrella meaning to that.
```

```
                                                    Page 23

 1            Fundamental value of a stock is the present

 2   value of all future cash flows that you will receive by

 3   holding stock.

 4            Now that might sound sort of definitional, but

 5   it's actually a very important concept.  We hold

 6   stocks -- they're not like widgets.  We hold stocks for a

 7   particular reason, and that's because we want earnings

 8   from them.  We want cash flows from them.

 9            And so given that basic idea, anything that

10   determines those underlying cash flows is what we would

11   consider a fundamental value.  So, for example, type of

12   things that influence those future earnings would be

13   expectation -- excuse me, cash flows, would be

14   expectations of things like revenues, profits,

15   competition, and of course, underlying riskiness.

16            So it's these company-specific characteristics

17   that would drive a fundamental value as opposed to

18   non-fundamental things such as frenzies and bubbles and

19   madness of crowds, that kind of stuff.

20       Q.  Is there -- do you know how to derive the

21   fundamental value of a stock?

22       A.  Unfortunately, there is no one fundamental value

23   of a stock.  We try our best to get a good estimate of

24   it, but it's -- it's a -- something we try to approach.

25   But I don't believe there is a known fundamental value.
```

Page 24

1      In a metaphysical sense, maybe there is one that's known

2      to some sort of deity, but in general, all we can do is

3      estimate it.

4              So I've never thought that there is a

5      fundamental value that I can grab onto, but we try very

6      hard to estimate it.

7          Q.  You've done damages analyses in securities class

8      actions before; is that right?

9          A.  Yes.

10         Q.  All right.  Now have you ever used the term

11     "true value" in connection with a securities class action

12     damages analysis?

13         A.  I don't know.  It's possible.  It's not the type

14     of term that falls right out of my lips.  So it's

15     possible.  It's not the normal term I use, but it is

16     possible I've used that in some report.

17         Q.  Okay.  So, you know, in the typical Section

18     10(b) securities class actions, you know, stock drop

19     case, how would you measure per-share damages?  What's

20     the simple calculation you would typically use to

21     measure?

22         A.  So generally in most of these cases, there's

23     something I would call conceptual, which is the

24     difference between an actual value at a time, you know,

25     in the real world, versus a but-for value, which is a

Page 25

1    value -- I'm not using it in a legal sense, but sort of a

2    logical economic sense, the value that you imagine would

3    have been in place at that time had the circumstances

4    been different.

5         So a classic example would be there's a

6    statement at a point in time, earnings equals ten, in the

7    but-for world is what if the market thought earnings was

8    eight.  And you would try to figure out what the but-for

9    price would be had earnings been announced as eight.  And

10   it would be the difference of those two at a point in

11   time.

12   Q.  So in trying to do the damages analysis, you're

13   not trying to find out what the true value is absent the

14   fraudulent statement, but it's you're trying to get the

15   but-for value, but for the fraudulent -- allegedly

16   fraudulent statement of value?

17   A.  So let me answer that again with the caveat I'm

18   not quite sure -- excuse me -- what "true value" may

19   mean, but I am trying -- I would be trying to figure out

20   in that but-for world what the stock price would have

21   been had circumstances been different.

22        So it sounds similar to true value.  I just

23   wouldn't normally use that term.  You're trying to figure

24   out, as best you can as an economist, what the stock

25   price would have been had, in my hypothetical, earnings

1   been announced at $8 versus $10.  You were trying to

2   figure out as best you can what the stock would have

3   traded for in that but-for world.

4         Q.  And is it -- is it necessarily true there the

5   but-for value is equal to its fundamental value?

6             MR. RYAN:  Objection to form.

7             THE WITNESS:  So, again, I don't normally think

8   of the fundamental value there.  I don't know.  I would

9   normally think of it -- I think the best way I convey it

10  is the but-for price would have been an economist's best

11  estimate of what the price would have been in the actual

12  world had the circumstance -- circumstances had been what

13  is described in the but-for world, what the price would

14  have been in that world.

15        Q.  BY MR. ROSEN:  Do you have any sense of what

16  portion of the volume of trading on the NYSE and NASDAQ

17  that is represented by investors who buy primarily based

18  on their view of the fundamental value?

19        A.  I don't know the answer to that question.

20        Q.  Okay.  So, well, you know, is it true that

21  there's a quite a lot of people or there are many people

22  who -- who are considered -- who consider themselves

23  value investors or value investing is sort of a strategy,

24  an investment strategy that people use, some people use.

25             Is that fair?

1          A.   It is fair.   But I would add that what one

2    person called a value investor is very different than

3    others.   I -- I teach a class that's primarily on value

4    investing.   And even people who are real-world value

5    investors, they have very different views of what value

6    investing is.   It's sort of a constant shock to me.

7               But value investing as a term is used all the

8    time among certain kinds of investors.

9          Q.   Have you ever heard of the investment strategy

10   called technical analysis?

11         A.   I have.

12         Q.   And what do you understand that to be?

13         A.   So, again, with the caveat that that's a very

14   broad term, technical analysis is -- technical analysis

15   is generally used by investors who focus more on what I

16   would call trends and timing issues.

17              So an example of a technical analysis put to

18   work would be somebody who believes in what you asked me

19   earlier about momentum.   They may believe over certain

20   time horizons stocks that went up are more likely to go

21   up again.

22              There are also technical analysts who do the

23   exact opposite, and they try to find stocks that moved up

24   recently, and they think they're going to go back down.

25              So for any sort of drawing I could do on a

Page 28

1    chalkboard of a price path of a stock, I could find

2    analysts that see all different -- technical analysts

3    that see all sort of things.  But in general, technical

4    analysis is focused on trends and pattern spotting.

5         Q.  And are there -- are there investment funds that

6    use technical analysis as an investment strategy?

7         A.  I'm sure there are.

8         Q.  What about high-frequency trading?  Could --

9    what exactly is this?

10        A.  Sure.

11             It -- a lot of high-frequency trading would fit

12   into technical analysis.  So high-frequency trading, very

13   generally, is doing some sort of pattern recognition, but

14   as the name implies, over very short frequencies,

15   sometimes fractions of a second.

16             And generally nowadays, they're computer driven,

17   and the competition in that world has gotten down to who

18   has the fastest connection to the trading platform.  And

19   so they compete over large amounts of investments in some

20   sort of wire or wireless technology to trade as fast as

21   possible, seeking profits from very short-term trading

22   patterns.

23        Q.  Now I've heard the term "program trading" in the

24   past.  Is that -- is that a broader -- is -- is

25   high-frequency trading a subset of program trading?

```
                                                    Page 29
```

1        A.   I would say so because they're both often --

2    obviously for high frequency, they're computer generated,

3    there's not an individual that's thinking in split

4    seconds.   They're both computer driven.

5             But there's a large body of trading that's

6    program trading that's very different.   So an example

7    might be a strategy that uses a computer to formulate

8    hedges.

9             So an institution might use computer trading

10   that would invest in an equity that the computer figured

11   out how to get an insurance like put option on it at the

12   same time to get rid of some of downside.

13            And that's not necessarily the same thing as

14   high-frequency trading.

15       Q.   And earlier the term "momentum trading," I don't

16   know if I mentioned it or you mentioned it.   Could you

17   explain what "momentum trading" is?

18       A.   Sure.

19            Let's just be generic for the moment and just

20   say there is a horizon, which could be a week or a month

21   or a day.   And momentum generally believes that what we

22   call there is positive auto-correlation.   That is a rise

23   in a security's price over a particular period of time is

24   more highly to be followed by a subsequent rise.

25            So that's a particular pattern, and momentum

```
                                                        Page 30
 1   traders sometimes believe there are such patterns over
 2   these split seconds that we previously spoke about.  But
 3   they also believe that it may also be true over longer
 4   periods like weeks or months.
 5           I am not aware of a momentum trader that
 6   believes they last for many years.  In fact, generally
 7   people believe the opposite over longer periods of time.
 8       Q.  What about the investment strategy called trend
 9   following?  Is that separate from momentum trading?
10       A.  I would put -- so that's not a term that I use.
11   I would view trend following as a -- as an analogous term
12   for technical analysis.
13       Q.  Okay.  So what about "swing trading"?  Do you
14   know what "swing trading" is?
15       A.  I don't.
16       Q.  How about the investment strategy called "moving
17   average crossover"?
18       A.  I know what a moving average is.  That's sort of
19   a -- you know, if you have a list of data, you can
20   calculate an average, and then every day that data shifts
21   forward another day, and you can calculate another
22   average.  And you can track those averages over time.
23           That's all -- I know what a moving average is.
24   The strategy you're talking about conveys that it uses
25   the moving average, which sounds like technical analysis,
```

Page 31

1    but I do not know that particular strategy you mentioned.

2         Q.   Okay.  And you mentioned index investing.

3    That's another separate strategy; is that correct?

4         A.   I would say so.  In my view, yes, it is.

5         Q.   And what about growth investing?  Is that

6    separate from value investing?

7         A.   It is.  With the same caveat.  Some people say

8    growth investing sounds just like someone else's value.

9    But in general, growth investing is what it sounds like.

10   You're trying to find stocks that are going to grow

11   faster than others in the future.

12        Q.   What about socially responsible investing; is

13   that a separate investment strategy?

14        A.   So I would mostly say yes.  I'm not 100 percent

15   sure I would call it wholly an investment strategy.  It

16   could also be a more broad strategy of what people view

17   as something that's good for society as opposed to what's

18   good for their portfolio.  They get enmeshed.

19            But social investment strategy is a strategy

20   where investors take into account things other than

21   financial values, and you can come up with your own list

22   of what they're looking at, but it could be whatever they

23   think is good for society, they may take that as an

24   attribute and something that makes them want to invest

25   more in it.

1        Q.  What about the investment strategy called

2    "events-driven investing"?  Have you heard that term?

3        A.  I believe so.

4        Q.  And that's, for example, mergers or investing

5    when a merger is announced?  Is that an example of

6    events?

7        A.  That would be my understanding.  There's a hedge

8    fund strategy that they will call events driven, and

9    sometimes it's things that are even broader in a macro

10    context.  Like I think of a George Soros as doing this

11    kind of thing.  About sort of like large events dealing

12    with monetary policy and things like that.  So I'm

13    familiar with events, not just corporate events, but also

14    macro events, too.

15        Q.  Now we -- your -- your -- your report mentions,

16    it uses the term "short squeeze," and you understand what

17    that -- you have a general idea of what a short squeeze

18    is supposed to be; right?

19        A.  I think that you put it correctly.  I have a

20    general idea.  It's a bit of a term of art.  As I think I

21    convey in my report, the definitions vary, but we all

22    agree on some basic principles of a short squeeze.

23        Q.  Do you -- do you think it would be fair to

24    characterize investing because you believe there is a

25    short squeeze to be a form of event-driven investing?

```
                                                    Page 33

1         A.  I -- I don't really have a good answer to that

2    because I don't use the phrase "event-driven investing."

3    I don't disagree with it.  It's just -- it's not a phrase

4    I would normally use so I'm not sure how to answer that

5    one.

6         Q.  Is that because the term "event driven" is so --

7    is very vague?

8         A.  I wouldn't even go that far.  I would just

9    simply say event-driven investing isn't the kind of term

10   I normally do.  So I don't really want to venture out and

11   offer an opinion on a phrase that I normally don't do.

12             Part of it's vagueness, but it's vagueness in my

13   own mind.  It's possible there are traders on Wall Street

14   who would say, "I know exactly what you mean by that."

15   But "event driven" to me is a very broad term.  So I'm

16   not really sure how I would convey that.

17        Q.  What about "contrarian investing"?  Is that a

18   type of investment strategy that people use?

19        A.  Yes, it is.

20        Q.  And how does that work?

21        A.  So --

22        Q.  Or not work?

23        A.  Sure.

24             As a general principle, a contrarian does what

25   it sounds like.  They try to make investments that are
```

Page 34

1    currently out of favor with the idea that they think that

2    things will turn around.

3           So I would view a contrarian strategy as being

4    somewhat the opposite as a momentum trader.

5      Q.   All right.  So there are nine stocks that are

6    the subject of this litigation that are listed in the

7    Complaint.  I'll name a couple of them.  AMC, GameStop,

8    Koss, Bed Bath & Beyond, Blackberry, et cetera.

9           You're familiar with those nine stocks; right?

10     A.   I am.

11     Q.   I'll just -- I'll just use the term "nine

12   affected stocks" or the nine stocks if that is -- and if

13   you don't understand my use of the term, let me know, but

14   I'll -- rather than list all nine.

15          So do you -- is it your opinion that those nine

16   stocks were overvalued as of close of trading on

17   January 27, 2021?

18     A.   So that is not part of my opinion.  It's

19   related -- the question is obviously related to my

20   opinion that as of that period of time, I don't believe

21   they traded in efficient markets.  That's my opinion.

22          Now whether they were above or below some sort

23   of value, I didn't form an opinion on that.  I -- my

24   opinion was whatever their value was, it wasn't tethered

25   to value-relevant information.

```
                                                    Page 35
```

 1                THE REPORTER:  Excuse me.  Nicholas Lin is

 2     asking to join the deposition.

 3                MR. RYAN:  Yes, he is with Robinhood.  He's an

 4     inhouse lawyer at Robinhood.

 5                (Nicholas Lin enters deposition room.)

 6                THE REPORTER:  Thank you.

 7                MR. RYAN:  Thank you.

 8                THE REPORTER:  You can continue, Counsel.

 9          Q.  BY MR. ROSEN:  Professor Grenadier, would you

10     agree that price is typically the best estimate of value

11     for publicly traded stock?

12          A.  I'm sorry, I actually didn't hear the -- I

13     didn't quite hear the end of your sentence.  I don't hear

14     everything crystal clear.  I hear everything pretty

15     darned good, but I didn't get that one.

16                MR. ROSEN:  Let me close my window because it

17     could be noise from the outside.

18          Q.  Would you agree that typically price is the best

19     estimate of value for publicly traded stocks?

20          A.  So in the context -- if I believe for these

21     stocks, they are traded in an efficient market, which is

22     often the case, then yes, I would agree with you.

23          Q.  Okay.  And for stocks that are not traded in an

24     efficient market, what is the best estimate of value if

25     not price?

Page 36

```
 1        A.   Then that's an almost impossible question to

 2   answer.   Because if you can't rely on the price as the

 3   best estimate of value, in an efficient market, we're

 4   left to individual calculations.   So I don't know what

 5   more I can say is investors would have to use other

 6   resources to value them, not necessarily silly resources,

 7   but sometimes very sophisticated resources to value them.

 8   In some grand scheme of things, the people with the best

 9   information and the best methods would probably come up

10   with the best estimate of -- of, you know, true value or

11   whatever you want to call it of a security, but there's

12   no one thing that we would all rely on.

13        Q.   And you didn't perform any tests to try to

14   estimate the value of any of these nine affected stocks

15   either in the pre-class period or the class period?

16        A.   Let me make sure I understand your question.

17             So in terms of did I do any tests to try to

18   value?   Can you -- can you give me an example of what you

19   might mean?

20        Q.   Well, I don't know.   Did you do a discounted

21   cash flow analysis of any of the nine stocks?

22        A.   I did not.

23        Q.   Did you perform any other analyses in an effort

24   to try to determine what their fundamental value was at

25   any time during the pre-class or class period?
```

```
                                                    Page 37
```

 1        A.  I did not.  My focus was on the prices

 2   themselves, or more importantly, the movements of the

 3   prices themselves of the -- I think you call the affected

 4   stocks, and what was the value relevant information that

 5   was conveyed at those times.  That, of course, was the

 6   substance of my report.

 7        Q.  Can you -- do you recall what the specific

 8   restrictions were that Robinhood imposed on these nine

 9   stocks on January 28th, 2021?

10        A.  So I'm happy to answer that with a general

11   conveyance of that information.  Of course, there was a

12   table with my specific understanding about literally

13   which stocks, which time of day.

14             But my understanding is they changed over time,

15   but there are these so-called PCO restrictions from

16   Robinhood.

17             Quick question:  My understanding is you said

18   Robinhood restrictions; is that correct, in your

19   question?

20        Q.  Yeah, yeah.  I was just asking about Robinhood.

21        A.  That was my recollection, but before I went on

22   and on, I wanted to make sure.

23             Yes.  And those restrictions are essentially

24   sell only, no buy.  And then over time, they changed.

25   But in general they weakened to things such as limits on

```
                                                     Page 38
```

1    how much you could buy rather than zero.  And they moved

2    over time.

3         Q.  And there were also some restrictions on -- I

4    think, on options or did they not have -- or they can --

5    they cancelled purchase orders of stocks; right?

6             MR. RYAN:  Objection to form.

7         Q.  BY MR. ROSEN:  Also?

8         A.  I don't recall that.  It's possible I read that.

9    I was focused mostly upon the restrictions on purchases

10   of equities.  So whether it was zero or some small

11   positive number.  Also, my understanding is there were

12   some margin requirements that were changing, too.

13        Q.  And do you know -- could you tell me why

14   Robinhood submitted those restrictions, the purchase

15   restrictions?

16        A.  Did you say why Robinhood like used those

17   purchase restrictions; is that your question?

18        Q.  Yeah, why they implemented those restrictions.

19        A.  Sure.

20             So my understanding is that Robinhood did this

21   because of regulatory requirements about sort of their

22   own margin that they had put down on these stocks which

23   had high VARs.  And so they were very expensive for

24   Robinhood the post these amounts, and these were the

25   stocks -- generally the ones that are at issue in this

                                                        Page 39

1    case are ones with the very highest VARs.

2         Q.  Now there were also some restrictions on options

3    trading.  Now I know interactive brokers, for example,

4    had some restrictions in options trading on the 28th; is

5    that right?

6         A.  I don't remember.

7         Q.  Uh-huh.  Do you have any opinion as to whether

8    restrictions on options trading would affect the prices

9    of the nine stocks?

10        A.  I -- I can't answer that.  I have not been -- I

11   have not looked into that in this case.  It's a fair

12   question, but it's not something that I was asked to look

13   at so I really can't answer that question.

14        Q.  Now the Complaint also alleges that Robinhood

15   cancelled buy orders that it already had placed.

16             Do you have any opinion as to whether

17   cancellation of buy orders already placed would affect

18   the value of stock, the nine stocks?

19        A.  So I do to the extent that what I say in my

20   report is in terms of the sort of behavior, that in an

21   efficient market, restrictions on a subset of retail

22   investors should not impact the stock price.

23        Q.  Do you have any empirical evidence to back up

24   that opinion?

25        A.  I would say I would base this on fundamental

Page 40

1  principles of finance and economics and belief in

2  investors' profit motive to arbitrage away simple

3  profits.

4       Q.  So it's a theoretical opinion?

5          MR. RYAN:  Objection to form.

6       Q.  BY MR. ROSEN:  It's an opinion based on theory

7  rather than empirical evidence?

8       A.  So I would argue no.  There is ample empirical

9  evidence of those principles I just said, and that is

10  clear and obvious public kinds of arbitrage opportunities

11  don't last for long.  We would all -- if it was obvious

12  that somebody could say, I am going to institute

13  something that impacts a small segment of retail

14  investors," and hypothetically assume for a moment's time

15  that impacted the price, say it lowered price, that is

16  low-hanging fruit.  And investors would see that, and it

17  would not last very long at all.  They would rush to

18  arbitrage that and purchase it if it was at too low a

19  price.

20          And there's -- just to finish up.  Sorry.

21  There's a lot of empirical evidence that such arbitrage

22  opportunities, to the extent they ever exist, are much --

23  are very fleeting.

24       Q.  So is it your opinion that the restrictions

25  imposed by Robinhood had no impact on the price of the

```
                                                    Page 41
```

1    nine affected stocks in any way?

2         A.  I don't have -- I don't have that opinion either

3    way.  There is -- I don't form an opinion in my reports

4    about causation.  I have an opinion that I talk about

5    that there is not an efficient market in these nine

6    at-issue securities during the period of time that I

7    analyzed, which is one week prior to the class period and

8    the class period itself.

9             I also related to your question do say -- and

10   I'll be slightly repetitive because I said this a moment

11   ago -- that if we believe that the stocks traded in an

12   efficient market during the class period, then it is

13   fundamentally inconsistent with that assumption to

14   believe that a restriction on a subset of retail

15   investors would cause the price to change.

16            So that's my opinion, but I don't vary from that

17   and assume what could happen in an inefficient market and

18   what caused the price to decline.  I -- I was not asked

19   to do that in these reports.

20        Q.  Okay.  Have you ever heard the term, quote,

21   assumption of reliance on an efficient market free of

22   manipulation, unquote?

23        A.  I believe I have, yes.

24        Q.  It's -- it's in the Court's opinion as an

25   element of one of the plaintiff's claims that is the

Page 42

1    10(b) claim?

2         A.   I -- that's my recollection.   It may even show

3    up in one of by reports, probably as a quote or

4    reflection of that.

5         Q.   And what is your understanding of what that

6    means, that term?

7         A.   Can you assist me by isolating that term again

8    for me?

9         Q.   Assumption of reliance on an efficient market

10   free of manipulation.   I can show you the Court opinion

11   if it helps.

12        A.   Sure.   I might even be able to find it in my

13   report.

14        Q.   It's page 38 of the Court opinion.

15        A.   Is that something you're sharing with me.

16             MR. ROSEN:   I could.   Hang on a second.   Give me

17   one second.   I don't think I've introduced it before so

18   it will be Exhibit 177.

19             (Exhibit 177, Court Order, was marked for

20             identification by counsel electronically.)

21        Q.   BY MR. ROSEN:   Okay.   So if you go -- you should

22   be able to see it now.   It's in Exhibit Share.

23        A.   I do.

24        Q.   Go to page 38.   38, second paragraph.   The

25   Court's -- the elements of a market manipulation claim in

Page 43

```
 1    element number 3.
 2         A.  Sorry, I was absorbed with downloading it.  So
 3    can you give me the -- where --
 4         Q.  It's page 38.
 5         A.  Okay.
 6         Q.  Second paragraph in three.
 7         A.  Is that the paragraph that begins with "to
 8    assert"?  Yes.
 9         Q.  Yes.  It's item number 3.
10         A.  Like I said, I was absorbed downloading it so
11    that's why I missed that.  Give me one second to just
12    sort of review that.
13         Q.  No problem.
14         A.  Okay.  And just to be clear -- I'm sorry --
15    "caused by reliance on an assumption of an efficient
16    market free of manipulation."  That's the phrase at issue
17    in your question?
18         Q.  Yes.
19         A.  Okay.
20         Q.  And what do you understand that to mean?
21         A.  Sure.
22             So obviously, I'm going to be careful about
23    legal terms.  I'll do my best as an economist.  As a
24    common phraseology meaning, it also has a legal term.  So
25    I'm not going to be an expert on what "reliance" means.
```

Page 44

 1   And also, "manipulation" has both, too.  So I'm not going
 2   to be an expert of defining what act would constitute
 3   legal manipulation.  So with those caveats, let me do my
 4   best to answer your question.
 5          So an efficient market has an -- obviously a
 6   strong meaning in economics.  So the assumption of an
 7   efficient markets and reliance -- I'm going to just --
 8   for purpose of my answer, I'm going to talk about
 9   reliance not as my understanding as a legal term.  So
10   reliance will be sort of something that you believe to be
11   true as an individual or class of individuals.
12          So in the assumption of an efficient market.  So
13   in my report I define what economists define as an
14   efficient market.  But broadly speaking, an efficient
15   market is where prices of securities react quickly and
16   fully to new value-relevant information.
17          And then the last part of this phrase is "free
18   of manipulation."  So generally speaking, in sort of an
19   economist meaning, I would view a manipulation as
20   something that would make a market that is efficient not
21   efficient.
22          So it would mean that if a market had
23   manipulation that was effective in impacting the stock
24   prices, then that price would no longer be under the
25   definition of an efficient market that I just defined.

Page 45

1          Q.  Are you offering any opinion in this case as to

2     whether plaintiffs' class are entitled to an assumption

3     of reliance on an efficient market free of manipulation?

4               MR. RYAN:  Objection to form.

5               THE WITNESS:  So that is not part of my report.

6     My report focuses, among some other things, on whether as

7     an economist I believe that these nine affected stocks

8     traded in an efficient market during the week prior to

9     the class period and the week of the class period.

10               So it was I viewed my role and my opinion as

11     focusing on whether I believed those stocks in reality

12     traded in an efficient market or not.  And it's my

13     opinion that they did not during that time period.

14          Q.  BY MR. ROSEN:  All right.  Now you've heard the

15     term "reliance on the integrity of the market price in a

16     efficient market"?

17          A.  I have seen that before.

18          Q.  That's part of the -- well, in my -- my view,

19     it's part of the -- part of the market presumption of

20     reliance in the securities class actions -- in the

21     typical security class action misrepresentation case;

22     right?

23               So do you -- in your -- in your view, what does

24     it mean for an investor to make their investment

25     decisions by relying on the integrity of the market price

Page 46

1   in an efficient market?

2           MR. RYAN:  Objection to form.

3           THE WITNESS:  So I'm going to answer that as I

4   always say as an economist, because I do understand some

5   of that phrase, in particular, reliance involves a legal

6   concept, and I don't think anyone's interested in

7   Professor Grenadier's legal concept understanding.

8           When I -- I am certainly well aware of cases

9   where there's fraud on the market, legal construct behind

10  it.  And my role in those cases, just like in this case,

11  is to come up with an economist's opinion about whether

12  or not the market was efficient or not during a

13  particular time period.

14          So just to be clear in my answer to your

15  question, all that I am offering here in my reports is my

16  opinion about whether or not I believe these nine stocks

17  traded in an efficient market during those time periods.

18  That's my contribution to it.

19          Then my understanding is the trier of fact can

20  use that to formulate her opinion.  But it's I don't go

21  beyond that and make any legal ramifications on that.

22  I'm simply acting as an economist to give my opinion, in

23  this case, that these nine stocks did not trade in

24  efficient markets during that two-week period.

25          Q.  BY MR. ROSEN:  Now do you understand there to be

```
                                                Page 47
```

1    a difference between an assumption of reliance on an

2    efficient market free of manipulation --

3              THE REPORTER:  Excuse me.  Can you repeat,

4    Counsel?  You cut out there at the end.

5         Q.  BY MR. ROSEN:  -- as the Court wrote in page 38

6    of his opinion and the term "a reliance on the integrity

7    of the market price in an efficient market"?

8              MR. RYAN:  Objection.  Calls for a legal

9    conclusion.

10             THE WITNESS:  Are you -- are you quoting from

11   page 38, Mr. Rosen?

12             MR. ROSEN:  The first one, I was quoting from

13   page 38, you know.  Well, we can go back to it, if I can

14   find it here.  "Reliance on an assumption of an efficient

15   market free of manipulation."

16             THE WITNESS:  Yes, that's still on my screen.

17        Q.  BY MR. ROSEN:  All right.  So you don't have an

18   opinion or an understanding one way whether it's the same

19   or different from reliance on the integrity of the market

20   price?

21             MR. RYAN:  Same objection.

22             THE WITNESS:  Yeah.  That sounds like a legal

23   opinion.  I don't.  I'm an expert on what an efficient

24   market is, and that's my opinion.  I am not an expert on

25   reliance and things like that.

```
                                                        Page 48
```

1            So I don't want to -- I don't want to offer

2    opinions that are outside my field of expertise, which is

3    financial economics.

4        Q.  BY MR. ROSEN:  All right.  So in your rebuttal

5    report -- see if I can find it.  It's paragraph 28.

6        A.  Approximately what page?

7        Q.  It would be page 11 of the PDF, page 9 of the

8    report itself on the lower right.

9        A.  Perfect.

10        Q.  Paragraph 28.  This is the March 28th rebuttal

11    report you issued.

12        A.  Okay.  Is that the paragraph that begins with

13    the word "furthermore"?

14        Q.  Yes.

15        A.  Okay.

16        Q.  So there's a sentence in there that says,

17    "Therefore, during the proposed class period to the

18    extent that putative class members were aware of

19    Robinhood's restrictions and what plaintiffs allege were

20    'artificially distorted' prices, they would have

21    transacted based on their own individual information or

22    preferences without trusting the integrity of the market

23    prices."

24        A.  Yes.

25        Q.  So I'm going to ask you some questions about

Page 49

 1   that sentence.

 2          What do you mean when you say "they would have

 3   transacted based on their own individual information or

 4   preferences?  What does it mean to have -- to be

 5   transacting based on one's own individual information or

 6   preferences?

 7      A.  Sure.  I will most certainly answer that.

 8          I'm just going to read that.  While you were

 9   talking, I did not read the sentence.  I'm just going to

10   read that now.

11      Q.  Go ahead.

12      A.  And if for some reason I forget, just prod me to

13   answer your actual question.

14          Okay.  So to answer that, it's important to read

15   earlier on in 28.  Because I am saying that if we suppose

16   something, then the markets would be inefficient.

17          So in context to your question, I am now

18   assuming that the markets were not efficient during this

19   period.  And when the markets are not efficient, then an

20   earlier question you asked me, what is -- in an efficient

21   market, I said the best estimate of a stock price's value

22   is the stock price's value.

23          In fact, the best estimate of a stock price's

24   value one minute from now in an efficient market is

25   essentially -- is a stock value.

Page 50

1              When we leave the assumption of an efficient

2      market, which is what I'm getting at in this paragraph

3      here, then as I said earlier, all bets are off.  And in

4      fact, what investors will make their beliefs -- will form

5      their beliefs for what to do, whether to buy or sell or

6      hold, it's going to be subject to their own personal

7      preferences and knowledge.

8              And I know that sounds vague, but that's what

9      happens.  If you can't take the current stock price as

10     its best estimate of its value, then all bets are off,

11     and I don't know what you're going to do and you don't

12     know what I'm going to do because we have different

13     beliefs, we have different liquidity preference and the

14     like.

15             And basically what I'm saying here is if there

16     are not efficient markets, then investors will make their

17     decisions like buying and selling and holding on

18     idiosyncratic rationale.

19        Q.  Well, don't they do that, anyway, even in an

20     efficient market?  Why does it change -- why does their

21     decision making change when the market becomes

22     inefficient?

23        A.  Sure.

24             The major issue is the -- while investors in an

25     efficient market will make buy and sell decisions based

Page 51

1    on some idiosyncratic understandings, it's way more

2    involved in an inefficient market.

3              So what I mean is:  In an efficient market, you

4    may have liquidity preference and the like, but it's

5    still going to be based on an understanding that the

6    current value is the true value.

7              On the other hand, when markets are not

8    efficient, not only are you making decisions based on

9    liquidity and preferences, but you're making decisions

10   based on what you think the value is divorced from what

11   you're seeing in the stock market page.

12             It's way more involved and much more complicated

13   to figure out what an investor would do in an inefficient

14   market.  Because they have nothing to base their

15   valuation decisions on that's publicly available.  What

16   they have to do as an investor is essentially do

17   something that you asked me to do earlier:  Did you value

18   the stock?

19             And I said how?

20             And you said maybe an MPV analysis or maybe I'm

21   a momentum trader.  I don't know, but that's the kind of

22   things investors would do.

23             Just to be very clear on this, without an

24   efficient market, any decisions that I make that embodies

25   a view of the value of the stock compared to its price,

```
                                                        Page 52
```

1    without efficiency, I need some model.  And it could be

2    MPV, it could be momentum, it could be mean reversion.  I

3    don't know, but every investor is going to have to have

4    some sort of model, and that is vastly more complicated

5    than in a world where everybody would agree that the best

6    estimate of the value is today's stock price.

7         Q.  Well, what about fear?  What about investors'

8    fear if they think there's an inefficient market or if

9    there is an inefficient market and -- and they don't have

10   a basis to value the stock all the sudden.  Wouldn't that

11   fear enter into their analysis trading decision?

12             MR. RYAN:  Objection to form.

13             THE WITNESS:  So in your -- in your -- your

14   question, were you assuming an inefficient market?

15        Q.  BY MR. ROSEN:  Yeah.

16        A.  So let me rephrase it to make sure I understand,

17   that you're asking me in inefficient market, would an

18   investor's degree of fear influence their trading?

19        Q.  You said "inefficient market"?

20        A.  Correct.

21        Q.  Yeah, yeah, that was my question.

22        A.  Sure.

23             So in an inefficient market, a investor's fear

24   certainly could influence their trading behavior.  And

25   fear I would put into the general category of

```
                                                    Page 53
 1    preferences.

 2         Q.  And could -- and let's say in an efficient

 3    market, couldn't fear also play a role in their

 4    preferences?  How would it differ in an efficient market,

 5    in an efficient market?

 6         A.  Sure.

 7             So preferences would influence an investor's

 8    behavior also in an efficient market, but that would be

 9    entirely separate from any concern the investor has over

10    the difference between the market price of the stock and

11    what they think its value was.

12             And so all of that kind of calculus becomes much

13    more meaningful and complicated in an inefficient market.

14    Because, for example, in your question, the amount of

15    fear you have is going to be a function of how much faith

16    you have on the market value being a fair value.

17             If you don't have any faith in the market value

18    being a fair value, your fear would be manifested much

19    more highly.

20         Q.  Okay.  So let's -- in paragraph 28 in your

21    rebuttal report, there's another sentence that begins --

22    I think it's the last sentence, that begins, "As a

23    financial economist, I am not aware of a class-wide

24    approach to determine which putative class members

25    believe that prices were efficient when transacting in
```

Page 54

1    the at-issue stocks and which believed the prices were

2    artificially distorted without asking each putative class

3    member individually."

4          What -- what is your definition of "artificially

5    distorted"?

6    A.  So I believe when I used that phrase I was

7    quoting from earlier in the paragraph.  So in the -- so

8    because remember here the premise here is an assumption,

9    not my opinion.  In other words, what I'm saying is like

10   a "what if" or a hypothetical, as you might call it.

11         If plaintiffs were able to show that the alleged

12   manipulation, these trading restrictions that you asked

13   me earlier about, resulted in artificially distorted

14   stock prices and inefficient markets.

15         So what I mean by that, artificially distorted

16   would be prices that deviated from their efficient market

17   values.

18   Q.  Okay.  Does somebody -- does a class member or

19   investor have to consciously believe that they're trading

20   in an efficient market to be permitted to rely on the

21   integrity of the market price?

22         MR. RYAN:  Objection.  Calls for a legal

23   conclusion.

24         THE WITNESS:  I don't know the answer to your

25   question.  Because in particular, it uses the word

Page 55

1    "reliance," and in my understanding, that's a legal term.

2        Q.   BY MR. ROSEN:  Well, that last sentence in

3    paragraph 28 says, "I'm not aware of a class-wide

4    approach to determine which putative class members

5    believed that prices were efficient when transacting the

6    at-issue stocks."

7            I'm just wondering why that's important to your

8    opinion or important enough to make that statement.

9        A.   Sorry, I don't quite understand your question.

10       Q.   Well, the sentence you wrote in that report

11   says, "I am not aware of a class-wide approach to

12   determine which putative class members believed that

13   prices were efficient."

14           Why is it important or even relevant that a

15   class member believe that prices were efficient?

16       A.   So it certainly could be important if we have a

17   world where the markets are not efficient, and

18   Dr. Werner, for example, is coming up with an approach to

19   estimating but-for stock prices.

20           So hypothetically, if he was trying to estimate

21   what a stock price of GameStop would be in a world

22   without these trade restrictions, but with trade

23   restrictions of E*TRADE, for example, he would have to

24   come up with the market value in such a world.  We talked

25   about that earlier.

 1           Trying to come up with a market value in a world

 2     where some investors believe in efficient market and some

 3     investors don't believe in efficient market is quite a

 4     complicated endeavor.

 5           You would have to -- to come up with that

 6     but-for stock price, look at the interactions of those

 7     subsets of investors, and in particular, for the subset

 8     that do not believe in efficient market, try to ascertain

 9     what they used to motivate their trading restrictions,

10     which would, of course, involve their estimate of what

11     the value of the stock would be.

12           MR. ROSEN:  We've been going about an hour and a

13     half.  Do you guys want to take a break, a short break?

14           MR. RYAN:  Sure.  Makes sense.

15           MR. ROSEN:  So you guys are all on Pacific time;

16     is that right?

17           THE REPORTER:  Off the record, Counsel?

18           MR. ROSEN:  Yeah, go off the record.

19           (Recess.)

20     Q.  BY MR. ROSEN:  So prior to the break, we were

21     looking at paragraph 28, that last sentence of your

22     rebuttal report, and I want to focus on that a little bit

23     more, you know, particularly the clause that says, "I am

24     not aware of a class-wide approach to determine which

25     putative class members believe that prices were efficient

Page 57

1    when transacting the at-issue stocks."

2              Is it your opinion, Professor Grenadier, that if

3    somebody believed the prices were distorted by the

4    restrictions, the purchase restrictions, that means

5    they're not allowed -- that means that they knew the

6    market was not efficient?

7         A.  So was your question if somebody -- actually,

8    maybe it's more efficient if you just ask it again for

9    me, please.  The last part of your question.

10        Q.  Is it your opinion that if -- if an investor

11   during the class period believed that the prices were

12   distorted because of the purchase restrictions on the

13   nine affected stocks, that means they knew the market for

14   the stocks was not efficient at that time?

15        A.   So I want to distinguish between my

16   determination of what's an efficient market and what

17   might be in a investor's head.  So I'm not contending

18   that an individual investor literally uses the phrase

19   "efficient" versus "non-efficient."

20              What I'm saying is if an investor believed that

21   there was an artificial distortion, meaning that the

22   price of the stock was not that which would be an

23   efficient market, where prices are tethered to

24   value-relevant information, if that investor no longer

25   believed that the market price was not the best estimate

Page 58

1    of its value, then they would be trading in a world where

2    it was not an efficient market.

3            As an economist, I would say if an investor

4    trades in a world that's not an efficient market, as I

5    said earlier, all bets are off.  They will make their

6    decisions based on some belief of what value is versus

7    what price is.

8    Q.  Well, what about an investor that's engaged in

9    program trading or high-frequency trading.  Suppose that

10   investor has no -- I mean, these programs, I assume these

11   programs aren't reading the news, necessarily, and

12   learning about Robinhood's restrictions.

13           I mean, would a stock sale that was implemented

14   because of a programmed trade, would such an investor be

15   aware of distorted prices?

16           MR. RYAN:  Objection to form.

17           THE WITNESS:  So the nature of the kind of

18   investments that I'm talking about in this case are very

19   different than what you would think about with people who

20   use computer programs to trade over tick-by-tick prices.

21   So those are not even essentially statistically

22   distinguishable.

23           So, for example, the firms that trade intraday

24   tick by tick are trying to make money on very small basic

25   points.  So that's -- it's not something that I'm even

Page 59

1    picking up in this.

2            So I understand the nature of your question, but

3    that's -- that's a very different world that these

4    high-frequency traders are trading not on dollar

5    differences but like penny differences.  And I'm not --

6    that's like nothing I'm talking about in this case.  I'm

7    talking about, you know, meaningful differences in

8    values.

9            So when stock prices move, for example, on costs

10   and they move up a thousand percent in a week, that's a

11   world that's totally disconnected from what your question

12   is talking about.

13           So I'm not really concerning myself with

14   microfractions of a dollar.  I'm talking about what

15   happens in a market that's no longer efficient in a

16   world, as in this case, where prices, for example, in the

17   week prior to the class period, went up by GameStop by

18   something like 700 percent.  It's just orders of

19   magnitude difference.

20           So my answer is I don't even think about that

21   tick-by-tick kind of trading.  I'm talking about these

22   sort of 700 percent, thousand percent price rises.

23      Q.  BY MR. ROSEN:  Well, okay.  What about two

24   retail investors.  Three -- let's say there's three types

25   of retail investors.  One retail investor never reads the

Page 60

1    news, doesn't go to social media, lives in his own little

2    world.

3            Another retail investor is addicted to social

4    media and the news and The Wall Street Journal and

5    financial media, and that investor believes the prices

6    were distorted.

7            And then the third investor also has equal

8    access to news media, looks at Reddit nonstop, looks at

9    The Wall Street Journal, all the financial news media,

10   but that investor doesn't necessarily take a view as to

11   whether the prices are distorted.  Maybe that investor's

12   just confused, unsure, doesn't really take a position.

13           So the first person who's completely ignorant of

14   anything other than what he looks at when he sees the

15   price, just sees that the price has changed, but doesn't

16   know -- have any view as to why or how or what.  When

17   that person transacts and sells, would that person

18   presumably believe that the prices were efficient when

19   transacting?

20           MR. RYAN:  Objection to form.

21       Q.  BY MR. ROSEN:  Or would have no reason to

22   believe otherwise, at least?

23       A.  So in a normal circumstance, it doesn't matter.

24   What I mean is, in a normal circumstance, we mostly think

25   of stock markets as efficient.  And so in most markets

Page 61

1    that I believe are efficient, there are undoubtedly

2    traders that do all sorts of things.  But that doesn't

3    impact the price.  And the reason it doesn't is because

4    we have institutional investors and arbitrageurs --

5    excuse me -- who ensure that the market price is tethered

6    to value-relevant information.  And so the actions of

7    individual traders that are a small section of the market

8    generally don't matter.

9            And so in an efficient market, I never believe

10   that every investor is this super-intelligent person that

11   just floats with the market.  All sorts of investors

12   exist in the real world in efficient markets.

13           What the point of my paragraph 28 in my opinion

14   is, in a world, which is what I believe is the case for

15   these two weeks for these nine stocks, the markets were

16   no longer tethered to value-relevant information.

17           That's a very special world.  It's the normal

18   one, but it's the one that I truly believe existed at

19   that time for this set of stocks.  That's where it does

20   matter.

21           And the reason is because for those three

22   investors that you talked about, I can imagine them

23   having different reactions to what happened after, for

24   example, costs went up a thousand percent in a week.

25           One of them may decide that that's a trend and

Page 62

1    will buy; another may believe that it's overvalued and

2    would sell.  That is because they no longer -- these

3    investors now matter because the arbitrageurs aren't

4    making sure that the price is connected to value-relevant

5    information.

6            So your question is relevant to me only in the

7    notion of a market that's inefficient.  And my point is,

8    basically from your question is that I would care about

9    the distinction between those three investors only in

10   an -- in, I-N, an efficient market.

11       Q.  You've used the term "noise trader" in your

12   report in paragraph 109 in your opening report.  Could

13   you define the term "noise trader"?

14       A.  Sure.

15           I'll just be quick.  I'm just going to go to

16   that paragraph, and then I have an answer for you.  Can

17   you tell me the page on the PDF for that?

18       Q.  Oh, wow.  It may take me a second to figure it

19   out.  Paragraph 109.

20       A.  I think I found it.  So it looks like it says

21   56.  My eyes are bad.  But it looks like it.  54.

22           MR. RYAN:  This is in your opening or your

23   rebuttal report, Steve?

24           THE WITNESS:  Opening.

25       Q.  BY MR. ROSEN:  So that's paragraph -- it's page

Page 63

1    51 of your opening report; right?

2        A.   54.

3            MR. ROSEN:   Yeah, 54 of the PDF.

4            THE WITNESS:   Yes.   We're on the same wavelength

5    here.

6            So I do remember -- your question was asking me

7    what a noise trader is?

8        Q.   BY MR. ROSEN:   Yes.

9        A.   Sure.

10           So a noise trader, there is an academic

11   literature that calls some investors noise traders.   And

12   I'm referring to that, not some sort of real-world

13   connotation.   And in this literature, a noise trader is

14   an investor who trades on what we would call -- makes

15   decisions based on non-value-related information.

16           So it's generally undefined, but it could be

17   something idiosyncratic, like a need for liquidity.   Like

18   they get divorced or they're fired or something like

19   that, that causes them to trade.

20           But in general, it's something that motivates a

21   noise trader to trade is not related to the value -- the

22   underlying value of the company.   So that's what "noise

23   trader" is.

24           Generally, in that older literature -- so this

25   is a 1990 paper, and most of that noise trader

Page 64

1    literature, noise traders, information that causes them

2    to trade is what we call sort of idiosyncratic, meaning

3    that it's not correlated across investors so that if you

4    and I were noise traders, you may have an unexpected

5    shock that makes you want to buy a week ago, but that's

6    not correlated with mine.  Mine might have an unexpected

7    shock to sell two weeks from now.

8            But in both of our cases as noise traders, it's

9    something unrelated to fundamentals or things that drive

10   the earnings of stocks.  So that's what a noise trader

11   is.

12       Q.  Well, what about somebody, an investor who goes

13   to the supermarket, and he buys some Naked juice, and he

14   really likes the taste and says, "Wow, what a great

15   product, I'm going to buy this stock," based on his

16   belief that it's a nice product, that he likes the juice.

17           Would that be a noise trader trade?

18       A.  I think -- so it depends, but I would say yes.

19   And keep in mind this is, you know, similar to questions

20   you've asked me earlier, I don't doubt there are

21   investors like this all over the place.

22           The question is in an efficient market, this

23   doesn't matter.  It doesn't affect the stock price.  As

24   you can imagine intuitively, that investor that you just

25   mentioned is not going to dissuade Warren Buffet from

```
                                                Page 65
 1    taking advantage of a mispricing.  But in this

 2    literature, they combine noise traders with frictions.

 3            So this literature is based on the type of

 4    person that you had mentioned before, if there is enough

 5    of them, and there's frictions that prevent Warren Buffet

 6    and arbitrageurs from being able to take advantage of

 7    arbitrage opportunities, then you have impacts on prices.

 8            So it's combination of significant noise trader

 9    activity with frictions.  Frictions that I talk about in

10    my report on lending fees and high short interest, those

11    are the things in the literature that can impact prices.

12        Q.  Now are all retail investors noise traders?

13        A.  I don't believe so.

14        Q.  Do you have any sense of what percentage of

15    retail investors are noise traders?

16        A.  I don't.

17        Q.  Are the investors who were on Reddit or Wall

18    Street Bets, B-E-T-S, Wall Street Bets, were they noise

19    traders?

20        A.  So I haven't come to that opinion.  My

21    understanding is there are many individuals chatting

22    about these kinds of stocks, and they're all types, and

23    some may be what you consider a noise trader and some may

24    be considered what you wouldn't believe is a noise

25    trader.
```

```
                                                   Page 66
```

 1          Q.  Is it true that a noise trader is price

 2     insensitive or insensitive to the price of the stock?

 3          A.  I don't believe that's necessarily the case.

 4          Q.  Is it fair to say that the vast majority of

 5     Robinhood's customers are retail traders, small guys?

 6          A.  I'm sorry, you said Robinhood in your question.

 7          Q.  Yes.  Yes.

 8          A.  That's my understanding.

 9          Q.  Now you also discuss in your report

10     institutional investors.  Could you give some examples of

11     institutional investors?

12          A.  Sure.

13              Hedge funds, active mutual funds, passive mutual

14     funds, but I'm more thinking about active mutual funds.

15     Some of the portfolio managers for pension funds and the

16     like.  Investors who are making active decisions with

17     lots of resources and capital and well-informed traders

18     and the like.

19              So those would be examples.  Generally, I'm

20     anything about hedge funds and professional investors.

21          Q.  Are arbitrageurs also institutional investors?

22          A.  My understanding is yes, usually.

23          Q.  And are they a subset of institutional

24     investors?

25          A.  It's a term of art, but I would say yes.

1         Q.  And how would you describe their role as a

2    subset of the institutional investor base?

3         A.  Sure.

4              An arbitrageur is generally focused on

5    deviations of values from values tethered to

6    value-related information.  So they're looking for price

7    deviations based on nonfundamental information.  So I

8    mean, the classic example would be that if there was a

9    general -- this is a hypothetical -- a general agreement

10   that arbitrageurs believe that the stock price's value

11   should be a hundred dollars.

12              And then for some idiosyncratic reason, the

13   price falls to 90.  And idiosyncratic meaning had nothing

14   to do with the underlying firms -- the underlying firm.

15   So they would see that $10 sitting there, and they would

16   buy it up because they know it's going to go back to ten

17   at some point.

18              So they're essentially looking around the

19   market, scouring the market for pricing deviations that

20   are not based on rational value-relevant information.

21   And they make their decisions based on that, either

22   buying it or selling it to take advantage of that.

23              Now arbitrageurs don't necessarily always make

24   the money that very instant, but they have confidence

25   that in the fullness of time, they will make that money.

Page 68

1      Q.  Are they always right?

2      A.  They are not.

3      Q.  Could two different arbitrageurs disagree

4  fundamentally on the value of a particular security?

5      A.  So, yes, that's true.  The question is how

6  obvious an arbitrage is.  So if an arbitrage was very

7  subtle, then I think that would fit the nature of your

8  question.  But if an arbitrage is a very obvious one, so

9  a classic example would be you have gold traded in

10  New York and London, the same gold, and it trades at

11  different prices.  Subject to transaction costs, that's

12  an obvious arbitrage, and they would not disagree on

13  that.  That's the cleanest example.

14          As we go away from that, they become less

15  obvious arbitrages.  So I would never use the argument of

16  this $100 versus $90, avoid it very quickly for the case

17  of a very subtle arbitrage.  That's not my belief.

18          But for very obvious arbitrages, where prices

19  deviate from rational values for no obvious reason other

20  than some sort of idiosyncratic event, those are obvious

21  arbitrages that don't last very long in an efficient

22  market.

23      Q.  Can institutions be noise traders?

24      A.  They can.  Generally, there's a belief that

25  noise traders don't last very long in some sort of

Page 69

1    Darwinian sense in the investment world.  It's a very

2    competitive world.  And people can succeed or fail based

3    on luck in the short run.

4            But there's a general belief that financial

5    markets are very competitive.  And if you are trading

6    based on whims and irrational thoughts, generally you're

7    not going to last in the long run.

8            And that's what most people believe.  It doesn't

9    mean that you can't be successful in the short run.  It's

10   just we don't think that's sustainable.

11       Q.  Do noise traders' actions or trades offset each

12   other in the market?

13       A.  So the noise traders that you're asking about,

14   as I said, comes from an academic literature, and the

15   answer is it depends on the model.  So broadly speaking,

16   that the earlier models of noise traders, like the 1990

17   one that I cite in paragraph 109, those I would say could

18   offset because they're uncorrelated.  Depends on how many

19   there are and their fraction of the market.

20           There are more modern models, like a paper I

21   cited from Lasse Pedersen from around 2022, where they

22   assume something more akin to what I would call

23   coordinated what I would call noise traders.  So

24   investors who trade on sort of non-value-related

25   information.  But en masse, together, sort of what the

```
                                                    Page 70
 1    press and analysts thought was happening with the meme

 2    stocks.

 3              That would be non-offsetting noise trader

 4    behavior, which is a relatively new phenomenon that they

 5    can coordinate this way through social media.  So it's a

 6    new area.  In that case, the answer to your question

 7    would be no.  These kinds of noise traders may not offset

 8    it.  They may reinforce each other.

 9        Q.  Paragraph 110 uses the term "destabilizing

10    speculation of noise traders."

11              Is it your opinion that retail traders or noise

12    traders destabilize the market?

13        A.  So no, not necessarily.  And to sort of re-say

14    something I said earlier is that in a normal functioning

15    what I would call as an economist efficient market, noise

16    traders don't matter.

17              So as I said, you can name a stock, and I could

18    analyze it and say, "As of today, I believe it trades in

19    an efficient market."

20              And then you ask me, "Do you think there are

21    people doing your scenario about Naked Juice?"

22              And I'd say yes.

23              You'd say, "Are there people trading on looking

24    at moving averages?"

25              Yes.
```

Page 71

1          Does it matter?

2          No.

3          Because in a normal functioning efficient

4    market, if any of that affected the stock price,

5    arbitrageurs would swoop in and correct those prices.

6          So in this research literature that I'm talking

7    about, they are looking at markets that have some sort of

8    friction that prevents them from being efficient markets.

9          And just to be clear, what paragraph 110 is

10   laying out is -- I find as an academic very interesting,

11   is that there's this -- a movement in the literature to

12   talk about traditional noise traders that you

13   characterized pretty well about sort of what I would call

14   uncorrelated to this modern literature where they are

15   correlated.  And I think the big word here is

16   "coordination."

17         So in traditional noise traders, these sort of

18   idiosyncratic, hard-to-explain, random movement of retail

19   investors are essentially one off and idiosyncratic.  But

20   in this modern world, if they can coordinate.  And

21   coordination are not really simple in the real world.

22   It's hard for you and I to coordinate.  But if we have

23   social media, there is the potential coordination.

24         And that's what the Lasse Pedersen paper is

25   getting at, and people believe -- some people believe in

Page 72

1   the case at hand that these investors basing their trades

2   on idiosyncratic information are now working together and

3   trading similarly.  That can move prices much more than

4   if it was idiosyncratic.

5        Q.  Some of the literature -- and I don't know if

6   your report mentions this -- they use the term "stubborn

7   investors" in this context of noise traders.

8            And is it your opinion that stubborn investors

9   are irrational?

10       A.  So that phrase does come out of, I believe, this

11  2022 paper from Lasse Pedersen.  He was a student of mine

12  like 25 years ago.

13           So he uses that phrase.  If you're asking me

14  about stubborn investors, that's a -- that's a

15  theoretical model there.  Stubborn investors are ones who

16  have what we call priors.  These are sort of initial

17  beliefs that only change those beliefs under lots of

18  pressure, lots of new information.

19           Now in the real world, there are investors whose

20  opinions are more difficult to change.  I would never

21  unilaterally call them rational or irrational.  It really

22  depends on the circumstances.

23       Q.  So in paragraph 112, sums up, it says, "Academic

24  studies have documented that constraints on arbitrageurs

25  imposed by 'noisy' retail traders can inhibit competitive

Page 73

1    trading activity among investors and lead to departures

2    from market efficiency for a temporary period."

3            Is it your opinion that that is what happened

4    here in the -- in this case for these nine stocks?

5       A.   So I haven't formed that opinion.  Let me be

6    clear.  My opinion on these nine stocks or one of my

7    opinions is that they did not trade in efficient markets

8    during this two-week period that I laid out in my report.

9    One week prior to the class period and the class period

10   itself.

11           What I'm -- and so that's my opinion.  What I'm

12   saying here is that while I generally believe that

13   efficient markets are normal and typical, there are

14   periods where they're not.  And what I'm summarizing in

15   this section of my report is there is academic literature

16   on this that says, well, how could you have arbitrageurs

17   who are trying hard to make money and still not have

18   efficient markets?

19           And as I said earlier, you mentioned some what I

20   would call sort of noise investor traders, and my

21   response was in an efficient market, it doesn't matter.

22           And so this literature asks and answers a very

23   interesting question.  It says you have these noisy

24   traders, and you have arbitrageurs, and normally the

25   noise traders don't affect it.

Page 74

1           And what this literature does is isolate what

2      frictions can exist in theory but also in practice on

3      these institutional investors that can at least

4      temporarily prevent them from what I would call policing

5      the market and restoring equilibrium.

6           And the examples are, for example, if these

7      noise traders, for example, are -- become a larger or

8      more importantly coordinated segment of the market.  If

9      they're coordinated and could potentially have a price

10     impact that's lasting, then it induces a lot of risk on

11     investors.

12          And so, for example, if temporarily through

13     coordination retail investors are noise traders -- not

14     all retail investors are noise traders -- could proper up

15     the price temporarily, and you're an arbitrageur who

16     wants to correct that for your own profit motives by

17     shorting it, in a normal efficient market, the price

18     would go back down and all would be done.

19          But now suppose that there were frictions.  And

20     this is not true in every market, but in a particular

21     market a friction could be suppose the lending fees are

22     relatively high on these stocks.  Suppose the amount of

23     short selling at the time was relatively high.  Suppose

24     that through coordination there is a risk that while the

25     price may fall in the future, in the short run, it may

Page 75

1    continue to rise and these arbitrageurs may hit margin
2    calls.
3            All of these sort of frictions that I'm talking
4    about are ones that could prevent these arbitrageurs from
5    returning the market quickly to an efficient market.
6            So just to summarize, my point here is that
7    there's an academic literature that address this very
8    interesting conundrum.  You have noise traders that can
9    temporarily change the stock price from their efficient
10   values and arbitrageurs, who we normally think in
11   efficient markets will police this market and return them
12   quickly to efficient.
13           Why -- how is it possible that they may not in
14   all cases?  And the answer is friction.  And those were
15   examples of the frictions I'm talking about.
16   Q.  Now you said the noise traders could temporarily
17   change the price of the stocks.  How lasting an effect
18   could noise traders have on the stock price?
19   A.  So as an empirical matter, in the most case,
20   it's very short.  And so my answer is very related to my
21   previous one, is that if there aren't large frictions
22   that prevent these arbitrageurs from making like easy
23   money, it won't last long.
24           So just to preface this, keep in mind that I'm
25   not someone who is so looking for perfection in the

Page 76

1    efficient markets that says there is never an impact of

2    noise traders in an efficient market on the price.  I

3    believe that to the extent they do exist, it's unusual

4    and they're fleeting.

5           And so the idea is that these investors can

6    influence the price, but without friction it doesn't last

7    for very long.  And, you know, empirically, it would be a

8    matter of an hour or less.  It would be very quick.

9           Because it -- keep in mind like all of this is

10   not because these arbitrageurs are trying to save the

11   world or trying to save the integrity of the markets.

12   Maybe they like that.  I am just basing it on competition

13   and people trying to make easy money when they can.

14      Q.  Well, you said the effect, the noise trader

15   effect is an hour or less.  But what about in the case of

16   this Robinhood thing, where stock prices were going up

17   throughout January, and I believe your report said there

18   was coordinated trading for some period of time.  I mean,

19   I think it was at least a week.

20           How long did you say there was coordinated

21   trading going on?

22      A.  So I don't opine on that.  I certainly cite

23   other sources.  So, for example, the Franklin Allen paper

24   has some tables that look at the amount of, for example,

25   Reddit and social media conversations about these meme

Page 77

```
 1   stocks, and they were, to my understanding growing
 2   rapidly around one week prior to the class period.  There
 3   is discussion in the literature that there was some of
 4   this even before that, but it seemed to heat up about one
 5   week, around the 21st, I guess, of January 2021.
 6        Q.  So from January 1st until 27th or -8th is maybe
 7   six days, maybe, I don't know, four, five, six trading
 8   days.  So those noise traders, if you will -- I mean, if
 9   it's true that those noise traders are what caused the
10   stock price to go up, the effect lasted at least a week;
11   right?
12        A.  So let me put it in my own words and, of course,
13   you can reask the question if I -- if you have more
14   questions.
15           So number one is you may have said January 1st,
16   but you probably said January 21st.
17        Q.  I meant January 21st.
18        A.  Yeah.  And I don't mean that to pick on you.
19   Like my hearing of you is like 90 percent.  I don't think
20   there's anything we can do about it, and so I will always
21   ask that just to be sure.
22           So it is my opinion during that, I believe, five
23   trading days, in my opinion, these stocks were not
24   efficient, and I don't opine on why that's the case.  But
25   to the extent that others, including academics, opine
```

Page 78

1    that at least part of this was due to coordinated

2    trading, we have something that is unusual.

3            So as I said earlier, in an efficient market,

4    even I believe that prices can deviate from efficiency

5    for a short period of time, but normally it's not very

6    long lasting, and I said like an hour.

7            And this is very different here, and it is

8    unusual to have markets become inefficient or what I

9    would say, obviously inefficient, for relatively long

10   period of time, like two weeks in this case.

11           That's why academics are writing papers on this

12   and that's why analysts were talking about this.  It is

13   unusual, and it's also related to the questions you were

14   asking previously about the academic literature.

15           There is an analogy here between what we

16   normally think about retail investors and their trading

17   being essentially uncorrelated across them, and having an

18   impact, but not necessarily a lasting impact.

19           In a world where retail investors can

20   coordinate -- and by the way, this would be true for

21   institutional investors coordinating, too.  But when

22   investors can coordinate, it seems to be the case,

23   obviously, that these price impacts could be more

24   sustained.

25           It's sort of a new world we're in; right?  So

1   normally, like I said, it's hard to coordinate across

2   people.  Because we have all different motives and

3   incentives and there's lags between how we talk about

4   things.  But if there's a modern means that investors can

5   coordinate, then this is a new world here, and it's

6   possible in that new world where retail investors can

7   coordinate, it seems quite possible that these can last

8   longer than traditionally they have.

9       Q.  Did you say you don't have an opinion as to what

10  caused the prices of the nine affected stocks to increase

11  during that period of time in January?

12      A.  Yes.  To be clear, I do have an opinion during

13  that week that I believe you're referring to, the week

14  prior to the class period, that the prices of those nine

15  stocks were not trading in -- those stocks were not

16  trading in efficient markets.

17          And then I point out what other commentators,

18  like academics, stock analysts, and the media posit was

19  causal, and I mention that.

20          But I have not come to an opinion which one or

21  what combination of things such as short squeezes,

22  attempted short squeezes, or retail coordinated trading

23  caused it.  I don't have an opinion on that.  I'm just

24  pointing out that to put it in context, this is what

25  other people are saying.

```
                                                            Page 80
 1        Q.   Now comes the fun part.
 2             Do you believe that markets are efficient?
 3             MR. RYAN:  Objection to form.
 4             THE WITNESS:  That's quite hard to answer
 5   because you didn't say markets, you didn't say -- that's
 6   quite vague.  I'm happy to answer that question, but do I
 7   think all markets are efficient at all moments in time?
 8        Q.   BY MR. ROSEN:  Fair enough.
 9             Do you think stocks traded on the New York Stock
10   Exchange and the NASDAQ are generally efficient?
11        A.   So yes, I think most of the time stocks that are
12   traded on organized exchanges meet the sort of standard
13   weak form notion of market efficiency.  Yes, that's the
14   normal case.
15             Obviously, I don't believe it's always true, but
16   that's my general presumption before I start
17   investigating the facts of it.  But yes, generally I do
18   believe markets are efficient for most traded stock.
19        Q.   So you're adhering to the efficient market
20   hypothesis?
21        A.   So I believe the efficient market hypothesis is
22   most of the time empirically true, and I am very careful
23   when I -- when I teach my students that this is not
24   religion where you believe "yes" or "no."  It's a range.
25   And I put myself in the category that markets are close
```

```
                                                    Page 81
```

 1    to the line of efficiency than they are close to the line

 2    of what we normally think of inefficient markets.

 3            And in particular for most traded securities,

 4    because as I said earlier that there are arbitrageurs out

 5    there who are in it for themselves to make money, they

 6    are the enforcement mechanism to make markets typically

 7    efficient.

 8        Q.  So you've read -- I don't know -- many if not

 9    all of Professor Fama's papers on the subject; is that

10    correct?

11        A.  You know, he's an outlier.  He's written so many

12    papers, I don't know if I could even say most of.  But I

13    have certainly read most of his famous papers, and I have

14    met him on many occasions.

15        Q.  Is there anything specific about his definition

16    of the efficient market hypothesis that you disagree

17    with?

18        A.  No.  That being said, he's -- in his papers and

19    speeches has come up with different versions of it, and

20    it depends on the context.  But I can't recall -- I mean,

21    I'm pretty sure I cite him in my report.  I believe

22    Dr. Werner probably cites him in his report.  In general,

23    he's quite an authority on the theory of efficient

24    markets.

25        Q.  So in paragraph 13 of your opening report --

1      A.  Did you say -- did you say my original report?

2      Q.  Yeah, opening.  I said opening report.

3      A.  Got it.  I just missed that word.  Okay.

4      Q.  So that would be page 8 of the PDF, page 5 of

5   the report, paragraph 13, you cite -- I think it's

6   footnote 21, this Fama article from 1970 on efficient

7   capital markets.

8           And you say, "Widely accepted definition of

9   efficient market is one in which prices always fully

10  reflect available information."  And you took that from

11  the 1970 Fama article listed there in footnote 21.

12     A.  Yeah.  This is his sort of famous original paper

13  on market efficiency.  He has sort of a synopsis and a

14  summary of more recent evidence in like a 1991 paper.

15  But yes, this is the classic original Fama market

16  efficiency academic article.

17     Q.  Next sentence says, "In an efficient market

18  prices should rapidly and fully adjust to incorporate new

19  value-relevant information."

20          Now you don't cite any authority for that

21  sentence, and it differs from the prior sentence only in

22  the sense that it uses the term "value relevant" rather

23  than simply "available information."

24          Where do you draw the modifier value relevant

25  from for that sentence?

Page 83

 1      A.   Sure.

 2           I draw this from a large academic literature

 3      when they get more specific about what they mean by

 4      "available information."  And they're talking about

 5      things that are related to the value of the firm itself.

 6           I believe Dr. Werner in his opening report also

 7      mentions quotes that talk about things like earnings,

 8      companies, things like that, just so that the reader of

 9      this report understands that when I say "fully reflect

10      available information," I'm not talking about prices

11      reflecting sun spot activity.  I'm not talking about

12      stock price of IBM reflecting the temperature in Alaska.

13      I'm talking about the stock prices of IBM reflecting

14      market public information about IBM itself.  Things that

15      are value relevant.

16           So people who talk about efficient markets, when

17      they talk about information, they're referring to

18      information that's relevant to the valuing the present

19      value of future cash flows of the stock.

20      Q.   Is that -- if -- if the price has to or should,

21      I should say, if the price should incorporate all

22      value-relevant information, would that also mean that the

23      stock price is fundamentally efficient?

24      A.   So that's -- fundamentally efficient, there's

25      nothing silly about that expression, but it's -- it's not

Page 84

```
1    a normal definition of market efficiency.  So what I mean

2    is in typical finance textbooks, academic articles, and I

3    guess I would say I've been at Stanford long enough I've

4    probably been in thousands of finance seminars over the

5    years now.  When we talk about market efficiency, we say

6    "market efficiency," and we don't break it down by

7    fundamental and something nonfundamental.

8            To the extent somebody -- if I saw an article in

9    a legitimate academic journal or in a seminar from a --

10   from a relatively famous finance professor, and they said

11   "fundamental market efficiency," I would assume they're

12   talking about market efficiency just like my definition

13   you just mentioned, the Fama definition.

14      Q.  Right.  So would that -- well, if you're saying

15   that the efficient market hypothesis assumes all

16   value-relevant information, meaning all -- all

17   information that could affect stock -- all cash flows

18   related to the stock in the future, that's -- I mean, if

19   you're looking at the net present value of future cash

20   flows, that's essentially a fundamental value; right?

21      A.  I think that's fair to say.  So I'm not going to

22   make a big deal about what fundamental value means.  It's

23   essentially the present value, the expected present value

24   of future cash flows.

25            It's in the nature of bringing fundamental into
```

```
                                            Page 85
```

1    efficiency.  That was what I was talking about is that

2    it's not a normal term that academics use and they say,

3    "Let's have a discussion about fundamental market

4    efficiency."  They just don't say that.

5            They'll say market efficiency.  And it implies

6    what I'm saying here is market efficiency in the academic

7    or financial literature means what I say it means.  It

8    means that the prices reflect they will change fully,

9    quickly to new value-relevant information.

10           I just think that's ubiquitous.  And I'm just

11   being very careful about that.  But I don't think there's

12   a sort of a common academic vernacular that would call

13   that fundamental efficiency.  We just mean market

14   efficiency.

15           MR. ROSEN:  I'm going to show you -- I'm going

16   to introduce as an exhibit, if I can figure out how to do

17   this, an article from -- I think it's 1991.

18           This is going to be Exhibit 178.  It is -- it is

19   an article by Professor Fama.  In a moment, you should be

20   able to see it.

21           (Exhibit 178, Efficient Capital Markets: II, by

22           Eugene F. Fama, was marked for identification by

23           counsel electronically.)

24   Q.  BY MR. ROSEN:  I think you cited it in one of

25   your -- probably in your rebuttal report.  Take a look at

```
                                                 Page 86
 1    it and tell me if you've read it before and you're

 2    familiar with it.

 3         A.   I'm still in the process of downloading it.

 4              Okay.  So I have it downloaded.  I'm sorry, when

 5    I download it, it takes up all my concentration.  You

 6    referred me somewhere in the article or you asked me --

 7         Q.   Oh, start with the first page.  I'm not going to

 8    delve too deep into it.

 9         A.   Okay.  Do you mind if I look at the first page

10    for a second?

11         Q.   Yeah, look at the first couple of pages.

12         A.   All right.

13         Q.   Actually, look at whatever you feel you need to.

14         A.   Yes.

15              Okay.

16         Q.   All right.  So in this paper -- this is from

17    doctor -- Professor Eugene Fama, and he sort of updates

18    his views on research and market efficiencies.

19              Is that a fair --

20         A.   Yeah.

21         Q.   -- view?  Okay.

22              So it starts out, the second paragraph, he says,

23    "I take the market efficiency hypothesis to be the simple

24    statement that securities prices fully reflect all

25    available information."  Right?
```

1          He doesn't -- well, okay.  So earlier you said

2     economists in the know don't modify it with fundamental

3     value or fundamental -- okay.  Fair enough.

4          And then he says, "A weaker and economically

5     more sensible version of the efficiency hypothesis says

6     that prices reflect information to the point where the

7     marginal benefits of acting on information (the profits

8     to be made) do not exceed the marginal costs."

9          Is that statement true?  I mean, is that his

10    updated view, that second sentence I just read?

11    A.  Yes.  And I -- so I think this is a great --

12    great statement.  It's very -- from an academic

13    standpoint and also connected to the stuff we spoke about

14    earlier, it's really a great framing of this here, is

15    that -- let me first put this in context.  Because he

16    cites this paper by Grossman and Stiglitz, two very

17    famous economists.  And they initially point out a

18    conundrum or puzzle.  If you believe that stock prices

19    are absolutely perfectly on value, then why would there

20    anybody doing any what we would call fundamental research

21    to create the value.

22          If everybody just stared at the stock price and

23    said it was correct, then nobody would be doing any

24    research.  So it unwinds; right?  So we all agree with

25    that one.

Page 88

1          So what Grossman and Stiglitz were saying in a

2     sort of a very mathematical way, but a very common sense

3     way, obviously there has to be some incentive out there

4     for investors -- some investors to be doing fundamental

5     research to create the efficiency in the first place.

6          And so we agree that there has to be some

7     benefits of being a professional investor or else none of

8     us would be.

9          That being said, we also believed -- to put this

10    in context -- there's a lot of competition out there.  So

11    that yes, professional investors have to have some

12    ability to make money.  If it was too much and there's

13    free entry into this industry, it would push that down.

14         So we believe that markets are not what we would

15    call absolutely perfectly efficient at every point in

16    time or else there would be no incentive to be an

17    arbitrageur.  So he's putting that out there.

18         And then when he says here about the marginal

19    benefit and the marginal cost of being what I would call

20    being a professional investors, that's what I was getting

21    at earlier, is that we generally believe that -- that the

22    marginal benefits, the sort of arbitrage opportunities

23    out there, they can't be trivial to trigger arbitrageurs

24    to enter and fix the price.  But to the extent that it's

25    greater than the transaction cost, they will do so.  I

Page 89

1    think that's sort of noncontroversial.

2           And like a big point that the academic

3    literature is making to explain why you might see these

4    sort of deviations like in the case at hand is if those

5    marginal costs are high.

6           So it just as an intuitive matter is that we

7    might believe that there are these arbitraged

8    opportunities out there, and we say why aren't

9    arbitrageurs fixing this?

10          And the answer that Fama is getting at here is

11   that if for some reason their marginal costs are high.

12   And that's why I go through the list.  What could

13   possibly be a marginal cost that would be high at a point

14   in time for an institutional investor?  And that would be

15   examples that we cite in this case.

16          If there is coordinated retail trading activity

17   that props up the price making short selling very risky.

18   If it's lending fees.  Anything that's sort of a marginal

19   cost increase, that's what he's getting at there.

20          And he's saying -- I believe Fama is saying in

21   most markets these aren't that big a deal, but don't call

22   me, you know, taking this too strongly.  There's always

23   going to be, you know, a little bit of deviation from

24   market values and true values, and it's driven by this

25   marginal cost.  And I agree with that.

1            I'm just saying in the case at hand, these

2     marginal costs may be very high.

3        Q.  The other -- so I guess to shortcut this, in

4     this paper he admits that -- or acknowledges that there

5     has been research by others in the field that shows that

6     stock prices, future stock returns are predictable from

7     past returns; is that right?

8        A.  So I don't recall -- so academics call these

9     anomalies, which is -- I'm not saying that's like the

10    greatest term, but I forget -- I can glance through this

11    paper -- if he lists some of these anomalies.  But this

12    is back, you know, over 20 years ago, and the list of

13    anomalies has changed.

14            But there is a belief that there are some sort

15    of observable variables that may predict future returns

16    more than just by chance, and he may be listing those,

17    yes.

18       Q.  Yeah.  I think on page -- well, it's page 3 of

19    the document, page 1577 and 78, 79, he goes into some of

20    the studies?  French and Roll and --

21       A.  Yes.

22       Q.  How there's -- you call them anomalies, but

23    there are, I guess, positive auto-correlation and other

24    instances where you can predict future returns from past

25    returns.

Page 91

1          So but that doesn't necessarily change his view

2     on the efficiency of markets; is that right?

3          A.   So that's true.  And I just wanted to say

4     briefly about these what I call anomalies, but like the

5     example he gives is the January effect, which I haven't

6     looked at it in years.  And the reason why I'll give you

7     in a second is the reason is if you buy stocks almost at

8     random, at the end of the calendar year and then sell

9     them at the beginning of the year, you make abnormal

10    returns.

11         It was a sort of belief about investors taking

12    advantage of tax losses.  Like there's nothing unusual

13    about these stocks, but they sell at the end of the year

14    because if they have losses, they want to realize them by

15    the end of the tax year, and then they buy them back.

16         So there was this January effect.  That was a

17    typical story.  There was other things like that.  There

18    was a day-of-the-week effect.  I forget if Monday was the

19    best day.  These things basically aren't around, anymore.

20         So I think Fama was well aware of the fact that

21    there are these what I call anomalies, but empirical

22    studies that demonstrate some of these effects, but I'm

23    sure he's aware that these things probably, if they are

24    true, go away, and they do.

25         And I find it -- because I've been in finance

Page 92

1    long enough now that I actually find it mildly amusing

2    how anomalies or predictabilities that were very famous

3    when I became a professor are gone.

4            So for the longest time, there was this value

5    effect.  Like AQR made its fortune on this, is that there

6    was belief that low PE stocks would outperform.  And to

7    some extent, they did for decades, and then over the last

8    few decades, it's been the exact opposite.

9            And so I think Fama's aware, and I'm sure he's

10   certainly aware today, that whatever is the nominally at

11   one point in time seems to go away and new anomalies

12   emerge, which makes people like me think that these kinds

13   of obvious anomalies are really just what we might may

14   call data mining.

15           If you look -- if I gave you thousands of months

16   of data on thousands of stocks in the past and asked you

17   to find some weird stuff, not in any silly sense.  I'm

18   just saying find stuff that sort of repeats itself, you

19   would find it.

20           And you could run almost any statistical test on

21   it, and you'd say, wow, this seems real.  And the

22   ultimate test, of course, is does it actually work ten

23   years from now.

24           And for most of the part of things that he talks

25   about here, they don't last.

Page 93

1        Q.  But you said AQR made some money for a while;

2   isn't that right?

3        A.  They did.  They made a lot of money.  And I

4   think they're doing really well now again.  But there was

5   a period of time, if you read the press reports on them,

6   is, wow, these guys are -- everything they're doing is

7   wrong.  Because the quintessential non-value stock would

8   be something like Facebook and Google.  And that's where

9   most of the returns in the last two decades have been in

10  those two stocks.  So it makes that value approach not

11  look so good, even though the value approach for many

12  decades earlier did look good.

13          So my point is I'm not saying anything good

14  about or bad about any of these anomalies.  It's just

15  that I think Fama realizes that -- then and now, that you

16  can always find some trading strategy that worked in the

17  past, but that doesn't necessarily prove that markets are

18  inefficient.

19       Q.  Now you cite a book by Andrei Shleifer.  Is

20  that -- am I pronouncing his name right?

21       A.  Yes, exactly.

22          MR. ROSEN:  And I'm going to introduce this book

23  for the record.

24          (Exhibit 179, Inefficient Markets, by Andrei

25          Shleifer, was marked for identification by

Page 94

1           counsel electronically.)

2           MR. ROSEN:  It's Exhibit 179 now.  It's going to

3    take a moment to download.

4           THE WITNESS:  Okay.  I have it on my screen.

5       Q.  BY MR. ROSEN:  Before I ask you questions about,

6    is it Professor Shleifer?  I don't know.

7       A.  Yeah, he's a very famous Harvard economics

8    professor.

9       Q.  Before I ask you questions about Professor

10   Shleifer, I just remembered there's a couple questions I

11   wanted to ask you generally --

12      A.  Okay.

13      Q.  -- about the market.

14          So who or what is the best arbiter of a stock's

15   fundamental value?

16      A.  So you asked me this earlier in some sense.  In

17   an efficient market, the price.  In a market that's not

18   efficient, that's very hard to answer.  We all are going

19   to have different opinions.  Even sophisticated investors

20   will have different opinions.

21      Q.  Have you ever heard of the term "price

22   discovery"?

23      A.  Yes.

24      Q.  What does that mean?

25      A.  So it really is contextually dependent, but it's

Page 95

```
1    a process of obtaining inferred prices from observing
2    prices.  So let me give you an example.
3              So an example would be if I am trying to figure
4    out -- this is not quite a price, but it's very
5    similar -- if I want to figure out what the market thinks
6    the volatility of Apple stock's going to be over the next
7    month.  Okay?  A very useful way of doing that is to be
8    observing options trading on Apple.  And since there is
9    very good empirical support that the value of options is
10   related to a formula called Black-Scholes, you
11   essentially reverse engineer it.
12             It's actually a simple concept, but it's -- it's
13   amazingly -- it's amazing that we actually can do that.
14   So you can look at the stock market -- sorry -- the
15   option price on Apple and from that trading price, back
16   out what the market is inferring Apple's volatility is
17   over the future.
18             So that's an example of what we call -- even
19   though it's not a market price, it's a price discovery.
20   It's essentially using market prices to learn what's in
21   the market's mind.
22             So obviously, in the most rudimentary
23   application of this, in an efficient market -- it's
24   almost definitional -- the -- you can infer the value of
25   Apple stock from observing its market price because
```

Page 96

1    that's -- the market price is the best forecast of its

2    true price.  Or another way of saying it it's the best

3    forecast of its price in the next few moments.

4         Q.  Now I put that book in front of you, the

5    Professor Shleifer's book, because in part you cited it

6    in paragraph 64 of your opening report.  And --

7         A.  I also -- since my page is there, on page 5 I

8    cite it there, too, but that's fine.

9         Q.  Oh, yeah.  And in paragraph 64, somewhere in

10   there you say you -- ah, yes, it's towards the bottom of

11   page 29 of the PDF.  It says, "As summarized in a

12   prominent finance textbook examining potential deviations

13   from efficiency in financial markets, 'Since the

14   securities price must be equal to its value, prices

15   should not move without any news about the value of the

16   security.  That is, prices should not react to changes in

17   demand or supply of the security that are not accompanied

18   by news about its fundamental value.'"

19              So that comes from Professor Shleifer's book?

20        A.  Correct.

21        Q.  Okay.  Now does -- now that -- and that's also

22   an inference from work on the -- you know, surrounding

23   the efficient market hypothesis.  That's not actually

24   part of the efficient market hypothesis, is it?

25              MR. RYAN:  Objection to form.

Page 97

1            THE WITNESS:  So it really -- so we're --

2   obviously I'm talking about the academic context of

3   efficient market hypothesis.  It -- so the efficient

4   market hypothesis, as you've probably seen, is described

5   in more than one way.  I have citations in my report.

6   Dr. Werner has citations in his report.  They're all very

7   similar.

8            I would say this is more of an implication of

9   the efficient market hypothesis typically as opposed to a

10  definition.  So I would not have necessarily disagreement

11  if this was part of the definition of an efficient

12  market, that it doesn't move based on -- it doesn't move

13  significantly in the face of non-value-relevant

14  information.

15       Q.  BY MR. ROSEN:  But for example, let's say, I --

16  I could identify a hundred days during a year when

17  General Motors' stock moved statistically significantly

18  without there being value-relevant news.

19            Would you say that means General Motors stock is

20  not traded in an efficient market?

21       A.  So let me -- because you gave me a hypothetical.

22  I'm not picking on you.  But that's -- if it's -- if

23  it -- if a stock moved significantly a hundred days,

24  that's almost half of the trading days of the year.

25            So I would be shocked if half of the trading --

1    every other day a stock moved by a statistically

2    significant amount.  Because in the fullness of time,

3    statistical significance means that it should happen one

4    out of 20 times.

5              So just on the face of it, if you told me a

6    stock had statistically significant moves on half of the

7    trading days, I would ask, one, is there something wrong

8    with your model, and two, I think there is something

9    fishy going on here.

10        Q.   Okay.

11        A.   Again, I'm not picking on you, but it --

12        Q.   I'll give you a better -- you make a fair point,

13   and I miss -- I misspoke.  I didn't frame my question

14   properly.

15             So suppose there are trading days when the stock

16   price moves a statistically significant amount, but only

17   half of them are associated with value-relevant news.  So

18   50 percent of the time is moving in response to

19   value-relevant news, and half the time, it's not.

20             Does that mean the market for the stock is

21   inefficient?

22             MR. RYAN:  Objection to the hypothetical.

23             THE WITNESS:  So let me -- let me try to put it

24   this way.  There is no what we would call sort of

25   bright-line rule that tells you exactly the fraction of

Page 99

1    days where the stock moves by a statistically significant

2    amount that should be accompanied by value-relevant

3    information.  Obviously, it should typically be the case.

4            To answer that question, one has to also apply

5    common economic sense.  And so I would never say, for

6    example, that if a stock moved by on a day a

7    statistically significant amount, and I could not discern

8    on that one day value-relevant information, then I would

9    say I can tell you in my opinion I'm confident that it

10   doesn't trade in an efficient market.

11           However, I certainly don't do that in this case.

12   And just, you know, not to belabor the point what I'm

13   looking at in this case is I'm not going to rely on that

14   bright-line rule.  I'm looking at nine stocks that have

15   not just unusual -- let's just do the week before the

16   class period -- not just unusual increases, but historic

17   increases.

18           Like it's fair to say I'll show you numbers that

19   they're like one out of a million movements.  The highest

20   movement of any stock that day.  The highest movement in

21   any -- their whole trading history.

22           And so I'm not talking about a 5 percent

23   statistical significance.  I'm talking about stocks that

24   move up 800 percent in a week, 100 percent in a day.  In

25   the absence of value-relevant information, for that one

                                                    Page 100

1    day, I can say the stock on that day doesn't trade in

2    efficient markets.  And when they're correlated across

3    stocks over a period of a week, I can say that more

4    strongly.

5            So it really depend on the context.  And this is

6    a case where we see something that's -- I don't know what

7    to say.  It's so unusual.  I'm not faced with cases very

8    much where a stock like Koss goes up by a thousand

9    percent in a week.  I'm not faced with cases where

10   something like GameStop goes something -- I'm sorry --

11   like 700 percent in a week.

12           And so I'm not such a stickler on efficient

13   markets that I say, oh, on one day GameStop didn't have

14   value -- potential value-relevant information and it went

15   up; therefore, it's not efficient.  I would never do

16   that.

17           What I'm saying is when I look at all the facts

18   together here, and I'm conveying that to GameStop moving

19   up 700 percent in a week, and I'm looking at the

20   information that was conveyed to the market on those

21   days, and I don't see anything even marginally close to

22   being a value-relevant explanation for that.

23           I'm trying really hard to find it.  If I found

24   some information that said, GameStop -- you know, we now

25   expect its earnings to go up by 50 -- 50 times in the

```
                                        Page 101
```

1    next five years, that would help me.  But I'm not finding

2    anything like that.  And that's why I can be so confident

3    in my opinion that these stocks are not trading in an

4    efficient market during this period of time.

5        Q.  BY MR. ROSEN:  So I introduced an Exhibit Number

6    117 previously, and I'd like to -- I don't know how to

7    show it to you without having to remark it.

8        A.  Can I ask you -- I deleted -- I didn't keep one

9    of them up.  But can you tell me which one it is, which

10   article?

11       Q.  This is a Richard Roll article from The Journal

12   of Finance from 1987 which I had introduced in Professor

13   Fischel's deposition.  And I wonder if I could --

14           MR. RYAN:  What we can do, I think, Larry, is we

15   can go back to the different folder, which is the Daniel

16   Fischel deposition folder.

17           MR. ROSEN:  Yeah, that's where I am.  I'm

18   reviewing to figure out.

19           MR. RYAN:  And then it says Marked Exhibits, and

20   then we can go to 117.  So I'm pulling up the --

21           THE WITNESS:  I do have the article in front of

22   me if --

23           MR. RYAN:  Yeah, I'm just pulling it up.

24           MR. ROSEN:  I just didn't know how to put it

25   up -- put it up on Professor Grenadier's screen.

1          THE WITNESS:  I'm good.

2      Q.  BY MR. ROSEN:  Anyway, I assume you've seen this

3  article by Richard Roll in The Journal of Finance, 1987,

4  which is Exhibit 117?

5      A.  I do remember seeing this as a grad student.

6  It's like the orange juice paper.  Very interesting.

7      Q.  Among other things.

8          So I find this article interesting because I

9  think -- I think his finding is that only like maybe --

10  so there's -- I think it starts with the premises there

11  are three things that could affect, you know, cause and

12  effect and impact stock price.  One is market factors,

13  the other is an industry factor, and the third is

14  idiosyncratic firm-specific factor.

15          Am I getting that right?

16      A.  So I don't recall that.  Let me just say that

17  that -- factorization is not just implicit, but explicit

18  when I do what I call a regression study.  I have a -- I

19  decompose a return of a stock into market movements,

20  industry movement, and what I would call firm-specific

21  movement, and what you said is consistent with that.

22  That's sort of a way of conceptualizing information.

23      Q.  Okay.  All right.

24          Now you may need a few minutes to answer this

25  question, but do you disagree with the proposition that

Page 103

1    Professor Roll found that only about 30 percent of

2    statistically significant stock price movements were

3    caused by these -- by one of these three factors?

4              MR. RYAN:  Objection to form.

5              THE WITNESS:  So I don't recall if he uses the

6    word "cause."  If he did -- that's -- I have like --

7         Q.  BY MR. ROSEN:  Shall we say "associated with"?

8         A.  I have -- so Richard Roll, I have a lot of

9    respect for.  He's written some very famous papers.  He

10   actually was a real rocket scientist.  He actually worked

11   on rockets.  And so hopefully, I didn't use the word

12   "causation."

13             This is a statistical phenomenon.  I don't know

14   exactly how you would -- I don't think I personally in

15   this day and age would translate these sort of fractions

16   as to even implying anything causal.  Not that he is.

17             I'm not -- I don't understand what we learn

18   other than empirical.  There's an empirical phenomenon.

19             Let me put it this way.  What we do nowadays is

20   we do decompose stock returns -- and I think these must

21   be futures, but I'm making an analog to stocks -- that

22   they move according to those three factors.

23             And the third factor, which we call company

24   specific, depending upon the stock, may have a very large

25   what we call standard error.  Just think about there's

Page 104

1    lots of volatility on that third component.

2         There's nothing weird about that.  And in

3    particular, companies -- and then I'll finish the analogy

4    in a second -- that have -- that are very sort of product

5    or field specific or industry specific and not

6    diversified could have very high idiosyncratic

7    volatility.

8         So in the old days, GE -- so GE is a very

9    different company now -- GE was basically like a mutual

10   fund.  And I would bet because of all their subs that the

11   idiosyncratic component of GE stock was relatively small.

12        Then if you look at something like an orange

13   juice future, where it's just product specific, it would

14   not surprise me today to see that it has a very large

15   residual standard error.

16        So I personally am not sure how much you can

17   infer from that other than orange juice stocks, orange

18   juice futures have a lot of company-specific information

19   or product-specific information.

20   Q.  I don't know if this is the orange juice paper,

21   actually.

22   A.  I'm sorry.  Excuse me.

23   Q.  I think that may be a different paper.  But if

24   I'm not mistaken, I just didn't -- I mean, unless you're

25   stating it better than I did, but I'm pretty sure this is

Page 105

1   not the orange juice paper.  Let me see.  Because I think

2   Shleifer -- Shleifer -- Shleifer, he does talk about that

3   paper, but I don't know if this is the same one.

4       A.  I think you're right so thank you for pointing

5   that out.

6       Q.  And I think this is just dealing with stock

7   returns.

8       A.  So looking at the abstract, he does seem to be

9   talking about what I said earlier, just the residual

10  standard error being relatively high.

11      Q.  Yeah.  No, I'm not disagreeing with that.  I'm

12  not disagreeing with that.  He's looking at stock price

13  returns if you look at the charts.

14          But I guess what I really want to get -- as we

15  say, get down to brass tacks.  I'm not sure what that

16  means.  Maybe if you're a carpet installer, you know what

17  it means.

18          But what -- I mean, your sense, is there some

19  range, in your mind, is there some range of the

20  percentage of statistically significant stock price

21  movements that should be explained by value-relevant

22  information, like between 20 and 80 percent, or I don't

23  know, something, some minimum?

24      A.  So I view this as a similar question you asked

25  earlier, and I don't have a number of that.  It's a fair

Page 106

1    question, but it doesn't -- I don't have an answer

2    because it really depends on magnitudes.  And that's why

3    I was talking about the case at hand.

4            In another case, if you had, for example, a

5    stock price that went up by 5 percent, and let's suppose

6    that was on one day.  And let's suppose that was

7    statistically significant, meaning that on average, that

8    price return or higher only occurs on less than one out

9    of 20 trading days.  And then I looked at that day and I

10   could not find any evidence of value-relative

11   information.  And maybe that was true for a third of the

12   days.

13           I don't know.  There is no statistical test for

14   that that's in academic journals.  So that would be

15   tricky.  And that's why I point out, and I know it's not

16   a -- it's just a very obvious point when I approach the

17   case at hand here, is that we're not talking about

18   5 percent.  We're talking about unexplainably rare

19   events.  And that's why I have so much confidence here.

20           If the facts were different in this case, this

21   would be a very hard job to be able to look at these

22   residual statistically significant returns and map them

23   onto the absence of value-relevant information.  It

24   becomes an easy job in this case because of the extreme

25   magnitudes of the returns and the extreme lack of

```
                                        Page 107
 1   value-relevant information coming out.

 2          So that's why I can do that.  Your question is,

 3   is there a rule of thumb for this?  There isn't.  It

 4   really depends on the facts at hand.

 5      Q.  Now Professor Shleifer wrote this book which I

 6   put in front of you as Exhibit -- Exhibit 179.  It's

 7   titled "Inefficient Markets:  An Introduction to

 8   Behavioral Finance."

 9          Have you -- did you read the whole book at one

10   point in time?

11      A.  No.

12      Q.  Really?  I won't tell him.  Don't worry.

13      A.  He was one of my professors when I was a Ph.D.

14   student, too.

15      Q.  I think I read this once.  I don't remember it

16   too well.

17          But so, generally, what is behavioral economics?

18      A.  Sure.

19          So behavioral economics is a field of study

20   where they look at -- there's a host of them -- sort of

21   what they believe is empirical or laboratory-tested

22   individual behavior categories.

23          So, for example, individuals have shown a

24   psychological effect of sort of not admitting mistakes

25   sort of kind of different types of biases.
```

Page 108

1      Q.  Kahneman, Professor Kahneman would -- has a

2  number of articles on that concept.  Is that what you're

3  referring to?

4      A.  Precisely.  So there's -- there's two

5  components.  One is a list of these sort of behavioral

6  regularities that people like Tversky and Kahneman find

7  and describing them.  Like there's just so many

8  classic -- and they're all really fascinating, you know.

9          And then there is a question about whether those

10  types of observable behavioral biases manifest themselves

11  in markets.  And I'm being broadly in markets.

12          Then in terms of behavioral finance, there's a

13  question of how those behavioral biases, to the extent

14  they exist, manifest themselves in finance.

15          So, for example, one of the papers I cite -- I'm

16  forgetting -- oh, by Terry Odean, he has a stream of

17  papers on behavioral biases manifesting themselves in

18  trading behavior.

19          So like one example he does is he looks at --

20  this is a -- in answer to your question, this is a

21  classic behavioral finance paper -- of he looks at

22  trading activity of men versus women in what is now known

23  as Schwab, Charles Schwab data.  And he shows that men

24  trade way more often than women, and after fees have

25  lower returns.  And he attributes this to overconfidence.

Page 109

1          So that's a classic example of behavioral

2    finance.  So that's an area of it.

3          Now the area of that try to then move that over

4    and try to explain pricing is much more controversial and

5    not as powerful simply because of you and I may be biased

6    and like to buy stocks that start with the letter B, but

7    that doesn't mean we're going to impact prices.

8          So the literature about behavioral biases is

9    pretty strong and influential in explaining mistakes that

10   people make, like selling their winners and hanging onto

11   their losers.  That's a behavioral bias that we observe.

12   That's a mistake.  It has tax consequences.

13         That's different than behavioral literature

14   explaining what happens to stock prices.  Not that it

15   doesn't exist.  It's just sort of two strands in the

16   literature.

17      Q.  And what is the premise of this particular book,

18   Professor Shleifer Inefficient Markets?

19      A.  It's an overview, a broad overview for the sort

20   of the maybe un -- you know, undergraduate or graduate

21   student in behavioral finance.

22      Q.  And isn't the premise that the efficient market

23   hypothesis is not 100 percent correct all the time; that

24   there are inefficiencies present in the market for many

25   stocks?

1              MR. RYAN:  Objection to form.

2              THE WITNESS:  So I don't -- that was not my

3      reading of it.  I think he's exploring those issues.  I'm

4      not sure he comes to the conclusion that many stocks are

5      trading in inefficient markets.

6              But the story of recognizing that market stocks

7      may trade in inefficient markets in some cases is

8      ubiquitous.  It's been around -- it was -- I noticed it

9      in the Roll paper you showed me.  He called it occasional

10     frenzy.  That sounds like inefficient market.

11             So yes.  I just don't know -- you're asking a

12     legitimate question.  I don't know if I would

13     characterize Shleifer's book as saying that markets are

14     generally efficient.

15         Q.  BY MR. ROSEN:  Well, I didn't say that his --

16     the premises that the markets are in -- for these stocks

17     are inefficient markets, but there are inefficiencies

18     present in the market at times.

19             Is that not two different things?  Can a market

20     be generally efficient but there be an inefficiency

21     present for -- that doesn't really affect its -- the

22     efficiency of it much but still be present?

23             MR. RYAN:  Objection to form.

24             THE WITNESS:  So we've talked about this

25     earlier.  So I never foreclose the possibility that in a

Page 111

1    generally efficient market, that there can be temporary

2    instances of prices deviating -- deviating and moving

3    based on non-value-relevant news.  But they're very

4    temporary and small.

5              And the reason I'm saying that is that of course

6    life is complicated and the world's are not perfect

7    according to any paradigm, but it's notion of

8    arbitrageurs seeking easy money that prevents those

9    things in general from being large and significant.  That

10   is the general view of most finance professors.

11             Not that markets are always at every point in

12   time perfectly efficient.  There would be a minority of

13   finance professors.  But the belief that those things

14   could be large and lasting is very rare.

15             Again, I wouldn't belabor but be very brief, is

16   that while we might -- it wouldn't shock me for a stock

17   to move for some non-value relevant reason at a point in

18   time.  But it would shock me if it was a thousand percent

19   return over a whole week with no new news.  That -- that

20   would shock me.

21             So I don't -- I never want to be accused of

22   being a stickler and saying that markets are very

23   efficient at every trading second.

24        Q.  BY MR. ROSEN:  Now is a stock necessarily

25   inefficient or its market inefficient if its price

Page 112

1    responds to information that is not necessarily value

2    relevant but price relevant?

3           MR. RYAN:  Objection to form.

4           THE WITNESS:  I'm not sure what you mean by

5    "price relevant."

6        Q.  BY MR. ROSEN:  Okay.  I'll -- maybe I'm assuming

7    something, and I'll -- I'll start from the beginning,

8    then.

9           So let's go to say -- let's look at Dr. --

10   Professor Shleifer's book.  Let's look at some of the

11   stuff he talks about, some of his -- some of the papers.

12   He mentions a number of papers.  Let's say go to page 17

13   of his book.

14          So, for example, in the middle of that page,

15   there's a -- he cites the De Bondt -- I'm not pronouncing

16   that correctly, probably -- and Thaler's 1985 article or

17   study comparing the performance of two groups of

18   companies' extreme losers and extreme winners.  And it

19   shows that for quite some period of time, if you, you

20   know, are selecting stocks that had been losers for a

21   while, they'll end up becoming winners and you'll make

22   above average return.

23          And some -- and conversely, if you sold short a

24   selection -- a winner portfolio, you'd get -- you'd

25   actually also do well because a winner portfolio went

Page 113

1    down.  So he has that graph, for example.

2            So that would be an example of an investment

3    strategy that is successful for a period -- long period

4    of time.  It doesn't necessarily mean that stock -- those

5    stocks are inefficient, but it's still possible to have a

6    successful -- a successful strategy that's not based on

7    fundamental value; right?

8            MR. RYAN:  Objection to form.

9            THE WITNESS:  So I do remember reading this

10   paper, the De Bondt and Thaler.  You pronounced it

11   correctly.

12           So the -- the basic -- my basic recollection of

13   this, it shows that over I think a three-year period, if

14   you buy the worst-performing stock over the previous

15   three years and short the ones that had the highest

16   returns, you would on net make what you would consider

17   above-average returns.

18           So that's -- that's interesting.  And we would

19   call that -- sometimes we call that mean a version.

20   Earlier you asked about momentum.  It's the exact

21   opposite.

22           This is an old paper.  My understanding over

23   time is that not that this phenomenon didn't exist, but

24   we don't normally cite as much anymore for various

25   reasons.  One is this effect seems to have gone away.  So

Page 114

1    it would be in this sort of anomaly that was just data

2    mining.  I'm not imputing their motives, but it just

3    doesn't exist.

4         Also, when you get into three-year returns, and

5    also, a lot of these winners and losers are the most

6    idiosyncratic highest volatility stocks and also the

7    hardest to trade.  Because a lot of them make up --

8    they're sort of like small cap stocks, that this is

9    really not as implementable as they made it sound.

10        If you take into account the transaction costs

11   and also the standard errors of this, it really is on the

12   borderline of even being statistically significant.  Even

13   though the magnitude looks big.

14        But the longer the horizon for these kinds of --

15   this sort of pre -- the mean version effect really

16   doesn't really satisfy statistical significance.

17        So this paper is interesting, and it was very

18   early on in this, but it's not really cited much any more

19   in terms of something that's real.

20        So I'm not saying there aren't -- what you're

21   talking about here is similar to stuff we talked about

22   earlier when I mentioned weekend effect, January effect,

23   day of the week effect, and this is sort of winners

24   versus losers or meaner version.  There's a host of

25   these.

Page 115

1      What becomes the one that's predictive now is

2  going to be different than the ones that are predicted in

3  five years.

4      So I never know what to make of these studies.

5  Most finance professors view them as interesting

6  anecdotes, and in this case, a very well done one, but

7  not something that we would use to prove or disprove the

8  efficient markets we're talking about.

9      Q.  BY MR. ROSEN:  Well, is it possible that they

10  don't last that long because once professional traders

11  learn about them, they implement them, and then the

12  competition drives down the returns from them?

13      A.  It is possible.  And I would call that a version

14  of what I talked about earlier about arbitrageurs in

15  efficient markets.  So it's certainly the case that there

16  is probably -- at this moment in time, there's some

17  exploitable phenomenon that exists that we're not aware

18  of, and if an academic finds it and publishes it and it's

19  new, it's not going to last long.

20      And question is always are there these

21  unpublished phenomenon, anomalies that exist that we

22  don't know about or traders know about.

23      I don't know the answer, but I suspect that

24  there's a reason why hedge funds hire people not just

25  finance Ph.D.s, but physics Ph.D.s and computer science

1    Ph.D.s, that are scouring the world for stuff just like

2    this that's not published.

3            But your story about these being self-defeating

4    I agree with.

5            MR. RYAN:  So we've been going, Larry, for about

6    an hour and 40 minutes.

7            MR. ROSEN:  Oh, do you guys want to take lunch?

8            THE REPORTER:  Off the record, Counsel?

9            MR. ROSEN:  Okay.  Off the record.

10           (Recess.)

11           THE REPORTER:  Back on the record.

12       Q.  BY MR. ROSEN:  Professor Grenadier, can you go

13   back to that Andrew Shleifer article or, I'm sorry, book

14   that I had marked as an exhibit previously.

15       A.  I have it.

16       Q.  I wanted to address one other issue.

17           So if you go to page 20 of the book, page 29 of

18   the PDF, the first full paragraph in the middle of the

19   page, it begins, "Finally," with the basic proposition

20   that stock prices do not react to non-information.

21       A.  Yeah.

22       Q.  Just take a quick look at that paragraph and

23   I'll ask you about it.

24       A.  Okay.

25       Q.  So Professor Shleifer mentions a few different

1    events for this proposition that stock prices actually do

2    react to things that are not value-relevant information.

3    And so he has -- he has three -- he mentions three

4    examples.

5              One is the crash of -- the stock market crash of

6    1987.  I think they call Black Monday, October 19, 1987,

7    where the market drops 22.6 percent, the largest one-day

8    drop in history, without any apparent news.

9              And so that was one example he gave; right?

10             MR. RYAN:  Objection to form.

11        Q.  BY MR. ROSEN:  And then he gives another

12   example, there's, I guess, a paper by Cutler 1991, where

13   he examines the 50 largest one-day stock price movements

14   in the US after World War 2 and found that many of them

15   came on days of no major announcements.

16             So how -- I mean, that seems to rebut your --

17   your earlier statement that stock prices did not react to

18   non-information; does it not?

19        A.  I don't believe it does.  But let me talk about

20   the cite that I know more about, and that is the 1987

21   crash.

22             So at one point -- it's been while -- I used to

23   teach about this to my students.  I believe it was a

24   Richard Roll paper that discussed this, and it's a clever

25   paper and comes to a conclusion like this, is that a lot

Page 118

1    of people in retrospect viewed that there was some very

2    important information on that day, but it was unusual

3    because it was a -- an issue with market-wide

4    illiquidity.

5           And what I mean was there was lots of trading on

6    that day, and what we learned is some markets that we

7    thought, like the US market, we thought was able to

8    accomplish very large amount of trades in a short period

9    of time if needed, and they couldn't.  It literally is a

10   technical matter, the US market could not keep up with

11   the number of trades.

12          And that's an important information because it's

13   information about the ability to trade stocks in the US,

14   and that was new information.

15          There was also new information in that time

16   about I believe in a House Committee in the US Congress

17   was going to do some sort of anti-takeover litigation.

18   That was news.  So there was news.

19          I just think that some people didn't believe

20   that that news was important enough on an international

21   scale, but I think in retrospect, a lot of us believe

22   that something that's going to impact the US market is

23   highly likely to impact other markets.

24          So if, for example, it was a surprise to the

25   market that you were going to a Court -- curtail

Page 119

1    takeovers, in general that's considered a bad thing for

2    markets because most takeovers are value increasing.  Not

3    all of them.  And if you take away from the economy the

4    ability to do those value-increasing transactions on a

5    long-term basis, that could have large economic

6    ramifications.

7            So it is not my opinion that the 1987 crash was

8    without value-relevant news.  There was a lot of

9    value-relevant news.  And I don't believe that there's a

10   strong consensus with that statement there that Professor

11   Shleifer lists.  I think a lot of us believe that there

12   was important and large value-relevant news preceding

13   that crash.

14       Q.  BY MR. ROSEN:  What about the Cutler paper?  Are

15   you familiar with that or?

16       A.  Just vaguely.  I -- I read that probably around

17   1991 so that's a long time ago.  And my recollection is

18   that dealt with the overall market, the whole stock

19   market, not stock by stock.  It's a little different kind

20   of issue.

21           But I -- I have not revisited that in a long

22   time so I just don't have a strong recollection of that

23   one.

24       Q.  Okay.  Now he also on the next page, page 21, he

25   mentions the phenomenon of what happens to a stock when

1    it gets included in the S&P 500 index.  And looks like

2    it's accompanied by a 3.5 percent on average

3    permanence -- permanence price -- I'm sorry -- permanent

4    abnormal return.  It's page 22.  There's a graph.

5            So my question -- well, take a second and just

6    take a look at that.  I don't want to make you answer a

7    question if you haven't read -- read that.  I just want

8    to make sure.

9            Are you familiar with that -- that phenomenon?

10   A.  Yeah, that's a -- that's an Andrei Shleifer

11   paper.  The author of this book wrote this paper that I

12   believe he's citing here.

13   Q.  Yeah, I see.  Shleifer 1986.

14           And it says, "These increases are relatively

15   permanent and have become larger as the relative share of

16   the market-held index funds has increased."

17           So do you have any fundamental disagreement with

18   that research about the S&P 500?

19   A.  So I'm familiar with that paper.  I'm not an

20   expert in that paper, but two points I'll make.  One is I

21   don't believe it's without controversy that being added

22   to the S&P 500 index is without information.

23           There is -- my understanding is, at least at

24   that time, there's discretion of which stocks the S&P may

25   allow in.

Page 121

1            I mean, there was some issue recently, I

2     believe, when Tesla wasn't added, even though technically

3     they were one of the largest 500 stocks.  They have some

4     discretion in there.

5            And so it's not clear that the inclusion in the

6     S&P 500 is a purely mechanical thing.  It could be based

7     on other types of information.

8            So I've certainly heard finance professors argue

9     that this -- they don't agree that it has no information

10    content.

11           And the other thing I'll say is:  I have no idea

12    if this is a persistent thing today, but I have to say in

13    my answer that a three-percent increase in a price is a

14    very different phenomenon than a thousand percent

15    increase in price.

16           And so I may not be shocked if you'd come up

17    with examples of something going up by 3 percent that's

18    it's hard to nail --

19    Q.   Three and a half.  Three and a half.

20    A.   Three and a half.  Thank you.  A three and a

21    half percent increase without obvious value-relevant

22    information is very different than a thousand percent.

23           And I just -- I just think that can't be lost in

24    this case.  I do not want to be characterized as a straw

25    man that would say three and a half percent unexplained

Page 122

1    increase is powerful evidence of a lack of efficiency.

2    That would be a straw man and a caricature that I don't

3    think would be fair to say to me.

4            I'm opining in this case about these stocks for

5    a two-week period.  I'm not saying over the life of these

6    stocks.  I'm not saying all stocks.

7            I'm saying this is a very monumental and

8    unexpected phenomenon, and as I wrote in my report,

9    there's three ways of making this clear.  One is for most

10   of them, it was either the highest increase during this

11   week they've ever had in their history, if not first,

12   maybe second; it was among the very highest of all stock

13   movement like one, two, three, and four, of any stock

14   traded in an organized exchange in the US during the

15   time.  And if you go through a 20-year history and try to

16   randomly select portfolios that perform like these meme

17   stocks, it is a one our of a million event.

18           So I just want to make clear:  I am not arguing

19   against this graph that there's a three and a half

20   percent puzzle.  I don't try to explain every three and a

21   half percent puzzle in the world.

22           I wish I could because this is very interesting,

23   but a three and a half percent puzzle is a very tricky

24   one.  But a thousand percent puzzle over one week is more

25   than tricky; it's impossible to explain with a rationale

 1    efficient market argument.

 2         Q.   Well, Professor Shleifer -- Shleifer refers to I

 3    believe something called a demand shock.  And he says

 4    that he suggests that these price increases are resulting

 5    from increase in demand.

 6              Is that right?

 7         A.   That's -- that's my understanding of his

 8    explanation.

 9         Q.   Are you familiar with any other academic

10    research that talks about demand shocks causing price

11    changes in securities?

12         A.   So I have some recollection of some papers

13    finding examples of this.  But the reason -- I bet this

14    paper has many, many cites.  And why do I think this

15    paper, this Shleifer paper on this demand effect, has so

16    many cites?

17              Because A, it's a very obvious thing that we all

18    knew anyway, or B, it's a very rare event that's

19    fascinating.  And it's B.

20              So, yes, there probably are other papers that

21    talk about demand shocks having a price impact.

22    Hypothetically, someone could have something that is

23    added to the Wilshire 5000 and showing no noticeable

24    effect.  That's possible.

25              But if this was the normal state of affairs, why

Page 124

1    would anybody cite or care about this paper?  The reason

2    this paper is shown to us and the reason it's cited so

3    many times is it's essentially the exact opposite.  Its

4    whatever it's called, that proves the rule.  It's the

5    exception that proves the rule.

6          It's an unusual thing that I -- that we have a

7    hard time explaining, but not it's ubiquitous or else it

8    wouldn't be a very interesting paper.

9          If every time there was some sort of demand

10   shock, like a restriction on demand or an increase in

11   demand that exogenous, and we saw this, why would anybody

12   care about this paper?

13         It's a very unusual phenomenon, and as I said,

14   the -- we were talking about a -- you were careful about

15   saying a three and a half percent, a three and a half

16   percent, that is surprising to finance academics and

17   that's why we're taking about it.

18         Instead of saying a three and a half percent, it

19   said a thousand percent, this would be the most cited

20   paper in history if this was normal.

21      Q.  I mean, couldn't that sharp price increase in

22   these nine affected stocks be caused by a demand

23   increasing the demand for the stocks by the retail

24   investors or whoever else was interested in purchasing

25   the stocks?

Page 125

1          A.  So as I -- as I said earlier, even if I said

2     hypothetically that was true, I don't know.  As I said

3     earlier, I'm not as ascribing causation to the price

4     run-up.

5               But just for argument's sake, suppose due to

6     this increase in demand by retail investors, and in

7     this -- in this hypothetical that I'm offering, it's not

8     based on anything that's dealing with cash flow.  It's

9     based on something, but not based on forecasts of cash

10    flows.

11              If it did increase, and it was not based on

12    forecasts of cash flows, then this price would be above

13    its efficient value and arbitrageurs would swoop in and

14    short it.

15              And the fact that we did not see that is

16    consistent with the type of evidence that people offer,

17    and to some extent, I offered some empirical evidence on

18    this, that there were frictions to shorting during this

19    period of time.  In particular, there was very high short

20    interest in some of these stocks, and there was very high

21    borrowing and lending fees on these stocks.

22              So the fact that if demand pressure unrelated to

23    value-related information caused the stock price to go

24    up, which I'm not contending.  But if it did, then this

25    would be the classic examples for arbitrageurs to come in

Page 126

1    and profit from this and short it.

2           And the fact that we don't see evidence of the

3    price going back down based on some arbitrage activity

4    makes me suspicious that there are impediments to

5    shorting during this time, and I document some of that.

6       Q.  Well, I mean, certainly there were a lot of

7    people going short on these stocks during this time

8    frame; right?

9           MR. RYAN:  Objection to form.

10          THE WITNESS:  So I don't know, as I sit here,

11   how many people were shorting it.  I do know that there

12   was very high short interest.  Could be by one or two

13   institutions or many.  I literally do not know.  But some

14   of these stocks, of course, did have very high short

15   interest.  I think GameStop at some point had more than

16   100 percent short interest.

17      Q.  BY MR. ROSEN:  Yes.  So -- so if a stock's got

18   123 percent short interest, doesn't that mean that's

19   there's no impediment to shorting the stock?

20      A.  I think if you asked the people who were

21   shorting it and asked them if they had an impediment to

22   shorting this stock, they would say yes.

23      Q.  How much more than 123 percent do you want to go

24   for short interest?

25      A.  I have no desire to go above or below that.

Page 127

1    What I'm saying is there was obviously pressure on these

2    people who were shorting it.  One was it was getting

3    expensive to short it because there were so many shorting

4    it.

5         The fact that many were shorting it, all that

6    tells me is that there were many bearish investors.  I

7    don't know what else to glean from that.  The people who

8    were shorting it were bearish.

9         And the fact that there were at this time the

10   transaction costs of shorting, and importantly, to the

11   extent that others say that there was coordinated retail

12   trading activity pushing up the price, that puts margin

13   pressure on those short, making -- on those shorts,

14   making their position very risky.

15        Q.  Well, yeah.  I mean, investing's risky.

16        A.  Investing is risky.  Trying to undo some sort of

17   phenomenon, which I don't know the cause of, that causes

18   cost to go up 1000 percent in one week, is a very unusual

19   amount of risk.

20        So, yes, investing is risky, but -- and I see

21   risk all the time.  I don't see what I see in this

22   current case, often at all.  As I said, it's a

23   one-of-a-million phenomenon.

24        So I don't know that I've seen anything quite

25   like this, of nine stocks often talked about in the same

Page 128

```
 1    sort of social media circles moving up unprecedented

 2    amount in a period of one week with some of them having

 3    very large short interest.

 4              I'm just saying facts as I understand that.

 5    These are very unusual facts.  And I can't think of any

 6    analogous discussion that you and I have had today that

 7    is anything remotely resembling this.

 8              That's why, again, I don't easily claim a stock

 9    trade in a market that's not efficient.  I don't do that

10    easily.  It's the facts of this case.

11              If it was a normal case, I wouldn't be so cold.

12    Just the facts in this case, as you know, are

13    unbelievably unusual.  And that's why I can say with such

14    confidence that that one week run-up is not tethered to

15    value-relevant information.

16         Q.  Okay.  You've made that point, and you know, I'm

17    asking about this because I'm interested in understanding

18    a couple of things.  One is why an increase in demand for

19    a stock, for whatever reason, whether it be

20    value-relevant information or simply investor sentiment

21    should necessarily mean that a stock is not being priced

22    in a reasonable fashion, that it's not a fair price, a

23    fair market value price, where buyers and sellers are

24    satisfied that this is a fair price if they want to

25    transact that.
```

Page 129

1             MR. RYAN:  Objection to form.

2             THE WITNESS:  So it's important when I answer

3    this question to be clear on what motivated a demand

4    increase.  So if counter to what I believe your

5    assumption was in your question, that a demand increase

6    for stock X, because the market perceived that there was

7    information, value-relevant news that dividends would --

8    or earnings would be permanently increased for this firm,

9    that would increase demand, and that would increase

10   price.

11            There's nothing unusual about it whatsoever.

12   That makes sense.  Because there's nothing for an

13   arbitrageur to take away because that price increase was

14   connected and driven by value-relevant information.

15   There was no money machine there.  It moved up for good

16   reason, good value-relevant information reason.

17            Alternatively, as I said, the converse would be

18   the demand went up for something that was not value

19   relevant.  Let's just say it went up because they were in

20   a happy mood that day.  The price goes up, and it has

21   nothing to do with future dividends.

22            That price has increased for no rational

23   value-relevant reason.  That's when arbitrageurs come in

24   and would short it in this case.  Because they know that

25   that price is not a price that investors are going to

1    live with because it's a money machine.  It's too good.

2            It means that -- it's too high and that

3    investors are going to be getting lower yield on those

4    stocks and not be happy with it in the long run and the

5    price will go down.

6            So prices that move because of demand that is

7    unrelated to anything to do with the fundamentals of the

8    stock, value-relevant information, are going to be

9    arbitraged away.

10           And yes, demand went up.  But if demand goes up

11   for reasons unrelated to the future cash flows of the

12   stock, those will be arbitraged away.

13           So I'm not saying demand doesn't matter.  I'm

14   saying if demand goes up or goes down based on

15   non-value-relevant information, then in an efficient

16   market, that should have no impact on the price.

17       Q.  BY MR. ROSEN:  You say it should not have an

18   impact?

19       A.  Yeah.

20       Q.  Theoretically.

21       A.  Well, it should not theoretically have an impact

22   on the price.  And unless we believe that there are all

23   these fantastic arbitrage opportunities as an empirical

24   matter that are just sitting there, then I also would say

25   as an empirical matter, these easy pickings aren't

Page 131

1    available that long.

2        Q.  So put options on these nine stocks.  During the

3    pre-class period, was there any limit to the number of

4    put options that could be written on these nine stocks?

5        A.  I haven't looked into that.  I have not -- I'm

6    not aware of reading a limit on the put options.  I just

7    don't know the answer to your question.

8        Q.  And I think the SEC report said there was quite

9    a bit of options activity on these stocks.

10       Are put options a close substitute for going --

11   selling short to these nine affected stocks?

12       A.  They -- a put option onto itself does have

13   similarities with shorts.  Because in both cases as the

14   underlying stock price falls, the values go up.  Shorting

15   value goes up as the stock price falls and a put option

16   goes up as the stock price falls.  So they have that

17   similarity.

18       Q.  So if somebody, an arbitrageur who wanted to

19   make a short position but was finding it hard to borrow

20   the stock for whatever reason, not available or borrowing

21   costs were high, they could have bought a put option and

22   arbitraged away these what you believe to be the rational

23   prices.

24       Am I putting words in your mouth when I say

25   rational price?

Page 132

1          A.  I don't use that phrase.  I know what you mean

2     by it.  I try not to use that phrase I just say whether

3     it's an efficient market or inefficient market.

4          Q.  So couldn't arbitrageurs who were unable or

5     unwilling to pay the cost of selling -- going short,

6     could they have just bought put options and constructed

7     an equivalent portfolio to arbitrage away these perceived

8     inefficiencies?

9          A.  So it is my understanding that an alternative to

10    shorting can be purchase a put option.  It's also the

11    case that in typical times when there are high costs of

12    shorting, there can also be high cost of going in put

13    options.  And what would I mean by that?  There could be

14    very large bid-ask spreads for put options.

15              I haven't looked into this here, but typically

16    it's the case that put options themselves at times can be

17    illiquid and there could be high bid-ask spreads.  There

18    could be all sorts of reasons why put options are not

19    without frictions, also.

20         Q.  Now there was an interview with Mr. Peterffy.  I

21    can't recall his first name.  The guy who owns

22    Interactive Brokers.

23              Do you familiar with him?

24         A.  I don't recall his name.

25         Q.  His name is Peterffy, and he was -- he was

1    interviewed, I believe, on CNBC.  In fact, I think --

2    anyway, he -- he went so far as to say that he thought

3    that because there were so many call options written on

4    GameStop on the 26th and 27th, he thought that because

5    those call options were in the money and people were

6    going to have to buy shares to cover the call options

7    they had written, that if those restrictions hadn't been

8    put into place, the price of GameStop would have gone

9    over a thousand because people would have had to -- there

10   would have been additional demand in the market for those

11   shares.

12          And does -- does that -- if that were true,

13   would that mean the stock for GameStop was inefficient

14   because the price was rising based on that demand?

15          MR. RYAN:  Objection to form.

16          THE WITNESS:  So I'm a finance professor and a

17   finance expert, but I could not put all that together in

18   my mind in real time to be able to understand it.  I was

19   not blaming you.  It's a relatively complicated example.

20   That would be kind of one, it would helpful if we go

21   really slow or you put it on the screen, but that had a

22   lot of moving parts.

23      Q.  BY MR. ROSEN:  I would have to replay -- I guess

24   I could get this at a break, but the essence of it is

25   that Peterffy, who runs Interactive Brokers, he's, you

Page 134

1    know, I don't know, the guy's worth 25 billion or

2    something.  So he's obviously smarter than me.  I won't

3    say he's smarter than you.  But he knows the markets;

4    right?  He runs -- he runs a pretty successful brokerage

5    firm.

6          And his belief is that there were many call

7    options written, and the number of call options that were

8    written meant that there was going to be tremendous

9    demand for these GameStop shares and that those -- price

10   of the GameStop shares would have risen over a thousand

11   had those restrictions on the 28th not be put into place

12   because people would have had to purchase -- the people

13   who wrote the options would have to purchase those

14   shares, and that was one of the causes for the increase

15   in price for the -- based on the demand -- the demand

16   by -- for the shares by those call options.

17          So the question -- the question is:  If that

18   were true, would that necessarily mean the market was

19   inefficient simply because the demand resulting from the

20   call options caused the stock price increase?

21          MR. RYAN:  Objection to form.

22          THE WITNESS:  So the connection between call

23   options and the underlying stocks is sort of a well-known

24   topic area.  And more than just a call, but if you look

25   at calls and puts in the underlying stock at the same

Page 135

1    time, there's a -- there's a well-known concept called

2    put-call parity that exists.  It's not the same thing as

3    talking about market efficiency, but it's very close.

4            And so I haven't -- I don't know exactly what to

5    make of his explanation or description, but I do know

6    that people have looked at GameStop and others during

7    this time and noted deviations from put-call parity, that

8    is, normally there's a very close formula that connects

9    stock price and its option prices.  Because if it

10   deviates from that, there would be an arbitrage

11   opportunity.

12           So a lot of times in the real world when you

13   test this, it's not perfect, but it's really good.

14           I believe one of the studies that noticed

15   oddness in the valuation of options relative to the stock

16   price at this time was one of the papers cited by

17   Dr. Werner in his rebuttal report.  It was a working

18   paper from a few years ago.  I think one of the authors

19   was Jones.

20           And if you look at that paper, it discusses

21   anomalous behavior in the volatility of options, which

22   is -- we talked about earlier, the function of the price

23   of options.

24           So, again, I haven't looked into this, but it

25   would not shock me during a time in which I would say

Page 136

1    markets were wildly inefficient and at the same time

2    would see prices deviating from put-call parity.

3              Also, by the way, the Franklin Allen paper, as a

4    test of market efficiency, does something similar to the

5    quote you're talking about, and looks at the connection

6    between option prices and stock prices.

7              And my recollection is the Franklin Allen paper

8    shows this is evidence of market inefficiency in these

9    meme stocks during this period of time, that the

10   connection between options and the underlying stock, for

11   whatever reason, broke down.

12             And the Franklin Allen paper used this as

13   evidence of market inefficiency in this time.  The --

14   also the paper -- I'm almost finished here -- the Jones

15   paper also called this some sort of bubble, too.

16             So the Jones paper that Dr. Werner mentioned is

17   also aware of the sort of non-efficient market story

18   going on during this time.  And as sort of part and

19   parcel to this, there was something unusual going on

20   between options and the stock.  I just, as I sit here,

21   haven't looked at it enough to be able to disentangle

22   what caused what, whether the options caused the stock or

23   the stock caused the options.

24             All I know is there's some empirical evidence by

25   some researchers that the normal, non-arbitrage

Page 137

1    relationship between these things broke down for these

2    stocks during that time.

3         Q.   Do you know who Professor Gabaix is?

4         A.   A little bit.  G-A-B-A-I-X?

5         Q.   Yeah.

6         A.   He's -- yes, he's a -- I forget if he's at NYU.

7    But yes, I'm aware of him.  He's a relatively famous

8    economics professor.

9         Q.   All right.  And are you aware of a paper he

10   wrote with a guy named Koijen in 2022.  I'll show it to

11   you.  Well, I don't know.

12             Have you -- the name of the paper -- let's see.

13   It's called "In Search of the Origins of Financial

14   Fluctuations:  The Inelastic Markets Hypothesis."

15        A.   No.

16        Q.   Have you ever read it?

17        A.   I haven't.

18        Q.   Well, it's only 123 pages long.  How long do you

19   think it would take you to read it?

20        A.   Longer than most people.  It takes me a long

21   time to read articles.

22        Q.   All right.  Let's talk about coordinated

23   trading.

24             What is your definition of "investor

25   sentiments"?

1      A.   Investor sentiments?

2      Q.   Yes.  I see that in the literature here and

3  there.  Is there like an accepted definition of it?

4      A.   So I certainly do know -- I have definitely seen

5  the phrase used in academic literature.  I don't have a

6  great definition of it other than it usually occurs in

7  papers.  Because obviously on the face of it, investor

8  sentiment could be anything that investors believe.

9           But my recollection is the context of the papers

10  that cite it are usually getting at something akin to

11  noise traders.  Investor sentiment is usually given that

12  sort of meaning of something that's not driven by sort of

13  value-relevant information.  But that may not be the only

14  standard paper.  But that's my general reading of that

15  phrase.

16      Q.   Did the investor discussions on Reddit and Wall

17  Street Bets and other social media in January 2021

18  concerning the nine affected stocks, in your opinion,

19  represent widespread investor sentiments?

20      A.   I don't know if I've come to that conclusion.  I

21  certainly -- I mean, I don't have that conclusion.  I

22  certainly could find possibly others that may have that

23  belief.  I'm sure there are many.  But I haven't come to

24  that conclusion.

25      Q.   What conclusions did you come to about the

Page 139

1    investor discussions on Reddit and other social media in
2    January 2021 about the nine affected stocks?
3         A.   Sure.  Just a few.  So in the context, this came
4    up when I mentioned that I have an opinion that the
5    market for these nine stocks during this two-week period
6    that we've spoken about were not traded in efficient
7    markets.
8              And then to put that in context, I wanted to
9    mention other people.  So I mean academics, stock
10   analysts, and the media in general commented at length
11   about this, and many of the comments talked about social
12   media and Reddit and the like.  And they had all sorts of
13   discussions about that.
14             So this is, I would say, contextual.  I do not
15   have an opinion one way or another about the content of
16   these other than the fact that I'm aware as an empirical
17   matter that there is an association between the level of
18   activity of social media mentions of the meme stocks and
19   their price activity.  So I'm aware of that.
20             It's in academic articles.  It's in a couple of
21   Bank of America analysts reports.  It's in a Lasse
22   Pedersen recent paper.  That's all interesting and I
23   think provides interesting context and important context
24   for this.  But I don't have an opinion one way or another
25   about the underlying discussions on Reddit.

1      Q.  You used the term "coordinated trading" in your

2   reports.  What is your definition of "coordinated

3   trading"?

4      A.  Sure.

5          So it's finding a mechanism for multiple

6   investors to trade in concert in some way.  And keep in

7   mind, I'm talking as an economist.  I'm not talking

8   anything about conspiracies or anything about the law.

9          It's just a mechanism for coordinated trading,

10  for people to trade together in a certain way, for

11  whatever reason they may have for that.

12     Q.  Well, so there were people -- a large number of

13  people who -- well, you heard of this term "diamond

14  hands" on social media on January 21 in the context of

15  the nine affected stocks; right?

16     A.  So yes, I have.  I don't know what it means,

17  though.  I know it and I've seen it.  I did not Google it

18  to figure out what "diamond hands" means.  I can honestly

19  say I don't know what "diamond hands" means.

20     Q.  All right.  I can represent to you that I

21  actually believe someone testified to this, one of the

22  plaintiffs, but I'll -- my understanding is that it means

23  I'm holding the stock forever for, you know, the long

24  haul.  I'm not -- I'm not in this for the short term.

25  I'm going the hold this and not -- not let go of it.  I'm

Page 141

1    going to hold it and not let go, ever.

2         A.  Buy and hold investor.  Okay?

3         Q.  Yeah.  And so there were those -- you know,

4    there were a large contingent who were diamond hands

5    people, and then there was also people who were talking

6    about short squeeze.

7              And like I guess to me, the -- the idea of

8    making money with a short squeeze is you're going to hold

9    it until it gets up -- goes up, and then you're going to

10   sell it before, you know, before the shorts cover it;

11   right?  Before it goes back down; right?

12             Is that a fair analysis of how you make money on

13   a short squeeze?

14        A.  So that strikes me as a way of doing it.  Of

15   course, it's easier said than done.  But yes, the idea of

16   a short squeeze is to ride it up as it puts pressure on

17   the shorts to end up buying back the stock, which feeds

18   on itself and makes it go up even higher.  And then

19   generally people believe, for various reasons, the price

20   goes back down.  In that time, you want to be out of the

21   stock.  But the timing of it is always very tricky.

22        Q.  So would you agree that these would be two very

23   different investment strategies?  The diamond hands,

24   long-term investors would be having a very different

25   investment strategy than the more short term, short

Page 142

1    squeeze investors?

2         A.  So I'm just accepting as given the premise of

3    your question.  I have no reason to doubt your -- your

4    definitions.

5              So yes, I think definitionally an investor who I

6    would call buy and hold -- I think you called that

7    diamond hands -- a buy-and-hold investor and investor

8    who's trading based on some timing mechanism is very

9    different.

10             And I kind of think if I was teaching a class on

11   portfolio or investment strategies, I would probably

12   start with the difference between buy-and-hold investors

13   and short-term investors.  That's like where I would

14   start as very different strategies.

15        Q.  Is it your opinion that the people who were

16   engaging in coordinated trading on social media were in

17   some way manipulating the prices of the nine affected

18   stocks?

19        A.  I don't have an opinion on that.

20        Q.  Is it your opinion that the people who were

21   coordinating trading on social media for the nine

22   affected stocks were somehow distorting the prices of the

23   nine affected stocks?

24             MR. RYAN:  Objection to form.

25             THE WITNESS:  I don't have an opinion on

Page 143

1    causation of what caused what I would consider the

2    incredible run-up in prices during that period.  I don't

3    have an opinion on causation, whether it's coordinated

4    trading or short squeezes.

5         Q.  BY MR. ROSEN:  Okay.  Now in your report, you

6    mention analysts.  There's a section on analysts, I

7    believe, somewhere.  And you discuss -- let's see if I

8    can find it.  I guess it's on page 66.  Let's see.

9              I'll withdraw that question.

10             So do analysts' recommendations -- would you

11   consider analyst recommendations to buy, sell, or hold

12   the stock to be value-relevant news that could impact the

13   price of stock, move the price of stock?

14        A.  It -- it depends on why they make such a

15   decision.  So here's what I mean.  A recommendation is

16   not in and of itself information.  It is sort of a

17   summary of information in how they base an overall

18   decision based on underlying information.

19             So if -- I'm just making a hypothetical here to

20   make my point.  If an analyst said, "I have updated my

21   opinion that stock A dividends or cash flows are going to

22   increase much more than I anticipated, or much more than

23   other investors think; therefore, I'm raising my rating,"

24   I would call that in its totality value relevant.

25             If on the other hand, the investor said, "I

Page 144

1    think we're in a bubble and I suggest this bubble is here

2    to stay for a while, why don't you ride the bubble and

3    buy it and hang onto it for a while, and therefore, I'm

4    going to say it's a strong buy," I would call that

5    non-value relevant information.

6           I'm not going to judge the recommendation unto

7    itself as value relevant or not, but the basis for that

8    recommendation.

9    Q.  But if an analyst's recommendation is based on

10   his changed view of the cash flows, but that changed view

11   is not a function of any new news coming from the company

12   or any other source as to the nature of those cash flows,

13   why should that new view impact the price of the stock?

14   A.  So analysts in general -- I'm not going to say

15   any one analyst in particular -- provide value in at

16   least two ways.  I'm thinking about it as two ways

17   fundamentally:  One is uncovering information that's

18   value relevant; but two, and sometimes more common, is

19   interpreting -- interpreting new value-relevant

20   information.

21          So as an obvious example, a firm could have an

22   earnings announcement on a day.  Generally, that's at

23   least fodder for value-relevant information.  And the

24   fact that two analysts both mentioned that would not be

25   very interesting.  You wouldn't be paid for that.

1          However, one analyst might say, "This

2     foreshadows more of the same because I believe there's

3     barriers to entering this industry."  And then the other

4     analyst says, "Don't be fooled by this.  This is an

5     accounting trick because they had a temporary, you know,

6     increase in, you know, goodwill or something like that."

7          All I'm saying is that analysts also interpret

8     that information, and if one analyst interprets that

9     information in a way that changes the recommendation, and

10    it's based on their interpretation of value-relevant

11    information, like in my hypothetical, then I would

12    consider that potentially value-relevant news.

13    Q.  So in paragraph 109 of your report, you say that

14    academic research has recognized that noise traders can

15    pose risks to arbitrageurs.

16    A.  I have the right page.  I just want to see where

17    you got that from.  Was that a quote or was that like a

18    summary, what you just said?  I couldn't find it.

19          MR. RYAN:  I think it's at the end of the second

20    sentence.

21          THE WITNESS:  Okay.  Thank you.

22          Okay.  I see it.

23    Q.  BY MR. ROSEN:  So do you think that the retail

24    traders in these nine affected stocks posed a risk to the

25    arbitrageurs who were selling short these nine affected

                                                   Page 146

1    stocks?

2         A.  Did you say retail?  Because that one word, I

3    didn't hear.  I think you said retail.

4         Q.  Yes, retail.  Yes.

5         A.  So I don't have an opinion on that.  That's a

6    causal story.  I certainly am aware that some people have

7    the opinion that there was -- that these retail investors

8    either purposefully or non-purposefully coordinated

9    driving up the price, putting pressure on these short

10   sellers.

11           That's a story that's out there.  It's obviously

12   in the Franklin Allen paper and others.  I don't have an

13   opinion on that.  It's a story that is definitely

14   credible to me, but I haven't formed an opinion on that

15   one way or the other.

16        Q.  Well, wouldn't the flip side of that story be

17   that the short sellers were ganging up against these nine

18   affected stocks to drive the price down so they could

19   profit?

20        A.  So I don't know if either of those stories are

21   true, in fact.  All I'm convinced of is that those

22   markets were not efficient during that period of time.

23   Whether you believe it's possible that the line of

24   causation goes from retail investors to the stock price,

25   or alternatively, you believe the line of directionality

Page 147

1    goes from the short sellers to the stock price, it

2    doesn't change my opinion.

3           I would just say that when I read the academic

4    articles and the analyst reports, they mostly subscribe

5    to the hypothesis that the directionality goes from

6    retail investors causing the prices to go up beyond

7    efficient values, putting pressures on short sellers to

8    even exacerbate the price run-up itself.

9           That's -- I don't have an opinion on that.  I'm

10   just saying that's what I view as the common narrative

11   from the academic articles, for example.

12        Q.  Is there limit to how many shares of a company's

13   stock can be sold short?

14        A.  That's an interesting question because most

15   people are surprised that short interest can go above

16   100 percent.  So I don't know if there's a limit.  There

17   may not be.

18           So it is unusual to have short interest go over

19   100 percent because that would mean more than the number

20   of shares outstanding are shorted, and there's a

21   technical reason why that is the case, is that one person

22   borrows stocks from another, and then that person itself

23   lends it to another person.  So it gets turned around

24   twice.  It's shorted twice, the same shares.  And it can

25   be done even more.

Page 148

1          So it's something that we know is possible.  I

2    personally wasn't aware how -- that I thought this was a

3    very rare event, and maybe it is.  But I'm certainly

4    aware of GameStop, for example, at times having shorts

5    over 100 percent, which is a surprising number.

6          Q.  In paragraph 26 -- let me see which report this

7    is.  Yeah, it's your opening report.

8          On paragraph 26, you say, "My own analysis of

9    data from the stock lending market also provides evidence

10   to the strengths that may have inhibited the ability of

11   arbitrageurs and other market participants to sell short

12   certain at issue stocks."

13         Now you used the term "may have inhibited,"

14   which is uncertain.  It implies some level of

15   uncertainty; is that right?

16         A.  So what I would view this as -- I'm not

17   necessarily disagreeing with your characterization.  What

18   I'm saying is I have not formed an opinion in this case

19   about causality.

20         So as I said earlier, I've come to the

21   conclusion that these stocks were not traded in efficient

22   markets during this two-week period.  There are stories

23   about short squeezes and coordinated retail trading that

24   are out there.

25         To the extent we're talking for the moment in

Page 149

1    this paragraph about short squeezes or attempted short

2    squeezes, what I point out is I am showing in this report

3    some empirical evidence of constraints to short selling.

4    But because I don't have an opinion about whether, or if

5    so, how much of the price increase was due to short

6    selling -- short squeezes, I do not say as a factual

7    matter it caused it.  I'm saying it may have caused it.

8           That's the story there.  I don't have a

9    conclusion about causality.

10          Q.  So in paragraph 132 of your opening report, it

11   says, "In sum, risks and constraints on an arbitrageurs'

12   ability to sell stock short -- whether due to sharply

13   rising stock prices, high costs, or limited supply for

14   borrowing stocks, or risks due to the possibility of loan

15   recall or changes in the borrow rate -- can present

16   impediments to trading that inhibit the incorporation of

17   new, value-relevant information."

18          Do you have any evidence that there was a

19   limited supply for borrowings these nine affected stocks,

20   more limited than any other company, I mean, that was

21   traded on the market?

22          A.  So the empirical evidence that I showed was

23   certainly not -- in this report, was not directly that

24   variable.  I believe I showed borrowing costs and short

25   interest.  I believe other papers have touched on that.

Page 150

1    I think the Franklin Allen paper does discuss that, and I

2    can't recall it, but I would be -- I think it's quite

3    possible that that paper does shed some light empirically

4    on the amount of shares available to be shorted during

5    that time.

6              But I didn't independently do that, but there's

7    ample discussion about short-selling constraints and

8    potential short squeezes during that time that are based

9    on that.

10        Q.  Do you have -- do you know of any specific

11   instances in which an arbitrageur was prevented from

12   taking either a long or short position in the nine

13   affected stocks during the pre-class period or class

14   period?

15        A.  I do not have any sort of information about any

16   individual arbitrageur.  All of my statements are in the

17   context of what I see in the market itself.

18        Q.  Do you have any opinion as to whether there

19   actually was a short squeeze in any of the nine affected

20   stocks during the pre-class period?

21        A.  So I don't have an opinion on that.  I do cite

22   the Franklin Allen paper, where he and his coauthors, I

23   believe, I think was it seven of their stocks?  So maybe

24   that's five.

25        Q.  Five.

 1        A.   Five of the stocks.

 2        Q.   Five of the nine, seven of the thirteen,

 3   probably.

 4        A.   Yes.  But I certainly cite that as an academic's

 5   opinion of that.  But again, of course, that's -- I'm

 6   providing that as -- as context for my opinion that these

 7   stocks did not trade in efficient markets during this

 8   two-week period.

 9        Q.   Do you know how one might go about performing a

10   test to determine if there was a short squeeze in any of

11   these nine stocks?

12        A.   Well, the Franklin Allen paper is a method of

13   doing that, but I haven't considered doing that research

14   myself.

15        Q.   So in paragraph 128, you define -- I don't know

16   if it's a definition, but you say -- you say, "A 'short

17   squeeze' is a situation where short sellers are forced to

18   close out their positions due to the risk and constraints

19   they face."

20             Is that the definition of a short -- of a short

21   squeeze that you base your opinion on in this case?

22        A.   Not necessarily.  That is one definition, and

23   obviously I cite it from this D'Avolio academic article.

24   There are other definitions of short squeezes that are

25   similar, but not exactly the same.

Page 152

1      Q.  Could you give me an example the other

2  definitions?

3      A.  I'd have to go through it, but I'm sure the

4  Franklin Allen paper has a definition of a short squeeze

5  in there.

6      Q.  I see.

7          What are the risks and constraints a short

8  seller might face that would constitute or contribute to

9  a squeeze?

10      A.  Sure.

11          So there are several.  This may be not all

12  inclusive.  There may be more.  So one is borrowing

13  costs.  So when you're shorting, you borrow stock until

14  you unwind the position.  Not only are you paying

15  interest while you borrow the stock, but that interest

16  rate could go up.  And that's a risk.

17          Another very sort of simple technical risk is

18  that the stock may be recalled and you have to quickly

19  find another source for that stock to be able to short

20  it.  You have to borrow somewhere else.

21          In normal circumstances, it may be very easy to

22  find another stock, but when over 100 percent of the

23  stock is being shorted, it may be very difficult.

24          Another example, and probably the primary risk

25  at issue at this time here, is that the stock could keep

Page 153

1    going up in value.  And while it goes up in value, you

2    are going to -- the shorter is going to have to increase

3    their collateral and come up with more money to meet

4    those margin requirements.  And if they do not meet those

5    margin requirements, they will be forced to sell those at

6    a price that most likely is above what they sold them for

7    initially and lose money on the position.

8         So it's the combination of borrowing costs, the

9    scurrying to find new shares if they're recalled, and the

10   risk that even though you might have initially believed

11   that the stock prices were too high, they can become

12   higher.  And even though in the fullness of time you

13   might be fine, but they don't have unlimited capital, and

14   they can be hit by margin calls or may simply say "I

15   cannot bear this risk, anymore."

16        So it's capital constraints, limited horizons,

17   and those sort of frictions that make short selling very

18   risky in these kinds of markets.

19        Q.  If there was an attempted short squeeze but not

20   an actual short squeeze, would that have an impact on a

21   stock's price?

22        A.  So that's a very semantic-driven question.  It's

23   obviously a fair question, but when an attempted short

24   squeeze, we all can imagine what I mean by that and

25   others mean by that.  It could be something that is

Page 154

1    intential, such as coordinated retail trading to push

2    up the stock, put pressure on existing short sellers.

3           Now if it's attempted but not successful, yes.

4    It depends.  But if it's attempted and it pushes the

5    stock price up into inefficient market territory, that

6    certainly in and of itself can make the market

7    inefficient and cause the stock price to be higher than

8    it should be otherwise.

9           If the attempt could be you and I try to attempt

10   to engender a short squeeze on Apple stock, we might

11   really try to do it hard, but I guarantee you we couldn't

12   do it.

13          So what I mean by attempted short squeeze is to

14   make sure I'm clear that the fact that some people claim

15   that investors, retail investors on Reddit, were

16   coordinating to do a short squeeze.  I'm sure you can

17   find quotes of people trying to do that.  I'm not

18   accepting that as evidence that they caused a short

19   squeeze.

20          So I'm putting that in the category of attempted

21   short squeezes to say that could also cause the stock

22   price to go up, probably not as much as a successful

23   short squeeze, though.

24       Q.  Is there a minimum amount of short interest

25   required for there to be a short squeeze?

Page 155

1       A.  I'm not aware of a number for that.  I do not

2    know one.

3       Q.  What level of certainty is required for you to

4    give an opinion that the market for a stock is

5    inefficient?

6       A.  I don't have a precise answer.  What I would say

7    is I'm not -- it's not my general nature as an academic

8    or an expert to argue that a stock is clearly not trading

9    in an efficient market for a period of time.

10          So I need a lot -- I need some facts of a case

11   to be very extreme, and I know it's a bit of a broken

12   record, but just to be clear, this is not your normal

13   case.

14       Q.  You know, they're charging you by the word in

15   this transcript.

16       A.  That's okay.  This is not your normal case, and

17   so I'm not exaggerating.  I demonstrate to -- in my -- in

18   my report that this is really a one-in-a-million event.

19   So this one week for these nine affected stocks, the

20   portfolio of them increased by more than a random drawing

21   of nine other stocks over a 25-year period.  A million of

22   them.  And not only did it outperform them; it

23   outperformed them by a lot.

24          So, again, I feel like your question insinuates

25   that I am being characterized as somebody who's imposing

Page 156

1    these strict efficient market conditions.  I'm a firm

2    believer in efficient markets as being the normal course

3    of events, and I wouldn't rule that out so strongly as I

4    do in this case unless I was really convinced.

5              And as I said, a one-in-a-million event when

6    many of these stocks had no value-relevant information.

7    Like I forget the ones, but it could have been Trivago,

8    for example.  I forget.  But Trivago may not have had

9    any -- I couldn't find any value-relevant information

10   going on, yet this was an unusually good performing stock

11   during this time.

12             So I'm not being unbelievably loose in my

13   definition of deviation from an efficient market.  I am

14   just saying that this is so extreme there is no way a

15   finance professor could look at the facts of those nine

16   stocks during this two-week period, just this two-week

17   period, could come away and saying these stock price

18   increases during the first one-week period are justified

19   in any way by value-relevant information.

20        Q.  Is it your opinion that the supposed or alleged

21   short squeeze for these nine stocks was illegal

22   manipulation?

23        A.  I have no opinion about the legality or lack of

24   legality of that sort of behavior.

25        Q.  Are you offering any opinion in this case as to

1    what caused investors to sell their shares after the PCO

2    restrictions were imposed by Robinhood?

3         A.  I am not.

4         Q.  Do you offer any opinion as to whether investors

5    were aware of fraud or manipulation as a result of the

6    restrictions Robinhood imposed or that others imposed on

7    these nine affected stocks?

8              MR. RYAN:  Objection to form.

9              THE WITNESS:  So I do not, and I don't have an

10   opinion that even of what would constitute fraud or

11   manipulation in a particular case.

12        Q.  BY MR. ROSEN:  Did the purchase restrictions and

13   subsequent price decline in the nine affected stocks

14   induce investors to sell shares to the nine affected

15   stocks during the class period?

16             MR. RYAN:  Objection to form.

17             THE WITNESS:  So that's, again, what I would put

18   in the category of causality.  I don't have an opinion on

19   that.  Other than during that period, the class period, I

20   have an opinion that those nine stocks did not trade in

21   an efficient market.

22        Q.  BY MR. ROSEN:  What information did investors

23   have on beginning January 28th, 2021, about the

24   restrictions; do you know?

25        A.  So I don't know a lot about this.  I do

                                              Page 158

1    recall -- I believe I have a footnote from a deposition

2    of one of, I guess, the named plaintiffs, and my

3    recollection is that -- I believe it was a "he" --

4    mentioned that his app showed a restriction.  And then he

5    went to the website and found that there was a

6    restriction.

7              That's my recollection, and we could go through

8    that.  But that was -- I cited that as a footnote in my

9    report.  So that would be an example of what one

10   investor, I believe, in deposition testimony said.

11        Q.  Now did you do an analysis of the Cammer and

12   Krogman factors -- well, you know what the Cammer and

13   Krogman factors are?

14        A.  I do.  I don't have them memorized.  I am

15   broadly familiar with them, and I know most of them, but

16   I'm familiar with them.

17        Q.  So you know there's five Cammer factors, the

18   fifth being price moving in response to news?

19        A.  Yes.  The fifth is the sort of empirical

20   cause-and-effect relationship.

21        Q.  So did you do an analysis of the first four

22   factors?

23        A.  I did not.  I certainly had commentary on them,

24   particularly in my rebuttal report, but commentary to the

25   extent of comments on Dr. Werner's treatment of them.

Page 159

1      Q.  And did you do an analysis of the Krogman

2   factors?

3      A.  I -- if I did, it would only be to the extent

4   that I commented on Dr. Werner's report.  And I don't

5   believe I mentioned them.  I think I mentioned in my

6   rebuttal report Cammer 2, 3, and 5.  That's my

7   recollection.

8      Q.  Did you do an event study in this matter?

9      A.  I would say you could call it that.  I don't

10  want to fiddle over semantics.  But yes, I did -- in

11  my -- I think they were appendices E and F.  I did

12  something very close to what you would call an event

13  study.

14     Q.  And why do you call it -- why do you say it's

15  close to an event study, but not an event study?

16     A.  Sure.

17         I have no problem with calling it an event

18  study.  Generally speaking, what I did was technically a

19  regression, a regression with two right-hand side

20  variables, an industry and a market factor that we talked

21  about earlier.  And then I looked at on all of the days

22  for these at-issue stocks for this one-week period prior

23  to the class period and then the class period itself, I

24  looked if I could find any value-relevant information

25  there.

```
 1            So that's what I did.  I didn't call it an event
 2    study.  If you want to call it an event study, that's
 3    fine.
 4        Q.  I don't want to call it an event study.  I want
 5    to call it a reverse event study.
 6        A.  Okay.
 7        Q.  Is that okay?
 8            MR. RYAN:  Objection to form.
 9            THE WITNESS:  If you ask me a question about
10    reverse event study, I'm happy to answer questions about
11    it.
12        Q.  BY MR. ROSEN:  Well, you know, this is -- this
13    is my issue with the way you did your event study.
14            So you, at the time you -- you first -- before
15    you selected event study, you did your regression and
16    found out what dates during the pre-class period and
17    class period were statistically significant; right?
18        A.  I'm not sure I agree with that statement.
19        Q.  Well, what was the design?  Explain the design
20    of your event study, then.
21        A.  Sure.
22            So for -- unless you disagree, for purposes of
23    my answers in this section, it's easier if I just talk
24    about the one week prior to the class period.  Because
25    there's --
```

```
                                              Page 161

 1        Q.   Yeah.

 2        A.   -- three different ones.  And that's obviously

 3   the period under study by Dr. Werner, also.  Okay.

 4             So this is -- actually, if you don't mind,

 5   there's a footnote in the appendix that I'm going to be

 6   referring to because that answers directly your question.

 7   Let me see if I can find this.

 8        A.   So if you're interested, on the PDF --

 9             MR. ROSEN:  I can't hear you all the sudden.

10   Something happened to your voice, to your mic.

11             THE WITNESS:  How about now?  Can you hear me

12   okay?

13             MR. ROSEN:  It's still changed.  It's not as

14   strong.

15             THE WITNESS:  If it keeps going, I can talk

16   louder.  But I will --

17        Q.   BY MR. ROSEN:  Now I hear better.  Now I hear

18   better.

19        A.   Okay.  I moved for a second.

20             But I'm on page 117 of my PDF.

21        Q.   Okay.

22        A.   And just it helps me recall.

23             What I would argue is my methodology of the

24   event study is summarized in the footnotes on this page,

25   largely.
```

1          So there's two things that are done, and the
2     first is a regression.  So you can feel free to ask me
3     more about regression, but I'm just going to briefly
4     describe that part of process.  And that's not in the
5     footnotes here.  That's talked about elsewhere.  And I --
6     I think footnote 2 mentions that.
7          So I run a regression over, my recollection is a
8     120-day estimation period that goes up, I think it ends
9     at just before January 2021.  So it doesn't go quite up
10    against the class period and the week before.
11         And that regression is a statistical technique
12    that is not unlike what you described the Roll paper as
13    earlier.  So one regressor for all of these at-issue
14    stocks is the market portfolio, and another regressor is
15    an industry regressor, which you're welcome to ask me
16    questions about the details of that, but I'll leave that
17    out for the moment.
18         And so that regression is run.  And those -- a
19    regression is run means it estimates those parameters,
20    what are called a slow co-efficient on the market and the
21    slow co-efficient on the industry.  And each day the
22    difference between those values and what's predicted is
23    called the residual for the company-specific return.
24         So the regression is run.  And then as an output
25    of that, besides those parameter values, you can

Page 163

1    determine for each stock and each of those five trading

2    days whether or not the return was statistically

3    significant, say it's a 5 percent level significance.  So

4    that's one part of it.

5              I'm not calling it step one because -- you're

6    welcome to ask me about the timing of this, but I'm just

7    saying that's one aspect of this.

8              And the other aspect which is much more detailed

9    in the footnotes at hand here is a search for potentially

10   value-relevant information about these stocks on these

11   days.

12             And so first part of that is where do we search

13   for this value-relevant information.  And what I list

14   there is press releases by the companies, SEC filings,

15   equity analyst reports, and then I also include debt

16   rating agencies' changes.  So those are the sources that

17   I look at.

18             And then based on those sources, I determine

19   whether or not on a stock on a given day, there is

20   potentially value-relevant information.  And what I mean

21   by value-relevant information is the stuff we talked

22   about earlier, stuff that deals eventually with the cash

23   flows of the firm.  Things to do with the firm's earnings

24   and costs and customers and things like that.

25             But explicitly, as I've put in there in the

Page 164

1    footnote, I do not include as value-relevant information

2    information that deals with things such as short

3    squeezes, because that has nothing to do with the firm

4    itself, its earnings.  I don't deal with what's going on

5    with coordinated retail investors.  I don't -- and

6    lastly, I don't include information of commentary by

7    analysts that, in my words, would say these stocks are

8    inefficient.

9              If an analyst says this stock is trading in an

10   inefficient market, I wouldn't call that value-relevant

11   information.

12        Q.  Why wouldn't it be?

13        A.  Why would an analyst saying that the stock

14   doesn't trade in an efficient market?

15        Q.  He's saying the stock is overvalued or

16   undervalued; right?  Isn't that value relevant?

17        A.  So I'm defining value relevant as -- because I'm

18   doing this on purpose because I'm connecting it to the

19   earlier discussions you and I have had about what an

20   efficient market is.

21              An efficient market is that the prices quickly

22   and fully reflect new information that I say is value

23   relevant.  So if a stock price quickly and fully reflects

24   new information about earnings, that's fine.  That's what

25   I'm looking for in an efficient market.

1             If on the other hand, a stock price quickly and

2      fully reflects information about sun spot activity, that

3      is not value relevant.  I'm not saying that's a great or

4      bad thing, but no finance professor would consider that

5      value relevant.

6             And so as an extreme case, and as I point out in

7      my rebuttal report, ironically, quite a bit of the

8      information that Dr. Werner uses as news is commentary by

9      an analyst, for example, or a market commentator that

10     says, "This stock" -- is in my words -- "this stock is

11     untethered from anything value relevant."  And the fact

12     that it's mentioned, he uses that as evidence that it's

13     trading inefficiency.

14            So under his approach, just briefly, if

15     everybody on a day said GameStop is clearly trading in an

16     inefficient market, and GameStop stock moved, he would

17     use that as evidence that GameStop trades in an efficient

18     market.  That's extremely ironic.

19            So I am looking at -- so that's my procedure.

20     And then I look at this in its totality and try to come

21     to my opinion, which was quite easy in this case because

22     of the nature of the facts, that is there a reasonable

23     basis for me to come to the conclusion or to be able to

24     support what Dr. Werner is saying, that these unusual

25     statistically significant stock price changes of these

Page 166

1    at-issue stocks for these trading days is reasonably

2    related to the potentially value-relevant information.

3         And my answer is no.  It's not even a close

4    call.  So that's how I did this event study.

5    Q.  Well, January 21 to January 27th is a very short

6    time frame.  It's five trading days; right?

7    A.  It is.

8    Q.  Why didn't you look earlier than that?

9    A.  So first of all, I am looking at this period

10   right before the class period as the most relevant one.

11   For example, this is what was going on if -- if, for

12   example, as I do find that the stocks were not traded

13   efficiently during the class period, it's useful to have

14   some context about, well, did that just start on that day

15   or was it a continuation?  And obviously, I find that

16   it's a continuation.

17        I did not want to look at the class period as a

18   snapshot unto itself.  I think it's really important --

19   especially since I believe your expert believes that that

20   January 27th price after Koss went up a thousand percent

21   with some fair price, you need context.  Where did that

22   price come from?  So that's why I do the one week just

23   prior to it.

24        On the other hand, if I went back far, again,

25   like Dr. Werner does and looks a year in advance at the

Page 167

1    class period, that's not of interest to me.  I am not

2    shocked if somebody -- if somebody would show me that one

3    year before the class period, that some of these stocks

4    traded in an efficient market.  I didn't look at that,

5    but that wouldn't shock me, nor is it relevant to this

6    case.

7              We're talking about a meme stock event where

8    there was lots of discussion about these stocks and

9    unusual short interest.

10             The Franklin Allen paper has figures that show

11   when the discussions on social media started heating up,

12   and it was roughly that one week period prior.  So that's

13   another reason why I did that one week prior.

14        Q.  So do you have any opinion as to whether the

15   market for these nine affected stocks was efficient prior

16   to that, to the January 21st?

17        A.  I have not looked at it so I don't have an

18   opinion.

19        Q.  What hypothesis did you test in your event study

20   for these nine affected stocks?

21        A.  So the way I viewed it as, I would start with a

22   null hypothesis that these stocks traded in an efficient

23   market.  And what that means is that I need extreme

24   evidence to demonstrate that it did not.

25             So and the extreme evidence speaks for itself,

Page 168

1    and I'll be even more brief not to count up -- add up

2    your word count, but the extreme evidence was the

3    unprecedented increase in these individual stock prices

4    during that one-week period combined with the lack of

5    concomitantly important potential value-related

6    information about those stocks during that period.

7            It was so clear to me that I could find no

8    rational basis to be able to explain those extreme stock

9    price movements, in that case, increases, based on the

10   value -- potentially value-relevant information that I

11   was able to obtain.

12           I couldn't even imagine trying to come up with a

13   story based on what I found in terms of information

14   during those days to explain why costs went up a thousand

15   percent.

16           I -- I don't see Dr. Werner even attempting to

17   do that.  It's impossible.

18           So you might explain it by other things.  Of

19   course, everything has an explanation.  But my job was to

20   see if I could potentially explain it by value-relevant

21   information, and I could not.

22           And if you can't explain extreme stock movements

23   for nine stocks over a week of trading by anything

24   approximating value-relevant information, then you have

25   to come to the conclusion you would reject a null

Page 169

1    hypothesis of market efficiency.

2         Q.  Have you ever performed an event study in the

3    same manner that you performed this event study?

4         A.  I think all of my event studies are the same.  I

5    have a regression that's quite similar.  Usually has the

6    market industry effect.  I calculate the -- whether or

7    not the stock price was significant, and then on the day

8    of the event study, I look at information on that day and

9    try to discern whether there's any causal relationship

10   between the two.

11             MR. RYAN:  I think we've been going about an

12   hour and a half again, Larry.  Is now a good time for a

13   break?

14             MR. ROSEN:  Yeah, that's fine.  Ten minutes.  So

15   come back at 6 o'clock.  13 minutes, 6 o'clock.

16             MR. RYAN:  Sounds good.

17             MR. ROSEN:  3 o'clock your time.

18             MR. RYAN:  All right.  Thanks.

19             (Recess.)

20             THE REPORTER:  Back on the record.

21        Q.  BY MR. ROSEN:  Okay.  Dr. Grenadier, before our

22   break we were talking about your event study, and you

23   said it was found in appendix E and F of your report.

24             Now are you aware that -- so in appendix E, you

25   selected news and determined whether it was value

Page 170

1    relevant to the nine stocks; is that right?

2            MR. RYAN:  Objection to form.

3            THE WITNESS:  So I characterize it as

4    potentially value relevant.  So I'm trying to err on the

5    side of being generous to including news that's

6    potentially value relevant.

7        Q.  BY MR. ROSEN:  Now you're aware that Professor

8    Fischel went through the news on those days as well, and

9    he selected potentially value-relevant news for the nine

10   stocks.  And he selected -- and the two of you didn't

11   disagree -- the two of you didn't agree as to what was

12   potentially value-relevant news.

13           You're aware of that?

14       A.  So I'm aware that the days that -- at least over

15   the period that I covered, and he covered the same -- the

16   days that I found potentially value-relevant news did not

17   perfectly overlap with his.  But, of course, we used

18   different data sources.  I used primarily analyst

19   reports, and my understanding is that Mr. Fischel used

20   public press.

21           So they're different sources.  So clearly there

22   will not be perfect overlap between our two

23   determinations.

24       Q.  So you didn't look at the press, the media

25   articles?

Page 171

1          A.  So I did look at public press articles for

2     context, and I mentioned that earlier in my report.  But

3     in terms of the determination of value relevant --

4     potentially value-relevant information, I did not use

5     popular press articles.  I used what's listed in that

6     footnote 1 that we talked about.

7               Press releases, specific SEC filings,

8     importantly to my answer here, analyst reports, and then

9     lastly, debt rating agency changes.

10         Q.  Do you know for sure whether the only

11    differences between your view of potential value-relevant

12    news and Fischel's view of potential value-relevant news

13    was press articles that were not press releases?

14              MR. RYAN:  Objection to form.

15              THE WITNESS:  So I'm not an expert on his

16    methodology.  It's my understanding that he did not use

17    analyst reports, while I used analyst reports, and he

18    used presses -- or press -- not press releases, but news

19    articles, and I did not use news articles in that

20    section.

21              So we're using different data sources, and I

22    chose mine for my reasons, and he chose his for his

23    reasons.  And so because to some extent he is using

24    public press release -- not -- public press articles,

25    news articles, and I'm using analyst reports, they're not

Page 172

1    going to be one and the same.  We have different sources

2    of potential value-relevant information.

3         Q.  BY MR. ROSEN:  Okay.  Let's take a look at your

4    rebuttal report.  Let's go to Exhibit 1A, which is page

5    58 of the PDF.

6         A.  Okay, sorry.  It took me a while trying to

7    remember what this was.  Now I certainly do remember it,

8    yes.

9         Q.  So you did some sort of news/no news analysis in

10   Exhibit 1A, 1B, and 1C; is that right?

11        A.  That is correct.

12        Q.  And 1A, there's a news/no news test using just

13   earnings and guidance releases; is that right?

14        A.  Yes.  Let me briefly explain what I'm doing

15   here.  So he has what I'll call a technique that he uses

16   in his report that compares the -- I'll use as much as I

17   can his phraseology for this.

18            He looks at -- to come up with high information

19   flow days, what he does is use that public press reports

20   and looks in the headings of the names or ticker symbols

21   of each one of these nine at-issue stocks, and the

22   days -- the 10 percent of days with the most mentions in

23   the headings, he calls high-information flow days, and

24   the remaining 90 percent he calls low-information flow

25   days.  So that's what he does in his report.

Page 173

1           What I point out is in these three exhibits that

2    you mentioned is that when I look at earlier reports that

3    are in the public domain by Dr. Feinstein, he uses

4    alternative definitions of news days, widely construed.

5           So in the one here is in some of his expert

6    reports in the past, it was like five or six of them that

7    I had seen.  He counts as a news day when there is

8    basically an earnings announcement, but he also counts a

9    guidance release.

10           And so what I did is did everything that he did

11   with the exception -- try to replicate it, with the

12   exception of rather than search through headings of news

13   articles by mentions, doing the technique they did in the

14   past by including as news days that occurred on earnings

15   or guidance releases.

16           And so with that one change, I replicated his

17   analysis.  And then if you look at the far right-hand

18   column, what he would call significant would be any of

19   those numbers that's below 5 percent.

20           And so in this case, we see one, two, three

21   stocks that would be a statistically significant

22   difference between high-information flow days and

23   low-information flow days.

24           So I think he found seven.  Using a technique

25   that he used in many of his previous reports, only three

Page 174

1   of them would survive.

2          And so what I do in these tables one by one is I

3   replicate, just like here, using his previous expert

4   reports that I had found publicly available, and redid

5   it.  And I think you find much less, like three, two, or

6   only one stock survives this test.

7          And I'm just pointing out that this -- which

8   I've already criticized, his defining of news by mentions

9   in the popular press.  If we use it -- the definition of

10  news he uses in previous matters, we get much weaker

11  results.

12          MR. RYAN:  You said Feinstein, but I think you

13  may have meant Werner.

14          THE WITNESS:  Sorry.  Hopefully, that's the

15  first time I did that.  My apologies to Dr. Werner.

16      Q.  BY MR. ROSEN:  Now Exhibit 1B, you do a similar

17  test, but you use Form 8-K and 6-K?

18      A.  Yes.

19      Q.  And then Exhibit 1C, you do the similar test

20  using just press releases?

21      A.  Yes.  And as you see in this last one, only two

22  of them, Blackberry and Bed Bath & Beyond.  I'm sorry.

23  Just -- it looks like just Bed Bath & Beyond would

24  survive this test.

25          So rather, when he uses this counting mentions

Page 175

1     in press -- in the popular press, when he finds, I think,

2     seven of them survive this test, when you do his older

3     approach in other reports of press releases, only Bed

4     Bath & Beyond survive that.

5            My point is:  It makes a huge difference for the

6     particular statistical test that he's using that I'm not

7     advocating, but his definition of what includes for high

8     news and low news days matters a lot.

9            So there's something very unusual about his

10    definition of news days and non news days in this case

11    that seems to really matter.

12        Q.  Okay.  And did it occur to you that maybe you

13    should just combine all of the events that you selected

14    for Exhibits 1A, 1B, and 1C into a single test and just

15    call -- uses high information flow days all the earnings

16    and guidance releases, and all the 8-Ks and 6-Ks and all

17    the press releases?

18        A.  I don't believe so.  Because the way I'm

19    thinking about what I'm doing is I find in sight

20    previously publicly available expert reports, Dr. Werner,

21    and I'm trying to replicate that definition with the data

22    at hand.  So it's a replication.

23            So to the extent I was trying to replicate some

24    sort of agglomeration of those previous tests, that might

25    have occurred to me.  But I'm trying to replicate what he

1    did in previous reports, which is exactly what I did in

2    these three exhibits.

3         Q.  What he did in previous reports isn't relevant

4    to this case.  It's what he did in previous reports

5    relevant to different cases with different facts and

6    circumstances; right?

7              MR. RYAN:  Objection to form.

8              THE WITNESS:  So that -- that sounds like your

9    opinion.  What I'm trying to say is, number one, as I

10   make very clear, I do not agree at all with his

11   definition of what news is and not news.  Because it

12   ignores any conception of value relevance.

13             So if, for example, on a given day many reports

14   come upon GameStop's unusual short interest and the stock

15   price jumps, or just ignoring the stock price jumping, if

16   they're commenting on unusual short interest, that's

17   clearly not value relevant by my definition.  He doesn't

18   seem to care either way what they're saying as long as

19   they're saying something.

20             So he's not in his approach even what the news

21   is.  He's literally only counting mentions.

22             So I don't know of a finance or economics

23   textbook that says what should drive the value of a stock

24   is a number of mentions it gets in the press, regardless

25   of what they're saying.  Whether they're saying good

Page 177

1    things, bad things, important things, or irrelevant

2    things.

3            He includes mentions of such things as reporting

4    on what happened to the stock price the day before.  Why

5    in an efficient market does he even consider that

6    important news to buttress the opinion of a market

7    efficiency?  He's literally not looking at the

8    information.  He's ignoring it.

9            He's just counting cites.  And counting cites,

10   just mentions, is orthogonal to any measure of what is

11   value relevant.  It takes some work to notice whether

12   it's value relevant or not.  But just counting tickers or

13   names in a headline is not looking at whether that

14   information is value relevant or not.

15           So in that context, that's my critique.  What he

16   does in previous reports is different, but at least it

17   has some nexus between information flow and value

18   relevance.

19           So, for example, earnings announcements.  We

20   could all say that that's at least broadly related to

21   something that's value relevant.  I do not know why he

22   would not look at earnings announcements in this case.

23           If in other cases he looked at company

24   revelations through SEC documents, why is that not

25   relevant in this case?  What is it -- in your question,

Page 178

1    what is special about this case that would make him not

2    care about earnings announcements but now interested in

3    just mentions in the popular press.

4            I don't see any reason, any sort of scientific

5    reason for doing so.

6        Q.  BY MR. ROSEN:  So you think that he was bound to

7    do the same type of study in every single case he gets

8    hired to work on?

9            MR. RYAN:  Objection to form.

10           THE WITNESS:  Of course not.  I do think it's

11   fair to wonder when someone changes their technique for a

12   particular case, why?  Is there -- is there a reason why

13   you changed it?  And I -- I have not asked him that

14   question and I don't know the answer to it.

15           What I'm pointing out is I don't know why he

16   changed it.  It's not obvious to me what is it about this

17   case, though in previous cases would make him focus on

18   earnings announcements but not here.

19           And what I wanted to show is for that

20   unexplained reason, what I do note is it matters.  That

21   is, if he had used his previous approach, his results

22   would have been significantly weakened.

23           And I'm not insinuating whether -- what his

24   reason was, whether it was data scooping or not.  I'm not

25   saying anything like that.  I'm saying he changed his

                                                    Page 179

1    approach here from the publicly available ones that I've

2    seen.  He doesn't say in his report why he does that, and

3    it matters.  That's all I'm saying.

4         Q.  BY MR. ROSEN:  Okay.  Now if you had done one

5    single news/no news test for -- and combined all of the

6    events in Exhibits 1A, 1B, 1C, and that unitary or

7    combined test had shown the nine stocks or -- to be -- to

8    have a statistically significant difference between

9    high-information flow days and low-information flow days,

10   would that change your opinion about this?

11             MR. RYAN:  Objection to the hypothetical.

12             THE WITNESS:  So my opinion wouldn't change

13   because what I'm trying to show is if I look at his

14   techniques in the previous reports, and I've identified

15   three, and my opinion is if you do the techniques that he

16   did in those -- those three techniques in previous

17   reports, you get strongly different results.

18             That opinion doesn't change based on the

19   hypothetical you gave me.  Because I'm unaware of a

20   previous report that he did what you're insinuating.

21             I'm simply saying if he did the techniques that

22   he did in previous reports to the data -- applied it to

23   the data in this case, his results would be dramatically

24   different.

25        Q.  BY MR. ROSEN:  Let's go to your Opinion

1     Number 2.

2          A.   What page?  This is the rebuttal report two?

3          Q.   No.

4          A.   Okay.

5          Q.   Let's see.  It's page -- it begins on page 75 or

6     78 of the PDF, your first report.

7               So in Opinion 2, paragraph 149, it says that:

8     "If plaintiffs' allegations were true and Robinhood's

9     restrictions impacted the prices of the at-issue stocks

10    'artificially' throughout the proposed class period, that

11    would be inconsistent with market efficiency."

12         A.   I'm sorry, where --

13         Q.   Why is that?

14         A.   Where are you -- is this paragraph 149?

15         Q.   Yeah.  It's -- I don't know.  It's the last

16    sentence --

17         A.   Yep.  Give me just one second just to make sure

18    I just read that full sentence.

19              Okay.  Feel free to ask it again, please.

20         Q.   So what is the basis for that sentence?

21         A.   Sure.

22              What I'm trying to say is the notion of market

23    efficiency and the notion that a restriction on demand of

24    a subset of retail investors impacting the stock price

25    are fundamentally inconsistent.  It's the combination.

Page 181

1          I want to be clear on this because in

2     Dr. Werner's rebuttal report, he quotes this, like with

3     quotation marks, but leaves out the part about "under the

4     assumption of market efficiency."

5          He would say, for example, if you look at the --

6     the -- he says -- let me find a good example.  If you

7     look at the heading right above 149, he puts in quotes, I

8     believe, something to the effect of one would not expect

9     Robinhood's trading restrictions to have allegedly

10    'artificially distorted' prices.  And he mentions that a

11    lot in his report.  And it's -- I'm trying to explain why

12    that's an important misquote.

13         I am saying if the stocks traded in an efficient

14    market, then the allegation that these restrictions on

15    demand of a substantive retail investor would impact the

16    stock price are inconsistent.

17         I'm making a very simple point.  But to take off

18    the part about if one assumes that they trade in an

19    efficient market is a really strong mischaracterization.

20         And he goes on to say that Grenadier contends

21    that -- that some sort of causality, that these

22    restrictions could not have impacted stock price.  And I

23    never said that.  I just wanted to point out here because

24    this is literally -- your question here is about that

25    sentence, and you fairly asked me to explain it.  I'm

Page 182

1    just saying that I was surprised that he put quotation

2    marks around a fraction of my sentence over and over

3    again, which gives a very misleading inference for my

4    statement.  And I was very surprised by that.

5            I don't know if I've ever seen that in a report,

6    someone putting quotations around half of my sentence.

7        Q.  Well, so when you say -- you preface that

8    sentence with "assuming the stock is trading in an

9    efficient market," but is it possible that the stock was

10   trading in an efficient market and then the restrictions

11   come into place, and as a result of the restrictions, the

12   market is no longer efficient?

13           MR. RYAN:  Objection to form.

14           THE WITNESS:  If the market is not efficient --

15   so I'm just simply saying that if the market is

16   efficient, you would not find that a restriction on a

17   subset of retail investors would impact the stock price.

18   If you're saying if the market is not efficient, could

19   other things happen, yes.

20           If markets are not efficient, lots of things can

21   happen that are very difficult to explain.  In

22   particular, causality, and in particular, what a but-for

23   stock price would be.

24           So that's -- that's exactly my point is I'm very

25   limited here in this expression here.  I'm just saying

Page 183

1    that you can't say two things at the same time:  One,

2    that these stocks traded in an efficient market; and two,

3    a restriction on a subset of retail investors would

4    impact the stock price.  You could say other things, but

5    not that.

6           It's a very sort of I think relatively

7    non-controversial point that I would think almost

8    everybody would agree with.  But if you cut off half of

9    my sentence, then it becomes controversial.

10          Q.  BY MR. ROSEN:  All right.  Don't -- you're

11   getting so sensitive about that quotation.  I -- you

12   know, you can ask Mr. Ryan to grill Dr. Werner about

13   that, plans for that if you like next week or the week

14   after.  But I'm just trying to understand your opinion

15   here.

16          And is it possible -- I mean, is it possible for

17   someone to manipulate an efficient market?

18          MR. RYAN:  Objection to form.

19          THE WITNESS:  So "manipulate" sounds like a

20   legal term.  So I don't know what that is.  I've

21   certainly said in my report examples from the academic

22   literature about friction.  I'm not -- I'm not

23   attributing any motives on that, but there are frictions

24   that can make arbitrageurs have an inability to create

25   efficient markets.

1            So if, for example, arbitrageurs of very large

2     transaction costs and risks their capital, they are not

3     able to perform their duty to enforce an efficient

4     market.  So that can happen here.

5            But all I'm saying is that, one, that these

6     markets are not efficient during -- before and during the

7     class period, and two, if you want to assume that they

8     are efficient during the class period, you can't have at

9     the same time the belief that the restriction on demand

10    of a subset of retail investors would impact the stock

11    price.

12       Q.  BY MR. ROSEN:  All right.  So let me ask you

13    another hypothetical question.

14            So instead of Robinhood being the only firm that

15    was PCO only for the entire day on the 28th, I think

16    there was one firm that was PCO only for a couple of --

17    for a few stocks later in the date, like at 2 p.m.

18            But let's say 90 percent of the stockbrokers in

19    America went PCO only that day for these nine stocks.

20    Could that reduction in ability of people to purchase the

21    stock cause the prices -- cause the prices of the stocks

22    to be distorted or -- and decline?

23            MR. RYAN:  Objection to form.

24            THE WITNESS:  So I don't know.  Obviously, as

25    you change the facts, you get -- you have to think about

Page 185

1    it.  That's why, of course, when I mentioned this here,

2    there's two things that I think are important.

3            One is these restrictions.  As far as I know, do

4    not impinge on institutional investors.  And two, the

5    Robinhood segment of the market, for example, during the

6    one week prior to the PCO restrictions was a relatively

7    small part of the market.  I think I show their net buy

8    behavior was like a couple percent of the market.

9            So I'm saying that I don't know the answer to

10   your question because it depends on magnitude.  But I

11   certainly took into account magnitude in my answer.  As I

12   said, one is that Robinhood seemed to be relatively --

13   its investors seemed to be relatively small part of the

14   buy side of the market just prior to the restriction, and

15   two, institutional investors, as we talked about earlier,

16   have other ways of trading than through Robinhood.

17           So in the facts of the case as I understand it,

18   it would not be the case in an efficient market that the

19   restrictions on Robinhood would impact the market.

20           If you ask me to add on other types of

21   restrictions, I would have to look at it.

22       Q.  BY MR. ROSEN:  Well, but then you're admitting

23   it is a matter of degree.  At some point if you put

24   enough restrictions on purchasing, it's going to affect

25   the price; right?

Page 186

1          A.  If you restrict, for example, all retail and all

2     institutional investors, yes.  But not if you restrict a

3     subset of just retail investors.  I don't know how to

4     answer your question without some empirical --

5          Q.  Where do you draw the line?  What -- what how

6     much demand do you have to cut off before it will have an

7     effect in an efficient market?  Do you have any idea?

8          A.  There is no one number for that one.  What I was

9     trying to say is:  It's important in your hypothetical to

10    also tell me what the restriction is on demand for

11    institutional investors.

12          So -- and also, what fraction of -- if there's

13    any way -- so if there's any way of getting around those

14    restrictions.

15          So one of the articles that's mentioned by

16    Dr. Werner is this Jones paper, which says there was lots

17    of activity trading of options.  You got at that earlier.

18          So it's a simple answer to your question about

19    the facts matter.  But in this case, the facts, as I

20    understand that, is that these restrictions were not

21    placed at all on institutional investors.

22          AQR, for example, did not trade through

23    Robinhood.  That would be my best guess.  And AQR could

24    buy if it wanted to.  AQR could sell if it wanted to.

25          And also, Robinhood investors, by the data that

Page 187

1    I've shown in my report, was a very small fraction of the

2    market in terms of the buy side the week before for these

3    traded stocks.

4            So that is just used to provide a grounding of

5    my statement about a -- when I say a subset of retail

6    investors, I put some data behind it and show that

7    Robinhood was a subset of investors.  It was relatively

8    small subset of investors.

9        Q.  Did it come up with percentage points of the net

10   buy?

11       A.  I'm sorry, I didn't quite hear you.

12       Q.  You said Robinhood investors represented about

13   2 percent of the net buy, something like that?

14       A.  Yeah.  It's on the next page.

15           So the net buy, what I have is this 1 percent of

16   the total volume across all the at-issue stocks.  And

17   during the class period, it was 2.2 percent of the net

18   sell.

19           Oh, sorry.  Of the net sell, it was .6 of

20   1 percent.  Those are very tiny numbers.

21           I'm not opining --

22       Q.  Right.  But if you look at the change, the

23   change is 1.6 percent; right?  So there's a 1.6 percent

24   reduction in demand for the stocks; right?

25           MR. RYAN:  Objection to form.

Page 188

1              THE WITNESS:  So I don't see it that way.  Let's

2      look at why I do the net buy just prior to it, which is

3      the most important number.

4              So the net buy -- and you could look at the week

5      before or the 27th itself.  This is the demand.  When I

6      look at the net demand of Robinhood investors, that's

7      relevant because under my understanding of this case, the

8      issue is the restriction on demand for those investors,

9      the Robinhood investors.

10             So just moments prior to the restrictions,

11     roughly speaking, the net buy of Robinhood customers was

12     about 1 percent.  And then the restrictions come into

13     play.  And if they were totally successful, we're talking

14     about stopping something that was accounting for, just

15     before they came on, 1 percent of the net buy.

16             That's the most important number here.  Not how

17     it changed after the restrictions, but what they were

18     restricting.  And in principle, that strikes me as a very

19     low number.

20             I'm not saying that's a good or bad thing.  I'm

21     not opining on that at all.  I'm putting that in context.

22     Because in the first question you asked me about this

23     section, which is the relevant concept, is I mention a

24     subset of retail investors.  And I didn't want to be

25     accused of saying a subset of retail investors when it

Page 189

1    maybe accounted for 99 percent of retail investors.  That

2    would be -- that would be a mischaracterization.

3            And so when I put it in context, when I say a

4    restriction on a subset -- a demand restriction on a

5    subset of retail investors, I bring these numbers into

6    context.  And I think the most relevant one is this

7    1 percent of net buy of these stocks in the week prior to

8    the restrictions.

9        Q.  BY MR. ROSEN:  Do you have any support in the

10   academic literature for what the effect would be if you

11   reduced the demand for a stock by 1 percent, what effect

12   it would have on its price?

13       A.  So if that reduce in demand was driven by

14   non-value-relevant information, as my understanding here,

15   then the academic literature would probably be quite

16   universal in saying it would have a de minimus effect on

17   the price.

18           1 percent would not -- would be very easily

19   overcome by an institutional investor.

20       Q.  Do you know what caused these nine affected

21   stock prices to decline dramatically on January 28th when

22   the restrictions were in place?

23       A.  Just to be sure, you said that these nine

24   affected stocks?

25       Q.  Yes.

Page 190

```
 1        A.  I don't have an opinion on causality.
 2            MR. ROSEN:  I'll go to your third opinion.
 3            MR. RYAN:  I'm sorry, I didn't catch that,
 4    Larry.
 5            MR. ROSEN:  Let's go to your third opinion.
 6            MR. RYAN:  Thank you.
 7        Q.  BY MR. ROSEN:  What do you believe is the
 8    plaintiffs' theory of liability here?
 9        A.  So what I'm addressing in paragraph 161 of the
10    report is that in terms of my commenting on a methodology
11    for calculating damages, that's consistent with the
12    theory and applicable on a class-wide basis.
13            I am looking at this.  One is:  What is the
14    but-for price -- prices of these securities?  And as I
15    put here as the but-for price would be all else constant,
16    but-for the restrictions of Robinhood.
17            That means it includes the price run-up prior to
18    it and the restrictions on other firms such as E*TRADE
19    would continue.
20            So they would normally try to find the damages
21    by the difference in actual price versus the but-for
22    price.  And I've explained what my assumption was for the
23    but-for price.
24        Q.  BY MR. ROSEN:  And why is the price rise prior
25    to the class period relevant to the but-for price during
```

Page 191

1    the class period?

2        A.   Sure.

3             So when I did my report, it was to try to

4    explain that the fact that I find it not efficient for

5    the class period is obviously also consistent with how I

6    found it prior to the class period.

7             It would be odd to find differences, and I don't

8    find -- I find just as much justification for claiming

9    it's a non-efficient market before the one week prior and

10   the class period itself.

11            So to the extent chaud in many of my cases when

12   I look at these and I try to opine on market efficiency,

13   it's usually focused on the class period.

14            In this case for various reasons, Dr. Werner

15   doesn't do any analysis during the class period.  I

16   assume he is just assuming that it's not efficient and

17   focuses on the prior class period.  I'm not 100 percent

18   sure why, then.  But I show it's not efficient during the

19   class period, and for extra measure, that it's not

20   efficient for the one week prior to the class period.

21            In addition, to the extent it appears to me that

22   Dr. Werner is saying that the price as of the end of the

23   27th of January, 2021, was what I think he called a fair

24   price, my analysis during the prior period puts that in

25   context.

Page 192

1           What he seems to be deeming a fair price is that

2      price that I've mentioned many times today, for example,

3      Koss was a thousand percent run up without any sort of

4      reasonable value-related news, he calls that the fair

5      price.

6           He's saying that GameStop without any

7      value-relevant news, in my opinion, during that previous

8      period, went up something like 700 percent.  And he

9      starts there and he says that's a fair price.

10          And so when you put that in context with this --

11     this is right at the end of that extreme period that I've

12     talked about many times today.  He looks at that extreme

13     run-up and says that's the fair price.

14          Why?  I don't see how you can say that Koss

15     going up a thousand percent leads to a fair price.  Why?

16     You have to have at least some story as to why a stock

17     had an unprecedented week's movement, and he doesn't, he

18     just accepts it.

19          And so that's another reason why it's relevant

20     here.  To the extent he wants to use the price at the end

21     of the week prior to the class period as a fair price, I

22     think it's worth pointing out that I've already shown

23     that it's far from efficient, and that price is nowhere

24     grounded in value-relevant information.

25          Q.  Now let's assume we have an expert.  Plaintiffs

Page 193

1    hire an expert.  That expert does a regression analysis

2    and shows that the but-for price at each point during the

3    class period is a certain price that's, let's say,

4    10 percent higher than it was on January 27th, that if

5    had there been no restrictions by Robinhood, that the

6    prices would have stayed somewhat above -- somewhat above

7    where they were on the 27th and stayed there during the

8    class period based on a regression analysis.  And it's

9    able to disaggregate the restrictions that other firms

10   may have implemented during this class period.

11            Why couldn't that serve as a model for a but-for

12   price in damages in this case?

13            MR. RYAN:  Objection to form.

14            THE WITNESS:  So the point of a good segment of

15   this section of mine is a difficulty of doing such an

16   analysis in a market that's not efficient.  So when you

17   do a typical event study, information that's under the

18   presumption of an efficient market.

19            If you can't do that inference, I'm not sure how

20   that regression study would tell me anything.

21            Remember, in an inefficient market, as we said

22   earlier, the best predictor of tomorrow's price is not

23   the market price.  It's what's in the minds and hearts of

24   all the individual investors, and I don't know what it

25   is.

1          But the kind of analysis that you're insinuating

2     doesn't work in a market that's not efficient.  You're

3     trying to look at the data and figure out how the market

4     price would respond to that.  But doing that has some

5     presumption of rationality on the prices that's tethered

6     to value-relevant information.

7          You can do stuff like that sometimes if you

8     believe in an efficient market.  But that's why in your

9     very standard cases, like you called the stock drop

10    cases, why people first want to show that the market

11    during the class period is efficient so that they can do

12    that sort of event study.  That's why they do that so

13    it's meaningful.

14          But if you don't have market efficiency, those

15    sort of standard techniques don't work.  You don't see in

16    the literature about using event studies that this is a

17    great technique, markets are not efficient.  The whole

18    premise of an event study is to infer from the impact of

19    value-relevant information on the market price.  But if

20    markets are not efficient, there is no connection between

21    those two.

22          So that's my main point of the first section of

23    this section is that when you don't have an efficient

24    market, the standard techniques like one person's net

25    present value analysis or an event study, they just don't

Page 195

1    work.

2             And I'm not saying it's impossible, but he

3    doesn't offer me any idea -- Dr. Werner doesn't offer any

4    idea of what is he even thinking of?  What is the

5    technique you use to get but-for values in an inefficient

6    market?

7        Q.  BY MR. ROSEN:  Well, let's assume the Court

8    disagrees with you and determines the market in the

9    pre-class -- the one-year period is efficient and that's

10   enough to permit a regression analysis that's reliable

11   enough for damages, and the regression analysis is

12   able -- shows the -- the but-for price of the stocks, and

13   it's 10 percent above the January 27th price during the

14   class period.

15            Why isn't that sufficient to infer the but-for

16   price to calculate damages?

17            MR. RYAN:  Objection.

18            THE WITNESS:  So for the same reason I said

19   earlier, that in most typical cases I'm involved in, the

20   expert trying to set up a methodology for damages first

21   tries to prove that during the class period, the market

22   was efficient.  So they can do that.

23       Q.  BY MR. ROSEN:  But we just took that off the

24   table; right?

25       A.  No, no.

Page 196

1      Q.   I just said assume the Judge accepts that it is
2   efficient.
3      A.   Unless I misheard you, your assumption
4   hypothetical was that a Judge determined that the market
5   was efficient in the pre-class period.  You did not say
6   during the class period.  So that's what I'm speaking of
7   now, and you can change your hypothetical, obviously.
8   But let me just first respond.
9           If you're doing an analysis of an event study or
10  regression for damages during the class period, you have
11  to have the presumption of market efficiency to do that.
12  It doesn't change.  That's, again, why I say in most
13  cases that I'm involved in as an expert witness, the side
14  asserting damages and explaining how they calculate them
15  first tries to assert that during the class period when
16  damages are calculated, that the market is efficient, and
17  then they run things akin to your regression/event study.
18          But if you don't presume that the market is
19  efficient during the period you're running that event
20  study, you're violating the same attribute of causality
21  between value-relevant information and prices.  They're
22  unable to do that unless you have a market -- an
23  efficient market.
24      Q.   So in that scenario, it would be impossible to
25  compute damages if someone manipulates the market to the

Page 197

1    point where it's not efficient during the class period?

2            MR. RYAN:  Objection to form to the extent it

3    calls for a legal conclusion.

4            THE WITNESS:  So I never said in my report that

5    it's impossible to calculate damages in an inefficient

6    market.

7            What I'm saying is:  It's a difficult problem.

8    I haven't been tasked with doing that.  But to the extent

9    that Dr. Werner is asserting that this is something he

10   can do, I am saying it's a difficult task.  I am not as I

11   sit here aware of a model that accomplishes that.

12           Because as you just mentioned, the standard

13   models that you normally see done, such as net present

14   value and event studies, will not work in a market that's

15   not efficient.

16           So I'm not saying it's impossible.  Of course

17   not.  I'm saying it's difficult, and I don't believe he

18   has explained what model he's going to use to accomplish

19   this difficult task.

20       Q.  BY MR. ROSEN:  So you say in your report that

21   plaintiffs would need to propose a methodology that could

22   identify whether and how market participants, both

23   Robinhood investors and others, would have traded, taking

24   into account that the restrictions imposed by other

25   brokers.

                                                    Page 198

1              I'm just -- are you suggesting that as part of

2       their damages analysis, plaintiffs have to show how

3       market participants would have acted, what trades they

4       would have made, had there been no restrictions imposed?

5              A.   I might have lost you a bit because I thought

6       you mentioned Robinhood, and then I thought for a moment

7       you said something about other like investment platforms.

8       I just heard the later.

9              Q.   Other brokers.

10             A.   So I'm confused by the question.  I see that as

11      two different things.  Can you try that again on me,

12      please?

13             Q.   All right.  So this is paragraph 162, page 82 of

14      the PDF of your initial report.  At -- it says, "As

15      discussed in Section 8 below, plaintiffs would need to

16      propose a methodology that could identify whether and how

17      market participants (both Robinhood investors and others)

18      would have traded and the evolution of trading and prices

19      in the counterfactual scenario, taking into account that

20      the restrictions imposed by other brokers would have

21      still existed."

22             And so what I'm trying to understand from that

23      is:  Do you believe that in their damage analysis

24      plaintiffs must show how market participants would have

25      traded?  In other words, whether -- whether certain

Page 199

1    people would have traded or not have traded or would have

2    traded different days or bought more, sold less, sold

3    more, bought less, in order to show damages?

4            MR. RYAN:  Objection to form.

5            THE WITNESS:  So what I'm trying to say here is

6    in a world during this damage period, where there is

7    not --

8            (Interruption in proceedings.)

9            THE WITNESS:  Sorry about that.  I don't know

10   what that is.

11           So what I'm trying to say is that in a world

12   without efficient markets during this class period, which

13   my understanding is Dr. Werner is agreeing that it's not

14   efficient -- he can answer that himself, but it sounds

15   like he's also saying it's not efficient -- I'm

16   mentioning in those sentences the difficulty of coming up

17   with a but-for price.

18           So you can't do a simple statistical

19   relationship that relies on market efficiency to do this.

20   What you need to look at is in a but-for world, where

21   people are making individual decisions without focusing

22   on just the market price, you introduce lots of

23   complexity.

24           So if we have a change in behavior that says

25   without the restrictions of Robinhood, but with the

Page 200

1    restrictions of other brokers such as E*TRADE, what would

2    have been the prices in that inefficient market in that

3    state of the world.

4          And I'm pointing out that that's difficult.

5    Because if it's an inefficient market and you change the

6    parameters, such as take out restrictions of investors,

7    there is no simple way of say ah-ha, here's what the

8    prices would have been.

9          Because when you take out those restrictions in

10   an inefficient market, you have to look at individual

11   calculus -- calculi.

12         So what would an individual investor have done

13   in that but-for world where Robinhood got rid of the

14   restrictions but E*TRADE did not.

15         So in an efficient market, that could be an

16   story, but in an inefficient market, that's very

17   difficult.  Because you'd have to get into that -- what

18   was the model in that but-for world that that investor

19   would have used.  We know the model is not reliant on the

20   market price in an economic sense because it's not an

21   efficient market.  They'd have to use some model to do

22   that, and I don't know what it is.

23         I'm not saying it's impossible to come up with,

24   but I haven't been told or even hinted at that what that

25   model might be.

1     Q.  BY MR. ROSEN:  Dr. Grenadier, I think that the

2     thing that I'm not understanding is I understand why you

3     believe that in creating a damages model, plaintiffs

4     should -- should attempt to show what the but-for price

5     would -- what the price would have been; right?

6          But what I'm -- what I don't understand and what

7     I'd like you to explain better is why you think a

8     plaintiff has to explain on an individual level whether

9     they would have traded the same amount had there been no

10    alleged manipulation by Robinhood.

11    A.  Yes.  And I'll repeat what I said, but hopefully

12    in a way that conveys it to you better.

13          That what I'm speaking about here is how you

14    would come up with but-for prices.  As you just

15    acknowledged, you agree we have to come up with but-for

16    prices or Dr. Werner would need to come up with but-for

17    prices, but in a market that's not efficient.

18          And so usually in these matters, we come up with

19    but-for prices in an efficient market, and we've seen the

20    kind of techniques that are often used.

21          Now we're in different territory here.  So I

22    haven't been involved in the case where a but-for price

23    was to be calculated in an inefficient market.  You may

24    have -- obviously you've been involved in many more cases

25    than I have.  I'm just saying as an expert, I've never

Page 202

1    seen an other expert contemplate but-for prices in a

2    market where seemingly they admit it's not subject to

3    market efficiency.

4              And so what would be a value in a market where

5    you changed something such as a restriction on demand for

6    Robinhood investors?  How would that -- what would that

7    translate into an actual price in that world when markets

8    are not efficient?

9              So that's the problem I'm defining.  And I think

10   I am confident that that's the problem that he would need

11   to solve if the market was deemed, as I say it is, not

12   efficient during that period.

13             So he's tasked with calculating a market price

14   in an inefficient market where you changed some variables

15   such as a demand restriction on some investors but not

16   other investors.

17             So where would you -- what model would you use?

18   So if you think about yourself in a Ph.D. program, and

19   they say find the value of a stock in a world without

20   efficiency, and you change some assumption.

21             That's a fair question.  I don't know what -- I

22   don't know what paper you would do.  It would be a very

23   complicated analysis.

24             And all I'm saying is that since there's no

25   simple way of doing that, where in an efficient market we

Page 203

1    take prices as a fair reflection of the best guess of

2    tomorrow's price.  When you throw that out, you're in the

3    world of complicated models.

4            And it's possible that Dr. Werner could find

5    some complicated models.  I mean, complicated doesn't

6    mean bad.  It's possible he could find a model.  I

7    just -- I don't know.  I don't teach a class where I have

8    such a complicated model to do that.  But it's very

9    difficult because when you have an inefficient market,

10   it's driven by what motivates those investors to buy and

11   sell when it's not an efficient market.  And that is

12   very, very difficult to come up with.

13        Q.  Why are the investor's motivations to buy and

14   sell relevant to their damages in the seller class?

15        A.  So the main reason is because not just the

16   people involved here, but all of the investors, what

17   would their -- what would determine the price in the

18   market when it's not efficient.

19           So it's not just these investors; it's the

20   agglomeration of all investors.  How would all investors

21   interact in a market, determine a price, in a market

22   that's not efficient.

23           So it's not just these investors.  It's all

24   investors would -- would face a different world if you

25   changed the but-for assumption.  But for these investors

Page 204

```
 1    in particular, you would have to ask questions, all

 2    right, if these investors can now trade in -- with

 3    Robinhood, well, what fraction of them were trading,

 4    anyway, by going to E*Trade or using, as you said, call

 5    options.

 6              So that's the problem.  We have to ask these

 7    complicated questions.  When you change a but-for, such

 8    as you opened up the spigots and allow Robinhood

 9    investors to buy, to come up with the difference in some

10    non-efficient market stock price, you have to ask the

11    question:  How does that change things for them?  Were

12    they still buying by going to E*TRADE?  Were they what

13    you called, investors who were buying and hold?  All

14    these questions are relevant to know the impact on the

15    market price in an inefficient market.

16         Q.  Did you make any effort to come up with a

17    methodology for determining damages in this case?

18         A.  No.  I wasn't asked to do that in this case.

19         Q.  Did you make any efforts to disentangle

20    potential non-fraud-related or allegedly fraud-related

21    impact on Robinhood's stock price?

22              Sorry.  Let me rephrase that.  I'll withdraw

23    that question.

24              Did you make any effort to disentangle the

25    potential other factors that could have caused the
```

Page 205

1    non-affected stock prices to decline during the class

2    period?

3         A.  As I said earlier, I determined that, in my

4    opinion, the class period these nine stocks did not trade

5    in efficient markets.  But I didn't look at causality of

6    the prices.  I didn't look at what caused them to fall,

7    just that whatever happened, it was not an efficient

8    market.

9         Q.  Now the Jones paper you mentioned earlier found

10   that the PCO restrictions caused large and negative

11   return effects on these nine affected stocks.

12           Do you have any reason to believe that the Jones

13   paper is inaccurate or in that respect?

14           MR. RYAN:  Objection to the characterization of

15   the Jones paper.

16           THE WITNESS:  So I don't agree with how you

17   characterize it.

18        Q.  BY MR. ROSEN:  Okay.  I'll ask you again.

19           Do you -- do you have any criticisms of the

20   Jones paper?

21        A.  So I have comments on it in the relevance to

22   this case.  So first of all, the paper certainly doesn't

23   ascribe causality.  It ascribes association.

24           Secondly, there's a footnote in Dr. Werner's

25   rebuttal report which cites some statistics that I

Page 206

1    believe you may have in mind in your question.  Those are

2    statistics when you pool all of the stocks together, in a

3    table or exhibit farther back in their paper, they show

4    that -- unless I'm missing one of them, for none of the

5    individual stocks were the PCO restrictions statistically

6    significant.

7            So from a -- you know, obviously in academic

8    papers, you don't just look at directionality and signs;

9    you look at statistical significance.  And my

10   recollection is not for a single one of the stocks at

11   issue in this case were the PCO restrictions

12   statistically significant.

13           And then another issue with that paper is that

14   some of the discussions are very hard to understand just

15   from a technical standpoint.  How they did their

16   regressions and statistical analysis?  It's missing lots

17   of information, and I don't know why that is.

18           I think you may not know that one of the main

19   authors has passed away from that paper.  So that could

20   explain some of this.  So it may have been work in

21   progress.  I literally don't know, but it's a sad thing

22   that a relatively young guy died.

23           There's also a discussion about the meme stock

24   effect that they talk about, which is an alternative

25   hypothesis to the PCO restrictions.  And the results

1    there literally make no sense.  They are talking that the

2    stocks that they list in their paper, which are a big

3    overlap with the nine at-issue stocks in this case,

4    they're basically saying those stocks are rarely

5    discussed on social media.

6           So what they said is that only two of the stocks

7    that they're looking at, AMC and GameStop, are in the top

8    20 most mentioned stocks in the internet like Reddit.

9           I have no idea what -- that makes no sense that

10   Bed Bath & Beyond and Tootsie Roll and all other stocks

11   here, Blackberry, they're not even mentioned in the top

12   20 of most talked about stocks during this period.

13          So there's something wrong.  They did a mistake

14   there.  And we all make mistakes.  It's a working paper.

15   But I don't know how to rely on that paper at all.

16          So those are the sort of off the top of my head

17   problems I have with that paper in terms of relevance to

18   this case.  One, as I said, they were not causality.

19   Two, it didn't show statistical significance for any of

20   the stocks in terms of the PCO effects, and three, when

21   they tried to investigate whether there was a meme stock

22   effect, there seemed to be some technical mistake that

23   made them miss all the important stuff going on in the

24   real world.

25          Q.  Are you offering any opinion as to whether a

Page 208

1   presumption of reliance is available to --

2        A.  You know, I didn't hear you.

3        Q.  All right.  Are you offering any opinion as to

4   whether the class is entitled to a presumption of

5   reliance under the affiliated Ute case?

6        A.  That sounds squarely in the realm of legal

7   opinions, and obviously, I'm not going to render any

8   legal opinion.

9             MR. RYAN:  It's so clearly a legal opinion, I

10  didn't even object on that basis.

11             (Discussion off the record.)

12             MR. ROSEN:  Okay.  I don't have any other

13  questions, Professor.  Thank you very much for your time.

14             THE WITNESS:  Thank you.

15             MR. RYAN:  I have no questions at this time.

16  Thank you.

17             (Time noted: 4:10 p.m. Pacific Daylight Time.)

18                     --oOo--

19

20

21

22

23

24

25

Page 209

1    STATE OF CALIFORNIA    ) ss:

2    COUNTY OF MARIN        )

3

4         I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3452, do

5    hereby certify:

6         That the foregoing deposition testimony was

7    taken before me at the time and place therein set forth

8    and at which time the witness was administered the oath;

9         That testimony of the witness and all objections

10   made by counsel at the time of the examination were

11   recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16        I further certify that I am neither counsel for

17   any party to said action, nor am I related to any party

18   to said action, nor am I in any way interested in the

19   outcome thereof.

20        IN WITNESS WHEREOF, I have subscribed my name

21   this 20th day of April, 2023.

22

23

24        LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462

25

Page 210

1    ANTONY L. RYAN, ESQ.

2    aryan@cravath.com

3                          April 20, 2023

4    RE: IN RE JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

5        4/19/2023, Steven Grenadier, Ph.D. (#5868343)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com.

16

17       Return completed errata within 30 days from

18   receipt of testimony.

19       If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

Page 211

1    IN RE JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

2    4/19/2023 - Steven Grenadier, Ph.D. (#5868343)

3                      E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Steven Grenadier, Ph.D.              Date

25

Page 212

1    IN RE JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

2    4/19/2023 - Steven Grenadier, Ph.D. (#5868343)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Steven Grenadier, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Steven Grenadier, Ph.D.            Date

13   *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

***ERRATA SHEET***

NAME OF CASE:  <u>In re January 2021 Short Squeeze Trading Litigation</u>
No. 21-MDL-2989 (S.D. Fla.)
DATE OF DEPOSITION:  04/19/2023
NAME OF DEPONENT:  Steven Grenadier

I have read the transcript of my deposition taken on April 19, 2023.  The contents thereof are an accurate transcription of the deposition, subject to the following corrections or changes:

| Page | Line(s) | Original | Correction | Reason |
|------|---------|----------|------------|--------|
| 9 | 10 | valuated | value-weighted | Transcription Error |
| 10 | 5 | valuated indices are generally quite easy o | value-weighted indices are generally quite easy to | Transcription Error |
| 49 | 22 | is the stock price's value | is the stock price | Misspoke |
| 49 | 25 | is a stock value | is the current stock price | Misspoke |
| 51 | 20 | MPV | NPV | Transcription Error |
| 52 | 2 | MPV | NPV | Transcription Error |
| 52 | 17 | in inefficient | in an inefficient | Transcription Error |
| 56 | 2-3 | in efficient market and some investors don't believe in efficient market | in efficient markets and some investors don't believe in efficient markets | Transcription Error |
| 57 | 22-23 | be an efficient market | occur in an efficient market | Transcription Error |
| 59 | 9 | costs | Koss | Transcription Error |
| 61 | 24 | costs | Koss | Transcription Error |
| 62 | 10 | in, I-N, an efficient market | in, I-N, inefficient market | Transcription Error |
| 67 | 16 | it's going to go back to ten | it's going to go back up ten | Transcription Error |
| 72 | 17 | that only change those beliefs under | that only change under | Misspoke |
| 74 | 14 | could proper up | could prop up | Transcription Error |
| 80 | 5 | didn't say markets | didn't say which markets | Transcription Error |
| 80 | 25 | close | closer | Transcription Error |

***ERRATA SHEET***

NAME OF CASE:  <u>In re January 2021 Short Squeeze Trading Litigation</u>
No. 21-MDL-2989 (S.D. Fla.)
DATE OF DEPOSITION:  04/19/2023
NAME OF DEPONENT:  Steven Grenadier

| Page | Line(s) | Original | Correction | Reason |
|------|---------|----------|-----------|--------|
| 89 | 7 | arbitraged | arbitrage | Transcription Error |
| 106 | 10 | value-relative | value-relevant | Transcription Error |
| 113 | 19 | mean a version | mean reversion | Transcription Error |
| 114 | 15 | version | reversion | Transcription Error |
| 118 | 12 | an important | important | Transcription Error |
| 118 | 25 | to a Court – curtail | to curtail | Transcription Error |
| 122 | 25 | rationale | rational | Transcription Error |
| 164 | 13-14 | Why would an analyst saying that the stock doesn't trade in an efficient market? | Why wouldn't an analyst saying that the stock doesn't trade in an efficient market be value relevant? | Transcription Error |
| 166 | 21 | with some fair price | was some fair price | Transcription Error |
| 168 | 14 | why costs went up | why Koss went up | Transcription Error |
| 172 | 19 | use that public | use public | Transcription Error |
| 173 | 3 | Feinstein | Werner | Misspoke |
| 174 | 9 | use it -- the | use the | Transcription Error |
| 175 | 7 | what includes | what to include | Transcription Error |
| 175 | 19-20 | I find in sight previously publicly available expert reports, Dr. Werner | I find previously publicly available expert reports by Dr. Werner | Transcription Error |
| 176 | 20 | even what the news | even considering what the news | Transcription Error |
| 184 | 1 | of | have | Transcription Error |
| 185 | 3 | these restrictions. As far | these restrictions, as far | Transcription Error |

***ERRATA SHEET***

NAME OF CASE:  <u>In re January 2021 Short Squeeze Trading Litigation</u>
No. 21-MDL-2989 (S.D. Fla.)
DATE OF DEPOSITION:  04/19/2023
NAME OF DEPONENT:  Steven Grenadier

| Page | Line(s) | Original | Correction | Reason |
|------|---------|----------|------------|--------|
| 189 | 13 | reduce | reduction | Transcription Error |
| 191 | 11 | to the extent chaud in many | to the extent that in many | Transcription Error |
| 200 | 15-16 | that could be an story | that could be a story | Transcription Error |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Steven Grenadier_
Steven Grenadier