# EXHIBIT 47

## Loss Chart
## Blue Laine-Beveridge

### Class Period: January 28, 2021 through February 4, 2021

| Name | Security | Shares Retained as of Market Close 1/27/2021 | AMC Closing Price 1/27/2021 | Value Retained as of Market Close 1/27/2021 | Date Sold | Shares | Price per Share | Total Proceeds | Total Loss/Gain (Damages) |
|---|---|---|---|---|---|---|---|---|---|
| Blue Laine-Beveridge | AMC | 15,000 | $19.90 | ($298,500.00) | 2/3/2021 | 15,000 | $8.34 | $125,100.00 | ($173,400.00) |

\* Purchases of shares during the class period and sales of those same shares are not included in this loss chart because they are not included in the class defintion.

\*\* Damages are calculated as the value of shares at close of trading on January 27, 2021, less sales price during the class period.

Source: Dkt. No. 559-6 at 5-6.

# Loss Chart
## Joseph Gurney

**Class Period: January 28, 2021 through February 4, 2021**

| Name | Security | Shares Retained as of Market Close 1/27/2021 | AMC/BB Closing Price 1/27/2021 | Value Retained as of Market Close 1/27/2021 | Date Sold | Shares | Price per Share | Total Proceeds | Total Loss/Gain (Damages) |
|---|---|---|---|---|---|---|---|---|---|
| Joseph Gurney | AMC | 21.271952 | $19.90 | ($423.31) | 1/28/2021 | 21.271952 | $8.01 | $170.39 | ($252.92) |
| | BB | 41.093681 | $25.10 | ($1,031.45) | 1/28/2021 | 41 | $17.00 | $697.00 | |
| | BB | | | | 1/28/2021 | 0.093681 | $17.00 | $1.59 | |
| Total | BB | 41.093681 | | ($1,031.45) | | 41.093681 | | $698.59 | ($332.86) |
| TOTAL | | | | | | | | | ($585.78) |

\* Purchases of shares during the class period and sales of those same shares are not included in this loss chart because they are not included in the class defintion.

\*\* Damages are calculated as the value of shares at close of trading on January 27, 2021, less sales price during the class period.

Source: Dkt. No. 559-6 at 9-10.

# Loss Chart
## Marcel Poirier

**Class Period: January 28, 2021 through February 4, 2021**

| Name | Security | Shares Retained as of Market Close 1/27/2021 | BB Closing Price 1/27/2021 | Value Retained as of Market Close 1/27/2021 | Date Sold | Shares | Price per Share | Total Proceeds | Total Loss/Gain (Damages) |
|---|---|---|---|---|---|---|---|---|---|
| **Marcel Poirier** | BB | 15,000 | $25.10 | ($376,500.00) | 1/28/2021 | 5,000 | $16.03 | $80,150.00 | |
| | BB | | | | 1/29/2021 | 3,000 | $14.21 | $42,630.00 | |
| | BB | | | | 2/1/2021 | 5,000 | $14.77 | $73,850.00 | |
| | BB | | | | 2/2/2021 | 2,000 | $11.58 | $23,160.00 | |
| TOTAL | BB | 15,000 | | ($376,500.00) | | 15,000 | | $219,790.00 | ($156,710.00) |

\* Losses from Mr. Poirier's purchase of 8,000 shares of BB on 1/28/21 and sales of some of those shares 2/2/21 are not included in this loss chart.

\*\* Purchases of shares during the class period and sales of those same shares are not included in this loss chart because they are not included in the class defintion.

\*\*\* Any sales in excess of the number of shares held at the close of business on 1/27/21 were not counted toward Mr. Poirier's losses.

\*\*\*\* Damages are calculated as value of shares at close of trading on January 27, 2021, less sales price during the class period.

Source: Dkt. No. 527-1 at 16-17.

## Loss Chart
## Thomas Cash

**Class Period: January 28, 2021 through February 4, 2021**

| Name | Security | Shares Retained as of Market Close 1/27/2021 | GME Closing Price 1/27/2021 | Value Retained as of Market Close 1/27/2021 | Date Sold | Shares | Price per Share | Total Proceeds | Total Loss/Gain (Damages) |
|---|---|---|---|---|---|---|---|---|---|
| Thomas Cash | GME | 500 | $347.51 | ($173,755.00) | 1/28/2021 | 500 | $132.00 | $66,000.00 | ($107,755.00) |

\* Does not account for the July 22, 2022 4:1 stock split.

\*\* Rounded to the nearest cent.

\*\*\* Losses from Mr. Cash's purchase of 5 shares of GME on 1/28/21 and sale of those shares on 2/3/21 are not included in this loss chart.

\*\*\*\* Purchases of shares during the class period and sales of those same shares are not included in this loss chart because they are not included in the class defintion.

\*\*\*\*\* Damages are calculated as the value of shares at close of trading on January 27, 2021, less sales price during the class period.

Source: Dkt. No. 559-6 at 13-14.