# EXHIBIT 48

## Adequacy of Plaintiffs

| Opp. Ex. # | Plaintiff | Reviewed pleadings | Regularly corresponds with counsel | Understands role as class representative | Produced documents |
|---|---|---|---|---|---|
| 1 | Ava Bernard | 15:3-9 | 172:16-173:10 | 171:24-172:6 | 175:19-176:4 |
| 2 | Santiago Gil Bohórquez | 183:20-184:15 | 183:3-15 | 181:7-25 | 187:17-188:19 |
| 3 | Thomas Cash | 231:3-9 | 230:20-231:2; 231:23-232:4 | 226:7-25 | 227:11-16 |
| 5 | Brendan Clarke | 129:10-23 | 129:24-130:20 | 125:13-18; 126:3-8 | 135:3-17 |
| 6 | Joseph Gurney | 108:25-109:06 | 109:16-110:11 | 101:25-102:15 | 119:24-122:2 |
| 7 | Brian Harbison | 192:17-22 | 192:13-16 | 10:8-11:2 | 194:7-19 |
| 8 | Abraham Huacuja | 82:21-83:21 | 9:2-10 | 8:4-13 | 10:6-11:25 |
| 9 | Blue Laine-Beveridge | 16:10-12 | 16:6-9 | 8:23-9:11; 24:14-19; 25:6-11 | 82:19-24; 151:13-152:07 |
| 11 | Sandy Ng | 95:17-96:9; 98:3-6 | Mot., Ex. 22 | 7:15-8:12 | 106:10-108:8 |
| 12 | Doi Nguyen | Mot., Ex. 19 | 120:7-16; 122:7-123:5 | 117:20-118:3 | 132:20-133:11 |
| 13 | Marcel Poirier | 188:11-15 | 187:16-25 | 181:2-10 | 194:14-197:16 |
| 14 | Cecilia Rivas | 175:22-176:6 | 176:7-11 | 172:11-173:3 | 92:3-93:11; 176:22-178:4 |