# EXHIBIT B



Confidential



Confidential



Confidential