UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-2989-MDL-ALTONAGA/DAMIAN

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

This Document Relates to the Securities Tranche

## ORDER FOLLOWING DISCOVERY HEARING

THIS CAUSE is before the Court on Plaintiffs' Discovery Memorandum in Support of Motion to Compel Attendance of Defendant Robinhood Markets, Inc. at Properly Noticed 30(b)(6) Deposition [ECF No. 586], and Discovery Memorandum Regarding Requests for Production Directed to Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC (collectively, "Robinhood") [ECF No. 587], both filed August 7, 2023 (the "Memoranda"), as well as *Ore Tenus* Motion to Compel Robinhood's Attendance at Rule 30(b)(6) Deposition [ECF No. 598] and *Ore Tenus* Motion to Compel Robinhood's Discovery Production [ECF No. 599].

THIS COURT has considered the Memoranda, the Responses thereto [ECF Nos. 592 and 593], and the pertinent portions of the record and is otherwise fully advised in the premises. The Court also heard from the parties, through their counsel, at a Zoom Discovery Hearing held August 15, 2023.

Prior to the Discovery Hearing, the parties informed the Court that they had resolved their disputes concerning Plaintiffs' Request for Production Nos. 19, 20, 22, and 23 and that there remains a dispute concerning Request for Production Nos. 4, 5, and 6. And at the

hearing, the parties informed the Court that they were in agreement regarding thirty-seven (37) of the topics set forth in Plaintiffs' 30(b)(6) Notice and that they are continuing their conferral efforts to reach a resolution regarding the remaining topics prior to the scheduled deposition(s).

For the reasons stated on the record at the hearing, it is hereby

ORDERED AND ADJUDGED that the relief requested in Plaintiffs' Discovery Memorandum in Support of Motion to Compel Attendance of Defendant Robinhood Markets, Inc. at Properly Noticed 30(b)(6) Deposition [ECF No. 586] and *Ore Tenus* Motion to Compel Robinhood's Attendance at Rule 30(b)(6) Deposition [ECF No. 598] is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Robinhood shall provide a Rule 30(b)(6) witness(es) with the most knowledge concerning the 37 agreed-upon topics listed in the Revised Notice of Deposition and any additional topics agreed by the parties [ECF No. 586-1];

2. Robinhood shall designate a Rule 30(b)(6) witness(es) on behalf of the Robinhood Defendants, collectively, with the most knowledge of the topics as set forth above. If deemed necessary, after taking the deposition of the witness(es) designated for the collective Robinhood entities, Plaintiffs may revisit the need to depose a separate Rule 30(b)(6) witness(es) for any of the specific Robinhood entities;

3. Robinhood's objection to having Plaintiffs depose the witness(es) designated in both capacities (as individual witnesses under Rule 30(b)(1) and as Rule 30(b)(6) designees) on separate dates is overruled; and

4. The deposition of the designated Rule 30(b)(6) witness(es) shall take place on or before **September 15, 2023**. It is further

ORDERED AND ADJUDGED that the relief requested in Plaintiffs' Discovery Memorandum Regarding Requests for Production Directed to Robinhood [ECF No. 587] and *Ore Tenus* Motion to Compel Robinhood's Discovery Production [ECF No. 599] is **GRANTED IN PART AND DENIED IN PART** as follows:

1. On or before **August 29, 2023**, Robinhood shall produce all documents previously produced in response to requests from the regulators and other governmental entities, as set forth in Requests for Production Nos. 4, 5, and 6, as well as correspondence to the extent such correspondence provides substantive information in response to requests from the regulators and governmental entities, that are relevant to this case, and, if any documents are withheld on relevance or other grounds, Robinhood shall identify documents being withheld and the bases for doing so; and

2. Robinhood is not required to produce the actual subpoenas and document requests from the regulators and other governmental entities.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of August, 2023.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record