**LIST OF CONSOLIDATED CASES ALLEGING FEDERAL SECURITIES CLAIMS, AND NATURE OF OTHER CLAIMS ALLEGED IN THOSE CASES**

| Case | Antitrust Tranche | State Law Claims Against Robinhood | State Law Claims Against Other Broker-Dealers | Federal Securities Tranche | Defendants | Claims |
|---|---|---|---|---|---|---|
| Gatz v. Robinhood Financial, LLC, No. 1:21-cv-00490 | | | | x | Robinhood Financial LLC | Rule 10(b)-5 of the Securities Exchange Act of 1934 |
| Daniels v. Robinhood Financial, LLC, et al., No. 21-cv-21261 | | X | X | X | Robinhood Financial LLC, Robinhood Securities LLC, Robinhood Markets, Inc., TD Ameritrade, Inc., Charles Schwab & Co, Inc., Interactive Brokers, LLC, Citadel Securities, LLC, Webull Financial, LLC, and Open to the Public Investing, Inc. | (1) Breach of contract, (2) Breach of Covenant of Good Faith and Fair Dealing, (3) Negligence, (4) Breach of Fiduciary Duty, (5) Unjust Enrichment, (6) Non-Disclosure or Concealment, (7) Intentional Interference with Prospective Economic Advantage, (8) Negligent Interference with Prospective Economic Advantage, (9) 15 USC §78 |
| Days v. Robinhood Markets, Inc., et al., No. 21-cv-21310 | | X | X | X | Robinhood Markets, Inc., Robinhood Financial, LLC, and Robinhood Securities, LLC, Apex Clearing Holdings LLC and Apex Clearing Corporation | (1) Breach Of Contract; (2) Breach Of Covenant Of Good Faith And Fair Dealing; (3) Breach Of Fiduciary Duty; (4) Detrimental Reliance; (5) Intentional Interference With Prospective Economic Advantage; (6) Intentional Interference With Prospective Economic Advantage; (7) Violation Of Sec Rule 10-B; (8) Violation Of California's Unfair Competition Law; (9) Violation Of California's Consumer Legal Remedies Act |
| Diamond v. Robinhood Financial, LLC, et al., No. 21-cv-21263 | X | X | | X | Robinhood Financial, LLC, Robinhood Securities, LLC, Robinhood Markets, Inc. | (1) Sherman Act 15 U.S.C. § 1; (2) §10(b) of Exchange Act, (3)§ 9(a)(2) of Exchange Act, (4) §17(a)(1) and (3) of Securities Act, (5) Breach of Contract, (6) California Unfair Competition Law, (7) Negligence |
| Lagmanson et al. v. Robinhood Markets, Inc., et al., No. 21-cv-21298 | X | | | X | ROBINHOOD FINANCIAL, LLC., ROBINHOOD SECURITIES, LLC., TD AMERITRADE, INC., E*TRADE FINANCIAL CORP., | (1) 15 U.S.C. § 78k(b) of Exchange Act, (2) Sherman Antitrust Act 15 U.S.C. §§ 1 and 2 |
| Gossett et al. v. Robinhood Financial, LLC, et al., No. 21-cv-21293 | | X | | X | Robinhood Financial, LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Does 1-10 | (1) BREACH OF CONTRACT; (2) BREACH OF IMPLIED TERMS AND COVENANTS; (3) BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING; (4) NEGLIGENCE; (5) BREACH OF FIDUCIARY DUTY; (6) FALSE PROMISE; (7) NEGLIGENT MISREPRESENTATION; (8) UNLAWFUL BUSINESS PRACTICES, [Cal. Bus. & Prof. C.§17200 Et Seq.]; (9) §10(b) OF EXCHANGE ACT |
| Muncy v. Robinhood Securities, LLC, et al., No. 21-cv-21307 | | | | X | Robinhood Financial, LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Does 1-100 | (1) §9(a) of Exchange Act, (2) §10(b) of Exchange Act |
| Krumenacker v. Robinhood Financial LLC, et al., No. 21-cv-21343 | | X | X | X | Robinhood Financial, LLC, Robinhood Securities, LLC , Robinhood Markets, Inc. and Charles Schwab & Co., Inc. | (1) §10(b) of Exchange Act, (2) Florida Securities and Investors Protection Act, (3)Florida's Deceptive and Unfair Trade Practices Act, |
| Kadin v. Robinhood Financial LLC, et al., No. 21-cv-21511 | | X | | X | Robinhood Financial, LLC , Robinhood Securities, LLC, Robinhood Markets, Inc. | (1) Breach of Contract, (2) Breach of Implied Covenant of Good Faith & Fair Dealing, (3) Breach of Fiduciary Duty, (4) Common Law Negligence, (5) §10(b) of Exchange Act, (6) Negligent Misrepresentation, (7) New York General Business Law § 349, (8) Violation Of The New York General Business Law § 350 |
| Quat et al. v. Robinhood Financial, LLC, et al., No. 21-cv-21404 | | | | X | Robinhood Financial, LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. | (1) § 10(b) of Exchange Act |
| Best et al. v. Robinhood Financial, LLC, et al., No. 21-cv-21534 | | X | | X | Robinhood Financial, LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. | (1) Breach of Contract, (2) Breach of Covenant of Good Faith and Fair Dealing, (3) Breach of fiduciary duty, (4) Common Law Negligence, (5) §10(b) of Exchange Act, (6) Florida Securities and Investor Protection Act, (7) Florida's Deceptive and Unfair Trade Practices Act, (8)New York General Business Law § 349, (9) New York General Business Law § 350 |
| Eisen v. Apex Clearing Corp, et al., No. 21-cv-21665 | | | | X | Apex Clearing Corporation and Interactive Brokers, LLC | (1) § 10(b) of Exchange Act |
| Carrasco v. Robinhood Financial LLC, et al., No. 21-cv-22702 | | X | | X | Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Does 1 to 50 | (1) Fraud/Concealment (CALIFORNIA CIVIL CODE §§ 1572, 1709, and 1710 and/or Violations of 15 USC § 78i, 18 USC § 1030(a), (2) Negligent misrepresentation, (3) Business & Profession Code § 17200, (5) Negligence |
| Scarborough v. Robinhood Financial, LLC, No. 1:23-cv-21572 | | | | X | Robinhood Markets, Inc., Robinhood Financial, LLC, Robinhood Securities, LLC | (1) §9(a)(2) of Exchange Act, (2) §10(b) of Exchange Act |

**LIST OF CONSOLIDATED CASES WITH FEDERAL SECURITIES CLAIMS, PLAINTIFFS' COUNSEL AND EMAIL ADDRESSES**

| Case | Plaintiff Counsel | Plaintiff Counsel's Emails |
|---|---|---|
| Gatz v. Robinhood Financial, LLC, No. 1:21-cv-00490 | Richard J. Gatz | richardgatz@gmail.com |
| Daniels v. Robinhood Financial, LLC, et al., No. 21-cv-21261 | Kevin S. Hannon | khannon@hannonlaw.com |
| Days v. Robinhood Markets, Inc., et al., No. 21-cv-21310 | Matthew L. Venezia<br>Carl Alan Roth<br>Katherine Frenck Murray<br>Keith Joseph Wesley | mvenezia@bgrfirm.com<br>croth@bgrfirm.com<br>kmurray@bgrfirm.com<br>kwesley@bgrfirm.com |
| Diamond v. Robinhood Financial, LLC, et al., No. 21-cv-21263 | Janet R. Varnell<br>Brian W. Warwick<br>Matthew T. Peterson<br>Erika Willis | jvarnell@varnellandwarwick.com<br>bwarwick@varnellandwarwick.com<br>mpeterson@varnellandwarwick.com<br>ewillis@varnellandwarwick.com |
| Lagmanson et al. v. Robinhood Markets, Inc., et al., No. 21-cv-21298 | Jonathan D. Lubin<br>R. Tamara de Silva | jonathan@lubinlegal.com<br>tamara@desilvalawoffices.com |
| Gossett et al. v. Robinhood Financial, LLC, et al., No. 21-cv-21293 | Maurice D. Pessah<br>Michael Morris-Nussbaum<br>Summer E. Benson<br>Stuart Chelin | maurice@pessahgroup.com<br>mmnussbaum@pessahgroup.com<br>sbenson@pessahgroup.com<br>stuart@chelinlaw.com |
| Krumenacker v. Robinhood Financial LLC, et al., No. 21-cv-21343 | L. Timothy Fisher<br>Andrew J. Obergfell<br>Stephen A. Beck | ltfisher@bursor.com<br>aobergfell@bursor.com<br>sbeck@bursor.com |
| Kadin v. Robinhood Financial LLC, et al., No. 21-cv-21511 | Adrian Gucovschi | adrian@gucovschi-law.com |
| Quat et al. v. Robinhood Financial, LLC, et al., No. 21-cv-21404 | Sarah N. Westcot<br>Andrew J. Obergfell | swestcot@bursor.com<br>aobergfell@bursor.com |
| Best et al. v. Robinhood Financial, LLC, et al., No. 21-cv-21534 | Adrian Gucovschi | adrian@gucovschi-law.com |
| Eisen v. Apex Clearing Corp, et al., No. 21-cv-21665 | Adrian Gucovschi | adrian@gucovschi-law.com |
| Muncy v. Robinhood Securities, LLC, et al., No. 21-cv-21307 | Laurence Rosen | lrosen@rosenlegal.com |
| Carrasco v. Robinhood Financial LLC, et al., No. 21-cv-22702 | Michael L. Kennedy<br>Paul A. Suppa | michael@estellekennedylaw.com<br>paul@estellekennedylaw.com |
| Scarborough v. Robinhood Financial, LLC, No. 1:23-cv-21572 | Maurice D. Pessah<br>Stuart Chelin<br>Jeffry A. Klafter | maurice@pessahgroup.com<br>stuart@chelinlaw.com<br>jak@klafterlesser.com |
| Muncy v. Robinhood Securities, LLC, et al., No. 21-cv-21307 | Laurence Rosen | lrosen@rosenlegal.com |