UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

| | |
|---|---|
| In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO CONSOLIDATE PURSUANT TO RULE 42**

On September 5, 2023, Lead Plaintiff and proposed Class Representative Blue Laine-Beveridge and Named Plaintiffs and proposed Class Representatives Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash (collectively, "Plaintiffs") moved this Court for an order of consolidation pursuant to Fed. R. Civ. P. 42 ("Rule 42").

Having considered the motion papers, the arguments of counsel and all other matters presented to this Court, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Consolidate Pursuant to Rule 42 is GRANTED.  All federal securities claims that have been filed or may be filed in this multidistrict litigation against Robinhood Markets, Inc., Robinhood Financial LLC and/or Robinhood Securities, Inc. are hereby consolidated for all purposes, including pre-trial, trial and appeal.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2023.

_____
The Honorable Cecilia M. Altonaga
Chief United States District Judge