UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-2989-ALTONAGA/DAMIAN

| | |
|---|---|
| IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |

### NOTICE OF JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**PLEASE TAKE NOTICE**, that Plaintiff Eric Eisen and Defendants Apex Clearing Corporation ("Apex Clearing") and Interactive Brokers, LLC ("IBKR"), by and through undersigned Counsel, hereby stipulate and voluntarily agree to dismiss Apex Clearing and IBKR from this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties hereby further stipulate and agree to the following terms of the dismissal: (1) neither side will seek costs nor fees from the other; and (2) all parties acknowledge that each have complied with Rule 11 and waive any arguments with respect thereto.

This notice may be filed with the Clerk of the Court without further notice. The parties respectfully request that this Court enter an order dismissing this case with prejudice and in accordance with the above terms and in the form attached as a Proposed Order hereto.

2

Dated:  September 19, 2023

Respectfully submitted,

*s/ Adrian Gucovschi*

GUCOVSCHI ROZENSHTEYN, PLLC
Adrian Gucovschi
140 Broadway, Suite 4667
New York, NY 1005
Tel.:  (212) 884-4230
E-mail:  adrian@gr-firm.com

*Counsel for Plaintiff*

 *s/ Jack E. Pace III*

Jack E. Pace III
Bryan D. Gant
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
Tel.:  (212) 819-8200
Fax:  (212) 354-8113
E-mail:  jpace@whitecase.com

J. Mark Gidley
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355
Email:  mgidley@whitecase.com

*Counsel for Defendant Apex Clearing Corp.*


*s/ Shari Ross Lahlou*

Shari Ross Lahlou
Dechert LLP
1900 K. Street, NW
Washington, DC 20006
Tel.:  (202) 261-3300
E-mail:  shari.lahlou@dechert.com

*Counsel for Defendant Interactive Brokers*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-2989-ALTONAGA/DAMIAN

| IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |
|---|---|

**[PROPOSED] ORDER**

**THIS CAUSE** came before the Court upon the Joint Stipulation for Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No. ___], filed on September 19, 2023 by Federal Securities Action Plaintiff Eric Eisen and Defendants Apex Clearing Corporation and Interactive Brokers, LLC.

The parties have agreed to voluntarily dismiss all claims with prejudice as to the Named Plaintiff Eisen. Each party shall bear their own costs. All parties have acknowledged the other has complied with Rule 11 and waive any arguments related thereto.

Being fully advised, it is:

**ORDERED AND ADJUDGED** that all claims as to Named Plaintiff Eric Eisen are dismissed with prejudice as to Defendants Apex Clearing Corporation and Interactive Brokers, LLC and with respect to the terms as described herein.

**DONE AND ORDERED** in Miami, Florida, this ___ day of September, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

CC:      Counsel of Record

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I further certify that this notice and proposed order was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CF/ECF System.

*s/ Jack E. Pace III*
Jack E. Pace III