UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

JANUARY 2021 SHORT SQUEEZE       Case No. 21-2989-MDL-
TRADING LITIGATION       ALTONAGA/Torres

_____/

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please take notice that, effective September 18, 2023, Parker J. Lavin and Lena Mirilovic, counsel for Consol Plaintiff Matthew Lavin, joined Lavin Rindner Duffield, LLC, and notify the Court and counsel of record of the following new address and contact information:

     Lena Mirilovic
     Parker J. Lavin
     LAVIN RINDNER DUFFIELD LLC
     3811 Frederica Road, Suite 201
     St. Simons Island, GA 31522
     lmirilovic@lrd.law
     plavin@lrd.law

All future documents and communications directed to Consol Plaintiff should be directed to the new contact information.

Dated: September 21, 2023      Respectfully submitted,

     */s/ Lena Mirilovic*
     Parker J. Lavin
     Lena Mirilovic
     Florida Bar No. 92492
     plavin@lrd.law
     lmriilovic@lrd.law
     LAVIN RINDNER DUFFIELD, LLC
     3811 Frederica Road, Suite 201
     St. Simons Island, GA 31522
     Tel.: 912.266.8303
     *Counsel for Consol Plaintiff Matthew Lavin*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 21, 2023, I electronically filed the foregoing Notice of Change of Firm and Address with the Clerk of the Court using CM/ECF, which will send notification of such filing to all attorneys of record.

LAVIN RINDNER DUFFIELD, LLC

By: /s/ *Lena Mirilovic*
Lena Mirilovic
