UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MD-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

**ORDER**

THIS CAUSE came before the Court upon the Joint Stipulation for Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No.610], filed on September 19, 2023 by Federal Securities Action Plaintiff Eric Eisen and Defendants Apex Clearing Corporation and Interactive Brokers, LLC.

The parties have agreed to voluntarily dismiss all claims with prejudice as to Eisen. Each party shall bear its own costs. All parties have acknowledged the other has complied with Rule 11 and waive any arguments related thereto. Being fully advised, it is

**ORDERED AND ADJUDGED** that all claims by Plaintiff Eric Eisen are dismissed with prejudice as to Defendants Apex Clearing Corporation and Interactive Brokers, LLC.

**DONE AND ORDERED** in Miami, Florida, this 20th day of September, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record