UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No._____

FILED BY_____JA_____D.C.
Oct 3, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**CLERK'S NOTICE OF FILING DEFICIENCY**

The Clerk's Office has received the document(s) submitted in the above referenced case. The document(s) do not comply with the requirements of the Local Rules, CM/ECF Administrative Procedures, or the Federal Rules. The documents have been accepted for filing; however, please note the deficiencies noted below.

☐ Document(s) were filed conventionally that should have been filed electronically (see CM/ECF Administrative Procedures).

☐ Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a); Fed.R.Cr.P 49(d)).

☐ Translation not provided for documents written in foreign language (See CM/ECF Administrative Procedures).

☐ Civil Cover Sheet not filed pursuant to Local Rule 3.3.

☐ Motion for Appearance Pro Hac Vice was not filed with the required fee of $_____ ($75.00 per attorney per case), pursuant to Special Rules Governing the Admission and Practice of Attorneys, Local Rule 4(b). Please submit the required fee.

☐ Case was not filed with required filing fee of $_____ (civil cases:$400.00; memo cases: $46.00; habeas cases: $5.00) pursuant to 28 U.S.C. § 1914 (a), and the CM/ECF Administrative Procedures. *Summons(es) will not be issued until the filing fee is paid or an order granting the Application to Proceed In Forma Pauperis is entered.*

☐ Pursuant to Administrative Order 2014-86, parties applying for a writ of garnishment should no longer pay $100 into the Court registry and instead make that payment to the garnishee upon demand under amended section 77.28, Florida Statutes. The $100 payment is being returned via U.S. Mail.

Date: _____

ANGELA E. NOBLE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk