UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-md-02989-CMA

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

This Document Relates to All Actions

### AMENDED MOTION TO WITHDRAW AS COUNSEL

COME NOW Defendants, Robinhood Markets, Inc., Robinhood Financial, LLC, and Robinhood Securities, LLC, by and through their undersigned counsel, Friday, Eldredge & Clark, LLP, and for their Amended Motion to Withdraw as Counsel pursuant to Local Rule 11.1(3)(A), state as follows:

1. Under the United States District Court, Eastern District of Arkansas, Case No. 4:21-cv-93-DPM, undersigned counsel, Elizabeth Robben Murray and Kevin A. Crass, were retained to act as local counsel for the law firm Cravath, Swaine & Moore LLP.

2. On April 13, 2021, the Arkansas case was transferred to the above-captioned MDL based in the Southern District of Florida.

3. As this case is no longer in the District of Arkansas, undersigned counsel is no longer local counsel and should be removed from the Court's service list.

4. Attorneys from the law firm of Cravath, Swaine & Moore LLP continue to be counsel for Defendants Robinhood Markets, Inc., Robinhood Financial, LLC, and Robinhood Securities, LLC.

1

FEC\47184.0001/10330822.1-10/19/23

WHEREFORE, Defendants, Robinhood Markets, Inc., Robinhood Financial, LLC, and Robinhood Securities, LLC, and its counsel respectfully request that this Motion be granted, and for all other just and proper relief.

By: *Elizabeth R Murray*
Elizabeth Robben Murray (#79244)
Kevin A. Crass (#84029)
Friday, Eldredge & Clark, LLP
400 W. Capitol Avenue, St. 2000
Little Rock, AR 72201
Telephone: (501) 376-2011
Facsimile: (501) 376-2147
murray@fridayfirm.com
KCrass@fridayfirm.com

*Attorneys for Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*

## CERTIFICATE OF SERVICE

I, Elizabeth Robben Murray, hereby certify that a true and correct copy of the foregoing document will be sent electronically by the clerk of Court and served upon all counsel of record via the Court's CM/ECF system.

DATED: October 19, 2023.

By: *Elizabeth R Murray*
Elizabeth Robben Murray

2

FEC\47184.0001/10330822.1-10/19/23

**FRIDAY** | **ELDREDGE & CLARK** LLP
400 West Capitol Avenue | Suite 2000
Little Rock, AR 72201-3522

Confidential - For Addressee Only

LITTLE ROCK AR 720
Hasler
19 OCT 2023 PM 3  10/19/2023
US POSTAGE

ZIP 72201
011D11649321

United States District Court
Southern District of Florida
Attn: MDL Clerk
400 North Miami Avenue
Miami, FL 33128

33128-771699

REC'D BY _____ D.C.
OCT 24 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI