UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-md-02989-CMA

IN RE:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

This Document Relates to All Actions

## PROPOSED ORDER GRANTING AMENDED MOTION TO WITHDRAW AS COUNSEL

The Court has considered the Amended Motion of Elizabeth Robben Murray and Kevin A. Crass to withdraw as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial, LLC, and Robinhood Securities, LLC. The Court finds that good cause has been stated in the motion. The motion is therefore granted. Elizabeth Robben Murray and Kevin A. Crass are hereby withdrawn and removed from the Court's service list.

IT IS SO ORDERED this _____ day of October 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE