UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

| | |
|---|---|
| In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |

**[PROPOSED] ORDER GRANTING THE JOINT MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND DISCOVERY**

On November 6, 2023, Lead Plaintiff and proposed Class Representative Blue Laine-Beveridge and Named Plaintiffs and proposed Class Representatives Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash ("Plaintiffs"), and Defendants Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, Inc. ("Robinhood" or "Defendants"), jointly moved this Court for an Order amending the Scheduling Order to extend expert reports and expert discovery pursuant to Fed. R. Civ. P. 16(b)(4).

Having considered the motion papers, the arguments of counsel and all other matters presented to this Court, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Joint Motion to Amend the Scheduling Order to Extend Discovery is GRANTED. The dates set forth in the Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (Dkt. No. 517) are amended as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Fact discovery completion | March 15, 2024 | March 15, 2024 |
| Exchange opening expert reports | December 18, 2023 | March 29, 2024 |
| Exchange rebuttal/reply expert reports | February 16, 2024 | May 13, 2024/June 10, 2024[1] |
| Expert discovery completion | March 15, 2024 | June 28, 2024 |
| Pre-trial and *Daubert* motions | April 26, 2024 | July 26, 2024[2] |
| Joint Pre-Trial Stipulation; proposed jury instructions, verdict forms, and findings of fact and conclusions of law; and non-*Daubert* motions *in limine* | June 14, 2024 | September 16, 2024 |
| Calendar Call | August 6, 2024 | |
| Trial | August 12, 2024 | |

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2023.

_____
The Honorable Cecilia M. Altonaga
Chief United States District Judge

---

[1] The June 10, 2024 deadline pertains only to Plaintiffs' expert reply on the issue of damages.

[2] The Scheduling Order does not include a briefing schedule for summary judgment motions. Defendants currently envision submitting a Rule 56 motion and reserve their right to request a briefing schedule for that motion following the close of fact and expert discovery.