UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MD-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

**ORDER**

THIS CAUSE came before the Court on the Amended Motion of Elizabeth Robben Murray and Kevin A. Crass to withdraw as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial, LLC, and Robinhood Securities, LLC [ECF No. 618]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Elizabeth Robben Murray and Kevin A. Crass are withdrawn and removed from the Court's service list.

**DONE AND ORDERED** in Miami, Florida, this 10th day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record