UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

In re: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

**This Document Relates to: All Actions Involving the Federal Securities Laws**

**PLAINTIFFS' UNOPPOSED MOTION FOR A BRIEFING SCHEDULE**

Lead Plaintiff Blue Laine-Beveridge and named plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash (collectively "Plaintiffs") hereby move this honorable Court for an order setting a schedule for briefing a renewed motion for class certification, and for filing expert reports in connection with the briefing of that motion.

Plaintiffs intend to file a renewed motion for class certification to address the deficiencies identified by the Court in its November 13, 2023 Order denying class certification without prejudice (Dkt. No. 622) (the "Class Certification Order"). Specifically, Plaintiffs intend to propose and address the applicability of a "modified fraud-on-the-market presumption" (Class Certification Order at 62). Plaintiffs intend to introduce an additional expert report in connection with this renewed motion to address factual matters relevant to the modified presumption, and intend to rely on documents that Plaintiffs received in discovery subsequent to Plaintiffs' filing of the initial class certification motion.

Therefore, Plaintiffs propose the following schedule:

- **Motion for Class Certification and Plaintiffs' Initial Expert Reports in Connection with Renewed Motion for Class Certification:** February 15, 2024
- **Opposition to Motion and Defendants' Expert Reports in Connection with Renewed Motion for Class Certification:** April 15, 2024
- **Reply and Plaintiffs' Rebuttal Expert Reports in Connection with Renewed Motion for Class Certification:** May 15, 2024

Plaintiffs request until February 15, 2024 to file their renewed motion for class certification

1

because they only recently received an extraordinarily large data set from FINRA that requires extensive and complicated analyses that cannot be completed before then. Plaintiffs do not propose modification of any existing scheduling deadlines.

Defendants do not oppose Plaintiffs' requested schedule for the motion, but dispute that Plaintiffs have the right to file a renewed motion for class certification or submit a new expert report in support of that motion, and they reserve the right to raise those arguments and others in opposing the renewed motion for class certification.

Dated: December 13, 2023     Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, FBN# 0182877
Phillip Kim
Robin Bronzaft Howald
Jonathan Stern
Brent LaPointe
Michael Cohen

By: /s/ *Laurence M. Rosen*
Laurence M. Rosen, Esq.
275 Madison Avenue  40th Floor
New York, New York  10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Blue Laine-Beveridge and Named Plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned Plaintiffs' counsel conferred with counsel for Defendants, who do not oppose the schedule requested in this motion. However, Defendants dispute whether Plaintiffs have the right to file a renewed motion for class certification or submit additional expert reports in support of class certification, and reserve all rights to argue those matters and others in connection with opposing the renewed motion for class certification.

/s/ <i>Laurence M. Rosen</i>

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ <i>Laurence M. Rosen</i>