UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

| In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |
|---|---|

**[PROPOSED] ORDER GRANTING THE UNOPPOSED MOTION FOR BRIEFING SCHEDULE**

On December 13, 2023, Lead Plaintiff Blue Laine-Beveridge and Named Plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash ("Plaintiffs") moved this Court for an Order setting a schedule for Plaintiffs' anticipated renewed motion for class certification.

Having considered the motion papers, the arguments of counsel and all other matters presented to this Court, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Unopposed Motion for a Briefing Schedule is GRANTED. The dates for briefing of the renewed motion for class certification are as follows:

- **Motion for Class Certification and Plaintiffs' Initial Expert Reports in Connection with Renewed Motion for Class Certification:** February 15, 2024
- **Opposition to Motion and Defendants' Expert Reports in Connection with Renewed Motion for Class Certification:** April 15, 2024
- **Reply and Plaintiffs' Rebuttal Expert Reports in Connection with Renewed Motion for Class Certification:** May 15, 2024

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2023.

_____
The Honorable Cecilia M. Altonaga
Chief United States District Judge