**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-02989-MDL-ALTONAGA/Damian**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Actions in the Federal Securities Tranche

## ORDER

**THIS CAUSE** came before the Court *sua sponte.* On December 13, 2023, Lead Plaintiff Blue Laine-Beveridge and named Plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash filed an Unopposed Motion for a Briefing Schedule [ECF No. 624], which seeks "an order setting a schedule for briefing a renewed motion for class certification, and for filing expert reports in connection with the briefing of that motion." (Mot. 1). Implicitly, the Motion seeks leave of Court to file a renewed motion for class certification, since the deadline to seek class certification passed long ago. (*See* Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 517] 1–2).

Defendants, Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC do not oppose the proposed schedule, but they "dispute that Plaintiffs have the right to file a renewed motion for class certification or submit a new expert report in support of that motion[.]" (Mot. 2 (alteration added)). Curiously, Defendants failed to respond to the Motion within the time allowed by the Local Rules, seemingly because they intend to raise their arguments "in opposing the renewed motion for class certification." (*Id.*). If Defendants object to Plaintiffs filing a renewed motion for class certification or submitting additional expert reports, the time to raise these arguments is now.

CASE NO. 21-02989-MDL-ALTONAGA/Damian

Accordingly, it is

**ORDERED** that Defendants, Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC shall file a response to the Unopposed Motion for a Briefing Schedule **[ECF No. 624]** by **January 5, 2024**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of December, 2023.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2