**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN RE: January 2021 Short Squeeze Trading**   CASE NO.:   1:21-md-02989-CMA
**Litigation**


**Stephen D'agostino**
*individually and on behalf of all others similarly*
*situated*
_____/


**NOTICE OF FIRM NAME, ADDRESS, AND EMAIL DESIGNATION CHANGE**

Patrick S. Montoya, Esq., Counsel for **Stephen D'agostino, Individually and on behalf of all others similarly situated**, hereby files this his Notice of Firm Name, Address, and Email Designation change, and requests all further communications and pleadings be forwarded to the following Firm Name, address, and email:

> Patrick S. Montoya, Esq.
> Whitfield Coleman Montoya, PLLC
> 201 Sevilla Avenue
> Second Floor
> Coral Gables, FL 33134
> PH: 786-206-7874

Email Designations as follows:

> Primary email:      pmontoya@thewcmfirm.com
> Secondary email:   mkamberger@thewcmfirm.com
>                            alanza@thewcmfirm.com
>                            ralvarez@thewcmfirm.com

Respectfully submitted,

> **WHITFIELD COLEMAN & MONTOYA**
> */s/Patrick S. Montoya*
> PATRICK S. MONTOYA, ESQ.
> MARKUS M. KAMBERGER, ESQ.
> 201 Sevilla Ave, Suite 200
> Coral Gables, Florida, 33134
> Telephone: (786) 206-7874
> Email: pmontoya@thewcmfirm.com
> Email: mkamberger@thewcmfirm.com

**CERTIFICATE OF SERVICE**

I certify that, on **January 2, 2024**, the foregoing document was filed through the Portal and furnished by the Portal's E-service function to the Service List of designated recipients for above-captioned matter.

Respectfully submitted,

_/s/Patrick S. Montoya_
Patrick S. Montoya, Esq.