# Exhibit 1

On Nov 16, 2023, at 5:08 PM, Laurence Rosen <lrosen@rosenlegal.com> wrote:

> External (lrosen@rosenlegal.com)

Report This Email  FAQ

Dear Counsel:

We would like to schedule a meet and confer with you next week – prior to the Thanksgiving holidays to discuss several issues.

First, we would like to come to agreement on the number of depositions of Robinhood employees that we will take.

Second, we want to come to agreement as to dates for when and where these depositions will take place.

Third, we intend to file a renewed class certification motion based on the Court's recent class certification decision.   We want to get your agreement on the schedule for the motion.

The basis for the renewed motion is a renewed request for a presumption of reliance based on a modified fraud on the market theory.   Our review of the cases and law review article cited by the Court suggest that a showing that the alleged fraud had a price impact could be an appropriate basis on which to grant a presumption of reliance.

Because the expert evidence required to address these issues is nearly identical to what the final expert reports will be, we think it makes sense to have our renewed class certification motion due the same as day as our expert reports.

We propose the following schedule:

March 29, 2024.  File Opening Class Certification Motion and Parties exchange expert witness summaries or reports.
May 13, 2024.  File Opposition papers to Class Certification Motion and Parties exchange rebuttal expert witness summaries or reports.
June 10, 2024.  File Reply in Support of Class Certification and Parties exchange reply expert witness summaries or reports.

This also eliminates the need for doubling the number of expert reports and having two depositions of each expert, rather than just one.

Please provide some times on Monday, Tuesday or Wednesday next week that you are available for a meet and confer on these issues.

Thank you.

**Laurence Rosen**
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY  10016
Direct: (646) 437-7780
Main: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
www.rosenlegal.com

<image001.png>
***Ranked 2nd in the nation for number of securities class action settlements in 2021 by ISS Securities Class Action Services.***
<image002.jpg>