# Exhibit 2

| | |
|---|---|
| **To:** | Laurence Rosen; Kevin Orsini |
| **Cc:** | Michael Cohen; Antony Ryan; Brittany Sukiennik; Kathleen E. Young; Vineet Surapaneni; Shuyu Sun; Robin Howald; Brent LaPointe; Amanda Miner; Phillip Kim; Jonathan Stern |
| **Subject:** | RE: In re January 2021 Short Squeeze Trading Litigation, Case No. 21-2989-MDL-ALTONAGA/Damian |

**From:** Laurence Rosen <lrosen@rosenlegal.com>
**Sent:** Monday, November 20, 2023 3:54 PM
**To:** Kevin Orsini <Korsini@cravath.com>
**Cc:** Michael Cohen <mcohen@rosenlegal.com>; Antony Ryan <ARyan@cravath.com>; Brittany Sukiennik <bsukiennik@cravath.com>; Kathleen E. Young <keyoung@cravath.com>; Vineet Surapaneni <vsurapaneni@cravath.com>; Shuyu Sun <ssun@cravath.com>; Robin Howald <rhowald@rosenlegal.com>; Brent LaPointe <blapointe@rosenlegal.com>; Amanda Miner <aminer@cravath.com>; Phillip Kim <pkim@rosenlegal.com>; Jonathan Stern <jstern@rosenlegal.com>
**Subject:** RE: In re January 2021 Short Squeeze Trading Litigation, Case No. 21-2989-MDL-ALTONAGA/Damian

> External (lrosen@rosenlegal.com)

Report This Email  FAQ

Kevin

In response to your question for cases supporting the renewed motion for class certification, the court's decision list a great many.

These include:

1. The Charles Korsmo law review article cited by the court and all of the cases Korsmo cites in support of the modified presumption of reliance.
2. the Desai concurrence cited by the court
3. The ATSI case
4. The Fezzani Cases

We are not asking you to consent to class certification.   We assume you will oppose our motion.

We just want to work out a sensible schedule for the briefing, the expert reports and the depositions of the experts, and to avoid unnecessary duplication.

**Laurence Rosen**
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY  10016
Direct: (646) 437-7780
Main: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
www.rosenlegal.com

***Ranked 2nd in the nation for number of securities class action settlements in 2021 by ISS Securities Class Action Services.***