UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Damian

In re: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

This Document Relates to: All Actions Involving the Federal Securities Laws

NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jonathan Stern from The Rosen Law Firm, P.A., hereby enters his appearance as counsel in the above-captioned matter on behalf of Lead Plaintiff Blue Laine-Beveridge and Named Plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash, both individually and on behalf of all others similarly situated, and requests that copies of all motions, notices, pleadings, orders, and other correspondences be forwarded to the undersigned counsel.

Dated: January 22, 2024              Respectfully submitted,

                                     **THE ROSEN LAW FIRM, P.A.**
                                     By: /s/Jonathan Stern
                                     Jonathan Stern, Esq. (NY 4758900)
                                     admitted *Pro Hac Vice*
                                     275 Madison Avenue 40th Floor
                                     New York, New York 10016
                                     Tel: (212) 686-1060
                                     Fax: (212) 202-3827
                                     Email: jstern@rosenlegal.com

                                     *Counsel for Lead Plaintiff Blue Laine-Beveridge and Named Plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

      /s/Jonathan Stern