UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/DAMIAN

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Actions in the Federal Securities Tranche.

## ORDER FOLLOWING DISCOVERY HEARING

THIS CAUSE came before the Court on the Motion for Leave to Take Additional Depositions filed by Defendants, Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC (collectively, "Robinhood"), on January 5, 2024 ("Motion") [ECF No. 632].

THIS COURT has considered the Motion, Plaintiffs' Response thereto [ECF No. 634], and the pertinent portions of the record and is otherwise fully advised in the premises. The Court also heard from the parties, through their counsel, at a Zoom Discovery Hearing held January 23, 2024. In the Motion, Robinhood seeks leave to take fourteen (14) additional third-party depositions, including seven (7) brokers and six (6) issuers of the stocks at issue in this matter.

For the reasons stated on the record and as further detailed on the record at the January 23, 2024 hearing, it is hereby

ORDERED AND ADJUDGED that Robinhood's Motion for Leave to Take Additional Depositions [ECF No. 632] is **GRANTED IN PART** as follows:

1. As agreed by the parties, Robinhood may take the deposition of the NSCC representative in person on a date agreed by the parties;

2. As for the depositions of the seven (7) brokers identified in the Motion, Robinhood may take the depositions of a representative from each by remote or virtual means for a half day as to each;

3. As for the depositions of the six (6) stock issuers identified in the Motion, Robinhood may take the depositions of a representative from each by remote or virtual means in accordance with the duration requirements set forth in Federal Rule of Civil Procedure 30(d)(1); and

4. The parties shall endeavor to complete all depositions by **March 29, 2024**. As set forth on the record, in the event the parties are unable to complete these depositions by March 29, 2024, they may set the remaining depositions to take place by or before April 15, 2024, without further order from the Court.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of January, 2024.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Hon. Cecilia M. Altonaga, *Chief U.S. District Judge*
Counsel of Record