1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2
               CASE NO. 21-MD-02989-CMA
3
IN RE JANUARY 2021 SHORT
4 SQUEEZE TRADING LITIGATION,

5                              Miami, Florida

6                              January 23, 2024

7                              Pages 1 - 22

8 ------------------------------------------------------------

9                     DISCOVERY HEARING
          TRANSCRIBED FROM DIGITAL AUDIO RECORDING
10         BEFORE THE HONORABLE MELISSA DAMIAN
              UNITED STATES MAGISTRATE JUDGE
11
APPEARANCES:
12
FOR THE PLAINTIFF(S):  JONATHAN STERN, ESQ.
13                     LAURENCE M. ROSEN, ESQ.
                       THE ROSEN LAW FIRM, P.A.
14                     275 Madison Avenue
                       New York, NY 10016
15                     jstern@rosenlegal.com
                       lrosen@rosenlegal.com
16

17

18

19

20

21

22

23

24

25

```
 1    APPEARANCES (CONT'D)

 2

 3    FOR THE DEFENDANT(S):   SAMUEL A. DANON, ESQ.
      Robinhood                HUNTON ANDREWS KURTH, LLP
 4                             333 SE 2nd Avenue
                               Miami, FL 33131
 5                             305-810-2500
                               sdanon@huntonak.com
 6

 7

 8    FOR THE DEFENDANT(S):   ANTONY L. RYAN, ESQ.
                               HUSSEIN E. ELBAKRI, ESQ.
                               CRAVATH SWAINE & MOORE LLP
 9                             825 8th Avenue
                               New York, NY 10019
10                             212-474-1000
                               aryan@cravath.com
11                             helbakri@cravath.com

12

13    TRANSCRIBED BY:         Joanne Mancari, RPR, CRR, CSR
                               Court Reporter
14                             jemancari@gmail.com

15

16

17

18

19

20

21

22

23

24

25
```

1   Thereupon,

2   the following proceedings were held via Zoom videoconference:

3         THE DEPUTY CLERK:  Case No. 21 MD 2989, Altonaga.  In

4   Re January 2021 Short Squeeze Trading Litigation.

5         Counsel, please state your appearances, beginning with

6   the plaintiff.

7         MR. STERN:  Jonathan Stern, of the Rosen Law Firm, for

8   the plaintiffs.

9         MR. ROSEN:  Also, Laurence Rosen for the plaintiffs.

10         THE COURT:  For the defendants.

11         MR. DANON:  Good afternoon, your Honor.  Sam Danon,

12   Hunton Andrews Kurth, on behalf of the Robinhood defendants.

13         THE COURT:  OK.  Is that everybody?

14         Mr. Ryan, I think you were muted before.

15         MR. RYAN:  Antony Ryan and Hussein Elbakri, from

16   Cravath Swain & Moore, also representing the Robinhood

17   defendants.  Good afternoon, your Honor.

18         THE COURT:  Good afternoon.  OK.  All right.

19         So I have taken a look here.  I think I am sort of up

20   to speed.  I have a couple of questions and then I can let, I

21   guess, Mr. Danon or Mr. Ryan speak on behalf of the defendants

22   because it is your motion.

23         Here is my big question.  When class depositions, when

24   class discovery was happening, were depositions limited to --

25   would somebody object if questions were asked about merits as

1    opposed to class certification issues?

2          That was just a big question that I have for sort of

3    background for me, or when a deposition was taken during class

4    discovery, were they permitted to whatever they wanted to ask

5    of the deponents, Mr. Danon?

6          MR. DANON:  The answer to that is no, your Honor.

7    There was no limitation on the scope of the depositions.

8    Really, the bifurcation and the bifurcation we alluded to is in

9    Judge Altonaga's order.  There was a discovery cutoff for class

10   discovery or class-related discovery and class-related experts

11   and then the merits discovery cutoff.

12         THE COURT:  OK.

13         MR. DANON:  You have all (inaudible) cutoff, which is

14   now.

15         THE COURT:  OK.

16         MR. DANON:  Coming up.

17         THE COURT:  So then also, before I have you speak to

18   me about your motion, has there been any further discussion or

19   any further agreements or anything like that that I should know

20   about since you all filed your memoranda or are we where we

21   were when you filed the memoranda?

22         MR. DANON:  Your Honor, there has been no change in

23   the 13 that were in the memorandum.  There was the NSCC, which

24   was initially in there, but that's been resolved.

25         THE COURT:  Right.

```
 1              MR. DANON:  The other update is, because in the
 2    briefing there was some discussion about the Robinhood
 3    plaintiffs --
 4              THE COURT:  Right.
 5              MR. DANON:  -- I can say that as of now 12 of the 15
 6    depositions that plaintiffs have requested are now scheduled
 7    and there are some pending dates on at least two of those
 8    three.  So that is the most recent update on depositions.
 9              THE COURT:  Twelve of the depositions that the
10    plaintiffs wanted to take have been scheduled.
11              MR. DANON:  Correct.
12              THE COURT:  OK.
13              MR. DANON:  Twelve of the 15, yes.
14              THE COURT:  So that may at least deal with the
15    plaintiffs' issue, which is if this is going to happen, we want
16    our depos to go first, right?
17              MR. DANON:  Our understanding was they wanted them
18    scheduled, right, calendared, in place before that.  That was
19    the alternative relief in their motion.  That is why I brought
20    that up, which is that 12 of 15 are calendared.
21              MR. STERN:  Your Honor, we do believe if these
22    depositions go forward, ours should go first.
23              THE COURT:  Correct.
24              MR. STERN:  That we be given priority.
25              THE COURT:  Not just calendared but also take place
```

1    first.

2                MR. STERN:  Yes.

3                THE COURT:  OK.  All right.

4           So, Mr. Danon, let's talk about the 13 additional

5    third-party depositions.  Tell me about the need for these.

6                MR. DANON:  The 13, your Honor, really fall into two

7    categories, right.  It is the brokers -- there are third-party

8    brokers and third-party issuers.

9           So dealing with the brokers first, we have sought

10   this.  This is a case, right, where at the end of the day what

11   they are alleging is that Robinhood's actions impacted the

12   price of these stocks, right.  So what we are looking to do is,

13   in these brokers, right, get their depositions to talk about

14   what other information was out there, what other actions they

15   took or did not take.

16          I think specifically with this one on relevance, it is

17   not even really questionable, especially in light of the fact

18   that in paragraph 93 of the complaint they have a comparison

19   chart between what brokers did compared to what Robinhood did.

20   So they are actually comparing Robinhood's actions to other

21   brokers.

22          Now what we have done is we have chosen not all of

23   them, right, but we have chosen a select of them.  We chose

24   them based on, these were the ones that had most of the

25   activity that we saw and were the ones listed, at least four of

1  them, listed in the complaint.  They've served discovery

2  requests in at least four of the instances.  The plaintiffs had

3  initially served four of those parties -- Axos, Apex,

4  Interactive Brokers, and E*Trade -- with subpoena duces tecum

5  with depositions, and then they informed us on November 3rd

6  during these communications that they were not going ahead with

7  the depositions, and that is why we then are seeking to notice

8  them in our category.

9          So really these are, again, they are independent.

10  They are one deposition of each broker, not multiple people of

11  the same brokers.  There is just one person of those brokers.

12  So it is not cumulative.  We haven't taken any of those.  Each

13  one of them is going to have an independent story that is

14  unique to that broker, right.

15          So that is about the restrictions, why they put those

16  restrictions in, how those restrictions impacted their

17  customers, all that goes to what Robinhood is talking about or

18  what we need to show in the sense of rebutting their claims

19  regarding the efficiency of the market but also scienter and

20  damages.

21          THE COURT:  So I think this was actually logically how

22  I figured we should address this, is let's do brokers and then

23  issuers.

24          How many other brokers have already been deposed?

25          MR. DANON:  No brokers have been deposed, your Honor.

```
1            THE COURT:  So then is the position of -- I mean, I
2    don't think anybody is not agreeing that information that the
3    brokers have is relevant.  It is more a matter of
4    proportionality, is that right, Mr. Stern, or who is speaking
5    on behalf of the plaintiffs?
6            MR. STERN:  Yes, I'm speaking, your Honor.
7            It is a matter of proportionality and it is also a
8    matter of the information that we agree is relevant is the
9    timing and the extent and the impact of their restrictions,
10   those other brokers, but that can be obtained through
11   documentary evidence.
12           The real question is the issue of the reasons for
13   those brokers' restrictions.  That seems to us to not be
14   relevant.  That doesn't really bear on Robinhood's scienter or
15   bear on the impact of Robinhood's conduct.  So we don't
16   really --
17           THE COURT:  It's not an issue here.  It is not one of
18   the issues here, like why.  Wouldn't the why Robinhood put
19   these restrictions in place go to the ultimate issues in this
20   case?
21           MR. STERN:  Sorry.  Yes, your Honor.  The reason why
22   Robinhood put these restrictions in place is relevant, but the
23   reasons why other brokers put those restrictions in place, that
24   doesn't seem to be relevant to Robinhood's conduct.
25           THE COURT:  Why not?  If you're saying Robinhood put
```

1    these restrictions in place that caused all these problems and

2    unnecessarily or irresponsibly or whatever the wording may be,

3    isn't Robinhood going to try and say it wasn't unreasonable,

4    irresponsible for us to do that; it was reasonable under the

5    circumstances.  Look, all these other brokers are telling you

6    that they eventually put restrictions in place for the same

7    reasons, or I don't know if it is going to be --

8         MR. STERN:  Well, if it is the same reason that

9    Robinhood did it, then it might be that some of those other

10   brokers engaged in market manipulation but they are just not

11   the people that we sued.  So I don't know that it would be --

12        THE COURT:  Yes, but Robinhood is saying we didn't

13   engage in market manipulation; we had valid reasons for doing

14   this and, look, you're not going after these other brokers and

15   they similarly took certain actions.

16        I don't know.  I don't know that I agree that it is

17   not relevant what these other brokers were doing in the face --

18   because they all dealt with the same products, is that right,

19   Mr. Danon?

20        MR. DANON:  Yes, your Honor.

21        THE COURT:  We all agree that they all dealt with the

22   same products.

23        MR. DANON:  They all dealt with the affected stocks,

24   which are the subject of the complaint, right.

25        THE COURT:  So I don't know, given the broad scope of

1   discovery, I don't know that I'm buying that it is not

2   relevant.  I can see the relevance.  I don't know now needing

3   all six of them, because I was just looking back to see if you

4   really delve into whether some are more valuable than others.

5   I kind of grabbed onto this footnote, which I guess Mr. Danon

6   also just mentioned, that the defendants had dropped in their

7   memorandum or in their motion, saying that the plaintiffs had

8   already indicated at some point -- let's see.  I think footnote

9   3, which Mr. Danon mentioned.  Plaintiffs had already served

10   Apex, E*Trade and Interactive.  So for me that begged the

11   question, are those the ones that are most relevant here?  Can

12   we come to some sort of a compromise?

13          Were some more active with these products than others,

14   Mr. Danon?

15          MR. DANON:  Your Honor, first one clarification there,

16   which is, it is Axos, Apex, and Interactive Brokers were

17   subpoenaed by plaintiffs on July 7th and then E*Trade was

18   subpoenaed on August 7th.

19          THE COURT:  OK.  So Axos is another one.

20          MR. DANON:  Right.  I think the footnote inadvertently

21   omitted one of the ones just because of the different timing.

22          Your Honor, our position is there really is no

23   proportionality issue here because, again, we could have -- the

24   universe of brokers, right, is dozens and dozens, right.

25          THE COURT:  Right.

1          MR. DANON:  So we have identified brokers both based

2     on what is in the complaint, right, but also from what we have

3     found in our research on -- remember, this is all about this

4     mean stock issue.  So there are a lot of social media posts,

5     there's a lot of reports, and social media ran it.

6          So we tried to look at, OK, well, we are not asking

7     for all of them, right.  We are not asking for every single

8     broker.  We are not asking for a dozen.  We are asking for six,

9     again, because if you -- bottom line here, they are alleging

10    that Robinhood is solely responsible for the change of this

11    price, right, and the manipulation claim.

12         There are many players in this market, right.  It is

13    on us to be able to develop the evidence to show the impact of

14    a lot of players in the market.  If you just pick two or three,

15    you're not going to be able to show the breadth and the scope

16    and the differences that are in the market, but by doing six we

17    think that we can get enough information to do that.

18         Again, four of them are the ones that they have

19    already subpoenaed.  We have added a couple more, again, to be

20    able to develop enough evidence in the sense of what else was

21    going on in the market so that there's a lot of impact here,

22    not just what Robinhood was doing.

23         THE COURT:  So then let me ask you this.  With regard

24    to these six, A, are you expecting these to be a very narrow

25    subject matter of the depositions?

1          The reason, where I am going with this, are they going

2     to be all day-depositions or can these be shorter depositions,

3     because you're basically going to be asking them all the same

4     questions?

5          MR. DANON:  Your Honor, they are going to be targeted,

6     right.  So I know I am not getting specifically to the point.

7     I'm reluctant to say that they are going to be less than the

8     day because I don't know the deponents, right.  I don't know

9     how they are going to react.  We don't have all the volume of

10    documents that we have gotten from them, and it could be that

11    there are a bunch of documents.

12         I think to your general point, yes, this is not going

13    to be give me the history of this broker, how they were formed,

14    right.  It is going to go to the nine stocks, it is going to go

15    to this time period in '21, it is going to go to the mean

16    stocks.

17         THE COURT:  There's been like 20 depos in this case

18    already, right?  There's been the class reps.  Have they all

19    been in person in?

20         MR. DANON:  They have been -- I think the majority

21    have been remote.

22         THE COURT:  Because I am trying to think, it does at a

23    certain point -- so we have six brokers.  I think it was like

24    seven issuers.

25         Is there a way to keep -- because part of the issue

1    raised by plaintiffs is we have got to all take the time to

2    prepare, to go all over the place, it is a time issue, it is an

3    expense issue.  I am just trying to figure out if there is a

4    way to make it less -- if you are not traveling all over the

5    place and you are doing this remotely, they are not your

6    clients, Mr. Stern, so you don't have to travel to be sitting

7    there with the deponent.  It does take away some of the concern

8    about the expense because now at least you are not traveling.

9    But it is 13 days, possibly, of time.  That is a lot of time.

10           So I am just trying to figure out if you are able to

11   set two brokers per day, that cuts it in half, at least as far

12   as the brokers go, and then I am going to have the same

13   question as to the issuers.

14           I mean, the gist of it is, I don't necessarily agree

15   with the response from the plaintiffs that it is not relevant

16   either as to the brokers or to the issuers.  Again, because we

17   are in discovery and discovery is broad, and we are in merits

18   discovery, so I agree with the plaintiffs' point, which was

19   that just because we had class discovery, we didn't wipe the

20   slate clean and start from scratch when we went into merits

21   discovery.  We all still went through all that expense and

22   time.

23           So I am not agreeing necessarily with the relevance

24   objection, but to the extent -- let me ask on the

25   proportionality, what is the damage exposure here?  What is the

1    range of damage exposure, Mr. Stern?

2              MR. STERN:  The damages exposure is in the billions.

3              THE COURT:  Billions, right.  Yes.  So the

4    proportionality argument is a little tough now.  Again, though,

5    13 more depositions is a lot.

6              So is there a way, Mr. Danon, that you can propose

7    that we narrow or reduce the time?

8              MR. DANON:  I think, your Honor, like I said, I think

9    we can live with kind of a half day on the issuers and perhaps

10   the brokers.  Definitely with the issuers.

11             THE COURT:  Because what are the issuers going to say?

12   I think the issuers are going to have less to say that is

13   relevant here.

14             MR. DANON:  Right.  That is why I think we are

15   certainly comfortable there with the issuers.  I'm a little bit

16   less with the brokers, but I think that we can aim towards

17   that.

18             We certainly need the full day with the NSCC, but I

19   think that that is already agreed upon.

20             I will say that we are also more than willing to talk

21   to the plaintiffs about doing some of these remote.  To the

22   extent it is convenient for the third-party witnesses, too.  I

23   think that we would have an obligation.  I will say that, the

24   plaintiff depos so far that have been confirmed are in person,

25   right.  So maybe we can talk about that too, but I think

```
 1    that --
 2           THE COURT:  Are all of the plaintiffs local?  Where
 3    are the plaintiffs located?  They are all over the place,
 4    right?
 5           MR. DANON:  No.  The plaintiffs were remote.  I'm
 6    talking about the plaintiffs' depositions that are scheduled --
 7           THE COURT:  Got you.  OK.
 8           MR. DANON:  -- the Robinhood employees.
 9           They are in various places throughout the country,
10    whether east coast and west coast and up in Mid-Atlantic and
11    some here in Florida.  So they are in various spots.
12           We are absolutely willing to talk about half day,
13    particularly with the issuers, and then aim to do the same with
14    the brokers.  We don't have to do all of them remote.
15           THE COURT:  So tell me, on the depositions that you
16    have already been scheduling --
17           MR. DANON:  Yes.
18           THE COURT:  -- when are those taking place?
19           MR. DANON:  So the ones that are confirmed, which are
20    the Robinhood employees, they really range.  I did a little
21    map.  There are three next week, as I have it, and one
22    potential, another potential one.  There are two on the 15th of
23    February, one on the 21st.  There's one on the 27th and 29th,
24    and then the 5th, 7th, 12th, and 14th of March.  So there are
25    23 business days that are open.  We get the good fortune of 29
```

1  days in February, so we have an extra day.

2          Again, I think, like what we have been talking about,

3  I think if we double track or two a day on some of the issuers,

4  we can get those done, especially if they are remote too.

5          THE COURT:  OK.  Mr. Stern, let me hear from you.

6          MR. STERN:  Yes, your Honor.  One thing I did want to

7  note is that defendants still never justified the five

8  depositions that they already took during the class

9  certification briefing of basically third parties who bought or

10  participated in -- who bought the affected stocks.  We really

11  don't understand why those depositions were taken, and we think

12  that does factor into the justification for further

13  depositions.

14          It would be helpful to us if all of the depositions

15  could be ordered to be remote and all of them could be ordered

16  to be half day.  We are prioritizing trying to do some of the

17  Robinhood employee depositions in person, as they are some of

18  the most important depositions in the case, rather than third

19  parties that are speaking to a relatively discrete set of

20  issues.

21          THE COURT:  So one of your requests, Mr. Stern, was we

22  want to complete the Robinhood employee depositions before

23  taking or agreeing to have these third-party depositions taken,

24  but of course, the Robinhood employee depositions seem to go

25  through March 14th.  I mean, are you OK with, if there are gaps

1    in that time, some of these third parties taking place before

2    you are done with your depositions?

3           MR. STERN:  I mean, our concern is it does take the

4    time away from us to prepare for those depositions.  We had

5    started to try to talk to defendants about the timing of the

6    depositions in December and trying to get them started in

7    mid-January.  They really didn't give us dates until sort of

8    the second week of January.  We wanted to get these done

9    earlier, but these are the dates that the defendants provided

10   to us of availability.  Going up to March 14th was defendants'

11   choice.

12          THE COURT:  Would these broker and issuer depositions

13   have any impact on expert witnesses?  I ask that because I have

14   no issue -- you have a nice gap of time between fact discovery

15   and completion of expert discovery.  If the broker/issuer

16   depositions are not going to impact experts, then I wouldn't

17   have a problem giving you a little more time for fact

18   discovery.  Not keeping fact discovery open, but keeping it

19   open for the limited purpose of permitting these other

20   depositions of non-parties to be taken, because it is not like

21   information that was given by these brokers or these issuers is

22   going to cause us now to have to do all sorts of new document

23   discovery.  It is not like one of the defendants' employees or

24   one of the named plaintiffs revealing information that is going

25   to lead to more discovery.

1          What I'm thinking is we give a limited period of

2    time -- now granted, all these brokers and all these issuers

3    are going to be represented by all these other lawyers.  They

4    are all very busy people.  We are not guaranteed they are going

5    to be available in March.  So it is not a perfect world.

6          So I'm inclined to permit the 13 if Mr. Danon agrees

7    to some limitations on these.  I think that he is already sort

8    of agreeing that as to the seven issuers they can be half days

9    and remote.

10          MR. DANON:  And remote, yes.

11          THE COURT:  OK.  So if you get lucky enough that some

12    of these -- it is going to be a matter of their lawyers and

13    their availability, but if you can agree that the seven

14    issuers' depositions will not exceed half days and that they

15    are agreeing that those will be taken remotely, then I will

16    permit the parties to do their best to try and schedule them by

17    the end of March, but I will permit until April 15th to get

18    them done.

19          Then you don't have to come back to the court in order

20    to find time to complete those depositions if you don't go past

21    April 15th for their scheduling.  Again, that is not reopening

22    all of the fact discovery; it is just opening for the limited

23    purpose of finishing these 13 at issue.

24          MR. DANON:  Your Honor, I was just going to answer

25    your question about does it impact experts.  It certainly

1   impacts experts from our side as far as getting the information

2   to them.  I think that was one of the issues that was in the

3   briefing.

4           The experts need this underlying factual information

5   for part of what they're doing.  So that would be --

6           THE COURT:  That is end of March then.

7           MR. DANON:  Yes, end of March would be the latest, I

8   think, in order to get that done.

9           THE COURT:  Right.  I mean, I think you need to be

10  making your best efforts to get it all done by the end of

11  March.

12          What I was saying is if there is a straggler broker or

13  issuer that you have to roll into the first week of April on,

14  you are not going to have to come to the court in order for you

15  all to agree to set that if it is before April 15th.

16          MR. DANON:  Thank you, your Honor.

17          THE COURT:  Now, as to the brokers, how do you want

18  to -- are you also agreeing to do them remotely?

19          MR. DANON:  Yes, your Honor.  We could live with these

20  remote also.  Again, they are third party.  We are going to get

21  documents from them.

22          I am somewhat hesitant to agree to half days until we

23  actually get the production because I can't -- we don't

24  automatically think that it will be limited.  The restrictions

25  could go beyond a half day, just depending on what they did and

1    why.  That is my only hesitation.

2            I think we would aim to do that, but I think until we,

3    A, respond to the subpoena on the documents, I would be kind of

4    hamstrung to agree to that.

5            THE COURT:  So they have already all received the

6    subpoenas for documents.

7            MR. DANON:  Yes.

8            THE COURT:  And when are those responses due?

9            MR. DANON:  Well, we are in the midst of working with

10   them on productions because, if I get these dates right, as far

11   as on the brokers, the brokers we subpoenaed on October 4th and

12   we are continuing to work with them on getting the documents.

13           THE COURT:  OK.  So, Mr. Stern, he's already agreed

14   everybody of the 13 is going to be remote and he's agreed that

15   as to the issuers they will agree that they are going to be

16   half-day depositions.

17           As to the brokers, I don't know.  Can I leave this to

18   you all to work out?  Some may be quicker than others, and you

19   guys can try and work these out.  I don't know that I am going

20   to order them to make those half days also.  I think it is a

21   nice limitation that they are all remote.  Half of them, more

22   than half of them are half days.  But I am going to just leave

23   the brokers to regular full days, and if you think it is

24   getting ridiculous, obviously, Mr. Stern, you can come back and

25   let the court know.  I am not going to order that they keep the

```
 1   brokers to half days.
 2           MR. STERN:  Understood, your Honor.
 3           THE COURT:  We have had some good limitations here.
 4           So then it will be that you all have already agreed as
 5   to, what was it?
 6           MR. DANON:  NSCC.
 7           THE COURT:  NSCC.
 8           MR. DANON:  Yes.
 9           THE COURT:  NSCC, you all will schedule.  That will be
10   in person and will be a regular, full deposition day, by
11   agreement.
12           With respect to the seven issuers, those will be
13   remote and half-day depositions.  You all will work on
14   scheduling them before the end of March, but in the end any
15   rollover into the beginning of April, you do not have to come
16   to the court for permission to do that.
17           With respect to the brokers, they will also be remote,
18   but I am not going -- they can be regular, full day
19   depositions.  Same thing, everybody is going to make their best
20   efforts to get these scheduled before the end of March.  Same
21   thing.  If they have to have a straggler or two has to be in
22   April, before April 15th, you do not need to come to the court
23   for permission for that.  Otherwise, the deadlines that are set
24   forth in Judge Altonaga's scheduling order from November 9,
25   2023 remain in full force and effect.
```

```
 1              Anything else?

 2              MR. DANON:  Nothing further from our side, your Honor.

 3              THE COURT:  Mr. Stern.

 4              MR. STERN:  Nothing further from plaintiffs.

 5              THE COURT:  OK.  All right.  Well, it does sounds like

 6   you guys are making progress and moving right along.  It is

 7   definitely an interesting case.  We are here if anything else

 8   comes up.  Please let us know.

 9              We will issue an order just so you have those

10   deadlines and that information set out, but it is mostly going

11   to say for the reasons stated on the record.

12              All right.  A pleasure seeing everybody.  Thank you.

13   Have a good day.

14              MR. DANON:  Have a good afternoon.

15              MR. STERN:  Thank you.

16              (Adjourned)

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E


        I hereby certify that the foregoing is an accurate

transcription to the best of my ability of the digital audio

recording in the above-entitled matter.


January 25, 2024         s/ Joanne Mancari
                         Joanne Mancari, RPR, CRR, CSR
                         Court Reporter
                         jemancari@gmail.com

MR. DANON: [36]
MR. ROSEN: [1]  3/9
MR. RYAN: [1]  3/15
MR. STERN: [13]  3/7 5/21 5/24 6/2 8/6
8/21 9/8 14/2 16/6 17/3 21/2 22/4 22/15
THE COURT: [47]
THE DEPUTY CLERK: [1]  3/3

'

'21 [1]  12/15

1

1000 [1]  2/10
10016 [1]  1/14
10019 [1]  2/9
12 [2]  5/5 5/20
12th [1]  15/24
13 [8]  4/23 6/4 6/6 13/9 14/5 18/6 18/23
20/14
14th [3]  15/24 16/25 17/10
15 [3]  5/5 5/13 5/20
15th [5]  15/22 18/17 18/21 19/15 21/22

2

20 [1]  12/17
2021 [2]  1/3 3/4
2023 [1]  21/25
2024 [2]  1/6 23/8
21 [1]  3/3
21-MD-02989-CMA [1]  1/2
212-474-1000 [1]  2/10
21st [1]  15/23
22 [1]  1/7
23 [2]  1/6 15/25
25 [1]  23/8
2500 [1]  2/5
275 [1]  1/14
27th [1]  15/23
29 [1]  15/25
2989 [1]  3/3
29th [1]  15/23
2nd [1]  2/4

3

305-810-2500 [1]  2/5
33131 [1]  2/4
333 [1]  2/4
3rd [1]  7/5

4

4th [1]  20/11

5

5th [1]  15/24

7

7th [3]  10/17 10/18 15/24

8

825 [1]  2/9
8th [1]  2/9

9

93 [1]  6/18

A

ability [1]  23/5
able [4]  11/13 11/15 11/20 13/10
about [18]  3/25 4/18 4/20 5/2 6/4 6/5
6/13 7/15 7/17 11/3 13/8 14/21 14/25
15/8 15/12 16/5 17/5 18/23
above [1]  23/6
above-entitled [1]  23/6
absolutely [1]  15/12
accurate [1]  23/4
actions [4]  6/11 6/14 6/20 9/15
active [1]  10/13
activity [1]  6/25
actually [3]  6/20 7/21 19/23
added [1]  11/19
additional [1]  6/4
address [1]  7/22
Adjourned [1]  22/16
affected [2]  9/23 16/10
after [1]  9/14
afternoon [4]  3/11 3/17 3/18 22/14
again [10]  7/9 10/23 11/9 11/18 11/19
13/16 14/4 16/2 18/21 19/20
agree [10]  8/8 9/16 9/21 13/14 13/18
18/13 19/15 19/22 20/4 20/15
agreed [4]  14/19 20/13 20/14 21/4
agreeing [6]  8/2 13/23 16/23 18/8 18/15
19/18
agreement [1]  21/11
agreements [1]  4/19
agrees [1]  18/6
ahead [1]  7/6
aim [3]  14/16 15/13 20/2
all [45]
alleging [2]  6/11 11/9
alluded [1]  4/8
along [1]  22/6
already [12]  7/24 10/8 10/9 11/19 12/18
14/19 15/16 16/8 18/7 20/5 20/13 21/4
also [13]  3/9 3/16 4/17 5/25 7/19 8/7
10/6 11/2 14/20 19/18 19/20 20/20 21/17
alternative [1]  5/19
Altonaga [1]  3/3
Altonaga's [2]  4/9 21/24
am [13]  3/19 12/1 12/6 12/22 13/3 13/10
13/12 13/23 19/22 20/19 20/22 20/25
21/18
ANDREWS [2]  2/3 3/12
another [2]  10/19 15/22
ANTONY [2]  2/7 3/15
any [5]  4/18 4/19 7/12 17/13 21/14
anybody [1]  8/2
anything [3]  4/19 22/1 22/7
Apex [3]  7/3 10/10 10/16
appearances [3]  1/11 1/16 3/5
April [7]  18/17 18/21 19/13 19/15 21/15
21/22 21/22
are [86]
argument [1]  14/4
aryan [1]  2/10
as [17]  3/25 5/5 13/11 13/12 13/13 13/16
15/21 16/17 18/8 19/1 19/1 19/17 20/10
20/11 20/15 20/17 21/4
ask [4]  4/4 11/23 13/24 17/13
asked [1]  3/25
asking [5]  11/6 11/7 11/8 11/8 12/3
at [11]  5/7 5/14 6/10 6/25 7/2 10/8 11/6
12/22 13/8 13/11 18/23
Atlantic [1]  15/10
audio [2]  1/9 23/5
August [1]  10/18
automatically [1]  19/24
availability [2]  10/10 18/13

available [1]  18/5
Avenue [3]  1/14 2/4 2/9
away [2]  13/7 17/4
Axos [3]  7/3 10/16 10/19

B

back [3]  10/3 18/19 20/24
background [1]  4/3
based [2]  6/24 11/1
basically [2]  12/3 16/9
be [46]
bear [2]  8/14 8/15
because [19]  3/22 5/1 9/18 10/3 10/21
10/23 11/9 12/3 12/8 12/22 12/25 13/8
13/16 13/19 14/11 17/13 17/20 19/23
20/10
been [14]  4/18 4/22 4/24 5/10 7/24 7/25
12/17 12/18 12/19 12/20 12/21 14/24
15/16 16/2
before [10]  1/10 3/14 4/17 5/18 16/22
17/1 19/15 21/14 21/20 21/22
begged [1]  10/10
beginning [2]  3/5 21/15
behalf [3]  3/12 3/21 8/5
believe [1]  5/21
best [4]  18/16 19/10 21/19 23/5
between [2]  6/19 17/14
beyond [1]  19/25
bifurcation [2]  4/8 4/8
big [2]  3/23 4/2
billions [2]  14/2 14/3
bit [1]  14/15
both [1]  11/1
bottom [1]  11/9
bought [2]  16/9 16/10
breadth [1]  11/15
briefing [3]  5/2 16/9 19/3
broad [2]  9/25 13/17
broker [7]  7/10 7/14 11/8 12/13 17/12
17/15 19/12
broker/issuer [1]  17/15
brokers [38]
brokers' [1]  8/13
brought [1]  5/19
bunch [1]  12/11
business [1]  15/25
busy [1]  18/4
but [25]
buying [1]  10/1

C

calendared [3]  5/18 5/20 5/25
can [18]  3/20 5/5 8/10 10/2 10/11 11/17
12/2 14/6 14/9 14/16 14/25 16/4 18/8
18/13 20/17 20/19 20/24 21/18
can't [1]  19/23
case [7]  1/2 3/3 6/10 8/20 12/17 16/18
22/7
categories [1]  6/7
category [1]  7/8
cause [1]  17/22
caused [1]  9/1
certain [2]  9/15 12/23
certainly [3]  14/15 14/18 18/25
certification [2]  4/1 16/9
certify [1]  23/4
change [2]  4/22 11/10
chart [1]  6/19
choice [1]  17/11
chose [1]  6/23

## C

chosen [2]  6/22 6/23
circumstances [1]  9/5
claim [1]  11/11
claims [1]  7/18
clarification [1]  10/15
class [10]  3/23 3/24 4/1 4/3 4/9 4/10 4/10 12/18 13/19 16/8
class-related [2]  4/10 4/10
clean [1]  13/20
clients [1]  13/6
CMA [1]  1/2
coast [2]  15/10 15/10
come [6]  10/12 18/19 19/14 20/24 21/15 21/22
comes [1]  22/8
comfortable [1]  14/15
Coming [1]  4/16
communications [1]  7/6
compared [1]  6/19
comparing [1]  6/20
comparison [1]  6/18
complaint [4]  6/18 7/1 9/24 11/2
complete [2]  16/22 18/20
completion [1]  17/15
compromise [1]  10/12
concern [2]  13/7 17/3
conduct [2]  8/15 8/24
confirmed [2]  14/24 15/19
CONT'D [1]  2/1
continuing [1]  20/12
convenient [1]  14/22
Correct [2]  5/11 5/23
could [6]  10/23 12/10 16/15 16/15 19/19 19/25
Counsel [1]  3/5
country [1]  15/9
couple [2]  3/20 11/19
course [1]  16/24
court [8]  1/1 2/13 18/19 19/14 20/25 21/16 21/22 23/9
CRAVATH [2]  2/8 3/16
cravath.com [2]  2/10 2/11
CRR [2]  2/13 23/8
CSR [2]  2/13 23/8
cumulative [1]  7/12
customers [1]  7/17
cutoff [3]  4/9 4/11 4/13
cuts [1]  13/11

## D

damage [2]  13/25 14/1
damages [2]  7/20 14/2
DAMIAN [1]  1/10
DANON [11]  2/3 3/11 3/21 4/5 6/4 9/19 10/5 10/9 10/14 14/6 18/6
dates [4]  5/7 17/7 17/9 20/10
day [16]  6/10 12/2 12/8 13/11 14/9 14/18 15/12 16/1 16/3 16/16 19/25 20/16 21/10 21/13 21/18 22/13
day-depositions [1]  12/2
days [5]  12/25 15/25 16/1 18/8 18/14 19/22 20/20 20/22 20/23 21/1
deadlines [2]  21/23 22/10
deal [1]  5/14
dealing [1]  6/9
dealt [3]  9/18 9/21 9/23
December [1]  17/6
DEFENDANT [2]  2/3 2/7
defendants [8]  3/10 3/12 3/17 3/21 10/6

## E

16/7 17/5 17/9
defendants [2] 17/18 17/23
definitely [2]  14/10 22/7
delve [1]  10/4
depending [1]  19/25
deponent [1]  13/7
deponents [2]  4/5 12/8
depos [3]  5/16 12/17 14/24
deposed [2]  7/24 7/25
deposition [3]  4/3 7/10 21/10
depositions [37]
develop [2]  11/13 11/20
did [7]  6/15 6/19 6/19 9/9 15/20 16/6 19/25
didn't [3]  9/12 13/19 17/7
differences [1]  11/16
different [1]  10/21
digital [2]  1/9 23/5
discovery [21]  1/9 3/24 4/4 4/9 4/10 4/10 4/11 7/1 10/1 13/17 13/17 13/18 13/19 13/21 17/14 17/15 17/18 17/18 17/23 17/25 18/22
discrete [1]  16/19
discussion [2]  4/18 5/2
DISTRICT [2]  1/1 1/1
do [16]  5/21 6/12 7/22 9/4 11/17 15/13 15/14 16/16 17/22 18/16 19/17 19/18 20/2 21/15 21/16 21/22
document [1]  17/22
documentary [1]  8/11
documents [6]  12/10 12/11 19/21 20/3 20/6 20/12
does [6]  12/22 13/7 16/12 17/3 18/25 22/5
doesn't [2]  8/14 8/24
doing [7]  9/13 9/17 11/16 11/22 13/5 14/21 19/5
don't [21]  8/2 8/15 9/7 9/11 9/16 9/16 9/25 10/1 10/2 12/8 12/8 12/9 13/6 13/14 15/14 16/11 18/19 18/20 19/23 20/17 20/19
done [7]  6/22 16/4 17/2 17/8 18/18 19/8 19/10
double [1]  16/3
dozen [1]  11/8
dozens [2]  10/24 10/24
dropped [1]  10/6
duces [1]  7/4
due [1]  20/8
during [3]  4/3 7/6 16/8

## E

each [2]  7/10 7/12
earlier [1]  17/9
east [1]  15/10
effect [1]  21/25
efficiency [1]  19/10
efforts [2]  19/10 21/20
either [1]  13/16
ELBAKRI [2]  2/8 3/15
else [3]  11/20 22/1 22/7
employee [1]  16/17 16/22 16/24
employees [3]  15/8 15/20 17/23
end [6]  6/10 18/17 19/6 19/7 19/10 21/14 21/14 21/20
engage [1]  9/13
engaged [1]  9/10
enough [3]  11/17 11/20 18/11
entitled [1]  23/6
especially [2]  6/17 16/4

## F

face [1]  9/17
fact [5]  6/17 17/14 17/17 17/18 18/22
factor [1]  16/12
factual [1]  19/4
fall [1]  6/6
far [4]  13/11 14/24 19/1 20/10
February [2]  15/23 16/1
figure [2]  13/3 13/10
figured [1]  7/22
filed [2]  4/20 4/21
find [1]  18/20
finishing [1]  18/23
FIRM [2]  1/13 3/7
first [6]  5/16 5/22 6/1 6/9 10/15 19/13
five [1]  16/7
FL [1]  2/4
FLORIDA [3]  1/1 1/5 15/11
following [1]  3/2
footnote [1]  10/5 10/8 10/20
force [1]  21/25
foregoing [1]  23/4
formed [1]  12/13
forth [1]  21/24
fortune [1]  15/25
forward [1]  5/22
found [1]  11/3
four [4]  6/25 7/2 7/3 11/18
full [5]  14/18 20/23 21/10 21/18 21/25
further [5]  4/18 4/19 16/12 22/2 22/4

## G

gap [1]  17/14
gaps [1]  16/25
general [1]  12/12
get [14]  6/13 11/17 15/25 16/4 17/6 17/8 18/11 18/17 19/8 19/10 19/20 19/23 20/10 21/20
getting [4]  12/6 19/1 20/12 20/24
gist [1]  13/14
give [3]  12/13 17/7 18/1
given [3]  5/24 9/25 17/21
giving [1]  17/17
gmail.com [2]  2/14 23/9
go [12]  5/16 5/22 5/22 8/19 12/14 12/14 12/15 13/2 13/12 16/24 18/20 19/25
goes [1]  7/17
going [39]
good [7]  3/11 3/17 3/18 15/25 21/3 22/13 22/14
got [2]  13/1 15/7
gotten [1]  14/24
grabbed [1]  10/5
granted [1]  18/2
guaranteed [1]  18/4

**G**

guess [2]  3/21 10/5
guys [2]  20/19 22/6

**H**

had [9]  6/24 7/2 9/13 10/6 10/7 10/9
13/19 17/4 21/3
half [15]  13/11 14/9 15/12 16/16 18/8
18/14 19/22 19/25 20/16 20/20 20/21
20/22 20/22 21/1 21/13
half-day [2]  20/16 21/13
hamstrung [1]  20/4
happen [1]  5/15
happening [1]  3/24
has [3]  4/18 4/22 21/21
have [56]
haven't [1]  7/12
he [1]  18/7
he's [2]  20/13 20/14
hear [1]  16/5
HEARING [1]  1/9
helbakri [1]  2/11
held [1]  3/2
helpful [1]  16/14
here [13]  3/19 3/23 8/17 8/18 10/11
10/23 11/9 11/21 13/25 14/13 15/11 21/3
22/7
hereby [1]  23/4
hesitant [1]  19/22
hesitation [1]  20/1
history [1]  12/13
Honor [20]  3/11 3/17 4/6 4/22 5/21 6/6
7/25 8/6 8/21 9/20 10/15 10/22 12/5
14/8 16/6 18/24 19/16 19/19 21/2 22/2
HONORABLE [1]  1/10
how [6]  7/16 7/21 7/24 12/9 12/13 19/17
HUNTON [2]  2/3 3/12
huntonak.com [1]  2/5
HUSSEIN [2]  2/8 3/15

**I**

I'm [7]  8/6 10/1 12/7 14/15 15/5 18/1
18/6
identified [1]  11/1
if [27]
impact [7]  8/9 8/15 11/13 11/21 17/13
17/16 18/25
impacted [2]  6/11 7/16
impacts [1]  19/1
important [1]  16/18
in [67]
inadvertently [1]  10/20
inaudible [1]  4/13
inclined [1]  18/6
independent [2]  7/9 7/13
indicated [1]  10/8
information [9]  6/14 8/2 8/8 11/17 17/21
17/24 19/1 19/4 22/10
informed [1]  7/5
initially [2]  4/24 7/3
instances [1]  7/2
Interactive [3]  7/4 10/10 10/16
interesting [1]  22/7
into [6]  6/6 10/4 13/20 16/12 19/13 21/15
irresponsible [1]  9/4
irresponsibly [1]  9/2
is [103]
isn't [1]  9/3
issue [11]  5/15 8/12 8/17 10/23 11/4
12/25 13/2 13/3 17/14 18/23 22/9

issuer [3]  17/12 17/15 19/13
issuers [7]  6/3 7/23 12/24 13/13 13/16
14/9 14/10 14/11 14/12 14/15 15/13 16/3
17/21 18/2 18/8 20/15 21/12
issuers' [1]  18/14
issues [5]  4/1 8/18 8/19 16/20 19/2
it [56]
It's [1]  8/17

**J**

JANUARY [6]  1/3 1/6 3/4 17/7 17/8 23/8
jemancari [2]  2/14 23/9
Joanne [2]  2/13 23/8 23/8
JONATHAN [2]  1/12 3/7
jstern [1]  1/15
JUDGE [3]  1/10 4/9 21/24
July [1]  10/17
just [17]  4/2 5/25 7/11 9/10 10/3 10/6
10/21 11/14 11/22 13/3 13/10 13/19
18/22 18/24 19/25 20/22 22/9
justification [1]  16/12
justified [1]  16/7

**K**

keep [2]  12/25 20/25
keeping [2]  17/18 17/18
kind [3]  10/5 14/9 20/3
know [15]  4/19 9/7 9/11 9/16 9/16 9/25
10/1 10/2 12/6 12/8 12/8 20/17 20/19
20/25 22/8
KURTH [2]  2/3 3/12

**L**

latest [1]  19/7
LAURENCE [2]  1/13 3/9
LAW [2]  1/13 3/7
lawyers [2]  18/3 18/12
lead [1]  17/25
least [6]  5/7 5/14 6/25 7/2 13/8 13/11
leave [2]  20/17 20/22
less [4]  12/7 13/4 14/12 14/16
let [6]  3/20 11/23 13/24 16/5 20/25 22/8
let's [3]  6/4 7/22 10/8
light [1]  6/17
like [9]  4/19 8/18 12/17 12/23 14/8 16/2
17/20 17/23 22/5
limitation [1]  4/7 20/21
limitations [2]  18/7 21/3
limited [5]  3/24 17/19 18/1 18/22 19/24
line [1]  11/9
listed [2]  6/25 7/1
LITIGATION [1]  1/4 3/4
little [4]  14/4 14/15 15/20 17/17
live [2]  14/9 19/19
LLP [2]  2/3 2/8
local [1]  15/2
located [1]  15/3
logically [1]  7/21
look [4]  3/19 9/5 9/14 11/6
looking [2]  6/12 10/3
lot [6]  11/4 11/5 11/14 11/21 13/9 14/5
lrosen [1]  1/15
lucky [1]  18/11

**M**

Madison [1]  1/14
MAGISTRATE [1]  1/10
majority [1]  12/20
make [3]  13/4 20/20 21/19
making [1]  19/10 22/6

manipulation [3]  9/10 9/13 17/1
Mancari [2]  2/13 23/8 23/8
many [2]  7/24 11/12
map [1]  15/21
March [10]  15/24 16/25 17/10 18/5
18/17 19/6 19/7 19/11 21/14 21/20
market [7]  7/19 9/10 9/13 11/12 11/14
11/16 11/21
matter [6]  8/3 8/7 8/8 11/25 18/12 23/6
may [3]  5/14 9/2 20/18
maybe [1]  14/25
MD [2]  1/2 3/3
me [9]  4/3 4/18 6/5 10/10 11/23 12/13
13/24 15/15 16/5
mean [7]  8/1 11/4 12/15 13/14 16/25
17/3 19/9
media [1]  11/4 11/5
MELISSA [1]  1/10
memoranda [2]  4/20 4/21
memorandum [2]  4/23 10/7
mentioned [2]  10/6 10/9
merits [4]  3/25 4/11 13/17 13/20
Miami [2]  1/5 2/4
mid [2]  15/10 17/7
Mid-Atlantic [1]  15/10
mid-January [1]  17/7
midst [1]  20/9
might [1]  9/2
MOORE [2]  2/8 3/16
more [9]  8/3 10/4 10/13 11/19 14/5
14/20 17/17 17/25 20/21
most [4]  5/8 6/24 10/11 16/18
mostly [1]  22/10
motion [4]  3/22 4/18 5/19 10/7
moving [1]  22/6
Mr [1]  3/14
Mr. [18]  3/21 3/21 4/5 6/4 8/4 9/19 10/5
10/9 10/10 13/6 14/1 14/6 16/5 16/21
18/6 20/13 20/24 22/3
Mr. Danon [9]  3/21 4/5 6/4 9/19 10/5
10/9 10/14 14/6 18/6
Mr. Ryan [1]  3/21
Mr. Stern [8]  8/4 13/6 14/1 16/5 16/21
20/13 20/24 22/3
multiple [1]  7/10
muted [1]  3/14
my [3]  3/23 20/1 23/5

**N**

named [1]  17/24
narrow [2]  11/24 14/7
necessarily [2]  13/14 13/23
need [6]  6/5 7/18 14/18 19/4 19/9 21/22
needing [1]  10/2
never [1]  16/7
new [3]  1/14 2/9 17/22
next [1]  15/21
nice [2]  17/14 20/21
nine [1]  12/14
no [9]  1/2 3/3 4/6 4/7 4/22 7/25 10/22
15/5 17/14
non [1]  17/20
non-parties [1]  17/20
not [41]
note [1]  16/7
Nothing [2]  22/2 22/4
notice [1]  7/7
November [2]  7/5 21/24
now [10]  4/14 5/5 5/6 6/22 10/2 13/8
14/4 17/22 18/2 19/17

## N

NSCC [5]  4/23 14/18 21/6 21/7 21/9
NY [2]  1/14 2/9

## O

object [1]  3/25
objection [1]  13/24
obligation [1]  14/23
obtained [1]  8/10
obviously [1]  20/24
October [1]  20/11
OK [14]  3/13 3/18 4/12 4/15 5/12 6/3
 10/19 11/6 15/7 16/5 16/25 18/11 20/13
 22/5
omitted [1]  10/21
on [35]
one [17]  6/16 7/10 7/11 7/13 8/17 10/15
 10/19 10/21 15/21 15/22 15/23 15/23
 16/6 16/21 17/23 17/24 19/2
ones [6]  6/24 6/25 10/11 10/21 11/18
 15/19
only [1]  20/1
onto [1]  10/5
open [3]  15/25 17/18 17/19
opening [1]  18/22
opposed [1]  4/1
or [25]
order [8]  4/9 18/19 19/8 19/14 20/20
 20/25 21/24 22/9
ordered [2]  16/15 16/15
other [13]  5/1 6/14 6/14 6/20 7/24 8/10
 8/23 9/5 9/9 9/14 9/17 17/19 18/3
others [3]  10/4 10/13 20/18
Otherwise [1]  21/23
our [8]  5/16 5/17 7/8 10/22 11/3 17/3
 19/1 22/2
ours [1]  5/22
out [6]  6/14 13/3 13/10 20/18 20/19
 22/10
over [3]  13/2 13/4 15/3

## P

P.A [1]  1/13
Pages [1]  1/7
paragraph [1]  6/18
part [2]  12/25 19/5
participated [1]  16/10
particularly [1]  15/13
parties [6]  7/3 16/9 16/19 17/1 17/20
 18/16
party [6]  6/5 6/7 6/8 14/22 16/23 19/20
past [1]  18/20
pending [1]  5/7
people [3]  7/10 9/11 18/4
per [1]  13/11
perfect [1]  18/5
perhaps [1]  14/9
period [2]  12/15 18/1
permission [2]  21/16 21/23
permit [3]  18/6 18/16 18/17
permitted [1]  4/4
permitting [1]  17/19
person [5]  7/11 12/19 14/24 16/17 21/10
pick [1]  11/14
place [12]  5/18 5/25 8/19 8/22 8/23 9/1
 9/6 13/2 13/5 15/3 15/18 17/1
places [1]  15/9
plaintiff [3]  1/12 3/6 14/24
plaintiffs [18]  3/8 3/9 5/3 5/6 5/10 7/2 8/5
 10/7 10/9 10/17 13/1 13/15 14/21 15/2
 15/3 15/5 17/24 22/4
plaintiffs' [3]  2/19 19/16 9/6
players [2]  11/12 11/14
please [2]  3/5 22/8
pleasure [1]  22/12
point [5]  10/8 12/6 12/12 12/23 13/18
position [2]  8/1 10/22
possibly [1]  13/9
posts [1]  11/4
potential [2]  15/22 15/22
prepare [2]  13/2 17/4
price [2]  6/12 11/11
prioritizing [1]  16/16
priority [1]  5/24
problem [1]  17/17
problems [1]  9/1
proceedings [1]  3/2
production [1]  19/23
productions [1]  20/10
products [3]  9/18 9/22 10/13
progress [1]  22/6
proportionality [5]  8/4 8/7 10/23 13/25
 14/4
propose [1]  14/6
provided [1]  17/9
purpose [2]  17/19 18/23
put [6]  7/15 8/18 8/22 8/23 8/25 9/6

## Q

question [6]  3/23 4/2 8/12 10/11 13/13
 18/25
questionable [1]  6/17
questions [3]  3/20 3/25 12/4
quicker [1]  20/18

## R

raised [1]  13/1
ran [1]  11/5
range [2]  14/1 15/20
rather [1]  16/18
RE [2]  1/3 3/4
react [1]  12/9
real [1]  8/12
really [11]  4/8 6/6 6/17 7/9 8/14 8/16
 10/4 10/22 15/20 16/10 17/7
reason [8]  8/21 9/8 12/1
reasonable [1]  9/4
reasons [5]  8/12 8/23 9/7 9/13 22/11
rebutting [1]  7/18
received [1]  20/5
recent [1]  5/8
record [1]  22/11
recording [2]  1/9 23/6
reduce [1]  14/7
regard [1]  11/23
regarding [1]  7/19
regular [3]  20/23 21/10 21/18
related [2]  4/10 4/10
relatively [1]  16/19
relevance [3]  6/16 10/2 13/23
relevant [10]  8/3 8/8 8/14 8/22 8/24 9/17
 10/2 10/11 13/15 14/13
relief [1]  5/19
reluctant [1]  12/7
remain [1]  21/25
remember [1]  11/3
remote [13]  12/21 14/21 15/5 15/14 16/4
 16/15 18/9 18/10 19/20 20/14 20/21
 21/13 21/17
remotely [3]  13/5 18/15 19/18
reopening [1]  18/21
Reporter [2]  2/13 23/5
reports [1]  11/5
represented [1]  18/3
representing [1]  3/16
reps [1]  12/18
requested [1]  5/6
requests [2]  7/2 16/21
research [1]  11/3
resolved [1]  4/24
respect [2]  21/12 21/17
respond [1]  20/3
response [1]  13/15
responses [1]  20/8
responsible [1]  11/10
restrictions [11]  7/15 7/16 7/16 8/9 8/13
 8/19 8/22 8/23 9/1 9/6 19/24
revealing [1]  17/24
ridiculous [1]  20/24
right [36]
Robinhood [19]  2/3 3/12 3/16 5/2 6/19
 7/17 8/18 8/22 8/25 9/3 9/9 9/12 11/10
 11/22 15/8 15/20 16/17 16/22 16/24
Robinhood's [5]  6/11 6/20 8/14 8/15 8/24
roll [1]  19/13
rollover [1]  21/15
ROSEN [4]  1/13 1/13 3/7 3/9
rosenlegal.com [2]  1/15 1/15
RPR [2]  2/13 23/8
RYAN [4]  2/7 3/14 3/15 3/21

## S

said [1]  14/8
Sam [1]  3/11
same [10]  7/11 9/6 9/8 9/18 9/22 12/3
 13/12 15/13 21/19 21/20
SAMUEL [1]  2/3
saw [1]  6/25
say [8]  5/5 9/3 12/7 14/11 14/12 14/20
 14/23 22/11
saying [4]  8/25 9/12 10/7 19/12
schedule [2]  18/16 21/9
scheduled [5]  5/6 5/10 5/18 15/6 21/20
scheduling [4]  15/16 18/21 21/14 21/24
scienter [2]  7/19 8/14
scope [3]  4/7 9/25 11/15
scratch [1]  13/20
sdanon [1]  2/5
SE [1]  2/4
second [1]  17/8
see [3]  10/2 10/3 10/8
seeing [1]  22/12
seeking [1]  7/7
seem [2]  8/24 16/24
seems [1]  8/13
select [1]  6/23
sense [2]  7/18 11/20
served [3]  7/1 7/3 10/9
set [5]  13/11 16/19 19/15 21/23 22/10
seven [4]  12/24 18/8 18/13 21/12
SHORT [2]  1/3 3/4
shorter [1]  12/2
should [3]  4/19 5/22 7/22
show [3]  7/18 11/13 11/15
side [2]  19/1 22/2
similarly [1]  9/15
since [1]  4/20
single [1]  11/7
sitting [1]  13/6
six [5]  10/3 11/8 11/16 11/24 12/23

**S**

slate [1]  13/20
so [47]
social [2]  11/4 11/5
solely [1]  11/10
some [18]  5/2 5/7 9/9 10/4 10/8 10/12
  10/13 13/7 14/21 15/11 16/3 16/16 16/17
  17/1 18/7 18/11 20/18 21/3
somebody [1]  3/25
somewhat [1]  19/22
Sorry [1]  8/21
sort [5]  3/19 4/2 10/12 17/7 18/7
sorts [1]  17/22
sought [1]  6/9
sounds [1]  22/5
SOUTHERN [1]  1/1
speak [2]  3/21 4/17
speaking [3]  8/4 8/6 16/19
specifically [2]  6/16 12/6
speed [1]  3/20
spots [1]  15/11
SQUEEZE [2]  1/4 3/4
start [1]  13/20
started [2]  17/5 17/6
state [1]  3/5
stated [2]  22/11
STATES [2]  1/1 1/10
STERN [10]  1/12 3/7 8/4 13/6 14/1 16/5
  16/21 20/13 20/24 22/3
still [2]  13/21 16/7
stock [1]  11/4
stocks [5]  6/12 9/23 12/14 12/16 16/10
story [1]  7/13
straggler [2]  19/12 21/21
subject [2]  9/24 11/25
subpoena [2]  7/4 20/3
subpoenaed [4]  10/17 10/18 11/19 20/11
subpoenas [1]  20/6
sued [1]  9/11
Swain [1]  3/16
SWAINE [1]  2/8

**T**

take [6]  5/10 5/25 6/15 13/1 13/7 17/3
taken [7]  3/19 4/3 7/12 16/11 16/23
  17/20 18/15
taking [3]  15/18 16/23 17/1
talk [6]  6/4 6/13 14/20 14/25 15/12 17/5
talking [3]  7/17 15/6 16/2
targeted [1]  12/5
tecum [1]  7/4
tell [2]  6/5 15/15
telling [1]  9/5
than [7]  10/4 10/13 12/7 14/20 16/18
  20/18 20/22
Thank [3]  19/16 22/12 22/15
that [124]
that's [1]  4/24
their [12]  5/19 6/13 7/16 7/18 8/9 10/6
  10/7 18/12 18/13 18/16 18/21 21/19
them [26]
then [18]  3/20 4/11 4/17 7/5 7/7 7/22 8/1
  9/9 10/7 11/23 13/12 15/13 15/24 17/16
  18/15 18/19 19/6 21/4
there [26]
there's [5]  11/5 11/21 12/17 12/18 15/23
Thereupon [1]  2/15
these [37]
they [50]
they're [1]  19/5

They've [1]  7/1
timing [5]  16/6 21/13 21/21
think [32]
thinking [1]  18/1
third [9]  6/5 6/7 6/8 14/22 16/9 16/18
  16/23 17/1 19/20
third-party [5]  6/5 6/7 6/8 14/22 16/23
this [22]  5/15 6/10 6/10 6/16 7/21 7/22
  8/19 9/14 10/5 11/3 11/3 11/10 11/12
  11/23 12/1 12/12 12/13 12/15 12/17 13/5
  19/4 20/17
those [21]  5/7 7/3 7/11 7/12 7/15 7/16
  8/10 8/13 8/23 9/9 10/11 15/18 16/4
  16/11 17/4 18/15 18/20 20/8 20/20 21/12
  22/9
though [1]  14/4
three [3]  5/8 11/14 15/21
through [3]  8/10 13/21 16/25
throughout [1]  15/9
time [13]  12/15 13/1 13/2 13/9 13/9
  13/22 14/7 17/1 17/4 17/14 17/17 18/2
  18/20
timing [3]  8/9 10/21 17/5
too [3]  14/22 14/25 16/4
took [3]  6/15 9/15 16/8
tough [1]  14/4
towards [1]  14/16
track [1]  16/3
Trade [3]  7/4 10/10 10/17
TRADING [2]  1/4 3/4
TRANSCRIBED [2]  1/9 2/13
transcription [1]  23/5
travel [1]  13/6
traveling [2]  13/4 13/8
tried [1]  11/6
try [4]  9/3 17/5 18/16 20/19
trying [5]  12/22 13/3 13/10 16/16 17/6
Twelve [2]  5/9 5/13
two [7]  5/7 6/6 11/14 13/11 15/22 16/3
  21/21

**U**

ultimate [1]  8/19
under [1]  9/4
underlying [1]  19/4
understand [1]  16/11
understanding [1]  5/17
Understood [1]  21/2
unique [1]  7/14
UNITED [2]  1/1 1/10
universe [1]  10/24
unnecessarily [1]  9/2
unreasonable [1]  9/3
until [4]  17/7 18/17 19/22 20/2
up [6]  3/19 4/16 5/20 15/10 17/10 22/8
update [2]  5/1 5/8
upon [1]  14/19
us [10]  7/5 8/13 9/4 11/13 16/14 17/4
  17/7 17/10 17/22 22/8

**V**

valid [1]  9/13
valuable [1]  10/4
various [2]  15/9 15/11
very [2]  11/24 18/4
via [1]  3/2
videoconference [1]  3/2
volume [1]  12/9

**W**

want [4]  5/15 16/6 16/22 19/17
wanted [4]  4/4 5/10 5/17 17/8
was [27]
wasn't [1]  9/3
way [3]  12/25 13/4 14/6
we [80]
week [3]  15/21 17/8 19/13
well [4]  9/8 11/6 20/9 22/5
went [2]  13/20 13/21
were [16]  3/2 3/14 3/24 3/25 4/4 4/21
  4/23 6/24 6/25 7/6 9/17 10/13 10/16
  12/13 15/5 16/11
west [1]  15/10
what [23]  6/10 6/12 6/14 6/14 6/19 6/19
  6/22 7/17 7/18 9/17 11/2 11/2 11/20
  11/22 13/25 13/25 14/11 16/2 18/1 19/5
  19/12 19/25 21/5
whatever [1]  4/4 9/2
when [7]  3/23 3/23 4/3 4/21 13/20 15/18
  20/8
where [4]  4/20 6/10 12/1 15/2
whether [2]  10/4 15/10
which [10]  4/13 4/23 5/15 5/20 9/24 10/5
  10/9 10/16 13/18 15/19
who [3]  8/4 16/9 16/10
why [11]  5/19 7/7 7/15 8/18 8/18 8/21
  8/23 8/25 14/14 16/11 20/1
will [16]  5/20 14/23 18/14 18/15 18/15
  18/17 19/24 20/15 21/4 21/9 21/9 21/10
  21/12 21/13 21/17 22/9
willing [1]  14/20 15/12
wipe [1]  13/19
witnesses [2]  14/22 17/13
wording [1]  9/2
work [4]  20/12 20/18 20/19 21/13
working [1]  20/9
world [1]  18/5
would [9]  3/25 9/11 14/23 16/14 17/12
  19/5 19/7 20/2 20/3
wouldn't [2]  8/18 17/16

**Y**

yes [15]  5/13 6/2 8/6 8/21 9/12 9/20
  12/12 14/3 15/17 16/6 18/10 19/7 19/19
  20/7 21/8
York [2]  1/14 2/9
you [48]
you're [4]  8/25 9/14 11/15 12/3
your [30]

**Z**

Zoom [1]  3/2