# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-md-02989-CMA

IN RE: January 2021 Short Squeeze Trading Litigation

## NOTICE OF CHANGE OF FIRM ADDRESS

    Please take notice of the change of mailing address of Evangelista Worley, LLC, including for its attorneys and staff, effective as of January 1, 2024. Our email addresses remain unchanged. The new address is as follows:

New Firm Mailing Address:

Evangelista Worley, LLC
10 Glenlake Parkway
South Tower, Suite 130
Atlanta, Georgia, 30328
(404) 205-8400

Dated: January 31, 2024

                                            Respectfully submitted,

                                            /s/ *James M. Evangelista*
                                            James M. Evangelista
                                            Evangelista Worley, LLC
                                            10 Glenlake Parkway
                                            South Tower, Suite 130
                                            Atlanta, Georgia, 30328
                                            (404) 205-8400
                                            jim@ewlawllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above and foregoing NOTICE OF FIRM CHANGE OF ADDRESS on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

Dated: January 31, 2024                                /s/ *James M. Evangelista*
                                                      James M. Evangelista