UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Damian

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to the Actions in the Federal Securities Tranche

## ORDER

**THIS CAUSE** came before the Court on Defendants, Robinhood Markets, Inc.; Robinhood Financial LLC, and Robinhood Securities, LLC ("Robinhood['s]") Motion for Leave to File a Sur-Reply to Plaintiff's Motion for Leave to File a Renewed Motion for Class Certification [ECF No. 638], filed on January 16, 2024. The relief sought is evident from the document's title. Lead Plaintiff, Blue Laine-Beveridge and Named Plaintiffs, Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash filed an Opposition [ECF No. 642], to which Robinhood filed a Reply [ECF No. 645]. For the following reasons, the Motion is granted.

Robinhood seeks leave to file a sur-reply because of the "procedural posture concerning" Plaintiffs' Motion for Leave to File a Renewed Motion for Class Certification ("Motion for Leave") [ECF No. 624]. (Mot. 2).[1] Indeed, Plaintiffs' Motion for Leave was not briefed in typical fashion. Plaintiffs sought permission to file a renewed motion for class certification and proposed a briefing schedule for the renewed motion. (*See generally* Mot. Leave). Plaintiffs advised that

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 21-02989-MDL-ALTONAGA/Damian

Robinhood opposed Plaintiffs' right to file a renewed motion but did not oppose the proposed briefing schedule. (*See id.* 2). Although Robinhood initially intended to assert its arguments regarding Plaintiffs' right to file a renewed motion in its response on the merits to the renewed motion (*see id.*), the Court ordered Robinhood to instead file a response to the Motion for Leave with any objections it had to Plaintiffs filing a renewed motion for class certification (*see generally* Dec. 28, 2023 Order [ECF No. 626]).

Robinhood did (*see generally* Resp. Mot. Leave [ECF No. 631]), and consequently, most of Plaintiffs' arguments in favor of allowing a renewed motion for class certification were raised for the first time in their Reply [ECF No. 636]. Since Robinhood has not had a chance to respond to these arguments, a sur-reply is warranted. *See, e.g.*, *First Specialty Ins. Corp. v. 633 Partners, Ltd.*, 300 F. App'x 777, 788 (11th Cir. 2008) (explaining that a sur-reply is appropriate "where the movant raises new arguments in its reply brief" and "a district court can abuse its discretion by failing to give the opposing party a chance to respond" (quotation marks and citations omitted)). Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants, Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC Motion for Leave to File a Sur-Reply to Plaintiff's Motion for Leave to File a Renewed Motion for Class Certification **[ECF No. 638]** is **GRANTED**. Robinhood shall file its sur-reply as a separate docket entry by **February 6, 2024**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of February, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record