UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Damian

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Actions in the Federal Securities Tranche

**ORDER**

**THIS CAUSE** came before the Court on Plaintiffs, Blue Laine-Beveridge, Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash's Motion to Extend Fact Discovery [ECF No. 652], filed on March 6, 2024, in which Plaintiffs seek a 30-day extension of the March 15, 2024 fact discovery deadline. (*See generally id.*). Defendants, Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities ("Robinhood") oppose the relief sought — despite being afforded until April 15, 2024 to take third-party depositions. (*See id.* 4, 8; *see also* Jan. 23, 2024 Order [ECF No. 643]).[1] To better manage the orderly progress of the case, it is

**ORDERED** that Robinhood has until **March 12, 2024** to file an expedited response to Plaintiffs' Motion to Extend Fact Discovery **[ECF No. 652]**. Plaintiffs have until **March 14, 2024** to file a reply.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 21-02989-MDL-ALTONAGA/Damian

**DONE AND ORDERED** in Miami, Florida, this 7th day of March, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record