UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____ /

This Document Relates To: All Actions

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Pursuant to Local Rule 11.1(g), please take notice that Kristi Stahnke McGregor, counsel for Plaintiff Francis Shaeffer in the action *Schaeffer v. TD Ameritrade, Inc.*, civil action no. 1:2021cv21450, which action was consolidated into this MDL and administratively closed, has changed law firms and addresses. Ms. McGregor's new address and contact information are as follows:

Kristi Stahnke McGregor
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
Facimile: (615) 434-7020
kmcgregor@sanfordheisler.com

All future documents and communications directed to Ms. McGregor should be directed to the new contact information until written motion to withdraw appearance and by leave of Court.

Dated: April 2, 2024.

Respectfully submitted,

*/s/ Kristi Stahnke McGregor*
Kristi Stahnke McGregor
Florida Bar No. 0732931
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
Facimile: (615) 434-7020
kmcgregor@sanfordheisler.com

*Counsel for Plaintiff Francis
Shaeffer*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I electronically filed the Notice of Change of Address and Contact Information with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Kristi Stahnke McGregor*
Kristi Stahnke McGregor