UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates To: All Actions

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), I, Kristi Stahnke McGregor, hereby move this Court for an order granting permission to withdraw my appearance as counsel for the plaintiffs in this MDL; and I should be removed from the Court's service list with respect to the above-captioned action.

Ms. McGregor is counsel for Plaintiff Francis Shaeffer in the action *Schaeffer v. TD Ameritrade, Inc.*, civil action no. 1:2021cv21450, which action was consolidated into this MDL and administratively closed. Lead Counsel has been appointed by the Court to represent the proposed classes in this MDL and are familiar with this matter, the posture of the case, its current status on the calendar, and, as such, will continue to represent the proposed classes.

By way of this filing, the undersigned respectfully requests the Court issue an order granting this motion to withdraw appearance.

Dated: April 2, 2024. Respectfully submitted,

*/s/ Kristi Stahnke McGregor*
Kristi Stahnke McGregor
Florida Bar No. 0732931
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
Facimile: (615) 434-7020
kmcgregor@sanfordheisler.com

*Counsel for Plaintiff Francis Shaeffer*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I electronically filed the Motion to Withdraw Appearance with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Kristi Stahnke McGregor*
Kristi Stahnke McGregor