UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates To: All Actions

**[PROPOSED] ORDER**

**THIS CAUSE** came before the Court upon Motion of Attorney Kristi Stahnke McGregor to Withdraw Appearance [ECF No. \_\_\_] as counsel for Plaintiffs in this MDL. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Withdraw Appearance is **GRANTED**. Kristi Stahnke McGregor's appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida, this \_\_\_ day of _____, 2024.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc: counsel of record