UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MD-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to:

Francis Shaeffer v. TD Ameritrade, Inc.,
Case No: 1:21-cv-21450-CMA

## ORDER

THIS CAUSE came before the Court on counsel for Plaintiff Francis Shaeffer, Kristi

Stahnke McGregor's Motion to Withdraw Appearance [ECF No. 661], filed on April 2, 2024.

Being fully advised, it is

ORDERED AND ADJUDGED that the Motion **[ECF No. 661]** is **GRANTED**.  Kristi

Stahnke McGregor is permitted to withdraw as attorney for Plaintiff, Francis Shaeffer.

DONE AND ORDERED in Miami, Florida, this 5th day of April, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record