UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/TORRES

IN RE:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

This Document Relates to:

ALL ANTITRUST ACTIONS

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that Joseph Saveri Law Firm, LLP, Co-Lead Counsel for the Antitrust Tranche, has changed its address for service of pleadings and notices in the above-captioned case. The new address of the firm is:

601 California Street, Suite 1505
San Francisco, California 94108

The firm's telephone number, fax number, and email addresses remain the same.

Dated: April 11, 2024

Respectfully Submitted,

By:  */s/ Jospeh R. Saveri*
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com

*Co-Lead Counsel for the Antitrust Tranche*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's ECF system.

Date: April 11, 2024       By:     */s/ Joseph R. Saveri*
                                   Joseph R. Saveri