UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/TORRES

IN RE:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

This Document Relates to:

ALL ANTITRUST ACTIONS

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

**THIS CAUSE** came before the court upon the Motion for Attorney Steven N. Williams to Withdraw Appearance [ECF No. _____ ] as Counsel for the Antitrust Tranche. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Withdraw Appearance is **GRANTED**. Steven N. Williams's appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida this __ day of _____, 2024.

                                                        _____
                                                        CECILIA M. ALTONAGA
                                                        CHIEF UNITED STATES DISTRICT JUDGE

1