**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA**

IN RE:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to:  All Antitrust Actions

**ORDER**

THIS CAUSE came before the Court upon the Motion for Attorney Steven N. Williams to Withdraw Appearance [ECF No. 666].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Steven N. Williams's appearance in this matter is withdrawn.

**DONE AND ORDERED** in Miami, Florida, this 26th day of April, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record