**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Reid**

| | |
|---|---|
| In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR RECONSIDERATION, GRANTING CLASS CERTIFICATION,**
**AND APPOINTING CLASS REPRESENTATIVES AND CLASS COUNSEL**

On May 2, 2024, Lead Plaintiff Blue Laine-Beveridge, named Plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash (collectively, "Plaintiffs") moved this Court, pursuant to Fed. R. Civ. P. 23(c)(1)(C), for an order (1) reconsidering its November 13, 2023, Order denying class certification, based upon a change of law; (2) certifying the following class:

> All persons or entities who held common stock in AMC Entertainment Holdings, Inc. ("AMC"), Bed Bath & Beyond Inc. ("BBBY"), BlackBerry Ltd. ("BB"), Express Inc. ("EXPR"), GameStop Corp. ("GME"), Koss Corp. ("KOSS"), Tootsie Roll Industries Inc. ("TR"), or American Depositary Shares of foreign-issuers Nokia Corp. ("NOK") and trivago N.V. ("TRVG") (collectively "the Affected Stocks") as of the close of trading on January 27, 2021, and sold any such shares between January 28, 2021, and February 4, 2021 ("Class Period"). Excluded from the class are those who suffered no damages, Defendants, the officers and directors of Defendants, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants or any excluded persons have or had a controlling interest;

(3) appointing Abraham Huacuja, Ava Bernard, Blue Laine-Beveridge, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash as its Representatives; and (4) appointing The Rosen Law Firm, P.A. as Class Counsel.

Having considered the moving and opposing papers, the arguments of counsel and all other matters presented to this Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Reconsideration is GRANTED; Plaintiffs' Motion for Class Certification is GRANTED; Plaintiffs Abraham Huacuja, Ava Bernard, Blue Laine-Beveridge, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash are appointed as Class Representatives; and The Rosen Law Firm, P.A. is appointed as Class Counsel.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2024.

The Honorable Cecilia M. Altonaga
Chief United States District Judge