UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

**This Document Relates to All Actions**

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 11.1(d)(3), I, Richard S. Geller, Fishback Dominick, hereby moves this Court for an order granting leave of Court to withdraw our appearance as counsel for Defendant Maplelane Capital, LLC, as we no longer represent this Defendant in this matter and should be removed from the Court's service list with respect to this action. Attorney Jack Yoskowitz of Seward & Kissel, LLP, One Battery Park Plaza, New York, NY 10004, entered an appearance on behalf of Defendant Maplelane on May 14, 2021, and is familiar with this matter, the posture of the case, and its current status on the calendar. A copy of this Motion shall be served on Maplelane to provide notice.

**WHEREFORE**, the undersigned respectfully requests the Court to issue an order granting this Motion to Withdraw Appearance.

RESPECTFULLY SUBMITTED this 3rd day of May, 2024.

*/s/ Richard S. Geller*
RICHARD S. GELLER, ESQUIRE
Florida Bar No. 106940
**Fishback Dominick**
1947 Lee Road
Winter Park, FL 32789
rgeller@fishbacklaw.com
Phone: 407-262-8400
Fax: 407-262-8402
*Attorneys for Maplelane Capital, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 3rd, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, thereby serving the foregoing document this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. In addition, the undersigned is serving Jack Quinlan, Chief Financial Officer, Maplelane Capital, LLC, 51 Astor Place, 10th Floor, New York, NY 10003, via email at jack.quinlan@maplelanecapital.com.

*/s/ Richard S. Geller*
RICHARD S. GELLER, ESQUIRE
Florida Bar No. 106940
FISHBACK DOMINICK
1947 Lee Road
Winter Park, FL 32789
rgeller@fishbacklaw.com
Phone: 407-262-8400
Fax: 407-262-8402
*Attorneys for Maplelane Capital, LLC*

S:\RSG\CLIENTS\Maplelane\adv. Nordeen, Timothy, et al. M786-25554\Pleadings\Motion to Withdraw as Counsel 05 03 24 kc.docx