UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Reid

IN RE: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

This Document Relates to All Actions.

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Kevin J. Orsini, counsel of record for Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC, has changed his mailing address for service of notices and documents. His new mailing address is:

> Kevin J. Orsini
> Cravath, Swaine & Moore LLP
> Two Manhattan West
> 375 Ninth Avenue
> New York, NY 10001

The firm's telephone, fax numbers and email addresses remain unchanged. The undersigned requests that the Court and parties amend their records to reflect this new address.

|  |  |
|---|---|
| Dated:  May 3, 2024 | */s/ Tom K. Schulte* |
| | **HUNTON ANDREWS KURTH LLP** |
| | Samuel A. Danon (FBN 892671) |
| | María Castellanos Alvarado (FBN 116545) |
| | Tom K. Schulte (FBN 1025692) |
| | 333 S.E. 2 Avenue, Suite 2400 |
| | Miami, FL 33131 |
| | Telephone:  (305) 810-2500 |
| | Facsimile:  (305) 810-2460 |
| | sdanon@huntonak.com |
| | tschulte@huntonak.com |
| | mcastellanos@hunton.com |
| | |
| | **CRAVATH, SWAINE & MOORE LLP** |
| | Antony L. Ryan |
| | Kevin J. Orsini |
| | Brittany L. Sukiennik |
| | Two Manhattan West |
| | 375 Ninth Avenue |
| | New York, NY 10001 |
| | Telephone:  (212) 474-1000 |
| | Facsimile:  (212) 474-3700 |
| | aryan@cravath.com |
| | korsini@cravath.com |
| | bsukiennik@cravath.com |
| | |
| | *Counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

Dated:  May 3, 2024                    By:         */s/ Tom K. Schulte*
                                                                    Tom K. Schulte