UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Reid

IN RE: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION

This Document Relates to All Actions.

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Antony L. Ryan, counsel of record for Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC, has changed his mailing address for service of notices and documents. His new mailing address is:

> Antony L. Ryan
> Cravath, Swaine & Moore LLP
> Two Manhattan West
> 375 Ninth Avenue
> New York, NY 10001

The firm's telephone, fax numbers and email addresses remain unchanged. The undersigned requests that the Court and parties amend their records to reflect this new address.

|  |  |
|---|---|
| Dated: May 3, 2024 | */s/ Tom K. Schulte* |

                                                          **HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
Tom K. Schulte (FBN 1025692)
333 S.E. 2 Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
sdanon@huntonak.com
tschulte@huntonak.com
mcastellanos@hunton.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

Dated:  May 3, 2024                By:        */s/ Tom K. Schulte*
                                                   Tom K. Schulte