**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-MDL-02989-ALTONAGA**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Federal Securities Tranche

**JOINT NOTICE OF SETTLEMENT**

Defendants Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC (collectively, "Robinhood") and Plaintiffs Blue Laine-Beveridge, Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash (collectively, "Named Plaintiffs" and with Robinhood, the "Parties") respectfully provide notice to the Court that the Parties have reached a settlement of Named Plaintiffs' claims within the Federal Securities Tranche. The Parties are in the process of finalizing the settlement, after which the Parties will stipulate to dismissal with prejudice. The Parties anticipate that settlement and dismissal will be finalized within the next 14 days.

In light of their settlement, the Parties respectfully request the Court to stay all proceedings in the Federal Securities Tranche.

Dated: May 28, 2024

*/s/ Laurence M. Rosen*
**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (FBN 0182877)
Robin Bronzaft Howald
Michael A. Cohen

Laurence M. Rosen
275 Madison Avenue 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Blue Laine-Beveridge and Named Plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez, and Thomas Cash*

Respectfully submitted,

*/s/ Samuel A. Danon*
**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
Tom K. Schulte (FBN 1025692)
333 S.E. 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
sdanon@huntonak.com
mcastellanos@hunton.com
tschulte@huntonak.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (pro hac vice)
Kevin J. Orsini (pro hac vice)
Brittany L. Sukiennik (pro hac vice)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

2

## **CERTIFICATE OF SERVICE**

I certify that on May 28, 2024, I electronically filed a true and correct copy of the foregoing via CM/ECF, which will send notice to all counsel of record.

/s/ *Samuel A. Danon*