UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Reid

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Federal Securities Tranche's Joint Notice of Settlement [ECF No. 678], filed on May 28, 2024. On April 1, 2021, a series of related federal actions were centralized into this multi-district litigation. (*See* Transfer Order [ECF No. 1] 1–5). Subsequently, on May 18, 2021, the Court divided the actions into four tranches, or groups of claims. (*See* May 18, 2021 Order [ECF No. 310] 1–2). In the intervening years, the actions in three of the tranches have been dismissed. (*See generally* Jan. 10, 2022 Order [ECF No. 450]; Jan. 26, 2022 Order [ECF No. 453]; May 12, 2022 Order [ECF No. 470]).

On May 28, 2024, the parties in the final remaining tranche — known as the Federal Securities Tranche — indicated they have reached a settlement and "are in the process of finalizing the settlement, after which the Parties will stipulate to dismissal with prejudice." (Notice 1). They expect to finalize settlement and dismissal within 14 days and "respectfully request the Court to stay all proceedings in the Federal Securities Tranche." (*Id.*). The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the

CASE NO. 21-02989-MDL-ALTONAGA/Reid

Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of May, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record