**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-2989-MDL-ALTONAGA/Reid**

| In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |
|---|---|

**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE**
**STIPULATION OF DISMISSAL**

WHEREAS, on May 28, 2024, the Parties filed a Joint Notice of Settlement, stating "that the Parties have reached a settlement of Named Plaintiffs' claims within the Federal Securities Tranche" and that "[t]he Parties are in the process of finalizing the settlement, after which the Parties will stipulate to dismissal with prejudice" and that "[t]he Parties anticipate that settlement and dismissal will be finalized within the next 14 days" (Dkt. No. 678);

WHEREAS, on May 29, 2024, the Court issued an Order Administratively Closing Case, ordering that "[t]he above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order" (Dkt. No. 680);

WHEREAS, one of the plaintiffs is currently unwilling to sign a settlement agreement;

WHEREAS, the Parties require additional time to try to resolve this issue with the mediator, Robert A. Meyer of JAMS, and attempt to finalize the settlement and stipulation for dismissal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. The Parties' time to file a stipulation for dismissal is hereby extended until July 29, 2024.

2. The rest of the Court's Order Administratively Closing Case (Dkt. No. 680) is unchanged.

Respectfully submitted,

June 28, 2024

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen (FBN 0182877)
Robin Bronzaft Howald
Michael A. Cohen
275 Madison Avenue  40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: lrosen@rosenlegal.com
Email: rhowald@rosenlegal.com
Email: mcohen@rosenlegal.com

*Counsel for Plaintiffs*

**HUNTON ANDREWS KURTH LLP**

/s/ Samuel A. Danon
Samuel A. Danon (FBN 892671)
Maria Castellanos Alvarado (FBN 116545)
Tom K. Schulte (FBN 1025692)
333 S.E. 2nd Avenue, Suite 2400
Miami, Florida 33131
Telephone: (305) 810-2500
Email: sdanon@huntonak.com
Email: mcastellano@huntonak.com
Email: tschulte@huntonak.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (pro hac vice)
Kevin J. Orsini (pro hac vice)
Brittany L. Sukiennik (pro hac vice)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Email: aryan@cravath.com
Email: korsini@cravath.com
Email: bsukiennik@cravath.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE