UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Reid

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Actions in the Federal Securities Tranche

**ORDER**

**THIS CAUSE** came before the Court on the parties' Stipulation and [Proposed] Order Regarding Time to File Stipulation of Dismissal [ECF No. 681], filed on June 28, 2024. The parties indicate they "require additional time" to finalize their settlement and file a stipulation of dismissal. (Stipulation 1). Being fully advised, it is

**ORDERED AND ADJUDGED** that the parties have until **July 29, 2024** to file a stipulation of dismissal.

**DONE AND ORDERED** in Miami, Florida, this 28th day of June, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record