UNITED STATES DISTRICT COURT
SOUTHEN DITRICT OF FLORIDA

Case No: 21-2989-MDL-ALTONGA/TORRES

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION,**

_____/

**MOTION BY MARCUS LAGMANSON, ANTHONY REYES, and BRIAN BELDERRAIN TO SEVER THEIR CLAIMS**

Plaintiffs MARKUS LAGMANSON, ANTHONY REYES, and BRIAN BELDERRAIN, by and through their attorneys, R TAMARA DE SILVA and JONATHAN LUBIN, hereby request that this Honorable Court sever their suit and allow it to proceed in the United States District Court for the Northern District of Illinois, stating:

1. The above referenced parties filed a suit in the United States District Court for the Northern District of Illinois as Lagmanson v. Robinhood Markets, Inc. 21-00541.

2. That Complaint stated claims pursuant to two theories: 1.) violations of the Securities Exchange Act of 1934, 15 U.S.C. § 78k(b), and 2.) anti-trust violations.

3. This Court has dismissed the anti-trust violations alleged in the MDL Complaint, but has sustained the securities violations claims. Therefore, the Complaint – at least for the money – states claims upon which relief may be granted.

4. Given that this Court has denied class certification, these Plaintiffs' interests have not been represented in this matter.

5. Plaintiffs suffered real losses that should be addressed substantively.

6. All but one of the Plaintiffs are situated in the Northern District of Illinois.

7. Given that the MDL matter is closed, there is no prejudice to any party if these three Plaintiffs' claims are permitted to move forward in the Northern District of Illinois.

8. Naturally, if these Plaintiffs are permitted to pursue their claims (whether here or in the Northern District of Illinois), then there will be no more basis for them to object to the opaque settlement between selective plaintiffs and Robinhood. (Doc. 678)

WHEREFORE, Plaintiffs MARCUS LAGMANSON, ANTHONY REYES, and BRIAN BELDERRAIN, request that this Honorable Court sever their suit and allow it to proceed in the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

/s/ R Tamara de Silva
R Tamara de Silva
DeSilva Law Offices, LLC
980 N Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 810-8100
Email: tamara@desilvalawoffices.com

/s/ Jonathan Lubin
Jonathan Lubin
8800 Bronx Ave., Suite 100H
Skokie, IL 60077
Tel: (773) 954-2608
Email: jonathan@lubinlegal.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/R. Tamara de Silva