UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Reid

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to the Actions in the Federal Securities Tranche

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs, Markus Lagmanson, Anthony Reyes, and Brian Belderrain's Motion . . . to Sever Their Claims [ECF No. 687], filed on July 28, 2024. Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

*Id*. (alterations and emphasis added). The Rule further states that "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction[.]" *Id.* (alterations added). Plaintiffs have failed to certify that they conferred or made reasonable efforts to confer with Defendants.

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs, Markus Lagmanson, Anthony Reyes, and Brian Belderrain's Motion . . . to Sever Their Claims **[ECF No. 687]** is **DENIED without prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of July, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:  counsel of record