UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Reid

| In re: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | This Document Relates to: All Actions Involving the Federal Securities Laws |
|---|---|

**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE STIPULATION OF DISMISSAL**

WHEREAS, on May 28, 2024, the Parties filed a Joint Notice of Settlement, stating "that the Parties have reached a settlement of Named Plaintiffs' claims within the Federal Securities Tranche" and that "[t]he Parties are in the process of finalizing the settlement, after which the Parties will stipulate to dismissal with prejudice" (Dkt. No. 678);

WHEREAS, on May 29, 2024, the Court issued an Order Administratively Closing Case, ordering that "[t]he above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order" (Dkt. No. 680);

WHEREAS, on June 28, 2024, the Parties filed a Stipulation and [Proposed] Order Regarding Time to File Stipulation of Dismissal, seeking additional time to file the stipulation of dismissal because "one of the plaintiffs [wa]s currently unwilling to sign a settlement agreement" (Dkt. No. 681);

WHEREAS, on June 28, 2024, the Court issued an Order allowing the Parties to have until July 29, 2024, to file the stipulation of dismissal (Dkt. No. 682);

1

WHEREAS, the parties have made progress towards finalizing the settlement, although this plaintiff is continuing to negotiate aspects of the settlement agreement and the Parties are currently working to finalize its details;

WHEREAS, the Parties require additional time to try to resolve the remaining issues with this plaintiff so that they can finalize both the settlement and stipulation for dismissal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. The Parties' time to file a stipulation for dismissal is hereby extended two weeks until August 13, 2024.

2. The rest of the Court's Order Administratively Closing Case (Dkt. No. 680) is unchanged.

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen (FBN 0182877)
Robin Bronzaft Howald
Michael A. Cohen
275 Madison Avenue 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: lrosen@rosenlegal.com
Email: rhowald@rosenlegal.com
Email: mcohen@rosenlegal.com

*Counsel for Plaintiffs*

July 29, 2024

**HUNTON ANDREWS KURTH LLP**

/s/ Samuel A. Danon
Samuel A. Danon (FBN 892671)
Maria Castellanos Alvarado (FBN 116545)
Tom K. Schulte (FBN 1025692)
333 S.E. 2nd Avenue, Suite 2400
Miami, Florida 33131
Telephone: (305) 810-2500
Email: sdanon@huntonak.com
Email: mcastellano@huntonak.com
Email: tschulte@huntonak.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (pro hac vice)
Kevin J. Orsini (pro hac vice)
Brittany L. Sukiennik (pro hac vice)
Two Manhattan West
375 Ninth Avenue

                                              New York, NY 10001
                                              Telephone: (212) 474-1000
                                              Email: aryan@cravath.com
                                              Email: korsini@cravath.com
                                              Email: bsukiennik@cravath.com

                                              *Counsel for Defendants*

**IT IS SO ORDERED.**

Dated: _____, 2024                _____

                                                                    CECILIA M. ALTONAGA
                                                                      UNITED STATES DISTRICT JUDGE