UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Reid

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

**ORDER**

**THIS CAUSE** came before the Court on the parties' Stipulation and [Proposed] Order Regarding Time to File Stipulation of Dismissal [ECF No. 689], filed on July 29, 2024. The parties indicate they "require additional time" to finalize their settlement and file a stipulation of dismissal. (Stipulation 2). Being fully advised, it is

**ORDERED AND ADJUDGED** that the parties have until **August 13, 2024** to file a stipulation of dismissal.

**DONE AND ORDERED** in Miami, Florida, this 30th day of July, 2024.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record