**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-MD-2989-ALTONAGA/REID**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Federal Securities Tranche

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**PLEASE TAKE NOTICE** that Federal Securities Tranche Lead Plaintiff Blue Laine-Beveridge and named Plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez and Thomas Cash (collectively, "Plaintiffs"), and Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC (collectively, "Robinhood"), by and through their undersigned Counsel, hereby stipulate and voluntarily agree to dismiss Robinhood from this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dismissal is with prejudice as to all Plaintiffs except as to Marcel Poirier, for whom dismissal is without prejudice. For the avoidance of doubt, Plaintiffs are dismissing their individual claims. The parties hereby further stipulate and agree to the following terms of the dismissal: (1) neither side will seek costs nor fees from the other; (2) all parties acknowledge that each have complied with Rule 11 and waive any arguments with respect thereto; and (3) the Court shall retain jurisdiction for the sole purpose of enforcing the agreements entered into by each of the Plaintiffs with Defendants to dismiss their individual claims.

This stipulation may be filed with the Clerk of the Court without further notice. The parties respectfully request that this Court enter an order dismissing this case and in accordance with the above terms and in the form attached as a Proposed Order hereto.

Dated:   August 13, 2024                              Respectfully submitted,

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **HUNTON ANDREWS KURTH LLP** |
| /s/ Laurence M. Rosen | /s/ Samuel A. Danon |
| Laurence M. Rosen (FBN 0182877) | Samuel A. Danon (FBN 892671) |
| Robin Bronzaft Howald | Maria Castellanos Alvarado (FBN 116545) |
| Michael A. Cohen | Tom K. Schulte (FBN 1025692) |
| 275 Madison Avenue 40th Floor | 333 S.E. 2nd Avenue, Suite 2400 |
| New York, NY 10016 | Miami, Florida 33131 |
| Telephone: (212) 686-1060 | Telephone: (305) 810-2500 |
| Email: lrosen@rosenlegal.com | Email: sdanon@huntonak.com |
| Email: rhowald@rosenlegal.com | Email: mcastellano@huntonak.com |
| Email: mcohen@rosenlegal.com | Email: tschulte@huntonak.com |
| *Counsel for Plaintiffs* | **CRAVATH, SWAINE & MOORE LLP** |
| | Antony L. Ryan (*pro hac vice*) |
| | Kevin J. Orsini (*pro hac vice*) |
| | Brittany L. Sukiennik (*pro hac vice*) |
| | Two Manhattan West |
| | 375 Ninth Avenue |
| | New York, NY 10001 |
| | Telephone: (212) 474-1000 |
| | Email: aryan@cravath.com |
| | Email: korsini@cravath.com |
| | Email: bsukiennik@cravath.com |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system.  I further certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated:   August 13, 2024                                   /s/ Samuel A. Danon
                                                                          Samuel A. Danon (FBN 892671)