UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-2989-ALTONAGA/REID

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Federal Securities Tranche

## [PROPOSED] ORDER

**THIS CAUSE** came before the Court upon the Joint Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No. ___], filed on August 13, 2024, by Federal Securities Tranche Lead Plaintiff Blue Laine-Beveridge and named Plaintiffs Abraham Huacuja, Ava Bernard, Brendan Clarke, Brian Harbison, Cecilia Rivas, Doi Nguyen, Joseph Gurney, Marcel Poirier, Sandy Ng, Santiago Gil Bohórquez and Thomas Cash (collectively, "Plaintiffs"), and Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC (collectively, "Robinhood").

The parties have agreed to voluntarily dismiss all claims with prejudice as to all Plaintiffs except as to Marcel Poirier, for whom dismissal of all claims is without prejudice. For the avoidance of doubt, Plaintiffs are dismissing their individual claims. Each party shall bear their own costs. All parties have acknowledged that the other has complied with Rule 11 and waive any arguments related thereto. The parties have agreed that the Court shall retain jurisdiction for the sole purpose of enforcing the agreements entered into by each of the Plaintiffs with Defendants to dismiss their individual claims.

Being fully advised, it is:

**ORDERED AND ADJUDGED** that: (1) all claims as to all Plaintiffs except as to Marcel Poirier are dismissed with prejudice as to Robinhood and with respect to the terms as described herein; (2) all claims as to Marcel Poirier are dismissed without prejudice as to Robinhood and with respect to the terms as described herein; and (3) the Court shall retain jurisdiction for the sole purpose of enforcing the agreements entered into by each of the Plaintiffs with Defendants to dismiss their individual claims.

**DONE AND ORDERED** in Miami, Florida, this \_\_\_\_ day of August 2024.

									**CECILIA M. ALTONAGA**
									**CHIEF UNITED STATES DISTRICT JUDGE**

CC:		Counsel of Record

[[DMS:6444479v5:08/13/2024--03:18 PM]]