**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-02989-MDL-ALTONAGA/Reid**

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Actions in the Federal Securities Tranche

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No. 691], filed on August 13, 2024.

According to the Stipulation, the parties have agreed to voluntarily dismiss all claims with prejudice as to all Plaintiffs except as to Marcel Poirier, for whom dismissal of all claims is without prejudice. (*See* Stipulation of Dismissal 1). For the avoidance of doubt, Plaintiffs are dismissing their individual claims. (*See id.*). Each party shall bear its own costs. (*See id.*) All parties have acknowledged the other has complied with Rule 11 and waive any arguments related thereto. (*See id.*). The parties have also agreed the Court shall retain jurisdiction for the sole purpose of enforcing the agreements entered into by each of the Plaintiffs with Defendants to dismiss their individual claims. (*See id.*).

Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. All claims as to all Plaintiffs except Marcel Poirier are dismissed with prejudice as to Robinhood and with respect to the terms as described herein.

2. All claims as to Marcel Poirier are dismissed without prejudice as to Robinhood and with respect to the terms as described herein.

3.  The Court retains jurisdiction for the sole purpose of enforcing the agreements entered into by each of the Plaintiffs with Defendants to dismiss their individual claims.

**DONE AND ORDERED** in Miami, Florida, this 14th day of August 2024.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record