UNITED STATES DISTRICT COURT
SOUTHEN DITRICT OF FLORIDA

Case No: 21-2989-MDL-ALTONGA/TORRES

In re:

JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION,

_____/

SECOND AMENDED MOTION BY MARCUS LAGMANSON, ANTHONY REYES, and
BRIAN BELDERRAIN TO SEVER THEIR CLAIMS

Plaintiffs MARCUS LAGMANSON, ANTHONY REYES, and BRIAN BELDERRAIN, by and through their attorneys, R TAMARA DE SILVA and JONATHAN LUBIN, hereby request that this Honorable Court sever their suit and allow it to proceed in the United States District Court for the Northern District of Illinois, stating:

1. The above referenced parties filed a suit in the United States District Court for the Northern District of Illinois as Lagmanson v. Robinhood Markets, Inc. 21-00541..

2. That Complaint stated claims pursuant to two theories: 1.) violations of the Securities Exchange Act of 1934, 15 U.S.C. § 78k(b), and 2.) anti-trust violations.

3. This Court has dismissed the anti-trust violations alleged in the MDL Complaint, but has sustained the securities violations claims. Therefore, the Complaint – at least for the money – states claims upon which relief may be granted.

4. Given that this Court has denied class certification, these Plaintiffs' interests have not been represented in this matter.

5. Plaintiffs suffered real losses that should be addressed substantively.

6. All but one of the Plaintiffs are situated in the Northern District of Illinois.

7. Given that the MDL matter is closed, there is no prejudice to any party if these three Plaintiffs' claims are permitted to move forward in the Northern District of Illinois.

8. Naturally, if these Plaintiffs are permitted to pursue their claims (whether here or in the Northern District of Illinois), there is no more basis for them to object to settlement.

9. Counsels for Plaintiff communicated with Counsels for the lead Plaintiff, as well as all relevant Defendants. Counsels for Ameritrade and related parties pointed out correctly that they have been dismissed from this matter with prejudice, and that the Lagmanson Plaintiffs may not seek relief against them. Counsels for Robinhood indicated on August 15, 2024, that they have no objection to this matter being transferred to the Northern District of Illinois.

10. Given the recent dismissal Order, these Plaintiffs are reticent to wait any longer in filing this Motion.

WHEREFORE, Plaintiffs MARCUS LAGMANSON, ANTHONY REYES, and BRIAN BELDERRAIN, request that this Honorable Court sever their suit and allow it to proceed in the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

/s/ R Tamara de Silva
R Tamara de Silva
DeSilva Law Offices, LLC
980 N Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 810-8100
Email: tamara@desilvalawoffices.com

/s/ Jonathan Lubin
Jonathan Lubin
8800 Bronx Ave., Suite 100H
Skokie, IL 60077
Tel: (773) 954-2608
Email: jonathan@lubinlegal.com
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/R. Tamara de Silva