UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Reid

In re:

JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION
_____/

This Document Relates to the Actions in the Federal Securities Tranche

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On August 15, 2024, Plaintiffs, Marcus Lagmanson, Anthony Reyes, and Brian Belderrain (the "Lagmanson Plaintiffs") filed two Motions to Sever [ECF Nos. 693 & 694], seeking to sever — and potentially transfer — their case in light of a recent settlement by the Lead Plaintiff of this Tranche. (*See generally* Second Am. Mot. [ECF No. 694]; Aug. 14, 2024 Order [ECF No. 692]). Defendants "have no objection" to the requested relief. (Second Am. Mot. 2). Two problems arise.

First, it appears the Second Amended Motion to Sever seeks the same relief as the Amended Motion to Sever [ECF No. 693] and updates only a few details appearing in the Amended Motion. Thus, the Amended Motion is unnecessary.

Second, and more fundamentally, Plaintiffs' case was consolidated into this multi-district litigation action "for all pretrial purposes[.]" (Order of Consolidation . . . [ECF No. 36] 1 (alteration added)). It is not apparent that all pretrial activities have ceased. The Lagmanson Plaintiffs' case was assigned to the Federal Securities and Antitrust Tranches. (*See* Case List [ECF No. 322-1] 4). Claims in the Antitrust Tranche were dismissed on May 12, 2022. (*See generally* May 12, 2022 Order [ECF No. 470]; USCA Mandate [ECF No. 686]).

On August 13, 2024, Lead Plaintiff, Blue Laine-Beveridge and several other named

CASE NO. 21-02989-MDL-ALTONAGA/Reid

Plaintiffs stipulated to dismissal of their claims in the Federal Securities Tranche.  (*See generally* Joint Stipulation of Voluntary Dismissal . . . [ECF No. 691]).  Although the settlement was successful (*see generally* Aug. 14, 2024 Order), their settlement only purports to resolve the claims of 12 Plaintiffs in this Tranche (*see* Joint Stipulation 1).  Neither the Lead Plaintiff nor Lead Counsel has indicated to the Court the status of the remaining actions in the Tranche.  (*See generally id.*; *see also* Oct. 15, 2021 [ECF No. 420] 12–15 (appointing Lead Counsel)).  Without confirmation that all pretrial issues for all cases in the Tranche have been resolved, the Court cannot sever the Lagmanson Plaintiffs and return them to the Northern District of Illinois.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.  Plaintiffs, Marcus Lagmanson, Anthony Reyes, and Brian Belderrain's Amended Motion to Sever **[ECF No. 693]** is **DENIED**.

2.  On or by **September 4, 2024**, the Rosen Law Firm, Lead Counsel for the Federal Securities Tranche, shall file a status report responding to the Second Amended Motion to Sever **[ECF No. 694]**, and indicating how it proposes to proceed considering the recent settlement.

**DONE AND ORDERED** in Miami, Florida, this 21st day of August, 2024.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2