UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On August 15, 2024, Plaintiffs, Marcus Lagmanson, Anthony Reyes, and Brian Belderrain, filed a Motion to Sever [ECF No. 694]. On August 21, 2024, the Court entered an Order [ECF No. 695] requiring the Rosen Law Firm, Lead Counsel for the Federal Securities Tranche, to file a status report responding to the Motion. (*See id.* 2).

Federal Securities Lead Counsel filed its Status Report [ECF No. 696] on September 4, 2024, indicating that all pre-trial activities in the Federal Securities Tranche have ceased (*see id.* 2), suggesting all "former putative class members are free to pursue their claims individually" (*id.* 3), and "tak[ing] no position on [] severance or transfer" of Plaintiffs' action (*id.* 4 (alterations added)).[1] Lead Counsel also notes that Defendants may intend to invoke an arbitration clause and suggests that, if the Court requires further certainty regarding other consolidated plaintiffs, "they could be given a deadline to submit their positions to the Court[.]" (*Id.* 4 (alteration added)).

Previously, the Eleventh Circuit Court of Appeals affirmed the Court's dismissal of the Robinhood and Antitrust Tranches' respective Complaints. *See In re Jan. 2021 Short Squeeze*

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

*Trading Litig.*, 76 F.4th 1335, 1355 (11th Cir. 2023); *In re Jan. 2021 Short Squeeze Trading Litig.*, 105 F.4th 1346, 1358 (11th Cir. 2024). The Other Broker Tranche's appeal of dismissal of that Complaint is still pending. (*See* Notice of Appeal [ECF No. 528]). Aside from the Federal Securities Tranche, no other Tranche has sought to proceed in any way.

To better manage the orderly progress of the case, it is

**ORDERED** that this matter is set for a status hearing on **September 18, 2024, at 3:30 p.m.** Counsel for Robinhood, Lead Counsel for each Tranche, the Steering Committee, and counsel for Plaintiffs Lagmanson, Reyes, and Belderrain must attend. Other Plaintiffs and counsel for Plaintiffs are welcome to attend. The hearing will be held via Zoom (Meeting ID: 160 5041 7377 / Passcode: 052922).[2]

The parties shall be prepared to provide updates to the Court as to:

- the status of each Tranche, including how many consolidated cases are outstanding;

- what types of individual claims for each Tranche remain, given dismissal of several Complaints;

- what additional pre-trial activities — for example, discovery or motions to compel arbitration — may be necessary in order to ensure that remaining claims in the consolidated cases are ready for trial if and when they are remanded;

- whether Lead Counsel for the Federal Securities Tranche wishes to remain as Lead Counsel for that Tranche, now that a putative class no longer exists — and if not, what alternative Lead Counsel suggests; and

---

[2] The meeting can also be accessed at https://www.zoomgov.com/j/16050417377?pwd=a0FDNnhJemVFNUNEVkJyeWlVVkxZZz09.

CASE NO. 21-02989-MDL-ALTONAGA

- to the extent it is not practicable for these updates to be provided at the status hearing, how long counsel needs to confer with Plaintiffs and counsel regarding these issues.

**DONE AND ORDERED** in Miami, Florida, this 9th day of September, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record