UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-2989-MDL-ALTONAGA/Torres

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

*This Document Relates to the Non-Federal Securities Actions*

## NOTICE OF FILING MDL CASE LIST

Undersigned Plaintiffs' Liaison Counsel hereby gives notice of filing a listing of consolidated MDL cases for reference at the status hearing scheduled for September 18, 2024, pursuant to the Court's Order (D.E. 697).

Dated:  September 17, 2024                                              Respectfully submitted,

/s/*Rachel Wagner Furst*
Rachel Wagner Furst
Fla. Bar Number: 45155
**MADERAL BYRNE & FURST PLLC**
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, Florida 33134
Tel: (305) 520-5690
rachel@maderalbyrne.com

*Liaison Counsel for Plaintiffs*

1