UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA/Reid

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs, Marcus Lagmanson, Anthony Reyes, and Brian Belderrain's Second Amended Motion . . . to Sever Their Claims [ECF No. 694], filed on August 15, 2024. The Court held a Status Conference [ECF No. 699] on September 18, 2024. Defendants do not oppose severance of Plaintiffs' consolidated case and transfer of the action to the District in which it was originally filed. Consequently, it is

**ORDERED** that Plaintiffs' Motion **[ECF No. 694]** is **GRANTED**. The Clerk is instructed to transfer Case No. 21-cv-21298 to the United States District Court for the Northern District of Illinois and mark the case as **CLOSED** in this District.

**DONE AND ORDERED** in Miami, Florida, this 18th day of September, 2024.

**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record