UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

**AMENDED ORDER**[1]

**THIS CAUSE** came before the Court on Plaintiffs, Marcus Lagmanson, Anthony Reyes, and Brian Belderrain's Second Amended Motion . . . to Sever Their Claims **[ECF No. 694]**, filed on August 15, 2024. The Court held a Status Conference [ECF No. 699] on September 18, 2024. Defendants do not oppose severance of Plaintiffs' consolidated case and remand of the action to the District in which it was originally filed.

In a multidistrict litigation such as this one, the power to remand a case to the transferor court lies solely with the Judicial Panel on Multidistrict Litigation ("JPML"). *See* 28 U.S.C. § 1407(a). The Court may recommend to the JPML that a specific action be remanded. *See* J.P.M.L. Rule of Procedure 10.1(b); *see also* J.P.M.L. Rule of Procedure 10.3 (noting "the Panel is reluctant to order a remand absent the suggestion of the transferee judge").

Being fully advised, it is

**ORDERED** that Plaintiffs' Motion **[ECF No. 694]** is **GRANTED in part**. The Court respectfully suggests to the Judicial Panel on Multidistrict Litigation that Case No. 21-cv-21298 be remanded to the United States District Court for the Northern District of Illinois.

---

[1] The Court's September 19, 2024 Order [ECF No. 700] is **SET ASIDE**.

CASE NO. 21-02989-MDL-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 30th day of September, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record