**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-MDL-02989-ALTONAGA/REID**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to the Federal Securities Tranche

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Damon Muncy ("Plaintiff") and Defendants Robinhood Markets, Inc., Robinhood Securities, LLC and Robinhood Financial LLC (collectively, "Robinhood" or "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, one or more disputes arose between Plaintiff and Robinhood (collectively, the "Parties"), including in the litigation styled *Damon Muncy v. Robinhood Financial LLC*, et al., Case No. 2:21-cv-01729 (D.N.J.), and transferred to *In re January 2021 Short Squeeze Trading Litigation*, Case No. 1:21-md-02989 (S.D. Fla.) with an underlying individual case number of 21-cv-21307 (S.D. Fla.) (the "Action");

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and voluntarily agree, to the dismissal of Plaintiff's claims with prejudice in the Action against all Defendants.  The parties hereby further stipulate and agree to the following terms of the dismissal:  (1) neither side will seek costs nor fees from the other; and (2) all parties acknowledge that each have complied with Rule 11 and waive any arguments with respect thereto and (3) the Court shall retain jurisdiction for the sole purpose of enforcing the agreements entered into by Plaintiff with Defendants to dismiss Plaintiff's individual claims.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:   October 8, 2024                              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**　　　　　　　　**HUNTON ANDREWS KURTH LLP**
/s/ Laurence M. Rosen　　　　　　　　　　　　/s/ Samuel A. Danon
Laurence M. Rosen (FBN 0182877)　　　　　Samuel A. Danon (FBN 892671)
Robin Bronzaft Howald　　　　　　　　　　Maria Castellanos Alvarado (FBN 116545)
Michael A. Cohen　　　　　　　　　　　　　Tom K. Schulte (FBN 1025692)
275 Madison Avenue 40th Floor　　　　　　333 S.E. 2nd Avenue, Suite 2400
New York, NY 10016　　　　　　　　　　　Miami, Florida 33131
Telephone: (212) 686-1060　　　　　　　　Telephone: (305) 810-2500
Email: lrosen@rosenlegal.com　　　　　　　Email: sdanon@huntonak.com
Email: rhowald@rosenlegal.com　　　　　　Email: mcastellano@huntonak.com
Email: mcohen@rosenlegal.com　　　　　　Email: tschulte@huntonak.com

*Counsel for Plaintiff Damon Muncy*　　　　**CRAVATH, SWAINE & MOORE LLP**
　　　　　　　　　　　　　　　　　　　　Antony L. Ryan (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Kevin J. Orsini (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Brittany L. Sukiennik (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Two Manhattan West
　　　　　　　　　　　　　　　　　　　　375 Ninth Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 474-1000
　　　　　　　　　　　　　　　　　　　　Email: aryan@cravath.com
　　　　　　　　　　　　　　　　　　　　Email: korsini@cravath.com
　　　　　　　　　　　　　　　　　　　　Email: bsukiennik@cravath.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*