**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-MD-2989-ALTONAGA/REID**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Federal Securities Tranche

**[PROPOSED] ORDER**

  **THIS CAUSE** came before the Court upon the Joint Stipulation of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No. ___], filed on October 8, 2024, by Plaintiff Damon Muncy ("Plaintiff") and Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC (collectively, "Robinhood").

  Plaintiff and Robinhood (collectively, "Parties") have agreed to voluntarily dismiss all claims with prejudice. Each Party shall bear their own costs. All Parties have acknowledged that the other has complied with Rule 11 and waive any arguments related thereto. The Parties have agreed that the Court shall retain jurisdiction for the sole purpose of enforcing the agreement entered into by Plaintiff with Defendants to dismiss Plaintiff's individual claims.

  Being fully advised, it is:

  **ORDERED AND ADJUDGED** that: (1) all claims brought by Plaintiff Damon Muncy are dismissed with prejudice; and (2) the Court shall retain jurisdiction for the sole purpose of enforcing the agreement entered into by Plaintiff with Defendants to dismiss Plaintiff's individual claims.

**DONE AND ORDERED** in Miami, Florida, this \_\_\_\_ day of October 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:  Counsel of Record