UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Actions in the Federal Securities Tranche

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Damon Muncy and Defendants, Robinhood Markets, Inc., Robinhood Securities, LLC and Robinhood Financial LLC's ("Robinhood['s]") Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 703], filed on October 8, 2024.

According to the Stipulation, Plaintiff and Robinhood have agreed to a voluntary dismissal of all claims with prejudice. (*See id.* 1). Each party shall bear its own costs. (*See id.*). All parties have acknowledged that the other has complied with Rule 11 and waive any arguments related thereto. (*See id.*). The parties have agreed that the Court shall retain jurisdiction for the sole purpose of enforcing the agreement entered by Plaintiff with Defendants to dismiss Plaintiff's individual claims. (*See id.*).

Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. All claims brought by Plaintiff Damon Muncy are **DISMISSED** with prejudice.

2. The Court retains jurisdiction for the sole purpose of enforcing the agreement entered into by Plaintiff with Defendants to dismiss Plaintiff's individual claims.

CASE NO. 21-02989-MDL-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 8th day of October, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record