UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Actions in the Federal Securities Tranche

## **ORDER**

**THIS CAUSE** came before the Court on Defendants, Robinhood Markets, Inc., Robinhood Securities, LLC, and Robinhood Financial LLC's ("Robinhood['s]") October 9, 2024 Status Report [ECF No. 704]. At a September 18, 2024 Status Conference [ECF No. 699], Robinhood requested three weeks to engage in the pre-filing conferral process regarding a potential motion to compel arbitration. (*See* Status Report ¶ 4). Robinhood reports it still plans to move to compel arbitration of nine of the remaining securities claims.[1] (*See id.* ¶ 3). Robinhood states the conferral process is ongoing and has led to settlement negotiations; it requests the Court establish a deadline of December 9, 2024, for it to file its motion to compel arbitration. (*See id.* ¶¶ 6–7).

Being fully advised, it is

**ORDERED** that Robinhood has until **December 9, 2024** to file its motion to compel arbitration.

---

[1] This excludes the claims asserted by Plaintiffs, Marcus Lagmanson, Anthony Reyes, and Brian Belderrain. (*See* Status Report ¶¶ 2–3).

CASE NO. 21-02989-MDL-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 9th day of October, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record