UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MDL-02989-ALTONAGA/REID

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Federal Securities Tranche

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Uniqueka Best, Rasheed Best, Jacob Rosmarin, and Ariel Rubenstein ("Plaintiffs") and Defendants Robinhood Markets, Inc., Robinhood Securities, LLC and Robinhood Financial LLC (collectively, "Robinhood" or "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, one or more disputes arose between Plaintiffs and Robinhood (collectively, the "Parties"), including in the litigation styled *Best et al. v. Robinhood Financial LLC*, et al., Case No. 21-cv-21534 (S.D. Fla.), and transferred to *In re January 2021 Short Squeeze Trading Litigation*, Case No. 1:21-md-02989 (S.D. Fla.) (the "Action");

NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and voluntarily agree, to the dismissal of Plaintiffs' claims with prejudice in the Action against all Defendants. The Parties hereby further stipulate and agree to the following terms of the dismissal: (1) neither side will seek costs nor fees from the other; and (2) all parties acknowledge that each have complied with Rule 11 and waive any arguments with respect thereto and (3) the Court shall retain jurisdiction for the sole purpose of enforcing the agreements entered into by Plaintiffs with Defendants to dismiss Plaintiffs' individual claims.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:   October 17, 2024                         Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC**

/s/ Adrian Gucovschi

Adrian Gucovschi
Ben A. Rozenshteyn
140 Broadway, Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Email: adrian@gr-firm.com
Email: ben@gr-firm.com

*Counsel for Plaintiffs*

**HUNTON ANDREWS KURTH LLP**

/s/ Samuel A. Danon

Samuel A. Danon (FBN 892671)
Maria Castellanos Alvarado (FBN 116545)
Tom K. Schulte (FBN 1025692)
333 S.E. 2nd Avenue, Suite 2400
Miami, Florida 33131
Telephone: (305) 810-2500
Email: sdanon@huntonak.com
Email: mcastellano@huntonak.com
Email: tschulte@huntonak.com

**CRAVATH, SWAINE & MOORE LLP**

Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Email: aryan@cravath.com
Email: korsini@cravath.com
Email: bsukiennik@cravath.com

*Counsel for Defendants*