UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-2989-ALTONAGA/REID

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

This Document Relates to the Federal Securities Tranche

**[PROPOSED] ORDER**

**THIS CAUSE** came before the Court upon the Joint Stipulation of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No. 707], by Plaintiffs Uniqueka Best, Rasheed Best, Jacob Rosmarin, and Ariel Rubenstein ("Plaintiffs") and Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC (collectively, "Robinhood").

Plaintiffs and Robinhood (collectively, "Parties") have agreed to voluntarily dismiss all claims with prejudice. Each Party shall bear their own costs. All Parties have acknowledged that the other has complied with Rule 11 and waive any arguments related thereto. The Parties have agreed that the Court shall retain jurisdiction for the sole purpose of enforcing the agreement entered into by Plaintiffs with Defendants to dismiss Plaintiffs' individual claims.

Being fully advised, it is:

**ORDERED AND ADJUDGED** that: (1) all claims brought by Plaintiffs Uniqueka Best, Rasheed Best, Jacob Rosmarin, and Ariel Rubenstein are dismissed with prejudice; and (2) the Court shall retain jurisdiction for the sole purpose of enforcing the agreement entered into by Plaintiffs with Defendants to dismiss Plaintiffs' individual claims.

**DONE AND ORDERED** in Miami, Florida, this _____ day of October 2024.

                                                    **CECILIA M. ALTONAGA**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**

CC:        Counsel of Record