### UNITED STATES JUDICIAL PANEL
#### on
### MULTIDISTRICT LITIGATION

**IN RE: JANUARY 2021 SHORT SQUEEZE TRADING
LITIGATION**                                                            **MDL No. 2989**

(SEE ATTACHED SCHEDULE)

### CONDITIONAL REMAND ORDER

The Panel has been advised that coordinated or consolidated pretrial proceedings in the action on this conditional remand order are complete.  In August 2024, plaintiffs filed an unopposed motion to sever this action from the MDL and transfer it to the Northern District of Illinois.  The transferee court granted this motion on September 19, 2024.  As this action was transferred to the MDL under 28 U.S.C. § 1407, the statute requires that the Panel remand the action to its transferor court.  *See Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998)*.

IT IS THEREFORE ORDERED that the action on this conditional remand order be remanded to its transferor court.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order.  If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.  This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of Florida.

> Inasmuch as no objection is
> pending at this time, the
> stay is lifted.
>
> **Nov 07, 2024**
>
> CLERK'S OFFICE
> UNITED STATES
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Marcella R. Lockert*

Marcella R. Lockert
Acting Clerk of the Panel

**IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**                                        **MDL No. 2989**

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST DIV.** | | **C.A.NO.** | **DIST DIV.** | | **C.A.NO.** | **CASE CAPTION** |
| FLS | 1 | 21−21298 | ILN | 1 | 21−00541 | Lagmanson et al v. Robinhood Markets, Inc. et al |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-02989-MDL-ALTONAGA/Reid**

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**

_____/

## ORDER

 **THIS CAUSE** is before the Court on Plaintiffs, Marcus Lagmanson, Anthony Reyes, and Brian Belderrain's Second Amended Motion . . . to Sever Their Claims [ECF No. 694], filed on August 15, 2024.  The Court held a Status Conference [ECF No. 699] on September 18, 2024. Defendants do not oppose severance of Plaintiffs' consolidated case and transfer of the action to the District in which it was originally filed.  Consequently, it is

 **ORDERED** that Plaintiffs' Motion **[ECF No. 694]** is **GRANTED**.  The Clerk is instructed to transfer Case No. 21-cv-21298 to the United States District Court for the Northern District of Illinois and mark the case as **CLOSED** in this District.

 **DONE AND ORDERED** in Miami, Florida, this 18th day of September, 2024.

_Cecilia M. Altonaga_
_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record