UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MDL-02989-ALTONAGA/REID

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**
_____/

This Document Relates to the Federal Securities Tranche

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Justina Carrasco ("Plaintiff") and Defendants Robinhood Markets, Inc., Robinhood Securities, LLC and Robinhood Financial LLC (collectively, "Robinhood" or "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, one or more disputes arose between Plaintiff and Robinhood (collectively, the "Parties"), including in the litigation styled *Carrasco v. Robinhood Financial, LLC*, No. 21-cv-01202 (C.D. Cal.) and transferred to *In re January 2021 Short Squeeze Trading Litigation*, Case No. 1:21-md-02989 (S.D. Fla.) with an underlying individual case number of 21-cv-22702 (S.D. Fla.) (the "Action");

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and voluntarily agree, to the dismissal of Plaintiff's claims with prejudice in the Action against all Defendants. The Parties hereby further stipulate and agree to the following terms of the dismissal:  (1) neither side will seek costs nor fees from the other; and (2) all parties acknowledge that each have complied with Rule 11 and waive any arguments with respect thereto; and (3) the Court shall retain jurisdiction for the sole purpose of enforcing the agreements entered into by Plaintiff with Defendants to dismiss Plaintiff's individual claims.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:   December 2, 2024               Respectfully submitted,

**ESTELLE & KENNEDY,**                  **HUNTON ANDREWS KURTH LLP**
**A PROFESSIONAL LAW**
**CORPORATION**
/s/ Paul Suppa                          /s/ Samuel A. Danon
Paul Suppa                              Samuel A. Danon (FBN 892671)
367 N. 2nd Avenue                       Maria Castellanos Alvarado (FBN 116545)
Upland, California 91786                Tom K. Schulte (FBN 1025692)
Telephone: (909) 608-0466               333 S.E. 2nd Avenue, Suite 2400
Email: paul@estellekennedylaw.com       Miami, Florida 33131
                                        Telephone: (305) 810-2500
*Counsel for Plaintiff Justina Carrasco* Email: sdanon@huntonak.com
                                        Email: mcastellano@huntonak.com
                                        Email: tschulte@huntonak.com

                                        **CRAVATH, SWAINE & MOORE LLP**
                                        Antony L. Ryan (*pro hac vice*)
                                        Kevin J. Orsini (*pro hac vice*)
                                        Brittany L. Sukiennik (*pro hac vice*)
                                        Two Manhattan West
                                        375 Ninth Avenue
                                        New York, NY 10001
                                        Telephone: (212) 474-1000
                                        Email: aryan@cravath.com
                                        Email: korsini@cravath.com
                                        Email: bsukiennik@cravath.com

                                        *Counsel for Defendants*