UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-02989-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

**MOTION TO ESTABLISH BRIEFING SCHEDULE**

Defendants Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC (collectively, "Robinhood") respectfully request the Court to enter an order establishing a briefing schedule regarding Robinhood's Motion to Compel Arbitration and for Stay Pending Arbitration [ECF No. 713] ("Motion to Compel"). Specifically, Robinhood requests that the Court establish a response deadline of January 13, 2025, and a reply deadline of January 27, 2025.

Good cause exists to grant Robinhood's requested briefing schedule. *See* Fed. R. Civ. P. 6(b)(1) (providing that a court may extend deadlines for good cause). First, all the remaining plaintiffs agree to this briefing schedule, save for *pro se* Plaintiff Gatz. Moreover, Robinhood and several of the remaining plaintiffs are in productive settlement negotiations. Extending the briefing deadlines will give Robinhood and these plaintiffs time to continue their negotiations, which likely will obviate the need for several remaining plaintiffs to respond to the Motion to Compel. Finally, Robinhood's requested briefing schedule takes into account the upcoming holidays, preventing the plaintiffs and Robinhood from having to prepare briefs and coordinate with clients during a time often marked by vacations and celebrations.

1

WHEREFORE, Robinhood respectfully requests this Court to enter an order establishing the following briefing schedule regarding Robinhood's Motion to Compel: a response deadline of January 13, 2025, and a reply deadline of January 27, 2025. A proposed order to this effect is attached as Exhibit 1.

## CERTIFICATE OF CONFERRAL

In accordance with Local Rule 7.1(a)(3), counsel for Robinhood certifies that they have conferred with counsel for each of the remaining plaintiffs regarding the relief requested in this Motion. Plaintiff Gatz opposes the Motion. All other remaining plaintiffs consent to the relief requested in this Motion.

Dated: December 13, 2024   Respectfully submitted,

/s/ Tom K. Schulte
**HUNTON ANDREWS KURTH LLP**
Samuel A. Danon (FBN 892671)
María Castellanos Alvarado (FBN 116545)
Tom K. Schulte (FBN 1025692)
333 S.E. 2nd Avenue, Suite 2400
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
sdanon@huntonak.com
mcastellanos@huntonak.com
tschulte@huntonak.com

**CRAVATH, SWAINE & MOORE LLP**
Antony L. Ryan (*pro hac vice*)
Kevin J. Orsini (*pro hac vice*)
Brittany L. Sukiennik (*pro hac vice*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel.: (212) 474-1000
Fax: (212) 474-3700
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on December 13, 2024, I electronically filed a true and correct copy of the foregoing via CM/ECF, which will send notice to all counsel of record.

/s/ Tom K. Schulte