UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-02989-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

**ORDER**

This cause comes before the Court on Defendant Robinhood's Motion to Establish Briefing Schedule [ECF No. 715] ("Motion"). In the Motion, Robinhood requests the Court to establish a briefing schedule regarding Robinhood's Motion to Compel Arbitration and for Stay Pending Arbitration [ECF No. 713] ("Motion to Compel"). (*See generally* Mot.). Specifically, Robinhood requests the Court to set the following deadlines regarding the Motion to Compel: a response deadline of January 13, 2025, and a reply deadline of January 27, 2025. (*See id.* at 1–2). The Court finds that good cause exists to grant the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 715] is **GRANTED**. The remaining plaintiffs shall file their response(s) to the Motion to Compel no later than January 13, 2025. Robinhood shall file its reply to the Motion to Compel no later than January 27, 2025.

**DONE AND ORDERED** in Chambers in Miami, Florida on December __, 2024.

_____
Cecilia M. Altonaga
Chief United States District Judge