UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to All Actions

## ORDER

**THIS CAUSE** came before the Court upon Defendants, Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC's ("Robinhood['s]") Motion to Establish Briefing Schedule [ECF No. 715], filed on December 13, 2024.

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 715]** is **GRANTED**. The remaining Plaintiffs shall file their response(s) to Robinhood's Motion to Compel Arbitration and for Stay Pending Arbitration **[ECF No. 713]** by **January 13, 2025**. Robinhood has until **January 27, 2025** to file its reply.

**DONE AND ORDERED** in Miami, Florida, this 16th day of December, 2024.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:  counsel of record