UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-MD-2989

In re:

**JANUARY 2021 SHORT SQUEEZE**
**TRADING LITIGATION**
_____/

This Document Relates to the Federal Securities Tranche

**DECLARATION OF STEPHEN A. BECK IN SUPPORT OF MOTION TO WITHDRAW BY SARAH N. WESTCOT, ANDREW J. OBERGFELL, AND BURSOR & FISHER, P.A. AS COUNSEL FOR PLAINTIFF AARON FASSINGER**

I, Stephen A. Beck, declare as follows:

1. I am a Florida attorney at the law firm of Bursor & Fisher, P.A., counsel to Plaintiff Aaron Fassinger. I make this declaration in support of the Motion to Withdraw as counsel for Plaintiff Aaron Fassinger. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. In the past thirty (30) days I have made numerous attempts to communicate with Plaintiff Aaron Fassinger regarding pressing issues in the above-referenced matter. I have had previous communications with Plaintiff Fassinger using the same email address and phone number as recent as October 2024.

3. Specifically, on December 6, 2024, I attempted to call Plaintiff Fassinger on the telephone number he provided to our office. Plaintiff Fassinger did not answer that call nor did he return a call to our office. That same day, I sent an email to the email address that Plaintiff Fassinger has used to communicate with our office that we needed to speak with him regarding his case but received no response.

4. On December 9, 2024, I sent another email to Plaintiff Fassinger, which also received no response. That same day, I mailed a letter to Plaintiff Fassinger regarding pressing matters in his

1

case. I also emailed a copy of the letter to Plaintiff Fassinger's email address. The letter requested a response from Plaintiff Fassinger by December 16, 2024, but no response was received by our office. According to FedEx, the letter was successfully delivered to Plaintiff Fassinger's home address on December 12, 2024.

5. On December 17, 2024, I mailed another letter to Plaintiff Fassinger's home address regarding pressing matters in his case and informing him that our office would move to withdraw as counsel if no response was received by December 20, 2024. According to FedEx, the letter was successfully delivered on December 18, 2024. On December 18, 2024, I also emailed a copy of the letter to Plaintiff Fassinger. To date, no response has been received by our office.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed January 3, 2025, at Miami, Florida.

By: __/s/ Stephen Beck_____
Stephen A. Beck