UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-MD-2989

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
_____/

This Document Relates to the Federal Securities Tranche

**DECLARATION OF JADE A. GREER IN SUPPORT OF MOTION TO WITHDRAW
BY SARAH N. WESTCOT, ANDREW J. OBERGFELL, AND BURSOR & FISHER, P.A.
AS COUNSEL FOR PLAINTIFF AARON FASSINGER**

I, Jade A. Greer, declare as follows:

1. I am a Legal Staff member at the law firm of Bursor & Fisher, P.A., which is counsel to Plaintiff Aaron Fassinger in the *Quat, et al. v. Robinhood Financial, LLC, et al.*, Case No. 1:21-cv-21404 (S.D. Fl.) matter. I make this declaration in support of the Motion to Withdraw as counsel for Plaintiff Aaron Fassinger. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. In the past thirty (30) days I have made numerous attempts to communicate with Plaintiff Aaron Fassinger regarding the above-referenced matter. I was instructed by attorney Andrew Obergfell to attempt to reach Mr. Fassinger by phone, and if successful, to transfer him to an attorney working on the above-referenced matter.

3. I made three attempts to contact Mr. Fassinger by phone on December 9, 2024, but did not reach him.

4. I made three additional attempts on December 10, 2024 to reach Mr. Fassinger by phone, but was unsuccessful.

5. To date, I have not received a response from Mr. Fassinger to the above-referenced phone calls.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed January 2, 2025, at New York, New York.

By: _____
Jade A. Greer