UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-MD-2989

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to the Federal Securities Tranche

**[PROPOSED] ORDER**

  **THIS CAUSE** came before the Court upon the Motion of Sarah N. Westcot, Andrew J. Obergfell, and Bursor & Fisher, P.A., to withdraw as Counsel for Plaintiff Aaron Fassinger, one of the named Plaintiffs in the *Quat, et al. v. Robinhood Financial, LLC, et al.*, Case No. 1:21-cv-21404 (S.D. Fl.) matter, and the Court having reviewed the papers submitted in support of the Motion to Withdraw and those submitted in opposition, if any, and heard oral argument, if any, and good cause having been shown;

  IT IS on this _____ day of _____, 2025

  **ORDERED** that: the Motion of Sarah N. Westcot, Andrew J. Obergfell, and Bursor & Fisher, P.A., to withdraw as Counsel for Plaintiff Aaron Fassinger is GRANTED in its entirety; and it is further

  **ORDERED** that Sarah N. Westcot and Andrew J. Obergfell, and the law firm of Bursor & Fisher, P.A., are hereby withdrawn as counsel of record for Plaintiff Fassinger and are relieved of any and all further obligations on behalf of Plaintiff Fassinger in this action; and it is further

  **ORDERED** that Plaintiff Fassinger is granted a thirty (30) day stay of all case deadlines to retain successor counsel; and it is further

  **ORDERED** that all future pleadings, motions, discovery, and any and all other communications concerning this matter be sent to Plaintiff Fassinger at his last known address:

1370 Milton Street, Clearwater, Florida 33756 until such time as successor counsel enters an appearance.

**DONE AND ORDERED** in Miami, Florida, this ____ day of _____, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**