UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIA

CASE NO. 21-MD-02989-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**
                                                          /

This Document Relates To All Actions.

**MOTION TO RECOMMEND *DAYS* FOR REMAND**

Plaintiff Robert Days hereby moves for an order recommending to the MDL panel to remand *Days* (Case No. 1:21-cv-21310-CMA) to the Northern District of California. *See* MDL Local Rule 10.1(b). This Motion is supported by the points and authorities as set forth in Plaintiff's Opposition to Robinhood's Motion to Compel Arbitration [ECF No. 719], and to avoid duplication, Plaintiff hereby incorporates that memorandum in support of this Motion.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff met and conferred with the Robinhood parties (defendants to his claims) concerning the relief sought in this Motion in a good faith effort to resolve the issues raised in the Motion, but was unable to resolve said issues.

Dated:  January 14, 2025        */s/Matthew L. Venezia*
                                **MATTHEW L. VENEZIA**
                                California State Bar No.: 313812
                                **ELLIS GEORGE LLP**
                                2121 Avenue of the Stars, 30th Floor
                                Los Angeles, California 90067
                                Telephone:    (310) 274-7100
                                Facsimile:    (310) 275-5697
                                E-mail:  mvenezia@ellisgeorge.com

                                Attorney for Plaintiff Robert Days

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, a true and correct copy of the foregoing document was served on all counsel of record by the CM/ECF system.

Date:  January 14, 2025                                  */s/Matthew L. Venezia*
                                                                      Matthew L. Venezia