UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIA

CASE NO. 21-MD-02989-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION**

_____/

This Document Relates To All Actions.

**[PROPOSED ORDER] GRANTING**

**MOTION TO RECOMMEND *DAYS* FOR REMAND**

THIS CAUSE came before the Court upon Plaintiff Robert Days' Motion to Recommend *Days* for Remand. Good cause shown, the Motion is **GRANTED** and the COURT does hereby recommend to the MDL Panel for MDL Docket No. 2989 that the matter captioned *Days v. Robinhood Markets, Inc. et al.*, Case No. 1:21-cv-21310-CMA, be remanded to the Northern District of California.

**DONE AND ORDERED** in Miami, Florida, this ___ day of _____ , 2025.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

2513612.1

1