UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-02989-MDL-ALTONAGA

In re:

**JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION**

_____/

This Document Relates to All Actions

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.

On December 9, 2024, Defendants, Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC's ("Robinhood") filed a Motion to Compel Arbitration . . . [ECF No. 713]. Following this, on January 29, 2025, Robinhood and Plaintiffs — Abe Kurdi, Eric Quat, Igor Kravchenko, Jordan Krumenacker, Michael McFadden, Michael Ross, Teodoro Russell Pueyrredon, and Tenzin Woiser — filed a Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 725]. Prior to this settlement, Robinhood suggested that the resolution "may narrow the remaining issues" raised in the Motion. (*See* Unopposed Mot. for Ext. . . . [ECF No. 721] ¶ 3).

Being fully advised, it is

**ORDERED** that Robinhood shall, by **February 17, 2025**, advise the Court which issues, if any, in its Motion to Compel Arbitration . . . **[ECF No. 713]** are moot.

**DONE AND ORDERED** in Miami, Florida, this 12th day of February, 2025.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record